**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CASE NO. _____

**MICHAEL PALMER**
**X.A.F.B. (CHILD 1)**
**X.A.B. (CHILD 2)**

      Plaintiffs,

vs.

**ALEJANDRO MAYORKAS** (in his official capacity) Secretary of Homeland Security, United States Department of Homeland Security;

**UR MENDOZA JADDOU,** (in her official capacity) Director of U.S. Citizenship and Immigration Services;

**TERRI ROBINSON,** (in her official capacity) Director of the U.S. Citizenship and Immigration Services National Benefits Center;

**DIRECTOR** (in his/her official capacity) of the U.S. Citizenship and Immigration Services Potomac Service Center;

**PAUL ONYANGO,** (in his official capacity) Director of U.S. Citizenship and Immigration Services, Atlanta Field Office;

**CONN SCHRADER** (in his official capacity) Director of the National Visa Center, United States Department of State;

**MERRICK B. GARLAND,** (in his official capacity) Attorney General of the United States;

      Defendants.

_____/

1

**PETITION FOR WRIT OF MANDAMUS AND**
**COMPLAINT FOR APA JUDICIAL REVIEW**
**DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiffs, Michael Palmer ("Mr. Palmer") and his children, X.A.F.B ("Child 1") and X.A.B.

("Child 2") by and through counsel, hereby respectfully bring this Petition for Writ of Mandamus

and Complaint for Judicial Review under the Administrative Procedure Act ("APA") and

Declaratory and Injunctive Relief to compel Defendants-Respondents ("Defendants") to render a

decision on their I-130 Petitions for Alien Relative. In support thereof, Plaintiffs allege as follows:

**NATURE OF ACTION**

1.  Plaintiff, Mr. Palmer, is a U.S. citizen born in Georgia. Plaintiffs, Child 1 and Child 2, are

    citizens of Curaçao. Child 1 and Child 2 have never traveled to the United States. Their

    mother, Fiona Coley ("Ms. Coley"), married Mr. Palmer on June 19, 2017, in Jamaica.

    Ms. Coley then entered the U.S. in 2018 and has remained here since. On June 28, 2020,

    Mr. Palmer filed two separate I-130 Forms, Petition for Alien Relative, for Child 1 and

    Child 2. Two receipt notices were issued to Mr. Palmer on June 29, 2020. *Exhibit B*.

2.  From June 29, 2020, to February 6, 2021, Mr. Palmer waited for an update on his case; he

    did not contact USCIS, as his case was still within the normal processing time of six to

    seven months.

3.  In the last 22 months, Mr. Palmer has diligently contacted and filed inquiries with USCIS

    to get an update on the status of his petitions. Below is a list of said inquiries:

    - On February 6, 2021, Mr. Palmer submitted an online e-service inquiry with

      USCIS requesting an update on the status of his I-130 petition for Child 2. *Exhibit
      C*.

    - On February 6, 2021, Mr. Palmer submitted an online e-service inquiry with

USCIS requesting an update on the status of his I-130 petition for Child 1.
***Exhibit D***.

- On February 9, 2021, Mr. Palmer called the USCIS general number to request an update on the petitions. The USCIS representative responded with, *"Both cases are still active. We don't need any additional information."*

- On February 19, 2021, USCIS responded to Mr. Palmer's first e-service inquiry submitted on February 6, which stated *"Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask that you allow additional time for this process to take place since we process these cases in the order received."* ***Exhibit C***.

- On February 19, 2021, USCIS responded to Mr. Palmer's second e-service inquiry submitted on February 6, which stated *"Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask that you allow additional time for this process to take place since we process these cases in the order received."* ***Exhibit D***.

- On April 13, 2021, Mr. Palmer submitted an online e-service inquiry with USCIS requesting an update on the status of his I-130 petition for Child 1. ***Exhibit E***.

- On April 26, 2021, USCIS responded to Mr. Palmer's e-service inquiry submitted on April 13, which stated *"Your petition is still pending consideration. We ask that you allow additional time for this process to take place since we process these cases in the order received."* ***Exhibit E***.

- On July 13, 2021, Mr. Palmer called the USCIS general number to request an update on the petitions. USCIS responded with, *"Both cases are still active, we don't need any additional information."*

- On August 30, 2021, Mr. Palmer submitted an online e-service inquiry with USCIS requesting an update on the status of his I-130 petition for Child 1. ***Exhibit F***.

- On August 30, 2021, Mr. Palmer also submitted an online e-service inquiry with USCIS requesting an update on the status of his I-130 petition for Child 2. ***Exhibit G***.

- On September 23, 2021, USCIS responded to Mr. Palmer's first e-service inquiry submitted on August 30, which stated *"Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask that you allow additional time for this process to take place since we process these cases in the order received."* ***Exhibit F***.

- On September 27, 2021, USCIS responded to Mr. Palmer's second e-service inquiry submitted on August 30, which stated *"According to USCIS records, your application is still pending. Please be advised that posted processing times are goals based on Field Office averages. These goals are subject to change and can vary from office to office."* ***Exhibit G***.

- On November 8, 2021, Mr. Palmer called the USCIS general number to request an update on the petitions. The USCIS representative responded with, *"Both cases are still active. We don't need any additional information."*

- On January 26, 2021, Mr. Palmer called the USCIS general number to request an update on the petitions. The USCIS representative responded with, *"Both cases are still active. We don't need any additional information."*

- On March 7, 2022, Mr. Palmer submitted an online e-service inquiry with USCIS requesting an update on the status of his I-130 petition for Child 2. ***Exhibit H***.

- On March 7, 2022, Mr. Palmer submitted an online e-service inquiry with USCIS

4

requesting an update on the status of his I-130 petition for Child 1. ***Exhibit I***.

- On March 23, 2022, USCIS responded to Mr. Palmer's first e-service inquiry submitted on March 7, which stated *"More specific information is needed to process your request. Please explain in detail exactly what is needed so that we can properly assist you."* ***Exhibit H***.

- On May 20, 2022, Mr. Palmer called the USCIS general number to request an update on the petitions. The USCIS representative responded with, *"Both cases are still active. We don't need any additional information."*

- On June 14, 2022, USCIS responded to Mr. Palmer's second e-service inquiry submitted on March 7, which stated *"According to USCIS records, we are actively reviewing your Form I-130, Petition for Alien Relative, Receipt Number IOE9763941334. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. Please be advised that posted processing times are goals based on Field Office averages. These goals are subject to change and can vary from office to office."* ***Exhibit I***.

- On June 28, 2022, Mr. Palmer contacted his Congressional representative, Henry C. "Hank" Johnson, Jr., and submitted a Congressional inquiry explaining the difficulties he has encountered with USCIS. ***Exhibit J***.

- On July 18, 2022, Congressman Johnson's office responded to Mr. Palmer's Congressional inquiries with an update from USCIS regarding Mr. Palmer's petitions, which stated *"USCIS records indicate that cases IOE9424111315 and IOE9763941334 are under review. As of date, no further action is required in support of either case."* ***Exhibit K***.

- On July 19, 2022, Congressman Johnson's office contacted Mr. Palmer via email,

which stated *"Since your stepdaughters' cases are on hold we ask that you reach back out to us in 90 days if you do not receive an update. As of now, our office will be closing your case."* **Exhibit L**.

- On August 15, 2022, Mr. Palmer called the USCIS general number to request an update on the petitions. USCIS responded with, *"Both cases are still active, we don't need any additional information."*

4.    According to the USCIS case status inquiry webpage, the latest update states that Child 2's Petition, Receipt no. IOE9424111315, was received on June 29, 2020. Child 1's Petition, Receipt no. IOE9763941334, has been under review since July 9, 2021. **Exhibit M**.

5.    Plaintiffs are trapped in a state of administrative limbo despite having completed all the administrative steps to receive adjudication on their I-130 Petitions. Plaintiffs still have not received a resolution or a decision on their case.

6.    Defendants' refusal to make a decision on Plaintiffs' I-130 Petitions deprives them of their rights under the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 *et seq.*, and its implementing regulations, the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555, 706, as well as the agency's policy.

7.    This inaction has caused familial strains and has imposed substantial emotional hardship on Mr. Palmer and his family. Child 1 and Child 2 are Ms. Coley's biological daughters and have been away from their parents for almost four years. As young girls who are only 15 and 10 years old, they need the love, support, and guidance from their parents and long to be with them. Mr. Palmer and Ms. Coley have also felt a deep sense of loss for several years now, as they have continued raising the children they have here in the U.S.—Child 3 (age 11), Child 4 (age 8), Child 5 (age 7), Child 6 (age 3), and Child 7 (age 2)—without

Child 1 and Child 2.

8.  This inaction has further imposed financial, physical, and emotional stresses on Mr. Palmer and his family, as conditions in Jamaica are not well-suited to the children's needs. Child 1 has Lupus, and Mr. Palmer and Ms. Coley struggle when it comes to getting her the medication and medical attention that she needs. Although they send money to the girls every month, Child 1 and Child 2 are faced with food shortages there, and heavily rely on the barrels of canned food and nonperishable goods that their parents send to them. Child 1 and Child 2 are often hungry and thirsty, and remain without the comfort and care of their parents.

9.  Mr. Palmer and his family have suffered undue emotional stress as a result of Defendants' failure to act, and with the delay in processing their I-130 Petitions. Defendants' actions have exacted a significant toll on Mr. Palmer and his family, and will not be relieved until a decision is made on their pending cases, as required by law.

10. Accordingly, Plaintiffs are entitled to a Writ of Mandamus compelling Defendants to adjudicate and issue a decision on their pending I-130 Petitions.

11. Given the unreasonableness of the delay, Plaintiff is requesting that once the I-130 Petitions are approved, they are expeditiously transferred to the NVC for immediate processing. Once documentarily qualified, Plaintiff is requesting immediate transfer of the I-130 files to the U.S. embassy in Jamaica to schedule Child 1 and Child 2's interviews.

12. A court may grant mandamus relief if (1) the plaintiffs have a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to the plaintiffs. *Am. Hosp. Ass'n v. Burwell*, 812 F.3d 183, 189 (D.C. Cir. 2016); *see also Nine Iraqi Allies Under Serious Threat Because of Their Faithful Serv. to the United*

*States v. Kerry*, 168 F. Supp. 3d 268 (D.D.C. 2016).

13.   Here, Plaintiffs clearly meet all three of these criteria. They have fully complied with all the statutory and regulatory requirements in the application of their Petitions for Alien Relative. Accordingly, they have a clear right to the timely processing of their I-130 Petitions. Defendants have unreasonably failed to process Plaintiffs' I-130 Petitions in a timely manner, in dereliction of their non-discretionary duties, despite having no legitimate reason for having these Petitions take such an unreasonable length of time. Plaintiffs have no alternative means to obtain relief.

14.   Based on the foregoing, Plaintiffs are also entitled to relief under the APA, which authorizes courts to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1). "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13). Defendants' failure to adjudicate Plaintiffs' Petitions and to make a decision outside of processing time, without a reasonable explanation, constitutes agency action unlawfully withheld or unreasonably delayed, entitling Plaintiffs to relief.

15.   Accordingly, Plaintiffs are entitled to a writ of mandamus and/or order (1) declaring that Defendants' continued failure to adjudicate the Plaintiffs' pending I-130 Petitions clearly violates the APA, the INA, agency regulations, and agency policy; and (2) directing Defendants to adjudicate Plaintiffs' I-130 Petitions and issue a decision forthwith.

## THE PARTIES

16.   Plaintiff Michael Palmer is a citizen of the United States. He resides in Peachtree Corners, Georgia.

17.   Plaintiffs Child 1 and Child 2 were born in Curaçao and are citizens of Jamaica, where they currently reside with their grandmother.

18. Defendant Department of Homeland Security ("DHS") is an agency of the United States Government. DHS is responsible for implementing and enforcing the INA.

19. Defendant Alejandro Mayorkas is the Secretary of DHS and is the senior official of DHS. He is sued in his official capacity. As Secretary of the United States Department of Homeland Security, Mr. Mayorkas is responsible for the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security. He is responsible for the legal wrongs committed against the Plaintiffs.

20. Defendant United States Citizenship and Immigration Services ("USCIS") is a component of DHS responsible for, *inter alia*, the adjudication of affirmative applications for immigration benefits, including the I-130 Petitions that are the subjects of this complaint. USCIS is responsible for the legal wrongs committed against the plaintiffs.

21. Defendant Ur Mendoza Jaddou is the Acting Director of USCIS and is the senior official of USCIS. She is sued in her official capacity. As Director of USCIS, Ms. Mendoza is responsible for the overall administration of USCIS and the implementation of the immigration law of the United States. She is responsible for the legal wrongs committed against the plaintiffs.

22. Defendant Terri Robinson is the Director of USCIS at the National Benefits Center. She is sued in her official capacity. As Director of the National Benefits Center, Ms. Robinson is responsible for the administration of the National Benefits Center, including the processing of the I-130 Petition for Alien Relative. He is responsible for the legal wrongs committed against the plaintiffs.

23. The Director of the Potomac Service Center is sued in his/her official capacity. As Director of the Potomac Service Center, this individual is responsible for the administration of the Potomac Service Center, including the processing of the I-130 Petitions for Alien Relative.

This individual is responsible for the legal wrongs committed against the plaintiffs.

24.   Defendant Paul Onyango is the Director of the USCIS Atlanta Field Office. He is sued in his official capacity. As Director of the Atlanta Field Office, Mr. Onyango is responsible for the administration of the USCIS Atlanta Field Office, including the processing of the I-130 Petitions for Alien Relative. He is responsible for the legal wrongs committed against the plaintiffs.

25.   Defendant Department of State ("DOS") is an agency of the United States government. DOS is responsible for preparing immigrant visa applications for consular review and adjudication.

26.   Defendant Conn Schrader is the Director of the National Visa Center. He is sued in his official capacity. As Director of the National Visa Center, Mr. Schrader is responsible for the legal wrongs committed against the plaintiffs.

27.   Defendant Merrick B. Garland is the United States Attorney General. He is sued in his official capacity. As Attorney General, Mr. Barr is responsible for the oversight, administration, and execution of the immigration laws of the United States. He is responsible for the legal wrongs committed against the plaintiffs.

## JURISDICTION AND VENUE

28.   This action is brought against the Defendants, and those acting under them, for refusing to comply with their federally mandated duties under the Immigration and Nationality Act of 1952 (INA), Pub. L. No. 82-414,66 Stat. 163 (*codified as amended* at 8 U.S.C. §§ 1101 *et seq.*); title 8 of the Code of Federal Regulations the Administrative Procedure Act (APA), 5 U.S.C. §§ 555(b), 701, *et seq.*; and for violations of the due process and equal protection clauses of the Fifth Amendment.

29.   This case arises under the United States Constitution; the INA, 8 U.S.C. § 1101 *et seq.;* Court has jurisdiction over the present action pursuant to 28 U.S.C. §1361 ("district courts shall have

original jurisdiction of any action in the nature of mandamus to compel an officer or employee

of the United States or any agency thereof to perform a duty owed to the plaintiff "); 5 U.S.C.

§ 702 ("A person suffering legal wrong because of agency action, or adversely affected or

aggrieved by agency action within the meaning of a relevant statue, is entitled to judicial

review thereof."); 28 U.S.C. § 2201 ("any court of the United States, upon the filing of an

appropriate pleading, may declare the rights and other legal relations of any interested party

seeking such declaration"); and 28 U.S.C. § 1331 ("district court shall have original

jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United

States"). The Plaintiffs allege eligibility for payment of reasonable attorney's fees pursuant

to the Equal Access to Justice Act, 28 U.S.C.§2412.

30.    Venue is proper in the Northern District of Georgia under 28 U.S.C. § 1391(e)(1) in which

"The Plaintiff resides," in said District.

## EXHAUSTION OF REMEDIES

31.    The Plaintiffs have exhausted their administrative remedies. There is no administrative

remedy, statutory, or regulatory remedy for review under the INA, or the Code of Federal

Regulations to address their particular circumstances.

## FIRST CLAIM FOR RELIEF

### Action, Findings, and Conclusions in Excess of Statutory Authority

32.    The allegations in paragraphs 1-30 are realleged and incorporated herein.

33.    The actions of the Defendants as to the I-130 Petitions that Plaintiffs filed have caused

unlawful, unreasonable delay in the adjudication of the Petitions, and constitute an unlawful,

unreasonable failure to adjudicate the Petitions, in violation of the APA, the INA, and the Code

of Federal Regulations, and denies the Plaintiffs due process and equal protection of the laws

guaranteed by the Fifth Amendment to the Constitution for the United States of America. *See,*

*e.g.*, 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it").

34.     Pursuant to 5 U.S.C. §§ 702, 706(1), the Plaintiffs are entitled to declaratory and injunctive relief to "compel agency action unlawfully withheld or unreasonably delayed" regarding the I-130 Petitions.

35.     Alternatively, the Plaintiffs are entitled to mandamus relief to compel adjudication of the I-130 Petitions because: (1) the Defendants have a nondiscretionary, ministerial, clear duty to adjudicate the Petitions; (2) the Plaintiffs have a clear right to an adjudication of the Petitions within a reasonable time; and (3) there is no other adequate remedy available to the Plaintiffs.

36.     Plaintiffs have suffered a legal wrong and have been adversely affected and aggrieved by the agency action alleged herein, because the Defendants' inaction on the pending Petitions have violated Plaintiffs' legal right to an adjudication in accordance with fundamental principles of fairness. As a result, the agency inaction must be declared "not in accordance with law" under 5 U.S.C. § 706(2)(A), and in excess of the agency's "statutory jurisdiction, authority" or "statutory right," within the meaning of 5 U.S.C. § 706(2)(C).

## SECOND CLAIM FOR RELIEF

### Arbitrary and Capricious and Not in Accordance with Law

37.     The allegations in paragraphs 1-30 are realleged and incorporated herein.

38.     Defendants are being charged with the mandatory responsibility of administering and implementing the Immigration and Nationality Act.

39.     Defendants have a mandatory duty to adjudicate Plantiffs' I-130 Petitions within a "reasonable time."

40.     Defendants have violated the Administrative Procedures Act by failing to timely adjudicate the I-130 Petitions and this constitutes agency action that is arbitrary and capricious and not in accordance with law.

41.     Section 555 of the APA commands administrative agencies to conclude matters presented to the agency for decision "within a reasonable time." *See* 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties…and *within a reasonable time*, each agency *shall* proceed to conclude a matter presented to it.") (emphasis added).

42.     The APA explicitly provides a right of judicial review to a person "adversely affected or aggrieved" by an agency's "fail[ure] to act" or other such agency action. 5 U.S.C. § 702.

43.     The APA, 5 U.S.C. § 706(2), allows Courts to hold unlawful and set aside agency action, findings and conclusions found to be arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. Plaintiffs have suffered a legal wrong and have been adversely affected and aggrieved by agency action alleged above. As a result, defendants' actions and inactions must be held unlawful and set aside.

44.     The Plaintiffs have complied with all the requirements for adjudication of the Form I-130 Petitions and properly filed said Petitions on June 28, 2020. *See* 8 C.F.R. § 204.2(d).

45.     Since that time, Defendants have unreasonably withheld, and unlawfully and unreasonably delayed, acting on the Plaintiffs' Form I-130 Petitions in violation of the INA and APA.

46.     Defendants have failed to discharge their mandated official duties by abusing their discretion and acting in an arbitrary and capricious manner in failing to adjudicate the Plaintiffs' Form I-130 Petitions contrary to Congress's explicit mandate to the agency set forth in the INA and APA.

47.     As a result of Defendants' failure to adjudicate the Form I-485 Application, Plaintiffs have

13

suffered and continue to suffer irreparable harm and damages entitling them to declaratory, injunctive, and other relief.

48.   The Plaintiff has no other adequate legal remedy available to him.

## THIRD CLAIM FOR RELIEF

### Agency Action Unlawfully Withheld and Unreasonably Delayed

49.   The allegations in paragraphs 1-30 are realleged and incorporated herein.

50.   Defendants DHS/USCIS have failed to adjudicate within a reasonable period of time from the receipt of the Petitions. Defendants' dilatory inaction constitutes agency action unlawfully withheld or unreasonably delayed.

51.   The APA, 5 U.S.C. § 706(2), allows Courts to compel agency action unlawfully withheld or unreasonably delayed. Plaintiffs have suffered a legal wrong and have been adversely affected and aggrieved by agency actions alleged above. As a result, Defendants' actions and inactions must be deemed unlawful and set aside.

## FOURTH CLAIM FOR RELIEF

### Declaratory and Mandamus Relief

52.   The allegations in paragraphs 1-30 are realleged and incorporated herein.

53.   The Mandamus Act, 28 U.S.C. § 1361, provides that district courts shall have jurisdiction over any action in the nature of mandamus, and may compel an officer or employee of the United States or any agency thereof to perform a duty owed to plaintiff. Plaintiffs must demonstrate that "(l) [his or her] claim is clear and certain; (2) the official 's duty is nondiscretionary, ministerial, and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available." *Patel v. Reno,* 132 F.3d 929, 931 (9th Cir. 1997).

54.   Plaintiffs' claims as set forth in paragraphs 1 through 30 qualify for mandamus relief because the statutory and Constitutional claims are clear, the defendants' duties are not in doubt, and

to the extent of any remedies not available under the APA, no other adequate remedy is available.

55.    The Declaratory Judgment Act, 28 U.S.C. § 2201, et., seq., provides the Court with authority to declare the rights and other legal relations of any party. Plaintiffs' claims as set forth in paragraphs 1 through 30 also qualify for declaratory relief, including "further necessary or proper relief based on a declaratory judgment." 28 U.S.C. § 2202.

## AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 S.C. §24125 U.S.C. §504)

56.    Plaintiffs reallege all the allegations contained in paragraphs 1-54 above as though fully set forth herein.

57.    Plaintiffs are entitled to attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, et. Seq. and 5 U.S.C. §504.

## PRAYER FOR RELIEF

(a)    Assume jurisdiction over this matter;

(b)    Declare that the Defendants have unreasonably delayed, and have unreasonably failed to complete, the adjudication of Mr. Palmer, Child 1, and Child 2's I-130 immigration Petitions, in violation of law;

(c)    Order the Defendants to adjudicate the I-130 immigrant Petitions that Mr. Palmer filed within 45 days of the filing of this complaint, or within a reasonable period of time determined by this Court;

(d)    Order that once the I-130 Petitions are approved, the cases are expeditiously transferred to the NVC;

(e)    Order that once the case has been documentarily qualified, the NVC schedule Plaintiffs' interviews in Jamaica as soon as possible;

(f)      Retain jurisdiction over these cases to ensure compliance with all of this Court's orders;

(g)      Award costs and attorney's fees under the Equal Access to Justice Act (EAJA),

as amended, 5 U.S.C. § 2412, and on any other basis justified under law; and

(h)      Grant any other and further relief that the Court deems just and proper.

Dated:                                                              s/Hector J. Rojas, Jr., Esq.
                                                               HECTOR ROJAS
Ga. Bar No. 996098
Morgan & Morgan Atlanta, PLLC
191 Peachtree Street NE Suite 4200
Atlanta, GA 30303
Telephone: (404) 965-8837
Facsimile: (404) 720-3781
hrojasjr@forthepeople.com
Attorney for Plaintiffs

Dated:                                                             s/Saman Movassaghi
                                                               SAMAN MOVASSAGHI
Fla. Bar No. 0676527
Florida Immigration Law Counsel
3350 SW 148th Ave., Ste. 110
Miramar, FL 33027
Telephone: (954) 240-1669
Facsimile: (954) 642-2445
saman@FL-ILC.com
Attorney for Plaintiffs

# EXHIBIT A

STATEMENT UNDER PENALTY OF PERJURY OF MICHAEL PALMER

STATE OF GEORGIA                     )
                                     )
GWINNETT COUNTY                      )

To whom it may concern,

My name is Michael Palmer, and I was born on June 18, 1980, in Atlanta. I am ███ and
███ stepfather and the Petitioner for their I-130 cases. I am writing this statement to
express the difficulty and frustration that my family and I have experienced when trying to
communicate with USCIS after filing the petitions.

We have contacted USCIS countless times to find out the status of petitions. Whenever I called
USCIS or submitted an e-service inquiry, they told me that the petitions are still active, but I
never got any real update on what was going on. They said that it may take up to 72 hours to get
a response, but sometimes a few months would pass by before we heard back from them.

At this point, my wife and I are tired of waiting for any sort of update on the cases. Our
daughters have not been with us for more than four years and they need their parents. Life in
Jamaica is very hard for them, and we do what we can to support them by sending money and
food, but we don't know how much longer this can continue. ███ and ███ deserve to
grow up in a loving home and stable environment with their parents and siblings. We never
expected this process to take so long and never thought that we would be in the dark the whole
way through.

Please help us move this case forward so that my children can come to the United States and
reunite with our family.

I swear, under penalty of perjury, that the foregoing is true and correct to the best of my
knowledge.

Sincerely,

_Michael Palmer_ (signature)

Michael Palmer

12 / 21 / 2022
Date

# EXHIBIT B

| Receipt Number IOE9763941334 | | Case Type 1130 - PETITION FOR ALIEN RELATIVE | |
|---|---|---|---|
| Received Date 06/28/2020 | Priority Date 06/28/2020 | Petitioner PALMER, MICHAEL | |
| Notice Date 06/29/2020 | Page 1 of 1 | Beneficiary ▉▉▉▉▉▉▉▉ | |

PALMER, MICHAEL
c/o MICHAEL PALMER
1610 MONTROSE PKWY
PEACHTREE CORNERS  GA  30092

**Notice Type:** Receipt Notice
Amount received: $535.00 U.S.
Section: Unmarried child (under age 21) of U.S. Citizen, 201(b) INA

This notice confirms that USCIS received your application or petition ("this case") as shown above.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.
**Processing time** - Processing times vary by form type.
• Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
• If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
• When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.
**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Potomac Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



**USCIS Contact Center: www.uscis.gov/contactcenter**

| Receipt Number IOE9424111315 | | Case Type 1130 - PETITION FOR ALIEN RELATIVE | |
| Received Date 06/28/2020 | Priority Date 06/28/2020 | Petitioner PALMER, MICHAEL | |
| Notice Date 06/29/2020 | Page 1 of 1 | Beneficiary | |

| | |
|---|---|
| PALMER, MICHAEL<br>c/o MICHAEL PALMER<br>1610 MONTROSE PKWY<br>PEACHTREE CORNERS  GA  30092 | Notice Type: Receipt Notice<br>Amount received: $535.00 U.S.<br>Section: Unmarried child (under age 21) of U.S.<br>Citizen, 201(b) INA |

This notice confirms that USCIS received your application or petition ("this case") as shown above.
**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.
**Processing time** - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition -** Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.
**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents -** Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Potomac Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



**USCIS Contact Center: www.uscis.gov/contactcenter**

EXHIBIT C

11/8/22, 8:27 PM                                Gmail - Your recent inquiry (receipt #IOE-94-241-11315)

 Gmail                                     **Michael Palmer <michael.l.palmer@gmail.com>**

## Your recent inquiry (receipt #IOE-94-241-11315)
1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                                      Fri, Feb 19, 2021 at 2:17 PM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington, VA 20598-2425

U.S. Citizenship and Immigration Services
Friday, February 19, 2021

Emailed to michael.l.palmer@gmail.com

Dear Michael Palmer:

On 02/06/2021, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 06/28/2020

Receipt #:
-- IOE-94-241-11315

Referral ID:
SR10372101523TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us
that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the
issue has been or may be resolved.

Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask
that you allow additional time for this process to take place since we process these cases in the order received.

What You Can Do
Please see the Online Services below to check the status of your.

We hope this information is helpful to you.

------------------------------------

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at
www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our
Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our
USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

EXHIBIT D

11/8/22, 8:26 PM                          Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

 Gmail                          **Michael Palmer <michael.l.palmer@gmail.com>**

## Your recent inquiry (receipt #IOE-97-639-41334)
1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                          Fri, Feb 19, 2021 at 2:19 PM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington, VA 20598-2425

U.S. Citizenship and Immigration Services
Friday, February 19, 2021

Emailed to michael.l.palmer@gmail.com

Dear Michael Palmer:

On 02/06/2021, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 06/28/2020

Receipt #:
-- IOE-97-639-41334

Referral ID:
SR10372101520TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us
that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the
issue has been or may be resolved.

Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask
that you allow additional time for this process to take place since we process these cases in the order received.

What You Can Do
Please see the Online Services below to check the status of your.

Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

We hope this information is helpful to you.

--------------------------------

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

EXHIBIT E

11/8/22, 8:29 PM                     Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

 **Gmail**                                      **Michael Palmer <michael.l.palmer@gmail.com>**

## Your recent inquiry (receipt #IOE-97-639-41334)
1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                          **Mon, Apr 26, 2021** at 4:16 PM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington, VA 20598-2425

U.S. Citizenship and Immigration Services
Monday, April 26, 2021

Emailed to michael.l.palmer@gmail.com

Dear Michael Palmer:

On 04/13/2021, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 06/28/2020

Receipt #:
-- IOE-97-639-41334

Referral ID:
SR11032105235TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us
that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the
issue has been or may be resolved.

Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask
that you allow additional time for this process to take place since we process these cases in the order received.

What You Can Do
Please see the Online Services below to check the status of your.

Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

We hope this information is helpful to you.
-----------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at
www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our
Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our
USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

EXHIBIT F

11/8/22, 8:30 PM                                    Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

 Gmail                                    **Michael Palmer <michael.l.palmer@gmail.com>**

## Your recent inquiry (receipt #IOE-97-639-41334)
1 message

USCIS <USCIS-CaseStatus@dhs.gov>                                        Thu, Sep 23, 2021 at 7:24 AM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington,VA 20598-2425

U.S. Citizenship and Immigration Services
Thursday, September 23, 2021

Emailed to michael.l.palmer@gmail.com

Dear Michael Palmer:

On 08/30/2021, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 06/28/2020

Receipt #:
-- IOE-97-639-41334

Referral ID:
SR12422106493YSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us
that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the
issue has been or may be resolved.

Your petition is still pending consideration. USCIS records show your case is in line to be reviewed by an officer. We ask
that you allow additional time for this process to take place since we process these cases in the order received.

What You Can Do
Please see the Online Services below to check the status of your.

Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

We hope this information is helpful to you.

------------------------------------

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at
www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our
Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our
USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

EXHIBIT G

11/8/22, 8:31 PM                        Gmail - Your recent inquiry (receipt #IOE-94-241-11315)

 Gmail                                  **Michael Palmer <michael.l.palmer@gmail.com>**

## Your recent inquiry (receipt #IOE-94-241-11315)
1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                              Mon, Sep 27, 2021 at 2:13 PM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
USCIS
2150 Parklake Drive
Atlanta,GA 30345

U.S. Citizenship and Immigration Services
Monday, September 27, 2021

Emailed to michael.l.palmer@gmail.com

Dear Michael Palmer:

On 08/30/2021, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 06/28/2020

**Receipt #:**
-- IOE-94-241-11315

Referral ID:
SR12422106608MSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have
found and how the issue has been resolved or additional actions required.

What We Have Done
USCIS has reviewed your Service Request. According to USCIS records, your application is still pending.Please be
advised that posted processing times are goals based on Field Office averages. These goals are subject to change and
can vary from office to office. We apologize for any inconvenience caused by delays in processing.

We hope this information is helpful.  If we may be of further assistance, please let us know.

Online Services
The USCIS website offers many online services and tools to assist you.  Please visit the USCIS Website at www.uscis.gov for information about the below topics:
* Case Status Online tool
* Instructions to sign up for case status updates
* Typical processing times
* Submitting an e-Request to inquire about application/petition status
* USCIS Office Locator
* Downloadable Forms

Address Changes
If you move, please provide us with an updated address.  For more information about address changes, please visit our Web site at http://www.uscis.gov/ar-11, and click on "Change Your Address Online."

For Additional Information
If you do not find the information you need through the online services and need further assistance, please contact the USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the Hearing Impaired).

# EXHIBIT H

11/8/22, 8:32 PM                              Gmail - Your recent inquiry (receipt #IOE-94-241-11315)

 Gmail                                      **Michael Palmer <michael.l.palmer@gmail.com>**

---

## Your recent inquiry (receipt #IOE-94-241-11315)
2 messages

**USCIS** <USCIS-CaseStatus@dhs.gov>                                    Wed, Mar 23, 2022 at 10:14 AM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
USCIS
2150 Parklake Drive
Atlanta,GA 30345

U.S. Citizenship and Immigration Services
Wednesday, March 23, 2022

Emailed to michael.l.palmer@gmail.com

Dear Michael Palmer:

On 03/07/2022, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 06/28/2020

Receipt #:
-- IOE-94-241-11315

Referral ID:
SR10662205839MSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. More specific information is needed to
process your request. Please explain in detail exactly what is needed so that we can properly assist you.

---

**Michael Palmer** <michael.l.palmer@gmail.com>                              Wed, Mar 23, 2022 at 5:01 PM
To: USCIS <USCIS-CaseStatus@dhs.gov>

Greetings,

Specifically, what is the current status of the cases below?  It's been 22 months since I've filed on behalf of my daughters.  Please assist in any way possible and let me know if you need anything else from me (Petitioner) to move things forward, thanks.

**Receipt #** IOE9763941334

**Receipt #** IOE9424111315

Regards,
MP
[Quoted text hidden]
--
Best Regards,

Michael Palmer
michael.l.palmer@gmail.com

EXHIBIT I

11/8/22, 8:23 PM                                    Gmail - Your recent inquiry (receipt #IOE-97-639-41334)

 Gmail                          **Michael Palmer <michael.l.palmer@gmail.com>**

## Your recent inquiry (receipt #IOE-97-639-41334)
2 messages

**USCIS** <USCIS-CaseStatus@dhs.gov>                        **Tue, Jun 14, 2022** at 9:09 AM
To: michael.l.palmer@gmail.com

U.S. Department of Homeland Security
USCIS
2150 Parklake Drive
Atlanta,GA 30345

U.S. Citizenship and Immigration Services
Tuesday, June 14, 2022

Emailed to michael.l.palmer@gmail.com

Dear Michae Palmer:

On 03/07/2022, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
 -- Applicant or Petitioner

Attorney Name:
 -- Information not available

Case type:
 -- I130

Filing date:
 -- 06/28/2020

Receipt #:
 -- IOE-97-639-41334

Referral ID:
SR10662205793YSC
Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- Information not available

Type of service requested:
 -- Outside Normal Processing Times

The status of this service request is:

Thank you for contacting USCIS concerning the above-referenced application. Below is a summary of what we have
found and how the issue has been resolved or additional actions required.

What We Have Done
USCIS has reviewed your Service Request. According to USCIS records, we are actively reviewing your Form I-130,
Petition for Alien Relative, Receipt Number IOE9763941334. Our records show nothing is outstanding at this time. We will
let you know if we need anything from you.
Please be advised that posted processing times are goals based on Field Office averages. These goals are subject to
change and can vary from office to office. We apologize for any inconvenience caused by delays in processing.

What You Can Do
If you do not receive a decision or other notice from USCIS by the time specified above, please contact the USCIS Contact Center at the phone number below. USCIS is committed to adjudicating immigration applications in a timely manner, efficiently and in the order received.  We hope this information is helpful.  If we may be of further assistance, please let us know.

Online Services
The USCIS website offers many online services and tools to assist you.  Please visit the USCIS Website at www.uscis.gov for information about the below topics:
* Case Status Online tool
* Instructions to sign up for case status updates
* Typical processing times
* Submitting an e-Request to inquire about application/petition status
* USCIS Office Locator
* Downloadable Forms

Address Changes
If you move, please provide us with an updated address.  For more information about address changes, please visit our Web site at http://www.uscis.gov/ar-11, and click on "Change Your Address Online."

For Additional Information
If you do not find the information you need through the online services and need further assistance, please contact the USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the Hearing Impaired).

---

**Michael Palmer** <michael.l.palmer@gmail.com>                                    Tue, Jun 14, 2022 at 9:54 AM
To: USCIS <USCIS-CaseStatus@dhs.gov>

Greetings,

Please provide a case status update for my Form I-130, Petition for Alien Relative, **Receipt Number IOE9424111315**.

Regards,
MP
[Quoted text hidden]

EXHIBIT J

11/8/22, 8:36 PM                                Gmail - Responding to your message (Intranet Quorum IMA00368064)

 Gmail

                                                            Michael Palmer <michael.l.palmer@gmail.com>

**Responding to your message (Intranet Quorum IMA00368064)**
2 messages

**Congressman Hank Johnson(imailagent)** <ga04ima@mail.house.gov>          Tue, Jun 28, 2022 at 3:25 PM
To: michael.l.palmer@gmail.com

---

HENRY C. "HANK" JOHNSON, JR.
4TH DISTRICT, GEORGIA

COMMITTEES:
JUDICIARY
TRANSPORTATION AND INFRASTRUCTURE
OVERSIGHT AND REFORM
SENIOR WHIP
REGION VIII WHIP

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-1004**

SUBCOMMITTEES:
CHAIRMAN
COURTS, INTELLECTUAL PROPERTY, AND
THE INTERNET
ANTITRUST, COMMERCIAL, AND
ADMINISTRATIVE LAW
CONSTITUTION, CIVIL RIGHTS,
AND CIVIL LIBERTIES
HIGHWAYS AND TRANSIT
AVIATION
RAILROADS, PIPELINES, AND
HAZARDOUS MATERIALS
NATIONAL SECURITY
ECONOMIC AND CONSUMER POLICY

June 28, 2022

Dear Mr. Palmer:

    I received your recent letter regarding the difficulties you are having with the USCIS.  Thank you for
bringing this matter to my attention.

    I appreciate the opportunity to help you and will do everything within the bounds of my legal
authority to assist you.  In an effort to be of assistance, I have notified the appropriate authorities within
the USCIS of my interest on your behalf.  I will do everything possible to provide you with a timely
resolution of this matter and will let you know as soon as I receive any information from the agency.

    In the meantime, please contact my Constituent Services Representative, Jayden Parrish, at 770-
987-2291 if you have any further questions.

                            Sincerely,

                            Henry C. "Hank" Johnson, Jr.
                            Member of Congress

---

EXHIBIT K



Michael Palmer <michael.l.palmer@gmail.com>

## I-130

**Michael Palmer** <michael.l.palmer@gmail.com>                              Thu, Oct 20, 2022 at 11:04 AM
To: Madelyn Gonzalez <madelyn@fl-ilc.com>, Fiona Coley-Palmer <fionapalmer061917@icloud.com>

Greetings Madelyn,

Below is the latest correspondence from Congressman Hank Johnson's office regarding both I-130 cases.

Please add this correspondence to the mandamus, thanks.

---

HENRY C. "HANK" JOHNSON, JR.
4TH DISTRICT, GEORGIA

COMMITTEES:

JUDICIARY

TRANSPORTATION AND INFRASTRUCTURE

OVERSIGHT AND REFORM

SENIOR WHIP

REGION VIII WHIP

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-1004**

SUBCOMMITTEES:

CHAIRMAN
COURTS, INTELLECTUAL PROPERTY, AND
THE INTERNET
ANTITRUST, COMMERCIAL, AND
ADMINISTRATIVE LAW
CONSTITUTION, CIVIL RIGHTS
AND CIVIL LIBERTIES
HIGHWAYS AND TRANSIT
AVIATION
RAILROADS, PIPELINES, AND
HAZARDOUS MATERIALS
NATIONAL SECURITY
ECONOMIC AND CONSUMER POLICY

July 18, 2022

Mr. Michael Palmer
3642 Maple Hill Road
Stonecrest, GA 30038-3585

Dear Mr. Palmer,

I have received the following update from the USCIS regarding your daughters' petitions:

Thank you for your June 28, 2022 letter inquiring about the case status of Form I-130, Petition for Alien Relative, Receipt Number IOE9424111315 and IOE9763941334.
U. S. Citizenship and Immigration Services (USCIS) records indicate that cases IOE9424111315 and IOE9763941334 are under review.
As of date, no further action is required in support of either case. USCIS will send notification to the address of record if anything is needed.

USCIS is committed to adjudicating immigration benefits in a timely and efficient manner while also ensuring public safety, national security and compliance with all relevant directives.

Although USCIS receives numerous cases on the same date, immigration benefit requests are processed on a case-by-case basis. Each case is individually adjudicated according to USCIS guidance.

If our review reveals an issue that may impact an individual's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or contact with another agency for updates or more comprehensive information.

At this time, we are unable to determine when the Form I-130 petitions will be completed. USCIS will issue correspondence case once certain issues are resolved.

**We understand your constituent may be frustrated by the progress of their case. However, USCIS must balance individual inconvenience against broader issues of public safety and national security.**
**We hope this information is helpful. If we may be of further assistance, please let us know.**

We will reach back out for an update in three months. If you have any question, please reach out to me. I will continue to keep you updated. If you have any updates, please let me know.

Thank you,

**Jay Parrish** *(He/Him)*
Immigration Liaison
Office of Congressman Hank Johnson Jr. (GA-04)
5240 Snapfinger Park Drive, Suite 140
Decatur, GA., 30035
Office: (770) 987-2291
Fax: (770) 987-8721

Sign up for Congressman Johnson's Newsletter

WASHINGTON OFFICE:
2240 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE (202) 225-1605
FAX: (202) 226-0691

DECATUR OFFICE:
5240 SNAPFINGER PARK DRIVE, SUITE 140
DECATUR, GA 30035
PHONE (770) 987-2291
FAX: (770) 987-8721

[Quoted text hidden]

EXHIBIT L

 Gmail

Michael Palmer <michael.l.palmer@gmail.com>

## Responding to your message (Intranet Quorum IMA00368064)
1 message

**Congressman Hank Johnson(imailagent)** <ga04ima@mail.house.gov>          Tue, Jul 19, 2022 at 11:34 AM
To: michael.l.palmer@gmail.com

HENRY C. "HANK" JOHNSON, JR.
4TH DISTRICT, GEORGIA

COMMITTEES:

**JUDICIARY**

TRANSPORTATION AND INFRASTRUCTURE

OVERSIGHT AND REFORM

SENIOR WHIP

REGION VIII WHIP

### Congress of the United States
### House of Representatives
### Washington, DC 20515-1004

SUBCOMMITTEES:

CHAIRMAN

COURTS, INTELLECTUAL PROPERTY, AND
THE INTERNET

ANTITRUST, COMMERCIAL, AND
ADMINISTRATIVE LAW
CONSTITUTION, CIVIL RIGHTS,
AND CIVIL LIBERTIES
HIGHWAYS AND TRANSIT

AVIATION
RAILROADS, PIPELINES, AND
HAZARDOUS MATERIALS
NATIONAL SECURITY
ECONOMIC AND CONSUMER POLICY

Mr. Palmer,

Since your step daughters' cases are on hold we ask that you reach back out to us n 90 days if you do not receive an update. As of now, our office will be closing your case.

Thank you,

**Jay Parrish** *(He/Him)*
Immigration Liaison
Office of Congressman Hank Johnson Jr. (GA-04)
5240 Snapfinger Park Drive, Suite 140
Decatur, GA., 30035
Office: (770) 987-2291
Fax: (770) 987-8721

Sign up for Congressman Johnson's Newsletter

Gmail - Responding to your message (Intranet Quorum IMA00368064)

| WASHINGTON OFFICE: | DECATUR OFFICE: |
|---|---|
| 2240 RAYBURN HOUSE OFFICE BUILDING | 5240 SNAPFINGER PARK DRIVE, SUITE 140 |
| WASHINGTON, DC 20515 | DECATUR, GA 30035 |
| PHONE (202) 225-1605 | PHONE (770) 987-2291 |
| FAX: (202) 226-0691 | FAX: (770) 987-8721 |

**IQFormatFile.txt**
1K

EXHIBIT M



U.S. Citizenship
and Immigration
Services

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools

Login or Sign up



# Case Was Received and A Receipt Notice Was Sent

On June 29, 2020, we received your Form I-130, Petition for Alien Relative, Receipt Number IOE9424111315, and sent you a receipt notice or acceptance notice. The notice describes how we will process your case. Please follow the instructions in the notice. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

CHECK STATUS


U.S. Citizenship
and Immigration
Services

Topics    Forms    Newsroom    Citizenship    Green Card    Laws    Tools

Login or Sign up



X

*my*

# Case Is Being Actively Reviewed By USCIS

As of July 9, 2021, we are actively reviewing your Form I-130, Petition for Alien Relative, Receipt Number IOE9763941334. Our records show nothing is outstanding at this time. We will let you know if we need anything from you. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

**Enter Another Receipt Number** ?

CHECK STATUS