## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHAUN CHAPPELL, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiff, ) | No.: |
| ) | |
| v. ) | |
| ) | |
| LIBERTY MUTUAL PERSONAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT LIBERTY MUTUAL PERSONAL INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Comes now, Defendant Liberty Mutual Personal Insurance Company, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1) A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

Plaintiff:

Shaun Chappell

1

<u>Defendant</u>:   Liberty Mutual Personal Insurance Company is a company organized under the laws of the State of New Hampshire and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.
- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.
- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Personal Insurance Company.

Liberty Mutual Personal Insurance Company is not aware of any proposed intervenors.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

(3) The undersigned further certifies that the following is a full and complete list of all other persons, serving as attorneys for the parties in this proceeding:

 (a) Shaun Chappell
   6087 Camden Forrest Drive
   Riverdale, Georgia 30296
   shaun.chappell@me.com
   **Pro Se Plaintiff**

 (b) Hilary W. Hunter
   Georgia Bar No.: 742696
   Isenberg & Hewitt, PC
   600 Embassy Row, Suite 150
   Atlanta, Georgia 30328
   (770) 351-4400 (O)
   hilary@isenberg-hewitt.com
   **Attorney for Defendant**

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

 (a)  The Plaintiff:  Georgia

 (b)  Liberty Mutual: New Hampshire / Massachusetts

Respectfully submitted this 3rd day of January, 2023.

            ISENBERG & HEWITT, PC

            <u>/s/ Hilary W. Hunter</u>
            Hilary W. Hunter
            Georgia Bar No. 742696
            600 Embassy Row, Suite 150
            Atlanta, GA  30328
            (770) 351-4400 (O)
            hilary@isenberg-hewitt.com
            **Attorney for Defendant**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

/s/ Hilary W. Hunter
Georgia Bar No. 742696
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
(770) 351-4400 Telephone
(770) 828-0100 Facsimile
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHAUN CHAPPELL, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | No.: |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY MUTUAL PERSONAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I electronically filed the foregoing **DEFENDANT LIBERTY MUTUAL PERSONAL INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following:

Shaun Chappell
6087 Camden Forrest Drive
Riverdale, GA 30296

I further certify that I have this day served a copy of the within and foregoing pleading to all parties to this matter by depositing a true copy of same in the U.S.

5

Mail, postage prepaid, addressed as listed above.

                                    ISENBERG & HEWITT, P.C.

                                    <u>/s/ Hilary W. Hunter</u>
                                    Hilary W. Hunter
                                    Georgia Bar No. 742696
                                    600 Embassy Row, Suite 150
                                    Atlanta, GA  30328
                                    (770) 351-4400 (O)
                                    hilary@isenberg-hewitt.com
                                    **Attorney for Defendant**