# EXHIBIT A

Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | APR 21 2022 |
| ☒ EEOC | 410-2022-04863 |
|  | EEOC-ATDO and EEOC |

RECEIVED

| State or local Agency, if any | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
|  | (707) 333-9082 | [redacted] |

**Name** (Indicate Mr., Ms., Mrs.)
Ms. Antoinette Marshall

**Street Address** [redacted]   **City, State and ZIP Code** Hampton, Georgia [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (incl. Area Code) |
|---|---|---|
| Sun West Mortgage Company, Inc. | Approx. 250 | (800) 453-7884 |

**Street Address** 6131 Oglethorpe Avenue – Suite 500   **City, State and ZIP Code** Buena Park, California 90620

| Name |  |  |
|---|---|---|
| Street Address | City, State and ZIP Code | No. Employees, Members | Phone No. (Incl. Area Code) |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: Nov 29, 2021   Latest: Jan 20, 2022
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am an African-American woman, who was hired, on November 29, 2021, to work remotely, as a Call Center Mortgage Loan Officer for Sun West Mortgage Company, Inc. (the "Company"). Prior to working for the Company, I had been a Mortgage Loan Officer for over 25 years, with approximately 4 years experience working remotely.

Due to issues with the laptop supplied to me by the Company, I missed 2 days of the Company-provided 2 week training. When the laptop arrived, it was filthy with visible food stains and dog hair on it. Due to its condition and COVID concerns, I had to clean and sanitize it before I brought it into my home. The laptop had a broken docking station and the entire laptop was inoperable. I consulted with the Company's IT technician, who told me told me to return the laptop (which I did), and that I would be reimbursed for my time regarding the cleaning and set up of the laptop. A second laptop was then provided to me, which I also had to clean and sanitize. I spent 4 hours of my own time cleaning, sanitizing and getting set up on the Company laptop. Although the IT technician sent me a code to obtain reimbursement for my time, the Company's Human Resources ("HR") representative told me that, in fact, my time would not be reimbursed because I was a remote worker.

Despite my 2 day time loss related to laptop issues, I believed I was doing well. Each day, the Company sent out Excel spreadsheets which tracked each employee's performance/numbers, I was not the lowest nor the highest performer. However, I had a great deal of difficulty understanding the trainers, who were all males from India, and who spoke with heavy/thick Indian accents. I was a remote worker and therefore communicated with the trainers via Zoom calls. When I asked a question and could not understand the trainer's answer due to his accent, I would ask the trainer to repeat or clarify his answer. Instead of attempting to help me understand them, the trainers would very often respond with condescending statements, such as "[t]his is not that difficult."

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/18/2022   [signature]
Date   Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
04/18/22

[Notary Seal: JESSICA HUFF, NOTARY PUBLIC, HENRY COUNTY, GEORGIA]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☐ EEOC | RECEIVED APR 21 2022<br>EEOC-ATDO and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was assigned to a Manager who was actually a Manager/Loan Officer. Although, I did not experience any communication issues with him, he did have his own responsibilities as a Loan Officer and therefore was not readily available to assist me in answering any questions I may have had in regard to the software we used, etc. On one occasion, I spoke with a HR representative regarding, among other topics, the communication difficulties I was experiencing with the trainers. The HR representative did not comment nor offer any solutions regarding the issue.

Without explanation or warning of any kind, I was terminated on January 20, 2022.

I believe I have been discriminated and retaliated against due to my race, color and national origin, in violation of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §§ 2000e, et seq.,

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/18/2022
Date                   Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
04/18/22

[Notary seal: JESSICA HUFF, NOTARY PUBLIC, HENRY COUNTY, GEORGIA]