# EXHIBIT "C"

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FLOOD BROTHERS RESTORATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE JIMENEZ,<br><br>    Defendant. | Civil Action<br>File No.:    22-C-04099-S1 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant Michelle Jimenez, by and through counsel of record, have filed a Petition for Removal in the office of the Clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Gwinnett County State Court are stayed.

This 4th day of January, 2023.

                                Goodman McGuffey LLP
                                Attorneys for Defendant Michelle Jimenez

By:   */s/ Paul J. Spann*
            ADAM C. JOFFE
            GA State Bar No.  391920
            ajoffe@GM-LLP.com
            PAUL J. SPANN
            GA State Bar No.  153214
            PSpann@GM-LLP.com
            3340 Peachtree Road NE, Suite 2100
            Atlanta, GA 30326-1084
            (404) 264-1500 Phone
            (404) 264-1737 Fax

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FLOOD BROTHERS RESTORATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE JIMENEZ,<br><br>    Defendant. | Civil Action<br>File No.:    22-C-04099-S1 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of the Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) as follows:

S. Carlton Rouse, Esq.
Rouse & Company, LLC
P.O. Box 392105
Snellville, GA 30039-9997
s.carlton@rousecolaw.com
*Attorney for Plaintiff*

This 4th day of January, 2023.

          */s/ Paul J. Spann*
PAUL J. SPANN
GA State Bar No. 153214
PSpann@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax