```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

```
Robbie Teasley                    *
                                  *
      Plaintiff,                  *
                                  *
                                  *
vs.                               *     CIVIL ACTION
                                  *     FILE NO.
                                  *
Kilolo Kijakazi                   *
Commissioner of Social            *
Security,                         *
                                  *
                                  *
      Defendant.                  *
                                  *
```

## APPLICATION TO PROCEED IN FORMA PAUPERIS

Comes now Robbie Teasley, Plaintiff in the above-styled action, and presents the Court this application to proceed <u>in forma pauperis</u>, as provided in 28 U.S.C. Section 1915(a).

Plaintiff has made an affidavit, attached to this application, to the effect that:

1. Plaintiff is without funds to pay the fees and costs in this cause; and

2. Plaintiff's action is meritorious and she is entitled to redress.

**WHEREFORE**, Plaintiff prays that this Court allow her to proceed <u>in forma pauperis</u>.

Respectfully Submitted,

/s/ Jeffrey Flynn

Jeffrey Flynn
Attorney for Plaintiff

1447 Peachtree St. N.E.
Suite 402
Atlanta, Georgia 30309
(404)881-1700
Georgia Bar No. 266552