# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: January 4, 2023

RE: 22-58536-bem
Bankruptcy Case No.

Derrick Bernard Jackson
Debtor(s)

Derrick Bernard Jackson
Appellant

vs

Arthur M. McCracken, Julia McCracken, Paramount Properties Management Group, LLC
Appellees

## S U B M I S S I O N   S H E E T

Submitted on:

☒ Notice of Appeal filed 12/13/2022- Doc. No. 69
File date of Order being appealed from 12/01/2022 - Doc. No. 44

☐ Other:

**Contents of Record:**
☒ Documents 44, 69, docket sheet

☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
Filing Fee Paid -  ☒ Yes   ☐ No

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Maresa Snow, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*