

**IT IS ORDERED as set forth below:**

**Date: December 1, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> DERRICK BERNARD JACKSON, <br><br> Debtor. <br><br> ARTHUR M. MCCRACKEN, JULIA MCCRACKEN, and PARAMOUNT PROPERTIES MANAGEMENT COMPANY, LLC, <br><br> Movants, <br><br> v. <br> DERRICK BERNARD JACKSON, <br><br> Respondent. | CASE NO. 22-58536-BEM <br><br> CHAPTER 13 <br><br><br><br><br><br><br><br> Contested Matter |

### O R D E R

Movants' *Motion for Relief From the Automatic Stay, and Brief in Support Thereof* [Doc. 21] came before the Court for hearing on November 30, 2022. Robert J. Kaufman and Nicholas J. Garcia appeared for Movants, Debtor appeared pro se, and Sonya Buckley Gordon

appeared for the Chapter 13 Trustee. For the reasons announced on the record, the Court finds that the *Lease for Residential Property* at 955 Tiverton Lane, City of Johns Creek, Georgia, 30022 (the "Property") and the *Purchase and Sale Agreement* between Debtor and the McCrackens [Docs. 21-3 Ex. C and 21-4 Ex. D] terminated prior to the filing of the bankruptcy case and that the Property is not property of the bankruptcy estate. As a result, Movants are entitled to relief from the automatic stay. Accordingly, it is

ORDERED that the automatic stay is modified to allow Movants to pursue the action pending in the Superior Court of Fulton County (Paramount Properties Management Group v. Jackson, case no. 2022-cv-365529), to obtain possession of the Property, and to obtain the funds held in the registry of the Superior Court should the Superior Court determine Movants are entitled to those funds; it is further

ORDERED that the request for in rem relief under 11 U.S.C. § 362(d)(4) is denied; it is further

ORDERED that 14-day stay in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

**END OF ORDER**

## **Distribution List**

Derrick Bernard Jackson
955 Tiverton Lane
Johns Creek, GA 30022

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Robert J. Kaufman
Hall Booth Smith, P.C.
Suite 200
2710 Old Milton Parkway
Alpharetta, GA 30009

Nicholas Joseph Garcia
Hall Booth Smith, P.C.
P.O. Box 2707
Columbus, GA 31902