HOLD-TRANS, APPEAL

## U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 22-58536-bem

| | |
|---|---|
| Assigned to: Chief Judge Barbara Ellis-Monro | Date filed: 10/24/2022 |
| Chapter 13 | 341 meeting: 01/06/2023 |
| Voluntary | Deadline for filing claims: 01/03/2023 |
| Asset | Deadline for filing claims (govt.): 04/24/2023 |

| | | |
|---|---|---|
| Debtor<br>Derrick Bernard Jackson<br>955 Tiverton Lane<br>Johns Creek, GA 30022<br>FULTON-GA<br>SSN / ITIN: xxx-xx-3405 | represented by | Derrick Bernard Jackson<br>PRO SE |
| Trustee<br>K. Edward Safir<br>Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303<br>404-525-1110 | represented by | Sonya Buckley Gordon<br>K. Edward Safir, Standing Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303<br>404-525-1110<br>Email: courtdailysummary@atlch13tt.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/24/2022 | 1 | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 4/24/2023. (rfs) Additional attachment(s) added on 10/24/2022 (hd). |
| 10/24/2022 | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Derrick Bernard Jackson . (hd) |
| 10/24/2022 | 3 | Pro Se Affidavit filed by Derrick Bernard Jackson . (hd) |
| 10/25/2022 | | Notice of Debtor's Prior Filings for debtor Derrick Bernard Jackson Case Number 14-52737, Chapter 13 filed in Georgia Middle Bankruptcy Court on 11/10/2014 , Dismissed for Other on 12/08/2014; Case Number 05-58219, Chapter 13 filed in Georgia Middle Bankruptcy Court on 12/28/2005; Case Number 15-50039, Chapter 13 filed in Georgia Middle Bankruptcy Court on 01/06/2015 , Dismissed for Other on 04/29/2015; Case Number 16-69514, Chapter 13 filed in Georgia Northern Bankruptcy Court on 10/31/2016 , Dismissed for Other Reason on 01/31/2017; Case Number 22-56981, Chapter 13 filed in Georgia Northern Bankruptcy Court on 09/02/2022 , Dismissed for failure to pay filing fee on 09/20/2022; Case Number 15-68901, Chapter 13 filed in Georgia Northern Bankruptcy Court on 10/02/2015 , Dismissed for failure to make plan payments on 12/11/2015.(Admin) |
| 10/25/2022 | 4 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Summary of Assets and Liabilities due 11/7/2022. Chapter 13 Plan due by 11/7/2022. Credit Counseling Certificate due 11/7/2022. |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|----|------|
|            |    | Debtor Payment Advices due: 11/7/2022. (ojj) |
| 10/25/2022 | 5  | Order Regarding Unpaid Filing Fee in the Amount of $ 313.00 . Service by BNC. Filing Fee Due on: 11/4/2022, Entered on 10/25/2022. (related document(s)1) (ojj) |
| 10/25/2022 | 6  | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 12/1/2022 at 02:30 PM (See notice for telephonic call-in information (Ch. 13 Safir ATL)). Confirmation Hearing to be held on 1/11/2023 at 09:30 AM Courtroom 1402, Atlanta. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. Objections for Discharge due by 1/30/2023 Non-Government Proof of Claims due by 1/3/2023. (Admin) |
| 10/25/2022 | 7  | Motion for Sanctions for Violation of the Automatic Stay filed by Derrick Bernard Jackson . (jcm) |
| 10/25/2022 |    | Receipt of Chp 13 Installment filing fee. Receipt Number 1269450. Fee Amount $313.00. Paid by Derrick Bernard Jackson. |
| 10/25/2022 | 8  | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (ojj) (Entered: 10/26/2022) |
| 10/27/2022 | 9  | Order and Notice of Preliminary Hearing. Service by BNC. Hearing to be held on 11/30/2022 at 10:00 AM in Courtroom 1402, Atlanta, Entered on 10/27/2022. (related document(s)7) (ojj) |
| 10/27/2022 | 10 | Notice of Appearance *and Request for All Notices* Filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Garcia, Nicholas) |
| 10/27/2022 | 11 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 10/27/2022. (Admin.) (Entered: 10/28/2022) |
| 10/27/2022 | 12 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency - Individual. Notice Date 10/27/2022. (Admin.) (Entered: 10/28/2022) |
| 10/27/2022 | 13 | Certificate of Mailing by BNC of Order Regarding Unpaid Filing Fees Notice Date 10/27/2022. (Admin.) (Entered: 10/28/2022) |
| 10/28/2022 | 14 | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 10/28/2022. (Admin.) (Entered: 10/29/2022) |
| 10/29/2022 | 15 | Certificate of Mailing by BNC of Order and Notice Notice Date 10/29/2022. (Admin.) (Entered: 10/30/2022) |
| 10/31/2022 | 16 | Notice of Appearance  Filed by Exeter Finance LLC. (AIS Portfolio Services) |
| 10/31/2022 | 17 | Motion to Value Property filed by Derrick Bernard Jackson . (hd) |
| 11/02/2022 | 18 | Order and Notice of Hearing. Service by BNC. Hearing to be held on 11/30/2022 at 10:00 AM in Courtroom 1402, Atlanta, |

| Date | # | Description |
|---|---|---|
| | | Entered on 11/2/2022. (related document(s)17) (yl) |
| 11/04/2022 | 19 | Certificate of Mailing by BNC of Order and Notice Notice Date 11/04/2022. (Admin.) (Entered: 11/05/2022) |
| 11/07/2022 | 20 | Response to Motion *for Sanctions* filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - Quitclaim Deed to A.M. McCracken # 2 Exhibit Ex. B - Quitclaim Deed to A.M. & J. McCracken # 3 Exhibit 2020 Lease # 4 Exhibit Ex. D - Option # 5 Exhibit Ex. E- IRS Tax Lien # 6 Exhibit Ex. F- Notice of Default # 7 Exhibit Ex. G- Termination Letter # 8 Exhibit Ex. H- Order Payments due by 17th # 9 Exhibit Ex. I-Staff Atty Req. # 10 Exhibit Ex. J - Order Staying Sup. Ct. Case # 11 Exhibit Ex. K- Harassing Text Messages) (related document(s)7)(Garcia, Nicholas) Additional attachment(s) added on 12/6/2022 (jlc). |
| 11/07/2022 | 21 | Motion for Relief from Stay Fee $ 188,  filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - Quitclaim Deed to AM McCracken # 2 Exhibit Ex. B- Quitclaim Deed to AM & J McCracken # 3 Exhibit Ex. C- 2020 Lease # 4 Exhibit Ex. D - Option # 5 Exhibit Ex. E- IRS Tax Lien # 6 Exhibit Ex. F- Notice of Default # 7 Exhibit Ex. G- Termination Letter # 8 Exhibit Ex. H- Order Payments due by 17th # 9 Exhibit Ex. I- Staff Atty Req. # 10 Exhibit Ex. J- Order Staying Sup. Ct. Case # 11 Exhibit Ex. K - Harassing Text Messages) (Garcia, Nicholas) Additional attachment(s) added on 12/6/2022 (jlc). |
| 11/07/2022 | | Receipt of Motion for Relief from Stay( 22-58536-bem) [motion,185] ( 188.00) filing fee. Receipt Number B57959680. Fee Amount 188.00 (re: Doc# 21) (U.S. Treasury) |
| 11/07/2022 | 22 | Payment Advices of Debtor, filed by Derrick Bernard Jackson . (related document(s)4) (jcm) (Entered: 11/08/2022) |
| 11/07/2022 | 23 | Chapter 13 Plan with NO Certificate of Service filed by Derrick Bernard Jackson . (jcm) (Entered: 11/08/2022) |
| 11/07/2022 | 24 | Credit Counseling Service Certificate filed by Derrick Bernard Jackson . (jcm) Additional attachment(s) added on 11/8/2022 (jcm). (Entered: 11/08/2022) |
| 11/07/2022 | 25 | Summary of Assets and Liabilities with Statistical Information for Individual Debtor filed by Derrick Bernard Jackson . (jcm) (Entered: 11/08/2022) |
| 11/08/2022 | 26 | Notice of Hearing *on Motion for Relief from the Automatic Stay* Filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. Hearing to be held on 11/30/2022 at 10:00 AM in Courtroom 1402, Atlanta, (related document(s)21)(Garcia, Nicholas) |
| 11/09/2022 | 27 | Notice of Appearance  Filed by AmeriCredit Financial Services, Inc. DBA GM Financial. (AmeriCredit Financial Services) |

| Date | # | Description |
|---|---|---|
| 11/10/2022 | 28 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 11/10/2022. (Admin.) (Entered: 11/11/2022) |
| 11/14/2022 | 29 | Respondent's Response in Opposition to Movant's Motion to Value Property and Brief in Support Thereof. filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit) (related document(s)17)(Garcia, Nicholas) Modified on 11/15/2022 (sls). Additional attachment(s) added on 12/6/2022 (jlc). |
| 11/17/2022 | 30 | Movant's Motion to Deny Respondents' Motion to Lift Automatic Stay filed by Derrick Bernard Jackson . (related document(s)21)(hd) Additional attachment(s) added on 11/18/2022 (hd). (Entered: 11/18/2022) |
| 11/21/2022 | 31 | Objection to Confirmation of Plan *with Certificate of Service* filed by Philip L. Rubin on behalf of Exeter Finance LLC. (related document(s)23) (Rubin, Philip) |
| 11/21/2022 | 32 | Movant's Motion to Deny Defendants' Motion in Opposition of Movant's Motion to Value Property filed by Derrick Bernard Jackson . (related document(s)29)(rfs) |
| 11/23/2022 | 33 | Motion to Deny Defendants' Motion for Relief from Automatic Stay and Further Impose More Sanctions for Violation of Automatic Stay filed by Derrick Bernard Jackson . (related document(s)21)(jcm) |
| 11/23/2022 | 34 | Motion to Extend the Stay and Request for Emergency Hearing as to All Creditors filed by Derrick Bernard Jackson. Hearing to be held on 11/30/2022 at 10:00 AM in Courtroom 1402, Atlanta, (jcm) |
| 11/25/2022 | 35 | Order Denying Request For Emergency Hearing, Temporarily Extending The Automatic Stay, And Notice Of Hearing. ORDERED that the automatic stay is temporarily extended until the conclusion of the foregoing hearing. Service by BNC. Hearing to be held on 12/14/2022 at 10:30 AM in Courtroom 1402, Atlanta, Entered on 11/25/2022. (related document(s)34) (cdp) |
| 11/27/2022 | 36 | Certificate of Mailing by BNC of Order and Notice Notice Date 11/27/2022. (Admin.) (Entered: 11/28/2022) |
| 11/28/2022 | 37 | Motion to Object to Respondent's Objection to Confirmation of Chapter 13 Plan filed by Derrick Bernard Jackson . (related document(s)31) (rfs) |
| 11/28/2022 | 38 | Paramount Properties Management Group, LLC and Michael and Julie McCracken's Reply Brief in Support of their Motion for Relief from the Automatic Stay filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - D. Jackson Dep. Tr. Excerpt) (related document(s)21, 30, 33)(Garcia, Nicholas) Modified on 11/29/2022 (sls). |
| 11/29/2022 | 39 | Supplemental Response to Motion *for Sanctions* filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. |

| Date | Doc # | Description |
|---|---|---|
| | | (related document(s)7)(Garcia, Nicholas) |
| 11/29/2022 | 40 | Supplemental Motion for Relief from Stay (NO FEE) filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (related document(s)21) (Garcia, Nicholas) |
| 11/29/2022 | 41 | Supplemental Response to Motion to Value Property filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (related document(s)17)(Garcia, Nicholas) |
| 11/30/2022 | | Hearing Held and Continued to 12/14/2022 at 10:30 AM in Courtroom 1402, Atlanta, (related document(s)7) (rf) |
| 11/30/2022 | | Hearing Held re: (related document(s)17, 21) (rf) |
| 12/01/2022 | 42 | Order and Notice Continued Preliminary Hearing. Service by BNC. Hearing to be held on 12/14/2022 at 10:30 AM in Courtroom 1402, Atlanta, Entered on 12/1/2022. (related document(s)7) (ojj) |
| 12/01/2022 | 43 | Order DENYING Motion to Value Property (Related Doc # 17) Service by BNC. Entered on 12/1/2022. (ojj) |
| 12/01/2022 | 44 | Order GRANTING Motion for Relief from Stay of Arthur M. McCracken, Julia McCracken, and Paramount Properties Management Group, LLC . (Related Doc # 21) Service by BNC. Entered on 12/1/2022. (ojj) |
| 12/02/2022 | 45 | Motion to Redact Personal Identifiers Fee $ 26, filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - REDACTED Lease 955 Tiverton) (Garcia, Nicholas) |
| 12/02/2022 | | Receipt of Motion to Redact Personal Identifiers (FEE)( 22-58536-bem) [motion,mredact] ( 26.00) filing fee. Receipt Number A58073917. Fee Amount 26.00 (re: Doc# 45) (U.S. Treasury) |
| 12/03/2022 | 46 | Certificate of Mailing by BNC of Order on Motion for Relief from Stay Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/03/2022 | 47 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/03/2022 | 48 | Certificate of Mailing by BNC of Order Determining Value of Property Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/05/2022 | 49 | Amended Certificate of Service for Motion to Redact filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (related document(s)45) (Garcia, Nicholas) Modified on 12/6/2022 (sls). |
| 12/06/2022 | 50 | Order GRANTING Motion to Redact Personal Identifiers. Service by BNC. Entered on 12/6/2022. (related document(s)45) (jlc) |
| 12/07/2022 | 51 | Notice Rescheduling Meeting of Creditors , Notice |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Rescheduling Confirmation Hearing Filed by Sonya Buckley Gordon on behalf of K. Edward Safir. Telephonic 341 Meeting to be held on 1/6/2023 at 01:30 PM (See notice for telephonic call-in information (Ch. 13 Safir ATL)). Confirmation Hearing to be held on 1/25/2023 at 09:30 AM in Courtroom 1402, Atlanta. (related document(s)23)(Gordon, Sonya) |
| 12/08/2022 | 52 | Paramount Properties Management Group, LLC and Michael and Julie McCracken's Response in Opposition to Debtors Motion to Extend or Impose Automatic Stay and Request for Emergency Hearing Pursuant to 11 U.S.C. § 362(c)(3)(B) and Brief in support Thereof filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - Text Messages from Jackson to McCracken) (related document(s)34)(Garcia, Nicholas) Modified on 12/9/2022 (sls). |
| 12/08/2022 | 53 | Certificate of Mailing by BNC of Order on Motion to Redact Personal Identifiers (FEE) Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/13/2022 | 54 | Motion to Stay Order Pursuant to FRBP 8007(a)(1)(A) Pending Appeal filed by Derrick Bernard Jackson . (related document(s)44) (hd) |
| 12/13/2022 | 69 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: none, filed by Derrick Bernard Jackson . Appellant Designation due by 12/27/2022, submission by USBC to USDC due by 1/12/2023, (related document(s)44) (aam) (Entered: 12/29/2022) |
| 12/14/2022 | 55 | Order and Notice of rescheduled preliminary hearing. Service by BNC. Hearing to be held on 1/11/2023 at 10:30 AM in Courtroom 1402, Atlanta, Entered on 12/14/2022. (related document(s)7) (yl) |
| 12/14/2022 | 56 | Order temporarily extending the automatic stay as to all creditors except Paramount Properties Management Group, LLC and Arthur M. and Julie McCracken and notice of rescheduled hearing. Service by BNC. Hearing to be held on 1/11/2023 at 10:30 AM in Courtroom 1402, Atlanta, Entered on 12/14/2022. (related document(s)54) (yl) |
| 12/14/2022 | 57 | Transcript regarding Hearing Held 11/30/22 RE: Status conference on Debtor's motion for sanctions for violation of the automatic stay. 2) Motion to Impose Sanctions for Violation of the Automatic Stay. 3) Derrick Bernard Jackson on the Debtor's motion for sanctions for violation of the automatic stay along with the Debtor's motion to determine value of property. 4) Paramount Properties Management Group LLC, and Michael and Julie McCracken's motion for relief from stay.. The transcript may be viewed at the Bankruptcy Court Clerk's Office or purchased from a transcriber. [For information about how to contact the transcriber, refer to the Court's Transcript Request Procedures page under the General Information tab on the Court's Website] Transcript access will be restricted through 3/14/2023. (related document(s)7, 17, 21) (rf) |
| 12/15/2022 | 58 | Motion for Relief Based on Fraud, Misrepresentation, and Misconduct by Respondents Pursuant to Rule 60(b)(3) filed |

| Date | Doc # | Description |
|---|---|---|
| | | by Derrick Bernard Jackson. (jcm) |
| 12/15/2022 | 59 | Objection to Confirmation of Plan *with Certificate of Service* filed by Philip L. Rubin on behalf of AmeriCredit Financial Services, Inc. DBA GM Financial. (related document(s)23) (Rubin, Philip) |
| 12/15/2022 | 60 | Motion for Relief from Stay Fee $ 188, *with Notice of Hearing and Certificate of Service* filed by Philip L. Rubin on behalf of AmeriCredit Financial Services, Inc. DBA GM Financial. Hearing to be held on 1/11/2023 at 10:15 AM in Courtroom 1402, Atlanta, (Rubin, Philip) |
| 12/15/2022 | | Receipt of Motion for Relief from Stay( 22-58536-bem) [motion,185] ( 188.00) filing fee. Receipt Number A58137800. Fee Amount 188.00 (re: Doc# 60) (U.S. Treasury) |
| 12/16/2022 | 61 | Notice of deficient filing re: Missing Certificate of Service, . Service by BNC. (related document(s)58) (acj) |
| 12/16/2022 | 62 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/16/2022. (Admin.) (Entered: 12/17/2022) |
| 12/16/2022 | 63 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/16/2022. (Admin.) (Entered: 12/17/2022) |
| 12/18/2022 | 64 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 12/18/2022. (Admin.) (Entered: 12/19/2022) |
| 12/19/2022 | 65 | Certificate of Service of Motion for Relief Based on Fraud, Misrepresentation, and Misconduct by Respondents filed by Derrick Bernard Jackson . (related document(s)58) (rfs) |
| 12/27/2022 | 66 | Response to Motion *for Stay of Order Pending Appeal* filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - Demand for Possession # 2 Exhibit Ex. B- Termination Notice # 3 Exhibit Ex. C- Order on Writ of Possession # 4 Exhibit Ex. D - Text Messages) (related document(s)54)(Garcia, Nicholas) |
| 12/27/2022 | 67 | Response to Motion  filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A- Demand for Possession # 2 Exhibit Ex. B- Termination Notice # 3 Exhibit Ex. C- Order on Writ of Possession # 4 Exhibit Ex. D - Text Messages) (related document(s)58)(Garcia, Nicholas) |
| 12/27/2022 | 68 | Response to Motion *for Stay of Order Pending Appeal* filed by Nicholas Joseph Garcia on behalf of Paramount Properties Management Group, LLC and Michael and Julie McCracken. (Attachments: # 1 Exhibit Ex. A - Demand for Possession # 2 Exhibit Ex. B - Termination Notice # 3 Exhibit Ex. C - Order on Writ of Possession # 4 Exhibit Ex. D - Text Messages) (related document(s)54)(Garcia, Nicholas) Modified on 12/28/2022 (cdp). |
| 12/29/2022 | 70 | Motion for Emergency Hearing on Motion for Stay Pending Appeal filed by Derrick Bernard Jackson . (hd) |
| 12/30/2022 | | Receipt of Appeal filing fee. Receipt Number 1270110. Fee |

|            |    |                                                                                                                                                                                     |
|------------|----|---|
|            |    | Amount $298.00. Paid by Derrick B Jackson.                                                                                                                                          |
| 01/03/2023 | 71 | Objection to Confirmation of Plan filed by Craig B. Lefkoff on behalf of Santander Consumer USA Inc.. (related document(s)23) (Lefkoff, Craig)                                      |
| 01/04/2023 | 72 | Order DENYING Motion to Stay Order (Related Doc # 54) Service by BNC. Entered on 1/4/2023. (ojj)                                                                                    |
| 01/04/2023 | 73 | Order DENYING Motion for Relief Based on Fraud, Misrepresentation, and Misconduct by Respondents Pursuant to Rule 60(b)(3) (Related Doc # 58). Service by BNC. Entered on 1/4/2023. (ojj) |
| 01/04/2023 | 74 | Notification of Appeal Requirements (related document(s)69) (mks)                                                                                                                   |
| 01/04/2023 | 75 | Transmittal of Notice of Appeal to District Court (related document(s)69) (mks)                                                                                                     |