# HAWKINS PARNELL
Hawkins Parnell & Young, LLP

303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308

CARL H. ANDERSON, JR., ESQ.
Direct: 404-614-7511
Email: canderson@hpylaw.com

August 3, 2022

## NOTICE OF FILING OF AFFIDAVIT

**BY FEDERAL EXPRESS,
AND ELECTRONIC MAIL**

| | |
|---|---|
| Equity Resource Partners-Branch, LLC<br>80 West Wieuca Road, NE, Suite 204<br>Atlanta, Georgia, 30342<br>Attention: Asa Griggs Candler, VII<br>acandler@southwooddev.com | Equity Resource Partners-Branch, LLC<br>568 Jetton Street, Suite 200<br>Davidson, North Carolina 28036<br>Attention: Ron L. Turner, Jr.<br>turner@piedmontlanddevelopment.com |
| John H. Irby, Esq.<br>David C. Gunderson, Esq.<br>Wilson Brock & Irby, L.L.C.<br>Overlook I, Suite 700<br>2849 Paces Ferry Road<br>Atlanta, Georgia 30339<br>jirby@wbilegal.com<br>dgunderson@wbilegal.com | Branch-Douglasville, LLC<br>Attn: Jeffrey A. Watson<br>568 Jetton Street, Suite 200<br>Davidson, NC 28036<br>watson@piedmontlanddevelopment.com |

Charles Lee Wooddall, Registered Agent
Branch-Douglasville, LLC
80 West Wieuca Road, NE, Suite 204
Atlanta, GA, 30342, USA
lwooddall@southwooddev.com

    Re:  **Lease on Property located at 4005 Fielding Drive, Douglasville, GA**

Dear Gentlemen:

  Please be advised that this law firm represents O'Reilly Automotive Stores, Inc. On behalf of my client, please see enclosed herewith a courtesy copy of the O.C.G.A. §44-2-20 Affidavit as to Certain Property Currently Owned by Equity Resource Partners-Branch, LLC but leased by an Affiliated Company, Douglasville-Branch, LLC to O'Reilly Automotive Stores, Inc. ("Affidavit"), filed with the Douglas County Superior Court Clerk's office in the real estate records for Douglas County, Georgia, at Deed Book 4166, Pages 611-708.

**EXHIBIT C TO COMPLAINT**



Asa Griggs Candler, VII, Equity Resource Partners-Branch, LLC
Ron L. Turner, Jr., Equity Resource Partners-Branch, LLC
John H. Irby, Esq., Wilson Brock & Irby, L.L.C.
David C. Gunderson, Esq., Wilson Brock & Irby, L.L.C.
Jeffrey A. Watson, Branch-Douglasville, LLC
Charles Lee Wooddall, Branch-Douglasville, LLC
August 3, 2022
Page 2


O'Reilly Automotive Stores, Inc., filed the Affidavit to protect its leasehold interest. My client remain willing to discuss your compliance with the existing lease. I can be reached at (404) 614-7511 or canderson@hpylaw.com.

Should you have any questions, please do not hesitate to contact me. Thank you for your consideration of this matter. Trusting all is in order, I am

> Very truly yours,
>
> **HAWKINS, PARNELL & YOUNG, LLP**
>
> *Carl H. Anderson, Jr.*
>
> Carl H. Anderson, Jr.

CHA/ttw
Enclosure

cc:     O'Reilly Automotive Stores, Inc.

**EXHIBIT C TO COMPLAINT**