Parcel ID: _____
Returned to/Prepared by:
    O'Reilly Automotive Stores, Inc.
    Attn: Property Management
    RE Portfolio Specialist
    233 South Patterson
    Springfield, MO 65802

## MEMORANDUM OF LEASE

Lease made and entered into on the  16  day of  September , 2021.

1.   Landlord:    Branch – Douglasville, LLC, with principal offices at: 568 Jetton Street, Suite # 200, Davidson, NC 28036.

2.   Tenant:    O'Reilly Autmotive Stores, Inc., with principal offices at: 233 S. Patterson, Springfield, MO 65802.

3.   Leased premises located at 4005 Fielding Drive, Douglasville, GA.

4.   Term of Lease: Lease shall be and is for a period of fifteen (15) years, to commence upon the first day of the first month following the earlier to occur: (i) the issuance of a permanent Certificate of Occupancy for the building that Landlord has constructed on the Demised Premises as provided in the Work Letter or (ii) the date Tenant opens for business (the "Commencement Date").

5.   Extension Options: The Lease provides for four (4) extension options of five (5) years each. Tenant must give Landlord written notice of its intention to exercise extension options not less than ninety (90) days before the end of the initial term of this Lease and any properly exercised extension.

6.   Landlord hereby grants to Tenant the right of first refusal to purchase the Demised Premises. In the event Tenant shall elect not to exercise the first right of refusal, then the first right of refusal shall lapse and terminate and Landlord shall be free to sell the demised premises to the offeror of such bona fide offer on the terms set forth in such bona fide offer, subject to the Lease and Tenant's rights as Tenant hereunder. In the event the premises do not sell to the offeror of such bona fide offer, this provision shall not be terminated and Tenant shall have the first right of refusal on any subsequent offers to purchase the Demised Premises.

7.   Restricted Use: Landlord agrees to prohibit the sale, use, or lease of any portion of Landlord's property or that of its subsidiaries or affiliates immediately adjacent to the Demised Premises to an auto parts company or other company which derives more than ten percent (10%) of their business from the sale of wholesale and/or retail auto parts.

**EXHIBIT D TO COMPLAINT**

This restriction shall include, but not be limited to, such companies as AutoZone, Advance Auto parts, CarQuest, NAPA and Pep Boys and their related entities (including service centers), successors and assignees, or other company which derives more than ten percent (10%) of their business from the sale of wholesale and/or retail auto parts. It is understood that car repair shops such as Meineke, Cottman and Goodyear shall not be deemed to be in violation of this restriction.

IN WITNESS WHEREOF, the parties hereto have executed this Memorandum of Lease this 16 day of September, 2021.

LANDLORD:
Branch – Douglasville, LLC
a Georgia limited liability company

By: Piedmont Land Development, Inc., its Manager

By: Ron L. Turner, Jr.
Title: President
Date: 8-4-2021

TENANT:
O'REILLY AUTOMOTIVE STORES, INC.
a Missouri corporation

By: Scott Kraus
Title: Senior Vice President
Date: 9-16-2021

**EXHIBIT D TO COMPLAINT**

STATE OF _North Carolina_ )
                                         ) ss
COUNTY OF _Rowan_ )

On the _4th_ day of _August_, 2021, before me, a notary public in and for said state, personally appeared _Ron L. Turner, Jr_, known to me to be the person who executed the within Memorandum of Lease and acknowledged to me that they executed the same for the purposes therein stated.

Witness my hand and notarial seal subscribed and affixed in said County and State, the day and year first above written.

_4-8-22_
My Commission Expires:

_Trisha O. Belk_
Notary Public

STATE OF MISSOURI    )
                                     ) ss
COUNTY OF GREENE    )

On the _16_ day of _September_, 2021, before me, a notary public in and for said state, personally appeared **Scott Kraus**, Senior Vice President of O'Reilly Automotive Stores, Inc., known to me to be the person who executed the within Memorandum of Lease on behalf of said corporation and acknowledged to me that he executed the same for the purposes therein stated.

    Witness my hand and notarial seal subscribed and affixed in said County and State, the day and year first above written.

_21 June 2024_
My Commission Expires:

_N Bullard_
Notary Public

NICOLE BULLARD
Notary Public – Notary Seal
STATE OF MISSOURI
Polk County
My Commission Expires June 21, 2024
Commission #20123781

**EXHIBIT D TO COMPLAINT**