**KIRK PALMER & THIGPEN, P.A.**
ATTORNEYS AT LAW
1300 BAXTER STREET, SUITE 300
CHARLOTTE, NORTH CAROLINA 28204
TELEPHONE (704) 332-8000
FACSIMILE (704) 332-8264

*Henry N. Pharr, III*
*email: hpharr@kptlaw.com*
*www.kptlaw.com*

August 15, 2022

**Via Certified Mail and Email**

O'Reilly Automotive Stores, Inc.
Attn: Property Manager
PO Box 1156
Springfield, MO 65802
propertymanagement@oreillyauto.com

Carl H. Henderson, Jr., Esq.
Hawkins Parnell & Young, LLP
303 Peachtree St, Suite 4000
Atlanta, Georgia 30308
chenderson@hpylaw.com

Re: Lease Agreement By And Between Branch - Douglasville, LLC ("Landlord") And O'Reilly Automotive Stores, Inc. ("Tenant"), For Certain Real Property Located In Douglasville, Georgia And Comprising 52,272 Square Feet (the "Premises").

To whom it may concern:

Please be advised that this law firm represents Branch - Douglasville, LLC, the Landlord in the above-described lease agreement (the "Lease Agreement").

This letter shall constitute Tenant's official written notice of Landlord's intent to terminate the Lease Agreement by and between the parties as a result of impossibility and/or impracticability to perform under the terms of the Lease Agreement. Specifically, Landlord's duty to perform has been rendered unreasonably difficult and expensive as a result of unforeseen circumstances and conditions, including market economics, supply chain difficulties and inability to obtain product, such that it would be impossible for the Landlord to perform under the current terms of the Lease Agreement. In addition to rapidly increasing construction prices, Landlord is unable to finance the construction and development of the Improvements on the property under the current Lease terms.

00275745.1

**EXHIBIT E TO COMPLAINT**

August 12, 2022
Page 2

      Please contact this office if you wish to discuss this matter further. Thank you for your consideration and prompt attention to this correspondence.

                                  Sincerely,

                                  **KIRK PALMER & THIGPEN, P.A.**

                                  /s/ Henry Pharr III (amm)

                                  Henry Pharr, III

Cc:    Brian Holofchak
        Ron Turner (turner@piedmonthlanddevelopment.com)
        jirby@wbilegal.com
        dgunterson@wbilegal.com

00275745.1

**EXHIBIT E TO COMPLAINT**

Kirk Palmer & Thigpen
Henry N. Pharr, III
1300 BAXTER STREET
SUITE 300
CHARLOTTE NC 28204



USPS CERTIFIED MAIL™

9414 8368 9784 6663 3661 91

O'REILLY AUTOMOTIVE STORES, INC
PROPERTY MANAGER
PO BOX 1156
SPRINGFIELD MO 65801-1156



US POSTAGE AND FEES PAID
2022-08-15
28204
C4000004
Retail
1.0 OZLTR

0901000002180

FOLD ALONG THIS LINE

**EXHIBIT E TO COMPLAINT**

Kirk Palmer & Thigpen
Henry N. Pharr, III
1300 BAXTER STREET
SUITE 300
CHARLOTTE NC 28204



USPS CERTIFIED MAIL™

9414 8368 9784 6663 3771 28

HAWKINS PARNELL & YOUNG, LLP
CARL H. HENDERSON, JR., ESQ
303 PEACHTREE ST NE STE 4000
ATLANTA GA 30308-3266

US POSTAGE AND FEES PAID
easypost.
2022-08-15
28204
C4000004
Retail
1.0 OZLTR

0901000002206

FOLD ALONG THIS LINE

**EXHIBIT E TO COMPLAINT**