# KIRK PALMER & THIGPEN, P.A.
ATTORNEYS AT LAW
1300 BAXTER STREET, SUITE 300
CHARLOTTE, NORTH CAROLINA 28204
TELEPHONE (704) 332-8000
FACSIMILE (704) 332-8264

*Henry N. Pharr, III*
*email: hpharr@kptlaw.com*
*www.kptlaw.com*

October 6, 2022

**Via Certified Mail and Email**

O'Reilly Automotive Stores, Inc.
Attn: Property Manager
PO Box 1156
Springfield, MO 65802
propertymanagement@oreillyauto.com

Carl H. Henderson, Jr., Esq.
Hawkins Parnell & Young, LLP
303 Peachtree St, Suite 4000
Atlanta, Georgia 30308
chenderson@hpylaw.com

Re: Lease Agreement By And Between Branch - Douglasville, LLC ("Landlord") And O'Reilly Automotive Stores, Inc. ("Tenant"), For Certain Real Property Located In Douglasville, Georgia And Comprising 52,272 Square Feet (the "Premises").

To whom it may concern:

As you are aware this law firm represents Branch - Douglasville, LLC, the Landlord in the above-described lease agreement (the "Lease").

This letter will constitute Tenant's official written notice of the termination of the Lease, effective September 1, 2022, as a result of impossibility and/or impracticability to perform under the terms of the Lease Agreement for the reasons described in my previous correspondence. Please conduct yourself accordingly.

00275745.1

**EXHIBIT G TO COMPLAINT**

October 6, 2022
Page 2

        Sincerely,

        KIRK PALMER & THIGPEN, P.A.

        Henry Pharr, III

Cc:    Brian Holofchak
       Ron Turner (turner@piedmontlanddevelopment.com)
       jirby@wbilegal.com
       dgunterson@wbilegal.com

EXHIBIT G TO COMPLAINT

Kirk Palmer & Thigpen
Henry N. Pharr, III
1300 BAXTER STREET, SUITE 300
CHARLOTTE NC 28204



**USPS CERTIFIED MAIL™**

9414 8368 9784 6872 5774 94

HAWKINS PARNELL & YOUNG, LLP
CARL H. HENDERSON, JR., ESQ
303 PEACHTREE ST NE STE 4000
ATLANTA GA 30308-3266



US POSTAGE AND FEES PAID
2022-10-06
28204
C4000004
Retail
1.0 OZLTR

0901000002251

---

FOLD ALONG THIS LINE

**EXHIBIT G TO COMPLAINT**