**KIRK PALMER & THIGPEN, P.A.**
ATTORNEYS AT LAW
1300 BAXTER STREET, SUITE 300
CHARLOTTE, NORTH CAROLINA 28204
TELEPHONE (704) 332-8000
FACSIMILE (704) 332-8264

*Henry N. Pharr, III*
*email: hpharr@kptlaw.com*
*www.kptlaw.com*

October 10, 2022

**Via Certified Mail and Email**

O'Reilly Automotive Stores, Inc.
Attn: Property Manager
PO Box 1156
Springfield, MO 65802
propertymanagement@oreillyauto.com

Carl H. Henderson, Jr., Esq.
Hawkins Parnell & Young, LLP
303 Peachtree St, Suite 4000
Atlanta, Georgia 30308
chenderson@hpylaw.com

      Re:    Lease Agreement By And Between Branch - Douglasville, LLC ("Landlord") And O'Reilly Automotive Stores, Inc. ("Tenant"), For Certain Real Property Located In Douglasville, Georgia And Comprising 52,272 Square Feet (the "Premises").

To whom it may concern:

    As you are aware this law firm represents Branch - Douglasville, LLC, the Landlord in the above-described lease agreement (the "Lease").

    This letter will supplement Landlord's previous correspondence dated October 6, 2022 and will constitute Landlord's official written notice of the termination of the Lease, effective September 1, 2022, as a result of impossibility and/or impracticability to perform under the terms of the Lease Agreement for the reasons described in my previous correspondence. Please conduct yourself accordingly.

00282324.1

**EXHIBIT H TO COMPLAINT**

October 10, 2022
Page 2



        Sincerely,

        **KIRK PALMER & THIGPEN, P.A.**

        Henry Pharr, III

Cc:    Brian Holofchak
        Ron Turner (turner@piedmonthlanddevelopment.com)
        jirby@wbilegal.com
        dgunterson@wbilegal.com

**EXHIBIT H TO COMPLAINT**

Kirk Palmer & Thigpen
Henry N. Pharr, III
1300 BAXTER STREET, SUITE 300
CHARLOTTE NC 28204

USPS CERTIFIED MAIL™



9414 8368 9784 6884 7850 23

HAWKINS PARNELL & YOUNG, LLP
CARL H. HENDERSON, JR., ESQ
303 PEACHTREE ST NE STE 4000
ATLANTA GA 30308-3266

US POSTAGE AND FEES PAID   easypost
2022-10-10
28204
C4000004
Retail
1.0 OZLTR                  0901000002241

FOLD ALONG THIS LINE

**EXHIBIT H TO COMPLAINT**