IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEANNE TAN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Movant,<br><br>v.<br><br>JEREMY SISTRUNK<br><br>　　　　Respondent. | CIVIL ACTION NO. _____ |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

LeAnne Tan, Movant, seeks to file an exhibit to her brief in support of her Motion to Compel under seal. This exhibit is a nondisclosure agreement that is subject to a protective order in the underlying litigation.

January 5, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ A. Cyclone Covey
　　　　　　　　　　　　　　　　A. Cyclone Covey
　　　　　　　　　　　　　　　　GA Bar No. 190747
　　　　　　　　　　　　　　　　Kneupper & Covey, PC
　　　　　　　　　　　　　　　　4475 Peachtree Lakes Dr.
　　　　　　　　　　　　　　　　Berkeley Lake GA 30096
　　　　　　　　　　　　　　　　cyclone@kneuppercovey.com
　　　　　　　　　　　　　　　　678-928-6806

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEANNE TAN, Individually and On Behalf of All Others Similarly Situated, | |
| Movant, | |
| v. | CIVIL ACTION NO. _____ |
| JEREMY SISTRUNK | |
| Respondent. | |

**MOVANT LEANNE TAN'S BRIEF IN SUPPORT OF HER MOTION FOR LEAVE TO FILE DOCUEMNTS UNDER SEAL**

Movant LeAnne Tan is filing a Motion to Compel compliance with a subpoena and a supporting brief. Ms. Tan's brief supporting her Motion to Compel references a nondisclosure agreement produced in discovery in the underlying litigation in the Southern District of California (the "Underlying Litigation"). That nondisclosure agreement has been designated confidential and is subject to a protective order in the Underlying Litigation.[1] To ensure compliance with the

---

[1] *Tan v. Quick Box, LLC et al.*, No. 3:20cv1082, U.S. Dist. Ct. S. Dist. Cal., Dkt. 186 (Aug. 11, 2021) (protective order).

1

protective order in the Underlying Litigation Ms. Tan requests that she be granted leave to file the nondisclosure agreement under seal.

## CERTIFICATION OF COMPLIANCE

I certify that this brief complies with Local Rule 5.1 as it is printed in Times New Roman 14 point font and meets the Court's margin requirements.

January 5, 2023                                        Respectfully submitted,

/s/ A. Cyclone Covey
A. Cyclone Covey
GA Bar No. 190747
Kneupper & Covey, PC
4475 Peachtree Lakes Dr.
Berkeley Lake GA 30096
cyclone@kneuppercovey.com
678-928-6806

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 5th day of January, 2023. I also certify that the foregoing document, MOVANT LEANNE TAN'S BRIEF IN SUPPORT OF HER MOTION FOR LEAVE TO FILE DOCUEMNTS UNDER SEAL, is being served this day on all counsel of record identified on the Service List below in the matter specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

                                                /s/ Cyclone Covey

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br>Kimberly D. Howatt, Esq<br>Damon W.D. Wright, Esq. (pro hac vice)<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101<br>khowatt@grsm.com;<br>dwright@grsm.com; savants@grsm.com | *Attorneys for "Quick Box" Defendants*<br><br><br><br><br>[SERVED VIA EMAIL] |
| GORDON REES SCULLY MANSUKHANI, LLP<br>Ryan M. Poteet, Esq.<br>1101 King St., Suite 520<br>Alexandria, VA 22314<br>rpoteet@grsm.com | *Attorneys for "Quick Box" Defendants*<br><br><br><br>[SERVED VIA EMAIL] |

3

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br>Christopher B. Queally, Esq.<br>Tatiana Dupuy, Esq.<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>cqueally@grsm.com; tdupuy@grsm.com;<br>savants@grsm.com | *Attorneys for "Konnektive" Defendants*<br><br><br><br><br>[SERVED VIA EMAIL] |
| Kiet Liu<br>2000 S. Yale Street, Ste. G<br>Santa Ana, CA 92704<br>kiet@rocketmgmtgroup.com;<br>tanlitigation@gmail.com | *Pro se, Third Party Defendant*<br><br><br>[SERVED VIA EMAIL] |
| Rocket Management Group, LLC<br>c/o Registered Agent<br>2000 S Yales Street, Ste. G<br>Santa Ana, CA 92704<br>tanlitigation@gmail.com | *Pro se, Third Party Defendant*<br><br><br><br>[SERVED VIA EMAIL] |

4