Prepared by Warren Averett Benefit Consultants, LLC

## POLARIS SPINE & NEUROSURGERY CENTER, PC
## CONSENT ACTION OF THE DIRECTORS

The following actions are hereby taken by the unanimous written consent of the directors of Polaris Spine & Neurosurgery Center, PC (the "Employer") in lieu of a meeting of the directors.

With respect to the amendment and restatement of the Polaris Spine & Neurosurgery Center, PC 401(k) Plan (the "Plan"), the following resolutions are hereby adopted:

**RESOLVED:** That the Plan be amended and restated effective 01/01/2021, in the form attached hereto, which Plan is hereby adopted and approved;

**RESOLVED FURTHER:** That the appropriate officers of the Employer be, and they hereby are, authorized and directed to execute the Plan on behalf of the Employer;

**RESOLVED FURTHER:** That Max Steuer, MD, Bethwel Raore, MD, Melanie Simmons and Melanie Cox are hereby retained as the Trustees of the Plan; and

**RESOLVED FURTHER:** That the officers of the Employer be, and they hereby are, authorized and directed to take any and all actions and execute and deliver such documents as they may deem necessary, appropriate or convenient to effect the foregoing resolutions including, without limitation, causing to be prepared and filed such reports documents or other information as may be required under applicable law.

Dated this __9__ day of __Nov__, 2021.

_____
Max Steuer, M.D.
Co-President

Copyright © 2002-2021
CCH Incorporated, DBA ftwilliam.com