Date:     September 28, 2022

To:       Participants of *Polaris Spine & Neurosurgery Center, PC 401(k) Plan* (the "Plan")

From:   Polaris Spine & Neurosurgery Center, PC

This letter notifies you that the Polaris Spine & Neurosurgery, PC terminated the Plan effective June 30, 2022.  The following steps are in process to expedite the distribution of your benefit.

1.  The Company has engaged the services of PenChecks Trust Company of America ("PenChecks Trust"), a South Dakota state-chartered, non-depository trust company, in its capacity as a distribution processor and directed custodian.
2.  The Plan's Third Party Administrator, Warren Averett, LLC, is finalizing the determination of all participant account balances to reflect investment earnings through the date the assets are liquidated and held in cash.  We expect this to be completed as soon as possible.
3.  When that is completed, the Plan assets will be transferred to PenChecks Trust.
4.  Once PenChecks Trust has custody of the assets, it will contact you by mail to ascertain your preferred form of distribution, i.e., a taxable lump sum cash payment or a tax-exempt rollover to an IRA or another employer's 401(k) plan that will accept such rollover and confirm your mailing address and contact information.
5.  Once you've communicated your instructions to PenChecks, it will complete the distribution to you, net after applicable state and federal income tax withholding, and send you the appropriate IRS Form 1099-R.

We appreciate your patience regarding this matter.

POLARIS SPINE & NEUROSURGERY CENTER, PC.