UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA MONTGOMERY, individually and as assignee of the estate of Joseph Daniel Wayton, Jr., <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY <br><br> Defendant. | CIVIL ACTION FILE NO. 1:23-CV-_____ |

## NOTICE OF REMOVAL

COMES NOW **STATE FARM FIRE AND CASUALTY COMPANY** (hereinafter "State Farm" or "Defendant"), and within the time prescribed by law, hereby files this Notice of Removal and hereby removes Case No. 22A04501 (the "State Court Action") from the State Court of DeKalb County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, and specifically shows this Court as follows:

This Court has original subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity among the

parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Under 28 U.S.C. § 1441(b), no party properly joined and served as a defendant in this action is a citizen of Georgia, the state in which this action was filed. As grounds for this removal, Defendant states as follows:

I.   **INTRODUCTION**

1. On November 21, 2022, Plaintiff Joshua Montgomery, individually and as assignee of the estate of Joseph Daniel Wayton, Jr., filed his Complaint against Defendant State Farm in the State Court of DeKalb County, Georgia (the "State Court Action"), which is within the Atlanta Division of this Court. A copy of Plaintiff's *Complaint*, and all exhibits thereto, along with the *Summons* and *General Civil and Domestic Relations Case Filing Information Form*, is attached hereto as Exhibit 1.

2. Defendant was served on November 22, 2022. A copy of the *Affidavit of Service* is attached hereto as Exhibit 2.

3. On December 8, 2022, the Parties filed a *Stipulation Extending Time for Defendant State Farm Fire and Casualty Company to Answer Lawsuit*, which stipulated and agreed that Defendant State Farm shall have through and including January 6, 2023, to answer, move, counterclaim, object or otherwise respond to Plaintiff's Complaint. Plaintiff specifically agreed that by stipulating to this

extension, Defendant State Farm did not waive any defenses, including but not limited to, any affirmative defenses, which were specifically reserved.  A copy of the Stipulation is attached hereto as Exhibit 3. Defendant shows this Notice of Removal is timely filed based upon the Parties' Stipulation.  Additionally, this Notice of Removal is also filed within one year of the commencement of the action.  Accordingly, this removal is timely pursuant to 28 U.S.C. § 1446.

4. Defendant filed its *Answer and Affirmative Defenses of Defendant State Farm Fire and Casualty Company* ("Answer") in the State Court of DeKalb County on January 5, 2022.  A copy of the *Answer* is attached hereto as Exhibit 4. *Defendant's Demand for Jury Trial* was filed that same date, a copy of which is attached hereto as Exhibit 5.

II. **REMOVAL IS PROPER BECAUSE THE COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332(a).**

5. This Court has original subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.     The Amount in Controversy Requirement Is Satisfied.**

6.     This lawsuit arises out of a disputed insurance claim, which was made by Plaintiff Joshua Montgomery under a State Farm Homeowners Policy issued to State Farm's named insured Joseph D. Wayton, Jr., Policy No. 11-LC-7105-9 (hereinafter the "Policy"). Plaintiff Joshua Montgomery alleges he sustained personal injuries on September 12, 2018 on Mr. Wayton's property, located at 218 Neely Road, Fayetteville, Georgia (the "Loss").

7.     After receiving notice of the Loss, State Farm determined Joshua Montgomery, Mr. Wayton's nephew, was a resident relative at the time of his alleged injury and, therefore, an insured by definition under the Policy and no coverage was afforded.  Plaintiff disagrees with State Farm's determination and maintains he is entitled to payment under the Policy. See generally, *Complaint*, attached hereto as Exhibit 1.

8.     As referenced in Plaintiff's Complaint, Joshua Montgomery previously filed a personal injury lawsuit in Fayette County against the Estate of Joseph Daniel Wayton, Jr., and obtained a Final Judgment Order for a total award of $1,068,313.90. (Exhibit 1, ¶32).

9.     Plaintiff's Complaint asserts claims for Breach of Contract and Negligent or Bad Faith Failure to Settle Under The Common Law. (Exhibit 1,

Counts 1 and 2). Plaintiff alleges that Plaintiff is entitled to recover the full amount of the judgment, i.e. $1,068,313.90, as well as all post-judgment interest and other damages, including nominal damages. (Exhibit 1, ¶¶ 44, 53). Plaintiff also pursues recovery under the Policy as a Judgment Creditor through a direct action against State Farm. (Exhibit 1, Count 3). Plaintiff also seeks to recover attorneys' fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11. (Exhibit 1, Count 4).

10. Based upon the allegations of the Complaint, the purported damages alleged, and the other damages Plaintiff is seeking to recover in this lawsuit, the amount in controversy exceeds $75,000.00, exclusive of interests and costs. As such, the amount in controversy requirement under 28 U.S.C. § 1332(a) is satisfied.

**B.   Complete Diversity of Citizenship Exists Between Plaintiff and Defendant.**

11. There is complete diversity between Plaintiff and Defendant.

12. Upon information and belief, as well the allegations pled in Paragraph 1 of Plaintiff's Complaint, Plaintiff is a resident of the State of Georgia and was a resident of the State of Georgia on the date of the filing of the State Court Action.

13. Defendant State Farm is a foreign insurance company organized under the laws of the State of Illinois, with its principal place of business located in Illinois. Accordingly, State Farm is a citizen of the State of Illinois for diversity jurisdiction purposes.

14. Because Plaintiff and Defendant were citizens of different states when the Complaint was filed, complete diversity exists between Plaintiff and Defendant in accordance with 28 U.S.C. § 1332(a)(1).

### III. PROCEDURAL REQUIREMENTS FOR REMOVAL

15. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process and pleadings served upon Defendant, as well as any other State Court filings in this matter, have been attached to this Notice of Removal as Exhibits 1 through 5.

16. Written notice of this Notice of Removal will be promptly given to all parties in this action. Concurrently with the filing of this Notice of Removal, Defendant is filing a written notice with the Clerk of the State Court of DeKalb County, a true and correct copy of the *Notice of Filing Notice of Removal to Federal Court* is attached hereto as Exhibit 6.

17. Defendant has complied with all the provisions of 28 U.S.C. § 1446 governing the procedure for removal. By virtue of 28 U.S.C. § 1441 and 28 U.S.C.

§ 1332 and based upon the allegations in Plaintiff's Complaint, the United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction over this matter.

18.  Defendant reserves the right to amend or supplement this Notice of Removal or to present additional arguments in support of its entitlement to remove this case.

WHEREFORE, Defendant respectfully requests this Court assume full jurisdiction over this case as provided by law, and that further proceedings in the State Court of DeKalb County, State of Georgia be stayed.  Defendant further demands that the trial of this matter in federal court be heard by a jury.

Respectfully submitted this 5th day of January, 2023.

                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                        */s/ Jennifer L. Nichols*
                        MAREN R. CAVE
                        Georgia Bar No. 278448
                        JENNIFER L. NICHOLS
                        Georgia Bar No. 001294
                        *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309

404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that this pleading was prepared in Times New Roman font, 14 point, and complies with Local Rules 5.1(C) and 7.1(D) of the Northern District of Georgia.

This 5th day of January, 2023.

                                         **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                         */s/ Jennifer L. Nichols*

                                         MAREN R. CAVE
                                         Georgia Bar No. 278448
                                         JENNIFER L. NICHOLS
                                         Georgia Bar No. 001294
                                         *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

# CETIFICATE OF SERVICE

I hereby certify that I have this day electronically transmitted **Notice of Removal** to the Clerk's Office using the CM/ECF System for filing and service, which will automatically send notification of such filing to the following attorneys of record and CM/ECF registrants:

James (Jay) Sadd
Richard E. Dolder, Jr.
Slappey & Sadd
352 Sandy Springs Circle
Atlanta, GA 30328
jay@lawyersatlanta.com
rich@lawyersatlanta.com
*Attorneys for Plaintiff*

This 5th day of January, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jennifer L. Nichols*
MAREN R. CAVE
Georgia Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309

404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

4891-3303-3031, v. 1