IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSHUA MONTGOMERY, individually and as assignee of the estate of Joseph Daniel Wayton, Jr.<br>Plaintiff/Petitioner<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br>Defendant/Respondent | Case No.: 22A04501<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS; COMPLAINT; EXHIBITS |

Received by **Berhane Tassaw**, on the **22nd day of November, 2022 at 12:02 PM** to be served upon **J. Patrick O'Brien c/o Corporation Service Company** at **2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092**. On the **22nd day of November, 2022 at 3:25 PM**, I, Berhane Tassaw, SERVED J. Patrick O'Brien c/o Corporation Service Company at **2 Sun Court Suite 400, Peachtree Corners, Gwinnett County, GA 30092** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **Corporation Service Company**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Corporation Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Alisha Smith/Process Specialist**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Berhane Tassaw_       Server ID #: N/A       Date: 11/28/2022

Notary Public: Subscribed and sworn before me on this _28th_ day of _November_ in the year of 20_22_
Personally known to me _✓_ or _____ identified by the following document: _____

Notary Public (Legal Signature)

KIFLOM AWETAHENG
Notary Public, Georgia
Dekalb County
My Commission Expires
May 09, 2025

STATE COURT OF
DEKALB COUNTY, GA.
12/5/2022 12:45 PM
E-FILED
BY: Mundy Jackson

REF: **Montgomery**

Page 1 of 1
Tracking #: **0096953419**

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**ORIGINAL**

RE:     Permanent Process Servers

## STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4 (c), this Court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County for 2022, and has been appointed as a permanent process server in said Court for 2022, shall be deemed to be appointed as a permanent process sever in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2022.

SO ORDERED THIS 10 day of December 2021.

_Wayne M Purdom_
Wayne M. Purdom, Chief Judge
State Court of DeKalb County

FILED IN THIS OFFICE
THIS 10th DAY OF December 2021
_Antoine N. Smith_
Clerk, State Court, DeKalb County