IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOSHUA MONTGOMERY, individually and as assignee of the estate of Joseph Daniel Wayton, Jr., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 22A04501 |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW **Defendant State Farm Fire and Casualty Company**, by and through the undersigned counsel, and hereby demands a trial by a jury of twelve (12) persons for all issues properly triable by a jury.

Respectfully submitted this 5th day of January, 2023.

                          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                          */s/ Jennifer L. Nichols*
                          MAREN R. CAVE
                          Georgia Bar No. 278448
                          JENNIFER L. NICHOLS
                          Georgia Bar No. 001294
                          *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing ***Defendant's Demand for Jury Trial*** via the Court's electronic filing system, which will automatically send notification of such filing to the following counsel of record as follows:

James (Jay) Sadd
Richard E. Dolder, Jr.
Slappey & Sadd
352 Sandy Springs Circle
Atlanta, GA 30328
jay@lawyersatlanta.com
rich@lawyersatlanta.com
*Attorneys for Plaintiff*

This 5th day of January, 2023.

          **SWIFT, CURRIE, McGHEE & HIERS, LLP**

          */s/ Jennifer L. Nichols*
          MAREN R. CAVE
          Georgia Bar No. 278448
          JENNIFER L. NICHOLS
          Georgia Bar No. 001294
          *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

4875-2157-1399, v. 1

STATE COURT OF
DEKALB COUNTY, GA.
1/5/2023 10:57 AM
E-FILED
BY: Patricia Harris