IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| JOSHUA MONTGOMERY, individually and as assignee of the estate of Joseph Daniel Wayton, Jr., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 22A04501 |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

NOTICE IS HEREBY GIVEN that **State Farm Fire and Casualty Company,** named Defendant in the above-captioned action, by and through the undersigned counsel, has on this date e-filed its *Notice of Removal* in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. A true and correct copy of the *Notice of Removal* is attached hereto as Exhibit "A."

By virtue of law, the aforesaid case is now removed and further proceedings in the State Court of DeKalb County, Georgia are stayed.

Respectfully submitted this 5th day of January, 2023.

                                **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                                */s/ Jennifer L. Nichols*
                                MAREN R. CAVE
                                Georgia Bar No. 278448
                                JENNIFER L. NICHOLS
                                Georgia Bar No. 001294
                                *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309

404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing *Notice of Filing Notice of Removal to Federal Court* via the Court's electronic filing system, which will automatically send notification of such filing to the following counsel of record as follows:

James (Jay) Sadd
Richard E. Dolder, Jr.
Slappey & Sadd
352 Sandy Springs Circle
Atlanta, GA 30328
jay@lawyersatlanta.com
rich@lawyersatlanta.com
*Attorneys for Plaintiff*

This 5th day of January, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jennifer L. Nichols*
MAREN R. CAVE
Georgia Bar No. 278448
JENNIFER L. NICHOLS
Georgia Bar No. 001294
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
404-874-8800 (ph)
404-888-6199 (fax)
maren.cave@swiftcurrie.com
jennifer.nichols@swiftcurrie.com

4861-9780-6663, v. 1