# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEA LOPEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. |
| vs. | ) |
| | ) |
| | ) |
| FEDEX GROUND PACKAGE | ) |
| SYSTEM, INC., BONDZ, INC., | ) |
| DAVID JOHNSON, and FICTITIOUS | ) |
| DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

## BONDZ, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

BONDZ, Inc. ("BONDZ"), by and through its undersigned counsel, provides its Certificate of Interested Persons and Corporate Disclosure Statement.

1. BONDZ certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Lea Lopez, Plaintiff;

- FedEx Ground Package System, Inc., Defendant;

- David Johnson, Defendant;

- BONDZ, Inc., Defendant. BONDZ states that it is a wholly owned subsidiary of Atlantic Trucking Group, a privately owned company, which is itself owned by Atlantic Investment Company, also a privately owned company. Neither BONDZ, nor the Atlantic companies provide public stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- Atlantic Trucking Group, Inc. parent company of BONDZ, Inc.
- Atlantic Investment Company, parent company of Atlantic Trucking Group.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Cassie D. Preston, Callahan & Fusco, LLC, 160 Clairemont Ave., Suite 340, Decatur, GA 30030, (877) 618-9770, cpreston@callahanfusco.com.

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- BONDZ, Inc. is incorporated and maintains its principal place of business in Georgia;

- Atlantic Trucking Group, Inc. is incorporated and maintains its principal place of business in Georgia;

- Atlantic Investment Company is incorporated and maintains its principal place of business in Georgia.

This 5th day of January, 2023.

                                            Respectfully submitted,
                                            **CALLAHAN & FUSCO, LLC**

                                            */s/ Cassie D. Preston*
                                            Cassie D. Preston
                                            Georgia Bar No. 940960

160 Clairemont Ave., Suite 340      Attorneys for Defendant FedEx Ground
Decatur, GA 30030                           Package System, Inc.
(877) 618-9770
cpreston@callahanfusco.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **BONDZ, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system and have mailed a copy of the foregoing via United States First Class Mail postage prepaid to the following on this 5th day of January 2023: Michael W. Slocomb, Slocomb Law Firm, LLC, 1967 E. Samford Avenue, Auburn, Alabama 36830.

**CALLAHAN & FUSCO, LLC**

*/s/ Cassie D. Preston*
Cassie D. Preston
Georgia Bar No. 940960
*Attorney for Defendants*

160 Clairemont Avenue, Suite 340
Decatur, GA 30030
(877) 618-9770
cpreston@callahanfusco.com