## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LEA LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. |
| vs. | ) | |
| | ) | |
| | ) | |
| FEDEX GROUND PACKAGE | ) | |
| SYSTEM, INC., BONDZ, INC., | ) | |
| DAVID JOHNSON, and FICTITIOUS | ) | |
| DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## FEDEX GROUND PACKAGE SYSTEM, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

FedEx Ground Package System, Inc. ("FedEx Ground"), by and through its undersigned counsel, provides its Certificate of Interested Persons and Corporate Disclosure Statement.

- FedEx Ground certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Lea Lopez, Plaintiff;

- David Johnson, Defendant;

- BONDZ, Inc.;

- FedEx Ground Package System, Inc., Defendant, states that it is a wholly owned subsidiary of FedEx Corporation, which is publicly traded and listed on the New York Stock Exchange (Symbol: FDX). There is no other publicly held corporation which owns 10% or more of the stock of Defendant FedEx Ground Package System, Inc.

- The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- None.

- The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Cassie D. Preston, Callahan & Fusco, LLC, 160 Clairemont Ave., Suite 340, Decatur, GA 30030, (877) 618-9770, cpreston@callahanfusco.com.

- The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- FedEx Ground Package System, Inc. is incorporated and maintains its principal place of business in Delaware.

This 5th day of January, 2023.

CALLAHAN & FUSCO, LLC

/s/ Cassie D. Preston
Cassie D. Preston
Georgia Bar No. 940960
*Attorney for Defendants*

160 Clairemont Avenue, Suite 340
Decatur, GA 30030
(877) 618-9770
cpreston@callahanfusco.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing **FEDEX GROUND PACKAGE SYSTEM, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system and have mailed a copy of the foregoing via United States First Class Mail postage prepaid to the following on this 5th day of January 2023: Michael W. Slocomb, Slocomb Law Firm, LLC, 1967 E. Samford Avenue, Auburn, Alabama 36830.

**CALLAHAN & FUSCO, LLC**

*/s/ Cassie D. Preston*
Cassie D. Preston
Georgia Bar No. 940960
*Attorney for Defendants*

160 Clairemont Avenue, Suite 340
Decatur, GA 30030
(877) 618-9770
cpreston@callahanfusco.com