# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA)

| | |
|---|---|
| ALTORIEN REED,<br><br>     Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendant. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Local Rule 3.3, Plaintiff Altorien Reed hereby submits his Certificate of Interested Parties and Corporate Disclosure Statement:

  1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

  Altorien Reed – Plaintiff

  Equifax Information Services, LLC, – Defendant

  2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

1

either a financial 2 interest in or other interest in which could be substantially affected by the outcome of this particular case:

N/A

3. The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding.

Jenna Dakroub, GA 385021
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5513
F: (818) 600-5513
E: jenna@pricelawgroup.com

RESPECTFULLY SUBMITTED this 5th day of January 2023,

By: */s/Jenna Dakroub*
Jenna Dakroub, GA: 385021
**PRICE LAW GROUP, APC**
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5513
Fax: (818) 600-5513
E: jenna@pricelawgroup.com
*Attorneys for Plaintiff,*
*Altorien Reed*