2018CR06644    LS# 0633902
CRIM.DKT.9/24/2020-12:41 PM

# ARREST WARRANT FOR PROBATIONER *Tiki Brown*

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Brenda Castaneda

| | | |
|---|---|---|
| **STATE OF GEORGIA** | **COURT CHARGES** | **DUI COURT** <br> **COUNT I- DRIVING UNDER INFLUENCE COUNT IV- STRIKING FIXED OBJECT H&R COUNT V- STRIKING FIXED OBJECT H&R COUNT VI- IMPROPER LANE CHANGE COUNT VII- STOP OR YIELD SIGN VIOLATION COUNT VIII- STOP OR YIELD SIGN VIOLATION** |
| VS. | | |
| **CHARLES GOODWINE JR** | **DOCKET NO** | **2018CR06644-D-I, 2018CR06644-D-IV, 2018CR06644-D-V, 2018CR06644-D-VI, 2018CR06644-D-VII, 2018CR06644-D-VIII** |

TO THE SHERIFF OF THE ABOVE NAMED COUNTY OR OTHER LAW ENFORCEMENT OFFICER OF THE STATE:

Under authority of the Georgia Statewide Probation Act, you are hereby commanded to take the body of **CHARLES GOODWINE JR** currently **AT LARGE**

Of the following address:

[REDACTED]

And safely keep him/her until he/she may be returned to this court, there to answer to a charge violation of the following conditions of probation:

> **Failure to Avoid Injurious and Vicious Habits**

Probationer is charged with violation of said conditions, in willful disregard of a court order, specifically as follows:

> 1. The defendant has tested positive for Alcohol on or about 9/14/20 during home visit. The defendant reregistered a .122 on the breathalyzer.

Sworn to me and subscribed this __16__ day of __Sept__, 2020

_[signature]_
NOTARY PUBLIC (SEAL)

_Darrius Austin_ FOR
SHONDA GILKEY, PROBATION OFFICER

So Ordered and Issued On This __16__ Day Of __Sept__, 2020

_[signature]_
THE HONORABLE MARGARET L. SPENCER

9-24-20
ADF2727

24 SEP 23 (stamp)