IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

State of Georgia

v.

CASE NO. 2018CR06644-D-I, 2018CR06644-D-IV, 2018CR06644-D-V, 2018CR06644-D-VI, 2018CR06644-D-VII, 2018CR06644-D-VIII

Charles Goodwine Jr
Defendant.

## ORDER ON PETITION TO REVOKE PROBATION

The Defendant in the above-styled case was served with a Petition for Revocation of Probation. The Defendant appeared before the undersigned Judge on this date, at which time:

(XX) The Defendant admitted having violated the terms and conditions of probation as alleged.

(  ) A full hearing was conducted, and the Defendant is found by a preponderance of the evidence to have violated the terms and conditions of probation as alleged.

(  ) The Defendant was found not to be in violation of the terms and conditions of probation.

(  ) Other: _____

### It is therefore Ordered and Adjudged that:

(XX) The Defendant's probation is revoked, and the Defendant is required to serve __2__ months and __10__ days in the Clayton County Jail, and the balance of the sentence thereafter is ~~suspended~~ Case closed

(  ) The Defendant is required to serve _____ months and _____ days in the Clayton County Jail, after which time the Defendant is *continued on probation* for the balance of the sentence.

(  ) The Defendant may serve the jail portion of the revoked sentence in the Work Release Program, if he/she qualifies for same.

(  ) The Defendant is continued on probation, except that Defendant must serve _____ consecutive weekends (alternate weekends) in the Clayton County Jail, beginning the _____ day of _____, 2020. A "weekend" is defined as _____ A.M./P.M. _____ to _____ A.M./P.M. _____.

(  ) The Defendant is continued on probation for the balance of the sentence.

(  ) The conditions of the probated sentence as originally ordered are in full force and effect, except as follows:

_____
After the service of 2 months 10 days case closed.
_____

So Ordered this __5__ day of __October__, 2020

_____
The Honorable MARGARET L. SPENCER