# CLAYTON COUNTY SHERIFF'S OFFICE
## INMATE CLASSIFICATION ACTIVITY LOG



GOODWINE
CHARLES HENRY JR
LE# 0633902
DOB ███ 1965

| DATE | COMMENTS |
|---|---|
| 9/22/20 | Bon Gus, Booked, JBK, 2door- 2018CR06644 mw 28862 |
| 9/24/20 | PRT/Faxed Jail hist to M3 d Prob/ADP2797 |
| 1/4/21 | 2018CR06644 - 2mths 10 days then Case closed. @ 24h |