```
9/23/2020  15:33           CLAYTON COUNTY SHERIFF'S OFFICE                    PAGE    1
                     INMATE FILE PRINTOUT - ARREST / BOOKING REPORT
```

Inmate Name                                                                    LE# Nbr
GOODWINE, CHARLES HENRY JR                                                     0633902

| D.O.B | Age | Race  | Gender | Eyes  | Hair  | Wgt | Hgt |
|-------|-----|-------|--------|-------|-------|-----|-----|
| ▓ 1965 | 55 | BLACK | MALE   | BROWN | BLACK | 202 | 601 |

| SSN | CCID#  | SID#     | FBI#     | NCIC Classification |
|-----|--------|----------|----------|---------------------|
| ▓   | 120569 | 1100161M | 919084PA6 | DO TT TT 08 06 20 11 TT 07 11 |

Current Address/Telephone                    Driver's License/State
▓                                            ▓

                                             Place of Birth
                                             SAVANNAH, GA

| Alias Name | D.O.B | SSN |
|------------|-------|-----|
|            |       |     |

| OBTS Number | Arresting Officer       | Agency |
|-------------|-------------------------|--------|
| 2020AN14731 | GAINES CARL JAMES SGT   | Clayton County Sheriff (FOD) |

| Docket/Dsp | Offense | | Date | Warrant | OBTS Number |
|------------|---------|---|------|---------|-------------|
|            |         | | | Prop Bond | Cash Bond |
| 202025904 JBK | 00 0010D | VIOL OF PROB | 9/16/2020 | 2018CR06644 | 2020AN14731 |

*(Handwritten notations:)*
BW #25080 01-06-21
TSR RSR 1/6/21
5604 NH
NB  NW
$26.50 CH
OTPR
JGray 2480J

| Holds Agency | Charge | Warrant Number | Officer | Phone Number |
|--------------|--------|----------------|---------|--------------|
|              |        |                |         |              |

GOODWINE
CHARLES HENRY JR
LE# 0633902
DOB ▓ 1965

| Pod/Cell | Class | ISC | LDS | STS | BIN | Date |
|----------|-------|-----|-----|-----|-----|------|
| H WAIT   | NV    | MED | N   | PTF |     | 9/23/2020 |

Booking Officer
WOODS, M. M.
                                                                R&I Tech.

I hereby authorize the sheriff, his jailer or deputies to open and inspect all mail matter or packages which may be addressed to me as long as I am a prisoner in his custody.

Date              Prisoner's Signature

# ARREST/BOOKING REPORT

| Field | Value |
|---|---|
| AGENCY ID | (GA) |
| TIME | 0448 |
| CASE NUMBER | |
| SUFFIX | |
| DEFENDANT NAME (LAST, FIRST, MIDDLE) | Goodwine, Charles |
| RACE | B |
| SEX | M |
| DATE OF BIRTH | /65 |
| PLACE OF BIRTH | GA |
| AGE | 52 |
| HEIGHT | 6'01" |
| WEIGHT | 195 |
| HAIR | BLK |
| EYES | BRO |
| CITY AND STATE | Morrow, GA |
| EMPLOYER OR OCCUPATION | |
| ARRESTING AGENCY | CCSO |
| ARRESTING OFFICER | C. Gaines |
| NUMBER | 23099 |
| CURRENT DATE | 09/23/20 |
| DATE OF ARREST | 09/23/20 |
| TIME | 1448 |
| LOCATION | 9157 Tara Blvd, Jonesboro GA |

## CHARGE

| | COUNTS | A | COUNTS | B | COUNTS | C |
|---|---|---|---|---|---|---|
| CHARGE | | VGP | | | | |
| STATUTE | | 2018CR06644 | | | | |

## MEDICAL

ANY KNOWN ALLERGIES _____ IF YES, WHAT _____
ANY HISTORY OF HEART DISEASE _____ DIABETES _____ EPILEPSY _____ HIGH BLOOD PRESSURE _____
IS SUBJECT NOW UNDER DOCTORS CARE AND/OR TAKING ANY MEDICATIONS _____ IF YES, WHAT _____

## DRUG

ANY SIGNS/HISTORY OF DRUG USE?   ☐ YES   ☐ NO   IF YES, INDICATE TYPE(S):
☐ 1 - AMPHETAMINE   ☐ 2 - BARBITURATE   ☐ 3 - COCAINE   ☐ U - UNKNOWN
☐ 4 - HALLUCINOGEN  ☐ 5 - HEROIN        ☐ 6 - MARIJUANA
☐ 7 - METHAMPHETAMINE ☐ 8 - OPIUM       ☐ 9 - SYNTHETIC NARCOTIC

SIGNATURE OF RECEIVING OFFICIAL X _____ LIST ANY REMARKS BELOW

DEFENDANTS PERSONAL PROPERTY RECEIPT

I HEREBY STATE THAT THE PROPERTY LISTED ABOVE CONSTITUTES ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST.

X _____
DEFENDANT'S SIGNATURE AT TIME OF ARREST        WITNESS

I HEREBY STATE THAT THE ABOVE LISTED PROPERTY WAS RETURNED TO ME IN SATISFACTION OF ALL CLAIMS TO PROPERTY ON MY PERSON AT THE TIME OF MY ARREST, ON THE DATE OF MY RELEASE

X _____