IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAYLA CATHOLIC,

        Plaintiff,

v.                                Case No. _____

NAVY FEDERAL CREDIT UNION LLC,
EQUIFAX CONSUMER SERVICES LLC,
and TRANS UNION LLC,

        Defendants.

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), by and through its counsel of record, and hereby files this Notice of Removal, pursuant to 28 U.S.C. § 1446(a) and, in support thereof, would respectfully show the Court as follows:

### A.    PROCEDURAL BACKGROUND

1.    On or about December 5, 2022, Plaintiff Kayla Catholic ("Plaintiff") filed her Complaint and Demand for a Jury Trial ("Complaint") in this action in the State Court of Gwinnett County, Georgia, Case No. 22-C-07008-S5 ("State Court Action"). In her Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

2.    Defendant Trans Union was served with Plaintiff's Complaint on December 8, 2022. This Notice of Removal is being filed within the thirty (30)

1

day time-period required by 28 U.S.C. § 1446(b).

3. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

### B. GROUNDS FOR REMOVAL

4. The present suit is an action over which the United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the FCRA.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Northern District of Georgia, Atlanta Division, because it is in the district and division embracing the place where the State Court Action is pending.

6. Promptly after the filing of this Notice of Removal, Trans Union shall

give written notice of removal to the Plaintiff and will file a copy of this Notice of Removal with the State Court of Gwinnett County, Georgia, as required by 28 U.S.C. § 1446(d).

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Trans Union in the State Court Action is attached hereto as Exhibit A.

8. All Defendants, who have been served upon the date of filing of this Notice of Removal, consent to the removal of this case. Joinders in the Removal from Equifax Information Services LLC, erroneously named Equifax Consumer Services LLC, and Navy Federal Credit Union LLC, are attached hereto as Exhibit B.

9. Trial has not commenced in the State Court of Gwinnett County, Georgia.

WHEREFORE, Trans Union respectfully prays that this action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Respectfully submitted,

*/s/ Paul W. Sheldon*
Paul W. Sheldon
Georgia Bar No. 947098
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

6020509.1

## LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that TRANS UNION LLC'S NOTICE OF REMOVAL has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

6020509.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January 2023, I filed the foregoing with the Clerk of the Court using the Court's E-Filing system, which will send a notice of electronic filing to the following parties:

| | |
|---|---|
| Eric F. Barton | Lindsay A. Fleming |
| ebarton@seyfarth.com | lindsay.fleming@troutman.com |
| Seyfarth Shaw, LLP | Troutman Pepper Hamilton |
| 1075 Peachtree Street N.E. | Sanders LLP |
| Suite 2500 | 600 Peachtree Street N.E., Suite 3000 |
| Atlanta, GA 30309 | Atlanta, GA 30308 |
| (404) 885-1500 | (404) 885-2587 |
| (404) 892-7056 Fax | (404) 885-3900 Fax |
| *Counsel for Equifax Information Services LLC* | *Counsel for Navy Federal Credit Union LLC* |

I hereby certify that I have mailed by United States Postal Service the above and foregoing document to the following:

Kayla Catholic
kaylajcatholic@gmail.com
2231 Westside Drive
Austell, GA 30106
(404) 518-4670
***Pro Se Plaintiff***

                                                */s/ Paul W. Sheldon*
                                                **PAUL W. SHELDON**