# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAYLA CATHOLIC,

    Plaintiff,

v.

NAVY FEDERAL CREDIT UNION LLC,
EQUIFAX CONSUMER SERVICES LLC,
and TRANS UNION LLC,

    Defendants.

Case No. _____

## JOINDER IN AND CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Navy Federal Credit Union LLC hereby consents to the notice of removal of this action from the State Court of Gwinnett County, Georgia, wherein it is now pending, to this Court. Removal of this action is proper for the reasons set forth in Defendant Trans Union LLC's Notice of Removal.

Dated: January 6, 2023

Respectfully submitted,

*/s/ Lindsay A. Fleming*
Lindsay A. Fleming
Georgia Bar No. 503940
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-2587
Facsimile:  (404) 885-3900
lindsay.fleming@troutman.com
*Counsel for Defendant*
*Navy Federal Credit Union LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAYLA CATHOLIC,

      Plaintiff,

v.

NAVY FEDERAL CREDIT UNION LLC,
EQUIFAX CONSUMER SERVICES LLC,
and TRANS UNION LLC,

      Defendants.

Case No. _____

## JOINDER IN AND CONSENT TO REMOVAL

Without waiving any of its defenses or any other rights, Defendant Equifax Information Services, LLC, erroneously named Equifax Consumer Services LLC, hereby consents to the notice of removal of this action from the State Court of Gwinnett County, Georgia, wherein it is now pending, to this Court.  Removal of this action is proper for the reasons set forth in Defendant Trans Union LLC's Notice of Removal.

Dated:  January 6, 2023

Respectfully submitted,

*/s/ Eric F. Barton*
Eric F. Barton
Georgia Bar No. 040704
Seyfarth Shaw, LLP
1075 Peachtree Street N.E., Suite 2500
Atlanta, GA 30309
Telephone: (404) 885-1500
Facsimile:  (404) 892-7056
ebarton@seyfarth.com
*Counsel for Defendant*
*Equifax Information Services, LLC*