# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KAYLA CATHOLIC,

    Plaintiff,

v.

NAVY FEDERAL CREDIT UNION LLC,
EQUIFAX CONSUMER SERVICES LLC,
and TRANS UNION LLC,

    Defendants.

Case No. _____

## ATTACHMENT TO THE CIVIL COVER SHEET

**Pro Se Plaintiff**

Kayla Catholic
kaylajcatholic@gmail.com
2231 Westside Drive
Austell, GA 30106
(404) 518-4670

**Counsel for Equifax**

Eric F. Barton
ebarton@seyfarth.com
SEYFARTH SHAW, LLP
1075 Peachtree Street N.E.
Suite 2500
Atlanta, GA 30309
(404) 885-1500
(404) 892-7056 Fax

**Counsel for Navy Federal Credit Union**

Lindsay A. Fleming
lindsay.fleming@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-2587
(404) 885-3900 Fax

**Counsel for Trans Union**

Paul W. Sheldon
psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway
Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax

6020603.1