# EXHIBIT "A"

# Case Information

## CRYSTAL LOFTON VS. SOLOMON'S TEMPLE INC.
2022CV372870

Refresh | File Into

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - Superior Court | Civil | OTHER CIVIL CAUSE OF ACTION | 11/18/2022 |

| Judge | Case Status |
|---|---|
| DUNAWAY, ERIC | Open (Open) |

## Parties

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| DEFENDANT | SOLOMON'S TEMPLE INC. | | |
| PLAINTIFF | CRYSTAL BIANCA LOFTON | | Pro Se |

## Hearings

No hearings found.

## Events

Oldest | Search events

### Plaintiff's Original Petition
FOR TORT

File Date: 11/18/2022

| Name | Description | Security Description | Pages | Price |
|---|---|---|---|---|
| COMPLAINT.pdf | | SUDSG | 3 | $1.50 |

Add

### SUMMONS
FOR SERVICE UPON DEFENDANT

File Date: 11/18/2022

| Name | Description | Security Description | Pages | Price |
|---|---|---|---|---|
| SUMMONS.pdf | | SUDSG | 1 | $0.50 |

Add

### CASE INITIATION FORM
OTHER GENERAL CIVIL

File Date: 11/18/2022

| Name | Description | Security Description | Pages | Price |
|---|---|---|---|---|
| CASE INITIATION FORM.pdf | | SUDSG | 1 | $0.50 |

Add

### SHERIFF'S ENTRY OF SERVICE
CORPORATION SERVED - 12/7/2022

File Date: 12/8/2022

| Name | Description | Security Description | Pages | Price | |
|---|---|---|---|---|---|
| SHERIFF'S ENTRY OF SERVICE.pdf | | SUDSG | 1 | $0.50 | Owned |

CRYSTAL LOFTON VS. SOLOMON'S TEMPLE INC.
2022CV372870



Fulton County Superior Court
***EFILED***if
Date: 11/18/2022 1:17 PM
Cathelene Robinson, Clerk

IN THE **Superior** COURT OF **Fulton** COUNTY
STATE OF GEORGIA

**Crystal Lofton,**
Plaintiff

v.

**Solomon's Temple Inc.**
Defendant

CIVIL ACTION
NO. **2022CV372870**

COMPLAINT FOR **TORT**

Now comes **Crystal Lofton**, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is **Solomon's Temple**, who is a resident of **2836 Springdale Rd**, City of **Atlanta**, **Fulton** County, Georgia, and is subject to the jurisdiction of this court.

2. List short and plain statement in separately numbered paragraphs of claim sued upon.

Solomon's Temple owes me regular/overtime + vacation pay which I did not recieve when I was terminated.

3. List statement of damages, with items of special damages stated specifically.

I received damages to my left breast due to flipping rooms that had been contaminated

by residence that had Covid-19. Solomon's Temple took pictures but did not do any further investigations. I am suing for my pay, emotional damages and physical damages plus court costs.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $20,000, together with interest and the costs of this action.

Crystal Lester
Plaintiff
Address 477 Catherdval Dr
McDonough GA 30253
Telephone number
678-748-0583

IN THE _Superior_ COURT OF _Fulton_ COUNTY
STATE OF GEORGIA

Crystal Lofton
Petitioner

vs.

Solomon's Temple Inc.
Respondent

Civil Action File No: _____

## VERIFICATION

I, (your name) _Crystal Lofton_, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one:)
☒ Petitioner ☐ Respondent in the above styled action and that the facts stated in the

(name of petition, motion, complaint) _Complaint_ are true and correct.

This the _18th_ day of _NOV_, 20 _22_.
       [day]              [month]              [year]

_Crystal Lofton_
(Sign your name here in front of the Notary)

Name (print or type here):

Address: _477 Catherdral DR_
_McDonough GA 30253_

Telephone number:
_(678) 748-0583_

Sworn to and subscribed before me, this
_18th_ day of _NOV_, 20 _22_.

_Marvin Wooley_
NOTARY PUBLIC
My Commission Expires: _1/21/2023_
(Notary Seal)

# REPRINTED RECEIPT



**Cathelene 'Tina' Robinson**
**Clerk of Superior Court**
**136 Pryor Street SW**
**Atlanta, GA 30303**
**(404) 613-5313**

| Payor | Receipt No. |
|---|---|
| crystal howard | **2022-293373** |

Transaction Date
11/18/2022

| Description | Amount Paid |
|---|---|
| LOFTON, CRYSTAL BIANCA  2022CV372870  CRYSTAL LOFTON VS. SOLOMON'S TEMPLE INC. | |
|     General Civil Action | 214.00 |
|     Sheriff Service Fee | 50.00 |
|     **SUBTOTAL** | **264.00** |
|     Remaining Balance Due: $0.00 | |

| **PAYMENT TOTAL** | **264.00** |
|---|---|
| Credit Card (Ref #232218104800) Tendered | 264.00 |
| Total Tendered | **264.00** |
| Change | 0.00 |

| 11/18/2022 | Cashier | Audit |
|---|---|---|
| 01:42 PM | Station SUPEFILE | 12076283 |

## REPRINTED RECEIPT

Fulton County Superior Court
***EFILED***if
Date: 11/18/2022 1:17 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
### SUMMONS

Crystal Lofton

**Plaintiff,**

vs.

Solomon's Temple INC.

**Defendant**

) Case No.: 2022CV372870
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

Crystal Lofton
477 Catherdral DR
McDonough GA 30253

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This __11/18/2022__ day of _____, 20 ____

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By: _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20____

Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __11/18/2022__<br>MM-DD-YYYY | Case Number __2022CV372870__ |

**Plaintiff(s)**

__Lofton__  __Crystal__  __B__ _____ _____
Last     First     Middle I.    Suffix    Prefix

____ ____ ____ ____ ____
Last     First     Middle I.    Suffix    Prefix

____ ____ ____ ____ ____
Last     First     Middle I.    Suffix    Prefix

____ ____ ____ ____ ____
Last     First     Middle I.    Suffix    Prefix

**Defendant(s)**

__Solomon's__  __Temple__  __Inc.__ _____ _____
Last     First     Middle I.    Suffix    Prefix

____ ____ ____ ____ ____
Last     First     Middle I.    Suffix    Prefix

____ ____ ____ ____ ____
Last     First     Middle I.    Suffix    Prefix

____ ____ ____ ____ ____
Last     First     Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☒

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☒ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number      Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

SHERIFF'S ENTRY OF SERVICE

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 2022CV372870

| Superior Court | ☐ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Date Filed _____

Georgia, _____Fulton_____ COUNTY

Attorney's Address
Crystal B. Lofton
477 Catherdral DR
McDonough GA 30253

Name and Address of Party to be Served.
Solomon's Temple Inc
2836 Springdale Rd
Atlanta GA 30315

Crystal Lofton
_____Plaintiff
VS.
Solomon's Temple Inc.
_____Defendant
_____Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Solomon's Tmp Inc** a corporation by leaving a copy of the within action and summons with **Valerie Hampton** in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This 07th day of December, 2022.

Mr. Lee 3695
_____DEPUTY

SHERIFF DOCKET _____ PAGE _____          WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT