# EXHIBIT "B"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CRYSTAL LOFTON                                )
                                             )        CIVIL ACTION FILE NO.:
                    Plaintiff,                )
                                             )        2022-CV-372870
vs.                                           )
                                             )
SOLOMON'S TEMPLE, INC.,                       )
                                             )
                    Defendant.                )

## NOTICE OF FILING NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO:    CLERK, SUPERIOR COURT OF FULTON COUNTY

COMES NOW SOLOMON'S TEMPLE, INC., defendant in the above-styled civil action, and pursuant to 28 U.S.C. § 1446(d), hereby notifies the Clerk of the Superior Court of Fulton County of the filing of a Notice of Removal in this action in the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto.

Respectfully submitted, this 6th day of January, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871
Email:  skeenan@cmlawfirm.com
Direct Dial:  678-684-2154

*[signatures continue on next page]*

*/s/ Cameron Boone*

Cameron Boone
Georgia Bar No. 811119
Email:  cboone@cmlawfirm.com
Direct Dial:  678-684-1781

*(Attorneys for Defendant)*

275 Scientific Drive
Suite 2000
Peachtree Corners, GA 30092

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have this day filed the within and foregoing **NOTICE OF FILING OF REMOVAL TO THE UNITED STATES DISTRICT COURT** with the Clerk of Court using the Odyssey file and serve system.

I FURTHER CERTIFY that I have this day served a copy of the above-referenced pleading, via U.S. Mail, upon the following:

Crystal Lofton, pro se
477 Cathedral Dr.
McDonough, GA 30253

Respectfully submitted, this 6th day of January, 2023.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Sean Keenan*
Sean Keenan
Georgia Bar No. 523871