IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| JACQUILLE MOSS, MIKAL MERRITT, JACINDA KENNON, AGNES BRATTON, TIFFANY SNYDOR, INDIVIDUALLY AND AS PARENT/GUARDIAN OF AUSTIN COOK, ADRIANE COOK, AND AEDAN COOK, | * * * * * * * * | |
| Plaintiffs, | * * * | CIVIL ACTION FILE NO. |
| vs. | * * * | 22A04688 |
| DOUGLAS GUNDERSON, METONE LIMITED PARTNERSHIP, METROPOLITAN BUILDING CONCEPTS, INC., AND WELLMAX, INC., | * * * * * * | |
| Defendants. | * * | |

## ANSWER OF DEFENDANT WELLMAX, INC.

NOW COMES Defendant, Wellmax, Inc. (Wellmax), by and through the undersigned attorney, and files this Answer to Plaintiff's Complaint as follows:

### First Defense

Plaintiff's Complaint fails to state a claim against Defendant Wellmax, upon which relief can be granted.

### Second Defense

Plaintiff's failure to plead special damages in this action bars their recovery pursuant to O.C.G.A. § 9-11-9(g).

### Third Defense

Plaintiff's Complaint should be dismissed and/or transferred because of improper venue. Specifically, this matter should have been filed in Federal Court due to the amount in controversy

and diversity of citizenship. Because it was filed in State Court, it should be removed to Federal Court which is the proper forum.

### Fourth Defense

Defendant Wellmax is not liable to Plaintiffs because Defendant Wellmax breached no duty owed to Plaintiffs in regard to the occurrence giving rise to this Complaint.

### Fifth Defense

Plaintiff's injuries and damages, if any, were cause solely by a person or persons not a party to this action.

### Sixth Defense

Plaintiff's Complaint should be dismissed due to Plaintiff's failure to name a necessary party.

### Seventh Defense

Plaintiff's injuries, if any, were caused by an unforeseeable intervening third party tortfeasor and/or the acts or failure to act of persons or entities other than Defendant Wellmax.

### Eighth Defense

Plaintiff's claim should be dismissed as to Defendant Wellmax as he is not a proper party to this action. Defendant Wellmax did not own or operate the property referenced in the Plaintiff's Complaint

### Ninth Defense

Responding specifically to the allegations contained in the Plaintiff's Complaint, Defendant Wellmax responds as follows:

**1**.

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph One (1) of the Plaintiff's Complaint as pled.

**2.**

Defendant Wellmax admits the allegations of Paragraph Two (2) of the Plaintiff's Complaint.

**3.**

Defendant Wellmax admits the allegations of Paragraph Three (3) of the Plaintiff's Complaint.

**4.**

Defendant Wellmax admits the allegations of Paragraph Four (4) of the Plaintiff's Complaint.

**5.**

Defendant Wellmax admits the allegations of Paragraph Five (5) of the Plaintiff's Complaint.

**6.**

Defendant Wellmax denies the allegations of Paragraph Six (6) of the Plaintiff's Complaint as pled.  The proper forum for this matter is Federal Court.

**7.**

Defendant Wellmax denies the allegations of Paragraph Seven (7) of the Plaintiff's Complaint as pled.  The proper forum for this matter is Federal Court.

**8**.

Defendant Wellmax admits the allegations of Paragraph Eight (8) of the Plaintiff's Complaint.

**9**.

Defendant Wellmax denies the allegations of Paragraph Nine (9) of the Plaintiff's Complaint as pled.

**10.**

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph Ten (10) of the Plaintiff's Complaint as pled.

**11.**

Defendant Wellmax denies the allegations of Paragraph Nine (9) of the Plaintiff's Complaint

as pled. Defendant Metone is the only Defendant with ownership interest in the property in question.

12.

Defendant Wellmax denies the allegations of Paragraph Nine (9) of the Plaintiff's Complaint as pled and denies that it leased any property to the Plainitffs.

13.

Defendant Wellmax admits the allegations of Paragraph Thirteen (13) of the Plaintiff's Complaint.

14.

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph Fourteen (14) of the Plaintiff's Complaint as pled.

15.

Defendant Wellmax denies the allegations of Paragraph Fifteen (15) of the Plaintiff's Complaint as pled.

16.

Defendant Wellmax admits the allegations of Paragraph Sixteen (16) of the Plaintiff's Complaint.

17.

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph Seventeen (17) of the Plaintiff's Complaint as pled.

18.

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph Eighteen (18) of the Plaintiff's Complaint as pled.

**19.**

Defendant Wellmax denies the allegations of Paragraph Nineteen (19) of the Plaintiff's Complaint as pled.

**20.**

Defendant Wellmax denies the allegations of Paragraph Twenty (20) of the Plaintiff's Complaint as pled.

**21.**

Defendant Wellmax incorporates his responses to Paragraphs One (1) through Twenty (20) of the Plaintiff's Complaint as if fully restated herein.

**22.**

Defendant Wellmax denies the allegations of Paragraph Twenty-Two (22) of the Plaintiff's Complaint as pled.

**23.**

Defendant Wellmax denies the allegations of Paragraph Twenty-Three (23) of the Plaintiff's Complaint as pled.

**24.**

Defendant Wellmax denies the allegations of Paragraph Twenty-Four (24) of the Plaintiff's Complaint as pled.

**25.**

Defendant Wellmax incorporates his responses to Paragraphs One (1) through Twenty-Four (24) of the Plaintiff's Complaint as if fully restated herein.

**26.**

Defendant Wellmax admits the allegations of Paragraph Twenty-Six (26) of the Plaintiff's

Complaint.

**27.**

Defendant Wellmax denies the allegations of Paragraph Twenty-Seven (27) of the Plaintiff's Complaint as pled.

**28.**

Defendant Wellmax denies the allegations of Paragraph Twenty-Eight (28) of the Plaintiff's Complaint as pled.

**29.**

Defendant Wellmax denies the allegations of Paragraph Twenty-Nine (29) of the Plaintiff's Complaint as pled.

**30.**

Defendant Wellmax denies the allegations of Paragraph Thirty (30) of the Plaintiff's Complaint as pled.

**31.**

Defendant Wellmax incorporates his responses to Paragraphs One (1) through Thirty (30) of the Plaintiff's Complaint as if fully restated herein.

**32.**

Defendant Wellmax denies the allegations of Paragraph Thirty-Two (32) of the Plaintiff's Complaint as pled.

**33.**

Defendant Wellmax denies the allegations of Paragraph Thirty-Three (33) of the Plaintiff's Complaint as pled.

**34.**

Defendant Wellmax denies the allegations of Paragraph Thirty-Four (34) of the Plaintiff's Complaint as pled.

**35.**

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph Thirty-Five (35) of the Plaintiff's Complaint as pled.

**36.**

Defendant Wellmax is without sufficient information to enable it to admit or deny the allegations of Paragraph Thirty-Six (36) of the Plaintiff's Complaint as pled.

**37.**

Defendant Wellmax denies the allegations of Paragraph Thirty-Seven (37) of the Plaintiff's Complaint as pled.

**38.**

Defendant Wellmax incorporates his responses to Paragraphs One (1) through Thirty-Seven (37) of the Plaintiff's Complaint as if fully restated herein.

**39.**

Defendant Wellmax denies the allegations of Paragraph Thirty-Nine (39) of the Plaintiff's Complaint as pled.

**40.**

Defendant Wellmax denies all other allegations contained in Plaintiff's Complaint not specifically addressed herein, whether numbered or unnumbered and including but not limited to the paragraph beginning "WHEREFORE," and all subparts thereof.

WHEREFORE, Defendant Wellmax, Inc. prays:

a)  For removal to Federal Court

b)  For six months to complete discovery;

c)  For a trial by jury;

d)  Defendant be discharged with all costs cast against Plaintiff(s); and

e)  For such other and further relief that the Court deems just and proper.

_____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Wellmax, Inc.

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel of record in the foregoing matter with the attached Answer of Defendant Wellmax, Inc. by e-filing and/or mail to the addressed as follows:

W. Winston Briggs, Esq.
W. Winston Briggs Law Firm
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
wbriggs@winstonbriggslaw.com

This 6th day of January, 2023.

                                                                                   _____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Wellmax, Inc.

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law