## IN THE STATE COURT OF DEKALB COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| JACQUILLE MOSS, MIKAL MERRITT, JACINDA KENNON, AGNES BRATTON, TIFFANY SNYDOR, INDIVIDUALLY AND AS PARENT/GUARDIAN OF AUSTIN COOK, ADRIANE COOK, AND AEDAN COOK, | * * * * * * * * | |
| Plaintiffs, | * * * | CIVIL ACTION FILE NO. 22A04688 |
| vs. | * * | |
| DOUGLAS GUNDERSON, METONE LIMITED PARTNERSHIP, METROPOLITAN BUILDING CONCEPTS, INC., AND WELLMAX, INC., | * * * * * * | |
| Defendants. | * * | |

### NOTICE OF FILING REMOVAL

TO:
W. Winston Briggs, Esq.
W. Winston Briggs Law Firm
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
wbriggs@winstonbriggslaw.com

Please take notice that Douglas Gunderson, Metone Limited Partnership Wellmax, Inc., Defendants in the above-styled action, have on this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 6th day of January 2023.

                                        _____
                                        Joseph A. Kaiser
                                        GA Bar No. 323435
                                        Ankur P. Trivedi
                                        GA Bar No. 859811
                                        Davis D. Lackey
                                        GA Bar No. 988106
                                        Attorneys for Defendant Wellmax, Inc.

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served counsel of record in the foregoing matter with the attached Notice of Removal by e-filing and/or mail to the addressed as follows:

W. Winston Briggs, Esq.<br>
W. Winston Briggs Law Firm<br>
3500 Lenox Road<br>
Suite 1500<br>
Atlanta, GA 30326<br>
wbriggs@winstonbriggslaw.com

      This 6th day of January, 2023.

                                            _____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Wellmax, Inc.

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law