## IN THE STATE COURT OF DEKALB COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| JACQUILLE MOSS, MIKAL MERRITT, JACINDA KENNON, AGNES BRATTON, TIFFANY SNYDOR, INDIVIDUALLY AND AS PARENT/GUARDIAN OF AUSTIN COOK, ADRIANE COOK, AND AEDAN COOK, | * * * * * * * * | |
| Plaintiffs, | * * * | CIVIL ACTION FILE NO. 22A04688 |
| vs. | * * | |
| DOUGLAS GUNDERSON, METONE LIMITED PARTNERSHIP, METROPOLITAN BUILDING CONCEPTS, INC., AND WELLMAX, INC., | * * * * * * | |
| Defendants. | * * | |

## METONE LIMITED PARTNERSHIP'S DEMAND FOR TRIAL BY JURY OF TWELVE

NOW COMES Defendant Metone Limited Partnership and demands trial of this action by jury of twelve.

This 6th day of January, 2023.

_____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Metone Limited Partnership

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served counsel of record in the foregoing matter with the attached Metone Limited Partnership's Demand for Trial by Jury of Twelve by e-filing and/or mail to the addressed as follows:

W. Winston Briggs, Esq.
W. Winston Briggs Law Firm
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
wbriggs@winstonbriggslaw.com

This 6th day of January, 2023.

                                                            _____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Metone Limited Partnership

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law