IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| JACQUILLE MOSS, MIKAL MERRITT, JACINDA KENNON, AGNES BRATTON, TIFFANY SNYDOR, INDIVIDUALLY AND AS PARENT/GUARDIAN OF AUSTIN COOK, ADRIANE COOK, AND AEDAN COOK, | * * * * * * * * | |
| Plaintiffs, | * * * | CIVIL ACTION FILE NO. |
| vs. | * * * | 22A04688 |
| DOUGLAS GUNDERSON, METONE LIMITED PARTNERSHIP, METROPOLITAN BUILDING CONCEPTS, INC., AND WELLMAX, INC., | * * * * * * | |
| Defendants. | * * | |

**WELLMAX, INC'S**
**DEMAND FOR TRIAL BY JURY OF TWELVE**

NOW COMES Defendant Wellmax, Inc. and demands trial of this action by jury of twelve.

This 6th day of January, 2023.

_____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Wellmax, Inc.

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel of record in the foregoing matter with the attached Wellmax, Inc.'s Demand for Trial by Jury of Twelve by e-filing and/or mail to the addressed as follows:

W. Winston Briggs, Esq.
W. Winston Briggs Law Firm
3500 Lenox Road
Suite 1500
Atlanta, GA 30326
wbriggs@winstonbriggslaw.com

This 6th day of January, 2023.

_____
Joseph A. Kaiser
GA Bar No. 323435
Ankur P. Trivedi
GA Bar No. 859811
Davis D. Lackey
GA Bar No. 988106
Attorneys for Defendant Wellmax, Inc.

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
(770) 904-3590
jk@gmke.law
at@gmke.law
dl@gmke.law