# Exhibit 2

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIMOTHY L. KING,<br><br>    Plaintiff,<br><br>        v.<br><br>TRUIST BANK,<br><br>    Defendant. | CIVIL ACTION FILING NO.: 22A04566 |

## NOTICE OF REMOVAL FILING

PLEASE TAKE NOTICE that Defendant Truist Bank has this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court, Northern District of Georgia, Atlanta Division.

Respectfully submitted this 9th day of January, 2023.

                                          McGuireWoods LLP

                                        */s/ M. Laughlin Allen*
                                        M. Laughlin Allen (GA Bar 901999)
                                        1230 Peachtree Street NE, Suite 2100
                                        Atlanta, Georgia 30309
                                        Tele: (404) 443-5500
                                        Fax: (404) 443-5599
                                        mlallen@mcguirewoods.com

                                        *Attorney for Defendant Truist Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Removal Filing was served on the following on the 9th day of January, 2023, by regular mail, postage prepaid to:

Timothy L. King
1006 Palmer Road
Lithonia, GA 30058

*Pro Se Plaintiff*

/s/ M. Laughlin Allen
M. Laughlin Allen (GA Bar 901999)

2