IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY L. KING,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>TRUIST BANK,<br><br>　　Defendant. | CIVIL ACTION FILING NO.:<br><br>_____ |

## DEFENDANT TRUIST BANK'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Truist Bank, by and through the undersigned counsel, makes the following disclosure:

1. The undesigned counsel of record for a party to this action certifies that the following is a full and complete list of parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff: Timothy L. King

- Defendant: Truist Bank is a wholly owned subsidiary of Truist Financial Corporation, a publicly held corporation trading under the symbol "TFC"

on the New York Stock Exchange. No other publicly traded corporation owns 10 percent or more of the stock of Truist.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Other than those listed above, along with their respective counsel of record, none.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- M. Laughlin Allen, Esq. (Counsel for Defendant Truist Bank)
  McGuireWoods LLP
  Suite 2100, Promenade
  1230 Peachtree Street NE
  Atlanta, GA 30309-3534

Dated: January 9, 2023

/s/ M. Laughlin Allen
M. Laughlin Allen, Esq.
Georgia Bar No. 901999
McGuireWoods LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade
Atlanta, GA 30309-3534
Phone: 404-443-5738
Fax: 404-443-5773
mlallen@mcguirewoods.com
*Counsel for Truist Bank*

# CERTIFICATE OF SERVICE AND
# COMPLIANCE WITH LOCAL RULE 5.1B

I hereby certify that a true and correct copy of the foregoing was served on the following on the 9th day of January 2023, by regular mail, postage prepaid:

Timothy L. King
1006 Palmer Road
Lithonia, GA 30058

*Pro Se Plaintiff*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ M. Laughlin Allen
M. Laughlin Allen, Esq.
Georgia Bar No. 901999
MCGUIREWOODS LLP
1230 Peachtree Street, N.E.
Suite 2100, Promenade
Atlanta, Georgia 30309-3534
Telephone: (404) 443-5738
Facsimile: (404) 443-5773
mlallen@mcguirewoods.com
*Counsel for Truist Bank*

169050381_1