UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : : : | MDL DOCKET NO. 2974 |
| This document relates to: Leah Pagnozzi | : : : : : : | 1:20-md-02974-LMM |
| | : | Civil Action No.: _____ |
| | : : | |
| vs. TEVA PHARMACEUTICALS USA, INC., TEVA WOMENS HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., and COOPERSURGICAL, INC. | : : : : : : | |

_____

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1.      Name of Plaintiff placed with Paragard: _____
         Leah Pagnozzi

         _____

2.      Name of Plaintiff's Spouse (if a party to the case): _____
         N/A

         _____

3.     If case is brought in a representative capacity, Name of Other Plaintiff
       and capacity (i.e., administrator, executor, guardian, conservator):

       N/A_____

       _____

4.     State of Residence of each Plaintiff (including any Plaintiff in a
       representative capacity) at time of filing of Plaintiff's original
       complaint: Montana_____

       _____

5.     State of Residence of each Plaintiff at the time of Paragard placement:

       New York_____

6.     State of Residence of each Plaintiff at the time of Paragard removal:

       Montana_____

7.     District Court and Division in which personal jurisdiction and venue
       would be proper:

       Montana District Court – Butte, MT_____
       Mike Mansfield Federal Building and United States Courthouse
       400 North Main Street
       Butte, MT 59701_____

8.     Defendants. (Check one or more of the following five (5) Defendants
       against whom Plaintiff's Complaint is made. The following five (5)
       Defendants are the only defendants against whom a Short Form
       Complaint may be filed. No other entity may be added as a defendant
       in a Short Form Complaint.):

2

☑      A. Teva Pharmaceuticals USA, Inc.

☑      B. Teva Women's Health, LLC

☑      C. Teva Branded Pharmaceutical Products R&D, Inc.

☑      D. The Cooper Companies, Inc.

☑      E. CooperSurgical, Inc.


9.      Basis of Jurisdiction

☑      Diversity of Citizenship (28 U.S.C. § 1332(a))

☐      Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* <br><br> *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** <br><br> **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| 7/12/2012 | Russell Rees Ithaca, NY | 09/07/2022 | Voigt MD, Marcia Bozeman, MT |
| | | 10/07/2022 | Voigt MD, Marcia Bozeman, MT |

11.     Plaintiff alleges breakage (other than thread or string breakage) of her
        Paragard upon removal.

☑      Yes

☐      No

12.     Brief statement of injury(ies) Plaintiff is claiming:

        <u>Physical pain and suffering, disfigurement, mental anguish and anxiety related to the Paragard's</u>

        <u>breakage and resultant medical treatment necessary to address such breakage.</u>

        Plaintiff reserves her right to allege additional injuries and
        complications specific to her.

13.     Product Identification:

        a. Lot Number of Paragard placed in Plaintiff (if now known):

        _____

        b. Did you obtain your Paragard from anyone other than the
           HealthCare Provider who placed your Paragard:

        ☐      Yes

        ☑      No

14.     Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I – Strict Liability / Design Defect

☑      Count II – Strict Liability / Failure to Warn

☑      Count III – Strict Liability / Manufacturing Defect

☑      Count IV – Negligence

☑      Count V – Negligence / Design and Manufacturing Defect

☑      Count VI – Negligence / Failure to Warn

☑       Count IX – Negligent Misrepresentation

☑       Count X – Breach of Express Warranty

☑       Count XI – Breach of Implied Warranty

☑       Count XII – Violation of Consumer Protection Laws

☑       Count XIII – Gross Negligence

☑       Count XIV – Unjust Enrichment

☑       Count XV – Punitive Damages

☐       Count XVI – Loss of Consortium

☐       Other Count(s) (Please state factual and legal basis for other claims

not included in the Master Complaint below):

_____

_____


15.     "Tolling/Fraudulent Concealment" allegations:

a.      Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

☑       Yes

☐       No

b.      If Plaintiff is alleging "tolling/fraudulent concealment" beyond
the facts alleged in the Master Complaint, please state the facts
and legal basis applicable to the Plaintiff in support of those
allegations below:

_____

_____

16.  Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

a.  Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

☐   Yes

☑   No

b.  If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

i.  The alleged statement(s) of material fact that Plaintiff alleges was false: _____

_____

ii.  Who allegedly made the statement: _____

_____

iii.  To whom the statement was allegedly made: _____

_____

iv.  The date(s) on which the statement was allegedly made:

_____

17.  If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

a.  What does Plaintiff allege is the manufacturing defect in her Paragard? N/A_____

6

18.    Plaintiff's demand for the relief sought if different than what is

alleged in the Master Complaint: _____
  N/A
_____


19.    Jury Demand:

☑    Jury Trial is demanded as to all counts

☐    Jury Trial is NOT demanded as to any count


**s/** Fidelma Fitzpatrick/NW
_____
Attorney(s) for Plaintiff


Address, phone number, email address and Bar information:

Fidelma Fitzpatrick (RI Bar No. 5417)
MOTLEY RICE, LLC
40 Westminster St., 5th Floor
Providence, RI 02903
O: 401-457-7728
ffitzpatrick@motleyrice.com