IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENCLAVE AT RIVERWALK TOWNHOME ASSOCIATION, INC. ) ) ) Plaintiff, ) ) ) v. ) ) THE HANOVER INSURANCE ) COMPANY, ) ) Defendant. ) | Civil Action No. |

## NOTICE OF REMOVAL

Defendant The Hanover Insurance Company ("Hanover") respectfully submits this Notice of Removal, requesting removal of this case, originally filed in the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. §§ 1441 and 1446, and in support thereof states as follows:

## INTRODUCTION

1. On or about December 7, 2022, Enclave at Riverwalk Townhome Association, Inc. ("Plaintiff") filed a civil action (Civil Action No. 2022CV373627) against Hanover in the Superior Court of Fulton County, State of

Georgia (the "State Court Action").  *See* Plaintiff's Verified Complaint, attached hereto pursuant to 28 U.S.C. § 1446(a) as **Exhibit 1**.

2. On December 13, 2022, Hanover was served with the summons and complaint in the State Court Action through its registered agent.  *See* Affidavit of Service, attached hereto as **Exhibit 2**.

3. Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over the State Court Action because: (1) there is complete diversity of citizenship between Plaintiff and Defendant Hanover; and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.  As a result, the State Court Action is removable under 28 U.S.C. §§ 1332 and 1441(a).

4. This Notice is being timely filed in compliance with 28 U.S.C. § 1446(b), and within thirty (30) days after December 13, 2022, the effective date of service of the Complaint.

5. The Complaint, Summons, Case Filing Information Form, and Affidavit of Services are the only pleadings received by Hanover and that has been filed in the State Court Action.  *See* **Exhibit 1**.

## DIVERSITY JURISDICTION

6. This action involves a controversy between parties that are citizens of different states.

7. Plaintiff Enclave at Riverwalk Townhome Association, Inc. is a nonprofit corporation organized and existing under the laws of the State of Georgia, with its principal place of business in the State of Georgia. As such, Plaintiff is a citizen of Georgia.

8. Defendant Hanover is a corporation organized and existing under the laws of the State of New Hampshire, with its principal place of business in the State of Massachusetts. As such, Defendant Hanover is a citizen of New Hampshire and Massachusetts.

## AMOUNT IN CONTROVERSY

9. In this case, Plaintiff seeks a declaration that Hanover must pay on its behalf an award of attorneys' fees of $347,056.81 entered against Plaintiff and in favor of Georgia Appreciation Property, Inc. in a lawsuit captioned *Georgia Appreciation Property, Inc. v. Enclave at Riverwalk Townhome Association, Inc.*, Civil Action No. 2019CV319799, in the Superior Court of Fulton County, State of Georgia. Hanover's alleged obligation to pay the $347,056.81 fee award on Plaintiff's behalf arises from a Settlement Agreement and Claim Release entered into by Plaintiff and Hanover.

10. Therefore, the amount in controversy exceeds $75,000, exclusive of interest and costs.

## COMPLIANCE WITH PROCEDURAL PREREQUISITES TO REMOVAL

11. This action is properly removed to this Court because the State Court Action is pending within this District and Division. *See* 28 U.S.C. § 1441(a).

12. Pursuant to 28 U.SC. § 1446(a), Hanover attaches and incorporates by reference a copy of the process, pleadings and orders served upon it in the State Court Action. *See* **Exhibit 1**.

13. Written notice of the filing of this Notice of Removal has been provided to Plaintiff as required by law. A copy of this Notice of Removal is also being filed concurrently with the Superior Court of Fulton County, State of Georgia.

14. Hanover respectfully requests that the State Court Action be removed to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings as thought this action had originally been instituted in this Court.

Respectfully submitted, this 10th day of January, 2023.

<u>s/ Kevin A. Maxim</u>
Georgia Bar No. 478580
Attorney for Defendant
THE MAXIM LAW FIRM, P.C.
1718 Peachtree St., NW
Suite 599
Atlanta, Georgia 30309
Phone: (404) 924-4272
Fax:    (404) 924-4273
E-mail: kmaxim@maximlawfirm.com

Of counsel (*pro hac vice* applications forthcoming):

David F. Cutter, Esq.
Jonathan R. Walton, Esq.
Attorneys for Defendant
BATESCAREY LLP
191 N. Wacker Drive, Suite 2400
Chicago, Illinois 60606
dcutter@batescarey.com
jwalton@batescarey.com

## CERTIFICATION

Pursuant to N.D. Ga. L.R. 7.1(D), counsel for Defendant hereby certifies that this document has been prepared with Times New Roman (14 point) font, which font has been approved under LR 5.1(C).

                                               s/ Kevin A. Maxim
                                               Georgia Bar No. 478580
                                               Attorney for Defendant
                                               THE MAXIM LAW FIRM, P.C.
                                               1718 Peachtree St., NW
                                               Suite 599
                                               Atlanta, Georgia 30309
                                               Phone: (404) 924-4272
                                               Fax: (404) 924-4273
                                               E-mail: kmaxim@maximlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that, on January 10th, 2023, a copy of the foregoing document was forwarded via electronic mail and filed with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record. The undersigned further certifies that a copy of the foregoing document was sent email and by first-class mail, postage prepaid, to counsel for Plaintiff:

> Marvin P. Pastel, Esq.
> Winter Capriola Zenner, LLC
> One Securities Centre
> 3490 Piedmont Road NE, Suite 800
> Atlanta, Georgia 30305

This 10th day of January, 2023.

> s/ Kevin A. Maxim
> Georgia Bar No. 478580
> Attorney for Defendant
> THE MAXIM LAW FIRM, P.C.
> 1718 Peachtree St., NW
> Suite 599
> Atlanta, Georgia 30309
> Phone: (404) 924-4272
> Fax:    (404) 924-4273
> E-mail: kmaxim@maximlawfirm.com