# EXHIBIT 2

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **ENCLAVE AT RIVERWALK TOWNHOME ASSOCIATION, INC.**<br>Plaintiff/Petitioner<br>vs.<br>**THE HANOVER INSURANCE COMPANY**<br>Defendant/Respondent | Case No.: **2022CV373627**<br><br>AFFIDAVIT OF SERVICE OF<br>SUMMONS; VERIFIED COMPLAINT FOR BREACH OF CONTRACT, DECLARATORY JUDGMENT AND REFORMATION; EXHIBITS; GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM |

Received by **Euael Beyene**, on the **13th day of December, 2022 at 12:42 PM** to be served upon **The Hanover Insurance Company c/o CT Corporation System at 289 S. Culver Street, Lawrenceville, Gwinnett County, GA 30046-4805**.

On the **13th day of December, 2022 at 2:09 PM**, I, **Euael Beyene**, SERVED The Hanover Insurance Company c/o CT Corporation System at **289 S. Culver Street, Lawrenceville, Gwinnett County, GA 30046-4805** in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CT Corporation System**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to CT Corporation System with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'-5'4" tall and weighing 120-140 lbs.**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Euael Beyene_ (signature)       NA       12/15/22
Euael Beyene                            Server ID #    Date

Notary Public: Subscribed and sworn before me on this __15th__ day of __December__ in the year of 20__22__
Personally known to me __✓__ or _____ identified by the following document:

_[signature]_

Notary Public (Legal Signature)

*[Notary Seal: B TASSAW, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES 05/22/2023]*

REF: **3212.1**

Page 1 of 1
Tracking #: **0097854298**