## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ENCLAVE AT RIVERWALK ) | |
| TOWNHOME ASSOCIATION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| THE HANOVER INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

1.  Pursuant to Local Rule 3.3 and Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant The Hanover Insurance Company certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor: conglomerate, affiliate, or parent corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

**Plaintiff:** Enclave at Riverwalk Townhome Association, Inc.

**Defendant: The Hanover Insurance Company.  The Hanover Insurance Company is a wholly owned subsidiary of The Hanover Insurance Group, Inc.**

**(a Delaware corporation).  No publicly traded entity owns more than 10% of the outstanding shares of The Hanover Insurance Group, Inc.**

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    **Plaintiff:**    **Marvin P. Pastel**
                      **Winter Capriola Zenner, LLC**
                      **One Securities Centre**
                      **3490 Piedmont Road NE, Suite 800**
                      **Atlanta, Georgia 30305**
                      **mpastel@wczlaw.com**

    **Defendant:** **Kevin A. Maxim**
                      **The Maxim Law Firm, P.C.**
                      **1718 Peachtree St., N.W., Suite 599**
                      **Atlanta, Georgia 30309**

                      **David F. Cutter**
                      **Jonathan R. Walton**
                      **BatesCarey LLP**
                      **191 N. Wacker Drive, Suite 2400**
                      **Chicago, Illinois 60606**
                      **dcutter@batescarey.com**

**jwalton@batescarey.com**

4.   The undersigned further certifies that Defendant The Hanover Insurance Company is a citizen of New Hampshire and Massachusetts.

Respectfully submitted, this 10th day of January, 2023.

        s/ Kevin A. Maxim
        Georgia Bar No. 478580
        Attorney for Defendant
        THE MAXIM LAW FIRM, P.C.
        1718 Peachtree St., NW
        Suite 599
        Atlanta, Georgia 30309
        Phone: (404) 924-4272
        Fax:     (404) 924-4273
        E-mail: kmaxim@maximlawfirm.com

        Of counsel (*pro hac vice* applications forthcoming):

        David F. Cutter, Esq.
        Jonathan R. Walton, Esq.
        Attorneys for Defendant
        BATESCAREY LLP
        191 N. Wacker Drive, Suite 2400
        Chicago, Illinois 60606
        dcutter@batescarey.com
        jwalton@batescarey.com

## CERTIFICATION

Pursuant to N.D. Ga. L.R. 7.1(D), counsel for Defendant hereby certifies that this document has been prepared with Times New Roman (14 point) font, which font has been approved under LR 5.1(C).

                                                                s/ Kevin A. Maxim
                                                                Georgia Bar No. 478580
                                                                Attorney for Defendant
                                                                THE MAXIM LAW FIRM, P.C.
                                                                1718 Peachtree St., NW
                                                                Suite 599
                                                                Atlanta, Georgia 30309
                                                                Phone: (404) 924-4272
                                                                Fax: (404) 924-4273
                                                                E-mail: kmaxim@maximlawfirm.com

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certified that, on January 10th, 2023, a copy of the foregoing document was forwarded via electronic mail and filed with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record. The undersigned further certifies that a copy of the foregoing document was sent email and by first-class mail, postage prepaid, to counsel for Plaintiff:

> Marvin P. Pastel, Esq.
> Winter Capriola Zenner, LLC
> One Securities Centre
> 3490 Piedmont Road NE, Suite 800
> Atlanta, Georgia 30305

This 10th day of January, 2023.

> s/ Kevin A. Maxim
> Georgia Bar No. 478580
> Attorney for Defendant
> THE MAXIM LAW FIRM, P.C.
> 1718 Peachtree St., NW
> Suite 599
> Atlanta, Georgia 30309
> Phone: (404) 924-4272
> Fax:    (404) 924-4273
> E-mail: kmaxim@maximlawfirm.com