

U.S. Department of Justice
Federal Bureau of Investigation

## Oath of Office and Credential - Special Deputation
*(See reverse side for instructions)*

| Expiration Date of Special Deputation |
|---|
| 10/01/2020 |

### Deputation Statement

Pursuant to the authority granted to the Attorney General by Public Law 99-570, Section 1869, and delegated to me by Section 0.85, Title 28, Code of Federal Regulations, you are hereby authorized to exercise the powers of enforcement personnel set forth in Section 878, Title 21, United States Code, which are to:

(1) carry firearms;

(2) execute and serve search warrants, arrest warrants, administrative inspection warrants, subpenas, and summonses issued under the authority of the United States;

(3) make arrests without warrant (A) for any offense against the United States committed in your presence, or (B) for any felony, cognizable under the laws of the United States, if you have probable cause to believe that the person to be arrested has committed or is committing a felony;

(4) make seizures of property pursuant to the provisions of this subchapter; and

(5) perform such other law enforcement duties as the Attorney General may designate.

Deputation authority is authorized from the date affixed to my signature for the time period indicated below unless sooner terminated in writing:

For investigation **88A-AT-91301** with an automatic expiration date of **10/01/2020**.
F.O. File Number(s)

_____ 10/15/18
Special Agent in Charge / Field Office   /   Date

Appointee's Employer: **Atlanta Police Department**
Appointee's Supervisor during Special Deputation: **William Filson**
Supervisory Special Agent

### Acknowledgement / Oath of Office

I, **Sung Kim**, do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office in which I am about to enter.

I understand that, upon deputation, I will be subject to the provisions contained in Departmental Order 350-65, as amended by Departmental Order 960-81, which reflects the FBI standards of conduct. I further certify that I have read, understand, and agree to abide by the standards of conduct as set forth in the FBI Manual of Administrative Operations and Procedures.

_____ 10/15/18    _____ 10/15/18
Special Federal Officer / Date                Case Supervisory Special Agent / Date

**Atlanta** Field Division

### Physical Description

| | |
|---|---|
| Date of Birth | 01/27/1967 |
| Height | 72 Inches |
| Weight | 200 Pounds |
| Sex | ☒ Male  ☐ Female |
| Race | Asian |
| Color Eyes | Brown |
| Color Hair | Black |

**182885**

Space Reserved for Credential (FD-739a) Which is Attached to COPY 3 of This Form. **The Credential, Also, Must be Completed and Must be Signed by the Appropriate Special Agent in Charge**

**COPY 1 - APPOINTEE**

FD-739 (Rev. 9-11-01)