MC
EJI-Carnesale

# DIRECT INDICTMENT

Clerk No. 22SC185426

## FULTON SUPERIOR COURT

| | | |
|---|---|---|
| THE STATE OF GEORGIA | 1 | INVOLUNTARY MANSLAUGHTER O.C.G.A. § 16-5-3(A) |
| V. | 2 | VIOLATION OF OATH BY PUBLIC OFFICER O.C.G.A. § 16-10-1 |
| SUNG H KIM DA #: 19DA01088 | | |

true BILL

December 16, 2022



_____
Grand Jury Foreperson

PERSONID: 6802572

_____
FANI T. WILLIS, District Attorney

| The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. | The Defendant waives copy of indictment, list of witnesses, formal arraignment and pleads _____ Guilty. |
|---|---|---|
| Defendant | Defendant | Defendant |
| Attorney for Defendant | Attorney for Defendant | Attorney for Defendant |
| Assistant District Attorney | Assistant District Attorney | Assistant District Attorney |
| This ___ day of _____, ___ | This ___ day of _____, ___ | This ___ day of _____, ___ |

STATE OF GEORGIA, COUNTY OF FULTON

IN THE SUPERIOR COURT OF SAID COUNTY

**THE GRAND JURORS,** selected, chosen and sworn for the County of Fulton, to wit:

1. EVAN MILLER, Foreperson
2. ~~SHAQUORIA GORDON, Asst. FP~~
3. ~~JON PITTS, Secretary~~
4. JESSICA KRASINSKI, Asst. Sec.
5. PARVIN ALAEI
6. MARK BLEICHNER
7. RONNIE COER
8. PAIGE DUNANS
9. ~~JACQUELINE DANIEL~~
10. WILLIAM ISLAND
11. ~~DESHAWA JACKSON~~
12. ~~CHRISTINA KENNEDY~~
13. CALEB LEVIN
14. JADA PROFIT
15. ASHLEY RADER
16. JORDAN RAYMOND
17. ~~RACHEL ROBINSON~~
18. LINDSEY STRIKA
19. CAROL WALKER-SCHRADER
20. TINA TILLMAN
21. MEGAN WANDEL
22. DALE WILLIAMS
23. TERRY WHITEHOUSE
24. ~~ELIZA LOWERY~~
25. ~~PRIYA SHANMUGAM~~
26. ~~MORGAN KEPPLE~~

in the name and behalf of the citizens of Georgia, do charge and accuse **SUNG H KIM** with the offense of **INVOLUNTARY MANSLAUGHTER O.C.G.A. §16-5-3(a),** for the said accused, in the County of Fulton and State of Georgia, on the **22nd day of January, 2019,** caused the death of Jimmy Atchison, a human being, without any intention to do so by the commission of an unlawful act other than a felony, to wit: **Reckless conduct causing harm to or endangering the bodily safety of another, O.C.G.A. § 16-5-60(b),** said unlawful act other than a felony being committed when **Sung H Kim** entered 3049 Middleton Road, Apartment 343, Atlanta, Georgia, in violation of the operation plan prepared for the January 22, 2019 effort to arrest Jimmy Atchison, causing bodily harm to or endangering the bodily safety of Jimmy Atchison by consciously disregarding a substantial and unjustifiable risk that said accused's act or omission would cause harm or endanger the safety of Jimmy Atchison and that said disregard constituted a gross deviation from the standard of care which a reasonable person would exercise in the situation, contrary to the laws of said State, the good order, peace and dignity thereof;

### COUNT 2 of 2

and the Grand Jurors aforesaid, in the name and behalf of the citizens of Georgia, do charge and accuse **SUNG H KIM** with the offense of **VIOLATION OF OATH BY PUBLIC OFFICER O.C.G.A. §16-10-1,** for the said accused, in the County of Fulton and State of Georgia, on the **22nd day of January, 2019,** did willfully and intentionally violate his oath as prescribed by law, a true and correct copy of which is attached hereto as "Exhibit A" and which required him to "in all cases conform to… the criminal laws of the State of Georgia," said oath being violated when the accused committed the criminal offense of **Reckless Conduct causing harm to or endangering the bodily safety of another, O.C.G.A. § 16-5-60(b),** as alleged in Count 1 of this indictment.

and further, as to the offense charged in Count 2, the period in which a prosecution must be commenced under O.C.G.A. § 17-3-1 and other applicable statutes does not include the dates beginning March 14, 2020, and ending June 30, 2021, pursuant to the Supreme Court of Georgia Order Declaring Statewide Judicial Emergency issued on March 14, 2020, and subsequent Orders Extending Declaration of Statewide Judicial Emergency issued on April 6, May 11, June 12, July 10, August 11, September 10, October 10, November 9, and December 9, 2020, and January 8, February 7, March 9, 2021, April 8, 2021, May 8, 2021, and June 7, 2021

FANI T. WILLIS, District Attorney

EXHIBIT A

## OATH OF OFFICE

I, __SUNG H. KIM_____, A CITIZEN OF THE UNITED STATES OF AMERICA AND BEING AN EMPLOYEE OF THE CITY OF ATLANTA, AND THE RECIPIENT OF PUBLIC FUNDS FOR SERVICES RENDERED AS SUCH EMPLOYEE, DO HEREBY SOLEMNLY SWEAR AND AFFIRM THAT I WILL SUPPORT AND COMPLY WITH THE CONSTITUTION OF THE UNITED STATES AND THE CONSTITUTION OF THE STATE OF GEORGIA; AND THE LAW ENFORCEMENT CODE OF ETHICS.

I FURTHER SWEAR THAT DURING MY CONTINUANCE IN OFFICE I WILL, TO THE BEST OF MY SKILL AND ABILITY, FAITHFULLY DISCHARGE ALL THE DUTIES REQUIRED OF ME AS A POLICE OFFICER, AND EXCUTE THE ORDERS OF MY SUPERIOR OFFICERS, AND IN ALL CASES CONFORM TO AND ENFORCE THE CRIMINAL LAWS OF THE STATE OF GEORGIA, THE ORDINANCES OF THE CITY OF ATLANTA, AND OBEY THE RULES GOVERNING THE POLICE DEPARTMENT AND REPORT ALL VIOLATIONS OF SAME THAT MAY COME TO MY KNOWLEDGE. I WILL NOT PERSECUTE THE INNOCENT, NOR HELP TO SHIELD THE GUILTY, NOR WILL I BE INFLUENCED IN THE DISCHARGE OF MY DUTY BY FEAR, FAVOR, OR AFFECTION, REWARD OR THE HOPE THEREOF: AND IN ALL MY DOINGS I WILL BE GOVERNED BY THE LAWS, RULES AND ORDINANCES APPLICABLE TO THE POLICE DEPARTMENT, SO HELP ME GOD!

SWORN TO & SUBSCRIBED BEFORE ME

THIS THE __5th__ DAY OF __APRIL__ 19__93__

_Sandra Kay Padgett_ (signature)

NOTARY PUBLIC __CHEROKEE__ COUNTY, GEORGIA

32-104A Rev 3/89

CATHELENE ROBINSON, CLERK OF SUPERIOR COURT OF FULTON COUNTY, GEORGIA
I, DO CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE, COMPLETE
AND CORRECT COPY OF THE ORIGINAL IN SAID CASE, AS APPEARS ON FILE
AND RECORDED IN THE OFFICE OF THE CLERK OF SUPERIOR COURT
FULTON COUNTY, CRIMINAL DIVISION, ATLANTA, GA.
WITNESS MY HAND AND SEAL OF SAID COURT THIS
09 DAY OF January, 20 23

DEPUTY CLERK