**EXHIBIT 2:** INFRINGEMENT #1

URL: https://k100radio.com/elderly-black-woman-killed-over-argument-about-social-distancing/



