**EXHIBIT 3:** DMCA SCREENGRAB INFRINGEMENT: #1

URL:https://nypost.com/2020/04/02/cops-arrest-suspect-accused-of-punching-elderly-woman-over-social-distancing/

