IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Toni L. Vassar, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| Forever 21 Retail, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT 21 RETAIL, INC. CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Forever 21 Retail, Inc., and, pursuant to L.R. 3.3 and Fed. R. Civ. P. 7.1, files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.

The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that holds ten percent (10%) or more of the stock of a party:

1. Forever 21 Retail, Inc., a dissolved company, is a party to this action.

    a. Forever 21 Retail Inc. was wholly owned by F21 OPCO LLC.

2. Toni Vassar is a party to this action and is an individual.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Plaintiff's attorney Iymann Williams

The Williams Law Firm

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Counsel for Plaintiff</u>
Iymann Williams, Esq.
The Williams Law Firm
863 Flat Shoals Rd. #164
Conyers, Georgia 30094
TheWLFFIRM@gmail.com

<u>Counsel for Defendants</u>
Thomas G. Tidwell
COZEN O'CONNOR
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA  30309
ttidwell@cozen.com

Respectfully submitted this 10th day of January, 2023.

           *s/ Thomas G. Tidwell*
           Thomas G. Tidwell
           Georgia Bar No. 712110
           COZEN O'CONNOR
           1230 Peachtree Street, N.E.
           The Promenade, Suite 400
           Atlanta, Georgia  30309
           Telephone:  (404) 572-2028
           Facsimile:   (866) 591-9127
           E-mail:  dknehans@cozen.com
                     ttidwell@cozen.com

           *Attorney for Defendants*

CERTIFICATION: The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font and a 1.5-inch top margin in accordance with LR 5.1B, N.D. Ga.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Toni L. Vassar,            ) | |
|     Plaintiff,        ) | |
| v.                          ) | Civil Action No. |
| Forever 21 Retail, Inc.   ) | |
|     Defendants.     ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served the foregoing ***FOREVER 21 RETAIL, INC. CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** via e-mail and by U.S. mail to the following attorneys of record because it is not known if they are CM/ECF participants:

    Iymann Williams, Esq.
    The Williams Law Firm
    863 Flat Shoals Rd. #164
    Conyers, Georgia 30094
    TheWLFFIRM@gmail.com

This 10th day of January, 2023.

    *s/ Thomas G. Tidwell*
    Thomas G. Tidwell
    Georgia Bar No. 712110