AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| MICHAEL BLAND | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| UROLOGY OF GREATER ATLANTA, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   UROLOGY OF GREATER ATLANTA, LLC
c/o Administration
290 Country Club Drive, Suite 10
Stockbridge, GA 30281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sharon J. Zinns
ZINNS LAW, LLC
1800 Peachtree St. NW, Suite 370
Atlanta, GA 30309
Tel: (404) 882-9002
sharon@zinnslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*