# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
12/12/2022
CT Log Number 542828069

## Service of Process Transmittal Summary

**TO:** Legal Department
Guild Mortgage Company, Inc.
5887 COPLEY DR FL 6
SAN DIEGO, CA 92111-7906

**RE:** Process Served in Georgia

**FOR:** GUILD MORTGAGE COMPANY LLC  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Marnay Harris vs. Guild Mortgage LLC |
| **CASE #:** | 22M42136 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/12/2022 at 12:08 |
| **JURISDICTION SERVED:** | Georgia |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air |
| | Image SOP |
| | Email Notification,  Lisa Klika  legal@guildmortgage.net |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
289 S. Culver St.
Lawrenceville, GA 30046
866-539-8692
CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CIVIL ACTION NO. 22-M-12136      [X] MAGISTRATE [ ] STATE [ ] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

DATE FILED _____

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

Marnay Harris
115 Emberly Lane
Warner Robins, GA 31088

Marnay Harris
_____
PLAINTIFF(S)
vs.
Guild Mortgage LLC
_____
DEFENDANT(S)

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

Guild Mortgage LLC
2 Sun Court Suite 400
Peachtree Corners, GA 30092

GARNISHEE
Other attached documents to be served: _____

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

**[ ] PERSONAL** Upon the following named defendant: _____

**[ ] NOTORIOUS** Upon defendant _____ By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to_____ described as follows: approximate age _____ yrs; approximate weight_____pounds; approximate height_____feet and _____inches, domiciled at residence of the defendant.

**[ ] CORPORATION** Upon corporation_____

By serving _____, in charge of the office and place of business of the corporation in this county.

By serving _____, its registered agent.

**[ ] TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

**[ ] NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

_____
_____

This _____ day of _____, 20___.

SHERIFF DOCKET_____ PAGE_____

_____
DEPUTY

TIME: _____. M.

Q:\ Magforms\Forms\MAG 10-10 Sheriff's Entry of Service

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

E-FILED IN OFFICE MN
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
22-M-42136
11/22/2022 10:07 AM
TIANA P. GARNER, CLERK

Marnay Harris

115 Emberly, Warner Robins, GA 31088

**Plaintiff(s) Name, Address**

Vs

Guild Mortgage LLC.

Registered Agent: C.T Corporation System

2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA 30092

**Defendant(s) Name, Address & Daytime Telephone #, if known; Or evening #.**

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770-822-8100) Fax

Civil Action No. 22-M-42136

## STATEMENT OF CLAIM

INFO & FORMS ON INTERNET, www.gwinnettcourts.com

[ ] Suit on Note    [ ] Suit on Account    [X] Other Defamation of Character

1. The Court has jurisdiction over the defendant(s)  [X] the Defendant(s) is a resident of Gwinnett County;  [ ] Other (please specify)

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
Guild Mortgage LLC, is defaming my character each month by furnishing my nonpublic personal information to nonaffiliated third parties (Equifax, Experian, and Trans Union). The Defendant injured my reputation, financial and mental wellbeing, which ultimately injured my family as well with the sharing of my private information.

3. That said claim is in the amount of $ 10,000.00 _____, principal $ _____ interest, plus _____ costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

_____ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

_____ day of _____ 20 _____

_____
**Plaintiff(s) or Agent**

_____
**(If Agent-Title or Capacity)**

_____
Notary Public/Attesting Official

_____
**Day Time Phone Number**

I request a civil trial: [X] during normal business hours  --OR--  [ ]  6:30 p.m. Trial  ALL CONFLICTS WILL BE SET FOR 6:30 p.m. Trials

### NOTICE AND SUMMONS

**TO: All Defendant(s)**  You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)' claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

This _____ day of 11/22/2022 _____, 20 ___   _____
**Magistrate or Deputy Clerk of Court**

See Instructions on Reverse Side of this Document