# EXHIBIT B

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MARNAY HARRIS | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 22-M-42136 |
| | ) | |
| v. | ) | |
| | ) | |
| GUILD MORTGAGE LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE TO MAGISTRATE COURT OF GWINNETT COUNTY OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Guild Mortgage Company LLC ("Defendant" or "Guild"), the properly named Defendant herein, has filed removal papers with the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, regarding the above-styled action.

A copy of the Notice of Removal to Federal Court (with its accompanying exhibits) is attached hereto as **Exhibit 1**.  Defendant  respectfully requests that the Magistrate Court of Gwinnett County proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Northern District of Georgia.

Respectfully submitted this 11th day of January, 2023.

/s/ Dylan W. Howard
Dylan W. Howard
Georgia Bar No. 370267
*Counsel for Defendant Guild Mortgage Company LLC*

**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC**
Monarch Plaza, Suite 1500
3414 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: 404-577-6000
Fax: 404-238-9706
dhoward@bakerdonelson.com

2

## CERTIFICATE OF SERVICE

This will certify service of a copy of the foregoing **NOTICE TO MAGISTRATE COURT OF GWINNET COUNTY OF REMOVAL TO FEDERAL COURT** by U.S. Mail upon the following:

Marnay Harris
115 Emberly
Warner Robins, GA  31088

This 11th day of  January, 2023.

/s/ Dylan W. Howard
Dylan W. Howard
Georgia Bar No. 370267
*Counsel for Defendant Guild Mortgage Company
LLC*

**BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC**
Monarch Plaza, Suite 1500
3414 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: 404-577-6000
Fax: 404-238-9786
dhoward@bakerdonelson.com