# EXHIBIT C

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

MARNAY HARRIS                              )
                                           )
                                           )
Plaintiff,                                 )        CIVIL ACTION FILE
                                           )         NO. 22-M-42136
                                           )
v.                                         )
                                           )
GUILD MORTGAGE LLC                         )
                                           )
Defendant.                                 )
_____    )

## <u>NOTICE TO PLAINTIFF OF FILING OF</u><br><u>NOTICE OF REMOVAL TO FEDERAL COURT</u>

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, this Notice is and shall serve as the written notice to Plaintiff Marnay Harris ("Plaintiff"), that Defendant Guild Mortgage LLC has filed a Notice of Removal to Federal Court of the above-captioned action from the Magistrate Court of Gwinnett County to the United States District Court for the Northern District of Georgia, Atlanta Division.

Attached to and included with this Notice are:

1.      Defendant's Notice of Removal to Federal Court, as filed with the United States District Court for the Northern District of Georgia, Atlanta Division, which includes a copy of all process, pleadings, and orders served upon Defendant in this action (**Exhibit 1**).

2.      Defendant's Notice to the Magistrate Court of Gwinnett County of Removal to Federal Court (included in **Exhibit 1**).

Respectfully submitted this 11th day of January, 2023.

<u>/s/ Dylan W. Howard</u>
Dylan W. Howard
Georgia Bar No. 370267
*Counsel for Defendant Guild Mortgage Company LLC*

**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC**
Monarch Plaza, Suite 1500
3414 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: 404-577-6000
Fax: 404-238-9706
dhoward@bakerdonelson.com

## <u>CERTIFICATE OF SERVICE</u>

This will certify service of a copy of the foregoing **NOTICE TO PLAINTIFF OF**

**REMOVAL TO FEDERAL COURT** by U.S. Mail upon the following:

Marnay Harris
115 Emberly
Warner Robins, GA  31088

This 11th day of  January, 2023.

<u>/s/ Dylan W. Howard</u>
Dylan W. Howard
Georgia Bar No. 370267
*Counsel for Defendant Guild Mortgage Company
LLC*

**BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, PC**
Monarch Plaza, Suite 1500
3414 Peachtree Road, NE
Atlanta, Georgia 30326
Telephone: 404-577-6000
Fax: 404-238-9786
dhoward@bakerdonelson.com