# **DECLARATION OF ANTONIO DUMAS**

Antonio Dumas, pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury declares as follows:

1. My name is Antonio Dumas. I am more than twenty-one years of age, competent to testify, and have no legal or mental disability and have personal knowledge of the facts stated herein. I freely give this declaration for use in this case. This declaration was executed in the state of Georgia, where I am a resident.

2. I worked at the Airway motel located at 720 Fulton Industrial Boulevard NW, Atlanta, Georgia, 30336 (the "Airway") for a week or two in May 2015 working for some friends who were hired to paint the inside of the rooms at the Airway.

3. The Airway and the Fulton Industrial area were known to me and the other painters as a place where prostitution was very common.

4. The prostitution at the Airway was obvious. While I was at the Airway, several girls would stand in the doorway to their rooms and try to get men to come into their rooms to pay for sex. One of the girls asked me if I wanted a date as well. I saw men pull up to some of these girls' rooms and go in for a short while. I saw approximately six girls each day who were engaged in prostitution at the

Airway. There were men hanging around the motel who all looked like they were doing something sketchy or illegal. Most of the people I saw at the motel looked like they were on drugs, doing something illegal, or engaged in prostitution.

5. On May 25, 2015, I called Fulton County Police Department after my firearm was stolen from my vehicle while it was parked on the motel's property.

6. I have read this Declaration consisting of 6 numbered paragraphs and I declare under penalty of perjury that it is true and correct.

Executed on November 2, 2022.

*DocuSigned by:*

*Antonio Dumas*
AA6CCEB89C4B4ED...

Antonio Dumas