# EXHIBIT C

SOCIAL SECURITY ADMINISTRATION

Refer to: Deborah Lavon Jackson

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: December 7, 2022

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Deborah Lavon Jackson, 1374 Murphy Ave SW, Apt 4012, Atlanta, GA 30310

On September 30, 2022, the Appeals Council declined to assume jurisdiction of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

## We Are Giving You More Time to File a Civil Action

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

## Need More Help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)828-1694.

   Social Security
   Bldg 2400 Suite 122
   3800 Camp Creek Pkwy
   Atlanta, GA 30331-9819

How are we doing? Go to www.ssa.gov/feedback to tell us.

/s/ Eun Sook Chung
Eun Sook Chung

See Next Page

Deborah Lavon Jackson																		Page 2 of 2

_____<br>Administrative Appeals Judge

cc:
Deborah Lavon Jackson
1374 Murphy Ave SW
Apt 4012
Atlanta, GA 30310



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041

2842 1 MA 0.515 P1 T6 154509 1 18 1 CIPA R221207 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

