**EXHIBIT A**

1020 Bolton Holdings, LLC is owner of the following parcels and are defending the following parcels:

| Parcel ID | Unit Number |
|---|---|
| 17 -0268-0003-067-7 | 11A |
| 17 -0268-0003-068-5 | 11B |
| 17 -0268-0003-073-5 | 13A |
| 17 -0268-0003-070-1 | 12A |
| 17 -0268-0003-083-4 | 17B |
| 17 -0268-0003-078-4 | 15A |
| 17 -0268-0003-062-8 | 8B |
| 17 -0268-0003-061-0 | 8A |
| 17 -0268-0003-074-3 | 13B |
| 17 -0268-0003-084-2 | 18A |
| 17 -0268-0003-076-8 | 14B |
| 17 -0268-0003-066-9 | 10B |
| 17 -0268-0003-080-0 | 16A |
| 17 -0268-0003-072-7 | 12C |
| 17 -0268-0003-085-9 | 18B |
| 17 -0268-0003-045-3 | 1A |
| 17 -0268-0003-049-5 | 2B |
| 17 0268-0003-048-7 | 2A |
| 17 -0268-0003-052-9 | 4A |
| 17 -0268-0003-071-9 | 12B |
| 17 -0268-0003-047-9 | 1C |
| 17 -0268-0003-051-1 | 3B |



Exhibit A