Exhibit B

EXHIBIT "B"



```
Deed Book 42469 Pg 212
Filed and Recorded Apr-28-2006 01:33pm
        2006-0128966
Real Estate Transfer Tax $0.00
     Juanita Hicks
   Clerk of Superior Court
    Fulton County, Georgia
```

RETURN TO:
CARL W. WRIGHT
P.O. BOX 790
LOGANVILLE, GA 30052

## QUITCLAIM DEED

STATE OF GEORGIA    COUNTY OF _____

THIS INDENTURE, Made the 26th day of April, in the year two thousand Six, between **VINTAGE INVESTMENT PROPERTIES, LLC**, of the County of _____, and the State of GEORGIA, as party or parties of the first part, hereinafter called Grantor, and **MAPLE CREEK HOME OWNERS ASSOCIATION, LLC**, of the county of fulton, and the State of Georgia, as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH that: Grantor, for and in consideration of the sum of one dollar ($1.00) and other valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents does hereby remise, convey and forever QUITCLAIM unto the said Grantee,

ALL THAT TRACT OR PARCEL of land lying and being in Land Lot 268 of the 17th District, Fulton County, Georgia, and being more particularly described in Exhibit "A" attached hereto.

TO HAVE AND TO HOLD the said described premises to grantee, so that neither grantor nor any person or persons claiming under grantor shall at any time, by any means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

VINTAGE INVESTMENT PROPERTIES, LLC

Signed, sealed and delivered in the presence of:

_____(Seal)
SCOTT ADDISON, MANAGING MEMBER

(Unofficial witness)

_____(Seal)

(Notary Public)

_____(Seal)

