EXHIBIT "C"



After Recording, Return To:

## QUITCLAIM DEED

THIS INDENTURE is made this 21st day of August, 2020 by and between VINTAGE INVESTMENT PROPERTIES, LLC (hereinafter referred to as "Grantor") and THE FULTON COUNTY/CITY OF ATLANTA LAND BANK AUTHORITY, INC. (hereinafter referred to as "Grantee") pursuant to the provisions of O.C.G.A. § 14-11-611.

### WITNESSETH

FOR AND IN CONSIDERATION of the sum of Ten Dollars 00/100 cents ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Grantor hereby remises, releases, and forever quit claims to Grantee, and Grantee's successors and assigns, all the right, title, interest, claim or demand which Grantor has or may have had in and to all that tract of parcel of land more fully described at Exhibit "A" attached hereto and incorporated herein by reference (hereinafter the "Premises").

TO HAVE AND TO HOLD the said described Premises, unto Grantee, and Grantee's successors and assigns, so that neither Grantor nor any other person or persons claiming under Grantor, shall at any time claim or demand any right, title, or interest to the aforesaid described Premises or its appurtenances.

IN WITNESS, Grantor has executed this document, on the day and year first above written.

As to Grantor, signed, sealed and delivered in the presence of:

Unofficial Witness:

Notary Public

GRANTOR:

VINTAGE INVESTMENT PROPERTIES, LLC

By: Scott M. Addison, Sole Manager/Officer
at time of dissolution

