# Exhibit A

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# F-Z42UYA45-KX2
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

## 22-A-3693

**NOV 01, 2022 01:26 PM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER  <u>22-A-3693</u>

$248.00 COST PAID

Reid, Harriett
_____

**PLAINTIFF**
                                                **VS.**

Publix Super Markets, Inc.
_____

**DEFENDANT**

### SUMMONS

TO: PUBLIX SUPER MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Anthony Herro**
> **The Herro Law Firm**
> **3495 Piedmont Road NE**
> **Building 11, Suite 824**
> **Atlanta, Georgia 30305**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 1st day of November, 2022.**

Clerk of State Court



*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

ID# E-Z42UYA45-KJA
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-3693**

NOV 01, 2022 01:26 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| Harriett Reid, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | |
| v. | ) | _____ |
| | ) | |
| Publix Super Markets, Inc., | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff in the above-styled action and shows the Court the following:

### Parties, Jurisdiction, and Venue

1.

Plaintiff Harriett Reid is a resident of the State of Georgia, and subject to the jurisdiction of this Court.

2.

Defendant Publix Super Markets, Inc., is a foreign corporation existing under the laws of the state of Florida with its principal place of business in the state of Florida and may be served through its registered agent Corporate Creations Network Inc. at 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066, in Cobb County, and is subject to the jurisdiction of this Court.

3.

At all times mentioned herein, American Landmark Management LLC owned, operated, controlled, and managed the Publix supermarket located in Sandtown Crossing at 5829 Campbellton Road, Suite 110 in Atlanta, Georgia 30331.

4.

On September 28, 2021, the Plaintiff was a lawful invitee at the Publix supermarket at Sandtown Crossing as she was doing her grocery shopping.

5.

As the Plaintiff was heading towards the checkout lanes, she stopped to reach for a bag of chips and when she did, she slipped and fell on what appeared to be melted ice cream on the floor.

6.

There were no warnings in the vicinity of where the Plaintiff fell of the slippery surface due to the ice cream melting in the aisle that posed a danger to anyone walking in that aisle.

7.

Plaintiff exercised ordinary care and diligence at all times herein and under the circumstances then existing and was not made aware that there was a danger on the floor that would cause her to fall.

8.

The Defendant breached its duties owed to the Plaintiff by failing to exercise ordinary care to keep the premises safe.

9.

The Defendant had knowledge, both actual and constructive, of the need to properly construct, maintain, manage, and inspect said property but failed to exercise ordinary care.

10.

The Defendant and Defendant's employees did nothing to remediate the dangerous condition of the floor between the time they were aware or should have been aware of the danger and the time the Plaintiff was injured.

11.

The Defendant negligently represented to its invitees that the property at issue was properly maintained.

12.

After the Plaintiff's husband reported Plaintiff's fall and the injuries she sustained to customer service, the Plaintiff and her husband spoke with the store manager prior to going to the emergency room.

13.

Defendant's negligence was a cause in fact and a proximate cause of Plaintiff's extensive injuries.

14.

Defendant is liable for the injuries and property damage suffered by Plaintiff.

15.

As a result of Defendant's negligence, Plaintiff has incurred reasonable, necessary, and continuing medical expenses, exceeding $60,000.00 and will continue to incur expenses in the future, in an amount to be proven at trial.

15.

Plaintiff is entitled to recover for her injuries and pain and suffering sustained, and all other elements of damages allowed under Georgia law, including but not limited to all compensatory, general, special, incidental, consequential, and/or other damages permitted. Plaintiff states her intentions to seek all compensatory, special, economic, consequential, general, and all other damages permissible under Georgia Law, including, but not limited to:

a)      Personal injuries;

b)      Past, present and future pain and suffering;

c)      Disability;

d)   Disfigurement;

e)   Mental anguish;

f)   Loss of capacity for the enjoyment of life;

g)   Economic losses;

h)   Incidental expenses;

i)   Past, present and future medical expenses, likely exceeding $70,000.00

j)   Lost earnings;

k)   Loss of earning capacity;

l)   Permanent injuries; and

m)   Consequential damages to be proven at trial.


WHEREFORE, Plaintiff prays that she has a trial on all issues and judgment against Defendant as

follows:

a)   Process issue as provided by law;

b)   Plaintiff has a trial by jury against Defendant;

c)   Judgment be awarded to Plaintiff and against Defendant;

d)   That Plaintiff recovers the full value of past and future medical expenses and past and

     future lost wages in an amount to be proven at trial;

e)   That Plaintiff recovers for physical and mental pain and suffering in an amount to be

     determined by the enlightened conscience of a jury; and

f)   That Plaintiff recovers such other and further relief as is just and proper.


     This 1st day of November, 2022.

Respectfully Submitted,

*/s/ Anthony J. Herro, Esq.*
Anthony J. Herro, Esq.
THE HERRO LAW FIRM
Georgia Bar No. 402527
*Attorney for Plaintiff*

**THE HERRO LAW FIRM**
3495 Piedmont Road NE, Building 11, Suite 824
Atlanta, Georgia 30305
Tel: 404-433-6876
E-mail: anthony@herrolaw.com