# Exhibit B

## SHERIFF'S ENTRY OF SERVICE

Civil Action No. _22-A-3693_

Date Filed _____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, ___COBB___ COUNTY

Attorney's Address   **Herro, Anthony**
**The Herro Law Firm**
**3495 Piedmont Road NE**
**Building 11, Suite 824**
**Atlanta, GEORGIA 30305-**

Reid, Harriett
_____

_____
Plaintiff

VS.

Publix Super Markets, Inc.

Name and Address of Party to be Served.
**Publix Super Markets, Inc.**
_____

**2985 Gordy Parkway, 1st Floor**
_____

**Marietta, GEORGIA 30066**

_____
Defendant

_____
Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant_____personally with a copy of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____described as follows: age, about _____years; weight _____pounds; height, about _____feet and _____inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant _Publix Super Markets, Inc_ a corporation by leaving a copy of the within action and summons with _Nikki Willman Corporate Creations Network_ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This _4_ day of _NOV_, 20_22_

_341/02072_
Deputy

DEFENDANT COPY