# Exhibit D

ID# E-WLMKXWGA-ZQ5
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-3693**

**NOV 30, 2022 11:36 AM**

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **HARRIETT REID,**    Plaintiff, | * * * |
| vs. | *    Civil Action No. 22-A-3693 * |
| **PUBLIX SUPER MARKETS, INC.,**    Defendant. | * * |

### DEMAND FOR JURY TRIAL

COMES NOW Defendant and herewith files its Demand for Twelve-Person Jury on all issues so triable.

This 30th day of November, 2022.

                                                **FAIN MAJOR & BRENNAN, P.C.**

                                                */s/ James W. Hardee*

One Premier Plaza                                       JAMES W. HARDEE
5605 Glenridge Drive, NE                         Georgia Bar No. 324399
Suite 900                                                        *Counsel for Publix Super Markets, Inc.*
Atlanta, GA 30342-1445
(404) 688-6633
[jhardee@fainmajor.com](mailto:jhardee@fainmajor.com)



## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **HARRIETT REID,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-A-3693 |
| | * | |
| **PUBLIX SUPER MARKETS, INC.,** | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Anthony J. Herro
THE HERRO LAW FIRM
3495 Piedmont Rd. NE
Bldg 11, Suite 824
Atlanta, GA 30305
anthony@herrolaw.com

This 30th day of November, 2022.

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
*Counsel for Publix Super Markets, Inc.*

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com