# Exhibit F

ID# E-WLMKXWGA-UCT
⚡ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

22-A-3693

NOV 30, 2022 11:36 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| HARRIETT REID, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-A-3693 |
| | * | |
| PUBLIX SUPER MARKETS, INC., | * | |
| Defendant. | * | |

### DEFENDANT'S FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF

COMES NOW Publix Super Markets, Inc., and pursuant to O.C.G.A. § 9-11-36 *et. seq.*, requests that Plaintiff admit the following for purposes of this action only, within thirty (30) days.

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

2.

Plaintiff seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

3.

Plaintiff seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

4.

The damages and recovery sought by the Plaintiff in the within action, exclusive of interest and cost, exceeds $75,000.00.

5.

The damages and recovery sought by the Plaintiff in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

6.

The total damages of the Plaintiff proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.



This 30th day of November, 2022.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jhardee@fainmajor.com*

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
*Counsel for Publix Super Markets, Inc.*

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **HARRIETT REID,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 22-A-3693** |
| | * | |
| **PUBLIX SUPER MARKETS, INC.,** | * | |
| **Defendant.** | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant Publix Super Markets, Inc.'s First Request for Admissions to Plaintiff** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Anthony J. Herro
THE HERRO LAW FIRM
3495 Piedmont Rd. NE
Bldg 11, Suite 824
Atlanta, GA 30305
anthony@herrolaw.com

This 30th day of November, 2022.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com

*/s/ James W. Hardee*

JAMES W. HARDEE
Georgia Bar No. 324399
*Counsel for Publix Super Markets, Inc.*