# Exhibit G

ID# E-WLMKXWGA-LG5
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-3693**

**NOV 30, 2022 11:36 AM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **HARRIETT REID,** | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 22-A-3693 |
| | * |
| **PUBLIX SUPER MARKETS, INC.,** | * |
| Defendant. | * |

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I certify that I have this day served upon counsel of record in the foregoing matter with a true and correct copy of **Defendant's First Interrogatories to Plaintiff, Defendant's First Request for Production of Documents to Plaintiff and Defendant's First Request for Admissions to Plaintiff** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Anthony J. Herro
THE HERRO LAW FIRM
3495 Piedmont Rd. NE
Bldg 11, Suite 824
Atlanta, GA 30305
anthony@herrolaw.com

This 30th day of November, 2022.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
*Counsel for Publix Super Markets, Inc.*

