# Exhibit H



1:21-CV-WLMKXWGA-CHR
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

22-A-3693

NOV 30, 2022 11:36 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

LAW OFFICES

# FAIN, MAJOR & BRENNAN, P.C.

ONE PREMIER PLAZA
5605 GLENRIDGE DR., N.E., SUITE 900
ATLANTA, GEORGIA 30342-1445
—
(404) 688-6633

JAMES W. HARDEE

ALSO ADMITTED IN FLORIDA

FACSIMILE
(404) 420-1544

E-MAIL
jhardee@fainmajor.com

TO:          All Judges, Clerks of Court and Counsel of Record

FROM:        James W. Hardee

RE:          Notice of Leave of Absence

DATE:        November 30, 2022

COMES NOW, James W. Hardee, and respectfully notifies all Judges before whom he has cases pending, all affecting Clerks of Court, and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1.    The periods of leave during which time Applicant will be away from the practice of law are: **December 19, 2022 – January 3, 2023.**

2.    All affected Judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted,

**FAIN, MAJOR & BRENNAN, P.C.**

_____
JAMES W. HARDEE
Georgia Bar No. 324399

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342
(404) 688-6633
jhardee@fainmajor.com



PRIMERUS
MEMBER



## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served upon counsel for the opposing parties, the Clerks of Court and all presiding Judges in the foregoing matters a copy of the foregoing **Notice of Leave of Absence** electronically via PeachCourt or by placing same in the United States Mail, postage prepaid.

This 30th day of November, 2022.

**FAIN, MAJOR & BRENNAN, P.C.**

_/s/ James W. Hardee_____
JAMES W. HARDEE
Georgia Bar No. 324399

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342
(404) 688-6633
jhardee@fainmajor.com

