**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

JAMES CLAYTON NEWMAN, JR.;
BRIAN EDWARD NEWMAN;
TONYA BULLARD; JUDY YEAGER;
MARTIN L. FIERMAN;
JONES & WALDEN, LLC;
INTEGRATED POWER SOLUTIONS,
INC.; CLARK'S GROVE
NEIGHBORHOOD ASSOCIATION,
INC.; CITY OF COVINGTON, GA;
and MARCUS JORDAN AS NEWTON
COUNTY, GA COMMISSIONER OF
TAXES,

  Defendants.

Case No.

**COMPLAINT**

Plaintiff, the United States of America, alleges as follows:

1. The United States brings this suit to reduce to judgment the federal income tax liabilities of James Clayton Newman, Jr. for tax years 2004 through 2008.

1

2.     The United States also seeks to enforce its federal tax liens against James Newman on certain properties located in Covington, Newton County, Georgia (the "Properties").

## JURISDICTION AND VENUE

3.     This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of a delegate of the Attorney General of the United States under 26 U.S.C. §§ 7401, 7403.

4.     This Court has jurisdiction to hear the action pursuant to 28 U.S.C. §§ 1331, 1340 and 1345, as well as 26 U.S.C. § 7402(a).

5.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(1) and 1396 because the taxpayer, James Newman, resides in this District and his federal income tax liabilities accrued in this District. The Properties at issue are all located in Covington, Newton County, Georgia, also within this District.

## PARTIES

6.     James Clayton Newman, Jr. (a/k/a James Newman, Clay Newman) was a prominent businessman in Newton County, Georgia, where he owns businesses and property and at one time served on the Newton County Chamber of Commerce. His portfolio includes or included the

Properties against which the United States seeks to enforce its federal tax liens against him. Upon information and belief, James Newman is a resident of Barrow County, Georgia.

7.     Brian Edward Newman is a resident of Barrow County, Georgia. Upon information and belief, he is James Newman's son. Brian Newman is named as a defendant pursuant to 26 U.S.C. § 7403 because he may claim an interest some of the Properties.

8.     Judy Yeager (f/k/a Judy Yeager Newman) is a resident of Newton County, Georgia. She is James Newman's former spouse. Judy Yeager is named as a defendant pursuant to 26 U.S.C. § 7403 because she may claim an interest some of the Properties. Upon information and belief, however, Ms. Yeager's writs of fieri facias against James Newman have been satisfied.

9.     Tonya Bullard is a resident of Walton County, Georgia. She is named as a defendant pursuant to 26 U.S.C. § 7403 because she may claim an interest some of the Properties.

10.     Martin L. Fierman is a resident of Morgan County, Georgia. He is named as a defendant pursuant to 26 U.S.C. § 7403 because he may claim an interest some of the Properties.

11.     Integrated Power Solutions Inc. ("Integrated Power") was a Georgia corporation formed in 2007 and administratively dissolved in 2020.

At all times, James Newman was the Chief Executive Officer of Integrated Power, and the company held bare legal title to some of the Properties as James Newman's nominee. Integrated Power is named as a defendant pursuant to 26 U.S.C. § 7403 because it may claim an interest some of the Properties.

12.     Jones & Walden, LLC is an Atlanta-based law firm and Georgia limited liability company. Jones & Walden, LLC is named as a defendant pursuant to 26 U.S.C. § 7403 because it may claim an interest some of the Properties.

13.     Clark's Grove Neighborhood Association, Inc. is a Georgia non-profit corporation headquartered in Longwood, Florida. Clark's Grove Neighborhood Association, Inc. is named as a defendant pursuant to 26 U.S.C. § 7403 because it may claim an interest some of the Properties.

14.     City of Covington, Georgia is named as a defendant pursuant to 26 U.S.C. § 7403 because the City may claim an interest in some of the properties at issue.

15.     Marcus Jordan, as Tax Commissioner for Newton County, Georgia, is named as a defendant pursuant to 26 U.S.C. § 7403 because the County may claim an interest in some of the properties at issue.

## INCOME TAX LIABILITIES AT ISSUE

16.     James Newman is a U.S. taxpayer who was required to file federal income tax returns for 2004 through 2008.

17.     James Newman filed federal tax returns (Forms 1040) for the 2004, 2005, 2006, and 2008 tax years as an individual taxpayer. For each of these years, his returns were untimely.

18.     For each of those years, James Newman reported taxes owed but did not remit in full the taxes he reported.

19.     A delegate of the Secretary of the Treasury assessed against James Newman (on dates and in the amounts set forth in the table below), the income taxes he reported on the returns he filed for years 2004, 2005, 2006, and 2008, plus applicable penalties and interest:

| TAX YEAR | ASSESSMENT DATES | ASSESSMENTS |
|----------|------------------|-------------|
| 2004 | 04/06/2009 | $368,813.00 ^<br>$29,554.80 ^^<br>$17,544.15 *<br>$18,713.76 ** |
| 2005 | 04/20/2009 | $1,021,442.00 ^<br>$96,481.94 ^^<br>$78,950.02 *<br>$64,914.46 **<br>$17,165.17 *** |

| TAX YEAR | ASSESSMENT DATES | ASSESSMENTS |
|:---:|:---:|:---:|
| 2006 | 03/16/2009 | $705,278.00 ^<br>$113,030.24 ^^<br>$153,025.42 *<br>$81,613.56 ** |
| 2008 | 07/13/2009 | $13,813.00 ^<br>$66.26 ^^<br>$531.76 *<br>$118.17 **<br>$383.00 *** |

^Tax
^^ Interest
* Failure to timely file return
** Failure to timely pay tax
*** Failure to pay estimated tax

20.     James Newman failed to file any return for 2007. As a result, the IRS calculated the income tax he owed for that year pursuant to its deficiency procedures, and it issued him a statutory notice of deficiency to his last known address. As summarized in the table below, on January 11, 2010, after the restriction on assessment lapsed, a delegate of the Secretary of the Treasury assessed the income tax deficiency for 2007 against James Newman, plus applicable penalties and interest:

| TAX YEAR | ASSESSMENT DATES | ASSESSMENTS |
|----------|------------------|-------------|
| 2007 | 01/11/2010 | $85,481.00 ^<br>$9,170.51 ^^<br>$20,989.00 *<br>$3,813.00 *** |

^Tax
^^ Interest
* Failure to timely file return
** Failure to timely pay tax
*** Failure to pay estimated tax

21.    A delegate of the Secretary of the Treasury gave notices of the above-referenced taxes and made demands for payment on James Newman.

22.    Despite these notices and demands for payment, James Newman has failed to pay his outstanding income tax liabilities.

23.    Liens arose upon assessment of the taxes and on the dates above and attached to all James Newman's property and rights to property.

24.    In Newton County, Georgia, and on the dates below, a delegate of the Secretary of the Treasury recorded notices of federal tax liens against James Newman and/or his nominee, Integrated Power:

| RECORDATION DATE | BOOK/PAGE |
|------------------|-----------|
| 09/11/2009 | 128/121 |
| 06/02/2010 | 134/637 |
| 04/09/2019 | 234/299 |

| RECORDATION DATE | BOOK/PAGE |
|:---:|:---:|
| 04/09/2019 | 234/300 |
| 04/09/2019 | 234/301 |
| 11/26/2019* | 243/624 |
| 10/13/2021 | 263/496 |

\* Nominee lien against Integrated Power Solutions for the real property located at 2765 Access Road, Covington, Georgia

25.    On October 5, 2009, James Newman timely filed with the IRS a request for a Collection Due Process hearing for tax years 2004, 2005, 2006, and 2008.

26.    On October 19, 2009, James Newman timely filed with the IRS a request for a Collection Due Process hearing for tax years 2004, 2005, 2006, and 2008.

27.    On September 4, 2011, James Newman's October 2009 requests for collection due process hearings were resolved by IRS Office of Appeals, and the deficiencies for 2004, 2005, 2006, and 2008 were sustained.

28.    Pursuant to 26 U.S.C. § 6330(e)(1), Mr. Newman's collection due process hearing requests suspended the statute of limitations on collection of the taxes at issue from the date of the requests until September 4, 2011. Thus, Mr. Newman's collection due process hearing requests extended the

statute of limitations to collect his 2004, 2005, 2006, and 2008 tax liabilities by 669 days.

29.     On February 19, 2013, James Newman filed a petition in bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia (Bankr. No. 1:13-bk-53426). The Court issued a final decree on July 24, 2014. *See In re James Clayton Newman Jr.*, Bankr. No. 1:13-bk-53426-BEM (filed Feb. 19, 2013), Dkt. No. 166.

30.     The taxes at issue we not discharged through James Newman's bankruptcy.

31.     Under 26 U.S.C. § 6503(h)(2), the period to collect James Newman's unpaid federal income tax liabilities for 2004 through 2008 was suspended during the period during which his bankruptcy was pending, plus 6 months. Thus, Mr. Newman's bankruptcy extended the statute of limitations to collect the taxes at issue was extended by 520 days, plus 6 months.

32.     In total, the statute of limitations on collection for the 2004, 2005, 2006, and 2008 tax years was extended by 1,189 days, plus 6 months. And the statute of limitations on collection for the 2007 tax year was extended by 520 days, plus 6 months. Thus, the earliest statute of limitations of collection for

the years at issue expires on January 17, 2023, for the 2006 tax year. The

statute of limitations on collection for the other years at issue each expire

after that date.

33.    As of January 9, 2023, James Newman owes $2,721,679.68 in

unpaid income taxes, penalties, and interest for the tax years at issue, plus

fees, interest, and all statutory additions that continue to accrue after that

date.

## PROPERTIES

### *2765 Access Road, Covington, GA 30016*

34.    The allegations in below concern the real property commonly

known as 2765 Access Road, Covington, Newton County, Georgia 30016

("2765 Access Road Property"). The real property contains two tracts and is

legally described as follows:

> **Tract One:**
> All that tract or parcel of land lying and being in Land Lot 219 of
> the 10th Land District, Newton County, Georgia, being designated
> as Tract 1, containing 1.11 acres, more or less, as more particularly
> described on a plat of survey for SATTERFIELD
> CONSTRUCTION, dated March 8, 2002, certified by Robert O.
> Jordan, Ga. R.L.S. No. 2902, which is recorded in Plat Book 38,
> page 257, Newton County Records. Said plat of survey and the
> record thereof are incorporated herein by reference for a more
> complete description of the subject property.

**Tract Two:**
All that tract or parcel of land lying and being in Land Lot 219 of the 10th Land District, Newton County, Georgia, being designated as Tract 2, containing 0.83 acre, more or less, as more particularly described on a plat of survey for SATTERFIELD CONSTRUCTION, dated March 8, 2002, certified by Robert O. Jordan, Ga. R.L.S. No. 2902, which is recorded in Plat Book 38, page 257, Newton County Records. Said plat of survey and the record thereof are incorporated herein by reference for a more complete description of the subject property.

35.    By warranty deed recorded in Newton County, Georgia on June 6, 2007, James Newman purchased the 2765 Access Road Property for consideration.

36.    By limited warranty deed recorded in Newton County, Georgia, on October 20, 2009, James Newman transferred the 2765 Access Road Property to Integrated Power for inadequate consideration. James Newman controlled and used Integrated Power as his nominee to conceal his assets.

37.    At the time of the transfer, federal tax liens for 2004, 2005, 2006, and 2008 had attached to all James Newman's property and rights to property, including the 2765 Access Road Property, and the IRS had recorded a Notice of Federal Tax Lien for those years against James Newman. Thus, Integrated Power acquired its interest in the 2756 Access Road Property subject to the federal tax liens against James Newman.

11

38.     Subsequently, the IRS recorded a Notice of Federal Tax Lien against Integrated Power as James Newman's nominee with respect to the 2765 Access Road Property.

39.     By survivorship deed recorded in Newton County, Georgia on September 29, 2020, James Newman, despite not being the title owner, transferred the 2765 Access Road Property to himself and Brian Newman as joint tenants with right of survivorship for inadequate consideration. This transfer demonstrates that Integrated Power held bare legal title to the 2765 Access Road Property as James Newman's nominee and that James Newman at all times was the true and beneficial owner of the property.

40.     In Newton County, Georgia and on the dates below, several defendants recorded various encumbrances against the 2765 Access Road Property:

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 09/11/2009 | Federal Tax Lien | Internal Revenue Service | 128/121 |
| 06/02/2010 | Federal Tax Lien | Internal Revenue Service | 134/637 |
| 11/16/2012 | Writ of Fieri Facias | Judy Yeager Newman | 163/138 |
| 05/24/2013 | County Tax Lien | Newton County Tax Commissioner | 168/377 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 06/10/2014 | County Tax Lien | Newton County Tax Commissioner | 178/573 |
| 06/05/2015 | County Tax Lien | Newton County Tax Commissioner | 188/416 |
| 11/17/2015 | Security Deed & Security Agreement | Jones & Walden, LLC | 3382/1 |
| 05/02/2016 | County Tax Lien | Newton County Tax Commissioner | 196/512 |
| 06/08/2017 | County Tax Lien | Newton County Tax Commissioner | 207/95 |
| 07/27/2018 | County Tax Lien | Newton County Tax Commissioner | 233/455 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/299 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/300 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/301 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/518 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/519 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/520 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 238/12 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 11/26/2019* | Federal Tax Lien | Internal Revenue Service | 243/624 |
| 02/18/2020 | Writ if Fieri Facias | Martin L. Fierman | 246/196 |
| 06/05/2020 | County Tax Lien | Newton County Tax Commissioner | 249/662 |
| 06/17/2020 | County Tax Lien | Newton County Tax Commissioner | 251/240 |
| 03/24/2021 | Writ of Fieri Facias | Jones & Walden, LLC | 258/804 |
| 10/13/2021 | Federal Tax Lien | Internal Revenue Service | 263/496 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/855 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/856 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/857 |
| 10/26/2022 | Affidavit and Memorandum of Court Order Affecting Title to Land | Jones & Walden, LLC | 272/774 |

\* Nominee lien against Integrated Power Solutions for the 2765 Access Road Property

**5102 Park Street, Covington, GA 30014**

41.    The allegations in below concern the real property commonly

known as 5102 Park Street, Covington, Newton County, Georgia 30014

("5102 Park Street Property"). The real property is legally described as

follows:

> All those tracts or parcels of land lying situate and being in certain
> lots in Clark's Grove, Phase I in Newton County, Georgia being Lot
> 60 on a plat of survey for Clark's Grove, LLC prepared by Louie D.
> Patrick, GA RLS No. 1757 and recorded in the Office of the Clerk
> of the Superior Court of Newton County, Georgia at Plat Book 43,
> page 61 and that parcel of land shown as "Future Development 'C'"
> on Final Subdivision Plat for Clark's Grove limited liability
> company prepared by Louie D. Patrick, GA RLS#1757 and
> recorded in the Office of the Clerk of the Superior Court of Newton
> County, Georgia at Plat Book 40, page 279, which plats of survey
> are incorporated herein by reference.

42.     By limited warranty deed recorded in Newton County, Georgia on

August 16, 2006, James Newman purchased the 5102 Park Street Property

for consideration.

43.     By deed of gift recorded in Newton County, Georgia on December

31, 2009, James Newman transferred the 5102 Park Street Property to Judy

Yeager.

44.     At the time of the transfer, federal tax liens for 2004, 2005, 2006,

and 2008 had attached to all James Newman's property and rights to

property, including the 5102 Park Street Property, and the IRS had recorded

a Notice of Federal Tax Lien for those years against James Newman. Thus,

Judy Yaeger acquired her interest in the 5102 Park Street Property subject to

the federal tax liens against James Newman.

45.     By quit claim deed recorded in Newton County, Georgia on March 8, 2016, Judy Yeager transferred the 5102 Park Street Property to James Newman. This transfer was subject to the federal tax liens against James Newman.

46.     By survivorship deed recorded in Newton County, Georgia on September 29, 2020, James Newman transferred the 5102 Park Street Property to himself and Brian Newman as joint tenants with right of survivorship for inadequate consideration.

47.     In Newton County, Georgia and on the dates below, several defendants recorded various encumbrances against the 5102 Park Street Property:

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 09/11/2009 | Federal Tax Lien | Internal Revenue Service | 128/121 |
| 06/02/2010 | Federal Tax Lien | Internal Revenue Service | 134/637 |
| 11/16/2012 | Writ of Fieri Facias | Judy Yeager Newman | 163/138 |
| 05/24/2013 | County Tax Lien | Newton County Tax Commissioner | 168/377 |
| 05/19/2014 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood | 177/296 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| | | Association, LLC | |
| 06/10/2014 | County Tax Lien | Newton County Tax Commissioner | 178/573 |
| 06/05/2015 | County Tax Lien | Newton County Tax Commissioner | 188/416 |
| 06/29/2015 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 189/244 |
| 05/02/2016 | County Tax Lien | Newton County Tax Commissioner | 196/512 |
| 01/19/2017 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 203/188 |
| 06/08/2017 | County Tax Lien | Newton County Tax Commissioner | 207/95 |
| 09/18/2017 | Claim of Lien (Stormwater Utility) | City of Covington | 211/258 |
| 05/04/2018 | Claim of Lien (Stormwater Utility) | City of Covington | 218/372 |
| 07/27/2018 | County Tax Lien | Newton County Tax Commissioner | 223/455 |
| 12/11/2018 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 228/650 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 02/19/2019 | Claim of Lien (Stormwater Utility) | City of Covington | 232/26 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/299 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/300 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/301 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 238/12 |
| 02/18/2020 | Writ if Fieri Facias | Martin L. Fierman | 246/196 |
| 03/27/2020 | Claim of Lien (Stormwater Utility) | City of Covington | 247/672 |
| 06/05/2020 | County Tax Lien | Newton County Tax Commissioner | 249/662 |
| 03/24/2021 | Writ of Fieri Facias | Jones & Walden, LLC | 258/804 |
| 06/14/2021 | Claim of Lien (Stormwater Utility) | City of Covington | 261/13 |
| 10/13/2021 | Federal Tax Lien | Internal Revenue Service | 263/496 |
| 04/12/2022 | Claim of Lien (Stormwater Utility) | City of Covington | 267/131 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 09/22/2022 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 271/375 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/855 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/856 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/857 |

**4165 & 4167 Raphael Street, Covington, GA 30014**

48.     The allegations in below concern the real properties commonly known as 4165 and 4167 Raphael Street, Covington, Newton County, Georgia 30014 ("4165 and 4167 Raphael Street Properties"). The real properties are legally described as follows:

> **Unit One:**
> All that tract or parcel of land lying and being in Land Lot 253 of the 9th District of Newton County, Georgia, being Unit 1, The Newman Building Condominium, as per plat recorded in Condominium Plat Book 1, Page 21, Newton County, Georgia Deed Records, together with all right, title and interest of Grantor in said unit and appurtenances thereto under the Declaration of Covenants, Conditions and Restrictions for The Newman Building Condominium, recorded January 7, 2008 in Deed Book 2552, page 368, Newton County, Georgia Deed Records, as may hereafter be amended, which declaration and all recorded amendments recorded hereafter are incorporated herein by reference and made

a part hereof. The interest herein conveyed includes, without limiting there generality of the foregoing, an undivided 33.333% percent interest in the common area of The Newman Building Condominium, as the same is defined in said declaration.

Subject, however, to all easements, restrictions, and rights of way of record.

**Unit Two:**
All that tract or parcel of land lying and being in Land Lot 253 of the 9th District of Newton County, Georgia, being Unit 2, The Newman Building Condominium, as per plat recorded in Condominium Plat Book 1, Page 21, Newton County, Georgia Deed Records, together with all right, title and interest of Grantor in said unit and appurtenances thereto under the Declaration of Covenants, Conditions and Restrictions for The Newman Building Condominium, recorded January 7, 2008 in Deed Book 2552, page 368, Newton County, Georgia Deed Records, as may hereafter be amended, which declaration and all recorded amendments recorded hereafter are incorporated herein by reference and made a part hereof. The interest herein conveyed includes, without limiting there generality of the foregoing, an undivided 33.333% percent interest in the common area of The Newman Building Condominium, as the same is defined in said declaration.

Subject, however, to all easements, restrictions, and rights of way of record.

49.    The 4165 and 4167 Raphael Street Properties include a

commercial space and residential condominium situated above the

commercial space.

50.    By quit claim deed recorded in Newton County, Georgia on

December 17, 2007, James Newman purchased the 4165 and 4167 Raphael

Street Properties for consideration.

51.    By limited warranty deed recorded in Newton County, Georgia, on March 16, 2010, James Newman transferred the 4165 and 4167 Raphael Street Properties to Integrated Power for inadequate consideration. James Newman controlled and used Integrated Power as his nominee to conceal his assets.

52.    At the time of the transfer, federal tax liens for 2004, 2005, 2006, and 2008 had attached to all James Newman's property and rights to property, including the 4165 and 4167 Raphael Street Properties, and the IRS had recorded a Notice of Federal Tax Lien for those years against James Newman. Thus, Integrated Power acquired the 4165 and 4167 Raphael Street Properties subject to the federal tax liens against James Newman.

53.    By limited warranty deed recorded in Newton County, Georgia on October 1, 2018, Integrated Power sold the 4165 and 4167 Raphael Street Properties to Tonya Bullard. Tonya Bullard acquired her interest in the 4165 and 4167 Raphael Street Properties subject to the federal tax liens against James Newman because the IRS had recorded notice of its liens against James Newman in the public records of Newton County, Georgia before she purchased the Properties.

54.    Despite the sale of the 4165 Raphael Street Property to Tonya Bullard, James Newman transferred the 4165 Raphael Street Property

21

individually to himself and Brian Newman as joint tenants with right of

survivorship for inadequate consideration by survivorship deed recorded in

Newton County, Georgia on September 29, 2020.

55.     In Newton County, Georgia and on the dates below, several

defendants recorded various encumbrances against the 4165 Raphael Street

Property:

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 09/11/2009 | Federal Tax Lien | Internal Revenue Service | 128/121 |
| 06/02/2010 | Federal Tax Lien | Internal Revenue Service | 134/637 |
| 11/16/2012 | Writ of Fieri Facias | Judy Yeager Newman | 163/138 |
| 05/24/2013 | County Tax Lien | Newton County Tax Commissioner | 168/377 |
| 06/10/2014 | County Tax Lien | Newton County Tax Commissioner | 178/573 |
| 06/05/2015 | County Tax Lien | Newton County Tax Commissioner | 188/416 |
| 05/02/2016 | County Tax Lien | Newton County Tax Commissioner | 196/512 |
| 01/19/2017 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 203/188 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 06/08/2017 | County Tax Lien | Newton County Tax Commissioner | 207/95 |
| 08/14/2017 | Claim of Lien (Stormwater Utility) | City of Covington | 209/718 |
| 08/28/2017 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 210/586 |
| 05/04/2018 | Claim of Lien (Stormwater Utility) | City of Covington | 218/373 |
| 07/27/2018 | County Tax Lien | Newton County Tax Commissioner | 223/455 |
| 11/30/2018 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 228/455 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/299 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/300 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/301 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/518 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/519 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/520 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 238/12 |
| 02/18/2020 | Writ if Fieri Facias | Martin L. Fierman | 246/196 |
| 06/05/2020 | County Tax Lien | Newton County Tax Commissioner | 249/662 |
| 06/17/2020 | County Tax Lien | Newton County Tax Commissioner | 251/240 |
| 03/24/2021 | Writ of Fieri Facias | Jones & Walden, LLC | 258/804 |
| 10/13/2021 | Federal Tax Lien | Internal Revenue Service | 263/496 |
| 10/03/2022 | County Tax Fieri Facias | Newton County Tax Commissioner | 271/855 |
| 10/03/2022 | County Fieri Facias | Newton County Tax Commissioner | 271/856 |
| 10/03/2022 | County Fieri Facias | Newton County Tax Commissioner | 271/857 |
| 10/26/2022 | Affidavit and Memorandum of Court Order Affecting Title to Land | Jones & Walden, LLC | 272/788 |

56.    In Newton County, Georgia and on the dates below, several defendants recorded various encumbrances against the 4167 Raphael Street Property:

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 09/11/2009 | Federal Tax Lien | Internal Revenue Service | 128/121 |
| 06/02/2010 | Federal Tax Lien | Internal Revenue Service | 134/637 |
| 11/16/2012 | Writ of Fieri Facias | Judy Yeager Newman | 163/138 |
| 05/24/2013 | County Tax Lien | Newton County Tax Commissioner | 168/377 |
| 06/10/2014 | County Tax Lien | Newton County Tax Commissioner | 178/573 |
| 06/05/2015 | County Tax Lien | Newton County Tax Commissioner | 188/416 |
| 05/02/2016 | County Tax Lien | Newton County Tax Commissioner | 196/512 |
| 01/19/2017 | Claim of Lien (Homeowners Association) | Clark's Grove Neighborhood Association, LLC | 203/188 |
| 06/08/2017 | County Tax Lien | Newton County Tax Commissioner | 207/95 |
| 08/14/2017 | Claim of Lien (Stormwater Utility) | City of Covington | 209/718 |
| 05/04/2018 | Claim of Lien (Stormwater Utility) | City of Covington | 218/373 |
| 07/27/2018 | County Tax Lien | Newton County Tax Commissioner | 223/455 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/299 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/300 |
| 04/09/2019 | Federal Tax Lien | Internal Revenue Service | 234/301 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/518 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/519 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 237/520 |
| 06/25/2019 | County Tax Lien | Newton County Tax Commissioner | 238/12 |
| 02/18/2020 | Writ if Fieri Facias | Martin L. Fierman | 246/196 |
| 06/05/2020 | County Tax Lien | Newton County Tax Commissioner | 249/662 |
| 06/17/2020 | County Tax Lien | Newton County Tax Commissioner | 251/240 |
| 03/24/2021 | Writ of Fieri Facias | Jones & Walden, LLC | 258/804 |
| 10/13/2021 | Federal Tax Lien | Internal Revenue Service | 263/496 |
| 10/03/2022 | County Fieri Facias | Newton County Tax Commissioner | 271/855 |
| 10/03/2022 | County Fieri Facias | Newton County Tax Commissioner | 271/856 |

| RECORDATION DATE | INSTRUMENT TYPE | RECORDING PARTY | BOOK/PAGE |
|---|---|---|---|
| 10/03/2022 | County Fieri Facias | Newton County Tax Commissioner | 271/857 |
| 10/26/2022 | Affidavit and Memorandum of Court Order Affecting Title to Land | Jones & Walden, LLC | 272/788 |

**COUNT I: REDUCE TO JUDGMENT INCOME TAX LIABILITIES**

57.     The United States realleges the allegations in paragraphs 16–33.

58.     A delegate of the Secretary of the Treasury gave proper notice to James Newman of the assessments described in paragraphs 19–20, and made proper demand for payment of these assessments.

59.     Despite proper notice and demand, James Newman has neglected, failed, or refused to make full payment to the United States of the assessed amounts and the accrued interest and penalties.

60.     James Newman is personally liable to the United States for the unpaid balances of the assessments (including accrued penalties and interest) in paragraphs 19-20.

61.     As of January 9, 2023, including penalties and interest accruing, James Newman is personally liable to the United States for $2,721,679.68 for

his outstanding income tax liabilities. Statutory additions, including penalties and interest, continuing to accrue as provided by law.

## COUNT II: FORECLOSURE OF TAX LIENS ON 2765 ACCESS ROAD

62.    The United States realleges the allegations in paragraphs 34–40.

63.    Because the properly recorded federal tax liens for all years at issue pre-date James Newman's transfer of the 2765 Access Road Property to Integrated Power and were not satisfied at the time of transfer, Integrated Power's acquired its interest in the 2765 Access Road Property subject to the United States' tax liens.

64.    Because the federal tax liens against James Newman remain on the 2765 Access Road Property, James Newman's subsequent transfer of that property to himself and Brian Newman was also subject to the federal tax liens against James Newman. As a result, James Newman and Brian Newman's interests in the 2765 Access Road Property are subject to the tax liens against James Newman.

65.    In the alternative, the United States may enforce its tax liens against the property because James Newman transferred the 2765 Access Road Property first to Integrated Power and then to himself and his son with actual intent to hinder, delay, or defraud the United States as a creditor. O.C.G.A. § 18-2-74(a).

66.    The United States' federal tax liens have priority over all other interests in the 2765 Access Road Property, subject to any relevant exceptions in 26 U.S.C. § 6323.

67.    Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale for the 2765 Access Road Property to enforce its tax liens.

**COUNT III: FORECLOSURE OF TAX LIENS ON 5102 PARK STREET**

68.    The United States incorporates realleges the allegations in paragraphs 41–47.

69.    Because the properly recorded federal tax liens for 2004, 2005, 2006, and 2008 pre-date James Newman's transfer of the 5102 Park Street Property to Judy Yeager and were not satisfied at the time of transfer, Judy Yeager acquired her interest in the 5102 Park Street Property subject to the United States' tax liens.

70.    Because the federal tax liens against James Newman remain on the 5102 Park Street, Judy Yeager's subsequent transfer of that property to James Newman was also subject to the federal tax liens against James Newman. As a result, James Newman's interest in the 5102 Park Street Property is subject to the tax liens against him.

71.     The United States' federal tax liens have priority over all other interests in the 5102 Park Street Property, subject to any relevant exceptions in 26 U.S.C. § 6323.

72.     Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale for the 5102 Park Street Property to enforce its tax liens.

## COUNT IV: FORECLOSURE OF TAX LIENS ON 4165 RAPHAEL STREET

73.     The United States realleges the allegations in paragraphs 48–55.

74.     Because the properly recorded federal tax liens for all years at issue pre-date James Newman's transfer of the 4165 Raphael Street Property to Integrated Power and were not satisfied at the time of transfer, Integrated Power acquired its interest in the 4165 Raphael Street Property subject to the United States' tax liens.

75.     Similarly, because the properly recorded federal tax liens for all years at issue pre-date Integrated Power's transfer of the 4165 Raphael Street Property to Tonya Bullard, Tonya Bullard had notice of the federal tax liens on the 4165 Raphael Street Property when she acquired that property from Integrated Power. As a result, Tonya Bullard acquired her interest in the 4165 Raphael Street Property subject to the tax liens against James Newman.

30

76.   Alternatively, to the extent that Tonya Bullard is not the title owner of the 4165 Raphael Street Property, the United States' liens remain attached to James Newman's interest in the Property, including that which he conveyed to Brian Newman.

77.   The United States' federal tax liens have priority over all other interests in the 4165 Raphael Street Property, subject to any relevant exceptions in 26 U.S.C. § 6323.

78.   Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale for the 4165 Raphael Street Property to enforce its tax liens.

## COUNT V: FORECLOSURE OF TAX LIENS ON 4167 RAPHAEL STREET

79.   The United States realleges the allegations in paragraphs 48–53, and 56.

80.   Because the properly recorded federal tax liens for all years at issue pre-date James Newman's transfer of the 4167 Raphael Street Property to Integrated Power and were not satisfied at the time of transfer, Integrated Power acquired its interest in the 4167 Raphael Street Property subject to the United States' tax liens.

81.   Similarly, because the properly recorded federal tax liens for all years at issue pre-date Integrated Power's transfer of the 4167 Raphael

Street Property to Tonya Bullard, Tonya Bullard had notice of the federal tax liens on the 4167 Raphael Street Property when she acquired that property from Integrated Power. As a result, Tonya Bullard acquired her interest in the 4167 Raphael Street Property subject to the tax liens against James Newman.

82.     The United States' federal tax liens have priority over all other interests in the 4167 Raphael Street Property, subject to any relevant exceptions in 26 U.S.C. § 6323.

83.     Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale for the 4167 Raphael Street Property to enforce its tax liens.

**WHEREFORE**, the United States respectfully requests:

A.      Judgment in favor of the United States and against James Clayton Newman, Jr. for his unpaid federal tax liabilities, in the total sum of $2,721,679.68 as of January 9, 2023, plus statutory additions including penalties and interest accruing thereon as provided by law until paid;

B.      Judgment that as a result of the unpaid assessments described in paragraphs 19–20, the United States has valid and subsisting federal tax liens on all property and rights to property belonging to James Clayton Newman, Jr., whether real or personal, wherever located, and whether presently held or hereinafter acquired;

C.     Judgment that the United States' federal tax liens against James Clayton Newman, Jr., attach to the 2765 Access Road, 5102 Park Street, 4165 Raphael Street, and 4167 Raphael Street Properties;

D.     Judgment that the United States' federal tax liens upon the 2765 Access Road, 5102 Park Street, 4165 Raphael Street, and 4167 Raphael Street Properties are foreclosed, and that the Properties shall be sold, and the proceeds of the sale shall be distributed in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties;

E.     Judgment that the United States shall be granted its costs in bringing this action and;

F.     Any further relief the Court deems appropriate.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By:    */s/ Christina T. Lanier*
        CHRISTINA T. LANIER
        D.C. Bar No. 1779680
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Ben Franklin Station
        P.O. Box 14198
        Washington, D.C. 20044
        Telephone: (202) 765-4908
        Facsimile: (202) 514-4963
        E-Mail: Christina.T.Lanier@usdoj.gov

Of Counsel:

RYAN K. BUCHANAN
United States Attorney

NEELI BEN-DAVID
Assistant U.S. Attorney
Georgia Bar No. 049788
Office of the U.S. Attorney
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303
404-581-6303
Neeli.Ben-David@usdoj.gov

Counsel for the United States of America

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this document was prepared using Century Schoolbook,

13-point font.

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice
