# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDWARD KEVELIER, JR. AND ) <br> 19102 WALDROP, LLC ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LM GENERAL INSURANCE ) <br> COMPANY, ) <br> ) <br>     Defendant. ) | CIVIL ACTION FILE NO.: <br> _____ |

_____

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Comes now, Defendant LM GENERAL Insurance Company ("LM General"), by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1)   A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

    <u>Plaintiffs</u>:

    Edward Kevelier, Jr.

    19102 Waldrop, LLC

<u>Defendant</u>:

LM General Insurance Company is a company organized under the laws of the State of Illinois and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

- Liberty Mutual Insurance Company owns 100% of the stock of LM General Insurance Company

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None.

(3) The undersigned further certifies that the following is a full and complete list of all other persons, serving as attorneys for the parties in this proceeding:

    (a)    Max Compton
           Morgan & Morgan
           25 Bull Street, #400
           Savannah, GA 31401

**Attorney for Plaintiff**

(b)   Hilary W. Hunter
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
**Attorney for Defendant**

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

(a) The Plaintiffs:  Georgia

(b) LM General: Illinois / Massachusetts

Respectfully submitted, this 11th day of January 2023.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
(770) 351-4400 Telephone
(770) 828-0100 Facsimile
**Attorney for Defendant**

## **LOCAL RULE 7.1 CERTIFICATE**

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

                                              ISENBERG & HEWITT, P.C.

                                              /s/ Hilary W. Hunter
                                              Hilary W. Hunter
                                              Georgia Bar No. 742696
                                              600 Embassy Row, Suite 150
                                              Atlanta, Georgia 30328
                                              (770) 351-4400 Telephone
                                              (770) 828-0100 Facsimile
                                              **Attorney for Defendant**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **EDWARD KEVELIER, JR. AND 19102 WALDROP, LLC** ) ) ) | |
| **Plaintiffs,** ) ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| **v.** ) ) | _____ |
| **LM GENERAL INSURANCE COMPANY,** ) ) ) | |
| **Defendant.** ) | |

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January 2023, I electronically filed the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter as follows:

Max Compton
Morgan & Morgan
25 Bull Street, #400
Savannah, GA 31401

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter

5

                                            Georgia Bar No. 742696
                                            600 Embassy Row, Suite 150
                                            Atlanta, GA  30328
                                            (770) 351-4400 (Telephone)
                                            (770) 828-0100 (Facsimile)
                                            **Attorney for Defendant**