# EXHIBIT 2



**CT Corporation**
Service of Process Notification
12/14/2022
CT Log Number 542851521

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Brittany Adams, Commercial Litigation - Admin. Assistant<br>COMCAST CORPORATION<br>1701 John F Kennedy Blvd Ste C100, One Comcast Center<br>Philadelphia, PA 19103-2848 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Comcast Cable Communications Management, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LINDSAY BRADY // To: Comcast Cable Communications Management, LLC |
| **DOCUMENT(S) SERVED:** | Statement, Summonses, Complaint, Form |
| **COURT/AGENCY:** | Cobb County Superior Court of Georgia, GA<br>Case # 22106857 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 12/14/2022 at 13:19 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | E. Ray Stanford, Jr.<br>Stanford IO Law Group LLC<br>P.O. Box 19161<br>Atlanta, GA 31126<br>404-991-7300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/14/2022, Expected Purge Date: 12/19/2022<br><br>Image SOP<br><br>Email Notification,  Brittany Adams  brittany_adams@comcast.com<br><br>Email Notification,  Carol Siderio  carol_siderio@comcast.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>289 S. Culver St.<br>Lawrenceville, GA 30046<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the



**CT Corporation**
**Service of Process Notification**
12/14/2022
CT Log Number 542851521

included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

ID# 2022-0127104-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22106857**
Robert E. Flournoy III - 40
SEP 30, 2022 11:21 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   22106857

**Brady, Lindsay**
_____
Plaintiff

Vs.

**Comcast Cable Communications Management, LLC,** -; Comcast Cable Communications, LLC, -; Gallagh
Defendant

## TYPE OF ACTION

- o Divorce without Agreement Attached
- o Divorce with Agreement Attached
- o Domestic Relations
- o Damages Arising out of Contract
- ☒ Damages Arising out of Tort
- o Condemnation
- o Equity
- o Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- o Zoning Appeals (denovo)
- o Appeal, Including denovo appeal – excluding Zoning

- o URESA
- o Name Change
- o Other
- o Recusal
- o Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ☒ NO
- o YES – If yes, please fill out the following:

  1. Case # _____

  2. Parties _____

  3. Assigned Judge _____

  4. Is this case still pending?    o Yes    o No

  5. Brief description of similarities:

/S/   **Stanford, Mr. E. Ray Jr**
_____
Attorney or Party Filing Suit

ID# 2022-0127102-CV
🔵 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22106857**

Robert E. Flournoy III - 40
SEP 30, 2022 11:21 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

CIVIL ACTION NUMBER  22106857

$214.00 COST PAID

Brady, Lindsay

---

**PLAINTIFF**

VS.

Comcast Cable Communications Management, LLC, -
Comcast Cable Communications, LLC, -
Gallagher, Christina
Comcast Communications, Inc., -
Comcast Corporation dba Comcast Cable and Comcast , -

---

**DEFENDANTS**

### SUMMONS
TO: COMCAST CORPORATION DBA COMCAST CABLE AND COMCAST , -

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> E. Ray Stanford, Jr.
> Stanford IO Law Group LLC
> P.O. Box 19161
> Atlanta, Georgia 31126

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of September, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2022-0127101-CV
🔒 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22106857**
Robert E. Flournoy III - 40
SEP 30, 2022 11:21 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  22106857

$214.00 COST PAID

Brady, Lindsay

**PLAINTIFF**

VS.

Comcast Cable Communications Management, LLC, -
Comcast Cable Communications, LLC, -
Gallagher, Christina
Comcast Communications, Inc., -
Comcast Corporation dba Comcast Cable and Comcast, -

**DEFENDANTS**

### SUMMONS
TO: COMCAST COMMUNICATIONS, INC., -

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> E. Ray Stanford, Jr.
> Stanford IO Law Group LLC
> P.O. Box 19161
> Atlanta, Georgia 31126

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of September, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2022-0127100-CV
⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22106857**
Robert E. Flournoy III - 40
SEP 30, 2022 11:21 PM

*[signature]*

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER <u>22106857</u>

$214.00 COST PAID

Brady, Lindsay

---

**PLAINTIFF**

VS.

Comcast Cable Communications Management, LLC, -
Comcast Cable Communications, LLC, -
Gallagher, Christina
Comcast Communications, Inc., -
Comcast Corporation dba Comcast Cable and Comcast , -

---

**DEFENDANTS**

### SUMMONS

TO: GALLAGHER, CHRISTINA

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> E. Ray Stanford, Jr.
> Stanford IO Law Group LLC
> P.O. Box 19161
> Atlanta, Georgia 31126

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of September, 2022.**

Clerk of Superior Court

*[Cobb County Superior Court seal]*    *[signature]*

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2022-0127099-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22106857**
Robert E. Flournoy III - 40
SEP 30, 2022 11:21 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER 22106857

$214.00 COST PAID

Brady, Lindsay

**PLAINTIFF**

VS.

Comcast Cable Communications Management, LLC, -
Comcast Cable Communications, LLC, -
Gallagher, Christina
Comcast Communications, Inc., -
Comcast Corporation dba Comcast Cable and Comcast, -

**DEFENDANTS**

**SUMMONS**
TO: COMCAST CABLE COMMUNICATIONS, LLC, -

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

E. Ray Stanford, Jr.
Stanford IO Law Group LLC
P.O. Box 19161
Atlanta, Georgia 31126

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of September, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2022-0127098-CV
⚡ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22106857**
Robert E. Flournoy III - 40
SEP 30, 2022 11:21 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER 22106857

$214.00 COST PAID

Brady, Lindsay

**PLAINTIFF**

VS.

Comcast Cable Communications Management, LLC, -
Comcast Cable Communications, LLC, -
Gallagher, Christina
Comcast Communications, Inc., -
Comcast Corporation dba Comcast Cable and Comcast, -

**DEFENDANTS**

## SUMMONS

TO: COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, -

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**E. Ray Stanford, Jr.**
**Stanford IO Law Group LLC**
**P.O. Box 19161**
**Atlanta, Georgia 31126**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of September, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1