EXHIBIT B

E-FILED IN OFFICE - AR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**20-A-03792-6**
**9/30/2020 3:25 PM**

*[signature]*
CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

## ROBERT BURKS

_____

_____

PLAINTIFF

CIVIL ACTION NUMBER:____ **20-A03792-6** ____

VS.

## MURPHY OIL USA, INC.
## 289 S. Culver St.
## Lawrenceville, GA 30046

DEFENDANT

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Edward J. Dovin, DOVIN FICKEN, LLC**
**3414 Peachtree Road NE, Monarch Plaza Suite 625, Atlanta, GA 30326**
**ejdovin@dovinficken.com**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___30th___ day of ___SEPTEMBER___, 20_20_.

Richard T. Alexander, Jr.,
Clerk of Superior Court

By_____
Deputy Clerk

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

EXHIBIT B