<u>EXHIBIT D</u>



**Service of Process Transmittal**
10/06/2020
CT Log Number 538358563

| | |
|---|---|
| **TO:** | John Moore, General Counsel/Corp Secretary<br>Murphy USA Inc.<br>200 E Peach St<br>El Dorado, AR 71730-5836 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Murphy Oil USA, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROBERT BURKS, PLTF. vs. MURPHY USA, INC., ET AL., DFTS. ./ TO: MURPHY OIL USA, INC. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20A037926 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Lawrenceville, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/06/2020 at 12:12 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/06/2020, Expected Purge Date: 10/11/2020 |
| | Image SOP |
| | Email Notification,  John Moore  john.moore@murphyusa.com |
| | Email Notification,  Greg Smith  greg.smith@murphyusa.com |
| | Email Notification,  Rachel Pickett  rachel.pickett@murphyusa.com |
| | Email Notification,  Connie Vaughn-Dunn  connie.vaughn-dunn@murphyusa.com |
| | Email Notification,  Kelly Halstead  kelly.halstead@murphyusa.com |
| | Email Notification,  James Depper  james.depper@murphyusa.com |
| | Email Notification,  Jamie Chandler  jamie.chandler@murphyusa.com |
| | Email Notification,  Amanda Calloway  amanda.calloway@murphyusa.com |
| | Email Notification,  Stephanie Francis  stephanie.francis@murphyusa.com |

Page 1 of  2 / JN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

<u>EXHIBIT D</u>


<u>EXHIBIT D</u>



**Service of Process Transmittal**
10/06/2020
CT Log Number 538358563

| | |
|---|---|
| **TO:** | John Moore, General Counsel/Corp Secretary<br>Murphy USA Inc.<br>200 E Peach St<br>El Dorado, AR 71730-5836 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Murphy Oil USA, Inc.  (Domestic State: DE) |

| | |
|---|---|
| SIGNED:<br>ADDRESS: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| For Questions: | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 2 of  2 / JN

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

<u>EXHIBIT D</u>

# EXHIBIT D

| | |
|---|---|
| CIVIL ACTION NO. __20-A03792-6__ | [ ] MAGISTRATE [ ] STATE [x] SUPERIOR - COURT<br>GWINNETT COUNTY, GEORGIA |
| DATE FILED __09-30-20__ | |
| ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER | __Robert Burks__ |
| __Edward J. Dovin, DOVIN FICKEN LLC__ | PLAINTIFF(S)<br>VS. |
| __3414 Peachtree Road NE, Monarch Plaza, Suite 625__ | __Murphy USA, Inc., Murphy Oil USA, Inc., and Olasumbo Reis__ |
| __Atlanta, GA 30326__ | DEFENDANT(S) |
| NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED | |
| __Murphy Oil USA, Inc.__ | |
| __289 S. Culver St.__ | GARNISHEE |
| __Lawrenceville, GA 30046__ | Other attached documents to be served: _____ |

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

**[ ] PERSONAL** Upon the following named defendant: _____

**[ ] NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to _____ described as follows: approximate age _____ yrs; approximate weight _____ pounds; approximate height _____ feet and _____ inches, domiciled at residence of the defendant.

**[X] CORPORATION** Upon corporation _____
By serving _____, in charge of the office and place of business of the corporation in this county.

By serving _____, its registered agent.

**[ ] TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

**[ ] NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

_____
_____

This _____ day of _____, 20____.

SHERIFF DOCKET _____ PAGE _____

TIME: _____ ___. M.

_____
DEPUTY

Q:\ Magforms\Forms\MAG 10-10 Sheriff's Entry of Service

EXHIBIT D