Case 1:23-mi-99999-UNA   Document 106-13   Filed 01/12/23   Page 1 of 2

E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**20-A-03792-6**
**11/3/2022 1:06 PM**
TIANA P. GARNER, CLERK

<u>EXHIBIT M</u>

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

ROBERT BURKS and MARIA BURKS

    Plaintiffs,

v.

MURPHY USA, INC., MURPHY OIL USA, INC. and OLASUMBO REIS,

    Defendants.

CIVIL ACTION
FILE NO: 20-A03792-6

<u>**ORDER GRANTING REQUEST FOR SPECIAL SETTING**</u>

This matter having come before the Court upon the parties' Joint Motion for a Special Setting of this matter in January or February 2023, the Court having inquired into the Motion, and for good cause shown and it appearing that the Parties consent thereto,

**IT IS HEREBY ORDERED** that this case shall be specially set for trial to occur on _Monday, February 13, 2023 at 9:30 am in Courtroom 3I before Judge Robert Walker, presiding by designation_.

SO ORDERED this __3__ day of __Nov__, 2022.

Judge Ronnie K. Batchelor
Superior Court of Gwinnett County

5

<u>EXHIBIT M</u>

ORDER PREPARED AND CONSENTED TO BY:

| **DOVIN FICKEN, LLC** | **HAWKINS PARNELL & YOUNG, LLP** |
|---|---|
| */s/ Allison S.H. Ficken* | */s/ Elliott C. Ream* |
| Edward J. Dovin | Warner S. Fox |
| (with permission to Elliott C. Ream) | Georgia Bar No. 272654 |
| Georgia Bar No. 227645 | Elliott C. Ream |
| Allison S. H. Ficken | Georgia Bar No. 528281 |
| Georgia Bar No. 355875 | 303 Peachtree Street, N.E., |
| 3141 Peachtree Street NE | Suite 4000 |
| Suite 625 | Atlanta, Georgia 30308-3243 |
| Atlanta, Georgia 30326 | (404) 614-7400 |
| (770) 829-3869 | wfox@hpylaw.com |
| ejdovin@dovinficken.com | eream@hpylaw.com |
| ahficken@dovinficken.com | *Counsel for Defendants Murphy Oil and Murphy USA* |
| *Counsel for Plaintiffs* | |

6