E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**20-A-03792-6**
**12/30/2022 2:07 PM**
TIANA P. GARNER, CLERK

<u>EXHIBIT N</u>

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ROBERT BURKS AND MARIA BURKS,<br>　　Plaintiff,<br><br>v.<br><br>MURPHY USA, INC; MURPHY OIL USA,<br>INC AND OLASUMBO REIS.,<br>　　Defendants | *<br>*<br>*<br>*<br>*　CIVIL ACTION NO.: 20-A-03792-6<br>*<br>*<br>*<br>* |

### <u>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COMPLAINT AS TO DEFENDANTS CHUL JIN YUN AND KYUNG CHEOL YI</u>

Plaintiffs and Defendant Reis having filed a joint motion to dismiss their complaint as to Defendant OLASUMBO REIS;

**IT IS HEREBY ORDERED** that Plaintiff's motion is hereby **GRANTED** and Plaintiff's Complaint is hereby **DISMISSED** as to Defendant <u>**OLASUMBO REIS.**</u>

**SO ORDERED**, this __30__ day of December 2022.

_____
RONNIE K. BATCHELOR, Judge
Superior Court of Gwinnett County

cf:
counsel and pro se parties

EXHIBIT N