**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I918 - APPLICATION FOR U NONIMMIGRANT STATUS | | NOTICE DATE<br>04/16/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>EAC2024350187 | | USCIS A#<br>A071 500 171 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>VSC | PAGE<br>1 of 2 |

HASMUKHBHAI MANILAL PATEL
c/o BHAVYA CHAUDHARY AND ASSOC LLC
700 HOLCOMB BRIDGE ROAD
NORCROSS  GA  30071



**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS HARTFORD<br>265 Ellington Road Suite E<br>East Hartford CT  06108 | DATE AND TIME OF APPOINTMENT<br><br>05/11/2021<br>02:00PM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

RECEIVED APR 2 2 2021

APPLICATION NUMBER
I918- EAC2024350187



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



### Important Changes to Biometrics Services Appointments Related to COVID-19

As USCIS resumes biometrics services at our Application Support Centers (ASC), we want to protect the safety of our workforce and you. **Please see below:**

**Appointments**

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Follow the instructions on your appointment notice to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.
- You may not enter a USCIS facility if you:
  - have COVID-19 or any symptoms of COVID-19 to include coughing, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting
  - in the past 14 days, have been in close contact (within six feet for 15 minutes or more) with anyone known to have COVID-19
  - in the past 10 days, have returned from international travel
  - in the past 14 days, have returned from cruise ship travel
  - in the past 14 days, have been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine

**Face coverings and Social Distancing:**

- In order to enter the facility, you must wear a face covering while visiting the ASC. USCIS may deny entry if you do not wear a face covering.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys or those providing needed assistance if you are disabled will be permitted to accompany you, and will be required to wear a face covering.
- You will be required to follow social distancing guidance when you arrive, such as sitting and standing apart from others.

## APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** _____ _____ _____
          FIRST                    MIDDLE                   LAST

**LIST ANY OTHER NAMES USED** (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):
1) _____ _____ _____
          FIRST                    MIDDLE                   LAST
2) _____ _____ _____
          FIRST                    MIDDLE                   LAST

**DATE OF BIRTH:** _____ _____ _____
                  MONTH  DAY   YEAR

**COUNTRY OF BIRTH:** _____   **COUNTRY OF CITIZENSHIP:** _____

**GENDER:** (CHECK ONE)  
☐ MALE  
☐ FEMALE  
☐ OTHER  

**RACE:** (CHECK ONE)  
☐ ASIAN  
☐ BLACK  
☐ CAUCASIAN/LATINO  
☐ NATIVE AMERICAN  
☐ UNKNOWN  

**EYE COLOR:** (CHECK ONE)  
☐ BLACK  ☐ HAZEL  
☐ BLUE   ☐ MAROON  
☐ BROWN  ☐ MULTICOLOR  
☐ GRAY   ☐ PINK  
☐ GREEN  ☐ UNKNOWN  

**HAIR COLOR:** (CHECK ONE)  
☐ BALD                    ☐ ORANGE  
☐ BLACK                   ☐ PINK  
☐ BLOND OR STRAWBERRY     ☐ PURPLE  
☐ BLUE                    ☐ RED OR AUBURN  
☐ BROWN                   ☐ SANDY  
☐ GRAY                    ☐ WHITE  
☐ GREEN                   ☐ UNKNOWN  

**HEIGHT:** _____ OR _____   **WEIGHT:** _____ OR _____
           FEET/INCHES       CENTIMETERS                  POUNDS             KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

AIW: Revised 17 MARCH 2021

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19