UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY EASON,<br><br>  Plaintiff,<br><br>vs.<br><br>NEWNAN URBAN AIR, LLC D/B/A URBAN AIR ADVENTURE PARK NEWNAN, JOHN DOE & XYZ CORPORATION<br><br>  Defendants. | Civil Action No.:<br>_____<br><br>[Removal from the Gwinnett County State Court, Case No. 22-C-07122-S3] |

### DEFENDANT NEWNAN URBAN AIR, LLC d/b/a URBAN AIR ADVENTURE PARK NEWNAN'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Newnan Urban Air, LLC d/b/a Urban Air Adventure Park Newnan, a foreign limited liability company existing under the laws of Texas, with members domiciled in Kentucky and Texas ("Defendant"), by and through counsel, hereby submits this Notice of Removal, showing the Court as follows:

### PRELIMINARY STATEMENT

1. On December 9, 2022, Plaintiff Kimberly Eason ("Plaintiff") filed a Complaint in the State Court of Gwinnett County, State of Georgia, styled: *Kimberly Eason v. Newnan Urban Air, LLC d/b/a Urban Air Adventure Park Newnan, John*

*Doe & XYZ Corporation*, Civil Action Number 22-C-07122-S3 (the "Lawsuit").  In the Lawsuit, Plaintiff, a Georgia citizen, has asserted a complaint sounding in premises liability and negligence for injuries she allegedly suffered at the Urban Air Adventure Park Newnan ("Property"), against Defendant, a foreign limited liability company existing under the laws of Texas, the members of which are not citizens of Georgia.

2. Upon information and belief, given the severity of the injuries claimed, the Lawsuit seeks damages in excess of $75,000, exclusive of interest and costs. Defendant removes the Lawsuit to this Court pursuant to 28 U.S.C. § 1441(a), because this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1).

## REMOVAL IS PROPER

**A.     Removal Procedure**

3. Defendant first received notice of the Lawsuit on December 16, 2022, when it was served with the Lawsuit, which included the Summons and Complaint.

4. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is filed within 30 days of when Defendant received the Summons and Complaint for the Lawsuit.

5. As required by 28 U.S.C. §1446(a), copies of all process, pleadings, orders, and other papers or exhibits served upon Defendant in the State Court action are attached hereto as "Exhibit 1."

6. In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the State Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

**B.    Subject Matter Jurisdiction**

7. Under 28 U.S.C. § 1441, any lawsuit over which a federal district court would have original jurisdiction, including diversity jurisdiction, may be removed by a defendant to the district court for the district and division embracing the place where such action is pending.  28 U.S.C. §§ 1441(a), (b).

8. This Court has subject matter jurisdiction over this action based on diversity jurisdiction.  For diversity jurisdiction to exist, the amount in controversy must exceed $75,000, exclusive of interest and costs, and there must be complete diversity between the parties. 28 U.S.C. § 1332(a).

9. Plaintiff is a citizen of the State of Georgia.

10. Defendant is a foreign limited liability company existing under the laws of Texas with its principal place of business located at 6915 Sandwedge Point Court, Spring, TX, 77389.

11.    Defendant has three members. They are citizens of Texas and Kentucky. None of them are citizens of Georgia.

12.    As Plaintiff is a citizen of Georgia and Defendant is a citizen of Texas and Kentucky, complete diversity exists.

13    Given the severity of the injuries alleged by Plaintiff in the Complaint, Plaintiff's claims for damages are in excess of $75,000, thereby satisfying the amount in controversy required for diversity jurisdiction.

14.    Given that there is complete diversity between the parties and the amount in controversy is satisfied, diversity jurisdiction exists.

15.    In accordance with 28 U.S.C. §§ 1441 and 1446, this action may be removed to this Court, as subject matter jurisdiction exists.

16.    Additionally, under 28 U.S.C. § 1446(a), venue for this removal is proper in the Northern District of Georgia, Atlanta Division, because this is the district and division embracing the place where the state court action is pending.

WHEREFORE, Defendant prays that the Lawsuit now pending in the State Court of Gwinnett County, State of Georgia, be removed therefrom to this Court.

Respectfully submitted this 13th day of January, 2023.

| | |
|---|---|
| **FIELDS HOWELL LLP**<br>665 8th Street NW<br>Atlanta, Georgia  30318<br>(404) 214-1250 (Telephone)<br>(404) 214-1251 (Facsimile)<br>pfields@fieldshowell.com<br>skahn@fieldshowell.com<br>rmorelli@fieldshowell.com | _/s/ Stephen A. Kahn_<br>Paul L. Fields, Jr.<br>Georgia Bar No.: 003420<br>Stephen A. Kahn<br>Georgia Bar No.: 808929<br>D. Reid Morelli<br>Georgia Bar No.: 630101<br><br>*Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY EASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: |
| ) | _____ |
| NEWNAN URBAN AIR, LLC D/B/A ) | |
| URBAN AIR ADVENTURE PARK ) | [Removal from the Gwinnett County |
| NEWNAN, JOHN DOE & XYZ ) | State Court, Case No. 22-C-07122- |
| CORPORATION ) | S3] |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing document has been prepared with a font and point selection (Times New Roman, 14 point) that is approved by the Court as indicated in Local Rule 5.1(C) and 7.1(D).

| | |
|---|---|
| **FIELDS HOWELL LLP** | */s/ Stephen A. Kahn* |
| 665 8th Street NW | Paul L. Fields, Jr. |
| Atlanta, Georgia  30318 | Georgia Bar No.: 003420 |
| (404) 214-1250 (Telephone) | Stephen A. Kahn |
| (404) 214-1251 (Facsimile) | Georgia Bar No.: 808929 |
| pfields@fieldshowell.com | D. Reid Morelli |
| skahn@fieldshowell.com | Georgia Bar No.: 630101 |
| rmorelli@fieldshowell.com | |
| | *Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| KIMBERLY EASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: |
| | ) | _____ |
| NEWNAN URBAN AIR, LLC D/B/A URBAN AIR ADVENTURE PARK NEWNAN, JOHN DOE & XYZ CORPORATION | ) ) ) ) | [Removal from the Gwinnett County State Court, Case No. 22-C-07122-S3] |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **Defendant Newnan Urban Air, LLC d/b/a Urban Air Adventure Park Newnan's Notice of Removal** on all parties, via electronic transmission and via United States mail with proper postage affixed thereto as follows:

> Johnny G. Phillips
> Christopher Reilly
> **Law Office of Johnny Phillips, PC**
> 12 Jackson Street
> Newnan, GA 30263
> johnny@johnnyphillipslaw.com
> (404) 487 0184

7

This 13th day of January, 2023.

| | |
|---|---|
| **FIELDS HOWELL LLP**<br>665 8th Street NW<br>Atlanta, Georgia  30318<br>(404) 214-1250 (Telephone)<br>(404) 214-1251 (Facsimile)<br>pfields@fieldshowell.com<br>skahn@fieldshowell.com<br>rmorelli@fieldshowell.com | */s/ Stephen A. Kahn*<br>Paul L. Fields, Jr.<br>Georgia Bar No.: 003420<br>Stephen A. Kahn<br>Georgia Bar No.: 808929<br>D. Reid Morelli<br>Georgia Bar No.: 630101<br><br>*Counsel for Defendant* |