## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL, | |
| Plaintiffs, | Civil Action File No.: _____ |
| v. | *[Removed from Fulton County State Court; CAFN: 22EV005787]* |
| JANET LEWIS and JEREMY LEWIS, | |
| Defendants. | |

## <u>NOTICE OF REMOVAL</u>

COME NOW Janet Lewis and Jeremy Lewis, party defendants in the above-styled case, and within the time prescribed by law, files this Notice of Removal, and respectfully shows to the Court the following facts:

1.

Plaintiffs filed suit against Defendants in the State Court of Fulton County, State of Georgia for personal injuries allegedly incurred as a result of a car accident in Fulton County, Georgia.  The suit is styled as above and numbered Civil Action File No. 22EV005787 in that Court.

2.

Ms. Janet Lewis and Mr. Jeremy Lewis are residents of the State of

Alabama.  Ms. Janet Lewis and Mr. Jeremy Lewis are not citizens of the State of Georgia, were not citizens of the State of Georgia on the date of filing of the aforementioned civil action, and have not since become Georgia citizens.  *See* copies of Ms. Janet Lewis and Mr. Jeremy Lewis' Licenses, attached hereto as **Exhibit A.**

3.

Upon information and belief, Plaintiffs are residents of the State of Georgia who have been residents of Georgia continuously since the accident and date this suit was filed, and have no plan to move outside of the state of Georgia for the foreseeable future.  *See* Plaintiffs' Complaint, a true and accurate copy of which is attached hereto as **Exhibit B.**  Plaintiffs were not citizens of the State of Alabama on the date of filing the aforementioned civil action, have not since become citizens of Alabama, and intend to remain in Georgia indefinitely.

5.

Plaintiffs filed suit on October 18, 2022.  In Plaintiffs' Complaint they allege Jameria Stovall "suffered, continues to suffer, and can reasonably be expected in the future to suffer, severe pain of body and mind, mental anguish, emotional distress, and other general, non-economic damages." *See* Plaintiffs' Complaint for Damages, ¶ 27.  Plaintiffs pleaded $55,498.10 in medical expenses

in the Complaint.  *Id.*

6.

In Plaintiffs' Complaint, they allege Leonard Stovall suffered "… and continues to suffer a loss of consortium and has been and continues to be deprived of the society, companionship and services of his spouse, Jameria Stovall." *See* Plaintiffs' Complaint, ¶ 24.

7.

As shown above, the case stated by the initial pleading was not removable. The amount in controversy did not facially exceed the sum of $75,000.00, exclusive of interest and costs.

8.

Defendants served Plaintiffs with Requests for Admission to determine whether the total value of the case exceeded $75,000.00 given the claims of significant and lasting injuries. Defendants received Plaintiffs' responses on December 14, 2022 wherein Plaintiffs confirmed they would "ask the fact-finder for an award of money damages in excess of $75,000." *See* Plaintiffs' Responses to Defendant's First Request for Admission of Fact to Plaintiffs, attached hereto as **Exhibit C**.

9.

Upon receipt of Plaintiffs' Responses on December 14, 2022, Defendants first ascertained the case is removable.  28 U.S.C. § 1446 (b)(3).  *See* Rule 5.2 Certificate of Service Discovery, attached hereto as **Exhibit D.**  This Notice is filed within 30 days thereof pursuant to the requirements of 28 U.S.C. § 1446(b).

10.

The aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and, accordingly, is one which may be removed to this Court by Defendants/Petitioners pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy will exceed the sum of $75,000.00 exclusive of interests and costs, and is between citizens of different states.

11.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendants have attached hereto copies of all process, pleadings, and orders served upon it in this case, such copies being marked **Exhibits B, C, and D.**  In addition, Defendants show that they already answered the lawsuit in the state court action referenced above and a copy of that Answer and Jury Demand are attached hereto as **Exhibits E and F.** There are no motions pending in the State Court of Fulton County, Georgia at the

time of filing this Notice of Removal.

12.

Venue properly rests in the Atlanta Division of the United States District Court of the Northern District of Georgia, as this case is being removed from the State Court of Fulton County, Georgia, which sits in the Atlanta Division of United States District Court for the Northern District of Georgia. A Notice of Filing Notice of Removal to Federal Court will be filed with the State Court of Fulton County, Georgia.

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 13th day of January, 2023.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Kevan G. Dorsey*

_____
Kevan G. Dorsey
Georgia Bar No.: 271402
*Attorney for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
ambika.sutherland@swiftcurrie.com

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL, | |
| Plaintiffs, | Civil Action File No.: _____ |
| v. | *[Removed from Fulton County State Court; CAFN: 22EV005787]* |
| JANET LEWIS and JEREMY LEWIS, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have electronically filed the ***Notice of Removal*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Michael N. Rubin, Esq.
Mark A. Molina, Esq.
MONTLICK & ASSOCIATES, P.C.
17 Executive Park Drive, Suite 300
Atlanta, Georgia 30329
mrubin@montlick.com
mmolina@montlick.com

*Signature on following page.*

This 13th day of January, 2023.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ **Kevan G. Dorsey***

_____
Kevan G. Dorsey
Georgia Bar No.: 271402
*Attorney for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
ambika.sutherland@swiftcurrie.com

4864-6663-1496, v. 1