**DRIVER LICENSE**
**ALABAMA**
NOT FOR FEDERAL IDENTIFICATION

NO. 5932381     CLASS DMV
D.O.B. 07-01-1975    EXP 07-03-2026
JANET LYNN REEVES
LEWIS
5327 HARVEST RIDGE LN
BIRMINGHAM AL 35242-3109
ENDORSEMENTS     REST A
ISS 07-15-2022     SEX F     HT 5-05     EYES HAZ
                   WT 170    HAIR BRO

Secretary Hal Taylor
Secretary of Law Enforcement

---

05932381045012220002

JANET LYNN REEVES LEWIS
CLASS: D-Regular Operators License
CLASS: M-Motorcycle
CLASS: V-Vessel
ENDORSEMENTS:
RESTRICTIONS: A-Corrective Lenses

Rev 04-26-2022
5932381 - 0

EXHIBIT A



# DRIVER LICENSE
## ALABAMA

NO. 5829016  CLASS DM
D.O.B. 08-16-1973  EXP 08-17-2025

JEREMY FERRELL LEWIS

5327 HARVEST RIDGE LN
BIRMINGHAM AL 35242-3109

ENDORSEMENTS  REST
ISS 10-12-2021  SEX M  HT 6-03  EYES BLU
WT 300  HAIR BLN



Secretary Hal Taylor
Secretary of Law Enforcement

00000000003135913601

**JEREMY FERRELL LEWIS**
*CLASS:* D-Regular Operators License
*CLASS:* M-Motorcycle

*ENDORSEMENTS:*
*RESTRICTIONS:*

Rev 11-01-2014
5829016 - 0