IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMERIA STOVALL AND LEONARD STOVALL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JANET LEWIS AND JEREMY LEWIS,<br><br>　　　　Defendants. | CIVIL ACTION<br>FILE NO.: 22EV005787 |

**PLAINTIFFS' RESPONSES TO DEFENDANT JEREMY LEWIS' FIRST REQUEST FOR ADMISSIONS**

1.

As of June 6, 2022, Plaintiffs incurred a total of at least $55,000.00 in medical expenses that they claim were caused by the November 20, 2020 automobile accident at or near Buford Highway Conn NW at its intersection with 19th St NW, Atlanta, Fulton County, Georgia.

**RESPONSE**: **Admit.**

2.

Plaintiff Jameria Stovall continues to receive medical treatment she contends is necessitated by the November 20, 2020 automobile accident.

**RESPONSE**: **Deny.**

3.

Plaintiff Jameria Stovall continues to incur expenses for medical treatment she contends is necessitated by the November 20, 2020 automobile accident.

**RESPONSE**: **Deny.**

EXHIBIT C

4.

Plaintiffs seek the recovery of lost wages in connection with the November 20, 2020 automobile accident.

**RESPONSE**: **Deny.**

5.

Plaintiffs seek a recovery for diminished capacity to labor in connection with the November 20, 2020 automobile accident.

**RESPONSE**: **Deny.**

6.

Plaintiffs seek to recover for past, current and future pain and suffering incurred as a result of the alleged November 20, 2020 accident.

**RESPONSE**: **Admit.**

7.

Plaintiffs seeks to recover for past, current and future emotional distress incurred as a result of the alleged November 20, 2020 accident.

**RESPONSE**: **Admit.**

8.

Plaintiffs seek to recover a total damages award that is greater than $75,000.00.

**RESPONSE**: **Admit.**

9.

Plaintiffs seek to recover a total damages award that is less than $75,000.00.

**RESPONSE**:  **Deny.**

10.

Plaintiffs will ask the fact-finder for an award of money damages in excess of $75,000.00.

**RESPONSE**: **Admit.**

11.

Plaintiffs will ask the fact-finder for an award of money damages less than $75,000.00.

**RESPONSE**: **Deny.**

12.

Plaintiffs will ask the fact-finder for an award of money damages not to exceed $75,000.00.

**RESPONSE**: Deny.

13.

Admit Defendants did not cause any injuries to Plaintiffs.

**RESPONSE**: Deny.

Respectfully submitted this 14th day of December, 2022.

                                        MONTLICK & ASSOCIATES, P.C.

                                        */s/ Michael N. Rubin*
                                        MICHAEL N. RUBIN
                                        Attorney for Plaintiff
                                        State Bar No. 618505

17 Executive Park Drive, Suite 300
Atlanta, Georgia  30329
(404) 235-5000
mrubin@montlick.com