State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 68606000
Case Number: 22EV005787
Date: Dec 14 2022 11:13AM
Donald Talley, Chief Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMERIA STOVALL AND LEONARD STOVALL,<br><br>    Plaintiffs,<br><br>v.<br><br>JANET LEWIS AND JEREMY LEWIS,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: 22EV005787 |

**RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

This is to certify that, pursuant to Uniform Superior Court Rule 5.2, I have this day served upon counsel for the opposing parties in the foregoing action with a true and correct copy of ***Plaintiff Jameria Stovall's Responses to Defendant Jeremy Lewis' First Interrogatories; Plaintiff Jameria Stovall's Responses to Defendant Jeremy Lewis' First Request for Production of Documents; Plaintiff Leonard Stovall's Responses to Defendant Jeremy Lewis' First Interrogatories and First Request for Production of Documents; and Plaintiffs' Responses to Defendant Jeremy Lewis' First Request for Admissions*** via statutory electronic mail, addressed as follows:

Kevan Dorsey, Esq.
Danielle Wilson, Esq.
1355 Peachtree St. N.E.
Ste. 300
Atlanta, GA  30309
Kevan.Dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com

Respectfully submitted this 14th day of December, 2022.

MONTLICK & ASSOCIATES, P.C.

*/s/ Michael N. Rubin*
MICHAEL N. RUBIN
Attorney for Plaintiff
State Bar No. 618505

**EXHIBIT D**

17 Executive Park Drive, Suite 300
Atlanta, Georgia  30329
(404) 235-5000
mrubin@montlick.com