Case 1:23-mi-99999-UNA   Document 119-5   Filed 01/13/23   Page 1 of 8

State Court of Fulton County
**E-FILED**
22EV005787
11/17/2022 6:37 PM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL,<br><br>      Plaintiffs,<br><br>v.<br><br>JANET LEWIS and JEREMY LEWIS,<br><br>      Defendants. | Civil Action File No.: 22EV005787 |

**SPECIAL APPEARANCE ANSWER AND DEFENSES OF JANET LEWIS AND JEREMY LEWIS TO PLAINTIFFS' COMPLAINT**

COME NOW Defendants, Janet Lewis and Jeremy Lewis, appearing specially, and files this, their Answer and Defenses to Plaintiffs' Complaint as follows:

**FIRST DEFENSE**

No act or omission on the part of Defendants in any way caused or contributed to the injuries and damages sought by way of Plaintiffs' Complaint.

**SECOND DEFENSE**

Plaintiffs fail to state a claim upon which relief may be granted.

**THIRD DEFENSE**

Insufficiency of process and service of process.

**FOURTH DEFENSE**

This Court lacks jurisdiction.

**FIFTH DEFENSE**

This Court does not represent a proper venue.

EXHIBIT E

## **SIXTH DEFENSE**

Defendants respond to the numbered paragraphs of Plaintiff's Complaint as follows:

1.

Defendants are currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and, therefore, cannot admit or deny same.

2.

Defendants deny the allegations contained in Paragraph 2, but admit Defendant Janet Lewis is a resident of Alabama.

3.

Defendants deny the allegations contained in Paragraph 2, but admit Defendant Jeremy Lewis is a resident of Alabama.

4.

 Defendants are currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4, and, therefore, cannot admit or deny same.

5.

Defendants deny the allegations contained in Paragraph 5.

6.

Defendants deny they are liable for any actions contained in Plaintiffs' Complaint.

## RESPONSE TO BACKGROUND

7.

Defendants are currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and, therefore, cannot admit or deny same.

8.

Defendants admit the allegations contained in Paragraph 8.

9.

Defendants deny the allegations as stated in Paragraph 9.

10.

Defendants deny the allegations contained in Paragraph 10.

## RESPONSE TO COUNT I
## ALLEGATIONS REGARDING NEGLIGENCE OF DEFENDANT JANET LEWIS

11.

Defendants deny the allegations contained in Paragraph 11.

12.

Defendants deny the allegations contained in Paragraph 12.

13.

Defendants deny the allegations contained in Paragraph 13.

14.

Defendants deny the allegations contained in Paragraph 14.

## RESPONSE TO COUNT II
## ALLEGATIONS REGARDING NEGLIGENCE OF DEFENDANT JEREMY LEWIS

15.

Defendants admit the allegations contained in Paragraph 15.

16.

Defendants deny the allegations contained in Paragraph 16.

17.

Defendants deny the allegations contained in Paragraph 17.

18.

Defendants deny the allegations contained in Paragraph 18.

19.

Defendants deny the allegations contained in Paragraph 19.

20.

Defendants deny the allegations contained in Paragraph 20.

## RESPONSE TO COUNT III
## FAMILY PURPOSE DOCTRINE

21.

Defendants admit the allegations contained in Paragraph 21.

22.

Defendants deny the allegations contained in Paragraph 22.

## RESPONSE TO COUNT IV
## LOSS OF CONSORTIUM CLAIM

23.

Defendants are currently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23, and, therefore, cannot admit or deny same.

24.

Defendants deny the allegations contained in Paragraph 24.

25.

Defendants deny the allegations contained in Paragraph 25.

## RESPONSE TO ALLEGED DAMAGES

26.

Defendants deny the allegations contained in Paragraph 26.

27.

Defendants deny the allegations contained in Paragraph 27.

28.

Defendants deny the allegations contained in Paragraph 28.

29.

Defendants deny the allegations contained in Paragraph 29.

30.

Defendants deny the allegations contained in Paragraph 30.

Any allegations contained in Plaintiffs' Complaint not herein responded to by number, including Plaintiffs' *ad damnum* and all subparts, are hereby denied.

-6-

**DEFENDANTS DEMAND A TRIAL BY A JURY OF TWELVE.**

This 17th day of November, 2022.

          Respectfully submitted,

          SWIFT, CURRIE, MCGHEE & HIERS, LLP

          */s/ Kevan G. Dorsey*

          Kevan G. Dorsey
          Georgia Bar No.: 271402
          Danielle A. Wilson
          Georgia Bar No.: 872551
          *Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
rebecca.jarrell@swiftcurrie.com

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JANET LEWIS and JEREMY LEWIS,<br><br>　　　　　　Defendants. | Civil Action File No.:  22EV005787 |

### **CERTIFICATE OF SERVICE**

This is to certify that I have this date served counsel for the opposing party in the foregoing matter with a copy of ***Special Appearance Answer and Defenses of Janet Lewis and Jeremey Lewis to Plaintiffs' Complaint*** via electronic filing, e-mail, and/or by depositing a copy of same in the United States mail with adequate postage affixed thereon, addressed as follows:

Michael N. Rubin, Esq.
Mark A. Molina, Esq.
MONTLICK & ASSOCIATES, P.C.
17 Executive Park Drive, Suite 300
Atlanta, Georgia 30329
mrubin@montlick.com
mmolina@montlick.com

This 17th day of November, 2022.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　SWIFT, CURRIE, MCGHEE & HIERS, LLP

　　　　　　　　　　　　　　　　　　　*/s/ Kevan G. Dorsey*

　　　　　　　　　　　　　　　　　　　Kevan G. Dorsey
　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 271402
　　　　　　　　　　　　　　　　　　　Danielle A. Wilson
　　　　　　　　　　　　　　　　　　Georgia Bar No.: 872551
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
rebecca.jarrell@swiftcurrie.com