State Court of Fulton County
**E-FILED**
22EV005787
11/17/2022 6:37 PM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL,<br><br>             Plaintiffs,<br><br>v.<br><br>JANET LEWIS and JEREMY LEWIS,<br><br>           Defendants. | Civil Action File No.:  22EV005787 |

### DEMAND FOR JURY OF TWELVE

COME NOW, Janet Lewis and Jeremy Lewis, by and through their attorney, and demand in writing prior to the commencement of the trial term that the above styled case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-12-122.

This 17th day of November, 2022.

Respectfully submitted,
SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Kevan G. Dorsey*

Kevan G. Dorsey
Georgia Bar No.: 271402
Danielle A. Wilson
Georgia Bar No.: 872551
*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
rebecca.jarrell@swiftcurrie.com

EXHIBIT F

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

JAMERIA STOVALL and LEONARD
STOVALL,

                Plaintiffs,

v.

JANET LEWIS and JEREMY LEWIS,

                Defendants.

Civil Action File No.:  22EV005787

## CERTIFICATE OF SERVICE

This is to certify that I have this date served counsel for the opposing party in the foregoing matter with a copy of ***Demand for Jury of Twelve*** via electronic filing, e-mail, and/or by depositing a copy of same in the United States mail with adequate postage affixed thereon, addressed as follows:

Michael N. Rubin, Esq.
Mark A. Molina, Esq.
MONTLICK & ASSOCIATES, P.C.
17 Executive Park Drive, Suite 300
Atlanta, Georgia 30329
mrubin@montlick.com
mmolina@montlick.com

This 17th day of November, 2022.

Respectfully submitted,

SWIFT, CURRIE, MCGHEE & HIERS, LLP

*/s/ Kevan G. Dorsey*
_____
Kevan G. Dorsey
Georgia Bar No.: 271402
Danielle A. Wilson
Georgia Bar No.: 872551
*Attorneys for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
rebecca.jarrell@swiftcurrie.com