# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL, <br><br> Plaintiffs, <br><br> v. <br><br> JANET LEWIS and JEREMY LEWIS, <br><br> Defendants. | Civil Action File No.: _____ <br><br> *[Removed from Fulton County State Court; CAFN: 22EV005787]* |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party of proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Plaintiffs – Jameria Stovall and Leonard Stovall

Defendants – Janet Lewis and Jeremy Lewis

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially

affected by the outcome of this case:

    (a)   As to Plaintiff:

MONTLICK & ASSOCIATES, P.C. (including Michael N. Rubin, Esq. and Mark A. Molina, Esq..); and

One or more of Plaintiff's medical providers; however, Defendants currently lack knowledge as to which of Plaintiffs' medical providers may have a financial interest in the outcome of this case.

    (b)   As to Defendants Janet Lewis and Jeremy Lewis:

Janet Lewis and Jeremy Lewis and Auto-Owners Insurance Company.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

For Plaintiff:

> Michael N. Rubin, Esq.
> Mark A. Molina, Esq.
> MONTLICK & ASSOCIATES, P.C.
> 17 Executive Park Drive, Suite 300
> Atlanta, Georgia 30329
> Email: mrubin@montlick.com
>         mmolina@montlick.com

For Defendants:

> Kevan G. Dorsey, Esq.
> Danielle A. Wilson, Esq.

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 888-6157
Fax: (404) 888-6199
Email: kevan.dorsey@swiftcurrie.com
          danielle.wilson@swiftcurrie.com

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners,

- 4 -

limited or general, are citizens." <u>Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.</u>, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing <u>Carden v. Arkoma Assocs.</u>, 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." <u>Rolling Greens MHP</u>, 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. <u>Alliant Tax Credit 31, Inc. v. Murphy</u>, 924 F.3d 1134, 1143 (11th Cir. 2019).

Plaintiffs Jameria Stovall and Leonard Stovall are residents of the State of Georgia.  Defendants Jeremy Lewis and Janet Lewis are residents of the State of Alabama.

*Signature on following page.*

This 13th day of January, 2023.

          Respectfully submitted,

          SWIFT, CURRIE, MCGHEE & HIERS, LLP

          ***/s/ Kevan G. Dorsey***

          Kevan G. Dorsey
          Georgia Bar No.: 271402
          *Attorney for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
ambika.sutherland@swiftcurrie.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JAMERIA STOVALL and LEONARD STOVALL,<br><br>            Plaintiffs,<br><br>v.<br><br>JANET LEWIS and JEREMY LEWIS,<br><br>            Defendants. | Civil Action File No.: _____<br><br>*[Removed from Fulton County State Court; CAFN: 22EV005787]* |

## **CERTIFICATE OF SERVICE**

I certify that I have electronically filed the ***Defendants' Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send email notification of such filing to the following attorneys of record:

Michael N. Rubin, Esq.
Mark A. Molina, Esq.
MONTLICK & ASSOCIATES, P.C.
17 Executive Park Drive, Suite 300
Atlanta, Georgia 30329
mrubin@montlick.com
mmolina@montlick.com

*Signature on following page.*

This 13th day of January, 2023.

                                    Respectfully submitted,

                                    SWIFT, CURRIE, MCGHEE & HIERS, LLP

                                    ***/s/ Kevan G. Dorsey***

                                    Kevan G. Dorsey
                                    Georgia Bar No.: 271402
                                    *Attorney for Defendants*

SWIFT, CURRIE, MCGHEE & HIERS, LLP
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309-3231
Phone: (404) 874-8800
Fax: (404) 888-6199
kevan.dorsey@swiftcurrie.com
danielle.wilson@swiftcurrie.com
catherine.ferrera@swiftcurrie.com
debbie.hobgood@swiftcurrie.com
ambika.sutherland@swiftcurrie.com