IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.M. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE NO.: |
| | : | |
| v. | : | |
| | : | |
| CPA HOTELS OF ATLANTA, LLC; | : | |
| and RED ROOF INNS, INC. | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED VIA INITIALS**

This case comes before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Via Initials. The Court finds that Plaintiff's privacy and safety interests outweigh the public's interest in knowing Plaintiff's identity.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Protective Order and Leave to Proceed Via Initials [Doc. 2] is **GRANTED**. The Court hereby **Orders** that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as K.M. with no other identifying information.

[signature on the following page]

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT