C. Cap On Insurer Participation In Payment Of Terrorism Losses

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

*49*36* *36* *36*

| Date: 08/11/2022 | Page 1 of 1 | **Endorsement** |

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

Policy Number: 19001699759



# EXCLUSION - LEAD AND ASBESTOS

**The following Exclusions are added to Section II - Liability, B. Exclusions:**

**Lead**

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury", or "advertising injury" arising out of, resulting from, caused by, or contributed to by the toxic or pathological properties of lead, lead compounds or lead contained in any materials;

2. Any cost or expense to abate, mitigate, remove or dispose of lead, lead compounds or materials containing lead;

3. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with parts 1 or 2 above; or

4. Any obligation to share damages with or repay someone else who must pay damages in connection with parts 1, 2 or 3 above.

**Asbestos**

This insurance does not apply to:

1. "Bodily injury", "property damage", or "personal and advertising injury" arising out of, resulting from, caused by, or contributed to by asbestos, exposure to asbestos or the use of asbestos;

2. Any damages or any loss, cost or expense arising out of any (i) claim or "suit" by or on behalf of any governmental authority or any other alleged responsible party because of, or (ii) request, demand, order or statutory or regulatory requirement that any insured or any other person or entity should be responsible for:

    a. Assessing the presence, absence or amount or effects of asbestos;

    b. Identifying, sampling or testing for, detecting, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, abating, disposing of or mitigating asbestos; or

    c. Responding to asbestos in any way other than as described in 2.a. and b. above;

3. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with any of the subsections above; or

4. Any obligation to share damages with or repay someone else in connection with any of the subsections above of lead.

BPC 60 00 01 18

**BUSINESSOWNERS**
**BP 05 77 01 06**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION (LIABILITY)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to **Section II – Liability**:

A. The following exclusion is added to Paragraph B.1., Exclusions – Applicable To Business Liability Coverage:

**t. Fungi Or Bacteria**

(1) "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

B. The following definition is added Paragraph F. Liability And Medical Expenses Definitions:

1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

© ISO Properties, Inc., 2004

BP 05 77 01 06



*49*39* *39*

BUSINESSOWNERS
BP 10 05 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

   BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B., Exclusions** in **Section II – Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of:

   a. Any actual or alleged failure, malfunction, or inadequacy of:

      (1) Any of the following, whether belonging to any insured or to others:

         (a) Computer hardware, including microprocessors or other Electronic Data Processing Equipment as may be described elsewhere in the policy;

         (b) Computer application software or other Electronic Media and Records as may be described elsewhere in the policy;

         (c) Computer operating systems and related software;

         (d) Computer networks;

         (e) Microprocessors (computer chips) not part of any computer system; or

         (f) Any other computerized or electronic equipment or components; or

      (2) Any other products and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **1.a.(1)** of this endorsement

      due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

   b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **1.a.** of this endorsement.

POLICY NUMBER:

BUSINESSOWNERS
BP 14 86 07 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B. Exclusions** in **Section II – Liability:**

**Communicable Disease**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

a. Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;
b. Testing for a communicable disease;
c. Failure to prevent the spread of the disease; or
d. Failure to report the disease to authorities.

© Insurance Services Office, Inc., 2012

BP 14 86 07 13

Page 1 of 1



*49*40* *40*

BUSINESSOWNERS  
BP 15 04 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS COVERAGE FORM

**A.** Exclusion **B.1.q.** of **Section II – Liability** is replaced by the following:

> This insurance does not apply to:
>
> **q. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**
>
> **(1)** Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or
>
> **(2)** Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.
>
> This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**B.** The following is added to Paragraph B.1.p. **Personal And Advertising Injury** Exclusion of **Section II – Liability**:

This insurance does not apply to:

p. **Personal And Advertising Injury**

"Personal and advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.



*49*41* *41*

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

   BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II – Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a), (b)** or **(c)** above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraph **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**BUSINESSOWNERS**
**BP 05 17 01 06**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The following exclusion is added to Paragraph B. **Exclusions** in **Section II – Liability**:

B. **Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

3. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

4. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

B. The following definitions are added to Paragraph F. **Liability And Medical Expenses Definitions** in **Section II – Liability**:

1. "Silica" means silicon dioxide, (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

BP 05 17 01 06   © ISO Properties, Inc., 2005   Page 1 of 1





Date: 08/11/2022      Page 1 of 2

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

Policy Number: 19001699759



# SEXUAL MISCONDUCT LIABILITY ENDORSEMENT

**I.  INSURING AGREEMENT**

We agree to cover your legal liability for damages because of "injury" to any person arising out of "sexual misconduct" which first commences during the policy period. The limits of liability for this endorsement are:

     $ 500,000      each occurrence

     $ 500,000      total damages

**II.  RELATIONSHIP OF THIS ENDORSEMENT TO THE BUSINESSOWNERS COVERAGE FORM**

Except for the insurance provided by this endorsement, the Businessowners Coverage Form to which this endorsement is attached does not apply to any claim or suit seeking damages arising out of any actual or alleged act of "sexual misconduct." All other Businessowners Coverage Form provisions apply to this coverage except as amended below.

**III.  PERSONS INJURED**

The definition of "insured" in the Businessowners Coverage Form applies to this endorsement as well, except that no persons are "insureds" hereunder if they personally participate in, direct, or knowingly allow to take place, any act of "sexual misconduct."

**IV.  LIMITS OF LIABILITY**

Regardless of the number of "insureds" or the number of claims made or suits brought, our liability is limited as follows:

     A.    Our total liability for all damages, within the policy period, because of all injury to which this endorsement applies, shall not exceed the limits of liability stated in this endorsement as "total damages."

     B.    Subject to the above provisions with respect to "total damages," our total liability for all damages because of all injury arising out of any one "occurrence" to which this endorsement applies shall not exceed the limit of liability stated in this form as applicable to "each occurrence."

     C.    Regardless of the number of acts of "sexual misconduct," period of time over which such acts occur, or number of persons acted upon, all injury arising out of all covered acts of "sexual misconduct" by any one person, or by two or more persons acting together, will be considered one "occurrence."

     D.    If the act of "sexual misconduct" continues beyond one policy period, only the policy in effect when the act first commences shall cover the "occurrence."

**V.  ADDITIONAL EXCLUSIONS**

     A.    We do not cover anyone who personally participates in, directs, or knowingly allows to take place, any act of "sexual misconduct." We shall have no obligation or duty to investigate, defend, settle, or pay judgments on behalf of any such person.

SCH 218 01 18



B. We do not cover the cost of defense and investigation of, or the cost of settlements, judgments or fines for, any person resulting from actual or alleged violation of any criminal statute, regardless of whether or not criminal charges are actually filed.

C. We will not provide coverage if you fail to give us written notice within 60 days of your awareness of any specific circumstances involving a particular person or persons likely to result in a claim or suit alleging "sexual misconduct."

VI. **ADDITIONAL DEFINITIONS**

A. "Injury" means bodily injury, mental anguish, emotional distress, sickness or disease including death.

B. "Sexual misconduct" includes sexual molestation and sexual harassment. "Sexual misconduct" does not include sexual discrimination of any type.

VII. **ADDITIONAL CONDITIONS**

A. You must give us written notice within 60 days of your awareness of any specific circumstances involving a particular person or persons likely to result in a claim or suit alleging "sexual misconduct." Notice must include reasonably obtainable information with respect to the time, place and circumstances of the injury, including the names and address of the injured and of available witnesses and the extent of the type of claim anticipated.

B. Any of your duties in the events of an occurrence, claim or suit apply to your members, partners, officers, directors, stockholders and employees as well. Violation by you or any of the persons named in Condition B. above of any of the provisions of this endorsement shall result in a material breach of this insurance and the specific coverage provided by this endorsement shall be considered void with regard to any claim out of which the violation arises.

SCH 218 01 18

BUSINESSOWNERS
BP 10 59 07 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA EXTERIOR PAINT AND WATERPROOFING EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**Section I – Property** is amended as follows:

A. If loss or damage to Covered Property is caused by or results from Windstorm, the following additional exclusion applies:

**WINDSTORM EXTERIOR PAINT AND WATERPROOFING EXCLUSION**

1. We will not pay for loss or damage to:
   a. Paint; or
   b. Waterproofing material;
   applied to the exterior of Buildings.

2. We will not include the value of paint or waterproofing material to determine:
   a. The amount of the Deductible; or
   b. The value of Covered Property.

BP 10 59 07 02 © ISO Properties, Inc., 2001 Page 1 of 1

THIS ENDORSEMENT CHANGES YOUR
POLICY. PLEASE READ IT CAREFULLY.

**Policy Number: 19001699759**



# BUSINESSOWNERS-CHURCH ENDORSEMENT

**SECTION I - PROPERTY, A. Coverage, 1. Covered Property, a.** Buildings is amended to include the following:

(7) Garages, storage or utility buildings, swimming pools, fences, pavements, retaining walls, bulkheads, piers, wharves, docks and other appurtenant structures usual to "your" occupancy;

(8) The following property if attached to the building:

    (a) Electronic Sound and Communication equipment; and

    (b) Seats, desks, tables, railings, alters, pulpits, lecterns, clocks, bells, chimes, baptistries, fire curtains, and awnings of nonfabric construction.;

(9) The following property, whether attached to the building or not:

    (a) Church pews; and

    (b) Organs and pipes;

(10) Glass constituting a part of the building;

(11) Signs attached to the building or within 100 feet of the described premises; and

(12) Yard fixtures.

**SECTION I - PROPERTY, A. Coverage, 1. Covered Property, b.** Business Personal Property is amended to include the following:

(6) Business Personal Property does not include any of the property described in a. above as Buildings if 'you' own the Building. However, if 'you' are a tenant in the building or structure that 'you' do not own, Business Personal Property coverage is extended to include property within the description of Buildings in a. (2), (3) and (9) above that you could legally remove at the termination of the lease.

**SECTION I - PROPERTY, A. Coverage, 5. Additional Coverages** is amended to include the following:

**Arson Reward**

We will provide a reward of up to $7,500 for information which leads to an arson conviction in connection with a fire or explosion loss covered under this policy. Regardless of the number of persons involved in providing this information, the most we will pay under this **Additional Coverage** is $7,500 for any one arson conviction.

SCH 200 01 18

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, b. Personal Property Off-premises** is replaced with the following:

**b. Personal Property Off-premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property that is temporarily at a location you do not own, lease or operate. This coverage extension does not apply to Business Personal Property in or on a vehicle.

The most we will pay for loss or damage under this coverage extension is $15,000.

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions, d. Personal Effects** is replaced with the following:

**d. Personal Effects And Property Of Others**

You may extend the insurance that applies to "your" Business Personal Property to apply to:

(1) Personal effects owned by "your" clergy, "your" officers, "your" directors or "your" employees, but this coverage extension is limited to $2,500 per occurrence for any one individual; and
(2) Personal effects of others in "your" care, custody or control, but this coverage extension is limited to $1,000 per occurrence for any one individual.

Subject to the limitations shown above, the most we will pay for loss or damage under this extension for each occurrence is $15,000. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

This extension does not apply to personal effects or property of others at any residence premises.

**SECTION I - PROPERTY, A. Coverage, 6. Coverage Extensions** is amended to include the following:

**Property In Transit**

This extension applies only to "your" Business Personal Property to which this form applies.

1. You may extend the insurance that applies to Business Personal Property to apply to "your" Business Property in transit more than 100 feet from the described premises in the policy declarations. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.
2. Loss or damage must be caused by or result from one of the following causes of loss:
   (i)   The "Specified Perils", plus flood, earthquake, volcanic eruption, or land-slide.
   (ii)  Vehicle collision, upset, overturn or derailment. Collision means accidental contact of "your" vehicle with another vehicle or object. It does not mean "your" vehicle's contact with the road bed.
   (iii) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.
3. The most we will pay for loss or damage under this Extension is $15,000 for any one occurrence.

SCH 200 01 18

**SECTION I - PROPERTY, E. Property Loss Conditions, 2. Appraisal** is replaced with the following:

This condition applies only if a covered loss has occurred.

If you and we fail to agree on the amount of a covered loss, either one can demand that the amount of loss be set by appraisal. If either makes a written demand for appraisal, each shall select a competent, independent appraiser. Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers shall then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the insured location is located to select an umpire. The appraisers shall then set the amount of the loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon shall be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two of these three shall set the amount of the loss. Each appraiser shall be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire shall be paid equally by you or us.

**SECTION I - PROPERTY, G. Optional Coverages, 3. Employee Dishonesty** is added to "your" policy. The most we will pay for loss or damage in any one occurrence is $5,000, unless a higher limit is shown on "your" policy declarations. The payment of the cost of replacing securities shall not be more than the market value at the close of business on the business day preceding the day on which the loss was discovered. All other provisions of the policy apply.

The following is added to **SECTION II - LIABILITY:**

**Liability And Medical Expenses Extensions Of Coverage**



1. **"Incidental Medical Malpractice Liability".** The definition of "bodily injury" is amended to include "Incidental Medical Malpractice Injury".
    a. **"Incidental Medical Malpractice Injury"** means injury arising out of the rendering of or failure to render, during the policy period, the following services:
        (1) medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or
        (2) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.
    b. This coverage does not apply to anyone engaged in the business or occupation of providing any of the services described above.
2. **Volunteer Labor.** Coverage for Medical Expenses is extended to include "bodily injury" to any authorized or duly appointed "volunteer worker" or person while engaged in maintenance, repair, alterations, demolition or new construction at the insured premises. Persons donating their labor shall in no event include employees of the insured nor any person who receives a fee, salary or other compensation, from any source, for such maintenance, repair, alterations, demolition or new construction.
3. **Athletic Activity.** Coverage for Medical Expenses includes coverage for "bodily injury" to any person practicing, instructing or participating in any church-sponsored athletic activity which is organized, managed or controlled by you or on "your" behalf. This coverage applies as excess insurance over any other insurance available to the injured person up to the policy limits shown in the Declarations for Medical Expenses.
4. **Students.** Coverage for Medical Expenses includes coverage for "bodily injury" to students of any college, day nursery, or school (except Sunday School) owned and operated by you or on "your" behalf. This coverage applies as excess insurance over any other insurance available to the student up to the limits shown in the Declarations for Medical Expenses.

SCH 200 01 18

THIS ENDORSEMENT CHANGES YOUR
POLICY. PLEASE READ IT CAREFULLY.

Policy Number: 19001699759

The following **Exclusions** are added to **SECTION II - LIABILITY, B. Exclusions:**

**Corporal Punishment**

"Bodily injury", "property damage", or "personal and advertising injury" to any student or pupil arising out of any corporal punishment administered by or at the direction of any insured.

**Sexual Misconduct**

Any "personal and advertising injury", "bodily injury", or mental or emotional pain or anguish sustained by any person arising out of or resulting from any actual or alleged act of sexual misconduct of any kind.

Sexual misconduct includes, but is not limited to, sexual molestation and sexual harassment.

**SECTION II - LIABILITY, C. Who Is An Insured** is deleted and replaced with the following:

C.  **Who Is An Insured**

1.  If you are designated in the Declarations as:
    a.  An individual, you and "your" spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
    b.  A partnership or joint venture, you are an insured. "Your" members, "your" partners and their spouses are also insureds, but only with respect to the conduct of "your" business.
    c.  An organization other than a partnership or joint venture or limited liability company, you are an insured. "Your" executive officers and directors are insureds, but only with respect to their duties as "your" officers or directors. "Your" stockholders are also insureds, but only with respect to their liability as stockholders.
    d.  A limited liability company, you are an insured. "Your" members are also insureds, but only with respect to the conduct of "your" business. "Your" managers are insureds, but only with respect to their duties as "your" managers.
    e.  A trust, you are an insured. "Your" trustees are also insureds, but only with respect to their duties as trustees.

2.  Each of the following is also an insured:
    a.  Any person (other than "your" employee), or any organization while acting as "your" real estate manager.
    b.  Any of the following, but only while acting in the scope of their duties as such:
        (1)  Any clergy or minister;
        (2)  Any board, council or committee member;
        (3)  Any trustee, official, deacon, elder, superintendent, teacher, vestry, warden, or volunteer who is duly appointed or elected;
        (4)  Any of "your" employees, while in the course of their employment;
        (5)  Any other members for activities they perform on "your" behalf.

3.  Any church organization authorized or controlled by you, including organizations you newly acquire or form if there is no other similar insurance available to that organization. Coverage for newly acquired or formed organizations does not apply to offenses committed before you acquire or form the organization.

Date: 08/11/2022 — Page 1 of 2 — **Endorsement**

THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.

**Policy Number: 19001699759**



# DIRECTORS, OFFICERS AND TRUSTEES LIABILITY ENDORSEMENT

**I. INSURING AGREEMENT**

For an additional premium, we will pay all sums which the "insured" shall become legally obligated to pay as damages because of "wrongful acts" committed solely in the conduct of church management.

**II. AMENDED DEFINITION**

When used in this endorsement:

"insured" means:

1. Your directors, officers, and trustees collectively, and each director, officer and trustee individually, while acting within the scope of their duties on your behalf.

2. You, with respect to your liability because of wrongful acts committed by such directors, officers and trustees.

**III. ADDITIONAL DEFINITIONS**

When used in this endorsement:

1. aggregate means, subject to the provision for occurrence, the total limit of this Company's liability for all damages during each year of the term of this policy.

2. "directors, officers and trustees" means those individuals who form your managing or administrative body provided that each individual is duly elected by your members.

3. "occurrence" means a "wrongful act", including related conduct, committed during the policy period which results in a claim. A "wrongful act" prior to the term of this option is included provided that the insured had no knowledge of a claim or suit at the effective date of this option and there is no other insurance applicable.

4. "wrongful acts" means any actual or alleged error, misstatement, omission, breach of duty or negligent act, directly related to the discharge of church administrative and managerial duties.

**IV. ADDITIONAL EXCLUSIONS**

The insurance does not apply to:

1. any dishonest, fraudulent, criminal or malicious act, including fines and penalties resulting therefrom;

2. "bodily injury", "property damage", "personal injury" or "advertising injury" liability;

SCH 213 01 18

3. Profits or losses, including an accounting thereof, resulting from the purchase or sale of any securities;

4. salaries, compensation, or bonuses of employees, directors, officers or trustees;

5. any failure to effect, maintain or procure any insurance policy or bond, including any failure to obtain proper amounts, forms, conditions or provisions on any insurance policy or bond; and also including any failure to properly select the company that underwrites the insurance or bond or the agent who writes the insurance or bond.

6. damages arising out of any transaction of the insured from which such insured shall have gained any personal profit or advantage which is not shared equitably by the church members;

7. Any actual or alleged violation of any civil rights law, whether Federal, State, or local, including but not limited to discrimination on account of race, religion, sex or age;

8. Any actual or alleged violation of the responsibilities, obligations, or dates imposed by the Employee Retirement Income Security Act of 1974 and subsequent amendments, or similar provisions of any Federal, State or local statutory or common law.

## V. LIMITS OF LIABILITY

The limits of liability for this endorsement are shown below. All wrongful acts committed by one person, or by two or more persons acting together, will be considered one occurrence, regardless of the period of time over which such acts occur or the number of persons injured. The inclusion of more than one insured shall not increase the limits of the Company's liability.

$250,000 each occurrence

$250,000 aggregate

All other Section II provisions of the policy, except as amended by this endorsement, shall apply to this coverage.

SCH 213 01 18

| POLICY NUMBER: | 19001699759 | BUSINESSOWNERS |
| --- | --- | --- |
| | | BP 04 04 01 10 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Coverage | Additional Premium |
| --- | --- |
| A.  Hired Auto Liability | $ 43.00 |
| B.  Non-owned Auto Liability | $ 121.00 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |



A. Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

 1. **Hired Auto Liability**

    The insurance provided under Paragraph **A.1. Business Liability** in **Section II – Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

 2. **Non-owned Auto Liability**

    The insurance provided under Paragraph **A.1. Business Liability** in **Section II – Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

B. For insurance provided by this endorsement only:

 1. The exclusions under Paragraph **B.1. Applicable To Business Liability Coverage** in **Section II – Liability,** other than Exclusions **a., b., d., f.** and **i.** and the **Nuclear Energy Liability Exclusion,** are deleted and replaced by the following:

    a. "Bodily injury" to:

       (1) An "employee" of the insured arising out of and in the course of:

           (a) Employment by the insured; or

           (b) Performing duties related to the conduct of the insured's business; or

       (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

       This exclusion applies:

       (1) Whether the insured may be liable as an employer or in any other capacity; and

       (2) To any obligation to share damages with or repay someone else who must pay damages because of injury.

       This exclusion does not apply to:

       (1) Liability assumed by the insured under an "insured contract"; or

       (2) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

    b. "Property damage" to:

       (1) Property owned or being transported by, or rented or loaned to the insured; or

       (2) Property in the care, custody or control of the insured.

BP 04 04 01 10 © Insurance Services Office, Inc., 2009 Page 1 of 2

2. Paragraph **C. Who Is An Insured** in **Section II – Liability** is replaced by the following:

   1. Each of the following is an insured under this endorsement to the extent set forth below:

      a. You;

      b. Any other person using a "hired auto" with your permission;

      c. For a "non-owned auto":

         (1) Any partner or "executive officer" of yours; or

         (2) Any "employee" of yours;

         but only while such "non-owned auto" is being used in your business; and

      d. Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

   2. None of the following is an insured:

      a. Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

      b. Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

      c. Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

      d. The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

      e. Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

C. For the purposes of this endorsement only, Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions** is replaced by the following:

   This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

D. The following additional definitions apply:

   1. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

   2. "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

   3. "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.