**DocuSign eSignature**    Home    Manage    Templates    Reports

# Please DocuSign: KINGDOM BUILDERS APP.pdf

**Envelope ID**
From: Wallace Herring
Last change on 8/12/2022 | 11:12:12 am
Sent on 8/11/2022 | 05:40:21 pm

✓ Completed

[ MOVE ]   [ MORE ▼ ]



KINGDOM BUILD...
Pages: 7



1 of 7

## Recipients                    SIGNING ORDER

✓ **K Francis Smith**              ✎  Signed
KSMITH@KBCC.TV                      on 8/12/2022 | 11:12:12 am
                                    Signed in location
🔒 Authentication: SMS +1 678-776-6545

## Message

No message has been entered.

---

English (US) ▼   Contact Us   Terms of Use   Privacy   Intellectual Property   Trust

Copyright © 2022 DocuSign, Inc. All rights reserved

Date: 08/11/2022     Page 1 of 5

# Application
**Church Policy**
**Policy Number: 19001699759**



Your Hometown Alfa® Agent
Wallace Herring
871 LEE RD STE A
MACON, GA 31204
478-746-1015
WHerring@alfains.com

| | | | |
|---|---|---|---|
| **Named Insured(s):** | KINGDOM BUILDERS COVENANT CHURCH INC | **Customer Number:** | 00919656 |
| | | **Entity:** | CHURCH |
| **Mailing Address:** | 1151 FLAT SHOALS RD SE CONYERS, GA 30013-1709 | **Insurer:** | Alfa Insurance Corporation |
| **Phone:** | 770-929-3757 | | |
| **Policy Number:** | 19001699759 | Total Property Premium: | $11,484.00 |
| **Application Type:** | New Business | Advanced Liability Premium: | $331.00 |
| | | **Total Policy Premium:** | **$11,815.00** |
| **Policy Effective Date:** August 11, 2022 | | **Policy Expiration Date:** August 11, 2023 | |

## Section I - Property Coverages

### Location 1: 1151 FLAT SHOALS RD SE, CONYERS, GA 30013-1709

**Location 1 Property Deductible(s)**

| | |
|---|---|
| **Deductible:** | $10,000 |
| **Windstorm Or Hail Percentage Deductible:** | n/a |

*If your policy contains endorsements, other deductibles may display on the Endorsement or in the Endorsements section.*

### Location 1 Coverages

| **Building Number** | **Building Description** | | **Classification Code** |
|---|---|---|---|
| 1 | Sanctuary | | 41650 |

| | | |
|---|---|---|
| **Building Limit:** | $2,950,000 | **Building Valuation:** Replacement Cost |
| **Building Limit - Automatic Increase:** | 4% | |
| **Building Personal Property Limit:** | $443,000 | |
| Builder's Risk? **No** | | |

*Your policy Declarations will be sent to you separately.*
*Please review for applicable coverages and limits.*

BOPAPP 2021.1

DocuSign Envelope ID: B9F33FC4-9942-45CA-AE85-027C1BAE6FB0
Case 1:23-mi-99999-UNA   Document 122-7   Filed 01/13/23   Page 3 of 10

Date: 08/11/2022                    Page 2 of 5

# Application

**Church Policy**
**Policy Number: 19001699759**

| Building Number | Building Description | | Classification Code |
|---|---|---|---|
| 2 | Gym | | 41650 |

**Building Limit:** $1,333,000
**Building Limit - Automatic Increase:** 4%
**Building Personal Property Limit:** $200,000
**Builder's Risk?** No

**Building Valuation:** Replacement Cost

| Location 1 Optional Coverages | Limit | Premium |
|---|---|---|
| Business Personal Property Temporarily In Portable Storage Units: | $20,000 | Included |
| Electronic Data: | $10,000 | Included |
| Equipment Breakdown: | | $1,259.00 |
|     Optional Deductible: $500 | | |
|     Optional Time Deductible - Hours: 72 | | |
| Forgery Or Alteration: | $2,500 | Included |
| Money And Securities | | |
|     On Premises: | $10,000 | $123.00 |
|     Off Premises: | $10,000 | Included |
| Fire Department Service Charge: | $2,500 | Included |
| Outdoor Property: | $5,000 | Included |
| Outdoor Signs: | $5,000 | $165.00 |
| Personal Effects Of Clergy: | $5,000 | $30.00 |
| Theft of Jewelry, Furs, Etc: | $5,000 | Included |
| Valuable Papers And Records: | $20,000 | Included |

| Property Optional Coverages | Limit | Premium |
|---|---|---|
| Employee Dishonesty: | $10,000 | $20.00 |

| Property Included Coverages | Limit |
|---|---|
| Business Income: | Actual Loss Sustained For 12 Months |
| Extra Expense: | 12 Consecutive Months After The Date Of Direct Physical Loss Or Damage |
| Pollutant Clean-up And Removal: | $10,000 |
| Money Orders And "Counterfeit Money": | $1,000 |
| Increased Cost Of Construction: | $10,000 |
| Fire Extinguisher Systems Recharge Expense: | $5,000 |
| Interruption Of Computer Operations: | $10,000 |
| Limited Coverage For "Fungi", Wet Rot Or Dry Rot: | $15,000 |

# Application

Date: 08/11/2022                             Page 3 of 5

Church Policy
Policy Number: 19001699759

## Section II - Liability Coverages

| Business Liability | Limit |
|---|---|
| Each Occurrence Limit: | $1,000,000 |
| Personal And Advertising Injury Limit: | $1,000,000 |
| General Aggregate Limit: | $2,000,000 |
| Products/Completed Operations Aggregate Limit: | $2,000,000 |
| Medical Expenses - Per Person Limit: | $10,000 |
| Damage To Premises Rented To You: | $50,000 |

*If your policy contains endorsements, other deductibles may display in the Endorsements section.*

### Liability Schedule

| Classification Code | Liability Exposure | Liability Exposure Base |
|---|---|---|
| 41650 | 17,000 | Square Footage |
| 41650 | 15,000 | Square Footage |

### Discounts
Individual Risk Premium Modification

### Endorsements | Premium

*For the Endorsements below, refer to the Policy Endorsement for Policy Language.*
*Premiums displayed in this section may be reflected in the Total Policy Premium.*

**BP 04 53 07 13 Water Back-Up and Sump Overflow** — $48.00
SCHEDULE
Premises Number: 1
Premises Address: 1151 FLAT SHOALS RD SE, CONYERS, GA 30013-1709
Covered Property Annual Aggregate Limit Of Insurance: $5,000
Business Income And Extra Expense Annual Aggregate Limit Of Insurance: $5,000

**BP 05 15 01 15 Disclosure Pursuant to Terrorism Risk Insurance Act** — Included
SCHEDULE - Part I
Terrorism Premium (Certified Acts): Included
Additional Information, If Any, Concerning The Terrorism Premium:
SCHEDULE - Part II
Federal Share Of Terrorism Losses: 80% Year: 2,022
Federal Share Of Terrorism Losses: 80% Year: 2,023

**SCH 218 01 18 Sexual Misconduct Endorsement** — $82.00
See Endorsement for Details

Continued on next page

DocuSign Envelope ID: B9F33FC4-9942-45CA-AE85-027C1BAE6FB0
Case 1:23-mi-99999-UNA   Document 122-7   Filed 01/13/23   Page 5 of 10

Date: 08/11/2022         Page 4 of 5

# Application

Church Policy
Policy Number: 19001699759

| Endorsements | Premium |
|---|---|
| *For the Endorsements below, refer to the Policy Endorsement for Policy Language.* *Premiums displayed in this section may be reflected in the Total Policy Premium.* | |
| SCH 213 01 18 Directors officers and Trustee Endorsement<br>**See Endorsement for Details** | $49.00 |
| BP 04 04 01 10 Hired Auto and Non-Owned Auto Liability<br>**See Endorsement for Details** | $164.00 |
| BP 01 76 02 15 Georgia Changes | Included |
| BP 01 99 10 13 Georgia Changes - Loss Payment | Included |
| BPC 60 00 01 18 Exclusion - Lead and Asbestos | Included |
| BP 05 77 01 06 Fungi or Bacteria Exclusion (Liability) | Included |
| BP 10 05 07 02 Exclusion - Year 2000 Computer-Related and Other Electronic Problems | Included |
| BP 14 86 07 13 Communicable Disease Exclusion | Included |
| BP 15 04 05 14 Exclusion - Access or Disclosure of Confidential or Personal Information and Data-Related Liability - with Limited Bodily Injury Exception | Included |
| BP 04 17 01 10 Employment - Related Practices Exclusion | Included |
| BP 05 17 01 06 Exclusion - Silica or Silica-Related Dust | Included |
| BP 10 59 07 02 Georgia Exterior Paint and Waterproofing Exclusion | Included |
| SCH 200 01 18 Revision Business Owners Church Form | Included |
| BP 05 23 01 15 Cap on Losses from Certified Acts of Terrorism | Included |

## Applicant Underwriting Questions

In the last 5 years, has any insurance company(s) cancelled, rejected, declined to insure or renew for risk reasons? **No**

Has applicant(s) ever been sued or sued anyone/any business for any reason? **No**

Has the applicant ever had a total fire loss? **No**

In the last 5 years, has the applicant had a property or liability loss(s)? **No**

Date: 08/11/2022     Page 5 of 5     

**Church Policy**
**Policy Number: 19001699759**

## READ BEFORE SIGNING

In connection with this application for insurance and in connection with any future renewals of this policy, we may review your consumer report, investigative consumer report, credit report, and/or use a credit-based insurance score based on information contained in these reports. We may use a third party in connection with the development of your insurance score. An investigative consumer report may provide information concerning your character, general reputation, credit, personal characteristics and mode of living. You have the right to request in writing within a reasonable period of time information regarding the nature and scope of this investigation. By applying for insurance, you authorize the disclosure and use of such reports, and/or credit-based insurance score among the Alfa affiliated companies for use as part of Alfa's underwriting process.

**The questions on this application have been asked and I fully understand them. I certify that the answers on this application are true and correct and I further agree to be bound by the statements herein. I understand that any misrepresentation will void this insurance.**

I understand there is no coverage for any loss under this application prior to the date and time coverage was bound as indicated below and the date and time coverage was bound supersedes the Declarations issued as a result of this application.

I have reviewed the application and request the coverage limits listed.

**Bound (Effective) Date:** 08/11/2022    **Bound Time:** 10:00 AM

**Date of Application:** 8/12/2022 | 8:12 AM PDT    **Time of Application:** _____    **Prepared by: Wallace Herring**

**Signature of Applicant:** k Francis Smith (DocuSigned: 904FD34FF91944F...)    **Signature of Agent:** Wallace Herring

BOPAPP 2021.1

Date: 08/11/2022 — Page 1 of 1

# Privacy Notice
### Not Part of the Insurance Policy



**Alfa Insurance**
P.O. BOX 11000
MONTGOMERY, AL 36191-0001

Your privacy is important to us. Alfa is committed to giving your non-public personal information the protection required by law. This notice describes the privacy practices regarding customers and former customers of Alfa's property and casualty companies, life company, finance company, and all of their affiliates and subsidiaries.

**This Notice is a separate document. It is not part of or otherwise incorporated into the insurance application, policy, endorsement, rider, amendment, or any other document that can or may be incorporated in the insurance policy.**

### INFORMATION WE COLLECT
**Non-public personal information** is personally identifiable information about you obtained by Alfa in connection with providing products and services to you. It includes information provided by you, obtained by us, or resulting from your transactions with us or others. It does not include information available to the general public. We collect non-public personal information from the following sources:

1. Information we receive from you on applications or other forms. This information may be received in person, by mail, by phone, by fax or online.

2. Information about your transactions with us, our affiliates or others. This could include, among other things, information to adjust, investigate or settle your insurance claims, your claims history, billing and payment information and coverage selections.

3. Information we receive from consumer reporting agencies. This information is generally used in conjunction with the application process. It may include motor vehicle reports, claims reports, and information from a consumer report or investigative consumer report.

### INFORMATION WE SHARE WITH OTHERS
We will only disclose your non-public personal information as permitted or required by law. We may share information about you with (i) third parties as necessary to effect, administer or enforce a transaction that you request or authorize, (ii) third parties in connection with servicing or processing a product or service that you request or authorize, (iii) any of our affiliated companies, (iv) regulatory authorities, (v) consumer reporting agencies, (vi) third parties in order to protect against or prevent actual or potential fraud or unauthorized transactions, (vii) organizations conducting actuarial research studies, (viii) reinsurers, (ix) companies that perform marketing services on our behalf or with whom we have joint marketing agreements, and (x) other third parties as permitted or required by law.

### INFORMATION WE SHARE WITHIN ALFA
We may disclose non-public personal information about you to our affiliates to respond to your needs and to provide information about products or services offered by our affiliates. Non-public personal information is treated with the same standards of confidentiality among Alfa affiliates. If you authorize the disclosure, your consumer report or investigative consumer report may be shared among our affiliated insurance companies as part of our underwriting process. Except to the extent permitted by law, we will not share credit information from your consumer report or investigative consumer report among our affiliates in order to market additional products to you.

### HEALTH INFORMATION
Except as permitted or required by law, we will not disclose non-public personal health information about you unless you authorize the disclosure.

### HOW WE PROTECT INFORMATION
Alfa's Privacy Policy allows our employees, agents, and customer service representatives to access non-public personal information to administer or provide products or services, or to otherwise perform their job functions. Employees, agents, or customer service representatives who misuse this information are subject to disciplinary action. We maintain physical, electronic, and procedural safeguards to guard your non-public personal information.

### FURTHER INFORMATION
If you have any questions about this privacy notice, you may write us at Alfa Insurance Companies, ATTN: Privacy, P.O. Box 11000, Montgomery, AL 36191-0001. We may amend this privacy notice at any time, and we will inform you of changes as required by law.

AP622 (10/16)

Date: 08/11/2022      Page 1 of 1



Alfa Insurance®
P.O. BOX 11000
MONTGOMERY, AL 36191-0001

# State of Georgia Information and Privacy Policy

**Not Part of the Insurance Policy**

This notice applies to insurance transactions involving insurance primarily for personal, family or household needs rather than business or professional needs.

**WE THINK YOU SHOULD KNOW...**

You may request information pertaining to the specific items of personal information which were the basis of the underwriting decision regarding:

... **declination of insurance coverage**
... **termination of your insurance coverage**
... **an increase in your insurance premium**

You also have the right to know the names and addresses of any institutional sources that supplied this information. If you have not already been advised of this information, you may make a written request for it. Here is the procedure:

1. After you submit a written request for access to recorded personal information which is reasonably locatable and retrievable, within 30 days we will:
   a. Inform you of the nature and substance of the recorded personal information in writing, by telephone or by other oral communication.
   b. permit you to see and copy, in person, the recorded personal information which applies to you, or provide you with copies of this information by mail, whichever you prefer.
   c. inform you of the persons, if recorded, to which the personal information has been disclosed within two years of your request.
   
   If the identities have not been recorded, we will provide you with the names of those insurance institutions, agents, insurance-support organizations or other persons to whom such information is normally disclosed.
   d. provide you with a summary of the procedures by which you may request correction, amendment or deletion of recorded personal information.

2. Medical-record information provided by a medical-care institution or a medical professional will be supplied, along with the source of information, to you or you will be notified that it has been disclosed to a medical professional you've designated and who is licensed for the conditions to which the information applies.

3. We may charge you a reasonable fee to cover the costs incurred in providing you with a copy of recorded personal information. If the information applies to reasons for an adverse underwriting decision, there will be no charge.

4. In some circumstances, our obligations to you regarding access to recorded personal information may be satisfied by referring you to an insurance-support organization.

5. Access to recorded personal information may be denied to the extent that the information is collected in connection with or in reasonable anticipation of a claim or civil or criminal proceeding.

6. Information obtained from a report prepared by an insurance-support organization may be retained by the insurance-support organization and disclosed to other persons.

Finally, we want you to know you have the following rights in regard to the correction, amendment or deletion of recorded personal information:

1. Within 30 days of receiving your written request to correct, amend or delete any recorded personal information we have, we will:
   a. correct, amend or delete the portion of the recorded personal information in dispute; or
   b. notify you of our refusal to make the correction, amendment or deletion, the reasons for the refusal and your right to file a protest statement.

2. If the recorded personal information is corrected, amended or deleted, you will be notified in writing and this information will be furnished to:
   a. any person you've designated who may have, within the preceding two years, received such recorded personal information.
   b. any insurance-support organization whose primary source of personal information is insurance institutions, if it has systematically received recorded personal information about you from us within the preceding seven years, unless this information is no longer maintained.
   c. any insurance-support organization that furnished the personal information that has been corrected, amended or deleted.

3. If you disagree with a refusal to correct, amend or delete recorded personal information, you may file a:
   a. concise statement setting forth what you think is the correct, relevant or fair information, and
   b. concise statement of the reasons why you disagree with the refusal to correct, amend or delete recorded personal information.

4. If you file either of the statements described above, we will:
   a. file the statement with the disputed personal information and provide a means by which anyone reviewing the disputed personal information will be made aware of the statement and have access to it.
   b. in any subsequent disclosure of the recorded personal information that is the subject of disagreement, clearly identify the information in dispute and provide the statements that have been filed.
   c. furnish the statement to any of the three categories of persons and organizations covered in the preceding paragraph 2.

ALFA INSURANCE CORPORATION
ALFA GENERAL INSURANCE CORPORATION
ALFA LIFE INSURANCE CORPORATION

AU610 11/17

**DocuSign**

## Certificate Of Completion

Envelope Id: B9F33FC4994245CAAE85027C1BAE6FB0  
Subject: Please DocuSign: KINGDOM BUILDERS APP.pdf  
Source Envelope:  
Document Pages: 7  Signatures: 1  Envelope Originator:  
Certificate Pages: 5  Initials: 0  Wallace Herring  
AutoNav: Enabled   2108 E South Blvd  
EnvelopeId Stamping: Enabled   Montgomery, AL  36116-2015  
Time Zone: (UTC-06:00) Central Time (US & Canada)  WHerring@alfains.com  
   IP Address: 163.116.137.120  

## Record Tracking

Status: Original  Holder: Wallace Herring  Location: DocuSign  
        8/11/2022 4:37:40 PM  WHerring@alfains.com  

## Signer Events | Signature | Timestamp

K Francis Smith  
KSMITH@KBCC.TV  
Security Level: Email, Account Authentication (None), Authentication  

Signed by: K Francis Smith  
904FD34FF91944F...  

Signature Adoption: Pre-selected Style  
Using IP Address: 172.56.65.43  
Signed using mobile  

Sent: 8/11/2022 4:40:21 PM  
Resent: 8/12/2022 9:03:31 AM  
Viewed: 8/12/2022 10:11:35 AM  
Signed: 8/12/2022 10:12:12 AM  

**Authentication Details**  
SMS Auth:  
    Transaction: 660A4A7089540A049194848447AA3F05  
    Result: passed  
    Vendor ID: TeleSign  
    Type: SMSAuth  
    Performed: 8/12/2022 10:11:28 AM  
    Phone: +1 678-776-6545  

SMS Auth:  
    Transaction: 660A4A9A203811049192A812BB8A432A  
    Result: passed  
    Vendor ID: TeleSign  
    Type: SMSAuth  
    Performed: 8/12/2022 10:23:00 AM  
    Phone: +1 678-776-6545  

SMS Auth:  
    Transaction: 660A4ABEFA10020491927A70D21A47DC  
    Result: passed  
    Vendor ID: TeleSign  
    Type: SMSAuth  
    Performed: 8/12/2022 10:33:48 AM  
    Phone: +1 678-776-6545  

Passed SMS Authentication for K Francis Smith as a result of successful prior SMS Authentication within the last 30 days. Last Successful SMS Authentication: 8/12/2022 10:11:28 AM CDT on EnvelopeId: b9f33fc4-9942-45ca-ae85-027c1bae6fb0  

**Electronic Record and Signature Disclosure:**  
    Accepted: 8/12/2022 10:11:35 AM  
    ID: cdc9fb29-9b1b-4544-b9f2-14b8a14fa2e3  
    Company Name: Alfa Insurance  

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | **Status** | **Timestamp** |
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Witness Events** | **Signature** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |
| **Envelope Summary Events** | **Status** | **Timestamps** |
| Envelope Sent | Hashed/Encrypted | 8/11/2022 4:40:21 PM |
| Certified Delivered | Security Checked | 8/12/2022 10:11:35 AM |
| Signing Complete | Security Checked | 8/12/2022 10:12:12 AM |
| Completed | Security Checked | 8/12/2022 10:12:12 AM |
| **Payment Events** | **Status** | **Timestamps** |
| **Electronic Record and Signature Disclosure** | | |