

## NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION
(Georgia)

| NAME AND ADDRESS OF INSURANCE COMPANY | Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>PO Box 357<br>Merrill    WI    54452 |
|---|---|

**KIND OF POLICY:** Commercial Property
**POLICY/APPLICATION/BINDER NO.:** 0228999-25-233307   Typist: CAM
**EFFECTIVE DATE OF NOTICE:**
06/02/2022                                      12:01 AM
(DATE)         (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)
**DATE OF MAILING:** 3/31/2022

| NAME AND ADDRESS OF INSURED | KINGDOM BUILDERS COVENANT CHURCH INC<br>1151 FLAT SHOALS RD SE<br><br>CONYERS    GA    30013-1709 |
|---|---|

**NAME AND ADDRESS OF AGENT/BROKER:**
CHURCH MUTUAL INSURANCE COMPANY, S.I.   07-109
3000 SCHUSTER LANE
PO BOX 357
MERRILL                                        WI          54452

(Applicable item marked "X")

**Cancellation**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.
See the "Important Notices" section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above for the **reason(s)** stated in the "**Important Notices**" section.
See the "Important Notices" section for other information that may apply.

**Premium Adjustment**

☐ Unearned premium will be returned to you not later than the effective date of cancellation.
☐ Enclosed is $ _____, being the amount of return premium at pro rata rate for the unexpired term of this policy.
☐ A bill for the premium earned to the time of cancellation will be forwarded in due course.
☐ Other: _____

**Nonrenewal**

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed.
See the "Important Notices" section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the "**Important Notices**" section.
See the "Important Notices" section for other information that may apply.

☐ You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that the above mentioned policy will expire effective at and from the hour and date mentioned above and the policy will NOT be renewed for the **reason(s)** stated in the "**Important Notices**" section.
See the "Important Notices" section for other information that may apply.
**Inquiry to Insurance Company:** Georgia Insurance Code Section 33-24-46 provides that this insurer must, upon request, furnish you with the reasons for not renewing your policy. If you wish to assert that the nonrenewal is unlawful, you must file a written notice with this insurer before the nonrenewal becomes effective. The notice to this insurer must specify the manner in which the nonrenewal is alleged to be unlawful. If you do not file the written notice, you may not later assert a claim or action against this insurer based upon an unlawful nonrenewal.
**Nonrenewal Due to Termination of Agency Representation:** If your policy is not being renewed because your present agent no longer represents this insurer, you have the option of procuring coverage through your present agent or retaining your policy by applying through another agent of this insurer. Georgia Insurance Code Section 33-24-46 provides that if you locate another agent of this insurer and apply for the renewal of your policy before the nonrenewal becomes effective, this insurer will treat the application as a renewal and not as an application for a new policy.

**Declination**

☐ Your application for the kind of insurance mentioned above has been declined.
See the "Important Notices" section below for other information that may apply

**Important Notices**

☒ Reason(s) for cancellation, nonrenewal or declination (reason(s) stated only if above marked item indicates such):
claims severity and frequency
_____
_____
_____
_____
_____

## NOTICE OF CANCELLATION, NONRENEWAL OR DECLINATION
(Georgia)

| | | |
|---|---|---|
| **NAME AND ADDRESS OF INSURANCE COMPANY** | Church Mutual Insurance Company, S.I.<br>3000 Schuster Lane<br>PO Box 357<br>Merrill            WI            54452 | **KIND OF POLICY:** Commercial Property<br>**POLICY/APPLICATION/BINDER NO.:** 0228999-25-233307  Typist: CAM<br>**EFFECTIVE DATE OF NOTICE:**<br>06/02/2022 (DATE)            12:01 AM (HOUR-STANDARD TIME AT THE ADDRESS OF THE INSURED)<br>**DATE OF MAILING:** 3/31/2022 |
| **NAME AND ADDRESS OF INSURED** | KINGDOM BUILDERS COVENANT CHURCH INC<br>1151 FLAT SHOALS RD SE<br><br>CONYERS            GA            30013-1709 | **NAME AND ADDRESS OF AGENT/BROKER:**<br>CHURCH MUTUAL INSURANCE COMPANY, S.I.   07-109<br>3000 SCHUSTER LANE<br>PO BOX 357<br>MERRILL            WI            54452 |

**Important Notices cont'd**

☐ **Additional Information Regarding the Reason(s) for Cancellation, Nonrenewal or Declination:**

You have the right to know the specific items of information that support the reasons given for this decision and the identity of the source of that information. You also have the right to see and obtain copies of documents relating to this decision.

If you ask us to correct, amend, or delete any information about you in our files and if we refuse to do so, you have the right to give us a concise statement of what you believe is the correct information. We will put your statement in our file so that anyone reviewing your file will see it.

If you would like additional information concerning this action, state law requires that you submit a written request within ninety (90) business days of the date this notice was mailed to you. Please send your request to:

_____
(Name and address of the person or department to contact for additional information.)

☐ **Replacement Insurance Information:** The policy being cancelled or nonrenewed provides fire, extended coverage and possibly vandalism and malicious mischief insurance. If you wish to replace your policy you should make an effort to obtain insurance through another company in the voluntary market. If you have any difficulty in procuring replacement coverage in the voluntary market, you possibly may obtain basic insurance coverage through the Georgia Underwriting Association (Georgia FAIR Plan). For further information please contact your agent or broker or the Association at 3355 Annandale Lane, Suite 3, Suwanee, GA 30024-2100 (Telephone No. 770/923-7431). This notification is given pursuant to Section 33-24-46 of the Insurance Code.

☐ **Loss Information:** The policy being cancelled or nonrenewed provides commercial risk insurance. A written report of loss history information is being provided to you herewith, or, if not provided herewith, will be provided to you within 30 days of your request. A loss history report includes information on closed and open claims and on notices of occurrence. If you have questions about the loss history report or would like to make a request to receive a report, please contact:

_____
(Name and address of the person or department to contact for additional information.)

☐ **Consumer Report:** In compliance with the Fair Credit Reporting Act (FCRA), as amended, you are hereby informed that the action taken above is being taken wholly or partly because of information contained in a consumer report from the following consumer reporting agency:

(Name) _____ (Phone Number) _____

(Address) _____

**Please see additional information for a disclosure of your rights under this federal law.**

**Additional Information regarding your rights under the federal Fair Credit Reporting Act (FCRA)**
**Pursuant to the FCRA, you are informed that:**

The consumer reporting agency identified on this form did not make any decisions regarding the stated insurance policy. Therefore, the consumer reporting agency would not be able to provide you with the specific reasons why the insurance company is taking the present action.

You have the right to obtain within 60 days of the receipt of this notice a free copy of your consumer report from the consumer reporting agency which has been identified on this form.

You have the right to dispute inaccurate information by contacting the consumer reporting agency directly. Once you have directly notified the consumer reporting agency of your dispute, the agency must, within a reasonable period of time reinvestigate and record the current status of the disputed information. If after reinvestigation, such information is found to be inaccurate or unverifiable, such information must be promptly deleted from your records. If the reinvestigation does not resolve the dispute, you may file a brief statement setting forth the nature of the dispute with the consumer reporting agency. Your filed statement will then be included or summarized in any subsequent consumer report containing the information in question.

For complete information regarding the FCRA, please refer to The Code of the Laws of the United States of America, Title 15, Chapter 41, Subchapter III, (15 U.S.C. §1681 et seq.).

_____
AUTHORIZED REPRESENTATIVE

**Church Mutual INSURANCE**

PROTECTING THE GREATER GOOD

3000 Schuster Lane | P.O. Box 357
Merrill, WI 54452-0357

Important Documents Enclosed.

CERTIFIED MAIL

9414 8149 0287 9123 0482 37

GREEN BAY WI 54[?]
MAR 2022 PM 3

US POSTAGE ᴾᴮ PITNEY BOWES
ZIP 54452 $ 006.13⁰
02 4W
0000377674 MAR 31 2022

⁊₀₉₈₈₀₀₀₀₀₀₁₂₂₀₀₂₀

54452>0357
30013-170951

UNC
BC: 5445203575    *1325-03306-31-44

NIXIE        309    DE   1         0004/25/22

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

churchmutual.com

357-301