# Exhibit A-1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 9,680,941 and provides notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  These claim charts include information provided by way of example, and not by way of limitation.

"Accused Instrumentalities" as used herein refers to herein provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets equipped with sensors or tags (the Assets).

1.   NexTraq offers the following  tracking products and services (the Accused Instrumentalities), including but not limited to NexTraq® Fleet Tracking  solution  (https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf),  which  provides  data  to NexTraq® Web Services (http://www.discretewireless.com/resources/APIReference.pdf) for use in various platforms and solutions that support:

    (a)    NexTraq®'s Fleet Visibility and Productivity products, services and solutions which are used for vehicle tracking (https://www.nextraq.com/services/vehicle-tracking/), asset tracking https://www.nextraq.com/services/asset-tracking/), geo-fencing and mapping (https://www.nextraq.com/services/geofencing-mapping/), real-time alerts (https://www.nextraq.com/services/real-time-alerts/), sensors (https://www.nextraq.com/services/sensors/) and integration with third party platforms, solutions and/or applications (https://www.nextraq.com/services/integration/);

    (b)    NexTraq®  View™  and  NexTraq®  Connect™  mobile  apps  which  are  used  by  mobile  work  force (https://www.nextraq.com/services/mobile-apps/);

    (c)    NexTraq® Fleet Defender (https://www.nextraq.com/services/fleet-defender/) and NexTraq® Dashcam™ (https://www.nextraq.com/services/dashcam/) which are used for drive safety;

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

    (d)    NexTraq® Driver ID, which is used for Automatic Driver Assignment (https://www.nextraq.com/services/automatic-driver-assignment/)

**NexTraq "Mobile Tracking Devices" and/or "Mobile Devices" means:**

The Accused Instrumentalities track the Assets, which are attached to or carried by mobile devices, including but not limited to:

    1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)

    2-Asset Trackers Family of products (e.g., AT-730, AT-5100)

    3-Trailer Trackers (e.g., TT-2830)

    4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

    5-Other GPS and sensor, e.g., temperature sensor, equipped mobile devices.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '941 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '941 patent, including without limitation, the Accused Instrumentalities.

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities.  However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein.  In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq.  PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '941 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|----------------------------------|
| 1-p | A location tracking system comprising: | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties. On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to S resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources. |

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|-------------------------------|
| | |  **Figure 1:    NexTraq Fleet Tracking Platform Overview** *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*   **NexTraq Fleet Tracking Platform**  This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.  Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.  *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | **What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>*(Source: Page No. 4 of* https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 *)*<br><br>On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution.<br><br>On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc. |

5

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | NexTraq<br>Atlanta, GA 31150<br>Posted On  April 12, 2022<br><br>This Job has been expired.<br><br>Job   Company   Rating   Review   Location   News   Insight   All Jobs   Competitors<br><br>**Cloud Data Engineer**<br><br>Atlanta, GA, USA<br>Req #3680<br>Tuesday, April 12, 2022<br>Responsibilities:<br><br>• Design and build enterprise data solutions and applications in service of data analyst and data scientist needs for advanced analytics in the cloud<br>• Design and build fault tolerant data pipelines from acquisition to consumption using a combination of AWS native services, Python, Java, and existing on-premise acquisition tools (Informatica, MS SQL, etc. )<br>• Analyze, re-architect and re-platform on-premise data warehouse solutions to data platforms in AWS.<br>• Conduct detail assessments of current state data platforms and create an appropriate transition path to AWS.<br><br>Qualifications:<br><br>• (5) + years experience building enterprise data management or data warehouse solutions or equivalent (2) + years experience building enterprise data pipelines using AWS native services and/or Python/Java.<br>• Experienced Technical Proficiency with the following relational data sources: AWS Redshift, AWS RDS, Oracle, MS SQL, MS Access, MS Excel<br>• Experienced Technical Proficiency with the following AWS services: S3, Lambda, Glue, Cloudwatch, Cloudformation, Kinesis, Athena, EMR, IAM, SQS, SNS<br><br>*(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)*<br>------------------------------------------------------------- |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | Accused Instrumentalities provides a system and method for tracking locations of a plurality of mobile objects/assets. |

Location Information

Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.

*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*

**NexTraq Fleet Tracking Platform**

This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.

Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.

*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

**Mobile Devices Equipped with Location Information Sources**
1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)
2-Asset Trackers Family of products (e.g., AT-730, AT-5100)
3-Trailer Trackers (e.g., TT-2830)
4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

7

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | The following flags are applicable to all mobile units: |

> • **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.

*(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

> Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.

*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*

## GPS VEHICLE TRACKERS FOR EVERY PURPOSE

The NexTraq® Vehicle Tracker VT-3030

A versatile OBD-II telematics device for simplified GPS fleet management.

The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.

*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br>(Source: Page No. 3 of [https://www.nextraq.com/services/vehicle-tracking/](https://www.nextraq.com/services/vehicle-tracking/) )<br><br><br>(Source: Page No. 2 of [https://www.nextraq.com/services/vehicle-tracking/](https://www.nextraq.com/services/vehicle-tracking/) ) |

9

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)*  *(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)* |

Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry.

10

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)*  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

11

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. <br><br> *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* <br><br>  <br><br> *(Source: Page No. 1 https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )* |
| 1-a | one or more servers capable of receiving identifiers and location information for a plurality of mobile devices having | See 1-p for location information, servers, DBSM, DBMSA and DB. <br><br> NexTraq uses cloud servers of an on-premise data warehouse or servers of Amazon Web Services (AWS). The servers receive identifiers and location information for the mobile devices identified by mobile device identification codes. <br><br> Mobile devices identified with device identification codes <br> The mobile devices are identified by Hardware IDs. |

12

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | corresponding mobile device identification codes that identify each mobile device; the one or more servers configured to: | In NexTraq, tracking devices are referred to as mobiles. Upon first login, mobiles will be named by their hardware ID number, making it difficult to differentiate which device was installed in each vehicle. *(Source: Page No. 2 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* <br><br> Identifiers and location information is received for a plurality of mobile devices. <br><br> Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. <br> *(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* <br><br>  <br> *(Source: Page No. 111 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br>(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf) |
| 1-b | store in one or more databases information for groups of users of mobile devices based on corresponding group identification codes that identify each group, | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br>The servers are configured to store in databases information for groups of users of mobile devices based on corresponding group identification codes that identify each group, for example, Sandstone Freight. |

14

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|-------------------------------|
|       |                     | 

*Figure 161:  Sample Detailed Activity Report*

*(Source: Page No. 111 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

As subscribers of the services provided by the Accused Instrumentalities, the authorized users are employed by customers of NexTraq in different customer groups.   These customer groups are identified in the on-premise data warehouse or the AWS database (DB) by corresponding group IDs (GIDs), such as customer name.   NexTraq administrator's first level of administrative privilege is used for performing one or more first administrative functions, such as creating customer accounts.   Each customer accounts serves a plurality of users which form a corresponding customer group.

Groups identified by Group IDs (GIDs)



*Figure 7:    Account and User Information* |

15

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
|  |  | *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Account & Contact Information**<br><br>Account Information<br>Account ID: 800186<br>Company Name: DW - Demo Transport & Package<br>Distributor Company Name: (QA) Ellis Fleetworks  Distributor Rep Name: SalesRep, Role<br>Distributor Phone: 678-762-6800  Distributor Fax:<br>Distributor Email: wellis@efleetworks.com<br><br>*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>---------------------------------------------------------------------------------------------------------------------------------<br>Tracking services provided by Accused Instrumentalities are used by authorized users, such as managers. The users are identified by user IDs.<br><br>Users identified by user IDs<br><br>**Users**<br><br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

16

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  Figure 308: New User Information *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

17

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
|  |  | **12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions. <br><br> **13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**. <br><br> *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> -------------------------------------------------------------------------------------------------------- <br> One or more databases in on-premise data warehouse or AWS store information for groups of users of mobile devices based on group identification codes that identify each group, i.e., company or organization names. <br><br> <center>Databases</center> |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | |  |

(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)

Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.

(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )

19

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | |  *(Source: Page No. 111 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-c | each user in a group having a user identification code associated with a corresponding group identification code in the one or more databases, the user | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>Each user in a company group has a user identification code associated with a corresponding group identification code identifying customer company or organization names in the on-premise data warehouse or AWS databases.<br><br>NexTraq (or an administrator employed by NexTraq) uses first level of administrative privilege to specify customers by creating customer accounts using corresponding company names in the on-premise data warehouse or AWS databases. |

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | identification code identifying the user, said groups being defined by a first administrator having a first level of administrative privilege, | As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>All **Account Information** fields are completed by NexTraq Administrators, Accountants or Distributor Representatives and cannot be edited from this screen. All **Contact Information** fields can be modified.<br><br>**Account & Contact Information**<br>Account Information<br>Account ID: 800186<br>Company Name: DW - Demo Transport & Package<br>Distributor Company Name: (QA) Ellis Fleetworks   Distributor Rep Name: SalesRep. Role<br>Distributor Phone: 678-762-6800   Distributor Fax:<br>Distributor Email: wellis@efleetworks.com<br>*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.<br>*(Source: Page No. 2 of https://www.nextraq.com/terms-and-conditions/ )* |
| 1-d | said first level of administrative privilege being used to authorize | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | a user in each group to be a second administrator of a plurality of second administrators, each second administrator having a corresponding second level of administrative privilege associated with a group; | See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>NexTraq's (or the administrator employed by NexTraq)_ uses the first level of administrative privilege to authorize a user in each group to be a group administrator (i.e.,second administrator) of a plurality of group administrators (i.e., second administrators) for each customer.<br><br>Second Administrator<br><br>As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.<br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>--------------------------------------------------------------------------------------------------------<br>Each second administrator has a corresponding second level of administrative privilege associated with a customer group.<br><br>Second level of administrative privileges<br><br>As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )* |

22

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC'ꜱ PʀᴇʟɪᴍɪɴᴀʀY Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | 3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. <br> *(Source: https://www.nextraq.com/terms-and-conditions/ )* <br> Account administrator is given the second level of administrative privileges at the customer level (i.e., group level) with access to all tabs.   Any admininstaror at the group level with access to alert and zone tabs possesses the second level of administrative privileges. <br><br>  <br> **Figure 308:  New User Information** <br> *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>**Figure 305:  Account Administrator Tab Options including Users**<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Admin Tab**<br><br>Perform administrative tasks within the NexTraq Fleet Tracking Platform. Here you may define zones and locations, edit driver and mobile information, establish fleet membership, define users and modify contact information.<br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | **Admin Tab**<br><br>The Admin tab options allow you to edit, update, and maintain the application's data. You can perform the following administrative tasks on the Admin tab:<br><br>• Create, name, modify, delete, and set expiration dates for **Locations**<br>• Create, name, modify, delete, and set expiration dates for **Zones**<br>• Name **Mobiles** and edit mobile unit information<br>• Create Fuel Purchase records<br>• Create, modify, and delete **Driver** information<br>• Create, modify, and delete **Fleets**<br>• Make **Driver**-mobile assignments<br>• Edit **Account** contact information<br>• Maintain Fuel Information<br>• Activate Fuel Cards<br>• Create, edit, and delete custom map layers<br>• Create and edit **Users**.<br><br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-e | store in the one or more databases information for the plurality of second administrators, | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>The databases store information regarding the plurality of second administrators. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br>**Figure 308: New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-f | each second administrator using the corresponding second level of administrative privilege after a corresponding group is defined | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | by the first administrator to specify one or more information access codes, | After a group is defined (i.e., a customer account is created) by NexTraq (or the administrator employed by NexTraq), i.e., the first administrator, the corresponding group administrator (i.e., the second administrator of the group) uses its second level of administrative privilege to specify information access codes.<br><br>Information Access Codes<br><br>The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject.**<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

27

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

28

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 213:  Create Alert Options**<br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-g | said one or more information access codes specifying one or more users in the corresponding group having access 1) to location information and 2) to event information | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes. |

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
|  | other than location information, wherein the location information corresponds to a coordinate of a mobile device within a coordinate system corresponding to a map as determined by the location information source associated with the mobile device; and | The information access codes specify one or more users, such as fleet managers, in each group having access to location information and 2) to event information (in the form of alerts) other than location information. <br><br> Fleet managers <br><br> Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk. <br><br> With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq. <br><br> *(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* <br> ---------------------------------------------------------------------------------------------------------------------- <br> GPS location information sources are associated with mobile device, wherein the location information corresponds to a coordinate of a mobile device within a coordinate system provided by a map. <br> Location Information <br><br> Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. <br><br> *(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | **NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>• The **Mobile/Driver** tab contains the mobile name, the driver name, last track date and time (based on user preferences), location or address of the mobile, and vehicle status. If the mobile is equipped with the **Fleet Dispatch** solution, **Dispatch Status** also appears on this tab.<br><br>Click the **Open Street View** hyperlink to display the Google Maps Street View window. A message displays if Street View is not available at that location.<br><br>If the Fuel Consumption and Cost option was selected in **User Preferences**, the vehicle status will include idling and length of idle time. In addition the **Cost of Idle Loss** amount will be estimated per the **Fuel Information** options on the **Account** page or defined in the **Mobiles** information on the **Admin** tab.<br><br>• The **Track** tab shows the unit's geographical position, speed, active flags, identification number of the unit, the number of satellites/radio signal strength rating and, with **Fleet Dispatch** enabled, PND status.<br><br>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

31

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions *(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* ------------------------------------------------------------------------------------------------- Event Information/Alerts **Alerts Tab** The **Alerts** tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in **User Preferences**. *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

32

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  Figure 212: Alerts Summary Table and Options<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject.**<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

33

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |            |

34

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |
| | | Geofencing<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations —even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert. How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property,** and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security,** it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |
| 1-h | wherein the event information comprises at least one of a condition that relates a mobile device location information to a zone where the occurrence of the event causes an | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes. |

35

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | alert to be sent when a mobile device crosses a boundary associated with the zone, wherein the first administrator defines the corresponding group independent of a location of a zone; | See 1-g for location information and event information.<br><br>The event information comprises a condition that relates a mobile device location information to a zone where the occurrence of the event, such as arrivals and departures cause an alert to be sent when a mobile device crosses a boundary associated with the zone.<br><br>Event Condition Based on Boundary/Zone<br><br>Geofencing<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money**.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |

36

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | You can activate 17 types of alerts:<br><br>  • Arriving at a defined location<br>  • Departing a defined location<br>  • Entering a defined zone<br>  • Exiting a defined zone<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>--------------------------------------------------------------------------------------------------------------------<br>The first administrator defines the corresponding group independent of a location of a zone, which has a boundary defined by a plurality of coordinates within the coordinate system.<br><br><br>**Creating Zones**<br>To create a zone:<br>1. Choose **Create Zone** from the **Admin Zones** submenu or, from the **Zone List** screen, click **Create Zone**.<br>2. The **Create Zone** screen displays with your default location centered in the map and noted by a green shape with a centered red marker.<br>**NOTE:** Upon opening, the map centers on your account address.<br>Figure 260:  Initial Zone Position and New Zone Defined<br>*(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

37

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  |
| | | *(Source: Page No. 169 of http://www.alltrackusa.com/RTH_user_guide.pdf )* |
| | | *(Source: Page No. 29 of http://www.alltrackusa.com/RTH_user_guide.pdf )* |
| 1-i | control access to the location | See 1-p for location information, servers, DBSM, DBMSA and DB. |

38

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | information and the event information in order to protect the privacy of the location information and the event information based on the one or more information access codes; | See 1-a for mobile devices and mobile device identification codes. See 1-b for groups, group identification codes, users and user identification codes. See 1-c for first administrator and first level of administrative privilege. See 1-d for second administrators and second level of administrative privileges. See 1-f for information access codes. See 1-g for location information and event information. See 1-h for condition, zone and boundary. Access to the location information and the event information/alerts is controlled to protect the privacy of the location information and the event information in form of alerts based on the one or more information access codes. Event information in the form of alerts is sent only to those authorized users such as managers identified in the alerts. Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk. With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq. *(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |

39

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br><br>The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject**.<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

40

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|--------------------|-----------------------------------|
|       |                    | <br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

41

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 213: Create Alert Options**<br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-j | check the first level of administrative privilege to authorize the second administrator having a second level of administrative privilege to be associated with | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes. |

42

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | the group; check the second level of administrative privilege to control conveyance of the location and the event information regarding the group using the one or more information access codes; | See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>On-premise data warehouse or AWS (for example, AWS IAM) checks first level of administrative privilege of NexTraq's administrator. |

43

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br><br>*(Source: Page No. 1 of* <br>*https://signin.aws.amazon.com/signin?redirect_uri=https%3A%2F%2Faws.amazon.com%2Fmarketplace%2Fmanagement%2Fsignin%3Fstate%3DhashArgs%2523%26isauthcode%3Dtrue&client_id=arn%3Aaws%3Aiam%3A%3A015428540659%3Auser%2Faws-mp-seller-management-portal&forceMobileApp=0&code_challenge=NYKP4aX0wYyyWBOSFoRTm5zPRRoVZqHdO6JW1cv8U2g&code_challenge_method=SHA-256)*<br>---------------------------------------------------------------------------------------------------------------------------------- |

44

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
|  |  | NexTraq administrator checks the second level of administrative privilege via admin log in to control conveyance of the location and the event information in the form of alerts regarding the group. <br><br> **Check second level of administrative privilege** <br><br> As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share <br> *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )* <br><br> 3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. <br> *(Source: https://www.nextraq.com/terms-and-conditions/ )* <br><br> To create or edit a custom map layer: <br> 1. Log in as an Account Administrator. <br> 2. Choose **Account** from the **Admin** tab. <br> *(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

45

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br>(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)<br><br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br>   NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br>(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf) |
| 1-k | provide one or more interfaces configured to receive | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes. |

46

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | information related to a zone, an event, and an alert for the group; receive a request to set a zone for the group, the zone having a boundary that is independent of where mobile devices are located; | See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>Interfaces receive information related to a zone, an event and an alert for the group |

47

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  |

48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 169 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

49

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | **Geofencing** |
| | | Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business? |
| | | • **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours. |
| | | • **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates. |
| | | • **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property,** and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security,** it offers peace of mind that your vehicles are safe. |
| | | • **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.** |
| | | *(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |

50

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|  |  |   *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

51

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | Request to set a zone/geo-fence/landmark for the group is received, where the zone is independent of where mobile devices are located. <br><br> Request to Set Zone <br><br> **Zones** <br><br> In contrast to Locations, Addresses and geographical points, Zones can be defined for geographic areas. Such areas might include a business district, an area covered by one or more routes, a section of a city, or an entire state. Zones can only be created on the Admin tab. Zones are stored for use with Find maps and Alerts, and they appear on the map as translucent green shapes. The center of each zone shape is a marker 🧍. <br><br> *(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> **Creating Zones** <br><br> To create a zone: <br><br> 1. Choose Create Zone from the Admin Zones submenu or, from the Zone List screen, click Create Zone. <br><br> 2. The Create Zone screen displays with your default location centered in the map and noted by a green shape with a centered red marker 🧍. <br><br> NOTE: Upon opening, the map centers on your account address. <br><br>  <br> Figure 260:  Initial Zone Position and New Zone Defined |

52

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br>  <br><br> **Figure 247:   Create Location Options** <br> *(Source: Page No. 169 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-l | receive a request to set an event for the group; receive a request to set an alert for the group, the request identifying a | See 1-p for location information, servers, DBSM, DBMSA and DB. <br><br> See 1-a for mobile devices and mobile device identification codes. <br><br> See 1-b for groups, group identification codes, users and user identification codes. <br><br> See 1-c for first administrator and first level of administrative privilege. |

53

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | recipient of the alert; | See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>Request to set geofence event for the group is received to set an alert for the group identifying a recipient of the alert.<br><br>Requests to Set Event and Alert Identifying Recipients<br><br>**Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can monitor for unauthorized vehicle use during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to notify you when your vehicles arrive and depart from a jobsite. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in liability issues, increased insurance premiums, damaged property, and increased downtime. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only provides additional security, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, saving you a great deal of money.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |

54

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  |

55

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|--------------------|---------------------------------|
| | |  *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

56

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br><br>**Figure 213:  Create Alert Options**<br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-m | store the group's zone, event and alert in the one or more databases; receive identifiers and the location information for mobile devices in the group | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes. |

57

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
|  |  | See 1-g for location information and event information. |
|  |  | See 1-h for condition, zone and boundary. |
|  |  | See 1-i for the event and alert. |
|  |  | The group's zone, event and alert are stored in the on-premise data warehouse or AWS databases. |
|  |  | **Creating Zones**<br><br>To create a zone:<br><br>1. Choose **Create Zone** from the **Admin Zones** submenu or, from the **Zone List** screen, click **Create Zone**.<br><br>2. The **Create Zone** screen displays with your default location centered in the map and noted by a green shape with a centered red marker.<br><br>NOTE: Upon opening, the map centers on your account address.<br><br><br><br>**Figure 260:  Initial Zone Position and New Zone Defined**<br><br>*(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |

59

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
|  |  | <br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | Identifiers and the location information for mobile devices in the group are received.  (See 1-p and 1-a) |
| 1-n | compare the identifiers and location information with the group's zone and event to determine whether to send the group's alert; | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>NexTraq servers compare the identifiers and location information with the group's zone and event to determine whether to send the group's alert. |

61

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br>**Figure 1:   NexTraq Fleet Tracking Platform Overview**<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-o | cause the group's alert to be sent; and convey the location information based on the one or more information access codes specified for the group under said second level of administrative privilege. | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | See 1-h for condition, zone and boundary. See 1-i for the event and alert. The group's alert is sent based on alerts specified by the administrator for the group under the second level of administrative privilege.  |

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Figure 212:  Alerts Summary Table and Options

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

63

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units. <br><br> 1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.** <br> 2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type. <br> 3. Enter the desired name for the alert. <br> 4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.** <br> 5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected). <br> 6. Select the **Email Subject**. <br> 7. Choose the **Notification Method** by clicking on the drop down list. <br> 8. Enter email addresses or SMS information of recipients to receive the alert email when triggered. <br><br> *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  |

65

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>**Figure 213:  Create Alert Options**<br><br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>----------------------------------------------------------------------------------------------------------------<br><br>Location information is conveyed. |

66

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | • The **Mobile/Driver** tab contains the mobile name, the driver name, last track date and time (based on user preferences), location or address of the mobile, and vehicle status. If the mobile is equipped with the **Fleet Dispatch** solution, **Dispatch Status** also appears on this tab.<br><br>Click the **Open Street View** hyperlink to display the Google Maps Street View window. A message displays if Street View is not available at that location.<br><br>If the Fuel Consumption and Cost option was selected in **User Preferences**, the vehicle status will include idling and length of idle time. In addition the **Cost of Idle Loss** amount will be estimated per the **Fuel Information** options on the **Account** page or defined in the **Mobiles** information on the **Admin** tab.<br><br>• The **Track** tab shows the unit's geographical position, speed, active flags, identification number of the unit, the number of satellites/radio signal strength rating, and, with **Fleet Dispatch** enabled, PND status.<br><br>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br><br>**Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions**<br><br>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

67

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| 3. | The system of claim 1, where an information access code specified for the group comprises a group identification code. | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>Accused instrumentalities convey event information/alerts to user based on information access code that comprises group name. |

68

PerDiemCo LLC v. NexTraq

PerDiem Co., LLC's Preliminary Infringement Contentions

U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | |  **Figure 213: Create Alert Options** *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 4. | The system of claim 3, where the information access code specified for the group comprises an access list including one or more user identification codes associated | See 1-p for location information, servers, DBSM, DBMSA and DB. See 1-a for mobile devices and mobile device identification codes. See 1-b for groups, group identification codes, users and user identification codes. See 1-c for first administrator and first level of administrative privilege. See 1-d for second administrators and second level of administrative privileges. See 1-f for information access codes. |

69

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | with the group identification code. | See 1-g for location information and event information. See 1-h for condition, zone and boundary. See 1-i for the event and alert. See claim 3 for information access code comprising group identification code. The information access code specified for the group comprises an access list including one or more user identification codes associated with the group identification code.  Figure 213:  Create Alert Options *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

70

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| 7. | The system of claim 1, where said first level of administrative privilege is associated with an location and event (L&E) information service provider and said second level of administrative privileges are provided by the L&E information service provider to customers of the L&E information service, said mobile device identifications codes being associated with vehicles in a plurality of vehicle groups under the second level of the administrative | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>In each customer environment, a second database management system software execute in computing devices of the authorized users of the respective customer group. The customer environment interfaces with the first database management system software, i.e., NexTraq's Fleet Tracking platform, which provides (L&E) information service.<br><br>BACK-OFFICE SYSTEMS? NEXTRAQ PLAYS WELL WITH OTHERS.<br><br>Our customers rely on NexTraq to keep their operations running at their best. A big part of our shared success is the ease with which the NexTraq platform integrates with most 3rd party software. Here's just a few of the back-office systems our customers use with NexTraq every day:<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/integration/ )* |

71

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | privileges, wherein each vehicle group comprises vehicles used by drivers associated with corresponding mobile object identification codes under the second level of the administrative privileges, said mobile object identification codes being different from the mobile device identification codes, each mobile object identification code being associated with a mobile object comprising an NFC device, wherein a second | **Does NexTraq® offer software integration?** Yes. NexTraq strives to create and maintain long-standing strategic partnerships with industry-leading software providers who offer added features and value to the NexTraq solution. Moreover, NexTraq has a robust Web Services offering – an open API platform that enables integration of your fleet data with third-party applications such as accounting, route optimization, and mobile workforce management. This allows our clients to move away from time-consuming manual processes to a completely automated solution. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/resources/faqs/ )* <br><br> **NexTraq Fleet Tracking Platform** <br><br> This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection. <br><br> Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen. <br><br> *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> ------------------------------------------------------------------------------------------------------------- <br> The mobile device identifications codes such as hardware id are associated with assets in a plurality of asset groups under the second level of the administrative privileges. Each asset group comprises asset used by drivers associated with corresponding mobile object identification codes under the second level of the administrative privileges. |

PerDiemCo LLC v. NexTraq

PerDiem Co., LLC's Preliminary Infringement Contentions

U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | event associated with the mobile object that is different from the event is determined based on proximity of the driver to the vehicle as determined using the NFC device. | **Fleets**<br><br>The **Fleets** option allows you to group mobile units by criteria that may be helpful to your organization. For example, fleets may be grouped by territory, purpose, vehicle model, or fuel type.<br><br>*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Creating a fleet**<br><br>To create a fleet:<br><br>1. Choose **Fleets** from the **Admin** tab.<br><br>**Figure 286: Fleet List Options**<br><br>*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

73

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | 

**Figure 287:  Create Fleet Options**

*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)*



**Figure 289:  Edit Fleet Options**

*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

74

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 278:  Driver List**<br><br>*(Source: Page No. 190 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>---<br><br>Each mobile object identification code is associated with a mobile object comprising a Key fob reader device.  A second proximity event is associated with the Key fob reader device that is different from the geo-fence event. The second proximity event is determined based on proximity of the driver to the asset as determined using Key fob reader device.<br><br><br><br>*(Source: Page No. 1 of http://cdnmedia.endeavorsuite.com/images/organizations/9f89ed55-9211-42e8-a830-949e92e81337/Driver%20Assignment%20-%20Functionality%20Overview.pdf?v=20120305141808 )* |

75

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | In the NexTraq™ platform assigning a driver to a vehicle has typically been a manual process performed by the dispatcher. With the NexTraq Driver ID & Automatic Driver Assignment a designated key fob is used for each driver and a key fob reader is installed in each vehicle allowing drivers to quickly and easily login to a vehicle before each trip. This ensures that all driving information is associated with that driver so you always know which of your employees is behind the wheel of a specific vehicle.<br><br>*(Source: Page No. 1 of http://cdnmedia.endeavorsuite.com/images/organizations/9f89ed55-9211-42e8-a830-949e92e81337/Driver%20Assignment%20-%20Functionality%20Overview.pdf?v=20120305141808 )*<br><br>The **Key Fob ID** appears in the driver's record on the **Driver List**. The NexTraq platform will update the **Assigned Mobile** field for this driver when he swipes the key fob on an iButton reader in a mobile unit.<br><br>With the Driver ID and Automatic Driver Assignment feature linking the driver to a unique Key Fob ID, the mobile assignment information will be effortlessly available for reporting through the **Driver Assignment History** report.<br>*(Source: Page No. 193 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Driver ID** – indicates when a driver has not swiped their key fob to the DriverID sensor inside their vehicle.<br>*(Source: Page No. 10 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |
| 8. | The system of claim 1, where the one or more servers are further configured to: determine occurrence of a second event that is different from the event, said second event | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes. |

76

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | being based on a condition associated with one or more mobile objects other the one or more mobile devices, wherein a mobile object identification code that is different from the mobile device identification codes is associated with a mobile object, and wherein the occurrence of the event and the second event is determined based on a mobile device identification code and the mobile object identification code. | See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>Each mobile object identification code (VIN) is associated with a mobile object (asset) comprising a Key fob reader device. A second proximity event is associated with the Key fob reader NFC device that is different from the geo-fence event. The second proximity event is determined based on proximity of the driver to the asset as determined using Key fob reader device, whereas the geo-fence event, such as arrivals and departures is based locations of mobile devices relative to geo-fences.<br><br>**Features & Benefits**<br>The Automatic Driver Assignment removes the manual step of switching drivers from one vehicle to another and has it occur automatically when a driver gets into a vehicle simplifying the work of the dispatcher. The simple act of swiping the dedicated key fob against the key fob reader lets drivers quickly and easily check in and associate themselves with the vehicle that they are driving. No matter how many drivers or shifts operate in a vehicle the Driver ID provides management with accurate driver based reporting.<br><br>*(Source: Page No. 1 of http://cdnmedia.endeavorsuite.com/images/organizations/9f89ed55-9211-42e8-a830-949e92e81337/Driver%20Assignment%20-%20Functionality%20Overview.pdf?v=20120305141808 )*<br><br>In the NexTraq™ platform assigning a driver to a vehicle has typically been a manual process performed by the dispatcher. With the NexTraq Driver ID & Automatic Driver Assignment a designated key fob is used for each driver and a key fob reader is installed in each vehicle allowing drivers to quickly and easily login to a vehicle before each trip. This ensures that all driving information is associated with that driver so you always know which of your employees is behind the wheel of a specific vehicle.<br><br>*(Source: Page No. 1 of http://cdnmedia.endeavorsuite.com/images/organizations/9f89ed55-9211-42e8-a830-949e92e81337/Driver%20Assignment%20-%20Functionality%20Overview.pdf?v=20120305141808 )* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | The Key Fob ID appears in the driver's record on the Driver List. The NexTraq platform will update the Assigned Mobile field for this driver when he swipes the key fob on an iButton reader in a mobile unit. |
| | | With the Driver ID and Automatic Driver Assignment feature linking the driver to a unique Key Fob ID, the mobile assignment information will be effortlessly available for reporting through the Driver Assignment History report. |
| | | *(Source: Page No. 193 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | Driver ID – indicates when a driver has not swiped their key fob to the DriverID sensor inside their vehicle |
| | | *(Source: Page No. 10 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |
| 9. | The system of claim 8, where the one or more servers are further configured to: receive location information from the mobile device associated with the mobile device identification code; receive location information from the mobile object associated with the mobile object identification code; determine | See 1-p for location information, servers, DBSM, DBMSA and DB. |
| | | See 1-a for mobile devices and mobile device identification codes. |
| | | See 1-b for groups, group identification codes, users and user identification codes. |
| | | See 1-c for first administrator and first level of administrative privilege. |
| | | See 1-d for second administrators and second level of administrative privileges. |
| | | See 1-f for information access codes. |
| | | See 1-g for location information and event information. |
| | | See 1-h for condition, zone and boundary. |
| | | See 1-i for the event and alert. |
| | | Each mobile object identification code (VIN) is associated with a mobile object (vehicle) comprising a Key fob reader device.  A second proximity event is associated with the Key fob reader device that is different from the geo-fence event, such as arrivals and departures. The second proximity event is determined based on proximity of the driver to the vehicle |

78

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | occurrence of the event based on the location information from the mobile device associated with the mobile device identification code; and determine occurrence of the second event based on the location information from the mobile object associated with the mobile object identification code. | as determined using Key fob reader device, whereas the geo-fence event, such as arrivals and departures is based locations of vehicles relative to geo-fences. <br><br> **Features & Benefits** <br><br> The Automatic Driver Assignment removes the manual step of switching drivers from one vehicle to another and has it occur automatically when a driver gets into a vehicle simplifying the work of the dispatcher. The simple act of swiping the dedicated key fob against the key fob reader lets drivers quickly and easily check in and associate themselves with the vehicle that they are driving. No matter how many drivers or shifts operate in a vehicle the Driver ID provides management with accurate driver based reporting. <br><br> *(Source: Page No. 1 of http://cdnmedia.endeavorsuite.com/images/organizations/9f89ed55-9211-42e8-a830-949e92e81337/Driver%20Assignment%20-%20Functionality%20Overview.pdf?v=20120305141808 )* <br><br> In the NexTraq™ platform assigning a driver to a vehicle has typically been a manual process performed by the dispatcher. With the NexTraq Driver ID & Automatic Driver Assignment a designated key fob is used for each driver and a key fob reader is installed in each vehicle allowing drivers to quickly and easily login to a vehicle before each trip. This ensures that all driving information is associated with that driver so you always know which of your employees is behind the wheel of a specific vehicle. <br><br> *(Source: Page No. 1 of http://cdnmedia.endeavorsuite.com/images/organizations/9f89ed55-9211-42e8-a830-949e92e81337/Driver%20Assignment%20-%20Functionality%20Overview.pdf?v=20120305141808 )* <br><br> The **Key Fob ID** appears in the driver's record on the **Driver List**. The NexTraq platform will update the **Assigned Mobile** field for this driver when he swipes the key fob on an iButton reader in a mobile unit. <br><br> With the Driver ID and Automatic Driver Assignment feature linking the driver to a unique Key Fob ID, the mobile assignment information will be effortlessly available for reporting through the **Driver Assignment History** report. <br><br> *(Source: Page No. 193 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

79

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | **Driver ID** – indicates when a driver has not swiped their key fob to the DriverID sensor inside their vehicle<br><br>*(Source: Page No. 10 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br>The following flags are applicable to all mobile units:<br><br>    ▪  **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.<br><br>*(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 11. | The system of claim 1, where the one or more servers are configured to further control access privileges to sensor information other than the location and the event information based the on one or more information access codes. | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>Various sensor information is provided by NexTraq Sensors. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  |

*(Source: Page No. 2 of https://www.nextraq.com/services/sensors/)*

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/sensors/)*<br><br>The servers are configured to further control access privileges to sensor information other than the location and the event information in the form of alert based on one or more information access codes. |
| 12. | The system of claim 1, where the first level of administrative privilege is used to administer a first information sharing | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | environment (ISE) and the second level of administrative privilege is used to administer a corresponding second ISE of a plurality of second ISEs created within the first ISE, said first and second ISEs comprising a computing network where the conveyance of the location and the event information from a server to the groups is controlled or configured, wherein each second ISEs is configured to be administered independent of other second ISEs and the first | See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>NexTraq's network of computing devices is a first information sharing environment (ISE) used by a plurality of authorized users in Customer environment, which is formed by its customers' network of computing devices, i.e., second ISEs.<br><br><br><br>Figure 1:   NexTraq Fleet Tracking Platform Overview<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

83

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|---|---|---|
| | ISE using the one or more information access codes. | The first and second ISEs exists independent of each other. |
| 19. | The system of claim 18, where said NFC device is associated with a driver of a vehicle. | See 1-p for location information, servers, DBSM, DBMSA and DB.<br><br>See 1-a for mobile devices and mobile device identification codes.<br><br>See 1-b for groups, group identification codes, users and user identification codes.<br><br>See 1-c for first administrator and first level of administrative privilege.<br><br>See 1-d for second administrators and second level of administrative privileges.<br><br>See 1-f for information access codes.<br><br>See 1-g for location information and event information.<br><br>See 1-h for condition, zone and boundary.<br><br>See 1-i for the event and alert.<br><br>The Key fob device is associated with a driver of an asset. |

84

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

| Claim | US Patent 9,680,941 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  Figure 281:  Key Fob ID Number<br><br>*(Source: Page No. 193 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The **Key Fob ID** appears in the driver's record on the **Driver List**. The NexTraq platform will update the **Assigned Mobile** field for this driver when he swipes the key fob on an iButton reader in a mobile unit.<br><br>With the Driver ID and Automatic Driver Assignment feature linking the driver to a unique Key Fob ID, the mobile assignment information will be effortlessly available for reporting through the **Driver Assignment History** report.<br><br>*(Source: Page No. 193 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,680,941

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.