# Exhibit B-1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 9,871,874 and provides notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. This claim chart include information provided by way of example, and not by way of limitation.

"Accused Instrumentalities" as used herein refers to herein provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets equipped with sensors or tags (the Assets).

1. NexTraq offers the following tracking products and services (the Accused Instrumentalities), including but not limited to NexTraq® Fleet Tracking solution (https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf), which provides data to NexTraq® Web Services (http://www.discretewireless.com/resources/APIReference.pdf) for use in various platforms and solutions that support:
   (a) NexTraq®'s Fleet Visibility and    Productivity products, services and solutions which are used for vehicle tracking (https://www.nextraq.com/services/vehicle-tracking/), asset tracking https://www.nextraq.com/services/asset-tracking/), geo-fencing and mapping (https://www.nextraq.com/services/geofencing-mapping/), real-time alerts (https://www.nextraq.com/services/real-time-alerts/), sensors (https://www.nextraq.com/services/sensors/) and integration with third party platforms, solutions and/or applications (https://www.nextraq.com/services/integration/);
   (b) NexTraq® View™ and NexTraq® Connect™ mobile apps which are used by mobile work force (https://www.nextraq.com/services/mobile-apps/);
   (c) NexTraq® Fleet Defender (https://www.nextraq.com/services/fleet-defender/) and NexTraq® Dashcam™ (https://www.nextraq.com/services/dashcam/) which are used for drive safety;
   (d) NexTraq® Driver ID, which is used for Automatic Driver Assignment (https://www.nextraq.com/services/automatic-driver-assignment/)

**NexTraq "Mobile Tracking Devices" and/or "Mobile Devices" means:**

The Accused Instrumentalities track the Assets, which are attached to or carried by mobile devices, including but not limited to:

1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)

2-Asset Trackers Family of products (e.g., AT-730, AT-5100)

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

3-Trailer Trackers (e.g., TT-2830)

4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

5-Other GPS and sensor, e.g., temperature sensor, equipped mobile devices.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '874 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '874 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '874 patent, not listed in the claim chart, that are infringed by the Accused

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

Instrumentalities.  PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 11 11-p | 11. A method for tracking locations of a plurality of mobile objects associated with one or more wireless location information sources that provide mobile object locations Which allows a plurality of users of a tracking service provider having an administrator with a first level of administrative privilege of controlling user membership in | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties. On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources.<br><br><br>Figure 1:    NexTraq Fleet Tracking Platform Overview |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|----------------------------------|
| 11-p (cont.) | groups to track the plurality of mobile objects, the mobile device tracking service being provided by the administrator to the plurality of users in the groups who track the plurality of mobile devices, the method being executed in a database management system that interfaces with one or more databases that identify the plurality of mobile objects by corresponding object identification codes (OID codes) and the | (Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)<br><br>**NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)<br><br>**What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )<br><br>On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® |

4

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-p (cont.) | plurality of users by corresponding user identification codes (UID codes) to determine which users are allowed to be recipients of certain notification information when events based on the mobile object locations occur, wherein one or more users are not allowed to be recipients of the certain notification information when such events occur, said method comprising: | Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution.<br><br>On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc.<br><br>NexTraq<br>Atlanta, GA 31150<br>Posted On April 12, 2022<br><br>This Job has been expired.<br><br>Job   Company   Rating   Review   Location   News   Insight   All Jobs   Competitors<br><br>**Cloud Data Engineer**<br>Atlanta, GA, USA<br>Req #3680<br>Tuesday, April 12, 2022<br>Responsibilities:<br><br>• Design and build enterprise data solutions and applications in service of data analyst and data scientist needs for advanced analytics in the cloud<br>• Design and build fault tolerant data pipelines from acquisition to consumption using a combination of AWS native services, Python, Java, and existing on-premise acquisition tools (Informatica, MS SQL, etc. )<br>• Analyze, re-architect and re-platform on-premise data warehouse solutions to data platforms in AWS<br>• Conduct detail assessments of current state data platforms and create an appropriate transition path to AWS.<br>Qualifications:<br><br>• (5) + years experience building enterprise data management or data warehouse solutions or equivalent (2) + years experience building enterprise data pipelines using AWS native services and/or Python/Java.<br>• Experienced Technical Proficiency with the following relational data sources: AWS Redshift, AWS RDS, Oracle, MS SQL, MS Access, MS Excel<br>• Experienced Technical Proficiency with the following AWS services: S3, Lambda, Glue, Cloudwatch, Cloudformation, Kinesis, Athena, EMR, IAM, SQS, SNS |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-p (cont.) | | *(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)*<br><br>----------------------------------------------------------------------------------------------------------------<br><br>As provider of the above tracking services, NexTraq (or one or more administrators employed by NexTraq) is the administrator of the service that uses its first level of administrative privilege for controlling user membership in groups.<br><br>As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br><br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>All **Account Information** fields are completed by NexTraq Administrators, Accountants or Distributor Representatives and cannot be edited from this screen. All **Contact Information** fields can be modified.<br><br>**Account & Contact Information**<br><br>Account Information<br>Account ID: 800186<br>Company Name: DW - Demo Transport & Package<br>Distributor Company Name: (QA) Ellis Fleetworks     Distributor Rep Name: SalesRep, Role<br>Distributor Phone: 678-762-6800     Distributor Fax:<br>Distributor Email: wellis@efleetworks.com<br><br>*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

6

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-p (cont.) | | 3.3 We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/terms-and-conditions/ )* <br> --------------------------------------------------------------------------------------------------- <br> The Accused Instrumentalities is used to track locations of a plurality of mobile objects/assets/vehicles identified by Object IDs (OIDs) by plurality of users identified by user IDs. The Accused Instrumentalities are executed in the DBSM, which interfaces one or more databases in on-premise data warehouse or AWS for storing the OIDs and UIDs. <br><br> Mobile Objects/Assets/Vehicles identified by OIDs <br><br>  <br> *(Source: Page No. 3 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

7

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | The **Mobile List** includes the following information on each mobile unit: |
|       |                     | ▪ Mobile name |
|       |                     | ▪ Hardware ID |
|       |                     | ▪ Map color associated with this mobile in map labels |
|       |                     | ▪ Odometer reading |
|       |                     | ▪ Type of mobile device |
|       |                     | ▪ Fuel type used in the mobile unit |
|       |                     | ▪ VIN number of the vehicle |
|       |                     | ▪ License number of the vehicle |
|       |                     | ▪ Name of the driver |
|       |                     | *(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
|       |                     | The mobile objects/assets/vehicles are associated with mobile tracking devices/mobile devices identified by object IDs (OIDs) i.e., Hardware Ids that provide mobile object locations using wireless GPS location information sources. |

8

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  |

**Mobile List**

Figure 266:  Mobile List

*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

-------------------------------------------------------------------------------------------------------------------------
Mobile Devices Equipped with Location Information Sources
1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)
2-Asset Trackers Family of products (e.g., AT-730, AT-5100)
3-Trailer Trackers (e.g., TT-2830)
4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

The following flags are applicable to all mobile units:

■ **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.

9

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*<br><br>## GPS VEHICLE TRACKERS FOR EVERY PURPOSE<br><br>The NexTraq® Vehicle Tracker VT-3030<br><br>A versatile OBD-II telematics device for simplified GPS fleet management.<br><br>The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )* |

10

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | **THE NEXTRAQ® VEHICLE TRACKER VT-3640**<br><br>**Robust telematics device built for dynamic flexibility.**<br><br>The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles.<br><br>*(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )* |

11

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br>*(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

12

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)*<br><br><br><br>The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

13

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

14

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br><br>*(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )*<br><br>------------------------------------------------------------------------------------------------------------------------------<br>NexTraq as provider of the above identified tracking services allows users identified by User IDs to track the plurality of mobile objects/assets/vehicles identified by OIDs different from User IDs.<br><br>Users identified by User IDs<br><br>**Users**<br><br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

15

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | <br>**Figure 308: New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

16

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | ---------------------------------------------------------------------------------------------------------------------------------<br><br>The DBSM determines which users are allowed to be recipients of certain notification information i.e., alert when events based on the mobile object locations occur such that one or more users are not allowed to be recipients of the certain notification information i.e., alert when such events, such as arrival and departure occurs.<br><br>Notification Information/Alerts<br><br>Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )*<br><br>The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject.**<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

17

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

19

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|----------------------------------|
|       |                     |  Figure 213: Create Alert Options  *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)*    *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | One or more centralized or distributed servers of an on-premise data warehouse or servers of Amazon Web Services (AWS) interface with database management system to identify groups of users of the plurality users who the track mobile objects.<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |
| 11-a | a. checking the first level of administrative privilege of the administrator before controlling user membership in one or more groups specified by the administrator, said groups including a group identified by a group ID code (GID code) of users of the plurality of users | See 11-p for first level of administrative privilege of administrator of tracking service, mobile objects identified by OIDs, notification information, wireless location information sources, users identified by corresponding UID codes, controlling user membership in groups, database management system and database.<br><br>The tracking service provided by the Accused Instrumentalities are used by a plurality of authorized users, such as fleet managers of companies or organizations in various Customer environments. Each company or organization is a group identified by company or organization name or account ID, i.e., group identification code.<br><br>Groups identified by Group IDs (GIDs)<br><br>**Account & User Information**<br>At the top of each screen your company name, NexTraq account number, and current user will appear. In addition, date and time of the last login, the current revision number of the NexTraq platform application, and the user/driver link (if applicable) will be displayed.<br><br>NexTraq<br>DW - Demo Transport & Package [800186], Mary Green [magreen]<br>Logged in: Wednesday, April 18, 2012 4:46:44 PM EDT<br>Current Revision: 15653<br><br>Figure 7:   Account and User Information |

21

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-a (cont.) | who are identified by corresponding UID codes, wherein the group includes 1) an authorized user other than the administrator identified by an authorized user ID code (AUID code) having a second level of administrative privilege given by the administrator to authorized user to control conveyance of notifications in the group, wherein the administrator having the first level of administrative privilege does | *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br>  <br><br> *(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br> ---------------------------------------------------------------------------------------------------- <br> NexTraq (or one or more administrators employed by NexTraq) uses its first level of administrative privilege to controls user membership in groups by identifying its customers by GIDs, i.e., company or organization name or account number/ID, as user groups in the one or more databases in on-premise data warehouse or AWS and controlling access to user accounts. <br><br> Access to authorized user accounts |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|-------------------------------|
| 11-a (cont.) | not exercise the second level of administrative privilege given to the authorized user, and 2) a second user identified by a second user ID code (SUID code) different from the AUID code and 3) a mobile object identified by an OID code different from the AUID code and SUID code; and | <br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-a (cont.) | | To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html<br><br>To log into the application:<br><br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br>Username: [____]<br>Password: [____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>Log In<br><br>**Figure 2:   Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-------------------------------------------------------------------------------------------------<br>NexTraq's first level of administrative privilege is checked through servers of an on-premise data warehouse or servers of Amazon Web Services (AWS) (for example by, AWS IAM) before controlling user membership in specified groups.<br><br>Checking first level of administrative privilege |

24

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| 11-a (cont.) | | <br><br>(*Source: Page No. 1 of* <br>*https://signin.aws.amazon.com/signin?redirect_uri=https%3A%2F%2Faws.amazon.com%2Fmarketplace%2Fmanagement%2Fs ignin%3Fstate%3DhashArgs%2523%26isauthcode%3Dtrue&client_id=arn%3Aaws%3Aiam%3A%3A015428540659%3Auser% 2Faws-mp-seller-management-* |

25

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *portal&forceMobileApp=0&code_challenge=NYKP4aX0wYyvWBOSFoRTm5zPRRoVZqHdO6JW1cv8U2g&code_challenge_method=SHA-256*) |

------------------------------------------------------------------------------------------------------------

The company or organization has users identified by corresponding UID codes, including an authorized user other than the account administrator identified by an authorized user ID code (AUID code) who is the group administrator. NexTraq (or one or more administrators employed by NexTraq) uses the first level of administrative privilege to identify the group administrator and gives the group administrator a second level of administrative privilege for controlling conveyance of notifications i.e., alerts in the group.

Authorized user having second level of administrative privileges

As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share

*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*

3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.

*(Source: https://www.nextraq.com/terms-and-conditions/ )*

If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.

*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

26

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | To create or edit a custom map layer:<br><br>1. Log in as an Account Administrator.<br>2. Choose **Account** from the **Admin** tab.<br><br>*(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [　　　　]<br>Password: [　　　　]<br>☐ Remember me for two weeks<br>Forgot Password?<br>[ Log In ]<br><br>**Figure 2:   Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

27

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|----------------------------------|
|       |                     | To log into the application:<br><br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>    **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Account administrator is given the second level of administrative privileges at the customer level (i.e., group level) with access to all tabs. Any administrator at the group level with access to alert and zone tabs possesses the second level of administrative privileges. |

28

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  **Figure 308: New User Information** <br> *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

29

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account. <br><br>  <br> **Figure 305:  Account Administrator Tab Options including Users** <br> *(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> **Admin Tab** <br> Perform administrative tasks within the NexTraq Fleet Tracking Platform. Here you may define zones and locations, edit driver and mobile information, establish fleet membership, define users and modify contact information. <br> *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

30

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  (Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf) ---------------------------------------------------------------------------------------------------- NexTraq (or one or more administrators employed by NexTraq) does not perform the administrative functions performed by its customers group administrators. The group also has a second user identified by a second user ID code (SUID code) different from the AUID code such as a fleet manager. See 11-p for users identified by user IDs, which applies to the fleet managers. As the second user, the fleet manager can receive alerts, i.e., the notification information, see, 11-p. Second authorized users identified by a second user ID code (SUID code) |

31

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 11-b | b. checking the second level of administrative privilege of the authorized user based on the AUID code | See 11-p for first level of administrative privilege of administrator of tracking service, mobile objects identified by OIDs, notification information, wireless location information sources, users identified by corresponding UID codes, controlling user membership in groups, database management system and database.<br><br>See 11-a for authorized user identified by AUID, specifying groups identified by group ID codes (GID codes), second level of administrative privilege, and second authorized user identified by SUID code. |

33

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| 11-b (cont.) | before providing one or more users interfaces to the authorized user to specify: i. an event condition based on the mobile object locations that causes a group event to occur; and ii. an information access code comprising an access list that identifies one or more users of the plurality of users by corresponding UID codes including the SUID code of the second user who are recipients of a notification information | NexTraq (or one or more administrators employed by NexTraq) checks the second level of administrative privilege of the authorized user based on the AUID code. |

As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share

*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*

3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.

*(Source: https://www.nextraq.com/terms-and-conditions/ )*

If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.

*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

To create or edit a custom map layer:
1. Log in as an Account Administrator.
2. Choose **Account** from the **Admin** tab.

*(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

34

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-b (cont.) | when the group event occurs such that any user of the plurality of users who is not identified on the access list is not a recipient of the notification information when the group event occurs; and |  *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-------------------------------------------------------------------------------------------------------------------------------<br>After checking the second level of administrative privilege, NexTraq (or one or more administrators employed by NexTraq) provides interfaces to the authorized user to specify an event condition (i.e., arrival or departure) based on the mobile object/asset/vehicle locations that causes a group event, such as arrival and departure to occur.<br><br>Event Condition/Arrival/Departure |

35

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-b (cont.) | | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money**.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br>    ▪ Arriving at a defined location<br>    ▪ Departing a defined location<br>    ▪ Entering a defined zone<br>    ▪ Exiting a defined zone<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-------------------------------------------------------------------------------------------------------------------------------<br>After checking the second level of administrative privilege, NexTraq (or one or more administrators employed by NexTraq) provides interface to the authorized user to specify an information access code comprising an access list that |

36

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| 11-b (cont.) | | identifies one or more users who are privileged to be recipients of a notification information i.e., alert when the group event, such as arrival and departure occurs. The access list identifies the SUID code, e.g., ID of the fleet manager (See, 11-a), on the access list. Users who are not identified on the access list are not recipients of the notification information i.e., alerts when the group event, such as arrival and departure occur.<br><br>Access List<br><br>Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )*<br><br>The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert**.<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To**.<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject**.<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

37

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  Figure 308:  New User Information <br> (Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf) |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
|  |  | <br>*(Source: Page No. 148 of [http://www.alltrackusa.com/RTH_user_guide.pdf](http://www.alltrackusa.com/RTH_user_guide.pdf))* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

40

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | <br>Figure 213:  Create Alert Options<br><br>(*Source: Page No. 149 of* http://www.alltrackusa.com/RTH_user_guide.pdf) |
| 11-c | c. checking a first level of access control based on the UID codes to determine which users of the plurality of users can receive the | See 11-p for first level of administrative privilege of administrator of tracking service, mobile objects identified by OIDs, notification information, wireless location information sources, users identified by corresponding UID codes, controlling user membership in groups, database management system and database.<br><br>See 11-a for authorized user identified by AUID, specifying groups identified by group ID codes (GID codes), second level of administrative privilege, and second authorized user identified by SUID code.<br><br>See 11-b for event condition, group event and information access code. |

41

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | notification information when the group event occurs; and | A first level of access control is checked based on the UID codes to determine which users of the plurality of users can receive the notification information i.e., alert when the group event, such as arrival and departure occur.  *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*  *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 11-d | checking a second level of access control based on the | See 11-p for first level of administrative privilege of administrator of tracking service, mobile objects identified by OIDs, notification information, wireless location information sources, users identified by corresponding UID codes, controlling user membership in groups, database management system and database. |

42

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | information access code before sending the notification information when the database management system determines that the group event has occurred;<br><br>the notification information being sent to the one or more recipients identified on the access list including the second user to protect user privacy such that only identified users of the plurality of users on the access list can receive the | See 11-a for authorized user identified by AUID, specifying groups identified by group ID codes (GID codes), second level of administrative privilege, and second authorized user identified by SUID code.<br><br>See 11-b for event condition, group event and information access code.<br><br>See 11-c for checking first level of access control based on the UID codes.<br><br>A second level of access control is checked based on the information access code before sending the notification information i.e., alert when the database management system determines that the group event, such as arrival and departure, has occurred. The notification information i.e., alert is being sent to the one or more recipients identified on the access list including the second user to protect user privacy such that only identified users of the plurality of users on the access list can receive the notification information i.e., alert.<br><br>Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |

43

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|  | notification information. | The Alerts tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the Alerts tab and clicking Create Alert.<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for Applies To.<br>5. Choose the Days Active and Times Active (varies depending on Alert Type selected).<br>6. Select the Email Subject.<br>7. Choose the Notification Method by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

44

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  |

45

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | (Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf) |
| | | <br><br>Figure 213:  Create Alert Options<br><br>(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf) |
| 44-p | A method that uses a wireless system having an administrator for tracking locations of a plurality of mobile objects | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties. On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources. |

46

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | received from one or more location information sources over a wireless location network that provides the mobile object locations to a database management system that determines which users of a plurality of users of a tracking service provider are privileged to receive notification information when events that are based on the locations of the mobile objects occur, wherein one or more users are not | <br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

47

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | privileged to receive such notification information when the events occur, the method being executed in the database management system interfacing with the wireless location network and a database that identifies the plurality of the users by corresponding user identification codes and the plurality of the mobile objects by corresponding object identification codes, said method | **NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>*(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )*<br><br>On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution. |

48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|---------------------------------|
|       | comprising the steps of: | On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br>NexTraq<br>Atlanta, GA 31150<br>Posted On  April 12, 2022<br><br>This Job has been expired.<br><br>Job   Company   Rating   Review   Location   News   Insight   All Jobs   Competitors<br><br>**Cloud Data Engineer**<br>Atlanta, GA, USA<br>Req #3680<br>Tuesday, April 12, 2022<br>Responsibilities:<br><br>• Design and build enterprise data solutions and applications in service of data analyst and data scientist needs for advanced analytics in the cloud<br>• Design and build fault tolerant data pipelines from acquisition to consumption using a combination of AWS native services, Python, Java, and existing on-premise acquisition tools (Informatica, MS SQL, etc. )<br>• Analyze, re-architect and re-platform on-premise data warehouse solutions to data platforms in AWS.<br>• Conduct detail assessments of current state data platforms and create an appropriate transition path to AWS.<br><br>Qualifications:<br><br>• (5) + years experience building enterprise data management or data warehouse solutions or equivalent (2) + years experience building enterprise data pipelines using AWS native services and/or Python/Java.<br>• Experienced Technical Proficiency with the following relational data sources: AWS Redshift, AWS RDS, Oracle, MS SQL, MS Access, MS Excel<br>• Experienced Technical Proficiency with the following AWS services: S3, Lambda, Glue, Cloudwatch, Cloudformation, Kinesis, Athena, EMR, IAM, SQS, SNS<br><br>*(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)* |

50

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | ------------------------------------------------------------------------------------------------------------------------------- |
| | | As provider of the above tracking services, NexTraq (or one or more administrators employed by NexTraq) is the administrator of the service. |

As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share

*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*

All Account Information fields are completed by NexTraq Administrators, Accountants or Distributor Representatives and cannot be edited from this screen. All Contact Information fields can be modified.

**Account & Contact Information**

Account Information

Account ID: 800186
Company Name: DW - Demo Transport & Package
Distributor Company Name: (QA) Ellis Fleetworks          Distributor Rep Name: SalesRep, Role
Distributor Phone: 678-762-6800          Distributor Fax:
Distributor Email: wellis@efleetworks.com

*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.

51

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: https://www.nextraq.com/terms-and-conditions/ )*<br><br>-------------------------------------------------------------------------------------------------------------------<br><br>The Accused Instrumentalities is used to track locations of a plurality of mobile objects/assets/vehicles identified by Object IDs (OIDs) by plurality of users identified by user IDs. The Accused Instrumentalities are executed in the DBSM, which interfaces one or more databases in on-premise data warehouse or AWS for storing the OIDs and UIDs.<br><br>Mobile Objects/Assets/Vehicles identified by OIDs<br><br><br><br>*(Source: Page No. 3 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | The Mobile List includes the following information on each mobile unit:<br><br>• Mobile name<br>• Hardware ID<br>• Map color associated with this mobile in map labels<br>• Odometer reading<br>• Type of mobile device<br>• Fuel type used in the mobile unit<br>• VIN number of the vehicle<br>• License number of the vehicle<br>• Name of the driver<br><br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The mobile objects/assets/vehicles are associated with mobile tracking devices/mobile devices identified by Device IDs (DIDs) i.e., Hardware Ids that provide mobile object locations using wireless GPS location information sources. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | **Mobile List** |



Figure 266:  Mobile List

*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

---------------------------------------------------------------------------------------------------------------------------------

Mobile Devices Equipped with Location Information Sources
1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)
2-Asset Trackers Family of products (e.g., AT-730, AT-5100)
3-Trailer Trackers (e.g., TT-2830)
4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

The following flags are applicable to all mobile units:

▪ **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.

54

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | (*Source: Page No. 27 of* http://www.alltrackusa.com/RTH_user_guide.pdf) |
| | | Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. |
| | | (*Source: Page No. 1 of* https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ ) |
| | | GPS VEHICLE TRACKERS FOR EVERY PURPOSE

The NexTraq® Vehicle Tracker VT-3030

A versatile OBD-II telematics device for simplified GPS fleet management.

The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior. |
| | | (*Source: Page No. 2 of* https://www.nextraq.com/services/vehicle-tracking/ ) |

55

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  THE NEXTRAQ® VEHICLE TRACKER VT-3640 **Robust telematics device built for dynamic flexibility.** The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles. *(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )* |

56

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  THE NEXTRAQ® VEHICLE TRACKER VT-2630<br><br>Leading edge fleet tracker for advanced fleet management with extensive capabilities.<br><br>The NexTraq® Vehicle Tracker VT-2630 is a fleet tracking device incorporating a powerful processing engine, LTE Cat 1 connectivity and built-in triple-axis accelerometer. Hidden from your driver's view, it's optimal for measuring driver behavior, vehicle performance and location throughout the day.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br><br>*(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

57

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)*<br><br>The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

59

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  *(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )* ----------------------------------------------------------------------------------------------------------- NexTraq uses a wireless location network to provide mobile object/asset/vehicle locations to the on-premise data warehouse or AWS database management system. Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. *(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |

60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | The Accused Instrumentalities are executed in the database management system interfacing with the wireless location network to provide the above identified tracking services to a plurality of authorized users who track the mobile objects/assets/vehicles. |
| | | --------------------------------------------------------------------------------------------------------------------------------------- |
| | | **Users identified by User IDs** |
| | | *Users* |
| | | Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account. |
| | | *(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  **Figure 308: New User Information** *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* **12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions. |

62

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br>------------------------------------------------------------------------------------------------------------------------------<br><br>The one or more databases in on-premise data warehouse or AWS identifies the plurality of the users by corresponding user identification codes and the plurality of the mobile objects/assets/vehicles by corresponding object identification codes. <br><br><div align="center">Databases</div><br><br>**Figure 266:  Mobile List**<br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. |

*(Source: Page No. 1 of* https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ *)*



**Figure 161: Sample Detailed Activity Report**

*(Source: Page No. 111 of* http://www.alltrackusa.com/RTH_user_guide.pdf*)*

---------------------------------------------------------------------------------------------------------------------

The database management system determines which users of a plurality of users of a tracking service provider are privileged to receive notification information i.e., alerts when events such as arrival and departure that are based on the locations of the mobile objects/assets/vehicles occur.

Notification Information/Alerts

64

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk. |
| | | With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq. |
| | | *(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units. |
| | | 1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.** |
| | | 2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type. |
| | | 3. Enter the desired name for the alert. |
| | | 4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.** |
| | | 5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected). |
| | | 6. Select the **Email Subject.** |
| | | 7. Choose the **Notification Method** by clicking on the drop down list. |
| | | 8. Enter email addresses or SMS information of recipients to receive the alert email when triggered. |
| | | *(Source: Page 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf )* |
| | |  |

65

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br>  <br><br> *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

66

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  **Figure 213: Create Alert Options** *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)*  *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 44-a | configuring one or more | See 44-p for the tracking service provider, administrator, mobile objects, Object IDs, users, user IDs, database management system, database, location information and notification information. |

67

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|-------------------------------|
| | centralized or distributed servers of the tracking service provider to interface with the database management system to identify groups of users of the plurality users who the track mobile objects under at least three different levels of access control, including: a first level of access control of the administrator of the tracking service provider identified by an administrator ID code (AID code), the administrator having a first | One or more centralized or distributed servers of an on-premise data warehouse or servers of Amazon Web Services (AWS) are configured to interface with the DBSM to identify groups of users who track the mobile objects.<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*<br>-----------------------------------------------------------------------------------------------------------------------<br>The users are in Customer environments. Each customer forms a group of users as a company or organization identified by company or organization name or account ID/number, i.e., group identification code.<br><br><div align="center">Group identified by Group ID (GID)</div><br>**Account & User Information**<br><br>At the top of each screen your company name, NexTraq account number, and current user will appear. In addition, date and time of the last login, the current revision number of the NexTraq platform application, and the user/driver link (if applicable) will be displayed.<br><br>**NexTraq**  DW - Demo Transport & Package [800186], Mary Green [magreen]<br>Logged in: Wednesday, April 18, 2012 4:46:44 PM EDT<br>Current Revision: 15653<br><br>**Figure 7:    Account and User Information**<br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | level of administrative privilege to control user membership in the group by specifying authorized users; ii. a second level of access control of an authorized user other than the administrator identified by an authorized user ID code (AUID code), the authorized user having a second level of administrative privilege given by the administrator to control conveyance of a notification to the group, | 
*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)*
--------------------------------------------------------------------
The Accused Instrumentalities operate under at least three different levels of access control.
A first level of access control is applied to NexTraq (or one or more administrators employed by NexTraq) as administrator of the tracking services.
NexTraq (or one or more administrators employed by NexTraq) is identified on the on-premise data warehouse or the AWS by its administrator ID code (AID code), which differentiates it from other service providers that use the AWS platform. NexTraq (or one or more administrators employed by NexTraq) uses the first level of administrative privilege to control user membership in the groups by specifying authorized users who become group administrators of respective customers, each identified by corresponding authorized user ID codes (AUID codes).

Group Administrator


*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | wherein the administrator having the first level of administrative privilege does not exercise the second level of administrative privilege given to the authorized user, and iii. a third level of access control of a second user identified by a second user ID code (SUID code) specified by the authorized user identified by the AUID code before the second user receives the notification information; | 3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. *(Source: https://www.nextraq.com/terms-and-conditions/ )* <br><br> If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**. *(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account. <br><br>  <br> **Figure 305:  Account Administrator Tab Options including Users** <br> *(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br> ---------------------------------------------------------------------------------------------------------------- <br> NexTraq (or one or more administrators employed by NexTraq) gives an authorized user who is specified by NexTraq (or one or more administrators employed by NexTraq) as administrator of a group a second level of administrative |

70

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | privilege to control conveyance notifications i.e., alerts within a corresponding group after the second level of access control of the authorized user is checked via login based an authorized user ID code (AUID code). |

<div style="text-align:center">Second level of administrative privileges</div>

As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share

*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*

3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.

*(Source: https://www.nextraq.com/terms-and-conditions/ )*

Account administrator is given the second level of administrative privileges at the customer level (i.e., group level) with access to all tabs. Any administrator at the group level with access to alert and zone tabs possesses the second level of administrative privileges.

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | <br><br>**Figure 308: New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

72

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>**Figure 305:  Account Administrator Tab Options including Users**<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Admin Tab**<br><br>Perform administrative tasks within the NexTraq Fleet Tracking Platform. Here you may define zones and locations, edit driver and mobile information, establish fleet membership, define users and modify contact information.<br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

73

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | **Admin Tab** <br><br> The **Admin** tab options allow you to edit, update, and maintain the application's data. You can perform the following administrative tasks on the **Admin** tab: <br><br> • Create, name, modify, delete, and set expiration dates for **Locations** <br> • Create, name, modify, delete, and set expiration dates for **Zones** <br> • Name **Mobiles** and edit mobile unit information <br> • Create Fuel Purchase records <br> • Create, modify, and delete **Driver** information <br> • Create, modify, and delete **Fleets** <br> • Make **Driver**-mobile assignments <br> • Edit **Account** contact information <br> • Maintain Fuel Information <br> • Activate Fuel Cards <br> • Create, edit, and delete custom map layers <br> • Create and edit **Users**. <br><br> *(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br> --------------------------------------------------------------------------------------------------------------------- <br> NexTraq (or one or more administrators employed by NexTraq) does not perform the administrative functions performed by its customer's group administrators. <br><br> A second level of access control is applied to the authorized user by the authorized user ID code (AUID code). <br><br> Second level of access control <br><br> If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**. <br><br> *(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

74

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | To create or edit a custom map layer:<br><br>1. Log in as an Account Administrator.<br><br>2. Choose **Account** from the **Admin** tab.<br><br>*(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [          ]<br>Password: [          ]<br>☐ Remember me for two weeks<br>Forgot Password?<br>Log In<br><br>**Figure 2:** **Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To log into the application:<br><br>1. Type your user name in the **Username** text box.<br><br>2. Type your password in the **Password** text box.<br><br>**NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>--------------------------------------------------------------------------------------------------------------------------------------<br>NexTraq (or one or more administrators employed by NexTraq) does not perform the administrative functions performed by its customers' group administrators because NexTraq customers control conveyance of information for their respective groups.<br><br>The authorized user identified by the AUID code specifies a fleet manager as a second user before the fleet manager receives alerts, i.e., the notification information.<br>See 44-p for users identified by user IDs, which applies to the fleet managers.<br><br><div align="center">Second authorized users identified by a second user ID code (SUID code)</div><br>Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |

76

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  Figure 308:  New User Information<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>---<br>When the fleet managers log in, a third level of access control is applied based on the second user ID code of the fleet managers.<br><br>Access to second authorized user accounts |

77

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  |

Figure 308:  New User Information
*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

12. In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.

78

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | **Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [          ]<br>Password: [          ]<br>☐ Remember me for two weeks<br>*Forgot Password?*<br>[Log In]<br><br>**Figure 2:   Login Options** |
| | | *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | To access the NexTraq Fleet Tracking platform, use the login address:<br>http://go.nextraq.com/login.html<br>To log into the application:<br>  1.  Type your user name in the **Username** text box.<br>  2.  Type your password in the **Password** text box.<br>      **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance. |
| | | *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 44-b | checking the first level of access control based on the AID code before identifying a | See 44-p for the tracking service provider, administrator, first level of administrative privilege, mobile objects, object identification code (OID code), users,  user IDs,  database management system, database, groups, location information and notification information.<br><br>See 44-a for centralized or distributed servers, second level of administrative privilege, group, group ID code, first level of access control, second level of access control, third level of access control, AID code, second user SUID. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | group by a group ID code (GID code) that includes the authorized user, the second user and a mobile object identified by a mobile object identification code (OID code); and | The on-premise data warehouse or the AWS platform checks the first level of access control based on the NexTraq's AID code before identifying the customers of the tracking service who are identified by company organization names/account ID or number, i.e., group ID codes (GID codes).  |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 1 of https://signin.aws.amazon.com/signin?redirect_uri=https%3A%2F%2Faws.amazon.com%2Fmarketplace%2Fmanagement%2Fsignin%3Fstate%3DhashArgs%2523%26isauthcode%3Dtrue&client_id=arn%3Aaws%3Aiam%3A%3A015428540659%3Auser%2Faws-mp-seller-management-portal&forceMobileApp=0&code_challenge=NYKP4aX0wYyyWBOSFoRTm5zPRRoVZqHdO6JW1cv8U2g&code_challenge_method=SHA-256)*<br><br>--------------------------------------------------------------------------------------------------------------------<br><br>Each group is associated with the authorized user, the second user and a mobile object/asset/vehicle identified by a mobile object identification code (OID code).<br><br>Association of Users with Groups |

81

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | 

Figure 308:  New User Information
(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf) |

82

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br><br>**Figure 305:  Account Administrator Tab Options including Users**<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>--------------------------------------------------------------------------------------------------------------------------------<br>Association of Objects/assets/vehicles with Groups<br><br>Mobile objects identified by object IDs are associated with groups identified by GIDs in one or more databases maintained by on-premise data warehouse or AWS. |

83

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|----------------------------------|
| | | <br><br>*(Source: Page No. 23 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 44-c | checking the second level of access control based on the AUID code before allowing the authorized user to use the second level of administrative privilege to specify 1) an event condition based on the mobile object's | See 44-p for the tracking service provider, administrator, first level of administrative privilege, mobile objects, object identification code (OID code), users, user IDs, database management system, database, groups, location information and notification information.<br><br>See 44-a for centralized or distributed servers, second level of administrative privilege, group, group ID code, first level of access control, second level of access control, third level of access control, AID code, second user SUID.<br><br>See 44-b for checking the first level of access, the second user.<br><br>The second level of access control is checked after login based on the AUID code before allowing the authorized user to use the second level of administrative privilege.<br><br><div align="center">Access to authorized user accounts</div> |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | locations that causes a group event to occur and 2) an information access code comprising an access list that identifies one or more users who are privileged to be recipients of a notification information when the group event occurs such that any user who is not identified on the access list is not a recipient of the notification information when the group event occurs and 3) identify the SUID code on | <br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>12. In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | the access list; and | *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br><br>**Logging Into NexTraq Fleet Tracking Platform**<br><br>Figure 2:    Login Options<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html<br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br>NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------------------------------<br>NexTraq (or one or more administrators employed by NexTraq) uses the first level of administrative privilege to give an authorized user in each customer group a second level of administrative privilege to control conveyance notifications i.e., alerts within a corresponding group after a second level of access control of the authorized user is checked via login based an authorized user ID code (AUID code). |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | Second level of access control |

3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.

*(Source: https://www.nextraq.com/terms-and-conditions/ )*

If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.

*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

To create or edit a custom map layer:
1. Log in as an Account Administrator.
2. Choose **Account** from the **Admin** tab.

*(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

87

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | **Logging Into NexTraq Fleet Tracking Platform**<br><br>**NexTraq**<br><br>Username: [_____]<br>Password: [_____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>[Log In]<br><br>**Figure 2:    Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To log into the application:<br><br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>   **NOTE:**  If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>--------------------------------------------------------------------------------------------------------------------------------<br>Once checked, the authorized user specifies: |

88

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | 1) an event condition based on the mobile object's locations that causes a group event, such as arrival or departure to occur: <br> A-Geo-fencing event condition, such as arrival and departure. <br><br> Event Condition <br><br> **Zones** <br><br> In contrast to **Locations**, **Addresses** and geographical points, **Zones** can be defined for geographic areas. Such areas might include a business district, an area covered by one or more routes, a section of a city, or an entire state. **Zones** can only be created on the **Admin** tab. **Zones** are stored for use with **Find** maps and **Alerts**, and they appear on the map as translucent green shapes. The center of each zone shape is a marker. <br><br> **Creating Zones** <br><br> To create a zone: <br> 1. Choose **Create Zone** from the **Admin Zones** submenu or, from the **Zone List** screen, click **Create Zone.** <br> *(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

89

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | **Geofencing** |
| | | Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business? |
| | | • **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours. |
| | | • **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates. |
| | | • **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe. |
| | | • **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.** |
| | | *(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* |
| | | You can activate 17 types of alerts:  ▪ Arriving at a defined location  ▪ Departing a defined location  ▪ Entering a defined zone  ▪ Exiting a defined zone |
| | | *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | ------------------------------------------------------------------------------------------------------------------------------------------------- |
| | | An information access code comprising an access list that identifies one or more users who are privileged to be recipients of notification information i.e., alert when the group event, such as arrival and departure occurs. The access list identifies |

90

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | the SUID code, e.g., ID of the fleet manager on the access list. Users who are not identified on the access list are not recipients of the notification information i.e., alert when the group event, such as arrival and departure occur. <br><br> Information Access code Comprising Access List <br><br>  <br><br> **Figure 308:  New User Information** <br> *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

91

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | The Alerts tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the Alerts tab and clicking Create Alert.<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for Applies To.<br>5. Choose the Days Active and Times Active (varies depending on Alert Type selected).<br>6. Select the Email Subject.<br>7. Choose the Notification Method by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |           |

93

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 44-d | determining the mobile object's locations based on the OID code; | See 44-p for the tracking service provider, administrator, first level of administrative privilege, mobile objects, object identification code (OID code), users, user IDs, database management system, database, groups, location information and notification information.<br><br>See 44-a for centralized or distributed servers, second level of administrative privilege, group, group ID code, first level of access control, second level of access control, third level of access control, AID code, second user SUID.<br><br>See 44-b for checking the first level of access, the second user. |

94

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | See 44-c for group event, event condition, information access code and access list.<br><br>Mobile object's/asset's/vehicle's locations are determined based on the OID code<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |

95

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | • The **Mobile/Driver** tab contains the mobile name, the driver name, last track date and time (based on user preferences), location or address of the mobile, and vehicle status. If the mobile is equipped with the **Fleet Dispatch** solution, **Dispatch Status** also appears on this tab.<br><br>Click the **Open Street View** hyperlink to display the Google Maps Street View window. A message displays if Street View is not available at that location.<br><br>If the Fuel Consumption and Cost option was selected in **User Preferences**, the vehicle status will include idling and length of idle time. In addition the **Cost of Idle Loss** amount will be estimated per the **Fuel Information** options on the **Account** page or defined in the **Mobiles** information on the **Admin** tab.<br>• The **Track** tab shows the unit's geographical position, speed, active flags, identification number of the unit, the number of satellites/radio signal strength rating, and, with **Fleet Dispatch** enabled, PND status.<br>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | <br>**Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions**<br>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 44-e. | determining whether the group event occurred based on the event condition and the mobile object's locations; and | See 44-p for the tracking service provider, administrator, first level of administrative privilege, mobile objects,  object identification code (OID code), users,  user IDs,  database management system, database, groups, location information and notification information.<br><br>See 44-a for centralized or distributed servers, second level of administrative privilege, group, group ID code, first level of access control, second level of access control, third level of access control, AID code, second user SUID.<br><br>See 44-b for checking the first level of access, the second user.<br><br>See 44-c for group event, event condition, information access code and access list.<br><br>See 44-d for determining the mobile object's locations based on the OID code. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     | The occurrence of the group event is determined based on the event condition, such as arrival/departure and the mobile object's locations.<br><br>**Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations —even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert. How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property,** and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security,** it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br><br>   • Arriving at a defined location<br>   • Departing a defined location<br>   • Entering a defined zone<br>   • Exiting a defined zone |

98

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|  |  | *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 44-f. | checking the third level of access control based on the SUID code before sending the notification information to the second user when the group event occurs such that only identified users of the plurality of users on the access list can receive the notification. | See 44-p for the tracking service provider, administrator, first level of administrative privilege, mobile objects, object identification code (OID code), users, user IDs, database management system, database, groups, location information and notification information.<br><br>See 44-a for centralized or distributed servers, second level of administrative privilege, group, group ID code, first level of access control, second level of access control, third level of access control, AID code, second user SUID.<br><br>See 44-b for checking the first level of access, the second user.<br><br>See 44-c for group event, event condition, information access code and access list.<br><br>See 44-d for determining the mobile object's locations based on the OID code.<br><br>See 44-e for determining whether the group event occurred based on the event condition and the mobile object's locations.<br><br>Alerts are sent to fleet managers who are second user identified by SUID code.<br><br>For example, NexTraq (or one or more administrators employed by NexTraq) checks third level of access control via manager's login, which is based on user ID codes of managers.<br><br>Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq. |

99

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )*<br><br>**Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [_____]<br>Password: [_____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>Log In<br><br>**Figure 2:   Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br>**NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

100

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | ----------------------------------------------------------------------------------------------------------------------------------- |
| | | Only identified users of the plurality of users on the access list can receive the notification i.e., alert. |
| | | Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk. |
| | | With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq. |
| | | *(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units. |
| | | 1.  To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.** |
| | | 2.  In the Create Alert page, choose the type of alert by clicking the drop-down list for Type. |
| | | 3.  Enter the desired name for the alert. |
| | | 4.  Select the mobiles the alert applies to by clicking the drop-down list for **Applies To**. |
| | | 5.  Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected). |
| | | 6.  Select the **Email Subject**. |
| | | 7.  Choose the **Notification Method** by clicking on the drop down list. |
| | | 8.  Enter email addresses or SMS information of recipients to receive the alert email when triggered. |
| | | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

101

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |   *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*    *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

102

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | |  **Figure 213: Create Alert Options** *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 45 | The method of claim 44, wherein the second level of access control is used by the authorized user to assign a role in an | See 44-p for the tracking service provider, administrator, first level of administrative privilege, mobile objects, object identification code (OID code), users,  user IDs,  database management system, database, groups, location information and notification information.

See 44-a for centralized or distributed servers, second level of administrative privilege, group, group ID code, first level of access control, second level of access control, third level of access control, AID code, second user SUID.

See 44-b for checking the first level of access, the second user. |

103

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | organization or a security-clearance to the second user, wherein the one or more central or distributed servers are configured to interface with the database management system such that the second user is given privilege to perform one or more administrative functions that are based on the assigned role or the security-clearance. | See 44-c for group event, event condition, information access code and access list.<br><br>See 44-d for determining the mobile object's locations based on the OID code.<br><br>See 44-e for determining whether the group event occurred based on the event condition and the mobile object's locations.<br><br>See 44-f for checking the third level of access control based on the SUID code before sending the notification information.<br><br>The second level of access control is used by the authorized user to assign a role in an organization. The servers of an on-premise data warehouse or Amazon Web Services (AWS) are configured to interface with the database management system such that the second user is given privilege to perform administrative functions based on the assigned role or the security-clearance.<br><br><div align="center">Roles</div><br>**Users**<br><br>Users must be defined in order to have access to the NexTraq platform. Account Administrators will be able to add and update Users from the Admin tab. The User List contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

104

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
|  |  | **The NexTraq Fleet Metrics** application integrates data from the NexTraq platform to provide a snapshot of a mobile's or fleet's performance on a single screen. It is a dashboard module designed to enable fleet managers to track high-level performance metrics and to identify trends and patterns in driver behavior over a given time frame. Focusing on a single driver or an entire fleet, Fleet Metrics reviews key data on each vehicle. Using up to 12 months' of data, you can compare actual performance against goals, identifying strengths and areas for improvement. These performance metrics include **Idle Time**, **Miles (or Kilometers) Driven**, **Engine On Time**, **Stopped Time**, **Moving Time**, and **Speed Alerts**. <br><br> *(Source: Page No. 87 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br><br> The NexTraq™ Fleet Mobile application gives supervisors direct access to the mapping, monitoring, and reporting capabilities of the fleet management software via their tablets, Android™, BlackBerry®, and iPhone® devices, as well as many other devices with browser capabilities. Supervisors are able to locate and view the status of a specific mobile unit or find the nearest mobile or location. The Fleet Mobile application provides 24/7 access to key data and vehicle management options. With your NexTraq Fleet Tracking platform username and password, use the mobile user login addresses below: <br><br> *(Source: Page No. 13 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | |  **Figure 308: New User Information** <br> *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

106

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 9,871,874

| Claim | US Patent 9,871,874 | Description of the Infringement |
|---|---|---|
| | | 12. In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>13. If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.