# Exhibit C-1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,021,198 and provides notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  This claim chart include information provided by way of example, and not by way of limitation.

"Accused Instrumentalities" as used herein refers to herein provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets equipped with sensors or tags (the Assets).

1. NexTraq offers the following tracking products and services (the Accused Instrumentalities), including but not limited to NexTraq® Fleet Tracking solution (https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf), which provides data to NexTraq® Web Services (http://www.discretewireless.com/resources/APIReference.pdf) for use in various platforms and solutions that support:

   (a) NexTraq®'s Fleet Visibility and      Productivity products, services and solutions which are used for vehicle tracking (https://www.nextraq.com/services/vehicle-tracking/), asset tracking https://www.nextraq.com/services/asset-tracking/), geo-fencing and mapping (https://www.nextraq.com/services/geofencing-mapping/), real-time alerts (https://www.nextraq.com/services/real-time-alerts/), sensors (https://www.nextraq.com/services/sensors/) and integration with third party platforms, solutions and/or applications (https://www.nextraq.com/services/integration/);

   (b) NexTraq® View™ and NexTraq® Connect™ mobile apps which are used by mobile work force (https://www.nextraq.com/services/mobile-apps/);

   (c) NexTraq® Fleet Defender (https://www.nextraq.com/services/fleet-defender/) and NexTraq® Dashcam™ (https://www.nextraq.com/services/dashcam/) which are used for drive safety;

   (d) NexTraq® Driver ID, which is used for Automatic Driver Assignment (https://www.nextraq.com/services/automatic-driver-assignment/)

**NexTraq "Mobile Tracking Devices" and/or "Mobile Devices" means:**

The Accused Instrumentalities track the Assets, which are attached to or carried by mobile devices, including but not limited to:

1

.

Exhibit C-1
Page 1 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)

2-Asset Trackers Family of products (e.g., AT-730, AT-5100)

3-Trailer Trackers (e.g., TT-2830)

4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

5-Other GPS and sensor, e.g., temperature sensor, equipped mobile devices.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '198 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '198 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of

2

.

Exhibit C-1
Page 2 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

the Infringing Instrumentalities, as set forth herein.  In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq.  PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '198 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 1-p | 1. A method for controlling conveyance of location and tracking information provided as an Internet service, comprising: | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties.  On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources. |

3

.

Exhibit C-1
Page 3 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  Figure 1: NexTraq Fleet Tracking Platform Overview<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

4

.

Exhibit C-1
Page 4 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | **NexTraq Fleet Tracking Platform** |
|       |                      | This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection. |
|       |                      | Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen. |
|       |                      | *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
|       |                      | **What is NexTraq's tech stack?** |
|       |                      | NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More |
|       |                      | *(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )* |
|       |                      | On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution. |

5

.

Exhibit C-1
Page 5 of 60

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc.<br><br> |

6

.

Exhibit C-1

Page 6 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)* <hr> Accused Instrumentalities control conveyance of location and tracking information provided as an Internet service. <br><br>  <br> *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> Internet Service |

.

Exhibit C-1
Page 7 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*<br><br>-------------------------------------------------------------------------------------------------------------------------<br>The Accused Instrumentalities use mobile devices equipped with location information sources for conveyance of location and tracking information.<br><br><div align="center">Location Information</div><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. |

8

.

Exhibit C-1
Page 8 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|       |                      | *(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* <br><br> • The **Mobile/Driver** tab contains the mobile name, the driver name, last track date and time (based on user preferences), location or address of the mobile, and vehicle status. If the mobile is equipped with the **Fleet Dispatch** solution, **Dispatch Status** also appears on this tab. <br><br> Click the **Open Street View** hyperlink to display the Google Maps Street View window. A message displays if Street View is not available at that location. <br><br> If the Fuel Consumption and Cost option was selected in **User Preferences**, the vehicle status will include idling and length of idle time. In addition the **Cost of Idle Loss** amount will be estimated per the **Fuel Information** options on the **Account** page or defined in the **Mobiles** information on the **Admin** tab. <br><br> • The **Track** tab shows the unit's geographical position, speed, active flags, identification number of the unit, the number of satellites/radio signal strength rating, and, with **Fleet Dispatch** enabled, PND status. <br> *(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

9

.

Exhibit C-1
Page 9 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | |  |

**Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions**
*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Mobile Devices Equipped with Location Information Sources
1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)
2-Asset Trackers Family of products (e.g., AT-730, AT-5100)
3-Trailer Trackers (e.g., TT-2830)
4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

The following flags are applicable to all mobile units:

- **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.

*(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

10

.

Exhibit C-1
Page 10 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. <br><br> (*Source: Page No. 1 of* [https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/](https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/) ) <br><br> GPS VEHICLE TRACKERS FOR EVERY PURPOSE <br><br> The NexTraq® Vehicle Tracker VT-3030 <br><br> A versatile OBD-II telematics device for simplified GPS fleet management. <br><br> The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior. <br><br> (*Source: Page No. 2 of* [https://www.nextraq.com/services/vehicle-tracking/](https://www.nextraq.com/services/vehicle-tracking/) ) |

11

.

Exhibit C-1
Page 11 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
|  |  | # THE NEXTRAQ® VEHICLE TRACKER VT-3640 <br><br> **Robust telematics device built for dynamic flexibility.** <br><br> The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles. <br><br> *(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )* |

12

.

Exhibit C-1
Page 12 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | <br><br>(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )<br><br><br><br>(Source: Page No. 1 of https://www.ebay.com/itm/272838073110) |

13

.

Exhibit C-1
Page 13 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)*<br><br>The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

14

Exhibit C-1
Page 14 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
|  |  | <br>The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information.<br>*(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)*<br><br>The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time.<br>*(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

15

.

Exhibit C-1
Page 15 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | <br>(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )<br><br>The mobile devices are GPS equipped for tracking mobile objects like assets and vehicles. |
| 1-a | providing a computer server connected to the Internet, said computer server executing first database management system software that maintains a database of location and | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>NexTraq uses servers of an on-premise data warehouse or servers of Amazon Web Services (AWS), which are connected to the Internet. The servers of on-premise data warehouse or servers of AWS executes first database management system software that accesses a database of location and tracking information.<br>One or more databases in on-premise data warehouse or AWS maintains about a first information sharing environment as network of computing devices used for controlling conveyance of location and tracking information.<br><br>First Information Sharing Environment (ISE)<br>NexTraq's network of computing devices used to provide the accused instrumentalities is a first information sharing environment (ISE) which is used by a plurality of authorized users in different companies/organizations. |

16

.

Exhibit C-1
Page 16 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | tracking information about a first information sharing environment used by a plurality of authorized users; |  Figure 1:   NexTraq Fleet Tracking Platform Overview<br>(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)<br><br>------------------------------------------------------------------------------------------<br>In fact, each of the above tracking services provided by different Accused Applications, create a respective NexTraq information sharing environment as a first information sharing environment, which is used by authorized users such as account administrator and manager, identified by user IDs within a corresponding NexTraq information sharing environment.<br><br>Users identified by user IDs |

17

Exhibit C-1
Page 17 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|  |  | **Users**<br><br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

18

.

Exhibit C-1
Page 18 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>**13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-b | providing one or more first administrative privileges used by a first administrator to maintain said first information sharing environment, said one or more first administrative privileges being used to: a) define a plurality of second information | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>See 1-a for server, first ISE and authorized users.<br><br>NexTraq (or one or more administrators employed by NexTraq) is provided with first administrative privileges for maintaining the first information sharing environment. NexTraq (or one or more administrators employed by NexTraq) uses the first administrative privileges to define a plurality of customer environments (which is formed by its customers' network of computing devices) who purchase the Internet service.<br><br><div align="center">Second ISEs</div> |

<div align="center">19</div>

.

Exhibit C-1
Page 19 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | sharing environments corresponding to a plurality of purchasers of said Internet service, b) provide each authorized user of said plurality of authorized users a respective user account name and password to use as part of a login process, and c) assign each authorized user of said plurality of authorized users to only one of said second information sharing environments of said plurality of |  **Figure 1:** **NexTraq Fleet Tracking Platform Overview** *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* ---------------------------------------------------------------------------------- As such, the customer environments corresponding to purchasers of the Internet tracking services, are defined by NexTraq as a plurality of second ISEs.  NexTraq (or one or more administrators employed by NexTraq) uses the first administrative privileges to provide each authorized a respective user account name and password to use as part of a login process. Authorized user accounts |

.

Exhibit C-1
Page 20 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|       | second information sharing environments, said plurality of second information environments coexisting independent of each other within said first information sharing environment; | <br><br>**Figure 308:  New User Information**<br>(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf) |

21

Exhibit C-1
Page 21 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [_____]<br>Password: [_____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>[Log In]<br><br>**Figure 2:   Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html<br><br>To log into the application:<br><br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>    NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------------<br>NexTraq (or one or more administrators employed by NexTraq) uses first level of administrative privilege to provide access authorization to user accounts in response to received log in requests that contain IDs and passwords of the authorized users in their respective customer environments.  In this way, each authorized user is assigned to its own customer environment, which coexist independent of other customer environments created within NexTraq's information sharing environment. |

.

Exhibit C-1
Page 22 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| 1-c | providing second administrative privileges used to maintain said plurality of second information sharing environments to a plurality of second administrators, said second administrative privileges being used to: a) define one or more groups within a respective second information sharing environment, and b) assign each authorized user of the respective second | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>See 1-a for server, first ISE and authorized users.<br><br>See 1-b for second ISEs and authorized user accounts.<br><br>NexTraq's Accused Instrumentalities are used by a plurality of authorized users, such as managers of companies or organizations in various customer environments, which are second ISEs.<br>NexTraq (or one or more administrators employed by NexTraq) uses the first administrative privilege to authorize a user in each customer environment to be a second administrator, identified in the DB by NexTraq, which is the first administrator.  In other words, it is NexTraq (or one or more administrators employed by NexTraq) that specifies its customer environments.<br><br><div align="center">Second Administrator</div><br>As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.<br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-------------------------------------------------------------------------------------------------------------<br>NexTraq (or one or more administrators employed by NexTraq) provides second administrative privileges to the second administrators for maintaining their customer environments. |

.

Exhibit C-1
Page 23 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | information sharing environment to one or more of said groups; | **Second administrative privileges** <br><br> As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share <br> *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )* <br><br> 3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. <br> *(Source: https://www.nextraq.com/terms-and-conditions/ )* <br><br> Account administrator is given the second administrative privileges at the customer level (i.e., group level) with access to all tabs.  Any administrator at the group level has second administrative privileges to define one or more groups within the customer's environment, and assign each authorized user to one or more groups within the customer's environment. |

24

Exhibit C-1
Page 24 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | <br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

25

Exhibit C-1
Page 25 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account. <br><br> **Figure 305:  Account Administrator Tab Options including Users** <br> *(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> **Admin Tab** <br><br> Perform administrative tasks within the NexTraq Fleet Tracking Platform. Here you may define zones and locations, edit driver and mobile information, establish fleet membership, define users and modify contact information. <br> *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

26

.

Exhibit C-1
Page 26 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **Admin Tab**<br><br>The Admin tab options allow you to edit, update, and maintain the application's data. You can perform the following administrative tasks on the Admin tab:<br><br>• Create, name, modify, delete, and set expiration dates for Locations<br>• Create, name, modify, delete, and set expiration dates for Zones<br>• Name Mobiles and edit mobile unit information<br>• Create Fuel Purchase records<br>• Create, modify, and delete Driver information<br>• Create, modify, and delete Fleets<br>• Make Driver-mobile assignments<br>• Edit Account contact information<br>• Maintain Fuel Information<br>• Activate Fuel Cards<br>• Create, edit, and delete custom map layers<br>• Create and edit Users.<br><br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------<br>The second administrator uses the second administrative privileges to define groups/sub-groups within a respective customer environment.<br><br>Groups/sub-groups within a respective customer information sharing environment<br><br>*Fleets*<br><br>The Fleets option allows you to group mobile units by criteria that may be helpful to your organization. For example, fleets may be grouped by territory, purpose, vehicle model, or fuel type. |

27

.

Exhibit C-1
Page 27 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Creating a fleet**<br><br>To create a fleet:<br><br>1. Choose **Fleets** from the **Admin** tab.<br><br>Fleet List<br><br>Create Fleet    Filter Fleets    Remove Filters<br><br>| Edit | Delete | Name | # Mobiles | Map Color |<br>North Atlanta 3<br>South Atlanta 2<br>Training Fleet 1 3<br>Trucks 4<br>Vans 4<br>CSV  Excel  XML  PDF<br>5/5 fleets found.<br><br>**Figure 286: Fleet List Options**<br><br>*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

28

.

Exhibit C-1
Page 28 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | |  |

Figure 287:  Create Fleet Options

*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Figure 289:  Edit Fleet Options

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | *(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> --------------------------------------------------------------------------------------------------------- <br><br> The second administrator uses the second administrative privileges to assign each authorized user of the respective second information sharing environment to one or more of groups/sub-groups. <br><br>  <br> **Figure 288:  Mobile Assignment and User Access Windows** <br> *(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> Click **Edit Users** to open the User Access to Fleet window. <br><br> Move users from the **Account Users** list to the **Users With Access** list by using the arrows. Users "With Access" will have fleet information available to them in Find and Reports functions. Click **Close** when you have completed your fleet access list. <br><br> **NOTE:** When you have more than 1,000 users, User Groups are formed. Click the User Group drop-down box to select the group that includes the user you seek. |

30

.

Exhibit C-1
Page 30 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | *(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br><br>**Figure 289:  Edit Fleet Options**<br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-d | providing a plurality of second database management system software that executes on a plurality of computing devices of said plurality of authorized users, said plurality of second database management | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>See 1-a for server, first ISE and authorized users.<br><br>See 1-b for second ISEs and authorized user accounts.<br><br>See 1-c for second administrator, second administrator privileges, and groups.<br><br><div align="center">Second Database Management System Software</div> |

.

Exhibit C-1
Page 31 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | system software interfacing with said first database management system software, each second database management system software of said plurality of second database management system software enabling a first authorized user of said plurality of authorized users to: a) define an event condition based on an object location information corresponding to a location of an object and a zone information | **BACK-OFFICE SYSTEMS? NEXTRAQ PLAYS WELL WITH OTHERS.** Our customers rely on NexTraq to keep their operations running at their best. A big part of our shared success is the ease with which the NexTraq platform integrates with most 3rd party software. Here's just a few of the back-office systems our customers use with NexTraq every day: *(Source: Page No. 1 of https://www.nextraq.com/services/integration/ )* Does NexTraq® offer software integration? Yes. NexTraq strives to create and maintain long-standing strategic partnerships with industry-leading software providers who offer added features and value to the NexTraq solution. Moreover, NexTraq has a robust Web Services offering – an open API platform that enables integration of your fleet data with third-party applications such as accounting, route optimization, and mobile workforce management. This allows our clients to move away from time-consuming manual processes to a completely automated solution. *(Source: Page No. 2 of https://www.nextraq.com/resources/faqs/ )* **NexTraq Fleet Tracking Platform** This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection. Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen. *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

32

Exhibit C-1
Page 32 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | corresponding to a zone, and b) define an event information access code that is a first access list that specifies one or more authorized users of said plurality of users to be provided an event information comprising an alert when said event condition has been met, said object location being a coordinate within a coordinate system provided by a location information source, | ---------------------------------------------------------------------------------------------------------------<br><br>In each customer environment, a second database management system software executes in computing devices of the authorized users of the respective customer group. The second database management system software interfaces with the first database management system software, i.e., NexTraq's Fleet Tracking platform.<br><br>Second DBSMA interfacing with first DBSMA.<br><br><br><br>**Figure 1:    NexTraq Fleet Tracking Platform Overview**<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>---------------------------------------------------------------------------------------------------------------<br>NexTraq uses the above identified Accused Instrumentalities for tracking locations of a plurality of mobile objects/assets/vehicles.<br><br>Mobile Objects/Assets/Vehicles identified by OIDs |

33

.

Exhibit C-1
Page 33 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | said zone having a boundary defined by a plurality of coordinates within said coordinate system; |  *(Source: Page No. 3 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* <br><br> The mobile objects/assets/vehicles are associated with mobile tracking devices/mobile devices identified by Hardware Ids that provide mobile object/asset/vehicle locations using wireless GPS location information sources. |

34

.

Exhibit C-1
Page 34 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | <br><br>Figure 266:  Mobile List<br><br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The **Mobile List** includes the following information on each mobile unit:<br><br>   • Mobile name<br>   • Hardware ID<br>   • Map color associated with this mobile in map labels<br>   • Odometer reading<br>   • Type of mobile device<br>   • Fuel type used in the mobile unit<br>   • VIN number of the vehicle<br>   • License number of the vehicle<br>   • Name of the driver<br><br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

35

.

Exhibit C-1
Page 35 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | Mobile Devices Equipped with Location Information Sources<br>1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)<br>2-Asset Trackers Family of products (e.g., AT-730, AT-5100)<br>3-Trailer Trackers (e.g., TT-2830)<br>4-GPS Tracking Devices (e.g., LMU26H201-NXT01)<br><br>The following flags are applicable to all mobile units:<br><br>    ▪ **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.<br>*(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |

36

.

Exhibit C-1
Page 36 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|       |                      | # GPS VEHICLE TRACKERS FOR EVERY PURPOSE<br><br>**The NexTraq® Vehicle Tracker VT-3030**<br><br>A versatile OBD-II telematics device for simplified GPS fleet management.<br><br>The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br># THE NEXTRAQ® VEHICLE TRACKER VT-3640<br><br>**Robust telematics device built for dynamic flexibility.**<br><br>The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles. |

37

.

Exhibit C-1
Page 37 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | *(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )* <br><br> THE NEXTRAQ® VEHICLE TRACKER VT-2630 <br><br> Leading edge fleet tracker for advanced fleet management with extensive capabilities. <br><br> The NexTraq® Vehicle Tracker VT-2630 is a fleet tracking device incorporating a powerful processing engine, LTE Cat 1 connectivity and built-in triple-axis accelerometer. Hidden from your driver's view, it's optimal for measuring driver behavior, vehicle performance and location throughout the day. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )* <br><br> *(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

38

.

Exhibit C-1
Page 38 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry. <br><br> *(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)* <br><br>  <br><br> The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

39

.

Exhibit C-1
Page 39 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | |  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

40

.

Exhibit C-1
Page 40 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | <br><br>*(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )*<br>-------------------------------------------------------------------------------------------------------<br>Each second database management system software enables a first authorized user to:<br><br>(a) define an event condition, such as arrival and departure based on an object/asset/vehicle location information corresponding to a location of an object/asset/vehicle and a zone information corresponding to a zone/Landmark/Geofence.<br><br>Event Condition Based on Zone and Object/asset/vehicle Location |

.

Exhibit C-1
Page 41 of 60

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Co., LLC'ѕ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴѕ
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, increased **insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money**.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br><br> ▪ Arriving at a defined location<br> ▪ Departing a defined location<br> ▪ Entering a defined zone<br> ▪ Exiting a defined zone<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>-----------------------------------------------------------------------------------------------------------------------------<br>(b) define an event information access code that is a first access list that specifies one or more authorized users to be provided an event information, i.e., alerts. |

42

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **Information Access code Comprising Access List**<br><br>The Alerts tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the Alerts tab and clicking Create Alert.<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for Applies To.<br>5. Choose the Days Active and Times Active (varies depending on Alert Type selected).<br>6. Select the Email Subject.<br>7. Choose the Notification Method by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>-----------------------------------------------------------------------------------------------------------------<br>The event information i.e., alert is conveyed when the event condition, such as arrival and departure has been met.<br><br>Alert |

43

Exhibit C-1
Page 43 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  |

### Alerts Tab

The **Alerts** tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in **User Preferences**.

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

**Figure 212:  Alerts Summary Table and Options**

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

44

.

Exhibit C-1
Page 44 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject**.<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

45

.

Exhibit C-1
Page 45 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198



46

.

Exhibit C-1
Page 46 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*  Figure 213:  Create Alert Options *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* ---------------------------------------------------------------------------------------------------------------------- Each object/asset/vehicle location is a coordinate within a coordinate system provided by a GPS location information source. Each zone/landmark/geo-fence has a boundary defined by a plurality of coordinates within the coordinate system. |

47

.

Exhibit C-1
Page 47 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | |  Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions<br>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

.

Exhibit C-1
Page 48 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **Creating Zones**<br><br>To create a zone:<br><br>1. Choose **Create Zone** from the **Admin Zones** submenu or, from the **Zone List** screen, click **Create Zone**.<br><br>2. The **Create Zone** screen displays with your default location centered in the map and noted by a green shape with a centered red marker.<br><br>NOTE: Upon opening, the map centers on your account address.<br><br><br>Figure 260:  Initial Zone Position and New Zone Defined<br><br>*(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Locate zone that has been defined using the **Admin** tab<br>Locate a specific address<br>Find a location using its latitude and longitude coordinates<br>Create saved locations from the site of mobile(s), addresses found, or latitude and longitude coordinates<br><br>*(Source: Page No. 29 of http://www.alltrackusa.com/RTH_user_guide.pdf )* |
| 1-e | monitoring by said first | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information. |

49

.

Exhibit C-1
Page 49 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | database management system software said object location information; | See 1-a for server, first ISE and authorized users.<br><br>See 1-b for second ISEs and authorized user accounts.<br><br>See 1-c for second administrator, second administrator privileges, and groups.<br><br>See 1-d for second database management system software, object, object location, event condition, zone, alert and information access code.<br><br>NexTraq's database management system software monitors the object/vehicle/asset location information received from location information sources, e.g., GPS receivers, of mobile objects/assets/vehicles.<br><br><br>Figure 1:     NexTraq Fleet Tracking Platform Overview<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

50

.

Exhibit C-1
Page 50 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | **NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-f | determining by said first database management system software said event condition has been met; and | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>See 1-a for server, first ISE and authorized users.<br><br>See 1-b for second ISEs and authorized user accounts.<br><br>See 1-c for second administrator, second administrator privileges, and groups.<br><br>See 1-d for second database management system software, object, object location, event condition, zone, alert and information access code.<br><br>See 1-e for monitoring by the first database management system software the object location information. |

51

.

Exhibit C-1
Page 51 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | To the extent that mobile tracking devices do not have built-in geofences for device side geo-fencing, NexTraq's first database management system software determines whether the event condition, such as arrival and departure has been met. <br><br>  <br> *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-g | conveying by said first database management system software said alert to said second database management software of only | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information. <br><br> See 1-a for server, first ISE and authorized users. <br><br> See 1-b for second ISEs and authorized user accounts. <br><br> See 1-c for second administrator, second administrator privileges, and groups. |

52

.

Exhibit C-1
Page 52 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       | those authorized users included on said first access list. | See 1-d for second database management system software, object, object location, event condition, zone, alert and information access code.<br><br>See 1-e for monitoring by the first database management system software the object location information.<br><br>See 1-f for determining by the first database management system software that event condition has been met.<br><br>NexTraq's database management system software conveys the alert to the second database management of only to those authorized users included on the first access list.<br><br>**Alerts Tab**<br><br>The **Alerts** tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in **User Preferences**.<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

53

.

Exhibit C-1
Page 53 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 212: Alerts Summary Table and Options**<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject**.<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

54

.

Exhibit C-1
Page 54 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | **Figure 213:  Create Alert Options**<br><br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 4. | The method of claim 1, wherein said first authorized user can define zone information that specifies a user-defined zone. | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>See 1-a for server, first ISE and authorized users.<br><br>See 1-b for second ISEs and authorized user accounts.<br><br>See 1-c for second administrator, second administrator privileges, and groups. |

55

.

Exhibit C-1
Page 55 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | | See 1-d for second database management system software, object, object location, event condition, zone, alert and information access code.<br><br>See 1-e for monitoring by the first database management system software the object location information.<br><br>See 1-f for determining by the first database management system software that event condition has been met.<br><br>See 1-g for conveying by said first database management system software the alert to second database management software of only those authorized users included on said first access list.<br><br>The zones are defined by first authorized user, who is a group administrator. |
| 7. | The method of claim 1, wherein said first authorized user can associate an information location source with an object. | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information.<br><br>See 1-a for server, first ISE and authorized users.<br><br>See 1-b for second ISEs and authorized user accounts.<br><br>See 1-c for second administrator, second administrator privileges, and groups.<br><br>See 1-d for second database management system software, object, object location, event condition, zone, alert and information access code.<br><br>See 1-e for monitoring by the first database management system software the object location information.<br><br>See 1-f for determining by the first database management system software that event condition has been met.<br><br>See 1-g for conveying by said first database management system software the alert to second database management software of only those authorized users included on said first access list. |

56

.

Exhibit C-1
Page 56 of 60

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
|  |  | The first authorized user can associate an information location source, e.g., GPS receiver, included in mobile devices with an object/asset/vehicle. |

**Mobile List**

Filter Mobiles    Remove Filters

| Edit | Name | Hardware ID | Map Color | Odometer | Type | Fuel Type | VIN | License | Driver | Assigned Fleets |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Bus BJ398X | 5333277398 | ■ |  | Wahoo2 | Gasoline |  |  | Bannon, Jason |  |
|  | Stingray 911X | 1000000911 | ■ |  | VT-2200-1 | Gasoline |  |  | Glover, Terry |  |
|  | Truck T1203G | 5008781203 | ■ | 34,374 mi | Wahoo2 | Gasoline | ABCDEFGHIJK | ABC123 | Albertson, Brandon | Trucks |
|  | Truck T1600G | 16000000 | ■ | 21,911 mi | Wahoo2 | Gasoline |  |  | Bell, Alice | Trucks, North Atlanta |
|  | Truck T3560G | 5003703560 | ■ |  | Wahoo2 | Diesel | xxxxx | zzzz | Johnson, Alvin |  |
|  | Truck T6950X | 9003576950 | ■ | 37,000 mi | Wahoo2 | Gasoline |  |  | Green, Mary | Trucks, South Atlanta, Training Fleet 1 |
|  | Truck T7830X | 9110953180 | ■ | 36,701 mi | Wahoo2 | Gasoline |  |  | Jeralds, Wilma | Trucks |

**Figure 266: Mobile List**

*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

57

.

Exhibit C-1
Page 57 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|---|---|---|
| | | The **Mobile List** includes the following information on each mobile unit: <br><br> ▪ Mobile name <br> ▪ Hardware ID <br> ▪ Map color associated with this mobile in map labels <br> ▪ Odometer reading <br> ▪ Type of mobile device <br> ▪ Fuel type used in the mobile unit <br> ▪ VIN number of the vehicle <br> ▪ License number of the vehicle <br> ▪ Name of the driver <br><br> *(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 12. | The method of claim 1, wherein the alert comprises a video transmitted to a computing device based on the event information access code after the event condition is met. | See 1-p for Internet service, database management system software (DBMSA), database and location and tracking information. <br><br> See 1-a for server, first ISE and authorized users. <br><br> See 1-b for second ISEs and authorized user accounts. <br><br> See 1-c for second administrator, second administrator privileges, and groups. <br><br> See 1-d for second database management system software, object, object location, event condition, zone, alert and information access code. <br><br> See 1-e for monitoring by the first database management system software the object location information. <br><br> See 1-f for determining by the first database management system software that event condition has been met. <br><br> See 1-g for conveying by said first database management system software the alert to second database management software of only those authorized users included on said first access list. |

58

.

Exhibit C-1
Page 58 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

| Claim | US Patent 10,021,198 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | Accused applications executed by NexTraq is integrated with NexTraq Dashcam. <br><br> NexTraq Dashcam empowers you to **take driver accountability and fleet safety to the next level.** <br><br> It helps you **make your drivers better—and protect your business.** NexTraq Dashcam gives you the **HD video and real-time snapshots** you need to: <br><br> • Incentivize good driving behavior <br> • Reduce poor driving behaviors <br> • Protect against insurance fraud <br> • Expose staged accidents <br> • Mitigate false/exaggerated whiplash claims <br> • Defend against conflicting reports of actual events <br><br> *(Source: Page No. 1 of https://www.nextraq.com/services/dashcam/)* <br><br> NexTraq Dashcam is among the most advanced incident in-vehicle cameras in the industry. <br><br> Highlights include **downloadable videos** and **images, real-time alerts, GPS location** and **LTE connectivity.** <br><br> • HD video with wide angle lens <br> • Optional second camera for in-cab view <br> • Multiple infrared LEDs for night-time recording <br> • Real-time incident alerts with video and GPS location via email <br> • Video and image requests for a specific date and time <br> • Snapshots of what's going on in real time <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/dashcam/)* |

59

.

Exhibit C-1
Page 59 of 60

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,021,198

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

60

.

Exhibit C-1
Page 60 of 60