Exhibit D-1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,397,789 and provides notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  These claim charts include information provided by way of example, and not by way of limitation.

"Accused Instrumentalities" as used herein refers to herein provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets equipped with sensors or tags (the Assets).

1.  NexTraq offers the following  tracking products and services (the Accused Instrumentalities), including but not limited to NexTraq® Fleet Tracking solution (https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf), which provides data to NexTraq® Web Services (http://www.discretewireless.com/resources/APIReference.pdf) for use in various platforms and solutions that support:

(a)     NexTraq®'s Fleet Visibility and Productivity products, services and solutions which are used for vehicle tracking (https://www.nextraq.com/services/vehicle-tracking/), asset tracking https://www.nextraq.com/services/asset-tracking/), geo-fencing and mapping (https://www.nextraq.com/services/geofencing-mapping/), real-time alerts (https://www.nextraq.com/services/real-time-alerts/), sensors (https://www.nextraq.com/services/sensors/) and integration with third party platforms, solutions and/or applications (https://www.nextraq.com/services/integration/);

(b)     NexTraq® View™ and NexTraq® Connect™ mobile apps which are used by mobile work force (https://www.nextraq.com/services/mobile-apps/);

(c)     NexTraq® Fleet Defender (https://www.nextraq.com/services/fleet-defender/) and NexTraq® Dashcam™ (https://www.nextraq.com/services/dashcam/) which are used for drive safety;

1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

   (d)    NexTraq® Driver ID, which is used for Automatic Driver Assignment (https://www.nextraq.com/services/automatic-driver-assignment/)


**NexTraq "Mobile Tracking Devices" and/or "Mobile Devices" means:**

The Accused Instrumentalities track the Assets, which are attached to or carried by mobile devices, including but not limited to:

   1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)

   2-Asset Trackers Family of products (e.g., AT-730, AT-5100)

   3-Trailer Trackers (e.g., TT-2830)

   4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

   5-Other GPS and sensor, e.g., temperature sensor, equipped mobile devices.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '789 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '789 patent, including without limitation, the Accused Instrumentalities.

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities.  However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein.  In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq.  PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '789 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 1-p | A method for controlling conveyance of event notifications based on a first level of administrative privileges used by a tracking service administrator of a tracking service provided | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties.  On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to S resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  | over a first network of computing device to authorized users who track mobile devices identified in a database (DB) by mobile device IDs (DIDs), wherein the mobile devices are carried by corresponding carriers, including objects, vehicles, animals or persons identified by carrier IDs (CIDs) in groups identified by corresponding group IDs (GIDs) in the DB, the method comprising the steps of: | <br><br>Figure 1:    NexTraq Fleet Tracking Platform Overview<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>*(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )*<br><br>On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution.<br>On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | NexTraq<br>Atlanta, GA 31150<br>Posted On  April 12, 2022<br><br>This Job has been expired.<br><br>Job   Company   Rating   Review   Location   News   Insight   All Jobs   Competitors<br><br>**Cloud Data Engineer**<br>Atlanta, GA, USA<br>Req #3680<br>Tuesday, April 12, 2022<br>Responsibilities:<br><br>• Design and build enterprise data solutions and applications in service of data analyst and data scientist needs for advanced analytics in the cloud<br>• Design and build fault tolerant data pipelines from acquisition to consumption using a combination of AWS native services, Python, Java, and existing on-premise acquisition tools (Informatica, MS SQL, etc. )<br>• Analyze, re-architect and re-platform on-premise data warehouse solutions to data platforms in AWS.<br>• Conduct detail assessments of current state data platforms and create an appropriate transition path to AWS.<br>Qualifications:<br><br>• (5) + years experience building enterprise data management or data warehouse solutions or equivalent (2) + years experience building enterprise data pipelines using AWS native services and/or Python/Java.<br>• Experienced Technical Proficiency with the following relational data sources: AWS Redshift, AWS RDS, Oracle, MS SQL, MS Access, MS Excel<br>• Experienced Technical Proficiency with the following AWS services: S3, Lambda, Glue, Cloudwatch, Cloudformation, Kinesis, Athena, EMR, IAM, SQS, SNS<br><br>*(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)* |

6

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | ----------------------------------------------------------------------------------------------------------------------------<br><br>The Accused Instrumentalities provides a method for tracking locations of mobile objects/assets/vehicles. The mobile objects/assets/vehicles carry mobile tracking devices/mobile devices identified by Hardware Ids that provide  mobile objects/assets/vehicles locations using wireless GPS location information sources.<br><br>**Mobile List**<br><br>Filter Mobiles   Remove Filters<br><br>| Edit | Name | Hardware ID | Map Color | Odometer | Type | Fuel Type | VIN | License | Driver | Assigned Fleets |<br>|---|---|---|---|---|---|---|---|---|---|---|<br>| | Bus BJ398X | 5333277398 | ▮ | | Wahoo2 | Gasoline | | | Bannon, Jason | |<br>| | Stingray 911X | 1000000911 | ▮ | | VT-2200-1 | Gasoline | | | Glover, Terry | |<br>| | Truck T1203G | 5008781203 | ▮ | 34,374 mi | Wahoo2 | Gasoline | ABCDEFGHIJK | ABC123 | Albertson, Brandon | Trucks |<br>| | Truck T1600G | 16000000 | ▮ | 21,911 mi | Wahoo2 | Gasoline | | | Bell, Alice | Trucks, North Atlanta |<br>| | Truck T3560G | 5003703560 | ▮ | | Wahoo2 | Diesel | xxxxx | zzzz | Johnson, Alvin | |<br>| | Truck T6950X | 9003576950 | ▮ | 37,000 mi | Wahoo2 | Gasoline | | | Green, Mary | Trucks, South Atlanta, Training Fleet 1 |<br>| | Truck T7830X | 9110953180 | ▮ | 36,701 mi | Wahoo2 | Gasoline | | | Jeralds, Wilma | Trucks |<br><br>**Figure 266:  Mobile List**<br><br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

7

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | The Mobile List includes the following information on each mobile unit:<br><br>• Mobile name<br>• Hardware ID<br>• Map color associated with this mobile in map labels<br>• Odometer reading<br>• Type of mobile device<br>• Fuel type used in the mobile unit<br>• VIN number of the vehicle<br>• License number of the vehicle<br>• Name of the driver<br><br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Mobile Devices Equipped with Location Information Sources<br>1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)<br>2-Asset Trackers Family of products (e.g., AT-730, AT-5100)<br>3-Trailer Trackers (e.g., TT-2830)<br>4-GPS Tracking Devices (e.g., LMU26H201-NXT01)<br><br>The following flags are applicable to all mobile units:<br><br>• **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.<br><br>*(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  |  | **GPS VEHICLE TRACKERS FOR EVERY PURPOSE**<br><br>The NexTraq® Vehicle Tracker VT-3030<br><br>A versatile OBD-II telematics device for simplified GPS fleet management.<br><br>The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br>**THE NEXTRAQ® VEHICLE TRACKER VT-3640**<br><br>Robust telematics device built for dynamic flexibility.<br><br>The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles. |

9

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | *(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )* <br><br> **THE NEXTRAQ® VEHICLE TRACKER VT-2630** <br><br> Leading edge fleet tracker for advanced fleet management with extensive capabilities. <br><br> The NexTraq® Vehicle Tracker VT-2630 is a fleet tracking device incorporating a powerful processing engine, LTE Cat 1 connectivity and built-in triple-axis accelerometer. Hidden from your driver's view, it's optimal for measuring driver behavior, vehicle performance and location throughout the day. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )* <br><br> *(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

10

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry. <br><br> *(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)* <br><br> The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

11

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* <br><br> The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. <br><br> *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

12

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | <br><br>*(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )*<br>--------------------------------------------------------------------------------------------------------------------------------<br>As provider of the above identified tracking services, NexTraq (or an administrators employed by NexTraq) uses first level of administrative privilege to control conveyance of event notifications, i.e., alerts.<br><br>Event Notifications/Alerts<br><br><br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

13

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  |

**Figure 212: Alerts Summary Table and Options**

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units.

1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**
2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.
3. Enter the desired name for the alert.
4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To**.
5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).
6. Select the **Email Subject**.
7. Choose the **Notification Method** by clicking on the drop down list.
8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.

*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*

14

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789



*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*

15

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property,** and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security,** it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of* https://www.nextraq.com/services/geofencing-mapping/)<br>-----------------------------------------------------------------------------------------------------------------------<br>As such, NexTraq provides tracking services over a first network of computing devices. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  Figure 1:   NexTraq Fleet Tracking Platform Overview<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>--------------------------------------------------------------------------------------------------------------------------------------<br>In this way, NexTraq provides access to data used by its authorized users who track the mobile devices carried by the mobile objects/assets/vehicles.<br><br>Authorized users identified by user IDs<br><br>**Users**<br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

17

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | <br>Figure 308:  New User Information<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

18

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | **12.** In the Tab Permissions box, all checkboxes are checked by default except the Dispatch Tab and Metrics box. Check the Dispatch Tab box if the user will have the NexTraq Dispatch solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>**13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for Account Administrator.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>------------------------------------------------------------------------------------------------------------------------<br>The mobile devices identified by hardware ids are carried by mobile objects/assets/vehicles which are identified bt carrier IDs, VIN no.<br><br><div align=center>Mobile Objects/Assets identified by OIDs</div><br>**Edit Mobile**<br>Mobile Information<br>Name: Truck 1<br>Hardware ID: A1000013C5D1E4<br>Map Color: Blue-Violet<br>This will be the text color of the mobile label.<br>VIN: 95485XD54WS358F7<br>License Plate: NexTraq1<br>Fuel Card Number: 9561 (4 digit card #)<br>Icon: Edit<br><br>*(Source: Page No. 3 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

<div align=center>19</div>

PerDiemCo LLC v. NexTraq

PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS

U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | As subscribers of the services provided by the Accused Instrumentalities, the authorized users are employed by customers of NexTraq in different customer groups.   These customer groups are identified in the on-premise data warehouse or the AWS database (DB) by corresponding group IDs (GIDs), such as company name, i.e., a group identification code.<br><br>**Group identified by Group ID (GID)**<br><br><br><br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br><br>*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| 1-a | (a) using the first level of administrative privileges to provides access authorization to user accounts of the tracking service in response to received log in requests that contain IDs and passwords of the authorized users of the groups; | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA.<br><br>NexTraq (or the administrator employed by NexTraq) uses first level of administrative privileges to provides access authorization to user accounts served by the Accused Instrumentalities in response to received log in requests that contain IDs and passwords of the authorized users of the groups.<br><br><div align="center">Authorized user accounts</div> |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|---------------------|--------------------------------|
|       |                     |  Figure 308: New User Information *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

22

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | **Logging Into NexTraq Fleet Tracking Platform**<br><br>**NexTraq**<br><br>Username: [_____]<br>Password: [_____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>[Log In]<br><br>**Figure 2:   Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html<br><br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>    **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-b | (b) based on the login requests, providing access authorization to the user accounts using a first database management | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA.<br><br>See 1-a for login request and user accounts.<br><br>Based on the login requests, access authorization is granted to user accounts served by the Accused Applications. The Accused Applications are executed on one or more central or distributed servers, including on-premise data warehouse |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | system application (DBMSA) executed on one or more central or distributed servers configured to use the DBMSA for performing functions based on multiple levels of administrative privileges including the first level of administrative privileges; | or AWS, which are figured for performing functions based on multiple levels of administrative privileges, including the first level of administrative privilege used by NexTraq's and second levels of administrative privileges used by NexTraq's customers. |
| 1-c | (c) based on the first level of administrative privileges, giving a second level of administrative privileges to perform group administrative functions in a | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA.<br><br>See 1-a for login request and user accounts.<br><br>See 1-b for central or distributed servers and performing functions based on multiple levels of administrative privileges.<br><br>NexTraq's first level of administrative privileges is used to give a second level of administrative privileges to perform group administrative functions in a group identified by a GID at each customer level. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  | group identified by a GID, which are not performed using the first level of administrative privileges,<br><br>wherein members of the group include 1) a group administrator having a group administrator account who is authorized by the tracking service administrator to use the second level of administrative privileges and<br><br>2) an authorized user in the group having a user account who is not authorized to use the second | **Second level of administrative privilege use for group administrative functions**<br><br>As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.<br>*(Source: https://www.nextraq.com/terms-and-conditions/ )*<br><br>Users must be defined in order to have access to the NexTraq platform. Account Administrators will be able to add and update Users from the Admin tab. The User List contains all the users associated with the current account.<br><br><br>**Figure 305:  Account Administrator Tab Options including Users**<br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | level of administrative privileges; | **Admin Tab**<br><br>Perform administrative tasks within the NexTraq Fleet Tracking Platform. Here you may define zones and locations, edit driver and mobile information, establish fleet membership, define users and modify contact information.<br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Admin Tab**<br><br>The **Admin** tab options allow you to edit, update, and maintain the application's data. You can perform the following administrative tasks on the **Admin** tab:<br><br>• Create, name, modify, delete, and set expiration dates for **Locations**<br>• Create, name, modify, delete, and set expiration dates for **Zones**<br>• Name **Mobiles** and edit mobile unit information<br>• Create Fuel Purchase records<br>• Create, modify, and delete **Driver** information<br>• Create, modify, and delete **Fleets**<br>• Make **Driver**-mobile assignments<br>• Edit **Account** contact information<br>• Maintain Fuel Information<br>• Activate Fuel Cards<br>• Create, edit, and delete custom map layers<br>• Create and edit **Users**.<br><br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The functions performed by the group administrator at a customer's level are not performed at system level by NexTraq using its first level of administrative privileges.<br>The members of the group include<br>1) a group administrator having a group administrator account who is authorized by the tracking service administrator to use the second level of administrative privileges. |

26

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | Group Administrator |
| | | As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share |
| | | *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )* |
| | | If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**. |
| | | *(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | 3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. |
| | | *(Source: https://www.nextraq.com/terms-and-conditions/ )* |
| | | To create or edit a custom map layer:<br>1. Log in as an Account Administrator.<br>2. Choose **Account** from the **Admin** tab. |
| | | *(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | ------------------------------------------------------------------------------------------<br>2) an authorized user in the group having a user account who is not authorized to use the second level of administrative privileges. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | A user assigned "Account Administrator" role can be a group administrator authorized to perform administrative functions associated with the second level of administrative privilege and another may not have the permission to perform such functions.<br><br>**Users**<br><br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of* http://www.alltrackusa.com/RTH_user_guide.pdf*)* |

28

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  Figure 308:  New User Information<br>(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf) |

29

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | **12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>**13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-d | (d) providing access authorization to the administrator account before performing the group administrative functions using the second level of administrative privileges; | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA.<br><br>See 1-a for login request and user accounts.<br><br>See 1-b for central or distributed servers and performing functions based on multiple levels of administrative privileges.<br><br>See 1-c for second level of administrative privileges, group administrator, group administrator account and group administrative functions.<br><br>Access authorization is provided to the administrator account before performing the group administrative functions using the second level of administrative privileges.<br><br><div align="center">Access to authorized user accounts</div><br>If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.<br><br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )* <br><br> 3.3 We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual. *(Source: https://www.nextraq.com/terms-and-conditions/ )* <br><br> To create or edit a custom map layer: <br> 1. Log in as an Account Administrator. <br> 2. Choose Account from the Admin tab. <br> *(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br>NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-e | (e) interfacing over one or more | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | wireless networks with 1) a first mobile device identified by a first DID to receive a first location information comprising information indicating 1) locations of a first carrier of the first mobile device having a first CID and 2) a first movement by the first carrier and

2) a second mobile device identified by a second DID to receive a second information comprising information indicating | See 1-a for login request and user accounts.

See 1-b for central or distributed servers and performing functions based on multiple levels of administrative privileges.

See 1-c for second level of administrative privileges, group administrator, group administrator account and group administrative functions.

See 1-d for access authorization to the administrator account.

Interface over wireless networks with mobile devices, i.e., a first and a second mobile device, having corresponding DIDs is used for locating identified mobile devices carried by objects/assets/vehicles and movements of the objects/assets/vehicles.



Figure 1:   NexTraq Fleet Tracking Platform Overview

*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|---------------------|--------------------------------|
| | 1) locations of a second carrier of the second mobile device having a second CID and ii) a second movement by the second carrier; and | **Asset Locations**<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*<br><br>**NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | <ul><li>The **Mobile/Driver** tab contains the mobile name, the driver name, last track date and time (based on user preferences), location or address of the mobile, and vehicle status. If the mobile is equipped with the **Fleet Dispatch** solution, **Dispatch Status** also appears on this tab.<br><br>Click the **Open Street View** hyperlink to display the Google Maps Street View window. A message displays if Street View is not available at that location.<br><br>If the Fuel Consumption and Cost option was selected in **User Preferences**, the vehicle status will include idling and length of idle time. In addition the **Cost of Idle Loss** amount will be estimated per the **Fuel Information** options on the **Account** page or defined in the **Mobiles** information on the **Admin** tab.</li><li>The **Track** tab shows the unit's geographical position, speed, active flags, identification number of the unit, the number of satellites/radio signal strength rating, and, with **Fleet Dispatch** enabled, PND status.</li></ul>*(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br>**Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions** |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | *(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | ------------------------------------------------------------------------- |
| | | Information is received indicating movements of the objects/assets/vehicles. |
| | | <div align="center">Asset Movement</div> |
| | | Configure the system to automatically send email messages when selected events occur with an array of **Alert** options. Alert options include entering/exiting geofences, motion during a given a time frame, sensor activity, excess stop and idle time, and speeds including posted speed limits. |
| | | *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | • The **Track** tab shows the unit's geographical position, speed, active flags, identification number of the unit, the number of satellites/radio signal strength rating, and, with **Fleet Dispatch** enabled, PND status. |
| | | *(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | <br>**Figure 28:   Mobile Information Balloons: Mobile/Driver, Track, and Actions** |

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC's Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)*  **Figure 161: Sample Detailed Activity Report** *(Source: Page No. 32 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-f | (f) interfacing over the first network with one or more computing devices to enable the group administrator to log into the administrator account to perform the group administrative | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA. See 1-a for login request and user accounts. See 1-b for central or distributed servers and performing functions based on multiple levels of administrative privileges. See 1-c for second level of administrative privileges, group administrator, log into group administrator account and group administrative functions. See 1-d for access authorization to the administrator account. See 1-e for wireless networks, carrier locations and carrier movements. |

37

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | functions, including: i) setting a zone identified by a zone ID (ZID) for the group, wherein a location of the zone is independent of the locations of the first carrier or the second carrier, ii) setting a first event condition for a first group event that occurs if it is determined that the first event condition is met based on the locations of the first carrier or the second carrier within or relative to the zone, | The group administrator uses a computing device to log into the administrator account to perform the group administrative functions. <br><br> The group administrative functions include: <br> 1: setting a zone identified by a zone ID (ZID) for the group, wherein a location of the zone is independent of the locations of the first carrier or the second carrier. <br><br> **Zones** <br><br> In contrast to **Locations**, **Addresses** and geographical points, **Zones** can be defined for geographic areas. Such areas might include a business district, an area covered by one or more routes, a section of a city, or an entire state. **Zones** can only be created on the **Admin** tab. **Zones** are stored for use with **Find** maps and **Alerts**, and they appear on the map as translucent green shapes. The center of each zone shape is a marker 📍 <br><br> *(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | iii) setting a second event condition for a second group event that occurs if it is determined that the second group event condition is met based on the first movement or the second movement, and iv) specifying an access list comprising one or more IDs that identify one or more recipients including the authorized user of the group who are authorized to access event notifications whenever the first group event or the second | <br>*(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br>*(Source: Page No. 178 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

39

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | group event occurs; and |  *Figure 261: New Zone Confirmation Message* <br> *(Source: Page No. 178 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> ------------------------------------------------------------------------------------------------------------------------- <br> 2: Setting a first event condition, geo-fence entry or exit, for a first group event that occurs if it is determined that the first event condition, such as arrival or departure is met based on the locations of the first carrier or the second carrier within or relative to the zone, |

40

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money**.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br>　　• Arriving at a defined location<br>　　• Departing a defined location<br>　　• Entering a defined zone<br>　　• Exiting a defined zone<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>---<br>3: Setting a second event condition, i.e., movement/stop or speed, for a second group event that occurs if it is determined that the second group event condition is met based on the first movement or the second movement, |

41

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | The Alerts tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in User Preferences.<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>   • First movement of the day or between specified hours<br>   • No movement before a particular time<br>   • Motion outside of defined work day hours<br>   • Extended stop exceeding a user-defined maximum vehicle stop time<br>   • Speed above a user-defined maximum speed<br>   • Speed above the posted speed limit by a specified number of mph or kph<br>   • Sensor active as specified for all or selected mobile units<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>For the Speed Alert the lowest maximum speed for this alert is 25 mph or 40 kph.<br>For the Extended Stop Alert the maximum vehicle stop time must between 10 and 180 minutes.<br>The Motion Alert will notify you only once on any given day.<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------------------<br>4: Specifying an access list comprising one or more IDs that identify one or more recipients including the authorized user of the group who are authorized to access event notifications in the form of alerts whenever the first group event, such as arrivals and departures or the second group event, such as movement/stop or speed occurs.<br><br><div align="center">Access List</div> |

42

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | |  |

43

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

44

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | | <br>**Figure 213:  Create Alert Options**<br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-g | (g) giving access to the event notifications based on the access list. | See 1-p for tracking service, event notifications, a first network of computing device, first level of administrative privileges, mobile devices, mobile device IDs (DIDs), carriers, carrier IDs (CIDs) groups, group IDs (GIDs), authorized users, DB, and DBMSA.<br><br>See 1-a for login request and user accounts.<br><br>See 1-b for central or distributed servers and performing functions based on multiple levels of administrative privileges.<br><br>See 1-c for second level of administrative privileges, group administrator, log into group administrator account and group administrative functions. |

45

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | See 1-d for access authorization to the administrator account. |
|       |                      | See 1-e for wireless networks, carrier locations and carrier movements. |
|       |                      | See 1-f for zone identified by a zone ID (ZID), a first event condition, a second event condition and an access list. |
|       |                      | Access is given to the event notifications in the form of alerts based on the access list. |
|       |                      | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject.**<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

46

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  |

47

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|------------------------|-------------------------------|
| | | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* <br><br>  <br> **Figure 213:  Create Alert Options** <br><br> *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 12-p. | A method for controlling conveyance of event notifications based on a first level of administrative privileges used | See. 1p |

48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | by a tracking service administrator of a tracking service provided over a first network of computing device to authorized users who track mobile devices identified in a database (DB) by mobile device IDs (DIDs), wherein the mobile devices are carried by corresponding carriers, including objects, vehicles or persons identified by carrier IDs (CIDs) in groups identified by corresponding group IDs | |

49

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | (GIDs) in the DB, the method comprising the steps of: | |
| 12-a | using the first level of administrative privileges to provide access authorization to user accounts of the tracking service in response to received log in requests that contain IDs and passwords of the authorized users of the groups; | See. 1a |
| 12-b | based on the login requests, providing access authorization to the user accounts using a first database management system | See. 1b |

50

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       | application (DBMSA) executed on one or more central or distributed servers configured to use the DBMSA for performing functions based on multiple levels of administrative privileges, including the first level of administrative privileges; |                                |
| 12-c  | based on the first level of administrative privileges, giving a second level of administrative privileges to perform group administrative functions in a group identified | See. 1c                        |

51

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | by a GID, which are not performed using the first level of administrative privileges, wherein members of the group include 1) a group administrator having a group administrator account who is authorized by the tracking service administrator to use the second level of administrative privileges and 2) an authorized user in the group having a user account who is not authorized to use the second level of administrative privileges; | |

52

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| 12-d | providing access authorization to the administrator account before performing the group administrative functions using the second level of administrative privileges; | See. 1d |
| 12-e | (e) interfacing over one or more wireless networks with 1) a first mobile device identified by a first DID to receive a first location information comprising information indicating locations of a first carrier of the first mobile device having a first CID and 2) | See. 1e |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
|  | a second mobile device identified by a second DID to receive a second information comprising information indicating locations of a second carrier of the second mobile device having a second CID; and |  |
| 12-f | interfacing over the first network with one or more computing devices to enable the group administrator to log into the administrator account to perform the group administrative functions, | See. 1f |

54

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | including: i) setting a zone for occurrence of a first group event that occurs based on the locations of the first carrier or the second carrier within or relative to the zone, iii) specifying an access list comprising one or more IDs that identify one or more recipients including the authorized user of the group who are authorized to access event notifications whenever the first group event occurs; and | |
| 12-g | giving access to the event notification | See. 1g |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|       | based on the access list. | |
| 14 | The method of claim 12 further comprising the steps of 1) receiving an information package including a temperature, humidity, heart rate, motion, speed, image, video or multi-media file that is incorporated into the information package from the first mobile device or the second mobile device after it is determined that the group administrator or the authorized user is within the zone and 2) | Accused applications interface with fleet tracking platform, which receives temperature information from temperature sensors.<br><br><br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/sensors/)* |

56

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | providing access to the information package. | |
| 16 | The method of claim 12, wherein the first group event occurs based on a proximity of the first carrier to the second carrier within the zone. | <br><br>Figure 30:   Save Location Name and Confirmation<br>*(Source: Page No. 33 of https://www.nextraq.com/services/sensors/)*<br><br>**Find Closest Mobiles**: Enter the number of mobiles you want to search for and click **Find Closest**. This option defaults to five. In the example below, the positions of the five closest mobiles to this location will appear on your map view.<br>Click **Show Advanced** to open additional options. Filter the mobile search by fleet, mobile name or driver name. Search by mobile activity by using the last option: Mobile is/was moving/stopped/idle. Click **Find Closest**. The Advanced search example below will return the five closest mobiles that are in the N.W. Fleet and that were moving in the last half hour.<br>*(Source: Page No. 34 of https://www.nextraq.com/services/sensors/)* |

57

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,397,789

| Claim | US Patent 10,397,789 | Description of the Infringement |
|---|---|---|
| | |  Figure 31:   Find Closest Mobiles Input<br>*(Source: Page No. 34 of https://www.nextraq.com/services/sensors/)* |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.