# Exhibit F-1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 10,819,809 and provides notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts include information provided by way of example, and not by way of limitation.

"Accused Instrumentalities" as used herein refers to herein provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets equipped with sensors or tags (the Assets).

1.  NexTraq offers the following tracking products and services (the Accused Instrumentalities), including but not limited to NexTraq® Fleet Tracking solution (https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf), which provides data to NexTraq® Web Services (http://www.discretewireless.com/resources/APIReference.pdf) for use in various platforms and solutions that support:

(a) NexTraq®'s Fleet Visibility and Productivity products, services and solutions which are used for vehicle tracking (https://www.nextraq.com/services/vehicle-tracking/), asset tracking https://www.nextraq.com/services/asset-tracking/), geo-fencing and mapping (https://www.nextraq.com/services/geofencing-mapping/), real-time alerts (https://www.nextraq.com/services/real-time-alerts/), sensors (https://www.nextraq.com/services/sensors/) and integration with third party platforms, solutions and/or applications (https://www.nextraq.com/services/integration/);

(b) NexTraq® View™ and NexTraq® Connect™ mobile apps which are used by mobile work force (https://www.nextraq.com/services/mobile-apps/);

(c) NexTraq® Fleet Defender (https://www.nextraq.com/services/fleet-defender/) and NexTraq® Dashcam™ (https://www.nextraq.com/services/dashcam/) which are used for drive safety;

(d) NexTraq® Driver ID, which is used for Automatic Driver Assignment (https://www.nextraq.com/services/automatic-driver-assignment/)


NexTraq "Mobile Tracking Devices" and/or "Mobile Devices" means:

The Accused Instrumentalities track the Assets, which are attached to or carried by mobile devices, including but not limited to:

1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)

2-Asset Trackers Family of products (e.g., AT-730, AT-5100)

3-Trailer Trackers (e.g., TT-2830)

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

5-Other GPS and sensor, e.g., temperature sensor, equipped mobile devices.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '809 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '809 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '809 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| Indep . Cl. 1 1-p | A method executed by one or more servers, which are configured by a tracking application software for controlling conveyance of event notifications in a tracking service, the tracking application software configuring the one or more servers to track locations of mobile objects and convey the event notifications based on event conditions met at the locations of the mobile | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties. On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to AWS resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources.<br><br><br>**Figure 1:     NexTraq Fleet Tracking Platform Overview**<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| 1-p (cont.) | objects, wherein the locations of the mobile objects are determined based on information received from wireless location information sources (LISs), the method comprising: | **NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>*(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )*<br><br>On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution.<br><br>On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc. |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| 1-p (cont.) | | NexTraq<br>Atlanta, GA 31150<br>Posted On April 12, 2022<br><br>This Job has been expired.<br><br>Job   Company   Rating   Review   Location   News   Insight   All Jobs   Competitors<br><br>**Cloud Data Engineer**<br>Atlanta, GA, USA<br>Req #3680<br>Tuesday, April 12, 2022<br>Responsibilities:<br><br>• Design and build enterprise data solutions and applications in service of data analyst and data scientist needs for advanced analytics in the cloud<br>• Design and build fault tolerant data pipelines from acquisition to consumption using a combination of AWS native services, Python, Java, and existing on-premise acquisition tools (Informatica, MS SQL, etc. )<br>• Analyze, re-architect and re-platform on-premise data warehouse solutions to data platforms in AWS.<br>• Conduct detail assessments of current state data platforms and create an appropriate transition path to AWS.<br>Qualifications:<br><br>• (5) + years experience building enterprise data management or data warehouse solutions or equivalent (2) + years experience building enterprise data pipelines using AWS native services and/or Python/Java.<br>• Experienced Technical Proficiency with the following relational data sources: AWS Redshift, AWS RDS, Oracle, MS SQL, MS Access, MS Excel<br>• Experienced Technical Proficiency with the following AWS services: S3, Lambda, Glue, Cloudwatch, Cloudformation, Kinesis, Athena, EMR, IAM, SQS, SNS<br><br>*(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| 1-p (cont.) | | --------------------------------------------------------------------------------------------------------------------------------<br><br>The Accused Instrumentalities track locations of mobile objects.<br><br>Mobile Objects/Assets/Vehicles identified by OIDs<br><br><br><br>*(Source: Page No. 3 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br>The mobile objects/assets/vehicles are associated with mobile tracking devices/mobile devices identified by Hardware Ids that provide mobile object locations using wireless GPS location information sources.<br><br>In NexTraq, tracking devices are referred to as mobiles. Upon first login, mobiles will be named by their hardware ID number, making it difficult to differentiate which device was installed in each vehicle.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

6

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | |  |

**Figure 266:  Mobile List**

*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

The **Mobile List** includes the following information on each mobile unit:

- Mobile name
- Hardware ID
- Map color associated with this mobile in map labels
- Odometer reading
- Type of mobile device
- Fuel type used in the mobile unit
- VIN number of the vehicle
- License number of the vehicle
- Name of the driver

*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Mobile Devices Equipped with Location Information Sources

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | 1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640) 2-Asset Trackers Family of products (e.g., AT-730, AT-5100) 3-Trailer Trackers (e.g., TT-2830) 4-GPS Tracking Devices (e.g., LMU26H201-NXT01) **The following flags are applicable to all mobile units:**     ▪ **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement. *(Source: Page No. 27 of http://www.alltrackusa.com/RTH_user_guide.pdf)* Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user. *(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )* |

8

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|       |                      | ## GPS VEHICLE TRACKERS FOR EVERY PURPOSE<br><br>The NexTraq® Vehicle Tracker VT-3030<br><br>A versatile OBD-II telematics device for simplified GPS fleet management.<br><br>The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br>## THE NEXTRAQ® VEHICLE TRACKER VT-3640<br><br>Robust telematics device built for dynamic flexibility.<br><br>The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles.<br><br>*(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )* |

9

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | # THE NEXTRAQ® VEHICLE TRACKER VT-2630 <br><br> Leading edge fleet tracker for advanced fleet management with extensive capabilities. <br><br> The NexTraq® Vehicle Tracker VT-2630 is a fleet tracking device incorporating a powerful processing engine, LTE Cat 1 connectivity and built-in triple-axis accelerometer. Hidden from your driver's view, it's optimal for measuring driver behavior, vehicle performance and location throughout the day. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )* <br><br> *(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

10

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)*<br><br><br><br>The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. |
| | | *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |
| | | The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. |
| | | *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

12

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )* <br><br> ----------------------------------------------------------------------------------------------------------------------------------- <br> The tracking service provided by the Accused Instrumentalities is used for controlling conveyance of event notifications, i.e., alerts. <br><br> <div align="center">Event Notifications/Alerts</div> <br> **Alerts Tab** <br><br> The **Alerts** tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in **User Preferences**. <br><br> *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

<div align="center">13</div>

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | |  |

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units.

1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**
2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.
3. Enter the desired name for the alert.
4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**
5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).
6. Select the **Email Subject.**
7. Choose the **Notification Method** by clicking on the drop down list.
8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.

*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809



*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*

15

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | ---------------------------------------------------------------------------------------------------------------------------------- The servers are configurable to track the mobile object locations for determining occurrences of events that meet event conditions related to the locations of the mobile objects, such as arrivals and departures. Event Condition **Geofencing** Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations —even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert. How can geofencing help your business? • **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours. • **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates. • **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe. • **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.** *(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)* You can activate 17 types of alerts: ▪ Arriving at a defined location ▪ Departing a defined location ▪ Entering a defined zone ▪ Exiting a defined zone *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

16

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | ------------------------------------------------------------------------------------------------------------------------------------<br><br>Locations of the mobile objects are determined based on information received from wireless GPS location information sources (LISs).<br><br><br><br>**Figure 1:   NexTraq Fleet Tracking Platform Overview**<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-a | using a first computing device in a first network of computing devices of the tracking service to cause transmission of a | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs).<br><br>NexTraq (or an administrator employed by NexTraq) is identified by an administrator ID code (AID code) to administer NexTraq's network of computing devices, which is a first network of computing devices administered under NexTraq's first level of administrative privilege for performing one or more first administrative functions using the Accused Applications to provide corresponding services by the Accused Instrumentalities. |

17

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| 1-a (cont.) | request to configure the tracking application software by a first administrator of the tracking service having a first administrator ID included in the request, the first administrator having a first level of administrative privilege including a privilege to define groups and control access to authorized user accounts of users of the tracking service in the groups, wherein a group has a group |   Figure 1:    NexTraq Fleet Tracking Platform Overview  (*Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf*)  Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.  (*Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/* )  A computing device in NexTraq's Network, i.e., a first computing device in a first network of computing devices, transmits an authentication request containing the AID code for using the IAM, e.g., AWS IAM, to exercise the first level of administrative privilege. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| 1-a (cont.) | administrator who is a user having a group administrator account in the tracking service; | **What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>*(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )* |

19

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | |  (Source: Page No. 1 of *https://signin.aws.amazon.com/signin?redirect_uri=https%3A%2F%2Faws.amazon.com%2Fmarketplace%2Fmanagement%2Fsignin%3Fstate%3Dhash Args%2523%26isauthcode%3Dtrue&client_id=arn%3Aaws%3Aiam%3A%3A015428540659%3Auser%2Faws-mp-seller-management-portal&forceMobileApp=0&code_challenge=NYKP4aX0wYyyWBOSFoRTm5zPRRoVZgHdO6JW1cv8U2g&code_challenge_me thod=SHA-256)* |

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
|  |  | ------------------------------------------------------------------------------------------------------------- <br> NexTraq's first level of administrative privilege includes a privilege to define customer groups. <br> Groups identified by Group IDs (GIDs) <br><br>  <br><br> **Account & User Information** <br><br> At the top of each screen your company name, NexTraq account number, and current user will appear. In addition, date and time of the last login, the current revision number of the NexTraq platform application, and the user/driver link (if applicable) will be displayed. <br><br> NexTraq   DW - Demo Transport & Package [800186], Mary Green [magreen] <br> Logged in: Wednesday, April 18, 2012 4:46:44 PM EDT <br> Current Revision: 15653 <br><br> Figure 7: Account and User Information <br><br> *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> **Account & Contact Information** <br><br> Account Information <br> Account ID: 800186 <br> Company Name: DW - Demo Transport & Package <br> Distributor Company Name: (QA) Ellis Fleetworks   Distributor Rep Name: SalesRep, Role <br> Distributor Phone: 678-762-6800   Distributor Fax: <br> Distributor Email: wellis@efleetworks.com <br><br> *(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br> ------------------------------------------------------------------------------------------------------------- <br> As subscribers of the services provided by the Accused Instrumentalities, the authorized users are employed by customers of NexTraq in different customer groups. |

21

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | Authorized users |

**Users**

Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.

*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*



**Figure 308:  New User Information**

*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

22

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | 12. In the Tab Permissions box, all checkboxes are checked by default except the Dispatch Tab and Metrics box. Check the Dispatch Tab box if the user will have the NexTraq Dispatch solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions. 13. If the user you are creating should have access to all tabs and the ability to create other users, check the box for Account Administrator. *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* ------------------------------------------------------------------------------------------- NexTraq's first level of administrative privilege includes a privilege to control access to the authorized user accounts of the authorized users. Authorized user accounts |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  Figure 308: New User Information<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | 
**Logging Into NexTraq Fleet Tracking Platform**

Figure 2:   Login Options

*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

To access the NexTraq Fleet Tracking platform, use the login address:
http://go.nextraq.com/login.html

To log into the application:

1. Type your user name in the **Username** text box.
2. Type your password in the **Password** text box.

    **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.

*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

----------------------------------------------------------------------------------------------------------------------

The customer group defined by NexTraq has a group administrator identified by a group administrator ID who has a group administrator account.  NexTraq controls access to the group administrator account of the group administrator of each customer.

Administrator Account

If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**. |

25

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.<br>*(Source: https://www.nextraq.com/terms-and-conditions/ )*<br><br>To create or edit a custom map layer:<br>  1.  Log in as an Account Administrator.<br>  2.  Choose **Account** from the **Admin** tab.<br>*(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | **Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [ ]<br>Password: [ ]<br>☐ Remember me for two weeks<br>Forgot Password?<br>Log In<br><br>**Figure 2:   Login Options**<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To log into the application:<br><br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br><br>    **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.<br><br>For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-b | receiving an authorization of the request from | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs). |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | a second computing device in a second network of computing devices including one or more servers configured by the tracking application software to access a database (DB) maintained by a second administrator of the second network who grants access to the DB based on the transmitted first administrator ID included in the request; | See 1-a for the first computing device, first network of computing devices, request, first level of administrative privilege, first administrator, first administrator ID, groups, authorized users, authorized user accounts, group administrator and group administrator account.<br><br>The NexTraq platform uses a second network of computing devices that includes servers of the on-premise data warehouse or AWS, which execute the Accused Applications.  As a result, the Accused Applications access a database (DB) maintained by an administrator of the on-premise data warehouse or AWS, which is a second administrator of the second network.<br><br>An authorization is received in response to the request before NexTraq (or the authenticated administrator employed by NexTraq) exercises the first level of administrative privilege.  The authorization is received from a second computing device in the on-premise data warehouse network or the AWS network before allowing the exercise of the first level of administrative privilege. |
| 1-c | using the first level of administrative privilege to 1) identify the | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs). |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | group by a group identification code (ID) in the DB and 2) control access to the group administrator account, | See 1-a for the first computing device, first network of computing devices, request, first level of administrative privilege, first administrator, first administrator ID, groups, authorized users, authorized user accounts, group administrator and group administrator account.<br><br>See 1-b for the second computing device, second network of computing devices, authorization of request, database and second administrator.<br><br>The customer groups are identified in the on-premise data warehouse or the AWS database (DB) by corresponding group IDs (GIDs), such as customer name.<br><br>Groups identified by Group IDs (GIDs)<br><br><br><br>**Account & User Information**<br><br>At the top of each screen your company name, NexTraq account number, and current user will appear. In addition, date and time of the last login, the current revision number of the NexTraq platform application, and the user/driver link (if applicable) will be displayed.<br><br>DW - Demo Transport & Package [800186], Mary Green [magreen]<br>Logged in: Wednesday, April 18, 2012 4:46:44 PM EDT<br>Current Revision: 15653<br><br>Figure 7:   Account and User Information<br><br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

29

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | **Account & Contact Information**<br><br>Account Information<br>Account ID: 800186<br>Company Name: DW - Demo Transport & Package<br>Distributor Company Name: (QA) Ellis Fleetworks    Distributor Rep Name: SalesRep, Role<br>Distributor Phone: 678-762-6800    Distributor Fax:<br>Distributor Email: wellis@efleetworks.com<br><br>*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-d | granting access to the group administrator account before giving a second level of administrative privilege to the group administrator to identify, in the DB, a sub-group within the group and a user who is a sub-group administrator for the sub-group having a sub-group | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, request, first level of administrative privilege, first administrator, first administrator ID, groups, authorized users, authorized user accounts, group administrator and group administrator account.<br><br>See 1-b for the second computing device, second network of computing devices, authorization of request, database and second administrator.<br><br>See 1-c for group identification code (ID).<br><br>After access is granted to the group administrator account based on the group administrator ID, a second level of administrative privilege is given to the group administrator to identify a sub-group within the group in the database.<br><br><div align="center">Second level of administrative privilege</div> |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | administrator account in the tracking service; | As used in this Agreement, the terms "you" and "your" refer to the customer indicated on the Order Form; "we," "us," "our" "NexTraq" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "Affiliates" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share  *(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*  3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.  *(Source: https://www.nextraq.com/terms-and-conditions/ )*  Users must be defined in order to have access to the NexTraq platform. Account Administrators will be able to add and update Users from the Admin tab. The User List contains all the users associated with the current account.   **Figure 305:  Account Administrator Tab Options including Users**  *(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

31

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | **Admin Tab**<br><br>Perform administrative tasks within the NexTraq Fleet Tracking Platform. Here you may define zones and locations, edit driver and mobile information, establish fleet membership, define users and modify contact information.<br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Admin Tab**<br><br>The Admin tab options allow you to edit, update, and maintain the application's data. You can perform the following administrative tasks on the Admin tab:<br><br>- Create, name, modify, delete, and set expiration dates for **Locations**<br>- Create, name, modify, delete, and set expiration dates for **Zones**<br>- Name **Mobiles** and edit mobile unit information<br>- Create Fuel Purchase records<br>- Create, modify, and delete **Driver** information<br>- Create, modify, and delete **Fleets**<br>- Make **Driver**-mobile assignments<br>- Edit **Account** contact information<br>- Maintain Fuel Information<br>- Activate Fuel Cards<br>- Create, edit, and delete custom map layers<br>- Create and edit **Users**.<br><br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>--------------------------------------------------------------------------------------------------------------<br>The second administrator uses the second administrative privileges to define sub-groups within a group.<br><br>Sub-groups within a group |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | **Fleets**<br><br>The **Fleets** option allows you to group mobile units by criteria that may be helpful to your organization. For example, fleets may be grouped by territory, purpose, vehicle model, or fuel type.<br><br>*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**Creating a fleet**<br><br>To create a fleet:<br><br>   1.  Choose **Fleets** from the **Admin** tab.<br><br>**Fleet List**<br><br>Create Fleet   Filter Fleets   Remove Filters<br><br>| Edit | Delete | Name ⬍ | # Mobiles | Map Color ⬍ |<br>|---|---|---|---|---|<br>| | | North Atlanta | 3 | |<br>| | | South Atlanta | 2 | |<br>| | | Training Fleet 1 | 3 | |<br>| | | Trucks | 4 | |<br>| | | Vans | 4 | |<br><br>CSV   Excel   XML   PDF<br>5/5 fleets found.<br><br>**Figure 286:  Fleet List Options**<br><br>*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

33

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|  |  |  |

Figure 287:  Create Fleet Options

*(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Figure 289:  Edit Fleet Options

*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

34

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | ----------------------------------------------------------------------------------------------------------------------------------------------<br><br>The second administrator uses the second administrative privileges to assign a user as sub-group administrator of the sub-group.<br><br>Sub-group Administrator<br><br><br><br>**Figure 288:  Mobile Assignment and User Access Windows**<br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Click **Edit Users** to open the User Access to Fleet window.<br><br>Move users from the **Account Users** list to the **Users With Access** list by using the arrows. Users "With Access" will have fleet information available to them in Find and Reports functions. Click **Close** when you have completed your fleet access list.<br><br>**NOTE:** When you have more than 1,000 users, User Groups are formed. Click the User Group drop-down box to select the group that includes the user you seek.<br><br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

35

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | |  Figure 289:  Edit Fleet Options<br><br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>---------------------------------------------------------------------------------------------------<br><br>The sub-group defined by the group administrator has sub-group administrator identified by a sub-group administrator ID who has a sub-group administrator account.<br><br>Sub-Group Administrator Account |

36

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | |  Figure 308:  New User Information *(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | <br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-e | granting access to the sub-group administrator account before giving a third level of administrative privilege to the sub-group | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, request, first level of administrative privilege, first administrator, first administrator ID, groups, authorized users, authorized user accounts, group administrator and group administrator account. |

38

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | administrator to identify one or more authorized users of the sub-group in the DB; | See 1-b for the second computing device, second network of computing devices, authorization of request, database and second administrator.<br><br>See 1-c for group identification code (ID).<br><br>See 1-d for second level of administrative privilege, sub-group, sub-group administrator and sub-group administrator account.<br><br>A third level of administrative privilege is given to the sub-group administrator to identify one or more authorized users of the sub-group<br><br><div align="center">Third level of administrative privilege</div><br><br>**Figure 288:  Mobile Assignment and User Access Windows**<br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

39

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|  |  | Click **Edit Users** to open the User Access to Fleet window.<br><br>Move users from the **Account Users** list to the **Users With Access** list by using the arrows. Users "With Access" will have fleet information available to them in Find and Reports functions. Click **Close** when you have completed your fleet access list.<br><br>**NOTE:** When you have more than 1,000 users, User Groups are formed. Click the User Group drop-down box to select the group that includes the user you seek.<br><br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>--------------------------------------------------------------------------------------------------------------<br><br>The drivers of the vehicles in the fleet are the authorized users of sub-group.<br><br><center>Authorized users of sub-group</center><br><br><br>**Figure 288: Mobile Assignment and User Access Windows**<br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | Click **Edit Users** to open the User Access to Fleet window.<br><br>Move users from the **Account Users** list to the **Users With Access** list by using the arrows. Users "With Access" will have fleet information available to them in Find and Reports functions. Click **Close** when you have completed your fleet access list.<br><br>**NOTE:** When you have more than 1,000 users, User Groups are formed. Click the User Group drop-down box to select the group that includes the user you seek.<br><br>*(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-f | receiving 1) one or more event conditions for occurrence of a group event that is met at determined locations of a first mobile object and a second mobile object and 2) an access list that identifies one or more recipients of an event notification after the group event occurs; and | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, request, first level of administrative privilege, first administrator, first administrator ID, groups, authorized users, authorized user accounts, group administrator and group administrator account.<br><br>See 1-b for the second computing device, second network of computing devices, authorization of request, database and second administrator.<br><br>See 1-c for group identification code (ID).<br><br>See 1-d for second level of administrative privilege, sub-group, sub-group administrator and sub-group administrator account.<br><br>See 1-e for third level of administrative privilege and authorized users of sub-group.<br><br>An event condition, such as arrival /departure, is received for occurrence of a group event that is met at determined locations of the first mobile object and the second mobile object. |

41

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
|  |  | **Group Event** |
|  |  | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues, increased insurance premiums, damaged property**, and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br>    ▪ Arriving at a defined location<br>    ▪ Departing a defined location<br>    ▪ Entering a defined zone<br>    ▪ Exiting a defined zone<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------<br>Also received is an access list that identifies one or more recipients of alerts after the group event occurs.<br>**Access List** |

42

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  |

43

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

44

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | Figure 213:  Create Alert Options<br><br>*(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The access list that identifies one or more users who are privileged to be recipients of a notification information, i.e., alert, when the group event occurs. |
| 1-g | conveying the event notifications only to the one or more recipients on the access list after determining | See 1-p for the tracking service, mobile objects, event notifications, mobile object locations, tracking application software, one or more servers, event condition, locations of the mobile objects, and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, request, first level of administrative privilege, first administrator, first administrator ID, groups, authorized users, authorized user accounts, group administrator and group administrator account. |

45

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|  | that the event condition is met. | See 1-b for the second computing device, second network of computing devices, authorization of request, database and second administrator.<br><br>See 1-c for group identification code (ID).<br><br>See 1-d for second level of administrative privilege, sub-group, sub-group administrator and sub-group administrator account.<br><br>See 1-e for third level of administrative privilege and authorized users of sub-group.<br><br>See 1-f for group event, first mobile object, second mobile object, access list.<br><br>For example, the access list can identify fleet managers.  In this way, alerts are sent only to the one or more recipients on the access list after determining that the event condition is met.<br><br>Hard stops. Flooring it at green lights. Taking turns too fast. These are the things that keep fleet managers up at night—and put your company's reputation at risk.<br><br>With more than 30 real-time alerts, it's easy to stay informed about how your drivers and vehicles are performing with NexTraq.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/ )* |

46

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 10,819,809

| Claim | US Patent 10,819,809 | Description of the Infringement |
|---|---|---|
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units.<br><br>1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**<br>2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.<br>3. Enter the desired name for the alert.<br>4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**<br>5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).<br>6. Select the **Email Subject**.<br>7. Choose the **Notification Method** by clicking on the drop down list.<br>8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.<br><br>*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br><br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.