# Exhibit G-1

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

This claim chart demonstrates NexTraq's infringement of U.S. Patent No. 11,064,038 and provides notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts include information provided by way of example, and not by way of limitation.

"Accused Instrumentalities" as used herein refers to herein provide event-based notifications/alerts based on locations of fleets of vehicles, equipment, objects, drivers, and other assets equipped with sensors or tags (the Assets).

1. NexTraq offers the following tracking products and services (the Accused Instrumentalities), including but not limited to NexTraq® Fleet Tracking solution (https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf), which provides data to NexTraq® Web Services (http://www.discretewireless.com/resources/APIReference.pdf) for use in various platforms and solutions that support:

(a) NexTraq®'s Fleet Visibility and       Productivity products, services and solutions which are used for vehicle tracking (https://www.nextraq.com/services/vehicle-tracking/), asset tracking https://www.nextraq.com/services/asset-tracking/), geo-fencing and mapping (https://www.nextraq.com/services/geofencing-mapping/), real-time alerts (https://www.nextraq.com/services/real-time-alerts/), sensors (https://www.nextraq.com/services/sensors/) and integration with third party platforms, solutions and/or applications (https://www.nextraq.com/services/integration/);

(b) NexTraq®   View™ and  NexTraq®  Connect™  mobile   apps   which   are   used   by   mobile   work   force (https://www.nextraq.com/services/mobile-apps/);

(c) NexTraq®   Fleet   Defender   (https://www.nextraq.com/services/fleet-defender/)   and   NexTraq®   Dashcam™ (https://www.nextraq.com/services/dashcam/) which are used for drive safety;

(d) NexTraq® Driver ID, which is used for Automatic Driver Assignment (https://www.nextraq.com/services/automatic-driver-assignment/)

NexTraq "Mobile Tracking Devices" and/or "Mobile Devices" means:

The Accused Instrumentalities track the Assets, which are attached to or carried by mobile devices, including but not limited to:

1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)

2-Asset Trackers Family of products (e.g., AT-730, AT-5100)

1

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

3-Trailer Trackers (e.g., TT-2830)

4-GPS Tracking Devices (e.g., LMU26H201-NXT01)

5-Other GPS and sensor, e.g., temperature sensor, equipped mobile devices.

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities. An analysis of NexTraq's (or other third parties') technical documentation, and/or software source code, may assist in fully identifying all infringing features and functionality. Accordingly, PerDiemCo reserves the right to supplement this infringement analysis once such information is made available to PerDiemCo. Furthermore, PerDiemCo reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim.

Unless otherwise noted, PerDiemCo alleges that NexTraq directly infringes the '038 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, PerDiemCo further contends that the evidence below supports a finding of indirect or contributory infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. NexTraq makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claims the '038 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, PerDiemCo alleges that each element of each claim asserted herein is literally met through NexTraq's provision of the Accused Instrumentalities. However, to the extent that NexTraq attempts to allege that any asserted claim element is not literally met, PerDiemCo believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, PerDiemCo did not identify any substantial differences between the elements of the patent claim and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, PerDiemCo asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. PerDiemCo reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by NexTraq. PerDiemCo also reserves the right to amend this infringement analysis by citing other claims of the '038 patent, not listed in the claim chart, that are infringed by the Accused

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

Instrumentalities.  PerDiemCo further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 1-p | A notification method that uses locations of mobile devices carried in vehicles to convey driving event notifications when driving events occur, wherein the notification method is executed by one or more servers having access to a database (DB), wherein the one or more servers are configured by a tracking application software of a | NexTraq Fleet Tracking platform is a cloud-based solution for tracking assets using a standard Internet connection.  On information and belief, the Accused Instrumentalities use applications, storage, on-demand services, computer networks, including servers and databases or other resources that are accessed with the Internet connection through on-premise or another provider's shared cloud computing framework, including servers and databases administered by third parties. On information and belief, the Accused Instrumentalities use an access identity and management (IAM) services to securely control access to S resources used by NexTraq's cloud-based solution. More specifically, the Accused Instrumentalities use the IAM to control who is authenticated (signed in) and authorized (has permissions) to use the resources.<br><br><br>Figure 1:    NexTraq Fleet Tracking Platform Overview |

3

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| 1-p (cont.) | tracking service provider, which controls conveyance of the driving event notifications in a tracking service used by authorized users of a plurality of companies having corresponding authorized user accounts accessible based on information stored in the DB, each company tracking one or more groups of vehicles based on mobile device locations, which are determined based on information received from wireless location | *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>**What is NexTraq's tech stack?**<br><br>NexTraq uses these technologies: Microsoft Sharepoint 2013, Crazy Egg, Dell PowerEdge T100 Tower Server, Dell PowerEdge R805 Rack Server, Dell PowerEdge R715 Rack Server, Amazon AWS Identity and Access Management (IAM) See More<br><br>*(Source: Page No. 4 of https://www.infotelligent.com/company/verizon-networkfleet/company/3485751 )*<br><br>On information and belief, the Accused Instrumentalities currently use NexTraq's tracking applications executed by servers of a database management system (DBMS) constituting DBMS Applications (DBMSAs), including NexTraq® Fleet Tracking applications (the Accused Applications), which rely on managed database services used in an on-premise data warehouse solution. |

4

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | information sources (LISs), the method comprising: | On information and belief, NexTraq is re-platforming its Fleet Tracking platform so that the Accused Instrumentalities would transition to using AWS native services such as AWS Relational Database Service (RDS), a managed database service provided by AWS databases (DB) and AWS Redshift, Oracle, MS SQL, etc. |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 1 of https://employzone.com/job-view/us-ga-atlanta/cloud-data-engineer/dayforcehcm/9505416277?ez_source=alert&ez_campaign=daily-alert&ez_medium=azcs)* ----------------------------------------------------------------------------------------------------------------------- The mobile tracking devices/mobile devices are associated with vehicles identified by OID i.e., VIN. Mobile Objects/Assets/Vehicles identified by OIDs  *(Source: Page No. 3 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* The Accused Instrumentalities track locations of mobile devices carried in vehicles using wireless GPS location information sources.  The mobile devices are identified by Hardware IDs. Mobile Devices identified by Device IDs (DIDs) In NexTraq, tracking devices are referred to as mobiles. Upon first login, mobiles will be named by their hardware ID number, making it difficult to differentiate which device was installed in each vehicle. |

7

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 2 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br>**Mobile List**<br><br>Filter Mobiles   Remove Filters<br><br>| Edit | Name | Hardware ID | Map Color | Odometer | Type | Fuel Type | VIN | License | Driver | Assigned Fleets |<br>|---|---|---|---|---|---|---|---|---|---|---|<br>| ✎ | Bus BJ398X | 5333277398 | ■ | | | Wahoo2 Gasoline | | | Bannon, Jason | |<br>| ✎ | Stingray 911X | 1000000911 | ■ | | VT-2200-1 | Gasoline | | | Glover, Terry | |<br>| ✎ | Truck T1203G | 5008781203 | ■ | 34,374 mi | Wahoo2 | Gasoline | ABCDEFGHIJK | ABC123 | Albertson, Brandon | Trucks |<br>| ✎ | Truck T1600G | 16000000 | ■ | 21,911 mi | Wahoo2 | Gasoline | | | Bell, Alice | Trucks, North Atlanta |<br>| ✎ | Truck T3560G | 5003703560 | ■ | | Wahoo2 | Diesel | xxxxx | zzzz | Johnson, Alvin | |<br>| ✎ | Truck T6950X | 9003576950 | ■ | 37,000 mi | Wahoo2 | Gasoline | | | Green, Mary | Trucks, South Atlanta, Training Fleet 1 |<br>| ✎ | Truck T7830X | 9110953180 | ■ | 36,701 mi | Wahoo2 | Gasoline | | | Jeralds, Wilma | Trucks |<br><br>**Figure 266:  Mobile List**<br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The Mobile List includes the following information on each mobile unit:<br><br>▪ Mobile name<br>▪ Hardware ID<br>▪ Map color associated with this mobile in map labels<br>▪ Odometer reading<br>▪ Type of mobile device<br>▪ Fuel type used in the mobile unit<br>▪ VIN number of the vehicle<br>▪ License number of the vehicle<br>▪ Name of the driver |

8

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC'S Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
|  |  | (*Source: Page No. 182 of* http://www.alltrackusa.com/RTH_user_guide.pdf)<br><br>Mobile Devices Equipped with Location Information Sources<br>1-Vehicle Trackers Family of products (e.g., VT-2300, VT-3030, VT-2630, VT-3640)<br>2-Asset Trackers Family of products (e.g., AT-730, AT-5100)<br>3-Trailer Trackers (e.g., TT-2830)<br>4-GPS Tracking Devices (e.g., LMU26H201-NXT01)<br><br>The following flags are applicable to all mobile units:<br><br>▪ **G – GPS Lock.** The mobile unit has locked on the signal of at least three satellites to calculate a position (latitude and longitude) and to track movement.<br><br>(*Source: Page No. 27 of* http://www.alltrackusa.com/RTH_user_guide.pdf)<br><br>Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.<br><br>(*Source: Page No. 1 of* https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ ) |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | <br><br>**GPS VEHICLE TRACKERS FOR EVERY PURPOSE**<br><br>The NexTraq® Vehicle Tracker VT-3030<br><br>A versatile OBD-II telematics device for simplified GPS fleet management.<br><br>The NexTraq® Vehicle Tracker VT-3030 is an easy-to-install, flexible OBD telematics device. It is an ideal solution for the passenger or light-duty vehicle applications where access to the vehicle diagnostics interface (OBD-II) is essential for monitoring vehicle health and driver behavior.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*<br><br>**THE NEXTRAQ® VEHICLE TRACKER VT-3640**<br><br>**Robust telematics device built for dynamic flexibility.**<br><br>The NexTraq® Vehicle Tracker VT-3640 is a next generation telematics device that can take sensors, Garmin connections, and be used as a three-wired connector. Equipped with built-in ECU (Engine Control Unit) vehicle interface technologies, odometer, and engine diagnostic trouble codes (DTC) for both light and heavy-duty vehicles. |

10

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 3 of https://www.nextraq.com/services/vehicle-tracking/ )*  *(Source: Page No. 2 of https://www.nextraq.com/services/vehicle-tracking/ )*  *(Source: Page No. 1 of https://www.ebay.com/itm/272838073110)* |

11

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | Certified for use in the harshest conditions by the U.S. Department of Defense, this intrinsically-safe device features a built-in solar panel to help ensure battery life for up to ten years. NexTraq® Solar Asset Tracker (AT-5200) is a superior choice for use in remote conditions within virtually every industry.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/asset-tracking/)*<br><br><br><br>The NexTraq® Asset Tracker (AT-730) is an LTE-enabled, battery-operated, cellular asset tracker designed for multiyear deployment. Simple to install, this tracking device is perfect for unpowered assets in extreme and rugged environments.<br><br>*(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  The NexTraq® SmartOne C Satellite Asset Tracker (AT-5100) is a satellite-managed asset tracker that utilizes comparative GPS positions and sensors to gather and transmit asset status information. *(Source: Page No. 2 of https://www.nextraq.com/services/asset-tracking/)* The NexTraq® Trailer Tracker (TT-2830) is a versatile asset tracker built for flexibility, with extensive monitoring capabilities to meet your needs. With a record of excellent field performance, it's ideal for assets. It is ideal for assets that are tethered but may sit disconnected to power sources for extended periods of time. *(Source: Page No. 3 of https://www.nextraq.com/services/asset-tracking/)* |

13

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|-------------------------------|
| | |  |
| | | *(Source: Page No. 1 of https://www.ebay.com/itm/174395543130?chn=ps&norover=1&mkevt=1&mkrid=711-213727-13078-0&mkcid=2&itemid=174395543130&targetid=4580359295528874&device=c&mktype=&googleloc=&poi=&campaignid=437225724&mkgroupid=1228154759183859&rlsatarget=pla-4580359295528874&abcId=9300907&merchantid=51291&msclkid=ac556c89a9351a832f4c0fa25eb06e08 )* |
| | | --------------------------------------------------------------------------------------------------------------------------- |
| | | As provider of the above tracking services, NexTraq controls conveyance of driving event notifications, i.e., alerts. |
| | | Driving Event Notifications/Alerts |
| | |  |
| | | *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

14

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  |

*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units.

1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.**
2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type.
3. Enter the desired name for the alert.
4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.**
5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected).
6. Select the **Email Subject.**
7. Choose the **Notification Method** by clicking on the drop down list.
8. Enter email addresses or SMS information of recipients to receive the alert email when triggered.

*(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038



16

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)*<br><br>**Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations —even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money**.<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>--------------------------------------------------------------------------------------------------------------------------------------------<br>The servers are configurable to track the mobile device's locations for determining occurrences of events that meet event conditions related to the locations of the mobile devices, such as arrivals and departures.<br><br>Driving Events |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite.** This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues,** increased insurance premiums, damaged property, and increased **downtime.** Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security,** it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br>　▪ Arriving at a defined location<br>　▪ Departing a defined location<br>　▪ Entering a defined zone<br>　▪ Exiting a defined zone<br><br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>---------------------------------------------------------------------------------------------------------------------------<br>The locations of the mobile devices are determined based on information received from wireless GPS location information sources (LISs). |

18

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  Figure 1:    NexTraq Fleet Tracking Platform Overview *(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* ----------------------------------------------------------------------------------------------------------------------- Databases |

19

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  |

**Figure 266:  Mobile List**

*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

Fleet tracking technology is based off of three basic systems: Global positioning satellite location services, wireless data transfer and mapping through web applications. A box installed inside a vehicle reads its GPS location, direction of travel and speed. The box then uses a connection with cell towers to relay the GPS information to a data server, where it is translated by software into an interface that can be understood by an end user.

*(Source: Page No. 1 of https://www.nextraq.com/resource/hvac-companies-win-with-gps-fleet-management/ )*

20

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  *(Source: Page No. 111 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> --------------------------------------------------------------------------------------------------------------------- <br><br> As subscribers of the services provided by the Accused Instrumentalities, the authorized users are employed by customers of NexTraq in different customer groups. These customer groups are identified in the on-premise data warehouse or the AWS database (DB) by corresponding group IDs (GIDs), such as customer name. <br><br> Groups identified by Group IDs (GIDs) |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  |

### Account & User Information

At the top of each screen your company name, NexTraq account number, and current user will appear. In addition, date and time of the last login, the current revision number of the NexTraq platform application, and the user/driver link (if applicable) will be displayed.

DW - Demo Transport & Package [800186], Mary Green [magreen]
Logged in: Wednesday, April 18, 2012 4:46:44 PM EDT
Current Revision: 15653

**Figure 7:    Account and User Information**

*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

### Account & Contact Information

Account Information

Account ID: 800186
Company Name: DW - Demo Transport & Package
Distributor Company Name: (QA) Ellis Fleetworks     Distributor Rep Name: SalesRep, Role
Distributor Phone: 678-762-6800     Distributor Fax:
Distributor Email: wellis@efleetworks.com

*(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

----------------------------------------------------------------------------------------------------

The driving event notifications (i.e., alerts) are conveyed to authorized users of the tracking service.

Authorized users identified by user IDs

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | **Users**<br><br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br><br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

23

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      | 12. In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions. <br><br> 13. If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**. <br> *(Source: Page No. 209 of* http://www.alltrackusa.com/RTH_user_guide.pdf*)* <br> ------------------------------------------------------------------------------------------------------------------- <br> Authorized user accounts |

24

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  Figure 308: New User Information <br> (Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf) |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | **Logging Into NexTraq Fleet Tracking Platform** |
| | |  |
| | | Figure 2:   Login Options |
| | | *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html |
| | | To log into the application: |
| | | 1. Type your user name in the **Username** text box. |
| | | 2. Type your password in the **Password** text box. |
| | | NOTE: If you do not have a username and/or password, please contact NexTraq Customer Support for assistance. |
| | | *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| | | ------------------------------------------------------------------------------------------------------------------- |
| | | Group of vehicles |
| | | **Fleets** |
| | | The **Fleets** option allows you to group mobile units by criteria that may be helpful to your organization. For example, fleets may be grouped by territory, purpose, vehicle model, or fuel type. |

26

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|---------------------------------|
| | | *(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br>  <br> **Figure 286:  Fleet List Options** <br><br> *(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

27

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|---------------------------------|
|  |  |  |

Figure 287:  Create Fleet Options

(Source: Page No. 196 of http://www.alltrackusa.com/RTH_user_guide.pdf)

Figure 289:  Edit Fleet Options

28

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 197 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-a | using one or more first computing devices in a first network of computing devices of the tracking service provider to configure the tracking application software by identifying a plurality of groups in the DB using group identification codes (GIDs) stored in the DB, a GID identifying a company which tracks a group of vehicles including a first vehicle that carries a first | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs).<br><br>NexTraq (or an administrator employed by NexTraq) administers NexTraq's network of computing devices, which is a first network of computing devices administered under NexTraq's first level of administrative privilege.<br>------------------------------------------------------------------------------------------------------------------<br>As provider of the above services, NexTraq defines the customer groups. These customer groups are identified in the on-premise data warehouse or the AWS database (DB) by corresponding group IDs (GIDs), such as customer name.<br><br><div align="center">Groups identified by Group IDs (GIDs)</div><br><br>*(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| 1-a (cont.) | mobile device and a second vehicle that carries a second mobile device, wherein the GID is associated in the DB with a plurality of user identification codes that identify authorized users of the company, and wherein the tracking application software is further configured to control access to the authorized user accounts of authorized users of the tracking service in the plurality of groups, said authorized users | **Account & Contact Information** <br><br> Account Information <br> Account ID: 800186 <br> Company Name: DW - Demo Transport & Package <br> Distributor Company Name: (QA) Ellis Fleetworks    Distributor Rep Name: SalesRep, Role <br> Distributor Phone: 678-762-6800    Distributor Fax: <br> Distributor Email: wellis@efleetworks.com <br><br> *(Source: Page No. 199 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br> ------------------------------------------------------------------------ <br> The vehicles are associated with mobile tracking devices/mobile devices identified by Hardware Ids. Each vehicle carries a mobile device i.e., the first vehicle carries a first mobile device, and a second vehicle carries a second mobile device. <br><br> In NexTraq, tracking devices are referred to as mobiles. Upon first login, mobiles will be named by their hardware ID number, making it difficult to differentiate which device was installed in each vehicle. <br><br> *(Source: Page No. 2 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

30

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| 1-a (cont.) | including 1) a group administrator of the company having a group administrator identification code used to access a group administrator account and 2) a first authorized user of the company having a first authorized user identification code used to access a first authorized user account; | <br><br>**Figure 266:  Mobile List**<br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>The Mobile List includes the following information on each mobile unit:<br>  • Mobile name<br>  • Hardware ID<br>  • Map color associated with this mobile in map labels<br>  • Odometer reading<br>  • Type of mobile device<br>  • Fuel type used in the mobile unit<br>  • VIN number of the vehicle<br>  • License number of the vehicle<br>  • Name of the driver<br>*(Source: Page No. 182 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-------------------------------------------------------------------------------------------------------------- |

31

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      | The authorized users are identified by user identification codes i.e., a username and a password.<br><br>Authorized users identified by user IDs<br><br>**Users**<br><br>Users must be defined in order to have access to the **NexTraq** platform. Account Administrators will be able to add and update **Users** from the **Admin** tab. The **User List** contains all the users associated with the current account.<br><br>*(Source: Page No. 207 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |  Figure 308: New User Information<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

33

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | **12.** In the **Tab Permissions** box, all checkboxes are checked by default except the **Dispatch Tab** and **Metrics** box. Check the **Dispatch Tab** box if the user will have the **NexTraq Dispatch** solution. Check the Metrics box if the user will have permission to run the Metrics Dashboard. Uncheck the other boxes according to the user's permissions.<br><br>**13.** If the user you are creating should have access to all tabs and the ability to create other users, check the box for **Account Administrator**.<br><br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------------<br>NexTraq controls access the authorized user accounts of authorized users of the tracking service in the plurality of customer groups.<br><br><center>Authorized user accounts</center> |

<center>34</center>

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | <br><br>**Figure 308:  New User Information**<br>*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | **Logging Into NexTraq Fleet Tracking Platform** <br><br> NexTraq <br><br> Username: [____] <br> Password: [____] <br> ☐ Remember me for two weeks <br> Forgot Password? <br> Log In <br><br> Figure 2:   Login Options <br><br> *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br><br> To access the NexTraq Fleet Tracking platform, use the login address: http://go.nextraq.com/login.html <br> To log into the application: <br>    1.  Type your user name in the **Username** text box. <br>    2.  Type your password in the **Password** text box. <br>      **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance. <br><br> *(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* <br> ------------------------------------------------------------------------------------------------- <br> The customer group defined by NexTraq has a group administrator identified by a group administrator ID who has a group administrator account.  NexTraq controls access to the group administrator account of the group administrator of each customer. <br><br> Administrator Account |

36

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | If you are designated as **Account Administrator**, you will see an additional option on the menu for creating custom mobile fields, **Manage Mobile Fields**.<br>*(Source: Page No. 168 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>As used in this Agreement, the terms "**you**" and "**your**" refer to the customer indicated on the Order Form; "**we**," "**us**," "**our**" "**NexTraq**" and similar terms refer to NEXTRAQ, LLC, a Delaware limited liability company, and its Affiliates; "**Affiliates**" means any existing or future legal entity which, directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with NexTraq with the notion of control consisting of the power to direct the management and policies of the legal entity whether through the ownership of a fraction of the share<br>*(Source: Page No. 1 of https://www.nextraq.com/terms-and-conditions/ )*<br><br>3.3  We will assign you, and you will be responsible for controlling, username(s) and password(s) which permit you, your employees and independent contractors, access to the Platform and, if we have accepted an Order Form for online Services, access to and interaction with those Services and related APIs. You are responsible for ensuring that usernames and passwords are not shared or used by more than one individual.<br>*(Source: https://www.nextraq.com/terms-and-conditions/ )*<br><br>To create or edit a custom map layer:<br>1. Log in as an Account Administrator.<br>2. Choose **Account** from the **Admin** tab.<br>*(Source: Page No. 203 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

37

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | |  |

**Logging Into NexTraq Fleet Tracking Platform**

Username:
Password:
☐ Remember me for two weeks
Forgot Password?
Log In

Figure 2:   Login Options

*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

To log into the application:

1. Type your user name in the **Username** text box.
2. Type your password in the **Password** text box.

   **NOTE:** If you do not have a username and/or password, please contact NexTraq Customer Support for assistance.

For your username and password to be automatically remembered by the application, check the **Remember me for two weeks** checkbox. When you access the application during the next 14 days, your username and password will be recalled automatically, and you will log directly into the **Find** screen of the NexTraq Fleet Tracking platform.

*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

-----------------------------------------------------------------------------------------------------

A first authorized user is identified by a first user ID to access a first user account.

38

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|----------------------------------|
|       |                      |  |

Figure 308:  New User Information
*(Source: Page No. 209 of http://www.alltrackusa.com/RTH_user_guide.pdf)*

39

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | **Logging Into NexTraq Fleet Tracking Platform**<br><br>NexTraq<br><br>Username: [_____]<br>Password: [_____]<br>☐ Remember me for two weeks<br>Forgot Password?<br>[Log In]<br><br>Figure 2:   Login Options<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>To access the NexTraq Fleet Tracking platform, use the login address:<br>http://go.nextraq.com/login.html<br>To log into the application:<br>1. Type your user name in the **Username** text box.<br>2. Type your password in the **Password** text box.<br>    **NOTE:** If you do not have a username and/or password, please contact NexTraq<br>    Customer Support for assistance.<br><br>*(Source: Page No. 14 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-b | receiving an access request to the group administrator account from a second computing device in a | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, plurality of groups, group identification codes (GIDs), first vehicle, first mobile device, second vehicle, second mobile device, user identification codes, group administrator, group administrator identification code, group administrator account, first authorized user, first authorized user account and first authorized user identification code. |

40

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | second network of computing devices different from the first network of computing devices of the tracking service; | Second computing device in a second network<br><br><br><br>Figure 1: NexTraq Fleet Tracking Platform Overview<br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

41

PerDiemCo LLC v. NexTraq
PᴇʀDɪᴇᴍ Cᴏ., LLC'ꜱ Pʀᴇʟɪᴍɪɴᴀʀʏ Iɴꜰʀɪɴɢᴇᴍᴇɴᴛ Cᴏɴᴛᴇɴᴛɪᴏɴꜱ
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | **NexTraq Fleet Tracking Platform**<br><br>This chapter introduces the NexTraq Fleet Tracking platform with an overview of its function and requirements. GPS vehicle tracking has developed into an essential tool for managing fleets. The NexTraq Fleet Tracking platform is a cloud-based solution which provides an efficient and cost-effective method to track your vehicle or fleet using a standard Internet connection.<br><br>Once the NexTraq hardware, known as a mobile unit, is installed in a vehicle, it receives and sends data wirelessly. Data includes vehicle location and operational status, such as speed or time stopped. The NexTraq Fleet Tracking platform collects data from the mobile units which you can monitor and report on through the NexTraq web application and an Internet connection. The figure below illustrates the flow of data from locating the vehicle to the map information in the NexTraq Fleet Tracking platform on your computer screen.<br><br>*(Source: Page No. 9 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-c | granting access to the group administrator account before associating, in the DB, the first authorized user identification code of the first authorized user with an access code in the DB that identifies recipients of the driving event notifications, | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, plurality of groups, group identification codes (GIDs), first vehicle, first mobile device, second vehicle, second mobile device, user identification codes, group administrator, group administrator identification code, group administrator account, first authorized user, first authorized user account and first authorized user identification code.<br><br>See 1-b for the second computing device, second network of computing devices.<br><br>After granting access to the group administrator account, the group administrator specifies an access code that identifies one or more recipients of driving event notifications/alerts after the group event occurs.<br><br><div align="center">Access Codes</div> |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units. <br><br> 1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.** <br> 2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type. <br> 3. Enter the desired name for the alert. <br> 4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To**. <br> 5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected). <br> 6. Select the **Email Subject**. <br> 7. Choose the **Notification Method** by clicking on the drop down list. <br> 8. Enter email addresses or SMS information of recipients to receive the alert email when triggered. <br><br> *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* <br><br>  <br> *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
|       |                      |            |

44

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | (Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf) |
| | |  |
| | | **Figure 213: Create Alert Options** |
| | | (Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf) |
| | | The access codes identify one or more users who are privileged to be recipients of a notification information, i.e., alert, when the group event such as arrival or departure occurs. |
| 1-d | granting access to the first authorized user account based on the first | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs). |

45

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | authorized user identification code before conveying the driving event notifications to the first authorized user; | See 1-a for the first computing device, first network of computing devices, plurality of groups, group identification codes (GIDs), first vehicle, first mobile device, second vehicle, second mobile device, user identification codes, group administrator, group administrator identification code, group administrator account, first authorized user, first authorized user account and first authorized user identification code.<br><br>See 1-b for the second computing device, second network of computing devices.<br><br>See 1-c for access codes, recipients. |
| 1-e | receiving 1) a first event condition for occurrence of a first driving event that is met based on locations of the first mobile device or locations of the second mobile device relative to a zone or boundary and 2) a second event condition for occurrence of a second driving event that is met based on sensor | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs).<br><br>See 1-a for the first computing device, first network of computing devices, plurality of groups, group identification codes (GIDs), first vehicle, first mobile device, second vehicle, second mobile device, user identification codes, group administrator, group administrator identification code, group administrator account, first authorized user, first authorized user account and first authorized user identification code.<br><br>See 1-b for the second computing device, second network of computing devices.<br><br>See 1-c for access codes, recipients.<br><br>The Accused Instrumentalities receive first event condition related to the locations of the mobile devices, such as arrivals and departures for occurrence of a first driving event that is met based on locations of the first mobile device or locations of the second mobile device relative to a zone or boundary.<br><br>First Event Condition |

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | information received from sensors that measure characteristics of a physical environment detected at the first mobile device or the second mobile device; | **Geofencing**<br><br>Powered by Google™ Maps, NexTraq's geofencing technology allows you to create a virtual boundary around jobsites, vendors, customer locations—even areas you don't want your vehicles to enter. When your vehicles enter or exit these geofenced areas, you'll receive an alert.How can geofencing help your business?<br><br>• **Arrival and departure times:** Let's say you want to know when your employees are on a jobsite. By drawing a geofence around the site, you can set up alerts to easily monitor when your employees arrive or leave from that location. Not only that, you can **monitor for unauthorized vehicle use** during working hours.<br>• **Payroll and time management:** For payroll purposes and billing accuracy, geofences are a game changer. Automatic alerts can be used to **notify you when your vehicles arrive and depart from a jobsite**. This creates a virtual time card, logging the time spent on the job. This can prove to be beneficial for employees who are paid by the hour or service workers who have charge-out rates.<br>• **Asset protection:** Problems with unauthorized use of company vehicles puts more than your asset at risk. A vehicle used after-hours or without permission can result in **liability issues**, **increased insurance premiums**, **damaged property**, and increased **downtime**. Triggered alerts can be used to notify you when a vehicle or piece of equipment moves outside of a geofenced area. This not only **provides additional security**, it offers peace of mind that your vehicles are safe.<br>• **Stolen equipment:** When a piece of equipment or a vehicle is moved outside of your geofence, you can receive an alert to notify you right when this action occurs. These alerts will only notify you so while the thieves may think they are getting away with your equipment, you know their location and can alert the police, **saving you a great deal of money.**<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/geofencing-mapping/)*<br><br>You can activate 17 types of alerts:<br>   ▪ Arriving at a defined location<br>   ▪ Departing a defined location<br>   ▪ Entering a defined zone<br>   ▪ Exiting a defined zone<br>*(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br>-----------------------------------------------------------------------------------------------------------------------<br>Zone/Landmark/Geofence/Boundary |

47

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|--------------------------------|
| | | <br><br>**Creating Zones**<br><br>To create a zone:<br><br>1. Choose **Create Zone** from the **Admin Zones** submenu or, from the **Zone List** screen, click **Create Zone**.<br><br>2. The **Create Zone** screen displays with your default location centered in the map and noted by a green shape with a centered red marker 📍.<br><br>   **NOTE:** Upon opening, the map centers on your account address.<br><br>Figure 260:  Initial Zone Position and New Zone Defined<br><br>*(Source: Page No. 177 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Locate zone that has been defined using the **Admin** tab<br>Locate a specific address<br>Find a location using its latitude and longitude coordinates<br>Create saved locations from the site of mobile(s), addresses found, or latitude and longitude coordinates<br><br>*(Source: Page No. 29 of http://www.alltrackusa.com/RTH_user_guide.pdf )* |

48

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | The Accused Instrumentalities receive second event condition based on sensor information, such as speed violation for occurrence of a second driving event that is met based on sensor information received from sensors that measure characteristics of a physical environment detected at the first mobile device or the second mobile device.<br><br>Second Event Condition<br><br>▪ **Speed Alerts** - provides information on the combined average of Speed Alerts and Posted Speed Alerts events of your Fleet or Mobile.<br><br>If any user has defined either Speed Alerts or Posted Speed Alerts on the NexTraq Alerts tab, and, if there were alert messages generated during the selected Time Frame, the average number of these incidents per day will appear in the Speed Alerts section of Fleet Metrics.<br><br>*(Source: Page No. 90 of http://www.alltrackusa.com/RTH_user_guide.pdf)*<br><br>Are your drivers following your rules of the road? With Posted Speed Alert, you can receive notifications on your smartphone, tablet, or laptop if your drivers exceed the posted speed limit.<br><br>Are your drivers running the engine and wasting fuel? If excessive idling is a challenge, you can use Idle Alert to monitor and reduce events where your team is leaving the engine running when parked. This will optimize your fleet's time on the job, prevent unnecessary wear and tear on your vehicles, and control your fuel spend.<br><br>How about school zones? Are drivers slowing down or are they speeding where they're putting children at risk – irritating parents who see your logo on the truck and increasing the likelihood of an expensive speeding ticket? Protect the reputation of your business with the NexTraq® Driver Safety Solution.<br><br>Don't get caught unaware. Use real-time alerts to start correcting **aggressive and dangerous** driving behaviors. With NexTraq, you'll get notified when drivers or vehicles aren't performing as they're supposed to. That gives you the data and insights you need to **make positive changes** in your fleet operations.<br><br>• Know when important events are happening with your vehicles<br>• Receive instant notifications sent to your laptop, tablet, and smartphone<br>• Choose the real-time alert type, vehicles to cover, and frequency of notifications<br><br>*(Source: Page No. 1 of https://www.nextraq.com/services/real-time-alerts/)* |

49

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|----------------------|----------------------------------|
| | | -------------------------------------------------------------------------------------------------------------------------- |
| | | Sensor information |
| | | **Alerts Tab** |
| | | Configure the system to automatically send email messages when selected events occur with an array of **Alert** options. Alert options include entering/exiting geofences, motion during a given time frame, sensor activity, excess stop and idle time, and speeds including posted speed limits. |
| | | *(Source: Page No. 18 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |
| 1-f | conveying a first driving event notification after the first event condition is met based on the zone or boundary and determined locations of the first mobile device or the second mobile device; and | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs). |
| | | See 1-a for the first computing device, first network of computing devices, plurality of groups, group identification codes (GIDs), first vehicle, first mobile device, second vehicle, second mobile device, user identification codes, group administrator, group administrator identification code, group administrator account, first authorized user, first authorized user account and first authorized user identification code. |
| | | See 1-b for the second computing device, second network of computing devices. |
| | | See 1-c for access codes, recipients. |
| | | See 1-e for the first event condition, zone/boundary, a second event condition, sensor information. |
| | | The tracking service provided by the Accused Instrumentalities is used for controlling conveyance of first driving event notifications, i.e., alerts related to arrival and departure. |
| | | First Driving Event Notification/Alert |

50

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | |  |

51

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units. <br><br> 1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.** <br> 2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type. <br> 3. Enter the desired name for the alert. <br> 4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.** <br> 5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected). <br> 6. Select the **Email Subject**. <br> 7. Choose the **Notification Method** by clicking on the drop down list. <br> 8. Enter email addresses or SMS information of recipients to receive the alert email when triggered. <br><br> *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

52

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038



53

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
| | | *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |
| 1-g | conveying a second driving event notification after the second event condition is met, wherein the first event driving notification or the second driving event notification is conveyed only to recipients identified by the access code. | See 1-p for the tracking service, vehicles, mobile devices, driving event notifications, mobile device locations, tracking application software, tracking service provider, one or more servers, driving event condition, database, authorized users, plurality of companies, authorized user accounts, group of vehicles and wireless location information sources (LISs).

See 1-a for the first computing device, first network of computing devices, plurality of groups, group identification codes (GIDs), first vehicle, first mobile device, second vehicle, second mobile device, user identification codes, group administrator, group administrator identification code, group administrator account, first authorized user, first authorized user account and first authorized user identification code.

See 1-b for the second computing device, second network of computing devices.

See 1-c for access codes, recipients.

See 1-e for the first event condition, zone/boundary, a second event condition, sensor information.

See 1-f for the first driving event notification.

The tracking service provided by the Accused Instrumentalities is used for controlling conveyance of second driving event notifications, i.e., alerts related to speed violations.

Second Driving Event Notification/Alert

### Alerts Tab

The **Alerts** tab options allow you to establish alert thresholds and to send notification emails when those thresholds are crossed. Alerts may cover all mobile units, selected fleets, or selected mobile units. Alerts may be sent to any email-enabled computer or other Internet capable device. The units for the speed alert (miles or kilometers) are defined in **User Preferences**. |

54

PerDiemCo LLC v. NexTraq
PERDIEM CO., LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|-------|---------------------|---------------------------------|
| | | *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)*  *(Source: Page No. 148 of http://www.alltrackusa.com/RTH_user_guide.pdf)* The **Alerts** tab options allow you to establish alert thresholds and to receive notification emails when those thresholds are crossed.  Alerts may cover all mobile units, selected fleets, or selected mobile units. <br> 1. To create an alert, begin by placing the cursor over the **Alerts** tab and clicking **Create Alert.** <br> 2. In the Create Alert page, choose the type of alert by clicking the drop-down list for Type. <br> 3. Enter the desired name for the alert. <br> 4. Select the mobiles the alert applies to by clicking the drop-down list for **Applies To.** <br> 5. Choose the **Days Active** and **Times Active** (varies depending on Alert Type selected). <br> 6. Select the **Email Subject.** <br> 7. Choose the **Notification Method** by clicking on the drop down list. <br> 8. Enter email addresses or SMS information of recipients to receive the alert email when triggered. <br> *(Source: Page No. 9 of https://www.nextraq.com/wp-content/uploads/2018/04/NexTraq_New_User_Quick_Start_Guide.pdf)* |

55

PerDiemCo LLC v. NexTraq
PerDiem Co., LLC's Preliminary Infringement Contentions
U.S. Patent No. 11,064,038

| Claim | US Patent 11,064,038 | Description of the Infringement |
|---|---|---|
|  |  |  Figure 213:  Create Alert Options <br> *(Source: Page No. 149 of http://www.alltrackusa.com/RTH_user_guide.pdf)* |

**Caveat:** The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.