TO: PAMELA I. ATKINS, Atkins & Associates, Attorneys at Law, LLC
RE: ASSIGNMENT OF ATTORNEY'S FEES FOR SOCIAL SECURITY DIB/SSI CLAIM(S)

## ASSIGNMENT OF EQUAL ACCESS TO JUSTICE ACT FEE

If my claim is appealed to federal court and results in a favorable decision of the type justifying an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), said attorneys shall have the option and right to file, at their discretion, a motion under EAJA seeking additional attorney's fees to be set by the Federal Court and paid by the federal government.

If a court awards me fees under the Equal Access to Justice Act, I assign them to you, agree they can be paid directly to you, and authorize you to endorse my name on checks paying them. If you get paid EAJA fees and I pay fees from my benefits for the same work, you will refund to me the lower of the two fees you get.

Akanni A. Ayodeji
(Print) Client Name

_[signature]_
Client Signature

Helen Mckinney-Gorham
(Print) Witness Name

_[signature]_
Witness Signature

Benj. L. Gor
(Print) Witness Name

_[signature]_
Witness Signature

THE STATE OF GEORGIA §

COUNTY OF FULTON §

BEFORE ME, the undersigned authority, on this day personally appeared Akanni A. Ayodeji, client, Helen McKinney Gorham, witness and Benjamin Gorham, witness, known or satisfactorily proven to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that he or she executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as his or her free act and deed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 13th day of January, 2023.

_[signature]_
Notary Public

My Commission Expires: 04/17/2023

_[notary seal: SHAMECCA KAI DUNLAP, NOTARY PUBLIC, CLAYTON COUNTY, GEORGIA, MY COMMISSION EXPIRES APRIL 17, 2023]_

_[signature]_                                              1/13/2023

Pamela I. Atkins, Esq.                                     Date