UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AKANNI A. | ) | |
|     PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. |
| KILOLO KIJAKAZI, COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
|     DEFENDANT. | ) | |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

NOW COMES, Plaintiff AKANNI A. by and through counsel, Pamela I. Atkins, pursuant to 28 U.S.C. § 1915 and files this Motion to Proceed *In Forma Pauperis*. Attached hereto are Plaintiff's Affidavits in Support of the Request to Proceed *In Forma Pauperis*.

WHEREFORE, the Plaintiff, by and through counsel, asks the Court that Plaintiff may be authorized to prosecute this action *in forma pauperis,* without prepayment of costs and security therefore, and with electronic service upon the government, pursuant to 28 U.S.C. § 1915.

Respectfully submitted, this the 13th day of January 2023.

                                                      _Pamela I. Atkins_____
                                                    PAMELA I. ATKINS
                                                    Attorney for Plaintiff
                                                    GA Bar No. 026302

ATKINS & ASSOCIATES,
ATTORNEYS-AT-LAW, L.L.C.
6075 Barfield Road, Atlanta, GA 30328
Phone: (770) 399-9999; Fax: (770) 399-9939
patkins@adisability.com   www.adisability.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AKANNI A. ) | |
|       PLAINTIFF, ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. |
| ) | SOCIAL SECURITY |
| KILOLO KIJAKAZI, COMMISSIONER OF ) | APPEAL |
| SOCIAL SECURITY, ) | |
|       DEFENDANT. ) | |

**ORDER GRANTING LEAVE TO**
**PROCEED *INFORMA PAUPERIS***

In reliance in the presentations set forth in the attached application and affidavit.

IT IS ORDERED that the Plaintiff in the above-entitled is permitted to prosecute said proceedings to conclusion without prepayment of costs or giving security pursuant to 28 U.S.C. § 1915. The government shall accept service of process electronically.

This _____ day of January, 2023.

                                                  BY THE COURT

                                                  _____
                                                  United States District / Magistrate Judge