## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

Akanni Akinola Ayodeji          :
    Petitioner          :
              :
              :    **AFFIDAVIT IN SUPPORT OF**
    v.          :    **REQUEST TO PROCEED IN**
              :    **FORMA PAUPERIS**

Kilolo Kijakazi,
COMMISSIONER OF SOCIAL SECURITY  :
    Respondent(s)          :

    I, Akanni A. Ayodeji , being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty that I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to redress.

    I further swear that the responses which I have made to the questions below are true and complete.

1.    State your residence.

    5586 Glen Haven Drive

    College Park, GA 3039


2.    State the name and age of each member of your household.

    Akanni Ayodeji 34

3.    Are you or any adult member of your household (persons 18 years of age or older employed?  If so, state the name of each employed person, the name and address of the applicable employer, and the amount of such person's salary or wages per month.

_____

I am the only one in my household. I am not employed.

_____

4.    If you or any other adult member of your household is not presently employed, but has been previously employed, identify each such person and state the date of last employment and the amount of salary or wages received per month.

Dyvercity Restaurant and Bar- Akanni Ayodeji employed.
_____

Last day worked December 2019.
_____

Wages: $2.50/hr 35hrs/wk Monthly income $350.00 + tips
_____

5.    Do you or any other member of your household own a home or other real estate?  If so, describe such property, state its approximate value and identify the owner.

No one in my household owns a home.
_____

_____

6.    Do your or any other member of your household own an automobile or other vehicle?  If so, identify the owner of the vehicle, and the make, model, year and approximate value of such vehicle.

No one in my household owns  an automobile.
_____

_____

7.     Do you or any other member of your household own any stock, bonds, notes, or other valuables (excluding ordinary household furnishings and clothing)? If so, describe each such item of property, its approximate value, and identify the owner.

No one owns any stocks, bonds, notes, or other valuables in my household.

8.     Do you or any other member of your household have a checking and/or savings account, or other cash on hand? If so, state the total amount and the owner of same.

I don't have any checking or savings account. I only have $500.00 in cash

9.     Do you contribute to the support of any person who is not a member of your immediate household? If so, identify such person, his or her relationship to you, and the amount of support contributed per month.

I do not contribute to the support of any person outside of my immediate household.

10.    Aside from income from employment, do you or any other household member have any other income? If so, identify each such person, the source of income, and the monthly amount. (Include governmental sources, such as Social Security or other retirement benefits, disability benefits, veterans' benefits, unemployment benefits, AFDC payments, Workers' Compensation benefits.)

I do not receive any outside employment income from any source
_____

_____

_____

11.  During the past 12 months, have you or any other household member received money from any sources not otherwise disclosed by your responses to the foregoing questions:  For example, income from self-employment, rent payments, interest dividends, life insurance payments, gifts or inheritances.)  If so, state the name of the household member who has such other income, the identity of such income and the amount.

No I have not received any money from sources such as self employment, rent payments, interest dividends, life insurance payments, gifts, or inheritances.
_____

_____

12.  List the debts and monthly bills of your household income, including debts owing to banks, loan companies, charge accounts, etc.

_____

_____

| Credit | Total Debt | Monthly Payment |
|---|---|---|
| Midland/Citibank | $2594.00 | Collections |
| Wellstar Hospital | $42328.00 | Collections |
| Student Loans/Aid Advantage | $58,091.00 | Begin 06/01/2024 based on income. |

_____

_____

13.   If you feel that additional information would be helpful to the Court in ruling on your request to proceed <u>in forma pauperis</u>, state that information here.

_____

_____

_____

I DECLARE UNDER PENALY OF PERJURY THAT THE FOREGOING INFORAMTION IS TRUE AND CORRECT.

Executed on this ___13th___ day of __January___, 2023.

Movants Name:
Akanni A. Ayodeji

/s/ _____
Signature of Movant

Sworn and subscribed before me
This __13th__ day of __January__, 2023.

_____
Notary Public

My Commission Expires __04/17/2023__