Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-127-940

**Effective Date of Registration:**
November 06, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   October 21, 2018 to November 05, 2018

## Title _____

|  |  |
|---|---|
| **Title of Group:** | National Park Planner 2018 4Q |
| **Number of Photographs in Group:** | 234 |

- **Individual Photographs:** Marsh-Billings-Rockefeller-001 to Marsh-Billings-Rockefeller-083
  **Published:** October 2018

- **Individual Photographs:** Russell_Cave-24, Russell_Cave-25, Russell_Cave-26, Russell_Cave-27, Russell_Cave-28, Russell_Cave-29, Russell_Cave-30, Russell_Cave-31, Russell_Cave-32, Russell_Cave-33, Russell_Cave-34, Russell_Cave-35, Russell_Cave-36, Russell_Cave-37, Russell_Cave-38
  **Published:** October 2018

- **Individual Photographs:** Saint-Gaudens-001 to Saint-Gaudens-004, Saint-Gaudens-006 to Saint-Gaudens-028, Saint-Gaudens-031 to Saint-Gaudens-034, Saint-Gaudens-037 to Saint-Gaudens-067
  **Published:** October 2018

- **Individual Photographs:** Tuskegee-Airmen-39, Tuskegee-Airmen-40, Tuskegee-Airmen-41, Tuskegee-Airmen-42, Tuskegee-Airmen-43, Tuskegee-Airmen-44, Tuskegee-Airmen-45, Tuskegee-Airmen-46, Tuskegee-Airmen-47, Tuskegee-Airmen-48, Tuskegee-Airmen-49, Tuskegee-Airmen-50, Tuskegee-Airmen-51, Tuskegee-Airmen-52, Tuskegee-Airmen-53, Tuskegee-Airmen-54, Tuskegee-Airmen-55, Tuskegee-Airmen-56, Tuskegee-Airmen-57, Tuskegee-Airmen-58
  **Published:** October 2018

- **Individual Photographs:** Tuskegee-Institute-43, Tuskegee-Institute-44, Tuskegee-Institute-45, Tuskegee-Institute-46, Tuskegee-Institute-47, Tuskegee-Institute-48, Tuskegee-Institute-49, Tuskegee-Institute-50, Tuskegee-Institute-51, Tuskegee-Institute-52, Tuskegee-Institute-53, Tuskegee-Institute-54, Tuskegee-Institute-55, Tuskegee-Institute-56, Tuskegee-Institute-57, Tuskegee-Institute-58, Tuskegee-Institute-59, Tuskegee-Institute-60, Tuskegee-Institute-61
  **Published:** October 2018

- **Individual Photographs:** Horseshoe-Bend-31, Horseshoe-Bend-32, Horseshoe-Bend-33, Horseshoe-Bend-34, Horseshoe-Bend-35, Horseshoe-Bend-36, Horseshoe-Bend-37, Horseshoe-Bend-38, Horseshoe-Bend-39, Horseshoe-Bend-40, Horseshoe-Bend-41, Horseshoe-Bend-42, Horseshoe-Bend-43, Horseshoe-Bend-44,

|                          |                                                                                                                                                                                                                                                             |
|--------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|                          | Horseshoe-Bend-45, Horseshoe-Bend-46, Horseshoe-Bend-47, Horseshoe-Bend-48, Horseshoe-Bend-50, Horseshoe-Bend-51, Horseshoe-Bend-52, Horseshoe-Bend-53, Horseshoe-Bend-54, Horseshoe-Bend-55, Horseshoe-Bend-56, Horseshoe-Bend-57, Horseshoe-Bend-58 |
| **Published:**           | November 2018                                                                                                                                                                                                                                               |
| • **Individual Photographs:** | Kennesaw-067, Kennesaw-068, Kennesaw-069, Kennesaw-070, Kennesaw-071, Kennesaw-072, Kennesaw-073, Kennesaw-074 |
| **Published:**           | November 2018                                                                                                                                                                                                                                               |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | October 21, 2018 |
| **Latest Publication Date in Group:** | November 05, 2018 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Steven LaMont Markos |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1964 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Steven LaMont Markos |
| | 2606 Waters Edge Trail, Roswell, GA, 30075, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Steven LaMont Markos |
| **Email:** | info@npplan.com |
| **Telephone:** | (404)652-0532 |
| **Address:** | 2606 Waters Edge Trail |
| | Roswell, GA 30075 United States |

## Certification

| | |
|---|---|
| **Name:** | Steven LaMont Markos |
| **Date:** | November 06, 2018 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be |

registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.