Exhibit "B"

Page 1
Hikes — Korsi Yoga
https://web.archive.org/web/20220728040106/https://www.korsiyoga.com/hikes



All of our hikes are free for our monthly members and $25 for non-members. We hike to a new location every month, led by owner and outdoor enthusiast, Ahoo. This means that logistics for each hike vary slightly. Once you sign up, closer to hiking day, an email will go out with all of the details you will need. You will always need good hiking shoes, clothing, water, snacks, and a towel or mat for yoga.

We use an Intensity Meter, ranging from 1 - 5, with 1 being the easiest and 5 being the most challenging. We base this on both the terrain and the length of the hike.

We go at the pace of the slowest hiker, so everyone stays together and has fun!



### Hike the Kennesaw Mountain Summit Trail & Yoga

Saturday, August 20, 2022
8:00 AM – 6:00 PM

Let's come together and hike the Kennesaw Mountain Trail, which is a 2.1 mile round trip, moderate hike, to top of the mountain, for breathtaking views. We will practice a gentle yoga practice at the top.

After, we will dine at Basecamp at Kennesaw Mountain restaurant, see menu below.

Intensity Meter: 3

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

**SIGN UP HERE**



### Raven Cliff Falls Hike & Yoga

Saturday, September 17, 2022
8:00 AM – 6:00 PM
Korsi Hot Yoga (map)

Hike this trail to a gorgeous waterfall that cascades through a 40-foot-tall, towering cliff, slicing the enormous rock outcrop in half. And catch wildflower and waterfall-filled beauty throughout the trail's 2.5 miles: the hike follows a beautiful, rushing trout stream in a shady, moss-filled forest.

Intensity Meter: 3

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

**SIGN UP HERE**



### Providence Canyon Hike & Yoga

Saturday, October 15, 2022
8:00 AM – 6:00 PM
Korsi Hot Yoga (map)

Affectionately known as Georgia's "Little Grand Canyon," Providence Canyon is a park unlike any other in Georgia. It draws visitors year-round to walk through the canyon floor and view the distinct layers of south Georgia's colorful soil.

Intensity Meter: 3

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

**SIGN UP HERE**

Page 2
Hikes — Korsi Yoga
https://web.archive.org/web/20220728040106/https://www.korsiyoga.com/hikes



## Sope Creek Hike & Yoga

Saturday, July 16, 2022
8:00 AM – 6:00 PM

We will hike the Sope Creek Trail to the ruins of the stacked-stone Civil War-era paper mill on the banks of a rocky creek, and then loop to a serene pond in a scenic Chattahoochee River park.

Intensity Meter: 2

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

SIGN UP HERE



## Little River Canyon And Hippie Hole Hike & Yoga

Saturday, June 18, 2022
8:00 AM – 6:00 PM

Let's swim at hippie hole in Little River Canyon park. We will spend the day exploring the park and area and then swim at the base of Little Falls, also referred to as Martha Falls and the "Hippie Hole" by the locals, a popular swimming hole a part of Little River Canyon National Preserve, located along the state line of Alabama and Georgia. Perks include free parking and free admission.

Intensity Meter: 2

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

SIGN UP HERE



## Mamaste - Mother's Day Family Hike & Yoga

Sunday, May 8, 2022
1:00 PM – 2:45 PM

We will take a one hour hike at the Vickery Creek waterfalls, behind the studio, followed by a 45 minute yoga class at the studio.

This class is open to the entire family and is a perfect way to honor the divine mother. All levels and ages welcome.

A sweet treat will be served afterwards.

Intensity Meter: 1

$25 per person, includes hike and yoga

SIGN UP HERE



## Tallulah Gorge Hike & Yoga

Saturday, April 16, 2022
8:00 AM – 6:00 PM

One of the most spectacular canyons in the eastern U.S. We will be hiking Hurricane Falls Trail, which is 2.25 miles roundtrip. The Hurricane Falls Trail descends a pulse-raising number of stairs to the park's suspension bridge, crossing the 80-foot high bridge over the roaring Tallulah River. Descend more stairs to visit the base of the thundering Hurricane Falls waterfall before making an epic stair climb back to the rim. It's a great workout!

Intensity Meter: 3

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

SIGN UP HERE



## Cloudland Canyon Hike and Yoga

Saturday, March 26, 2022
8:00 AM – 8:00 PM

Start the summer with a hike in one of Georgia's most beautiful state parks, Cloudland Canyon. This park has pretty much everything there is to offer, from thousand-foot deep canyons, sandstone cliffs, wild caves, waterfalls, cascading creeks, dense woodland and abundant wildlife, the park offers ample outdoor recreation opportunities.

We will be hiking the longer, 6.2 mile, Waterfalls trails. Wear a bathing suit to swim in the falls.

Captured by FireShot Pro: 04 October 2022, 14:28:48
https://getfireshot.com

Page 3
Hikes — Korsi Yoga
https://web.archive.org/web/20220728040106/https://www.korsiyoga.com/hikes

Intensity Meter: 4

Please reserve early as space is limited. This hike is free for Korsi Yoga members. $25 for all non-members.

http://gastateparks.org/CloudlandCanyon

**SIGN UP HERE**



### Stephen's Gap Callahan Cave Hike

Saturday, February 26, 2022
8:00 AM – 6:00 PM

We will travel to Alabama for this short 1.5 mile round trip hike into Stephen's Gap Cave, where we can explore the cave and surrounding area.

No caving experience required. You will need a helmet and headlamp. There will be no spelunking or ropes on this trip. Each participant must sign a waiver with the park service. This hike is permit only, secured by Korsi Yoga, but you must sign a waiver.

Limited to 9 participants. $25 for non-members, free for members. Bring water, lunch and layers, as it will be cool in the caves.

We will do a short meditation session inside the caves, followed by a longer, soothing yoga class on the park grounds.

***Waivers will go out second week of February.

Intensity Meter: 2

**SIGN UP HERE**



### Hike the Kennesaw Mountain Summit Trail

Saturday, October 12, 2019
9:00 AM – 4:00 PM

Let's come together and hike the Kennesaw Mountain Trail, which is a 2.1 mile round trip, moderate hike, to top of the mountain, for breathtaking views. We will practice a gentle yoga practice at the top.

After, we will dine at Basecamp at Kennesaw Mountain restaurant, see menu below.

$25 includes yoga and hike

"The park's most popular hike climbs through sharp switchbacks to crest the mountain's rocky, open summit. The mountain's summit views are worth the effort, offering breathtaking views of the Atlanta skyline far on the horizon."



### Hike and Yoga at Vickery Creek

Saturday, September 28, 2019
11:00 AM – 1:00 PM

Join Ahoo and Korsi Yoga for a one hour guided hike at the beautiful Vickery Creek waterfalls, followed by a 45 minute yoga class at the studio. All levels and ages welcome.

Afterwards, we can walk over to Souper Jenny and have lunch.

$25 per person, includes hike and yoga



### Mamaste - Mother's Day Family Hike and Yoga!

Saturday, May 12, 2018
1:00 PM – 2:45 PM

Korsi Adventures has another event for you, this time for the whole family! Get into nature, get grounded and celebrate mom, with a day of hiking and yoga. Sign up using link below:

Join April and Korsi Yoga for a one hour guided hike at the beautiful Vickery Creek waterfalls, followed by a 45 minute yoga class taught by April. This class is open to the entire family and is a perfect way to honor the divine mother. All levels and ages welcome.

A sweet treat will be served and a carnation will also be given to each mother as a representation of Feminine Love.

$25 per person, includes hike and yoga

Page 4
HSites — Korsi Yoga
https://web.archive.org/web/20220728040106/https://www.korsiyoga.com/hikes

SIGN UP HERE



CONTACT    ABOUT US    FAQ

KORSI HOT YOGA, 555 SOUTH ATLANTA ST, STE B300, ROSWELL, GA, 30075  404-542-7458  INFO@KORSIYOGA.COM