UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 2782 CIVIL ACTION NO. 1:17-MD-02782-RWS |
| This document relates to: Shelby Pike _____ v. Johnson & Johnson and Ethicon, Inc. _____ | : : : : : | Civil Action No.: _____ |

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2782 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff Implanted with Physiomesh

   Shelby Pike
   _____

2. Plaintiff's Spouse (if applicable)

   Not Applicable
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   Not Applicable
   _____

4. State of Residence and Citizenship of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Initial Complaint

   **North Carolina**

5. State of Residence and Citizenship at the Time of Implantation

   **North Carolina**

6. District Court and Division in which personal jurisdiction and venue would be proper absent direct filing.

   United States District Court for the Middle District of North Carolina

7. Defendants (Check Defendants against whom Complaint is made):

   [✓] A. Ethicon, Inc.

   [✓] B. Johnson & Johnson

8. Basis of Jurisdiction

   [✓] Diversity of Citizenship (28 U.S.C. § 1332(a))

   [ ] Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   **Paragraphs 11 to 13**

B. Other allegations of jurisdiction and venue:

Not Applicable
_____

_____

_____

_____

9.

| Date(s) Plaintiff was Implanted with Physiomesh (list date of each implant surgery, where applicable, on separate line) | Hospital(s) where Plaintiff was implanted with Physiomesh (include City and State of Hospital) | Implanting Surgeon(s) |
|---|---|---|
| December 16, 2011 | Cone Health Wesley Long Hospital<br>2400 West Friendly Avenue<br>Greensboro, North Carolina 27403 | Matthew K. Tsuei, M.D. |
|  |  |  |
|  |  |  |

10. Counts in the Master Complaint brought by Plaintiff(s):

    ☐ Count I – Strict Product Liability – Defective Design

    ☐ Count II – Strict Product Liability – Failure to Warn

    ☐ Count III – Strict Product Liability – Manufacturing Defect

    ☑ Count IV – Negligence

    ☑ Count V – Consumer Protection Laws (Please identify applicable State Consumer Protection law(s) and state any additional facts and legal basis for application of State Consumer Protection law(s) in this case)

    N.C.G.S.A. § 75-1, et seq.

    ☑ Count VI – Gross Negligence

    ☐ Count VII – Loss of Consortium

    ☑ Count VIII – Punitive Damages

    ☑ Count IX – Discovery Rule, Equitable Tolling/Estoppel (Please state any additional facts and legal basis for Discovery Rule and Tolling below)

    The nature of Plaintiffs' injuries and damages as well as the connection of Plaintiffs' injuries and damages to Ethicon Physiomesh™ Flexible Composite Mesh was not discovered and could not have been discovered through reasonable care and diligence until a date within the applicable statute of limitations.

4

☑ Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

Breach of Express Warranty, Breach of Implied Warranty, and Negligent Misrepresentation

☑ Jury Trial is Demanded as to All Counts

☐ Jury Trial is NOT Demanded as to Any Count

s/ Jessica W. Hayes (Louisiana 28927)
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Jessica W. Hayes (Louisiana 28927)
Murray Law Firm
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 525-8100 / Facsimile: (504) 584-5249
E-mail: jhayes@murray-lawfirm.com