

A0168413

3604238

**EXHIBIT B**

# Amended Statement
# By Foreign Corporation

> **FILED**
> Secretary of State
> State of California
> ICC   MAR 2 5 2015

DoorDash, Inc.
_____
[Name of Corporation]

_____ ,

a corporation organized and existing under the laws of _____Delaware_____ ,
[State or Place of Incorporation]

and which is presently qualified for the transaction of intrastate business in the State of

California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and

that the name relinquished at the time of such change was _____

PALO ALTO DELIVERY INC. _____

_____ .

_____
Tony Xu, President

λ

ASDC-Form (Rev. 01/2013)

California Secretary of State
www.sos.ca.gov/business/be
(916) 657-5448

A0768413

# Delaware

PAGE   1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THAT THE SAID "PALO ALTO DELIVERY

INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO

"DOORDASH, INC.", THE FOURTH DAY OF MARCH, A.D. 2015, AT 7:26

O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

5337982   8320

150412237

AUTHENTICATION:  2235583

DATE:  03-25-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml