# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRACI FEIT LOVE, an individual, | ) |
| Plaintiff, | ) Case No.: |
| v. | ) |
| CAVALRY SPV I LLC, a Delaware Limited Liability Company; and ALDRIDGE PITE HAAN LLP, a Limited Liability Partnership, | ) **Certificate of Interested Persons and Corporate Disclosure Statement** |
| Defendants. | ) |

Pursuant to Local Rule 3.3, the Plaintiff TRACI FEIT LOVE, through the undersigned counsel of record, files this Certificate of Interested Person and Corporate Disclosure Statement. The following statement is being made to the best of the Plaintiff's personal knowledge, and the Plaintiff states that she is without sufficient personal knowledge to make a full and adequate corporate disclosure statement on behalf of Defendants. With these limitations in mind, Plaintiff states as follows:

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties,

including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    A.    TRACI FEIT LOVE, Plaintiff.

    B.    ALDRIDGE PITE HAAN LLP, Defendant.

    C.    Upon information and belief, ALDRIDGE PITE LLP may own more than 10% of Defendant Aldridge Pite Haan LLP.

    D.    CAVALRY SPV I LLC, Defendant.

    E.    Upon information and belief, CAVALRY PORTFOLIO SERVICES LLC may own more than 10% of Defendant CAVALRY SPV I LLC.

Plaintiff is unaware of any other information responsive to this requirement at this time.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    A.    None other than the parties listed above are known at this time.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    A.    John William Nelson, Attorney for the Plaintiff.

Respectfully submitted this 15 January 2023.

/s/ John William Nelson
John William Nelson
Georgia Bar No. 920108

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.  404.549.6765

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT was prepared on a computer, using Times New Roman 14-point font.

**DATED:**   15 January 2023

/s/ John William Nelson
John William Nelson
Georgia Bar No. 920108

*Attorney for Plaintiff*

The Nelson Law Chambers LLC
2180 Satellite Blvd, Suite 400
Duluth, Georgia 30097
Ph.   404.348.4462
Fax.   404.549.6765