UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE CO.**
**AS SUBROGEE OF TERRY KING**
**JOHNS,**
    **PLAINTIFF,**

V.                                                  **CIVIL ACTION NO:**

**UNITED STATES OF AMERICA,**
    **DEFENDANTS.**

## COMPLAINT

Comes now the Plaintiff, State Farm Mutual Automobile Insurance Co. as subrogee of Terry King Johns, and moves for the judgment against the Defendant, the United States of America, on the grounds and in the amount set forth below:

1.

Plaintiff is a corporation registered to do business in the State of Georgia and maintains offices within the state.

2.

Plaintiff's claims against Defendant are made under the Federal Tort Claims Act, 28 USC 1346(b), for damage to property as a result of the negligent operation of a motor vehicle by an employee of the United States of America, said negligence having occurred on June 14, 2021, in Chatham County in the State of Georgia.

3.

Plaintiff filed an administrative claim asserting its right as the subrogee of Terry King Johns to recover damages against the United States under the Federal Tort Claims Act. Plaintiff's administrative claim was delivered to the United States of America. The claim has either been denied or has been left without action by the United States of America for a period greater than six (6) months.

4.

On or about June 14, 2021, Plaintiff's insured, Terry King Johns, was a parked 2010 Mercedes Benz E350 in a Walmart Parking lot near 101 Five Oaks Court in the City of Savannah, Chatham County of United States, State of Georgia.

5.

At the time and place described in paragraph 4 above, Brice Allen Lifer operated a motor vehicle owned by the United States, traveling in a Walmart Parking lot near 101 Five Oaks Court Savannah, Georgia.

6.

At the time and place described in paragraph 4 above, Brice Allen Lifer made an improper turn, and/or misjudged clearance and struck the parked and unoccupied vehicle owned by Plaintiff's insured, Terry King Johns.

7.

At the time of the incident described in paragraphs 4 through 6 above, Brice

Allen Lifer was an employee of the United States of America and was operating the vehicle with the knowledge and consent of Defendant and in the course and scope of his employment.

8.

At the time and place set forth in paragraphs 4 through 6 above, Brice Allen Lifer owed a duty to Plaintiff's insured to use due care in the operation of the vehicle and was required to operate said vehicle in obedience to all local traffic ordinances, the Georgia Motor Vehicle Act and the common laws of the State of Georgia.

9.

Brice Allen Lifer breached the duties owed to Plaintiff's insured and was negligent in his operation of the government vehicle.  His/her negligence included:

A.   Failing to pay proper attention to his course of travel;

B.   Driving in a careless and reckless manner;

C.   Failing to maintain control of his vehicle;

D.   Failing to operate his vehicle at a careful and prudent speed, taking into account the traffic, surface and weather conditions existing;

E.   Operating his vehicle in a manner which endangered Plaintiff and others.

10.

The June 14, 2021 collision was caused by the negligence of Brice Allen

Lifer.

11.

That Plaintiff insured Terry King Johns and made payments to Terry King Johns for the property damage in the amount of $2,490.82 pursuant to Plaintiff's Automobile Insurance Policy.  Plaintiff State Farm Mutual Automobile Insurance Co. is subrogated to the rights of Terry King Johns.

12.

Defendant is liable to Plaintiff for the damages in the amount of $2,490.82 for the negligence of Brice Allen Lifer under the provisions of the Federal Tort Claims Act, 28 U.S.C. §1346(b).

WHEREFORE, Plaintiff respectfully demands judgment against the Defendant for the principal amount of $2,490.82 plus court costs and post-judgment interest at the legal rate.  Plaintiff further demands that a writ of Fieri Facias issue.

BOUTWELL & ASSOCIATES, LLC

Attorney for Plaintiff:
/s/ Keshia Townsend
Candace M. Boutwell; State Bar No. 254154
cboutwell@subrofirm.com
Keshia N. Townsend; State Bar No. 556068
k.townsend@subrofirm.com

2280 Satellite Blvd, Bldg. B
Duluth GA 30097
Phone: (678) 985-0800
Fax: (678) 985-0903