**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE CO.**
**AS SUBROGEE OF TERRY KING**
**JOHNS,**

      **PLAINTIFF,**

V.                                                          **CIVIL ACTION NO:**

**UNITED STATES OF AMERICA,**

      **DEFENDANTS.**

### RULE 7.1 DISCLOSURE STATEMENT

PURSUANT TO RULE 7.1, State Farm Mutual Automobile Insurance Co., Plaintiff in the above-styled civil action, by and through counsel, hereby certifies that it is a nongovernmental corporate party that is:

<u> x  </u>    (a) wholly owned by <u>its' policy holders     </u>; and/or

<u>     </u>    (b) the following publicly held corporation(s) own 10% or more of the company stock; or

<u>     </u>    (c) there are no parent companies and/or no publicly held corporations owning 10% or more of the company stock.

        BOUTWELL & ASSOCIATES, LLC
        Attorney for Plaintiff:
        /s/ Keshia Townsend
        Candace M. Boutwell;
        State Bar No. 254154
        cboutwell@subrofirm.com
        Keshia N. Townsend
        State Bar No. 556068
        k.townsend@subrofirm.com

2280 Satellite Blvd, Bldg. B
Duluth GA 30097
Phone: (678) 985-0800
Fax: (678) 985-0903