| AUTO | | Claim Number: 11-21R0-68Z | | | RBZ000HK |
|---|---|---|---|---|---|

### PAYMENTS

C denotes consolidated payment
E denotes EFT payment
P previously converted payment from CAT/CMR

| Payment Number | | Issued Date | Payee | Status | Amount | Auth ID |
|---|---|---|---|---|---|---|
| 127649309K | E | 12-10-2021 | HERTZ LOCAL EDITION | Paid | $176.22 | ECSAPY |
| 127574082K | E | 11-04-2021 | JOE HUDSON COLL CTR - ABERCORN | Paid | $1,814.60 | ECSAPY |
| | | | | **Grand Total:** | $1,990.82 | |