**AUTO**  Claim Number: 11-21R0-68Z  RBZ000HK

## BILL SUMMARY

### Bill Information

| | | | |
|---|---|---|---|
| Invoice Number: | 609017774881 | Claim Number: | 11-21R0-68Z |
| Rental Vendor: | HERTZ LOCAL EDITION | Date of Loss: | 06-14-2021 |
| Insured Name: | JOHNS, TERRY | Received From Renter: | $573.41 |
| Renter Name: | JOHNS, TERRY | Billed To Others: | $0.00 |
| Rental Start Date: | 10-29-2021 | Amount Due: | $176.22 |
| Rental End Date: | 11-04-2021 | Amount Paid To Date: | $176.22 |

### Current Bill Status

**Primary Status**  **Primary Reason(s)**
Reviewed

**Secondary Status**  **Secondary Reason(s)**
Paid

### Vehicle Information

| Vehicle | Rental Start | Rental End | Assnd Class | Appr Class | Make | Model |
|---|---|---|---|---|---|---|
| 01 | 10-29-2021 | 11-04-2021 | OT | FC | | SIREQUINOXFWD1 |

### Invoice Details

| Vehicle | Description | Billed Party | Quantity | Rate (%) ($) | Percent Covered | Extended Amount |
|---|---|---|---|---|---|---|
| 01 | Daily Rental Rate | State Farm | 7 | 28.24 | 80.000 | $158.14 |
| 01 | Daily Rental Rate | Renter | 7 | 28.24 | 20.000 | $39.54 |
| 01 | Daily Rental Rate | Renter | 13 | 28.24 | 100.000 | $367.12 |
| 01 | Fuel Charge | Renter | 1 | 112.39 | 100.000 | $112.39 |
| 01 | Sales Tax | State Farm | 164.69 | 7.000 | 100.000 | $11.53 |
| 01 | Sales Tax | Renter | 535.90 | 7.000 | 100.000 | $37.51 |
| 01 | Veh Licensing/Registration Fee | State Farm | 7 | 1.17 | 80.000 | $6.55 |
| 01 | Veh Licensing/Registration Fee | Renter | 7 | 1.17 | 20.000 | $1.64 |
| 01 | Veh Licensing/Registration Fee | Renter | 13 | 1.17 | 100.000 | $15.21 |

| | | | |
|---|---|---|---|
| Subtotal Less Taxes : | $677.19 | Received From Renter : | $573.41 |
| Total Taxes : | $72.44 | Amount Due From State Farm : | $176.22 |
| | | Total Amount Due : | $749.63 |