

For Customer Support refer to the appropriate platform below:

**OrderPoint**
800-934-9698
Orderpoint.support@lexisnexis.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexis.com

**Lexis.com**
Law Firm accounts
800-543-6862

PAGE COUNT: 4

```
CLIENT :        6625
DIVISION :
ADJUSTER :  PKWI
CLAIM :         1121R068Z

TRANSACTION # :      1422278711
DATE :               07/08/2021

DATE OF LOSS :       06/14/2021    TIME OF LOSS : 0:0:0
STREET :             FIVE OAKS CT
CITY :                POOLER
COUNTY :
STATE :              GA

INVESTIGATING AGENCY :    POOLER PD
REPORT NUMBER :           CASE #210614025
REPORT TYPE :             Auto Accident
PARTY 1 :                  TERRY D JOHNS
PARTY 2 :
PARTY 3 :

CAR : E350       MAKE : MERCEDES       YEAR : 2010
                 TAG :

DRIVER LICENSE :
ADDITIONAL INFO :
```

NOTE :

THANK YOU FOR YOUR ORDER!

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | | County | Date Rec. by DOT |
|---|---|---|---|---|
| 210614025 | 0250400 | | CHATHAM | 6/14/2021 |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 6/14/2021 | 14:22 | 6/14/2021 | 14:22 | 6/14/2021 | 14:22 | 2 | 0 | 0 | Pooler |

**Road of Occurence:**
**Not At Its Intersection But:** ☐ Miles ☐ Feet ☐ North ☐ South ☐ East ☐ West
**At Its Intersection With:**
**Of:**

☐ Suppl. To Original?
☑ Private Property?
☐ Hit And Run?

**Latitude (Y):** 32.133481 (Format) 00.00000
**Longitude (X):** -81.240925 (Format) -00.00000

---

### Unit # 1
- ☑ Driver ☐ Ped ☐ Bike
- ☐ Susp At Fault
- **LAST NAME:** LIFER  **FIRST:** BRICE  **MIDDLE:** ALLEN
- **Address:** 7 CROMER ST
- **City:** SAVANNAH  **State:**  **Zip:** 31407482  **DOB:** 10/5/1983
- **Driver's License No:** 060755061  **Class:** CLASS C  **State:** GA  **Country:**
- **Insurance Co.:** PROTECTIVE  **Policy No.:** 5G1002930  **Telephone No.:** 9194145722
- **Year:** 2019  **Make:** WORK  **Model:** SHUTTLE
- **VIN:** 1FDES8PM8KKA63650  **Vehicle Color:** Unknown
- **Tag #:** 0C62B3  **State:** MO  **County:**  **Year:** 2021
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** MATRAN  **First:** INC  **Middle:**
- **Address:** 800 QUIK TRIP WAY
- **City:** BELTON  **State:** MO  **Zip:** 64012
- **Removed By:**  ☐ Request ☐ List
- **Alcohol Test:** **Type:** **Results:** **Drug Test:** **Type:** **Results:**
- **First Harmful Event:** **Most Harmful Event:** **Operator/Ped Cond:**
- **Operator Factors:**
- **Vehicle Factors:** **Roadway Factors:**
- **Direction of Travel:** None **Vehicle Maneuver:** **Non-Motor Maneuver:**
- **Vehicle Class:** **Vehicle Type:** **Vision Obscured:**
- **Number of Occupants:** 1 **Area of Initial Contact:** Unknown **Damage to Vehicle:** Minor Damage
- **Traffic Way Flow:** **Road Composition:** **Road Character:**
- **Number of Lanes:** **Posted Speed:** **Work Zone:**
- **Traffic Control:** **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:**
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

### Unit # 2
- ☑ Driver ☐ Ped ☐ Bike
- ☐ Susp At Fault
- **LAST NAME:**  **FIRST:**  **MIDDLE:**
- **Address:**
- **City:**  **State:**  **Zip:**  **DOB:**
- **Driver's License No:**  **Class:**  **State:**  **Country:**
- **Insurance Co.:** STATE FARM  **Policy No.:** 112C617990  **Telephone No.:** 9128564544
- **Year:** 2010  **Make:** MERCEDES B  **Model:** E
- **VIN:** WDDKJ5GB3AF034013  **Vehicle Color:** Unknown
- **Tag #:** RZY0715  **State:** GA  **County:** CHATHAM  **Year:** 2022
- **Trailer Tag #:**  **State:**  **County:**  **Year:**
- ☐ Same as Driver  **Owner's Last Name:** JOHNS  **First:** TERRY  **Middle:** KING
- **Address:** 1114 MOHAWK ST UNIT E2
- **City:** SAVANNAH  **State:** GA  **Zip:** 31419
- **Removed By:**  ☐ Request ☐ List
- **Alcohol Test:** **Type:** **Results:** **Drug Test:** **Type:** **Results:**
- **First Harmful Event:** **Most Harmful Event:** **Operator/Ped Cond:**
- **Operator Factors:**
- **Vehicle Factors:** **Roadway Factors:**
- **Direction of Travel:** None **Vehicle Maneuver:** **Non-Motor Maneuver:**
- **Vehicle Class:** **Vehicle Type:** **Vision Obscured:**
- **Number of Occupants:** 1 **Area of Initial Contact:** Unknown **Damage to Vehicle:** Minor Damage
- **Traffic Way Flow:** **Road Composition:** **Road Character:**
- **Number of Lanes:** **Posted Speed:** **Work Zone:**
- **Traffic Control:** **Device Inoperative:** ☐ Yes ☑ No
- **Citation Information:**
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §
  - Citation #  O.C.G.A. §

---

### COMMERCIAL MOTOR VEHICLES ONLY

| | Unit 1 | Unit 2 |
|---|---|---|
| Carrier Name | | |
| Address | City  State  Zip | City  State  Zip |
| U.S. D.O.T. # | No. of Axles  G.V.W.R | No. of Axles  G.V.W.R |
| Cargo Body Type | Vehicle Config.  ☐ Interstate  ☐ Intrastate  Fed. Reportable ☐ Yes ☐ No | Vehicle Config.  ☐ Interstate  ☐ Intrastate  Fed. Reportable ☐ Yes ☐ No |
| C.D.L.? | ☐ Yes ☐ No  C.D.L. Suspended? ☐ Yes ☐ No | ☐ Yes ☐ No  C.D.L. Suspended? ☐ Yes ☐ No |
| Vehicle Placarded? | ☐ Yes ☐ No  Hazardous Materials? ☐ Yes ☐ No | ☐ Yes ☐ No  Hazardous Materials? ☐ Yes ☐ No |
| Hazmat Released? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| If YES: Name or 4 Digit Number from Diamond or Box: | | |
| One Digit Number from Bottom of Diamond: | | |
| | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units | ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units |

GDOT-523 (07/17)

| COLLISION FIELDS ||||| 
|---|---|---|---|---|
| Manner of Collision: | Location at Area of Impact: Private Property | Weather: | Surface Condition: | Light Condition: |

## NARRATIVE

D1 ADVISED THAT HE WAS ATTEMPTING TO AVOID A FAMILY IN THE LANE, AND PARK HIS VEHICLE AT THE SAME TIME. WHILE ATTEMPTING TO PARK, D1 STRUCK V2. V2 WAS UNOCCUPIED WHEN V1 STRUCK IT. NO INJURIES. NOTHING FOLLOWS.    DISCLAIMER: The reporting officer did not witness this accident. This report was compiled from paraphrased statements provided by drivers and witnesses and from physical evidence available at the time of the report. Often times vehicles have been moved and conflicting information has been amalgamated for brevity. The diagram and narrative are merely for reference and illustration purposes. If you feel this report contains errors you are encouraged to submit an affidavit in writing outlining these alleged errors along with any supporting evidence and statements to your insurance carrier.

## DIAGRAM

[Diagram showing a Walmart building with a parking lot below. Two vehicles labeled V1 and V2 are shown in parking spaces with a point of impact (P.O.I.) marked. A compass indicates North. "Not To Scale" label is shown.]

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:                                                    Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|

## OCCUPANT INFORMATION

**1**
- Name (Last, First): LIFER, BRICE
- Address: 7 CROMER ST SAVANNAH, 31407482
- Age: 37
- Sex: Male
- Unit #: 1
- Position: Front Seat-Left Side
- Safety Eq:
- Ejected:
- Extricated:
- Air Bag:
- Injury:
- Taken for Treatment:
- Injured Taken To:
- By:
- EMS Notified Time:
- EMS Arrival Time:
- Hospital Arrival Time:

**2**
- Name (Last, First):
- Address:
- Age:
- Sex:
- Unit #: 2
- Position: Front Seat-Left Side
- Safety Eq:
- Ejected:
- Extricated:
- Air Bag:
- Injury:
- Taken for Treatment:
- Injured Taken To:
- By:
- EMS Notified Time:
- EMS Arrival Time:
- Hospital Arrival Time:

**3**
- Name (Last, First):
- Address:
- Age:
- Sex:
- Unit #:
- Position:
- Safety Eq:
- Ejected:
- Extricated:
- Air Bag:
- Injury:
- Taken for Treatment:
- Injured Taken To:
- By:
- EMS Notified Time:
- EMS Arrival Time:
- Hospital Arrival Time:

**4**
- Name (Last, First):
- Address:
- Age:
- Sex:
- Unit #:
- Position:
- Safety Eq:
- Ejected:
- Extricated:
- Air Bag:
- Injury:
- Taken for Treatment:
- Injured Taken To:
- By:
- EMS Notified Time:
- EMS Arrival Time:
- Hospital Arrival Time:

## ADMINISTRATIVE

**Photos Taken:** ☐ Yes  ☑ No    **By:**

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| ZEIGLER, F () | Pooler Police Department | 06/14/2021 00:00 | MORRIS, F | 6/14/2021 |