# Joe Hudson's Collision Center-Abercorn

"There's One Near You"
15002 Abercorn St, Savannah, GA 31419
Phone: (912) 925-2030
FAX: (912) 925-9020

| | |
|---|---|
| Workfile ID: | 4760bb22 |
| PartsShare: | 6kf7wD |
| Federal ID: | 471750182 |
| State ID: | na |
| Federal EPA: | na |
| State EPA: | na |

## Supplement of Record 3 with Summary

**Customer:** JOHNS, TERRY  **Job Number:** 1103036

Written By: Michael Stoy, 11/4/2021 2:42:02 PM
Adjuster: Express Team L, (855) 341-8184 Business

| | | | | | |
|---|---|---|---|---|---|
| Insured: | JOHNS, TERRY | Policy #: | | Claim #: | 11-21R0-68Z01 |
| Type of Loss: | Collision | Date of Loss: | 6/14/2021 11:00 AM | Days to Repair: | 7 |
| Point of Impact: | 07 Left Rear | | | | |

**Owner:**
JOHNS, TERRY
101 FIVE OAKS CT
SAVANNAH, GA 31406-3483
(912) 484-6046 Cell
(912) 856-4544 Other

**Inspection Location:**
Joe Hudson's Collision Center-Abercorn
15002 Abercorn St
Savannah, GA 31419
Repair Facility
(912) 925-2030 Business

**Insurance Company:**
STATE FARM INSURANCE COMPANIES
STATE FARM - GA
64 PERIMETER CTR E
DUNWOODY, GA 30346-2295

| | | | | | |
|---|---|---|---|---|---|
| Vehicle Drop Off Date: | 10/29/2021 | Promise Date: | 11/15/2021 | Repair Start Date: | 10/29/2021 |
| Repair Completion Date: | 11/03/2021 | Vehicle Pick Up/Return Date: | 11/04/2021 | | |

## VEHICLE

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN: | WDDKJ5GB3AF034013 | Interior Color: | grey | Mileage In: | 133,944 | Vehicle Out: | 11/4/2021 |
| License: | RZY0715 | Exterior Color: | silver | Mileage Out: | | | |
| State: | GA | Production Date: | 1/2010 | Condition: | | Job #: | 1103036 |

| TRANSMISSION | CONVENIENCE | Stereo | Skyview Roof |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | Search/Seek | **SEATS** |
| Overdrive | Intermittent Wipers | Auxiliary Audio Connection | Bucket Seats |
| **POWER** | Tilt Wheel | CD Changer/Stacker | Leather Seats |
| Power Steering | Cruise Control | Equalizer | **WHEELS** |
| Power Brakes | Rear Defogger | **SAFETY** | Aluminum/Alloy Wheels |
| Power Windows | Keyless Entry | Drivers Side Air Bag | **PAINT** |
| Power Locks | Alarm | Passenger Air Bag | Clear Coat Paint |
| Power Mirrors | Message Center | Anti-Lock Brakes (4) | **OTHER** |
| Heated Mirrors | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Fog Lamps |
| Power Driver Seat | Telescopic Wheel | Front Side Impact Air Bags | Traction Control |
| Power Passenger Seat | Climate Control | Head/Curtain Air Bags | Stability Control |
| Memory Package | Home Link | Hands Free Device | Signal Integrated Mirrors |
| **DECOR** | **RADIO** | Blind Spot Detection | Power Trunk/Liftgate |

**Customer: JOHNS, TERRY**                                           **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

| | | |
|---|---|---|
| Dual Mirrors | AM Radio | **ROOF** |
| Wood Interior Trim | FM Radio | Electric Glass Sunroof |

**Customer: JOHNS, TERRY**          **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

| Line | | Oper | | Description | Part Number | QTY | Extended Price $ |
|---|---|---|---|---|---|---|---|
| 1 | # | S03 | | Final bill-Authorization to pay secured | | 1 | |
| 2 | # | S01 | | In process supplement | | 1 | |
| 3 | **ROOF** | | | | | | |
| 4 | * | S01 | Blnd | LT Roof rail (HSS) | | | |
| | | | | Note: additional clear for up and over, no break | | | |
| 5 | **PILLARS, ROCKER & FLOOR** | | | | | | |
| 6 | | S01 | R&I | LT Rocker molding w/o AMG | | | |
| 7 | | S01 | R&I | LT Trim molding | | | |
| 8 | **QUARTER PANEL** | | | | | | |
| 9 | * | S01 | Rpr | LT Quarter panel (HSS) | | | |
| | | | | Note: additional dmg on bottom discovered after teardown | | | |
| 10 | | | | Add for Clear Coat | | | |
| 11 | | S01 | Repl | LT Body side mldg | 2076980162 | 1 | 24.50 |
| 12 | | S01 | R&I | LT Window molding | | | |
| 13 | | S01 | R&I | LT Division bar | | | |
| 14 | | S02 | R&I | LT Fixed glass Mercedes | | | |
| 15 | | S02 | R&I | LT Upper qtr trim black | | | |
| 16 | | S02 | R&I | LT Qtr trim panel w/o prem. leather black | | | |
| 17 | | S02 | R&I | LT Lower qtr trim w/o rear air bag black | | | |
| 18 | **REAR BODY & FLOOR** | | | | | | |
| 19 | * | S01 | Rpr | Rear body panel | | | |
| | | | | Note: damage to taillamp pocket only, partial refinish | | | |
| 20 | | S01 | | Overlap Major Adj. Panel | | | |
| 21 | | S01 | | Add for Clear Coat | | | |
| 22 | **REAR LAMPS** | | | | | | |
| 23 | | S01 | | O/H bumper assy | | | |
| 24 | * | | Repl | LKQ LT Tail lamp on body +25% | 2079060358 | 1 | 150.00 |
| 25 | **REAR BUMPER** | | | | | | |
| 26 | | S01 | Repl | Center molding | 2078852421 | 1 | 119.00 |
| 27 | * <> | S01 | Rpr | Bumper cover E350 w/o park sens | | | |
| 28 | | | | Overlap Major Non-Adj. Panel | | | |
| 29 | | | | Add for Clear Coat | | | |
| 30 | ** | | Repl | Opt OEM LT Outer molding | 2078852121 | 1 | 74.52 |
| 31 | # | | | Cover Car | | 1 | 5.00 |
| 32 | # | | Repl | Cavity wax | | 1 | 7.00 |
| 33 | # | | Repl | Corrosion protection | | 1 | 10.00 |
| 34 | # | | | Hazardous waste removal | | 1 | 5.00 |
| 35 | # | | Rpr | Pre-Scan | | | |
| 36 | # | | Rpr | Post-Scan | | | |

**Customer: JOHNS, TERRY**  **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

| 37 | ** | S01 | Repl | Opt OEM RT Outer molding | 2078852221 | 1 | 74.52 |
| 38 |    | S01 | Repl | LT Side retainer         | 2078850721 | 1 | 18.50 |
| 39 |    | S01 | Repl | LT Absorber outer        | 2078850365 | 1 | 25.00 |
| 40 |    | S01 | Repl | RT Absorber outer        | 2078850465 | 1 | 22.50 |
| 41 | #  | S01 | Repl | Seam sealer/caulking     |            | 1 | 21.00 |
| 42 | #  | S01 | Rpr  | Seam Sealer Labor        |            |   |       |
|    |    |     |      | **SUBTOTALS**            |            |   | **556.54** |

## NOTES

Prior Damage Notes:
none

## ESTIMATE TOTALS

| Category | Basis | Rate | Cost $ |
|---|---|---|---|
| Parts |  |  | 556.54 |
| Body Labor |  |  | 1,131.60 |
| Paint Labor |  |  | 354.20 |
| Mechanical Labor |  |  | 75.00 |
| Paint Supplies |  |  | 261.80 |
| Pre-Tax Discount |  | -5.0 % | -118.96 |
| Subtotal |  |  | 2,260.18 |
| Sales Tax | $ 777.42 @ | 7.0000 % | 54.42 |
| **Grand Total** |  |  | **2,314.60** |
| Deductible |  |  | 500.00 |
| **CUSTOMER PAY** |  |  | **500.00** |
| **INSURANCE PAY** |  |  | **1,814.60** |



For more information regarding State Farm's promise of satisfaction relating to new non-original equipment manufacturer (non-OEM) and recycled parts, please visit: http://st8.fm/7X4 or QR code.

Register online to check the status of your claim and stay connected with State Farm®. To register, go to   http://www.statefarm.com/ and select Check the Status of a Claim.  If you are already registered, thank you!

**Customer: JOHNS, TERRY**  **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

## SUPPLEMENT SUMMARY

| Line | Oper | Description | Part Number | Qty | Extended Price $ |
|---|---|---|---|---|---|
| **Added Items** | | | | | |
| 1 | # S03 | Final bill-Authorization to pay secured | | 1 | |
| | | | **SUBTOTALS** | | **0.00** |

## TOTALS SUMMARY

| Category | Basis | Rate | Cost $ |
|---|---|---|---|
| Parts | | | 0.00 |
| Subtotal | | | 0.00 |

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---:|---|
| Estimate | 1,314.68 | Michael Stoy |
| Supplement S01 | 951.85 | Michael Stoy |
| Supplement S02 | 48.07 | Michael Stoy |
| Supplement S03 | 0.00 | Michael Stoy |
| **Job Total:** | **$ 2,314.60** | |
| **CUSTOMER PAY:** | **$ 500.00** | |
| **INSURANCE PAY:** | **$ 1,814.60** | |

Joe Hudson's Collision Center will provide a limited lifetime warranty on workmanship, including refinish work performed for as long as the customer owns the vehicle.

*****************************************************************************************************************

This is an estimate only. This estimate does not account for hidden or unseen damage. Parts prices may vary and are subject to invoice.

*****************************************************************************************************************

NOTICE TO THIRD PARTY CLAIMANTS: Failure to use the insurance proceeds in accordance with a security agreement between you and a lienholder, if any, may be a violation of Code Section 16-8-4 of the O.C.G.A. If you have any questions, contact your lending institution.

**Customer: JOHNS, TERRY**                                                                                        **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless otherwise noted, (a) all items are derived from the Guide ERI5719, CCC Data Date 11/01/2021, and potentially other third party sources of data; and (b) the parts presented are OEM-parts.  OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution.  OEM parts are available at OE/Vehicle dealerships or the specified supplier.  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.    Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS.  Used parts are described as LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.

Some 2022 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category.  X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category.  M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel.  CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel.  HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty=Quantity.  Refn=Refinish.  Repl=Replace.  R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel.  Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.

**Customer: JOHNS, TERRY** **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

**\*\*\*\*\*STATE FARM DISCLOSURES AND CUSTOMER NOTIFICATIONS\*\*\*\*\***

**THE FOLLOWING DISCLOSURE APPLIES TO THOSE PARTS IDENTIFIED AS NON-OEM ON THE ESTIMATE:**

**THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTERMARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.**

**THIRD PARTY/ CLAIMANT ESTIMATES ONLY:**

**"THIRD PARTY CLAIMANTS ARE THOSE INDIVIDUALS WHO ARE NOT INSURED BY THE INSURANCE CARRIER FOR WHOM THIS APPRAISAL WAS WRITTEN. WE ARE REQUIRED BY LAW TO PROVIDE THE FOLLOWING NOTICE TO THOSE INDIVIDUALS:**

**NOTICE TO THIRD PARTY CLAIMANTS: FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH A SECURITY AGREEMENT BETWEEN YOU AND A LIENHOLDER, IF ANY, MAY BE A VIOLATION OF CODE SECTION 16-8-4 OF THE O.C.G.A. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION"**

**Customer: JOHNS, TERRY**                                                                 **Job Number: 1103036**

2010 BENZ E-Class E350 RWD 2D CPE 6-3.5L Gasoline SFI silver

## PARTS SUPPLIER LIST

| Line | Supplier | Description | Price |
|---|---|---|---|
| 11 | Critz BMW Mercedes-Benz<br>7009 Abercorn St<br>Savannah GA 31406 | #2076980162<br>LT Body side mldg<br>Quote: 1047267598<br>Expires: 11/28/21 | $ 24.50 |
| 24 | All Star Auto Lights FL - RCY<br>300 W Grant St<br>Orlando FL 32806<br>(407) 271-8949 | #MP10919<br>LKQ LT Tail lamp on body +25%<br>LH, COMP<br>Quote: CCC-74669627<br>Expires: 07/29/21 | $ 120.00 |
| 26 | Critz BMW Mercedes-Benz<br>7009 Abercorn St<br>Savannah GA 31406 | #2078852421<br>Center molding<br>Quote: 1047267114<br>Expires: 11/28/21 | $ 119.00 |
| 30 | SSF Imported Auto Parts<br>6250 Atlantic Blvd<br>Atlanta GA 30071<br>(888) 598-5764 | #2078852121/22<br>Opt OEM LT Outer molding<br>Quote: 955731407<br>Expires: 07/26/21 | $ 74.52 |
| 37 | SSF Imported Auto Parts<br>6250 Atlantic Blvd<br>Atlanta GA 30071<br>(888) 598-5764 | #2078852221/22<br>Opt OEM RT Outer molding<br>Quote: 1047267284<br>Expires: 11/05/21 | $ 74.52 |
| 38 | Critz BMW Mercedes-Benz<br>7009 Abercorn St<br>Savannah GA 31406 | #2078850721<br>LT Side retainer<br>Quote: 1047272408<br>Expires: 11/28/21 | $ 18.50 |
| 39 | Critz BMW Mercedes-Benz<br>7009 Abercorn St<br>Savannah GA 31406 | #2078850365<br>LT Absorber outer<br>Quote: 1047272568<br>Expires: 11/28/21 | $ 25.00 |
| 40 | Critz BMW Mercedes-Benz<br>7009 Abercorn St<br>Savannah GA 31406 | #2078850465<br>RT Absorber outer<br>Quote: 1047272958<br>Expires: 11/28/21 | $ 22.50 |