IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL T. AND CARTER P. DEHAVEN, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiffs Michael T. and Carter P. DeHaven (Plaintiffs) bring this action for breach of insurance contract against Defendant State Farm Fire and Casualty Company ("State Farm") relating to claims made under that certain policy of homeowners insurance identified and alleged below issued by Defendant State Farm to Plaintiffs, who allege to the Court as follows:

**JURISDICTION AND VENUE**

1.

At all times herein relevant, Plaintiffs Michael T. and Carter P. DeHaven

(Plaintiffs) are husband and wife, with their principal residence located at 670 Valley Green Drive NE, Atlanta, Georgia 30342 (the "Subject Property").

2.

At all times herein relevant, Defendant State Farm was and is an insurance company with its principal office and domicile located in the State of Illinois, that is authorized to do business and is doing business in Fulton County, State of Georgia as an issuer of policies of homeowners insurance to the owners of residential properties similar to the residential property owned by Plaintiff. State Farm may be served with process of this Complaint through its designated agent for service of process, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092.

3.

This Court has subject matter jurisdiction over this action under 28 U.S.C.§1332 in that there exists diversity of citizenship between the parties who are citizens of different states and the value of this case exceeds $75,000, exclusive of interest, fees and costs. Venue in this Court is proper in that actions arising in Fulton County, Georgia, the County in which the contract forming the subject matter of action was to be performed, are properly filed in the Atlanta Division of this Court.

## FACTUAL ALLEGATIONS

4.

For a one year policy term between June 7, 2021-June 7 2022, State Farm issued to Plaintiffs a policy of Homeowners Property Insurance, designated as Policy No. 11-LT-9506-2 (the "Subject Policy"). In relevant part, in consideration for the premium paid by Plaintiffs to State Farm, said insurer insured the Subject Property against "accidental direct physical loss" to said property from a "loss insured," subject to the policy terms and conditions, up to the applicable policy limits of $1,121,439.00 on the Dwelling plus $112,144.00 in Dwelling Extension coverage, $841,079 on Personal Property on a Replacement Cost basis and on $336,432.00 of Loss of Use/Additional Living Expenses coverage for up to 24 months, subject to a $4997.00 per occurrence deductible. A true and correct copy of the Declarations Page of the Subject Policy pertaining to the Subject Property is attached as Exhibit 1 and fully incorporated herein by reference.

5.

On or about January 16, 2022, the Subject Property sustained "accidental direct physical loss" as the result of a windstorm which caused a massive pine tree estimated to be 100 years old plus to fall on the Dwelling thereby causing extensive damage to the Dwelling and in and around the Subject Property. Pursuant to the

terms and conditions of the Subject Policy, Plaintiffs timely reported their loss and damage to State Farm, which designated Plaintiffs' loss as Claim No. 11-29M4-46W (the "Subject Claim"), encompassing damage to the Subject Property's Dwelling and surrounding structures as well as certain contents situated within the Subject Property's building structure, and loss of use.

6.

Subsequent to conducting its investigation of claim, State Farm has accepted the Subject Claim for adjustment and payment pursuant to the policy terms and conditions without qualification. Consistent with State Farm's acceptance of Plaintiffs' Subject Claim, prior to the filing of this action, State Farm has tendered to Plaintiffs payment on the Subject Claim an amount less than $150,000, subject to the exact amounts paid to date being hereafter ascertained.

7.

As a direct result of Plaintiffs' own claim investigation which includes retaining a civil engineer, working with a general contractor and engaging a public adjuster, Plaintiffs have ascertained that the insurance proceeds received from State Farm are insufficient to fully and properly indemnify them for their loss insured.

## COUNT 1

## BREACH OF CONTRACT

8.

As a direct result of the foregoing facts alleged, which are fully incorporated herein by reference, State Farm has materially breached Policy Number 11-LT-9506-2 by failing and refusing to fully and properly indemnify Plaintiffs for the physical loss sustained to the Subject Property.

9.

As a direct and proximate result of State Farm's material breach of insurance contract as alleged herein, Plaintiffs have sustained damages in an amount according to proof to properly repair the Subject Property, and to indemnify them for their loss to the extent recoverable under Georgia law which amount exceeds $120,000, plus pre-judgment interest as may be recoverable and awarded by this Court from January 16, 2022, all for which State Farm is obligated and liable to Plaintiffs.

10.

Plaintiffs have complied with all conditions precedent under the Subject Policy to their right of recovery of insurance proceeds to fully indemnify said Plaintiffs for their losses, including, but not limited to, timely payment of all premiums due, the timely reporting of their claims to State Farm, timely making available the property for inspection upon State Farm's request, full cooperation with State Farm's investigation of this claim, and generally, full compliance with all other

conditions of the policy requested by State Farm, except as to those conditions, if any, that were either not invoked, waived or excused by State Farm, as may hereafter be ascertained.

WHEREFORE, Plaintiffs hereby pray that judgment be entered in their favor and against Defendant State Farm Fire and Casualty Company, as follows:

1. For compensatory damages in an amount according to proof, but not less than the sum necessary to fully indemnify Plaintiffs for their covered damages to the Subject Property in a sum of not less than $120,000, above and beyond any amounts paid to date by State Farm Fire and Casualty Company, according to proof;

2. For prejudgment interest at the legal rate from January 16, 2022;

3. That all costs be taxed against Defendant State Farm Fire and Casualty Company under applicable law;

4. That a jury be empaneled to resolve all factual disputes; and

5. For such other and further relief as this Court may deem just and proper.

**TRIAL BY JURY IS HEREBY DEMANDED.**

This 16th day of January, 2023.

Respectfully submitted,

**HANKS LAW GROUP, LLC**

/s/ *Jerald R. Hanks*
JERALD R. HANKS
Georgia State Bar No. 323470
*Attorney for Plaintiffs*

The Hardin Building
1380 West Paces Ferry Road
Suite 2265
Atlanta, Georgia 30327
404-892-1991 (P)
404-892-8180 (F)
jrhanks@hankslawgroup.com

State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

Po Box 88049
Atlanta GA 30356-9901



AT1        H-27-2875-FC03  F  H  W
                3201
DEHAVEN, MICHAEL T & CARTER P
670 VALLEY GREEN DR NE
ATLANTA GA  30342-3434

# DECLARATIONS

AMENDED NOV 26 2021

**AMOUNT DUE:**                                None
Payment is due by  TO BE PAID BY MORTGAGEE

**Policy Number:**     11-LT-9506-2

**Policy Period:**   12 Months
**Effective Dates:** JUN 7 2021  to JUN 7 2022
The policy period begins and ends at 12:01 am standard time at the residence premises.

**Your State Farm Agent**
TRUMMIE L PATRICK INS AGCY INC
10884 CRABAPPLE RD STE 101
ROSWELL GA  30075-3091

**Phone:** (770) 993-0020

### HOMEOWNERS POLICY

**Location of Residence Premises**
670 VALLEY GREEN DR NE
ATLANTA GA  30342-3434

**Construction:**     Masonry Veneer
**Year Built:**       1954

**Roof Material:** Unknown
**Roof Installation Year:**  Default to Year Built

**Automatic Renewal**

If the **POLICY PERIOD** is shown as **12 MONTHS,** this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

### IMPORTANT MESSAGES
Your policy is amended NOV 26 2021
1ST MORTGAGEE LOAN NUMBER CHANGED
1ST MORTGAGEE NAME/ADDRESS CHANGED

### PREMIUM
Endorsement Premium                                                                                              NONE
*Your premium has already been adjusted by the following:*
Home Alert
Home/Auto
Claim Record
Loyal Customer


EXHIBIT
1

Prepared  NOV 24 2021                                                                                   Page  1 of 3
HO 2000



| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS |
|---|---|
| DEHAVEN, MICHAEL T & CARTER P | **Mortgagee**<br>AXOS BANK<br>ISAOA/ATIMA<br>PO BOX 5804<br>TROY MI  48007-5804        Loan Number: 3460283 |

### SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| A Dwelling | $ 999,500 |
| Other Structures | $ 99,950 |
| B Personal Property | $ 749,625 |
| C Loss of Use | $ 299,850 |
| Fungus (including Mold) Limited Coverage | $ 10,000 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

### SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | Limit of Liability |
|---|---|
| L Personal Liability (Each Occurrence) | $ 100,000 |
| Damage to the Property of Others | $ 1,000 |
| M Medical Payments to Others (Each Person) | $ 1,000 |

### INFLATION

Inflation Coverage Index: 295.0

### DEDUCTIBLES

| Section I Deductible | Deductible Amount |
|---|---|
| All Losses   1/2% | $ 4,997 |

### LOSS SETTLEMENT PROVISIONS

A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

HO-3000

11-LT-9506-2 

### FORMS, OPTIONS, AND ENDORSEMENTS

| | |
|---|---|
| HW-2111 | Homeowners Policy |
| HO-2584 | Fungus (Incl Mold) Limited Cov |
| HO-2356 | Amendatory End - Liability |
| HO-2231.1 | Amendatory Endorsement |
| HO-2465 | Fungus (Incl Mold) Liability |
| Option JF | Jewelry and Furs $1,500 Each Article/$2,500 Aggregate |
| Option ID | Increase Dwlg Up to $ 199,900 |
| Option OL | Ordinance/Law   10%/$  99,950 |

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yauell*
Secretary

*Michael F. Tyson*
President