# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/20/2022 19:20:40

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : ESSENDANT CO. |
| **CONTROL NUMBER** | : H950502 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Illinois |
| **ANNUAL REGISTRATION PERIOD** | : 2022 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015-2559, USA |
| **REGISTERED AGENT NAME** | : Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Elaine F. Bruzios | CFO | ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015, USA |
| Harry Dochelli | CEO | ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015, USA |
| Marsha Rubin | Secretary | ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015-2559, USA |
| **REGISTERED AGENT NAME** | : Corporation Service Company |
| **REGISTERED OFFICE ADDRESS** | : 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Ryon Wharton | CFO | ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015, USA |
| Harry Dochelli | CEO | ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015, USA |
| Marsha Rubin | Secretary | ONE PARKWAY NORTH BLVD, DEERFIELD, IL, 60015, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Marsha Rubin |
| **AUTHORIZER TITLE** | : Officer |