IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAIM HERNANDEZ and MARIA D. HERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>ESSENDANT CO., THE TRAVELERS INDEMNITY COMPANY, and JOHN DOES 1-5,<br><br>    Defendants. | CIVIL ACTION FILE NO. |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ESSENDANT CO.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3(c), Defendant Essendant Co., submits the following corporate disclosure statement.

(1) The undersigned counsel of record for Defendant, certifies that the following is a complete list of all parties in this action, including

any parent corporation and any publicly held corporation that owns 10% or more of the stock of Essendant Co.:

a. Defendant, Essendant Co.
    c/o undersigned counsel
      i.  Essendant Co. is an Illinois Corporation registered and with its principal place of business in Deerfield, Illinois.

      ii.  Essendant Co. is 100% owned by Sycamore Partners, a Delaware limited partnership.

      iii.  No publicly held entity owns 10% or more of the stock in Essendant, Co.

b. Ryan M. Ingram, Esquire
    Moore, Ingram, Johnson & Steele, LLP
    326 Roswell St. Suite 100
    Marietta, Georgia 30060
    Counsel for Defendant, Essendant, Co.

c. Phenisha F. Bresnock, Esquire
    Moore, Ingram, Johnson & Steele, LLP
    326 Roswell St. Suite 100
    Marietta, Georgia 30060
    Counsel for Defendant, Essendant, Co.

d. Plaintiff, Naim Hernandez
    c/o Counsel for Plaintiff

e. Plaintiff, Maria Hernandez
    c/o Counsel for Plaintiff

f. J. Antonio DelCampo, Esquire
    Counsel for Plaintiff

  g. Dax Lopez, Esquire
    Counsel for Plaintiff

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None other than the above referenced parties

(3) The undersigned further certifies that the above disclosures represent a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

 a. For Plaintiff:

   J. Antonio DelCampo; Dax Lopez
   DelCampo Grayson Lopez, LLC.
   5455 Chamblee Dunwoody Rd.
   Dunwoody, GA 30338

 b. For Defendant:
   Ryan M. Ingram
   Phenisha F. Bresnock
   MOORE INGRAM JOHNSON & STEELE, LLP
   326 Roswell Street, Suite 100
   Marietta, GA 30060

 c. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 17th day of January, 2023.

        MOORE INGRAM JOHNSON & STEELE

        */s/ Ryan M. Ingram*
        Ryan M. Ingram
        Georgia Bar No. 394318
        Phenisha F. Bresnock
        Georgia Bar No. 980200
        326 Roswell Street, Suite 100
        Marietta, Georgia 30060
        770-429-1499
        rmingram@mijs.com
        pfbresnock@mijs.com
        Attorneys for Defendants Essendant Co.
        and Travelers Indemnity Company

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAIM HERNANDEZ and MARIA D. HERNANDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>ESSENDANT CO., THE TRAVELERS INDEMNITY COMPANY, and JOHN DOES 1-5,<br><br>    Defendants. | CIVIL ACTION FILE NO. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2023, I served by U.S. Mail and electronic filing, using the CM/ECF system, a **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ESSENDANT CO.**, which will automatically send e-amil notification of such filing to all attorneys of records, as follows:

J. Antonio DelCampo
Dax Lopez
DelCampo Grayson Lopez, LLC
5455 Chamblee Dunwoody Road
Atlanta, Georgia  30338
tony@dglattorneys.com
dax@dglattorneys.com


*/s/ Ryan M. Ingram*
Ryan M. Ingram


Emerson Overlook
326 Roswell Street, Suite 100
Marietta, Georgia 30060
770-429-1499
rmingram@mijs.com
pfbresnock@mijs.com