AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC. D/B/A INTEGRATED SPORTS MEDIA<br><br>*Plaintiff(s)*<br><br>v.<br><br>LA BRASA RUSTICA RESTAURANT LLC D/B/A LA BRASA RUSTICA AND EVA QUINTANILLA<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  La Brasa Rustica Restaurant LLC d/b/a La Brasa Rustica
c/o Artur Salome Huali, its Registered Agent
4175 Pleasant Hill Road
Duluth, Georgia 30096

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron P.M. Tady, Esq.
Coles Barton LLP
150 South Perry Street
Suite 100
Lawrenceville, GA 30046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*