# EXHIBIT 2

**From:** Kamau As-Salaam <ksalaam@co.henry.ga.us>
**Sent:** Wednesday, August 17, 2022 11:45 AM
**To:** Simon Bloom <sbloom@bloom-law.com>
**Cc:** Yaritza Nieves <ynieves@co.henry.ga.us>; Toussaint M. Kirk <tkirk@co.henry.ga.us>
**Subject:** 2787 East Atlanta Road

Good morning Attorney Bloom,

Henry County Planning and Zoning has received your August 11, 2022 letter concerning property at 2787 East Atlanta Road. We are currently reviewing your letter and the history of the property. Please allow us time to discuss your correspondence.

Thank you,

*Kamau As-Salaam*

Henry County Planning and Zoning
140 Henry Parkway
McDonough, GA 30253
Planner III
Office: 770-288-7553 Cell: 678-708-2343





1

*Information contained herein has been researched as requested and provided as a public service.  Information contained herein is believed to be accurate and is based upon or relates to the information supplied by the requestor. Information contained herein does not exempt a developer, builder, or property owner from any required review and/or approval required by other Henry County Departments, from private development covenants, and/or any other code/development regulations. Planning & Zoning can only provide information relating to zoning and permitted uses as approved by the Board of Commissioners. Planning & Zoning cannot give guidance or approvals regarding compliance required by other departments. Appropriate research and due diligence are strongly recommended before acquiring property for specific use.  Planning & Zoning assumes no liability for errors and omissions. Information contained herein has been obtained from public records, which may be inspected during regular business hours.*