# EXHIBIT 3

**From:** "Mathis, Tanya" <tanya.mathis@squirepb.com>
**Date:** September 9, 2022 at 16:57:05 EDT
**To:** Simon Bloom <sbloom@bloom-law.com>
**Cc:** "Rowan, Nancy" <nancy.rowan@squirepb.com>
**Subject: 2787 East Atlanta Ellenwood GA**

Please see the attached correspondence sent to you on behalf of Nancy Rowan, Esq.

**Tanya Mathis**
Executive Legal Secretary
Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3150
Atlanta, GA 30309

T  +1 678 272 3200
O  +1 678 272 3200
F  +1 678 272 3211

tanya.mathis@squirepb.com | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
----------------------------------------------------------------------



Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3150
Atlanta, Georgia  30309

O   +1 678 272 3200
F   +1 678 272 3211
squirepattonboggs.com

Nancy L. Rowan
T   +1 678 272 3232
nancy.rowan@squirepb.com

September 6, 2022

**VIA E-MAIL**

sbloom@bloom-law.com
Simon H. Bloom, Esq.
Bloom Parham, LLP
977 Ponce de Leon Ave, N.E.
Atlanta, Georgia 30306

**Re:   2787 East Atlanta Road, Ellenwood, Georgia 30011**

Dear Mr. Bloom:

This correspondence is written on behalf of the Director of Planning and Zoning, Toussaint Kirk ("Kirk"), in response to your letter dated August 11, 2022.  Your letter addresses the use of the property at 2787 East Atlanta Road, Ellenwood, Georgia 30011 ("Property") and correspondences that Mr. Kamau As-Salaam, Planner III, from the Planning and Zoning Department, had with Mr. Argroves (first name not given) and your client.  Your client's name is not stated in the August 11, 2022 letter.   The letter also doesn't state that your client is the actual owner of the property.

At the June 7, 2022 Board of Commissioners' ("BOC") meeting, an item was on the agenda to amend the Unified Land Development Code of the Henry County Code of Ordinances regarding the prohibited uses within the Highway Corridor Overlay District and for other purposes.  A public hearing was held.  As discussed by members of the BOC, the purpose of the amendment was to prohibit self-storage use in the Highway Corridor Overlay District.  This BOC, by majority, voted to amend the ordinance, prohibiting the use of the self-storage in the Highway Corridor Overlay District.  In order to ensure that the prohibition was clear, the item was placed back on the BOC's September 7th Agenda, to clarify the language in the amendment to the Unified Land Development Code of the Henry County Code of Ordinances.  I a copy of the resolution may be obtained from the Clerk of Commissioners.

In addition, if your client is the owner of the Property and there was a contract between your client and Mr. Argroves, there was no actions or omissions by the County or Mr. Kamau As-Salaam that rise to the level of tortious interference.  Any such claim would be frivolous and the County shall

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-9440-9246/1/AMERICAS

Squire Patton Boggs (US) LLP

**VIA E-MAIL**

sbloom@bloom-law.com
September 6, 2022

defend against any frivolous litigation brought by your client and may pursue all remedies allowed by law.

I hope that this letter has afforded you sufficient information. If you require further assistance, you may contact me directly.

Sincerely,

Squire Patton Boggs (US) LLP


/s/ Nancy L. Rowan