# **EXHIBIT 5**



Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3150
Atlanta, Georgia  30309

O   +1 678 272 3200
F   +1 678 272 3211
squirepattonboggs.com

Nancy L. Rowan
T   +1 678 272 3232
nancy.rowan@squirepb.com

November 7, 2022

**VIA E-MAIL**

sbloom@bloom-law.com
Simon H. Bloom, Esq.
Bloom Parham, LLP
977 Ponce de Leon Ave, N.E.
Atlanta, Georgia 30306

**Re:   2787 East Atlanta Road, Ellenwood, Georgia 30011**

Dear Mr. Bloom:

This correspondence is written on behalf of the Director of Planning and Zoning in response to the Henry County Appeal Application submitted by South Battery Capital LLC ("South Battery").  The Director of Planning and Zoning has determined that your application is entitled to an appeal pursuant to Sec. 12.04.00 (a) of the Uniform Land Development Code.  A hearing is scheduled before the Henry County Board of Commissioners ("BOC") for November 29, 2022, at 9:00 a.m. at the regularly scheduled BOC meeting.

I hope that this letter has afforded you sufficient information. If you require further assistance, you may contact me directly.

Sincerely,

Squire Patton Boggs (US) LLP

/s/ Nancy L. Rowan

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

1094733587\1\AMERICAS