# **EXHIBIT 6**



Squire Patton Boggs (US) LLP
One Atlantic Center
1201 W. Peachtree Street, NW
Suite 3150
Atlanta, Georgia  30309

O  +1 678 272 3200
F  +1 678 272 3211
squirepattonboggs.com

Nancy L. Rowan
T  +1 678 272 3232
nancy.rowan@squirepb.com

December 27, 2022

**VIA E-MAIL**

sbloom@bloom-law.com
Simon H. Bloom, Esq.
Bloom Parham, LLP
977 Ponce de Leon Ave, N.E.
Atlanta, Georgia 30306

**Re:   2787 East Atlanta Road, Ellenwood, Georgia 30011**

Dear Mr. Bloom:

After further review of South Battery Capital LLC's ("South Battery") Appeal application, it was determined that South Battery is not entitled to an appeal hearing pursuant to Sec. 12.04.00 (a) of the Uniform Land Development Code before the Board of Commissioners.  The item has been removed from the January 4, 2023 Agenda.

I hope that this letter has afforded you sufficient information.

Sincerely,

Squire Patton Boggs (US) LLP


/s/ Nancy L. Rowan

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.                                    1094733587\1\AMERICAS