archive.today
webpage capture

Saved from    http://vaersanalysis.info/2021/10/01/vaers-summary-for-covid-19-vaccines-th    search

All snapshots  from host  vaersanalysis.info

no other snapshots from this url

2 Oct 2021 01:42:26 UTC

| Webpage | Screenshot |

share    download .zip    report bug or abuse    donate

# VAERS Analysis

Weekly analysis of the VAERS data

   HOME    REPORTS ⌄    ALL POSTS    PURPOSE    ABOUT ⌄

VAERS WEEKLY SUMMARY

# VAERS Summary for COVID-19 Vaccines through 9/24/2021

⊙ OCT 1, 2021

Download as PDF

All charts and tables below reflect the data release on 10/1/2021 from the VAERS website, which includes U.S. and foreign data, and is updated through: 9/24/2021

| High-Level Summary | COVID19 vaccines (Dec'2020 – present) | All other vaccines 1990-present | US Data Only COVID19 vaccines (Dec'2020 – present) | US Data Only All other vaccines 1990-present |
|---|---|---|---|---|
| Number of Adverse Reactions | 752,803 | 823,547 | 581,851 | 722,534 |

***CDC DISCLAIMER ON VAERS***

How Do I Know If The Data On This Website Is Accurate?

Search

**RECENT POSTS**

VAERS Summary for COVID-19 Vaccines through 9/24/2021

VAERS Summary for COVID-19 Vaccines through 9/17/2021

What Does the Quality of the VAERS Data Tell Us About the "Most Intense

| High-Level Summary | COVID19 vaccines (Dec'2020 – present) | All other vaccines 1990-present | US Data Only COVID19 vaccines (Dec'2020 – present) | US Data Only All other vaccines 1990-present |
|---|---|---|---|---|
| Number of Life-Threatening Events | 16,874 | 13,628 | 8,816 | 9,723 |
| Number of Hospitalizations | 71,036 | 78,552 | 33,703 | 38,186 |
| Number of Deaths | 15,937* | 9,141 | 7,215 | 5,120 |
| # of Permanent Disabilities after vaccination | 22,342 | 19,622 | 8,359 | 12,456 |
| Number of Office Visits | 117,837 | 43,428 | 109,202 | 42,106 |
| # of Emergency Room/Department Visits | 85,321 | 209,847 | 73,068 | 200,874 |
| # of Birth Defects after vaccination | 504 | 141 | 323 | 90 |

**\*Note that the total number of deaths associated with the COVID-19 vaccines is greater than the number of deaths associated with all other vaccines combined since the year 1990.**

## Deaths



Reported Deaths by Week, COVID19 Vaccines — Data Obtained from CDC's VAERS

Sidebar:
- Safety Monitoring in US History"?
- VAERS Summary for COVID-19 Vaccines through 9/10/2021
- VAERS Summary for COVID-19 Vaccines through 9/3/2021
- New Missing Persons Report: Notable Recent VAERS Deletions
- Newly added VAERS symptoms since the start of COVID-19 vaccination
- AEs/Deaths per Million Doses, By Vax By Symptom
- VAERS Summary for COVID-19 Vaccines through 8/27/2021
- VAERS Summary for COVID-19 Vaccines through 8/20/2021

**RECENT COMMENTS**

- AN on VAERS Summary for COVID-19 Vaccines through 8/13/2021
- Jim H on VAERS Summary for COVID-19 Vaccines through 9/17/2021
- Kurt on VAERS Summary for COVID-19 Vaccines through 8/13/2021
- Zark on VAERS Summary for COVID-19 Vaccines through 9/10/2021
- Zark on VAERS Summary for COVID-19

[Note that the single counts before 2020-11-29 are due to incorrect date data in the VAERS system]



[Note that COVID19 counts for years before 2020 are due to incorrect date data in the VAERS system (including 1 not pictured due to date in 1921)]



[1 COVID19 record not pictured due to incorrect date in 1921]

**Chart using comparable 9 month periods, since Covid-19 vaccines have only been available for approximately 9 months**:

10/25/21, 6:00 PM   Case 1:23-mi-99999-UNA  VAERS Summary for COVID-19 Vaccines through 9/24/2021 – VAERS Analysis Document 164-4   Filed 01/17/23   Page 4 of 16

4/16










# Adverse Events

**Note that 838 records for COVID19 were scattered throughout years earlier than 2020 due to incorrect date data in the VAERS system]**

**Chart using comparable 9 month periods, since Covid-19 vaccines have only been available for approximately 9 months**:

**[Note that 1708 records for COVID19 were scattered throughout periods earlier than Dec'20-Sep'21 due to incorrect date data in the VAERS system]**

# Symptoms

The slide below was taken from an FDA document from October 22, 2020 and provides a list of possible adverse event outcomes related to the Covid-19 vaccines.

- Source: "Vaccines and Related Biological Products Advisory Committee October 22,2020 Meeting Presentation".

The following table lists the number of adverse events found in the VAERS data which match the outcomes listed above:

| FDA Listed Symptom | Total (Non-Lethal) Adverse Events | Total Deaths |
| --- | --- | --- |
| Guillain-Barre | 1235 | 25 |
| Acute Disseminated Encephalomyelitis | 84 | 3 |
| Transverse Myelitis | 245 | 0 |
| Encephalitis | 1019 | 104 |
| Convulsions/Seizures | 9331 | 290 |
| Stroke | 8810 | 848 |
| Narcolepsy, Cataplexy | 172 | 3 |
| Anaphylaxis | 34132 | 138 |
| Acute Myocardial Infarction (Heart Attack) | 2431 | 824 |
| Myocarditis/Pericarditis | 6490 | 96 |
| Autoimmune Disease | 707 | 18 |
| Other Acute Demyelinating Diseases | 165 | 2 |
| Pregnancy and birth outcomes (Miscarriages) | 2080 | 58 |
| Other Allergic Reactions | 1422 | 1 |
| Thrombocytopenia | 2933 | 229 |
| Disseminated Intravascular Coagulation | 135 | 40 |
| Venous Thromboembolism | 13152 | 756 |

| FDA Listed Symptom | Total (Non-Lethal) Adverse Events | Total Deaths |
|---|---|---|
| Arthritis and Arthralgia/Joint Pain | 49703 | 148 |
| Kawasaki Disease | 29 | 1 |
| Systemic Inflammatory Response Syndrome | 408 | 31 |

# Vaccination Related Risks of COVID19 Vs. Flu

These set of figures compare the COVID19 vaccine to the traditional Flu vaccines.  'Risk of Death' percentages depend on the '# of Vaccinations' data, which is only approximate, and was pulled from the CDC's report on Flu vaccination coverage for the 2019-2020 season, and from Our World in Data for the COVID19 vaccinations.

**Covid19 vaccinations through 5/31/2021 vs. Flu vaccinations 7/1/2019 – 5/31/2020 (last complete flu season)**

| Vaccine Type | # of Vaccinations[3] | # of Deaths | Risk of Death | Percentage | Deaths/Mill. Vaccinations[3] |
|---|---|---|---|---|---|
| Flu | 167,447,642[1] | 31 | 1 in 5,401,537 | 0.000019% | .19 |
| COVID19 | 167,733,972[2] | 5,408 | 1 in 31,015 | 0.003224% | 32.24 |

**Risk of dying from COVID vaccine is 174.2 times greater than Flu Vaccine**

| Vaccine Type | # of Vaccinations[3] | # of Adverse Reactions | Risk of Adverse Reaction | Percentage | AEs/Mill. Vaccinations[3] |
|---|---|---|---|---|---|
| Flu | 167,447,642 | 9,674 | 1 in 17,309 | 0.005777% | 57.77 |
| COVID19 | 167,733,972 | 499,215 | 1 in 336 | 0.2976% | 2,976 |

**Risk of adverse reaction from COVID vaccine is 51.55 times greater than Flu Vaccine**

[1] number of flu vaccinations based on estimated flu vaccine coverage data from CDC and estimated population data from US Census. Yearly flu vaccination data covers a period of time from 7/1 to 5/31 of the following year.

[2] number of covid19 vaccinations based on estimates from Our World in Data [2] number of covid19 vaccinations based on estimates from Our World in Data

[3] Persons vaccinated with at least one dose.

## Vaccine Data by Manufacturer

| Manufacturer | # of Deaths | % Deaths | Average Deaths/Day | # US Deaths | US Doses Administered | Average Deaths/Mill. Doses |
|---|---|---|---|---|---|---|
| Janssen (JNJ) | 1112 | 6.97% | 5.3 | 750 | 15,000,326 | 50 |
| Moderna | 3933 | 24.66% | 14.05 | 3178 | 151,481,614 | 20.98 |
| Pfizer/Biontech | 10852 | 68.05% | 37.81 | 3261 | 226,033,301 | 14.43 |
| Unknown | 49 | 0.31% | | 32 | 394,754 | |

| Manufacturer | # of AEs | % AEs | Average AEs/Day | # US AEs | US Doses Administered | Average US AEs/Mill. Doses |
|---|---|---|---|---|---|---|
| Janssen (JNJ) | 58749 | 7.8% | 279.76 | 53161 | 15,000,326 | 3543.99 |
| Moderna | 298498 | 39.61% | 1066.06 | 278699 | 151,481,614 | 1839.82 |
| Pfizer/Biontech | 394765 | 52.38% | 1375.49 | 249375 | 226,033,301 | 1103.27 |
| Unknown | 1585 | 0.21% | | 1267 | 394,754 | |

## Vaccine Data by Gender

# Vaccine Data by Location

## Sources

1. Vaccine data (Covid-19 and other vaccines) taken from CDC's VAERS website, located here: https://vaers.hhs.gov/data/datasets.html.  VAERS data sets in the form of csv files are pulled down weekly and put into a database for reporting/analysis. Data files are available all the way back to 1990.

2. Number of doses distributed for other vaccines found in NVICP Data and Statistics report here: https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/data/data-statistics-report.pdf

3. Numbers for Covid-19 vaccines administered by manufacturer found here: https://covid.cdc.gov/covid-data-tracker/#vaccinations_vacc-total-admin-rate-total

4. Numbers for total Covid-19 vaccine doses administered found here: https://data.cdc.gov/Vaccinations/COVID-19-Vaccination-Trends-in-the-United-States-N/rh2h-3yt2

5. Numbers for Flu vaccine doses administered for 2019-2020 season found here: https://www.cdc.gov/flu/fluvaxview/coverage-1920estimates.htm



**VAERS Summary for COVID-19 Vaccines through 9/17/2021 »**



By **WayneTheDBA**

**RELATED POST**

COVID-19 Vaccines | COVID-19 Vaccines | COVID-19 Vaccines

through 9/17/2021

 SEP 24, 2021  
WAYNETHEDBA

through 9/10/2021

 SEP 17, 2021  
WAYNETHEDBA

through 9/3/2021

 SEP 10, 2021  
WAYNETHEDBA

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

**PREVIOUS POSTS**

**VAERS WEEKLY SUMMARY**

VAERS Summary for COVID-19 Vaccines through 9/24/2021

**VAERS WEEKLY SUMMARY**

VAERS Summary for COVID-19 Vaccines through 9/17/2021

**POSTS**

What Does the Quality of the VAERS Data Tell Us About the "Most Intense Safety Monitoring in US History"?

**VAERS WEEKLY SUMMARY**

VAERS Summary for COVID-19 Vaccines through 9/10/2021

**VAERS WEEKLY SUMMARY**

VAERS Summary for COVID-19 Vaccines through 9/3/2021

**POSTS**

New Missing Persons Report: Notable Recent VAERS Deletions

**POSTS**

Newly added VAERS symptoms since the start of COVID-19 vaccination

**POSTS**

AEs/Deaths per Million Doses, By Vax By Symptom

**VAERS WEEKLY SUMMARY**

VAERS Summary for COVID-19 Vaccines through 8/27/2021

**VAERS WEEKLY SUMMARY**

VAERS Summary for COVID-19 Vaccines through 8/20/2021

10/25/21, 6:00 PM
VAERS Summary for COVID-19 vaccines through 9/24/2021 – VAERS Analysis
Case 1:23-mi-99999-UNA Document 164-4 Filed 01/17/23 Page 46 of 16

# VAERS Analysis

Weekly analysis of the VAERS data

Proudly powered by WordPress | Theme: Newsup by Themeansar.
Home Reports All Posts Purpose About

https://archive.ph/lPH3d
16/16