**From:** GrayTV - HR Communications <hr.comm@gray.tv>
**Date:** August 16, 2021 at 8:04:43 AM EDT
**Subject: Important Announcement Of Vaccination Policy**

At Gray Television, we continue to make the health and safety of our employees our highest priority. Unfortunately, as everyone knows, the COVID-19 public health crisis is getting worse in too many communities across the country.

We know that the approved COVID-19 vaccines are extremely effective in preventing serious illness and reducing the spread of the coronavirus. After extensive discussion among the GMs and officers this week, these individuals UNANIMOUSLY concluded that the increasingly
rapid spread of the coronavirus poses **an unfair risk** to fellow employees and their family members who are not eligible to get vaccinated.

This group therefore UNANIMOUSLY discussed, developed, and then approved expanding our vaccination policy to all employees in two phases as follows:

**1. Effective September 15, 2021, Gray Television will require, as a condition of employment, that every employee who occupies a "manager" position in our company be "fully vaccinated" against the coronavirus (as defined by the CDC); and**

**2. Effective October 1, 2021, Gray Television will require all full-time and part-time employees, as well as all outside contractors, tenants, and guests who enter our workspaces, to be "fully vaccinated" against the coronavirus (as defined by the CDC).**

We will grant reasonable accommodations and short extensions of the deadline where warranted. Requests for either accommodations or extensions must be made to the location's Employee Relations Point of Contact (that is, to Maurice, Sharel or Shavonne and not to any other manager or supervisor). If you don't know who your Employee Relations contact is, please ask your General Manager or send an email to hr(a)grav.tv.

Our new vaccination policy will be administered in a manner that complies with applicable laws and the most recent guidance from applicable authorities, including the Centers

for Disease Control and Prevention (CDC), the Equal Opportunity Commission (EEOC) and local public health authorities.

  The company will pay non-exempt employees for time spent receiving the vaccination, although any scheduling changes need to be approved by the employee's supervisor.

  We thank you in advance for taking this step to protecting yourself, your coworkers, your families, and your communities. Gray Television's leadership will continue to monitor the latest information about COVID-19 and will continue to adjust our coronavirus policies and protocols as necessary until this crisis is finally behind us.

  - Gray Leadership Team