**Maybe: Holly Steuart** >

Today 8:43 AM

Dave, I know you are off today but just wanted to see how you're feeling about everything. I really hope you decide to get vaccinated.

> My course from here is dependent on corporate answering my questions in a forthright manner. If they don't already have the answers to these legitimate questions reasoned out, that's a real problem.

Delivered

T-1



**Maybe: Holly Steuart** >

Well they are sticking fast to these deadlines, feeling that everyone has had enough time to get started. But there is still time to start but only if you do it today or by the end of the day tomorrow. Did Sharel respond? I'm headed to doctors appointment but I will call Sharel and ask if she's seen it...?

No response yet, but it's not even 9 am yet.

But seriously, if they haven't already worked all the ramifications and scenarios already, that's not good.

T-2




Holly >

> I'll want to come by and talk to you sometime this afternoon when it works for both of us.

Anytime is fine, the sooner the better. Bottom line, from how they are handling every request they denied: process MUST start by close of business tomorrow. I don't want to lose you. Perhaps one of the vaccines is more acceptable to you so that you can be comfortable. If you do get Covid the one proven thing is the vaccines make the case LESS SEVERE. that's worth something.

   
      

T-3


Holly

> How can I move forward if they can't answer my legitimate questions? This is a matter of informed consent. I have to understand my options and their ramifications fully. They moved up the deadline on me and haven't given me sufficient time to deal with this. My focus has been on station projects that had to be dealt with right then and there. I have moved as quickly as possible. I'm waiting on them. This is not a decision that can be rushed. The long term implications preclude that.

T-4

 

Holly >

**Well we've all known the deadline for a while. They may not have answers or want to answer them for their own reasons. I get what you're saying but I'm saying time is running out. We know what we know about vaccines is what we know. Long term can't be guaranteed by anyone. Same for everyone.**

**I'm going into a doctors appointment right now, will be out of pocket for half an hour or so**

I know you mean well, but they're insisting that I do something that I find

T-5

**Holly**

Same for everyone.

I'm going into a doctors appointment right now, will be out of pocket for half an hour or so

> I know you mean well, but they're insisting that I do something that I find morally reprehensible and against my better judgement after sound extensive research. I must know exactly what is in store for me whichever way I decide. This is life altering.

> And I understand. Thanks.

Delivered

T-6



**Holly** >

> store for me whichever way I decide. This is life altering.

> And I understand. Thanks.

> The questions I asked on the recent email to corporate doesn't discuss vaccine efficacy or dangers. It asks about their procedures in case there's a bad outcome. This includes financial questions, not medical ones. They already moved the goalposts on the deadline. I don't want any more unwelcome surprises.

Delivered

T-7



Holly

> vaccine efficacy or dangers. It asks about their procedures in case there's a bad outcome. This includes financial questions, not medical ones. They already moved the goalposts on the deadline. I don't want any more unwelcome surprises.

> I want to keep my job. I want that more than anything else. But I'm not writing a blank check on that, either. There are practical, moral, and legal limits.

Delivered

T-8

< 242     

Holly >

practical, moral, and legal limits.

You are totally within your rights to do what you want and I support that.
Once at the office I can ask Sharel about your questions but I truly believe she will say it's simply a condition of employment.

Yeah, but I need those answers to make an informed decision.

I can't take things on blind faith on the financial end.

And they're reasonable

T-9

< 242

Holly >

> And they're reasonable questions that they should already have the answers to at their fingertips.

I'll find out - but I'm fairly sure the financial part is rather simple. No company will promise to pay out on an unknown, but that's what our life insurance is for when we're employed. When a job ends you get accrued PTO etc. No sure on contracts and I'll find out but I do know severance is capped at 14 weeks no matter the length of service.

> I'm talking about who is

J-10



Holly

...of service.

> I'm talking about who is liable for dealing with a bad medical outcome, in both financial and legal terms.

> Bad outcomes with this vaccine are supposed to be reported to VAERS, and there's a question as to whether all them are being reported. But even with that, the number of events from the Covid vaxxes equal in number the bad outcomes from all other vaccines combined over the last 30 years.

> That means there is a

T-11

**< 242**

**Holly >**

> That means there is a much higher probability of problems than with normal vaccines that have gone through the traditional vetting procedure.

> I need to know what would happen if and when. This isn't a medical question. It's a legal and financial question that they'd better gave the answers to. If they don't and they wind up on the hook, the company is in big trouble.

> They need to know the answers just for sheer self preservation. If they haven't done this already,

T-12

**Holly**

> They need to know the answers just for sheer self preservation. If they haven't done this already, they're not being financially responsible.

> You have to know you're going to have a chair available when the music stops.

> If you mandate something, are you legally responsible if something goes wrong?

> I mean, logic says yes, but we're talking about the American legal system, which has become increasingly politicized.

T-13



Holly >

> If I'm forced to do something I don't think I'd wise as a condition of employment and me worst freaks are realized, who is on the hook?

> If the answer is, "Well, sucks to be you!" do you think I would do it?

> Would anybody?

> The legal and financial conditions MUST be spelled out.

> Doing it any other way is a great way to become somebody else's parking lot after the buildings are razed and the equipment

T-14



**Holly**

> think I would do it?
>
> Would anybody?
>
> The legal and financial conditions MUST be spelled out.
>
> Doing it any other way is a great way to become somebody else's parking lot after the buildings are razed and the equipment sold off.
>
> They really, really have to think this thing thru all the way.
>
> Pardon the typos.

Delivered

T-15

 

**Holly** >

**Let me look into that. I do know I was told yesterday what I mentioned about Sports Directors being supervisory which was also the first I knew that.**

Thank you.



**Sharel Bend**     9/6/21
To: Dave Platta >

## RE: Vaccine
📁 Found in Inbox

Dave,

Attached is the religious accommodation request form. Please return the form to me by September 21st, which is 15 days from today. Once received, we will review to determine if a reasonable accommodation can be met.

Thanks,
Sharel



Sharel Bend
Gray Television, Inc.

 
   
      

T-16



**‹ 242**



**Holly ›**



**Sharel Bend** 9/6/21
To: Dave Platta ›

## RE: Vaccine
📁 Found in Inbox

Dave,

Attached is the religious accommodation request form. Please return the form to me by September 21st, which is 15 days from today. Once received, we will review to determine if a reasonable accommodation can be met.

Thanks,
Sharel



Sharel Bend
Gray Television, Inc.
Director [illegible]
201 Monroe Street
RSA Tower, 20th Floor
Montgomery, AL [illegible]
Office: 334-206-[illegible]
Cell: [illegible]
Email: sharel.bend@gray.tv
Website: www.gray.tv

**Thanks – first I heard of that date**

**Hey Dave, just talked to Sharel. Can you call when you can? Thanks**

   

      

T-17