| | |
|---|---|
| **From:** | Dave Platta |
| **To:** | Dave Platta |
| **Subject:** | FW: URGENT: Update Regarding Your Vaccination Status |
| **Date:** | Monday, September 13, 2021 12:04:52 PM |
| **Attachments:** | image001.png |
| | image002.png |

**From:** Dave Platta
**Sent:** Monday, September 13, 2021 11:19 AM
**To:** Holly Steuart <Holly.Steuart@wtvm.com>
**Subject:** Re: URGENT: Update Regarding Your Vaccination Status

Actually, I'm at the station and 11:30 is perfect.

Sent from my iPhone

> On Sep 13, 2021, at 11:08 AM, Holly Steuart <Holly.Steuart@wtvm.com> wrote:
>
> Dave, I'm on a TMP call right now but when I'm done (11:30?) can I call you?
>
> <image001.png>
> <image002.png>
>
> **From:** Dave Platta <Dave.Platta@wtvm.com>
> **Sent:** Sunday, September 12, 2021 8:06 PM
> **To:** Holly Steuart <Holly.Steuart@wtvm.com>
> **Subject:** Fwd: URGENT: Update Regarding Your Vaccination Status
>
> You need to know.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** GrayTV - HR Communications <hr.comm@gray.tv>
>> **Date:** September 11, 2021 at 1:40:29 PM EDT
>> **To:** GrayTV - HR Communications <hr.comm@gray.tv>
>> **Subject: URGENT: Update Regarding Your Vaccination Status**
>>
>> Dear Gray Supervisor,

The health and safety of our employees is a top priority.  As you know, to help make our work environment safer, Gray Television adopted a vaccine policy in August that requires, among other things, that all Supervisors to be FULLY VACCINATED against COVID-19 (as defined by the CDC) no later than September 15, 2021.

We have reviewed your request for a reasonable accommodation from this condition of employment.  Your job position, however, requires close contact with other individuals to fulfill the essential duties of your job.  This means that no reasonable accommodation is available for your current role.  Therefore, if you are not fully vaccinated against COIVD-19 by September 15, 2021, you will not be qualified to remain employed with Gray Television on that date.

Nevertheless, if you are not fully vaccinated but now decide to start or complete the vaccination regime, you may request a short extension of the fully vaccinated deadline to come into compliance with the policy.  To request this extension, you will need to receive, and provide proof of, the first vaccine shot and submit a timely request for this extension to vaccine@gray.tv prior to September 15, 2021.  For vaccines that requires two doses, you will need to receive the second dose within the period specified for the vaccine you receive and provide us with proof of a timely second vaccination shot to extend the deadline through the end of the vaccination regime.  An employee who is not fully vaccinated during a temporary deadline extension must continue to comply with all public health precautions against the coronavirus (face-covering, social distancing, temperature checks, and the like) while within any Gray workspace or within proximity of a Gray employee, customer, contractor, or other individual for work purposes.  In addition, each employee who is not fully vaccinated will need to submit a negative COVID 19 PCR test to vaccine@gray.tv at least once each week.  Violations of any of these public health precautions will lead to disciplinary action up to and including termination.

If you have any questions about this notice, please email our vaccination team at vaccine@gray.tv.