

State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name **David Platta**      2. S. S. No. ▬▬▬▬

    a. State any other name(s) under which employee worked. _____

3. Period of Last Employment: From **08/05/1985**  To **09/15/2021**

4. REASON FOR SEPARATION:

    a. LACK OF WORK ☐

    b. If for other than lack of work, state fully and clearly the circumstances of the separation: **Not complying with company policy**

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.) (DO NOT include vacation pay or earned wages)

    _____ in the amount of $ _____ for period from _____ to _____
    (type of payment)

    Date above payment(s) was/will be issued to employee _____

    IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.
    _____ per month _____ % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ?  YES ☑  NO ☐  If NO, how much? $ _____

    Average Weekly Wage _____

Employer's Name **WTVM**

Address **1909 Wynnton Rd.**
(Street or RFD)

City **Columbus**  State **GA**  **31906**
ZIP Code

Employer's Telephone No. **(706) 494-5400**
(Area Code) (Number)

Ga. D. O. L. Account Number **926060-05**
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

*Nicole Bursey*
Signature of Official, Employee of the Employer or authorized agent for the employer

**Payroll Administrator**
Title of Person Signing

**9/15/21**
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR FIELD SERVICE OFFICE IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/02)