# Newsweek

SUBSCRIBE FOR $1 >

Search
U.S.
World
Tech & Science
Culture
Autos
Rankings
Health
Life
Opinion
Experts
Education
Podcasts
Vantage

About Us
Announcements
Leadership
CEO Dev Pragad
Archive



U.S.

# These Media Personalities Have Stepped Away From Their Jobs Over Vaccine Mandate

BY ALEXANDRA HUTZLER ON 10/7/21 AT 10:42 AM EDT

      





00:00 05:16

Several media personalities have stepped away from their jobs over coronavirus vaccine mandates.

Many businesses have implemented such requirements for staff members since the Pfizer COVID-19 vaccine received approval from the Food and Drug Administration (FDA) in late August.

The U.S. Centers for Disease Control and Prevention has said vaccines are highly effective at preventing severe disease and death from the virus, including the more contagious Delta variant.

NEWSWEEK NEWSLETTER SIGN-UP >

Many of the former on-air personalities were employed at stations owned by parent company Gray Television.

ADVERTISING


Replay

termination, with limited exceptions for workers with certain medical conditions or religious objections.

More than 1,000 additional employees chose to get the shot after the policy was announced, the company said. It also informed people who were terminated or left for not complying with the mandate that they can reapply for positions at the company in the future.

*Newsweek* reached out to Gray Television for additional information on the total number of people who were terminated as a result of the vaccine requirement, but the company said it does not comment on personnel matters.

**NEWSWEEK SUBSCRIPTION OFFERS >**

Here are media personalities who have stepped away from their jobs or were terminated over vaccine mandates.

**Karl Bohnak**

Bohnak, a longtime Michigan weatherman, announced last month he was leaving WLUC-TV after 30 years. Bohnak wrote in a Facebook post he was fired for not getting inoculated against coronavirus.

"Since I chose not to take one of the shots, I was fired. Many of you have taken one of these injections, and that is absolutely your right," he wrote. "It is also my right to choose the medical options I feel are right for me. I have authority over my body."

**Meggan Gray**

The *Good Morning Mississippi* co-host at WLOX left her position after 18 years on September 30, one day before Gray Television's vaccine mandate went into effect.

1/3/23, 9:16 PM   Case 1:23-mi-99999-UNA   Document 164-15   Filed 01/17/23   Page 4 of 16
These Media Personalities Have Stepped Away from Their Jobs Over Vaccine Mandate

# Newsweek

the requests were denied.

"I may have lost my job, but I preserved my integrity," she wrote.



### Kerri Hayden

Hayden left KGWN-TV in Cheyenne, Wyoming after 25 years over a mandate to get vaccinated. She said that her exemption request was denied by the station's parent company and as a result, she was terminated.

"While I am not for or against the vaccine, I do firmly believe we as Americans have the right to choose what's best for ourselves," Hayden wrote in a Facebook post.

### Tim Jones

The meteorologist said he was fired from KSNB Local4 in Hastings, Nebraska after almost eight years with the station for not complying with Gray Television's vaccine requirement. In a YouTube video, Jones announced he was going to "hit the road" and told his viewers to follow his journey.

"I've tried to have fun, tried to do the weather to the best of my ability," Jones said. "It's been fun making some great long-lasting friendships here. But now it's time for a new adventure, and there's going to be more on that coming."



**Newsweek**



Several media personalities have stepped away from their jobs over coronavirus vaccine mandates. In this photo. a medical technician fills a syringe from a vial of the Moderna COVID-19 vaccine in in Louisville, Kentucky.
JON CHERRY/GETTY IMAGES

### Dave Platta

WTVM in Columbus, Georgia announced the station's sports director was leaving after 36 years on the job. Platta said his departure wasn't his choice or the station's choice, but a mandate from parent company Gray Television.

"I did not expect to be standing in my backyard on a rainy Wednesday this deep into football season, but it is what it is," Platta said in a video posted to Twitter, where he said he was fired by Gray Television for not getting vaccinated. "And yes it's true, I'm no longer with WTVM."

### Linda Simmons

Simmons' 14-year career reporting at Missouri's KY3 station ended last month after she refused to comply with Gray Television's vaccine mandate. She said the company didn't accept her exemption request.

# Newsweek



"I value the freedom we all have to make our own informed decisions," Simmons wrote in a Facebook post announcing her departure. "I've made a big decision and decided not to allow the company that owns KY3, Gray Television, to control my personal health choices."

**Allison Williams**

The longtime ESPN college football and basketball reporter announced in early September she wouldn't be reporting from the sidelines this season because she won't receive the COVID-19 vaccination.

"While my work is incredibly important to me, the most important role I have is as a mother. Throughout our family planning with our doctor, as well as a fertility specialist, I have decided not to receive the COVID-19 vaccine at this time while my husband and I try for a second child," Williams wrote in a statement shared on social media.

Williams said she was "thankful for the support of my ESPN family" and that she looks forward to "when I can return to the games and job that I love."

**READ MORE**

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

YOU MIGHT ALSO LIKE

Recommended by Outbrain



**1/2 Cup Of This (Before Bed) Can Melt Your Belly Fat Like Never Before**
Healthy Guru



**Banned For 84 Years; Powerful Pain Reliever Legalized In Georgia**
behealth.space



**Brain Surgeon - Do This to Relieve Tinnitus and Hearing Loss (Try Tonight)!**
Hearing Loss & Tinnitus Help



**Urologist: Enlarged Prostate? Do This Immediately (Genius!)**
prostanews.com



**Hands Down! The World's Healthiest Breakfast**
Ka'Chava



**Mix Vaseline And Toothpaste And Watch What Happens**
yourtopdealstoday.com



**Do This Immediately If You Notice Skin Tags or Moles**
dailyhealthmd.com



**Do This Immediately If You Noticed Skin Tags or Moles (It's Genius)**
skintag.info

## Popular in the Community





## Conversation  3 Comments

Start a discussion, not a fire. Post with kindness. Read our guidelines *here*.

🔔  Log in | Sign up

What do you think?  📷  GIF

Sort by Best ⌄

**C**  **CplHott**
16 November, 2021

My body ,My Choice, not some commie corrupt govt and big pharma who's sole goal is to take as much money as they can take from you and control everything you do or say... But it is kind of ironic when they want to murder an unborn child. They always say it is my  body and my choice..

Reply  •  👍 1  👎  •  Share

**Z**  **z**
7 October, 2021

These conservative radio hosts also stepped away* from their careers after opposing the vaccine.  Dick Farrel, Phil Valentine and Marc Bernier.
*stepped away = died of Covid

Reply  •  👍 1  👎 2  •  Share

  **Jules**
8 October, 2021

There job was not that important to them to start with.

Reply  •  👍  👎 2  •  Share

Powered by OpenWeb                                                                                                   Terms  |  Privacy  |  Feedback

# THE DEBATE



**Twitter Files Prove Throttling of Conservative Voices | Opinion**
BY MARK MECKLER

 VS

**Twitter Suppressed a Story that Wasn't Damaging | Opinion**
BY DAVID FARIS



# OPINION


**LibsofTikTok's Interviews Prove She's Not Unbiased. She's Generating Hate**
BY RODERICK GRAHAM


**Conservatives Should Embrace ESG Investing**
BY NICHOLAS CREEL


**If You Care About Black Children, You Should Support Food Stamp Restriction**
BY ROBERT CHERRY


**Why Are We Exporting Something We So Desperately Need?**
BY RUSSEL HONORÉ


**It's Time for Libertarians to Think Local—and Win**
BY JEFF CHARLES


**Climate Migrants Need Legal Rights**
BY SOPHIE JOSEPH AND LUCY SOLOMON





BY WILLIAM WOLFE



**In the Race To Save Earth's Biodiversity, Water Is Getting Its Due**

BY EYAL HAREL



**The U.S. Must Step in to Help the Kurds of Syria**

BY TAREK KTELEH



**The Twitter Files Reveal Intentions Don't Matter When Suppressing Speech**

BY ARI HOFFMAN



**Fauci Leaves a Broken Agency for His Successor**

BY MARTY MAKARY



GET THE BEST OF NEWSWEEK VIA EMAIL

Email address

**FREE SIGN UP ›**



# NEWSWEEK

## LATEST NEWS

Trump clams up on McCarthy endorsement, says "everybody" wants his support

Marjorie Taylor Greene rips GOP's "Russian roulette" over McCarthy

Everything we know about AOC's talks with Gosar and Gaetz

Body cam footage shows Bryan Kohberger traffic stop on drive home

Bomb cyclone to hit California days after deadly floods

Byron Donalds shares why he flipped vote against Kevin McCarthy

Kevin McCarthy mocked for suffering "once-in-a-century humiliation"

Democrat Leaders Fight Over Who Has to Care for Migrants

Iran vows revenge on Soleimani killers, including Trump, 93 other Americans

LibsofTikTok's Interviews Prove She's Not Unbiased. She's Generating Hate

Kari Lake blames Republicans for "stealing" election

### EDITOR'S PICK



Newsweek 



**RUSSIA**

**North Korea 'Firmly' Supporting Ukraine War, Russia Diplomat Says**

Pyongyang has been backing Moscow at the United Nations and—according to U.S. officials—has sent weapons to Russia for use in Ukraine.

Newsweek



**IDAHO**

**What Bryan Kohberger's Parents Have Said About the Idaho Murders**

Suspect Bryan Kohberger's parents have called for privacy as they support their son while cooperating with law enforcement.



**ACCIDENT**

### Celebrities Share Well-Wishes for Jeremy Renner After Snow Plow Accident

Friends and colleagues of Marvel's "Hawkeye" actor Jeremy Renner have posted supportive messages to him on social media.

# Newsweek



**RUSSIA**

**Russia Admits It Just Suffered its Worst Ever Loss**

Russia's defense ministry said Monday's HIMARS rocket attacks on one of its bases killed a large number of soldiers.

**N CHOOSE YOUR SUBSCRIPTION**

**PREMIUM**

✓ Newsweek magazine delivered to your door
✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ All newsletters + podcasts

**FROM $9.99  ›**

Newsweek

## DIGITAL+ AD FREE

- Unlimited access to Newsweek.com
- Ad free Newsweek.com experience
- iOS and Android app access
- All newsletters + podcasts

FROM $1 ›

N NEWSLETTER

## BEST OF NEWSWEEK VIA EMAIL

Join half a million readers enjoying Newsweek's free newsletters

Email address

FREE SIGN UP ›

Newsweek

© 2023 NEWSWEEK DIGITAL LLC

**Editions:** U.S. Edition 日本 Polska România

About Us Masthead Diversity Announcements Archive Careers Corrections Contact Us Policies and Standards

Mission Statement Advertise Copyright Terms & Conditions Privacy Policy Cookie Policy Terms of Sale Leadership

CEO Dev Pragad Newsletters





