taIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EDWARD LEWIS STANLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION FILE NO. |
| | : | _____ |
| SECURUS TECHNOLOGIES, LLC., | : | |
| a Delaware Limited Liability Company, | : | |
| ALVIN STANLEY, Individually and as | : | |
| an agent and employee of SECURUS | : | |
| TECHNOLOGIES, LLC., a Delaware | : | |
| Limited Liability Company, | : | |
| | : | |
| INDEPENDENT TECHNOLOGIES, | : | |
| LLC, a Nebraska Limited Liability | : | |
| Company, d/b/a Wintel Phones, | : | |
| DATAONLINE, LLC, a New Jersey | : | |
| Limited Liability Company, | : | |
| d/b/a ANOVA, | : | |
| | : | |
| GEORGIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| TIMOTHY C. WARD, Individually and in | : | |
| his official capacity, | : | |
| TREVONZA BOBBITT, Individually and | : | |
| in his official capacity, | : | |
| VIKKI IRWIN, Individually and in her | : | |
| official capacity, | : | |
| MARJORIE GLOVER, Individually and | : | |
| in her official capacity, | : | |
| CORY OSBORNE, Individually and in | : | |
| his official capacity, | : | |
| KIARA CAIN, Individually and in her | : | |
| official capacity, | : | |
| CHRIS TARVER, Individually and | : | |
| in his official capacity, | : | |

| | |
|---|---|
| SHAYLA McLAIN, Individually and in her official capacity, | : |
| BARNARD FLORENCE, Individually and in his official capacity, | : |
| ALYSSA SINGER, Individually and in her official capacity, | : |
| CHRISTOPHER L. BURKHALTER, Individually and in his official capacity, | : |
| HEATHER FLOWERS, Individually and in her official capacity, | : |
| EDWARD ROOKS, Individually and in his official capacity, | : |
| STEVE GRINER, Individually and in his official capacity, | : |
| NIKILA BRACK, Individually and in her official capacity, | : |
| ANGELA FASHANT, Individually and in her official capacity, | : |
| SLOBODAN POPOVIC, Individually and in his official capacity, | : |
| BOBBY FIGUEROA, Individually and in his official capacity, | : |
| And | : |
| JOHN & JANE DOE, Individuals Entities (1-5), | : |
| Defendants. | : |

## NOTICE OF REMOVAL

To: The Judges of the United States District Court for the Northern District of Georgia, Atlanta Division.

Defendants Georgia Department of Correction ("DOC"), Timothy C. Ward, Trevonza Bobbitt, Vikki Irwin, Marjorie Glover, Cory Osborne, Kiara Cain, Chris Tarver, Shayla McLain, Barnard Florence, Alyssa Singer,

Christopher Burkhalter, Heather Flowers, Edward Rooks, Steve Griner, Nikila Brack, Angela Fashant, Slobodan Popovic, and Bobby Figueroa, pursuant to U.S.C. §§ 1441 and 1446, within the time prescribed by law, file this Notice of Removal.  These Defendants file this notice subject to and without waiving any defenses available to them under state and federal law, including jurisdiction, venue and service of process, and show the Court:

1.

Plaintiff brought suit in the State Court of Gwinnett County, *Edward Lewis Stanley v. Securus Technologies, LLC*, et al., Civil Action Number 22-C-07110-S4.

2.

Plaintiff seeks money damages.  He presents, among other things, a claim or claims against these Defendants arising out of the United States Constitution related to injuries sustained while housed within the Georgia Department of Corrections.

3.

The matter was filed in the state court on or about December 8, 2022, 2022.  Upon information and belief, these Defendants were served on the following dates:

December 9, 2022:  DOC and Ward

December 12, 2022:  Florence

December 13, 2022:  Irwin and Figueroa

December 14, 2022:  Glover, Osborne, Cain, McLain, Griner, Brack, and Popovic

December 15, 2022:  Bobbitt, Burkhalter and Rooks

December 16, 2022:  Flowers and Fashant

December 17, 2022:  Singer.

Tarver has not been served.

4.

This action against these Defendants is a civil rights action presenting federal questions over which this court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

5.

This action is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1441(c).  Defendants attach hereto a copy of all documents filed in the State Court of Gwinnett County.

6.

This Notice of Removal, pursuant to 28 U.S.C. § 1446(b), is filed within thirty (30) days from service on a Defendant of a copy of the complaint and summons.

-5-

7.

All of these Defendants consent to and participate in the removal of this matter to federal court.  Pursuant to 28 U.S.C. § 1441(c)(2), no other parties need consent to the removal.

WHEREFORE, these Defendants move that this Notice of Removal be filed, that this action be removed to and proceed in this Court, and that no further proceedings be had in the State Court of Gwinnett County, State of Georgia.

Respectfully submitted,

CHRISTOPHER M. CARR
112505
Attorney General

LORETTA L. PINKSTON-POPE
580385
Deputy Attorney General

RONALD S. BOYTER, JR.
073553
Senior Assistant Attorney General

SUSAN E. TEASTER
701415
Senior Assistant Attorney General

/s/ *Laura L. Lones*
LAURA L. LONES
456778
Senior Assistant Attorney General

*/s/ William Tomlin*
WILLIAM L. TOMLIN
223213
Assistant Attorney General
*Attorneys for State Defendants*

PLEASE SERVE:
LAURA L. LONES
WILLIAM TOMLIN
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3439
llones@law.ga.gov
wtomlin@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of all attorneys of record.

This 17th day of January, 2023.

*/s/ Laura L. Lones*
Georgia Bar No. 456778
Senior Assistant Attorney General

## CERTIFICATION AS TO FONT

Pursuant to Local Rule 7.1D, I hereby certify that this document is submitted in Century Schoolbook 13 point type as required by Local Rule 5.1(b).

*/s/ Laura L. Lones*
LAURA L. LONES 456778
Senior Assistant Attorney General