

# Marriage Certificate

State of Georgia
Gwinnett County

This certifies that

**CHIDI D IKEOKWU**

and

**OLAYEMI FELIX KALEJAIYE**

were united in the

## Holy Bonds of Matrimony

by _____OLATUNDE  MADAMIDOLA_____

on the ___21 st___ day of __August,__  __2015__, in the year of our Lord,

in the city of __Lawrenceville__, county of ___Gwinnett___ Georgia.

As it appears of record in my office in Marriage Record

Book ___63___ License Number __2015-4398__

This ___21 st___ day of __August,  2015__

_____
Judge of the Probate Court
Lawrenceville, Georgia

32