Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 09, 2018 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC1890462857 | January 05, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| January 05, 2018 | 201 B INA SPOUSE OF USC | May 22, 1982 |

PAYMENT INFORMATION:

CHIDI D. IKEOKWU
1500 AUTUMN VILLAGE CT APT 1221        14   00005229
DULUTH, GA 30096

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

ᵢᴵᴵᵢᵇᴵᵢᵤᴵᴵᵤᴵᴵᴵᵤᴵᴵᵢᴵᴵᴵᴵᵢᴵᴵᴵᵢᴵᴵᴵᴵᵢᵤᴵᴵᵢᵤᴵᴵᴵᴵᴵᴵᵢᴵᴵᴵᴵ

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| KALEJAIYE, FELIX | 5/22/1982 | NIGERIA | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

A valid G-28 was NOT received with your case. If you wish to be represented, please contact your attorney or accredited representative to submit a G-28 to the USCIS location listed at the bottom of this notice. For more information on filing G-28, please visit http://www.uscis.gov/forms/filing-your-form-g-28.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Customer Service Number:**

(800)375-5283
APPLICANT COPY



Please see the additional information on the back. You will be notified separately about any other cases you may have filed.

Form I-797C  07/11/14  Y