VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

| STATE OF GEORGIA CERTIFICATE OF LIVE BIRTH | Death Number | Local File Number | 1. State File Number 2020GA000033640 |
|---|---|---|---|

| 2.CHILD'S NAME: FIRST  3.MIDDLE  4.LAST  5.JR.,III,ETC. | 6.SEX (M or F) | 7.DATE OF BIRTH (Mo., Day, Year) |
|---|---|---|
| FRANCIS PRAISEGOD KALEJAIYE | MALE | 04/07/2020 |

| 8.TIME OF BIRTH | 9. THIS BIRTH (Single, Twin, Triplet, Etc.) | 10.IF NOT SINGLE SPECIFY BIRTH ORDER |
|---|---|---|
| 16:34 MILITARY | SINGLE | |

| 11.CITY,TOWN, OR LOCATION OF BIRTH | 12. HOSPITAL FACILITY NAME (If not Hospital,give street and Number.) |
|---|---|
| SNELLVILLE | EASTSIDE MEDICAL CENTER |

| 13. IF NOT HOSPITAL,Specify | 14. COUNTY OF BIRTH |
|---|---|
| | GWINNETT |

| 15. MOTHER'S NAME FIRST  16. MIDDLE  17.LAST | 18.MAIDEN (Last Name) |
|---|---|
| CHIDI D IKEOKWU | IKEOKWU |

| 19.DATE OF BIRTH (Month,Day,Year) | 20.STATE OF BIRTH (If not U.S.A.,Name Country) | 21.RESIDENCE - STATE | 22. COUNTY |
|---|---|---|---|
| 05/22/1982 | CALIFORNIA | GEORGIA | GWINNETT |

| 23. CITY,TOWN OR LOCATION | 24.STREET AND NUMBER OF RESIDENCE |
|---|---|
| DULUTH | 1222 AUTUMN VILLIAGE COURT |

| 25.MOTHER'S MAILING ADDRESS | 26. RESIDENCE INSIDE CITY LIMITS? (yes or No) |
|---|---|
| 1222 AUTUMN VILLIAGE COURT DULUTH GEORGIA 30096 | YES |

| 27.FATHER'S NAME FIRST  28.MIDDLE  29.LAST,JR., ETC. | 30.DATE OF BIRTH (Month,Day,Year) | 31.STATE OF BIRTH(If not U.S.A. ,Name Country) |
|---|---|---|
| OLAYEMI FELIX KALEJAIYE | 05/22/1982 | NIGERIA |

| 32a. INFORMANT'S NAME (Type or Print) | 32b. RELATION TO CHILD | 33. PARENTS AUTHORIZE RELEASE OF INFORMATION TO SOCIAL SECURITY ADMINISTRATION TO ISSUE THIS CHILD A SOCIAL SECURITY NUMBER (Yes or No) |
|---|---|---|
| CHIDI D IKEOKWU | MOTHER | YES |

| 34. CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature) Electronically signed by /S/ YOLANDA M. BOWERS | 35. DATE SIGNED (Mo.,Day,Year) 04/14/2020 | 36. ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or Print) (Name) GERTRUDE N ANYAKWO 37.(Title) MD |
|---|---|---|

| 38. CERTIFIER (Type or Print) (Name) YOLANDA M. BOWERS (Title) HOSPITAL STAFF | 39. PHYSICIAN'S MEDICAL LIC. NO. | 40. CERTIFIER-MAILING ADDRESS (Street or R.F.D No., City or Town,State, Zip) 1700 MEDICAL WAY SNELLVILLE GEORGIA 30078 |
|---|---|---|

| 41. REGISTRAR (Signature) Electronically signed by /S/ CHRISTOPHER JP HARRISON | 42. DATE RECEIVED BY STATE REGISTRAR (Mo.,Day,Year) 04/14/2020 |
|---|---|

GEORGIA DEPARTMENT OF PUBLIC HEALTH, VITAL RECORDS SERVICE    Form 3901A (Rev. 01/2013)

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE GEORGIA DEPARTMENT OF PUBLIC HEALTH, STATE OFFICE OF VITAL RECORDS. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3, DPH RULES AND REGULATIONS. Any reproduction of this document is prohibited by statute. Do not accept ... Records clearly embossed. Chapter 31-10, Code of Georgia as amended.

6556384
State Registrar                             County Registrar


C6552155

WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK. THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND, EMBOSSED SEAL AND THERMOCHROMIC INK. THE BACK CONTAINS SPECIAL LINES WITH TEXT.

VOID IF ALTERED OR COPIED