# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-190-968

**Effective date of registration:**

November 14, 2014

## Title

| | |
|---|---|
| **Title of Work:** | Aerial Photography Taken on October 11, 2014 by David Oppenheimer |
| **Previous or Alternative Title:** | Individual Unpublished Works |
| **Contents Titles:** | D4s__DSC1878.jpg; |
| | D4s__DSC1882.jpg; |
| | D4s__DSC1885.jpg; |
| | D4s__DSC1888.jpg; |
| | D4s__DSC1898.jpg; |
| | D4s__DSC1906.jpg; |
| | D4s__DSC1909.jpg; |
| | D4s__DSC1920.jpg; |
| | D4s__DSC1922.jpg; |
| | D4s__DSC1926.jpg; |
| | D4s__DSC1962.jpg; |
| | D4s__DSC1967.jpg; |
| | D4s__DSC1980.jpg; |
| | D4s__DSC1982.jpg; |
| | D4s__DSC1983.jpg; |
| | D4s__DSC1992.jpg; |
| | D4s__DSC1995.jpg; |
| | D4s__DSC2036.jpg; |
| | D4s__DSC2039.jpg; |
| | D4s__DSC2046.jpg; |
| | D4s__DSC2056.jpg; |
| | D4s__DSC2059.jpg; |
| | D4s__DSC2061.jpg; |
| | D4s__DSC2062.jpg; |
| | D4s__DSC2066.jpg; |

D4s__DSC2067.jpg;

D4s__DSC2069.jpg;

D4s__DSC2070.jpg;

D4s__DSC2071.jpg;

D4s__DSC2072.jpg;

D4s__DSC2074.jpg;

D4s__DSC2075.jpg;

D4s__DSC2076.jpg;

D4s__DSC2078.jpg;

D4s__DSC2079.jpg;

D4s__DSC2080.jpg;

D4s__DSC2081.jpg;

D4s__DSC2084.jpg;

D4s__DSC2086.jpg;

D4s__DSC2087.jpg;

D4s__DSC2088.jpg;

D4s__DSC2090.jpg;

D4s__DSC2092.jpg;

D4s__DSC2094.jpg;

D4s__DSC2096.jpg;

D4s__DSC2097.jpg;

D4s__DSC2102.jpg;

D4s__DSC2105.jpg;

D4s__DSC2106.jpg;

D4s__DSC2107.jpg;

D4s__DSC2108.jpg;

D4s__DSC2110.jpg;

D4s__DSC2111.jpg;

D4s__DSC2112.jpg;

D4s__DSC2114.jpg;

D4s__DSC2115.jpg;

D4s__DSC2116.jpg;

D4s__DSC2346.jpg;

D4s__DSC2347.jpg;

D4s__DSC2350.jpg;

D4s__DSC2351.jpg;

D4s__DSC2352.jpg;

D4s__DSC2353.jpg;

D4s__DSC2356.jpg;

D4s__DSC2375.jpg;

D4s__DSC2389.jpg;

*0000VAU0011909680701*

D4s__DSC2391.jpg;

D4s__DSC2396.jpg;

D4s__DSC2398.jpg;

D4s__DSC2401.jpg;

D4s__DSC2407.jpg;

D4s__DSC2412.jpg;

D4s__DSC2414.jpg;

D4s__DSC2415.jpg;

D4s__DSC2419.jpg;
D4s__DSC2420.jpg;

D4s__DSC2421.jpg;

D4s__DSC2422.jpg;

D4s__DSC2423.jpg;

D4s__DSC2424.jpg;

D4s__DSC2425.jpg;

D4s__DSC2426.jpg;

D4s__DSC2427.jpg;

D4s__DSC2429.jpg;

D4s__DSC2431.jpg;

D4s__DSC2433.jpg;

D4s__DSC2434.jpg;

D4s__DSC2438.jpg;

D4s__DSC2439.jpg;

D4s__DSC2441.jpg;

D4s__DSC2442.jpg;

D4s__DSC2443.jpg;

D4s__DSC2445.jpg;

D4s__DSC2446.jpg;

D4s__DSC2448.jpg;

D4s__DSC2449.jpg;

D4s__DSC2450.jpg;

D4s__DSC2451.jpg;

D4s__DSC2453.jpg;

D4s__DSC2454.jpg;

D4s__DSC2455.jpg;

D4s__DSC2456.jpg;

D4s__DSC2458.jpg;

D4s__DSC2460.jpg;

D4s__DSC2461.jpg;

D4s__DSC2463.jpg;

D4s__DSC2464.jpg;

D4s__DSC2466.jpg;

D4s__DSC2468.jpg;

D4s__DSC2469.jpg;

D4s__DSC2470.jpg;

D4s__DSC2471.jpg;

D4s__DSC2472.jpg;

D4s__DSC2474.jpg;

D4s__DSC2475.jpg;

D4s__DSC2478.jpg;

D4s__DSC2480.jpg;

D4s__DSC2481.jpg;

D4s__DSC2483.jpg;

D4s__DSC2486.jpg;

D4s__DSC2487.jpg;

D4s__DSC2488.jpg;

D4s__DSC2507.jpg;

D4s__DSC2508.jpg;

D4s__DSC2512.jpg;

D4s__DSC2513.jpg;

D4s__DSC2515.jpg;

D4s__DSC2526.jpg;

D4s__DSC2527.jpg;

D4s__DSC2531.jpg;

D4s__DSC2533.jpg;

D4s__DSC2534.jpg;

D4s__DSC2535.jpg;

D4s__DSC2536.jpg;

D4s__DSC2537.jpg;

D4s__DSC2538.jpg;

D4s__DSC2539.jpg;

D4s__DSC2542.jpg;

D4s__DSC2545.jpg;

D4s__DSC1842.jpg;

D4s__DSC1846.jpg;

D4s__DSC1860.jpg;

D4s__DSC1864.jpg;

D4s__DSC1868.jpg;

D4s__DSC1872.jpg;



*0000VAU0011909680702*

D8101__OPP1563.jpg;

D8101__OPP1567.jpg;

D8101__OPP1568.jpg;

D8101__OPP1578.jpg;

D8101__OPP1579.jpg;

D8101__OPP1581.jpg;

D8101__OPP1585.jpg;

D8101__OPP1586.jpg;

D8101__OPP1587.jpg;

D8101__OPP1588.jpg;

D8101__OPP1596.jpg;

D8101__OPP1600.jpg;

D8101__OPP1605.jpg;

D8101__OPP1610.jpg;

D8101__OPP1613.jpg;

D8101__OPP1616.jpg;

D8101__OPP1617.jpg;

D8101__OPP1623.jpg;

D8101__OPP1624.jpg;

D8101__OPP1629.jpg;

D8101__OPP1631.jpg;

D8101__OPP1647.jpg;

D8101__OPP1650.jpg;

D8101__OPP1653.jpg;

D8101__OPP1657.jpg;

D8101__OPP1663.jpg;

D8101__OPP1666.jpg;

D8101__OPP1682.jpg;

D8101__OPP1685.jpg;

D8101__OPP1731.jpg;

D8101__OPP1732.jpg;

D8101__OPP1761.jpg;

D8101__OPP1767.jpg;

D8101__OPP1768.jpg;

D8101__OPP1769.jpg;

D8101__OPP1782.jpg;

D8101__OPP1783.jpg;

D8101__OPP1795.jpg;

D8101__OPP1796.jpg;

D8101__OPP1799.jpg;

D8101__OPP1800.jpg;

D8101__OPP1808.jpg;

D8101__OPP1812.jpg;

D8101__OPP1813.jpg;

D8101__OPP1817.jpg;

D8101__OPP1818.jpg;

D8101__OPP1821.jpg;

D8101__OPP1828.jpg;

D8101__OPP1829.jpg;

D8101__OPP1833.jpg;

D8101__OPP1834.jpg;

D8101__OPP1835.jpg;

D8101__OPP1836.jpg;

D8101__OPP1837.jpg;

D8101__OPP1838.jpg;

D8101__OPP1839.jpg;

D8101__OPP1841.jpg;

D8101__OPP1842.jpg;

D8101__OPP1844.jpg;

D8101__OPP1854.jpg;

D8101__OPP1855.jpg;

D8101__OPP1856.jpg;

D8101__OPP1857.jpg;

D8101__OPP1861.jpg;

D8101__OPP1862.jpg;

D8101__OPP1865.jpg;

D8101__OPP1866.jpg;

D8101__OPP1867.jpg;

D8101__OPP1868.jpg;

D8101__OPP1872.jpg;

D8101__OPP1875.jpg;

D8101__OPP1877.jpg;

D8101__OPP1883.jpg;

D8101__OPP1890.jpg;

D8101__OPP1891.jpg;
D8101__OPP1894.jpg;

D8101__OPP1900.jpg;

D8101__OPP1901.jpg;

D8101__OPP1907.jpg;

D8101__OPP1910.jpg;

D8101__OPP1911.jpg;

D8101__OPP1912.jpg;

D8101__OPP1916.jpg;

D8101__OPP1918.jpg;

D8101__OPP1922.jpg;

D8101__OPP1936.jpg;

D8101__OPP1938.jpg;

D8101__OPP1939.jpg;

D8101__OPP1942.jpg;

D8101__OPP1944.jpg;

D8101__OPP1948.jpg;

D8101__OPP1949.jpg;

D8101__OPP1952.jpg;

D8101__OPP1953.jpg;

D8101__OPP1955.jpg;

D8101__OPP1956.jpg;

D8101__OPP1957.jpg;

D8101__OPP1959.jpg;

D8101__OPP1960.jpg;

D8101__OPP1963.jpg;

D8101__OPP1966.jpg;

D8101__OPP1967.jpg;

D8101__OPP1968.jpg;

D8101__OPP1978.jpg;

D8101__OPP1981.jpg;

D8101__OPP1983.jpg;

D8101__OPP1986.jpg;

D8101__OPP1995.jpg;

D8101__OPP1999.jpg;

D8101__OPP2003.jpg;

D8101__OPP2005.jpg;

D8101__OPP2007.jpg;

D8101__OPP2019.jpg;

D8101__OPP2059.jpg;

D8101__OPP2060.jpg;

D8101__OPP2075.jpg;

D8101__OPP2079.jpg;

D8101__OPP2082.jpg;

D8101__OPP2085.jpg;

D8101__OPP2088.jpg;

D8101__OPP2092.jpg;

D8101__OPP2103.jpg;

D8101__OPP2108.jpg;

D8101__OPP2110.jpg;

D8101__OPP2111.jpg;

D8101__OPP2114.jpg;

D8101__OPP2115.jpg;

D8101__OPP2116.jpg;

D8101__OPP2119.jpg;

D8101__OPP2137.jpg;

D8101__OPP2139.jpg;

D8101__OPP2142.jpg;

D8101__OPP2143.jpg;

D8101__OPP2150.jpg;

D8101__OPP2156.jpg;

D8101__OPP2157.jpg;

D8101__OPP2163.jpg;

D8101__OPP2168.jpg;

D8101__OPP2172.jpg;

D8101__OPP2178.jpg;

D8101__OPP2180.jpg;

D8101__OPP2187.jpg;

D8101__OPP2198.jpg;

D8101__OPP2199.jpg;

D8101__OPP2200.jpg;

D8101__OPP1502.jpg;

D8101__OPP1507.jpg;

D8101__OPP1509.jpg;

D8101__OPP1511.jpg;

D8101__OPP1514.jpg;

D8101__OPP1515.jpg;

D8101__OPP1543.jpg;

D8101__OPP1553.jpg;

D8101__OPP1554.jpg;

D8101__OPP1561.jpg;
D8102__OPP2212.jpg;

D8102__OPP2216.jpg;

D8102__OPP2222.jpg;

D8102__OPP2230.jpg;

D8102__OPP2248.jpg;

D8102__OPP2249.jpg;

D8102__OPP2250.jpg;

D8102__OPP2251.jpg;

D8102__OPP2252.jpg;

D8102__OPP2253.jpg;

D8102__OPP2254.jpg;

D8102__OPP2255.jpg;

D8102__OPP2256.jpg;

D8102__OPP2257.jpg;

D8102__OPP2258.jpg;

D8102__OPP2264.jpg;

D8102__OPP2265.jpg;

D8102__OPP2268.jpg;

D8102__OPP2272.jpg;

D8102__OPP2276.jpg;

D8102__OPP2278.jpg;

D8102__OPP2290.jpg;

D8102__OPP2292.jpg;

D8102__OPP2293.jpg;

D8102__OPP2295.jpg;

D8102__OPP2297.jpg;

D8102__OPP2298.jpg;

D8102__OPP2299.jpg;

D8102__OPP2300.jpg;

D8102__OPP2304.jpg;

D8102__OPP2308.jpg;

D8102__OPP2311.jpg;

D8102__OPP2313.jpg;

D8102__OPP2315.jpg;

D8102__OPP2317.jpg;

D8102__OPP2318.jpg;

D8102__OPP2320.jpg;

D8102__OPP2322.jpg;

D8102__OPP2330.jpg;

D8102__OPP2333.jpg;

D8102__OPP2338.jpg;

D8102__OPP2340.jpg;

D8102__OPP2341.jpg;

D8102__OPP2342.jpg;

D8102__OPP2344.jpg;

D8102__OPP2345.jpg;

D8102__OPP2346.jpg;

D8102__OPP2354.jpg;

D8102__OPP2362.jpg;

D8102__OPP2370.jpg;

D8102__OPP2374.jpg;

D8102__OPP2385.jpg;

D8102__OPP2386.jpg;

D8102__OPP2390.jpg;

D8102__OPP2391.jpg;

D8102__OPP2393.jpg;

D8102__OPP2394.jpg;

D8102__OPP2399.jpg;

D8102__OPP2400.jpg;

D8102__OPP2402.jpg;

D8102__OPP2417.jpg;

D8102__OPP2422.jpg;

D8102__OPP2423.jpg;

D8102__OPP2425.jpg;

D8102__OPP2426.jpg;

D8102__OPP2427.jpg;

D8102__OPP2429.jpg;

D8102__OPP2432.jpg;

D8102__OPP2433.jpg;

D8102__OPP2435.jpg;

D8102__OPP2436.jpg;

D8102__OPP2439.jpg;

D8102__OPP2441.jpg;

D8102__OPP2442.jpg;

D8102__OPP2444.jpg;

D8102__OPP2446.jpg;

D8102__OPP2447.jpg;

D8102__OPP2448.jpg;

D8102__OPP2449.jpg;

D8102__OPP2450.jpg;

D8102__OPP2454.jpg;

D8102__OPP2456.jpg;

D8102__OPP2459.jpg;

D8102__OPP2460.jpg;

D8102__OPP2461.jpg;

D8102__OPP2463.jpg;

D8102__OPP2468.jpg;

D8102__OPP2470.jpg;

D8102__OPP2471.jpg;

D8102__OPP2474.jpg;

D8102__OPP2477.jpg;

D8102__OPP2478.jpg;

D8102__OPP2484.jpg;

D8102__OPP2487.jpg;

D8102__OPP2490.jpg;

D8102__OPP2491.jpg;

D8102__OPP2492.jpg;

D8102__OPP2494.jpg;

D8102__OPP2495.jpg;

D8102__OPP2497.jpg;

D8102__OPP2500.jpg;

D8102__OPP2501.jpg;

D8102__OPP2504.jpg;

D8102__OPP2518.jpg;

D8102__OPP2520.jpg;

D8102__OPP2521.jpg;

D8102__OPP2523.jpg;

D8102__OPP2524.jpg;

D8102__OPP2525.jpg;

D8102__OPP2539.jpg;

D8102__OPP2540.jpg;

D8102__OPP2548.jpg;
D8103__OPP2550.jpg;

D8103__OPP2552.jpg;

D8103__OPP2554.jpg;

D8103__OPP2555.jpg;

D8103__OPP2562.jpg;

## Completion/Publication

**Year of Completion:** 2014

## Author

■     **Author:** David Gordon Oppenheimer

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1970

## Copyright claimant

**Copyright Claimant:** David Gordon Oppenheimer

P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

**Organization Name:**   Performance Impressions LLC

**Name:**   David Gordon Oppenheimer

**Email:**   dave@performanceimpressions.com                          **Telephone:**   828-273-9339

**Address:**   P.O. Box 8105

Asheville, NC 28814  United States

## Certification

**Name:**   David Gordon Oppenheimer

**Date:**   November 14, 2014



**Registration #:**   VAU001190968

**Service Request #:**   1-1902487142



Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States