# Exhibit 2

# REAL ESTATE GRAND
## Real Estate Brokerage

| REAL ESTATE GRAND | WESTSIDE ATLANTA COMMERCIAL LOT | ELLIJAY COMMERCIAL LAND | DALTON LOTS | SAVANNAH WATERFRONT LOTS | HIGHLANDS, N.C. LOTS | CONTACT |

## Highlands, N.C. Lots for Sale

Gorgeous long range mountain views from these great Highlands lots! Escape to the mountains of Highlands, N.C. to build your mountain retreat! One lot is located close to town on Little Bear Pen in Highlands, and the other is located in the King Mountain subdivision. Enjoy all the unique activities the Town of Highlands has to offer all year long!

### South Drive Lot on Little Bear Pen

### Salt Gap Road Lot in King Mountain

### Highlands Endless Activities



Enjoy all the endless activities that are unique to Highlands! Hiking and walking trails while you are taking in some of the most magnificent views anywhere on this earth! Take in the gorgeous waterfalls and magnificent mountain views!



Lot 1, King Gap Rd in the King Mountain Club neighborhood! Almost a full acre with beautiful views of Blue Valley located in King Mountain Subdivision on the Atlanta side of Highlands. King Mountain Club provides a clubhouse, tennis courts, pool, stocked trout pond, and a year-round caretaker. Property also adjoins Nantahala National Forest with hiking trails to enjoy. Highlands is less than ten minutes away with shopping, world-class restaurants, theater, and community activities.

46A SOUTH DRIVE ON LITTLE BEAR PEN MOUNTAIN! Above picture is the view from this lot! Long Range Exceptional mountain top view overlooking the Town of Highlands! This lot is about a mile from town, so you can walk to shopping and restaurants from this great location!

Offered For Sale By Owner For $225,000
Seller is a licensed real estate broker in the state of Georgia

- Frontage Type: Adjoins National Forest
- View: Exceptional, Year Round, Mountain
- Lot Size Square Feet: 40511
- Lot Description: Partially Cleared, Wooded, Steep
- Lot Size Acres: 0.93
- Community Features: Gated Access, Lake/Pond, Trails, Picnic Area, Clubhouse, Paved Access, Pool, Tennis
  - Offered For Sale By Owner for $119,000.
  - Seller is a licensed real estate broker in the state of Georgia.

### Magnificent Views From These Lots



The view from South drive on Little Bear Pen overlooks the Town of Highlands! You can actually see cars driving down Main Street from this lot! And the view from the King Mountain lot has magnificent views of Blue Valley all the way to South Carolina!

### Wonderful Shopping, Dining and Beauty Galore!

### Waterfalls and Mountain Views!



Enjoy strolling down Main Street in Highlands and taking in all the activities and culinary delights along the way!



Amazing mountain views and waterfalls!

---

Real Estate Grand, LLC.   404-308-3467
dicksie@RealEstateGrand.com



Highlands 32

