# Exhibit A

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia COBB COUNTY

Superior Court ☐ State Court ☐

12/27/2022
CLM

SERVE

22 DEC 19 AM 11:35 COBB CO SHERIFF CIVIL SECTION

Attorney's Address

5617 Norman Court
Atlanta, GA 30349

Civil Action No. 22.1.8748.108

Date Filed 12/16/2022

Name and Address of Party to be Served Wellstar Health Systems

Leo Reichert c/o Candice Sanders
793 Sawyers Road
Marietta, GA 30062
Company # 15115379

Lettisa Willis

Plaintiff

VS.

Wellstar Health Systems

Defendant

Garnishee

PERSONAL ☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

NOTORIOUS ☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ______ described as follows age, about ______ years; weight, about ______ pounds; height, about ______ feet and ______ inches, domiciled at the residence of defendant.

CORPORATION ☐ Served the defendant ______ a corporation by leaving a copy of the within action and summons with [illegible] in charge of the office and place of doing business of said Corporation in this County.

TACK & MAIL ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

NON EST ☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This [illegible] day of [illegible], 2022

DEPUTY

SHERIFF DOCKET ______ PAGE ______

COBB COUNTY, GEORGIA

WHITE: Clerk CANARY: Plaintiff Attorney PINK: Defendant

Filed In Office Dec-16-2022 09:23 2022-0161346-CV Page 1 Connie Taylor Clerk of Superior Court Cobb County

IN THE Superior COURT OF COBB COUNTY

STATE OF GEORGIA

Lettisa Willis
Plaintiff

v.

Wellstar Health Systems
Defendant

CIVIL ACTION NO. 22.1.8748.68

COMPLAINT FOR Sexual Harrassment/Discrimination mental Anguish

Now comes Lettisa Willis, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is Wellstar, who is a resident of 303 Parkway Drive NE Street, Atlanta GA 30312 City of Atlanta, GA County, Georgia, and is subject to the jurisdiction of this court.

2. *List short and plain statement in separately numbered paragraphs of claim sued upon.*

A contract existed between Plantiff and employer Contract was broken due to Sexual Harrassment and Gender discrimination. Plantiff suffered mental Aunguish, mental suffering, emotional distress & loss of wages All proof submitted to EEOC
Jane Soks EEOC Representative Investagatores offi Atlanta District Office (Jane.sok.@eeoc.gov
100 Alabama street suite 4R30
Atlanta, GA 30303 470-531-4795

3. *List statement of damages, with items of special damages stated specifically.*

There is A Police Report Copy As wells security camera's in Wellstar Hospital for evidence. 16 camera system, 4TB storage.

Asking $550,000,000.00 Negotiable

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ TBD, together with interest and the costs of this action.

Lettisa Willis
5617 Norman Court
Atlanta, GA 30349
404-906-0149

Plaintiff
Address
Telephone number

Lettisa Willis

(4)

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Petitioner: Lettisa Willis

and

Respondent: Wellstar Health Systems

Civil Action File No.: ______________________

## VERIFICATION

I, Lettisa Willis, personally appeared before the undersigned attesting officer authorized by law to administer oaths, and after being duly sworn, declare under oath that I am the Petitioner in the above-styled action and that the facts stated in the foregoing *Petition* for Lettisa Willis are true and correct to the best of my knowledge.

Signed this 14 [day] day of December [month] 2022 [year].

Lettisa Willis
(Sign your name here before Notary) Petitioner, *Self-Represented*

Petitioner's name (print or type): Lettisa Willis
Petitioner's Address: 5617 Norman Court
Atlanta, GA 30349

Petitioner's Telephone Number: 404-906-0149

Sworn to and affirmed before me, this
14 day of December 2022

Sharlynn Herndon
NOTARY PUBLIC
My commission expires: 6-4-2025
(Notary seal)

SHARLYNN HERNDON
NOTARY PUBLIC
GEORGIA
EXPIRES June 4, 2025
PAULDING COUNTY

(17)

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161347-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: 22-1-8748-68

Lettisa Willis
PLAINTIFF

VS.

Wellstar Heatth Sytems

DEFENDANT

NOTICE OF FILING

* Police Report
* Medical Records

SIGNATURE

Lettisa Willis
PRINT NAME

5617 Norman Court
Atlanta, GA 30349
ADDRESS

404-906-0149
PHONE NUMBER

wewon49@gmail.com
EMAIL ADDRESS



EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Lettisa Willis
~~5612 Norman Court Atlanta~~
Atlanta, GA 30349

From: Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 11B-2022-00087 | Jane Suk, State, Local and Tribal Coordinator | 470-531-4795 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred* ***more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Darrell Graham
10/27/2022

**Darrell Graham**
**District Director**

Enclosures(s)

cc: Charles L Bachman, Jr.
GDCR Attorneys at Law
49 Atlanta Street
Marietta, GA 30060
cbachman@gdcrlaw.com

Exhibit A

ID# 2022-0161347-CV
Page 3

IN THE ~~MAGISTRATE~~ Superior COURT OF COBB
STATE OF GEORGIA

Lettisa Willis
5617 Norman Court
Atlanta, GA 30349
404-906-0149 wewon49@gmail.com
Plaintiff(s) Name, Address, Phone, Email Address

CASE NO. ___

## STATEMENT OF CLAIM

vs.

Wellstar Health Systems
303 Parkway Drive NE
Atlanta, GA 30312 404-265-4903
Defendant(s) Name, Address, Phone, Email Address

Atlanta District Office
100 Alabama Street, SW Suite 4R30
Atlanta, GA 30303
Plaintiff's Attorney, Name, Address, Phone 470-538-4719

[ ] Suit on Note [ ] Suit on Account [ ] Contract [ ] Tort [ ] Trover [ ] Personal Injury [X] Other Sexual Harrassment Discrimination

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of COBB County; [ ] Other (please specify) ___

2. Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim): Was unwilling touch on the buttocks by another employee, several times. Submitted Police Report to Atlanta Dist

3. This claim is in the amount of $ 550,000,000, principal $ "OPEN TO Negotiate" interest, plus ___ costs to date, and all future costs of this suit.

4. Please select hearing location: ( ) Downtown Courthouse ( ) North Annex ( ) South Annex

5. I am the (X) Plaintiff ( ) Plaintiff's Attorney and I ( ) would or ( ) would not like to receive text message alerts for upcoming hearing dates for this case? (Standard text message rates from your carrier may apply) Cell Phone # 404-906-0149

STATE OF GEORGIA, COBB COUNTY

___ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this 14 day of December 20 22

___
Notary Public/Attesting Official

Lettisa Willis
Plaintiff(s) or Agent
(If Agent, Title or Capacity)

404-906-0149
wewon49@gmail.com
5617 Norman Court Atlanta GA 30349
Plaintiff's Mobile Phone Number & Email Address

## NOTICE AND SUMMONS

**TO: All Defendant(s)** You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK. Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies). If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s)'claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This ___ day of ___, 20___

___
Magistrate Judge or Deputy Clerk

[illegible]

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Latisha Willis
5417 Norman Court
Atlanta, GA [illegible]

From: Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| [illegible] | Jane Suh, State, Local and Tribal Coordinator | 470-531-4795 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the filing date.

The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Darrell Graham
[illegible]

Darrell Graham
District Director

Enclosures(s)

cc: Erika Kosar
Taft Law
1 Indiana Sq, Ste. 3500
Indianapolis, IN 46204
ekosar@taftlaw.com

(2) Lettisa Willis Mental Anguish December 14, 2021

Total: $0.00
Total RX: 2
Signature Required: Y
Counsel: Y

HD

**Walmart** Pharmacy

ID# 2022-016I347-CV
8 Page 5

If you have any questions, please feel free to contact your Pharmacist at (770)994-0657
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/Safety/Medwatch/

| Pharmacy hours | | | |
|---|---|---|---|
| Mon 09:00 AM - 09:00 PM | Wed 09:00 AM - 09:00 PM | Fri 09:00 AM - 09:00 PM | [illegible] |
| Tue 09:00 AM - 09:00 PM | Thu 09:00 AM - 09:00 PM | Sat 09:00 AM - 07:00 PM | Lunch Time Varies |

RUTLEDGE
LETTISA
~~5017 NORMAN CT~~
79364 35915
~~COLLEGE PARK GA 303496968~~
OC# 465 923 841 076 592 329 107 659 238
WAL-MART PHARMACY 10-787 PRIORITY: WILL PICKUP
7050 HWY 85 SOUTH NEW
RIVERDALE GA 30274 -0000
NABP 1137579 NPI 1104843432 Reduced Paper N
RX 6233454 Ref = 2 DATE: 09/16/22
Patient Pay: $0.00 Cash: $4.00 WHP

RisperiDONE 3MG TAB ZYD NDC [illegible]
DIRECTIONS: TAKE 1 TABLET BY MOUTH AT BEDTIME

COLCORD,HERBERT R
Prescriber NPI 1770065815
QTY: 30 DAW: 0 DAY SUPPLY 30
TP REF # 222596116491314999 22259611649314999

RUTLEDGE
LETTISA
~~5017 NORMAN CT~~
79364 35916
~~COLLEGE PARK GA 303496968~~
OC# 365 923 841 076 592 377 107 659 238
WAL-MART PHARMACY 10-787 PRIORITY: WILL PICKUP
7050 HWY 85 SOUTH NEW
RIVERDALE, GA 30274 -0000
NABP. 1137579 NPI 1104843432 Reduced Paper: N
RX 6233455 Ref = 2 DATE: 09/16/22
Patient Pay: $0.00 Cash: $4.00 WHP

FLUOXETINE 20MG CAP LEG NDC 63545-0[illegible]
DIRECTIONS: TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD,HERBERT R
Prescriber NPI 17700658[illegible]

Exhibit "1"

Mental Anguish Lettisa Willis December 14, 2022

(23)

Tue 09:00 AM 09:00 PM Thu 09:00 AM 09:00 PM

RUTLEDGE
LETTISA
5617 NORMAN CT
COLLEGE PARK, GA 303496968
WAL-MART PHARMACY 10-787
7050 HWY. 85 SOUTH
RIVERDALE, GA 30274 0000
NABP: 1137579 NPI 1104843432

79364 35915

ID# 2022-016134 7-CV

OC# 465 923 841 076 592 129 107 659 238
PRIORITY WILL PICKUP
NEW

Reduced Paper N

RX: 6233454 Ref = 2 DATE 09/16/22

Patient Pay: $0.00 Cash: $4.00 WHP

RisperiD
DIRECTI
COLCO
Prescrib
QTY: 30
TP REF

RUTLEDGE
LETTISA
5617 NORMAN CT
COLLEGE PARK, GA 303496968
WAL-MART PHARMACY 10-787
7050 HWY. 85 SOUTH
RIVERDALE, GA 30274 -0000
NABP: 1137579 NPI: 1104843432

79364 35916

OC# 365 923 841 076 592 377 107 659 238
PRIORITY: WILL PICKUP
NEW

Reduced Paper: N

RX: 6233455 Ref = 2 DATE: 09/16/22

Patient Pay: [illegible] Cash: [illegible] WHP

FLUOXI
DIRECT
COLC
Prescr
QTY:
TP RE

Exhibit "M"

Mental Health Exhibit "E"

19

L. Rutledge (465625) Willis *has an appointment with* Lettisa Doctor

**CLAYTON CENTER**
853 Battle Creek Road
Jonesboro, Georgia 30236
Phone: 770-473-2494 / Fax: 770-478-8722

ID# 2022-0001347-CV
Page 7

☐ MON. ☐ TUES. ☐ WED. ☐ THURS. ☑ FRI. ☐ SAT.

8/19/22 AT 100 pm A.M. (P.M.)

IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HRS. NOTICE.

L. Rutledge (465625) Willis *has an appointment with* Lettisa Group

**CLAYTON CENTER**
853 Battle Creek Road
Jonesboro, Georgia 30236
Phone: 770-473-2494 / Fax: 770-478-8722

☐ MON. ☐ TUES. ☐ WED. ☐ THURS. ☐ FRI. ☐ SAT.

7/21/22 AT 1000am (A.M.) P.M.

IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HRS. NOTICE.

15

☑ Appointment with: 1:45pm @ 2022
☐ Appointment with: @
☐ Appointment with: @
☐ Appointment with: @

Date 9/16/22

ID# 2022-0161347-CV
Page 8

Welcome to Clayton Center

Individual Engagement Form

Number Pulled ☐

NAME Lettisa Willis | Date of Birth

ARRIVAL TIME 1:45pm | APPOINTMENT TIME

☐ New Client [Intake # ____] Client ID# ____

☑ Returning/Current Client ☐ Former Client

☐ VA Client ☐ Recent Hospital Discharge ☐ Court System

Do you have an APPOINTMENT Today: ☑ YES ☐ NO Do you have a Picture ID: ☑ YES ☐ NO

What TYPE of service are you seeking today: ☑ Mental Health ☐ Substance Use

| Type of Insurance (Check all that apply) | ☐ No Insurance | ☐ Aetna | ☐ Amerigroup | ☐ BC/BS | ☐ CareSource |
|---|---|---|---|---|---|
| | ☐ Cigna | ☐ Medicaid | ☐ Medicare | ☐ Peachstate | ☐ United Healthcare |
| | ☐ Wellcare | ☐ VA | ☐ Other: | | |

| Telephone No. | (404) [illegible] | Mailing Address | [illegible] | | |
|---|---|---|---|---|---|
| | [illegible] | City | [illegible] | State | GA | Zip |
| Why are you here today or your chief complaint? | [illegible] | | | | |

| | |
|---|---|
| Does the client have a diagnosis of Autism or Developmental Disabilities? | ☑ YES ☐ NO |
| Have you been recently discharged from a Mental Health Hospital or a CSU? | ☑ YES ☐ NO |
| If so, what date? | 9/15/2022 |
| Which Hospital were you discharged from? | [illegible] |
| Were you discharged with meds or a prescription | ☑ Meds ☑ Prescription ☐ Neither |
| Do you have your Discharge Papers with you today? | ☐ YES ☑ NO |

Thank you for coming in today. We would like to know how you are feeling, please answer the following questions.

| | |
|---|---|
| Do you wish you were dead or that you did not wake up today? | ☐ YES ☑ NO |
| Are you having thoughts of hurting or killing yourself today? | ☐ YES ☑ NO |
| If you are having thoughts of hurting or killing yourself, do you have a plan on how to do it? | ☐ YES ☑ NO |
| Have you done anything to hurt yourself or try to kill yourself within the last 7 days? | ☐ YES ☑ NO |
| Are you having thoughts of hurting or killing someone else today? | ☐ YES ☑ NO |
| If you are having thoughts of hurting or killing someone today, do you have a plan on how to do it? | ☐ YES ☑ NO |
| Are you hearing voices or people talking to you today? | ☐ YES ☑ NO |
| Are the voices you hear telling you to hurt or kill yourself or hurt or kill others? | ☐ YES ☑ NO |

Exhibit #16
(4)
Leg Injury
ID# 2022-0161347-CV
Page 9

Exhibit #2

Medical Records Lettise Willis

Leg injury

Exhibit 5

ID# 2022-01613 Page 11

RISPERIDONE 3MG TAB/ZYD

DIRECTIONS TAKE 1 TABLET BY MOUTH AT BEDTIME

HERBERT R

Prescriber NPI 1

DAY SUPPLY 30

TP REF # 222598116491314999 222598116491314999

FLUOXETINE 20MG CAP LEG NDC: 68645-0130-54

DIRECTIONS TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD HERBERT

Prescriber NPI 177000

QTY 30 DAW 0

TP REF #

Lettisa Willis

Fulton County Wellstar Health Systems
Police Report Lettisa Willis
ID# 2022-0161347-CV
Page 12

1/1

210580856 - Incident Report (Atlanta Police Department) CASE # 212580856 Pg 2 of 3

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Black or African American / Not Hispanic Or Latino | (678) 532-4132 (primary, cell) |

HOME ADDRESS
5617 NORMAN CT, ATLANTA, GA 30349

SUBJECT-2

| SUBJECT-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-2 stiner, shawn | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (678) 201-4690 (primary, cell) |

HOME ADDRESS
401 WESLEY DR, ACWORTH, GA 30101

WITNESS-1

| WITNESS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| W-1 stiner, shawn | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (678) 201-4690 (primary, cell) |

HOME ADDRESS
401 WESLEY DR, ACWORTH, GA 30101

STOP & THINK

☐ You were in a commercial or residential building or structure
☐ You were not immediately responding to a civilian 911 call

INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 willis, lettisa raynette | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Black or African American / Not Hispanic Or Latino | (678) 532-4132 (primary, cell) |

HOME ADDRESS
5617 NORMAN CT, ATLANTA, GA 30349

INVOLVEMENT TYPE A
Reporting Party

| INVOLVED PERSON-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-2 stiner, shawn | [redacted] |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (678) 201-4690 (primary, cell) |

HOME ADDRESS
401 WESLEY DR, ACWORTH, GA 30101

INVOLVEMENT TYPE A
Witness

PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME |
|---|---|---|
| lettisa | willis | raynette |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY | SEX |
|---|---|---|
| [redacted] | Black or African American / Not Hispanic Or Latino | Female |

HOME ADDRESS-1
5617 NORMAN CT, ATLANTA, GA 30349

Sep 15 2021

REPORTING OFFICER SIGNATURE / DATE
Tommy Figueroa #7312 Sep 18 2021 23:53 (e-signature)

John Mill[illegible]

PRINT NAME
Tommy Figueroa #7312

Exhibit "H"

(8)

11/8/22, 2:58 PM IMG_20220310_100123.jpg

https://mail.google.com/mail/u/0/#inbox?projector=1

Wellstar Health Systems

ID# 2022-0161347

Police Report Lettisa Willis

https://mail.google.com/mail/u/0/#inbox?projector=1

11/8/22, 2:48 PM

Exhibit "I"

IMG_20220310_100103.jpg

Case # 212580856 - Incident Report

| REPORT DATE / TIME | ZONE / BEAT / SUBDIVISION A / SUBDIVISION B | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Sep 15, 2021 14:04 | G / 604 | Sep 15, 2021 12:04 - 12:50 |

| REPORT AUTHOR | BODY WORN CAMERA? |
|---|---|
| Tommy Figueroa #7312 | 1. Yes -- Video Footage Available |

REPORT TAKEN LOCATION

303 PARKWAY DR NE, 400 RALPH MCGILL BLVD NE & 400 HIGHLAND AVE NE, ATL, GA 30312

## NARRATIVE

On 09/15/2021 at approximately 12:50 PM I Officer T. Figueroa (ID#7312 BWC ax1023 operating vehicle#33949) was dispatched to Receive information on a dispute at 303 Parkway DR NE. When I arrived I spoke to the reporting party.

Ms. Lettisa Raynette Willis (dob 12/06/1971, ga oln 060020830) stated that on 08/27/2021 she was working at the location as a contractor for LGC associates in the cafeteria of AMC hospital when an unknown female coworker allegedly began telling her she was crazy and that she talks to her self Miss Willis stated that she replied that she just comes to work and mind her own business Miss Willis then left work frustrated because of her coworkers allegations against her she then stated she forgot to sign out and went back inside and ran into the manager of the cafeteria And she said that she tried to report the incident with her coworker to him but he refused to acknowledge her claims and told her that she had to leave she then stated that he signed her out without her consent. I advised Miss Willis that this was not a crime she then further added that an unknown male coworker also touched her butt that day. I went with her t the cafeteria and made contact with the manager.

Mr. Shawn Stiner (12/09/1964, Ga oln 060020830) stated that Ms. Willis was a former employee and that he received complaints that M Was cursing and acting irate in front of customers at the cafeteria, he went to see what was going on but stated that she was gone. A short time later Ms. Willis returned to the location and began cursing at him and he told her to leave. Another female manager named M Maquita Edwards (dob 10/12/1985) stated that she wasn't working that day and hasn't had any issues with her but sees Ms. Willis having conversations with herself regularly through out her shift.

I asked Mr. Stiner if he knew of a male that worked in the cafeteria with Ms. Willis matching the description she gave. Ms. Edwards replie stating the only person she could think of was a male named shamead, Ms. Willis stated she believes the male that touched her butt was named Shamead. Ms. Edwards stated the male in question worked as a contractor for the hospital and he was no longer working with th hospital. Both party's where separated without incident and they were given the case number. Nothing further to report at this time.

## INCIDENT INFO

INCIDENT TYPE

Miscellaneous Non-crime

OFFENSE LOCATION

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

303 PARKWAY DR NE

| CITY | STATE | ZIP | |
|---|---|---|---|
| ATLANTA | GA | 30312 | US |

| LOCATION CATEGORY | ZONE / BEAT / SUBDIVISION |
|---|---|
| Drug Store/ Doctor's Office/ Hospital | 6 / 604 |

SUBJECT-1

SUBJECT-1 NAME (LAST, FIRST MIDDLE)

S-1 willis, lettisa raynette

REPORTING OFFICER SIGNATURE / DATE

...mmy Figueroa #7312 Sep 18, 2021 23:53 (e-signature) John Miller #4946 Sep 19, 2021 ... (e-signature)

NAME

...my Figueroa #7312 John Miller #4946

20

RX: 2
...re Required: Y

HD

Walmart
Pharmacy

Lettisa Willis Rutledge

BL 135
BL 107

Call your doctor for medical advice ... please feel free to contact your Pharmacist at (770)994-0657
www.fda.gov/Safety/Medwatch/. advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or use the internet at

Pharmacy hours:

| Mon: 09:00 AM - 09:00 PM | Wed: 09:00 AM - 09:00 PM | Fri: 09:00 AM - 09:00 PM | Sun: 10:00 AM - 06:00 PM |
|---|---|---|---|
| Tue. 09:00 AM - 09:00 PM | Thu: 09:00 AM - 09:00 PM | Sat: 09:00 AM - 07:00 PM | Lunch Time Varies |

RUTLEDGE
LETTISA
5617 NORMAN CT
COLLEGE PARK, GA 303496968
79364 00424
OC# 665 923 841 076 592 856 107 659 238
WAL-MART PHARMACY 10-787
PRIORITY: WILL PICKUP
7050 HWY. 85 SOUTH
NEW
RIVERDALE, GA 30274 -0000
NABP: 1137579 NPI: 1104843432 Reduced Paper: N
RX: 6221539 Ref = 2 DATE: 07/26/22
Patient Pay: $0.00 Cash: $8.00 WHP

RisperiDONE 1MG TAB ZYD NDC: 68382-0114-14
DIRECTIONS: TAKE 1 TABLET BY MOUTH TWICE DAILY

COLCORD,HERBERT R
Prescriber NPI: 1770065815
QTY: 60 DAW: 0 DAY SUPPLY: 30
TP REF # 222073505550029998

RUTLEDGE
LETTISA
5617 NORMAN CT
COLLEGE PARK, GA 303496968
79364 00488
OC# 165 923 841 076 592 378 107 659 238
WAL-MART PHARMACY 10-787
PRIORITY: WILL PICKUP
7050 HWY. 85 SOUTH
NEW
RIVERDALE, GA 30274 -0000
NABP: 1137579 NPI: 1104843432 Reduced Paper: N
RX: 6221540 Ref = 2 DATE: 07/26/22
Patient Pay: $0.00 Cash: $4.00 WHP

FLUOXETINE 20MG CAP LEG NDC: 68645-0130-54
DIRECTIONS: TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD,HERBERT R
Prescriber NPI: 1770065815
QTY: 30 DAW: 0 DAY SUPPLY 30
TP REF # 222073505550182997

ID# 2022-0161347-C
Page 14

Exhibit "3"

31

Total RX: 2
Signature Required: Y
Counsel: Y

Walmart
Pharmacy

Lettisa Willis

ID# 2022-016134 7-CV
Page 15

If you have any questions please feel free to contact your Pharmacist at (770)994-0657
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or use the internet at www.fda.gov/Safety/Medwatch/.

| Pharmacy hours | Mon 09:00 AM - 09:00 PM | Wed 09:00 AM - 09:00 PM | Fri 09:00 AM - 09:00 PM | [illegible] |
|---|---|---|---|---|
| | Tue 09:00 AM - 09:00 PM | Thu 09:00 AM - 09:00 PM | Sat 09:00 AM - 07:00 PM | Lunch Time Varies |

RUTLEDGE
LETTISA
5617 NORMAN CT
COLLEGE PARK, GA 303496968
WAL-MART PHARMACY 10-787
7050 HWY 85 SOUTH
RIVERDALE, GA 30274 -0000
NABP: 1137579 NPI 1104843432
RX: 6233454 Ref = 2
Patient Pay: $0.00 Cash: $4.00

79364 35915

OC# 465 923 841 076 592 329 107 659 238
PRIORITY: WILL PICKUP
NEW
Reduced Paper: N
DATE: 09/16/22
WHP

RisperiDONE 3MG TAB ZYD NDC [illegible]
DIRECTIONS: TAKE 1 TABLET BY MOUTH AT BEDTIME

COLCORD,HERBERT R
Prescriber NPI 1770065815
QTY 30 DAW: 0 DAY SUPPLY 30
TP REF # 222596116491314999 222596116491314999

RUTLEDGE
LETTISA
~~5617 NORMAN CT~~
~~COLLEGE PARK~~, GA 303496968
WAL-MART PHARMACY 10-787
7050 HWY. 85 SOUTH
RIVERDALE, GA 30274 -0000
NABP: 1137579 NPI 1104843432
RX: 6233455 Ref = 2
Patient Pay: $0.00 Cash: $4.00

79364 35916

OC# 365 923 841 076 592 377 107 659 238
PRIORITY: WILL PICKUP
NEW
Reduced Paper: N
DATE: 09/16/22
WHP

FLUOXETINE 20MG CAP LEG NDC 58545-0135-[illegible]
DIRECTIONS: TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD,HERBERT R
Prescriber NPI 1770065815
QTY 30 DAW: 0 DAY SUPPLY 30
TP REF # 222594046358363999

Mental Emergency

Medical Records

Welcome to Clayton Center

Individual Engagement Form

Number Pulled

ID# 2022-0161347-CV
Page 16

| NAME | Lethisa Willis | [redacted] | Date of Birth | [redacted] |
|---|---|---|---|---|
| ARRIVAL TIME | 1:45 pm | | APPOINTMENT TIME | : |

☐ New Client (Intake # ________ )

☒ Returning/Current Client

☐ VA Client

☐ Former Client

☐ Recent Hospital Discharge

Client ID# ____________

☐ Court System

Do you have an APPOINTMENT Today: ☒ YES ☐ NO

Do you have a Picture ID: ☒ YES ☐ NO

What TYPE of service are you seeking today: ☒ Mental Health ☐ Substance Use

| Type of Insurance (Check all that apply) | | | | | |
|---|---|---|---|---|---|
| | ☐ No Insurance | ☐ Aetna | ☐ Amerigroup | ☐ BCBS | ☐ CareSource |
| | ☐ Cigna | ☐ Medicaid | ☐ Medicare | ☒ Peachstate | ☐ United Healthcare |
| | ☐ Wellcare | ☐ VA | ☐ Other | | |

| Telephone No. | (404) 309 - 6149 | Mailing Address | 5012 [illegible] Point | | | |
|---|---|---|---|---|---|---|
| [redacted] | | [illegible] City | [illegible] | State | GA | Zip |
| Why are you here today or your chief complaint? | | Hearing Voices | | | | |

| | |
|---|---|
| Does the client have a diagnosis of Autism or Developmental Disabilities? | ☒ YES ☐ NO |
| Have you been recently discharged from a Mental Health Hospital or a CSU? | ☒ YES ☐ NO |
| If so, what date? | 9 / 18 / 2022 |
| Which Hospital were you discharged from? | Peachford Hospital |
| Were you discharged with meds or a prescription | ☒ Meds ☒ Prescription ☐ Neither |
| Do you have your Discharge Papers with you today? | ☐ YES ☒ NO |

[illegible] coming in today. We would like to know how you are feeling, please answer the following questions.

| | |
|---|---|
| Do you wish you were dead or that you did not wake up today? | ☐ YES ☒ NO |
| Are you having thoughts of hurting or killing yourself today? | ☐ YES ☒ NO |
| If you are having thoughts of hurting or killing yourself, do you have a plan on how to do it? | ☐ YES ☒ NO |
| Have you done anything to hurt yourself or try to kill yourself within the last 7 days? | ☐ YES ☒ NO |
| Are you having thoughts of hurting or killing someone else today? | ☐ YES ☒ NO |
| If you are having thoughts of hurting or killing someone today, do you have a plan on how to do it? | ☐ YES ☐ NO |
| Are you hearing voices or people talking to you today? | ☐ YES ☐ NO |

Exhibit "D"

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Free: (833) 827-2920
TTY: (404) 562-6909/6910
FAX: (404) 562-6801
Website: www.eeoc.gov

12/15/2022

VIA: Wewon49@gmail.com
Lettisa Willis
~~[redacted] Court~~
Atlanta, GA 30349

Re: FOIA No.: 410-2023-003004
Charge No.: 11B-2022-00087
**Lettisa Willis vs. Wellstar Atlanta Medical Center**

Dear Ms. Willis:

Your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, received by the Atlanta District Office on 12/15/2022, is assigned to the [ ] Simple [ ] Complex [ ] Expedited track with the above FOIA number. Your request will be processed Marcia Haymer, Records Disclosure Coordinator, who may be reached at 470-531-4812 or marcia.haymer@eeoc.gov.

[X] EEOC will make every effort to issue a determination on your request on or before 01/17/2023. FOIA and EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. In unusual circumstances, EEOC may extend the 20 working days by 10 additional working days or stop processing your request until you respond to our request for fee or clarifying information. Should EEOC take an extension or stop processing your request, notice will be issued prior to the expiration of the 20 working days.

[ ] EEOC will make every effort to issue a determination on your request on or before 01/17/2023. FOIA and EEOC regulations, at 29 C.F.R. § 1610.9(d), provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. As provided in 5 U.S.C. § 552(a)(6)(B) (2016), due to unusual circumstances we hereby provide you with the required written notice that we are extending by ten (10) working days the time in which we shall respond based upon:

[ ] the need to search for and collect the requested records, if any exist, from field offices or other establishments that are separate from this office;

[ ] the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or

[ ] the need for consultation with another agency, or two or more components of this agency, having a substantial interest in the determination of the request.

[ ] Your "unperfected" request under the FOIA was received on 12/15/2022. The request will not be processed until it is perfected by the submission to this office a copy of a "Filed" marked court Complaint on the above charge. 29 C.F.R. § 1610.5(b)(3). Failure to submit a copy of the "Filed" marked Complaint within 10 working days of your receipt of this letter may result in the administrative closure of your request. Upon receipt of the "Filed" marked Complaint your request will be perfected, and processing will begin. At that time, EEOC will issue a letter acknowledging receipt of your perfected FOIA request, providing the name of the person who will be processing your request, and the date by which you may expect to receive a response from me.

410-2023-003004

[ ] Your request for expedited processing is not a proper request. If a "compelling need" exists for the records you request, please promptly submit a statement, certified to be true and correct to the best of your knowledge and belief, describing the reasons processing of your request should be expedited. You may also submit your certified statement by mail to our office address in the letterhead above. Upon receipt of your certified statement, EEOC will adjudicate your request and notify you of the decision within ten (10) calendar days.

You may contact the FOIA Requester Service Center for status updates on your FOIA request or for FOIA information via toll free at (833) 827-2920, to our non-toll free number at (202) 921-2542, by e-mail to FOIA@eeoc.gov, by facsimile to (202) 653-6034, or by mail to our office address in the letterhead above. Additionally, if your request was filed online through the EEOC FOIA Web Portal, you may monitor its status at https://eeoc.arkcase.com/foia/portal/login. You may also contact the EEOC FOIA Public Liaison, Michael L. Heise, for assistance.

Sincerely,
Darrell E. Graham
District Director
atlafoia@eeoc.gov

## Endnotes

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Free: (877)-869-1802
TTY (404) 562-6909/6910
FAX (404) 562-6801
Website: www.eeoc.gov

12/15/2022

Dear Lettisa Willis,

Your request has been delivered to the U.S. Equal Employment Opportunity Commission. The request has been assigned tracking # 410-2023-003004, please log into your account and review your submission.

The application address is https://eeoc.arkcase.com/foia/portal/

Thank you,

U.S. Equal Employment Opportunity Commission

*Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at* foia@eeoc.gov *and destroy all copies of the original message and attachments.*

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161348-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER 221.8748.68
Assigned by Clerk

Lettisa Willis
PLAINTIFF

vs

Wellstar Health Systems
DEFENDANT

TYPE OF ACTION

1. ____ Divorce without Agreement Attached
2. ____ Divorce with Agreement Attached
3. ____ Domestic Relations
4. ____ Damages arising out of Contract
5. ____ Damages arising out of Tort
6. ____ Condemnation
7. ____ Equity
8. ____ Zoning- County Ordinance violations (i.e. Injunctive relief-zoning)
9. ____ Zoning Appeals (denovo)
10. ____ Appeal, Including denovo appeal-excluding Zoning
11. ____ URESA
12. ____ Name Change
13. X Other
14. ____ Recusal
15. ____ Adoption

PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filled in this court? (Whether pending simultaneously or not.)

____ NO

X YES – If yes please fill out the following:

1. Case # 2022CV.37265
2. Parties Lettisa Willis vs LGC Hospitality
3. Assigned Judge Pending
4. Is this case still pending? ✓ Yes ____ No
5. Brief description of similarities Sexual Harrassment

Wrongful Termination / Discrimination
Sexual Harrassment

Lettisa Willis
Attorney or Party Filling Suit

Form #0122
Revised 8/02/17

(1)

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161349-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of COBB County

For Clerk Use Only

Date Filed 12/16/22
MM-DD-YYYY

Case Number 22-1-8748-68

Plaintiff(s)

Willis LeHisa

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Defendant(s)

Wellstar Health Systems

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Last First Middle I. Suffix Prefix

Plaintiff's Attorney ____________ State Bar Number ____________ Self-Represented ☒

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

____________ Case Number ____________ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

____________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.



Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161350-CV
Page 1

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

Petitioner: Lettisa Willis

and

Respondent: Wellstar Health System

Civil Action File No.: 22-1-8748-68

## SUMMONS

TO THE ABOVE NAMED RESPONDENT:

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Petitioner, whose name and address is:

Lettisa Willis
5617 Norman Court
Atlanta GA 30349

and *Answer* to the *Complaint* which is herewith served upon you, within 30 days after service of this *Summons* upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *Complaint*.

If a hearing has already been scheduled in this case, you must appear at that scheduled hearing, regardless of whether the 30 days for filing an answer has elapsed.

This 14th day of December, 2022.

CONNIE TAYLOR,
Clerk of Superior Court

By ______________________
Clerk

To Respondent upon whom this *Petition* is served:

This copy of *Complaint and Summons* was served upon you, ______________, 20 ______.



Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161351-CV
Page 1

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

Petitioner: Lettisa Willis

and

Respondent: Wellstar Health Systems

Civil Action File No.: 22-1-8748-68

## POVERTY AFFIDAVIT

COMES NOW Lettisa Willis, the Petitioner in the above styled Lettisa Willis *[Enter the name of the Petition]*, being first duly sworn, deposes and says:

1. That I, by reason of my poverty and pursuant to O.C.G.A. § 9-15-2, am unable to pay the cost required by O.C.G.A. § 15-6-77 to file a civil case in the courts of Cobb County.

2. That I am 51 years of age, and my monthly household income before taxes is $ 0. I have the following sources of income: N/A. Copies of my last two pay stubs/unemployment checks/other proof of income source are attached.

3. That I live at ______, and pay $ 0 per month as rent.

4. That I ☐ own ☐ lease ☐ do not have a vehicle.

5. That my household consists of 5 (number of) people.

6. That I pay the following bills each month:

| Name of Bill | Amount |
|---|---|
| $1400.00 | Rent |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

7. That I hereby request to proceed in this action without having to pay filing fees and associated costs.

Signed this 14 day of December 2022.
[month] [year]

(Sign in front of Notary) Petitioner, *Self-represented*

Petitioner's name (print or type): Lettisa Willis
Petitioner's Address: 5617 Norman Court Atlanta GA
Petitioner's Telephone Number: 404-906-0149
Petitioner's E-mail Address: Wewsh49@gmail.com

Sworn to and affirmed before me, this 14 day of December 2022

NOTARY PUBLIC
My commission expires: 6-4-2025
(Notary Seal)

SHARLYNN HERNDON NOTARY EXPIRES GEORGIA June 4, 2025 PUBLIC PAULDING COUNTY

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161352-CV
Page 1
Connie Taylor
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

Lettisa Willis *

Plaintiff, * Civil Action No.: 22.1.8748.68

v. *

Wellstar Health Systems *

Defendant. *

**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS**

The Plaintiff came before the Presiding Judge on December 16, 2022 seeking to proceed in forma pauperis in the above-styled case.

The Court having heard the sworn testimony of the Plaintiff and having reviewed the Plaintiff's Affidavit hereby GRANTS the Plaintiff's request to proceed in forma pauperis.

SO ORDERED this 16 day of Dec., 2022.

Senior Judge, State of Georgia
Presiding in the Superior Court
Of Cobb County

S. LARK INGRAM
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

FILED IN COURT
THIS 12/16 2022
AT 3:50 P M
CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA