# Exhibit B

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LETISSA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE NO. |
| | )   2022-0161346-CV |
| WELLSTAR HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

### NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION

Defendant WELLSTAR HEALTH SYSTEM, INC.[1], by and through its undersigned counsel, hereby notifies the Clerk of the Superior Court of Cobb County, Georgia that it has filed a Notice of Removal, attached as **Exhibit "1"**, removing this action from the Superior Court of Cobb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 18th day of January, 2023.

> **GREGORY, DOYLE, CALHOUN**
> **& ROGERS, LLC**
> *Attorneys for Defendant*
>
> */s/Charles L. Bachman, Jr.*
> Charles L. Bachman, Jr.
> Georgia Bar No. 030545

49 Atlanta Street
Marietta, GA  30060
Phone: (770) 422-1776
Fax: (770) 426-6155
cbachman@gdcrlaw.com

---

[1] Wellstar Health System, Inc. is misidentified in the lawsuit as "Wellstar Health Systems."

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| LETISSA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CIVIL ACTION FILE NO. |
| | )     2022-0161346-CV |
| WELLSTAR HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I filed the foregoing **NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION** with the Clerk of Court via the PeachCourt electronic filing system and served true and correct copies upon all parties in this matter by U.S. Mail with proper postage affixed to ensure delivery and address as follows:

Letissa Willis
5617 Norman Court
Atlanta, Georgia 30349

**GREGORY, DOYLE, CALHOUN**
**& ROGERS, LLC**
*Attorneys for Defendant*

*/s/Charles L. Bachman, Jr.*
Charles L. Bachman, Jr.
Georgia Bar No. 030545

2

# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LETISSA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) |
| WELLSTAR HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

Defendant WELLSTAR HEALTH SYSTEM, INC.,[1] by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby files this Notice of Removal and shows this Court as follows:

1.

On December 16, 2022, Plaintiff filed a lawsuit in the Superior Court of Cobb County, Georgia captioned as *Letissa Willis v. Wellstar Health Systems.* This lawsuit was assigned Civil Action File No. 2022-0161346-CV. True and correct copies of the Complaint, as well as all other process, orders or pleadings received by the

---

[1] Wellstar Health System, Inc. is misidentified in Plaintiff's Complaint as "Wellstar Health Systems."

Defendant by service or otherwise in this action are attached hereto as **Exhibit "A"** as required by 28 U.S.C. §1446(a).

2.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes Cobb County.  Accordingly, removal to this Court is proper under 28 U.S.C. § 1441(a).

3.

Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*. ("Title VII") in that she labels her Complaint as one for "sexual harassment/discrimination" and refers to the Charge of Discrimination she filed with the United States Equal Employment Opportunity Commission alleging violations of Title VII.

4.

As a result, the United States District Court for the Northern District of Georgia, Atlanta Division, has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(b) and (c) and other applicable laws, as this case is a civil action arising under the Constitution and/or laws of the United States.

2

5.

On December 27, 2022, Plaintiff served Defendant.  As such, Defendant has timely filed its Notice of Removal within the 30-day time limit imposed by 28 U.S.C. § 1446(b).

6.

Promptly after filing this Notice of Removal, written notice of this filing will be provided to Plaintiff and a copy of this Notice of Removal will be filed with the Superior Court of Cobb County, State of Georgia.  A copy of the Notice to Plaintiff of Removal of State Court Action is attached hereto as **Exhibit "B"**.  Exhibit B was served on all adverse parties.

7.

By filing this Notice of Removal, Defendant does not waive any defense that may be available to it.

Respectfully submitted this 18th day of January, 2023.

> **GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
> *Attorneys for Defendant*
>
> */s/Charles L. Bachman, Jr.*
> Charles L. Bachman, Jr.
> Georgia Bar No. 030545

49 Atlanta Street
Marietta, GA  30060

Phone: (770) 422-1776
Fax: (770) 426-6155
cbachman@gdcrlaw.com

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B</u>

I certify that the foregoing pleading was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

> */s/Charles L. Bachman, Jr.*
> Charles L. Bachman, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LETISSA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE NO. |
| | ) |
| WELLSTAR HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2023 I filed the foregoing **NOTICE OF**

**REMOVAL** by electronic filing using CM/ECF and served true and correct copies

upon all parties in this matter by U.S. Mail with proper postage affixed to ensure

delivery and addressed as follows:

Letissa Willis
5617 Norman Court
Atlanta, Georgia 30349

*/s/Charles L. Bachman, Jr.*
Charles L. Bachman, Jr.

# Exhibit A

**SHERIFF'S ENTRY OF SERVICE**

Marietta, Georgia   COBB COUNTY

Superior Court ☐   State Court ☐

*12/27/2022*
*CLM*

**SERVE**

Attorney's Address

*5617 Norman Court*
*Atlanta, GA 30349*

Civil Action No. *22.1.5748.208*

Date Filed *12/16/2022*

Name and Address of Party to be Served *Wellstar Health Systems*
*Leo Reichert c/o Candice Sanders*
*793 Sawyers Road*
*Marietta, GA 30062*
*Company # 15115379*

*Lettisa Willis*

Plaintiff

VS.

*Wellstar Health Systems*

Garnishee                                                                      Defendant

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with *Lee Minter* _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

_____
COBB COUNTY, GEORGIA

WHITE: Clerk       CANARY: Plaintiff Attorney       PINK: Defendant

Filed In Office Dec-16-2022

IN THE _Superior_ COURT OF _Cobb_ COUNTY 161346-CV

09:23

Page 1

STATE OF GEORGIA

_Lettisa Willis_

Plaintiff.

v. _Wellstar Health Systems_

Defendant

Connie Taylor

Clerk of Superior Court Cobb County

KBS

CIVIL ACTION NO. _22.9_

NO. _22.187 48.68_

COMPLAINT FOR _Sexual Harrassment/Discrimination mental Anguish_

Now comes _Lettisa Willis_, plaintiff in the above-styled action, and states his complaint as follows:

The defendant is _Wellstar_, who is a resident of _303 Parkway Drive NE Atlantey GA 30312_ Street City of _Atlanta_, _GA_ County, Georgia, and is subject to the jurisdiction of this court.

2. List short and plain statement in separately numbered paragraphs of claim sued upon.

_A Contract existed between Plantiff and employer. Contract was broken due to Sexual Harrassment and Gender discrimination. Plantiff suffered mental Awnguish, mental suffering, emotional distress & loss of wages. All proof submitted to EEOC_

_Jane Suks EEOC Representative Investargators off. Atlanta District office (Jane.sok.@eeoc.gov 100 Alabama street suite 4R30 Atlanta, GA 30363   470-531-4795_

3. List statement of damages, with items of special damages stated specifically.

_There is A Police Report Coup As Wells security cAmeras in Wellstar Hospiteu for evidence. 16 cAmera System, 4TB storage._

Asking $550,000,000.00 Negotiable

ID# RP#2-0161346-CV
e2 Pase 2

WHEREFORE, plaintiff demands judgment against defendant for the sum of $ _TBD_ ,
together with interest and the costs of this action.

Lettisa Willis
3617 Norman Court
Atlanta, GA 30349
404-906-0149

Plaintiff
Address
Telephone number

_Lettisa Willis_

ID# 2022-0161346-CV
Page 3

# IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

Petitioner: *Lettisa Willis*

and

Respondent: *Wellstar Health Systems*

Civil Action File No.: _____

## VERIFICATION

I, *Lettisa Willis*_____, personally appeared before the undersigned attesting officer authorized by law to administer oaths, and after being duly sworn, declare under oath that I am the Petitioner in the above-styled action and that the facts stated in the foregoing *Petition* for *Lettisa Willis*_____ are true and correct to the best of my knowledge.

Signed this __*14*__ day of *December* *2022*.

[day]               [month]          [year]

*Lettisa Willis*_____
(Sign your name here before Notary)  Petitioner, *Self-Represented*

Petitioner's name (print or type):
*Lettisa Willis*_____
Petitioner's Address:
*5617 Norman Court*_____
*Atlanta, GA 30349*_____

Petitioner's Telephone Number: *404-906-0149*

Sworn to and affirmed before me, this
*14* day of *December 2022*

*Sharlynn Herndon*_____
NOTARY PUBLIC
My commission expires: *6-4-2025*
(Notary)

SHARLYNN HERNDON
NOTARY
PUBLIC
GEORGIA
EXPIRES
June 4, 2025
PAULDING COUNTY

(17)

Filed In Office Dec-16-2022 16:49:23...
ID# 2022-0161347-CV
Page 1

Connie Taylor
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA

CIVIL ACTION NO: 22.1.8748.68

Lettisa Willis
PLAINTIFF

VS.

Wellstar Health Systems

DEFENDANT

NOTICE OF FILING

✱ Police Report

✱ Medical Records

SIGNATURE

Lettisa Willis
PRINT NAME
5617 Norman Court
Atlanta, GA 30349
ADDRESS

404-906-0149
PHONE NUMBER

Wewon49@gmail.com
EMAIL ADDRESS



EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: Lettisa Willis | From: Atlanta District Office |
|---|---|
| ~~5612 Norman Court Atlanta~~ | 100 Alabama Street, SW, Suite 4R30 |
| Atlanta, GA 30349 | Atlanta, GA 30303 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 11B-2022-00087 | Jane Suk, | 470-531-4795 |
| | State, Local and Tribal Coordinator | |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

> Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the filing date.

> The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.*

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By:Darrell Graham
10/27/2022

Enclosures(s)

Darrell Graham
District Director

cc:   Charles L Bachman, Jr.
      GDCR Attorneys at Law
      49 Atlanta Street
      Marietta, GA 30060
      cbachman@gdcrlaw.com

① ExhibiT A

ID# 2022-0161347-CV
Page 3

IN THE ~~MAGISTRATE~~ *Superior* COURT OF *COBB*
STATE OF GEORGIA

Lethsa Willis
5617 Norman Court
Atlanta, GA 30349
404-906-0144   wewon 49@gmail.com
Plaintiff(s) Name, Address, Phone, Email Address

CASE NO. ____

**STATEMENT OF CLAIM**

vs.

Wellstar Health Systems ,  Atlanta District Office
303 Parkway Delrse NE      100 Alabama Street, SW  SW Suite
Atlanta, GA 30312  404-265-4403    Atlanta, GA 30303         4R30
Defendant(s) Name, Address, Phone, Email Address

Plaintiff's Attorney, Name, Address, Phone  470-538-471

[] Suit on Note  [] Suit on Account  [] Contract  [] Tort  [] Trover  [] Personal Injury  [X] Other  Sexual Harrassment
Discrimination

1.  The Court has jurisdiction over the defendant(s) [] the Defendant(s) is a resident of .COBB County; [] Other (please specify) _____

2.  Plaintiff(s) claims the Defendant(s) is indebted to the Plaintiff(s) as follows (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim):
    Was unwilling touch on the buttocks by another employee, several times. submitted police report to Atlant Dist

3.  This claim is in the amount of $ 550,000,000 principal $ Open to Negotiate 10 interest, plus _____ costs to date, and all future costs of this suit.

4.  Please select hearing location: () Downtown Courthouse  () North Annex  () South Annex

5.  I am the [X] Plaintiff () Plaintiff's Attorney and I () would or () would not like to receive text message alerts for upcoming hearing dates for this case? (Standard text message rates from your carrier may apply) Cell Phone # 404-906-0144

STATE OF GEORGIA, COBB COUNTY

_____ being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this
14 day of December 20 22

Lethsa Willis
Plaintiff(s) or Agent   404-906-0144
(If Agent, Title or Capacity)   wewon 49@gmail.com

5617 Norman Court Atlanta GA 30349

Notary Public/Attesting Official

Plaintiff's Mobile Phone Number & Email Address

**NOTICE AND SUMMONS**

TO: All Defendant(s) You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained for the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE OR CLERK.  Answer & Counterclaim forms are available at the Clerk's office and online (magistratefulton.org). Answers & counterclaims should be electronically filed with the Magistrate Court Clerk, either an oral or written answer at room TG100, 185 Central Ave., S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. OR electronically at www.odysseyefilega.com (convenience fee applies).  If you choose to file your answer orally, YOU MUST COME TO THE COURT IN PERSON within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at a time scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff(s), you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff(s) claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during business hours.

This _____ day of _____, 20 ___

_____
Magistrate Judge or Deputy Clerk

MAG 10-01 STATEMENT OF CLAIM JANUARY 2019.

EXHIBIT A

EEOC Form 161-B (11/2021)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: Latisha Willis | From: Atlanta District Office |
|---|---|
| 5617 Norman Court | 100 Alabama Street, SW, Suite 4R30 |
| Atlanta, GA 30349 | Atlanta, GA 30303 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2022-09102 | Jane Suh, | 470-531-4793 |
|  | State, Local and Tribal Coordinator |  |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the filing date.

☑ The EEOC is terminating its processing of this charge.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By Darrell Graham
10/21/2022
Darrell Graham
District Director

Enclosure(s)

cc:  Erika Keene
     Taft Law
     1 Indiana Sq. Ste. 3500
     Indianapolis, IN 46204
     ekeene@taftlaw.com

Total: $0.00
Total RX: 2
Signature Required: Y
Counsel: Y

HD

# Walmart
Pharmacy

ID# 2022-0161347-CV

8 Page 5

If you have any questions, please feel free to contact your Pharmacist at (770)994-0657
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch/
www.fda.gov/Safety/medwatch/

| Pharmacy hours | Mon 09:00 AM - 09:00 PM | Wed 09:00 AM - 09:00 PM | Fri 09:00 AM - 09:00 PM | |
|---|---|---|---|---|
| | Tue 09:00 AM - 09:00 PM | Thu 09:00 AM - 09:00 PM | Sat 09:00 AM - 07:00 PM | Lunch Time Varies |

RUTLEDGE
LETTISA
5011 NORMAN CT
COLLEGE PARK GA 303 96968

WAL-MART PHARMACY 10-787
7050 HWY 85 SOUTH
RIVERDALE GA 30274-0000
NABP 1137579    NPI 1104843432

RX 6233454        Ref = 2        DATE: 09/16/22

Patient Pay: $0.00    Cash: $4.00    WHP

79364 35915
OC# 465 923 841 076 592 329 107 659 238
PRIORITY: WILL PICKUP
NEW

Reduced Paper: N

RisperiDONE 3MG    TAB ZYD        NDC 59352-
DIRECTIONS: TAKE 1 TABLET BY MOUTH AT BEDTIME

COLCORD,HERBERT R
Prescriber NPI 1770065815
QTY: 30    DAW: 0    DAY SUPPLY: 30
TP REF = 222596116491314999  22259611649 314999

RUTLEDGE
LETTISA
5011 NORMAN CT
COLLEGE PARK GA 303 96968

WAL-MART PHARMACY 10-787
7050 HWY 85 SOUTH
RIVERDALE, GA 30274-0000
NABP 1137579    NPI 1104843432

RX 6233455        Ref = 2        DATE: 09/16/22

Patient Pay: $0.00    Cash: $4.00    WHP

79364 35916
OC# 365 923 841 076 592 377 107 659 238
PRIORITY: WILL PICKUP
NEW

Reduced Paper: N

FLUOXETINE 20MG    CAP LEG        NDC 53645-0
DIRECTIONS: TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD, HERBERT R
Prescriber NPI 1770065815

Exhibit "I"

(23)

RUTLEDGE
LETTISA
5617 NORMAN CT

COLLEGE PARK, GA 303496968

ID# 2022-0161347-CV

WAL-MART PHARMACY 10-787
7050 HWY. 85 SOUTH
RIVERDALE, GA 30274-0000

OC# 465 923 841 076 592 129 107 659 238

PRIORITY WILL PICKUP
NEW

NABP: 1137579    NPI: 1104843432

Reduced Paper: N

RX: 6233454          Ref = 2          DATE 09/16/22

Patient Pay: $0.00      Cash: $4.00      WHP

RUTLEDGE
LETTISA
5617 NORMAN CT

COLLEGE PARK, GA 303496968

OC# 365 923 841 076 592 377 107 659 238

WAL-MART PHARMACY 10-787
7050 HWY. 85 SOUTH
RIVERDALE, GA 30274-0000

PRIORITY WILL PICKUP
NEW

NABP: 1137579    NPI: 1104843432

Reduced Paper: N

RX: 6233455          Ref = 2          DATE: 09/16/22

Patient Pay:          Cash: $3.00      WHP

Exhibit "M"

19

**L. Rutledge (4656 25)**

Willis *has an appointment with* Lettisa

## CLAYTON CENTER

853 Battle Creek Road
Jonesboro, Georgia 30236
Phone: 770-473-2494 / Fax: 770-478-8722

Doctor

☐ MON.   ☐ TUES.   ☐ WED.   ☐ THURS.   ☑ FRI.   ☐ SAT.

8/19/02 _____ AT 100 pm A.M. P.M.

IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HRS. NOTICE.

---

**L. Rutledge (4656 25)**

Willis *has an appointment with* Lettisa

## CLAYTON CENTER

853 Battle Creek Road
Jonesboro, Georgia 30236
Phone: 770-473-2494 / Fax: 770-478-8722

Group

☐ MON.   ☐ TUES.   ☐ WED.   ☐ THURS.   ☐ FRI.   ☐ SAT.

7/21/22 _____ AT 10:00 am A.M. P.M.

IF UNABLE TO KEEP APPOINTMENT, KINDLY GIVE 24 HRS. NOTICE.

☑ Appointment with: 1:45pm @ 2022
☐ Appointment with: _____ @ _____
☐ Appointment with: _____ @ _____
☐ Appointment with: _____ @ _____

Date 9 1/16/22

ID# 2022-0161347-CV
Page 8

## Welcome to Clayton Center

### Individual Engagement Form

Number Pulled ☐

| NAME | Leatresa Willis | | Date of Birth | |
| ARRIVAL TIME | 1:45(am) | | APPOINTMENT TIME | ? |

☐ New Client [Intake # _____ ]        Client ID# _____
☑ Returning/Current Client        ☐ Former Client
☐ VA Client        ☐ Recent Hospital Discharge        ☐ Court System

Do you have an **APPOINTMENT** Today: ☒ YES   ☐ NO        Do you have a Picture ID: ☒ YES   ☐ NO

What TYPE of service are you seeking today: ☒ Mental Health   ☐ Substance Use

| Type of Insurance (Check all that apply) | ☐ No Insurance | ☐ Aetna | ☐ Amerigroup | ☐ BC/BS | ☐ CareSource |
| | ☐ Cigna | ☐ Medicaid | ☐ Medicare | ☐ Peachstate | ☐ United Healthcare |
| | ☐ Wellcare | ☐ VA | ☐ Other: | | |

| Telephone No. | (404) 600-0449 | Mailing Address | 302 Smith Tr |
| | | City | _____ | State | GA | Zip | _____ |
| Why are you here today or your chief complaint? | | | hearing voices |

| Does the client have a diagnosis of Autism or Developmental Disabilities? | ☒ YES | ☐ NO |
| Have you been recently discharged from a Mental Health Hospital or a CSU? | ☒ YES | ☐ NO |
| If so, what date? | 9/15/2022 | |
| Which Hospital were you discharged from? | Southern Regional | |
| Were you discharged with meds or a prescription | ☒ Meds ☒ Prescription ☐ Neither | |
| Do you have your Discharge Papers with you today? | ☐ YES | ☒ NO |

**Thank you for coming in today. We would like to know how you are feeling, please answer the following questions.**

| | | |
| Do you wish you were dead or that you did not wake up today? | ☐ YES | ☒ NO |
| Are you having thoughts of hurting or killing yourself today? | ☐ YES | ☒ NO |
| If you are having thoughts of hurting or killing yourself, do you have a plan on how to do it? | ☐ YES | ☒ NO |
| Have you done anything to hurt yourself or try to kill yourself within the last 7 days? | ☐ YES | ☒ NO |
| Are you having thoughts of hurting or killing someone else today? | ☐ YES | ☒ NO |
| If you are having thoughts of hurting or killing someone today, do you have a plan on how to do it? | ☐ YES | ☒ NO |
| Are you hearing voices or people talking to you today? | ☐ YES | ☒ NO |
| Are the voices you hear telling you to hurt or kill yourself or hurt or kill others? | ☐ YES | ☒ NO |

EXHIBIT #15

Leg Injury





Exhibit #2

Medical Records   Lettise Willis

Leg injury

RisperiDONE 3MG    TABLYD              Lic
DIRECTIONS  TAKE 1 TABLET BY MOUTH AT BEDTIME

COLCORD HERBERT R
Prescriber NPI 1722655815
QTY 30    DAW 0    DAY SUPPLY 30
TP REF # 2225961164913 14999   2225961164913 14999

FLUOXETINE 20MG    CAP LEG              NDC: 68645-0130-54
DIRECTIONS  TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD HERBERT
Prescriber NPI 177000141
QTY 30    DAW 0
TP REF #

*Lethsa Willis*

*(handwritten top margin)* Fulton County Wellstar System
*(handwritten)* Police Report    Lettisa Willis
ID# 2022-0161347-CV

CASE # 2125808856

*(handwritten left margin)* IMG_20220310_100123.jpg
*(handwritten left margin)* Exhibit "H"
*(handwritten left margin)* 11/8/22, 2:58 PM

60856 - Incident Report (Atlanta Police Department)    Pg 2 of 3

| | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black or African American / Not Hispanic Or Latino | (678) 532-4132 (primary, cell) |

HOME ADDRESS
5617 NORMAN CT, ATLANTA, GA 30349

SUBJECT-2
SUBJECT-2 NAME (LAST, FIRST, MIDDLE)
SB-2 stiner, shawn    DOB / ESTIMATED AGE RANGE

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (678) 201-4690 (primary, cell) |

HOME ADDRESS
401 WESLEY DR, ACWORTH, GA 30101

WITNESS-1
WITNESS-1 NAME (LAST, FIRST, MIDDLE)
W-1 stiner, shawn    DOB / ESTIMATED AGE RANGE

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (678) 201-4690 (primary, cell) |

HOME ADDRESS
401 WESLEY DR, ACWORTH, GA 30101

## STOP & THINK

☐ You were in a commercial or residential building or structure
☐ You were not immediately responding to a civilian 911 call

## INVOLVED PERSONS

INVOLVED PERSON-1 NAME (LAST, FIRST, MIDDLE)
P-1 willis, lettisa raynette    DOB / ESTIMATED AGE RANGE

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Black or African American / Not Hispanic Or Latino | (678) 532-4132 (primary, cell) |

HOME ADDRESS
5617 NORMAN CT, ATLANTA, GA 30349

INVOLVEMENT TYPE A
Reporting Party

INVOLVED PERSON-2 NAME (LAST, FIRST, MIDDLE)
P-2 stiner, shawn    DOB / ESTIMATED AGE RANGE

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | (678) 201-4690 (primary, cell) |

HOME ADDRESS
401 WESLEY DR, ACWORTH, GA 30101

INVOLVEMENT TYPE 1
Witness

## PERSON ADDENDUM

| FIRST NAME | | MIDDLE NAME |
|---|---|---|
| lettisa | willis | raynette |

DOB / ESTIMATED AGE RANGE    RACE / ETHNICITY    Black or African American / Not Hispanic Or Latino

HOME ADDRESS
5617 NORMAN CT, ATLANTA, GA 30349

REPORTING OFFICER SIGNATURE / DATE
Tommy Figueroa #7312    Sep 18 2021 23:53 (e-signature)    John Miller

Tommy Figueroa #7312

Wellstar Health System

Police Report   Lettisa Willis

ID# 2022-0161347

Exhibit "I"

Https://mail.google.com/mail/u/0/#inbox?projector=1

11/8/2022, 2:48 PM

IMG_20220310_100103.jpg

1/1

**Case # 212580856**   **Incident Report**

| REPORT DATE / TIME | ZONE / BEAT / SUBDIVISION 4 / SUBDIVISION 5 | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Sep 15, 2021 14:04 | G / 604 | Sep 19, 2021 12:04 - 12:50 |

| REPORT AUTHOR | BODY WORN CAMERA |
|---|---|
| Tommy Figueroa #7312 | 1. Yes – Video Footage Available |

REPORT TAKEN LOCATION
303 PARKWAY DR NE, 400 RALPH MCGILL BLVD NE & 400 HIGHLAND AVE NE, ATL, GA 30312

**NARRATIVE**

On 09/15/2021 at approximately 12:50 PM I Officer T. Figueroa (ID#7312 BWC ax1023 operating vehicle #33949) was dispatched to Receive information on a dispute at 303 Parkway DR NE. When I arrived I spoke to the reporting party.
Ms. Lettisa Raynette Willis (dob 12/06/1971, ga oln 060020830) stated that on 08/27/2021 she was working at the location as a contractor for LGC associates in the cafeteria of AMC hospital when an unknown female coworker allegedly began telling her she was crazy and that she talks to her self Miss Willis stated that she replied that she just comes to work and mind her own business Miss Willis then left work frustrated because of her coworkers allegations against her she then stated she forgot to sign out and went back inside and ran into the manager of the cafeteria And she said that she tried to report the incident with her coworker to him but he refused to acknowledge her claims and told her that she had to leave she then stated that he signed her out without her consent. I advised Miss Willis that this was not a crime she then further added that an unknown male coworker also touched her butt that day. I went with her to the cafeteria and made contact with the manager

Mr. Shawn Stiner (12/09/1964, Ga oln 060020830) stated that Ms. Willis was a former employee and that he received complaints that Ms. Was cursing and acting irate in front of customers at the cafeteria, he went to see what was going on but stated that she was gone. A short time later Ms. Willis returned to the location and began cursing at him and he told her to leave (Another female manager named Ms Maquita Edwards (dob 10/12/1985) stated that she wasn't working that day and hasn't had any issues with her but sees Ms. Willis having conversations with herself regularly through out her shift.
I asked Mr. Stiner if he knew of a male that worked in the cafeteria with Ms. Willis matching the description she gave. Ms. Edwards replied stating the only person she could think of was a male named shamead, Ms. Willis stated she believes the male that touched her butt was named shamead. Ms. Edwards stated the male in question worked as a contractor for the hospital and he was no longer working with the hospital. Both party's where separated without incident and they were given the case number. Nothing further to report at this time.

**INCIDENT INFO**

INCIDENT TYPE
Miscellaneous Non-crime

OFFENSE LOCATION
LOCATION NAME / STREET ADDRESS (LOCATION NAME / APT, UNIT, STE / DESCRIPTION)
303 PARKWAY DR NE

| CITY | STATE | ZIP |
|---|---|---|
| ATLANTA | GA | 30312 |

| LOCATION LATITUDE | ZONE / BEAT / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| Drug Store/ Doctor's Office/ Hospital | 6 / 604 |

SUBJECT-1
SUBJECT-1 NAME (LAST, FIRST MIDDLE)
9-1 willis, lettisa raynette

WRITING OFFICER SIGNATURE / DATE
Tommy Figueroa #7312   Sep 18, 2021 23:53 (e-signature)

NAME
Tommy Figueroa #7312

*Lettisa Willis Rutledge*

RX: 2
...re Required: Y

| HD |
|---|

# Walmart
## Pharmacy

BL 135
BL 107

Call your doctor or medical, please feel free to contact your Pharmacist at (770)994-0657
medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or use the internet at
www.fda.gov/Safety/Medwatch/.

| Pharmacy hours: | Mon: 09:00 AM - 09:00 PM | Wed: 09:00 AM - 09:00 PM | Fri  09:00 AM - 09:00 PM | Sun:  10:00 AM - 08:00 PM |
|---|---|---|---|---|
| | Tue.  09:00 AM - 09:00 PM | Thu  09:00 AM - 09:00 PM | Sat:  09:00 AM - 07:00 PM | Lunch Time Varies |

---

RUTLEDGE
LETTISA
5617 NORMAN CT

79364 00424

COLLEGE PARK, GA 303496968
   OC# 665 923 841 076 592 856 107 659 238
WAL-MART PHARMACY 10-787  PRIORITY: WILL PICKUP
7050 HWY, 85 SOUTH    NEW
RIVERDALE, GA 30274 -0000
NABP: 1137579  NPI: 1104843432   Reduced Paper: N

RX: 6221539    Ref = 2    DATE: 07/26/22

Patient Pay: $0.00   Cash: $8.00   WHP

RisperiDONE 1MG  TAB ZYD   NDC: 68382-0114-14
DIRECTIONS: TAKE 1 TABLET BY MOUTH TWICE DAILY

COLCORD,HERBERT R
Prescriber NPI: 1770065815
QTY: 60  DAW: 0  DAY SUPPLY: 30
TP REF # 222073505550029998

---

RUTLEDGE
LETTISA
5617 NORMAN CT

79364 00488

COLLEGE PARK, GA 303496968
   OC# 165 923 841 076 592 378 107 659 238
WAL-MART PHARMACY 10-787  PRIORITY: WILL PICKUP
7050 HWY, 85 SOUTH    NEW
RIVERDALE, GA 30274 -0000
NABP: 1137579  NPI: 1104843432   Reduced Paper: N

RX: 6221540    Ref = 2    DATE: 07/26/22

Patient Pay: $0.00   Cash: $4.00   WHP

FLUOXETINE 20MG  CAP LEG   NDC: 68645-0130-54
DIRECTIONS: TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD,HERBERT R
Prescriber NPI: 1770065815
QTY: 30  DAW: 0  DAY SUPPLY  30
TP REF # 222073505550182997

ID# 2022-0161347-C
Page 14

Exhibit 11

Total RX: 2
Signature Required: Y
Counsel: Y

**Walmart**
Pharmacy

Lettisa Willis

B_ 46

ID# 2022-0161347-CV
Page 15

If you have any questions please feel free to contact your Pharmacist at (770)994-0657
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or use the internet at
www.fda.gov/Safety/Medwatch/.

| Pharmacy hours | Mon | 09:00 AM - 09:00 PM | Wed | 09:00 AM - 09:00 PM | Fri | 09:00 AM - 09:00 PM |
| | Tue | 09:00 AM - 09:00 PM | Thu | 09:00 AM - 09:00 PM | Sat | 09:00 AM - 07:00 PM | Lunch Time Varies |

RUTLEDGE
LETTISA
5617 NORMAN CT

COLLEGE PARK, GA 303496968
OC# 465 923 841 076 592 329 107 659 238
WAL-MART PHARMACY 10-787          PRIORITY. WILL PICKUP
7050 HWY. 85 SOUTH                    NEW
RIVERDALE, GA 30274 -0000
NABP: 1137579    NPI: 1104843432          Reduced Paper. N

RX: 6233454          Ref = 2          DATE: 09/16/22

Patient Pay: $0.00          Cash: $4.00          WHP

|| 79364`35916 ||

RisperiDONE 3MG   TAB ZYD          NDC 68382-0115-14
DIRECTIONS: TAKE 1 TABLET BY MOUTH AT BEDTIME

COLCORD,HERBERT R
Prescriber NPI 1770065815
QTY 30    DAW: 0    DAY SUPPLY  30
TP REF # 222596116491314999  22259611649131499

RUTLEDGE
LETTISA
5617 NORMAN CT

COLLEGE PARK, GA 303496968
OC# 365 923 841 076 592 377 107 659 238
WAL-MART PHARMACY 10-787          PRIORITY: WILL PICKUP
7050 HWY. 85 SOUTH                    NEW
RIVERDALE, GA 30274 -0000
NABP: 1137579    NPI: 1104843432          Reduced Paper: N

RX: 6233455          Ref = 2          DATE: 09/16/22

Patient Pay: $0.00          Cash: $4.00          WHP

|| 79364`35916 ||

FLUOXETINE 20MG   CAP LEG          NDC 68645-0133-54
DIRECTIONS: TAKE 1 CAPSULE BY MOUTH ONCE DAILY

COLCORD,HERBERT R
Prescriber NPI 1770065815
QTY 30    DAW: 0    DAY SUPPLY  30
TP REF # 222599040815866999

*Mental Health (Georgia)*

*Medical Records*

# Welcome to Clayton Center
## Individual Engagement Form

Number Pulled [ ]

ID# 2022-0161347-CV
Page 16

**NAME** Letrisa Willis

**ARRIVAL TIME** 1:45(?)

**Date of Birth**

**APPOINTMENT TIME** :

- ☐ New Client [Intake # _____ ]
- ☑ Returning/Current Client
- ☐ VA Client
- ☐ Former Client
- ☐ Recent Hospital Discharge
- ☐ Court System

Client ID# _____

Do you have an **APPOINTMENT** Today: ☑ YES   ☐ NO
Do you have a Picture ID: ☑ YES   ☐ NO

What TYPE of service are you seeking today: ☑ Mental Health   ☐ Substance Use

| Type of Insurance (Check all that apply) | | | | |
|---|---|---|---|---|
| ☐ No Insurance | ☐ Aetna | ☐ Amerigroup | ☐ BCBS | ☐ CareSource |
| ☐ Cigna | ☐ Medicaid | ☐ Medicare | ☑ Peachstate | ☐ United Healthcare |
| ☐ Wellcare | ☐ VA | ☐ Other | | |

| Telephone No. | (404) 369-6199 | Mailing Address | 500 N ____ Point | | |
|---|---|---|---|---|---|
| | | City | Riverdale | State GA | Zip |

Why are you here today or your chief complaint? _Hearing Voices_

| | | |
|---|---|---|
| Does the client have a diagnosis of Autism or Developmental Disabilities? | ☑ YES | ☐ NO |
| Have you been recently discharged from a Mental Health Hospital or a CSU? | ☑ YES | ☐ NO |
| If so, what date? | 9/18/2022 | |
| Which Hospital were you discharged from? | _Riverdale Regional_ | |
| Were you discharged with meds or a prescription | ☑ Meds ☑ Prescription ☐ Neither | |
| Do you have your Discharge Papers with you today? | ☐ YES | ☑ NO |

_____ coming in today. We would like to know how you are feeling, please answer the following questions.

| | | |
|---|---|---|
| Do you wish you were dead or that you did not wake up today? | ☐ YES | ☑ NO |
| Are you having thoughts of hurting or killing yourself today? | ☐ YES | ☑ NO |
| If you are having thoughts of hurting or killing yourself, do you have a plan on how to do it? | ☐ YES | ☑ NO |
| Have you done anything to hurt yourself or try to kill yourself within the last 7 days? | ☐ YES | ☑ NO |
| Are you having thoughts of hurting or killing someone else today? | ☐ YES | ☑ NO |
| If you are having thoughts of hurting or killing someone today, do you have a plan on how to do it? | ☐ YES | ☑ NO |
| Are you hearing voices or people talking to you today? | ☐ YES | ☐ NO |

*Exhibit D*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Free: (833) 827-2920
TTY: (404) 562-6909/6910
FAX: (404) 562-6801
Website: www.eeoc.gov

12/15/2022

VIA: Wewon49@gmail.com
Lettisa Willis
~~3615 Norman Court~~
Atlanta, GA 30349

Re: FOIA No.: 410-2023-003004
Charge No.: 11B-2022-00087
**Lettisa Willis vs. Wellstar Atlanta Medical Center**

Dear Ms. Willis:

Your request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, received by the Atlanta District Office on 12/15/2022, is assigned to the [ ] Simple [ ] Complex [ ] Expedited track with the above FOIA number. Your request will be processed Marcia Haymer, Records Disclosure Coordinator, who may be reached at 470-531-4812 or marcia.haymer@eeoc.gov.

[X]   EEOC will make every effort to issue a determination on your request on or before 01/17/2023. FOIA and EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. In unusual circumstances, EEOC may extend the 20 working days by 10 additional working days or stop processing your request until you respond to our request for fee or clarifying information. Should EEOC take an extension or stop processing your request, notice will be issued prior to the expiration of the 20 working days.

[ ]   EEOC will make every effort to issue a determination on your request on or before 01/17/2023. FOIA and EEOC regulations, at 29 C.F.R. § 1610.9(d), provide 20 working days to issue a determination on a request, not including Saturdays, Sundays and federal holidays. As provided in 5 U.S.C. § 552(a)(6)(B) (2016), due to unusual circumstances we hereby provide you with the required written notice that we are extending by ten (10) working days the time in which we shall respond based upon:

  [ ] the need to search for and collect the requested records, if any exist, from field offices or other establishments that are separate from this office;

  [ ] the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records which are demanded in a single request; or

  [ ] the need for consultation with another agency, or two or more components of this agency, having a substantial interest in the determination of the request.

[ ]   Your "unperfected" request under the FOIA was received on 12/15/2022. The request will not be processed until it is perfected by the submission to this office a copy of a "Filed" marked court Complaint on the above charge. 29 C.F.R. § 1610.5(b)(3). Failure to submit a copy of the "Filed" marked Complaint within 10 working days of your receipt of this letter may result in the administrative closure of your request. Upon receipt of the "Filed" marked Complaint your request will be perfected, and processing will begin. At that time, EEOC will issue a letter acknowledging receipt of your perfected FOIA request, providing the name of the person who will be processing your request, and the date by which you may expect to receive a response from me.

Exh C

410-2023-003004

ID# 2022-0161347-CV
Page 18

[ ]   Your request for expedited processing is not a proper request. If a "compelling need" exists for the records you request, please promptly submit a statement, certified to be true and correct to the best of your knowledge and belief, describing the reasons processing of your request should be expedited. You may also submit your certified statement by mail to our office address in the letterhead above. Upon receipt of your certified statement, EEOC will adjudicate your request and notify you of the decision within ten (10) calendar days.

You may contact the FOIA Requester Service Center for status updates on your FOIA request or for FOIA information via toll free at (833) 827-2920, to our non-toll free number at (202) 921-2542, by e-mail to FOIA@eeoc.gov, by facsimile to (202) 653-6034, or by mail to our office address in the letterhead above. Additionally, if your request was filed online through the EEOC FOIA Web Portal, you may monitor its status at https://eeoc.arkcase.com/foia/portal/login. You may also contact the EEOC FOIA Public Liaison, Michael L. Heise, for assistance.

Sincerely,
Darrell E. Graham
District Director
atlafoia@eeoc.gov

# Endnotes



Exh

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Free: (877)-869-1802
TTY (404) 562-6909/6910
FAX (404) 562-6801
Website: www.eeoc.gov

12/15/2022

Dear Lettisa Willis,

Your request has been delivered to the U.S. Equal Employment Opportunity Commission. The request has been assigned tracking # 410-2023-003004, please log into your account and review your submission.

The application address is  https://eeoc.arkcase.com/foia/portal/

Thank you,

U.S. Equal Employment Opportunity Commission

*Notice of Confidentiality:  The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful.  If you are not the intended recipient, please contact us at foia@eeoc.gov   and destroy all copies of the original message and attachments.*

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161348-CV
Page 1

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

Connie Taylor
Clerk of Superior Court Cobb County

CASE NUMBER _22.1.8748.68_
Assigned by Clerk

Lettisa Willis
PLAINTIFF

vs.

Wellstar Health Systems
DEFENDANT

## TYPE OF ACTION

1. ____ Divorce without Agreement Attached
2. ____ Divorce with Agreement Attached
3. ____ Domestic Relations
4. ____ Damages arising out of Contract
5. ____ Damages arising out of Tort
6. ____ Condemnation
7. ____ Equity
8. ____ Zoning- County Ordinance violations (i.e. Injunctive relief-zoning)
9. ____ Zoning Appeals (denovo)
10. ____ Appeal, Including denovo appeal-excluding Zoning

11. ____ URESA
12. ____ Name Change
13. _X_ Other
14. ____ Recusal
15. ____ Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filled in this court? (Whether pending simultaneously or not.)

____ NO

_X_ YES – If yes please fill out the following:
1. Case # _2022CV.37265_
2. Parties _Lettisa Willis_ vs _LGC Hospitality_
3. Assigned Judge _Pending_
4. Is this case still pending? _✓_ Yes ____ No
5. Brief description of similarities. _Sexual Harrassment_

_Wrongful Termination / Discrimination_
_Sexual Harrassmen_

Lettisa Willis
Attorney or Party Filling Suit

Form #0122
Revised 8/02/17

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161349-CV
Page 1

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of _COBB_ County

Connie Taylor
Clerk of Superior Court Cobb County

**For Clerk Use Only**

Date Filed _12/16/22_
　　　　　　MM-DD-YYYY

Case Number _22-1-8748-68_

| Plaintiff(s) | | | | | | Defendant(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Willis | LeHisa | | | | | Wellstar Health Systems | | | | |
| Last | First | Middle I. | Suffix | Prefix | | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | | Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☒

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number 　　　　　　 _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.



Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161350-CV
Page 1

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

Petitioner: _Lettisa Willis_

and

Respondent: _Wellstar Health System_

Civil Action File No.: _22.1.8748.68_

### SUMMONS

**TO THE ABOVE NAMED RESPONDENT:**

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Petitioner, whose name and address is: _Lettisa Willis_ _5617 Norman Court_ _Atlanta GA 30849_

and *Answer* to the *Complaint* which is herewith served upon you, within 30 days after service of this *Summons* upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the *Complaint*.

If a hearing has already been scheduled in this case, you must appear at that scheduled hearing, regardless of whether the 30 days for filing an answer has elapsed.

This ___14th___ day of ___December___, 20 _22_

CONNIE TAYLOR,

Clerk of Superior Court

By _____
Clerk

To Respondent upon whom this *Petition* is served:

This copy of *Complaint and Summons* was served upon you. _____, 20 _____.



Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161351-CV
Page 1

# IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

Connie Taylor
Clerk of Superior Court Cobb County

Petitioner: _Lettisa Willis_

and

Respondent: _Wellstar Health Systems_

Civil Action File No.: _22.1.8748.68_

## POVERTY AFFIDAVIT

COMES NOW _Lettisa Willis_, the Petitioner in the above styled

_Lettisa Willis_ *[Enter the name of the Petition]*, being first duly sworn,

deposes and says:

1. That I, by reason of my poverty and pursuant to O.C.G.A. § 9-15-2, am unable to pay the cost required by O.C.G.A. § 15-6-77 to file a civil case in the courts of Cobb County.

2. That I am _51_ years of age, and my monthly household income before taxes is $ _0_.
   I have the following sources of income: _N/A_.
   Copies of my last two pay stubs/unemployment checks/other proof of income source are attached.

3. That I live at _____, and
   pay $ _0_ per month as rent.

4. That I ☐ own  ☐✗ lease  ☐ do not have   a vehicle.

5. That my household consists of _5_ (number of) people.

6. That I pay the following bills each month:

| Name of Bill | Amount |
|---|---|
| $1400.00 | Rent |
| | |
| | |
| | |
| | |
| | |
| | |

ID# 2022-0161351-CV
Page 2

7. That I hereby request to proceed in this action without having to pay filing fees and associated costs.

Signed this _____14_____ day of _December 2022_.
                                    [month]              [year]

_____                    _Lettisa Willis_
(Sign in front of Notary)                          Petitioner, *Self-represented*

Petitioner's name (print or type): _Lettisa Willis_
Petitioner's Address: _5617 Norman Court_
_Atlanta GA_
Petitioner's Telephone Number: _404-906-0149_
Petitioner's E-mail Address: _Wewon49@gmail.com_

Sworn to and affirmed before me, this
_14_ day of _December 2022_
_Sharlynn Herndon_
NOTARY PUBLIC
My commission expires: _6-4-2025_
(Notary Seal)

SHARLYNN HERNDON
NOTARY
EXPIRES
GEORGIA
June 4, 2025
PUBLIC
PAULDING COUNTY

Filed In Office Dec-16-2022 16:49:23
ID# 2022-0161352-CV
Page 1

IN THE SUPERIOR COURT OF COBB COUNTY

Connie Taylor
Clerk of Superior Court Cobb County

STATE OF GEORGIA

Lettisa Willis                          *

     Plaintiff,                       *          Civil Action No.: 22.1.8748.68

v.                                      *

Wellstar Health Systems                 *

     Defendant.                        *


## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

The Plaintiff came before the Presiding Judge on ___December 16___, 2022

seeking to proceed in forma pauperis in the above-styled case.

The Court having heard the sworn testimony of the Plaintiff and having reviewed the

Plaintiff's Affidavit hereby GRANTS the Plaintiff's request to proceed in forma pauperis.

SO ORDERED this ___16___ day of _____Dec._____, 2022.


_____
Senior Judge, State of Georgia
Presiding in the Superior Court
Of Cobb County

FILED IN COURT

THIS___12/16___20 22
AT_____3:50___P M

CONNIE TAYLOR
SUPERIOR COURT CLERK
COBB COUNTY, GEORGIA

S. LARK INGRAM
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

# Exhibit B

**IN THE SUPERIOR COURT OF COBB COUNTY
STATE OF GEORGIA**

| | |
|---|---|
| LETISSA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE NO. |
| | )   2022-0161346-CV |
| WELLSTAR HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION

Defendant WELLSTAR HEALTH SYSTEM, INC.[1], by and through its undersigned counsel, hereby notifies the Clerk of the Superior Court of Cobb County, Georgia that it has filed a Notice of Removal, attached as **Exhibit "1"**, removing this action from the Superior Court of Cobb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 18th day of January, 2023.

> **GREGORY, DOYLE, CALHOUN
> & ROGERS, LLC**
> *Attorneys for Defendant*
>
> */s/Charles L. Bachman, Jr.*
> Charles L. Bachman, Jr.
> Georgia Bar No. 030545

49 Atlanta Street
Marietta, GA  30060
Phone: (770) 422-1776
Fax: (770) 426-6155
cbachman@gdcrlaw.com

---

[1] Wellstar Health System, Inc. is misidentified in the lawsuit as "Wellstar Health Systems."

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| LETISSA WILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE NO. |
| | )   2022-0161346-CV |
| WELLSTAR HEALTH SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2023, I filed the foregoing **NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION** with the Clerk of Court via the PeachCourt electronic filing system and served true and correct copies upon all parties in this matter by U.S. Mail with proper postage affixed to ensure delivery and address as follows:

Letissa Willis
5617 Norman Court
Atlanta, Georgia 30349

                     **GREGORY, DOYLE, CALHOUN**
                     **& ROGERS, LLC**
                     *Attorneys for Defendant*

                     */s/Charles L. Bachman, Jr.*
                     Charles L. Bachman, Jr.
                     Georgia Bar No. 030545

2
