# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

---------------------------------------------------------------------------x

Dortrice L. Bowden,

                    Plaintiff,                  **Case No.:**

   -against-

Experian Information Solutions, Inc.;
Newrez LLC dba Shellpoint Mortgage
Servicing;

                    Defendant(s).

---------------------------------------------------------------------------x

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    (1)    The undersigned, counsel of record for Plaintiff, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of stock of a party:

        (a) Plaintiff Dortrice L. Bowden
        (b) Defendant Experian Information Solutions, Inc.
        (c) Defendant Newrez LLC dba Shellpoint Mortgage Servicing

    (2)    The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

        (a) Misty Oaks Paxton, Esq. – attorneys for Plaintiff
        (b) Stein Saks, PLLC – attorneys for Plaintiff
        (c) attorneys for Defendants Experian Information Solutions, Inc. and Newrez LLC dba Shellpoint Mortgage Servicing - TBD

    (3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

(a) Misty Oaks Paxton, Esq. – attorneys for Plaintiff
(b) Stein Saks, PLLC – attorneys for Plaintiff
(c) Defendants Experian Information Solutions, Inc., Newrez LLC dba Shellpoint Mortgage Servicing - TBD

Submitted this January 17, 2023

*s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq.
3895 Brookgreen Point
Decatur, GA 30034
P: (405) 529-6257
F: (775) 320-3698
attyoaks@yahoo.com

## Certificate of Compliance With Local Rule 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

Dated January 17, 2023            Respectfully submitted,

*s/Misty Oaks Paxton*
Misty Oaks Paxton, Esq.

## Certificate of Service

I hereby certify that on this date, I electronically filed this Certificate of Interested Persons Statement using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

Dated January 17, 2023            Respectfully Submitted,

*s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq.