## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SOTHY HENG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. _____ |
| ) | |
| STATE FARM FIRE AND ) | [On removal from the Superior Court |
| CASUALTY COMPANY, ) | of Gwinnett County, Civil Action File |
| A foreign corporation, ) | No. 22-A-10787-11] |
| ) | |
| Defendant. ) | |

## CERTIFICATE

**WE HEREBY CERTIFY** that we are counsel for Defendant STATE FARM FIRE AND CASUALTY COMPANY in the above-styled proceeding and have this day filed a copy of a "Notice of Removal," including the "Notice of Filing Removal," in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

This 19th day of January, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Mark T. Dietrichs*
Mark T. Dietrichs
Georgia Bar No. 221722

*Attorney for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
mark.dietrichs@swiftcurrie.com

## CERTIFICATE OF SERVICE

I have this day electronically filed the foregoing **CERTIFICATE** with the Clerk of Court using the CM/ECF System.  The clerk will serve opposing counsel as follows:

J. Remington Huggins
Foster L. Peebles
THE HUGGINS LAW FIRM, LLC
110 Norcross Street, Roswell, GA 30075
remington@lawhuggins.com
fpeebles@lawhuggins.com
*Attorneys for Plaintiff*

This 19th day of January, 2023.

                                                 SWIFT, CURRIE, McGHEE & HIERS, LLP

                                                 */s/ Mark T. Dietrichs*
                                                 Mark T. Dietrichs
                                                 Georgia Bar No. 221722
                                                 *Attorney for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE, Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:  (404) 888-6199
mark.dietrichs@swiftcurrie.com

4868-7301-0507, v. 2