



```
C1USA2075311759MSC1590525476<<
8511087M1704305NGA<<<<<<<<<<2
EHIMA<<ONYEKACHUKWU<TONY<<<<<<
```