# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION
**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**



| | |
|---|---|
| **Receipt Number** <br> SRC2190316518 | **Case Type** <br> I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
| **Received Date** <br> 09/16/2021    **Priority Date** | **Petitioner** A207 531 175 <br> EHIMA, ONYEKACHUKWU TONY |
| **Notice Date** <br> 09/21/2021    **Page** <br> 1 of 2 | **Beneficiary** A207 531 175 <br> EHIMA, ONYEKACHUKWU TONY |
| THE FOGLE LAW FIRM LLC <br> c/o H FOGLE JR GLENN <br> 55 IVAN ALLEN JR BLVD NW <br> ATLANTA GA 30308 | **Notice Type:** Receipt Notice <br> Amount received: $680.00 U.S. |

Your conditional permanent resident status is extended for 24 months from the expiration date on your Form I-551, Permanent Resident Card (also known as a Green Card). During this extension, you are authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of your status and work authorization. (This extension and authorization for employment and travel does not apply to you if your conditional permanent resident status has been terminated.)

If you think you will be outside of the United States for a year or more, you should apply for a Re-entry Permit before leaving the United States by filing Form I-131, Application for a Travel Document. As long as the Re-entry Permit is valid, it allows you to board a vessel or aircraft destined for the United States and/or apply for admission at a U.S. port of entry without the need to obtain a returning resident visa from a U.S. Embassy or U.S. Consulate. Although you generally will not be deemed to have abandoned your status as a conditional permanent resident based solely on the duration of your absences from the United States while the Re-entry Permit is valid, you are not exempt from compliance with any of the requirements of U.S. immigration laws. If USCIS is still adjudicating your Form I-751, then you may miss important USCIS notices, such as Requests for Evidence, or appointment notices for biometrics services or interviews, while you are outside of the United States. Failure to respond to these requests may result in denial of your Form I-751.

If you have not already done so, provide supporting documents to help USCIS process your petition and establish your eligibility to remove the conditions on your permanent residence. Please include a copy of this receipt notice with any supporting documentation you submit.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov. If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries. Please note, you must submit any changes or corrections in writing to the mailing address at the bottom of this notice if you checked Item 1.e or 1.f under "Basis for Petition" on your Form I-751. You must include your A-number and receipt number in your signed request.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require collection of biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need to collect biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for your biometrics services appointment. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012

USCIS Contact Center: www.uscis.gov/contactcenter



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| SRC2190316518 | | I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
| Received Date 09/16/2021 | Priority Date | Petitioner A207 531 175 EHIMA, ONYEKACHUKWU TONY |
| Notice Date 09/21/2021 | Page 2 of 2 | Beneficiary A207 531 175 EHIMA, ONYEKACHUKWU TONY |

**NOTE:** Conditional permanent residents (including conditional permanent resident dependents) residing overseas pursuant to military or government orders will not receive an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the Form I-751 instructions.

**If your address changes** - Under section 265 of the Immigration and Nationality Act (INA), any individual who is not a U.S. citizen or U.S. national must report a change of address within ten (10) days of moving within the United States or its territories. For more information on how to file a change of address visit the USCIS website at www.uscis.gov/addresschange.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012


USCIS Contact Center: www.uscis.gov/contactcenter

