# Exhibit C



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

|  |  |
|---|---|
| Publix Super Markets, Inc.<br>Merriann Metz General Counsel & Secretary<br>Publix Super Markets Inc.<br>3300 Publix Corporate Parkway<br>Lakeland FL 33811 | 12/21/2022 |

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2022-9850

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Publix Super Markets, Inc. |
|---|---|---|
| 2. | **Title of Action:** | Randy Taylor vs. Publix Super Markets, Inc. |
| 3. | **Document(s) Served:** | Summons<br>Complaint in Civil Action<br>General Civil and Domestic Relations Case Filing Information Form<br>Plaintiff's Rule 5.2 Certificate of Serving Discovery |
| 4. | **Court/Agency:** | Cobb County State Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 22-A-4240 |
| 7. | **Case Type:** | Negligence/Injuries |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 12/20/2022 |
| 10. | **Date to Client:** | Wednesday 12/21/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 7<br>Tuesday 12/27/2022    **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Daphne Duplessis Saddler<br>Atlanta, GA<br>404-400-4000 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | Also Attached:<br>* Plaintiff's First Request for Admissions to Defendant<br>* Plaintiff's First Continuing Interrogatories to Defendant, etc. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.