# Exhibit D

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| RANDY TAYLOR,              * | |
|        Plaintiff,        * | |
|                           * | |
| vs.                        * | Civil Action No. 22-A-4240 |
|                           * | |
| PUBLIX SUPER MARKETS, INC., * | |
|        Defendant.       * | |

## ANSWER OF PUBLIX SUPER MARKETS, INC.

COMES NOW, Defendants Publix Super Markets, Inc. (sometimes hereinafter "Publix") and answers and responds to the Plaintiff's Complaint and for answer, show the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a cause of action against this Defendant upon which relief can be granted.

### SECOND DEFENSE

No act or omission of this Defendant either proximately caused or contributed to all damage the Plaintiff may have sustained, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

### THIRD DEFENSE

The occurrence complained of was caused, produced and brought about directly and proximately by the negligence of Plaintiff, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

### FOURTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided being injured and damaged, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

### FIFTH DEFENSE

The negligence of Plaintiff equaled or preponderated over any act or omission of this Defendant in producing and bringing about the occurrence complained of, and on account thereof, Plaintiff is not entitled to recover any sum of this Defendant.

### SIXTH DEFENSE

This Honorable Court lacks jurisdiction over this Defendant and, as a result thereof, Plaintiff's Complaint must be dismissed.

**SEVENTH DEFENSE**

Venue is improper in this Court and, as a result thereof, Plaintiff's Complaint must be dismissed.

**EIGHTH DEFENSE**

Further answering the numbered paragraphs of Plaintiff's Complaint, Defendant answers as follows:

1.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Complaint and can therefore neither admit nor deny same.

2.

This Defendant admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.

This Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendant re-states and re-alleges its above responses to paragraphs 1 through 3 of the Plaintiff's Complaint as if fully set out herein.

5.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Complaint and can therefore neither admit nor deny same.

6.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Complaint and can neither admit nor deny same and therefore said allegations stand denied.

7.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Complaint and can neither admit nor deny same and therefore said allegations stand denied.

8.

The Defendant admits only that it owed a duty of ordinary care to keep the premises in a safe condition to invitees. Otherwise, the Defendant denies the allegations as worded in paragraph 8 of the Plaintiff's Complaint.

9.

This Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.

This Defendant admits the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.

This Defendant denies the allegations contained in paragraph 11 of Plaintiff's Complaint.

12.

This Defendant denies the allegations contained in paragraph 12 of Plaintiff's Complaint.

13.

This Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.

This Defendant denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

This Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16

This Defendant denies the allegations contained in paragraph 16 of Plaintiff's Complaint.

17.

The Defendant admits agency but denies that it is responsible in this matter.

18.

Defendant re-states and re-alleges its above responses to paragraphs 1 through 17 of the Plaintiff's Complaint as if fully set out herein.

19.

This Defendant denies the allegations contained in paragraph 19 of Plaintiff's Complaint.

20.

This Defendant denies the allegations contained in paragraph 20 of Plaintiff's Complaint.

21.

This Defendant denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

**NINTH DEFENSE**

Any allegation contained in the Plaintiff's Complaint, which has not herein expressly been admitted, is hereby denied.

WHEREFORE, Defendant having fully answered the Plaintiff's Complaint prays that he hence be discharged of the Plaintiff's Complaint on all the aforesaid defenses, and that judgment be entered in favor of this Defendant and against the Plaintiff, with all costs cast upon the Plaintiff.

This 18th day of January, 2023.

|  |  |
|---|---|
| One Premier Plaza<br>5605 Glenridge Drive, NE<br>Suite 900<br>Atlanta, GA 30342-1445<br>(404) 688-6633<br>*jhardee@fainmajor.com*<br>*swilliamson@fainmajor.com* | **FAIN MAJOR & BRENNAN, P.C.**<br><br>*/s/ James W. Hardee*<br>JAMES W. HARDEE<br>Georgia Bar No. 324399<br>SARAH H. WILLIAMSON<br>Georgia Bar No. 421096<br>*Counsel for Publix Super Markets, Inc.* |

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| RANDY TAYLOR, | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-A-4240 |
| | * | |
| PUBLIX SUPER MARKETS, INC., | * | |
|     Defendant. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Answer of Publix Super Markets, Inc.** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Daphne Duplessis Saddler
JOHN FOY & ASSOCIATES, P.C.
3343 Peachtree Road NE, Suite 350
Atlanta, GA 30326
dsaddler@johnfoy.com

This 18th day of January, 2023.

                                                                                     **FAIN MAJOR & BRENNAN, P.C.**

| | |
|---|---|
| | */s/ James W. Hardee* |
| One Premier Plaza | JAMES W. HARDEE |
| 5605 Glenridge Drive, NE | Georgia Bar No. 324399 |
| Suite 900 | SARAH H. WILLIAMSON |
| Atlanta, GA 30342-1445 | Georgia Bar No. 421096 |
| (404) 688-6633 | *Counsel for Publix Super Markets, Inc.* |
| jhardee@fainmajor.com | |
| swilliamson@fainmajor.com | |