# Exhibit E

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| RANDY TAYLOR,                     * | |
|     Plaintiff,               * | |
|                                       * | |
| vs.                                          * | Civil Action No. 22-A-4240 |
|                                       * | |
| PUBLIX SUPER MARKETS, INC.,    * | |
|     Defendant.             * | |

**DEMAND FOR JURY TRIAL**

COMES NOW Defendant and herewith files its Demand for Twelve-Person Jury on all issues so triable.

This 18th day of January, 2023.

 

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza  
5605 Glenridge Drive, NE  
Suite 900  
Atlanta, GA 30342-1445  
(404) 688-6633  
jhardee@fainmajor.com  
swilliamson@fainmajor.com  

*/s/ James W. Hardee*  
JAMES W. HARDEE  
Georgia Bar No. 324399  
SARAH H. WILLIAMSON  
Georgia Bar No. 421096  
*Counsel for Publix Super Markets, Inc.*

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **RANDY TAYLOR,** | * | |
|     **Plaintiff,** | * | |
| | * | |
| vs. | * | Civil Action No. 22-A-4240 |
| | * | |
| **PUBLIX SUPER MARKETS, INC.,** | * | |
|     **Defendant.** | * | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Daphne Duplessis Saddler
JOHN FOY & ASSOCIATES, P.C.
3343 Peachtree Road NE, Suite 350
Atlanta, GA 30326
dsaddler@johnfoy.com

This 18th day of January, 2023.

 

                                                             **FAIN MAJOR & BRENNAN, P.C.**

| | |
|---|---|
| | */s/ James W. Hardee* |
| One Premier Plaza | JAMES W. HARDEE |
| 5605 Glenridge Drive, NE | Georgia Bar No. 324399 |
| Suite 900 | SARAH H. WILLIAMSON |
| Atlanta, GA 30342-1445 | Georgia Bar No. 421096 |
| (404) 688-6633 | *Counsel for Publix Super Markets, Inc.* |
| jhardee@fainmajor.com | |
| swilliamson@fainmajor.com | |