# Exhibit F

# IN THE STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| **RANDY TAYLOR,** | * |
| Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 22-A-4240 |
| | * |
| **PUBLIX SUPER MARKETS, INC.,** | * |
| Defendant. | * |

### DEFENDANT PUBLIX SUPER MARKETS, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW Publix Super Markets, Inc., Defendant, and for purposes of this action only and subject to any objections which may be interposed at the time of trial, answers, objects, and/or otherwise responds to Plaintiff's First Request for Admissions as follows:

1.

Admit.

2.

Admit.

3.

Admit.

4.

Admit.

5.

Deny.

6.

Deny.

7.

Deny.

8.

Deny.

9.

Admit.

10.

Denied as stated.

11.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 11 of Plaintiff's Request for Admissions and can neither admit nor deny same and therefore said allegations stand denied.

12.

Deny.

13.

Deny.

14.

Admit.

15.

Deny.

16.

Deny.

17.

Deny.

18.

Admit.

19.

Admit.

20.

This Defendant does not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 20 of Plaintiff's Request for Admissions and can neither admit nor deny same and therefore said allegations stand denied.

21.

Deny.

This 18th day of January, 2023.

|  | |
|---|---|
| One Premier Plaza<br>5605 Glenridge Drive, NE<br>Suite 900<br>Atlanta, GA 30342-1445<br>(404) 688-6633<br>jhardee@fainmajor.com<br>swilliamson@fainmajor.com | **FAIN MAJOR & BRENNAN, P.C.**<br><br>*/s/ James W. Hardee*<br>JAMES W. HARDEE<br>Georgia Bar No. 324399<br>SARAH H. WILLIAMSON<br>Georgia Bar No. 421096<br>*Counsel for Publix Super Markets, Inc.* |

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **RANDY TAYLOR,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-A-4240 |
| | * | |
| **PUBLIX SUPER MARKETS, INC.,** | * | |
| Defendant. | * | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant Publix Super Markets, Inc.'s Responses to Plaintiff's Request for Admissions** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Daphne Duplessis Saddler
JOHN FOY & ASSOCIATES, P.C.
3343 Peachtree Road NE, Suite 350
Atlanta, GA 30326
dsaddler@johnfoy.com

This 18th day of January, 2023.

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Publix Super Markets, Inc.*

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
swilliamson@fainmajor.com

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| RANDY TAYLOR,          * | |
|     Plaintiff,          * | |
| * | |
| vs.          * | Civil Action No. 22-A-4240 |
| * | |
| PUBLIX SUPER MARKETS, INC.,          * | |
|     Defendant.          * | |

**RULE 5.2 CERTIFICATE OF SERVICE**

Pursuant to Uniform State Court Rule 5.2, I certify that I have this day served upon counsel of record in the foregoing matter with a true and correct copy of **Defendant Publix Super Markets, Inc.'s Responses to Plaintiff's Request for Admissions** electronically via PeachCourt, via statutory electronic service, or by placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Daphne Duplessis Saddler
JOHN FOY & ASSOCIATES, P.C.
3343 Peachtree Road NE, Suite 350
Atlanta, GA 30326
dsaddler@johnfoy.com

This 18th day of January, 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
swilliamson@fainmajor.com

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
SARAH H. WILLIAMSON
Georgia Bar No. 421096
*Counsel for Publix Super Markets, Inc.*