# Exhibit G



# JOHN FOY & ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW
3343 PEACHTREE ROAD, N.E.
SUITE 350
ATLANTA, GEORGIA 30326

---

TELEPHONE (404) 400-4000    TOLL FREE (877) 873-4488
FACSIMILE (404) 873-4490
WWW.JOHNFOY.COM

January 10, 2022

Publix Supermarket Risk Management
P.O. Box 32023
Lakeland, Florida 33802
**ATTN: Lucinda Poortinga**

        **RE:**  **Randy Taylor vs. Publix Supermarket**
              **Our Client:**    **Rob Wingate**
              **Your Insured:**  **Publix Supermarket**
              **Date of Loss:**    **01/31/2021**
              **Claim No.:**     **GCCI-2021559449**

## OFFER OF SETTLEMENT AND COMPROMISE CONTAINED HEREIN
## NOT ADMISSIBLE IN ANY FORUM

Dear Ms. Poortinga:

     The following material, including medical reports, bills, receipts, analysis, evaluations, and other documents, has been compiled to evaluate the liability of your insured, the nature of our client's injuries, and the extent of damages sustained by our client as a result of the negligence of your insured.

     This material is being submitted to you for purposes of negotiation only. Your review of this information is under the condition that nothing contained herein shall constitute an admission by our client and that nothing contained herein shall be admissible against our client at any hearing or trial.

### LIABILITY

     Liability is not an issue. On or about January 31, 2021, Mr. Randy Taylor was shopping at Publix Supermarket located at 2000 Mirror Lake Blvd., Villa Rica, Georgia 30180. Mr. Taylor was walking into the store when two or three of Publix Supermarket employees were bringing shopping carts into Publix from the outside. As the employees came through the doors, the shopping carts were rammed into Mr. Taylor causing him severe and painful injuries. An incident report was completed.

Publix Risk Management

JAN 18 2022

Rec'd Mail Center

Under Georgia law (O.C.G.A. §51-3-1) where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe. Liability in this matter is clear.

## INJURIES AND TREATMENT

On February 01, 2021, Mr. Randy Taylor arrived at AICA Orthopaedics complaining of back, right leg, right shin, and right ankle pain. Mr. Taylor was referred to the Orthopaedic Specialty Department for consultation and co-management of his injuries. Mr. Taylor was diagnosed with the following injuries:

**Subluxation of Unspecified Lumbar Vertebra**
**Subluxation of Unspecified Cervical Vertebrae**
**Acute Post Traumatic Headache, Not Intractable**
**Sprain of Ligaments of Lumbar Spine**
**Strain of Muscle, Fascia & Tendon of Lower Back**
**Pain in Right Lower Leg**
**Low Back Pain**

On February 04, 2021, Dr. Jose Marti provided Mr. Taylor with a Toradol injection. Dr. Marti also recommended an MRI of the lower back and right tib-fib as well as an ultrasound Doppler of that region to exclude any possibility of DVT.

On February 04, 2021, Mr. Taylor arrived at Tanner Medical Center complaining of right leg and back pain. Mr. Taylor underwent imaging and was diagnosed with **CRUSHING INJURY OF THE RIGHT LOWER LEG AND LUMBAR SPRAIN.** After receiving appropriate treatment, **Dr. Shashank C. Patel provided Mr. Taylor with crutches, prescribed medication for pain and gave instructions for follow-up care.**

On February 12, 2021, Mr. Taylor arrived at Wellstar Douglas Hospital for a US vascular duplex lower venous right leg imaging.

On February 15, 2021, Mr. Taylor had a positive MRI of the right tibia and fibula which revealed the following injuries:

**There is an elongated complex fluid collection interposed between the extensor hallucis longus and extensor digitorum longus musculature within the anterior compartment of the calf, which is T1 hypointense, and T2 markedly heterogeneous measuring 1.2 x 1.4 cm, extending 9.2 cm craniocaudal. There is bordering tissue edema as well as anterior deep subcutaneous/perifascial edema bordering the anterior compartment of the calf. This is most consistent with a subacute hematoma in the setting of trauma. There is also subcutaneous edema along the lateral aspect of the ankle joint.**

Publix Risk Management

JAN 18 2022

Rec'd Mail Center

On February 15, 2021, Mr. Taylor had a positive MRI of the lumbar spine which revealed the following injuries:

1. **L2-L3: Broad based disc herniation. There is indentation of the thecal sac with mild central canal stenosis. Mild bilateral foraminal stenosis.**
2. **L3-L4: Broad based disc herniation. There is slight indentation of the thecal sac. Mild bilateral foraminal stenosis.**
3. **L5-S1: Broad based disc herniation, superimposed central to left paracentral disc protrusion with moderate to severe left lateral recess stenosis with abutment and flattening of the descending left S1 nerve root as well as slight posterior displacement. Moderate to severe left and moderate right foraminal stenosis.**

On February 23, 2021, Mr. Taylor received a **lumbar intralaminar epidural steroid injection under fluoroscopic guidance.**

On April 12, 2021, Mr. Taylor underwent the following procedures:

1. **Lumbar intralaminar epidural steroid injection under fluoroscopic guidance.**
2. **Block SI joint injection – right under fluoroscopic control.**

**After multiple chiropractic treatments, physical therapy treatments (six), epidural injections (two), and SI joint blocks, Dr. Brad Prybis recommended that Mr. Randy Taylor undergo an L5-S1 ALIF (Anterior Lumbar Interbody Fusion). Total recovery time is approximately six to eight weeks with event planning.**

On August 17, 2021, Mr. Taylor underwent the following surgical procedures:

1. **Exploration of the retroperitoneum; exploration of the left and right common iliac artery and vein, inferior vena cava, and aorta for mobilization of these structures off the anterior surface of the L5-S1 disk space with exposure for fusion.**
2. **L5-S1 anterior lumbar interbody fusion.**
3. **L5-S1 interbody spacer.**
4. **L5-S1 anterior instrumentation.**
5. **Use of local autograft with synthetic bone graft.**

On August 30, 2021, Mr. Taylor had his first postoperative visit with Dr. Prybis. He was doing well but did have a bit of radiculitis in the right leg. Dr. Prybis refilled his medications and provided him with a semirigid LSO support brace along with vitamin C ester and vitamin D to help facilitate bone healing.

On September 06, 2021, approximately two weeks after Mr. Taylor's spine surgery, he arrived at Tanner Medical Center complaining of back pain and left upper chest pain. Mr. Taylor underwent imaging and was diagnosed with **CHEST PAIN AND ACUTE MIDLINE LOW BACK PAIN WITH SCIATICA, SCIATICA LATERALITY UNSPECIFIED.**

Publix Risk Management

JAN 18 2022

rec'd Mail Center

Mr. Randy Taylor was also diagnosed with the following injuries:

**Post Traumatic Headaches**
**Strain of Muscle at Right Lower Leg**
**Other Specified Dorsopathies, Lumbar Region**
**Sprain of the Right Ankle**
**Strain of Muscle, Fascia & Tendon of Lower Back**
**Traumatic Rupture of Lumbar Intervertebral Disc**
**Strain of other Specified Muscles & Tendons at Ankle & Foot Level**
**Radiculopathy, Lumbar Region**
**Sprain of Tibiofibular Ligament of Ankle**
**Right Ankle Strain**

In order to further document the injuries and pain and suffering experienced by our client, we are enclosing medical records, and billing statements, which provide a detailed account of our client's injuries, diagnosis, and treatment.

## DAMAGES

Mr. Randy Taylor has incurred damages to date as follows:

| Medical Provider | Amount Charged |
| --- | --- |
| AICA Orthopaedics | $ 62,264.50 |
| Tanner Medical Center | $ 8,343.82 |
| Independence Emergency Physicians | $ 1,142.00 |
| Georgia West Imaging | $ 534.00 |
| Wellstar Douglas Hospital | $ 5,065.60 |
| The Bortolazzo Group | $ 935.00 |
| Quantum Radiology | $ 190.00 |
| Summit Surgery Center of Buckhead | $ 17,659.20 |
| Atlas Surgery Center | $ 94,015.51 |
| Carrollton Emergency Physicians | $ 1,496.00 |
| **Total Special Damages** | **$ 191,645.63** |

## FUTURE MEDICAL EXPENSES

It is likely that Mr. Randy Taylor will have continuing and recurring pain and that he will require ongoing treatment for the foreseeable future.

Publix Risk Management
JAN 18 2022
Rec'd Mail Center

## SETTLEMENT PROPOSAL

In light of the pain and suffering which our client, Randy Taylor was forced to endure, due to the negligence of your insured, as well as the financial strain on his life, we are willing to settle this claim for the amount of **ONE MILLION DOLLARS ($1,000,000.00).** We are willing to recommend this figure to our client as a fair and reasonable resolution to this matter.

We would appreciate your response to this letter within twenty (20) days. We look forward to hearing from you in the near future so that we can discuss the resolution of this matter.

Very truly yours,

JOHN FOY & ASSOCIATES, P.C.

*Kevin McDonald*
Kevin A. McDonald
Attorney at Law

KAM:lh
Enclosures.

Publix Risk Management
JAN 18 2022
Rec'd Mail Center