# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-151-075**

Effective date of registration:

October 22, 2013

---

### Title
**Title of Work:** Aerial Photographs Taken on October 1, 2013 by David Oppenheimer

### Completion/Publication
**Year of Completion:** 2013

### Author
- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States   **Domiciled in:** United States
- **Year Born:** 1970

### Copyright claimant
**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

### Rights and Permissions
- **Organization Name:** Performance Impressions LLC
- **Name:** David Gordon Oppenheimer
- **Email:** dave@performanceimpressions.com   **Telephone:** 828-273-9339
- **Address:** P.O. Box 8105
  Asheville, NC 28814   United States

### Certification
- **Name:** David Gordon Oppenheimer
- **Date:** October 22, 2013

SR #
1-1009843422

Page 1 of 1