# Exhibit 2



# Welcome

## Glenville Vacation Rentals

We call our place the "Red Bear Cabin". It's an older & very cozy house has been fully renovated & has old-style charm. The Kitchen & baths are like new. This is a special place on Lake Glenville with boat & swim dock, good fishing, swimming & Kayaking. It's very convenient to everything local. Our place is on the east side of Lake Close to waterfalls and The Marine & more Convenient closer to Glenville, Cashiers & Rental boats nearby. We have incredible Panoramic Lake & Mountain views..



**Red Bear Cabin**



**Grandfathered Inn**