UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>TIFFANY HARRELL,<br><br>                Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.;<br>TEVA WOMEN'S HEALTH, LLC;<br>TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.;<br>THE COOPER COMPANIES, INC.;<br>COOPERSURGICAL, INC.,<br><br>                Defendants. | MDL Docket No. 2974<br><br>1:20-md-2974-LMM<br><br>Civil Action No.: _____ |

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard: Tiffany Harrell

2. Name of Plaintiff's Spouse (if a party to the case): N/A

1

3. If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   __N/A_____
   _____

4. State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Plaintiff's original complaint: __Nevada_____
   _____

5. State of Residence of each Plaintiff at the time of Paragard placement:
   __Nevada_____

6. State of Residence of each Plaintiff at the time of Paragard removal:
   __Nevada_____

7. District Court and Division in which personal jurisdiction and venue would be proper:
   __U.S.D.C. for the District of Nevada_____
   _____

8. Defendants. (Check one or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant in a Short Form Complaint.):

2

☑   A. Teva Pharmaceuticals USA, Inc.

☑   B. Teva Women's Health, LLC

☑   C. Teva Branded Pharmaceutical Products R&D, Inc.

☑   D. The Cooper Companies, Inc.

☑   E. CooperSurgical, Inc.

9.  Basis of Jurisdiction

☑   Diversity of Citizenship (28 U.S.C. § 1332(a))

☐   Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| 01/10/2010 | Southern Nevada Health District, Henderson, NV | 21/08/2018 | Dr. Rebecca J. Tyre, M.D., Green Valley OB/GYN, Henderson, NV |
| | | 02/10/2018 | Dr. Jacob Skinner, M.D., Complete Care OB/GYN, Henderson, NV |

3

11. Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

☑ Yes

☐ No

12. Brief statement of injury(ies) Plaintiff is claiming:

   Plaintiff suffered pain and uterine injuries and underwent multiple additional procedures attempting to remove IUD; currently has part of arm retained in cervical wall.

   Plaintiff reserves her right to allege additional injuries and complications specific to her.

13. Product Identification:

   a. Lot Number of Paragard placed in Plaintiff (if now known): Unknown (records purged)

   b. Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

   ☐ Yes

   ☑ No

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I – Strict Liability / Design Defect

   ☑ Count II – Strict Liability / Failure to Warn

   ☑ Count III – Strict Liability / Manufacturing Defect

   ☑ Count IV – Negligence

   ☑ Count V – Negligence / Design and Manufacturing Defect

   ☑ Count VI – Negligence / Failure to Warn

☑ Count IX – Negligent Misrepresentation

☑ Count X – Breach of Express Warranty

☑ Count XI – Breach of Implied Warranty

☑ Count XII – Violation of Consumer Protection Laws

☑ Count XIII – Gross Negligence

☑ Count XIV – Unjust Enrichment

☑ Count XV – Punitive Damages

☐ Count XVI – Loss of Consortium

☐ Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____

_____

15. "Tolling/Fraudulent Concealment" allegations:

    a. Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

    ☑ Yes

    ☐ No

    b. If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

_____

_____

16. Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

   a. Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

   ☑ Yes

   ☐ No

   b. If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

   i. The alleged statement(s) of material fact that Plaintiff alleges was false: "Paragard is made (mostly) of soft, flexible plastic"; "The threads attached are hand tied, one by one, and each device undergoes extensive quality-control measures."

   ii. Who allegedly made the statement: Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; Teva Branded Pharmaceutical Products R&D, Inc.

   iii. To whom the statement was allegedly made: Plaintiff and Plaintiff's physcians

   iv. The date(s) on which the statement was allegedly made: in or around October 2010

17. If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

   a. What does Plaintiff allege is the manufacturing defect in her Paragard? N/A

18. Plaintiff's demand for the relief sought if different than what is alleged in the Master Complaint: __N/A_____

    _____

19. Jury Demand:

    ☑ Jury Trial is demanded as to all counts

    ☐ Jury Trial is NOT demanded as to any count



                                        s/   *Jason C. Chambers*
                                        _____
                                             Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

Jason C. Chambers, Esq.
**Hollis Law Firm, P.A.**
8101 College Boulevard, Suite 260
Overland Park, KS 66210
(913) 385-5400
jason@hollislawfirm.com
Bar No.: 24927 (KS)

7