IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNIE F. FREEMAN, <br> Social Security No. ###-##-4534, <br>     Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> COMMISSIONER, SOCIAL <br> SECURITY ADMINISTRATION, <br>     Defendant. | * <br> * <br> * <br> * <br> *   No.: _____ <br> * <br> * <br> * <br> * <br> * <br> * |

## COMPLAINT

COMES NOW Plaintiff and files this Complaint against the Comissioner of Social Security and as grounds thereof shows the court as follows:

1.

Jurisdiction is conferred upon the court by 42 U.S.C.A. § 405(g) and 1383(c)(3). The BNC number on the ALJ decision is 21BH307H53369. There is not a BNC number on the Notice of Appeals Council Action.

2.

The plaintiff is a resident of 320 Fairburn Rd SW, Apt # V1, Atlanta, Fulton County, Georgia.

3.

The plaintiff filed applications for a period of disability, disability insurance

benefits under Title II of the Social Security Act. Plaintiff is the person upon whom the wage record benefits are claimed

4.

The plaintiff's application was denied by the Administrative Law Judge on April 13, 2022. The plaintiff exhausted the administrative appeals process without success up through the Appeals Council. The Notice of Appeals Council Action denied her request for review on November 25, 2022.

5.

The Notice of Appeals Council Action is dated November 25, 2022 and was received by the undersigned attorney, who is plaintiff's appointed representative, by U.S. Mail on December 5, 2022.

6.

The decision of the defendant that the plaintiff is not disabled within the meaning of the Social Security Act is not supported by substantial evidence and the Administrative Law Judge abused his discretion and applied an erroneous standard of law.

WHEREFORE, the plaintiff prays judgment as follows:

1. That the decision of the defendant be reviewed and set aside, and the plaintiff's claims for a period of disability, disability insurance benefits, be

allowed, and that the defendant be ordered to pay such benefits; or in the alternative,

2. That the court remand this case to the defendant for a fair hearing; and

3. That the court grant such other and further relief as it deems just and proper.

Respectfully submitted this 20th day of January, 2023.

        /s/ Adam R. Nagel
        Adam R. Nagel
        Georgia Bar No. 352808
        Pasley Nuce Mallory & Davis, LLC
        25 Market St.
        Barnesville, GA 30204
        770-358-3600
        770-358-3602 (fax)
        anagel@pnlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANNIE F. FREEMAN, <br> Social Security No. ###-##-4534, <br>     Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br>     Defendant. | * <br> * <br> * <br> * <br> *  No.: _____ <br> * <br> * <br> * <br> * <br> * |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

/s/ Adam R. Nagel
Adam R. Nagel
Georgia Bar No. 352808
Pasley Nuce Mallory & Davis, LLC
25 Market St.
Barnesville, GA 30204
770-358-3600
770-358-3602 (fax)
anagel@pnlawgroup.com
