# EXHIBIT 1

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

22-A-10805-8
12/20/2022 6:00 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ **Superior** or ☐ **State Court of** _____ **County**

22-A-10805-8

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _____ <br> **MM-DD-YYYY** | **Case Number** _____ <br> 22-A-10805-8 |

**Plaintiff(s)**

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** _____   **Bar Number** _____   **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Dissolution/Divorce/Separate Maintenance**
- ☐ **Family Violence Petition**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

**Post-Judgment – Check One Case Type**

- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Modification**
- ☐ **Other/Administrative**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**                          **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-10805-8
12/20/2022 6:00 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**Stefanie Martinez-Zeron and Maria E. Hernandez**
4747 Matterhorn Dr. SW
Lilburn, GA 30047

|  |  |
|---|---|
| **PLAINTIFFS** | 22-A-10805-8<br>**CIVIL ACTION NUMBER:** _____ |

**VS**

**State Farm Fire and Casualty Company**
**RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**DEFENDANT**

---

### SUMMONS

---

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

**Michael D. Turner**
**Attorney For the Plaintiffs**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**770-913-6229**
mdturner@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ____21____ day of ____December____, 2022.

Tiana P. Garner,
Clerk of Superior Court

BY: _____
Deputy Clerk

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-10805-8
12/20/2022 6:00 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **STEFANIE MARTINEZ-ZERON AND MARIA E. HERNANDEZ,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **CIVIL ACTION FILE NO.:** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** a foreign corporation, | ) ) ) ) | _____ 22-A-10805-8 |
| **Defendant.** | ) ) | |

### COMPLAINT

**COMES NOW** Plaintiffs **Stefanie Martinez-Zeron and Maria E. Hernandez**, by and through the undersigned counsel, and files this Complaint for breach of first party property insurance contract and bad faith denial of insurance coverage against Defendant, **State Farm Fire and Casualty Company,** and in support hereof, states as follows:

### PARTIES

1.

Plaintiff is an adult resident citizen of Gwinnett County, Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the business of insuring risks and properties located throughout the United States, including Georgia. Defendant maintains an office at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 where it may be served with process through its registered agent, Corporation Service Company, as identified by the state of Georgia Secretary of State registry.

## JURISDICTION AND VENUE

3.

This Court has subject matter jurisdiction over this action for breach of contract and bad faith denial of an insurance claim because the breached contract was entered into, and concerned property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court has personal jurisdiction over Defendant because Defendant is transacting business and insuring properties in the state of Georgia and has appointed a registered agent for service of process in Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

4.

Venue is proper in this Court because Defendant has a registered agent doing business in Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

5.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has consented to jurisdiction and venue of this Court.

## THE POLICY

6.

Prior to January 3, 2022, and in consideration of the premiums paid to Defendant by the Plaintiffs, Defendant issued a policy with Policy No. 11GGE3015 (the "Policy"). A true and accurate copy of the Policy is attached hereto as Exhibit "A."

7.

The Policy provides numerous coverages for the real and personal property located at 4747 Matterhorn Dr. SW, Lilburn, GA 30047 (the "Insured Property," "Property," or the "home"). The

2

Policy likewise insures against loss due to Tree Fall, subject to a deductible of $2,000 per occurrence. (*See* Ex. A).

8.

The Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the dwelling, other structures, and personal property. The Policy covers property repairs and personal property on a full replacement cost basis. (*See* Ex. A).

9.

The Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and additional living expenses. (*See* Ex. A).

**SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY**

10.

On or about January 3, 2022, the above-referenced property suffered damage from a sudden and accidental direct physical Loss resulting from Tree Fall (the "Loss"). The Policy was in effect at the time of the Loss.

11.

Plaintiffs promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned an adjuster ("Adjuster") to investigate Plaintiffs' claim for sudden and accidental direct physical loss. The Adjuster was authorized as Defendant's representative and agent for purposes of the claim.

12.

3

At all times, Plaintiffs made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

13.

Defendant, through its authorized representative and agent, Adjuster, performed a site inspection of the Property.

14.

Defendant's authorized representative and agent, Adjuster, incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiffs' claim when Adjuster undertook the handling of the claim.

15.

Defendant, through its authorized representative and agent, Adjuster, grossly underestimated the scope of loss suffered by the Plaintiffs as a result of the Tree Fall event. Defendant failed to properly indemnify the Plaintiffs and estimated Plaintiffs' total loss to be $21,516.02. Plaintiffs' deductible is $2,000 per occurrence, and Defendant withheld 0.00 in recoverable depreciation; thus, after deductions for depreciation and Plaintiffs' deductible, Defendant claims Plaintiffs were due  as indemnification under the Policy. A true and accurate copy of the Defendant's estimate is attached hereto as Exhibit "B."

16.

As a result of Defendant's gross underestimation, Plaintiffs requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiffs' requests and continued to frivolously and baselessly deny any additional payment on Plaintiffs' claim. Furthermore, the Defendant continued to ignore the opinions of the

4

Plaintiffs' experts as to the extent of damage and the amount it will cost the Plaintiffs' to be properly indemnified for the Loss.

17.

Defendant drafted an additional estimate for this claim on November 18, 2022, attached hereto as Exhibit "C." However, Defendant did not finalize the draft, nor did they pay the insured according to this November 18, 2022 draft estimate.

18.

Plaintiffs made repeated requests for payment of the claim, including a written demand sent to Defendant on October 20, 2022. A true and accurate copy of the written demand is attached hereto as Exhibit "D." Despite this demand for $270,474.56 less previous payments and the applicable deductible, Defendant continued to frivolously deny Plaintiffs' claim without just cause when, under one or more portions of the Policy, the obligation to settle the claim became reasonably clear.

19.

The Plaintiffs' October 20, 2022, correspondence (Ex. D) to Defendant was a letter of representation from Plaintiff's counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6. After putting Defendant on notice of a potential lawsuit through the formal 60-Day demand, the Defendant continued to deny Plaintiffs' claim without just cause.

20.

Defendant did not act fairly or honestly toward the Plaintiffs, or with due regard to the Plaintiffs' claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiffs for their damages in direct breach of the terms and conditions of the Policy.

5

21.

Plaintiffs have fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

22.

There exists a genuine, justifiable controversy between the Plaintiffs and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiffs as a result of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiffs were constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

23.

Plaintiffs have suffered loss under the Policy in an amount to be determined at trial.

## COUNT I: BREACH OF CONTRACT

24.

Plaintiffs hereby adopt, re-allege, and incorporate their allegations set forth in Paragraphs 1-23 of this Complaint as if fully set forth herein.

25.

Plaintiffs have performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

26.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiffs for the damages sustained from the Loss.

27.

Despite Plaintiffs' timely written demand, Defendant failed to provide full indemnification to the Plaintiffs under the terms of the Policy.

28.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiffs according to the terms of the Policy.

29.

As a result of the Defendant's denying and delaying payment in Plaintiffs' claim, Plaintiffs sustained additional covered losses from mitigation and temporary repairs of the direct physical damage to the Property in an amount to be determined at trial.

30.

The Plaintiffs suffered damages as a direct result of Defendant's failure to indemnify the Plaintiffs for their loss.

31.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiffs.

32.

**WHEREFORE,** Plaintiffs pray for this Court to enter an award in Plaintiffs' favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

## COUNT II: BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

33.

Plaintiffs hereby adopt, re-allege, and incorporate their allegations set forth in Paragraphs 1-33 of this Complaint as if fully set forth herein.

34.

By failing to achieve a proper disposition of Plaintiffs' claim, Defendant acted frivolously, and without a reasonable basis or justification, in contravention of its duty of good faith and fair dealing.

35.

Defendant did not attempt in good faith to settle the Plaintiffs' claim when it could have, and should have, done so under all attendant circumstances had it acted fairly and honestly toward the Plaintiffs and with due regard for the Plaintiffs' interests.

36.

Defendant's failures to adjust Plaintiffs' claim in good faith include, but are not limited to:

(1) Knowingly misrepresenting to claimants, and insureds, relevant facts or policy provisions relating to coverages at issue (*see* O.C.G.A. § 33-6-34(1));

(2) Failing to acknowledge with reasonable promptness pertinent communications with respect to claims arising under its policies (*see* O.C.G.A. § 33-6-34(2));

(3) Failing to adopt and implement procedures for the prompt investigation and settlement of claims arising under its policies (*see* O.C.G.A. § 33-6-34(3));

(4) Not attempting in good faith to effectuate prompt, fair, and equitable settlement of claims submitted in which liability has become reasonable clear (*see* O.C.G.A. § 33-6-34(4));

8

(5) Compelling insureds or beneficiaries to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them (*see* O.C.G.A. § 33-6-34(5));

(6) Refusing to pay claims without conducting a reasonable investigation (*see* O.C.G.A. § 33-6-34(6));

(7) When requested by the insured in writing, failing to affirm or deny coverage of claims within a reasonable time after having completed its investigation related to such claim or claims (*see* O.C.G.A. § 33-6-34(7)); and

(8) When requested by the insured in writing, failing in the case of payments or offers of compromise to provide promptly a reasonable and accurate explanation of the basis for such action (or, in the case of claims denials, providing said denial to the insured in writing) (*see* O.C.G.A. § 33-6-34(10)).

37.

The above and foregoing actions of Defendant constitute bad faith pursuant to O.C.G.A. § 33-4-6, as the Defendant refused to pay Plaintiffs' covered loss within sixty (60) days after Plaintiffs' timely written demand (Ex. C) for payment without a reasonable basis for doing so.

38.

Defendant frivolously, and without a reasonable basis, denied proper indemnification to the Plaintiffs for their covered loss.

39.

Defendant's refusal to indemnify the Plaintiffs was done frivolously, without a reasonable basis, and in bad faith.

40.

As a result of Defendant's above-referenced bad faith breach of the Policy issued to the Plaintiff, and pursuant to O.C.G.A. § 33-4-6(a), Defendant is liable for penalties in the amount of "not more than fifty percent (50%) of the liability of the insurer for the loss, or $5,000.00, whichever is greater, and all reasonable attorneys' fees for the prosecution of the action against the Insurer."

41.

**WHEREFORE,** Plaintiffs pray for this Court to enter an award, in Plaintiffs' favor, of the statutory award in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, along with a statutory allowance for reasonable attorneys' fees in prosecuting this action, pursuant to O.C.G.A. § 33-4-6, for Defendant's unfair claims settlement practices and bad faith refusal to pay Plaintiffs' loss claim when it could and should have done so, had it acted fairly and reasonably toward the insured.

## DEMAND FOR JURY TRIAL

42.

Plaintiffs request a trial by Jury on all counts of the Complaint.

## PRAYER FOR RELIEF

43.

**WHEREFORE,** Plaintiffs request that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiffs receive any and all damages at law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

10

a.  That this Court grant judgment in favor of the Plaintiffs and against Defendant in an amount to be determined at trial for breach of insurance contract.

b.  Compensatory damages, including all damages to the Plaintiffs by the Defendant and any resulting expenses.

c.  Bad faith damages in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, for Defendant's bad faith delay, denial, and its intentional, frivolous failure to conduct a reasonable investigation of the Plaintiffs' claim without a reasonable basis;

d.  Plaintiffs' attorneys' fees and costs of suit in this action;

e.  Plaintiffs' consultant and expert fees;

f.  Pre- and post-judgment interest in the maximum amount allowed by law;

g.  All statutory penalties;

h.  Any and all applicable multipliers; and,

i.  Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

Dated, this 20th day of December, 2022.

RESPECTFULLY SUBMITTED,

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
*Attorneys for the Plaintiff*

11

# EXHIBIT A

State Farm

# Certified Policy Record

I, the undersigned, do hereby confirm that I am custodian of the records pertaining to the issuance of policies by State Farm Fire and Casualty Company.

I received the request for a true and accurate record of the terms and conditions of Policy Number 11-GG-E301-5 including any endorsements, if applicable, for the policy term(s) 02/07/2022 to 02/07/2023 and insuring MARTINEZ ZERON, STEFANIE & HERNANDEZ, MARIA based on available records.

However, I am unable to provide a complete record as the information is not available.

The following documents are not available:
Changes to the additional interest lienholder occurred during the policy term.

All other policy information is accurate, as indicated on the Declaration page for the policy term(s) 02/07/2022 to 02/07/2023.

The policy was in effect on the loss date of 01/03/2022.

Melissa Hull
Melissa Hull
Underwriter
Date: 07/13/2022

State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

PO Box 88049
Atlanta GA 30356-9901

**StateFarm**

ATT    U-27-3092-FD98  F  M  W
    000514  3201
MARTINEZ SERON, STEFANIE &
HERNANDEZ, NELSIA
4747 MATTERHORN DR SW
LILBURN GA  30047-4931

## DECLARATIONS

AMENDED DEC 21 2021

**AMOUNT DUE**                                    None
Payment is due by  TO BE PAID BY MORTGAGEE

**Policy Number:**   11-GG-E3D1-5

**Policy Period:   12 Months**
**Effective Dates:** FEB 7 2022 to FEB 7 2023
The policy period begins and ends at 12:01 am standard
time at the residence premises.

## HOMEOWNERS POLICY

Location of Residence Premises
4747 MATTERHORN DR SW
LILBURN GA  30047-0931

**Your State Farm Agent**
MICHAEL LONGO
4281 LAWRENCEVILLE RD
LOGANVILLE GA  30052-2329

**Phone:** (770) 375-2263

| Construction: | Masonry Veneer | Roof Material: Composition Shingle |
| Year Built: | 1972 | Roof Installation Year:  2014 |

**Automatic Renewal**
If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules,
and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lien-
holder written notice in compliance with the policy provisions or as required by law.

## IMPORTANT MESSAGES

Your policy is amended DEC 21 2021
1ST MORTGAGEE LOAN NUMBER CHANGED
1ST MORTGAGEE NAME/ADDRESS CHANGED
Other items shown are effective
with the policy's 2022 renewal

## PREMIUM

Endorsement Premium                                                  NONE
Your premium has already been adjusted by the following:
Home Alert
Home/Auto
Claim Record
Loyal Customer

Prepared  DEC 22 2021
101-9200
002200T  150  I
5

Page  1 of 3

**State Farm**

| NAMED INSURED | MORTGAGEE AND ADDITIONAL INTERESTS |
|---|---|

MARTINEZ ZERON, STEFANIE &
HERNANDEZ, MARIA

Mortgagee
SUPER HOME LOANS INC
PO BOX 6864
SPRINGFIELD OH 45501-7731

Loan Number
9782665584

### SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | | Limit of Liability |
|---|---|---|
| A Dwelling | $ | 379,700 |
| Other Structures | $ | 37,970 |
| B Personal Property | $ | 284,775 |
| C Loss of Use | $ | 113,910 |
| Fungus (including Mold) Limited Coverage | $ | 10,000 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

### SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | | Limit of Liability |
|---|---|---|
| L Personal Liability (Each Occurrence) | $ | 500,000 |
| Damage to the Property of Others | $ | 1,000 |
| M Medical Payments to Others (Each Person) | $ | 1,000 |

### INFLATION

Inflation Coverage Index 330.0

### DEDUCTIBLES

| Section I Deductible | | Deductible Amount |
|---|---|---|
| Earthquake 2% | $ | 7,594 |
| Other Losses | $ | 2,000 |

### LOSS SETTLEMENT PROVISIONS

A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

11-GG-E301-5                                         StateFarm

| FORMS, OPTIONS, AND ENDORSEMENTS | |
|---|---|
| HW-2111 | Homeowners Policy |
| HO-2231.2 | Amendatory Endorsement |
| HO-2584 | Fungus (Incl Mold) Limited Cov |
| HO-2465 | Fungus (Incl Mold) Liability |
| HO-2414.2 | Back-Up Of Sewer Or Drain - |
| | 10% of Coverage A/S 37,970 |
| HO-2414.1 | Earthquake Endorsement |
| Option JF | Jewelry and Furs $1,500 Each |
| | Article$2,500 Aggregate |
| Option ID | Increase Dwlg Up to $   75,940 |
| Option OL | OrdinanceLaw  10%/S   37,970 |

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

    Secretary                                       President

State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

Po Box 88049
Atlanta GA 30356-9901

StateFarm

11-27-3052-FD88 F 11 W
000315 3201
CALIBER HOME LOANS INC
ISAOA/ATIMA
PO BOX 7731
SPRINGFIELD OH 45501-7731

## BALANCE DUE NOTICE

**AMOUNT DUE** $1,001.08
Payment is due by FEB 7 2022

**Policy Number:** 11-GG-E301-5

**Policy Period:** 12 Months
**Effective Dates:** FEB 7 2022 to FEB 7 2023

**Location of Residence Premises**
4747 MATTERHORN DR SW
LILBURN GA 30047-4531

**Your State Farm Agent**
MICHAEL LONGO
4281 LAWRENCEVILLE RD
LILBURN GA 30047-2379

**Phone:** (770) 375-2265

**IMPORTANT MESSAGES**

Full payment by Date Due continues this policy to FEB 7 2023

*Thanks for letting us serve you!*

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

Prepared DEC 22 2021 ↓ Please fold and tear here ↓ Page 1 of 1

**Payment To Pay Your Way** | Online statefarm.com/pay | Mobile State Farm mobile app | Call | Mail | Visit your State Farm agent

Key code: 02 2364 0354

HO - HOMEOWNERS
Loan # 0702000604

StateFarm

**Insured Name:** MARTINEZ ZERON, STEFANIE S
**Policy Number:** 11-GG-E301-5

2709203098

**AMOUNT DUE:** $1,001.08
**Please pay by** FEB 7 2022

Make payment to State Farm

*For Office Use Only*

| | | |
|---|---|---|
| RRE BAL DUE | $1,001.08 | 0303 |

000000 100 N

8002068001601001 31126132630150252?>

State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

PO Box 88049
Atlanta GA 30356-5901



## &#x2663; StateFarm

### DECLARATIONS

AMENDED DEC 21 2021

| AMT: | 11-27-3052-FD98 F M W |

CALIBER HOME LOANS INC
ISAOA/ATIMA
PO BOX 7731
SPRINGFIELD OH 45501-7731

**AMOUNT DUE**        **$1,681.00**

Payment is due by None

**Policy Number:** 11-GG-E301-5

**HOMEOWNERS POLICY**

**Location of Residence Premises**
4747 MATTERHORN DR SW
LILBURN GA 30047-0631

**Policy Period:** 12 Months
**Effective Dates:** FEB 7 2022 to FEB 7 2023
The policy period begins and ends at 12:01 am standard time at the residence premises.

**Your State Farm Agent**
MICHAEL LONGO
4281 LAWRENCEVILLE RD
LOGANVILLE GA 30052-2329

**Phone:** (770) 375-2263

| Construction: | Masonry Veneer |
| Year Built: | 1972 |

Roof Material: Composition Shingle
Roof Installation Year: 2014

**Automatic Renewal**

If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules, and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**IMPORTANT MESSAGES**

Your policy is amended DEC 21 2021
1ST MORTGAGEE LOAN NUMBER CHANGED
1ST MORTGAGEE NAME/ADDRESS CHANGED
Other items shown are effective
with the policy's 2022 renewal

**PREMIUM**

Endorsement Premium        NONE
Your premium has already been adjusted by the following:
Home Alert
Home/Auto
Claim Record
Loyal Customer

Prepared DEC 22 2021
10-7203
002000 139 M
X

Page 1 of 3

136270 U N 245



**State Farm**

| NAMED INSURED | MORTGAGE AND ADDITIONAL INTERESTS |
|---|---|
| MARTINEZ ZERON, STEFANIE & HERNANDEZ, MARIA | |

Mortgagee
CALIBER HOME LOANS INC
ESCROW DEPT
PO BOX 7731
SPRINGFIELD OH 45501-7731

Loan Number
9782665884

## SECTION I - PROPERTY COVERAGES AND LIMITS

| Coverage | | Limit of Liability |
|---|---|---|
| A Dwelling | $ | 379,700 |
| Other Structures | $ | 37,970 |
| B Personal Property | $ | 284,775 |
| C Loss of Use | $ | 113,910 |
| Fungus (including Mold) Limited Coverage | $ | 10,000 |

**Additional Coverages**

| | |
|---|---|
| Arson Reward | $1,000 |
| Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money | $1,000 |
| Debris Removal | Additional 5% available/$1,000 tree debris |
| Fire Department Service Charge | $500 per occurrence |
| Fuel Oil Release | $10,000 |
| Locks and Remote Devices | $1,000 |
| Trees, Shrubs, and Landscaping | 5% of Coverage A amount/$750 per item |

## SECTION II - LIABILITY COVERAGES AND LIMITS

| Coverage | | Limit of Liability |
|---|---|---|
| L Personal Liability (Each Occurrence) | $ | 500,000 |
| Damage to the Property of Others | $ | 1,000 |
| M Medical Payments to Others (Each Person) | $ | 1,000 |

## INFLATION

Inflation Coverage Index 330.0

## DEDUCTIBLES

| Section I Deductible | | Deductible Amount |
|---|---|---|
| Earthquake 2% | $ | 7,594 |
| Other Losses | $ | 2,000 |

## LOSS SETTLEMENT PROVISIONS

A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

**11-GG-E301-5**



&sum; StateFarm

**FORMS, OPTIONS, AND ENDORSEMENTS**



| | |
|---|---|
| HW-2111 | Homeowners Policy |
| HO-2231-2 | Amendatory Endorsement |
| HO-2284 | Fungus (Incl Mold) Limited Cov |
| HO-2485 | Fungus (Incl Mold) Liability |
| HO-2444-2 | Back-Up Of Sewer Or Drain - 10% of Coverage A/S 37,570 |
| HO-2414-1 | Earthquake Endorsement |
| Option JF | Jewelry and Furs $1,500 Each Article $2,500 Aggregate |
| Option ID | Increase Dwlg Up to $   75,940 |
| Option OL | Ordinance Law   10%/S   37,570 |

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of these Declarations, the Homeowners Policy shown above, and any other forms and endorsements that apply, including those shown above as well as those issued subsequent to the issuance of this policy.

This policy is issued by the State Farm Fire and Casualty Company.

**Participating Policy**

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yuvall*
Secretary

*Michael F. Tipsord*
President

11-GO-E301-5    002005

HO-2251.3
Page 1 of 3

## HOMEOWNERS AMENDATORY ENDORSEMENT (Georgia)

This endorsement modifies insurance provided under the HOMEOWNERS POLICY.

### DEFINITIONS

Under the definition of "business", item d. is replaced by the following:

Business does not include

d.   the ownership, maintenance, or use of systems and equipment used to generate electrical power if:

(1)   the power generated is intended primarily for consumption on the residence premises; and

(2)   any resulting income is incidental including but not limited to:

(a)   utility bill credits; or

(b)   incidental income

derived from sending excess power back to the electricity grid; or

The definition of "occurrence" is replaced by the following:

"occurrence", when used in Section II of this policy, means an accident, including continuous accidental exposure to conditions, which first results in:

a.   bodily injury; or

b.   property damage,

during the policy period. All bodily injury and property damage resulting from one accident, series of related accidents, or from continuous or repeated exposure to the same general conditions is considered to be one occurrence.

### SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

Item 3.c. is replaced by the following:

c.   systems and equipment used to generate electrical power, unless

(1)   the power generated is intended primarily for consumption on the residence premises; and

(2)   any resulting income is incidental including but not limited to:

(a)   utility bill credits; or

(b)   incidental income

derived from sending excess power back to the electricity grid

### SECTION I – ADDITIONAL COVERAGES

The following is added to Volcanic Action:

When applicable, the following coverages apply to a loss covered by Volcanic Action:

a.   COVERAGE C – LOSS OF USE

b.   SECTION I – ADDITIONAL COVERAGES; and

c.   Option CL – Building Ordinance or Law, only if this option is shown in the Declarations

The following is added to Collapse:

When applicable, the following coverages apply to a loss covered by Collapse:

a.   COVERAGE C – LOSS OF USE;

b.   SECTION I – ADDITIONAL COVERAGES; and

c.   Option CL – Building Ordinance or Law, only if this option is shown in the Declarations

The following is added to Fuel Oil Release:

When applicable, the following coverages apply to a loss covered by Fuel Oil Release:

a.   COVERAGE C – LOSS OF USE;

b.   SECTION I – ADDITIONAL COVERAGES; and

c.   Option CL – Building Ordinance or Law, only if this option is shown in the Declarations.

Any payments made for these coverages are included in, and not in addition to, the $10,000 limit of insurance for Fuel Oil Release

### SECTION I – LOSSES NOT INSURED

Intentional Losses is replaced by the following:

Intentional Losses. If any insured intentionally causes or procures a loss to property covered under this policy, we will not pay any insured for this loss. This applies regardless of whether the insured is charged with or convicted of a crime.

This does not apply to:

a.   an insured who did not participate in, cooperate in, or contribute to causing or procuring the loss; or

b.   a claim of an innocent insured, to the extent of the innocent insured's interest in the covered property, if the loss:

(1)   arises out of family violence or sexual assault against an innocent insured; and

(2)   is caused by an intentional act of an insured against whom a family violence or sexual assault complaint is brought

### SECTION I – CONDITIONS

Under Mortgagee Clause, paragraph 10.c. is replaced by the following:

c.   If we cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect

© Copyright, State Farm Mutual Automobile Insurance Company, 2021

SECTION II – LIABILITY COVERAGES

SECTION II – ADDITIONAL COVERAGES

The following is added to Damage to Property of Others:

  d.  Under **SECTION II – EXCLUSIONS**, exclusion 2.c. does not apply to the coverage provided by Damage to Property of Others.

SECTION II – EXCLUSIONS

Under **SECTION II – EXCLUSIONS**, 1. is replaced by the following:

  1.  Coverage L and Coverage M do not apply to:

    c.  bodily injury or property damage arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power, unless:

      (1)  the power generated is intended primarily for consumption on the residence premises; and

      (2)  any resulting income is incidental, including but not limited to:

        (a)  utility bill credits; or

        (b)  incidental income;

      derived from sending excess power back to the electricity grid.

Under **SECTION II – EXCLUSIONS**, 2.a. and 2.c. are replaced by the following:

  2.  Coverage L does not apply to:

    a.  liability:

      (1)  for your share of any loss assessment charged against all members of any type of association of property owners; or

      (2)  imposed on or assumed by any insured through any unwritten or written contract or agreement. This exclusion does not apply to:

        (a)  liability for damages that the insured would have in absence of the contract or agreement; or

        (b)  written contracts:

          (i)  that directly relate to the ownership, maintenance, or use of any insured location; or

          (ii)  when the liability of others is assumed by you prior to the occurrence.

      unless excluded elsewhere in the policy;

    c.  property damage to property rented to, used by, or in the care, custody, or control of

any insured at the time of the occurrence. This exclusion does not apply to property damage caused by:

    (1)  fire;

    (2)  smoke;

    (3)  explosion;

    (4)  abrupt and accidental damage from water; or

    (5)  household pets up to $500 in excess of your security deposit;

SECTION I AND SECTION II – CONDITIONS

Concealment or Fraud is replaced by the following:

  Concealment or Fraud.

    a.  We do not provide any coverages under this policy for you or any other insured if you or any other insured has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

    However, this condition applies only to facts or circumstances:

      (1)  on which we rely and are either:

        (a)  material; or

        (b)  made with intent to deceive; or

      (2)  that contribute to the loss.

    b.  No failure of a policy condition before the loss and no breach of a promissory warranty affects our obligations under this policy unless such failure or breach exists at the time of loss and either:

      (1)  increases the risk at the time of loss; or

      (2)  contributes to the loss.

    This condition does not apply to failure to tender payment of premium.

    c.  Violation of this condition by an insured does not apply to a current or innocent insured, to the extent of the innocent insured's interest in the covered property, if the loss:

      (1)  arises out of family violence or sexual assault against an innocent insured; and

      (2)  is caused by an insured individual that an insured against whom a family violence or sexual assault complaint is brought.

Under Cancellation, paragraphs 5.a. and 5.b. are replaced by the following:

    a.  You may cancel this policy at any time by giving us advance notice of the date cancellation is to take effect. We may return written, electronic, or other contractual verification of your request for cancellation prior to such cancellation taking effect.

© Copyright, State Farm Mutual Automobile Insurance Company, 2021

11-00-E301-5     002009

If only your interest is affected, the effective date of cancellation will be the later of:

(1) the date we received your notice of cancellation; or

(2) the date specified in the notice.

If notice must be given to a governmental agency, mortgagee, or other third party, the effective date of cancellation may be extended in order for us to provide notice of cancellation to you and the other party at least 10 days before the date cancellation takes effect.

b.   **We** may cancel this policy by providing notice to a named insured shown on the Declarations. In notice, we provide the date cancellation is effective.

(1) When you have not paid the premium, we may cancel at any time by providing notice at least 10 days before the date cancellation takes effect. This cancellation applies whether the premium is payable to us or our agent or under any finance or credit plan.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason.   We may cancel by providing notice at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) if there has been a material misrepresentation of fact that, if known to us, would have caused us not to issue this policy; or

(b) if the risk has changed substantially since the policy was issued.

We may cancel this policy by providing notice at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period longer than one year, we may cancel for any reason at anniversary.  We may cancel by notifying you at least 30 days before the date cancellation takes effect.

Nonrenewal is replaced by the following:

   Nonrenewal.  If we decide not to renew this policy, then, at least 30 days before the end of the current policy period, we will provide a nonrenewal notice to a named insured shown on the Declarations.

   If we decide not to renew this policy, we will notify any mortgagee shown in this policy in accordance with Georgia state insurance law.

Joint and Individual Interests is replaced by the following:

   Joint and Individual Interests.  If you consists of more than one person or entity, then each acts for all to change or cancel this policy.

Electronic Delivery is deleted.

OPTIONAL POLICY PROVISIONS

Option ID is replaced by the following:

   Option ID – Increased Dwelling Limit.  We will settle losses to damaged building structures covered under COVERAGE A – DWELLING according to the Loss Settlement Provision shown in the Declarations.

   1.   If the amount you actually and necessarily spend to repair or replace the damaged dwelling exceeds the limit of policy shown in the Declarations for Coverage A – Dwelling, we will pay the additional amounts not to exceed the Option ID limit shown in the Declarations.

   2.   If the amount you actually and necessarily spend to repair or replace damaged building structures covered under COVERAGE A – DWELLING, Other Structures exceeds the limit of liability shown in the Declarations for Other Structures, we will pay the additional amounts not to exceed 10% of the Option ID limit shown in the Declarations.

   Report Increased Values.  You must notify us within 90 days of the start of construction on any new building structure costing $5,000 or more, or any additions to or remodeling of building structures that increase their values by $5,000 or more.  You must pay any additional premium due for the increased value.  We will not pay more than the applicable limit of liability shown in the Declarations if you fail to notify us of the increased value within 90 days.

All other policy provisions apply.

HO-2251-2

© Copyright, State Farm Mutual Automobile Insurance Company, 2021

(CONTINUED)

## HO-2584 FUNGUS (INCLUDING MOLD) LIMITED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following HOMEOWNERS POLICY, CONDOMINIUM UNITOWNERS POLICY, and RENTERS POLICY.

SECTION I – LOSSES NOT INSURED 2.g., Fungus (SEC-TION I – LOSSES NOT INSURED 1.j. if you have a RENTERS POLICY), does not apply to the extent coverage is provided by this endorsement.

SECTION I – ADDITIONAL COVERAGES

The following is added:

**Remediation of Fungus.**

b. If fungus is the result of a loss insured other than fire or lightning, we will pay for:

(1) any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the *residence premises* or location of the rebuilding, repair, or replacement of that property, by *fungus*;

(2) any remediation, including the cost or expense to:

(a) remove the fungus from covered property or to repair, restore, or replace that property;

(b) tear out and replace any part of the building structure or other property as needed to gain access to the fungus; or

(c) contain, treat, detoxify, neutralize, or dispose of or in any way respond to or assess the effects of the fungus; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of fungus, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

b. We do not cover fungus that is the result of:

(1) seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(a) and is

  i. continuous;

  ii. repeating;

  iii. gradual;

  iv. intermittent;

  v. slow; or

  vi. trickling; and

(b) from a:

  i. heating, air conditioning, or automatic fire protective sprinkler system;

  ii. household appliance; or

  iii. plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings, or floors.

We also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time.

Item b. does not apply if the seepage or leakage of water, steam, or sewage is hidden from view within the walls, ceilings, or floors, and unknown by the insured.

(2) defect, weakness, inadequacy, fault, or unsoundness in

  (a) planning, zoning, development, surveying, or siting;

  (b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

  (c) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

  (d) maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the *residence premises*.

c. This coverage applies only if:

(1) we receive immediate notice of the occurrence of the loss insured that is alleged to have resulted in fungus, and remediation begins as soon as possible; and

(2) all reasonable means were used to save and preserve the property from further damage at the time of and after the occurrence of the loss insured.

© Copyright, State Farm Mutual Automobile Insurance Company, 2011
CONTINUED

11-GG-E301-8     002007

d   The most we will pay for this coverage, in any one policy period, is the limit of insurance shown on the Declarations for this endorsement. This limit applies only to fungus resulting from a loss insured other than fire or lightning regardless of

(1)  the number of losses insured that combine or contribute to the presence of resulting fungus; or

(2)  the number of claims made during the policy period.

This limit includes any payments for SECTION I – ADDITIONAL COVERAGES and COVERAGE C – LOSS OF USE. Any payments made for this coverage are part of and not in addition to the limit of insurance that applies to covered property.

All other policy provisions apply.

HO-2484

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

# HO-2465 FUNGUS (INCLUDING MOLD) LIMITATION OF LIABILITY COVERAGE ENDORSEMENT ($50,000)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY, CONDOMINIUM UNITOWNERS POLICY and RENTERS POLICY

Except for the coverage provided by this endorsement, the policy to which this endorsement is attached does not apply to any claim or suit for damages because of bodily injury or property damage arising out of or resulting from fungus.

## SECTION II – LIABILITY COVERAGES

**COVERAGE L – PERSONAL LIABILITY** is amended to include the following:

We will pay up to our limit of liability all sums that the insured is legally obligated to pay as damages because of bodily injury or property damage arising out of or resulting from the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any fungus at or from any source or location.

However, we do not cover any loss, cost, or expense arising out of any:

(1)  request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of fungus; or

(2)  claim or suit for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of fungus.

## LIMIT OF LIABILITY

Regardless of the number of insureds under this coverage or number of claims made or suits brought, the most we will pay under this coverage for all claims for damages in any one occurrence is $50,000. This limit is also the most we will pay for the sum of all claims arising from all occurrences during each policy period.

All other policy provisions apply.

HO-2465

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

(CONTINUED)

HO-2444.2
Page 1 of 2

## BACK-UP OF SEWER OR DRAIN ENDORSEMENT (Homeowners)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

The following is added to SECTION I – ADDITIONAL COVERAGES:

Back-up of Sewer or Drain. We will pay for accidental direct physical loss to the dwelling and covered personal property located within the dwelling, caused by back-up of water or sewage, subject to the following:

a. The back-up must be directly and immediately caused solely by water or sewage:

   (1) from outside the residence premises plumbing system that enters through a sewer or drain located inside the interior of the dwelling; or

   (2) that enters into and overflows from within a sump pump, sump pump well, or any other system located inside the interior of the dwelling designed to remove subsurface water drained from the foundation area.

b. Coverage does not apply to:

   (1) losses resulting from your failure to:

      (a) keep a sump pump or its related equipment in proper working condition; or

      (b) perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions; or

   (2) losses that occur or are in progress within the first 5 days of the inception of this endorsement. This limitation does not apply when:

      (a) this endorsement is attached to a newly issued policy; or

      (b) this endorsement is attached to replace another Back-Up of Sewer or Drain Endorsement.   However, if this endorsement's coverage limits are higher than those of the endorsement it replaces, then the limitation described in (2) above applies only to the increase in coverage limits.

c. If you request an increase to the coverage limit for this endorsement, the increased coverage limit does not apply to losses that occur or are in progress within the first 5 days of your request.

d. The total limit of insurance provided by this endorsement will not exceed the amount determined by applying the Back-Up Of Sewer Or Drain percentage (%) shown in the Declarations to the COVERAGE A – DWELLING limit shown in the Declarations, as adjusted by the Inflation coverage provisions of this policy. This is an additional amount of insurance.

e. The deductible for each loss under this coverage is the amount shown in the Declarations under Section I Deductible for "Other Losses" or "All Losses", whichever applies.

f. When applicable, the following coverages apply to a loss covered by this endorsement:

   (1) COVERAGE D – LOSS OF USE;

   (2) SECTION I – ADDITIONAL COVERAGES; and

   (3) Option OL – Building Ordinance or Law, only if this option is shown in the Declarations.

   Any payments made for these coverages are in addition, and not in addition to, the limit of insurance described in item d above.

For purposes of this endorsement only:

a. SECTION I – LOSSES INSURED, item 12.b.(2) is deleted from the policy.

b. SECTION I – LOSSES NOT INSURED, Water is replaced by:

   Water, meaning

   (1) flood;

   (2) surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

   (3) waves (including tidal wave, tsunami, and seiche);

   (4) tides or tidal water;

   (5) overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or directed by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

   (6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

   (7) water or sewage from outside the residence premises plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

   except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Back-Up of Sewer or Drain.

© Copyright, State Farm Mutual Automobile Insurance Company, 2020

11-CO-E301-5   002008

HO-2444-J
Page 2 of 7

(4) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a building structure, sidewalk, driveway, swimming pool, or other structure; or

(3) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(4) above.

However, we will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a loss insured.

c.  SECTION I – CONDITIONS, Other Insurance is replaced by:

Other Insurance.  This coverage is excess over other valid and collectible insurance.

All other policy provisions apply.

HO-2444-2

© Copyright, State Farm Mutual Automobile Insurance Company, 2020

(CONTINUED)

HO-2419-1
Page 1 of 1

## EARTHQUAKE AND VOLCANIC EXPLOSION ENDORSEMENT (Homeowners)

This endorsement modifies insurance provided under the following: HOMEOWNERS POLICY

The following is added to SECTION I – ADDITIONAL COVERAGES:

Earthquake and Volcanic Explosion. We will pay for accidental direct physical loss to covered property resulting from an earthquake or volcanic explosion when the loss is directly and immediately caused by:

a. ground shock waves;

b. ground tremors;

c. ground liquefaction or

d. damaging movement of ground motion

subject to the following:

(1) We will not pay for, under this endorsement, loss arising from earthquake activity or volcanic explosion that begins before the inception of this endorsement.

But if this endorsement replaces earthquake insurance that excludes loss that occurs after the expiration of the policy, we will pay for loss covered by this endorsement due to an earthquake or volcanic explosion that occurs on or after the inception of this endorsement if the series of earthquake shocks or tremors or volcanic explosions began within 168 hours prior to the inception of this insurance.

(2) All earthquake activity or volcanic explosions that occurs within any 168-hour period will constitute a single loss. The expiration of the policy will not reduce the 168-hour period.

(3) Deductible: The deductible for loss caused by earthquake or volcanic explosion is the amount determined by applying the Earthquake deductible percentage (%) shown in the Declarations to the COVERAGE A – DWELLING limit shown in the Declarations.

This deductible applies to all losses covered under this endorsement. The deductible will be subtracted from the total amount of the loss and will apply in place of any other deductible stated in this policy.

(4) This coverage does not increase the limit applying to the damaged property.

(5) When applicable the following coverages apply to a loss covered by this endorsement:

a. COVERAGE C – LOSS OF USE

b. SECTION I – ADDITIONAL COVERAGES; and

c. Option OL – Building Ordinance or Law, only if this option is shown in the Declarations.

For the purposes of this endorsement only SECTION I – LOSSES NOT INSURED, 2.b. Earth Movement is replaced with the following:

b. Earth Movement, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) earthquake, except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Earthquake and Volcanic Explosion;

(2) landslide, mudslide, or mudflow;

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities;

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

(7) any volcanic activity, except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Volcanic Action or SECTION I – ADDITIONAL COVERAGES, Earthquake and Volcanic Explosion.

However, we will pay for any accidental direct physical loss by fire resulting from earth movement, provided the resulting fire loss is itself a loss insured.

All other policy provisions apply.

HO-2419-1

© Copyright, State Farm Mutual Automobile Insurance Company, 2010



This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

# State Farm®
# **Homeowners**
# **Policy**

Georgia
HW-2111

## HOMEOWNERS POLICY
## TABLE OF CONTENTS

AGREEMENT .......................................................... 1

DEFINITIONS ........................................................ 1

DEDUCTIBLE................................................ ....... 5

SECTION I – PROPERTY COVERAGES. ........ ......... 5

  COVERAGE A – DWELLING.... .. . .... .. .. ... 5

    Dwelling............................................................ 5

    Other Structures..................... ... .... ... .... ... 3

    Property Not Covered........................................ 6

  COVERAGE B – PERSONAL PROPERTY . .. .... 5

    Property Covered................................................ 5

    Special Limits of Liability ................................ 6

    Property Not Covered ........................................ 6

  COVERAGE C – LOSS OF USE...... ........ 8

    Additional Living Expense ............................. 8

    Fair Rental Value.............................................. 8

    Prohibited Use .... ........ ........ .... 8

  SECTION I – ADDITIONAL COVERAGES.... .......8

    Debris Removal ................................................ 8

    Temporary Repairs............................................ 9

    Trees, Shrubs, and Landscaping . ................. 9

    Fire Department Service Charge. ........ ........ 9

    Property Removed........... .............................. 9

    Credit Card, Bank Fund Transfer Card,
    Forgery, and Counterfeit Money. ... .. .. 9

    Power Interruption.... ........... ....... ..... 10

    Refrigerated Products ................................. 10

    Arson Reward.................................................. 10

    Volcanic Action . .................. .............. 10

    Collapse...... .... .... .... ......... . ...... .... 10

    Locks and Remote Devices........................ 11

    Fuel Oil Release .... .... .... ...... ..... ..... 11

    Tear Out...... .... ............. ..... ...... 11

    Home Certification........................................ 11

INFLATION COVERAGE .................................... 11

SECTION I – LOSSES INSURED .......................... 12

  COVERAGE A – DWELLING. ...................... .... 12

  COVERAGE B – PERSONAL PROPERTY ........... 12

SECTION I – LOSSES NOT INSURED..................... 14

SECTION I – LOSS SETTLEMENT ........................ 18

  COVERAGE A – DWELLING... ..................... ...18

    A1 – Replacement Cost Loss Settlement –
    Similar Construction ..................................... 18

    A2 – Replacement Cost Loss Settlement –
    Common Construction..... ...... ..... .. 19

  COVERAGE B – PERSONAL PROPERTY....... .. 19

    B1 – Limited Replacement Cost Loss
    Settlement . ..................... ........ ...... ....19

    B2 – Depreciated Loss Settlement................20

SECTION I – CONDITIONS .. . ...... ..... ....20

  Insurable Interest and Limit of Liability.........20

  Your Duties After Loss...... .... ...... ..........20

  Loss to a Pair or Set........................ ..... ....21

  Appraisal................................................. ....21

  Other Insurance................................................22

  Suit Against Us... .......... ..... ...... ... 22

  Our Option ...................................................... 22

  Loss Payment................................................. 22

  Abandonment of Property ........................... 22

  Mortgagee Clause ..................... ..... ...... . 22

  No Benefit to Bailee......................................... 23

  Recovered Property ................................... 23

  Assignment of Claim...................................... 23

SECTION II – LIABILITY COVERAGES.. ...... ... 23

  COVERAGE L – PERSONAL LIABILITY.............23

  COVERAGE M – MEDICAL PAYMENTS TO
  OTHERS........................................................... 23

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HW-2111

**SECTION II – ADDITIONAL COVERAGES** .... .....24
    Claim Expenses ..................................24
    First Aid Expenses ..... ... ... ... .......24
    Damage to Property of Others ....... ... ..24
**SECTION II – EXCLUSIONS** ................. ...25
**SECTION II – CONDITIONS** ... .... ......... ...26
    Limit of Liability .................................26
    Severability of Insurance .....................28
    Duties After Loss .... ... ... ... ...28
    Coverage M Requirements ....................29
    Payment of Claim – Coverage M or Damage
    to Property of Others . ... .... . ..... ......29
    Suit Against Us . ... .. .. ...... .....29
    Bankruptcy of an Insured .....................29
    Other Insurance – Coverage L .................29
**SECTION I AND SECTION II – CONDITIONS** .. .....29
    Policy Period ....................................29
    Concealment or Fraud .........................29
    Liberalization Clause .. ..... ...... ...30
    Waiver or Change of Policy Provisions ... ...30
    Cancellation ....................................30
    Nonrenewal ....................................30
    Assignment of Policy ..........................31

Subrogation and Reimbursement.................31
Death.... ... ...... ...  .....  ....... . 31
Conformity to State Law... ... .... ....... . 31
Premium ...........................................31
Right to Inspect...................................32
Joint and Individual Interests....................32
Change of Policy Address. ..........  ..... ...32
Electronic Delivery................................32
Our Rights Regarding Claim Information... ..32
Duties Regarding Claim Information...........33
**OPTIONAL POLICY PROVISIONS** ...............33
    Option AI – Additional Insured......................33
    Option BP – Business Property.... ....... ...33
    Option BU – Business Pursuits .... ....... ...33
    Option FA – Firearms ...........................34
    Option ID – Increased Dwelling Limit ..... . ..34
    Option IO – Incidental Business ................36
    Option JF – Jewelry and Furs.......... .........35
    Option OL – Building Ordinance or Law......36
    Option SG – Silverware and Goldware7
    Theft...... ...... ....... ......  ...... ...37

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

SECTION II – ADDITIONAL COVERAGES......21
    Claim Expenses.........................................24
    First Aid Expenses..................................24
    Damage to Property of Others ..............24
SECTION II – EXCLUSIONS..............................25
SECTION II – CONDITIONS ............................28
    Limit of Liability.......................................28
    Severability of Insurance......................28
    Duties After Loss ...................................28
    Coverage M Requirements...................29
    Payment of Claim – Coverage M or Damage
    to Property of Others..............................29
    Suit Against Us.......................................29
    Bankruptcy of an Insured .....................29
    Other Insurance – Coverage L ............29
SECTION I AND SECTION II – CONDITIONS......29
    Policy Period...........................................29
    Concealment or Fraud ..........................29
    Liberalization Clause..............................30
    Waiver or Change of Policy Provisions......30
    Cancellation.............................................30
    Nonrenewal ............................................30
    Assignment of Policy .............................31

    Subrogation and Reimbursement.............31
    Death.......................................................31
    Conformity to State Law.........................31
    Premium .................................................31
    Right to Inspect......................................32
    Joint and Individual Interests.................32
    Change of Policy Address .....................32
    Electronic Delivery.................................32
    Our Rights Regarding Claim Information.....32
    Duties Regarding Claim Information......33
OPTIONAL POLICY PROVISIONS......................33
    Option AI – Additional Insured...............33
    Option BP – Business Property.............33
    Option BU – Business Pursuits .............33
    Option FA – Firearms .............................34
    Option ID – Increased Dwelling Limit.....34
    Option IO – Incidental Business.............35
    Option JF – Jewelry and Furs................35
    Option OL – Building Ordinance or Law.....36
    Option SG – Silverware and Goldware/
    Theft.......................................................37

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

# HOMEOWNERS POLICY
## AGREEMENT

We agree to provide the insurance described in this policy:

1  based on your payment of premium, in a form acceptable to us, for the coverages you chose;

2  based on your compliance with all applicable provisions of this policy; and

3  based on the information you have given us and your statements in this agreement.

You agree, by acceptance of this policy, that:

1  you will pay premiums when due and comply with the provisions of this policy;

2  the statements in this agreement are your statements and are true;

3  we insure you on the basis your statements are true; and

4  this policy contains all of the agreements between you and us and any of our agents.

Unless otherwise indicated in the application, you state that during the five years preceding the time of your application for this insurance you have not had any losses, insured or not.

When you request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, we may adjust the premium in accordance with the change during the policy period and you must pay any additional premium due within the time we specify.

## DEFINITIONS

We define the following words and phrases for use throughout this policy.  These definitions apply to the singular, plural, and possessive forms of these words and phrases.  Defined words and phrases are printed in bold italics.

1  "*actual cash value*" means the value of the damaged part of the property at the time of loss, calculated as the estimated cost to repair or replace such property, less a deduction to account for pre-loss depreciation.  For this calculation, all components of this estimated cost including, but not limited to:

   a   materials, including any tax;

   b   labor, including any tax; and

   c   overhead and profit;

   are subject to depreciation.

   The depreciation deduction may include such considerations as:

   a   age;

   b   condition;

   c   reduction in useful life;

   d   obsolescence; and

   e   any pre-loss damage including wear, tear, or deterioration,

of the damaged part of the property.

2  "*bodily injury*" means physical injury, sickness, or disease to a person.  This includes required care, loss of services, and death resulting therefrom.

   *Bodily injury* does not include:

   a   any of the following which are communicable disease, bacteria, parasite, virus, or other organism, any of which are transmitted by any *insured* to any other person;

   b   the actual or alleged exposure to any such disease, bacteria, parasite, virus, or other organism by any *insured* to any other person; or

   c   emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

3  "*building structure*" means a structure fully enclosed with permanent walls and a roof.  A permanent wall or roof does not include any kind of temporary materials including but not limited to tarps, plastic sheeting, or other similar material.  A structure that is otherwise fully enclosed with permanent walls and a roof, that is undergoing repairs due to a recent *loss insured*, using materials such as tarps, plastic sheeting, or other similar material, is still considered a *building structure*.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

1                                                                    FP-7955.3

A *building structure* includes:

a. the foundation supporting the structure, including:

(1) slabs;

(2) basement walls;

(3) crawl space walls;

(4) footings; and

(5) gravel, stone, or sand, used as fill material and located not more than 12 inches directly below a slab described in item a.(1), including water supply lines, domestic water pipes, and sewer pipes located within the fill material; and

b. wall-to-wall carpeting attached to the structure.

4. "business" means any full-time or part-time activity, trade, profession, employment, or occupation or a commercial, mercantile, or industrial undertaking of an economic nature. It does not matter whether it is continuous or regular, is a secondary or supplemental source of income, or is an *insured's* principal means of livelihood. Profit and profit motive are irrelevant.

Business does not include:

a. volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;

b. incidental and infrequent personal economic activity such as a hobby, garage or yard care, or traditional farm activities when the farm products are intended only for the personal use of the *insured*;

c. any occasional or part-time self-employed activity by a person under 19 years of age that involves no employees or subcontracted independent contractors and is a type of activity normally performed by persons under 19 years of age, including but not limited to, child care, lawn mowing, or paper delivery;

d. the ownership, maintenance, or use of systems and equipment used to generate electrical power up to but not exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss; or

e. ownership of the *residence premises* by the person or organization shown in the *Declarations* as Additional Insured.

5. "Declarations" means the policy *Declarations*, any amended *Declarations*, the most recent renewal *Declarations*, an Evidence of Insurance form, or any endorsement changing any of these.

6. "diminution in value" means any reduction in the value of any covered property prior to or following repair or replacement as compared to the value of that property immediately before the loss.

7. "dwelling" means the *building structure* on the *residence premises* used as the primary private residence and includes structures attached to the dwelling.

8. "fungus" means any type or form of *fungus*, including mold, mildew, mycotoxins, spores, scents, or byproducts produced or released by fungi.

9. "Insured" means:

a. *you*;

b. *your relatives*; and

c. any other person under the age of 21 in the care of a person described above.

Under Section II, *insured* also means:

d. the person or organization legally responsible for animals or watercraft to which this policy applies. However, the animal or watercraft must be owned by *you* or a person included in 9.b. or 9.c. above. A person or organization using or having custody of these animals or watercraft in the course of a *business*, or without permission of the owner, is not an *insured*; and

e. with respect to any vehicle to which this policy applies, any person while engaged in *your* employment or the employment of a person included in 9.b. or 9.c. above.

10. "insured location" means:

a. the *residence premises*;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b. the part of any other premises, other structures, and grounds used by you as a residence. This includes premises, structures, and grounds you acquire while this policy is in effect for your use as a residence;

c. any premises used by you in connection with the premises included in 10.a. or 10.b. above;

d. any part of a premises not owned by an insured but where an insured is temporarily residing;

e. land owned by or rented to an insured on which a one or two family dwelling is being constructed as a residence for an insured;

f. individual or family cemetery plots or burial vaults owned by an insured;

g. any part of a premises occasionally rented to an insured for purposes other than business;

h. vacant land owned by or rented to an insured. For the purposes of this definition, vacant land does not include:

   (1) farmland;

   (2) land containing a residence; or

   (3) land containing fences, corrals, boat docks, tool sheds, barns, grain bins, and similar structures, unless they are used solely for the personal use of the insured; or

i. farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

11. "loss insured" means a loss as described under SECTION I – LOSSES INSURED, COVERAGE A – DWELLING and SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY.

12. "motor vehicle", when used in Section II of this policy, means:

a. a land motor vehicle designed for travel on public roads or subject to motor vehicle registration;

b. a trailer or semi-trailer designed for travel on public roads and subject to motor vehicle registration;

c. a "recreational or utility vehicle" while off an insured location. "Recreational or utility vehicle" means a motorized vehicle designed for recreation or utility purposes, used principally off public roads, and that is owned or leased by an insured. This includes, but is not limited to, a motorized all-terrain vehicle, side-by-side vehicle, utility work vehicle, amphibious vehicle, dune buggy, go-cart, golf cart, snowmobile, trailbike, minibike, and personal assistive mobility device. "Leased" does not include temporary rental;

d. a "locomotive" while off an insured location. "Locomotive" means a self-propelled vehicle for pulling or pushing freight or passenger cars on tracks that is large enough to carry a person and is owned or leased by an insured. "Leased" does not include temporary rental;

e. a bulldozer, track loader, backhoe, high-hoe, trencher, grader, crane, self-propelled scraper, excavator, pipelayer, cherry picker, telehandler, logging vehicle, mining vehicle, or road building vehicle that is owned or leased by an insured while off an insured location. "Leased" does not include temporary rental; and

f. any vehicle while being towed or pushed by or carried on a vehicle included in 12.a. through 12.e. above.

The following are not motor vehicles:

a. a boat, camper, home, or utility trailer not being towed or pushed by or carried on a vehicle included in 12.a. through 12.e. above;

b. a motorized land vehicle in storage on an insured location not intended to be operated for an extended period of time and rendered inoperable by placing the vehicle on blocks or removing parts essential for its operation;

c. a motorized golf cart while used for golfing purposes;

d. a motorized vehicle or trailer designed to assist persons with disabilities that is not designed for travel on public roads or subject to motor vehicle registration; or

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

a.  a commercially manufactured two, three, or four wheeled personal conveyance powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour.

13. **"occurrence"**, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a.  *bodily injury*; or

b.  *property damage*,

during the policy period. All *bodily injury* and *property damage* resulting from one accident, series of related accidents, or from continuous and repeated exposure to the same general conditions is considered to be one *occurrence*.

14. **"property damage"** means physical damage to or destruction of tangible property, including loss of use of this property. Theft or conversion of property by any *insured* is not property damage.

15. **"relative"** means any person related to *you* by:

a.  blood;

b.  adoption;

c.  marriage; or

d.  civil union, domestic partnership, or other substantially similar legal relationship that is recognized and valid in the state where, and at the time when, the legal relationship was established;

and who resides primarily with *you*.

16. **"residence employee"** means an employee of an *insured*, or an employee leased to an *insured* by a labor leasing firm under an agreement between an *insured* and the labor leasing firm, who performs duties, including household or domestic services, in connection with the maintenance or use of the *residence premises*. This includes employees who perform similar duties elsewhere for *you*. This does not include employees while performing duties in connection with the *business* of an *insured*.

17. **"residence premises"** means:

a.  the one, two, three, or four family dwelling, other structures and grounds; or

b.  that part of any other *building structure*;

where *you* reside and which is shown in the *Declarations*.

18. **"State Farm Companies"** means one or more of the following:

a.  State Farm Mutual Automobile Insurance Company;

b.  State Farm Fire and Casualty Company; and

c.  subsidiaries or affiliates of either 18.a. or 18.b. noted.

19. **"vacant dwelling"** means:

a.  a dwelling:

   (1) that has not been occupied as a residence for more than 30 consecutive days immediately before the loss; and

   (2) where a predominant amount of personal property has been removed or is absent such that the dwelling is not functional as a habitual place of residence.

   A dwelling will be considered occupied only if it is being used as a habitual place of residence with your knowledge and approval.

b.  A dwelling that is under active construction will not be considered a *vacant dwelling*. A dwelling is under active construction when it is:

   (1) being built as a new structure;

   (2) being repaired due to damage otherwise covered by this policy; or

   (3) undergoing substantial improvements, renovations, remodeling, or modifications;

   and the construction results in substantial construction activities by persons associated with the construction project at the premises during the relevant time periods.

20. **"we"**, **"us"**, and **"our"** mean the Company shown in the *Declarations*.

21. **"you"** and **"your"** mean the person or persons shown as "Named Insured" in the *Declarations*. If a "Named Insured" shown in the *Declarations* is a human being, then *you* and *your* include:

a.  a spouse of a "Named Insured";

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b. a party to a civil union with a "Named Insured";

c. a domestic partner of a "Named Insured"; or

d. a person in a substantially similar legal relationship with a "Named Insured";

d. such relationship is recognized and valid in the state where, and at the time when, the legal relationship was established, so long as the person in the above relationship resides, primarily with that "Named Insured".

## DEDUCTIBLE

In case of loss under this policy, we will pay, subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the *Declarations*. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1. **Dwelling.** We cover the dwelling and materials and supplies located on or adjacent to the *residence premises* for use in the construction, alteration, or repair of the dwelling or other structures on the *residence premises*.

2. **Other Structures.** We cover other structures on the *residence premises*, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line, or similar connection are considered to be other structures.

   We do not cover other structures:

   a. not permanently attached to or otherwise forming a part of the realty;

   b. used either completely or in part for business purposes unless such use consists solely of office space for paperwork, computer work, or use of a telephone, and consists solely of activities that are

      (1) duties of the insured's employment by another; and

      (2) performed solely by the insured; or

   c. rented or held for rental unless:

      (1) rented to a person who is a tenant of the dwelling;

      (2) rented for use solely as a private garage; or

      (3) rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss.

3. **Property Not Covered.** We do not cover:

   a. land, including the land necessary to support any Coverage A property. We also do not cover:

      (1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

      (2) the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A;

   b. trees, shrubs, live or artificial plants, lawns, or similar grass, except as provided in SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping; or

   c. systems and equipment used to generate electrical power exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss.

### COVERAGE B – PERSONAL PROPERTY

1. **Property Covered.**

   a. We cover personal property owned or used by an insured while it is anywhere in the world. This includes structures not permanently attached to or otherwise forming a part of the realty. At your request, we will cover personal property:

      (1) owned by others while the property is on the part of the *residence premises* occupied exclusively by an insured;

      (2) owned by a guest or a residence employee, while the property is in any other residence occupied by an insured; and

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b. a party to a civil union with a "Named Insured";

c. a domestic partner of a "Named Insured"; or

d. a person in a substantially similar legal relationship with a "Named Insured";

d. if such relationship is recognized and valid in the state where, and at the time when, the legal relationship was established, so long as the person in the above relationship resides primarily with that "Named Insured".

## DEDUCTIBLE

In case of loss under this policy, we will pay, subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the Declarations. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1. **Dwelling.** We cover the dwelling and materials and supplies located on or adjacent to the *residence premises* for use in the construction, alteration, or repair of the dwelling or other structures on the *residence premises*.

2. **Other Structures.** We cover other structures on the *residence premises*, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line, or similar connection are considered to be other structures.

   We do not cover other structures:

   a. not permanently attached to or otherwise forming a part of the realty;

   b. used either completely or in part for business purposes unless such use consists solely of office space for paperwork, computer work, or use of a telephone, and consists solely of activities that are:

      (1) duties of the *insured's* employment by another; and

      (2) performed solely by the *insured*; or

   c. rented or held for rental unless:

      (1) rented to a person who is a tenant of the dwelling;

      (2) rented for use solely as a private garage; or

      (3) rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss.

3. **Property Not Covered.** We do not cover:

   a. land including the land necessary to support any Coverage A property. We also do not cover:

      (1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

      (2) the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A;

   b. trees, shrubs, live or artificial plants, lawns, or artificial grass, except as provided in SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping; or

   c. systems and equipment used to generate electrical power exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss.

### COVERAGE B – PERSONAL PROPERTY

1. **Property Covered.**

   a. We cover personal property owned or used by an *insured* while it is anywhere in the world. This includes structures not permanently attached to or otherwise forming a part of the realty. At your request, we will cover personal property:

      (1) owned by others while the property is on the part of the *residence premises* occupied exclusively by an *insured*;

      (2) owned by a guest or a residence employee, while the property is in any other residence occupied by an *insured*; and

© Copyright 2017 State Farm Mutual Automobile Insurance Company, 2017

(3) owned by roomers, boarders, tenants, and other residents, any of whom are related to you

b. We cover personal property usually located at an insured's residence, other than the residence premises, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property:

(1) in a newly acquired principal residence for the first 30 days after you start moving the property there. If the residence premises is a newly acquired principal residence, personal property in your immediate past principal residence is not subject to this limitation for the first 30 days after the inception of this policy; and

(2) of a student who is an insured while located at a residence away from the residence premises

Special Limits of Liability. These limits do not increase the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category.

a. $200 on money, coins, and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware, silver other than silverware, and platinum;

b. $1,500 on property used or intended for use in a business, including merchandise held as samples or for sale or for delivery after sale, while on the residence premises. This coverage is limited to $750 on such property away from the residence premises.

Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this coverage, and is addressed in item c. below.

c. $10,000 on electronic data processing system equipment used or intended for use in a business, including but not limited to computers, tablets, mobile personal communication equipment, global positioning systems, mobile personal electronic devices used for the reproduction of sound, and standard media or non-media equipment for use with the above devices.

d. $1,500 on securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, and tickets;

e. $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f. $1,500 on trailers not used with watercraft;

g. $2,500 on stamps, trading cards, and comic books, including any of these that are a part of a collection;

h. $2,500 for loss by theft of firearms;

i. $2,500 for loss by theft of silverware and goldware;

j. $5,000 on any one article and $10,000 in the aggregate for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k. $1,000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour. This does not include such conveyances that are:

(1) designed for assisting persons with disabilities;

(2) not designed for travel on public roads; and

(3) not subject to motor vehicle registration; and

l. $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. Property Not Covered. We do not cover:

a. articles separately described and specifically insured in this or any other insurance;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

(3) owned by roomers, boarders, tenants, and other residents, any of whom are related to you.

b  We cover personal property usually located at an *insured's* residence, other than the *residence premises*, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property.

(1) in a newly acquired principal residence for the first 30 days after you start moving the property there. If the *residence premises* is a newly acquired principal residence, personal property in your immediate past principal residence is not subject to this limitation for the first 30 days after the exception of this policy; and

(2) of a student who is an *insured* while located at a residence away from the *residence premises*.

**Special Limits of Liability.** These limits do not increase the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category.

a  $200 on money, coins, and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware, silver other than silverware, and platinum.

b  $1,500 on property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, while on the *residence premises*. This coverage is limited to $750 on such property away from the *residence premises*.

Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this coverage, and is addressed in item c. below.

c  $10,000 on electronic data processing system equipment used or intended for use in a *business*, including but not limited to computers, tablets, mobile personal communication equipment, global positioning systems, mobile personal electronic devices used for the reproduction of sound,

and standard media or non-media equipment for use with the above devices;

d  $1,500 on securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, and tickets;

e  $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment;

f  $1,500 on trailers not used with watercraft

g  $2,500 on stamps, trading cards, and comic books, including any of these that are a part of a collection;

h  $2,500 for loss by theft of firearms;

i  $2,500 for loss by theft of silverware and goldware;

j  $5,000 on any one article and $10,000 in the aggregate for loss by theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging, or other similar article;

k  $1,000 on commercially manufactured two, three, or four wheeled personal conveyances powered only by or assisted by an unmodified motor or engine with a manufacturer's power rating of no more than 1 horsepower and capable of a top speed of no more than 20 miles per hour. This does not include such conveyances that are:

(1) designed for assisting persons with disabilities;

(2) not designed for travel on public roads; and

(3) not subject to motor vehicle registration; and

l  $1,000 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2  **Property Not Covered.** We do not cover:

a.  articles separately described and specifically insured in this or any other insurance.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b. animals, birds, or fish;

c. any engine-propelled or motor-propelled vehicle or machine, including parts, designed for movement on land, except as provided in Special Limits of Liability, item 9. However, we do cover those vehicles or machines:

   (1) that are:

      (a) not designed for travel on public roads; and

      (b) not subject to motor vehicle registration;

   (2) and that are:

      (a) used primarily to service the *insured location*; or

      (b) designed for assisting persons with disabilities;

d. any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or hard-wired directly to the vehicle's electrical system. We also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e. aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f. property of roomers, boarders, tenants, and other residents not related to you;

g. property regularly rented or held for rental to others by an *insured*. This does not apply to property of an *insured*:

   (1) in a sleeping room when the *dwelling* is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

(2) on the *residence premises* if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h. property rented or held for rental to others away from the *residence premises*;

i. any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or that is hard-wired directly to the vehicle's electrical system;

j. books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. We will cover the cost of blank books, cards, or other blank material plus the cost of labor you incur for transcribing or copying such records;

k. recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l. purchased or created audio, video, photos, or other data that cannot be replaced with like kind and quality on the current retail market and that is transferred or downloaded onto mobile communication equipment, global positioning systems, or electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m. contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n. outdoor hardscape property used for aesthetic purposes except as provided in SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping; or

o. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

7

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

FP-7955.1

b   animals, birds, or fish;

c   any engine-propelled or motor-propelled vehicle or machine, including parts, designed for movement on land, except as provided in Special Limits of Liability, item 9. However, we do cover those vehicles or machines:

   (1)   that are:

      (a)   not designed for travel on public roads; and

      (b)   not subject to motor vehicle registration; and

   (2)   and that are:

      (a)   used primarily to service the *insured location*; or

      (b)   designed for assisting persons with disabilities;

d   any electronic equipment, devices, or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or hardwired directly to the vehicle's electrical system. We also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in an engine-propelled or motor-propelled vehicle;

e   aircraft and parts. This does not apply to unmanned aircraft systems used as model aircraft and operated solely for recreational or hobby purposes;

f   property of roomers, boarders, tenants, and other residents not related to you;

g   property regularly rented or held for rental to others by an *insured*. This does not apply to property of an *insured*:

   (1)   in a sleeping room when the dwelling is rented in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

   (2)   on the *residence premises* if it is rented, either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

h   property rented or held for rental to others away from the *residence premises*;

i   any radio devices or transmitters, global positioning systems, radar or laser detectors, antennas, and all other similar equipment that is permanently installed in or permanently fastened to an engine-propelled or motor-propelled vehicle or that is hardwired directly to the vehicle's electrical system;

j   books or records of accounts receivable, abstracts or other journals, architectural or technical drawings, card index systems, or other records. This does not apply to any recording or storage media for electronic data processing. We will cover the cost of blank books, cards, or other blank material plus the cost of labor you incur for transcribing or copying such records;

k   recording or storage media for electronic data processing that cannot be replaced with property of like kind and quality on the current retail market;

l   purchased or created audio, video, photos, or other data that cannot be replaced with like kind and quality on the current retail market and that is transferred or downloaded onto mobile communication equipment, global positioning systems, or electronic devices designed for the recording, reproduction, or storage of audio, video, photos, or other data;

m   contraband, or any property used in the course of illegal consumption, possession, import, export, or trade;

n   outdoor hardscape property used for aesthetic purposes except as provided in SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping; or

o   electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

## COVERAGE C – LOSS OF USE

The most we will pay for the sum of all losses combined under Additional Living Expense, Fair Rental Value, and Prohibited Use is the limit of liability shown in the *Declarations* for Coverage C – Loss of Use.

1. **Additional Living Expense.** When a *loss insured* causes the *residence premises* to become uninhabitable, we will pay the reasonable and necessary increase in cost incurred by an insured to maintain their normal standard of living for up to 24 months. Our payment is limited to incurred costs for the shortest of:

   a the time required to repair or replace the premises;

   b the time required for *your* household to settle elsewhere; or

   c. 24 months.

   This period of time is not limited by the expiration of this policy.

   We will not pay more than the limit of liability shown in the Declarations for Coverage C – Loss of Use. Any normal expenses that are reduced or discontinued due to a *loss insured* will be subtracted from any amount owed.

2. **Fair Rental Value.** When a loss insured causes that part of the *residence premises* rented to others or held for rental by *you* to become uninhabitable, we will pay its fair rental value. Payment will be for the shortest time required to repair or replace the part of the premises rented or held for rental, but not to exceed 12 months. This period of time is not limited by the expiration of this policy. Fair rental value will not include any expense that does not continue while that part of the *residence premises* rented or held for rental is uninhabitable.

3. **Prohibited Use.** We will pay Additional Living Expense and Fair Rental Value, for a continuous period not to exceed two weeks, beginning when a civil authority issues an order of evacuation or prohibits *your* use of the *residence premises*, provided that:

   a direct physical damage occurs to any property, other than covered property located on the *residence premises*, arising from a cause of loss that would be a *loss insured* under this policy

if the damage had occurred to property on the *residence premises*;

   b. the *residence premises* is within one mile of property damaged by a cause of loss identified in 3.a. above; and

   c. the action of the civil authority is taken in response to:

   (1) dangerous physical conditions resulting from the continuation of the cause of loss identified in 3.a. above;

   (2) dangerous physical conditions resulting from the damage caused by the cause of loss identified in 3.a. above; or

   (3) the need to gain free access to property damaged by the cause of loss identified in 3.a. above

   We will not pay for loss or expense due to cancellation of a lease or agreement.

## SECTION I – ADDITIONAL COVERAGES

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy

1. **Debris Removal.** We will pay the reasonable expenses you incur in the removal of debris of covered property damaged by a *loss insured*. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

   a When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Landscaping

   b. We will also pay up to $1,000 total for each loss to cover the reasonable expenses you incur in the removal of tree debris and stumps from the *residence premises*, unless otherwise excluded. This coverage applies when:

   (1) the tree has caused a *loss insured* to Coverage A property; or

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

(2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

  (a) the driveway, on the *residence premises*, and prevents land motor vehicle access to or from the dwelling; or

  (b) a ramp designed to assist persons with disabilities, on the *residence premises*, and prevents access to or from a building structure

2. **Temporary Repairs.** If damage is caused by a *loss insured*, we will pay the reasonable and necessary cost *you* incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

3. **Trees, Shrubs, and Landscaping.** We will pay for accidental direct physical loss to outdoor:

  a.  trees, shrubs, live or artificial plants, and lawns;

  b.  artificial grass; and

  c.  hardscape property used for aesthetic purposes not permanently affixed to realty;

on the *residence premises*, caused by the following perils: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles (not owned or operated by a resident of the *residence premises*), Vandalism or malicious mischief, or Theft

The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the *Declarations* for COVERAGE A – DWELLING. We will not pay more than $750 for any one outdoor tree, shrub, plant, or hardscape item, including debris removal expense. This coverage may increase the limit otherwise applicable. We will not pay for any loss to property grown for business purposes.

4. **Fire Department Service Charge.** We will pay up to $500 per occurrence for fire department charges incurred when the fire department is called to save or protect Coverage A property from fire, lightning, or explosion. No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** We will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a *loss insured*. This coverage also applies to the property

for up to 30 days while removed. We will also pay for reasonable expenses incurred by *you* for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

  a.  We will pay up to $1,000 for:

    (1) the legal obligation of an *insured* to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an *insured's* name. If an *insured* has not complied with all terms and conditions under which the cards are issued, we will not pay for use by an *insured* or anyone else.

    (2) loss to an *insured* caused by forgery or alteration of any check or negotiable instrument; and

    (3) loss to an *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

    No deductible applies to this coverage.

    We will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

  b.  We will not pay for loss arising out of business pursuits or dishonesty of an *insured*.

  c.  Defense.

    (1) *We* may make any investigation and settle any claim or suit that *we* decide is appropriate. Our obligation to defend claims or suits ends when the amount *we* pay for the loss equals our limit of liability.

    (2) If claim is made or a suit is brought against an *insured* for liability under the Credit Card or Bank Fund Transfer Card coverage, we will provide a defense. This defense is at our expense by counsel of our choice.

    (3) We have the option to defend at our expense an *insured* or an *insured's* bank

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

(2) the tree debris felled by windstorm, hail, or weight of snow or ice blocks:

    (a) the driveway, on the *residence premises*, and prevents land motor vehicle access to or from the dwelling; or

    (b) a ramp designed to assist persons with disabilities, on the *residence premises*, and prevents access to or from a building structure

2. **Temporary Repairs.** If damage is caused by a *loss insured*, we will pay the reasonable and necessary cost you incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

3. **Trees, Shrubs, and Landscaping.** We will pay for accidental direct physical loss to outdoor:

  a. trees, shrubs, live or artificial plants, or driveway;

  b. artificial grass; and

  c. hardscape property used for aesthetic purposes not permanently affixed to realty;

on the *residence premises*, caused by the following perils: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles (not owned or operated by a resident of the *residence premises*), Vandalism or malicious mischief, or Theft

The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the **Declarations** for COVERAGE A – DWELLING. We will not pay more than $750 for any one outdoor tree, shrub, plant, or hardscape item, including debris removal expense. This coverage may increase the limit otherwise applicable. We will not pay for any loss to property grown for business purposes.

4. **Fire Department Service Charge.** We will pay up to $500 per occurrence for fire department charges incurred when the fire department is called to save or protect Coverage A property from fire, lightning, or explosion. No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** We will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a *loss insured*. This coverage also applies to the property

for up to 30 days while removed. We will also pay for reasonable expenses incurred by *you* for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed.

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

  a. We will pay up to $1,000 for:

    (1) the legal obligation of an *insured* to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an *insured's* name. If an *insured* has not complied with all terms and conditions under which the cards are issued, we will not pay for use by an *insured* or anyone else;

    (2) loss to an *insured* caused by forgery or alteration of any check or negotiable instrument; and

    (3) loss to an *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

  No deductible applies to this coverage.

  We will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

  b. We will not pay for loss arising out of business pursuits or dishonesty of an *insured*.

  c. Defense:

    (1) We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend claims or suits ends when the amount we pay for the loss equals our limit of liability.

    (2) If claim is made or a suit is brought against an insured for liability under the Credit Card or Bank Fund Transfer Card coverage, we will provide a defense. This defense is at our expense by counsel of our choice.

    (3) We have the option to defend at our expense an *insured* or an *insured's* bank

9

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** We will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the *residence premises*. The power interruption must be caused by a *loss insured* occurring on the *residence premises*. The power lines off the *residence premises* must remain energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the *residence premises* for loss due to power failure or mechanical failure. If mechanical failure or power failure is known to you, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

   a. removal of a plug from an electrical outlet; or
   b. turning off an electrical switch unless caused by a *loss insured*.

   This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** We will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased regardless of the number of persons providing information.

10. **Volcanic Action.** We will pay for accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure* resulting from the eruption of a volcano when the loss is directly and immediately caused by:

   a. airborne volcanic shock waves;
   b. ash, dust, or particulate matter; or
   c. lava flow.

   We will also pay for the removal of that ash, dust, or particulate matter that has caused accidental direct physical loss to a covered *building structure* or covered property contained in a *building structure*.

All volcanic eruptions that occur within any 168-hour period will be considered one volcanic eruption.

This coverage does not increase the limit applying to the damaged property.

11. **Collapse.** We will pay for accidental direct physical loss to covered property involving the abrupt, entire collapse of a *building structure* or any part of a *building structure*.

   a. Collapse means the abrupt and entire falling down, caving in, or falling into pieces of a *building structure* or any part of a *building structure*. Collapse does not include any of the following:

      (1) setting, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending;
      (2) substantial structural impairment;
      (3) imminent or threatened collapse;
      (4) a *building structure* or any part of a *building structure* that is in danger of falling down or caving in; or
      (5) a part of a *building structure* that is standing even if:
         (a) it has separated from another part of the *building structure*; or
         (b) it shows evidence of setting, cracking, crumbling, deterioration, shrinking, bulging, expansion, sagging, bowing, leaning, or bending.

   b. The collapse must be directly and immediately caused by one or more of the following:
      (1) perils described in SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY. These perils apply to *building structures* covered under Coverage A or Coverage B for loss insured by this Additional Coverage;
      (2) decay or deterioration or damage from animals, birds, or insects to:
         (a) a connector; or
         (b) a structural member of a *building structure*;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

The decay, deterioration, or damage must be hidden from view and unknown to all *insureds* prior to the collapse;

(3) weight of contents, equipment, animals, or people;

(4) weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or

(5) use of defective material or methods in the construction (includes remodeling or renovation) of the *building structure*, if the collapse occurs during the course of the construction of the *building structure*.

Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations (including slabs, basement walls, and crawl space walls), retaining walls, bulkheads, piers, wharfs, docks, trellises, or antennas and their supporting structures is not included under items (2), (3), and (4) immediately above unless the loss is the direct and immediate result of the collapse of a *building structure* or any part of a *building structure*.

This coverage does not increase the limit applying to the damaged property.

12. **Locks and Remote Devices.** *We* will pay up to $1,000 for each loss for the reasonable expenses *you* incur to rekey, replace, recode, program, or reprogram locks on exterior doors to the *dwelling* or other structures located on the *residence premises* when the keys or remote devices used with those doors are part of a covered theft loss. This coverage includes remote devices designed solely for locking, unlocking, opening, or closing doors, including garage doors and gates.

No deductible applies to this coverage.

13. **Fuel Oil Release.** *We* will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household tank, apparatus, or pipes that are part of a heating unit for the *dwelling*. This includes damage to covered property resulting from accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

This coverage includes surface clean up only. *We* will not pay for:

a. the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

b. the cost of testing, monitoring, removing, treating, or collecting of soil, air, or water.

This coverage does not increase the limit applying to the damaged property.

14. **Tear Out.** If a loss insured to Coverage A property is caused by water, steam, or sewage escaping from a system or appliance, *we* will also pay the reasonable cost *you* incur to tear out and replace only that particular part of the *building structure* necessary to gain access to the specific point of that system or appliance from which the water, steam, or sewage escaped. *We* will not pay for the cost of repairing or replacing the system or appliance itself. This coverage does not increase the limit applying to Coverage A property.

15. **Home Certification.** If damage to covered property is caused by a *loss insured*, *we* will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the *dwelling's* FORTIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss. This coverage does not increase the limit applying to the damaged property.

*We* will not pay:

a. any increase in cost until the repair or replacement of the property is complete; or

b. for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the *dwelling* except as provided under OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.

This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the *Declarations*.

**INFLATION COVERAGE**

The limits of liability shown in the *Declarations* for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the *Declarations*.

To find the limits on a given date:

1. divide the index on that date by the index as of the effective date of this Inflation Coverage provision; then

2. multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the *Declarations*.

If during the term of this policy the Coverage A limit of liability is changed at your request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of each change.

## SECTION I – LOSSES INSURED

### COVERAGE A – DWELLING

We will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in SECTION I – LOSSES NOT IN-SURED or otherwise excluded or limited in this policy. However, loss does not include and we will not pay for, any diminution in value.

### COVERAGE B – PERSONAL PROPERTY

We will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in SECTION I – LOSSES NOT INSURED or otherwise excluded or limited in this policy. However, loss does not include and we will not pay for, any diminution in value.

1. Fire or lightning.

2. Windstorm or hail. This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through the opening.

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a building structure.

3. Explosion.

4. Riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles, meaning accidental direct physical loss to covered property caused by the weight, force, power, or movement of a vehicle.

   a. This includes:

      (1) the impact of a vehicle;

      (2) an object propelled from the tire or body of a vehicle;

      (3) the upset or collision of a vehicle with a stationary object or other vehicle, including damage to personal property carried on the exterior of the vehicle; or

      (4) a vehicle door or trunk lid being closed on personal property.

   b. This peril does not include loss:

      (1) to personal property that falls off a vehicle and strikes the ground, any other surface, or any object;

      (2) caused by shifting of the load being carried in or on a vehicle; or

      (3) to the vehicle itself unless the vehicle is property covered under COVERAGE B – PERSONAL PROPERTY and the loss is caused by the weight, force, power, or movement of another vehicle.

7. Smoke, meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. Vandalism or malicious mischief, meaning only willful and malicious damage to or destruction of property.

9. Theft, including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

   This peril does not include:

   a. loss of a precious or semi-precious stone from its setting;

   b. loss caused by theft:

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

(1) committed by an *insured* or by any other person regularly residing on the *insured location*. Property of a student who is an *insured* is covered while located at a residence away from the *residence premises*, if the theft is committed by a person who is not an *insured*;

(2) in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

(3) from the part of a *residence premises* rented to others:

(a) caused by a tenant, members of the tenant's household, or the tenant's employees unless the *residence premises* is rented either completely or in part, for exclusive use as a residence, for no more than 30 nights in the 12-month period prior to the date of the loss;

(b) of money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins, and medals;

(c) of securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, and stamps; or

(d) of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones; or

c. loss caused by theft that occurs away from the *residence premises*:

(1) property while at any other residence owned, rented to, or occupied by an *insured*, except while an *insured* is temporarily residing there. Property of a student who is an *insured* is covered while at a residence away from the *residence premises*.

(2) watercraft of all types, including their furnishings, equipment, and outboard motors; or

(3) trailers and campers designed to be pulled by or carried on a vehicle.

If the *residence premises* is a newly acquired principal residence, property in the immediate past principal residence will not be considered property away from the *residence premises* for the first 30 days after the inception of this policy.

10. **Falling objects.** This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow, or sleet** that causes damage to property contained in a structure.

12. **Abrupt and accidental discharge or overflow of water, steam, or sewage** from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

a. to the system or appliance from which the water, steam, or sewage escaped;

b. caused by or resulting from:

(1) freezing;

(2) water or sewage from outside the *residence premises* plumbing system that enters through sewers or drains, or water that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area; or

(3) the pressure from or presence of tree, shrub, or plant roots; or

c. that occurs or develops over a period of time and is caused by or resulting from:

(1) condensation or the presence of humidity, moisture, or vapor; or

(2) seepage or leakage of water, steam, or sewage that is

© Copyright, State Farm Mutual Automobile Insurance Company, 2017   FP-7111

(e) continuous;

(b) repeating;

(c) gradual;

(d) intermittent,

(e) slow; or

(f) trickling

13. **Abrupt and accidental tearing asunder, cracking, burning, or bulging** of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss:

a    caused by or resulting from freezing, or

b    that occurs or develops over a period of time and is caused by or resulting from:

  (1)  condensation or the presence of humidity, moisture, or vapor; or

  (2)  seepage or leakage of water or steam that is:

  (a)  continuous;

  (b)  repeating;

  (c)  gradual;

  (d)  intermittent,

  (e)  slow; or

  (f)  trickling

14. **Freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include:

a.    loss to a portable hot tub or portable spa unless you have used reasonable care to prevent freezing, or

b.    loss on the *residence premises* unless you have used reasonable care to:

  (1)  maintain heat in the building structure at 55 degrees Fahrenheit or higher; or

  (2)  shut off the water supply and drain the system and appliances of water.

  However, if the building structure is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building structure at 55 degrees Fahrenheit or higher for coverage to apply.

15. **Abrupt and accidental damage to electrical appliances, devices, fixtures, and wiring** from an increase or decrease of artificially generated electrical current. We will pay up to $3,000 under this peril for each damaged item described above.

16. **Breakage of glass**, meaning damage to personal property caused by breakage of glass that is a part of a structure on the *residence premises*. We will not pay for loss or damage to the glass.

17. **Wild bears or deer**, meaning damage caused by wild bears or deer to property located in a building structure.

## SECTION I – LOSSES NOT INSURED

1.  We will not pay for any loss to the property described in Coverage A that consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through m. below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

a    collapse, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Collapse.**

b    freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or

of a household appliance; or discharge, leakage, or overflow from within the system or appliance caused by freezing. This does not apply if you have used reasonable care to:

  (1)  maintain heat in the building structure at 55 degrees Fahrenheit or higher; or

  (2)  shut off the water supply and drain the system and appliances of water.

  However, if the building structure is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

building structure at 55 degrees Fahrenheit or higher for coverage to apply.

c. freezing, thawing, pressure, or weight of water, ice, snow, or sleet, whether driven by wind or not, to:

(1) a swimming pool, hot tub, or spa, including their covers, filtration, and circulation systems; or

(2) an awning, fence, pavement, patio, foundation (including slabs, basement walls, crawl space walls, and footings), retaining wall, bulkhead, pier, wharf, or dock;

d. theft in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied.

e. theft, vandalism, malicious mischief, or breakage of glass and safety glazing materials if the dwelling is a vacant dwelling;

f. seepage or leakage of water, steam, or sewage that occurs or develops over a period of time:

(1) and is:

(a) continuous;

(b) repeating;

(c) gradual;

(d) intermittent;

(e) slow; or

(f) trickling; and

(2) from a:

(a) heating, air conditioning, or automatic fire protective sprinkler system;

(b) household appliance; or

(c) plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing failure, including their walls, ceilings, or floors.

We also will not pay for losses arising from condensation or the presence of humidity, moisture, or vapor that occurs or develops over a period of time.

Item f. does not apply if the seepage or leakage of water, steam, or sewage is hidden from view within the walls, ceilings, or floors, and unknown by the insured;

g. wear, tear, decay, marring, scratching, deterioration inherent vice, latent defect, or mechanical breakdown;

h. corrosion, electrolysis, or rust;

i. wet or dry rot;

j. contamination or pollution, meaning the presence, discharge, dispersal, seepage, migration, release, or escape of contaminants or pollutants at or from any source. This does not apply if the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in SECTION I – LOSSES IN-SURED, COVERAGE B – PERSONAL PROPERTY.

(1) Contaminants and pollutants include but are not limited to any:

(a) solid, liquid, gaseous, or thermal irritant, including smoke from agricultural smudging or industrial operations, smog, soot, vapor, fumes, acids, alkalis, chemicals, pathogens, noxious substances, asbestos, or lead;

(b) contaminants or pollutants resulting from any natural resource extraction activities; or

(c) fuel oil except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Fuel Oil Release.

(2) We also will not pay for:

(a) losses arising from contamination or pollution caused by or resulting from defective building materials, nuclear substances, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed;

(b) the cost to extract contaminants or pollutants from land, water, or air, or the cost to remove, restore, or replace contaminated or polluted land, water, or air; or

© Copyright State Farm Mutual Automobile Insurance Company, 2017

of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray or surge from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the residence premises plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a building structure, sidewalk, driveway, swimming pool, or other structure; or

(9) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(8) above.

However, we will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a loss insured.

d. Neglect, meaning neglect of the insured to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

e. War, including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental.

f. Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be

considered loss caused by fire, explosion, or smoke.

However, we will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a loss insured.

g. Fungus, including:

(1) any loss of use or delay in rebuilding, repairing, or replacing covered property, including any associated cost or expense, due to interference at the residence premises or location of the rebuilding, repair, or replacement of that property, by fungus;

(2) any remediation of fungus, including the cost or expense to:

(a) remove the fungus from covered property or to repair, restore, or replace that property;

(b) tear out and replace any part of the building structure or other property as needed to gain access to the fungus; or

(c) contain, treat, detoxify, neutralize or dispose of or in any way respond to or assess the effects of the fungus; or

(3) the cost of any testing or monitoring of air or property to confirm the type, absence, presence, or level of fungus, whether performed prior to, during, or after removal, repair, restoration, or replacement of covered property.

However, item g. does not apply if fungus results from an accidental direct physical loss caused by fire or lightning.

h. Intentional Losses. If any insured intentionally causes or procures a loss to property covered under this policy, we will not pay any insured for the loss. This applies regardless of whether the insured is charged with or convicted of a crime.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

FP-2111

This does not apply to:

(1) an *insured* who did not participate in, co-operate in, or contribute to causing the loss; or

(2) a claim of an innocent *insured*, to the extent of the innocent *insured's* interest in the covered property, if the loss:

  (a) arises out of family violence against an innocent *insured*; and

  (b) is caused by an intentional act of an *insured* against whom a family violence complaint is brought.

3   We will not pay for, under any part of this policy, any loss consisting of one or more of the items below. Further, we will not pay for any loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

  a.   conduct, act, failure to act, or decision of any person, group, organization, or governmental

body whether intentional, wrongful, negligent, or without fault;

b.   defect, weakness, inadequacy, fault, or unsoundness in:

  (1) planning, zoning, development, surveying, or siting;

  (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

  (3) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

  (4) maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the *residence premises*; or

c.   weather conditions.

However, we will pay for any resulting loss from items 3.a., 3.b., and 3.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

## SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the *Declarations* apply. *We* will settle covered property losses according to the following. However, the valuation of any covered property losses does not include, and we will not pay, any amount for diminution in value.

### COVERAGE A – DWELLING

1.   A1 – Replacement Cost Loss Settlement – Similar Construction.

  a.   We will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the *Declarations*, the damaged part of the property covered under SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING, except for wood fences, subject to the following:

  (1) until actual repair or replacement is completed, we will pay only the actual cash value of the damaged part of the property, up to the applicable limit of liability shown

in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property;

(2) when the repair or replacement is actually completed, we will pay the covered additional amount you actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the *Declarations*, whichever is less;

(3) to receive any additional payments on a replacement cost basis, you must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify us within 30 days after the work has been completed; and

(4) we will not pay for increased costs resulting from enforcement of any ordinance or

© Copyright, State Farm Mutual Automobile Insurance Company, 2017   FP-2111

law regulating the construction, repair, or demolition of a building structure or other structure, except as provided under OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.

b   Wood Fences:  *We* will pay the *actual cash value* for loss or damage to wood fences, not to exceed the limit of liability shown in the *Declarations* for COVERAGE A – Other Structures.

2   **A2 – Replacement Cost Loss Settlement – Common Construction.**

a   *We* will pay the cost to repair or replace with common construction and on the same use on the premises shown in the *Declarations*, the damaged part of the property covered under SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING, except for wood fences, subject to the following:

(1)   *we* will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction. *We* will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

(2)   until actual repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged part of the property, up to the applicable limit of liability shown in the *Declarations*, not to exceed the cost to repair or replace the damaged part of the property as described in a.(1) above;

(3)   when the repair or replacement is actually completed as described in a.(1) above, *we* will pay the covered additional amount *you* actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the *Declarations*, whichever is less;

(4)   to receive any additional payment on a replacement cost basis, *you* must complete the actual repair or replacement of the damaged part of the property within

two years after the date of loss, and notify us within 30 days after the work has been completed; and

(5)   *we* will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a building structure or other structure, except as provided under OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law

b.   Wood Fences:  *We* will pay the *actual cash value* for loss or damage to wood fences, not to exceed the limit of liability shown in the *Declarations* for COVERAGE A – Other Structures

**COVERAGE B – PERSONAL PROPERTY**

1.   **B1 – Limited Replacement Cost Loss Settlement.**

a.   *We* will pay the cost to repair or replace property covered under SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY, except for property listed in item b. below, subject to the following:

(1)   until repair or replacement is completed, *we* will pay only the *actual cash value* of the damaged property;

(2)   after repair or replacement is completed, *we* will pay the difference between the *actual cash value* and the cost *you* have actually and necessarily spent to repair or replace the property; and

(3)   if property is not repaired or replaced within two years after the date of loss, *we* will pay only the *actual cash value*

b.   *We* will pay market value at the time of loss for:

(1)   antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2)   articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3)   property not useful for its intended purpose.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017
FP-7911

However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) our cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

2   B2 – Depreciated Loss Settlement.

a   We will pay the actual cash value for property covered under SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY, except for property listed in item b. below.

b   We will pay market value at the time of loss for:

(1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

(2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

(3) property not useful for its intended purpose.

However, we will not pay an amount exceeding the smallest of the following for items a. and b. above:

(1) our cost to replace at the time of loss;

(2) the full cost of repair;

(3) any special limit of liability described in this policy; or

(4) any applicable Coverage B limit of liability.

## SECTION I – CONDITIONS

1   Insurable Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we will not be liable:

a   to the insured for an amount greater than the insured's interest; or

b   for more than the applicable limit of liability.

2   Your Duties After Loss. After a loss to which this insurance may apply, you must cooperate with us in the investigation of the claim and also see that the following duties are performed:

a   give immediate notice to us or our agent and also notify:

(1) the police if the loss is caused by theft, vandalism, or any other criminal act; and

(2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;

b   protect the property from further damage or loss and also:

(1) make reasonable and necessary temporary repairs required to protect the property; and

(2) keep an accurate record of repair expenses;

c   prepare an inventory of damaged or stolen personal property:

(1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

(2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d   as often as we reasonably require:

(1) exhibit the damaged property;

(2) provide us with any requested records and documents and allow us to make copies;

(3) while not in the presence of any other insured

(a) give statements; and

(b) submit to examinations under oath; and

(4) produce employees, members of the insured's household, or others for examination under oath to the extent it is within the insured's power to do so; and

e   submit to us, within 60 days after the loss, your signed, sworn proof of loss that sets forth, to the best of your knowledge and belief:

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

(1) the time and cause of loss;

(2) interest of the insured and all others in the property involved and all encumbrances on the property

(3) other insurance that may cover the loss

(4) changes in title or occupancy of the property during the term of this policy;

(5) specifications of any damaged structure and detailed estimates for repair of the damage;

(6) an inventory of damaged or stolen personal property described in 2.c.;

(7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and

(8) evidence or affidavit supporting a claim under SECTION I – ADDITIONAL COVERAGES, Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money coverage, stating the amount and cause of loss

3   **Loss to a Pair or Set.**  In case of loss to a pair or set, we may choose to

a   repair or replace any part to restore the pair or set to its value before the loss; or

b   pay the difference between the depreciated value of the property before the loss and the depreciated value of the property after the loss

4   **Appraisal**  If you and we fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal.  Only you or we may demand appraisal.  A demand for appraisal must be in writing.  You must comply with SECTION I – CONDITIONS, Your Duties After Loss before making a demand for appraisal.  At least 10 days before demanding appraisal, the party seeking appraisal must provide the other party with written itemized documentation of a specific dispute as to the amount of the loss, identifying separately each item being disputed.

a   Each party will select a competent, disinterested appraiser and notify the other party of

the appraiser's identity within 20 days of receipt of the written demand for appraisal.

b   The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value, replacement cost, and if applicable, the market value of each item in dispute.

The written report of agreement will set the amount of the loss of each item in dispute

c   If the two appraisers fail to agree upon the amount of the loss within 30 days, unless the period of time is extended by mutual agreement, they will select a competent, disinterested umpire and will submit their differences to the umpire. If the appraisers are unable to agree upon an umpire within 15 days

(1) you or we may make a written application for a judge of a court of record in the same state and county (or city if the city is not within a county) where the residence premises is located to select an umpire;

(2) the party requesting the selection described in item c.(1) must provide the other party

(a) written notice of the intent to file, identifying the specific location and identity of the court at least 10 days prior to submission of the written application; and

(b) a copy of the written application; and

(3) a written report of agreement, as required in item b., signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute. In all instances  the written report of agreement will be itemized and state separately  the actual cash value, replacement cost, and if applicable,  the market value of each item in dispute.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

d. To qualify as an appraiser or umpire for a loss to property described in **COVERAGE A – DWELLING**, a person must be one of the following and be licensed or certified as required by the applicable jurisdiction:

  (1) an engineer or architect with experience and training in building construction, repair, estimating, or investigation of the type of property damage in dispute;

  (2) an adjuster or public adjuster with experience and training in estimating the type of property damage in dispute; or

  (3) a contractor with experience and training in the construction, repair, and estimating of the type of property damage in dispute.

e. A person may not serve as an appraiser or umpire if that person, any employee of that person, that person's employer, or any employee of their employer:

  (1) has performed services for either party with respect to the claim at issue in the appraisal; or

  (2) has a financial interest in the outcome of the claim at issue in the appraisal.

f. Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by you and us.

g. You and we do not waive any rights by demanding or submitting to an appraisal, and retain all contractual rights to determine if coverage applies to each item in dispute.

h. Appraisal is only available to determine the amount of the loss of each item in dispute. The appraisers and the umpire have no authority to decide:

  (1) any other questions of fact;

  (2) questions of law;

  (3) questions of coverage;

  (4) other contractual issues; or

  (5) to conduct appraisal on a class-wide basis.

i. Appraisal is a non-judicial proceeding and does not provide for or require arbitration. Neither party will be awarded attorney fees. The appraisal award may not be entered as a judgment in a court.

j. A party may not demand appraisal after that party brings suit or action against the other party relating to the amount of loss.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only our share of the loss. Our share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6. **Suit Against Us.** No action will be brought against us unless there has been full compliance with all of the policy provisions. Any action by any party must be started within one year after the date of loss or damage.

  However, if the action results from a loss caused by fire or lightning, the action must be started within two years after the date of loss or damage.

7. **Our Option.** We may repair or replace any part of the property damaged or stolen with similar property. Any property we pay for or replace becomes our property.

8. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

  a. reach agreement with you;

  b. there is an entry of a final judgment; or

  c. there is a filing of an appraisal award with us.

9. **Abandonment of Property.** We need not accept any property abandoned by an insured.

10. **Mortgagee Clause.** The word "mortgagee" includes trustee.

  a. If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b. If we deny your claim that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

   (1) notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee is aware;

   (2) pays on demand any premium due under this policy, if you have not paid the premium; and

   (3) submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us, and Loss Payment apply to the mortgagee.

c. If we cancel this policy, the mortgagee will be notified at least 10 days before the date cancellation takes effect. Proof of mailing will be proof of notice.

d. If we pay the mortgagee for any loss and deny payment to you:

   (1) we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

   (2) at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e. Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.** We will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

12. **Recovered Property.** If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may keep the property or we will return it to you. Otherwise, it will become our property. If you choose to keep the property, the loss payment will be adjusted based on the amount you received for the recovered property.

13. **Assignment of Claim.** Assignment to another party of any of your rights or duties under this policy regarding any claim, or any part of any claim, will be void and we will not recognize any such assignment, unless we give our written consent. However, once you have complied with all policy provisions, you may assign to another party, in writing, payment of claim proceeds otherwise payable to you.

## SECTION II – LIABILITY COVERAGES

### COVERAGE L – PERSONAL LIABILITY

If a claim is made or a suit is brought against an *insured* for damages because of *bodily injury* or *property damage* to which this coverage applies, caused by an *occurrence*, we will:

1. pay up to *our* limit of liability for the damages for which the *insured* is legally liable. *We* will not pay for criminal restitution; and

2. provide a defense at *our* expense by counsel of *our* choice. *We* may make any investigation and settle any claim or suit that *we* decide is appropriate. *Our* obligation to defend any suit ends when the amount *we* pay for damages, to effect settlement or satisfy a judgment resulting from the *occurrence*, equals *our* limit of liability. *We* will not provide a defense to any *insured* for criminal prosecution or proceedings.

### COVERAGE M – MEDICAL PAYMENTS TO OTHERS

*We* will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury*. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals; orthopedic devices; prosthetic devices, and funeral services. This coverage applies only:

1. to a person on the *insured location* with the permission of an *insured*;

2. to a person off the *insured location*, if the *bodily injury*

   a. arises out of a condition on the *insured location* or the ways immediately adjoining;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

b.   is caused by the activities of an *insured*,

c.   is caused by a *residence employee* in the course of the residence employee's employment by an *insured*; or

d.   is caused by an animal owned by or in the care of an *insured*; or

3.   to a *residence employee* if the occurrence causing *bodily injury* occurs off the *insured location* and arises out of or in the course of the residence employee's employment by an *insured*.

**SECTION II – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

*We* will pay for the following in addition to the limits of liability.

1.   **Claim Expenses. *We* will pay:**

a.   expenses *we* incur and costs taxed against an *insured* in suits *we* defend.   Taxed costs do not include attorney fees;

b.   premiums on bonds required in suits *we* defend, but not for bond amounts greater than the Coverage L limit.   *We* are not obligated to apply for or furnish any bond;

c.   reasonable expenses an *insured* incurs at our request.   This includes actual loss of earnings (but not loss of other income) up to $250 per day for aiding *us* in the investigation or defense of claims or suits;

d.   interest the *insured* is legally liable to pay on damages payable under Coverage L above before a judgment, but only the interest on the lesser of:

(1)   that part of the damages *we* pay; or

(2)   the Coverage L limit; and

e.   interest on the entire judgment that accrues after entry of the judgment and before *we* pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.

2.   **First Aid Expenses.  *We* will pay expenses for first aid to others incurred by an *insured* for *bodily injury***

covered under this policy.   *We* will not pay for first aid to *you* or any other *insured*.

3.   **Damage to Property of Others.**

a.   *We* will pay for *property damage* to property of others caused by the activities of an *insured*.

b.   *We* will not pay more than the smallest of the following amounts:

(1)   replacement cost at the time of loss;

(2)   full cost of repair; or

(3)   the limit of liability shown in the Declarations for Damage to Property of Others for any one occurrence.

c.   *We* will not pay for *property damage*:

(1)   for a loss that is recoverable under Section I of this policy.   *We* also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;

(2)   caused intentionally by an *insured* 13 years of age or older;

(3)   to property, other than a rented golf cart, owned by, or rented to an *insured*, a tenant of an *insured*, or a resident in *your* household;

(4)   arising out of:

(a)   *business* pursuits;

(b)   any act or omission in connection with a premises an *insured* owns, rents, or controls, other than the *insured location*;

(c)   a condition on the *insured location* or the ways immediately adjoining; or

(d)   the ownership, maintenance, or use of a motor *vehicle*, aircraft, or watercraft, including airboat, air cushion, personal watercraft, sail board, or similar type watercraft; or

(5)   if a payment is made under COVERAGE L – PERSONAL LIABILITY for the same *property damage*.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

# SECTION II – EXCLUSIONS

1. Coverage L and Coverage M do not apply to:

   a. *bodily injury* or *property damage* that:

      (1) was a result of a

         (a) willful and malicious; or

         (b) criminal;

         act or omission of the insured.

      (2) was intended by the *insured*; or

      (3) would have been expected by the *insured* based on a reasonable person standard

      However, exclusions a.(2) and a.(3) above do not apply to *bodily injury* or *property damage* resulting from the use of reasonable force to protect persons or property.

      Exclusions a.(1), a.(2), and a.(3) above apply to all *bodily injury* or *property damage* even if the:

      (1) *bodily injury* or *property damage* was sustained by a different person, entity, or property than was expected or intended;

      (2) *bodily injury* or *property damage* was of a different kind, quality, or degree than was expected or intended;

      (3) *insured* lacked the mental capacity to control his or her conduct;

      (4) *insured* was not charged with or convicted of a criminal act or omission; or

      (5) *insured* was impaired by drugs or alcohol;

   b. *bodily injury* or *property damage* arising out of business pursuits of any *insured*, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-business pursuits.

   c. *bodily injury* or *property damage* arising out of the rental of any part of any premises by any *insured*. This exclusion does not apply:

      (1) to the rental of the *residence premises*:

         (a) either completely or in part, for exclusive use as a residence, for up to 30

         nights in the 12-month period prior to the date of the loss.

         (b) in part, for use as a permanent residence, by either one or two full-time roomers or boarders; or

         (c) in part, as an office, school, studio, or private garage;

      (2) when the *dwelling* on the *residence premises* is a two, three, or four family dwelling and *you* occupy one part and rent the other part to others;

      (3) to farm land (without buildings), rented to others but not to exceed a total of 500 acres, regardless of the number of locations; or

      (4) to activities that are ordinarily incident to non-business pursuits;

   d. *bodily injury* or *property damage* arising out of the rendering of or failing to render professional services;

   e. *bodily injury* or *property damage* arising out of any premises currently owned or rented to any *insured* which is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*;

   f. *bodily injury* or *property damage* arising out of the ownership, maintenance, use, loading, or unloading of:

      (1) an aircraft. This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of unmanned aircraft systems used as model aircraft:

         (a) solely for recreational or hobby purposes;

         (b) designed to be operated within the visual line of sight of the operator and operated within the visual line of sight of the operator; and

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

(c) weighing not more than 55 pounds at the time of operation;

unless the ownership, maintenance, use, loading, or unloading of such aircraft results in:

(a) *property damage* to any aircraft, or

(b) *bodily injury* or *property damage* resulting from interference with an aircraft carrying people regardless of whether the *bodily injury* or *property damage* is sustained by people or property on the aircraft or not;

(2) a *motor vehicle* owned or operated by or rented or loaned to any *insured*, or

(3) a watercraft:

(a) owned by or rented to any *insured* if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

(b) owned by or rented to any *insured* if it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length;

(c) powered by one or more outboard motors with more than 25 total horsepower owned by any *insured*;

(d) designated as an airboat, air cushion, or similar type of craft; or

(e) owned by any *insured* if it is a personal watercraft using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by an *insured*. Exclusion 1.(3) does not apply while the watercraft is on the *residence premises*;

g. *bodily injury* or *property damage* arising out of:

(1) the entrustment by any *insured* to any person;

(2) the supervision by any *insured* of any person;

(3) any liability statutorily imposed on any *insured*, or

(4) any liability assumed through an unwritten or written agreement by any *insured*;

with regard to the ownership, maintenance, or use of any aircraft, watercraft, or *motor vehicle* not covered under Section II of this policy;

h. *bodily injury* or *property damage* caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

i. *bodily injury* to any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured*.

This exclusion also applies to any claim made or suit brought against any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured* to share damages with or repay someone else who may be obligated to pay damages because of the *bodily injury* sustained by any *insured* within the meaning of part 9.a., 9.b., or 9.c. of the definition of *insured*;

j. any claim made or suit brought against any *insured* by:

(1) any person in the care of any *insured* because of child care services provided by or at the direction of:

(a) any *insured*,

(b) any employee of any *insured*, or

(c) any other person actually or apparently acting on behalf of any *insured*; or

(2) any person who makes a claim because of *bodily injury* to any person in the care of any *insured* because of child care services provided by or at the direction of:

(a) any *insured*,

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

Case 1:23-mi-99999-UNA Document 201-1 Filed 01/20/23 Page 65 of 273

(b) any employee of any *insured*, or

(c) any other person actually or apparently acting on behalf of any *insured*.

This exclusion does not apply to the occasional child care services provided by any *insured*, or to the part-time child care services provided by any *insured* under 19 years of age;

k. *bodily injury* or *property damage* arising out of an *insured's* participation in, or preparation or practice for, any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power;

l. *bodily injury* or *property damage* arising out of the use, sale, manufacture, distribution, delivery, transfer, or possession, by any *insured*, of any substance that is illegal or is a controlled substance under either federal or state law.

This exclusion does not apply to:

(1) the legitimate use of legally prescribed drugs under either federal or state law, by a person following orders of a licensed health care professional; or

(2) an *insured* who did not knowingly participate or cooperate in the acts described in paragraph l. above;

m. *bodily injury* or *property damage* arising out of any actual, alleged, or threatened:

(1) sexual harassment, sexual molestation, or sexual misconduct;

(2) physical or mental abuse, or

(3) corporal punishment,

by the *insured*.

n. *bodily injury* or *property damage* arising out of the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any *fungus* at or from any source or location.

We also do not cover any loss, cost, or expense arising out of any:

(1) request, demand, order, or statutory or regulatory requirement that any *insured* or others test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, remediate, dispose of, or in any way respond to or assess the effects of *fungus*; or

(2) claim or suit for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, disposing of, or in any way responding to or assessing the effects of *fungus*; or

o. *bodily injury* or *property damage* arising out of the ownership, maintenance, or use of systems and equipment used to generate electrical power exceeding 125 percent of the actual electrical power usage by the *residence premises* in the 12-month period prior to the date of the loss.

2. Coverage L does not apply to:

a. liability:

(1) for your share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any *insured* through any unwritten or written contract or agreement. This exclusion does not apply to liability for damages that the *insured* would have in absence of the contract or agreement.

b. *property damage* to property owned by any *insured* at the time of the *occurrence*;

c. *property damage* to property rented to, used or occupied by, or in the care, custody, or control of any *insured* at the time of the *occurrence*. This exclusion does not apply to *property damage* caused by fire, smoke, explosion, or abrupt and accidental damage from water;

d. *bodily injury* to a person eligible to receive any benefits required to be provided or voluntarily provided by an *insured* under a workers'

27

© Copyright State Farm Mutual Automobile Insurance Company 2017

FP-7911

compensation, non-occupational disability, or occupational disease law;

e.  **bodily injury** or **property damage** for which an **insured** under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors;

f.  **bodily injury** or **property damage** arising out of any real property any **insured** has sold or transferred. This includes but is not limited to **bodily injury** or **property damage** arising out of known, unknown, hidden, or alleged property conditions, problems, or defects.

This exclusion also applies to any **property damage** to the sold or transferred real property itself.

However, this exclusion does not apply to:

(1) **bodily injury** arising out of fire, smoke, explosion, electrocution, or carbon monoxide poisoning; or

(2) **property damage** arising out of fire, smoke, or explosion

3.  Coverage M does not apply to **bodily injury**:

a.  to a **residence employee** if it occurs off the **insured location** and does not arise out of or in the course of the **residence employee's** employment by an **insured**;

b.  to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c.  to a person other than a **residence employee** of an **insured**, regularly residing on any part of the **insured location**; or

d.  from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

# SECTION II – CONDITIONS

1.  **Limit of Liability.** The Coverage L limit is shown in the **Declarations**. This is the limit for all damages from each **occurrence** for the policy period in which the **bodily injury** or **property damage** first occurs, regardless of the number of **insureds**, claims made, or persons injured. No additional limits or coverage will be available for the **occurrence** under any additional policy periods while this policy remains in force.

The Coverage M limit is shown in the **Declarations**. This is our limit for all medical expenses for **bodily injury** to one person as the result of one accident.

2.  **Severability of Insurance.** This insurance applies separately to each **insured**. This condition does not increase our Limit of Liability for any one **occurrence**.

3.  **Duties After Loss.** In case of an accident or **occurrence**, the **insured** must cooperate with us in the investigation, settlement, or defense of any claim or suit and also perform the following duties

that apply. You must cooperate with us in seeing that these duties are performed:

a.  give written notice to us or our agent as soon as possible, which sets forth:

(1) the identity of this policy and the **insured**;

(2) reasonably available information on the time, place, and circumstances of the accident or **occurrence**; and

(3) names and addresses of any claimants and available witnesses;

b.  immediately forward to us every notice, demand, summons, or other process relating to the accident or **occurrence**;

c.  at our request, assist in

(1) making settlement;

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

FP-7955.1

(2) the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an insured;

(3) the conduct of suits and attend hearings and trials; and

(4) securing and giving evidence and obtaining the attendance of witnesses.

d. under **SECTION II – ADDITIONAL COVERAGES, Damage to Property of Others,** exhibit the damaged property if within the insured's control; and

e. the insured must not, except at the insured's own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expenses for first aid to others at the time of the bodily injury.

4. **Coverage M Requirements.** We may require the following in regard to any Coverage M claim:

a. written proof of claim, under oath if required, as soon as possible from the injured person, or when appropriate, someone acting on behalf of that person;

b. the injured person's submission to physical examinations by a physician selected by us when and as often as we reasonably require; and

c. any authorizations from the injured person as we may require.

5. **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an insured or us.

6. **Suit Against Us.** No action will be brought against us unless there has been compliance with the policy provisions.

No one will have the right to join us as a party to an action against an insured. Further, no action with respect to Coverage L will be brought against us until the obligation of the insured has been determined by final judgment on the merits, either an actual trial or by an agreement signed by us, but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an insured will not relieve us of our obligation under this policy.

8. **Other Insurance – Coverage L.** This insurance is excess over any other valid and collectible insurance, except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND SECTION II – CONDITIONS

1. **Policy Period.** This policy applies only to loss under Section I or bodily injury or property damage under Section II that occurs during the period this policy is in effect.

2. **Concealment or Fraud.**

a. This policy is void as to you and any other insured if you or any other insured under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

However, this condition applies only to facts or circumstances:

(1) on which we rely and are either:

(a) material; or

(b) made with intent to deceive; or

(2) that contribute to the loss.

b. No failure of a policy condition before the loss and no breach of a promissory warranty affects our obligations under this policy unless such failure or breach exists at the time of loss and either:

(1) increases the risk at the time of loss; or

(2) contributes to the loss.

Item 2.b. does not apply to failure to tender payment of premium.

c. Violation of this condition by an insured does not apply to a claim of an innocent insured, to

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017                                                   FP-7111

the extent of the innocent *insured's* interest in
the covered property, if the loss:

   (1)  arises out of family violence against an in-
nocent insured; and

   (2)  is caused by an intentional act of an in-
sured against whom a family violence
complaint is brought.

3.  **Liberalization Clause.** If we adopt any revision
that would broaden coverage under this policy with-
out additional premium, within 60 days prior to or
during the period this policy is in effect, the broad-
ened coverage will immediately apply to this policy.

4.  **Waiver or Change of Policy Provisions.** A waiver
or change of any provision of this policy must be in
writing by us to be valid. Our request for an ap-
praisal or examination does not waive any of our
rights.

5.  **Cancellation.**

  a.  *You* may cancel this policy at any time by giv-
ing us advance written notice of the date can-
cellation is to take effect. If only your interest
is affected, the effective date of cancellation will
be the later of:

    (1)  the date we receive *your* notice of
cancellation; or

    (2)  the date specified in the notice.

    However, upon receipt of *your* notice of can-
cellation, we may waive the requirement that
the notice be in writing by confirming the date
and time of cancellation to you in writing.

  b.  *We* may cancel this policy only for the reasons
stated in this condition. We will notify you in
writing of the date cancellation takes effect.
This cancellation notice may be delivered to
you, or mailed to you at your mailing address
shown in the Declarations. Proof of mailing
will be sufficient proof of notice.

    (1)  When you have not paid the premium, we
may cancel at any time by notifying you at
least 10 days before the date cancellation
takes effect. This condition applies
whether the premium is payable to us or

our agent or under any finance or credit
plan.

    (2)  When this policy has been in effect for
less than 60 days and is not a renewal
with us, we may cancel for any reason.
We may cancel by notifying you at least
30 days before the date cancellation takes
effect.

    (3)  When this policy has been in effect for 60
days or more, or at any time if it is a re-
newal with us, we may cancel:

      (a)  if there has been a material misrep-
resentation of fact that, if known to
us, would have caused us not to is-
sue this policy; or

      (b)  if the risk has changed substantially
since this policy was issued.

    We may cancel this policy by notifying
you at least 30 days before the date can-
cellation takes effect.

    (4)  When this policy is written for a period
longer than one year, we may cancel for
any reason at anniversary. We may can-
cel by notifying you at least 30 days be-
fore the date cancellation takes effect.

  c.  When this policy is cancelled, the premium for
the period from the date of cancellation to the
expiration date will be refunded. The return
premium will be pro rata.

  d.  The return premium may not be refunded with
the notice of cancellation or when this policy is
returned to us. In such cases, we will refund it
within a reasonable time after the date cancel-
lation takes effect.

  e.  If we cancel this policy, we will notify any mort-
gagee shown in this policy in accordance with
Georgia state insurance law.

6.  **Nonrenewal.** *We* may elect not to renew this policy.
If we elect not to renew, a written notice will be de-
livered to you, or mailed to you at your mailing ad-
dress shown in the Declarations. The notice will be
mailed or delivered at least 30 days before the expi-
ration date of this policy. Proof of mailing will be suf-
ficient proof of notice.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017
                                      FP-2111

If we elect not to renew this policy, we will notify any mortgagee shown in this policy in accordance with Georgia state insurance law.

7.  **Assignment of Policy.** Assignment of this policy will be void and we will not recognize any such assignment, unless we give our written consent.

8.  **Subrogation and Reimbursement.**

    a   **Subrogation.**

        (1)  Applicable to SECTION I:

             If any *insured* to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That *insured* must do everything necessary to secure *our* rights and must do nothing after loss to impair them. However before a loss, an *insured* may waive in writing all rights of recovery against any person.

        (2)  Applicable to SECTION II

             If any *insured* has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. An *insured* must do nothing after loss to impair them.  At our request, an *insured* will bring suit or transfer those rights to us and help us enforce them.

             Subrogation does not apply under Section II under Medical Payments to Others or Damage to Property of Others

    b   **Reimbursement.**

        If we make payment under this policy and any *insured* to or for whom we make payment recovers or has recovered from another person or organization, then the *insured* to or for whom we make payment must

        (1)  hold in trust for us the proceeds of any recovery; and

        (2)  reimburse us to the extent of our payment.

9.  **Death.** If you die:

    a   we issue the legal representative of the deceased.  This condition applies only with respect

to the premises and property of the deceased covered under this policy at the time of death.

    b.  *insured* includes:

        (1)  any member of your household who is an *insured* at the time of your death, but only while a resident of the *residence premises*; and

        (2)  with respect to your property the person having proper temporary custody of the property until appointment and qualification of a legal representative.

10.  **Conformity to State Law.**  When a policy provision is in conflict with the applicable law of the state in which this policy is issued, the law of the state will apply.

11.  **Premium.**

     a.  Unless as otherwise provided by an alternative payment plan in effect with the **State Farm Companies** with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued Declarations.

     b.  The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

     c.  The premium for this policy may vary based upon

         (1)  the purchase of other products or services from the **State Farm Companies**;

         (2)  the purchase of products or services from an organization that has entered into an agreement or contract with the **State Farm Companies**.  The State Farm Companies do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

         (3)  an agreement, concerning the insurance provided by this policy, that the **State Farm Companies** has with an organization

of which **you** are a member, employee, subscriber, licensee, or franchisee.

d. Your purchase of this policy may affect

(1) your to purchase or obtain certain coverage, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the **State Farm Companies**, subject to their applicable eligibility rules, or

(2) the premium or price for other products or services purchased by you, including non-insurance products or services, to vary. Such other products or services must be provided by the **State Farm Companies** or by an organization that has entered into an agreement or contract with the **State Farm Companies**. The **State Farm Companies** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. **Right to Inspect.**

a. We have the right but are not obligated to perform the following:

(1) make inspections and surveys of the insured location at any time;

(2) provide you with reports on conditions we find; or

(3) recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

b. We do not

(1) make safety inspections;

(2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

(3) warrant that conditions are safe or healthful; or

(4) warrant that conditions comply with laws, regulations, codes, or standards.

This condition applies to us and to any rating, advisory, rate service, or similar organization that makes

insurance inspections, surveys, reports, or recommendations on our behalf.

13. **Joint and Individual Interests.** When there are two or more Named Insureds, each acts for all to cancel or change this policy.

14. **Change of Policy Address.** We may change the Named Insured's policy address as shown in the **Declarations** and in our records to the most recent address provided to us by

a. **you**, or

b. the United States Postal Service.

15. **Electronic Delivery.** With **your** consent, we may electronically deliver any document or notice, including a notice to renew, nonrenew, or cancel, instead of mailing it or delivering it by other means. Proof of transmission will be sufficient proof of notice.

16. **Our Rights Regarding Claim Information.**

a. We will collect, receive, obtain, use, and retain all the items described in item b.(1) below and use and retain the information described in item b.(2)(b) below, in accordance with applicable federal and state laws and regulations, and consistent with the performance of our business functions.

b. Subject to 16.a. above, we will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining

(a) any of the items in item b.(1) above; or

(b) any other information we have in our possession as a result of our processing, handling, or otherwise resolving claims submitted under this policy.

72
© Copyright, State Farm Mutual Automobile Insurance Company, 2017

HN-2111

c. We may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of our business functions;

(2) to meet our reporting obligations to insurance regulators;

(3) to meet our reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. Our rights under 16.a., 16.b., and 16.c. above will not be impaired by any:

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an insured or a legal representative acting on an insured's behalf.

17. **Duties Regarding Claim Information.** An insured or a legal representative acting on an insured's behalf must provide us with any requested authorizations related to the claim. Our rights as set forth under **Our Rights Regarding Claim Information** of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an insured or a legal representative acting on an insured's behalf.

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the *Declarations* and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of *Insured* is extended to include the person or organization shown in the *Declarations* as an Additional Insured or whose name is on file with us. Coverage is with respect to:

1 SECTION I – Coverage A, Coverage B or Coverage C; or

2 SECTION II – Coverage L and Coverage M only with respect to the *residence premises*. This coverage does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

This option applies only with respect to the location shown in the *Declarations*.

**Option BP – Business Property.** The COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability, item b., for property used or intended for use in a *business*, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the *Declarations* for this option.

**Option BU – Business Pursuits.** SECTION II – EXCLUSIONS, item 1.b, is modified as follows:

1 Section II coverage applies to the business pursuits of an *insured* who is a:

a. clerical office employee, salesperson, collector, messenger, or

b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

while acting within the scope of the above listed occupations.

2. However, no coverage is provided:

a. for *bodily injury* or *property damage* arising out of a business owned or financially controlled by the *insured* or by a partnership of which the *insured* is a partner or member;

b. for *bodily injury* or *property damage* arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:

(1) computer programming, architectural, engineering, or industrial design services;

(2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and

(3) beauty or barber services or treatment

© Copyright, State Farm Mutual Automobile Insurance Company, 2007

c. for *bodily injury* to a fellow employee of the *insured* injured in the course of employment; or

d. when the *insured* is a member of the faculty or teaching staff of a school or college:

(1) for *bodily injury* or *property damage* arising out of the maintenance, use, loading, or unloading of:

(a) draft or saddle animals, including vehicles for use with them; or

(b) *aircraft, motor vehicles,* recreational *motor vehicles* or *watercraft,* airboats, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion engine as the primary source of propulsion;

owned, operated, or hired by or for the *insured* or employer of the *insured* or used by the *insured* for the purpose of instruction in the use thereof; or

(2) under Coverage M for *bodily injury* to a student arising out of corporal punishment administered by or at the direction of the *insured.*

**Option FA – Firearms.** Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the *Declarations.* The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. We will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds, or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, we will pay for losses caused by wild bears or deer;

c. any process of refinishing, renovating, or repairing;

d. dampness of atmosphere or extremes of temperature;

e. inherent defect or faulty manufacture;

f. rust, fouling, or explosion of firearms;

g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

h. infidelity of an *insured's* employees or persons to whom the insured property may be entrusted or rented.

2. Our limit for loss by any Coverage B peril except theft is the limit shown in the Declarations for Coverage B, plus the aggregate limit.

3. Our limits for loss by theft are those shown in the *Declarations* for this option. These limits apply in lieu of the Coverage B theft limit; and

4. Our limits for loss by any covered peril except those in items 2. and 3. above are those shown in the *Declarations* for this option.

**Option ID – Increased Dwelling Limit.** We will settle losses to damaged *building structures* covered under COVERAGE A – DWELLING according to the Loss Settlement Provision shown in the *Declarations*

If the amount you actually and necessarily spend to repair or replace damaged *building structures* exceeds the applicable limit of liability shown in the *Declarations,* we will pay the additional amounts not to exceed

1. the Option ID limit of liability shown in the *Declarations* to repair or replace the dwelling; or

2. 10% of the Option ID limit of liability to repair or replace *building structures* covered under COVERAGE A – DWELLING, Other Structures

**Report Increased Values.** You must notify us within 90 days of the start of construction on any new building structure costing $5,000 or more, or any additions to or remodeling of *building structures* that increase their values by $5,000 or more. You must pay any additional premium due for the increased value. We will not pay more than the applicable limit of liability shown in the Declarations if you fail to notify us of the increased value within 90 days.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

**Option IO – Incidental Business.** The coverage provided by this option applies only to that incidental business occupancy on file with us.

1   COVERAGE A – DWELLING, Other Structures, item 2 b. is deleted.

2   COVERAGE B – PERSONAL PROPERTY is extended to include equipment, supplies and furnishings usual and incidental to this business occupancy. This Optional Policy Provision does not include electronic data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

The Option IO limits are shown in the Declarations. The first limit applies to property on the residence premises. The second limit applies to property while off the residence premises. These limits are in addition to the COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability on property used or intended for use in a business.

3   Under Section II, the residence premises is not considered business property because an insured occupies a part of it as an incidental business.

4   SECTION II – EXCLUSIONS, item 1.b. is replaced with the following:

b.   bodily injury or property damage arising out of business pursuits of any insured, except as provided in item c. below. This exclusion does not apply to activities that are ordinarily incident to non-business pursuits or to business pursuits of an insured that are necessary or incidental to the use of the residence premises as an incidental business;

5   This insurance does not apply to:

a.   bodily injury to an employee of an insured arising out of the residence premises as an incidental business other than to a residence employee while engaged in the employee's employment by an insured;

b.   bodily injury to a student arising out of corporal punishment administered by or at the direction of the insured;

c.   liability arising out of any acts, errors, or omissions of an insured, or any other person for whose acts an insured is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspectors, or engineering services in the conduct of an insured's incidental business involving data processing, computer consulting, or computer programming; or

d.   any claim made or suit brought against any insured by:

(1)   any person in the care of any insured because of child care services provided by or at the direction of:

(a)   any insured;

(b)   any employee of any insured; or

(c)   any other person actually or apparently acting on behalf of any insured; or

(2)   any person who makes a claim because of bodily injury to any person in the care of any insured because of child care services provided by or at the direction of:

(a)   any insured;

(b)   any employee of any insured; or

(c)   any other person actually or apparently acting on behalf of any insured.

Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

This exclusion does not apply to the occasional child care services provided by any insured, or to the part-time child care services provided by any insured under 19 years of age.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the Declarations. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of SECTION I – LOSSES

INSURED, COVERAGE B – PERSONAL PROPERTY, Theft apply to Option JF.

The following additional provisions apply:

1. We will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, birds or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, birds, or insects. However, we will pay for losses caused by wild beasts or deer;

   c. inherent vice; or

   d. seizure or destruction under quarantine or customs regulations.

2. Our limit for loss by any Coverage B peril except theft is the limit shown in the Declarations for Coverage B, plus the aggregate limit.

3. Our limits for loss by theft are those shown in the Declarations for this option. These limits apply in lieu of the Coverage B theft limit, and

4. Our limits for loss by any covered peril except those in items 2. and 3. above are those shown in the Declarations for this option.

**Option OL – Building Ordinance or Law.**

1. **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the Declarations of the Coverage A limit shown in the Declarations at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to building structures on the residence premises.

2. **Damaged Portions of Building Structure.** When a building structure covered under COVERAGE A – DWELLING is damaged by a loss insured, we will pay for the increased cost to repair or rebuild the physically damaged portion of the building structure caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same loss insured and the

requirement is in effect at the time the loss insured occurs.

3. **Undamaged Portions of Damaged Building Structure.** When a building structure covered under COVERAGE A – DWELLING is damaged by a loss insured, we will also pay for:

   a. the cost to demolish and clear the site of the undamaged portions of the building structure caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same loss insured and the requirement is in effect at the time the loss insured occurs; and

   b. loss to the undamaged portion of the building structure caused by enforcement of any ordinance or law if

      (1) the enforcement is directly caused by the same loss insured;

      (2) the enforcement requires the demolition of portions of the same building structure not damaged by the same loss insured;

      (3) the ordinance or law regulates the construction or repair of the building structure, or establishes zoning or land use requirements at the described premises; and

      (4) the ordinance or law is in force at the time of the occurrence of the same loss insured; or

   c. legally required changes to the undamaged portion of the building structure caused by the enforcement of a building, zoning, or land use ordinance or law, if:

      (1) the enforcement is directly caused by the same loss insured;

      (2) the requirement is in effect at the time the loss insured occurs; and

      (3) the legally required changes are made to the undamaged portions of specific building structure features, systems, or components that have been physically damaged by the loss insured.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2017

We will not pay for legally required changes to specific *building structure* features, systems, or components that have not been physically damaged by the *loss insured*.

4  **Building Ordinance or Law Coverage Limitations.**

a.  *We* will not pay for any increased cost of construction:

(1)  until the *building structure* is actually repaired or replaced at the same or another premises in the same general vicinity;

(2)  unless the repairs or replacement are made as soon as reasonably possible after the loss, not to exceed two years; and

(3)  due to any original or subsequent construction, addition, modification, renovation, remodel, or repair to a *building structure* that did not comply with a building, zoning, or land use ordinance or law in effect when the construction, addition, modification, renovation, remodel, or repair was performed.

b.  *We* will not pay more under this coverage than the amount *you* actually spend:

(1)  for the increased cost to repair or rebuild the *building structure* at the same or another premises in the same general vicinity if relocation is required by ordinance or law; and

(2)  to demolish and clear the site of the undamaged portions of the *building structure* caused by enforcement of building, zoning, or land use ordinance or law.

*We* will not pay for more than a *building structure* of the same height, floor area, and style on the same or similar premises as the *building structure*, subject to the limit provided in paragraph 1 Coverage Provided of this option.

**Option SG – Silverware and Goldware Theft.**  The COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability, item i., for theft of silverware and goldware is increased to be the amount shown in the Declarations for this option.

© Copyright, State Farm Mutual Automobile Insurance Company, 2017

# EXHIBIT B

MARTINEZ ZRON, STEFANIE                                                                                           11-28Z3-87S



**State Farm**
**P.O. Box 106169**
**Atlanta, GA  30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

This estimate is priced based on estimated market pricing for the cost of materials, labor, and other factors at the time of the loss.

Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, please contact us. If your contractor's estimate is higher than ours, you should contact us prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy terms, conditions and limits.

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

11-28Z3-87S

 **Building Estimate Summary Guide**

**This summary guide is based on a sample estimate and is provided for reference only.**
**Please refer to the estimate for specifics of your claim.**

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ Remodel F = Factored In, D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | |
|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) [7] | |
| Subtotal | 312.50 |
| General Contractor O&P on Depreciation | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | |
| Subtotal | |
| Total Maximum Additional Amounts Available If Incurred [8] | |
| Total Amount of Claim If Incurred [9] | |

_____

Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total** – Total value of all line items in the estimate plus possible adjustments for *labor minimums. Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** – General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** – Estimated cost to repair or replace damaged property.

4. **Depreciation** – The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** – The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** – The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible.*

7. **Non Recoverable Depreciation** – *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** – Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** – Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                 11-28Z3-87S

|  |  |  |  |
|---|---|---|---|
| Insured: | MARTINEZ ZRON, STEFANIE | Estimate: | 11-28Z3-87S |
| Property: | 4747 MATTERHORN DR SW | Claim Number: | 1128Z387S |
|  | LILBURN, GA 30047-4631 | Policy Number: | 11GGE3015 |
| Home: | 404-453-6372 | Price List: | GAAT28_JAN22 |
| Cellular: | 678-548-7618 |  | Restoration/Service/Remodel |
| Type of Loss: | Wind Damage |  |  |
| Deductible: | $2,000.00 |  |  |
| Date of Loss: | 1/3/2022 |  |  |
| Date Inspected: | 1/11/2022 |  |  |

### Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 17,005.77 |
| Material Sales Tax | 332.53 |
| Subtotal | 17,338.30 |
| General Contractor Overhead | 1,663.86 |
| General Contractor Profit | 1,663.86 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 20,666.02 |
| Less Depreciation (Including Taxes) | (2,366.74) |
| Less General Contractor Overhead & Profit on Recoverable & Non-recoverable Depreciation | (473.32) |
| Less Deductible | (2,000.00) |
| Net Actual Cash Value Payment | $15,825.96 |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 2,366.74 | |
| General Contractor O&P on Depreciation | 473.32 | |
| Replacement Cost Benefits | | 2,840.06 |
| Total Maximum Additional Amount Available If Incurred | | 2,840.06 |
| Total Amount of Claim If Incurred | | $18,666.02 |

Flippings, Edgar
844-458-4300 x 972657

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                        11-28Z3-87S

| | | | |
|---|---|---|---|
| Insured: | MARTINEZ ZRON, STEFANIE | Estimate: | 11-28Z3-87S |
| Property: | 4747 MATTERHORN DR SW | Claim Number: | 1128Z387S |
| | LILBURN, GA 30047-4631 | Policy Number: | 11GGE3015 |
| Home: | 404-453-6372 | Price List: | GAAT28_JAN22 |
| Cellular: | 678-548-7618 | | Restoration/Service/Remodel |
| Type of Loss: | Wind Damage | | |
| Deductible: | $0.00 | | |
| Date of Loss: | 1/3/2022 | | |
| Date Inspected: | 1/11/2022 | | |

### Summary for Coverage A - Dwelling - 35 Windstorm and Hail - Tree Debris Removal

| | |
|---|---:|
| Line Item Total | 708.34 |
| General Contractor Overhead | 70.83 |
| General Contractor Profit | 70.83 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 850.00 |
| Less Deductible | (0.00) |
| Net Payment | $850.00 |

Flippings, Edgar
844-458-4300 x 972657

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

StateFarm

## Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

To:   Name:        MARTINEZ ZRON, STEFANIE
      Address:     4747 MATTERHORN DR SW
      City:        LILBURN
      State/Zip:   GA, 30047-4631

Insured:        MARTINEZ ZRON, STEFANIE          Claim Number:   1128Z387S
Date of Loss:   1/3/2022                         Cause of Loss:  WIND

Your insurance policy provides replacement cost benefits for some or all of the loss or damage to your dwelling or structures. Replacement cost benefits pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss;
2. Promptly notify us within 30 days after the work has been completed; and
3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $20,666.02 . The enclosed claim payment to you of $15,825.96 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 2,840.06 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

**State Farm**

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

Source - EagleView Roof & Walls

Exterior

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Framing | | | | | | | |
| 1. R&R Sheathing - plywood - 1/2" CDX | | | | | | | |
| 192.00 SF | | | | | | | REVISED |
| 2. R&R Rafters - 2x10 - stick frame roof (using rafter length) | | | | | | | |
| 40.00 LF | | | | | | | REVISED |
| 3. R&R Top plate - 2" x 4" | | | | | | | |
| 20.00 LF | 4.08 | 1.27 | 16.58 | 99.45 | | | 99.45 |
| double 2x4's in attic to support roofline that separated | | | | | | | |
| Roofing | | | | | | | |
| 4. Remove Additional charge for high roof (2 stories or greater) | | | | | | | |
| 13.04 SQ | 5.30 | | 13.82 | 82.93 | | | 82.93 |
| 5. Additional charge for high roof (2 stories or greater) | | | | | | | |
| 13.04 SQ | 18.87 | 0.00 | 49.22 | 295.28 | | | 295.28 |
| 6. Tear off, haul and dispose of comp. shingles - 3 tab | | | | | | | |
| 13.04 SQ | 56.00 | 0.00 | 146.04 | 876.28 | | | 876.28 |
| 7. 3 tab - 25 yr. - composition shingle roofing - incl. felt | | | | | | | |
| 13.67 SQ | | | | | | | REVISED |
| Auto Calculated Waste: 4.9%, 0.63SQ | | | | | | | |
| Options:  Valleys: Open, Include eave starter course: No, Include rake starter course: No, Include ridge/hip cap: No, Exposure: 5", Bundle Rounding: 1.3%, 0.17SQ - (included in waste calculation above) | | | | | | | |
| 8. Asphalt starter - universal starter course | | | | | | | |
| 113.50 LF | 1.78 | 3.06 | 41.02 | 246.11 | 8/20 yrs Avg. | (98.43) 40.00% | 147.68 |
| 9. Drip edge | | | | | | | |
| 113.50 LF | 2.67 | 7.83 | 62.18 | 373.06 | 8/35 yrs Avg. | (85.28) 22.86% | 287.78 |
| 10. Flashing - pipe jack - lead | | | | | | | |
| 2.00 EA | 76.83 | 5.56 | 31.86 | 191.08 | 8/35 yrs Avg. | (43.67) 22.86% | 147.41 |
| 11. Ridge cap - composition shingles | | | | | | | |
| 107.42 LF | 4.08 | 7.41 | 89.14 | 534.82 | 8/25 yrs Avg. | (171.14) 32.00% | 363.68 |
| Ridge and Hip | | | | | | | |
| **\*\*\*\*\*Below revisions by CS Cushwa 2/18/22\*\*\*\*\*** | | | | | | | |
| 12. R&R Rafters - 2x6 - stick frame roof (using rafter length) | | | | | | | |
| 266.00 LF | 5.52 | 28.25 | 299.32 | 1,795.89 | | | 1,795.89 |
| 13. R&R Sheathing - plywood - 1/2" CDX | | | | | | | |
| 450.00 SF | 3.12 | 32.67 | 287.34 | 1,724.01 | | | 1,724.01 |
| 14. Carpenter - General Framer - per hour | | | | | | | |
| 8.00 HR | 90.52 | 0.00 | 144.84 | 869.00 | | | 869.00 |
| Additional labor to reset purlins and purlin supports. | | | | | | | |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                 11-28Z3-87S

**CONTINUED - Dwelling roof**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 15. Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| 13.67 SQ | 252.24 | 91.76 | 707.98 | 4,247.86 | 8/30 yrs Avg. | (1,132.77) 26.67% | 3,115.09 |

Auto Calculated Waste: 4.9%, 0.63SQ
Options:  Valleys: Open, Include eave starter course: No, Include rake starter course: No, Exposure: 5 5/8",
Bundle Rounding: 1.1%, 0.15SQ - (included in waste calculation above)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Dwelling roof** | | **177.81** | **1,889.34** | **11,335.77** | | **1,531.29** | **9,804.48** |

Area Totals:  Exterior

| | | | | | |
|---|---|---|---|---|---|
| 2,779.15 SF Walls | | 236.87 Exterior Perimeter of Walls | | 2,779.15 SF Walls and Ceiling | |
| 2,779.15 Exterior Wall Area | | | | 236.87 LF Floor Perimeter | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total:  Exterior** | | **177.81** | **1,889.34** | **11,335.77** | | **1,531.29** | **9,804.48** |

**Front Elevation**

| | | | |
|---|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No Storm Damage To This Elevation | | | | | | | |
| **Totals:  Front Elevation** | | **0.00** | **0.00** | **0.00** | | **0.00** | **0.00** |

**Right Elevation**

| | | | |
|---|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No Storm Damage To This Elevation | | | | | | | |
| **Totals:  Right Elevation** | | **0.00** | **0.00** | **0.00** | | **0.00** | **0.00** |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                 11-28Z3-87S

### Rear Elevation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0.00 SF Walls | | | 0.00 SF Ceiling | | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | | 0.00 SF Short Wall | | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | | | 0.00 LF Ceil. Perimeter | |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 16. R&R Fascia - 1" x 6" - #1 pine | | | | | | | |
| 15.00 LF | 8.40 | 1.58 | 25.52 | 153.10 | 10/75 yrs Avg. | (20.41) 13.33% | 132.69 |
| 17. Prime & paint exterior fascia - wood, 4"- 6" wide | | | | | | | |
| 68.60 LF | 1.70 | 0.70 | 23.46 | 140.78 | 10/15 yrs Avg. | (93.86) 66.67% | 46.92 |
| 18. R&R Soffit - wood | | | | | | | |
| 50.00 SF | 7.63 | 6.93 | 77.68 | 466.11 | 10/150 yrs Avg. | (31.07) 6.67% | 435.04 |
| 19. Prime & paint exterior soffit - wood | | | | | | | |
| 137.00 SF | 2.23 | 3.53 | 61.80 | 370.84 | 10/15 yrs Avg. | (247.22) 66.67% | 123.62 |
| 20. R&R Spot light fixture - double - w/motion sensor | | | | | | | |
| 1.00 EA | 169.09 | 3.00 | 34.42 | 206.51 | | | 206.51 |
| 21. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | |
| 31.50 LF | 9.58 | 8.49 | 62.06 | 372.32 | 10/25 yrs Avg. | (148.93) 40.00% | 223.39 |
| **Totals: Rear Elevation** | | **24.23** | **284.94** | **1,709.66** | | **541.49** | **1,168.17** |

### Left Elevation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0.00 SF Walls | | | 0.00 SF Ceiling | | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | | 0.00 SF Short Wall | | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | | | 0.00 LF Ceil. Perimeter | |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 22. R&R Fascia - 1" x 6" - #1 pine | | | | | | | |
| 15.00 LF | 8.40 | 1.58 | 25.52 | 153.10 | 10/75 yrs Avg. | (20.41) 13.33% | 132.69 |
| 23. Prime & paint exterior fascia - wood, 4"- 6" wide | | | | | | | |
| 35.00 LF | 1.70 | 0.36 | 11.98 | 71.84 | 10/15 yrs Avg. | (47.89) 66.67% | 23.95 |
| 24. R&R Soffit - wood | | | | | | | |
| 30.00 SF | 7.63 | 4.16 | 46.62 | 279.68 | 10/150 yrs Avg. | (18.64) 6.67% | 261.04 |
| 25. Prime & paint exterior soffit - wood | | | | | | | |
| 70.00 SF | 2.23 | 1.81 | 31.58 | 189.49 | 10/15 yrs Avg. | (126.34) 66.67% | 63.15 |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                    11-28Z3-87S

**CONTINUED - Left Elevation**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 26.  R&R Gutter / downspout - aluminum - up to 5" | | | | | | | |
| 35.00 LF | 9.58 | 9.43 | 68.94 | 413.67 | 10/25 yrs Avg. | (165.47) 40.00% | 248.20 |
| **Totals:  Left Elevation** | | **17.34** | **184.64** | **1,107.78** | | **378.75** | **729.03** |

**Tree Removal**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 27.  Handyman Laz | | | | | | | |
| 1.00 EA | 708.34 * | 0.00 | 141.66 | 850.00 | | | 850.00 |
| Tree Debris Removal | | | | | | | |
| **Totals:  Tree Removal** | | **0.00** | **141.66** | **850.00** | | **0.00** | **850.00** |

**Emergency Service**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 28.  Handyman Laz | | | | | | | |
| 1.00 EA | 683.19 N | 16.81 | 0.00 | 700.00 | | | 700.00 |
| For Tarp Removal and Temp Removal while Engineer was present | | | | | | | |
| **Totals:  Emergency Service** | | **16.81** | **0.00** | **700.00** | | **0.00** | **700.00** |
| Area Totals:  Source - EagleView Roof & Walls | | | | | | | |
| 2,779.15  SF Walls | | | 236.87 Exterior Perimeter of Walls | | | 2,779.15 SF Walls and Ceiling | |
| 2,779.15  Exterior Wall Area | | | | | | 236.87 LF Floor Perimeter | |
| **Total:  Source - EagleView Roof & Walls** | | **236.19** | **2,500.58** | **15,703.21** | | **2,451.53** | **13,251.68** |

Date:    5/6/2022 9:51 PM                                                                    Page: 9

**State Farm**

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

### Retaining Wall

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 29.  R&R Repair Retaining wall | | | | | | | |
| 100.00 SF | 12.94 | 24.90 | 263.78 | 1,582.68 | | | 1,582.68 |
| Portion of wall will have to be removed to leveled.  Wall pushed into ground from tree. | | | | | | | |
| 30.  R&R Chain link fence w/posts & top rail - 4' high | | | | | | | |
| 40.00 LF | 18.87 | 23.50 | 155.66 | 933.96 | 5/30 yrs Avg. | (155.66) 16.67% | 778.30 |

| Totals:  Retaining Wall | | 48.40 | 419.44 | 2,516.64 | | 155.66 | 2,360.98 |
|---|---|---|---|---|---|---|---|

**Interior**

**Interior**



### Master Bedroom

Height: 8'

| | |
|---|---|
| 446.67 SF Walls | 187.50 SF Ceiling |
| 634.17 SF Walls & Ceiling | 187.50 SF Floor |
| 55.83 LF Ceil. Perimeter | 55.83 LF Floor Perimeter |

**Door**     2' 6" X 6' 8"     Opens into Exterior

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 31.  Mask the floor per square foot - plastic and tape - 4 mil | | | | | | | |
| 187.50 SF | 0.25 | 0.68 | 9.52 | 57.08 | 5/15 yrs Avg. | (19.04) 33.33% | 38.04 |
| 32.  Content Manipulation charge - per hour | | | | | | | |
| 1.00 HR | 37.74 | 0.00 | 7.54 | 45.28 | | | 45.28 |
| **Ceiling** | | | | | | | |
| 33.  R&R 1/2" drywall - hung, taped, ready for texture | | | | | | | |
| 32.00 SF | 2.85 | 1.13 | 18.46 | 110.79 | 5/150 yrs Avg. | (3.68) 3.33% | 107.11 |
| 34.  Texture drywall - light hand texture | | | | | | | |
| 187.50 SF | 0.76 | 0.79 | 28.66 | 171.95 | 5/150 yrs Avg. | (5.74) 3.33% | 166.21 |
| **Walls** | | | | | | | |
| 35.  Seal/prime then paint the surface area (2 coats) | | | | | | | |
| 10.33 SF | 0.96 | 0.12 | 2.00 | 12.04 | 5/15 yrs Avg. | (4.01) 33.33% | 8.03 |

**State Farm**

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

**CONTINUED - Master Bedroom**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 36. 1/2" drywall - hung, taped, floated, ready for paint | | | | | | | |
| 8.33 SF | 2.79 | 0.30 | 4.70 | 28.24 | 5/150 yrs Avg. | (0.94) 3.33% | 27.30 |
| 37. Paint the walls - one coat | | | | | | | |
| 446.67 SF | 0.66 | 3.48 | 59.66 | 357.94 | 5/15 yrs Avg. | (119.31) 33.33% | 238.63 |
| **Electrical** | | | | | | | |
| 38. Detach & Reset Ceiling fan & light - Standard grade | | | | | | | |
| 1.00 EA | 193.45 | 0.00 | 38.70 | 232.15 | | | 232.15 |
| 39. Light bulb - Incand. standard bulb - 1000 hr - mat. only | | | | | | | |
| 3.00 EA | 0.79 | 0.14 | 0.50 | 3.01 | 5/1 yrs Avg. | (2.41) 80.00% | 0.60 |
| **Insulation** | | | | | | | |
| 40. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| 91.67 SF | 1.29 | 3.58 | 24.38 | 146.21 | 5/150 yrs Avg. | (4.89) 3.33% | 141.32 |
| *****Below revisions by CS Cushwa 2/18/22***** | | | | | | | |
| 41. R&R Wood window - double hung, 9-12 sf | | | | | | | |
| 1.00 EA | 726.89 | 33.94 | 152.16 | 912.99 | | | 912.99 |
| 42. Additional charge for a retrofit window, 12-23 sf | | | | | | | |
| 1.00 EA | 142.78 | 1.15 | 28.80 | 172.73 | | | 172.73 |
| 43. Drywall tape joint/repair - per LF | | | | | | | |
| 24.00 LF | 9.33 | 0.49 | 44.88 | 269.29 | | | 269.29 |
| 44. Seal/prime then paint the ceiling (2 coats) | | | | | | | |
| 187.50 SF | 0.96 | 2.14 | 36.42 | 218.56 | 5/15 yrs Avg. | (72.85) 33.33% | 145.71 |
| **Totals: Master Bedroom** | | **47.94** | **456.38** | **2,738.26** | | **232.87** | **2,505.39** |

Area Totals: Interior

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 446.67 SF Walls | | 187.50 SF Ceiling | | 634.17 SF Walls and Ceiling | | | |
| 187.50 SF Floor | | 206.56 Total Area | | 55.83 LF Floor Perimeter | | | |
| 187.50 Floor Area | | 58.50 Exterior Perimeter of Walls | | 55.83 LF Ceil. Perimeter | | | |
| 526.50 Exterior Wall Area | | | | 446.67 Interior Wall Area | | | |

| **Total: Interior** | | **47.94** | **456.38** | **2,738.26** | | **232.87** | **2,505.39** |
|---|---|---|---|---|---|---|---|

Area Totals: Interior

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 446.67 SF Walls | | 187.50 SF Ceiling | | 634.17 SF Walls and Ceiling | | | |
| 187.50 SF Floor | | 206.56 Total Area | | 55.83 LF Floor Perimeter | | | |
| 187.50 Floor Area | | 58.50 Exterior Perimeter of Walls | | 55.83 LF Ceil. Perimeter | | | |
| 526.50 Exterior Wall Area | | | | 446.67 Interior Wall Area | | | |

| **Total: Interior** | | **47.94** | **456.38** | **2,738.26** | | **232.87** | **2,505.39** |
|---|---|---|---|---|---|---|---|

## State Farm

MARTINEZ ZRON, STEFANIE                                                                                    11-28Z3-87S

### Debris Removal

|  |  |  |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 45. Dumpster load - Approx. 20 yards, 4 tons of debris | | | | | | | |
| 1.00 EA | 440.00 | 0.00 | 88.00 | 528.00 | | | 528.00 |
| **Totals: Debris Removal** | | **0.00** | **88.00** | **528.00** | | **0.00** | **528.00** |

### Labor Minimums Applied

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 46. Drywall labor minimum | | | | | | | |
| 1.00 EA | 24.93 | 0.00 | 4.98 | 29.91 | | | 29.91 |
| **Totals: Labor Minimums Applied** | | **0.00** | **4.98** | **29.91** | | **0.00** | **29.91** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Line Item Totals: 11-28Z3-87S** | | **332.53** | **3,469.38** | **21,516.02** | | **2,840.06** | **18,675.96** |

| COVERAGE | TAX | GCO&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Coverage A - Dwelling - 35 Windstorm and Hail | 332.53 | 3,327.72 | 20,666.02 | (2,840.06) | 17,825.96 |
| Coverage A - Dwelling - 35 Windstorm and Hail - Tree Debris Removal | 0.00 | 141.66 | 850.00 | (0.00) | 850.00 |
| Total | 332.53 | 3,469.38 | 21,516.02 | (2,840.06) | 18,675.96 |

### Grand Total Areas:

|  |  |  |
|---|---|---|
| 3,225.82 SF Walls | 187.50 SF Ceiling | 3,413.32 SF Walls and Ceiling |
| 187.50 SF Floor | | 292.70 LF Floor Perimeter |
| | | 55.83 LF Ceil. Perimeter |
| 187.50 Floor Area | 206.56 Total Area | 446.67 Interior Wall Area |
| 3,305.65 Exterior Wall Area | 295.37 Exterior Perimeter of Walls | |

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **CON     CONTENT MANIPULATION** | | | | | | |
| Content Manipulation charge - per hour | 1.00 HR | $45.28 | $7.54 | $45.28 | $0.00 | $0.00 |
| **TOTAL CONTENT MANIPULATION** | | **$45.28** | **$7.54** | **$45.28** | **$0.00** | **$0.00** |
| **DMO     GENERAL DEMOLITION** | | | | | | |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | $528.00 | $88.00 | $528.00 | $0.00 | $0.00 |
| Handyman Laz | 1.00 EA | $850.00 | $141.66 | $850.00 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$1,378.00** | **$229.66** | **$1,378.00** | **$0.00** | **$0.00** |
| **DRY     DRYWALL** | | | | | | |
| 1/2" drywall - hung, taped, floated, ready for paint | 8.33 SF | $28.24 | $4.70 | $27.30 | $0.00 | $0.94 |
| R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | $110.79 | $18.46 | $107.11 | $0.00 | $3.68 |
| Drywall labor minimum | 1.00 EA | $29.91 | $4.98 | $29.91 | $0.00 | $0.00 |
| Drywall tape joint/repair - per LF | 24.00 LF | $269.29 | $44.88 | $269.29 | $0.00 | $0.00 |
| Texture drywall - light hand texture | 187.50 SF | $171.95 | $28.66 | $166.21 | $0.00 | $5.74 |
| **TOTAL DRYWALL** | | **$610.18** | **$101.68** | **$599.82** | **$0.00** | **$10.36** |
| **FEN     FENCING** | | | | | | |
| R&R Chain link fence w/posts & top rail - 4' high | 40.00 LF | $933.96 | $155.66 | $778.30 | $0.00 | $155.66 |
| **TOTAL FENCING** | | **$933.96** | **$155.66** | **$778.30** | **$0.00** | **$155.66** |
| **FRM     FRAMING & ROUGH CARPENTRY** | | | | | | |
| Carpenter - General Framer - per hour | 8.00 HR | $869.00 | $144.84 | $869.00 | $0.00 | $0.00 |
| R&R Rafters - 2x10 - stick frame roof (using rafter length) | 40.00 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Rafters - 2x6 - stick frame roof (using rafter length) | 266.00 LF | $1,795.89 | $299.32 | $1,795.89 | $0.00 | $0.00 |
| R&R Sheathing - plywood - 1/2" CDX | 192.00 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Top plate - 2" x 4" | 20.00 LF | $99.45 | $16.58 | $99.45 | $0.00 | $0.00 |
| **TOTAL FRAMING & ROUGH CARPENTRY** | | **$2,764.34** | **$460.74** | **$2,764.34** | **$0.00** | **$0.00** |
| **INS     INSULATION** | | | | | | |
| R&R Batt insulation - 6" - R19 - unfaced batt | 91.67 SF | $146.21 | $24.38 | $141.32 | $0.00 | $4.89 |
| **TOTAL INSULATION** | | **$146.21** | **$24.38** | **$141.32** | **$0.00** | **$4.89** |
| **LIT     LIGHT FIXTURES** | | | | | | |
| Light bulb - Incand. standard bulb - 1000 hr - mat. only | 3.00 EA | $3.01 | $0.50 | $0.60 | $0.00 | $2.41 |
| Detach & Reset Ceiling fan & light - Standard | 1.00 EA | $232.15 | $38.70 | $232.15 | $0.00 | $0.00 |

Note: Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **LIT     LIGHT FIXTURES** | | | | | | |
| grade | | | | | | |
| R&R Spot light fixture - double - w/motion sensor | 1.00 EA | $206.51 | $34.42 | $206.51 | $0.00 | $0.00 |
| **TOTAL LIGHT FIXTURES** | | **$441.67** | **$73.62** | **$439.26** | **$0.00** | **$2.41** |
| **MAS     MASONRY** | | | | | | |
| R&R Repair Retaining wall | 100.00 SF | $1,582.68 | $263.78 | $1,582.68 | $0.00 | $0.00 |
| **TOTAL MASONRY** | | **$1,582.68** | **$263.78** | **$1,582.68** | **$0.00** | **$0.00** |
| **PNT     PAINTING** | | | | | | |
| Prime & paint exterior fascia - wood, 4"- 6" wide | 103.60 LF | $212.62 | $35.44 | $70.87 | $0.00 | $141.75 |
| Mask the floor per square foot - plastic and tape - 4 mil | 187.50 SF | $57.08 | $9.52 | $38.04 | $0.00 | $19.04 |
| Paint the walls - one coat | 446.67 SF | $357.94 | $59.66 | $238.63 | $0.00 | $119.31 |
| Prime & paint exterior soffit - wood | 207.00 SF | $560.33 | $93.38 | $186.77 | $0.00 | $373.56 |
| Seal/prime then paint the surface area (2 coats) | 10.33 SF | $12.04 | $2.00 | $8.03 | $0.00 | $4.01 |
| Seal/prime then paint the ceiling (2 coats) | 187.50 SF | $218.56 | $36.42 | $145.71 | $0.00 | $72.85 |
| **TOTAL PAINTING** | | **$1,418.57** | **$236.42** | **$688.05** | **$0.00** | **$730.52** |
| **RFG     ROOFING** | | | | | | |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 13.67 SQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Laminated - comp. shingle rfg. - w/ felt | 13.67 SQ | $4,247.86 | $707.98 | $3,115.09 | $0.00 | $1,132.77 |
| Tear off, haul and dispose of comp. shingles - 3 tab | 13.04 SQ | $876.28 | $146.04 | $876.28 | $0.00 | $0.00 |
| Asphalt starter - universal starter course | 113.50 LF | $246.11 | $41.02 | $147.68 | $0.00 | $98.43 |
| Drip edge | 113.50 LF | $373.06 | $62.18 | $287.78 | $0.00 | $85.28 |
| Flashing - pipe jack - lead | 2.00 EA | $191.08 | $31.86 | $147.41 | $0.00 | $43.67 |
| Additional charge for high roof (2 stories or greater) | 13.04 SQ | $295.28 | $49.22 | $295.28 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 13.04 SQ | $82.93 | $13.82 | $82.93 | $0.00 | $0.00 |
| Ridge cap - composition shingles | 107.42 LF | $534.82 | $89.14 | $363.68 | $0.00 | $171.14 |
| R&R Sheathing - plywood - 1/2" CDX | 450.00 SF | $1,724.01 | $287.34 | $1,724.01 | $0.00 | $0.00 |
| **TOTAL ROOFING** | | **$8,571.43** | **$1,428.60** | **$7,040.14** | **$0.00** | **$1,531.29** |
| **SFG     SOFFIT, FASCIA, & GUTTER** | | | | | | |
| R&R Fascia - 1" x 6" - #1 pine | 30.00 LF | $306.20 | $51.04 | $265.38 | $0.00 | $40.82 |
| R&R Gutter / downspout - aluminum - up to 5" | 66.50 LF | $785.99 | $131.00 | $471.59 | $0.00 | $314.40 |
| R&R Soffit - wood | 80.00 SF | $745.79 | $124.30 | $696.08 | $0.00 | $49.71 |

Note:  Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **SFG      SOFFIT, FASCIA, & GUTTER** | | | | | | |
| **TOTAL SOFFIT, FASCIA, & GUTTER** | | $1,837.98 | $306.34 | $1,433.05 | $0.00 | $404.93 |
| **TMP      TEMPORARY REPAIRS** | | | | | | |
| Handyman Laz | 1.00 EA | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 |
| **TOTAL TEMPORARY REPAIRS** | | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 |
| **WDW      WINDOWS - WOOD** | | | | | | |
| R&R Wood window - double hung, 9-12 sf | 1.00 EA | $912.99 | $152.16 | $912.99 | $0.00 | $0.00 |
| Additional charge for a retrofit window, 12-23 sf | 1.00 EA | $172.73 | $28.80 | $172.73 | $0.00 | $0.00 |
| **TOTAL WINDOWS - WOOD** | | $1,085.72 | $180.96 | $1,085.72 | $0.00 | $0.00 |
| **TOTALS** | | $21,516.02 | $3,469.38 | $18,675.96 | $0.00 | $2,840.06 |

Note:  Slight variances may be found within report sections due to rounding

Source - EagleView Roof & Walls - Exterior



Dwelling roof



**Exterior**



Master Bedroom



Interior

# EXHIBIT C

MARTINEZ ZRON, STEFANIE                                          11-28Z3-87S



**State Farm**
**P.O. Box 106169**
**Atlanta, GA  30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

This estimate is priced based on estimated market pricing for the cost of materials, labor, and other factors at the time of the loss.

Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, please contact us. If your contractor's estimate is higher than ours, you should contact us prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy terms, conditions and limits.

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

11-28Z3-87S

 **State Farm**                 # Building Estimate Summary Guide

**This summary guide is based on a sample estimate and is provided for reference only.**

**Please refer to the estimate for specifics of your claim.**

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ |
| | | | Remodel |
| | | | F = Factored In, |
| | | | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) [7] | | |
| Subtotal | | 312.50 |
| General Contractor O&P on Depreciation | | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | | |
| Subtotal | | |
| Total Maximum Additional Amounts Available If Incurred [8] | | |
| Total Amount of Claim If Incurred [9] | | |

_____

Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total –** Total value of all line items in the estimate plus possible adjustments for *labor minimums. Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit –** General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV) –** Estimated cost to repair or replace damaged property.

4. **Depreciation –** The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible –** The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV) –** The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible.*

7. **Non Recoverable Depreciation –** *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred –** Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred –** Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                11-28Z3-87S

Insured:     MARTINEZ ZRON, STEFANIE                    Estimate:     11-28Z3-87S
Property:    4747 MATTERHORN DR SW                      Claim Number: 1128Z387S
             LILBURN, GA 30047-4631                     Policy Number: 11GGE3015
Home:        404-453-6372                               Price List:   GAAT28_JAN22
Cellular:    678-548-7618                                             Restoration/Service/Remodel
Type of Loss: Wind Damage
Deductible:  $2,000.00
Date of Loss: 1/3/2022
Date Inspected: 1/11/2022

## Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---:|
| Line Item Total | 120,678.78 |
| Material Sales Tax | 2,060.11 |
| Subtotal | 122,738.89 |
| General Contractor Overhead | 12,204.06 |
| General Contractor Profit | 13,424.46 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 148,367.41 |
| Less Depreciation (Including Taxes) | (503.04) |
| Less General Contractor Overhead & Profit on Recoverable & Non-recoverable Depreciation | (105.65) |
| Less Deductible | (2,000.00) |
| Net Actual Cash Value Payment | $145,758.72 |

## Maximum Additional Amounts Available If Incurred:

| | | |
|---|---:|---:|
| Total Line Item Depreciation (Including Taxes) | 503.04 | |
| General Contractor O&P on Depreciation | 105.65 | |
| Replacement Cost Benefits | | 608.69 |
| Total Maximum Additional Amount Available If Incurred | | 608.69 |
| Total Amount of Claim If Incurred | | $146,367.41 |

Flippings, Edgar
844-458-4300 x 972657

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND
LIMITS OF YOUR POLICY.**

**State Farm**

MARTINEZ ZRON, STEFANIE                                              11-28Z3-87S

| | | | |
|---|---|---|---|
| Insured: | MARTINEZ ZRON, STEFANIE | Estimate: | 11-28Z3-87S |
| Property: | 4747 MATTERHORN DR SW | Claim Number: | 1128Z387S |
| | LILBURN, GA 30047-4631 | Policy Number: | 11GGE3015 |
| Home: | 404-453-6372 | Price List: | GAAT28_JAN22 |
| Cellular: | 678-548-7618 | | Restoration/Service/Remodel |
| Type of Loss: | Wind Damage | | |
| Deductible: | $0.00 | | |
| Date of Loss: | 1/3/2022 | | |
| Date Inspected: | 1/11/2022 | | |

## Summary for Coverage A - Dwelling - 35 Windstorm and Hail - Tree Debris Removal

| | |
|---|---|
| Line Item Total | 708.34 |
| General Contractor Overhead | 70.83 |
| General Contractor Profit | 77.92 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 857.09 |
| Less Deductible | (0.00) |
| Net Payment | $857.09 |

Flippings, Edgar
844-458-4300 x 972657

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

StateFarm

# Explanation of Building Replacement Cost Benefits
## Homeowner Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

To:  Name:          MARTINEZ ZRON, STEFANIE
     Address:       4747 MATTERHORN DR SW
     City:          LILBURN
     State/Zip:     GA, 30047-4631

Insured:           MARTINEZ ZRON, STEFANIE          Claim Number:     1128Z387S
Date of Loss:      1/3/2022                         Cause of Loss:    WIND

Your insurance policy provides replacement cost benefits for some or all of the loss or damage to your dwelling or structures. Replacement cost benefits pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss;
2. Promptly notify us within 30 days after the work has been completed; and
3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $148,367.41. The enclosed claim payment to you of $145,758.72 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 608.69 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim specialist prior to beginning repairs.

All policy provisions apply to your claim.

**State Farm**

MARTINEZ ZRON, STEFANIE                                                    11-28Z3-87S

**Source - EagleView Roof & Walls**

**Exterior**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Framing | | | | | | | |
| 1. R&R Sheathing - plywood - 1/2" CDX | | | | | | | |
| 192.00 SF | | | | | | | REVISED |
| 2. R&R Rafters - 2x10 - stick frame roof (using rafter length) | | | | | | | |
| 40.00 LF | | | | | | | REVISED |
| 3. R&R Top plate - 2" x 4" | | | | | | | |
| 20.00 LF | | | | | | | REVISED |
| double 2x4's in attic to support roofline that separated | | | | | | | |
| Roofing | | | | | | | |
| 4. Remove Additional charge for high roof (2 stories or greater) | | | | | | | |
| 13.04 SQ | | | | | | | REVISED |
| 5. Additional charge for high roof (2 stories or greater) | | | | | | | |
| 13.04 SQ | | | | | | | REVISED |
| 6. Tear off, haul and dispose of comp. shingles - 3 tab | | | | | | | |
| 13.04 SQ | | | | | | | REVISED |
| 7. 3 tab - 25 yr. - composition shingle roofing - incl. felt | | | | | | | |
| 13.67 SQ | | | | | | | REVISED |
| Auto Calculated Waste: 4.9%, 0.63SQ | | | | | | | |
| Options:  Valleys: Open, Include eave starter course: No, Include rake starter course: No, Include ridge/hip cap: No, Exposure: 5", | | | | | | | |
| Bundle Rounding: 1.3%, 0.17SQ - (included in waste calculation above) | | | | | | | |
| 8. Asphalt starter - universal starter course | | | | | | | |
| 113.50 LF | | | | | | | REVISED |
| 9. Drip edge | | | | | | | |
| 113.50 LF | | | | | | | REVISED |
| 10. Flashing - pipe jack - lead | | | | | | | |
| 2.00 EA | 76.83 | 5.56 | 33.44 | 192.66 | 8/35 yrs Avg. | (44.03) 22.86% | 148.63 |
| 11. Ridge cap - composition shingles | | | | | | | |
| 107.42 LF | | | | | | | REVISED |
| Ridge and Hip | | | | | | | |
| *****Below revisions by CS Cushwa 2/18/22***** | | | | | | | |
| 12. R&R Rafters - 2x6 - stick frame roof (using rafter length) | | | | | | | |
| 266.00 LF | | | | | | | REVISED |
| 13. R&R Sheathing - plywood - 1/2" CDX | | | | | | | |
| 450.00 SF | | | | | | | REVISED |
| 14. Carpenter - General Framer - per hour | | | | | | | |
| 8.00 HR | | | | | | | REVISED |
| Additional labor to reset purlins and purlin supports. | | | | | | | |
| 15. Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| 13.67 SQ | | | | | | | REVISED |
| Auto Calculated Waste: 4.9%, 0.63SQ | | | | | | | |
| Options:  Valleys: Open, Include eave starter course: No, Include rake starter course: No, Exposure: 5 5/8", | | | | | | | |
| Bundle Rounding: 1.1%, 0.15SQ - (included in waste calculation above) | | | | | | | |

Date:    11/18/2022 2:49 PM                                               Page: 6

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                 11-28Z3-87S

**CONTINUED - Dwelling roof**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|----------|-----------|-----|-------|-----|-------------------|---------------|-----|
| ****Being Revision,9/19/22,VABALM*** | | | | | | | |
| *Framing* | | | | | | | |
| 16. R&R Top plate - 2" x 4" | | | | | | | |
| 283.10 LF | 4.08 | 18.01 | 246.35 | 1,419.41 | | | 1,419.41 |
| 17. 2" x 10" x 8' #2 & better Fir / Larch (material only) | | | | | | | |
| 6.00 EA | 17.86 | 6.43 | 23.86 | 137.45 | | | 137.45 |
| 18. 2" x 8" x 18' #2 & better Fir / Larch (material only) | | | | | | | |
| 40.00 EA | 35.35 | 84.84 | 314.75 | 1,813.59 | | | 1,813.59 |
| 19. 2" x 8" x 16' #2 & better Fir / Larch (material only) | | | | | | | |
| 13.00 EA | 30.86 | 24.07 | 89.31 | 514.56 | | | 514.56 |
| 20. 2" x 8" x 14' #2 & better Fir / Larch (material only) | | | | | | | |
| 23.00 EA | 27.38 | 37.78 | 140.18 | 807.70 | | | 807.70 |
| 21. 2" x 8" x 12' #2 & better Fir / Larch (material only) | | | | | | | |
| 15.00 EA | 23.42 | 21.08 | 78.20 | 450.58 | | | 450.58 |
| 22. 2" x 8" x 10' #2 & better Fir / Larch (material only) | | | | | | | |
| 21.00 EA | 19.44 | 24.49 | 90.87 | 523.60 | | | 523.60 |
| 23. 2" x 8" x 8' #2 & better Fir / Larch (material only) | | | | | | | |
| 44.00 EA | 15.55 | 41.05 | 152.31 | 877.56 | | | 877.56 |
| 24. 2" x 6" x 20' #2 & better Fir / Larch (material only) | | | | | | | |
| 7.00 EA | 37.95 | 15.94 | 59.13 | 340.72 | | | 340.72 |
| 25. R&R Rafters - 2x8 - Labor only - (using rafter length) | | | | | | | |
| 1,978.84 LF | 4.54 | 3.56 | 1,887.37 | 10,874.87 | | | 10,874.87 |
| 26. R&R Rafters - hip - 10" - Labor only (use hip length) | | | | | | | |
| 192.48 LF | 35.70 | 0.58 | 1,443.15 | 8,315.26 | | | 8,315.26 |
| 27. R&R Rafters - 2x6 - Labor only - (using rafter length) | | | | | | | |
| 247.24 LF | 3.78 | 0.45 | 196.37 | 1,131.39 | | | 1,131.39 |
| 28. 2" x 4" x 20' #2 & better Fir / Larch (material only) | | | | | | | |
| 5.00 EA | 27.04 | 8.11 | 30.09 | 173.40 | | | 173.40 |
| 29. 2" x 4" x 8' #2 & better Fir / Larch (material only) | | | | | | | |
| 12.00 EA | 7.45 | 5.36 | 19.90 | 114.66 | | | 114.66 |
| 30. 2" x 4" x 14' #2 & better Fir / Larch (material only) | | | | | | | |
| 5.00 EA | 13.11 | 3.93 | 14.59 | 84.07 | | | 84.07 |
| 31. 2" x 4" x 12' #2 & better Fir / Larch (material only) | | | | | | | |
| 3.00 EA | 11.22 | 2.02 | 7.49 | 43.17 | | | 43.17 |
| 32. 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat only) | | | | | | | |
| 4.00 EA | 7.22 | 1.73 | 6.43 | 37.04 | | | 37.04 |
| 33. R&R Labor to frame 2" x 4" non-bearing wall - 16" oc | | | | | | | |
| 86.38 SF | 2.17 | 0.10 | 39.38 | 226.92 | | | 226.92 |
| 34. 2" x 6" x 14' #2 & better Fir / Larch (material only) | | | | | | | |
| 4.00 EA | 19.01 | 4.56 | 16.92 | 97.52 | | | 97.52 |
| 35. R&R Rafters - 2x10 - Labor only - (using rafter length) | | | | | | | |
| 25.81 LF | 5.01 | 0.05 | 27.17 | 156.52 | | | 156.52 |
| 36. 2" x 10" x 14' #2 & better Fir / Larch (material only) | | | | | | | |
| 2.00 EA | 31.44 | 3.77 | 14.01 | 80.66 | | | 80.66 |

Date:    11/18/2022 2:49 PM                                                                 Page: 7

## State Farm

MARTINEZ ZRON, STEFANIE                                                                    11-28Z3-87S

### CONTINUED - Dwelling roof

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 37. 2" x 8" x 20' #2 & better Fir / Larch (material only) | | | | | | | |
| 6.00 EA | 38.88 | 14.00 | 51.93 | 299.21 | | | 299.21 |
| 38. R&R Sheathing - OSB - 1/2" | | | | | | | |
| 2,624.00 SF | 2.57 | 135.40 | 1,444.60 | 8,323.68 | | | 8,323.68 |
| 39. 2" x 10" x 20' #2 & better Fir / Larch (material only) | | | | | | | |
| 8.00 EA | 44.64 | 21.43 | 79.49 | 458.04 | | | 458.04 |
| 40. 2" x 6" x 16' #2 & better Fir / Larch (material only) | | | | | | | |
| 2.00 EA | 21.43 | 2.57 | 9.55 | 54.98 | | | 54.98 |
| 41. 2" x 6" x 8' #2 & better Fir / Larch (material only) | | | | | | | |
| 4.00 EA | 10.80 | 2.59 | 9.62 | 55.41 | | | 55.41 |
| 42. 2" x 4" x 10' #2 & better Fir / Larch (material only) | | | | | | | |
| 2.00 EA | 9.31 | 1.12 | 4.14 | 23.88 | | | 23.88 |
| 43. 2" x 4" x 18' #2 & better Fir / Larch (material only) | | | | | | | |
| 3.00 EA | 19.34 | 3.48 | 12.91 | 74.41 | | | 74.41 |
| Roofing | | | | | | | |
| 44. Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | |
| 28.86 SQ | 58.04 | 0.00 | 351.75 | 2,026.78 | | | 2,026.78 |
| 45. Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| 32.00 SQ | 252.24 | 214.81 | 1,740.17 | 10,026.66 | | | 10,026.66 |
| The roof waste % is not available. The calculation contains values that may result in an inaccurate waste %. | | | | | | | |
| 46. Asphalt starter - universal starter course | | | | | | | |
| 220.00 LF | 1.78 | 5.94 | 83.48 | 481.02 | | | 481.02 |
| 47. R&R Ridge cap - Standard profile - composition shingles | | | | | | | |
| 25.81 LF | 7.72 | 3.56 | 42.60 | 245.41 | | | 245.41 |
| 48. R&R Drip edge | | | | | | | |
| 243.08 LF | 3.01 | 16.77 | 157.18 | 905.62 | | | 905.62 |
| 49. R&R Continuous ridge vent - shingle-over style | | | | | | | |
| 28.00 LF | 9.30 | 5.64 | 55.87 | 321.91 | | | 321.91 |
| 50. R&R Exhaust cap - through roof - 6" to 8" | | | | | | | |
| 6.00 EA | 92.06 | 12.32 | 118.58 | 683.26 | | | 683.26 |
| 51. R&R Valley metal | | | | | | | |
| 40.85 LF | 6.02 | 4.98 | 52.69 | 303.59 | | | 303.59 |
| 52. Remove Additional charge for high roof (2 stories or greater) | | | | | | | |
| 28.86 SQ | 5.30 | 0.00 | 32.13 | 185.09 | | | 185.09 |
| 53. Additional charge for high roof (2 stories or greater) | | | | | | | |
| 16.50 SQ | 18.87 | 0.00 | 65.39 | 376.75 | | | 376.75 |
| *Soffits/Gutters/Fascia* | | | | | | | |
| Safety and Access | | | | | | | |
| 54. Scaffold - per section (per day) | | | | | | | |
| 4.00 DA | 25.28 | 0.00 | 21.23 | 122.35 | | | 122.35 |
| 55. Labor to set up and take down scaffold - per section | | | | | | | |
| 4.00 EA | 52.62 | 0.00 | 44.20 | 254.68 | | | 254.68 |
| 56. Fall protection harness and lanyard - per day | | | | | | | |
| 12.00 DA | 8.00 | 0.00 | 20.16 | 116.16 | | | 116.16 |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                            11-28Z3-87S

**CONTINUED - Dwelling roof**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ****End Revision,9/19/22,VABALM*** | | | | | | | |
| **Totals: Dwelling roof** | | 758.08 | 9,328.94 | 53,752.20 | | 44.03 | 53,708.17 |

Area Totals: Exterior

|  | 2,779.15 SF Walls |  | 236.87 Exterior Perimeter of Walls |  |  | 2,779.15 SF Walls and Ceiling |  |
|---|---|---|---|---|---|---|---|
|  | 2,779.15 Exterior Wall Area |  |  |  |  | 236.87 LF Floor Perimeter |  |

| **Total: Exterior** | | 758.08 | 9,328.94 | 53,752.20 | | 44.03 | 53,708.17 |
|---|---|---|---|---|---|---|---|

**Exterior**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ****Being Revision,9/19/22,VABALM*** | | | | | | | |
| 57. R&R Fascia - 1" x 6" - #1 pine | | | | | | | |
| 301.11 LF | 8.40 | 31.80 | 537.85 | 3,098.98 | | | 3,098.98 |
| 58. Prime & paint exterior fascia - wood, 4"- 6" wide | | | | | | | |
| 301.11 LF | 1.70 | 3.07 | 108.15 | 623.11 | | | 623.11 |
| 59. R&R Soffit - wood | | | | | | | |
| 301.11 SF | 7.63 | 41.73 | 491.23 | 2,830.43 | | | 2,830.43 |
| 60. Prime & paint exterior soffit - wood | | | | | | | |
| 301.11 SF | 2.23 | 7.77 | 142.65 | 821.90 | | | 821.90 |
| 61. R&R Gutter / downspout - galvanized - up to 5" | | | | | | | |
| 301.11 LF | 8.44 | 60.52 | 546.40 | 3,148.29 | | | 3,148.29 |
| 62. R&R Batt insulation - 12" - R38 - unfaced batt | | | | | | | |
| 1,320.07 SF | 2.24 | 108.51 | 643.74 | 3,709.21 | | | 3,709.21 |
| ****End Revision,9/19/22,VABALM*** | | | | | | | |
| 63. R&R Chain link fence w/posts & top rail - 4' high | | | | | | | |
| 40.00 LF | 18.87 | 23.50 | 163.45 | 941.75 | | | 941.75 |

| **Total: Exterior** | | 276.90 | 2,633.47 | 15,173.67 | | 0.00 | 15,173.67 |
|---|---|---|---|---|---|---|---|

**Front Elevation**

|  | 0.00 SF Walls |  | 0.00 SF Ceiling |  | 0.00 SF Walls & Ceiling |
|---|---|---|---|---|---|
|  | 0.00 SF Floor |  | 0.00 SF Short Wall |  | 0.00 LF Floor Perimeter |
|  | 0.00 SF Long Wall |  |  |  | 0.00 LF Ceil. Perimeter |

## State Farm

MARTINEZ ZRON, STEFANIE                                                                                                  11-28Z3-87S

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No Storm Damage To This Elevation | | | | | | | |
| **Totals: Front Elevation** | | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |

**Right Elevation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter | |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| No Storm Damage To This Elevation | | | | | | | |
| **Totals: Right Elevation** | | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |

**Rear Elevation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling | |
| 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter | |
| 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter | |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 64. R&R Fascia - 1" x 6" - #1 pine | | | | | | | |
| 15.00 LF | | | | | | | REVISED |
| 65. Prime & paint exterior fascia - wood, 4"- 6" wide | | | | | | | |
| 68.60 LF | | | | | | | REVISED |
| 66. R&R Soffit - wood | | | | | | | |
| 50.00 SF | | | | | | | REVISED |
| 67. Prime & paint exterior soffit - wood | | | | | | | |
| 137.00 SF | | | | | | | REVISED |
| 68. R&R Spot light fixture - double - w/motion sensor | | | | | | | |
| 1.00 EA | 169.09 | 3.00 | 36.14 | 208.23 | | | 208.23 |
| 69. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | |
| 31.50 LF | | | | | | | REVISED |
| ****Being Revision,9/19/22,VABALM*** | | | | | | | |
| 70. Re-point masonry - block | | | | | | | |
| 200.00 SF | 2.69 | 0.60 | 113.11 | 651.71 | | | 651.71 |
| 71. R&R Wood window - double hung, 9-12 sf | | | | | | | |
| 2.00 EA | 726.89 | 67.88 | 319.56 | 1,841.22 | | | 1,841.22 |
| 72. R&R Overhead door & hardware - 16' x 7' | | | | | | | |
| 1.00 EA | 1,565.56 | 71.27 | 343.74 | 1,980.57 | | | 1,980.57 |
| ****End Revision,9/19/22,VABALM*** | | | | | | | |
| **Revisions VADD75 11/2022** | | | | | | | |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                            11-28Z3-87S

**CONTINUED - Rear Elevation**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 73. R&R Exterior light fixture - Standard grade | | | | | | | |
| 2.00 EA | 107.35 | 2.97 | 45.72 | 263.39 | | | 263.39 |
| 74. Overhead door weather stop | | | | | | | |
| 30.00 LF | 3.48 | 2.20 | 22.38 | 128.98 | | | 128.98 |
| ** End Revisions VADD75 11/2022** | | | | | | | |
| **Totals: Rear Elevation** | | **147.92** | **880.65** | **5,074.10** | | **0.00** | **5,074.10** |

**Left Elevation**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 75. R&R Fascia - 1" x 6" - #1 pine | | | | | | | |
| 15.00 LF | | | | | | | REVISED |
| 76. Prime & paint exterior fascia - wood, 4"-6" wide | | | | | | | |
| 35.00 LF | | | | | | | REVISED |
| 77. R&R Soffit - wood | | | | | | | |
| 30.00 SF | | | | | | | REVISED |
| 78. Prime & paint exterior soffit - wood | | | | | | | |
| 70.00 SF | | | | | | | REVISED |
| 79. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | |
| 35.00 LF | | | | | | | REVISED |
| 80. Re-point masonry - block | | | | | | | |
| 150.00 SF | 2.69 | 0.45 | 84.84 | 488.79 | | | 488.79 |
| brick veneer damages below tree impact | | | | | | | |
| **Totals: Left Elevation** | | **0.45** | **84.84** | **488.79** | | **0.00** | **488.79** |
| Area Totals: Exterior | | | | | | | |
| **Total: Exterior** | | **425.27** | **3,598.96** | **20,736.56** | | **0.00** | **20,736.56** |

**Tree Removal**

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

Date:    11/18/2022 2:49 PM                                                                          Page: 11

## State Farm

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 81.  Handyman Laz | | | | | | | |
| 1.00 EA | 708.34 * | 0.00 | 148.75 | 857.09 | | | 857.09 |
| Tree Debris Removal | | | | | | | |

| Totals:  Tree Removal | | 0.00 | 148.75 | 857.09 | | 0.00 | 857.09 |
|---|---|---|---|---|---|---|---|

### Emergency Service

| | 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling |
|---|---|---|---|---|---|
| | 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter |
| | 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 82.  Handyman Laz | | | | | | | |
| 1.00 EA | 683.19 N | 16.81 | 0.00 | 700.00 | | | 700.00 |
| For Tarp Removal and Temp Removal while Engineer was present | | | | | | | |
| ****Being Revision,9/19/22,VABALM*** | | | | | | | |
| 83.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | | | | | | | |
| 500.00 SF | 1.04 | 8.40 | 110.96 | 639.36 | | | 639.36 |
| 84.  General Laborer - per hour | | | | | | | |
| 8.00 HR | 37.74 | 0.00 | 63.40 | 365.32 | | | 365.32 |
| ****End Revision,9/19/22,VABALM*** | | | | | | | |

| Totals:  Emergency Service | | 25.21 | 174.36 | 1,704.68 | | 0.00 | 1,704.68 |
|---|---|---|---|---|---|---|---|

Area Totals:  Source - EagleView Roof & Walls

| | 2,779.15 SF Walls | | 236.87 Exterior Perimeter of Walls | | 2,779.15 SF Walls and Ceiling |
|---|---|---|---|---|---|
| | 2,779.15 Exterior Wall Area | | | | 236.87 LF Floor Perimeter |

| Total:  Source - EagleView Roof & Walls | | 1,208.56 | 13,251.01 | 77,050.53 | | 44.03 | 77,006.50 |
|---|---|---|---|---|---|---|---|

### Retaining Wall

| | 0.00 SF Walls | | 0.00 SF Ceiling | | 0.00 SF Walls & Ceiling |
|---|---|---|---|---|---|
| | 0.00 SF Floor | | 0.00 SF Short Wall | | 0.00 LF Floor Perimeter |
| | 0.00 SF Long Wall | | | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 85.  R&R Repair Retaining wall | | | | | | | |
| 1.00 PB * | 36,500.00 * | 448.95 | 7,759.29 | 44,708.24 | | | 44,708.24 |

PA submitted estimate from inspection company. SF price is inaccurate and will be revised to reflect price submitted by PA.

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                      11-28Z3-87S

**CONTINUED - Retaining Wall**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 86.  R&R Chain link fence w/posts & top rail - 4' high | | | | | | | |
| 40.00 LF | 18.87 | 23.50 | 163.45 | 941.75 | 5/30 yrs Avg. | (156.96) 16.67% | 784.79 |
| **Revisions VADD75 11/2022** | | | | | | | |
| **Totals:  Retaining Wall** | | 472.45 | 7,922.74 | 45,649.99 | | 156.96 | 45,493.03 |

**Interior**

**Interior**

**Master Bedroom**                                                                         **Height: 8'**

| | | | | |
|---|---|---|---|---|
| 446.67 SF Walls | | | 187.50 SF Ceiling | |
| 634.17 SF Walls & Ceiling | | | 187.50 SF Floor | |
| 55.83 LF Ceil. Perimeter | | | 55.83 LF Floor Perimeter | |

**Door**                        2' 6" X 6' 8"                        **Opens into Exterior**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 87.  Mask the floor per square foot - plastic and tape - 4 mil | | | | | | | |
| 187.50 SF | 0.25 | 0.68 | 10.00 | 57.56 | 5/15 yrs Avg. | (19.20) 33.33% | 38.36 |
| **Ceiling** | | | | | | | |
| 88.  Texture drywall - smooth / skim coat | | | | | | | |
| 466.63 SF | 1.57 | 3.08 | 154.50 | 890.19 | 5/150 yrs Avg. | (29.67) 3.33% | 860.52 |
| 89.  Texture drywall - light hand texture | | | | | | | |
| 205.07 SF | 0.76 | 0.86 | 32.92 | 189.63 | 5/150 yrs Avg. | (6.33) 3.33% | 183.30 |
| **Walls** | | | | | | | |
| 90.  Seal/prime then paint the surface area (2 coats) | | | | | | | |
| 10.33 SF | 0.96 | 0.12 | 2.10 | 12.14 | 5/15 yrs Avg. | (4.05) 33.33% | 8.09 |
| 91.  1/2" drywall - hung, taped, floated, ready for paint | | | | | | | |
| 8.33 SF | 2.79 | 0.30 | 4.94 | 28.48 | 5/150 yrs Avg. | (0.95) 3.33% | 27.53 |
| 92.  Paint the surface area - two coats | | | | | | | |
| 671.69 SF | 0.97 | 9.67 | 138.85 | 800.06 | 5/15 yrs Avg. | (266.68) 33.33% | 533.38 |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                      11-28Z3-87S

**CONTINUED - Master Bedroom**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **Electrical** | | | | | | | |
| 93. Detach & Reset Ceiling fan & light - Standard grade | | | | | | | |
| 1.00 EA | 193.45 | 0.00 | 40.63 | 234.08 | | | 234.08 |
| 94. Light bulb - Incand. standard bulb - 1000 hr - mat. only | | | | | | | |
| 3.00 EA | 0.79 | 0.14 | 0.53 | 3.04 | 5/1 yrs Avg. | (2.43) 80.00% | 0.61 |
| **Insulation** | | | | | | | |
| 95. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| 91.67 SF | 1.29 | 3.58 | 25.58 | 147.41 | 5/150 yrs Avg. | (4.93) 3.33% | 142.48 |
| **\*\*\*\*\*Below revisions by CS Cushwa 2/18/22\*\*\*\*\*** | | | | | | | |
| 96. R&R Wood window - double hung, 9-12 sf | | | | | | | |
| 1.00 EA | 726.89 | 33.94 | 159.77 | 920.60 | | | 920.60 |
| 97. Additional charge for a retrofit window, 12-23 sf | | | | | | | |
| 1.00 EA | 142.78 | 1.15 | 30.24 | 174.17 | | | 174.17 |
| 98. Drywall tape joint/repair - per LF | | | | | | | |
| 24.00 LF | 9.33 | 0.49 | 47.12 | 271.53 | | | 271.53 |
| 99. Seal/prime then paint the ceiling (2 coats) | | | | | | | |
| 187.50 SF | 0.96 | 2.14 | 38.25 | 220.39 | 5/15 yrs Avg. | (73.46) 33.33% | 146.93 |
| **\*\* Begin revisions VADD75 11/2022\*\*** | | | | | | | |
| 100. R&R FLOOR COVERING - CARPET | | | | | | | |
| 225.00 EA | 4.15 | 22.96 | 200.93 | 1,157.64 | | | 1,157.64 |
| 101. Final cleaning - construction - Residential | | | | | | | |
| 205.07 SF | 0.23 | 0.00 | 9.91 | 57.08 | | | 57.08 |
| 102. R&R Baseboard - 2 1/4" | | | | | | | |
| 58.33 LF | 3.73 | 3.60 | 46.45 | 267.63 | | | 267.63 |
| 103. Paint baseboard - one coat | | | | | | | |
| 58.33 LF | 0.96 | 0.32 | 11.83 | 68.15 | | | 68.15 |
| 104. Paint door/window trim & jamb - 2 coats (per side) | | | | | | | |
| 1.00 EA | 31.43 | 0.29 | 6.66 | 38.38 | | | 38.38 |
| 105. R&R Interior door unit - Standard grade | | | | | | | |
| 1.00 EA | 270.44 | 10.82 | 59.07 | 340.33 | | | 340.33 |
| 106. Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | | | | | | | |
| 2.00 EA | 31.82 | 0.00 | 13.36 | 77.00 | | | 77.00 |
| 107. Clean light fixture | | | | | | | |
| 1.00 EA | 9.43 | 0.00 | 1.98 | 11.41 | | | 11.41 |
| 108. R&R Outlet | | | | | | | |
| 1.00 EA | 20.91 | 0.10 | 4.43 | 25.44 | | | 25.44 |
| 109. Detach & Reset Cold air return cover | | | | | | | |
| 3.00 EA | 20.30 | 0.00 | 12.79 | 73.69 | | | 73.69 |
| 110. Detach & Reset Ceiling fan & light | | | | | | | |
| 1.00 EA | 193.45 | 0.00 | 40.63 | 234.08 | | | 234.08 |
| **\*\* End revisions VADD75 11/2022\*\*** | | | | | | | |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                                                11-28Z3-87S

**CONTINUED - Master Bedroom**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Totals:  Master Bedroom | | 94.24 | 1,093.47 | 6,300.11 | | 407.70 | 5,892.41 |



**Foyer/Entry**                                                                                                              **Height: 8'**

384.00 SF Walls             144.00 SF Ceiling
528.00 SF Walls & Ceiling             144.00 SF Floor
48.00 LF Ceil. Perimeter             48.00 LF Floor Perimeter

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ****Being Revision,9/19/22,VABALM*** | | | | | | | |
| 111.  Mask per square foot for drywall work | | | | | | | |
| 76.56 SF | 0.28 | 0.28 | 4.56 | 26.28 | | | 26.28 |
| 112.  R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 292.23 SF | 2.95 | 11.05 | 183.37 | 1,056.49 | | | 1,056.49 |
| 113.  Seal/prime then paint the surface area (2 coats) | | | | | | | |
| 292.23 SF | 0.96 | 3.33 | 59.61 | 343.48 | | | 343.48 |
| 114.  Paint casing - one coat | | | | | | | |
| 18.00 LF | 0.97 | 0.11 | 3.69 | 21.26 | | | 21.26 |
| 115.  Texture drywall - light hand texture | | | | | | | |
| 292.23 SF | 0.76 | 1.23 | 46.90 | 270.22 | | | 270.22 |
| 116.  R&R Casing - 3 1/4" | | | | | | | |
| 18.00 LF | 3.86 | 2.28 | 15.07 | 86.83 | | | 86.83 |
| 117.  Detach & Reset Light fixture | | | | | | | |
| 1.00 EA | 54.32 | 0.00 | 11.41 | 65.73 | | | 65.73 |
| 118.  Paint crown molding - one coat | | | | | | | |
| 30.92 LF | 0.99 | 0.20 | 6.47 | 37.28 | | | 37.28 |
| 119.  Paint chair rail - one coat | | | | | | | |
| 26.17 LF | 0.97 | 0.16 | 5.37 | 30.91 | | | 30.91 |
| 120.  R&R Chair rail - 2 1/2" | | | | | | | |
| 48.00 LF | | | | | | | PER BID |
| * 121.  Chair rail-detach & reset | | | | | | | |
| 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 26.17LF detach & rest | | | | | | | |
| 122.  Clean light fixture | | | | | | | |
| 1.00 EA | 9.43 | 0.00 | 1.98 | 11.41 | | | 11.41 |
| 123.  Baseboard - Detach & reset | | | | | | | |
| 26.17 LF | 1.84 | 0.02 | 10.12 | 58.29 | | | 58.29 |

Date:    11/18/2022 2:49 PM                                                                                        Page: 15

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                                        11-28Z3-87S

CONTINUED - Foyer/Entry

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 124. Paint baseboard - one coat | | | | | | | |
| 26.17 LF | 0.96 | 0.14 | 5.30 | 30.56 | | | 30.56 |
| 125. Final cleaning - construction - Residential | | | | | | | |
| 76.56 SF | 0.23 | 0.00 | 3.70 | 21.31 | | | 21.31 |
| ****End Revision,9/19/22,VABALM*** | | | | | | | |
| **Totals: Foyer/Entry** | | **18.80** | **357.55** | **2,060.05** | | **0.00** | **2,060.05** |

Hallway                                                                                                     **Height: 8'**

384.00  SF Walls                              144.00  SF Ceiling
528.00  SF Walls & Ceiling                    144.00  SF Floor
48.00  LF Ceil. Perimeter                     48.00  LF Floor Perimeter

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ****Being Revision,9/19/22,VABALM*** | | | | | | | |
| 126. Mask per square foot for drywall work | | | | | | | |
| 104.97 SF | 0.28 | 0.38 | 6.25 | 36.02 | | | 36.02 |
| 127. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 560.34 SF | 2.95 | 21.18 | 351.58 | 2,025.76 | | | 2,025.76 |
| 128. Texture drywall - light hand texture | | | | | | | |
| 560.34 SF | 0.76 | 2.35 | 89.94 | 518.15 | | | 518.15 |
| 129. Seal/prime then paint the surface area (2 coats) | | | | | | | |
| 560.34 SF | 0.96 | 6.39 | 114.30 | 658.62 | | | 658.62 |
| 130. Paint casing - one coat | | | | | | | |
| 18.00 LF | 0.97 | 0.11 | 3.69 | 21.26 | | | 21.26 |
| 131. R&R Casing - 3 1/4" | | | | | | | |
| 18.00 LF | 3.86 | 2.28 | 15.07 | 86.83 | | | 86.83 |
| 132. Detach & Reset Light fixture | | | | | | | |
| 1.00 EA | 54.32 | 0.00 | 11.41 | 65.73 | | | 65.73 |
| 133. Paint crown molding - one coat | | | | | | | |
| 30.92 LF | 0.99 | 0.20 | 6.47 | 37.28 | | | 37.28 |
| 134. Paint chair rail - one coat | | | | | | | |
| 26.17 LF | 0.97 | 0.16 | 5.37 | 30.91 | | | 30.91 |
| 135. R&R Chair rail - 2 1/2" | | | | | | | |
| 48.00 LF | | | | | | | PER BID |

**State Farm**

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

**CONTINUED - Hallway**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 136.  Chair rail-detach & reset | | | | | | | |
| 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 26.17LF detach & rest | | | | | | | |
| 137.  Clean light fixture | | | | | | | |
| 1.00 EA | 9.43 | 0.00 | 1.98 | 11.41 | | | 11.41 |
| 138.  Baseboard - Detach & reset | | | | | | | |
| 26.17 LF | 1.84 | 0.02 | 10.12 | 58.29 | | | 58.29 |
| 139.  Paint baseboard - one coat | | | | | | | |
| 26.17 LF | 0.96 | 0.14 | 5.30 | 30.56 | | | 30.56 |
| 140.  Final cleaning - construction - Residential | | | | | | | |
| 76.56 SF | 0.23 | 0.00 | 3.70 | 21.31 | | | 21.31 |
| ****End Revision,9/19/22,VABALM*** | | | | | | | |
| 141.  Detach & Reset Exhaust fan | | | | | | | |
| 1.00 EA | 196.85 | 0.00 | 41.34 | 238.19 | | | 238.19 |
| 142.  Clean disappearing (folding) stairway/attic ladder | | | | | | | |
| 1.00 EA | 29.20 | 0.02 | 6.13 | 35.35 | | | 35.35 |
| 143.  Cold air return cover - Detach & reset | | | | | | | |
| 1.00 EA | 9.19 | 0.00 | 1.93 | 11.12 | | | 11.12 |
| **Totals:  Hallway** | | **33.23** | **674.58** | **3,886.79** | | **0.00** | **3,886.79** |



**Sitting Room**  Height: 8'

| | |
|---|---|
| 384.00  SF Walls | 144.00  SF Ceiling |
| 528.00  SF Walls & Ceiling | 144.00  SF Floor |
| 48.00  LF Ceil. Perimeter | 48.00  LF Floor Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ** Revisions VADD75 11/2022** | | | | | | | |
| 144.  Detach & Reset Light fixture | | | | | | | |
| 1.00 EA | 54.32 | 0.00 | 11.41 | 65.73 | | | 65.73 |
| 145.  Clean light fixture - fluorescent | | | | | | | |
| 1.00 EA | 12.55 | 0.00 | 2.64 | 15.19 | | | 15.19 |
| 146.  Mask per square foot for drywall work | | | | | | | |
| 235.07 SF | 0.28 | 0.85 | 14.00 | 80.67 | | | 80.67 |
| 147.  R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| 79.00 SF | 1.29 | 3.08 | 22.05 | 127.04 | | | 127.04 |

**State Farm**

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

**CONTINUED - Sitting Room**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 148. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 79.00 SF | 2.95 | 2.99 | 49.57 | 285.61 | | | 285.61 |
| 149. Texture drywall - smooth / skim coat | | | | | | | |
| 79.00 SF | 1.57 | 0.52 | 26.15 | 150.70 | | | 150.70 |
| 150. Paint the surface area - two coats | | | | | | | |
| 708.63 SF | 0.97 | 10.20 | 146.49 | 844.06 | | | 844.06 |
| 151. Detach & Reset Crown molding - 3 1/4" | | | | | | | |
| 13.50 LF | 4.51 | 0.02 | 12.79 | 73.70 | | | 73.70 |
| 152. Paint crown molding - one coat | | | | | | | |
| 13.50 LF | 0.99 | 0.09 | 2.83 | 16.29 | | | 16.29 |
| 153. Detach & Reset Baseboard - 2 1/4" | | | | | | | |
| 13.50 LF | 3.35 | 0.02 | 9.50 | 54.75 | | | 54.75 |
| 154. Paint baseboard - one coat | | | | | | | |
| 13.50 LF | 0.96 | 0.07 | 2.75 | 15.78 | | | 15.78 |
| 155. Final cleaning - construction - Residential | | | | | | | |
| 235.07 SF | 0.23 | 0.00 | 11.36 | 65.43 | | | 65.43 |
| ** End revisions VADD75 11/2022** | | | | | | | |

| | | TAX | GCO&P | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Sitting Room** | | **17.84** | **311.54** | **1,794.95** | | **0.00** | **1,794.95** |



**Office**                                                                Height: 8'

| | | |
|---|---|---|
| 384.00 SF Walls | | 144.00 SF Ceiling |
| 528.00 SF Walls & Ceiling | | 144.00 SF Floor |
| 48.00 LF Ceil. Perimeter | | 48.00 LF Floor Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ** Begin revisions VADD 75 11/2022** | | | | | | | |
| 156. Detach & Reset Ceiling fan & light - Standard grade | | | | | | | |
| 1.00 EA | 193.45 | 0.00 | 40.63 | 234.08 | | | 234.08 |
| 157. Mask per square foot for drywall work | | | | | | | |
| 135.19 SF | 0.28 | 0.49 | 8.05 | 46.39 | | | 46.39 |
| 158. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| 80.00 SF | 1.29 | 3.12 | 22.32 | 128.64 | | | 128.64 |
| 159. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 80.00 SF | 2.95 | 3.02 | 50.19 | 289.21 | | | 289.21 |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                11-28Z3-87S

**CONTINUED - Office**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 160. Texture drywall - smooth / skim coat | | | | | | | |
| 80.00 SF | 1.57 | 0.53 | 26.49 | 152.62 | | | 152.62 |
| 161. Paint the walls and ceiling - two coats | | | | | | | |
| 528.00 SF | 0.97 | 7.60 | 109.16 | 628.92 | | | 628.92 |
| 162. Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | | | | | | | |
| 2.00 EA | 31.82 | 0.00 | 13.36 | 77.00 | | | 77.00 |
| Window blind- horizontal or vertical | | | | | | | |
| 163. Paint door/window trim & jamb - 2 coats (per side) | | | | | | | |
| 1.00 EA | 31.43 | 0.29 | 6.66 | 38.38 | | | 38.38 |
| 164. Detach & Reset Door knob - interior | | | | | | | |
| 1.00 EA | 21.24 | 0.00 | 4.46 | 25.70 | | | 25.70 |
| 165. R&R Crown molding - 3 1/4" | | | | | | | |
| 10.00 LF | 5.55 | 1.00 | 11.87 | 68.37 | | | 68.37 |
| 166. Paint crown molding - one coat | | | | | | | |
| 10.00 LF | 0.99 | 0.07 | 2.10 | 12.07 | | | 12.07 |
| 167. Detach & Reset Chair rail - 2 1/2" | | | | | | | |
| 10.00 LF | 2.81 | 0.01 | 5.90 | 34.01 | | | 34.01 |
| 168. R&R Baseboard - 2 1/4" | | | | | | | |
| 10.00 LF | 3.73 | 0.62 | 7.96 | 45.88 | | | 45.88 |
| 169. Paint baseboard - one coat | | | | | | | |
| 10.00 LF | 0.96 | 0.05 | 2.04 | 11.69 | | | 11.69 |
| 170. Final cleaning - construction - Residential | | | | | | | |
| 144.00 SF | 0.23 | 0.00 | 6.95 | 40.07 | | | 40.07 |
| 171. R&R Interior door unit | | | | | | | |
| 1.00 EA | 297.80 | 12.46 | 65.16 | 375.42 | | | 375.42 |
| ** End revisions VADD75 11/2022 ** | | | | | | | |
| **Totals: Office** | | **29.26** | **383.30** | **2,208.45** | | **0.00** | **2,208.45** |



**Master closet**                                                                Height: 8'

384.00 SF Walls                         144.00 SF Ceiling
528.00 SF Walls & Ceiling               144.00 SF Floor
48.00 LF Ceil. Perimeter                48.00 LF Floor Perimeter

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|

**Begin revisions VADD75 11/2022**

**State Farm**

MARTINEZ ZRON, STEFANIE

11-28Z3-87S

**CONTINUED - Master closet**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 172. Mask per square foot for drywall work | | | | | | | |
| 38.23 SF | 0.28 | 0.14 | 2.28 | 13.12 | | | 13.12 |
| 173. R&R Batt insulation - 6" - R19 - unfaced batt | | | | | | | |
| 207.96 SF | 1.29 | 8.11 | 58.04 | 334.42 | | | 334.42 |
| 174. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 246.19 SF | 2.95 | 9.31 | 154.46 | 890.03 | | | 890.03 |
| 175. Texture drywall - smooth / skim coat | | | | | | | |
| 207.96 SF | 1.57 | 1.37 | 68.86 | 396.73 | | | 396.73 |
| 176. Paint the surface area - two coats | | | | | | | |
| 246.19 SF | 0.97 | 3.55 | 50.90 | 293.25 | | | 293.25 |
| 177. Paint door/window trim & jamb - 2 coats (per side) | | | | | | | |
| 1.00 EA | 31.43 | 0.29 | 6.66 | 38.38 | | | 38.38 |
| 178. Detach & Reset Bifold door - solid fir 4 or 6 panel - Single | | | | | | | |
| 1.00 EA | 21.40 | 0.00 | 4.49 | 25.89 | | | 25.89 |
| 179. R&R Baseboard - 2 1/4" | | | | | | | |
| 48.00 LF | 3.73 | 2.97 | 38.24 | 220.25 | | | 220.25 |
| 180. Paint baseboard - one coat | | | | | | | |
| 48.00 LF | 0.96 | 0.26 | 9.74 | 56.08 | | | 56.08 |
| 181. Carpet | | | | | | | |
| 42.03 SF | 4.00 | 4.14 | 36.17 | 208.43 | | | 208.43 |
| ** End revisions VADD75 11/2022** | | | | | | | |
| **Totals: Master closet** | | **30.14** | **429.84** | **2,476.58** | | **0.00** | **2,476.58** |

**Master Bath**                                                                 **Height: 8'**

| 384.00 SF Walls | 144.00 SF Ceiling |
|---|---|
| 528.00 SF Walls & Ceiling | 144.00 SF Floor |
| 48.00 LF Ceil. Perimeter | 48.00 LF Floor Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ** Begin revisions VADD75 11/2022** | | | | | | | |
| 182. Mask per square foot for drywall work | | | | | | | |
| 62.33 SF | 0.28 | 0.22 | 3.71 | 21.38 | | | 21.38 |
| 183. R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 62.33 SF | 2.95 | 2.36 | 39.12 | 225.36 | | | 225.36 |

Date:    11/18/2022 2:49 PM

Page: 20

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                11-28Z3-87S

**CONTINUED - Master Bath**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 184.  Texture drywall - light hand texture | | | | | | | |
| 62.33 SF | 0.76 | 0.26 | 10.01 | 57.64 | | | 57.64 |
| 185.  Paint the surface area - two coats | | | | | | | |
| 62.33 SF | 0.97 | 0.90 | 12.89 | 74.25 | | | 74.25 |
| 186.  Detach & Reset Cold air return cover | | | | | | | |
| 1.00 EA | 20.30 | 0.00 | 4.26 | 24.56 | | | 24.56 |
| 187.  Detach & Reset Light fixture | | | | | | | |
| 1.00 EA | 54.32 | 0.00 | 11.41 | 65.73 | | | 65.73 |
| 188.  R&R Interior door unit - Standard grade | | | | | | | |
| 1.00 EA | 270.44 | 10.82 | 59.07 | 340.33 | | | 340.33 |
| 189.  Paint door/window trim & jamb - 2 coats (per side) | | | | | | | |
| 1.00 EA | 31.43 | 0.29 | 6.66 | 38.38 | | | 38.38 |
| 190.  Final cleaning - construction - Residential | | | | | | | |
| 144.00 SF | 0.23 | 0.00 | 6.95 | 40.07 | | | 40.07 |
| 191.  Detach & Reset Shower curtain rod | | | | | | | |
| 1.00 EA | 14.86 | 0.00 | 3.13 | 17.99 | | | 17.99 |
| ** end revisions VADD75 11/2022** | | | | | | | |

| | TAX | GCO&P | RCV | | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Totals:  Master Bath** | **14.85** | **157.21** | **905.69** | | **0.00** | **905.69** |

**Hall Bath**                                                                **Height: 8'**



| 384.00 SF Walls | 144.00 SF Ceiling |
|---|---|
| 528.00 SF Walls & Ceiling | 144.00 SF Floor |
| 48.00 LF Ceil. Perimeter | 48.00 LF Floor Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ** begin revisions VADD75 11/2022 ** | | | | | | | |
| 192.  Mask per square foot for drywall work | | | | | | | |
| 100.98 SF | 0.28 | 0.36 | 6.02 | 34.65 | | | 34.65 |
| 193.  R&R 5/8" drywall - hung, taped, ready for texture | | | | | | | |
| 100.98 SF | 2.95 | 3.82 | 63.35 | 365.06 | | | 365.06 |
| 194.  Texture drywall - light hand texture | | | | | | | |
| 100.98 SF | 0.76 | 0.42 | 16.20 | 93.36 | | | 93.36 |
| 195.  Paint the surface area - two coats | | | | | | | |
| 100.98 SF | 0.97 | 1.45 | 20.89 | 120.29 | | | 120.29 |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                11-28Z3-87S

**CONTINUED - Hall Bath**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|----------|-----------|-----|-------|-----|-------------------|---------------|-----|
| 196. Detach & Reset Cold air return cover | | | | | | | |
| 1.00 EA | 20.30 | 0.00 | 4.26 | 24.56 | | | 24.56 |
| 197. Detach & Reset Light fixture | | | | | | | |
| 2.00 EA | 54.32 | 0.00 | 22.81 | 131.45 | | | 131.45 |
| 198. R&R Interior door unit - Standard grade | | | | | | | |
| 1.00 EA | 270.44 | 10.82 | 59.07 | 340.33 | | | 340.33 |
| 199. Paint door/window trim & jamb - 2 coats (per side) | | | | | | | |
| 1.00 EA | 31.43 | 0.29 | 6.66 | 38.38 | | | 38.38 |
| 200. Final cleaning - construction - Residential | | | | | | | |
| 100.98 SF | 0.23 | 0.00 | 4.88 | 28.11 | | | 28.11 |
| 201. Detach & Reset Shower curtain rod | | | | | | | |
| 1.00 EA | 14.86 | 0.00 | 3.13 | 17.99 | | | 17.99 |
| 202. R&R Cabinetry - upper (wall) units | | | | | | | |
| 11.50 LF | 213.76 | 72.87 | 531.54 | 3,062.65 | | | 3,062.65 |
| ** end revisions VADD75 11/2022** | | | | | | | |
| **Totals: Hall Bath** | | **90.03** | **738.81** | **4,256.83** | | **0.00** | **4,256.83** |



**Basement Hall**                                                                    **Height: 8'**

384.00 SF Walls                                    144.00 SF Ceiling
528.00 SF Walls & Ceiling                          144.00 SF Floor
48.00 LF Ceil. Perimeter                           48.00 LF Floor Perimeter

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|----------|-----------|-----|-------|-----|-------------------|---------------|-----|
| ** Begin revisions VADD75 11/2022* | | | | | | | |
| 203. Remove Carpet | | | | | | | |
| 118.92 SF | 0.28 | 0.00 | 6.99 | 40.29 | | | 40.29 |
| 204. Carpet | | | | | | | |
| 136.75 SF | 4.00 | 13.46 | 117.70 | 678.16 | | | 678.16 |
| **End revisions VADD75 11/2022** | | | | | | | |
| **Totals: Basement Hall** | | **13.46** | **124.69** | **718.45** | | **0.00** | **718.45** |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                      11-28Z3-87S

**basement bedroom**                                                          Height: 8'

| | |
|---|---|
| 384.00 SF Walls | 144.00 SF Ceiling |
| 528.00 SF Walls & Ceiling | 144.00 SF Floor |
| 48.00 LF Ceil. Perimeter | 48.00 LF Floor Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| ** Begin revisions VADD75 11/2022** | | | | | | | |
| 205. Remove Carpet | | | | | | | |
| 115.58 SF | 0.29 | 0.00 | 7.04 | 40.56 | | | 40.56 |
| 206. Carpet | | | | | | | |
| 132.92 SF | 3.20 | 19.30 | 93.37 | 538.01 | | | 538.01 |
| **End revisions VADD75 11/2022** | | | | | | | |
| **Totals: basement bedroom** | | 19.30 | 100.41 | 578.57 | | 0.00 | 578.57 |

**Basement**                                                                   Height: 8'

| | |
|---|---|
| 458.67 SF Walls | 200.00 SF Ceiling |
| 658.67 SF Walls & Ceiling | 200.00 SF Floor |
| 57.33 LF Ceil. Perimeter | 57.33 LF Floor Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| **Begin revisions VADD75 11/2022** | | | | | | | |
| 207. Re-point masonry | | | | | | | |
| 30.00 SF | 6.50 | 0.14 | 40.98 | 236.12 | | | 236.12 |
| 208. Remove Carpet | | | | | | | |
| 118.92 SF | 0.28 | 0.00 | 6.99 | 40.29 | | | 40.29 |
| 209. Carpet | | | | | | | |
| 136.75 SF | 2.86 | 17.81 | 85.87 | 494.79 | | | 494.79 |
| ** End revisions VADD75 11/2022** | | | | | | | |
| **Totals: Basement** | | 17.95 | 133.84 | 771.20 | | 0.00 | 771.20 |

Area Totals:  Interior

| | | |
|---|---|---|
| 5,897.33 SF Walls | 2,259.50 SF Ceiling | 8,156.83 SF Walls and Ceiling |
| 2,259.50 SF Floor | 2,511.50 Total Area | 737.17 LF Floor Perimeter |
| 2,259.50 Floor Area | 774.17 Exterior Perimeter of Walls | 737.17 LF Ceil. Perimeter |
| 6,967.50 Exterior Wall Area | | 5,897.33 Interior Wall Area |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                                        11-28Z3-87S

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | 379.10 | 4,505.24 | 25,957.67 | | 407.70 | 25,549.97 |

Area Totals: Interior

| | | |
|---|---|---|
| 5,897.33 SF Walls | 2,259.50 SF Ceiling | 8,156.83 SF Walls and Ceiling |
| 2,259.50 SF Floor | 2,511.50 Total Area | 737.17 LF Floor Perimeter |
| 2,259.50 Floor Area | 774.17 Exterior Perimeter | 737.17 LF Ceil. Perimeter |
| 6,967.50 Exterior Wall Area | of Walls | 5,897.33 Interior Wall Area |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: Interior** | 379.10 | 4,505.24 | 25,957.67 | | 407.70 | 25,549.97 |

**Debris Removal**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 210.  Dumpster load - Approx. 20 yards, 4 tons of debris | | | | | | | |
| 1.00 EA | 440.00 | 0.00 | 92.40 | 532.40 | | | 532.40 |
| **Totals: Debris Removal** | | **0.00** | **92.40** | **532.40** | | **0.00** | **532.40** |

**Labor Minimums Applied**

| QUANTITY | UNIT PRICE | TAX | GCO&P | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 211.  Water extract/remediation labor minimum | | | | | | | |
| 1.00 EA | 28.03 | 0.00 | 5.88 | 33.91 | | | 33.91 |
| **Totals: Labor Minimums Applied** | | **0.00** | **5.88** | **33.91** | | **0.00** | **33.91** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Line Item Totals: 11-28Z3-87S** | 2,060.11 | 25,777.27 | 149,224.50 | | 608.69 | 148,615.81 |

| COVERAGE | TAX | GCO&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|
| Coverage A - Dwelling - 35 Windstorm and Hail | 2,060.11 | 25,628.52 | 148,367.41 | (608.69) | 147,758.72 |
| Coverage A - Dwelling - 35 Windstorm and Hail - Tree Debris Removal | 0.00 | 148.75 | 857.09 | (0.00) | 857.09 |
| Total | 2,060.11 | 25,777.27 | 149,224.50 | (608.69) | 148,615.81 |

**State Farm**

MARTINEZ ZRON, STEFANIE                                                                 11-28Z3-87S

## Grand Total Areas:

| | | |
|---|---|---|
| 11,571.81 SF Walls | 2,259.50 SF Ceiling | 13,831.31 SF Walls and Ceiling |
| 2,259.50 SF Floor | | 1,210.90 LF Floor Perimeter |
| | | 737.17 LF Ceil. Perimeter |
| | | |
| 2,259.50 Floor Area | 2,511.50 Total Area | 5,897.33 Interior Wall Area |
| 12,525.81 Exterior Wall Area | 1,247.90 Exterior Perimeter of Walls | |
| | | |
| 2,923.12 Surface Area | 29.23 Number of Squares | 243.08 Total Perimeter Length |
| 32.93 Total Ridge Length | 151.70 Total Hip Length | |



## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **CAB    CABINETRY** | | | | | | |
| R&R Cabinetry - upper (wall) units | 11.50 LF | $3,062.65 | $531.54 | $3,062.65 | $0.00 | $0.00 |
| **TOTAL CABINETRY** | | **$3,062.65** | **$531.54** | **$3,062.65** | **$0.00** | **$0.00** |
| **CLN    CLEANING** | | | | | | |
| Cold air return cover - Detach & reset | 1.00 EA | $11.12 | $1.93 | $11.12 | $0.00 | $0.00 |
| Final cleaning - construction - Residential | 153.12 SF | $42.62 | $7.40 | $42.62 | $0.00 | $0.00 |
| Final cleaning - construction - Residential | 829.12 SF | $230.76 | $40.05 | $230.76 | $0.00 | $0.00 |
| Clean light fixture - fluorescent | 1.00 EA | $15.19 | $2.64 | $15.19 | $0.00 | $0.00 |
| Clean light fixture | 2.00 EA | $22.82 | $3.96 | $22.82 | $0.00 | $0.00 |
| Clean light fixture | 1.00 EA | $11.41 | $1.98 | $11.41 | $0.00 | $0.00 |
| Clean disappearing (folding) stairway/attic ladder | 1.00 EA | $35.35 | $6.13 | $35.35 | $0.00 | $0.00 |
| **TOTAL CLEANING** | | **$369.27** | **$64.09** | **$369.27** | **$0.00** | **$0.00** |
| **DMO    GENERAL DEMOLITION** | | | | | | |
| Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | $532.40 | $92.40 | $532.40 | $0.00 | $0.00 |
| Handyman Laz | 1.00 EA | $857.09 | $148.75 | $857.09 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$1,389.49** | **$241.15** | **$1,389.49** | **$0.00** | **$0.00** |
| **DOR    DOORS** | | | | | | |
| R&R Interior door unit | 1.00 EA | $375.42 | $65.16 | $375.42 | $0.00 | $0.00 |
| R&R Interior door unit - Standard grade | 3.00 EA | $1,020.99 | $177.21 | $1,020.99 | $0.00 | $0.00 |
| Detach & Reset Bifold door - solid fir 4 or 6 panel - Single | 1.00 EA | $25.89 | $4.49 | $25.89 | $0.00 | $0.00 |
| R&R Overhead door & hardware - 16' x 7' | 1.00 EA | $1,980.57 | $343.74 | $1,980.57 | $0.00 | $0.00 |
| Overhead door weather stop | 30.00 LF | $128.98 | $22.38 | $128.98 | $0.00 | $0.00 |
| **TOTAL DOORS** | | **$3,531.85** | **$612.98** | **$3,531.85** | **$0.00** | **$0.00** |
| **DRY    DRYWALL** | | | | | | |
| 1/2" drywall - hung, taped, floated, ready for paint | 8.33 SF | $28.48 | $4.94 | $27.53 | $0.00 | $0.95 |
| R&R 5/8" drywall - hung, taped, ready for texture | 852.57 SF | $3,082.25 | $534.95 | $3,082.25 | $0.00 | $0.00 |
| R&R 5/8" drywall - hung, taped, ready for texture | 568.50 SF | $2,055.27 | $356.69 | $2,055.27 | $0.00 | $0.00 |
| Mask per square foot for drywall work | 181.53 SF | $62.30 | $10.81 | $62.30 | $0.00 | $0.00 |
| Mask per square foot for drywall work | 571.80 SF | $196.21 | $34.06 | $196.21 | $0.00 | $0.00 |
| Drywall tape joint/repair - per LF | 24.00 LF | $271.53 | $47.12 | $271.53 | $0.00 | $0.00 |
| Texture drywall - light hand texture | 205.07 SF | $189.63 | $32.92 | $183.30 | $0.00 | $6.33 |

Note:  Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **DRY      DRYWALL** | | | | | | |
| Texture drywall - light hand texture | 852.57 SF | $788.37 | $136.84 | $788.37 | $0.00 | $0.00 |
| Texture drywall - light hand texture | 163.31 SF | $151.00 | $26.21 | $151.00 | $0.00 | $0.00 |
| Texture drywall - smooth / skim coat | 833.59 SF | $1,590.24 | $276.00 | $1,560.57 | $0.00 | $29.67 |
| **TOTAL DRYWALL** | | **$8,415.28** | **$1,460.54** | **$8,378.33** | **$0.00** | **$36.95** |
| **ELE      ELECTRICAL** | | | | | | |
| Detach & Reset Exhaust fan | 1.00 EA | $238.19 | $41.34 | $238.19 | $0.00 | $0.00 |
| R&R Outlet | 1.00 EA | $25.44 | $4.43 | $25.44 | $0.00 | $0.00 |
| **TOTAL ELECTRICAL** | | **$263.63** | **$45.77** | **$263.63** | **$0.00** | **$0.00** |
| **FCC      FLOOR COVERING - CARPET** | | | | | | |
| Carpet | 136.75 SF | $494.79 | $85.87 | $494.79 | $0.00 | $0.00 |
| Carpet | 132.92 SF | $538.01 | $93.37 | $538.01 | $0.00 | $0.00 |
| Carpet | 178.78 SF | $886.59 | $153.87 | $886.59 | $0.00 | $0.00 |
| Remove Carpet | 237.84 SF | $80.58 | $13.98 | $80.58 | $0.00 | $0.00 |
| Remove Carpet | 115.58 SF | $40.56 | $7.04 | $40.56 | $0.00 | $0.00 |
| R&R FLOOR COVERING - CARPET | 225.00 EA | $1,157.64 | $200.93 | $1,157.64 | $0.00 | $0.00 |
| **TOTAL FLOOR COVERING - CARPET** | | **$3,198.17** | **$555.06** | **$3,198.17** | **$0.00** | **$0.00** |
| **FEN      FENCING** | | | | | | |
| R&R Chain link fence w/posts & top rail - 4' high | 40.00 LF | $941.75 | $163.45 | $784.79 | $0.00 | $156.96 |
| R&R Chain link fence w/posts & top rail - 4' high | 40.00 LF | $941.75 | $163.45 | $941.75 | $0.00 | $0.00 |
| **TOTAL FENCING** | | **$1,883.50** | **$326.90** | **$1,726.54** | **$0.00** | **$156.96** |
| **FNC      FINISH CARPENTRY / TRIMWORK** | | | | | | |
| R&R Baseboard - 2 1/4" | 116.33 LF | $533.76 | $92.65 | $533.76 | $0.00 | $0.00 |
| Detach & Reset Baseboard - 2 1/4" | 13.50 LF | $54.75 | $9.50 | $54.75 | $0.00 | $0.00 |
| R&R Casing - 3 1/4" | 36.00 LF | $173.66 | $30.14 | $173.66 | $0.00 | $0.00 |
| R&R Chair rail - 2 1/2" | 96.00 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Detach & Reset Chair rail - 2 1/2" | 10.00 LF | $34.01 | $5.90 | $34.01 | $0.00 | $0.00 |
| R&R Crown molding - 3 1/4" | 10.00 LF | $68.37 | $11.87 | $68.37 | $0.00 | $0.00 |
| Detach & Reset Crown molding - 3 1/4" | 13.50 LF | $73.70 | $12.79 | $73.70 | $0.00 | $0.00 |
| **TOTAL FINISH CARPENTRY / TRIMWORK** | | **$938.25** | **$162.85** | **$938.25** | **$0.00** | **$0.00** |
| **FNH      FINISH HARDWARE** | | | | | | |
| Detach & Reset Door knob - interior | 1.00 EA | $25.70 | $4.46 | $25.70 | $0.00 | $0.00 |
| Detach & Reset Shower curtain rod | 2.00 EA | $35.98 | $6.26 | $35.98 | $0.00 | $0.00 |

Note:  Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **FNH     FINISH HARDWARE** | | | | | | |
| **TOTAL FINISH HARDWARE** | | **$61.68** | **$10.72** | **$61.68** | **$0.00** | **$0.00** |
| **FRM     FRAMING & ROUGH CARPENTRY** | | | | | | |
| 2" x 10" x 14' #2 & better Fir / Larch (material only) | 2.00 EA | $80.66 | $14.01 | $80.66 | $0.00 | $0.00 |
| 2" x 10" x 20' #2 & better Fir / Larch (material only) | 8.00 EA | $458.04 | $79.49 | $458.04 | $0.00 | $0.00 |
| 2" x 10" x 8' #2 & better Fir / Larch (material only) | 6.00 EA | $137.45 | $23.86 | $137.45 | $0.00 | $0.00 |
| 2" x 4" x 10' #2 & better Fir / Larch (material only) | 2.00 EA | $23.88 | $4.14 | $23.88 | $0.00 | $0.00 |
| 2" x 4" x 12' #2 & better Fir / Larch (material only) | 3.00 EA | $43.17 | $7.49 | $43.17 | $0.00 | $0.00 |
| 2" x 4" x 14' #2 & better Fir / Larch (material only) | 5.00 EA | $84.07 | $14.59 | $84.07 | $0.00 | $0.00 |
| 2" x 4" x 18' #2 & better Fir / Larch (material only) | 3.00 EA | $74.41 | $12.91 | $74.41 | $0.00 | $0.00 |
| 2" x 4" x 20' #2 & better Fir / Larch (material only) | 5.00 EA | $173.40 | $30.09 | $173.40 | $0.00 | $0.00 |
| 2" x 4" x 8' #2 & better Fir / Larch (material only) | 12.00 EA | $114.66 | $19.90 | $114.66 | $0.00 | $0.00 |
| 2" x 4" x 92 5/8" pre-cut stud (for 8' wall, mat | 4.00 EA | $37.04 | $6.43 | $37.04 | $0.00 | $0.00 |
| 2" x 6" x 14' #2 & better Fir / Larch (material only) | 4.00 EA | $97.52 | $16.92 | $97.52 | $0.00 | $0.00 |
| 2" x 6" x 16' #2 & better Fir / Larch (material only) | 2.00 EA | $54.98 | $9.55 | $54.98 | $0.00 | $0.00 |
| 2" x 6" x 20' #2 & better Fir / Larch (material only) | 7.00 EA | $340.72 | $59.13 | $340.72 | $0.00 | $0.00 |
| 2" x 6" x 8' #2 & better Fir / Larch (material only) | 4.00 EA | $55.41 | $9.62 | $55.41 | $0.00 | $0.00 |
| 2" x 8" x 10' #2 & better Fir / Larch (material only) | 21.00 EA | $523.60 | $90.87 | $523.60 | $0.00 | $0.00 |
| 2" x 8" x 12' #2 & better Fir / Larch (material only) | 15.00 EA | $450.58 | $78.20 | $450.58 | $0.00 | $0.00 |
| 2" x 8" x 14' #2 & better Fir / Larch (material only) | 23.00 EA | $807.70 | $140.18 | $807.70 | $0.00 | $0.00 |
| 2" x 8" x 16' #2 & better Fir / Larch (material only) | 13.00 EA | $514.56 | $89.31 | $514.56 | $0.00 | $0.00 |
| 2" x 8" x 18' #2 & better Fir / Larch (material only) | 40.00 EA | $1,813.59 | $314.75 | $1,813.59 | $0.00 | $0.00 |
| 2" x 8" x 20' #2 & better Fir / Larch (material only) | 6.00 EA | $299.21 | $51.93 | $299.21 | $0.00 | $0.00 |
| 2" x 8" x 8' #2 & better Fir / Larch (material only) | 44.00 EA | $877.56 | $152.31 | $877.56 | $0.00 | $0.00 |

R&R Labor to frame 2" x 4" non-bearing wall -

Note:  Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **FRM     FRAMING & ROUGH CARPENTRY** | | | | | | |
| 16" oc | 86.38 SF | $226.92 | $39.38 | $226.92 | $0.00 | $0.00 |
| Carpenter - General Framer - per hour | 8.00 HR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Rafters - 2x10 - stick frame roof (using rafter length) | 40.00 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Rafters - 2x10 - Labor only - (using rafter length) | 25.81 LF | $156.52 | $27.17 | $156.52 | $0.00 | $0.00 |
| R&R Rafters - 2x6 - stick frame roof (using rafter length) | 266.00 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Rafters - 2x6 - Labor only - (using rafter length) | 247.24 LF | $1,131.39 | $196.37 | $1,131.39 | $0.00 | $0.00 |
| R&R Rafters - 2x8 - Labor only - (using rafter length) | 1,978.84 LF | $10,874.87 | $1,887.37 | $10,874.87 | $0.00 | $0.00 |
| R&R Rafters - hip - 10" - Labor only (use hip length) | 192.48 LF | $8,315.26 | $1,443.15 | $8,315.26 | $0.00 | $0.00 |
| R&R Sheathing - plywood - 1/2" CDX | 192.00 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Sheathing - OSB - 1/2" | 2,624.00 SF | $8,323.68 | $1,444.60 | $8,323.68 | $0.00 | $0.00 |
| R&R Top plate - 2" x 4" | 20.00 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Top plate - 2" x 4" | 283.10 LF | $1,419.41 | $246.35 | $1,419.41 | $0.00 | $0.00 |
| **TOTAL FRAMING & ROUGH CARPENTRY** | | **$37,510.26** | **$6,510.07** | **$37,510.26** | **$0.00** | **$0.00** |
| **HVC     HEAT, VENT & AIR CONDITIONING** | | | | | | |
| Detach & Reset Cold air return cover | 5.00 EA | $122.81 | $21.31 | $122.81 | $0.00 | $0.00 |
| **TOTAL HEAT, VENT & AIR CONDITIONING** | | **$122.81** | **$21.31** | **$122.81** | **$0.00** | **$0.00** |
| **INS     INSULATION** | | | | | | |
| R&R Batt insulation - 12" - R38 - unfaced batt | 1,320.07 SF | $3,709.21 | $643.74 | $3,709.21 | $0.00 | $0.00 |
| R&R Batt insulation - 6" - R19 - unfaced batt | 91.67 SF | $147.41 | $25.58 | $142.48 | $0.00 | $4.93 |
| R&R Batt insulation - 6" - R19 - unfaced batt | 366.96 SF | $590.10 | $102.41 | $590.10 | $0.00 | $0.00 |
| **TOTAL INSULATION** | | **$4,446.72** | **$771.73** | **$4,441.79** | **$0.00** | **$4.93** |
| **LAB     LABOR ONLY** | | | | | | |
| General Laborer - per hour | 8.00 HR | $365.32 | $63.40 | $365.32 | $0.00 | $0.00 |
| **TOTAL LABOR ONLY** | | **$365.32** | **$63.40** | **$365.32** | **$0.00** | **$0.00** |
| **LIT     LIGHT FIXTURES** | | | | | | |
| Detach & Reset Light fixture | 2.00 EA | $131.46 | $22.82 | $131.46 | $0.00 | $0.00 |
| Detach & Reset Light fixture | 4.00 EA | $262.91 | $45.63 | $262.91 | $0.00 | $0.00 |
| Light bulb - Incand. standard bulb - 1000 hr - mat. only | 3.00 EA | $3.04 | $0.53 | $0.61 | $0.00 | $2.43 |
| Detach & Reset Ceiling fan & light | 1.00 EA | $234.08 | $40.63 | $234.08 | $0.00 | $0.00 |

Note:  Slight variances may be found within report sections due to rounding

Date:    11/18/2022 2:49 PM

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **LIT      LIGHT FIXTURES** | | | | | | |
| Detach & Reset Ceiling fan & light - Standard grade | 1.00 EA | $234.08 | $40.63 | $234.08 | $0.00 | $0.00 |
| Detach & Reset Ceiling fan & light - Standard grade | 1.00 EA | $234.08 | $40.63 | $234.08 | $0.00 | $0.00 |
| R&R Spot light fixture - double - w/motion sensor | 1.00 EA | $208.23 | $36.14 | $208.23 | $0.00 | $0.00 |
| R&R Exterior light fixture - Standard grade | 2.00 EA | $263.39 | $45.72 | $263.39 | $0.00 | $0.00 |
| **TOTAL LIGHT FIXTURES** | | **$1,571.27** | **$272.73** | **$1,568.84** | **$0.00** | **$2.43** |
| **MAS      MASONRY** | | | | | | |
| R&R Repair Retaining wall | 1.00 PB | $44,708.24 | $7,759.29 | $44,708.24 | $0.00 | $0.00 |
| Re-point masonry | 30.00 SF | $236.12 | $40.98 | $236.12 | $0.00 | $0.00 |
| Re-point masonry - block | 350.00 SF | $1,140.50 | $197.95 | $1,140.50 | $0.00 | $0.00 |
| **TOTAL MASONRY** | | **$46,084.86** | **$7,998.22** | **$46,084.86** | **$0.00** | **$0.00** |
| **PNT      PAINTING** | | | | | | |
| Paint baseboard - one coat | 52.34 LF | $61.12 | $10.60 | $61.12 | $0.00 | $0.00 |
| Paint baseboard - one coat | 129.83 LF | $151.70 | $26.36 | $151.70 | $0.00 | $0.00 |
| Paint casing - one coat | 36.00 LF | $42.52 | $7.38 | $42.52 | $0.00 | $0.00 |
| Paint chair rail - one coat | 52.34 LF | $61.82 | $10.74 | $61.82 | $0.00 | $0.00 |
| Paint crown molding - one coat | 61.84 LF | $74.56 | $12.94 | $74.56 | $0.00 | $0.00 |
| Paint crown molding - one coat | 23.50 LF | $28.36 | $4.93 | $28.36 | $0.00 | $0.00 |
| Paint door/window trim & jamb - 2 coats (per side) | 5.00 EA | $191.90 | $33.30 | $191.90 | $0.00 | $0.00 |
| Prime & paint exterior fascia - wood, 4"- 6" wide | 103.60 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prime & paint exterior fascia - wood, 4"- 6" wide | 301.11 LF | $623.11 | $108.15 | $623.11 | $0.00 | $0.00 |
| Mask the floor per square foot - plastic and tape - 4 mil | 187.50 SF | $57.56 | $10.00 | $38.36 | $0.00 | $19.20 |
| Paint  - two coats | 2,317.82 SF | $2,760.83 | $479.18 | $2,494.15 | $0.00 | $266.68 |
| Prime & paint exterior soffit - wood | 207.00 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prime & paint exterior soffit - wood | 301.11 SF | $821.90 | $142.65 | $821.90 | $0.00 | $0.00 |
| Seal/prime then paint the surface area (2 coats) | 10.33 SF | $12.14 | $2.10 | $8.09 | $0.00 | $4.05 |
| Seal/prime then paint the ceiling (2 coats) | 187.50 SF | $220.39 | $38.25 | $146.93 | $0.00 | $73.46 |
| Seal/prime then paint  (2 coats) | 852.57 SF | $1,002.10 | $173.91 | $1,002.10 | $0.00 | $0.00 |
| **TOTAL PAINTING** | | **$6,110.01** | **$1,060.49** | **$5,746.62** | **$0.00** | **$363.39** |
| **RFG      ROOFING** | | | | | | |
| 3 tab - 25 yr. - composition shingle roofing - | 13.67 SQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Note:  Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **RFG        ROOFING** | | | | | | |
| incl. felt | | | | | | |
| Laminated - comp. shingle rfg. - w/ felt | 13.67 SQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Laminated - comp. shingle rfg. - w/ felt | 32.00 SQ | $10,026.66 | $1,740.17 | $10,026.66 | $0.00 | $0.00 |
| Tear off, haul and dispose of comp. shingles - 3 tab | 13.04 SQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tear off, haul and dispose of comp. shingles - Laminated | 28.86 SQ | $2,026.78 | $351.75 | $2,026.78 | $0.00 | $0.00 |
| Asphalt starter - universal starter course | 113.50 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Asphalt starter - universal starter course | 220.00 LF | $481.02 | $83.48 | $481.02 | $0.00 | $0.00 |
| R&R Drip edge | 243.08 LF | $905.62 | $157.18 | $905.62 | $0.00 | $0.00 |
| Drip edge | 113.50 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Flashing - pipe jack - lead | 2.00 EA | $192.66 | $33.44 | $148.63 | $0.00 | $44.03 |
| Additional charge for high roof (2 stories or greater) | 13.04 SQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Additional charge for high roof (2 stories or greater) | 16.50 SQ | $376.75 | $65.39 | $376.75 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 13.04 SQ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 28.86 SQ | $185.09 | $32.13 | $185.09 | $0.00 | $0.00 |
| Ridge cap - composition shingles | 107.42 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Ridge cap - Standard profile - composition shingles | 25.81 LF | $245.41 | $42.60 | $245.41 | $0.00 | $0.00 |
| R&R Sheathing - plywood - 1/2" CDX | 450.00 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Exhaust cap - through roof - 6" to 8" | 6.00 EA | $683.26 | $118.58 | $683.26 | $0.00 | $0.00 |
| R&R Continuous ridge vent - shingle-over style | 28.00 LF | $321.91 | $55.87 | $321.91 | $0.00 | $0.00 |
| R&R Valley metal | 40.85 LF | $303.59 | $52.69 | $303.59 | $0.00 | $0.00 |
| **TOTAL ROOFING** | | **$15,748.75** | **$2,733.28** | **$15,704.72** | **$0.00** | **$44.03** |
| **SCF        SCAFFOLDING** | | | | | | |
| Scaffold - per section (per day) | 4.00 DA | $122.35 | $21.23 | $122.35 | $0.00 | $0.00 |
| Fall protection harness and lanyard - per day | 12.00 DA | $116.16 | $20.16 | $116.16 | $0.00 | $0.00 |
| Labor to set up and take down scaffold - per section | 4.00 EA | $254.68 | $44.20 | $254.68 | $0.00 | $0.00 |
| **TOTAL SCAFFOLDING** | | **$493.19** | **$85.59** | **$493.19** | **$0.00** | **$0.00** |
| **SFG        SOFFIT, FASCIA, & GUTTER** | | | | | | |
| R&R Fascia - 1" x 6" - #1 pine | 30.00 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Fascia - 1" x 6" - #1 pine | 301.11 LF | $3,098.98 | $537.85 | $3,098.98 | $0.00 | $0.00 |

Note:  Slight variances may be found within report sections due to rounding

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **SFG      SOFFIT, FASCIA, & GUTTER** | | | | | | |
| R&R Gutter / downspout - aluminum - up to 5" | 66.50 LF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Gutter / downspout - galvanized - up to 5" | 301.11 LF | $3,148.29 | $546.40 | $3,148.29 | $0.00 | $0.00 |
| R&R Soffit - wood | 80.00 SF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R&R Soffit - wood | 301.11 SF | $2,830.43 | $491.23 | $2,830.43 | $0.00 | $0.00 |
| **TOTAL SOFFIT, FASCIA, & GUTTER** | | **$9,077.70** | **$1,575.48** | **$9,077.70** | **$0.00** | **$0.00** |
| **TMP      TEMPORARY REPAIRS** | | | | | | |
| R&R Tarp - all-purpose poly - per sq ft (labor and material) | 500.00 SF | $639.36 | $110.96 | $639.36 | $0.00 | $0.00 |
| Handyman Laz | 1.00 EA | $700.00 | $0.00 | $700.00 | $0.00 | $0.00 |
| **TOTAL TEMPORARY REPAIRS** | | **$1,339.36** | **$110.96** | **$1,339.36** | **$0.00** | **$0.00** |
| **USR      USER DEFINED ITEMS** | | | | | | |
| Chair rail-detach & reset | 2.00 EA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL USER DEFINED ITEMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **WDT      WINDOW TREATMENT** | | | | | | |
| Detach & Reset Window blind - PVC - 1" - 7.1 to 14 SF | 4.00 EA | $154.00 | $26.72 | $154.00 | $0.00 | $0.00 |
| **TOTAL WINDOW TREATMENT** | | **$154.00** | **$26.72** | **$154.00** | **$0.00** | **$0.00** |
| **WDW      WINDOWS - WOOD** | | | | | | |
| R&R Wood window - double hung, 9-12 sf | 1.00 EA | $920.60 | $159.77 | $920.60 | $0.00 | $0.00 |
| R&R Wood window - double hung, 9-12 sf | 2.00 EA | $1,841.22 | $319.56 | $1,841.22 | $0.00 | $0.00 |
| Additional charge for a retrofit window, 12-23 sf | 1.00 EA | $174.17 | $30.24 | $174.17 | $0.00 | $0.00 |
| **TOTAL WINDOWS - WOOD** | | **$2,935.99** | **$509.57** | **$2,935.99** | **$0.00** | **$0.00** |
| **WTR      WATER EXTRACTION & REMEDIATION** | | | | | | |
| Baseboard - Detach & reset | 52.34 LF | $116.58 | $20.24 | $116.58 | $0.00 | $0.00 |
| Water extract/remediation labor minimum | 1.00 EA | $33.91 | $5.88 | $33.91 | $0.00 | $0.00 |
| **TOTAL WATER EXTRACTION & REMEDIATION** | | **$150.49** | **$26.12** | **$150.49** | **$0.00** | **$0.00** |
| **TOTALS** | | **$149,224.50** | **$25,777.27** | **$148,615.81** | **$0.00** | **$608.69** |

Note:  Slight variances may be found within report sections due to rounding

Date:     11/18/2022 2:49 PM

Source - EagleView Roof & Walls - Exterior





Exterior

Page: 33

Date:   11/18/2022 2:49 PM



Source - EagleView Roof & Walls 1 - Exterior





Exterior

Page: 35

Date:   11/18/2022 2:49 PM

# EXHIBIT D

October 20, 2022

State Farm
Claims Department
PO Box 106169
Atlanta, GA 30348

## TIME-LIMITED DEMAND TO SETTLE A PROPERTY DAMAGE CLAIM
### PURSUANT TO O.C.G.A. § 33-4-6

| | |
|---|---|
| Insured: | Stefanie Martinez Zeron |
| Policy Number: | 11-GG-E301-5 |
| Claim Number: | 11-28Z3-87S |
| Date of Loss: | 1/03/22 |
| Cause of Loss: | Tree Damage |
| Loss Location: | 4747 Matterhorn Dr SW, Lilburn, GA 30047 |

State Farm's Claims Department:

This demand is sent to you with a view towards compromise. Statements made with a view towards compromise are inadmissible in any subsequent trial of the matter per O.C.G.A. § 24-4-408.

**BACKGROUND AND DEMAND**

As you are aware, I suffered tree-related damages at my property as a result of a fallen tree that occurred on 1/3/22. In the aftermath, I now rely on my insurance company to help with this significant loss. Further, ClaimsFi Public Adjusting has been hired to act on my behalf as my Public Adjuster with their Letter of Representation dated June 23, 2022.

It has been stated by State Farm that "*we typically go with our engineer report*", which essentially is saying the structural engineer report supplied by ClaimsFi was disregarded. State Farm never stated that ClaimsFi's engineer report was even reviewed. In addition, it was brought to our attention that Martin Chang (Keystone engineer) earned a degree in textile engineering with a mechanical emphasis. ClaimsFi asked that State Farm and/or Keystone send out a licensed *structural* (emphasis added) engineer to review the damages. Keystone sent out the same engineer (Martin Chang) to the property, where he met with Ava Shields of ClaimsFi, Adam Hines of JAG Renovations, and Lazaro Hernandez (homeowner). It was documented by State Farm and Keystone that: a licensed structural engineer from Keystone accompanied Martin. However, he was not in fact present during the site visit and never inspected the property.

Further, I stated several times during the initial home inspection by State Farm, and throughout the following weeks, that 1) the cracks in the office, sitting room, and hallway were not there prior to the tree loss and 2) once developed, continued to get worse over the following weeks. These new cracks are justifiably concerning regarding the home's structural stability. State Farm has taken the position that: "the cracks were long term and due to settlement". It was stated that this was determined by Keystone's peer review engineer who only observed Martin's photographs.

I have signed and notarized an affidavit regarding these cracks and when I first noticed them. It appears that State Farm and Keystone have failed to properly review known facts and conduct a thorough investigation by:

1. Failing to send a structural engineer to the property.
2. Disregarding known and stated facts regarding the loss and consequential damages.
3. Failing to acknowledge the structural engineer report provided by ClaimsFi.
4. Stating that State Farm is biased towards their hired engineer.

Proper and ample documentation have been provided (listed below) including: our sworn Proof of Loss, Insured's Affidavit, Engineer Report, photographs, Asbestos Testing Report, repair quotes, and ClaimsFi's Estimate. All of which show evidence illustrating the severity of the loss.

This letter is a formal demand for payment under the referenced policies and applicable law and should be considered a 60-day demand for payment under the provisions of the Georgia Code O.C.G.A. § 33-4-6, pertaining to a refusal by an insurer to pay an insured's loss after demand.

I am confident the documentation and evidence contained herein provides clear illustration and support of the claims being made and do hereby demand payments as outlined in the attached Estimate in the amount of **$196,728.00 minus any previous payments made.**

**YOU HAVE BEEN PROVIDED THE FOLLOWING DOCUMENTS**

1. Sworn Proof of Loss
2. Stefanie Martinez Zeron – Affidavit
3. ClaimsFi Estimate
4. ClaimsFi Photographs
5. Macon E. Gooch III Building Consultants - Engineer Report
6. ALE Invoices
7. Asbestos Report – Azalea Environmental LLC
8. Packout Quote – All About Contents LLC
9. Asbestos Mitigation Quote – A1A Environmental
10. Retaining Wall Quote - Georgia Oak Landscaping

**CLOSING**

I believe that the Proof of Loss submitted on 10/20/22 is a clear and accurate representation of the damages. You have been provided with copies of all records and information relevant to fully evaluate and pay this claim. Therefore, I consider you in a position to act promptly on this letter.

I anticipate that my claim will be resolved amicably and appreciate your prompt attention to this demand.  I await your response.


Respectfully submitted,

_____
Stefanie Martinez Zeron

## JURAT

State/Commonwealth of _____VIRGINIA_____          )
                                                                         )
☐ City  ☑ County  of  _____Henrico_____              )

On ___10/20/2022___, before me, _____Dequan Winborne_____ ,
      *Date*                                        *Notary Name*

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____Stefanie Martinez-zeron_____.

*Name of Affiant(s)*

☐  Personally known to me  **-- OR --**

☐  Proved to me on the basis of the oath of _____ **-- OR --**
                                               *Name of Credible Witness*

☑  Proved to me on the basis of satisfactory evidence: _____driver_license_____
                                                      *Type of ID Presented*

Electronic Notary Public

WITNESS my hand and official seal.

Notary Public Signature: _____

Dequan Winborne

REGISTRATION NUMBER
7940580

COMMISSION EXPIRES
June 30, 2025

Notary Name: ___Dequan Winborne___

Notary Commission Number: ___7940580___

Notary Commission Expires: ___06/30/2025___

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: ___Time-Limited Demand to Settle Property Damage Claim___

Document Date: ___10/20/2022___

Number of Pages (including notarial certificate): _____4_____



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

| | | | |
|---|---|---|---|
| Insured: | Stefanie Martinez | Home: | (678) 548-7618 |
| Property: | 4747 Matterhorn Dr. SW | | |
| | Lilburn, GA 30047 | | |

| | | | |
|---|---|---|---|
| Estimator: | Ava Shields | Business: | (404) 909-5250 |
| Position: | Public Adjuster | E-mail: | ava@claimsfi.com |
| Company: | ClaimsFi Public Adjusting | | |
| Business: | 409 John Wesley Dobbs Ave | | |
| | Atlanta, GA 30312 | | |

**Claim Number:** 11-28Z3-87S          **Policy Number:** 11-GG-E301-5          **Type of Loss:** Tree Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 1/3/2021 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 7/8/2022 10:02 AM |

| | |
|---|---|
| Price List: | GAAT8X_JUL22 |
| | Restoration/Service/Remodel |
| Estimate: | 2022-07-08-1002-4 |

This work product is provided as a loss assessment of the direct physical damages to the said property as a direct result of the above captioned loss. Additional investigations, interviews, measurements, scope of work valuation, testing, contractor & supplier participation, etc. may be required to prepare and produce a final detailed repair cost valuation to industry standards that will include current market conditions and pricing.

 This report has been written for the sole purpose of the owner of the property as described on the estimate and only they have the authority to distribute this report to any other person, firm, or corporation. The author of this report is the only person with authority to edit, modify or change this report in any way.

 Our professional analysis and opinions contained within this report are based upon, and therefore limited to, the information available to us the time of our inspection. Should additional information become available, we reserve the right to determine the impact of the new information on our opinion and conclusion and amend our report if necessary and warranted.

 Reference: The City has adopted the 2018 International Residential Code (IRC) & International Building Code (IBC). The prepared estimate includes items which are needed in order to comply.



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**2022-07-08-1002-4**

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| AS INCURRED FEES | | | | | | | |
| 1. Permits & Fees (Agreed Price) | 1.00 EA | 55.00 | 0.00 | 11.55 | 66.55 | (0.00) | 66.55 |
| Cost for roofing report | | | | | | | |
| 2. Residential Supervision / Project Management - per hour | 30.00 HR | 70.56 | 0.00 | 444.53 | 2,561.33 | (0.00) | 2,561.33 |

*Requirements of the superintendent to oversee the production of restorations, expedite possible change orders, unforseen damages, quality assurance inspections and to keep the restorations on a targeted completion date.*

*Continually monitor safety and well-being of the workers. To answer any questions of building inspectors officials and homeowner when necessary questions arise. Due to OHSA regulations, a supervisor must be present at all times to oversee fall protection. OSHA Fall protection clause: OSHA29 CFR 1926.502 (h)*

*"Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions: 1926.502(h)(1)*

*The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements: 1926.502(h)(1)(i)*

*The safety monitor shall be competent to recognize fall hazards; 1926.502(h)(1)(ii)*

*The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner;1926.502(h)(1)(iii)*

*The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored;*

*Supervisory hours needed as an on-site supervisor will be required to oversee all employees and sub-contractors that enter the job site to make sure they adhere to OSHA standards and regulations. Due to the nature of the work being performed, special consideration should be made to allow for strict adherence to OSHA standards and regulations.1926.502(h)(1)(iv)*

*The safety monitor shall be close enough to communicate orally with the employee; and1926.502(h)(1)(v) The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.*

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| DUMP FEES | | | | | | | |
| 3. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 500.00 SF | 1.06 | 10.15 | 113.44 | 653.59 | (0.00) | 653.59 |
| *JAG Renovations* | | | | | | | |
| 4. General Laborer - per hour | 16.00 HR | 41.06 | 0.00 | 137.97 | 794.93 | (0.00) | 794.93 |
| 5. Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 440.00 | 0.00 | 184.80 | 1,064.80 | (0.00) | 1,064.80 |
| **Totals: General Conditions** | | | **10.15** | **892.29** | **5,141.20** | **0.00** | **5,141.20** |

### Roof

**Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| ROOF FRAMING | | | | | | | |
| 6. R&R Top plate - 2" x 4" | 20.00 LF | 4.37 | 1.79 | 18.73 | 107.92 | (0.00) | 107.92 |
| 7. R&R Rafters - 2x6 - stick frame roof (using rafter length) | 266.00 LF | 5.94 | 38.92 | 339.98 | 1,958.94 | (0.00) | 1,958.94 |
| 8. R&R Sheathing - OSB - 1/2" | 757.00 SF | 2.81 | 56.17 | 458.51 | 2,641.85 | (0.00) | 2,641.85 |
| **Total: Roof** | | | **96.88** | **817.22** | **4,708.71** | **0.00** | **4,708.71** |



**RoofA**

| | | | |
|---|---|---|---|
| 2885.51 | Surface Area | 28.86 | Number of Squares |
| 301.11 | Total Perimeter Length | 25.81 | Total Ridge Length |
| 149.66 | Total Hip Length | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **ROOFING** | | | | | | | |
| *Roofing damages include both first and second tree claim* | | | | | | | |
| 9. Tear off, haul and dispose of comp. shingles - Laminated | 28.86 SQ | 59.95 | 0.00 | 363.34 | 2,093.50 | (0.00) | 2,093.50 |

*Per CertainTeed Shingle Applicator's Manual, a contractor must apply underlayment a minimum of 6" over hips and ridges, approximately 4" over valley liners and up to 4" or more where the roof meets a vertical surface.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10. Laminated - comp. shingle rfg. - w/out felt | 32.00 SQ | 231.19 | 254.87 | 1,607.13 | 9,260.08 | (0.00) | 9,260.08 |

*Standard 10% waste factor included*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11. Roofing felt - 15 lb. | 28.86 SQ | 31.24 | 13.31 | 192.13 | 1,107.03 | (0.00) | 1,107.03 |
| 12. Asphalt starter - universal starter course | 301.11 LF | 1.83 | 10.12 | 117.83 | 678.98 | (0.00) | 678.98 |

*The use of a 3-tab placed upside down at the eave or scrap pieces of laminate shingles as a starter course is not acceptable. Starters must be estimated as a separate line item. The labor rate per square of Starter is 2.5 times greater than shingles. Therefore bundling starter into field shingles is an effort to purposefully underestimate material and subsequently underestimate the job cost in bad faith.*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. R&R Drip edge | 301.11 LF | 3.06 | 24.45 | 198.63 | 1,144.48 | (0.00) | 1,144.48 |

*Provide drip edge at eaves and gables of shingle roofs. Overlap to be a minimum of 2 inches (51 mm). Eave drip edges shall extend 0.25 inch (6.4mm) below sheathing and extend back on the roof a minimum of 2 inches (51 mm). Drip edge shall be mechanically fastened a maximum of 12 inches (305 mm) o.c. in accordance with IRC R905.2.8.5 Drip edge. "A drip edge shall be provided at eaves and rake edges of shingle roofs."*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. Paint trim - one coat - Drip edge* | 301.11 LF | 0.99 | 2.11 | 63.04 | 363.25 | (0.00) | 363.25 |
| 15. R&R Ridge cap - Standard profile - composition shingles | 25.81 LF | 7.87 | 4.26 | 43.55 | 250.94 | (0.00) | 250.94 |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - RoofA**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *The ridge cap is different in labor and material costs from the field shingles therefore the ridge cap cannot be accounted for in the field shingle waste. Standard profile is being utilized to ensure that like kind and quality materials are being installed across the roof system. Ridge cap musts be estimated as a separate line item. The labor rate per square of ridge cap is 2.7 times greater than shingles. Therefore bundling ridge cap into field shingles is an effort to purposefully underestimate material and subsequently, underestimate the job cost in bad faith.* | | | | | | | |
| 16.  R&R Continuous ridge vent - shingle-over style | 28.00 LF | 9.41 | 6.59 | 56.71 | 326.78 | (0.00) | 326.78 |
| 17.  R&R Exhaust cap - through roof - 6"-8"* | 6.00 EA | 93.20 | 14.37 | 120.45 | 694.02 | (0.00) | 694.02 |
| 18.  R&R Flashing - pipe jack - lead | 2.00 EA | 84.65 | 6.48 | 36.91 | 212.69 | (0.00) | 212.69 |
| *The flashing is formed to the vent stack, goes up and over the top of the stack, and is folded/curled back down around the interior of the stack. As a result it will not come off with the shingles and must be individually removed.* | | | | | | | |
| 19.  Prime & paint roof jack | 2.00 EA | 35.88 | 1.05 | 15.30 | 88.11 | (0.00) | 88.11 |
| 20.  R&R Valley metal | 42.82 LF | 6.09 | 6.08 | 56.04 | 322.89 | (0.00) | 322.89 |
| *Valley metal is required per IRC code R905.2.* | | | | | | | |
| 21.  R&R Flashing - L flashing - galvanized | 2.00 LF | 4.56 | 0.21 | 1.95 | 11.28 | (0.00) | 11.28 |
| *The L flashing is nailed through and installed over the shingles. As a result the flashing will be damaged when removing the roof system. Therefore, it will no longer function as intended and will need replaced with the roof system. Flashing is required per IRC code R903.2, R903.2.1, and R905.2.8.* | | | | | | | |
| 22.  Step flashing | 6.00 LF | 9.39 | 0.65 | 11.97 | 68.96 | (0.00) | 68.96 |
| *The step flashing is nailed through and woven with the shingles. As a result the flashing will be damaged when removing the roof system. Therefore, it will no longer function as intended and will need replaced with the roof system. Flashing is required per IRC code R903.2, R903.2.1, and R905.2.8.* | | | | | | | |
| 23.  Remove Additional charge for high roof (2 stories or greater) | 28.86 SQ | 5.50 | 0.00 | 33.33 | 192.06 | (0.00) | 192.06 |
| 24.  Additional charge for high roof (2 stories or greater) | 16.50 SQ | 19.18 | 0.00 | 66.46 | 382.93 | (0.00) | 382.93 |
| 25.  R&R Chimney flashing - average (32" x 36") | 1.00 EA | 403.08 | 5.65 | 85.84 | 494.57 | (0.00) | 494.57 |
| *All flashing damaged from nail holes from original roofing and require replacement per code. If flashing is reused, original nail hole penetrations will be left open to allow water to penetrate the roofing system after new nails are driven into the flashing.* | | | | | | | |
| ***R907.5 Reinstallation of materials**. Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashing, edging, outlets, vents or similar devices that are a part of the assembly shall be replaced when rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.* | | | | | | | |
| SOFFITS/GUTTERS/FASCIA | | | | | | | |
| 26.  R&R Fascia - 1" x 6" - #1 pine | 301.11 LF | 8.72 | 41.52 | 560.11 | 3,227.31 | (0.00) | 3,227.31 |
| 27.  Prime & paint exterior fascia - wood, 4"- 6" wide | 301.11 LF | 1.74 | 3.58 | 110.77 | 638.28 | (0.00) | 638.28 |
| 28.  R&R Soffit - wood | 301.11 SF | 8.01 | 54.38 | 517.92 | 2,984.20 | (0.00) | 2,984.20 |
| 29.  Prime & paint exterior soffit - wood | 301.11 SF | 2.30 | 9.49 | 147.43 | 849.47 | (0.00) | 849.47 |
| 30.  R&R Gutter / downspout - galvanized - up to 5" | 301.11 LF | 8.55 | 70.61 | 555.48 | 3,200.58 | (0.00) | 3,200.58 |
| SAFETY AND ACCESS | | | | | | | |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

## CONTINUED - RoofA

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Scaffold - per section (per day) | 4.00 DA | 25.28 | 0.00 | 21.23 | 122.35 | (0.00) | 122.35 |
| 32. Labor to set up and take down scaffold - per section | 4.00 EA | 52.63 | 0.00 | 44.21 | 254.73 | (0.00) | 254.73 |
| 33. Fall protection harness and lanyard - per day | 12.00 DA | 8.00 | 0.00 | 20.16 | 116.16 | (0.00) | 116.16 |

Due to the roof elevations with steep slopes, requirements for ropes and harnesses are required for the safety of our work force.

As per OSHA requirements any work conducted over 6 feet high the workers must be in compliance with fall protection at all times.

1926.501(b)(1) "Unprotected sides and edges." Each employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6 feet (1.8 m) or more above a lower level shall be protected from falling by the use of guardrail systems, safety net systems, or personal fall arrest systems.

1926.501(b)(2) "Leading edges."1926.501(b)(2)(i) Each employee who is constructing a leading edge 6 feet (1.8 m) or more above lower levels shall be protected from falling by guardrail systems, safety net systems, or personal fall arrest systems. Exception: When the employer can demonstrate that it is infeasible or creates a greater hazard to use these systems, the employer shall develop and implement a fall protection plan which meets the requirements of paragraph (k) of 1926.502.

Note: There is a presumption that it is feasible and will not create a greater hazard to implement at least one of the above-listed fall protection systems. Accordingly, the employer has the burden of establishing that it is appropriate to implement a fall protection plan which complies with1926.502(k) for a particular workplace situation, in lieu of implementing any of those systems.

1926.501(b)(2)(ii)Each employee on a walking/working surface 6 feet (1.8 m) or more above a lower level where leading edges are under construction, but who is not engaged in the leading edge work, shall be protected from falling by a guardrail system, safety net system, or personal fall arrest system. If a guardrail system is chosen to provide the fall protection, and a controlled access zone has already been established for leading edge work, the control line may be used in lieu of a guardrail along the edge that parallels the leading edge.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: RoofA** | | | 529.78 | 5,047.92 | 29,085.63 | 0.00 | 29,085.63 |
| **Total: Roof** | | | 626.66 | 5,865.14 | 33,794.34 | 0.00 | 33,794.34 |

## Attic

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34. R&R Batt insulation - 12" - R38 - unfaced batt | 1,320.07 SF | 2.34 | 132.14 | 676.43 | 3,897.54 | (0.00) | 3,897.54 |
| 35. HVAC - General Laborer - per hour | 1.00 HR | 41.06 | 0.00 | 8.63 | 49.69 | (0.00) | 49.69 |

*HVAC accessories required to be removed and reset during construction on roofing assembly and framing*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Attic** | | | 132.14 | 685.06 | 3,947.23 | 0.00 | 3,947.23 |

## Exteriors



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

## Exteriors

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36. R&R Retaining Wall (Bid Item)* | 1.00 EA | 36,500.00 | 0.00 | 7,665.00 | 44,165.00 | (0.00) | 44,165.00 |
| *Quote from Georgia Oak Landscaping - see attached* | | | | | | | |
| 37. R&R Chain link fence w/posts & top rail - 4' high | 40.00 LF | 19.25 | 27.52 | 167.48 | 965.00 | (0.00) | 965.00 |
| **Total: Exteriors** | | | **27.52** | **7,832.48** | **45,130.00** | **0.00** | **45,130.00** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 38. R&R Spot light fixture - double - w/motion sensor | 1.00 EA | 190.89 | 3.50 | 40.83 | 235.22 | (0.00) | 235.22 |
| 39. R&R Exterior light fixture | 2.00 EA | 118.30 | 5.88 | 50.93 | 293.41 | (0.00) | 293.41 |
| 40. R&R Overhead door & hardware - 16' x 7' - Standard grade | 1.00 EA | 1,611.93 | 83.04 | 355.95 | 2,050.92 | (0.00) | 2,050.92 |
| 41. Re-point masonry - brick* | 200.00 SF | 2.76 | 0.70 | 116.07 | 668.77 | (0.00) | 668.77 |
| Brick veneer damaged below tree impact | | | | | | | |
| 42. R&R Wood window - single hung, 9-12 sf, Standard grade | 2.00 EA | 506.11 | 47.54 | 222.54 | 1,282.30 | (0.00) | 1,282.30 |
| **Totals: Rear Elevation** | | | **140.66** | **786.32** | **4,530.62** | **0.00** | **4,530.62** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 43. Re-point masonry - brick* | 150.00 SF | 2.76 | 0.53 | 87.05 | 501.58 | (0.00) | 501.58 |
| Brick veneer damaged below tree impact | | | | | | | |
| **Totals: Left Elevation** | | | **0.53** | **87.05** | **501.58** | **0.00** | **501.58** |
| **Total: Exteriors** | | | **168.71** | **8,705.85** | **50,162.20** | **0.00** | **50,162.20** |

### Main Level



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com



| Foyer/Entry | | | | | | Height: 8' |
|---|---|---|---|---|---|---|
| 215.67 SF Walls | | | 76.56 SF Ceiling | | | |
| 292.23 SF Walls & Ceiling | | | 76.56 SF Floor | | | |
| 8.51 SY Flooring | | | 26.17 LF Floor Perimeter | | | |
| 30.92 LF Ceil. Perimeter | | | | | | |

| Missing Wall - Goes to Floor | 4' 9" X 6' 8" | Opens into SITTING_ROO2 |
|---|---|---|
| Missing Wall | 6' 3" X 8' | Opens into HALLWAY |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |
| 44. Mask per square foot for drywall work | 76.56 SF | 0.28 | 0.32 | 4.57 | 26.33 | (0.00) | 26.33 |
| 45. R&R 5/8" drywall - hung, taped, ready for texture | 292.23 SF | 3.09 | 13.71 | 192.51 | 1,109.21 | (0.00) | 1,109.21 |
| *Remove and replace all ceilings and walls in hallways and foyer for continuous repairs* | | | | | | | |
| 46. Texture drywall - smooth / skim coat | 292.23 SF | 1.70 | 2.25 | 104.81 | 603.85 | (0.00) | 603.85 |
| 47. Seal/prime then paint the walls and ceiling twice (3 coats) | 292.23 SF | 1.36 | 6.55 | 84.84 | 488.82 | (0.00) | 488.82 |
| 48. R&R Casing - 3 1/4" | 18.00 LF | 3.97 | 2.75 | 15.58 | 89.79 | (0.00) | 89.79 |
| 49. Paint casing - two coats | 18.00 LF | 1.50 | 0.20 | 5.71 | 32.91 | (0.00) | 32.91 |
| 50. Light fixture - Detach & reset | 1.00 EA | 65.30 | 0.00 | 13.71 | 79.01 | (0.00) | 79.01 |
| 51. Clean light fixture | 1.00 EA | 10.76 | 0.00 | 2.26 | 13.02 | (0.00) | 13.02 |
| TRIM | | | | | | | |
| 52. Crown molding - Detach & reset | 30.92 LF | 4.61 | 0.04 | 29.93 | 172.51 | (0.00) | 172.51 |
| 53. Paint crown molding - one coat | 30.92 LF | 1.03 | 0.26 | 6.75 | 38.86 | (0.00) | 38.86 |
| 54. Chair rail - Detach & reset | 26.17 LF | 2.86 | 0.04 | 15.72 | 90.61 | (0.00) | 90.61 |
| 55. Paint chair rail - one coat | 26.17 LF | 1.00 | 0.20 | 5.54 | 31.91 | (0.00) | 31.91 |
| 56. Baseboard - Detach & reset | 26.17 LF | 3.42 | 0.04 | 18.80 | 108.34 | (0.00) | 108.34 |
| 57. Paint baseboard - one coat | 26.17 LF | 0.98 | 0.17 | 5.43 | 31.25 | (0.00) | 31.25 |
| GENERAL | | | | | | | |
| 58. Final cleaning - construction - Residential | 76.56 SF | 0.27 | 0.00 | 4.34 | 25.01 | (0.00) | 25.01 |
| **Totals: Foyer/Entry** | | | **26.53** | **510.50** | **2,941.43** | **0.00** | **2,941.43** |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

| Hallway | | Height: 8' |
|---|---|---|



| | |
|---|---|
| 455.37 SF Walls | 104.97 SF Ceiling |
| 560.34 SF Walls & Ceiling | 104.97 SF Floor |
| 11.66 SY Flooring | 56.92 LF Floor Perimeter |
| 56.92 LF Ceil. Perimeter | |

| Missing Wall | 6' 3" X 8' | Opens into FOYER_ENTRY2 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |
| 59.  Mask per square foot for drywall work | 104.97 SF | 0.28 | 0.44 | 6.26 | 36.09 | (0.00) | 36.09 |
| 60.  Detach & Reset Recessed light fixture - Standard grade | 3.00 EA | 136.90 | 0.00 | 86.25 | 496.95 | (0.00) | 496.95 |
| 61.  R&R 5/8" drywall - hung, taped, ready for texture | 560.34 SF | 3.09 | 26.28 | 369.14 | 2,126.87 | (0.00) | 2,126.87 |
| *Remove and replace all ceilings and walls in hallways and foyer for continuous  repairs. Puncture in hallway ceiling* | | | | | | | |
| 62.  Texture drywall - smooth / skim coat | 560.34 SF | 1.70 | 4.31 | 200.94 | 1,157.83 | (0.00) | 1,157.83 |
| 63.  Seal/prime then paint the walls and ceiling twice (3 coats) | 560.34 SF | 1.36 | 12.55 | 162.68 | 937.29 | (0.00) | 937.29 |
| 64.  Cold air return cover - Detach & reset | 1.00 EA | 22.15 | 0.00 | 4.66 | 26.81 | (0.00) | 26.81 |
| *Large air return cover on hallway ceiling* | | | | | | | |
| 65.  Exhaust fan - Detach & reset | 1.00 EA | 236.65 | 0.00 | 49.70 | 286.35 | (0.00) | 286.35 |
| *Detach and reset large exhaust fan with shutters on hallway ceiling* | | | | | | | |
| 66.  Remove Attic fan - whole house - installed | 1.00 EA | 13.07 | 0.00 | 2.75 | 15.82 | (0.00) | 15.82 |
| 67.  Install Attic fan - whole house - installed | 1.00 EA | 492.92 | 0.00 | 103.51 | 596.43 | (0.00) | 596.43 |
| 68.  Remove Stairway - disappearing (folding) / attic access ladder | 1.00 EA | 22.34 | 0.00 | 4.69 | 27.03 | (0.00) | 27.03 |
| 69.  Install Stairway - disappearing (folding) / attic access ladder | 1.00 EA | 205.23 | 0.00 | 43.10 | 248.33 | (0.00) | 248.33 |
| 70.  Paint disappearing (folding) stairway/attic access ladder | 1.00 EA | 162.65 | 0.43 | 34.25 | 197.33 | (0.00) | 197.33 |
| TRIM | | | | | | | |
| 71.  Crown molding - Detach & reset | 56.92 LF | 4.61 | 0.08 | 55.12 | 317.60 | (0.00) | 317.60 |
| 72.  Paint crown molding - one coat | 56.92 LF | 1.03 | 0.48 | 12.41 | 71.52 | (0.00) | 71.52 |
| 73.  Baseboard - Detach & reset | 56.92 LF | 3.42 | 0.08 | 40.90 | 235.65 | (0.00) | 235.65 |
| 74.  Paint baseboard - one coat | 56.92 LF | 0.98 | 0.36 | 11.80 | 67.94 | (0.00) | 67.94 |
| 75.  Chair rail - Detach & reset | 56.92 LF | 2.86 | 0.08 | 34.21 | 197.08 | (0.00) | 197.08 |
| 76.  Paint chair rail - one coat | 56.92 LF | 1.00 | 0.44 | 12.04 | 69.40 | (0.00) | 69.40 |
| 77.  Detach & Reset Interior door unit - Standard grade | 1.00 EA | 100.26 | 0.06 | 21.08 | 121.40 | (0.00) | 121.40 |
| *Door to downstairs* | | | | | | | |
| 78.  Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 32.54 | 0.37 | 6.91 | 39.82 | (0.00) | 39.82 |
| GENERAL | | | | | | | |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. Final cleaning - construction - Residential | 104.97 SF | 0.27 | 0.00 | 5.95 | 34.29 | (0.00) | 34.29 |
| **Totals: Hallway** | | | 45.96 | 1,268.35 | 7,307.83 | 0.00 | 7,307.83 |



**Sitting Room**                               **Height: 8'**

| | | |
|---|---|---|
| 473.56 SF Walls | | 235.07 SF Ceiling |
| 708.63 SF Walls & Ceiling | | 235.07 SF Floor |
| 26.12 SY Flooring | | 58.40 LF Floor Perimeter |
| 63.15 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**        4' 9" X 6' 8"           **Opens into FOYER_ENTRY2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |
| 80. Light fixture - Detach & reset | 1.00 EA | 65.30 | 0.00 | 13.71 | 79.01 | (0.00) | 79.01 |
| 81. Clean light fixture | 1.00 EA | 10.76 | 0.00 | 2.26 | 13.02 | (0.00) | 13.02 |
| 82. Mask per square foot for drywall work | 235.07 SF | 0.28 | 0.99 | 14.03 | 80.84 | (0.00) | 80.84 |
| 83. R&R Batt insulation - 6" - R19 - paper / foil faced | 79.00 SF | 1.42 | 4.15 | 24.44 | 140.77 | (0.00) | 140.77 |
| *Replace northern wall - cracks above doorway* | | | | | | | |
| 84. R&R 5/8" drywall - hung, taped, ready for texture | 79.00 SF | 3.09 | 3.71 | 52.05 | 299.87 | (0.00) | 299.87 |
| *Cracks on western wall* | | | | | | | |
| 85. Texture drywall - smooth / skim coat | 79.00 SF | 1.70 | 0.61 | 28.33 | 163.24 | (0.00) | 163.24 |
| 86. Paint ceiling and walls - two coats* | 708.63 SF | 1.01 | 12.90 | 153.01 | 881.63 | (0.00) | 881.63 |
| TRIM | | | | | | | |
| 87. Crown molding - Detach & reset | 13.50 LF | 4.61 | 0.02 | 13.07 | 75.33 | (0.00) | 75.33 |
| 88. Paint crown molding - one coat | 13.50 LF | 1.03 | 0.11 | 2.94 | 16.96 | (0.00) | 16.96 |
| 89. Baseboard - Detach & reset | 13.50 LF | 3.42 | 0.02 | 9.70 | 55.89 | (0.00) | 55.89 |
| 90. Paint baseboard - one coat | 13.50 LF | 0.98 | 0.09 | 2.80 | 16.12 | (0.00) | 16.12 |
| GENERAL | | | | | | | |
| 91. Final cleaning - construction - Residential | 235.07 SF | 0.27 | 0.00 | 13.33 | 76.80 | (0.00) | 76.80 |
| **Totals: Sitting Room** | | | 22.60 | 329.67 | 1,899.48 | 0.00 | 1,899.48 |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com



**Office**                                                                    **Height: 8'**

| | |
|---|---|
| 373.45 SF Walls | 135.19 SF Ceiling |
| 508.64 SF Walls & Ceiling | 135.19 SF Floor |
| 15.02 SY Flooring | 46.68 LF Floor Perimeter |
| 46.68 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **WALLS AND CEILINGS** | | | | | | | |
| 92. Ceiling fan - Detach & reset | 1.00 EA | 232.56 | 0.00 | 48.84 | 281.40 | (0.00) | 281.40 |
| 93. Mask per square foot for drywall work | 135.19 SF | 0.28 | 0.57 | 8.07 | 46.49 | (0.00) | 46.49 |
| 94. R&R Batt insulation - 6" - R19 - paper / foil faced | 80.00 SF | 1.42 | 4.20 | 24.74 | 142.54 | (0.00) | 142.54 |
| *Replace northern wall - cracks above doorway* | | | | | | | |
| 95. R&R 5/8" drywall - hung, taped, ready for texture | 80.00 SF | 3.09 | 3.75 | 52.70 | 303.65 | (0.00) | 303.65 |
| *Northern wall* | | | | | | | |
| 96. Texture drywall - smooth / skim coat | 80.00 SF | 1.70 | 0.62 | 28.69 | 165.31 | (0.00) | 165.31 |
| 97. Paint ceiling and walls - two coats* | 508.64 SF | 1.01 | 9.26 | 109.83 | 632.82 | (0.00) | 632.82 |
| **WINDOWS & DOORS** | | | | | | | |
| 98. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 33.47 | 0.00 | 14.05 | 80.99 | (0.00) | 80.99 |
| 99. R&R Interior door unit - Standard grade | 1.00 EA | 285.01 | 13.48 | 62.69 | 361.18 | (0.00) | 361.18 |
| *Northern door* | | | | | | | |
| 100. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 32.54 | 0.37 | 6.91 | 39.82 | (0.00) | 39.82 |
| 101. Door knob/lockset - Detach & reset | 1.00 EA | 22.33 | 0.00 | 4.69 | 27.02 | (0.00) | 27.02 |
| **TRIM** | | | | | | | |
| 102. Crown molding - Detach & reset | 10.00 LF | 4.61 | 0.01 | 9.68 | 55.79 | (0.00) | 55.79 |
| 103. Paint crown molding - one coat | 10.00 LF | 1.03 | 0.08 | 2.18 | 12.56 | (0.00) | 12.56 |
| 104. Chair rail - Detach & reset | 10.00 LF | 2.86 | 0.01 | 6.01 | 34.62 | (0.00) | 34.62 |
| 105. Paint chair rail - one coat | 10.00 LF | 1.00 | 0.08 | 2.12 | 12.20 | (0.00) | 12.20 |
| 106. Baseboard - Detach & reset | 10.00 LF | 3.42 | 0.01 | 7.18 | 41.39 | (0.00) | 41.39 |
| 107. Paint baseboard - one coat | 10.00 LF | 0.98 | 0.06 | 2.08 | 11.94 | (0.00) | 11.94 |
| **GENERAL** | | | | | | | |
| 108. Final cleaning - construction - Residential | 135.19 SF | 0.27 | 0.00 | 7.67 | 44.17 | (0.00) | 44.17 |
| **Totals: Office** | | | 32.50 | 398.13 | 2,293.89 | 0.00 | 2,293.89 |



## ClaimsFi, Inc

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com



### Bedroom 2                                                                    Height: 8'

| | |
|---|---|
| 425.33 SF Walls | 169.93 SF Ceiling |
| 595.26 SF Walls & Ceiling | 169.93 SF Floor |
| 18.88 SY Flooring | 53.17 LF Floor Perimeter |
| 53.17 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *INCLUDED IN SECOND TREE CLAIM DAMAGES* | | | | | | | |
| **Totals: Bedroom 2** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



### Bedroom 2 Closet                                                            Height: 8'

| | |
|---|---|
| 188.04 SF Walls | 20.16 SF Ceiling |
| 208.21 SF Walls & Ceiling | 20.16 SF Floor |
| 2.24 SY Flooring | 23.51 LF Floor Perimeter |
| 23.51 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| *INCLUDED IN SECOND TREE CLAIM DAMAGES* | | | | | | | |
| **Totals: Bedroom 2 Closet** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |



### Master Bedroom                                                             Height: 8'

| | |
|---|---|
| 466.63 SF Walls | 205.07 SF Ceiling |
| 671.69 SF Walls & Ceiling | 205.07 SF Floor |
| 22.79 SY Flooring | 58.33 LF Floor Perimeter |
| 58.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |
| 109.  Mask per square foot for drywall work | 205.07 SF | 0.28 | 0.86 | 12.25 | 70.53 | (0.00) | 70.53 |
| 110.  R&R Batt insulation - 6" - R19 - paper / foil faced | 466.63 SF | 1.42 | 24.50 | 144.30 | 831.42 | (0.00) | 831.42 |
| 111.  R&R 5/8" drywall - hung, taped, ready for texture | 671.69 SF | 3.09 | 31.50 | 442.48 | 2,549.51 | (0.00) | 2,549.51 |

2022-07-08-1002-4                                      10/19/2022        Page: 11



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - Master Bedroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 112. Texture drywall - smooth / skim coat | 466.63 SF | 1.70 | 3.59 | 167.35 | 964.21 | (0.00) | 964.21 |
| 113. Texture drywall - light hand texture | 205.07 SF | 1.03 | 1.00 | 44.56 | 256.78 | (0.00) | 256.78 |
| 114. Paint ceiling and walls - two coats* | 671.69 SF | 1.01 | 12.22 | 145.03 | 835.66 | (0.00) | 835.66 |
| 115. Ceiling fan - Detach & reset | 1.00 EA | 232.56 | 0.00 | 48.84 | 281.40 | (0.00) | 281.40 |
| 116. Cold air return cover - Detach & reset | 3.00 EA | 22.15 | 0.00 | 13.96 | 80.41 | (0.00) | 80.41 |
| *Air return cover on ceiling* | | | | | | | |
| 117. Clean light fixture | 1.00 EA | 10.76 | 0.00 | 2.26 | 13.02 | (0.00) | 13.02 |
| 118. R&R Outlet | 4.00 EA | 23.97 | 0.49 | 20.24 | 116.61 | (0.00) | 116.61 |
| WINDOWS & DOORS | | | | | | | |
| 119. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 33.47 | 0.00 | 14.05 | 80.99 | (0.00) | 80.99 |
| 120. R&R Interior door unit - Standard grade | 1.00 EA | 285.01 | 13.48 | 62.69 | 361.18 | (0.00) | 361.18 |
| 121. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 32.54 | 0.37 | 6.91 | 39.82 | (0.00) | 39.82 |
| TRIM | | | | | | | |
| 122. R&R Baseboard - 2 1/4" | 58.33 LF | 3.97 | 4.90 | 49.66 | 286.13 | (0.00) | 286.13 |
| 123. Paint baseboard - one coat | 58.33 LF | 0.98 | 0.37 | 12.09 | 69.62 | (0.00) | 69.62 |
| GENERAL | | | | | | | |
| 124. Final cleaning - construction - Residential | 205.07 SF | 0.27 | 0.00 | 11.63 | 67.00 | (0.00) | 67.00 |
| CARPET | | | | | | | |
| 125. R&R Carpet | 225.57 SF | 3.25 | 35.37 | 161.39 | 929.87 | (0.00) | 929.87 |
| Includes 10% waste factor | | | | | | | |
| **Totals: Master Bedroom** | | | **128.65** | **1,359.69** | **7,834.16** | **0.00** | **7,834.16** |



**Master Closet**                                                          **Height: 8'**

| | |
|---|---|
| 207.96 SF Walls | 38.23 SF Ceiling |
| 246.19 SF Walls & Ceiling | 38.23 SF Floor |
| 4.25 SY Flooring | 25.99 LF Floor Perimeter |
| 25.99 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - Master Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 126. Mask per square foot for drywall work | 38.23 SF | 0.28 | 0.16 | 2.29 | 13.15 | (0.00) | 13.15 |
| 127. R&R Batt insulation - 6" - R19 - paper / foil faced | 207.96 SF | 1.42 | 10.92 | 64.30 | 370.53 | (0.00) | 370.53 |
| 128. R&R 5/8" drywall - hung, taped, ready for texture | 246.19 SF | 3.09 | 11.55 | 162.20 | 934.48 | (0.00) | 934.48 |
| 129. Texture drywall - smooth / skim coat | 207.96 SF | 1.70 | 1.60 | 74.58 | 429.71 | (0.00) | 429.71 |
| *Additional 20% needed to blend into existing* | | | | | | | |
| 130. Texture drywall - light hand texture | 38.23 SF | 1.03 | 0.19 | 8.31 | 47.88 | (0.00) | 47.88 |
| 131. Paint ceiling and walls - two coats* | 246.19 SF | 1.01 | 4.48 | 53.16 | 306.29 | (0.00) | 306.29 |
| WINDOWS & DOORS | | | | | | | |
| 132. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 32.54 | 0.37 | 6.91 | 39.82 | (0.00) | 39.82 |
| 133. Bifold door - (2 slabs only) - Single - Detach & reset | 1.00 EA | 21.86 | 0.00 | 4.60 | 26.46 | (0.00) | 26.46 |
| TRIM | | | | | | | |
| 134. R&R Baseboard - 2 1/4" | 25.99 LF | 3.97 | 2.18 | 22.13 | 127.49 | (0.00) | 127.49 |
| 135. Paint baseboard - one coat | 25.99 LF | 0.98 | 0.16 | 5.39 | 31.02 | (0.00) | 31.02 |
| GENERAL | | | | | | | |
| 136. Final cleaning - construction - Residential | 38.23 SF | 0.27 | 0.00 | 2.17 | 12.49 | (0.00) | 12.49 |
| CARPET | | | | | | | |
| 137. R&R Carpet | 42.03 SF | 3.25 | 6.59 | 30.08 | 173.27 | (0.00) | 173.27 |
| *Includes 10% waste factor* | | | | | | | |
| **Totals: Master Closet** | | | **38.20** | **436.12** | **2,512.59** | **0.00** | **2,512.59** |



**Master Bath**                                                                 Height: 8'

| 253.33 SF Walls | 62.33 SF Ceiling |
|---|---|
| 315.67 SF Walls & Ceiling | 62.33 SF Floor |
| 6.93 SY Flooring | 31.67 LF Floor Perimeter |
| 31.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |
| 138. Mask per square foot for drywall work | 62.33 SF | 0.28 | 0.26 | 3.73 | 21.44 | (0.00) | 21.44 |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

CONTINUED - Master Bath

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 139. R&R 5/8" drywall - hung, taped, ready for texture | 62.33 SF | 3.09 | 2.92 | 41.06 | 236.58 | (0.00) | 236.58 |
| *Misc cracks in the ceiling* | | | | | | | |
| 140. Texture drywall - light hand texture | 62.33 SF | 1.03 | 0.31 | 13.54 | 78.05 | (0.00) | 78.05 |
| 141. Paint ceiling - two coats* | 62.33 SF | 1.01 | 1.13 | 13.46 | 77.54 | (0.00) | 77.54 |
| 142. Cold air return cover - Detach & reset | 1.00 EA | 22.15 | 0.00 | 4.66 | 26.81 | (0.00) | 26.81 |
| *Air return cover on ceiling* | | | | | | | |
| 143. Light fixture - Detach & reset | 2.00 EA | 65.30 | 0.00 | 27.43 | 158.03 | (0.00) | 158.03 |
| *Vanity light and shower light* | | | | | | | |
| 144. Shower curtain rod - Detach & reset | 1.00 EA | 15.64 | 0.00 | 3.28 | 18.92 | (0.00) | 18.92 |
| GENERAL | | | | | | | |
| 145. Final cleaning - construction - Residential | 62.33 SF | 0.27 | 0.00 | 3.53 | 20.36 | (0.00) | 20.36 |

| **Totals: Master Bath** | | | **4.62** | **110.69** | **637.73** | **0.00** | **637.73** |
|---|---|---|---|---|---|---|---|



**Hall Bath**        **Height: 8'**

| | | |
|---|---|---|
| 326.63 SF Walls | 100.98 SF Ceiling | |
| 427.60 SF Walls & Ceiling | 100.98 SF Floor | |
| 11.22 SY Flooring | 40.83 LF Floor Perimeter | |
| 40.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| WALLS AND CEILINGS | | | | | | | |
| 146. Mask per square foot for drywall work | 100.98 SF | 0.28 | 0.42 | 6.03 | 34.72 | (0.00) | 34.72 |
| 147. R&R 5/8" drywall - hung, taped, ready for texture | 100.98 SF | 3.09 | 4.74 | 66.52 | 383.29 | (0.00) | 383.29 |
| *Misc cracks in the ceiling* | | | | | | | |
| 148. Texture drywall - light hand texture | 100.98 SF | 1.03 | 0.49 | 21.94 | 126.44 | (0.00) | 126.44 |
| 149. Paint ceiling - two coats* | 100.98 SF | 1.01 | 1.84 | 21.80 | 125.63 | (0.00) | 125.63 |
| 150. Cold air return cover - Detach & reset | 1.00 EA | 22.15 | 0.00 | 4.66 | 26.81 | (0.00) | 26.81 |
| *Air return cover on ceiling* | | | | | | | |
| 151. Light fixture - Detach & reset | 2.00 EA | 65.30 | 0.00 | 27.43 | 158.03 | (0.00) | 158.03 |
| *Vanity lights and 2 ceiling lights* | | | | | | | |
| WINDOWS & DOORS | | | | | | | |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - Hall Bath**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 152. R&R Interior door unit - Standard grade | 1.00 EA | 285.01 | 13.48 | 62.69 | 361.18 | (0.00) | 361.18 |
| 153. Paint door/window trim & jamb - 2 coats (per side) | 1.00 EA | 32.54 | 0.37 | 6.91 | 39.82 | (0.00) | 39.82 |
| GENERAL | | | | | | | |
| 154. Final cleaning - construction - Residential | 100.98 SF | 0.27 | 0.00 | 5.73 | 32.99 | (0.00) | 32.99 |
| CONTENTS | | | | | | | |
| 155. Shower curtain rod - Detach & reset | 1.00 EA | 15.64 | 0.00 | 3.28 | 18.92 | (0.00) | 18.92 |
| 156. R&R Cabinetry - upper (wall) units | 11.50 LF | 167.10 | 88.61 | 422.17 | 2,432.44 | (0.00) | 2,432.44 |

*Repairs to the ceiling will require manipulation to the custom vanity above sink.*

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Hall Bath** | | | 109.95 | 649.16 | 3,740.27 | 0.00 | 3,740.27 |
| **Total: Main Level** | | | 409.01 | 5,062.31 | 29,167.38 | 0.00 | 29,167.38 |

**Basement**



**Garage**                                                                 **Height: 8'**

| | |
|---|---|
| 616.00 SF Walls | 363.89 SF Ceiling |
| 979.89 SF Walls & Ceiling | 363.89 SF Floor |
| 40.43 SY Flooring | 77.00 LF Floor Perimeter |
| 77.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 157. Re-point masonry | 30.00 SF | 6.69 | 0.17 | 42.19 | 243.06 | (0.00) | 243.06 |

*Re-point cracked CMU block*

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Garage** | | | 0.17 | 42.19 | 243.06 | 0.00 | 243.06 |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com



### Basement Hall                                                                    Height: 8'

| | | |
|---|---|---|
| 594.67 SF Walls | | 118.92 SF Ceiling |
| 713.58 SF Walls & Ceiling | | 118.92 SF Floor |
| 13.21 SY Flooring | | 74.33 LF Floor Perimeter |
| 74.33 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 158. Remove Carpet | 118.92 SF | 0.29 | 0.00 | 7.24 | 41.73 | (0.00) | 41.73 |
| 159. Carpet | 136.75 SF | 2.96 | 21.44 | 89.51 | 515.73 | (0.00) | 515.73 |

*Water damage throughout basement and bedroom*
15 % waste added for Carpet.

| Totals: Basement Hall | | | 21.44 | 96.75 | 557.46 | 0.00 | 557.46 |
|---|---|---|---|---|---|---|---|



### Basement Bedroom                                                                 Height: 8'

| | | |
|---|---|---|
| 384.00 SF Walls | | 115.58 SF Ceiling |
| 499.58 SF Walls & Ceiling | | 115.58 SF Floor |
| 12.84 SY Flooring | | 48.00 LF Floor Perimeter |
| 48.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 160. Remove Carpet | 115.58 SF | 0.29 | 0.00 | 7.04 | 40.56 | (0.00) | 40.56 |
| 161. Carpet | 132.92 SF | 2.96 | 20.84 | 86.99 | 501.27 | (0.00) | 501.27 |

*Continuous carpet*
15 % waste added for Carpet.

| Totals: Basement Bedroom | | | 20.84 | 94.03 | 541.83 | 0.00 | 541.83 |
|---|---|---|---|---|---|---|---|
| Total: Basement | | | 42.45 | 232.97 | 1,342.35 | 0.00 | 1,342.35 |

### Temporary Repairs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 162. Dehumidifier (per 24 hour period) - Large - No monitoring | 1.00 EA | 75.50 | 0.00 | 15.86 | 91.36 | (0.00) | 91.36 |

*LGR 6000Li Dehumidifier rental charge*

| Totals: Temporary Repairs | | | 0.00 | 15.86 | 91.36 | 0.00 | 91.36 |
|---|---|---|---|---|---|---|---|



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

### Incurred Invoices

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 163. Eurofins Lab Report - Asbestos Testing* | 1.00 EA | 558.00 | 0.00 | 0.00 | 558.00 | (0.00) | 558.00 |
| 164. Engineer Report* | 1.00 EA | 650.00 | 0.00 | 0.00 | 650.00 | (0.00) | 650.00 |
| *Macon E. Gooch Building Consultants Engineer Report* | | | | | | | |
| 165. Handyman Laz* | 1.00 EA | 850.00 | 0.00 | 0.00 | 850.00 | (0.00) | 850.00 |
| *Tree debris removal* | | | | | | | |
| 166. Handyman Laz* | 1.00 EA | 700.00 | 0.00 | 0.00 | 700.00 | (0.00) | 700.00 |
| *For tarp removal and temp removal while engineer was present* | | | | | | | |
| 167. Additional Living Expenses* | 1.00 EA | 22,475.88 | 0.00 | 0.00 | 22,475.88 | (0.00) | 22,475.88 |
| *AJP Bridges - see attached invoices* | | | | | | | |
| **Totals: Incurred Invoices** | | | **0.00** | **0.00** | **25,233.88** | **0.00** | **25,233.88** |

### Personal Property

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 168. Beautyrest Hybrid 13.5" Plush Mattress* | 1.00 EA | 2,600.00 | 0.00 | 0.00 | 2,600.00 | (0.00) | 2,600.00 |
| *Water damaged* *https://www.mattressfirm.com/hybrid-13-5-plush-mattress/5637148645.p?variantid=5637159167* | | | | | | | |
| **Totals: Personal Property** | | | **0.00** | **0.00** | **2,600.00** | **0.00** | **2,600.00** |

### Electrician

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 169. Electrician - per hour | 8.00 HR | 122.02 | 0.00 | 205.00 | 1,181.16 | (0.00) | 1,181.16 |
| *For exterior lights and master bedroom* | | | | | | | |
| **Totals: Electrician** | | | **0.00** | **205.00** | **1,181.16** | **0.00** | **1,181.16** |

### Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 170. All About Contents LLC - Packout* | 1.00 EA | 12,902.69 | 0.00 | 0.00 | 12,902.69 | (0.00) | 12,902.69 |
| *Bid item pending* | | | | | | | |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

**CONTINUED - Packout**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Packout | | | 0.00 | 0.00 | 12,902.69 | 0.00 | 12,902.69 |

### Asbestos Abatement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 171. A1A Environmental, Inc. - Asbestos Abatement* | 1.00 EA | 31,047.10 | 0.00 | 0.00 | 31,047.10 | (0.00) | 31,047.10 |
| *Quote for required asbestos abatement - see attached* | | | | | | | |
| Totals: Asbestos Abatement | | | 0.00 | 0.00 | 31,047.10 | 0.00 | 31,047.10 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 172. Window treatment repair | 1.00 EA | 6.60 | 0.00 | 1.39 | 7.99 | (0.00) | 7.99 |
| 173. Stairway labor minimum | 1.00 EA | 3.31 | 0.00 | 0.69 | 4.00 | (0.00) | 4.00 |
| 174. Finish hardware labor minimum | 1.00 EA | 86.87 | 0.00 | 18.25 | 105.12 | (0.00) | 105.12 |
| Totals: Labor Minimums Applied | | | 0.00 | 20.33 | 117.11 | 0.00 | 117.11 |
| Line Item Totals: 2022-07-08-1002-4 | | | 1,389.12 | 21,684.81 | 196,728.00 | 0.00 | 196,728.00 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,980.63 | SF Walls | 1,746.88 | SF Ceiling | 6,727.51 | SF Walls and Ceiling |
| 1,746.88 | SF Floor | 194.10 | SY Flooring | 621.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 630.50 | LF Ceil. Perimeter |
| | | | | | |
| 1,746.88 | Floor Area | 1,844.99 | Total Area | 4,980.63 | Interior Wall Area |
| 3,717.84 | Exterior Wall Area | 400.08 | Exterior Perimeter of Walls | | |
| | | | | | |
| 2,885.51 | Surface Area | 28.86 | Number of Squares | 301.11 | Total Perimeter Length |
| 25.81 | Total Ridge Length | 149.66 | Total Hip Length | | |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 79,814.33 | 40.57% | 79,814.33 | 40.57% |
| Other Structures | 45,130.00 | 22.94% | 45,130.00 | 22.94% |
| Contents | 71,783.67 | 36.49% | 71,783.67 | 36.49% |
| Total | 196,728.00 | 100.00% | 196,728.00 | 100.00% |



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 64,600.40 |
| Material Sales Tax | 1,361.60 |
| Subtotal | 65,962.00 |
| Overhead | 6,596.38 |
| Profit | 7,255.95 |
| **Replacement Cost Value** | **$79,814.33** |
| **Net Claim** | **$79,814.33** |

Ava Shields
Public Adjuster



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

### Summary for Other Structures

| | |
|---|---|
| Line Item Total | 37,270.00 |
| Material Sales Tax | 27.52 |
| Subtotal | 37,297.52 |
| Overhead | 3,729.75 |
| Profit | 4,102.73 |
| **Replacement Cost Value** | **$45,130.00** |
| **Net Claim** | **$45,130.00** |

Ava Shields
Public Adjuster



**ClaimsFi, Inc**

409 John Wesley Dobbs Ave.
Atlanta, GA 30312
T: 404-909-5254
www.claimsfi.com

## Summary for Contents

| | |
|---|---|
| Line Item Total | 71,783.67 |
| **Replacement Cost Value** | **$71,783.67** |
| **Net Claim** | **$71,783.67** |

Ava Shields
Public Adjuster

Main Level



Main Level

Roof



Roof

Basement



Basement

10/19/2022   Page: 25



## Macon E. Gooch III
## Building Consultants, Inc.

1383 Duncan Lane
Auburn, GA 30011
678-442-1198
Fax: 678-975-7485

September 20, 2022

Jag Renovations Group
225 Reformation Pkwy
Canton, GA 30114

ATTN: Janine

RE: Residence at 4747 Matterhorn Dr. SW
Gwinnett County

Dear Janine:

This letter is to certify that a technician under the supervision of the undersigned inspected the above referenced site on August 25, 2022, to ascertain the structural significance of damage from a tree impact, as well as recommend remedial action, if necessary.

The subject building is a single-family dwelling which incorporates conventional framing systems constructed on a CMU block wall basement foundation. During the examination, the structural systems were checked to determine the extent of the damage, evaluating the affects immediately visible, as well as collateral effects of the event. The impact zone was found to be located at the far-left end (from the perspective of the front curb) of the rear roof pitch, near the eave-line.

Upon inspection, the following items, areas or systems were found to be significantly altered in a manner which is highly consistent with the subject event, both in aesthetic deformation and chronology:

1.      Primary Retaining wall: Both retaining wall systems along the left-side property line in the back yard were found to be structurally altered or compromised. The upper wall system (modular block wall system) appears to have been properly constructed. However, the wall is now misshapen, missing blocks in several locations and does not appear to be at, or capable of its full capacity with respect to withstanding hydrostatic pressure and managing storm water.

2.      Secondary Retaining wall: The smaller brick wing wall/retaining wall located at the base of the modular wall appears to be similarly affected in that it has various cracks, indications of recent movement and diminished performance. Additionally, the brick wall extends from the main foundation wall, but the seam at the interface with the house foundation wall bared the signs of recent movement in the variability in the separation crack is consistent with the type of movement associated with impact reactions.

3.      Garage Entry Header Beam: The beam over the garage entry way was originally constructed in a way that incorporated splices. Although this practice was acceptable at the time of construction, it resulted in the frame being weaker and more susceptible to damage. The header had visible deflection at the splice joint; a condition which appears to have contributed significant water intrusion and wood rot.

4.      Attic/Roof Framing System: In the attic the main ridge member was found to be separated from the rafters in a manner consistent with the subject event. Additionally, the roof decking at the ridge is cracked and compromised and the ridge member itself is cracked in multiple locations. Also, multiple rafters are split, or fully compromised. Last, multiple points of water intrusion were found which appear to be very likely linked to the subject damage.

Jag Renovations Group
RE: Residence at 4747 Matterhorn Dr. SW
Gwinnett County
Page Two (9/20/2022)

5.      Sheetrock cracks: Various sheetrock cracks were identified and found to be consistent with the damages discussed herein, most of which bear the signs of fresh and/or recent separation.

6.      Foundation Wall: The left side perimeter foundation wall has two individual sets of stair-step cracking, both of which indicate excessive pressure from the direction of impact.

In remediation, each line item described above warrants significant repair, or complete replacement of the affected components or systems, as well as those components and systems which are dependent upon or associated with the damaged materials. All replacement materials must be of like kind, size and type as those which they replace. Last, all new construction of must adhere to the 2018 International Residential Code and any other applicable industry standards.

After review of available technical reports and field data, it is my professional opinion that upon completion of the repairs described herein, the subject areas will be structurally stable, capable of carrying all expected design loads and compliant with the referenced standards.

Should you have any questions regarding this inspection or report, or if I can be of further assistance, please call me at your convenience.

Very truly yours,

Malcolm E. Gooch III

Ga. P.E. No. 8889
ICC PEF002999
Residential Combination Inspector

**From:** JAG Renovations Group info@jagreno.com 
**Subject:** Fwd: Confirmation Receipt- TRANSACTION #:3525814501
**Date:** September 27, 2022 at 5:18 PM
**To:** Ava Shields ava@claimsfi.com

This is the bill for the Structural Engineer report I sent you.

--------- Forwarded message ---------
From: <noreply@tsys.com>
Date: Wed, Sep 21, 2022 at 8:53 AM
Subject: Confirmation Receipt- TRANSACTION #:3525814501
To: <info@jagreno.com>

          MACON E GOOCH BUILDING C
             1383 DUNCAN LN
            AUBURN GA 300113808

DATE        : 09/21/2022 08:51:46
OPERATOR ID : TA299243

CREDIT - SALE
APPROVED
CARD #   : ************8103
CARD TYPE : VISA
ENTRY MODE: MANUAL

REF #      : 226412004827
INVOICE #    : I2208164437 / 4747 MATTERHORN
AUTH CODE    : 043962
TRANSACTION # : 3525814501

Sale Amount:        $650.00

    CUSTOMER ACKNOWLEDGES RECEIPT OF
GOODS AND/OR SERVICES IN THE AMOUNT
OF THE TOTAL SHOWN HEREON AND AGREES
TO PERFORM THE OBLIGATIONS SET FORTH
BY THE CUSTOMER'S AGREEMENT WITH THE
ISSUER

        Customer Copy

 **eurofins**

EMLab P&K

Report for:

**Allan Nock**
**DryHome, LLC**
41 Milton Ave
Alpharetta, GA  30009

---

Regarding:   Project: Laz Asbestos Test; 4747 Matterhorn Dr Lilburn
EML ID: 2989296

Approved by:

Dates of Analysis:
Asbestos PLM: 07-30-2022

Approved Signatory
Danny Li

Service SOPs: Asbestos PLM (EPA 40CFR App E to Sub E of Part 763 & EPA METHOD 600/R-93-116, SOP EM-AS-S-1267)
NVLAP Lab Code 200757-0

---

All samples were received in acceptable condition unless noted in the Report Comments portion in the body of the report. The results relate only to the samples as received and tested. The results include an inherent uncertainty of measurement associated with estimating percentages by polarized light microscopy. Measurement uncertainty data for sample results with >1% asbestos concentration can be provided when requested.

Eurofins EMLab P&K ("the Company") shall have no liability to the client or the client's customer with respect to decisions or recommendations made, actions taken or courses of conduct implemented by either the client or the client's customer as a result of or based upon the Test Results. In no event shall the Company be liable to the client with respect to the Test Results except for the Company's own willful misconduct or gross negligence nor shall the Company be liable for incidental or consequential damages or lost profits or revenues to the fullest extent such liability may be disclaimed by law, even if the Company has been advised of the possibility of such damages, lost profits or lost revenues. In no event shall the Company's liability with respect to the Test Results exceed the amount paid to the Company by the client therefor.

---

**Eurofins EMLab P&K**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: DryHome, LLC
C/O: Allan Nock
Re: Laz Asbestos Test; 4747 Matterhorn Dr Lilburn

Date of Sampling: 07-27-2022
Date of Receipt: 07-29-2022
Date of Report: 08-01-2022

## ASBESTOS PLM REPORT

| | |
|---|---|
| Total Samples Submitted: | 8 |
| Total Samples Analyzed: | 8 |
| Total Samples with Layer Asbestos Content > 1%: | 1 |

### Location: AB01, Bedroom 2
Lab ID-Version‡: 14384297-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound with Paint | < 1% Chrysotile |
| Cream Tape | ND |
| White Joint Compound | < 1% Chrysotile |
| White Drywall with Brown Paper | ND |
| Composite Asbestos Fibrous Content: | < 1% Asbestos |
| Composite Non-Asbestos Content: | 15% Cellulose |
| Sample Composite Homogeneity: | Poor |

**Comments:** Composite asbestos content provided is only for Drywall/Joint compound. Composite content provided for this analysis has been performed by following the NESHAP guidelines.

### Location: AB00, Bedroom 1
Lab ID-Version‡: 14384298-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound 1 | < 1% Chrysotile |
| Cream Tape | ND |
| White Joint Compound 2 | < 1% Chrysotile |
| Brown Paper | ND |
| Composite Non-Asbestos Content: | 15% Cellulose |
| Sample Composite Homogeneity: | Poor |

### Location: AB02, Kitchen
Lab ID-Version‡: 14384299-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound with Paint | < 1% Chrysotile |
| Cream Tape | ND |
| White Joint Compound | < 1% Chrysotile |
| White Drywall with Brown Paper | ND |
| Composite Asbestos Fibrous Content: | < 1% Asbestos |
| Composite Non-Asbestos Content: | 15% Cellulose |
| Sample Composite Homogeneity: | Poor |

**Comments:** Composite asbestos content provided is only for Drywall/Joint compound. Composite content provided for this analysis has been performed by following the NESHAP guidelines.

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by any agency of the federal government. Eurofins EMLab P&K reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

Inhomogeneous samples are separated into homogeneous subsamples and analyzed individually. ND means no fibers were detected. When detected, the minimum detection and reporting limit is less than 1% unless point counting is performed. Floor tile samples may contain large amounts of interference material and it is recommended that the sample be analyzed by gravimetric point count analysis to lower the detection limit and to aid in asbestos identification.
‡ A "Version" indicated by "-x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".

Eurofins EPK Built Environment Testing, LLC

EMLab ID: 2989296, Page 2 of 5

**Eurofins EMLab P&K**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: DryHome, LLC
C/O: Allan Nock
Re: Laz Asbestos Test; 4747 Matterhorn Dr Lilburn

Date of Sampling: 07-27-2022
Date of Receipt: 07-29-2022
Date of Report: 08-01-2022

## ASBESTOS PLM REPORT

**Location: AB03, Office**

Lab ID-Version‡: 14384300-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound with Paint | < 1% Chrysotile |
| Cream Tape 1 | ND |
| White Joint Compound 1 | < 1% Chrysotile |
| Cream Tape 2 | ND |
| White Joint Compound 2 | < 1% Chrysotile |
| White Drywall with Brown Paper | ND |
| **Composite Asbestos Fibrous Content:** | < 1% Asbestos |
| **Composite Non-Asbestos Content:** | 15% Cellulose |
| **Sample Composite Homogeneity:** | Poor |

**Comments:** Composite asbestos content provided is only for Drywall/Joint compound. Composite content provided for this analysis has been performed by following the NESHAP guidelines.

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by any agency of the federal government. Eurofins EMLab P&K reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

Inhomogeneous samples are separated into homogeneous subsamples and analyzed individually. ND means no fibers were detected. When detected, the minimum detection and reporting limit is less than 1% unless point counting is performed. Floor tile samples may contain large amounts of interference material and it is recommended that the sample be analyzed by gravimetric point count analysis to lower the detection limit and to aid in asbestos identification.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".

**Eurofins EMLab P&K**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: DryHome, LLC
C/O: Allan Nock
Re: Laz Asbestos Test; 4747 Matterhorn Dr Lilburn

Date of Sampling: 07-27-2022
Date of Receipt: 07-29-2022
Date of Report: 08-01-2022

## ASBESTOS PLM REPORT

### Location: AB04, Upstairs Bathroom

Lab ID-Version‡: 14384301-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound with Paint | < 1% Chrysotile |
| Cream Tape | ND |
| White Joint Compound | < 1% Chrysotile |
| White Drywall with Brown Paper | ND |
| **Composite Asbestos Fibrous Content:** | < 1% Asbestos |
| **Composite Non-Asbestos Content:** | 15% Cellulose |
| **Sample Composite Homogeneity:** | Poor |

**Comments:** Composite asbestos content provided is only for Drywall/Joint compound. Composite content provided for this analysis has been performed by following the NESHAP guidelines.

### Location: AB06, Downstairs Bathroom

Lab ID-Version‡: 14384302-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound with Paint | < 1% Chrysotile |
| Cream Tape | ND |
| White Joint Compound | < 1% Chrysotile |
| White Drywall with Brown Paper | ND |
| **Composite Asbestos Fibrous Content:** | < 1% Asbestos |
| **Composite Non-Asbestos Content:** | 15% Cellulose |
| **Sample Composite Homogeneity:** | Poor |

**Comments:** Composite asbestos content provided is only for Drywall/Joint compound. Composite content provided for this analysis has been performed by following the NESHAP guidelines.

### Location: AB05, Downstairs Hall

Lab ID-Version‡: 14384303-1

| Sample Layers | Asbestos Content |
|---|---|
| White Joint Compound with Paint | < 1% Chrysotile |
| Cream Tape | ND |
| White Joint Compound | < 1% Chrysotile |
| White Drywall with Brown Paper | ND |
| **Composite Asbestos Fibrous Content:** | < 1% Asbestos |
| **Composite Non-Asbestos Content:** | 15% Cellulose |
| **Sample Composite Homogeneity:** | Poor |

**Comments:** Composite asbestos content provided is only for Drywall/Joint compound. Composite content provided for this analysis has been performed by following the NESHAP guidelines.

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by any agency of the federal government. Eurofins EMLab P&K reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

Inhomogeneous samples are separated into homogeneous subsamples and analyzed individually. ND means no fibers were detected. When detected, the minimum detection and reporting limit is less than 1% unless point counting is performed. Floor tile samples may contain large amounts of interference material and it is recommended that the sample be analyzed by gravimetric point count analysis to lower the detection limit and to aid in asbestos identification.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data.  The revision number is reflected by the value of "x".

Eurofins EPK Built Environment Testing, LLC

**Eurofins EMLab P&K**
2841 Dow Avenue, Suite 300, Tustin, CA 92780
(866) 888-6653  Fax (623) 780-7695  www.emlab.com

Client: DryHome, LLC
C/O: Allan Nock
Re: Laz Asbestos Test; 4747 Matterhorn Dr Lilburn

Date of Sampling: 07-27-2022
Date of Receipt: 07-29-2022
Date of Report: 08-01-2022

## ASBESTOS PLM REPORT

**Location: AB07, Air Ducts**

Lab ID-Version‡: 14384304-1

| Sample Layers | Asbestos Content |
|---|---|
| Gray Paper | 30% Chrysotile |
| **Composite Non-Asbestos Content:** | 40% Cellulose |
| **Sample Composite Homogeneity:** | Good |

The test report shall not be reproduced except in full, without written approval of the laboratory. The report must not be used by the client to claim product certification, approval, or endorsement by any agency of the federal government. Eurofins EMLab P&K reserves the right to dispose of all samples after a period of thirty (30) days, according to all state and federal guidelines, unless otherwise specified.

Inhomogeneous samples are separated into homogeneous subsamples and analyzed individually. ND means no fibers were detected. When detected, the minimum detection and reporting limit is less than 1% unless point counting is performed. Floor tile samples may contain large amounts of interference material and it is recommended that the sample be analyzed by gravimetric point count analysis to lower the detection limit and to aid in asbestos identification.
‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".



**A**NALYTICAL
**E**NVIRONMENTAL
AES | **S**ERVICES, INC.

Analytical Environmental Services, Inc.
1080 Presidential Drive, Atlanta, GA 30349-3704
Phone: (770) 457-8177 / Toll-Free: (800) 972-4889 / Fax: (770) 457-8188
www.aesatlanta.com

CP 7·16·22

Work Order 2207E63

Page ___ of ___

### CHAIN OF CUSTODY
### BULK ASBESTOS ANALYSIS

2207E63

| | |
|---|---|
| Client Name: | Azalea Environmental LLC |
| Address: | 1890 Parker Cl. Ste. F |
| City, State, Zip: | Stone Mountain, GA 30087 |
| Contact: | Andrew Bishop |
| Sampler's Name: | Andrew Bishop |
| Report To: | Andrew Bishop |
| Report to Email: | Office@azaleaenviro.com |

| | |
|---|---|
| Project Name: | Martinez |
| Project Number: | 22 - 0140 |
| Sampling Date: | 7/14/22 |
| Phone #: | |
| Invoice To Name(s): | |
| Invoice To Email(s): | |
| PO #: | |

| | Sample ID | Sample Location/Description | Analysis Requested | Turnaround Time (TAT) | Comments |
|---|---|---|---|---|---|
| 1 | 140 - 01 | Hall - DWC | PLM | 8 hr | 7/15 before |
| 2 | 140 - 02 | Ɪ - DW | PLM | Ɪ | noon |
| 3 | 140 - 03 | M Bed - DWC | Ɪ | Ɪ | |
| 4 | 140 - 04 | Ɪ - DW | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

| | | |
|---|---|---|
| Relinquished by: | Date/Time: | 7/14/22 1:31 PM |
| Received by: | Date/Time: | |
| Relinquished by: | Date/Time: | |
| Received by: | Date/Time: | |

Submission of samples to the laboratory constitutes acceptance of AES's Terms & Conditions. Client assumes sole responsibility for damage or loss of samples before we accept them. Samples received after 3PM or on Saturday are considered as received the following business day. If no TAT is marked on COC, AES will proceed with standard TAT.

AESatlga COC 7.15.19

| FOR LAB USE ONLY | | |
|---|---|---|
| Lab Receipt: | Date/Time: 7.14.22   13:31 | Method of Shipment: |



**ANALYTICAL ENVIRONMENTAL SERVICES, INC.**
**Bulk Sample Summary Report**

3080 Presidential Drive
Atlanta, GA 30340
Tel :(770) 457-8177
Fax:(770) 457-8188



TESTING
NVLAP LAB CODE 102082-0

Report Date:     14-Jul-22

| Client Name: | **Azalea Environmental LLC** | AES Job Number: | **2207E63** |
|---|---|---|---|
| Project Name: | **Martinez** | Project Number: | **22-0140** |

| Client ID | AES ID | Location | CH | AM | CR | AN | TR | AC | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 140-01<br><br>Layer: 1 | 2207E63-001A | SEE COC | 2 | ND | ND | ND | ND | ND | Joint compound |
| 140-01<br><br>Layer: 2 | 2207E63-001A | SEE COC | ND | ND | ND | ND | ND | ND | |
| 140-01<br><br>Layer: 3 | 2207E63-001A | SEE COC | ND | ND | ND | ND | ND | ND | |
| 140-02<br><br>Layer: 1 | 2207E63-002A | SEE COC | 2 | ND | ND | ND | ND | ND | Joint compound. Paint included as binder |
| 140-02<br><br>Layer: 2 | 2207E63-002A | SEE COC | ND | ND | ND | ND | ND | ND | |
| 140-02<br><br>Layer: 3 | 2207E63-002A | SEE COC | ND | ND | ND | ND | ND | ND | |

Column header above the mineral percentage columns: **Asbestos Mineral Percentage**

Note:  CH=chrysotile, AM=amosite, CR=crocidolite, AC=actinolite, TR=tremolite, AN=anthophylite
For comments on the samples, see the individual analysis sheets.
ND = None Detected

AES,Inc. is accredited by NIST's National Voluntary Laboratory Accreditation Program (NVLAP) for Polarized Light Microscopy (PLM) analysis, Lab Code 102082-0. All analyses performed in accordance with EPA "Interim Method for the Determination of Asbestos in Bulk Insulation Samples" (EPA 600/M4-82-020), 1982 as found in 40 CFR, Part 763, Appendix E to Subpart E and "Method for the Determination of Asbestos in Bulk Building Materials" (EPA/600/R-93/116), 1993.
These test results apply only to those samples actually tested, as submitted by the client. All percentages are reported by visually estimated volume.
PLM is not consistently reliable in detecting small concentrations of asbestos in floor tiles and similar nonfriable materials, quantitative TEM is currently the only method that can be used to determine conclusive asbestos content.
This report must not be reproduced except in full without written approval of Analytical Environmental Services, Inc.

Microanalyst:          Penka Topuzova

QC Analyst:          Yelena Khanina



**ANALYTICAL ENVIRONMENTAL SERVICES, INC.**
**Bulk Sample Summary Report**

3080 Presidential Drive
Atlanta, GA 30340
Tel :(770) 457-8177
Fax:(770) 457-8188



TESTING
NVLAP LAB CODE 102082-0

Report Date:     14-Jul-22

| Client Name: | **Azalea Environmental LLC** | AES Job Number: | **2207E63** |
|---|---|---|---|
| Project Name: | **Martinez** | Project Number: | **22-0140** |

| Client ID | AES ID | Location | CH | AM | CR | AN | TR | AC | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 140-03 <br><br> Layer: 1 | 2207E63-003A | SEE COC | 2 | ND | ND | ND | ND | ND | Joint compound. Paint included as binder |
| 140-03 <br><br> Layer: 2 | 2207E63-003A | SEE COC | ND | ND | ND | ND | ND | ND | |
| 140-03 <br><br> Layer: 3 | 2207E63-003A | SEE COC | ND | ND | ND | ND | ND | ND | |
| 140-04 <br><br> Layer: 1 | 2207E63-004A | SEE COC | 2 | ND | ND | ND | ND | ND | Joint compound. Paint included as binder |
| 140-04 <br><br> Layer: 2 | 2207E63-004A | SEE COC | ND | ND | ND | ND | ND | ND | |
| 140-04 <br><br> Layer: 3 | 2207E63-004A | SEE COC | ND | ND | ND | ND | ND | ND | |

Header spanning: Asbestos Mineral Percentage (over CH AM CR AN TR AC)

Note:  CH=chrysotile, AM=amosite, CR=crocidolite, AC=actinolite, TR=tremolite, AN=anthophylite

For comments on the samples, see the individual analysis sheets.

ND = None Detected

AES,Inc. is accredited by NIST's National Voluntary Laboratory Accreditation Program (NVLAP) for Polarized Light Microscopy (PLM) analysis, Lab Code 102082-0. All analyses performed in accordance with EPA "Interim Method for the Determination of Asbestos in Bulk Insulation Samples" (EPA 600/M4-82-020), 1982 as found in 40 CFR, Part 763, Appendix E to Subpart E and "Method for the Determination of Asbestos in Bulk Building Materials" (EPA/600/R-93/116), 1993.

These test results apply only to those samples actually tested, as submitted by the client. All percentages are reported by visually estimated volume. PLM is not consistently reliable in detecting small concentrations of asbestos in floor tiles and similar nonfriable materials, quantitative TEM is currently the only method that can be used to determine conclusive asbestos content.

This report must not be reproduced except in full without written approval of Analytical Environmental Services, Inc.

Microanalyst:          Penka Topuzova

QC Analyst:          Yelena Khanina

End of Report

**Eurofins EPK Built Environment Testing, LLC**
Remit to: PO Box 3892
Carol Stream, IL 60132-3892
770-368-2171 Fax (856) 334-1040
email: info@emlabpk.com  www.emlabpk.com
Federal Tax ID #: 27-1956592

# Invoice

| Date | Invoice No. |
|------|-------------|
| 8/1/22 | 2530109350 |

| Billing Address |
|-----------------|
| DryHome, LLC |
| C/O: Accounts Payable |
| 41 Milton Ave |
| Alpharetta, GA  30009 |

| Shipping Address |
|------------------|
| DryHome, LLC |
| C/O: Allan Nock |
| 41 Milton Ave |
| Alpharetta, GA  30009 |

| P.O. Number | Terms | Acct. No. | Project | Date Ordered |
|-------------|-------|-----------|---------|--------------|
| | Credit Card | 4008941 | Laz Asbestos Test | 7/29/22 |

| Qty | Description | Item Cost | Status Lot | S/N | Amount |
|-----|-------------|-----------|------------|-----|--------|
| 1 | Asbestos PLM (1-layer sample) | $18.00 | Next-day rush | | $18.00 |
| 6 | Asbestos PLM (4-layer sample) | $72.00 | Next-day rush | | $432.00 |
| 1 | Asbestos PLM (6-layer sample) | $108.00 | Next-day rush | | $108.00 |

## Thank You for Choosing Eurofins EMLab P&K

| | | |
|---|---|---|
| EMLab ID 2989296   Lab Reference: 3308578 | Sub total | $558.00 |
| Payments Received: | Tax | $0.00 |
| VISA   Amount: $558.00  Number: ************8103 | Shipping | $0.00 |
| | Payment Rec'd | $558.00 |
| | Balance Due | $0.00 |

All Eurofins EMLab P&K pricing is in US dollars except where specified otherwise by contract with the Customer.

**Eurofins EMLab P&K Analytical Services:** Mold/Fungi, Asbestos, Bacteria, PCR, USP <797>, Allergens, and Radon

# Your receipt from Airbnb

Receipt ID: RCYBZ2GSCT · July 28, 2022

## Lilburn

**30 nights in Lilburn**

Mon, Aug 1, 2022 → Wed, Aug 31, 2022

Entire home/apt · 12 beds · 5 guests

Hosted by Adam Horak

Check-in: 3:00 PM
Checkout: 11:00 AM

Phone: Laura Hernandez

**Cancellation policy**

This reservation is non-refundable.

Review the cancellation policy for more details.

**Have a question?**

Find details about payments and refunds in your payments, or try the Help Center.

## Price breakdown

| | |
|---|---|
| $155.83 x 30 nights | $4,675.00 |
| Service fee | $496.38 |
| Occupancy taxes and fees | $804.50 |
| Total (USD) | $5,975.88 |

## Payment

| | |
|---|---|
| VISA – 3576 | $5,975.88 |
| July 28, 2022 - 12:01 PM EDT | |
| **Amount paid (USD)** | **$5,975.88** |

**Airbnb service fee**

Includes applicable VAT charges. Go to Payment Details to view VAT invoice.

**Occupancy taxes**

Occupancy taxes are Taxes collected and paid to Government Authorities or Taxes paid on behalf of hosts. Go to Payment Details to view breakdown of taxes and fees for this reservation.

**Airbnb Payments, Inc.**

Airbnb payments handled payment processing for any activity on the Airbnb platform, and on behalf of the host. To confirm, your receipt acknowledges your host's acknowledged and payments will be processed as receipted fees. For this receipt, when paying. Go to details of this transaction on Airbnb lobal hosting Policy. For any inquiries at www.airbnb.com/terms. If you have questions, contact Airbnb Payments, Inc. at +1 (844) 234-2500.

**Airbnb Stays, Inc.**

This communicating entity, is Airbnb Stays Inc. with specialty purchase items purchased by host for its benefit of LLC.

**Payment processed by:**

Airbnb Payments, Inc.
Postal mail: 888 Brannan Street, San Francisco, CA 94103

Airbnb, Inc.
888 Brannan Street, San Francisco, CA 94103
www.airbnb.com



# intuit quickbooks.

Payment receipt

# You paid $5,500.00

to AJP Bridges LLC on 8/22/2022

| | |
|---|---|
| Invoice no. | 1008 |
| Invoice amount | $5,500.00 |
| Total | $5,500.00 |

No additional transfer fees or taxes apply.

| | |
|---|---|
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MS0113515398 |

Thank you

## AJP Bridges LLC

+1 4044032286

ajpbridges@gmail.com

1227 ROCKBRIDGE ROAD SW, STE 208-265, STONE MOUNTAIN, GA 30083

**Payment services brought by:**
Intuit Payments Inc.
2700 Coast Avenue, Mountain View, CA 94043
Phone number 1-888-536-4801
NMLS #1098819

For more information about Intuit Payments' money transmission licenses, please visit https://www.intuit.com/legal/licenses/payment-licenses/.

# INVOICE

**John Pristell**

1227 Rockbridge Road SW, Ste 208-265, Stone Mountain, GA 30087

ajpbridges@gmail.com

Invoice No#: 0001

Invoice Date: Sep 28, 2022

Due Date: Oct 1, 2022

**PAID**

**$0.00**

AMOUNT DUE

## BILL TO

Stefanie Hernandez

673 Greg Drive SW, Lilburn, GA 30047, UNITED STATES

stefanieh1225@gmail.com

Phone: +1 678-548-7618

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | October Rent For 673 Greg Drive SW | 1 | $5,500.00 | $5,500.00 |

| | | |
|---|---|---|
| Subtotal | | $5,500.00 |
| Tip | | $0.00 |
| TOTAL | | $5,500.00 USD |
| Amount paid | | $5,500.00 |

**AMOUNT DUE**          **$0.00 USD**

NOTES TO CUSTOMER

Hello Stefanie,

This invoice is for October rent for 673 Greg Drive SW, Lilburn, GA.

Thank you for your business.

AJP Bridges LLC



## All About Contents LLC

25 International Court
Dallas, GA 30157
OFFICE # 678-247-1827
FAX #678-247-1830
ENI # 46-0588551

| | | | |
|---|---|---|---|
| Client: | LAZ HERNANDEZ | Home: | (404) 453-6373 |
| Property: | 4747 MATTERBORN DR SW | | |
| | LILBURN, GA 30047 | | |

Operator:   ALICIA

| | | | |
|---|---|---|---|
| Estimator: | SAMMY FOUNTAIN | Business: | (470) 388-7788 |
| Company: | ALL ABOUT CONTENTS LLC | E-mail: | AALLABOUTCONTENTS@ |
| Business: | 25 INTERNATIONAL CT | | GMAIL.COM |
| | DALLAS, GA 30157 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | CONTENTS | | |
| Date Entered: | 7/24/2022 | Date Assigned: | 7/21/2022 |

| | |
|---|---|
| Price List: | GAAT8X_JUL22 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 1128Z387S-HERNANDEZ |

THIS IS AN ESTIMATE FOR PACK OUT, STORAGE, AND PACK BACK. *A REVISED BILL WILL BE PRODUCED AT THE END OF THE JOB WITH EXACT LABOR HOURS AND MATERIALS USE.*

**\*\*LABOR LOGS WILL ALSO BE INCLUDED IN FINAL BILL\*\***

NOTE:
THIS ESTIMATE IS FOR STANDARD BUSINESS HOURS MONDAY THROUGH FRIDAY 8AM TO 5PM. IF AFTER HOURS OR WEEKENDS ARE NEEDED EXTRA CHARGES WILL APPLY.

**NOTE: THIS IS FOR THE MAIN LEVEL AND THE BASEMENT OF THE HOME**



**All About Contents LLC**

25 International Court
Dallas, GA 30157
OFFICE # 678-247-1827
FAX #678-247-1830
ENI # 46-0588551

### 1128Z387S-HERNANDEZ

**GENERAL**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA @ | 560.00 = | 560.00 |

**PACK OUT**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Contents Evaluation and/or Supervisor/Admin - per hour | 12.00 HR @ | 59.92 = | 719.04 |
| Inventory, Packing, Boxing, and Moving charge - per hour | 216.00 HR @ | 41.06 = | 8,868.96 |
| Provide box, packing paper & tape - small size | 125.00 EA @ | 2.76 = | 345.00 |
| Provide box, packing paper & tape - medium size | 75.00 EA @ | 3.69 = | 276.75 |
| Provide box, packing paper & tape - large size | 45.00 EA @ | 4.94 = | 222.30 |
| Provide lamp box set, packing paper & tape | 4.00 EA @ | 7.37 = | 29.48 |
| Provide wardrobe box & tape - large size | 3.00 EA @ | 25.82 = | 77.46 |
| Provide picture-frame box, packing paper & tape | 8.00 EA @ | 6.76 = | 54.08 |
| Provide furniture lightweight blanket/pad | 84.00 EA @ | 9.07 = | 761.88 |
| Provide stretch film/wrap | 1.00 RL @ | 28.36 = | 28.36 |
| Moving van (24' - 27') and equipment - per day | 2.00 EA @ | 259.64 = | 519.28 |
| Cargo van and equipment - per day | 2.00 EA @ | 101.10 = | 202.20 |

**Cleaning**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Clean misc items - per Sml box | 125.00 EA @ | 40.11 = | 5,013.75 |
| Provide box, packing paper & tape - small size | 125.00 EA @ | 2.76 = | 345.00 |
| Clean misc items - per Med box | 75.00 EA @ | 48.11 = | 3,608.25 |
| Provide box, packing paper & tape - medium size | 75.00 EA @ | 3.69 = | 276.75 |
| Clean misc items - per Lg box | 40.00 EA @ | 60.10 = | 2,404.00 |
| Provide box, packing paper & tape - large size | 40.00 EA @ | 4.94 = | 197.60 |
| Cleaning Technician - incl. cleaning agent - per hour | 120.00 HR @ | 43.00 = | 5,160.00 |

**Storage**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

1128Z387S-HERNANDEZ

7/24/2022     Page: 2

 **All About Contents LLC**

25 International Court
Dallas, GA 30157
OFFICE # 678-247-1827
FAX #678-247-1830
ENI # 46-0588551

**CONTINUED - Storage**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Off-site storage vault - per month | 9.00 MO @ | 155.00 = | 1,395.00 |
| THIS IS FOR 9 VAULTS @ 1 MONTH OF STORAGE | | | |

**PACK BACK**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Contents Evaluation and/or Supervisor/Admin - per hour | 11.00 HR @ | 59.92 = | 659.12 |
| Inventory, Packing, Boxing, and Moving charge - per hour | 180.00 HR @ | 41.06 = | 7,390.80 |
| Moving van (24' - 27') and equipment - per day | 2.00 EA @ | 259.64 = | 519.28 |
| Cargo van and equipment - per day | 2.00 EA @ | 101.10 = | 202.20 |



**All About Contents LLC**

25 International Court
Dallas, GA 30157
OFFICE # 678-247-1827
FAX #678-247-1830
ENI # 46-0588551

## Summary for Contents

| | |
|---|---|
| Line Item Total | 39,836.54 |
| Material Sales Tax | 232.26 |
| **Replacement Cost Value** | **$40,068.80** |
| **Net Claim** | **$40,068.80** |

SAMMY FOUNTAIN



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

| | | | |
|---|---|---|---|
| Insured: | Hines, Adam | Home: | (404) 915-0311 |
| Property: | 4747 Matterhorn Dr | E-mail: | info@jagreno.com |
| | Lawrenceville , GA 30047 | | |

**Claim Number:**                **Policy Number:**                **Type of Loss:**

| Coverage | Deductible | Policy Limit |
|---|---|---|
| Dwelling | $0.00 | $0.00 |

| | | |
|---|---|---|
| Date of Loss: | Date Received: | |
| Date Inspected: | Date Entered: | 9/22/2022 8:56 AM |

| | | | | | |
|---|---|---|---|---|---|
| Price List: | GAAT8X_SEP22 | Depreciate Material: | Yes | Depreciate O&P: | No |
| | Restoration/Service/Remodel | Depreciate Non-material: | Yes | Depreciate Taxes: | Yes |
| Estimate: | 22-A-0090-ASBHINES-1 | Depreciate Removal: | No | | |

This is an abatement estimate only. No repairs are included within this scope of work, unless otherwise written and delineated within the the line items of this estimate. Therefore, any replacement costs of materials removed during abatement will be in addition to the expenses incurred within this estimate. Client & Client's insurance carrier understand that air-tight containment requires the use of tape and/or adhesives that may damage the surfaces to which they are applied. A1A Environmental is not responsible for repair minor damages to paint, drywall, or other surfaces resulting from the abatement process.

X_____
   NAME                    DATE

By signing above, I acknowledge that I have received a copy of this estimate and read the above statement and fully understand that this estimate is for the remediation and or abatement portion of the work.



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

**22-A-0090-ASBHINES-1**

### General

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | REMOVE | REPLACE | TAX | TOTAL |
| 1. FEE | TIPF | + Taxes, insurance, permits & fees (Bid Item) | | | | |
| | 1 | 1.00 EA [*] | 0.00+ | 50.00 = | 0.00 | 50.00 |
| 2. HMR | BARR | + Containment Barrier/Airlock/Decon. Chamber | | | | |
| | 8*3*3 | 216.00 SF [*] | 0.00+ | 1.29 = | 1.94 | 280.58 |
| 3. HMR | NAFAN | + Negative air fan/Air scrubber (24 hr period) - No monit. | | | | |
| | 2*3 | 6.00 EA [*] | 0.00+ | 80.85 = | 0.00 | 485.10 |
| 4. HMR | FHEPA | + Add for HEPA filter (for negative air exhaust fan) | | | | |
| | 2 | 2.00 EA [*] | 0.00+ | 219.65 = | 21.91 | 461.21 |
| 5. WTR | DUCTLF | + Ducting - lay-flat | | | | |
| | 25*2 | 50.00 LF [*] | 0.00+ | 0.39 = | 1.17 | 20.67 |
| 6. HMR | EQDH | + Equipment decontamination charge - HVY, per piece of equip | | | | |
| | 5 | 5.00 EA [*] | 0.00+ | 76.55 = | 1.62 | 384.37 |
| 7. HMR | BARRZ+ | + Peel & seal zipper - heavy duty | | | | |
| | 4 | 4.00 EA [*] | 0.00+ | 19.35 = | 2.99 | 80.39 |
| 8. HMR | PPE+ | + Add for personal protective equipment - Heavy duty | | | | |
| | 4*3*2 | 24.00 EA [*] | 0.00+ | 42.98 = | 56.12 | 1,087.64 |
| 9. HMR | PPERF | + Respirator - Full face - multi-purpose resp. (per day) | | | | |
| | 4*2 | 8.00 DA [*] | 0.00+ | 8.37 = | 0.00 | 66.96 |
| 10. HMR | PPERCM | + Respirator cartridge - HEPA & vapor & gas (per pair) | | | | |
| | 4*2 | 8.00 EA [*] | 0.00+ | 40.41 = | 19.40 | 342.68 |
| 11. WTR | TEST | + Contamination - air or surface testing & lab analysis | | | | |
| | 2*2 | 4.00 EA [*] | 0.00+ | 141.52 = | 3.82 | 569.90 |
| 12. WTR | TEST+ | + Contamination - post test - full service (Bid Item) | | | | |
| | 1 | 1.00 EA [*] | 0.00+ | 700.00 = | 0.00 | 700.00 |
| 13. HMR | FHEPA< | + Add for HEPA filter (for canister/backpack vacuums) | | | | |
| | 2 | 2.00 EA [*] | 0.00+ | 84.55 = | 7.17 | 176.27 |
| 14. HMR | HWD | + Hazardous waste hauling & disposal - (Bid Item) | | | | |
| | 2 | 2.00 EA [*] | 0.00+ | 700.00 = | 0.00 | 1,400.00 |
| 15. HMR | SSWR | + Temporary safety shower | | | | |
| | 1 | 1.00 EA [*] | 0.00+ | 99.67 = | 0.00 | 99.67 |
| 16. TMP | HEAT | + Temporary heat - usage - per month - Commercial | | | | |
| | 2/30 | 0.07 MO [*] | 0.00+ | 1,052.43 = | 2.10 | 75.77 |

| Totals: General | | | | | 118.24 | 6,281.21 |
|---|---|---|---|---|---|---|

**Main Level**



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144



**Master Bedroom**                                                                                     Height: 8'

| | |
|---|---|
| 446.67 SF Walls | 187.50 SF Ceiling |
| 634.17 SF Walls & Ceiling | 187.50 SF Floor |
| 20.83 SY Flooring | 55.83 LF Floor Perimeter |
| 55.83 LF Ceil. Perimeter | |



**Subroom:  Master Closet (1)**                                                            Height: 8'

| | |
|---|---|
| 186.67 SF Walls | 30.03 SF Ceiling |
| 216.69 SF Walls & Ceiling | 30.03 SF Floor |
| 3.34 SY Flooring | 23.33 LF Floor Perimeter |
| 23.33 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | REMOVE | REPLACE | TAX | TOTAL |
| 17. HMR | BARR | + Containment Barrier/Airlock/Decon. Chamber | | | | |
| | F | 217.53 SF [*] | 0.00+ | 1.29 = | 1.96 | 282.57 |
| 18. WTR | TRI | - Tear out trim | | | | |
| | 17*3 | 51.00 LF [*] | 0.59+ | 0.00 = | 0.00 | 30.09 |
| 19. HMR | BASEB | - Tear out baseboard and bag for disposal | | | | |
| | PF | 79.17 LF [*] | 1.38+ | 0.00 = | 0.86 | 110.11 |
| 20. HMR | ASBRMD | - Tear off asbestos drywall (no haul off) | | | | |
| | WC | 850.86 SF [*] | 1.98+ | 0.00 = | 16.85 | 1,701.55 |
| 21. HMR | INSS | - Tear out and bag wet insulation - Category 3 water | | | | |
| | C+228.67 | 446.20 SF [*] | 1.78+ | 0.00 = | 1.61 | 795.85 |
| 22. HMR | HEPAF | + HEPA Vacuuming exposed framing - Floor - (PER SF) | | | | |
| | C | 217.53 SF [*] | 0.00+ | 1.72 = | 0.00 | 374.15 |
| 23. HMR | HEPAW | + HEPA Vacuuming exposed framing - Walls - (PER SF) | | | | |
| | W | 633.33 SF [*] | 0.00+ | 1.01 = | 0.00 | 639.66 |
| 24. HMR | HEPAVAL | + HEPA Vacuuming - Light - (PER SF) | | | | |
| | F | 217.53 SF [*] | 0.00+ | 0.56 = | 0.00 | 121.82 |
| 25. HMR | CLNJST+ | + Clean floor or roof joist system - Heavy | | | | |
| | C | 217.53 SF [*] | 0.00+ | 2.74 = | 0.26 | 596.29 |
| 26. HMR | CLNSTD+ | + Clean stud wall - Heavy | | | | |
| | W | 633.33 SF [*] | 0.00+ | 2.18 = | 0.76 | 1,381.42 |
| 27. HMR | CLNAV- | + Clean the floor - Light | | | | |
| | F | 217.53 SF [*] | 0.00+ | 0.55 = | 0.13 | 119.77 |
| 28. HMR | ASBEN | + Apply asbestos fiber encapsulating compound | | | | |
| | WC | 850.86 SF [*] | 0.00+ | 1.31 = | 25.53 | 1,140.16 |

| | | | | |
|---|---|---|---|---|
| **Totals:  Master Bedroom** | | | 47.96 | 7,293.44 |



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144



**Front left Bedroom**                                                                 Height: 8'

| | |
|---|---|
| 413.33 SF Walls | 161.83 SF Ceiling |
| 575.17 SF Walls & Ceiling | 161.83 SF Floor |
| 17.98 SY Flooring | 51.67 LF Floor Perimeter |
| 51.67 LF Ceil. Perimeter | |



**Subroom: Room2 (1)**                                                              Height: 8'

| | |
|---|---|
| 177.33 SF Walls | 19.88 SF Ceiling |
| 197.21 SF Walls & Ceiling | 19.88 SF Floor |
| 2.21 SY Flooring | 22.17 LF Floor Perimeter |
| 22.17 LF Ceil. Perimeter | |

| CAT | SEL | ACT DESCRIPTION | | | | |
|---|---|---|---|---|---|---|
| | CALC | QTY | REMOVE | REPLACE | TAX | TOTAL |
| 29. HMR | BARR | + Containment Barrier/Airlock/Decon. Chamber | | | | |
| | F | 181.71 SF [*] | 0.00+ | 1.29 = | 1.64 | 236.05 |
| 30. WTR | TRI | - Tear out trim | | | | |
| | 17*3 | 51.00 LF [*] | 0.59+ | 0.00 = | 0.00 | 30.09 |
| 31. HMR | BASEB | - Tear out baseboard and bag for disposal | | | | |
| | PF | 73.83 LF [*] | 1.38+ | 0.00 = | 0.80 | 102.69 |
| 32. HMR | ASBRMD | - Tear off asbestos drywall (no haul off) | | | | |
| | WC | 772.38 SF [*] | 1.98+ | 0.00 = | 15.29 | 1,544.60 |
| 33. HMR | INSS | - Tear out and bag wet insulation - Category 3 water | | | | |
| | C+209.34 | 391.05 SF [*] | 1.78+ | 0.00 = | 1.41 | 697.48 |
| 34. HMR | HEPAW | + HEPA Vacuuming exposed framing - Walls - (PER SF) | | | | |
| | W | 590.67 SF [*] | 0.00+ | 1.01 = | 0.00 | 596.58 |
| 35. HMR | HEPAF | + HEPA Vacuuming exposed framing - Floor - (PER SF) | | | | |
| | C | 181.71 SF [*] | 0.00+ | 1.72 = | 0.00 | 312.54 |
| 36. HMR | HEPAVAL | + HEPA Vacuuming - Light - (PER SF) | | | | |
| | F | 181.71 SF [*] | 0.00+ | 0.56 = | 0.00 | 101.76 |
| 37. HMR | CLNSTD+ | + Clean stud wall - Heavy | | | | |
| | W | 590.67 SF [*] | 0.00+ | 2.18 = | 0.71 | 1,288.37 |
| 38. HMR | CLNJST+ | + Clean floor or roof joist system - Heavy | | | | |
| | C | 181.71 SF [*] | 0.00+ | 2.74 = | 0.22 | 498.11 |
| 39. HMR | CLNAV- | + Clean the floor - Light | | | | |
| | F | 181.71 SF [*] | 0.00+ | 0.55 = | 0.11 | 100.05 |
| 40. HMR | ASBEN | + Apply asbestos fiber encapsulating compound | | | | |
| | WC | 772.38 SF [*] | 0.00+ | 1.31 = | 23.17 | 1,034.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals: Front left Bedroom** | | | | | 43.35 | 6,543.31 |



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

| | | |
|---|---|---|
| **Total: Main Level** | 91.31 | 13,836.75 |
| **Line Item Totals: 22-A-0090-ASBHINES-1** | 209.55 | 20,117.96 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,308.00 | SF Walls | 1,490.45 | SF Ceiling | 5,798.45 | SF Walls and Ceiling |
| 1,453.24 | SF Floor | 161.47 | SY Flooring | 538.50 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 538.50 | LF Ceil. Perimeter |
| | | | | | |
| 1,453.24 | Floor Area | 1,583.49 | Total Area | 4,448.00 | Interior Wall Area |
| 2,124.00 | Exterior Wall Area | 236.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 19,908.41 |
| Material Sales Tax | 209.55 |
| **Replacement Cost Value** | **$20,117.96** |
| **Net Claim** | **$20,117.96** |



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

### Recap of Taxes

|  | Material Sales Tax (6%) | Storage Rental Tax (6%) | Local Food Tax (2%) |
|---|---|---|---|
| **Line Items** | 209.55 | 0.00 | 0.00 |
| **Total** | **209.55** | **0.00** | **0.00** |



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

## Recap by Room

**Estimate: 22-A-0090-ASBHINES-1**

| | | |
|---|---:|---:|
| General | 6,162.97 | 30.96% |
| **Area: Main Level** | | |
| Master Bedroom | 7,245.48 | 36.39% |
| Front left Bedroom | 6,499.96 | 32.65% |
| Area Subtotal: Main Level | 13,745.44 | 69.04% |
| **Subtotal of Areas** | 19,908.41 | 100.00% |
| **Total** | 19,908.41 | 100.00% |



**A1A Environmental, Inc**

125 TownPark Dr.
Suite 300
Kennesaw, GA 30144

## Recap by Category

| Items | Total | % |
|---|---:|---:|
| **GENERAL DEMOLITION** | 4,975.64 | 24.73% |
| **PERMITS AND FEES** | 50.00 | 0.25% |
| **HAZARDOUS MATERIAL REMEDIATION** | 13,523.52 | 67.22% |
| **TEMPORARY REPAIRS** | 73.67 | 0.37% |
| **WATER EXTRACTION & REMEDIATION** | 1,285.58 | 6.39% |
| **Subtotal** | 19,908.41 | 98.96% |
| **Material Sales Tax** | 209.55 | 1.04% |
| **Total** | 20,117.96 | 100.00% |

Main Level



Master Bedroom

Master Bath

Hall Bath

Master Closet (1)

Room2 (1)

Hallway

Front left Bedroom

Front Middle Bedroom

Area1 (A1)
Stairwell

Foyer/Entry



N

Main Level

Basement





Basement

10/17/2022     Page: 11

Brandon Shaw owner


**A+ Rating**
bbb


# GEORGIA OAK
## Landscaping
### 770.596.1911

DATE: Sept 30 2022

Wall Replacement
Job Description

4045 Five Forks Trickum Rd • Suite B 241 • Lilburn, GA 30047

5427

## PROPOSAL

NAME: Lazaro Hernandez   PHONE: 404-153-6373

ADDRESS: 4747 Mottleplace dr sw   CITY: Lilburn   ZIP: 30047

## DESCRIPTION

Retaining wall (Block Stone)
(Segmented wall)

1st wall  Appro. Size  32' to 37' long
5' to 6' High

Drainage behind wall to be determined
by Engineer plans.

2nd wall  Appro Size  50' to 60' Long
3' to 12' High

EA Block Size (18" wide,
8" High 12" Deep  85 LBS)
Demo and Haul off Existing walls

✱ 7500 Deposit to schedule
✱ 4 to 6 Day to complete

cap
blocks
retained soil
# 57 gravel
grade
foundation drain pipe
crush & run footing

## AGREEMENT:
- GOL reserves the right to refuse service to anyone for any reason before the actual work begins.
- Retaining wall warranty covers any installation defects for a period of 3 years
- Total is reflective of all work done together.
- Total is a flat rate regardless of material or labor used.
- Customer agrees to all work specified above. Final payment is due upon completion.
- Georgia Oak Landscaping is not responsible for property boardanes.
- This estimate does not include any minor damage that may occur during construction.
- Quotations are valid for 30 days from the date of quotation.
- All dimensions and square footage are approximate and are subject to change without notice.
- Please note that deposits are considered a commitment and are Non-refundable
- Additional work performed that is not itemized will be an additional charge.
- Georgia Oak Landscaping is not responsible for cracks that may occur in concrete or mortar
- By signing this estimate and/or paying a deposit you are agreeing to the GOL terms above.

TOTAL  36500

permitting + Engr Included

Home owner paid $50
For Estimate

Office use only
☐ check  ☐ CC  ☐ cash
Amount Paid

Customer Signature  Date

B   Sept 30 2022

Authorized Signature  Date

Balance

Ava Shields

79 Photos

# ClaimsFi Photographs

**4747 Matterhorn Dr. Lilburn, GA 30047**

# ClaimsFi Photos

Homeowners Photos

1



Homeowners Photos

2



ClaimsFi Public Adjusting                    Click Photo to Enlarge                    #11-28Z3-87S

Homeowners Photos

3



Homeowners Photos



Homeowners Photos

5



Homeowners Photos

6



ClaimsFi Public Adjusting                    Click Photo to Enlarge                                        #11-28Z3-87S

Homeowners Photos

7



Damaged garage door





Damaged garage door



Damaged retaining wall



Damaged retaining wall



Damaged retaining wall



Damaged retaining wall



Cracked mortar below impact



Cracked mortar below impact



Cracked mortar below impact

ClaimsFi Public Adjusting Click Photo to Enlarge #11-28Z3-87S



Cracked brick below impact





Damaged brick wall



Damaged brick wall



Sitting room-crack in wall



Sitting room-crack in wall

23



Sitting room-crack in wall

24



Sitting room-crack in wall



Office - crack in wall



Sitting room - crack in wall



Sitting room-crack in wall



Sitting room-crack in wall

ClaimsFi Public Adjusting                    Click Photo to Enlarge                    #11-28Z3-87S



Sitting room-crack in wall



Sitting room-crack in wall

31



Sitting room-crack in wall

32



Hall Bathroom-crack in ceiling

ClaimsFi Public Adjusting
Click Photo to Enlarge
#11-28Z3-87S



Hall Bathroom-crack in ceiling



Hall Bathroom-crack in ceiling

Hall Bathroom-crack in ceiling
Crack getting progressively worse



Hall



ClaimsFi Public Adjusting                    Click Photo to Enlarge                    #11-28Z3-87S



Hall -crack in wall



Hall -crack in wall

39



Martin Chang inspection 9/20/22

40



Martin Chang inspection 9/20/22

ClaimsFi Public Adjusting Click Photo to Enlarge #11-28Z3-87S



Master bedroom



Master bedroom tree impact

Click Photo to Enlarge                    #11-28Z3-87S



Master bedroom tree impact



Master bedroom - cracks in wall

Click Photo to Enlarge



Master bedroom



Master bedroom-cracks in wall



Master bedroom-cracks in wall



Master bedroom-cracks in wall

Master bedroom-cracks in wall
Progressively getting worse



Broken window



ClaimsFi Public Adjusting Click Photo to Enlarge #11-28Z3-87S



Master bedroom-cracks in wall



Master bedroom-cracks in wall



Master bedroom-cracks in wall



Master bedroom-cracks in wall



Master bedroom - water-damaged mattress



Master bedroom - water-damaged mattress



Master bedroom - water-damaged mattress



Master bath - crack in ceiling



Master bath-crack in ceiling



Basement



Basement



Basement - water stains in carpet



Basement - water stains in carpet



Basement - water stains in carpet



Garage-dehumidifier



Garage

Click Photo to Enlarge



**67** New area of cracking in CMU block - no paint in crack



**68** Old area of cracks around nail - paint in cracks, dull edges around crack

Stefanie Martinez



Attic-broken rafters



Attic-broken rafters



Displaced ridge board



Attic-broken rafters

ClaimsFi Public Adjusting Click Photo to Enlarge #11-28Z3-87S



Damaged sheathing



Damaged sheathing



Broken rafter



Broken rafter



Broken rafter



Displaced / damaged ridge board



Displaced / damaged ridge board/rafter

     Stefanie Martinez

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**22-A-10805-8**

**12/20/2022 6:00 PM**

TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **Stefanie Martinez-Zeron and** )<br>**Maria E. Hernandez,** )<br> )<br> **Plaintiffs,** )<br> )<br> **v.** )<br> )<br>**State Farm Fire and Casualty** )<br>**Company,** )<br> **a foreign corporation,** )<br> )<br> **Defendant.** ) | **CIVIL ACTION FILE NO.:**<br><br>22-A-10805-8 |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served the foregoing upon the Defendant State Farm Fire and Casualty Company by serving them with the ***Summons, Complaint and Exhibits***, and ***Plaintiffs' First Set of Interrogatories and Request for Production of Documents*** in accordance with the Court's rules to Defendant State Farm Fire and Casualty Company at the address listed below:

**Corporation Service Company**
**Registered Agent for Defendant State Farm Fire and Casualty Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

Respectfully submitted, this 20th day of December, 2022.

For: The Huggins Law Firm, LLC,

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
*Attorneys for the Plaintiff*



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire and Casualty Company |
| **Title of Action:** | Stefanie Martinez-Zeron vs. State Farm Fire and Casualty Company |
| **Matter Name/ID:** | Stefanie Martinez-Zeron vs. State Farm Fire and Casualty Company (13383742) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County Superior Court, GA |
| **Case/Reference No:** | 22-A-10805-8 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 12/22/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Huggins Law Firm, LLC<br>770-913-6229 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

SHERIFF'S ENTRY OF SERVICE

Civil Action No. __22-A-10805-8__

| Superior Court ☒ | Magistrate Court ☐ |
|---|---|
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed __12/20/2022__

Georgia, __Gwinnett__ COUNTY

Stefanie Martinez-Zeron and Maria E. Hernandez

Attorney's Address

Huggins Law Firm, LLC

110 Norcross St.

Roswell, GA 30075

Plaintiff

VS.

State Farm Fire and Casualty Company

Name and Address of Party to Served

State Farm Fire and Casualty Company

RA: Corporation Service Company

2 Sun Court, Suite 400 Peachtree Corners, GA 30092

Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _State Farm Fire and Casualty Co._ a corporation
☐ by leaving a copy of the within action and summons with _Melda Smith_
X In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This ____ day of _____, 20____

DEPUTY

**CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY**

E-FILED IN OFFICE - CS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**22-A-10805-8**

**1/19/2023 3:28 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| STEFANIE MARTINEZ-ZERON AND MARIA E. HERNANDEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: 22-A-10805-8 |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S AFFIRMATIVE DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant State Farm Fire and Casualty Company (hereinafter "State Farm" or "Defendant") and files this its Answer to Plaintiffs' Complaint, as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted against Defendant State Farm and should be dismissed pursuant to O.C.G.A. § 9-11-12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

To the extent that Plaintiffs assert a claim for breach of the Policy relating to the their claim, reflecting Claim No. 11-28Z3-87S (the "Claim"), arising from the January 3, 2022 wind loss (the "Loss"), which is the subject of Plaintiffs' Complaint, Plaintiffs' action should be dismissed because State Farm did not breach the Policy and, at all times relevant to this action, acted in accordance with the terms and conditions of the Policy and all applicable Georgia law.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovering additional benefits related to this claim because Plaintiffs failed to mitigate their damages and failed to take steps to mitigate the costs incurred in repairing any damages related to the claim.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for additional benefits are barred and Plaintiffs cannot recover to the extent that damage which is the subject of the lawsuit was not the result of an accidental, direct physical loss.  The Policy provides the following:

**SECTION I - LOSSES INSURED**

*We* will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy. However, loss does not include and *we* will not pay for, any *diminution in value.*

**...**

Thus, no additional coverage is afforded under the Policy for the Loss.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover for additional benefits for damages relating to the dwelling under the subject insurance policy and applicable Georgia law to the extent that the damages claimed are not an insured loss under the terms and conditions of the subject policy, including, but not limited to **SECTION I- LOSSES INSURED COVERAGE A- DWELLING**, which provides:

**SECTION I – LOSSES NOT INSURED**

1. *We* will not pay for any loss to the property described in Coverage A that consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through m. below, regardless of whether the loss occurs abruptly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

   **...**

- 2 -

g.  wear, tear, decay, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

…

k.  settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations (including slabs, basement walls, crawl space walls, and footings), walls, floors, roofs, or ceilings…

However, *we* will pay for any resulting loss from items a. through l. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2.  *We* will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. *We* will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from any natural or external forces, or occurs as a result of any combination of these:

…

b.  **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

,,,

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities; or

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

…

    d. **Neglect**, meaning neglect of the ***insured*** to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered;

    …

3. We will not pay for, under any part of this policy, any loss consisting of one or more of the items below. Further, we will not pay for any loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

    **…**

    b. defect, weakness, inadequacy, fault, or unsoundness in:

        (1) planning, zoning, development, surveying, or siting;

        (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

        (3) materials used in repair, construction, renovation, remodeling, grading, or compaction; or

        (4) maintenance;

    of any property (including land, structures, or improvements of any kind) whether on or off the residence premises; or

    c. weather conditions.

    However, ***we*** will pay for any resulting loss from items 3.a., 3.b., and 3.c. unless the resulting loss is itself a Loss Not Insured as described in this Section.

<u>**SIXTH AFFIRMATIVE DEFENSE**</u>

Plaintiffs are not able to recover any recoverable depreciation or replacement cost benefits for the structural repairs to the Property because they have not complied with the provisions of the Policy regarding how to recover these benefits.  Specifically, the Policy provides:

**SECTION I – LOSSES NOT INSURED**

**COVERAGE A – DWELLING**

1. **A1 – Replacement Cost Loss Settlement – Similar Construction.**

a. **We** will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the **Declarations**, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING**, except for wood fences, subject to the following:

(1) until actual repair or replacement is completed, **we** will pay only the **actual cash value** of the damaged part of the property, up to the applicable limit of liability shown in the **Declarations**, not to exceed the cost to repair or replace the damaged part of the property;

(2) when the repair or replacement is actually completed, **we** will pay the covered additional amount **you** actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the **Declarations**, whichever is less;

(3) to receive any additional payments on a replacement cost basis, **you** must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify **us** within 30 days after the work has been completed…

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover additional benefits for damages relating to the personal property under the subject insurance policy and applicable Georgia law to the extent that the personal property loss is not an insured loss under the terms and conditions of the subject policy, including, but not limited to **SECTION I- LOSSES INSURED COVERAGE B- PERSONAL PROPERTY**.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are not able to recover any recoverable depreciation or replacement cost benefits for their personal property because they have not complied with the provisions of the Policy in order to recover these benefits. Specifically, the Policy provides:

**SECTION I – LOSSES NOT INSURED**

**COVERAGE B – PERSONAL PROPERTY**

- 5 -

1. **B1 – Limited Replacement Cost Loss Settlement.**

    a.   ***We*** will pay the cost to repair or replace property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

        (1)  until repair or replacement is completed, ***we*** will pay only the ***actual cash value*** of the damaged property;

        (2)  after repair or replacement is completed, ***we*** will pay the difference between the ***actual cash value*** and the cost ***you*** have actually and necessarily spent to repair or replace the property; and

        (3)  if property is not repaired or replaced within two years after the date of loss, ***we*** will pay only the ***actual cash value.***

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs are not able to recover any additional benefits for additional living expenses because they have not complied with the provisions of the Policy in order to recover these benefits.

Specifically, the Policy provides:

**SECTION I – PROPERTY COVERAGES**

**COVERAGE C – LOSS OF USE**

The most ***we*** will pay for the sum of all losses combined under **Additional Living Expense**, **Fair Rental Value**, and **Prohibited Use** is the limit of liability shown in the ***Declarations*** for **Coverage C – Loss of Use**.

1. **Additional Living Expense.** When a ***loss insured*** causes the ***residence premises*** to become uninhabitable, ***we*** will pay the reasonable and necessary increase in cost incurred by an ***insured*** to maintain their normal standard of living for up to 24 months. ***Our*** payment is limited to incurred costs for the shortest of:

    a. the time required to repair or replace the premises;

    b. the time required for ***your*** household to settle elsewhere; or
    c. 24 months.

This period of time is not limited by the expiration of this policy. ***We*** will not pay more than the limit of liability shown in the ***Declarations*** for **Coverage C**

**– Loss of Use**. Any normal expenses that are reduced or discontinued due to a *loss insured* will be subtracted from any amount owed.

<u>**TENTH AFFIRMATIVE DEFENSE**</u>

Plaintiffs are unable to recover additional benefits under the Policy because Plaintiffs failed to satisfy their duties under the Policy.  Specifically, the Policy provides:

**SECTION I – CONDITIONS**

2. **Your Duties After Loss.** After a loss to which this insurance may apply, *you* must cooperate with *us* in the investigation of the claim and also see that the following duties are performed:

…

b. protect the property from further damage or loss and also:

(1) make reasonable and necessary temporary repairs required to protect the property; and

(2) keep an accurate record of repair expenses;

c. prepare an inventory of damaged or stolen personal property:

(1) showing in detail the quantity, description, age, replacement cost, and amount of loss; and

(2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;

d. as often as *we* reasonably require:

(1) exhibit the damaged property;

(2) provide *us* with any requested records and documents and allow *us* to make copies;

(3) while not in the presence of any other *insured*:

(a) give statements; and

(b) submit to examinations under oath; and

(4) produce employees, members of the **_insured's_** household, or others for examination under oath to the extent it is within the **_insured's_** power to do so…

e. submit to **_us_**, within 60 days after the loss, **_your_** signed, sworn proof of loss that sets forth, to the best of **_your_** knowledge and belief:

(1) the time and cause of loss;

(2) interest of the **_insured_** and all others in the property involved and all encumbrances on the property;

(3) other insurance that may cover the loss;

(4) changes in title or occupancy of the property during the term of this policy;

(5) specifications of any damaged structure and detailed estimates for repair of the damage;

(6) an inventory of damaged or stolen personal property described in 2.c.;

(7) receipts for additional living expenses incurred and records supporting the fair rental value loss…

## <u>ELEVENTH AFFIRMATIVE DEFENSE</u>

To the extent that Plaintiffs seek to recover for damages which were incurred as part of subsequent loss, including the loss on July 19, 2022, Plaintiffs cannot recover as part of Claim No. 11-28Z3-87S.

## <u>TWELFTH AFFIRMATIVE DEFENSE</u>

Defendant State Farm is not liable to Plaintiffs for any cause of action, including for breach of contract, because Defendant State Farm at no time breached or otherwise violated any of the terms or conditions of the Policy between State Farm and Plaintiffs.  At all times, Defendant State Farm acted in accordance with its rights and obligations as set forth in the Policy.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant State Farm is entitled to a set off against any recovery for those amounts already paid to or on behalf of Plaintiffs arising out of the January 3, 2022 loss to the Property.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs may not recover from State Farm under a theory of breach of contract as State Farm has at all times hereto complied with its contractual duties.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiffs are barred from recovering any additional damages related to this action on the basis of accord and satisfaction and payment.

## SIXTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs seek to assert a bad faith claim against Defendant State Farm pursuant to O.C.G.A. § 33-4-6, Plaintiffs are barred from asserting any such bad faith claim because they failed to satisfy the procedural requirements of O.C.G.A.§ 33-4-6, including, but not limited to, asserting any proper and timely bad faith demand and waiting the statutory period of 60 days prior to filing suit.

## SEVENTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs seek to assert a bad faith claim against Defendant State Farm pursuant to O.C.G.A. § 33-4-6, Plaintiffs may not recover because their claim is legally and factually insufficient.  Defendant State Farm has at all times acted in good faith and with fair dealing with respect to Plaintiffs' claim.

## EIGHTEENTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs seek to assert a bad faith claim, or otherwise seeks extra-contractual from Defendant State Farm pursuant to any other statute or law aside from O.C.G.A.§ 33-4-6,

Plaintiffs may not recover because her claim is legally and factually insufficient.  O.C.G.A.§  33-4-6 is the exclusive remedy for bad faith penalties recoverable by an insured against her insurer based on a failure to pay policy benefits.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of laches, waiver, and estoppel.

### TWENTIETH AFFIRMATIVE DEFENSE

Defendant State Farm is not indebted to Plaintiffs for the sum sought or in any amount whatsoever.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to join a necessary party.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

State Farm expressly reserves the right to assert all affirmative defense(s) and matter(s) in avoidance as may be disclosed during the course of additional investigation and discovery.  Subject to and without waiving any of its other respective rights, jurisdictional or legal defenses, or objections, State Farm responds to the specific averments contained in the individual and enumerated paragraphs of the Complaint as follows:

1.

Upon information and belief, Defendant State Farm admits that Plaintiffs are residents of Gwinnett County, Georgia. Defendant State Farm denies all remaining allegations of Paragraph 1 of Plaintiffs' Complaint.

2.

Defendant State Farm admits the allegations of Paragraph 2 of Plaintiffs' Complaint. By way of further response, Defendant State Farm admits that it is in the business of selling insurance policies but denies its policies provided unfettered and/or unrestricted insurance coverage.  All coverage provided is subject to the terms and provisions of the Policy and applicable Georgia law.

## JURISDICTION AND VENUE

3.

Defendant State Farm does not dispute the jurisdiction of this Court. Defendant State Farm admits that it maintains a registered agent in Gwinnett County, Georgia. Defendant State Farm denies all remaining allegations of Paragraph 3 of Plaintiffs' Complaint.

4.

Defendant State Farm does not dispute that venue is proper in this Court. Defendant State Farm denies all remaining allegations of Paragraph 4 of Plaintiffs' Complaint. Defendant State Farm admits that it maintains a registered agent in Gwinnett County, Georgia.

5.

Defendant State Farm denies the allegations in Paragraph 5 of Plaintiffs' Complaint as stated but does not dispute the jurisdiction of and venue in this Court. Defendant State Farm denies all remaining allegations of Paragraph 5 of Plaintiffs' Complaint.

## THE POLICY

6.

Defendant State Farm admits that it issued Policy Number 11-GG-E301-5 (the "Policy") to named insureds Stefanie Martinez Zeron and Maria Hernandez. Defendant State Farm further admits that Exhibit A contains a copy of the subject insurance policy, subject to the express statements in

Exhibit A. Defendant State Farm responds further that the terms and provisions of the Policy and applicable Georgia law speak for themselves and denies all allegations of Paragraph 6 in direct contradiction thereto. Defendant State Farm denies all remaining allegations of Paragraph 6 of Plaintiffs' Complaint.

7.

Defendant State Farm admits that it issued the Policy, which provided certain coverage for property located at 4747 Matterhorn Dr. SW, Lilburn, GA 30047  (the "Property"), subject to all terms, conditions, and exclusions of the Policy and applicable Georgia law. Defendant State Farm states that the terms and provisions of the Policy and applicable Georgia law speak for themselves and denies all allegations of Paragraph 7 in direct contradiction thereto. Defendant State Farm denies all remaining allegations of Paragraph 7 of Plaintiffs' Complaint, including, but not limited to, any allegations that the Policy provided unrestricted and/or unfettered insurance coverage, as all coverage under the Policy is subject to the terms and conditions of the Policy and applicable Georgia law.

8.

Defendant State Farm admits that the terms and provisions of the Policy and applicable Georgia law speak for themselves and denies all allegations of Paragraph 8 in direct contradiction thereto. Defendant State Farm denies all remaining allegations of Paragraph 8 of Plaintiffs' Complaint, including, but not limited to, any allegations that the Policy provided unrestricted and/or unfettered insurance coverage, as all coverage provided under the Policy is subject to the terms and conditions of the Policy and applicable Georgia law.

9.

Defendant State Farm admits that the terms and provisions of the Policy and applicable Georgia law speak for themselves and denies all allegations of Paragraph 9 in contradiction thereto.

Defendant State Farm denies all remaining allegations of Paragraph 9 of Plaintiffs' Complaint, including, but not limited to, any allegations that the Policy provided unrestricted and/or unfettered insurance coverage, as all coverage provided under the Policy is subject to the terms and conditions of the Policy and applicable Georgia law.

### SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY

10.

Defendant State Farm admits that the coverage term for the Policy included January 3, 2022 and that Plaintiff reported to State Farm the alleged damage from a tree falling on the Property. Defendant State Farm denies all remaining allegations of Paragraph 10 of Plaintiffs' Complaint.

11.

Defendant State Farm admits that Plaintiffs notified Defendant State Farm of the alleged damage to the Property on January 3, 2022. Defendant State Farm further admits that Plaintiff made a claim pursuant to the Policy for the alleged damage to the Property, and a State Farm Claim Representative was assigned to adjust the claim on behalf of State Farm. Defendant State Farm denies all remaining allegations of Paragraph 11 of Plaintiffs' Complaint.

12.

Defendant State Farm admits that Plaintiff permitted Defendant State Farm to inspect the Property and provided certain information and documents requested by Defendant. Defendant State Farm denies all remaining allegations of Paragraph 12 of Plaintiffs' Complaint.

13.

Defendant State Farm admits that Defendant State Farm physically inspected the Property. Defendant State Farm denies all remaining allegations of Paragraph 13 of Plaintiffs' Complaint.

14.

Defendant State Farm admits that it physically inspected the Property. Defendant State Farm denies all remaining allegations of Paragraph 14 of Plaintiffs' Complaint are denied, including, but not limited to, any allegations that Defendant State Farm owed Plaintiff any duties aside from those set forth by the terms and provisions of the insurance contract.

15.

Defendant State Farm admits that it physically inspected the Property and that it prepared estimates for the covered damage to the Property, including, without limitation, an estimate dated May 6, 2022 with a replacement cost value of $ 20,666.02 and a net actual cash value of $15,825.96. Defendant State Farm admits that Exhibit B is a copy of its May 6, 2022 estimate, which speaks for itself. Defendant State Farm denies all remaining allegations of Paragraph 15 of Plaintiffs' Complaint.

16.

Defendant State Farm admits that Defendant State Farm and Plaintiffs and their representative exchanged communications during the claim, but states that these communications speak for themselves and deny any allegations of Paragraph 16 in direct contravention thereto. Except as otherwise admitted, Defendant State Farm denies all remaining allegations of Paragraph 16 of Plaintiffs' Complaint.

17.

Defendant State Farm admits that it prepared a draft estimate dated November 18, 2022, which reflected Plaintiffs' contentions with respect to the alleged damage as a result of the Loss. Defendant State Farm further admits that it did not finalize or pay the November 18, 2022 estimate. By way of further explanation, after preparation of the draft estimate, Defendant State Farm met with

Plaintiffs' representatives to discuss the claim.  Defendant State Farm denies all remaining allegations of Paragraph 17 of Plaintiffs' Complaint.

18.

Defendant State Farm admits that Plaintiff sent correspondence to Defendant State Farm dated October 20, 2022, which speaks for itself. Defendant State Farm denies all remaining allegations of Paragraph 18 of Plaintiffs' Complaint, including but not limited to, any allegations that the October 20, 2022 correspondence constituted a timely or valid demand for payment.

19.

Defendant State Farm denies all allegations of Paragraph 19 of Plaintiffs' Complaint.

20.

Defendant State Farm denies all allegations of Paragraph 20 of Plaintiffs' Complaint.

21.

Defendant State Farm denies all allegations of Paragraph 21 of Plaintiffs' Complaint.

22.

Defendant State Farm admits that there is a dispute between Plaintiff and Defendant State Farm regarding the alleged damage to the Property which purportedly occurred on or about January 3, 2022. Defendant State Farm denies all remaining allegations of Paragraph 22 of Plaintiffs' Complaint.

23.

Defendant State Farm denies all allegations of Paragraph 23 of Plaintiffs' Complaint.

## COUNT I: BREACH OF CONTRACT

### 23.

To the extent a response is required to the allegations of Paragraph 24 of Plaintiffs' Complaint, Defendant State Farm incorporates herein by reference its responses to Plaintiffs' Complaint enumerated Paragraphs 1 through 23.

### 25.

Defendant State Farm admits that Plaintiff permitted certain inspections and provided some information and documentation requested by State Farm during the adjustment of Plaintiffs' claim as required under the terms and conditions of the Policy. Defendant State Farm denies all remaining allegations of Paragraph 24 of Plaintiffs' Complaint.

### 26.

Defendant State Farm admits that the Policy speaks for itself and would afford coverage for certain covered losses subject to the Policy's terms, conditions, and exclusions under applicable Georgia law. Defendant State Farm denies all remaining allegations of Paragraph 26 of Plaintiffs' Complaint.

### 27.

Defendant State Farm denies all allegations of Paragraph 27 of Plaintiffs' Complaint.

### 28.

Defendant State Farm denies all allegations of Paragraph 28 of Plaintiffs' Complaint, including, but not limited to, any allegations that Defendant State Farm failed to conduct a proper claim investigation.

### 29.

Defendant State Farm denies all allegations of Paragraph 29 of Plaintiffs' Complaint.

30.

Defendant State Farm denies all allegations of Paragraph 30 of Plaintiffs' Complaint.

31.

Defendant State Farm denies all allegations of Paragraph 31 of Plaintiffs' Complaint.

32.

Defendant State Farm denies the allegations of Paragraph 32 of Plaintiffs' Complaint.

## COUNT II: BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

33.

To the extent a response is required to the allegations of Paragraph 32 of Plaintiffs' Complaint, Defendant State Farm incorporates herein by reference its responses to Plaintiffs' Complaint enumerated Paragraph 1 through 32.

34.

Defendant State Farm denies all allegations of Paragraph 34 of Plaintiffs' Complaint are denied, including, but not limited to, any allegations that Defendant State Farm failed to conduct a proper claim investigation or that Defendant State Farm owed any duty other than those set forth in the Policy.

35.

Defendant State Farm denies all allegations of Paragraph 35 of Plaintiffs' Complaint, including but not limited to, any allegations that Defendant State Farm failed to conduct a proper claim investigation or that Defendant State Farm owed any duty other than those set forth in the Policy.

- 17 -

36.

Defendant State Farm denies all allegations of Paragraph 36 of Plaintiffs' Complaint, including those allegations set forth in subsections (1) through (8) contained therein, and also including, but not limited to, any allegations that Defendant State Farm owed any duty other than those set forth in the Policy.

37.

Defendant State Farm denies all allegations of Paragraph 37 of Plaintiffs' Complaint.

38.

Defendant State Farm denies all allegations of Paragraph 38 of Plaintiffs' Complaint.

39.

Defendant State Farm denies all allegations of Paragraph 39 of Plaintiffs' Complaint.

40.

Defendant State Farm denies all allegations of Paragraph 40 of Plaintiffs' Complaint.

41.

To the extent a response is required to the allegations of Paragraph 41 of Plaintiffs' Complaint, Defendant State Farm denies the allegations of Paragraph 41 of Plaintiffs' Complaint.

**DEMAND FOR JURY TRIAL**

42.

To the extent a response is required to the allegations of Paragraph 42 of Plaintiffs' Complaint, Defendant State Farm admits the allegations of Paragraph 42 of Plaintiffs' Complaint.

**PRAYER FOR RELIEF**

43.

Defendant State Farm denies all allegations of Plaintiffs' Prayer for Relief, including those allegations set forth in subsections (a) through (i) contained therein.

44.

State Farm denies each and every remaining allegation of Plaintiffs' Complaint not specifically admitted herein, including all of Plaintiffs' requests for relief.

WHEREFORE, having fully answered, Defendant State Farm respectfully requests that this Court:

(a)     Deny Plaintiffs' prayer for damages;

(b)     Dismiss this action with prejudice and cast all costs upon Plaintiffs;

(c)     A jury of twelve (12) on all triable issues;

(d)     Award Defendants any other relief that this Court deems just and equitable.


This 19th day of January, 2023.

SWIFT CURRIE MCGHEE & HIERS, LLP

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland
Georgia Bar No. 358183
Spenser L. West
Georgia Bar No. 295082
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 404-888-6199
rebecca.strickland@swiftcurrie.com
spenser.west@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S AFFIRMATIVE DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT** upon all parties to this matter by e-filing same using the Odyssey E-FileGA System which will automatically send e-mail notification of said filing to the following attorneys of record:

<div align="center">

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
Tel: 770-913-6229
remington@lawhuggins.com
mdturner@lawhuggins.com
*Attorneys for Plaintiff*

</div>

This 19th day of January, 2023.

SWIFT CURRIE MCGHEE & HIERS, LLP

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland
Georgia Bar No. 358183
Spenser L. West
Georgia Bar No. 295082
*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404-874-8800
Fax: 404-888-6199
rebecca.strickland@swiftcurrie.com
spenser.west@swiftcurrie.com

E-FILED IN OFFICE - CS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

22-A-10805-8

1/20/2023 7:22 AM
TIANA P. GARNER, CLERK

TO:           ALL JUDGES, CLERKS OF COURT, AND COUNSEL OF RECORD

FROM:    Rebecca E. Strickland

RE:           NOTICE OF LEAVE OF ABSENCE

DATE:     January 20, 2023

---

COMES NOW **Rebecca E. Strickland** and respectfully notifies all judges before whom she has cases pending, all affected clerks of the court, and all opposing counsel that she will be on leave pursuant to GA Uniform Court Rule 16.

- The periods of leave during which time Applicant will be away from the practice of law are:

  - March 31, 2023 through and including April 7, 2023 – Family Vacation;
  - April 28, 2023 – Family Event;
  - May 24, 2023 – Family Event (Graduation);
  - June 1, 2023 through and including June 13, 2023 – Family Vacation;
  - July 22, 2023 through and including July 23, 2023 – Professional Conference;
  - August 4, 2023 through and including August 14, 2023 – Family Vacation;
  - November 2, 2023 – Professional Conference; and
  - December 22, 2023 through and including December 29, 2023 – Family Vacation.

2. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/  Rebecca E. Strickland*
Rebecca E. Strickland
GA Bar No. 358183

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
Tel:  (404) 874-8800
Fax: (404) 888-6199
Rebecca.strickland@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **_Notice of Leave of Absence_** upon all parties, by **U.S. Mail** or e-filing same using Odyssey eFileGA, PeachCourt File and Serve System, or File & Serve Xpress, depending on the specific filing requirement for each case, as identified in the attached Exhibit A.

This ___20th___ day of January, 2023.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS, LLP

_/s/  Rebecca E. Strickland_____
Rebecca E. Strickland
GA Bar No. 358183

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
Tel:  (404) 874-8800
Fax: (404) 888-6199
Rebecca.strickland@swiftcurrie.com

- 2 -

## EXHIBIT A

|  | CASE/COURT | OPPOSING COUNSEL |
|---|---|---|
| 1. | *Adams, Dale v. Ashley Claxton*<br>State Court of Fulton County<br>CAFN: 16EV005072<br>**VIA ODYSSEY** | Ben C. Brodhead<br>Ashley B. Fournet<br>3350 Riverwood Pkwy, Ste. 2230<br>Atlanta, GA 30339<br>*Attorney for Plaintiff*<br><br>Kristi L. Bankston, Esq.<br>Worsham, Corsi, Scott & Dobur<br>100 Galleria Parkway, Suite I 030<br>Atlanta, GA 30339<br><br>Douglas G. Smith, Jr., Esq.<br>Drew Eckl & Farnham, LLP<br>303 Peachtree Street, NE<br>Suite 3500<br>Atlanta, GA 30308 |
| 2. | *Ali, Joshua v. Adventure Air Sports Kennesaw, LLC, et al*<br>Superior Court of Cobb County<br>CAFN: 20105764<br>**VIA PEACHCOURT** | Jay I. Shreenath, Esq.<br>5193 Austell Road<br>Austell, GA 30106<br>jayshreenath@bellsouth.net<br>*Attorney for Plaintiff* |
| 3. | *Barajas, Crystal, Josefina Garrido, Genaro Barajas v. Christie Hayes, Donna Hayes, and Lal Thar*<br>State Court of DeKalb County<br>CAFN: 21A05849<br>**VIA ODYSSEY** | Eric L. Jensen<br>Jessica Burkhart<br>Jensen Law, LLC<br>6111 Peachtree Dunwoody Road<br>Building G, Suite 201<br>Atlanta, GA 30328<br>jburkhart@eljlegal.com<br>ejensen@eljlegal.com<br>*Attorneys for Plaintiffs* |
| 4. | *Blue Springs Professional Condominium Center Association, Inc. v. Kasola, Inc. and Paulette Smith*<br>Superior Court of Cobb County<br>Civil Action File No.:  21106687<br>**VIA E-FILE PEACHCOURT** | Erin M. O'Connell<br>Dorough & Dorough, LLC<br>160 Clairemont Avenue<br>Suite 650<br>Decatur, GA 30030<br>emo@dorough.com<br>*Attorney for Plaintiff* |

| 5. | *Briggs, Terry v. Southern Trust Insurance Company* Superior Court of Rockdale County Civil Action File No.:  2021-CV-2315 **VIA E-FILE ODYSSEY** | Jeffrey S. Leeper Holly M. Loy Busch, Reed, Jones & Leeper, P.C. 639 Whitlock Avenue Marietta, GA 30064 jleeper@buschreed.com hloy@buschreed.com *Attorney for Plaintiff* |
|---|---|---|
| 6. | *Calderon, Amir v. Jennifer Hicks and HR One Services, Inc.* State Court of Cobb County CAFN: 21-A-2031 **VIA PEACHCOURT** | Jonathan Rosenburg David Byrd Bader Scott Injury Lawyers 3384 Peachtree Road NE, Suite 500 Atlanta, GA 30326 jonathanrosenburg@baderscott.com davidbyrd@baderscott.com *Attorneys for Plaintiff* |
| 7. | *Camelot Club Condominium Association, Inc. v. Georgia Underwriting Association* State Court of Gwinnett County CAFN: 21-C-07631-S1 **VIA ODYSSEY** | David J. Hungeling Adam S. Rubenfield HUNGELING RUBENFIELD LAW 1718 Peachtree Street Atlanta, Georgia 30309 david@hungelinglaw.com adam@hungelinglaw.com *Attorneys for Plaintiff* |
| 8. | *Clements, Jessie A. v. Augusta Mitsubishi and TD Auto Finance* Superior Court of Richmond County CAFN: 2021RCCV00338 **VIA PEACHCOURT** | Allen W. Johnson, Esq. P.O. Box 1162 Augusta, GA  30903 *Attorney for Plaintiff* |
| 9. | *Cravens, Jack v. Ashleigh A. Slaughter, et al.* State Court of Henry County CAFN: STSV2020000447 **VIA PEACHCOURT** | Michael L. Werner Nola D. Jackson Joshua B. Saunders Trevor E. Brice The Werner Law Firm 2860 Piedmont Road Atlanta, GA 30305 mike@wernerlaw.com nola@wernerlaw.com Joshua@wernerlaw.com trevor@wernerlaw.com *Attorneys for Plaintiff* |

| | | |
|---|---|---|
| 10. | *Daniels, John v. Garrett Grimsley*<br>State Court of Chatham County<br>Civil Action File No.: STCV22-01711<br>**VIA ODYSSEY (INDIVIDUAL FILING)** | John B. Manly<br>James E. Shipley, Jr.<br>Manly Shipley, LLP<br>P.O. Box 10840<br>Savannah, GA 31412<br>john@manlyshipley.com<br>jim@manlyshipley.com |
| 11. | *Davis, Walter v. State Farm Fire & Casualty Company*<br>State Court of Gwinnett County<br>CAFN: 22-C-02829-S6<br>**VIA ODYSSEY** | Michael B. Weinstein<br>Weinstein & Black, LLC<br>3050 Amwiler Road<br>Suite 200-C<br>Atlanta, GA 30360<br>Mike.weinstein@mbwlaw.net<br>*Attorney for Plaintiff* |
| 12. | *Demmery, Clarence v. Evan Foreman and Andrew B. Frost*<br>State Court of Forsyth County<br>CAFN: 22SC-1436-A<br>**VIA ODYSSEY** | Brian W. Craig<br>Wood Craig Miller, LLC<br>3520 Piedmont Road, N.E.<br>Suite 280<br>Atlanta, GA 30305<br>brian@woodcraig.com<br>*Attorney for Plaintiff*<br><br>Eric Jorgensen<br>Groth Makarenko Kaiser & Eidex LLC<br>1960 Satellite Blvd<br>Suite 2000<br>Duluth, GA 30097-4124, United States<br>ej@gmke.law<br>*Attorney for Defendant Evan Foreman* |
| 13. | *Diggs, Sheryl Denise v. Vinncheaso Julio Jengelly, et al.*<br>Superior Court of Newton County<br>CAFN: 2017-CV-553<br>**VIA PEACHCOURT** | **VIA U.S. MAIL TO:**<br>Sheryl Denise Diggs<br>P.O. Box 81422<br>Conyers, GA 30013<br>*Pro se Plaintiff* |
| 14. | *Dotson, Tracy, Kaliyah Jackson and Shaft Robinson v. Marshall R. Crosby and Trucraft, Inc.*<br>State Court of Clayton County<br>CAFN: 2018CV02042<br>**VIA E-FILE ODYSSEY** | William D. Holman<br>M. Blake Fluevog<br>Kenneth S. Nugent, P.C.<br>4227 Pleasant Hill Road<br>Building 11, Suite 300<br>Duluth, GA 30096<br>*Attorneys for Plaintiff* |

| 15. | *Durojaiye, Abidemi Desola v. State Farm Fire and Casualty Company, ABC Company 1, ABC Company 2*<br>State Court of Gwinnett County<br>CAFN: 22-C-06385-S6<br>**VIA ODYSSEY** | <u>**VIA U.S. MAIL ONLY:**</u><br><br>Nasim Alizadeh, Esq.<br>Samuel L. Johnson and Associates<br>12600 Deerfield Parkway<br>Suite 425<br>Alpharetta, Georgia 30004<br>*Attorney for Plaintiff* |
|---|---|---|
| 16. | *Evans, Jessica v. Roswell Road Partners, LLC d/b/a The Whitney at Sandy Springs, ZRS Management, LLC, Venterra Realty Management Company, Inc., Sarah Davis, Maried Aleman, Noe Cuellar, ABC Corporation Nos. I-V, John Doe Nos. I-V and Jane Doe Nos. I-V*<br>State Court of Fulton County<br>CAFN: 22EV004220<br>**VIA ODYSSEY** | Jeffrey B. Grimm<br>6075 Barfield Road<br>Suite 203<br>Atlanta, GA 30328<br>jeff@jeffgrimmlaw.com<br>*Attorney for Plaintiff* |
| 17. | *Feldman, Andrew and Christopher Murphy v. Jeb Blount and Sales Gravy, Inc.*<br>Superior Court of Cobb County<br>CAFN: 18105167<br>**VIA PEACHCOURT** | Daniel Wirth<br>Joseph B. Alonso<br>Gregory, Doyle, Calhoun & Rogers, LLC<br>49 Atlanta Street<br>Marietta, GA 30060<br>*Attorney for Plaintiff*<br><br>Hillary K. Lukacs<br>Morris, Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, GA 30326-1044 |
| 18. | *Ferguson, Kevin and Tracy Ferguson v. State Farm Insurance*<br>State Court of Gwinnett County<br>Civil Action File No. 22-C-04694-S6<br>**VIA E-FILE ODYSSEY** | Nicholas P. Garcia<br>Garcia Law Firm, P.C.<br>110 C. Millbrook Village<br>Tyrone, GA 30290<br>*Attorney for Plaintiffs* |

| | | |
|---|---|---|
| 19. | *Graham, Frederick v. Indian Lake Apartments of Atlanta, LTD and Elon Property Management, LLC*<br>State Court of Clayton County<br>CAFN: 2021CV00332<br>**VIA E-FILE ODYSSEY** | Charles H. Mann<br>Ben F. Windham<br>Ben F. Windham, P.C.<br>3838 Highway 42<br>Locust Grove, GA 30248<br>ben@windhamlaw.com<br>chas@windhamlaw.com<br>*Attorneys for Plaintiff* |
| 20. | *Graves, Ashley v. Junaid Virani, SS Columbia Investments, LLC, et al.*<br>State Court of Gwinnett County<br>CAFN: 19-C-09170-S3<br>**VIA E-FILE ODYSSEY** | Forrest B. Johnson, Esq.<br>FORREST B. JOHNSON & ASSOCIATES<br>1745 MLK Jr. Drive<br>Atlanta, GA 30314<br>ForrestJohnson@fbjlaw.com<br><br>Stanford N. Klinger, Esq.<br>1031 Juniper Street, NE<br>Atlanta, GA 30309<br>Stanklinger@fbjlaw.com<br>*Attorneys for Plaintiff*<br><br>James F. Taylor, III<br>Fain, Major & Brennan, P.C.<br>4500 Hugh Howell Rd., Suite 640<br>Tucker, GA 30084<br>jtaylor@fainmajor.com<br>*Attorney for Defendant Royal Business Group, LLC* |
| 21. | *Hood, Kenneth v. Shorty's Enterprises Inc. d/b/a One top Walkers, et al.*<br>State Court of Fulton County<br>CAFN:  21EV005108<br>**VIA FILE & SERVE XPRESS** | Amit Patel<br>John Foy & Associates, PC<br>3343 Peachtree Road, N.E.<br>Suite 350<br>Atlanta, GA 30326<br>apatel@johnfoy.com<br>*Attorney for Plaintiff* |
| 22. | *Hudak, Linda v. All-Pro Pest Services, Inc. and Ethan Fabrycky*<br>State Court of Cobb County<br>Civil Action File No.: 21-A-2287<br>**VIA PEACHCOURT** | M. Chase Swanson<br>Andrew W. Jones<br>Jones & Swanson, LLC<br>635 Whitlock Avenue, S.W.<br>Marietta, GA 30064<br>chase@awjlaw.com<br>andrew@awjlaw.com<br>*Attorneys for Plaintiff* |

| 23. | *Ivory, Debra v. Pointe at Lenox Park 271, LLC and John Doe Nos. 1-2*<br>State Court of Gwinnett County<br>CAFN: 19-C-03104-S6<br>**VIA ODYSSEY** | William P. Evans<br>Kyle Evans Smith<br>Evans Warncke Robinson LLC<br>191 Peachtree Street NE<br>Suite 3980<br>Atlanta, GA 30303<br>*Attorneys for Plaintiff* |
|---|---|---|
| 24. | *Jackson, Roderick v. Samantha Burnett*<br>State Court of DeKalb County<br>Civil Action File No.: 22A00908<br>**VIA ODYSSEY** | Shawn T. Richardson<br>Ashley Bacon-Brown<br>Kaila & Solomon Law Group, LLC<br>d/b/a Guardian Law Group<br>200 Sandy Springs Pl., NE<br>Suite 300<br>Atlanta, GA 30328<br>shawn@myguardianlaw.com<br>ashley@myguardianlaw.com<br>*Attorneys for Plaintiff* |
| 25. | *Johnson, Herman v. Fun Spot America of Atlanta, LLC*<br>Superior Court of Fayette County<br>CAFN: 2021V-0112<br>**VIA PEACHCOURT** | Je'Nita N. Lane<br>J. Lane Law Group, P.C.<br>P.O. Box 550244<br>Atlanta, GA 30355<br>*Attorney for Plaintiff* |
| 26. | *Jones, Mary v. Premier Healthcare Professionals, Inc.*<br>State Court of Fulton County<br>CAFN: 22EV001551<br>**VIA ODYSSEY** | Wayne Grant<br>Kimberly W. Grant<br>Grant Law Office<br>Monarch Tower, Suite 2200<br>3424 Peachtree Road, NE<br>Atlanta, GA 30326<br>wgrant@waynegrant.com<br>kgrant@waynegrant.com<br><br>Willard T. Bullock<br>Bullock Law Firm, P.C.<br>Monach Tower, Suite 2200<br>3424 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>wbullock@bullocklawfirmpc.com |

| 27. | *King, Ananzah, as Mother and Next Friend of Moises Jasso, a minor; and, Ananzah King, Individually v. Bodyplex, Inc., ABC CORPS 1-3 and JOHN DOES 1-3* <br> Superior Court of Bartow County <br> CAFN: SUCV2022000266 <br> **VIA PEACHCOURT** | Nigel Phiri <br> Law Office of Nigel Phiri, Esq. <br> 3379 Peachtree Street, N.E. <br> Suite 555 <br> Atlanta, GA 30326 <br> *Attorney for Plaintiff* |
| --- | --- | --- |
| 28. | *King, Jessica v. Dennis Worrell; and Pace Cars, Inc.; and Richard Pace* <br> Superior Court of Newton County <br> CAFN:  SUCV2021002082 <br> **VIA PEACHCOURT** | Scott Harrison <br> Monge & Associates <br> 8205 Dunwoody Place <br> Atlanta, GA 30350 <br> scotth@monge.lawyer <br> *Attorney for Plaintiff* |
| 29. | *Knaack, Jennifer v. Henley Park Homeowners Association, Inc.* <br> Superior Court of DeKalb County <br> CAFN: 18CV11599 <br> **VIA E-FILE ODYSSEY** | Nicolas Bohorquez, Esq. <br> Williams Teusink, LLC <br> The High House <br> 309 Sycamore Street <br> Decatur, GA 30030 <br> *Attorney for Plaintiff* |
| 30. | *Kunkel, Andrew and Amber v. James R. Hillman, Jr.* <br> Superior Court of Gwinnett County <br> CAFN:  21-A-07942-2 <br> **VIA E-FILE ODYSSEY** | Alfred A. Malena, Jr. <br> The Malena Law Firm, LLC <br> 3451 Lawrenceville-Suwanee Road <br> Suite C <br> Suwanee, GA 30024 <br> Al.Malena@MalenaLaw.com <br> *Attorney for Plaintiffs* |
| 31. | *Lanza, Yessenia v. Margaret Beck* <br> Superior Court of Gwinnett County <br> CAFN: 22-A-03368-9 <br> **VIA ODYSSEY** | Jessica L. Eisenhower <br> The Barionnette & Eisenhower <br> Law Firm, LLC <br> P.O. Box 88550 <br> Dunwoody, GA 30356 <br> Jessica@BE-Lawfirm.com <br> *Attorney for Plaintiff* |
| 32. | *Lewis, Andrew & Irene Lewis v. State Farm Fire & Casualty Company* <br> State Court of Gwinnett County <br> CAFN: 22-C-02724-S4 <br> **VIA ODYSSEY** | Michael B. Weinstein <br> Weinstein & Black, LLC <br> 3050 Amwiler Road <br> Suite 200-C <br> Atlanta, GA 30360 <br> Mike.weinstein@mbwlaw.net <br> *Attorney for Plaintiff* |

| 33. | *Lewis, Jimmy v. Willow Chase Cove, LLC, et al.*<br>State Court of Henry County<br>CAFN: STSV2022000273<br>**VIA PEACHCOURT** | Johnisha C. Sterling<br>Summit S. Tucker<br>W. Calvin Smith II, P.C.<br>3560 Lenox Road N.E.<br>Suite 3020<br>Atlanta, GA 30326<br>Jsterling@calvinsmithlaw.com<br>stucker@calvinsmithlaw.com<br>*Attorney for Plaintiffs* |
| --- | --- | --- |
| 34. | *Lopez, Jose v. Ferid Cufurovic*<br>State Court of Gwinnett County<br>CAFN: 22-C-02867-S4<br>**VIA ODYSSEY** | J. Harmon Groves<br>John G. Winkenwerder, Jr.<br>H. Groves Law, LLC<br>3005 Peachtree Road NE<br>Suite 1202<br>Atlanta, GA 30305<br>harmon@hgroveslaw.com<br>john@hgroveslaw.com<br>*Attorney for Plaintiffs* |
| 35. | *Macon, Katori, et al. v. Ram Partners, LLC, et al.*<br>State Court of Fulton County<br>CAFN: 22EV005627<br>**VIA ODYSSEY** | James Z. Foster<br>Foster Law LLC<br>1201 West Peachtree Street, N.W.<br>Suite 2300<br>Atlanta, GA 30309<br>*Attorney for Plaintiff*<br><br>Ramin Kermani-Nejad<br>Kermani LLP<br>1718 Peachtree Street, N.W.<br>Suite 489<br>Atlanta, GA 30309<br>*Attorney for Plaintiff* |
| 36. | *Martinez-Zeron, Stefanie and Maria E. Hernandez v. State Farm Fire and Casualty Company, a foreign corporation*<br>Superior Court of Gwinnett County<br>Civil Action File No.: 22-A-10805-8<br>**VIA ODYSSEY** | J. Remington Huggins, Esq.<br>Michael D. Turner, Esq.<br>The Huggins Law Firm, LLC<br>110 Norcross Street<br>Roswell, GA 30075<br>remington@lawhuggins.com<br>mdturner@lawhuggins.com<br>*Attorneys for Plaintiff* |

| 37. | *Megazzini, Peter John, Sr. v. Diamond Lure Campground & RV Resort, LLC and David Ritchie* <br> Superior Court of Gilmer County <br> CAFN: SUCV2022000242 <br> **VIA PEACHCOURT** | Joshua Thermon Teague <br> Sarah N. Sevcech <br> Teague Law <br> P.O. Box 296 <br> East Ellijay, GA 30539 <br> josh@jttlaw.com <br> sarah@jttlaw.com <br> *Attorneys for Plaintiff* |
|---|---|---|
| 38. | *Milliner, Sandra v. Daneen Lee Campbell* <br> State Court of Gwinnett County <br> CAFN: 22-C-04514-S3 <br> **VIA ODYSSEY** | Frank A. Ilardi <br> Ilardi Law, LLC <br> 1201 Peachtree Street, N.E. <br> Suite 2000 <br> Atlanta, Georgia 30361 <br> frank@ilawgeorgia.com <br> *Attorney for Plaintiff* |
| 39. | *Morrison, Raemon v. Alfee Parker, et al.* <br> Superior Court of Muscogee County <br> CAFN: SU-20-CV-1016 <br> **VIA PEACHCOURT** | Niquita A. Sanders <br> ARRIE LAW GROUP, LLC <br> Mecca Building <br> 2024 Beaver Ruin Rd. <br> Norcross, GA 30071 <br> niquitas@arrielawgroup.com <br> *Attorney for Plaintiff* <br><br> **And via U.S. Mail:** <br><br> Alfee Parker - Defendant <br> 4208 Ridgefield Dr. <br> Columbus, GA 31907 |
| 40. | *Motes, Robin, et al. v. Children's Delight Day Care and Learning Center, Inc., et al.* <br> Superior Court of Jones County <br> CAFN: 2021-CV-00451 <br> **VIA PEACHCOURT** | Daniel Henderson <br> P.O. Box 65 <br> 295 Sage Street <br> Temple, GA 30179 <br> templegalawyer@gmail.com <br> *Attorney for Plaintiff* |
| 41. | *Nangle, Thomas and Margaret Nangle v. Columbus Airport Commission, Sauer Construction, LLC and W.T. Miller, LLC* <br> State Court of Muscogee County <br> CAFN: SC2022CV000892 <br> **VIA PEACHCOURT** | David C. Rayfield <br> Waldrep, Mullin & Callahan, LLC <br> P.O. Box 351 <br> Columbus, GA 31902-0351 <br> davidrayfield@waldrepmullin.com <br> *Attorney for Plaintiff* |

| 42. | *Oates-Brown, Rochelle v. Brittany Brown and Endo Pharmaceuticals Inc.*<br>State Court of DeKalb County<br>Civil Action File No.: 22A00764<br>**VIA ODYSSEY** | Ashley Cameron-Bivins<br>Dozier Law Firm LLC<br>487 Cherry Street<br>Macon, GA 31202<br>ashley@dozierlaw.com<br>*Attorney for Plaintiff* |
| --- | --- | --- |
| 43. | *Parrish, Shanda v. Margaret Waldrep*<br>State Court of Cobb County<br>CAFN: 20-A-733<br>**VIA PEACHCOURT** | Eric L. Jensen<br>Ellis Liu<br>Jensen Law, LLC<br>6111 Peachtree Dunwoody Road<br>Building G – Suite 201<br>Atlanta, GA 30328<br>*Attorneys for Plaintiff* |
| 44. | *Peal, Vera S., as Surviving Spouse of Richard E. Pope, Deceased v. Ethan W. Hawk and Bhugesh Investments, LLC*<br>Superior Court of Morgan County<br>CAFN: 2022-SU-CA-059<br>**VIA PEACHCOURT** | Fatima Alexis Zeidan<br>David S. Eichholz<br>The Eichholz Law Firm, P.C.<br>319 Eisenhower Drive<br>Savannah, GA 31406<br>fzeidan@thejusticelawyer.com<br>*Attorneys for Plaintiff* |
| 45. | *Perrett, Chad and Noree Perret v. Black Oak Homes, LLC and Nathan Dockery*<br>State Court of Fayette County<br>CAFN: 2019SV-0050<br>**VIA PEACHCOURT** | G. Keith Lewis<br>Slepian, Schwartz, & Landgaard<br>42 Easbrook Bend<br>Peachtree City, GA 30268<br>*Attorneys for Plaintiff* |
| 46. | *Prince, Blakeley v. Nelson Javier Gallardo Mendie*<br>State Court of DeKalb County<br>Civil Action File No.: 22A02153<br>**VIA ODYSSEY** | Michael Weaver<br>Michael George<br>Katherine Hall<br>Weaver Law Firm<br>P.O. Box 414<br>Gainesville, Georgia 30503<br>michael@weaverlawfirmga.com<br>mgeorge@weaverlawfirmga.com<br>katherine@weaverlawfirmga.com<br>*Attorneys for Plaintiff* |
| 47. | *Redding, Stefanie v. Solidscapes, LLC, Jacob Trites, James Biddy*<br>State Court of Cobb County<br>Civil Action File No.: 21-A-1387<br>**VIA PEACHCOURT** | Richard C. Bentley<br>The Roth Firm, LLC<br>1600 Parkwood Circle S.E.<br>Atlanta, GA 30339<br>richard@rothlawyer.com<br>*Attorney for Plaintiff* |

| 48. | *Reese, Monique v. Autumn Phillips and Brittani Roberts*<br>State Court of Coweta County<br>CAFN: 20SV0165E<br>**VIA E-FILE ODYSSEY** | C. Kimberly Liverpool-Settle<br>Noah J. Moore<br>Cambre & Associates, LLC<br>2310 Parklake Drive, N.E.<br>Suite 300<br>Atlanta, GA 30345<br>*Attorneys for Plaintiff* |
|---|---|---|
| 49. | *Ridgdell, Alex and Ashley v. Kemp* Electrical Contractors, Inc.<br>State Court of Carroll County<br>CAFN: STCV2021000926<br>**VIA PEACHCOURT** | Michael J. Warshauer<br>Warshauer Law Group, P.C.<br>2740 Bert Adams Road<br>Atlanta, GA 30339<br>mwj@warlawgroup.com<br>*Attorney for Plaintiff*<br><br>Che A. Karega, II<br>Karega & Associates, LLC<br>166 Anderson Street<br>Suite 100<br>Marietta, GA 30060<br>ckarega@karegalawfirm.com<br>*Attorney for Plaintiff* |

| 50. | *Roscoe, Daphne Elaine, et al. v. I Feel Good, LLC, et al.* State Court of Richmond County CAFN: 2020RCS01680 **VIA PEACHCOURT** | T. Peyton Bell Bell Injury Law, LLC 1800 Peachtree Street, N.W. Suite 370 Atlanta, GA 30309 peyton@bellinjurylaw.com *Attorneys for Plaintiff* Hall F. McKinley, Esq. William Martin, Esq. Shayla Bivins Wright, Esq. Drew Eckl & Farnham, LLP 303 Peachtree Street, N.E. Suite 3500 Atlanta, GA 30308 hmckinley@deflaw.com martinw@deflaw.com Bivinss@deflaw.com *Attorneys for Defendant Sherman and Hemstreet, Inc.* Charles C. Mayers Mayers Law Firm, LLC 515 Fifth Street Augusta, Georgia 30901 cmayers@charlesmayerslaw.com *Attorney for Defendant I Feel Good, LLC* |
| --- | --- | --- |
| 51. | *Sanders, Douglas v. Matthew Breeden and Pool Tech, LLC* State Court of Fulton County CAFN: 21EV003319 **VIA ODYSSEY** | Robert D. Johnson John E. Alday Johnson & Alday, LLC 219 Roswell Street, N.E. Marietta, GA 30060-2548 Bobby@johnsonalday.com john@johnsonalday.com |
| 52. | *Scott, Freddie L. v. David K. Christie, et al.* Superior Court of Troup County CAFN: 21-CV-0471 **VIA PEACHCOURT** | Andrew Holliday Andrew W. Holliday, P.C. 11175 Cicero Drive Suite 100 Alpharetta, GA 30022 *Attorney for Plaintiff* |

| 53. | *Smith, Jane v. Premier Healthcare Professionals, Inc.*<br>State Court of Fulton County<br>CAFN: 22EV001542<br>**VIA ODYSSEY** | Wayne Grant<br>Kimberly W. Grant<br>Grant Law Office<br>Monarch Tower, Suite 2200<br>3424 Peachtree Road, NE<br>Atlanta, GA 30326<br>wgrant@waynegrant.com<br>kgrant@waynegrant.com<br><br>Willard T. Bullock<br>Bullock Law Firm, P.C.<br>Monach Tower, Suite 2200<br>3424 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>wbullock@bullocklawfirmpc.com |
|---|---|---|
| 54. | *Stanley, James C. v. Toccoa Properties Homeowners Association, Inc.*<br>Superior Court of Fannin County<br>CAFN: SUV2021000100<br>**VIA PEACHCOURT** | Daniel J. Davenport<br>Akins & Davenport, P.C.<br>P.O. Box 923<br>Blairsville, GA 30514<br>*Attorney for Plaintiff* |
| 55. | *Street, Jessica v. Luna Bienvenida*<br>State Court of Clayton County<br>CAFN: 2022CV00988<br>**VIA E-FILE ODYSSEY** | Jon R. Hawk<br>Morgan & Morgan Atlanta, PLLC<br>2960 Riverside Drive<br>Suite 210<br>Macon, GA 31204<br>jhawk@forthepeople.com<br>*Attorney for Plaintiff* |
| 56. | *Swans, Dysell v. The Creekwood Station Townhomeowners Association, Inc., Envision Property Management Services, LLC, Koren Ohad and Sharon Ohad*<br>State Court of Henry County<br>CAFN: STSV2022000991<br>**VIA PEACHCOURT** | Keith R. Foster<br>The Foster Firm, LLC<br>One Crown Center<br>1895 Phoenix Boulevard<br>Suite 110<br>Atlanta, GA 30349<br>kfoster@tfflaw.net<br>*Attorney for Plaintiff* |

| 57. | *Tidewater Fleet Supply, LLC v. Jason L. McCard, Edwin Dale Adams, Russell K. Perry, Joseph R. Veitch, and Parts South of GA, Inc.* State Court Of Fulton County CAFN: 20EV002797 **VIA ODYSSEY** | Warren R. Hall, Jr., Esq. Wayne M. Cartwright, Esq. Hall, Gilligan, Roberts & Shanlever, LLP 3340 Peachtree Road Suite 1600 Atlanta, GA 30326 whall@hgrslaw.com wcartwright@hgrslaw.com *Attorneys for Plaintiff* S. Preston Ricardo, Esq. Golenbock, Eisman, Assor, Bell & Pesoke, LLP 711 Third Avenue New York, New York 10017 pricardo@golenbock.com *Pro Hac Vice Application Pending Attorney for Plaintiff* |
| 58. | *Valentine, Sonia v. Martha Yansom* State Court of Bibb County CAFN: 21-SCCV-092502 **VIA PEACHCOURT** | Reza Sedghi 2870 Vineville Avenue Macon, GA 31204 *Attorney for Plaintiff* |
| 59. | *Volmary, William J. v. Dujuan Lattrell Boylston* State Court of Fulton County CAFN: 22EV004446 **VIA ODYSSEY** | Jack A. Butler Morgan & Morgan Atlanta, PLLC P.O. Box 57007 Atlanta, GA 30343-1007 *Attorney for Plaintiff* |
| 60. | *Wagner, Sylvia v. Vesta Hospitality, LLC; Akshartirth Hotels, L.L.C. and XYZ Entity* State Court of Chatham County CAFN: STCV21-02154 **VIA ODYSSEY (INDIVIDUAL FILING)** | Kathryn E. Sherry The Eichholz Law Firm, P.C. David S. Eichholz 319 Eisenhower Drive Savannah, GA 31406 *Attorneys for Plaintiff* |
| 61. | *Watson, Tanikka v. The Estate of Grace Williams, et al.* State Court of Spalding County CAFN: 22SV-347 **VIA ODYSSEY** | Michael J. Ivan, Esq. Ivan Law Firm, P.C. P.O. Box 682765 Marietta, GA 30068 *Attorneys for Plaintiffs* |

| 62. | *Wilson, Aimee W. v. State Farm Fire and Casualty Company and American Property Restoration, Inc.* <br> Superior Court of Muscogee County <br> CAFN: SU2022CV000733 <br> **VIA PEACHCOURT** | Harold L. Johnson, Esq. <br> Wakhisi-Douglas, LLC <br> 2002 Summit Boulevard <br> Suite 300 <br> Atlanta, Georgia  30319 <br> hljohnson@wd-law.net <br> *Attorney for Plaintiff* |
|---|---|---|
| 63. | *Worden, Caitlin v. Gabrielle Burke* <br> State Court of Fulton County <br> Civil Action File No.: 21EV003771 <br> **VIA ODYSSEY** | Shelly Crochet <br> Morgan & Morgan Atlanta, PLLC <br> P.O. Box 57007 <br> Atlanta, GA 30343 <br> scrochet@forthepeople.com <br> *Attorney for Plaintiff* |
| 64. | *Wright, Ciera v. Lesia Briley* <br> Superior Court of Lumpkin County <br> CAFN: SUCV2019000054RG <br> **VIA PEACHCOURT** | M. Brian Clements <br> Jan P. Cohen <br> Kenneth S. Nugent, PC <br> One Bull Street, Ste. 400 <br> Savannah, GA 31401 <br> *Attorney for Plaintiff* |
| 65. | *Zuniga, Nubia as parent and guardian of minor child, Brian Zuniga* <br> State Court of Gwinnett County <br> CAFN: 22-C-02819-S2 <br> **VIA ODYSSEY** | Austin M. Hiffa <br> Morgan & Morgan Atlanta, PLLC <br> 178 S. Main Street <br> Unit 300 <br> Alpharetta, GA 30009 <br> ahiffa@forthepeople.com |

\*\*\* Chatham County must be submitted individually
\*\*\* Cherokee County must be submitted individually

4813-3758-8713, v. 1