IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEFANIE MARTINEZ-ZERON AND MARIA E. HERNANDEZ, | )( )( )( | |
| Plaintiffs, | )( )( | |
| v. | )( )( | CIVIL ACTION FILE NO. _____ |
| STATE FARM FIRE & CASUALTY COMPANY, | )( )( )( | On Removal From Superior Court Gwinnett County |
| Defendant. | )( | Civil Action File No. 22-A-10805-8 |

## CERTIFICATE

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the **Notice of Removal**, including **Notice of Filing Removal**, in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 20th day of January, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland
Georgia Bar No. 358183
Spenser L. West
Georgia Bar No. 295082
*Attorneys for Defendant*

1

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404-874-8800
Fax: 404-888-6199
Rebecca.strickland@swiftcurrie.com
Spenser.west@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed and served the foregoing *Certificate* with the Clerk of Court via the CM/ECF e-filing system which will automatically send e-mail notification and service of such filing to counsel of record as follows:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
Tel:  770-913-6229
remington@lawhuggins.com
mdturner@lawhuggins.com
*Attorney for Plaintiff*

This 20th day of January, 2023.

SWIFT CURRIE MCGHEE & HIERS, LLP

*/s/ Rebecca E. Strickland*
Rebecca E. Strickland
Georgia Bar No. 358183
Spenser L. West
Georgia Bar No. 295082
*Attorneys for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404-874-8800
Fax: 404-888-6199
Rebecca.strickland@swiftcurrie.com
Spenser.west@swiftcurrie.com