IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| KEVIN A. TESTON AND BERKELEY TESTON,<br><br>      Plaintiffs,<br><br>v.<br><br>CRESTBROOK INSURANCE COMPANY, a foreign corporation,<br><br>      Defendant. | CIVIL ACTION FILE<br>NO. 22-A-10800-5 |

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW Defendant Crestbrook Insurance Company ("Crestbrook"), by and through the undersigned counsel, and hereby notifies all parties and the Court pursuant to 28 U.S.C. § 1446(d) of the removal of this action to the United States District Court for the Northern District of Georgia (Atlanta Division). A true and correct copy of Defendant's Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted, this 20th day of January 2023.

                                        FREEMAN MATHIS & GARY, LLP

                                        */s/ Jessica C. Samford*
                                        Jessica C. Samford
                                        Georgia Bar No. 231518
                                        jsamford@fmglaw.com
                                        *Attorney for Defendant*

100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **Notice of Filing Notice of Removal** with the clerk of court using the Odyssey eFileGA system, which will automatically serve an electronic notification and copy of such filing to counsel of record:

J. Remington Huggins
remington@lawhuggins.com
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075

This 20th day of January 2023.

*/s/ Jessica C. Samford*
Jessica C. Samford
Georgia Bar No. 231518
jsamford@fmglaw.com

*Attorney for Defendant Crestbrook Insurance Company*