Fulton County Superior Court
***EFILED***JH
Date: 1/3/2023 9:55 AM
Cathelene Robinson, Clerk

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. _2022CV373905_

Date Filed _12-15-2022_

| Superior Court | ✓ | Magistrate Court | ☐ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, _____Fulton_____ COUNTY

Attorney's Address

_Dexter Thompson_
_2766 Deerwood Dr. SW_
_Atlanta, GA 30315_

_Dexter Thompson_

_____ Plaintiff

Name and Address of Party to be Served.

_Georgia state Finance Investment Commission_
_276 Washington St._
_Atlanta GA 30334_

VS.

_Georgia State Finance Investment Commission_

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

☐ Delivered same into hands of_____ described as follows: age, about _____ years; weight _____ pounds; height, about_____ feet and_____ inches, domiciled at the residence of defendant.

☒ Served the defendant_ Tanisha Thomas / Senior Attorney _ a corporation by leaving a copy of the within action and summons with _Georgia State Finance Investment_ in charge of the office and place of doing business of said Corporation in the County.

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This_ 21st _day of_ Dec _, 20_22_.

_B. Wilkins 3594_
_____ DEPUTY

DEC 16 PM 1:30