IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DEXTER THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 2022CV373905 |
| ) | |
| ) | |
| GEORGIA STATE FINANCE ) | |
| INVESTMENT COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## SUPERIOR COURT NOTICE OF REMOVAL

**TO: The Clerk of the Superior Court of Fulton County, State of Georgia; and Dexter Thompson, Plaintiff.**

Please take notice that on January 20, 2023, Georgia State Finance Investment Commission, Defendant in the above-styled action, by and through counsel, the Attorney General of the State of Georgia, filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a Notice of Removal of this action subject to and without waiving any defenses available to Defendant under state and federal law. Defendant consents to the removal of this action. A copy of the Notice of Removal filed in the United States District Court for the Northern District of Georgia, Atlanta Division is attached hereto as Exhibit

"1."  Defendant hereby gives notice of such removal in accordance with the provisions of federal law. By virtue of said law, this case is now removed to United States District Court for the Northern District of Georgia, Atlanta Division and further proceedings in the Superior Court of Fulton County are stayed.

Respectfully submitted, this 20th day of January, 2023.

|  |  |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| KATHERINE POWERS STOFF<br>Senior Assistant Attorney General | 536807 |
| */s/Courtney C. Poole*<br>COURTNEY C. POOLE<br>Assistant Attorney General<br>Attorney for Defendant | 560587 |

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Tel: (404) 458-3353
Fax: (404) 657-9932
cpoole@law.ga.gov

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on January 20, 2023 she has served the within and foregoing **SUPERIOR COURT NOTICE OF REMOVAL**, on the same day as e-filing the same with Fulton County Superior Court via PeachCourt, by emailing a copy via PeachCourt and by sending a copy via Federal Express or U.S. Mail, properly packaged with sufficient postage thereon, and properly addressed to the following attorneys of record:

>Dexter Thompson, Pro Se
>2766 Dearwood Dr. SW
>Atlanta, GA 30315
>THOMPSOND2011@hotmail.com

This 20th day of January, 2023.

>*/s/Courtney C. Poole*
>COURTNEY C. POOLE   560587
>Assistant Attorney General
>Georgia Department of Law
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334-1300
>Tel: (404) 458-3353
>cpoole@law.ga.gov