# EXHIBIT A

**ID# F-NKCCLW3R-AQB**
**EFILED IN OFFICE**
**CLERK OF STATE COURT**
**COBB COUNTY, GEORGIA**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of  Cobb  County

**22-A-4247**

DEC 16, 2022 01:17 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| For Clerk Use Only | |
|---|---|
| Date Filed 12-16-2022 | Case Number 22-A-4247 |
| MM-DD-YYYY | |

**Plaintiff(s)**
Wyatt, Kim
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**
The Kroger Co.
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** Lamonte, Darius      **Bar Number** 137547      **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____         _____
Case Number                    Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

ID#F-NKCCLW3R-WRA
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-4247**

DEC 16, 2022 01:17 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| KIM WYATT, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO.: _____ |
| | ) | |
| v. | ) | |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

**COMES NOW** Kim Wyatt, the Plaintiff in the above-styled case, and requests that Defendant answer under oath the following interrogatories, the answers to be served upon Plaintiff's attorney of record, Darius L. Lamonte, within forty-five (45) days from the date said interrogatories are served upon Defendant.

Where knowledge, information and other items in the possession and control of Defendant is requested or required, such requests or inquiries shall be deemed to include knowledge or information in the possession or control of not only Defendant, but Defendant's agents, representatives, employees, servants, or others over whom Defendant has control, including Defendant's attorney.

I. **DEFINITIONS AND INSTRUCTIONS**

A. As used herein:

1. The term "person" means any natural person, business entity in whatever form, association, or governmental entity or department, political subdivision or agency thereof.

2. The term "defendant" or "this defendant" or "you" or "your" or any synonym thereof, whether singular or plural, is intended to and shall embrace and include the named Defendant and all present and former subsidiaries, divisions, affiliates and predecessor entities of said Defendant as well as all of their present or past agents, consultants, employees, representatives and others who are in possession of or may have created or obtained information for or on behalf of the Defendant as defined herein.

3. The term "document" encompasses any form of information storage or communication, including but not limited to, any paper, film, video, photograph, microfilm, microfiche, computer storage or printout, or other form for storing or communicating information such as records, reports, notes, minutes, drafts, memoranda, diaries, calendars, correspondence, telegrams, schedules, bulletins, data sheets, work sheets, orders, printouts, articles, manuals, agreements, contracts, formulas, test results, instructions, analyses, lists, indexes, bibliographies, newspapers, periodicals, books, invoices, bills of lading, shipping orders, freight bills, advertisements, labels, brochures, pamphlets or binders; with each copy of any such document bearing marginal or other notations, charges, comments or amendments constituting a document separate and apart from the original or any other copy.

4. Reference to the term "identify" or "identity" means:

(a) in reference to a natural person, the full name, present address, dates of business affiliation with Defendant and titles held;

     (b) in reference to a corporation, the full and correct registered name, state of incorporation, principal place of business, and dates of existence;

     (c) in reference to a partnership or other business entity or other entity or association, the principal place of business and dates of operation; and

     (d) in reference to a document, a description of this document, including the nature and content thereof, the date thereof, the name and address of the author(s) and recipient(s) thereof and the person or entity having present custody thereof.

   B. Whenever it is requested that a person or persons be identified, the full name, current address and past and present relationship(s) with the answering Defendant should be stated.

   C. If a claim of privilege is asserted concerning any information sought, identify as to each privileged communication: (i) its date; (ii) its author(s) and the business title or position of the author(s); (iii) its recipient(s) and the business title or position of its recipient(s); (iv) the number of pages if in writing; (v) the subject matter of the communication; and (vi) the basis of the claimed privilege.

   D. If any answer to the following interrogatories is not made on the present knowledge of the person(s) signing the answer to these interrogatories, identify the person(s) who supplied the information for the answer.

E.  Unless the content of the request specifically states otherwise, references to the singular include the plural; and references to one gender include the other gender.

F.  Each part of the following interrogatories, whether a numerical paragraph or one of its subparts, is to be answered separately and fully.

G.  If any of these interrogatories cannot be answered in full, answer to the extent possible, specifying the reasons for your inability to answer the remainder and stating whatever knowledge, information or belief you do have concerning the unanswered portion.

H.  Answers are to be labeled to indicate the specific portion of the interrogatory to which they respond.

I.  These interrogatories shall be deemed to be continuing in nature so as to require Defendant to supplement its responses if different or additional information becomes available to Defendant or its counsel prior to trial. Such supplemental responses shall be filed no later than twenty-one (21) days after the information is available or ten (10) days before trial, whichever is earlier.

## INTERROGATORIES

1.

Identify by name, business address, telephone number, residence address and residence telephone number of all employees of the Defendant who were present on April 2, 2021 from the time the subject store opened until it closed.

2.

Identify with particularity by name, business address, business telephone number, residence

4

address and residence telephone number all persons who arrived at the scene after Plaintiff's fall.

3.

Identify the manager, assistant manager and all other management personnel who were on duty at the subject store on the date of the Plaintiff's fall. Identify same by name, business address, business telephone number, residence address and residence telephone number.

4.

Identify the employee of the Defendant who directed Plaintiff to the aisle to find the item she was looking for. Identify same person by name, business address, business telephone number, residence address and residence telephone number.

5.

Identify any and all employees of the Defendant who had any responsibility for the cleaning and maintenance of the floors at the Kroger supermarket located at 3240 South Cobb Drive on April 2, 2021. Identify such person(s) by name, business address, business telephone number, residence address and residence telephone number.

6.

Identify any and all written documents generated by the Defendant or any representative of the Defendant that relate to the Plaintiff's incident on April 2, 2021, and identify the custodian of said records by name, business address and business telephone number.

7.

Identify any and all persons, not previously identified, who have any knowledge of any facts related to the Plaintiff's fall or her injuries. Identify said persons by name, business address, business telephone number, residence address and residence telephone number.

                        Respectfully submitted,

**POWELL & ASSOCIATES**

        */s/ Douglas R. Powell*
        DOUGLAS R. POWELL
        State Bar No. 585937
        Attorney for Plaintiff

        */s/ Darius L. Lamonte*
        DARIUS L. LAMONTE
        State Bar No. 137547
        Attorney for Plaintiff

Powell & Associates
3007 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
dlamonte@d-powell.com
(404) 240-4119

        */s/ Kathy Edwards-Opperman*
        KATHY EDWARDS-OPPERMAN
        State Bar No. 241640
        Attorney for Plaintiff

Montlick & Associates, P.C.
17 Executive Park Drive
Suite 300
Atlanta, Georgia 30329
(404) 235-5000

ID# E-NKCCLW3R-CT5
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-4247**

DEC 16, 2022 01:17 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| KIM WYATT, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | FILE NO.: _____ |
| ) | |
| v. ) | |
| ) | |
| THE KROGER CO., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW Kim Wyatt, Plaintiff in the above-styled case, and requests Defendant to permit said Plaintiff, through her counsel, to inspect and copy the documents designated herein and to produce the same documents at trial pursuant to O.C.G.A. Section 24-10-26.

This request is timely served as provided by O.C.G.A. Section 9-11-34. It sets forth below the items to be inspected either by individual item or by category, and describes each item in category with reasonable particularity. Said Plaintiff hereby specifies and designates the forty-fifth (45th) day following service at 10:00 a.m. of this Request upon Defendant, more than forty five (45) days from the time of filing of this document, as a reasonable time, at the offices of Powell & Associates, 3007 Piedmont Road NE, Suite 300, Atlanta, GA 30305, as a reasonable place for inspecting materials called for herein, and that said counsel be permitted to reproduce by copying the materials called for herein at the expense of Plaintiff. The documents called for herein are those contemplated by O.C.G.A. Section 9-11-34 and O.C.G.A. Section 24-10-26, and said Request to Produce is directed jointly to the Defendant, Defendant's counsel of record, and/or anyone else conducting an investigation for or on behalf of said Defendant.

Plaintiff requests Defendant to reproduce and permit her counsel of record to inspect and

copy each of the following documents:

1.

Any and all photographs, both prior to and subsequent to, Plaintiff's injury-incident on April 2, 2021, which depicts the area where Plaintiff fell in the subject Kroger store.

2.

Any and all documents pertaining to the care, maintenance, and upkeep of the floor of the subject premises within the last five (5) years.

3.

Any and all reports and documents taken or prepared by Defendant regarding the Plaintiff's incident.

4.

A copy of any and all insurance policies insuring Defendant for Plaintiff's claim.

5.

A list of all employees or subcontractors of Defendant who repaired or provided maintenance to the floors of the subject premises in 2020 and 2021.

6.

Produce copies of any and all documents identified in response to Plaintiff's Interrogatories attached hereto.

7.

All written and/or transcribed statements or reports made by any person pertaining in any way to the incident made the basis of this lawsuit, including but not limited to the Plaintiff's statement.

2

8.

Please produce a copy of any and all videos for the one hour before and one hour after the Plaintiff's incident which depict where the Plaintiff's incident occurred. Also include any and all videos which captured the Plaintiff's incident.

Respectfully submitted,

**POWELL & ASSOCIATES**

*/s/ Douglas R. Powell*
DOUGLAS R. POWELL
State Bar No. 585937
Attorney for Plaintiff

*/s/ Darius L. Lamonte*
DARIUS L. LAMONTE
State Bar No. 137547
Attorney for Plaintiff

Powell & Associates
3007 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
dlamonte@d-powell.com
(404) 240-4119

*/s/ Kathy Edwards-Opperman*
KATHY EDWARDS-OPPERMAN
State Bar No. 241640
Attorney for Plaintiff

Montlick & Associates, P.C.
17 Executive Park Drive
Suite 300
Atlanta, Georgia 30329
(404) 235-5000

ID#1F-NKCCLW3R-A2E
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**22-A-4247**
DEC 16, 2022 01:17 PM
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| KIM WYATT, ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | FILE NO.: _____ |
| ) | |
| v. ) | |
| ) | |
| THE KROGER CO., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff Kim Wyatt (hereinafter "Wyatt") and makes and files this Complaint against Defendant The Kroger Co. and shows this Honorable Court the following:

### PARTIES, JURISDICTION AND VENUE

1.

Defendant The Kroger Co. is foreign profit corporation and may be served with process by serving its registered agent, CSC of Cobb County, Inc., at 192 Anderson Street SE, Suite 125, Marietta, Georgia 30060.

2.

Venue is proper in this Court and this Court has subject matter jurisdiction over the claims asserted herein and personal jurisdiction over the Defendant.

### FACTS

3.

On or about April 2, 2021, Defendant The Kroger Co. was the owner/operator of the Kroger supermarket located at 3240 South Cobb Drive in the city of Smyrna, Georgia.

4.

On the aforementioned date, Plaintiff was a business invitee of the aforementioned Kroger.

5.

On the aforementioned date, Defendant had a duty pursuant to O.C.G.A. §51-3-1 to operate said Kroger in a reasonably safe condition.

6.

On the aforementioned date, Plaintiff was walked to an item she had been looking for by an employee of the Defendant. As she walked to the end of the aisle and obtained the product she was shopping for, Plaintiff's left foot slid forward on the slippery and shiny floor, causing her to fall into a half split and contort her right ankle in the process.

7.

Defendant was negligent in failing to maintain the premises in a reasonably safe condition, failing to inspect the premises, failing to warn the Plaintiff of the hazardous condition, and failing to remove said hazard prior to Plaintiff's incident.

8.

As a direct and proximate result of the negligence of the Defendant, Plaintiff was caused to suffer bodily injuries, specifically injuries to her right knee and ankle.

9.

For treatment of her injuries, Plaintiff was required to and underwent medical care from the following medical care providers in the amounts indicated through the time of filing this Complaint:

- Wellstar Urgent Care, $200.00;
- Wellstar Cobb Hospital, $3,369.00;

- The Bortolazzo Group, $935.00;

- Quantum Radiology, $123.00;

- Resurgens Centralized Medical Records, $863.00; and

- Peachtree Spine Physicians, $23,002.50.

Plaintiff's total medical special damages through the time of filing this Complaint amount to $28,493.10.

10.

Plaintiff brings this action to recover general damages for her pain and suffering, and special damages for her medical expenses.

WHEREFORE, Plaintiff respectfully prays that Summons issue, that Defendants be served with process as required by law, that Plaintiff have a trial before the Court sitting without a jury, that Plaintiff have and recover verdict and judgment against the Defendants in an amount to be shown at the time of trial and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted,

**POWELL & ASSOCIATES**

*/s/ Douglas R. Powell*
DOUGLAS R. POWELL
State Bar No. 585937
Attorney for Plaintiff

*/s/ Darius L. Lamonte*
DARIUS L. LAMONTE
State Bar No. 137547
Attorney for Plaintiff

Powell & Associates
3007 Piedmont Road, N.E., Suite 300
Atlanta, Georgia 30305
dlamonte@d-powell.com
(404) 240-4119

                                                  */s/ Kathy Edwards-Opperman*
                                                  KATHY EDWARDS-OPPERMAN
                                                  State Bar No. 241640
                                                  Attorney for Plaintiff

Montlick & Associates, P.C.
17 Executive Park Drive
Suite 300
Atlanta, Georgia 30329
(404) 235-5000

4

**STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-4247**

DEC 16, 2022 01:17 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER   22-A-4247

$248.00 COST PAID

Wyatt, Kim

---

**PLAINTIFF**

VS.

The Kroger Co., DBA Kroger

---

**DEFENDANT**

## SUMMONS

TO: THE KROGER CO.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Darius Lamonte**
> **Powell & Associates**
> **3007 Piedmont Road**
> **Suite 300**
> **Atlanta, Georgia 30305**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 16th day of December, 2022.**

Clerk of State Court

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __22-A-4247__

Date Filed _____

Superior Court ☐
State Court ☒
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Georgia, __COBB__ COUNTY

Attorney's Address: Lamonte, Darius
Powell & Associates
3007 Piedmont Road
Suite 300
Atlanta, GEORGIA 30305-

Wyatt, Kim

_____ Plaintiff

VS.

The Kroger Co., DBA Kroger

Name and Address of Party to be Served.
The Kroger Co.

192 Anderson Street SE, Suite 125

Marietta, GEORGIA 30060

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ___ years; weight ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __The Kroger Co.__ a corporation by leaving a copy of the within action and summons with __CSC of Cobb County__ in charge of the office and place of doing business of said Corporation in the County. _Teri Thompson_

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __21__ day of __Dec__, 20__22__

_Signature_ 94019
Deputy

DEFENDANT COPY