IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIM WYATT,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Civil Action File No.<br><br>_____<br><br>Removed from Cobb County State Court, Civil Action No. 22-A-4247<br><br>JURY TRIAL DEMANDED |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant The Kroger Co., by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this the 20th day of January, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7386
Facsimile:   (404) 870-1033

*/s/ Sarah Raquel L. Lisle*
Matthew G. Moffett
Georgia State Bar No. 515323
Sarah Raquel L. Lisle
Georgia State Bar No. 412593
*Attorneys for The Kroger Co.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

| | |
|---|---|
| **Douglas R. Powell**<br>**Darius L. Lamonte**<br>Powell & Associates<br>3007 Piedmont Road NE, Suite 300<br>Atlanta, GA 30305<br>*Attorney For Plaintiff* | **Kathy Edwards-Opperman**<br>Montlick & Associates, P.C.<br>17 Executive Park Drive<br>Suite 300<br>Atlanta, GA 30329<br>*Attorney For Plaintiff* |

Dated this the 20th day of January, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7386
Facsimile:  (404) 870-1033

*/s/ Sarah Raquel L. Lisle*
Matthew G. Moffett
Georgia State Bar No. 515323
Sarah Raquel L. Lisle
Georgia State Bar No. 412593
*Attorneys for The Kroger Co.*