# Exhibit 3



# CITY OF COLLEGE PARK
P.O. BOX 87137 • COLLEGE PARK, GA. 30337 • 404/767-1537

November 21, 2022

Research Management Corporation
% Ms. Joy McKenna, President
9155 South Dadeland Blvd , Ste. 1408
Miami, FL 33156

RE: 2022 PHASE 1 OFFICE BUILDING PILOT PAYMENT

Enclosed please find the 2022 PILOT payment invoice and the 2022 PILOT payment calculation worksheet. The calculation is based on the County designated fair market value of $27,965,400 and assessment value of $11,186,160.00.

The 2022 PILOT amount due is $761,945.29. The amount is comprised of City tax due of $376,067.51 and County tax due of $385,877.78. **Payment is due by January 23, 2023.**

Our offices are open Monday- Friday, 8:00am- 5:00pm. If the payment is not received in a timely manner, interest and/ or other fees will accrue monthly until the tax amount is paid in full. Reminder, we do not accept postmarks.

If you should have any additional questions, please contact me immediately at (404) 767-1537 Ext 1101.

Thank you,

*Althea Philord-Bradley*

Althea Philord-Bradley, MPA
Director of Finance & Accounting, City of College Park

cc: Dan Lee, BIDA City Attorney
    Winston Denmark, City Attorney



**REMIT PAYMENT TO:**
CITY OF COLLEGE PARK
ACCOUNTING DEPARTMENT
PO BOX 87317
COLLEGE PARK, GEORGIA 30337
PHONE: 404.767.1537

**INVOICE NUMBER**
PILOT
2023-00000003

**INVOICE DATE**
11/21/2022

**BILL TO:**
COLLEGE PARK GATEWAY OFFICE ONE, LLC
9155 SOUTH DADELAND BLVD., STE.#1408
RESEARCH MANAGEMENT CORP
MIAMI, FL 33134

**CUSTOMER NO.**
2736

**DUE DATE**
01/23/2023

## ORIGINAL INVOICE

**DESCRIPTION:** Annual Pilot/Property          **TOTAL DUE:** $761,945.29

| Description | Quantity | Unit Price | Total Price |
|---|---|---|---|
| Annual Pilot/Property | 1 | $761,945.2900 | $761,945.29 |

2022

**City Tax**

| | | | | |
|---|---|---|---|---|
| 2077 Convention Center | $ | 27,965,400.00 | $ | 11,186,160.00 |
| College Park Real Property Tax | | 1.36% | | 152,344.31 |
| Georgia International Convention Center | | 2.00% | | 223,723.20 |
| Total City Tax Due | | | | 376,067.51 |

**Clayton County Tax**

| | | | | |
|---|---|---|---|---|
| | $ | 27,965,400.00 | $ | 11,186,160.00 |
| Clayton County Property Tax | | 1.45% | | 162,154.58 |
| Clayton County School Board Taxable | | 2.00% | | 223,723.20 |
| Total County Tax Due | | | $ | 385,877.78 |

**Total City and, County Tax**                                                                761,945.29

**Payment 1/21/2023**

*Subtotal*

**Total City and County Tax Due**                                                               -

**Tax Parcel 13006C  C001  w/o "L"**