

FROM:
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
1525 WILSON BLVD.
MAILSTOP 2500
ARLINGTON, VA 20598-2500

NAME: PARISA REZAEI
A-NUMBER: 213101728   RCPT#: ZAR1750451350
DATE: 3/27/17
FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 3/24/17. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send a written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO:
PARISA REZAEI
2250 BELLE VISTA CT
MARIETTA, GA 30062

PLAINTIFF'S EXHIBIT A