

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
# OFFICE OF LEGISLATIVE AND INTERGOVERNMENTAL AFFAIRS

## Privacy Release

**Member of Congress:** _____

**Petitioner/Applicant:**

Name: _Parisa Rezaei_      Date of Birth: _03/21/1987_

Alien number (if any): _213101728_      Country of Birth: _Iran_

**Beneficiary:**

Name: _____      Date of Birth: _____

Alien number (if any): _____      Country of Birth: _____

**USCIS receipt number or tracking number** *(no Social Security numbers)*: _ZAR1700051330_

Date of filing: _3/24/2017_

**Form type(s) – check all that apply:**

☐ G-639 ☐ I-90 ☐ I-129 ☐ I-129F ☐ I-130 ☐ I-131 ☐ I-140 ☐ I-212 ☐ I-290B ☐ I-360

☐ I-485 ☐ I-526 ☐ I-539 ☒ I-589 ☐ I-590 ☐ I-600A ☐ I-600 ☐ I-601 ☐ I-612 ☐ I-690

☐ I-730 ☐ I-751 ☐ I-765 ☐ I-821 ☐ I-824 ☐ I-829 ☐ I-914 (Supplement A, B, or C)

☐ I-918 ☐ I-924 ☐ I-929 ☐ N-400 ☐ N-600 ☐ N-565 ☐ N-644 ☐ Other: _____

Version 10/17/19



PLAINTIFF'S EXHIBIT B



U.S. CITIZENSHIP AND IMMIGRATION SERVICES
**OFFICE OF LEGISLATIVE AND INTERGOVERNMENTAL AFFAIRS**

# Privacy Release

**Brief description of the issue** *(if you need more space, attach a separate sheet)*:

Staff Member (print): _____ Phone: _____

Email: _____

**Section below to be completed by the person who is the subject of the records:**

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) **Parisa Rezaei**, authorize USCIS to release information contained in my USCIS records as relevant to checking my case status, and to the extent permitted by law, to Senator/Representative **Buddy Carter** and the Member's staff.

Signature (sign in ink): **Parisa**                                   Date: **2/23/2022**

**Current Residential Address** *(Do not list a P.O. Box.)*

Address: **2250 Belle vista ct. Marietta, GA 30062**

Phone: **770 568 4359**      Email: **Parisa1987rezaei@gmail.com**

**Mailing Address** *(If different from current residential address, i.e., P.O. Box.)*

Address: **2250 Belle vista ct. Marietta, GA 30062**

Phone: **770 568 4359**      Email: **Parisa1987rezaei@gmail.com**

**Translator Certification** *(If privacy release or any of the supplemental information has been translated.)*

I certify, under penalty of perjury, that I am fluent in English and _____, and that my translation of the privacy release and any foreign language documents submitted with this inquiry are complete and accurate.

Translator Name (print): _____
Signature (sign in ink): _____ Date: _____

Version 10/17/19

EARL L. "BUDDY" CARTER
1st District, Georgia

ENERGY AND COMMERCE COMMITTEE
Subcommittees:
  Health
  Environment and Climate Change
  Communications and Technology

# Congress of the United States
## House of Representatives
### Washington, DC 20515

WASHINGTON OFFICE
2432 Rayburn House Office Building
Washington, DC 20515
(202) 225-5831

DISTRICT OFFICES
1000 Business Center Drive
Savannah, GA 31405
(912) 352-0101

1510 Newcastle Street
Brunswick, GA 31520
(912) 265-9010

buddycarter.house.gov

March 24, 2022

Parisa Rezaei
2250 Belle Vista Ct
Marietta, GA 30062-3894

Dear Parisa,

Enclosed is a copy of the reply I recently received in response to my inquiry on your behalf.

"Thank you for inquiring on behalf of your constituent, Ms. Parisa Rezaei, regarding her pending I-589, Application for Asylum and Withholding of Removal.

U.S. Citizenship and Immigration Services (USCIS) confirms that Ms. Rezaei's case is still pending interview scheduling at our office. USCIS schedules asylum interviews as soon as resources permit, and all asylum offices currently have more cases pending than can be scheduled in a timely manner.

Ms. Rezaei applied on March 24, 2017. Therefore, her I-589 is currently in our backlog. Ms. Rezaei will not likely be scheduled for an interview within the next 180 days. Ms. Rezaei may request to have an expedited interview with our office if she believes her situation include urgent medical circumstances or extreme humanitarian concerns (attached form).

Urgent medical circumstances or extreme humanitarian concerns request must be separate from what an applicant is filing within their asylum claim. Should Ms. Rezaei have additional information to supplement her request, she may submit it to our office.

Since January 29, 2018, the Asylum Division gives priority to the most recently filed affirmative asylum applications when scheduling asylum interviews.

USCIS' predecessor, the Immigration and Naturalization Service, first established this interview scheduling approach as part of asylum reforms implemented in January 1995. This approach was in place until December 2014. The aim is to deter individuals from using asylum backlogs solely to obtain employment authorization by filing frivolous, fraudulent or otherwise non-meritorious asylum applications.

Giving priority to recent filings allows USCIS to promptly place such individuals into removal proceedings, which reduces the incentive to file for asylum solely to obtain employment authorization. This approach also allows USCIS to decide qualified applications in a more efficient manner.

USCIS will now schedule asylum interviews in the following order of priority:
1) Applications that were scheduled for an interview, but the interview had to be rescheduled at the applicant's request or needs of USCIS;
2) Applications that have been pending 21 days or less; and
3) All other pending affirmative asylum applications will be scheduled for interviews starting with newer filings and working back towards older filing.

The Arlington Asylum Office is scheduling some cases that fall under the third category. Asylum office directors may consider, on a case-by-case basis, an urgent request to be scheduled for an interview outside of the priority order listed above.

For asylum applicants who live far from an asylum office or an asylum sub-office, asylum offices schedule asylum interviews at USCIS field offices ("circuit ride" locations) as resources permit. Please contact the asylum office with jurisdiction over your case for more detailed information. For further information on the Asylum Division's scheduling priorities, please see the Affirmative Asylum Process page published in both English and Spanish on uscis.gov. You can also find a link to the page on the right trail of the Affirmative Asylum Process Webpage.

In order to file a request for information under the Freedom of Information Act, you must make your request in writing to the USCIS National Records Center. You can find detailed information regarding making such requests on the How to File a FOIA/Privacy Act Request page on uscis.gov.

We hope to schedule Ms. Rezaei as soon as resources permit, but currently cannot provide a timeframe for an interview.
We hope this information is helpful."

I believe the information contained in the reply is self-explanatory, and I hope it answers your questions concerning this matter.

Thank you for contacting my office.

Sincerely,



Buddy Carter