IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CESAR HIDALGO, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>SYSCO ATLANTA, LLC; ABC )<br>CORPS 1-3; and, JOHN DOES 1-3 )<br>)<br>  Defendants. )<br>) | CIVIL ACTION<br>FILE NO.: _____ |

# **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**

1. Cesar Hidalgo

**Defendant:**

1. Sysco Atlanta, LLC – Sysco Corporation is the sole owner of Sysco Holdings, LLC, which is a holding company and owns 99% of Sysco USA III, LLC. The other owner of Sysco USA III, LLC, is FreshPoint, Inc., who

owns 1%. Sysco USA III, LLC is the sole owner of Sysco Atlanta, LLC

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

1. Law Office of Nigel Phiri, Esquire.

2. Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

1. Nigel Phiri, attorney for Plaintiff;

2. Mark A. Barber, attorney for Defendant;

3. Brent W. Cole, attorney for Defendant;

4. Ida Sassani, attorney for Defendant.

Respectfully submitted, this 20th day of January, 2023.

|  |  |
|---|---|
| Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone:  (404) 577-6000<br>Facsimile:   (404) 221-6501<br>Email: mbarber@bakerdonelson.com<br>Email: bcole@bakerdonelson.com | **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**<br><br> /s/   Brent W. Cole<br>MARK A. BARBER<br>Georgia State Bar No. 036875<br>BRENT W. COLE<br>Georgia State Bar No. 294999 |

Email: isassani@bakerdonelson.com

IDA SASSANI
Georgia State Bar No. 755953

*Attorneys for Defendant Sysco Atlanta, LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 5.1B

This is to certify that this Pleading was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

This 20th day of January, 2023.

                    BAKER, DONELSON, BEARMAN
                    CALDWELL & BERKOWITZ, PC

                    */s/   Brent W. Cole*
                    BRENT W. COLE
                    Georgia State Bar No. 294999

                    *Attorneys for Defendant Sysco Atlanta, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorney of record to:

Nigel Phiri
Law Office of Nigel Phiri, Esquire, LLC
3379 Peachtree Road NE
Suite 555
Atlanta, Georgia 30326

This 20th day of January, 2023.

| | |
|---|---|
| Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>Email: bcole@bakerdonelson.com | BAKER, DONELSON, BEARMAN<br>CALDWELL & BERKOWITZ, PC<br><br> /s/  Brent W. Cole<br>BRENT W. COLE<br>Georgia State Bar No. 294999<br><br>*Attorney for Sysco Atlanta, LLC* |