# EXHIBIT  B

## CLEAR BLUE SPECIALTY INSURANCE COMPANY
## GENERAL LIABILITY POLICY DECLARATIONS

Serviced by: WestCongress Insurance Services, LLC

**POLICY NUMBER:** WCSE-CGL-0001392-01

**RENEWAL OF:**

**NAMED INSURED AND MAILING ADDRESS**
Protect Security LLC
659 Auburn Ave NE,Suite G-26
Atlanta, GA 30312

**BROKER NAME AND ADDRESS**
CRC
5555 Triangle Parkway Suite 400
Norcross, GA 30092

**POLICY PERIOD**      **From:** 02/17/2021 **To:** 02/17/2022
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO
PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE:** *Defense Costs are OUTSIDE the limits of Liability*

| | | | |
|---|---|---|---|
| Each Occurrence Limit: | $1,000,000 | Medical Payment Limit: | $5,000 |
| General Aggregate Limit: | $2,000,000 | Errors and Omissions Liability: | Excluded |
| Personal & Advertising Injury Limit: | $1,000,000 | Employee Benefits Liability: | Excluded |
| Products-Completed Operations Aggregate Limit: | $2,000,000 | Employee Benefits Aggregate Limit: | Excluded |
| Damage To Premises Rented To You: | $100,000 | Per Project/Location Aggregate: | Excluded |
| | | Policy Aggregate Limit: | Excluded |

**RETAINED LIMIT:**  See form:   Insured Retention Endorsement - Deductible

**PREMIUM COMPUTATION:**   Processing Fee:                          Inspection Fee: $0
                                                                         Risk Premium:

Coverage for certified acts of terrorism has been rejected; exclusion attached: ☒
(Per TRIA Disclosure Notice.)

**DEPOSIT PREMIUM:**

**DESCRIPTION OF BUSINESS:** Security and Patrol Agencies

FORM OF BUSINESS:
☐ INDIVIDUAL
☐ JOINT VENTURE

☐ PARTNERSHIP
☐ LIMITED PARTNERSHIP
☒ LIMITED LIABILITY COMPANY

ORGANIZATION, INCLUDING A CORPORATION
(BUT NOT INCLUDING A PARTNERSHIP,
JOINTVENTURE OR LIMITED LIABILITY COMPANY)

**ENDORSEMENTS ATTACHED TO THIS POLICY:**  See Schedule WCIS-END - Schedule of Forms and Endorsements

"This contract is registered and delivered as a surplus lines coverage under the Surplus Lines Insurance Law
O.C.G.A. Chapter 33-5."      **SUMMARY OF CHARGES**

**Premium:**
**Policy Fee:**
**Company Fee:**
**Surplus Lines Tax:**

**TOTAL:**

**IMPORTANT! Please carefully examine your policy as it may contain significant coverage modifications or exclusions.  If this policy is a
renewal, it may not contain the same precise terms and conditions as the prior policy.**

Date:  **15-Feb-2021**                          **Authorized Representative:**

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY
ENDORSEMENT(S), IS ATTACHED TO AND FORMS PART OF CERTIFICATE PROVISIONS (FORM SLC-3 NMA2868) FOR THE ABOVE
NUMBERED POLICY.

**EXTENSION OF DECLARATIONS**

Policy Number: WCSE-CGL-0001392-01

**Location of Premises:**      659 Auburn Ave NE Suite G-26  Atlanta GA, 30312

**Classification and Premium:**

| ISO Class Code | Rate | Exposure Basis | Exposure | Deposit Premium |
|---|---|---|---|---|
| 98751 | | | | |

Policy Number: WCSE-CGL-0001392-01

| Additional Coverage Type | Premium |
| --- | --- |

This section left blank intentionally

WCIS DS AC 04/17

# SCHEDULE OF FORMS

**Policy Number:** WCSE-CGL-0001392-01

| Form Number | Form Name |
| --- | --- |
| CG 0001 12/07 | Commercial General Liability Coverage Form |
| CG 0068 05/09 | Recording And Distribution Of Material Or Information In Violation Of Law Exclusion |
| CG 2139 10/93 | Contractual Liability Limitation |
| CG 2147 12/07 | Employment-Related Practices Exclusion |
| CG 2149 09/99 | Total Pollution Exclusion Endorsement |
| CG 2167 12/04 | Fungi Or Bacteria Exclusion |
| WCIS CGL 1001 12/15 | Exclusion - Aircraft, Aircraft Products And Aircraft Grounding |
| WCIS CGL 1010 12/15 | Exclusion - Continuous Or Progressive Injury And Damage |
| WCIS CGL 1011 12/15 | Cross Suits Endorsement |
| WCIS CGL 1014 12/15 | Exclusion - Designated Work:  Security Or Patrol Work For Low Income Housing |
| WCIS CGL 1015 06/18 | Exclusion - Designated Work: Security or Patrol Work for Bars, Taverns and Clubs |
| WCIS CGL 1016 12/15 | Exclusion - Designated Work:  Security Or Patrol Work For Establishments With 25% Or More Of Sales Generated From Liquor Sales |
| WCIS CGL 1021 02/18 | Exclusion - Designated work: Executive Protection of High Profile Persons |
| WCIS CGL 1031 12/15 | Exclusion - Designated Work: Security Or Patrol Work For Fast Food Establishments |
| WCIS CGL 1036 12/15 | Exclusion - Electromagnetic Radiation |
| WCIS CGL 1039 12/15 | Exclusion - Firearms |
| WCIS CGL 1040 12/15 | Exclusion - Hazardous Materials |
| WCIS CGL 1048 12/15 | Exclusion - Off Road Motor Vehicles |
| WCIS CGL 1058 12/15 | Exclusion - Punitive Or Exemplary Damages |
| WCIS CGL 1059 12/15 | Exclusion - Scheduled Canine(s) |
| WCIS CGL 1063 12/15 | Exclusion - Terrorism |
| WCIS CGL 1065 12/15 | Exclusion - Violation Of Statutes Or Ordinances (Absolute) |
| WCIS CGL 1071 10/16 | Exclusion - Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons |
| WCIS CGL 1072 10/16 | Exclusion - Cyber Attack |
| WCIS CGL 1073 10/16 | Exclusion - Sanctions Limitation |
| WCIS CGL 1074 10/16 | Exclusion - War |
| WCIS CGL 1075 10/16 | Exclusion - Nuclear Energy Liability (Broad Form) |
| WCIS CGL 1077 04/17 | Exclusion - Designated Work: Security or Patrol Work for schools |
| WCIS CGL 1092 0618 | Exclusion - Designated Work: Hospital Emergency Room and Urgent Care Facilities |
| WCIS CGL 1107 04/20 | Exclusion - Communicable Disease |
| WCIS CGL 3004 1218 | Coverage Limitation - Assault and Battery as Specified (Defense Inside) |
| WCIS CGL 3009 1218 | Coverage Limitation - Sexual Abuse and/or Misconduct as Specified (Defense Inside) |
| WCIS CGL 3012 07/19 | Coverage Limitation - Special Events |
| CG 2404 05/09 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| WCIS CGL 4026 12/15 | Primary And Non-Contributing Insurance |
| WCIS CGL 5010 12/15 | Amendment Of Coverage Care, Custody Or Control |
| WCIS CGL 5013 12/15 | Amendment Of Coverage Extended Property Damage - With Sub-Limit And Sub-Deductible (Limited) |
| WCIS CGL 5017 12/15 | Amendment Of Coverage Lost Key Liability |
| CG 2010 04/13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| WCIS CGL 7002 11/17 | Insured Retention Endorsement - Deductible |
| WCIS COND 9001 10/16 | Common Policy Conditions |
| WCIS COND 9002 01/19 | Fraudulent Claim Condition |
| WCIS CGL 10001 12/15 | Basis Of Premium Endorsement |

# SCHEDULE OF FORMS

**Policy Number:** WCSE-CGL-0001392-01

| Form Number | Form Name |
| --- | --- |
| WCIS CGL 10002 05/18 | Claim Notification |
| WCIS CGL 10003 12/15 | WestCongress Service of Suit |
| WCIS CGL 10009 10/16 | U.S. Terrorism Risk Insurance Act of 2002, As Amended, Not Purchased |
| WCIS CGL 11002 06/18 | Amendment Of Premium Endorsement Minimum Earned Premium |
| WCIS CGL 11001 07/17 | Amendment Of Premium - Special Conditions For Subcontractors Including Self Insured Retention |
| WCIS CGL 12002 09/17 | Amendment Of Policy Language Endorsement |
| GA - Notice to Insured | Georgia - Notice to Insured |

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2006

Print Date: 2/15/2021

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2006
CG 00 01 12 07   □

Print Date: 2/15/2021

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© ISO Properties, Inc., 2006

Print Date: 2/15/2021

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006

Print Date: 2/15/2021

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

  This insurance does not apply to:

  **a. Knowing Violation Of Rights Of Another**

    "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

  **b. Material Published With Knowledge Of Falsity**

    "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

  **c. Material Published Prior To Policy Period**

    "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

  **d. Criminal Acts**

    "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

  **e. Contractual Liability**

    "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

  **f. Breach Of Contract**

    "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

  **g. Quality Or Performance Of Goods – Failure To Conform To Statements**

    "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

  **h. Wrong Description Of Prices**

    "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

    However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

  **j. Insureds In Media And Internet Type Businesses**

    "Personal and advertising injury" committed by an insured whose business is:

    **(1)** Advertising, broadcasting, publishing or telecasting;

    **(2)** Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

Print Date: 2/15/2021

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

© ISO Properties, Inc., 2006 CG 00 01 12 07

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© ISO Properties, Inc., 2006

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

  **(1)** With respect to liability arising out of the maintenance or use of that property; and

  **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

  **(1)** How, when and where the "occurrence" or offense took place;

  **(2)** The names and addresses of any injured persons and witnesses; and

© ISO Properties, Inc., 2006 ☐

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

© ISO Properties, Inc., 2006

Print Date: 2/15/2021

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2006

Print Date: 2/15/2021

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

Print Date: 2/15/2021

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  **b.** While it is in or on an aircraft, watercraft or "auto"; or

  **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

  but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **b.** Vehicles maintained for use solely on or next to premises you own or rent;

  **c.** Vehicles that travel on crawler treads;

  **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2006
CG 00 01 12 07    □

Print Date: 2/15/2021

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

        **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2006

**CG 00 01 12 07** ☐

Print Date: 2/15/2021

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **q.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p.** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

COMMERCIAL GENERAL LIABILITY
CG 21 39 10 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINI-TIONS Section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement.

**CG 21 39 10 93**            Copyright, Insurance Services Office, Inc.,  1992            **Page 1 of 1**       ◻

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc.,  2003

Print Date: 2/15/2021

CG 21 67.rpt

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - AIRCRAFT, AIRCRAFT PRODUCTS AND AIRCRAFT GROUNDING

This endorsement changes/modifies insurance provided under the following;

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM
### PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM

A. **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** and **SECTION I – COVERAGES, PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** are amended and the following Exclusion is added:

**Aircraft, Aircraft Products and Aircraft Grounding**

This insurance does not apply to "bodily injury" or "property damage" arising out of or resulting from:
   a. ownership, maintenance, use, or operation of any aircraft;
   b. any "aircraft product" including the design, manufacture, sale, handling, distribution of, or reliance upon any representation or warranty with respect thereto, or to any liability of the "grounding" of any aircraft; or
   c. "your work" on aircraft (including missile or spacecraft, and any ground support or control equipment);
   d. "loading or unloading" or entrustment to others of any aircraft;
   e. liability assumed by you under any contract or agreement if such liability arises out of "aircraft products" designed, manufactured, sold, handled or distributed by you or by others trading under your name.

B. **SECTION V – DEFINITIONS** is amended and the following added:

**"Aircraft product"** means:

   a. Aircraft (including missile or spacecraft, unmanned aerial or drone vehicles and any ground support or control equipment used therewith);
   b. Any article furnished by you or on your behalf and installed in an aircraft or used in connection with

an aircraft or for spare parts for an aircraft including ground handling tools and equipment;
   c. Any of "your products" used at an airport for the purpose of guidance, navigation or direction of aircraft, training aids, instructions, manuals, blueprints, engineering or other data or advice and services and labor relating to such aircraft, articles or products that you or any other person or organization on your behalf:
      (1) sold, handled or distributed; or
      (2) manufactured, assembled or processed:
          (a) according to specifications, plans, suggestions, orders, or drawings provided by you or on your behalf; or
          (b) with tools, machinery or equipment furnished to such persons or drawings provided by you or on your behalf.

**"Grounding"** means:

   a. the withdrawal of one or more aircraft from flight operations; or
   b. the imposition of speed, passenger or load restrictions on such aircraft

by reason of the existence of or alleged or suspected existence of any defect, fault or condition in such aircraft or any part thereof whether such aircraft so withdrawn are owned or operated by the same or different persons, organizations or corporations.

**"Loading or unloading"** means:

   a. The handling of property, while it is being moved from the place where it is accepted for transportation;
   b. While it is loaded, transported, and unloaded; and
   c. Until it is moved to the place where it is finally delivered.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1001 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE COVERAGE FORM**

It is agreed under **Section I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 1. Insuring Agreement,** Paragraph **b (3), c** and **d** are deleted in their entirety and the following exclusion is added to **Section I, Item 2. Exclusions** of this policy.

This insurance does not apply to:

1. Any damages arising out of or related to "bodily injury" or "property damage" whether such "bodily injury" or "property damage" is known or unknown,

   (a) which first occurred in whole or in part prior to the inception date of this policy (or the retroactive date of this policy, if any; whichever is earlier); or

   (b) which are, or are alleged to be, in the process of occurring as of the inception date of the policy (or the retroactive date of this policy, if any; whichever is earlier) even if the "bodily injury," or "property damage" continues during this policy period; or

   (c) which were caused, or are alleged to have been caused, by the same condition(s) or defective construction which first existed prior to the inception date of this policy.

2. Any damages arising out of or related to "bodily injury" or "property damage" whether known or unknown, which are in the process of adjustment, settlement, or "suit" as of the inception date of this policy (or the retroactive date of this policy, if any; whichever is earlier).

We shall have no duty to defend any insured against any loss, claim, "suit," or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which this endorsement applies.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page of Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                 Policy No.:                 Endorsement No.:

Named Insured

Authorized Representative _____

WCIS CGL 1010 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CROSS SUITS ENDORSEMENT

This endorsement changes modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions, COVERAGE D PROFESSIONAL LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

**CROSS SUITS EXCLUSION**
This Policy does not apply to a claim, demand or "suit" for damages initiated, alleged, or caused to be brought about by a Named Insured covered by this Policy against any other Named Insured.  It is the intent of this exclusion to exclude from this insurance all claims, demands or "suits" as above described.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or the Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:              Policy No.             Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CGL 1011 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK:  SECURITY OR PATROL WORK FOR LOW INCOME HOUSING

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

Description of "Your Work" Schedule:

Security or Patrol Work for Low Income Housing

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy to which attach as listed in the Declarations Page or the Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                   Policy No.:                              Endorsement No:.

Named Insured:
                                               Authorized Representative _____

WCIS CGL 1014 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK:
# SECURITY OR PATROL WORK FOR BARS, TAVERNS AND CLUBS

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

Description of "Your Work" Schedule:
Security or Patrol Work for Bars, Taverns and Clubs.

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:             Policy No.:                  Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1015 06 18

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK:  SECURITY OR PATROL WORK FOR ESTABLISHMENTS WITH 25% OR MORE OF SALES GENERATED FROM LIQUOR SALES

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

Description of "Your Work" Schedule:

Security or Patrol Work for Establishments with 25% or more of sales generated from liquor sales

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                        Endorsement No.:

Named Insured:
                                               Authorized Representative _____

WCIS CGL 1016 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK:  EXECUTIVE PROTECTION OF HIGH PROFILE PERSONS

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

Description of "Your Work" Schedule:
Executive Protection of High Profile Persons, including but not limited to celebrities, athletes, entertainers and high-profile business executives or elected or appointed government officials.

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                     Policy No.:                          Endorsement No.:

Named Insured:
                                                Authorized Representative _____

WCIS CGL 1021 02 18

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK:  SECURITY OR PATROL WORK FOR FAST FOOD ESTABLISHMENTS

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

Description of "Your Work" Schedule:

Security or Patrol Work for Fast Food Establishments

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1031 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ELECTROMAGNETIC RADIATION

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions,** and **SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions,** and **SECTION I – COVERAGES, PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following Exclusion is added:

**Electromagnetic Radiation**

**(1)** This Policy does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising from claims or "suits" resulting directly or indirectly from any actual or alleged exposure to or alleged presence of, any "electromagnetic radiation," whether such "electromagnetic radiation" is naturally occurring or artificially created. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the "bodily injury," "property damage" or "personal and advertising injury."

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "electromagnetic radiation"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "electromagnetic radiation."

**(3)** Any obligations to share damages with, repay or indemnify someone else who must pay damages because of such injury or damage relating to "electromagnetic radiation."

**(4)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs **(1)**, **(2)**, or **(3)** above.

This exclusion applies whether or not such "electromagnetic radiation" has any function in your business, operations, premises, site or location.

The following is added to **SECTION V – DEFINITIONS**:

"**Electromagnetic radiation**" means any discharge, emission, release, broadcast or transmission of any form of electrical field, magnetic field, radar, microwave, radio wave, and any other electromagnetic radiation or electromagnetic energy of any kind, whether naturally occurring or artificially created.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:               Policy No.:                    Endorsement No.:

Named Insured:
                                         Authorized Representative _____

WCIS CGL 1036 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FIREARMS

This endorsement changes/modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following added:

This insurance does not apply to claims, "suits," loss, damages, or costs or expenses, including but not limited to costs   of defense, based on or directly or indirectly arising out of any use, existence, or threatened use or existence, of   firearms of any kind by any insured, or any agent, representative, contractor or subcontractor, or any other person  acting on behalf of any insured.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

This exclusion applies whether or not such firearms has any function in your business, operations, premises, site or location.

**and; COVERAGE B PERSONAL AND ADVERTSING INJURY LIABILITY, Item 2. Exclusions** are amended and the following added:

This insurance does not apply to claims, "suits," loss, damages, or costs or expenses, including but not limited to         costs of defense, based on or directly or indirectly arising out of any use, existence, or threatened use or existence, of firearms of any kind by any insured, or any agent, representative, contractor or subcontractor, or any other person acting on behalf of any insured.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any         third parties for any such claim, demand or "suit."

This exclusion applies whether or not such firearms has any function in your business, operations, premises, site or location.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                     Policy No.:                          Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1039 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - HAZARDOUS MATERIALS

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

A. **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions,** and **SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions,** and **SECTION I – COVERAGES, PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following Exclusion is added:

This insurance does not apply to:

**Hazardous Materials**

**(1)** "Bodily injury," "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, ingestion, inhalation, dispersal, seepage, migration, release or escape of "hazardous materials" at any time.

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "hazardous materials"; or

  **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "hazardous materials."

**(3)** Any obligations to share damages with or indemnify another party whom must pay damages because of injury or damage relating to "hazardous materials."

**(4)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs **(1)**, **(2)**, or **(3)** above.

This exclusion applies whether or not such "hazardous material(s)" has any function in your business, operations, premises, site or location.

B. **SECTION V – DEFINITIONS** is amended and the following added:

"**Hazardous materials**" means "pollutants," and materials that are radioactive, corrosive, oxidizers, asphyxiates, biohazardous, toxic, pathogen or allergen substances and organisms, lead, asbestos, silica and materials containing them.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                 Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CGL 1040 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – OFF ROAD MOTOR VEHICLES

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** is amended and the following added:

This insurance does not apply to "bodily injury" or "property damage" arising out of the ownership, maintenance or use, on or off public roads, of any "Off Road Motor Vehicle."

It is the intent of this endorsement to exclude from this insurance all claims, demands, or suits as above described.  There shall, therefore, be no duty or obligation on our part under this insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your or its agents, servants, or employees, or any third parties for any such claim, demand or suit.

This exclusion applies whether or not such "Off Road Motor Vehicle(s)" has any function in your business, operations, premises, site or location.

The following is added to **SECTION V – DEFINITIONS**:

 "Off Road Motor Vehicle" means

    a.   A golf cart, mobile cart, snowmobile, or minibike, or

    b.   Any other land motor vehicle designed for use principally off public roads.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

    (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:           Policy No.:           Endorsement No.:

Named Insured:

           Authorized Representative _____

WCIS CGL 1048 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES

This endorsement changes/ modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

This insurance does not apply to any claim for punitive or exemplary damages, fines or penalties imposed by law, restitution or any damages which are a multiple of, or in addition to, compensatory damages including related interest or costs whether or not such damages, related interest or costs are characterized as punitive or exemplary damages (hereinafter referred to as punitive or exemplary damages).  If a "suit" shall have been brought against the insured for a claim falling within the coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then the company will afford a defense to such action; however, the company shall not have an obligation to pay for any costs, interest, or damages attributable to punitive or exemplary damages.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                Policy No.:                         Endorsement No.:

Named Insured:
                                            Authorized Representative _____

WCIS CGL 1058 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY**.

# EXCLUSION – SCHEDULED CANINE(S)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** are amended and the following added:

This policy does not apply to "bodily injury," "property damage" or "personal and advertising injury," arising from claims or "suits" resulting directly or indirectly from any claim or occurrence involving any dog or dogs, or arising out of the use of any dog or dogs, described in the Description of Excluded Canines Schedule contained in this endorsement. This exclusion applies to any such claim, demand or suit whether advocating any theory of liability, including but not limited to, contractual assumption of liability, negligent hiring, negligent training, or negligent supervision.

This exclusion applies whether or not such dog or dogs have any function in your business, operations, premises, site or location.

| **Description of Excluded Canines Schedule:** |
| --- |
| Any and All Canines |

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                     Policy No.:                          Endorsement No.:

Named Insured:

Authorized Representative _____

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - TERRORISM

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "**any injury or damage**" caused directly by or as a consequence of a "**certified act of terrorism**" or "**other act of terrorism**," including any action not otherwise excluded under the War and Military Action exclusion that is taken by a government or sovereign power (de jure or de facto) in controlling, preventing, suppressing, retaliating against or in any way responding to a "**certified act of terrorism**" **or** "**other act of terrorism**."   Such injury or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, even if the act of a "**certified act of terrorism**" or "**other act of terrorism**," that causes or results in the loss or damage itself is itself a cause of loss that is otherwise insured against under this policy.

If, by reason of this exclusion, we allege that any loss or damage under this policy is not covered, the burden of proving that such loss or damage is covered shall be upon you.

The following definitions are added:

1.  For the purposes of this endorsement, "**any injury or damage**" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury," "property damage," "personal and advertising injury," "injury," "environmental damage" or "errors or omissions" as may be defined in any applicable Coverage Part.

2.  "**Certified act of terrorism**" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

a.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3.  "**Other act of terrorism**" means any violent act that is dangerous or destructive to human life, property or infrastructure, whether actual or threatened, and whether committed by one or more persons acting alone or in connection with any group or organization.  The act must not be certified as a "**certified act of terrorism**" pursuant to the federal Terrorism Risk Insurance Act and the act must contain one or more of the following criteria:

a.  The act is intended to influence, coerce or protest against the actions, behavior or policies of any government or sovereign power (de jure or de facto) or any segment of the government or sovereign; or

b.  To further any political, ideological, economic, religious or social aim, objective or cause; or

c.  To disrupt any segment of the global economy or the economy of any country or political state.

It is the intent of this endorsement to exclude from this insurance all claims, demands or "suits" arising from the insurable coverage excluded under this endorsement.  There shall, therefore, be no duty or obligation on our part under this insurance to defend, respond to, investigate or indemnify anyone, including but not limited to you, your agents, servants or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CGL 1063 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF STATUTES OR ORDINANCES (ABSOLUTE)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** are amended and the following added:

This insurance does not apply to any claim or suit alleging or asserting, in whole or part, "bodily injury," "property damage," or "personal and advertising injury" arising out of any actual or alleged violation of any criminal or penal statutes or ordinances, anti-trust statutes, anti-competitive statutes, unfair competition statutes, unfair business practice statutes or any regulations and rules thereunder.

This exclusion applies:

**(a)** whether any insured may or may not be liable as an employer or in any other capacity; and

**(b)** to any obligation to contribute to, share damages with, repay or indemnify someone else who must pay damages because of the "bodily injury," "property damage," or "personal and advertising injury."

It is the intent of this endorsement to exclude from this insurance all claims or suits which advocate any theory of liability, whether sounding in, or alleging tort or contract. There shall further be no duty or obligation on the part of the Company to respond to, indemnify, investigate, or defend any insured with respect to any such claim or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1065 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION – RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS

This endorsement changes/modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

This insurance does not apply to:

"Bodily injury," "property damage" or "personal and advertising injury" directly or indirectly arising out of, caused by, resulting from, contributed to, aggravated by or related to:

1. Ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel;

2. The radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof;

3. Any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;

4. The radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter.  The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes; or

5. Any chemical, biological, bio-chemical, or electromagnetic weapon.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER ATTACK

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

This insurance does not apply to:

"Bodily injury," "property damage" or "personal and advertising injury" directly or indirectly arising out of, caused by, resulting from, contributed to, aggravated by or related to:

1. Subject only to item 2 below, the use or operation, as a means for inflicting harm, of any computer, computer system, computer software program, malicious code, computer virus or process or any other electronic system.

2. Where this endorsement is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, item 1 above shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software program or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:            Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1072 10 16

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SANCTIONS LIMITATION

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

This insurance does not apply to:

"Bodily injury," "property damage" or "personal and advertising injury" directly or indirectly arising out of, caused by, resulting from, contributed to, aggravated by or related to:

1.  Any claim or providing any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that Company to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                Policy No.:                    Endorsement No.:

Named Insured:

                                                 Authorized Representative _____

WCIS CGL 1073 10 16

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

This insurance does not apply to:

"Bodily injury," "property damage" or "personal and advertising injury" directly or indirectly arising out of, caused by, resulting from, contributed to, aggravated by or related to:

1.   War, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power.

This endorsement also excludes loss, damage, cost or expense of any nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to item 1 above.

If the Company alleges that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the insured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1074 10 16

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – NUCLEAR ENERGY LIABILITY (BROAD FORM)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

This insurance does not apply to:

"Bodily injury," "property damage" or "personal and advertising injury" directly or indirectly arising out of, caused by, resulting from, contributed to, aggravated by or related to:

1. With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

2. The "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

3. "Hazardous properties" of "nuclear material," if:

    a. The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

    c. The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction,

maintenance, operation or use of any "nuclear facility."

As used in this endorsement:

1. "Hazardous properties" includes radioactive, toxic, or explosive properties;

2. "Nuclear material" means "source material," "special nuclear material," or "by-product material;"

3. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

4. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

5. "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility;"

6. "Nuclear facility" means:

    a. Any "nuclear reactor;"

    b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing, or packaging "waste;"

    c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

Print Date: 2/15/2021

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

e.   "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material

f.   "Property damage" includes all forms of radioactive contamination of property.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK:  SECURITY OR PATROL WORK FOR SCHOOLS

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

> Description of "Your Work" Schedule:
> Security or patrol work for schools during school hours or during any before or after school activity, meeting or event.

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy to which attach as listed in the Declarations Page or the Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date: _____      Policy No.: _____      Endorsement No:. _____

Named Insured: _____

Authorized Representative _____

WCIS CGL 1077 04 17

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK: HOSPITAL EMERGENCY ROOM AND URGENT CARE FACILITIES

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

Description of "Your Work" Schedule:

Security guard or patrol operations inside or outside of hospital emergency rooms (ER) or Urgent Care facilities.

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 1092 06 18

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COMMUNICABLE DISEASE

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions, SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions, SECTION I – COVERAGES, COVERAGE D ERRORS AND OMISSIONS LIABILITY COVERAGE, Item 2. Exclusions (if applicable) and SECTION V - Definitions** of the **COMMERCIAL GENERAL LIABILITY COVERAGE FORM** are amended and the following added:

2. Exclusions:

This insurance does not apply to:

**COMMUNICABLE DISEASE**

A.      Claims or suits to recover any damages, including but not limited to, "bodily injury," "property damage," or "personal and advertising injury" based upon, related to, arising out of, directly or indirectly resulting from, in consequence of, in any way connected to, or in the sequence of events involving any actual or alleged (i) transmission of a "communicable disease," as that term is defined herein, or (ii) violation of federal, state or local law, rule, regulation or order governing health care processes or procedures, including those applicable to the collection, recording, storing, handling, utilization, privacy and/or disclosure of personal information, including but not limited to medical information.  Pursuant to this exclusion, the Company is under no duty to defend or indemnify any insured regardless of the degree of negligence, culpability or intent and without regard to:

1.   Whether the acts or omissions giving rise to the claim or suit are alleged to be by or at the instruction or at the direction of any insured, its/her/his officers, employees, agents or servants or by any other person lawfully or otherwise on, at or near premises owned or occupied by any insured or by any other person;

2.   Whether the acts are alleged to be the legal or proximate or but for cause of "bodily injury" or "property damage" or to have concurrently caused or independently caused said "bodily injury" or "property damage;"

3.   The actual or alleged failure or fault of any insured or its/her/his officers, employees, agents or servants, in the hiring, training, supervision, retention, control, screening or monitoring of any person, whether or not an officer, employee, agent or servant of any insured;

4.   The actual or alleged negligence or other wrongdoing in the: (i) supervising, hiring, employing, training or monitoring of others that may be infected with and spread a "communicable disease"; (ii) testing, screening or monitoring for a "communicable disease"; (iii) failure to prevent the spread of the disease; or (iv) failure to report the disease to authorities.

5.   The actual or alleged failure or fault of any insured, or its/her/his officers, employees, agents or servants, to attempt to suppress, prevent, bar, manage or halt any such acts or omissions which may have given rise to the claim or suit;

6.   The actual or alleged failure or fault of any insured, or its/her/his officers, employees, agents, or servants, to maintain a safe or secure environment or place of business;

7.   Any act, error or omission by any insured, or its/her/his officers, employees, agents, or servants, in rendering or failing to render aid or assistance to any person; or

8.   Any theory of or basis for liability, recovery or relief, or the manner in which such theory of or basis for liability, recovery or relief is alleged, asserted or pleaded (including, but not limited to, "claims" or "suits" which allege, assert or plead negligence in whole or in part), where the operative acts, omissions and/or underlying events arise out of, or are related to causing or failing to prevent the spread of a "communicable disease".  The Company shall have the sole and exclusive right to determine whether or not such operative act, omissions and/or underlying events arise out of or are related to the causing or failure to prevent the spread of a "communicable disease".  If such determination is disputed, the Company shall have the right, in addition to all other rights and

WCIS CGL 1107 04 20                                                                                                          Page 1 of 2

remedies at law and/or in equity, to file and prosecute an action for declaratory relief at any time in a court having appropriate jurisdiction.

B. Additionally, this exclusion applies to any claim or suit by any person, firm or organization, asserting rights derived from, or contingent upon, any person having or asserting a claim or suit that is excluded under paragraph A. above.  This exclusion also excludes from coverage claims suits for:

1. Emotional distress, or for loss of society, services, consortium and/or income;

2. Reimbursement for expenses (including, but not limited to medical expenses, hospital expenses and wages) paid or incurred by such other person, firm or organization; or

3. Any obligation to share damages with indemnify or repay someone who must pay damages because of "bodily injury" or "property damage"

where such claims or suits are based upon, relate to, arise out of, directly or indirectly result from, are in consequence of, are in any way connected to, or are in the sequence of events where the operative acts, omissions and/or underlying events are alleged to have caused or failed to prevent the spread of a "communicable disease".

**SECTION V – DEFINITIONS** of your **Commercial General Liability Coverage Form** are amended and the following added:

"**Communicable Disease**" means an illness caused by an infectious agent or its toxins that occurs through the direct or indirect transmission of the infectious agent or its products from an infected individual or via an animal, vector or the inanimate environment to a susceptible animal or human host.

"**Infectious Agent**" encompasses any pathogen, material or agent that can cause an infection that can lead to a disease or communicable disease, including without limitation any bacterial, viral, fungal, rickettsial, prionic and parasitic pathogen, material or agent.

**THIS ENDORSEMENT SUPERCEDES AND REPLACES ANY OTHER PROVISION(S) OF THE POLICY THAT ARE INCONSISTENT WITH THE TERMS OF THIS ENDORSEMENT.**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative_____

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - ASSAULT AND BATTERY AS SPECIFIED
## (DEFENSE INSIDE)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

### SCHEDULE OF LOCATION(S) OR OPERATION(S)

### SCHEDULE OF LIMITS OF INSURANCE
### ASSAULT AND BATTERY

| | |
|---|---|
| **Assault and Battery Limit** | |
| **Assault and Battery Aggregate Limit** | |

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions, SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES, COVERAGE D - ERRORS AND OMISSIONS LIABILITY COVERAGE, Item 2. Exclusions** are amended and the following added**:**

**ASSAULT AND BATTERY EXCLUSION**

**A.** Claims or suits to recover any damages, including but not limited to "bodily injury," "property damage," and "personal and advertising injury" based upon, related to, arising out of, directly or indirectly resulting from, in consequence of, in any way connected to, or in the sequence of events involving any actual or alleged "assault" and/or "battery," as those items are defined herein, and claims or suits for false arrest, false detention or false imprisonment, where such false arrest, false detention or false imprisonment is based upon, relates to, arises out of, directly or indirectly results from, is in consequence of, is in any way connected to, or is in the sequence of events involving any actual or alleged "assault" and/or "battery."  Pursuant to this exclusion, the Company is under no duty to defend or indemnify any insured regardless of the degree of culpability or intent and without regard to:

   **1.** Whether the acts are alleged to be by or at the instruction or at the direction of any Insured, Insured's officers, employees, agents or servants; or by any other person lawfully or

otherwise on, at or near premises owned or occupied by any insured; or by any other person;

   **2.** Whether the acts are alleged to be the legal or proximate or but for cause of "bodily injury" or "property damage" or to have concurrently caused or independently caused said "bodily injury" or "property damage";

   **3.** The actual or alleged failure or fault of any Insured or Insured's officers, employees, agents or servants, in the hiring, supervision, retention or control of any person, whether or not an officer, employee, agent or servant of any Insured;

   **4.** The actual or alleged failure or fault of any Insured, or Insured's officers, employees, agents or servants, to attempt to suppress, prevent, bar, manage or halt any such acts which may constitute an "assault" and/or "battery";

   **5.** The actual or alleged failure or fault of any Insured, or Insured's officers, employees, agents, or servants, to maintain a safe or secure environment or place of business;

   **6.** Any act, error or omission by any Insured, or Insured's officers, employees, agents, or servants, in rendering or failing to render aid or assistance to any person; or

   **7.** The theory of or basis for liability, recovery or relief, or the manner in which such theory of or basis for liability, recovery or relief is

WCIS CGL 3004 12 18

Print Date: 2/15/2021

alleged, asserted or pleaded (including, but not limited to, "claims" or "suits" which allege, assert or plead negligence in whole or in part), where the operative acts and/or underlying events constitute an "assault" and/or "battery." The Company shall have the sole and exclusive right to determine whether or not such operative acts and/or underlying events constitute an "assault" or "battery." If such determination is disputed, the Company shall have the right, in addition to all other rights and remedies at law and/or in equity, to file and prosecute an action for declaratory relief at any time in a court having appropriate jurisdiction.

**B.** Additionally, this exclusion applies to any claim or suit by any person, firm or organization, asserting rights derived from, or contingent upon, any person having or asserting a claim or suit that is excluded under paragraph **A.** above. This exclusion also excludes from coverage claims suits for:

**1.** Emotional distress, or for loss of society, services, consortium and/or income;

**2.** Reimbursement for expenses (including, but not limited to medical expenses, hospital expenses and wages) paid or incurred by such other person, firm or organization; or

**3.** Any obligation to share damages with indemnify or repay someone who must pay damages because of "bodily injury" or "property damage";

where such claims or suits are based upon, relate to, arise out of, directly or indirectly result from, are in consequence of, are in any way connected to, or are in the sequence of events involving any actual or actual or alleged "assault" and/or "battery."

## ASSAULT AND BATTERY EXTENTION OF COVERAGE AND LIMITS OF INSURANCE

**A.** If a claim or suit is excluded from coverage by operation of the Assault and Battery Exclusion, the Company hereby agrees to waive the Assault and Battery Exclusion, but only (i) with respect to the location(s) or operation(s) listed in the Schedule of Location(s) or Operation(s); (ii) to the extent of the limits shown in this Schedule of Limits of Insurance set forth in this Assault and Battery Coverage Limitation endorsement and (iii) with respect to "bodily injury", "property damage" or "personal or advertising injury" under Section I – Coverage A or Coverage B.

The Assault and Battery Limit is the most we will pay for all damages and claim expenses for all claims or suits based upon, related to, arising out of, directly or indirectly resulting from, in

consequence of, in any way connected to, or in the sequence of events involving any "assault" and/or "battery" at location(s) or operation(s) listed in the Schedule of Location(s) or Operation(s).

Any series of related incidents of "Assault" and "Battery" such as a battery involving multiple blows, an altercation involving multiple participants, a battery and false imprisonment, or any combination thereof, shall be deemed to be a single occurrence for purposes of the "Assault and Battery Limit" scheduled in this endorsement, regardless of the number of persons that have sustained injury or the number of persons that have been sold, served, or furnished an alcoholic beverage or beverages.

The Assault and Battery Aggregate Limit is the most we will pay for all damages and claim expenses for all claims or suits based upon, related to, arising out of, directly or indirectly resulting from, in consequence of, in any way connected to, or in the sequence of events involving any "assault" or "battery" at the location listed in the Schedule of Location(s) or Operation(s).

The incurrence of claim expenses serves to reduce and may exhaust the Limits of Insurance available to pay for damages because of an "assault" and/or "battery." The right and duty to defend with respect to any "assault" and "battery" claim ends when we have used up the Assault and Battery Limit or the Assault and Battery Aggregate Limit.

**B.** The limits of coverage if applicable provided by your **Commercial General Liability Coverage Form** for "bodily injury," "property damage," and "personal and advertising injury," arising out of "Assault" and "Battery" are subject to the Assault and Battery Limit and the Assault and Battery Aggregate Limit as scheduled in this endorsement.

**1.** The Assault and Battery Limit as set forth herein is the most we will pay under the coverage form to which this endorsement may apply for the sum of:

**a.** all damages under Section I – Coverage A and Coverage B of your Commercial General Liability Coverage Form

because of all "bodily injury," "property damage," and "personal and advertising injury" arising out of any one occurrence and/or offense of an "Assault" and "Battery."

**2.** The "Assault and Battery Aggregate Limit" shown in the schedule of this endorsement is the most we will pay under the coverage form to which this endorsement applies for the sum of:

**a.** all damages under Section I – Coverage A and Coverage B

arising out of all claims or suits for "Assault" and "Battery."

3. Any damages payable under this endorsement shall be included within and reduce:

   a. the Each Occurrence Limit or Personal and Advertising Injury Limit; and
   b. the General Aggregate Limit except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard,"

of the Commercial General Liability Coverage Form, as applicable.

**SECTION V – DEFINITIONS** of your **Commercial General Liability Coverage Form** are amended and the following added:

"**Assault**" means any act causing one or more individuals apprehension of harmful or offensive contact by a person or thing, including apprehension of harmful or offensive contact resulting from threats through words or deeds.

"**Battery**" means a harmful or offensive contact to one or more individuals by a person or thing, or a harmful or offensive contact between or among two or more persons.

**THIS ENDORSEMENT SUPERCEDES AND REPLACES ANY OTHER PROVISION(S) OF THE POLICY THAT ARE INCONSISTENT WITH THE TERMS OF THIS ENDORSEMENT.**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                        Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CGL 3004 12 18

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION – SEXUAL ABUSE AND/OR MISCONDUCT AS SPECIFIED
## (DEFENSE INSIDE)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SCHEDULE OF LOCATION(S) OR OPERATION(S)**

**SCHEDULE OF LIMITS OF INSURANCE
SEXUAL ABUSE OR MISCONDUCT**

| | |
|---|---|
| **Sexual Abuse or Misconduct Limit** | |
| **Sexual Abuse of Misconduct Aggregate Limit** | |

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions, SECTION I – COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES, COVERAGE D - ERRORS AND OMISSIONS LIABILITY COVERAGE, Item 2. Exclusions** are amended and the following added**:**

**SEXUAL ABUSE AND/OR MISCONDUCT EXCLUSION**

A. Claims or suits to recover any damages, including but not limited to "bodily injury," "property damage," or "personal and advertising injury" based upon, related to, arising out of, directly or indirectly resulting from, in consequence of, in any way connected to or in the sequence of events involving any actual or alleged "Sexual Abuse and/or Misconduct." Pursuant to this exclusion, the Company is under no duty to defend or indemnify any insured regardless of the degree of culpability or intent and without regard to:

1. Whether the acts are alleged to be by or at the instruction or at the direction of any Insured, Insured's officers, employees, agents or servants; or by any other person lawfully or otherwise on, at or near premises owned or occupied by any Insured; or by any other person;

2. Whether the acts are alleged to be the legal or proximate or but for cause of "bodily injury" or "property damage" to have concurrently caused or independently caused said "bodily injury" or "property damage";

3. The actual or alleged failure or fault of any Insured or Insured's officers, employees, agents or servants, in the hiring, supervision, retention or control by any person, whether or not an officer, employee, agent or servant of any Insured;

4. The actual or alleged failure or fault of any Insured, or Insured's officers, employees, agents or servants, to attempt to suppress, prevent, bar, manage or halt any such acts which may constitute "Sexual Abuse and/or Misconduct";

Print Date: 2/15/2021

5. The actual or alleged failure or fault of any Insured, or Insured's officers, employees, agents, or servants, to maintain a safe or secure environment or place of business;

6. Whether the damages are caused by negligent acts, errors or omissions in the practice of your business;

7. Any act, error or omission by any Insured, or Insured's officers, employees, agents, or servants, in rendering or failing to render aid or assistance to any person; or

8. The theory of or basis for liability, recovery or relief, or the manner in which such theory of or basis for liability, recovery or relief is alleged, asserted or pleaded (including, but not limited to, "claims" or "suits" which allege, assert or plead negligence in whole or in part), where the operative acts and/or underlying events constitute a "Sexual Abuse and/or Misconduct." The Company shall have the sole and exclusive right to determine whether or not such operative acts and/or underlying events constitute a "Sexual Abuse and/or Misconduct." If such determination is disputed, the Company shall have the right, in addition to all other rights and remedies at law and/or in equity, to file and prosecute an action for declaratory relief at any time in a court having appropriate jurisdiction.

**B.** This exclusion applies to any claim or suit by any person, firm or organization, asserting rights derived from, or contingent upon, any person having or asserting a claim or suit that is excluded under paragraph **A.** above. This exclusion also excludes from coverage claims and suits for:

1. Emotional distress, or for loss of society, services, consortium and/or income.

2. Reimbursement for expenses (including, but not limited to medical expenses, hospital expenses and wages) paid or incurred by such other person, firm or organization; or

3. Any obligation to share damages with, indemnify or repay someone who must pay damages because of "bodily injury" or "property damage" where such claims or suits are based upon, relate to, arise out of, directly or indirectly result from, are in consequence of, are in any way connected to, or are in the sequence of events involving any actual or alleged "Sexual Abuse and/or Misconduct."

**SEXUAL ABUSE AND/OR MISCONDUCT EXTENSION OF COVERAGE AND LIMITS OF INSURANCE**

**A.** If a claim or suit is excluded from coverage by operation of the Sexual Abuse and/or Misconduct exclusion, the Company hereby agrees to waive the Sexual Abuse and/or Misconduct Exclusion, but only (i) with respect to the location(s) or operation(s) listed in the Schedule of Location(s) or Operation(s); (ii) to the extent of the limits shown in the Schedule of Limits of Insurance set forth in this Sexual Abuse and/or Misconduct Coverage Limitation endorsement; and (iii) with respect to "bodily injury," "property damage" or "personal and advertising injury" under Section I - Coverage A and Coverage B.

The Sexual Abuse and/or Misconduct Limit is the most we will pay for all damages and claim expenses for all claims or suits based upon, related to, arising out of, directly or indirectly resulting from, in consequence of, in any way connected to, or in the sequence of events involving any "Sexual Abuse and/or Misconduct" at location(s) or operation(s) listed in the Schedule of Location(s) or Operation(s).

Any series of related incidents of "Sexual Abuse and/or Misconduct" involving multiple related claims, or involving multiple participants, or any combination thereof, shall be deemed to be a single occurrence for purposes of the Sexual Abuse and/or Misconduct Limit scheduled in this endorsement, regardless of the number of persons that have sustained "Sexual Abuse and/or Misconduct" or participated in the offense. Multiple incidents of abuse or molestation which take place over multiple policy periods for which coverage is provided by us shall be subject to the coverage and occurrence limits in effect at the time of the first such incident.

The incurrence of claim expenses serves to reduce and may exhaust the Limits of Insurance available to pay for damages because of a claim involving "Sexual Abuse and/or Misconduct." The right and duty to defend with respect to any "Sexual Abuse and/or Misconduct" claim ends when we have used up the Sexual Abuse and/or Misconduct Limit and the Sexual Abuse and/or Misconduct Aggregate Limit.

**B.** The limits of coverage, if applicable, provided by your **Commercial General Liability Coverage Form** for "bodily injury," "property damage," and "personal and advertising injury," arising out of "Sexual Abuse and/or Misconduct" are subject to the Sexual Abuse and/or Misconduct Limit and the Sexual Abuse and/or Misconduct Aggregate Limit as scheduled in this endorsement.

1. The Sexual Abuse and/or Misconduct Limit as set forth herein is the most we will pay under

Print Date: 2/15/2021

the coverage form to which this endorsement may apply for the sum of:

**a.** all damages under Section I – Coverage A and Coverage B of your Commercial General Liability Coverage Form

because of all "bodily injury," "property damage," and "personal and advertising injury" arising out of any one occurrence and/or offense of "Sexual Abuse and/or Misconduct."

**2.** The Sexual Abuse and/or Misconduct Aggregate Limit shown in the schedule of this endorsement is the most we will pay under the coverage form if applicable to which this endorsement applies for the sum of:

**a.** all damages under Section I – Coverage A and Coverage B
arising out of all claims or   suits for "Sexual Abuse and/or Misconduct."

**3.** Any damages payable under this endorsement shall be included within and reduce:
**a.** the Each Occurrence Limit or Personal and Advertising Injury Limit; and

**b.** the General Aggregate Limit except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard,"

of the Commercial General Liability Coverage Form, as applicable.

**SECTION V – DEFINITIONS** of your **Commercial General Liability Coverage Part** is amended and the following added:

"**Sexual Abuse and/or Misconduct**" is broadly defined to include, but not be limited to, any sexual and/or physical abuse, misconduct, molestation or licentious, immoral or sexual behavior whether intended or not intended to lead to or culminate in, any sexual act, whether caused by, or at the instigation of, or at the direction of, or omission by, any insured, employee, or anyone whatsoever; and shall further include, but not be limited to, the negligent or intentional infliction of physical, emotional, or psychological injury or harm on any person or persons.

**THIS ENDORSEMENT SUPERCEDES AND REPLACES ANY OTHER PROVISION(S) OF THE POLICY THAT ARE INCONSISTENT WITH THE TERMS OF THIS ENDORSEMENT.**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:          Policy No.:          Endorsement No.:

Named Insured:          Authorized Representative _____

WCIS CGL 3009 12 18          Page 3 of 3

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COVERAGE LIMITATION - SPECIAL EVENTS

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM**

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, Item 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** are amended and the following is added:

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "Bodily Injury" or "Property Damage" arising out of the work described in the Description of "Your Work" Schedule contained in this endorsement, regardless of whether such work was conducted by you or on your behalf.  This endorsement applies even if other causes contribute to or aggravate the "Bodily Injury" or "Property Damage."

> Description of "Your Work" Schedule:
> Any and all operations at or arising from:
>
> - Any special event with more than        participants and/or attendees per day, including without limitation, any road race, adventure or obstacle race, march, rally or demonstration, street fair, state fair, county fair, municipal fair, concert or other public performance, amusement park or flea market.
>
> - Any concert open to the public where a fee is paid specifically for admission to such concert.
>
> - Any professional sporting event open to the public where a fee is paid specifically for admission to such professional sporting event.

It is the intent of this endorsement to exclude from this insurance all claims, demands or suits arising out of the rendering of or failure to render any services scheduled above in the Description of "Your Work" Schedule.  There shall, therefore, be no duty or obligation on our part under this Insurance to defend, respond to, investigate, or indemnify anyone, including but not limited to you, your agents, servants, or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 3012 07 19

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person Or Organization: |
|---|
| |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PRIMARY AND NON-CONTRIBUTING INSURANCE

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

To the extent that this insurance is afforded to any additional insured under this policy, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. Other Insurance**, is deleted in its entirety and replaced with the following condition:

**4.   Other Insurance**

If all of the other insurance permits contribution by equal shares, we will follow this method unless the insured is required by written contract signed by both parties, to provide insurance that is primary and non-contributory, and the "insured contract" is executed prior to any loss.  Where required by a written contract signed by both parties, this insurance will be primary and non-contributing only when and to the extent as required by that contract.

However, under the contributory approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.  If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:            Policy No.:                      Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 4026 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE
# CARE, CUSTODY OR CONTROL

This endorsement changes/modifies Insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

It is agreed that **SECTION I – COVERAGES, COVERAGE A PROPERTY DAMAGE LIABILITY, Item 2. EXCLUSIONS j. (4)** is deleted.

It is also agreed that **SECTION III – LIMITS OF INSURANCE** are amended and the following added:

The most we will pay under **COVERAGE A PROPERTY DAMAGE LIABILITY** for claims made against you for property damage to personal property in the care, custody or control of the insured are subject to the following limits of liability and deductible:

| | |
|---|---|
| Each Occurrence Limit: | $100,000 |
| Aggregate Limit: | $100,000 |
| Deductible: | $1,000 |

The Each Occurrence Limit as noted in this endorsement is the most we will pay because of "property damage" to personal property in the care, custody or control of the insured:  All claims for damages made by one or more persons because of any "claim" "suit" or incident shall be deemed to be one claim. The right and duty to defend with respect to any one claim ends when we have used up the each occurrence limit. The most we will pay under this policy in total judgments, settlements, or supplementary payments for any one claim is the each occurrence limit, subject to the aggregate limit as noted above.

The aggregate limit is the most we will pay under this endorsement as damages because of "property damage" to personal property in the care, custody or control of the insured, and expenses incurred in the defense and adjustment of claims and "suits" alleging damages to personal property in the care, custody or control of the insured, regardless of how many persons assert claims or "suits" against you. The each occurrence and aggregate limits described above are the most we will pay regardless of the number of insureds. These Limits of Insurance are subject to and not in addition to the General Aggregate Limit shown in the Declarations of the policy. Payments under these Limits of Insurance are part of and erode the policy General Aggregate Limit of Insurance shown in the Declarations.

Our obligation under the coverages provided under this amendatory endorsement for property damage liability to pay damages and supplementary payments on your behalf applies only to the amount of damages and supplementary payments in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

The deductible may not be satisfied by payments made by any additional insured, any other insurance, or any other insurer, unless such payments are made under a policy written specifically to cover the deductible obligations under this policy.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CGL 5010 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

## AMENDMENT OF COVERAGE

## EXTENDED PROPERTY DAMAGE – WITH SUB-LIMIT AND SUB-DEDUCTIBLE

## (LIMITED)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Notwithstanding anything to the contrary in this policy, including but not limited to any care, custody and control amendatory endorsement that may be part of or become part of this policy, it is agreed that:

1.  **SECTION V – DEFINITIONS, Item 17. Property Damage** is replaced with the following:

    "Property Damage" means:

    **(a)**  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **(b)**  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it; or

    **(c)**  Theft or loss of property, or an act of dishonesty committed by an employee of the named insured while in the course of his or her employment.

    For the purposes of this insurance, electronic data is not tangible property.

    But "Property Damage" does not include:

    **(d)**  Theft or loss of:

    **(1)**  money, securities, jewelry, or furs;
    **(2)**  any property or valuables while in transit or while held on the insured's premises;

    **(e)**  Loss, or that part of any loss, of inventory, the proof of which, either as to its factual existence or as to its amount, is dependent upon an inventory computation or enumeration, a comparison of inventory records with an actual physical count of inventory, or upon a profit and loss computation to establish the amount of any loss;

    **(f)**  Liability arising out of or contributed to or caused by the ownership, maintenance, operation, use, installation or monitoring of any alarm, alarm device, alarm component or alarm system;

    **(g)**  Any liability for theft or loss of property assumed by the insured in writing under contracts, leases or agreements unless such liability would have been covered hereunder even in the absence of such contracts, leases or agreements.

**2.a.**  With respect to item 1.(c) "Theft or loss of property, or an act of dishonesty committed by an employee of the named insured while in the course of his or her employment," as shown above, the total liability of the Company for all damages as the result of any one "occurrence" shall not exceed the limit of liability stated in the **schedule** below.   This sub-limit shall be inclusive of and not in addition to the limits of liability stated in the Declarations.

    <u>SCHEDULE:</u>

    **Each occurrence limit:** $25,000 _____

    **Policy aggregate limit:** $50,000 _____

**2.b.**  With respect to item 1.(c) "Theft or loss of property, or an act of dishonesty committed by an employee of the named insured while in the course of his or her employment," as shown above, the deductible amount indicated in the Deductible Liability Insurance endorsement, WCIS CGL 7002 11 17 , is amended to $1,000 in lieu of $1,000 .

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed on the Declarations Page or the Declarations Extension Schedule, and is effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective date:              Policy No.:                    Endorsement No.:

Named Insured:

                                  Authorized Representative_____

WCIS CGL 5013 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COVERAGE
# LOST KEY LIABILITY

This endorsement changes/modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions, j.** is amended the following added:

Paragraph **(4)** does not apply to the loss of or damage to keys entrusted to you in your ongoing business operations described in the Declarations.

**B.** **SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, Item 2. Exclusions** is amended and the following added:

This insurance does not apply to:

"Bodily injury" or "property damage" caused by misappropriation, secretion, conversion, infidelity or any act of dishonesty on the part of any Insured, his employees or agents.

**C.** **SECTION III – LIMITS OF INSURANCE** is amended and the following added:

The most we will pay under this insurance for the actual and necessary expense you incur to re-key or to adjust locks to accept new keys or, if required, new locks including cost of their installation at the customer's premises as a result of lost of or damaged keys entrusted to you by others is the Limit of Insurance shown below for this coverage:

      **Each Occurrence:** $25,000

      **Aggregate:** $25,000

      **Deductible:** $1,000

The Each Occurrence Limit is the most we will pay for the actual and necessary expense you incur to re-key or to adjust locks to accept new keys or, if required, new locks including cost of their installation at the customer's premises as a result of lost or damaged keys entrusted to you in any one "occurrence."  All claims for expenses you incur and to which this insurance applies in any event or series of related events shall be deemed to be one "occurrence."

The Aggregate Limit is the most, subject to the Each Occurrence Limit, we will pay for all claims for all expenses to which this insurance applies.

The Each Occurrence and Aggregate Limits described above are the most we will pay regardless of the number of insureds. These Limits of Insurance are subject to and not in addition to the General Aggregate Limit shown in the Declarations of the policy. Payments under these Limits of Insurance are part of and erode the policy General Aggregate Limit of Insurance shown in the Declarations.

The Company's obligation to reimburse you for those amounts you incur as expenses applies only to the amount in excess of the deductible amount set forth in this endorsement. The deductible amount shall apply to all expense you incur and to which this insurance applies as the result of one "occurrence."

**D.** **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS, Item 4. Other Insurance** is deleted and replaced with the following:

    **4.** **Other Insurance**

        This insurance is excess over any other valid and collectible insurance available to the insured.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed on the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date: _____     Policy No.: _____     Endorsement No.: _____

Named Insured: _____

Authorized Representative _____

WCIS CGL 5017 12 15

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Print Date: 2/15/2021

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

## INSURED RETENTION ENDORSEMENT - DEDUCTIBLE

This endorsement changes/modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

|  | AMOUNT AND BASIS OF DEDUCTIBLE | |
|---|---|---|
| **COVERAGE A** | **PER CLAIM** | **PER OCCURRENCE** |
| **BODILY INJURY LIABILITY** | $ | $ |
| OR | | |
| **PROPERTY DAMAGE LIABILITY** | $ | $ |
| OR | | |
| **BODILY INJURY LIABILITY AND/OR PROPERTY DAMAGE LIABILITY COMBINED** | $<br>**PER INJURY** | $ 25,000 |
| **COVERAGE B**<br>**PERSONAL AND ADVERTISING INJURY LIABILITY** | $<br>**PER CLAIM** | $ 25,000<br>**PER OCCURRENCE** |
| **COVERAGE C**<br>**MEDICAL PAYMENTS** | $<br>**PER CLAIM** | $<br>**PER OCCURRENCE** |
| **COVERAGE D**<br>**ERRORS AND OMISSIONS LIABILITY** | $<br>**PER CLAIM** | $<br>**PER OCCURRENCE** |
| **COVERAGE E**<br>**CONTRACTORS POLLUTION LIABILITY** | $ | $ |

**A.** Our obligation under the Bodily Injury Liability, Property Damage Liability, Personal and Advertising Injury Liability, Medical Payments or Errors and Omissions Liability Coverages to pay damages and Supplementary Payments on your behalf applies only to the amount of damages and Supplementary Payments in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** Your policy may have a deductible amount on either a per claim, a per "occurrence," or a per injury basis. Your deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1.** **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

        **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

        **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage";

        **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

            **(1)** "Bodily injury";
            **(2)** "Property damage"; or
            **(3)** "Bodily injury" and "property damage" combined; or

        **d.** Under Supplementary Payments – Coverages **A**, **B**, **D** AND **E** to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies;

        **e.** Under Medical Payments Coverage **C**, to all damages sustained by any one person because of "bodily injury";

        **f.** Under Errors and Omissions Liability Coverage **D** to all damages sustained by any one person resulting from negligent acts, errors or omissions

as the result of any one "occurrence."

g.  Under Contractor Pollution Liability Coverage **E** to all damages sustained by any one person because of "bodily injury," "property damage," or "clean--up costs."

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury," a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage," person includes an organization.

2.  **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a per "occurrence" basis, that deductible amount applies as follows:

a.  Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

b.  Under Property Damage Liability Coverage, to all damages because of "property damage";

c.  Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

(1)  "Bodily injury";
(2)  "Property damage"; or
(3)  "Bodily injury" and "property damage" combined; or

d.  Under Supplementary Payments – Coverages **A, B, D** AND **E** to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies.

e.  Under Medical Payments Coverage **C**, to all damages sustained by any one person because of "bodily injury";

f.  Under Errors and Omissions Liability Coverage **D**, to all damages resulting from negligent acts, errors or omissions.

g.  Under Contractor Pollution Liability Coverage E to all damages sustained by any one person because of "bodily injury," "property damage," or "clean-up costs."

as the result of any one "occurrence," regardless of the number of persons or organizations who sustain damages because of that "occurrence."

3.  **PER INJURY BASIS.** If the deductible amount indicated in the Schedule above is on a per injury basis, the deductible amount applies as follows:

a.  Under the Personal and Advertising Injury Liability Coverage to all damages because of "personal and advertising injury" sustained by any one person or organization as a result of any one injury.

b.  Under Supplementary Payments – Coverages **A, B, D** AND **E** to all amounts we pay in the defense and investigation of any claim or "suit" to which this insurance applies.

C.  The terms of this insurance, including those with respect to:

1.  Our right and duty to defend the insured against any "suits" seeking those damages; and

2.  Your duties in the event of an "occurrence," claim, or "suit"

apply irrespective of the application of the deductible amount.

D.  We, at our sole election and option, may either:

1.  Pay any part or all of the deductible amount to effect settlement of any claim or "suit" or payment of Supplementary Payments. Upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us; or

2.  Simultaneously upon receipt of notice of any claim or "suit," or at any time thereafter, request you pay or deposit with us all or any part of the deductible amount, to be held and applied by us as herein provided.

E.  The deductible may not be satisfied by payments made by any additional insured, any other insurance, or any other insurer, unless such payments are made under a policy written specifically to cover the deductible obligations under this policy.

F.  Notwithstanding any other provision of this policy or any endorsements thereto, including the Separation of Insureds Condition, all Named Insureds are jointly and severally liable to us for payment of the full deductible amounts applicable to any and all claims and "occurrences" to which this policy may apply.

## ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                Policy No.:                Endorsement No.:

Named Insured:

Authorized Representative _____

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

WCIS COND 9001 10 16

# FRAUDULENT CLAIM CONDITION

All Coverage Parts included in this policy are subject to the following condition:

1.   If the insured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this contract shall become void and any amounts claimed, paid or received hereunder shall be forfeited.

WCIS COND 9002 01 19

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BASIS OF PREMIUM ENDORSEMENT

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

It is understood and agreed that **Section IV – Commercial General Liability Conditions** is amended to include the following definitions of basis of premium used for computing premiums for this coverage:

**Gross Sales** or **Receipts** is defined as the gross amount charged by the named insured, concessionaires of the named insured, or by others trading under the insured's name for:

1. All goods or products, sold or distributed in the coverage territory as defined in the policy;
2. Operations performed during the policy period;
3. Rentals during the policy period; and
4. Dues or fees during the policy period.

Only the following items shall be deducted from Gross Sales or Receipts:

1. Sales or excise taxes which are collected and remitted directly to a governmental division;
2. Credits for repossessed merchandise and products returned;
3. Finance charges for items sold on installment;
4. Freight charges on sales if freight is charged as a separate item on customer's invoice; and
5. Royalty income from patent rights or copyrights which are not product sales.

**Construction Cost** is defined as the total cost of all work let or sublet, in connection with each specific project including:

1. The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work; and
2. The other costs associated with the execution of the work including office costs and overhead expenses, as well as all other fees involved in the completion of the project such as Attorney fees, Professional fees, Testing, Appraisal, Marketing; and
3. All bonuses or commissions, paid or due on the project.

Construction cost does not include the cost of the land, financing and insurance charges and fees for permits.

**Payroll** or **Remuneration** is defined as the sum of salaries, wages, tips, piece of work, commission, bonuses, overtime, board and meals for work performed and excluding excess in accordance with the state payroll limitation rules.

**Overtime** is defined as hours worked at increased rates of pay in excess of hours normally worked in a given day or week.  If there is a guaranteed wage plan which assures employees a given wage for working a specific number of hours per week, then the overtime means only the hours worked in excess of that specific amount.  If there are records available showing the wages paid for overtime separately, which exceed the amount that would have been paid for the same work during normal hours, then all such excess wages are excluded.  If these records show only the total of wages paid, including overtime on a time and one-half basis, then one-third of those wages should be excluded.  If double time is paid for overtime and the total pay for such overtime is recorded separately, one-half of the total pay for double time shall be excluded.

**Excluded** from payroll is remuneration paid to clerical office employees, including those whose duties are strictly limited to keeping the insured's books or records, conducting correspondence, or engaged in clerical work in these areas.  Anyone who does not work in the area separated physically by walled floors, or partitions from all other work areas of the insured is not considered.  An exception to this is if the payroll or clerical office employees are specifically included in a classification wording or footnote of the ISO general liability classification.

**Tonnage** or **Sales to Tonnage** is defined as the total weight of oilfield pipe and oilfield pipe casing sold by the Insured.

**Total Cost** or **Cost** is defined as the total cost of all work, let or sublet in connection with each specific project including:

1. The cost of labor, materials and equipment furnished, used or delivered for use in the execution of the work; and
2. All fees, bonuses or commissions made, paid or due.

**Units** is defined as the number of persons or items described.

**Rental Receipts** is defined as the gross amount charged by the named insured, concessionaires of the named insured, or by others trading under the insured's name for rental of equipment.

**Admissions** is defined as the total number of persons, other than employees of the named insured, admitted to an event or events conducted on the premises, whether on paid admission, tickets, complimentary tickets, or passes.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                Policy No.:                          Endorsement No.:

Named Insured:
                                           Authorized Representative _____

## CLAIM NOTIFICATION

**In the event of a claim or incident send all notifications and information to:**

## WestCongress Insurance Services LLC

151 West Congress, Suite 420
Detroit, MI 48226
(313) 782-4156

***Or E-Mail to:***

Attn:  Claim Department
claims@westcongress.com

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:          Policy No.:               Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CGL 10002 05 18

Print Date: 2/15/2021

# WESTCONGRESS SERVICE OF SUIT

The Company agrees that in the event of its failure to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction, and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

The Company hereby designates the Commissioner, Director or Superintendent of Insurance, or other officer specified by law for that purpose, or his successor or successors in office, or the person designated below, in the space indicated, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured arising out of this contract of insurance. It is further agreed that the Company shall abide by the final decision of any court having jurisdiction in which such action is filed, or by the decision of any appellate court in the event of an appeal.

Process may be served upon the authorized agent of the Company whose name and address are:

**WESTCONGRESS INSURANCE SERVICES, LLC**
**151 WEST CONGRESS, SUITE 420**
**DETROIT, MI 48226**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Effective date:                          Policy No.:                          Endorsement No:

Named Insured:

Authorized Representative_____

WCIS CGL 10003 12 15

# U.S. TERRORISM RISK INSURANCE ACT OF 2002, AS AMENDED, NOT PURCHASED

This endorsement is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002", as amended and as summarized in the disclosure notice.

It is hereby noted that the Company has made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the insured has declined or not confirmed to purchase this coverage.

This insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

All other terms, conditions, insured coverage and exclusions of this insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this insurance.

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Effective date:                          Policy No.:                          Endorsement No:

Named Insured:

Authorized Representative_____

WCIS CGL 10009 10 16

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

## AMENDMENT OF PREMIUM ENDORSEMENT

The following additional policy Conditions supersede any other policy conditions and the Named Insured hereby agrees that the total policy premium and minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

**Total Policy Premium**

This policy is subject to a Total Policy Premium which means the premium that is calculated as follows:

1.  The deposit premium as shown in the policy Declarations, plus
2.  Any premium adjustment by endorsement, plus
3.  Any additional premium developed by audit.

The premium entered on the Declarations page of this policy as DEPOSIT PREMIUM is a provisional premium only and is subject to adjustment in accordance with our rules, rates and the Premium Audit provisions of this policy. The earned premium for the audit period will be determined by the rating formula in section D. 1 of this endorsement.

The amount entered as DEPOSIT PREMIUM on the Declarations page of this policy has been computed on a composite rate basis for all coverages as follows:

Estimated Exposure divided by the Exposure Unit multiplied by the Composite Rate = DEPOSIT PREMIUM.

| Exposure Basis | Exposure Unit | Estimated Exposure | Composite Rate | DEPOSIT PREMIUM |
|---|---|---|---|---|
|  |  |  |  |  |

**A.  Minimum Earned Premium by Date Certain**

If the box below is checked and a date filled in where applicable the minimum earned premium for this policy will be 100% earned by the specific date referenced in this endorsement and there will be no return of premium if you cancel this policy.

☐  After (                    ) the premium is fully earned.

**B.  Audits and Minimum Earned Premium**

With regard to audits the Minimum Annual Premium is  100% of the DEPOSIT PREMIUM as stated in the

policy Declarations.  Premium adjustments affected as a result of premium audits may be done while the policy is in effect or after the policy is no longer in effect.  The due date for audit premiums is the date shown as the due date on the bill.

With regard to audits the DEPOSIT PREMIUM as stated in the policy Declarations cannot be reduced due to an audit, unless agreed to elsewhere in this policy.  Premium adjustments affected as a result of premium audits may be done while the policy is in effect or after the policy is no longer in effect.  The due date for audit premiums is the date shown as the due date on the bill.

**C.  Cancellation and Minimum Earned Premium**

1.  If you cancel this policy, the return premium will be the lesser of:
    a.  90% of the pro rata unearned premium or
    b.  75% of the Deposit Premium.

2.  If the Named Insured fails to remit premium payment when due, such failure shall be considered a request by the Named Insured to cancel this policy and the return premium will be determined in accordance with C. 1.

3.  If we cancel the policy for any reason, other than for non-payment of premium, the "minimum earned premium" shall not apply. We will return to you the pro rata amount of the unearned premium.

**D.  Rating Formula**

1.  The amount entered as DEPOSIT PREMIUM on the Declarations page of this policy will be adjusted to earned premium based on the following:

    Audited Exposure divided by the Exposure Unit multiplied by the Composite Rate = Earned Premium

    Failure to pay any resulting additional premium when due may result in cancellation of any policies still in effect and will be done in accordance with C. 1.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PREMIUM - SPECIAL CONDITIONS FOR SUBCONTRACTORS INCLUDING SELF-INSURED RETENTION

This endorsement changes/modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.  SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended and the following Policy Conditions added:

1.  Certificates of insurance with limits of liability equal to or greater than those provided by this policy *(underwritten by an insurance company with at least an "A-7" Best rating as defined by AM Best)* will be obtained from all subcontractors prior to commencement of any work performed for the insured. Insurance must be maintained during the policy period to coincide with those listed on this policy's declaration page.

2.  The insured will obtain hold harmless agreements from subcontractors indemnifying the insured and the owner against all losses for work performed for the insured by any and all subcontractors.

3.  The Insured will be named as Additional Insured on all subcontractors General Liability policies.

4.  Evidence of compliance must be provided to the company during annual premium audit. Failure to comply with the above conditions will result in additional premium charged against contract cost for jobs not in compliance.

    a.  Additional premium will be charged at a rate of $_____ per $1,000 of contract costs.

    b.  If a claim is charged to this policy due to a subcontractor's operations that are not in compliance with policy conditions 1, 2, and 3 above, a "Self-Insured Retention" of $_____ will apply for any such loss(es). The "Self-Insured Retention" amount listed here is applicable only to losses due to subcontractors operations that are not in compliance with policy conditions 1, 2 and 3 above. Any other "Self-Insured Retention" listed on the policy declarations or within the West Congress Insurance Services, LLC Self Insured Endorsement remains as scheduled.

Commercial General Liability coverage maintained by subcontractors shall be primary and this policy shall be excess of limits of liability of such insurance, not withstanding the language of the Other Insurance provisions of this policy.

**B.**  The "Self-Insured Retention" amount stated above applies as follows:

1.  The Insured shall have the obligation to provide, at its own expense, for the investigation and defense of any "occurrence," claim, or "suit" which may be covered by this policy, and which falls within the "Self-Insured Retention" as noted in A.4 (b).  The Insured's obligation to provide for its own defense shall terminate upon the exhaustion, by payment, of the "Self-Insured Retention" referenced above.

2.  The "Self-Insured Retention" may not be exhausted by payments made by any Additional Insured, any other insurance, or any other insurer, unless such payments are made under a policy written specifically to cover the "Self-Insured Retention" obligations under this policy.  Subject only to the exception stated in the immediately preceding sentence, the Insured must make actual payment of the full "Self-Insured Retention" amount before the Limits of Insurance applicable to the coverage parts applicable to this endorsement will apply, and before we will have any duty to defend under this policy.  Compliance with this clause is a condition precedent to coverage under this policy.  In the event of the failure of the Insured to comply with this clause, no loss, cost, expense or other sums shall be payable by us under this policy.

3.  The *"Self-Insured Retention"* amount as shown in this endorsement, is the most you will pay for "Self-Insured Retention" amounts as a result of any one "occurrence" or offense giving rise to injury or damage sustained by any one person or organization.

WCIS CGL 11001 07 17

Print Date: 2/15/2021

4.    If the total sum of any judgment or settlement and "defense costs" applicable to a claim or "suit" to which this insurance applies is less than the "Self-Insured Retention" amount stated in the Schedule above, then we shall have no obligation under this policy. We will not be obligated to reimburse you or pay "defense costs," or to pay any loss expenses or legal expenses to you, or to anyone else on your behalf;

5.    This endorsement, and your obligations under it, applies regardless of your insolvency, bankruptcy or inability to pay, or that of anyone qualifying as an Insured. Your bankruptcy, insolvency, inability to pay, failure to pay, or refusal to pay the "Self-insured Retention" will not increase our obligations under the policy. In the event there is other insurance, whether or not applicable to an "occurrence," claim or "suit" within the "Self-Insured Retention" before the Limits of Insurance under this policy apply. Bankruptcy, insolvency, or the inability of anyone qualifying as an Insured to pay the "Self-Insured Retention" set forth in the Schedule, will not alter the terms of conditions of this endorsement.

C. Definitions:

1.    **Self-Insured Retention":**

Means the amount or amounts which you must pay on account of all damages which you may become legally obligated to pay because of "bodily injury," "property damage," "personal and advertising injury," medical payments, or any other such coverage included in the policy, and to which this insurance applies sustained by one or more persons or organizations, and includes all "defense costs" incurred in connection with any claim or "suit" seeking such damages, as well as any payments made to settle any such claim or "suit."

2.    **"Defense costs":**

Means all expenses directly allocable to specific claims, and shall include, but not be limited to, all Supplementary Payments as described under the SUPPLEMENTARY PAYMENTS – COVERAGES A AND B provisions of the policy; all fees for service of process, court costs, court expense; pre and post-judgment interest; attorney's fees; cost of undercover operative and detective services; costs and expenses of employing experts; costs for legal transcripts; copies of any public records; and costs of depositions and court reporters or recorded statements; alternative dispute resolution; costs and expenses of subrogation; and any similar fee cost or expense reasonably chargeable to the investigation, negotiation, settlement or defense of a loss or a claim or "suit" against you, or for the protection and perfection of your or our subrogation rights, but excludes an authorized claim service provider's per claim service fees, salaries of the Insured's employees, and office expenses of the Insured.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:            Policy No.:            Endorsement No.:

Named Insured:

                                                Authorized Representative _____

WCIS CGL 11001 07 17

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLICY LANGUAGE ENDORSEMENT

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM**

It is hereby understood and agreed the following policy language changes are made to the Policy:

WCIS - CGL 1014 12/15 - Exclusion - Designated Work: Security or Patrol Work for Low Income Housing.
The exclusion for low income housing does not apply to following locations:
Columbia Colony, LP 2999 Continental Colony Pkwy. SW ATL., GA 30331 colony@columbiares.com Fed ID #58-2506580
Columbia Commons, LP 2524 MLK, Jr. Drive, SW, Atlanta, GA 30311 commons@columbiares.com Fed ID #58-2578033
Cosby Spear 355 North Ave., NE, Atlanta, GA 30308 cosby@columbiares.com Fed ID #
Columbia Creste, LP 1903 Drew Drive, NW, Atlanta, GA 30318 crest@columbiares.com Fed ID #20-0045235
East Lake Tower (Highrise) 460 East Lake Boulevard, Atlanta, GA 30317 Tel. 404-373-9598 eastlake@columbiares.com
Villages of East Lake Phase I East Lake Redevelopment, LP eastlake@columbiares.com 460 East Lake Boulevard, Atlanta, GA 30317 Tel. 404-373-9598
Villages of East Lake Phase II 460 East Lake Boulevard, Atlanta, GA 30317 Tel. 404-373-9598 eastlake@columbiares.com
Columbia Estates, LP 1710 Noel Street, NW, Atlanta, GA 30318 estates@columbiares.com Fed ID #58-2650360
Columbia Grove, LP 1783 Johnson Road, NW, Atlanta, GA 30318 grove@columbiares.com Fed ID #20-1007565
Columbia High Point Sr. Residences, LP 220 Bowen Circle SW, Atlanta, GA 30315 highpoint@columbiares.com Fed ID #58-2581899
Hightower Manor Highrise 2610 MLK, Jr. Dr. SW, Atlanta, GA 30311 hightower@columbiares.com
Juniper and Tenth 150 Tenth St. NE, Atlanta, GA 30309 Juniper@columbiares.com Fed ID # 58-1222605
Columbia at Mechanicsville Apartments, LP 500 McDaniel St., SW, Atlanta, GA 30312 mechanicsville@columbiares.com Fed ID #20-2601114
Mech Sr. Residences at Mechanicsville Apts., LP 555 McDaniel St. SW, Atlanta, GA 30312 mechanicsvillesr@columbiares.com Fed ID #20-2522137
Columbia Mill I, LP 2229 Flat Shoals Rd, SE, Atlanta, GA 30316 mill@columbiares.com Fed ID #27-4742185
Columbia Sr. Residences at MLK, LP 125 Logan Street, SE, Atlanta, GA 30312 mlksr@columbiares.com Fed ID #20-0045261
MLK Village Tower, LP 380 Martin Street, SE Atlanta, GA 30312 columbiatower@columbiares.com Fed ID #20-1007287
Columbia-Mechanicsville SS, LP 565 McDaniel Street, SW, Atlanta, GA 30312 mechcityside@columbiares.com Fed ID #46-1283526
Mechanicsville Apartments Phase 3, LP (Crossing) 565 Wells Street, SW, Atlanta, GA 30312 mechcrossing@columbiares.com Fed ID #20-5640382
Mechanicsville Apartments Phase 6, LP (Parkside at Mechanicsville) 565 McDaniel Street, Atlanta, GA 30312 mechstation@columbiares.com Fed ID #26-4459011
Mechanicsville Apartments Phase 4, LP (Station) 520 Fulton Street, SW, Atlanta, GA 30312 mechstation@columbiares.com Fed ID #20-5640760
Gates Park Crossing HFOP Apartments, LP (Park Commons HFOP) 180 Peyton Place, SW, Atlanta, GA 30311 parkcommons@columbiares.com Fed ID #20-2576768
Gates Park Crossing HFS Apartments, LP (Park Commons HFS) 180 Peyton Place, SW, Atlanta, GA 30311 parkcommons@columbiares.com Fed ID #20-2631908
Columbia-MRA Park City Place LLC 2239 Flat Shoals Road, Decatur, Georgia 30316 mill@columbiares.com Fed ID #
Columbia Park Citi Residences, LP 921 Westmoreland Cr., NW, Atlanta, GA 30318 parkciti@columbiares.com Fed ID #04-3648688
Sylvan Hills Apartments, LP 1150 Astor Avenue SW, Atlanta, GA 30310 sylvanhills@columbiares.com Fed ID #20-0045452
Columbia Village, LP 100 Jessica Avenue, SE, Decatur, GA 30032 village@columbiares.com Fed ID #58-2307283

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date: 02/17/2021          Policy No.: WCSE-CGL-0001392 - 01 Endorsement No.:

Named Insured: Protect Security LLC

Authorized Representative _____

WCIS CGL 12002 09 17

2/15/2021                                                                                          WCIS CGL 12002 0917.rpt

APPENDIX A

FREQUENTLY ASKED QUESTIONS
ABOUT YOUR SURPLUS LINES POLICY

Your broker has placed the insurance you requested in the "surplus lines market" with one or more surplus lines insurers. By definition, such surplus lines insurers are not licensed in the state, but this does not mean that the transaction is not regulated. The surplus lines market is an insurance marketplace that is established for the purpose of insuring unique or hard to place risks. Some of the rules that apply to surplus lines insurance policies and surplus lines insurance companies differ from those that govern coverage obtained from insurance companies licensed in your state. In order for you to better understand the surplus lines market and the rights you have in a surplus lines transaction, the following material is provided.

Please read this brochure carefully, and should you have any questions after reading the material, do not hesitate to ask your broker. If you wish further information, please contact the Regulatory Services Division, Room 604 West Tower, 2 Martin Luther King, Jr. Drive, Atlanta, Georgia 30334 or (404) 656-2074 or toll free at (800) 656-2298 (request Regulatory Services Division).

WHAT IS A SURPLUS LINES POLICY?

A surplus lines policy is a policy placed with an insurer that is not licensed (or 'admitted') in this state, but is nonetheless eligible to provide insurance on property or liability insurance protection to citizens of this state through specially licensed agents or brokers known as surplus lines brokers.

WHY AM I GETTING COVERAGE FROM A SURPLUS LINES INSURER?

Your agent or broker may have been unable to obtain the coverage you requested from the insurance companies licensed in the state, but was able to obtain coverage from an eligible surplus lines insurance company. The reason for your agent or broker's action is that the risk or property for which you sought coverage may be unique or have certain risk characteristics that caused licensed insurers to decline to write the policy. In circumstances where licensed insurers will not write the risk, our broker is authorized by state law or regulation to obtain the coverage from a 'surplus lines' insurer.

SINCE THE SURPLUS LINES INSURER IS UNLICENSED, IS THE TRANSACTION UNREGULATED?

Surplus lines transactions are regulated by state laws that require that surplus lines policies be procured only by specially licensed brokers. These are called surplus lines brokers and they are authorized to transact business with certain unlicensed insurers that meet financial and other eligibility standards set by the state. These insurers are known as surplus lines insurers. Our agent may have worked with a licensed surplus lines broker in security your policy. Alternatively, your agent may hold a surplus lines broker's license.

IS MY SURPLUS LINES POLICY COVERED BY THE STATE GUARANTY OR INSOLVENCY FUND?

No. There is no guaranty fund coverage for surplus lines policies. The guaranty fund, which provides payments in the even that your insurance company becomes insolvent, only covers policies of licensed insurers.

HOW IS THE RATE OR PRICE OF A SURPLUS LINES POLICY DETERMINED?

The rate or premium charged for a surplus lines policy is determined by the surplus lines insurer.  As unlicensed insurers, surplus lines insurers do not file their rates or premiums with the state for review or approval.

DOES THE GEORGIA DEPARTMENT OF INSURANCE REVIEW OR APPROVE THE TERMS AND CONDITIONS OF THIS POLICY?

Pursuant to O.C.G.A. §33-5-21.1, policies of surplus lines insurers are not reviewed or approved by the Georgia Department of Insurance.

CAN MY POLICY BE RENEWED OR EXTENDED?

Your surplus lines policy may or may not be renewed or extended when the policy expires.  An extension of the policy coverage will be dependent upon the continued unavailability of the coverage from insurers licensed in this state and the willingness of the surplus lines insurer to continue to accept the risk.  Since a surplus lines policy is generally not subject to the same notice requirements as a policy issued by a licensed insurer, notice of a premium increase for a new policy term or company's intent not to extend the policy at the same terms and conditions might not be provided until close to the date the policy expires.  Therefore, you should keep in contact with your agent or broker, particularly as the expiration of the policy term nears, to ascertain the status of the policy and to assure continuity of coverage.