# EXHIBIT  C

## CLEAR BLUE SPECIALTY INSURANCE COMPANY

## COMMERCIAL EXCESS LIABILITY POLICY DECLARATIONS

Serviced by: WestCongress Insurance Services, LLC

**POLICY NUMBER:** WCSE-CEL-0001393-01

**RENEWAL OF:**

**NAMED INSURED AND MAILING ADDRESS**
Protect Security LLC
659 Auburn Ave NE,Suite G-26
Atlanta, GA 30312

**BROKER NAME AND ADDRESS**
CRC
5555 Triangle Parkway Suite 400
Norcross GA 30092

**POLICY PERIOD**      **From:** 02/17/2021 **To:** 02/17/2022

AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE:**

| | |
|---|---|
| Each Occurrence Limit: | $1,000,000 |
| General Aggregate Limit: | $1,000,000 |
| Products-Completed Operations Aggregate Limit: | $1,000,000 |
| Policy Aggregate Limit: | $1,000,000 |

**PREMIUM COMPUTATION:**      Processing Fee:          Inspection Fee: $0

Risk Premium:

Coverage for certified acts of terrorism has been rejected; exclusion attached:  [X]
(Per TRIA Disclosure Notice.)

**DEPOSIT PREMIUM:**

**ENDORSEMENTS ATTACHED TO THIS POLICY:**   See Schedule WCIS-END - Schedule of Forms and Endorsements

"This contract is registered and delivered as a surplus lines coverage under the Surplus Lines Insurance Law O.C.G.A. Chapter 33-5."

**IMPORTANT! Please carefully examine your policy as it may contain significant coverage modifications or exclusions.  If this policy is a renewal, it may not contain the same precise terms and conditions as the prior policy.**

**Date:  15-Feb-2021**                    **Authorized Representative:**

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), IS ATTACHED TO AND FORMS PART OF CERTIFICATE PROVISIONS (FORM SLC-3 NMA2868) FOR THE ABOVE NUMBERED POLICY.

**SCHEDULE OF CONTROLLING UNDERLYING INSURANCE**

This Schedule forms a part of Policy Number:  WCSE-CEL-0001393-01

Coverage only applies in excess of those policies and limits scheduled below:

1 .  Auto Liability

Insurance Company: Union Insurance Company
Policy No: Not Available
Effective From: 02/17/2021 - 02/17/2022
$ 1,000,000 CSL Limit

2 .  General Liability

Insurance Company: Clear Blue Specialty Insurance Company
Policy No: Not Available
Effective From: 02/17/2021 - 02/17/2022
$ 2,000,000 General Aggregate
$ 2,000,000 Products-Completed Operations
$ 1,000,000 Each Occurrence
$ 1,000,000 Personal and Advertising Injury

# SCHEDULE OF FORMS

**Policy Number:** WCSE-CEL-0001393-01

| Form Number | Form Name |
| --- | --- |
| WCIS UL Schedule | Schedule of Controlling Underlying |
| WCIS CEL 0001 12/15 | Commercial Excess Liability Coverage Form |
| WCIS CEL 1002 12/15 | Exclusion – Firearms |
| WCIS CEL 1004 12/15 | Exclusion – Punitive Or Exemplary Damages |
| WCIS CEL 1005 12/15 | Exclusion - Hazardous Materials |
| WCIS CEL 1007 10/16 | Exclusion - Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons |
| WCIS CEL 1008 10/16 | Exclusion - Cyber Attack |
| WCIS CEL 1009 10/16 | Exclusion - Sanctions Limitation |
| WCIS CEL 1010 10/16 | Exclusion - War |
| WCIS CEL 1011 12/15 | Exclusion - Terrorism |
| WCIS CEL 1012 10/16 | Exclusion - Nuclear Energy Liability (Broad Form) |
| WCIS CEL 1024 04/20 | Communicable Disease |
| WCIS CEL 11001 12/15 | Amendment Of Premium Endorsement - Minimum Earned Premium |
| WCIS COND 9002 01/19 | Fraudulent Claim Condition |
| WCIS CGL 10003 12/15 | WestCongress Service of Suit |
| WCIS CGL 10002 05/18 | Claim Notification |
| WCIS CGL 10009 10/16 | U.S. Terrorism Risk Insurance Act of 2002, As Amended, Not Purchased |
| GA - Notice to Insured | Georgia - Notice to Insured |

# COMMERCIAL EXCESS LIABILITY COVERAGE FORM

**Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is and is not covered.**

Throughout this Policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this Policy. The words "we," "us" and "our" refer to the company providing this insurance. The word "insured" means any person or organization qualifying as such under the "controlling underlying insurance." Other words and phrases that appear in quotation marks in this Policy have special meaning. Refer to **SECTION IV – DEFINITIONS.** Other words and phrases that are not defined under this Policy but defined in the "controlling underlying insurance" will have the meaning described in the Policy of "controlling underlying insurance."

## SECTION I – COVERAGES

1. **Insuring Agreement**

   a. We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "injury or damage" to which this insurance applies.

   We will have the right and duty to defend the insured against any "suit" seeking damages for such "injury or damage" when the "retained limit" has been paid in accordance with the provisions of the "underlying insurance."

   When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages for "injury or damage."

   However, we will have no duty to defend the insured against any "suit" seeking damages for which insurance under this Policy does not apply.

   At our discretion, we may investigate any "event" that may involve this insurance and settle any resultant claim or "suit," for which we have the duty to defend.

   But:

   (1) The amount we will pay for "ultimate net loss" is limited as described in **SECTION II – LIMITS OF IINSURANCE**; and

   (2) Our right and duty to defend ends when we have paid the applicable limit of insurance in the payment of judgments or settlements under this Policy. However, if the Policy of "controlling underlying insurance" specifies that limits are reduced by defense expenses, our right and duty to defend ends when we have paid the applicable limit of insurance in the payment of defense expenses, judgments or settlements under this Policy.

   b. The insurance under this Policy will follow the same provisions, exclusions, conditions and limitations that are contained in the applicable "controlling underlying insurance," unless otherwise directed by this insurance. To the extent such provisions differ or conflict, the provisions of this Policy will apply. However the coverage under this Policy will be no broader than that provided by:

   (1) The applicable "controlling underlying insurance"; and

   (2) Any other "underlying insurance."

   c. There may be more than one "controlling underlying insurance" listed in the Schedule of Underlying Insurance and there may be terms and provisions in those respective policies which are in conflict, and which are not superseded by the provisions of this Policy. In such a case, the provisions, exclusions and limitations of the "controlling underlying insurance" Policy applicable to the particular "event" for which a claim is made or "suit" is brought will apply.

   d. If any other limit, such as a sublimit, is specified in the "underlying insurance," this insurance does not apply to "injury or damage" arising out of that exposure unless that limit is specified in the Schedule of Underlying Insurance.

2. **Exclusions**

   Insurance provided under this Policy does not apply to:

   a. **Asbestos**

Print Date: 2/15/2021

**(1)** "Injury or damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened discharge, ingestion, inhalation, dispersal, seepage, migration, release or escape of asbestos, and materials containing asbestos at any time regardless of whether any other cause, "event," material or product contributed concurrently or in any sequence to any "injury or damage";

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos and materials containing asbestos; or

    **(b)** Claim or **"suit"** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos and materials containing asbestos;

**(3)** Any obligations to share damages with or indemnify another party whom must pay damages because of injury or damage relating to asbestos and materials containing asbestos;

**(4)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs **(1)**, **(2)**, or **(3)** above.

This exclusion applies whether or not such asbestos has any function in your business, operations, premises, site or location.  This exclusion shall apply without regard to the source or sources of asbestos and materials containing asbestos or the basis of the Insured's liability.  This exclusion includes defects or negligence in design, construction or materials, or any other "event," conduct or misconduct, which may or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with asbestos in causing "injury or damage."

**b.**    **Auto**

"Injury or damage" payable under or resulting from any of the following auto coverages:

**(1)** First-party physical damage coverage;

**(2)** No-fault coverage;

**(3)** Personal injury protection or auto medical payments coverage; or

**(4)** Uninsured or underinsured motorist's coverage.

**c.**    **Pollution**

**(1)** "Injury or damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

**(3)** Any obligations to share damages with or indemnify another party whom must pay damages because of injury or damage relating to "pollutants";

**(4)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs **(1), (2),** or **(3)** above.

This exclusion applies whether or not such "pollutants" has any function in your business, operations, premises, site or location.

This exclusion does not apply to the extent that valid "controlling underlying insurance" for the pollution liability risks described above exists or would have existed but for

the exhaustion of underlying limits for "injury or damage".

**d.** **Renewed Or Replacement Controlling Underlying Insurance**

"Injury or damage" covered under a renewed or replacement Policy of "controlling underlying insurance" that would not have been covered by the "controlling underlying insurance" that was in force at the inception of this Policy, unless coverage therefor has been provided by endorsement to this Policy.

**e.** **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

## SECTION II – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations, and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought or number of vehicles involved;

**c.** Persons or organizations making claims or bringing "suits"; or

**d.** Limits available under any "underlying insurance."

**2.** The Limits of Insurance as shown in the Declarations will apply as follows:

**a.** This insurance only applies in excess of the "retained limit."

**b.** The Total Policy Aggregate Limit, if stated in the Declarations, is the most we will pay for the sum of all "ultimate net loss" for all "injury or damage" covered under this Policy other than any claims for damages arising out of the ownership, maintenance or use of a covered auto. The Total Policy Aggregate Limit applies regardless of the sums indicated in the Declarations for any General Aggregate Limit or Products-Completed Operations Aggregate Limit, and applies collectively, rather than separately, to all of your locations or projects.

**c.** Subject to **2. b.** above, the General Aggregate Limit if stated in the Declarations is the most we will pay for the sum of all "ultimate net loss," for all "injury or damage" covered under this Policy other than any claims for damages falling within the products-completed operations hazard or arising out of the ownership, maintenance or use of a covered auto.

Subject to **2. b.** above, the Products-Completed Operations Aggregate Limit if stated in the Declarations is the most we will pay for the sum of all "ultimate net loss" under **SECTION I – COVERAGES** for all "injury or damage" included within the products-completed operations hazard.

However, if any "underlying insurance" does not provide separate aggregate limits for "ultimate net loss" within the products-completed operations hazard, the General Aggregate set forth above is the most we will pay for all "ultimate net loss," including "ultimate net loss" within the products-completed operations hazard. Under such circumstances, any limit appearing on the Declarations for a Products-Completed Operations Aggregate Limit does not apply.

**d.** Subject to Paragraph **2.b.** and **2.c.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under this Policy because of all "injury or damage" arising out of any one "event."

**e.** If the Limits of Insurance of the "controlling underlying insurance" are reduced by defense expenses by the terms of that policy, any payments for defense expenses we make will reduce our applicable Limits of Insurance in the same manner.

**3.** The Aggregate Limits of "underlying insurance," where applicable, shall be unimpaired at the attachment date of this Policy, and for the purpose of this insurance, only "events" to which this insurance applies, taking place during the term of this Policy, shall be considered in determining the extent of any exhaustion of the "underlying insurance" aggregate limits.

**4.** If two or more Excess Policies of insurance issued by us apply to the same "event," "suit," claim or claims for which any insured under this Policy is legally liable, only one Limit of Insurance under one Excess Policy shall apply. The limit shall be the highest of the Each Occurrence Limits of the Excess Policies issued by us that cover the "event," "suit," claim or claims.

The General Aggregate Limit, the Products-Completed Operations Aggregate Limit, and the Total Policy Aggregate Limit of this Policy apply separately to each

Print Date: 2/15/2021

consecutive annual period of this Policy and to any remaining period of this Policy of less than 12 months, starting with the beginning of the Policy period shown in the Declarations, unless the Policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION III – CONDITIONS

The following conditions apply.

1.   **Appeals**

If any "underlying insurer" or insured elects not to appeal a judgment in excess of the amount of the "retained limit," we may do so at our own expense. We will also pay for taxable court costs, pre and post            judgment interest and disburse-ments associated with such appeal. In no event will this provision increase our liability beyond the applicable Limits of Insurance described in **SECTION II – LIMITS OF IINSURANCE**.

2.   **Bankruptcy**

a.   **Bankruptcy Or Insolvency Of Insured**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Policy.

b.   **Bankruptcy Of Underlying Insurer**

Bankruptcy or insolvency of any "underlying insurer" will not relieve us of our obligations under this Policy.

However, insurance provided under this Policy will not replace any "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer." The insurance provided under this Policy will apply as if the "underlying insurance" were in full effect and recoverable.

3.   **Cancellation**

a.   The first Named Insured shown in the Declarations may cancel this Policy by mailing or delivering to us advance written notice of cancellation.

b.   We may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

(1)   10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2)   30 days before the effective date of cancellation if we cancel for any other reason.

c.   We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

d.   Notice of cancellation will state the effective date of cancellation. The Policy period will end on that date.

e.   If this Policy is cancelled, subject to any audit we will send the first Named Insured any premium refund due. If we cancel, any refund will be pro rata. If the first Named Insured cancels, any refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

f.   If notice is mailed, proof of mailing will be sufficient proof of notice.

4.   **Changes**

This Policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured is authorized by all other insureds to make changes in the terms of this Policy with our consent. This Policy's terms can be amended or waived only by endorsement.

5.   **Duties In The Event Of a Claim, Event, or Suit**

a.   You must see to it that we are notified as soon as practicable of an "event," regardless of the amount, which may result in a claim under this Policy. To the extent possible, notice should include:

(1)   How, when and where the "event" took place;

(2)   The names and addresses of any injured persons and witnesses; and

(3)   The nature and location of any "injury or damage" arising out of the "event."

b.   If a claim is made or "suit" is brought against any insured, you must:

(1)   Immediately record the specifics of the claim or "suit" and the date received; and

(2)   Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c.   You and any other insured involved must:

(1)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2)   Authorize us to obtain records and other information;

(3)    Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4)    Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury or damage" to which this insurance may also apply.

**d.**    No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or  incur any expense, other than for first aid, without our consent.

**6.**    **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this Policy at any time during the Policy period and up to three years afterward.

**7.**    **First Named Insured Duties**

The first Named Insured is the person or organization first named in the Declarations and is responsible for the payment of all premiums. The first Named Insured will act on behalf of all other insured's for giving and receiving of notice of cancellation or the receipt of any return premium that may become payable.

The first Named Insured will furnish us, as soon as practicable, with a complete copy of any "underlying insurance" and any subsequently issued endorsements or policies which may in any way affect the insurance provided under this Policy.

**8.**    **Legal Action Against Us**

No person or organization has a right under this Policy, to join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or to sue us on this Policy unless all of its terms have been fully complied with.  A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured, but we will not be liable for damages that are not payable under the terms of this Policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, "underlying insurer" and the claimant or the claimant's legal representative.

**9.**    **Loss Payable**

Liability under this Policy does not apply to a given claim unless and until, the insured or insured's "underlying insurer" has become obligated to pay the "retained limit" and the obligation of the insured to pay the "ultimate net loss" in excess of the "retained limit" has been determined by a final settlement or judgment or written agreement among the insured, claimant, "underlying insurer" (or a representative of one or more of these) and us.

**10.**    **Maintenance Of/Changes To Underlying Insurance**

Any "underlying insurance" must be maintained in full effect without reduction of coverage or limits except for the reduction of aggregate limits in accordance with the provisions of such "underlying insurance" that results from "injury or damage" to which this insurance applies.

Such exhaustion or reduction is not a failure to maintain "underlying insurance." Failure to maintain "underlying insurance" will not invalidate insurance provided under this Policy, but insurance provided under this Policy will apply as if the "underlying insurance" were in full effect.

The first Named Insured must notify us in writing, as soon as practicable, if any "underlying insurance" is cancelled, not renewed, replaced or otherwise terminated, or if the limits or scope of coverage of any "underlying insurance" is changed.

**11.**    **Other Insurance**

If other insurance that is not "underlying insurance" applies to any claim or "suit" that is also covered under this policy, then this policy shall apply in excess of such other insurance. However this provision will not apply if such other insurance is specifically written to be excess of this policy.   If no other insurer defends, we may undertake to do so, in accordance with the defense provisions set forth elsewhere in this Policy, but we will be entitled to the insured's rights against all those other insurers.

**12.**    **Transfer of Defense**

**a.**    **Defense Transferred To Us**

When the "retained limit" has been exhausted, in accordance with the provisions of "underlying insurance," we may elect to have the defense transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies and which would have been covered by the "underlying insurance" had the applicable "retained limit" not been exhausted.

Where the settlement of any "suit" defended by the "underlying insurer" results, or will result, in the exhaustion of the "retained limit," and will also require the payment of a portion of the Limits of Insurance under this Policy in order to effectuate the settlement, we will have the right, but not the duty, to defend the insured with respect to that "suit," and will be under no obligation to have the defense transferred to us.   Where the satisfaction of any judgment entered against the insured in a "suit" defended by the "underlying insurer" results, or will result, in the exhaustion of the "retained limit," and will also require the payment of a portion of the Limits of Insurance under this Policy in order to effectuate the satisfaction of that judgment, we will have the right, but not the duty, to defend the insured with respect to that "suit," and will be under no obligation to have the defense transferred to us.

b.    **Defense Transferred By Us**

When our limits of insurance have been exhausted our duty to provide a defense will cease.   We will cooperate in the transfer of control of defense to any insurer specifically written as excess over this Policy of any outstanding claims or "suits" seeking damages to which this insurance applies and which would have been covered had the applicable limit not been exhausted.

In the event that there is no insurance written as excess over this Policy, we will cooperate in the transfer of control to the insured and its designated representative.

**13.    Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this Policy may not be transferred without our written consent except in the case of death of an individual Named Insured.  If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**SECTION IV – DEFINITIONS**

As used in this policy:

**1.**    **"Controlling underlying insurance"** means a policy of insurance listed in the Schedule of Underlying Insurance and identified as "controlling underlying insurance."

**2**    **"Event"** means an occurrence, offense, accident, act, or other event, to which the applicable "controlling underlying insurance" applies.

**3.**    **"Injury or damage"** means any "injury or damage" covered in the applicable "controlling underlying insurance" arising from an "event."

**4.**    **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**5.**    **"Retained limit"** means the sum of all "underlying insurance" shown in the Schedule of Underlying Insurance, and any other insurance or self-insurance applicable to the claim or "suit," except insurance specifically written to apply in excess of this policy.

**6.**    **"Suit"** means a civil proceeding in which damages because of "injury or damage" to which this insurance applies are alleged.  "Suit" includes:

An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

**7**    **"Ultimate net loss"** means the total sum, after reduction for recoveries, or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of:

**a.**    Settlements, judgments, binding arbitration; or

**b.**    Other binding alternate dispute resolution proceeding entered into with our consent.

**"Ultimate net loss"** includes defense expenses if the "controlling underlying insurance" specifies that limits are reduced by defense expenses.

**8.**    **"Underlying insurance"** means the policy or policies (including any renewal or replacement of such policies) of insurance listed in the Schedule of Underlying Insurance including the "controlling underlying insurance" and any self insured retentions.

**9.**    **"Underlying insurer"** means any insurer who provides a policy of insurance listed in the Schedule of Underlying Insurance.

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – FIREARMS

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2.  Exclusions** is amended and the following Exclusion is added:

This insurance does not apply to any "injury or damage," including but not limited to costs of defense, directly or indirectly arising out of any use, existence, or threatened use or existence, of firearms of any kind by any insured, or any agent, representative, contractor or subcontractor, or any other person acting on behalf of any insured.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

This exclusion applies whether or not such firearms has any function in your business, operations, premises, site or location.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                 Policy No.:                          Endorsement No.:

Named Insured

Authorized Representative_____

WCIS CEL 1002 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PUNITIVE OR EXEMPLARY DAMAGES

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions** is amended and the following Exclusion is added:

**Punitive or Exemplary Damages**

This insurance does not apply to any claim for punitive or exemplary damages, fines or penalties imposed by law, restitution, or any damages which are a multiple of, or in addition to, compensatory damages, including related interest or costs, whether or not such damages, related interest, or costs are characterized as punitive or exemplary damages (hereinafter referred to as punitive or exemplary damages).  If a "suit" shall have been brought against the Insured for a claim falling within the coverage provided under the Policy, seeking both compensatory and punitive or exemplary damages, then the company will afford a defense to such action, however, the company shall not have an obligation to pay for any costs, interest, or damages attributable to punitive or exemplary damages.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:              Policy No.:                    Endorsement No.:

Named Insured:
                                         Authorized Representative_____

WCIS CEL 1004 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - HAZARDOUS MATERIALS

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions,** is amended and the following Exclusion is added:

**f. Hazardous Materials**

**(1)** "Injury or damage" arising out of, caused or contributed to by "hazardous materials" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "hazardous materials"; or

**(b)** claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "hazardous materials."

**(3)** Any obligations to share damages with or indemnify another party whom must pay damages because of "injury or damage" relating to "hazardous materials."

**(4)** Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with paragraphs (1), (2), or (3) above.

This exclusion applies whether or not such "hazardous materials" has any function in your business, operations, premises, site or location.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:          Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CEL 1005 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – RADIOACTIVE CONTAMINATION, CHEMICAL, BIOLOGICAL, BIO-CHEMICAL AND ELECTROMAGNETIC WEAPONS

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions,** is amended and the following Exclusion is added:

**Radioactive Contamination, Chemical, Biological, Bio-Chemical and Electromagnetic Weapons**

**(1)** "Injury or damage," including but not limited to costs of defense, arising out of, caused or contributed to by:

1. Ionising radiations from or contamination by radioactivity from any nuclear fuel or from any nuclear waste or from the combustion of nuclear fuel;

2. The radioactive, toxic, explosive or other hazardous or contaminating properties of any nuclear installation, reactor or other nuclear assembly or nuclear component thereof;

3. Any weapon or device employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;

4. The radioactive, toxic, explosive or other hazardous or contaminating properties of any radioactive matter.  The exclusion in this sub-clause does not extend to radioactive isotopes, other than nuclear fuel, when such isotopes are being prepared, carried, stored, or used for commercial, agricultural, medical, scientific or other similar peaceful purposes; or

5. Any chemical, biological, bio-chemical, or electromagnetic weapon.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

This exclusion applies whether or not such items described above has any function in your business, operations, premises, site or location.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative_____

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CYBER ATTACK

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions,** is amended and the following Exclusion is added:

**Cyber Attack**

**(1)** "Injury or damage," including but not limited to costs of defense, arising out of, caused or contributed to by:

1. Subject only to item 2 below, the use or operation, as a means for inflicting harm, of any computer, computer system, computer software program, malicious code, computer virus or process or any other electronic system.

2. Where this endorsement is endorsed on policies covering risks of war, civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or any hostile act by or against a belligerent power, or terrorism or any person acting from a political motive, item 1 above shall not operate to exclude losses (which would otherwise be covered) arising from the use of any computer, computer system or computer software program or any other electronic system in the launch and/or guidance system and/or firing mechanism of any weapon or missile.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

This exclusion applies whether or not such items described above has any function in your business, operations, premises, site or location.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                        Endorsement No.:

Named Insured:

Authorized Representative_____

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – SANCTIONS LIMITATION

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions,** is amended and the following Exclusion is added:

**Sanctions Limitation**

**(1)** "Injury or damage," including but not limited to costs of defense, arising out of, caused or contributed to by:

1. Any claim or providing any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that Company to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

This exclusion applies whether or not such items described above has any function in your business, operations, premises, site or location.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                Policy No.:                     Endorsement No.:

Named Insured:

                                        Authorized Representative_____

WCIS CEL 1009 10 16

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – WAR

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions,** is amended and the following Exclusion is added:

**War**

**(1)** "Injury or damage," including but not limited to costs of defense, arising out of, caused or contributed to by:

   a.  War, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power.

This endorsement also excludes loss, damage, cost or expense of any nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to item 1(a) above.

If the Company alleges that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the insured.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative_____

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - TERRORISM

Notwithstanding anything to the contrary contained in the policy or any endorsement attached thereto, it is agreed that this insurance does not apply to "**any injury or damage**" caused directly by or as a consequence of a "**certified act of terrorism**" or "**other act of terrorism**," including any action not otherwise excluded under the War and Military Action exclusion that is taken by a government or sovereign power (de jure or de facto) in controlling, preventing, suppressing, retaliating against or in any way responding to a "**certified act of terrorism**" **or** "**other act of terrorism**."    Such injury or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, even if the act of a "**certified act of terrorism**" or "**other act of terrorism**," that causes or results in the loss or damage itself is itself a cause of loss that is otherwise insured against under this policy.

If, by reason of this exclusion, we allege that any loss or damage under this policy is not covered, the burden of proving that such loss or damage is covered shall be upon you.

The following definitions are added:

1.  For the purposes of this endorsement, "**any injury or damage**" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury," "property damage," "personal and advertising injury," "injury," "environmental damage" or "errors or omissions" as may be defined in any applicable Coverage Part.

2.  "**Certified act of terrorism**" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

a.  The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

b.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3.  "**Other act of terrorism**" means any violent act that is dangerous or destructive to human life, property or infrastructure, whether actual or threatened, and whether committed by one or more persons acting alone or in connection with any group or organization.  The act must not be certified as a "**certified act of terrorism**" pursuant to the federal Terrorism Risk Insurance Act and the act must contain one or more of the following criteria:

a.  The act is intended to influence, coerce or protest against the actions, behavior or policies of any government or sovereign power (de jure or de facto) or any segment of the government or sovereign; or

b.  To further any political, ideological, economic, religious or social aim, objective or cause; or

c.  To disrupt any segment of the global economy or the economy of any country or political state.

It is the intent of this endorsement to exclude from this insurance all claims, demands or "suits" arising from the insurable coverage excluded under this endorsement.  There shall, therefore, be no duty or obligation on our part under this insurance to defend, respond to, investigate or indemnify anyone, including but not limited to you, your agents, servants or employees, or any third parties for any such claim, demand or suit.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:               Policy No.:                        Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CEL 1011 12 15

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – NUCLEAR ENERGY LIABILITY (BROAD FORM)

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

**SECTION I – COVERAGES, 2. Exclusions,** is amended and the following Exclusion is added:

**Nuclear Energy Liability**

**(1)** "Injury or damage," including but not limited to costs of defense, arising out of, caused or contributed to by:

1. With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

2. The "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

3. "Hazardous properties" of "nuclear material," if:

    a. The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

    c. The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility."

As used in this endorsement:

1. "Hazardous properties" includes radioactive, toxic, or explosive properties;

2. "Nuclear material" means "source material," "special nuclear material," or "by-product material;"

3. "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

4. "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

5. "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility;"

6. "Nuclear facility" means:

    a. Any "nuclear reactor;"

    b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing, or packaging "waste;"

    c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;" and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

    e. "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material

    f. "Property damage" includes all forms of radioactive contamination of property.

It is the intent of this endorsement to exclude from this insurance any claim, demand or "suit" as described above. Therefore, there shall be no duty or obligation on the part of the Company under this insurance to respond to, investigate or defend anyone, including but not limited to any insured, its agents, servants or "employees" or any third parties for any such claim, demand or "suit."

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                        Endorsement No.:

Named Insured:
                                               Authorized Representative_____

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – COMMUNICABLE DISEASE

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

It is agreed that **SECTION I – COVERAGES, 2. Exclusions,** of the **COMMERCIAL EXCESS LIABILITY COVERAGE FORM** is amended and the following Exclusion is added:

2. Exclusions:

This insurance does not apply to:

**COMMUNICABLE DISEASE**

    A.        Claims or suits to recover "Injury or damage" based upon, related to, arising out of, directly or indirectly resulting from, in consequence of, in any way connected to, or in the sequence of events involving any actual or alleged (i) transmission of a "communicable disease," as that term is defined herein, or (ii) violation of federal, state or local law, rule, regulation or order governing health care processes or procedures, including those applicable to the collection, recording, storing, handling, utilization, privacy and/or disclosure of personal information, including but not limited to medical information.  Pursuant to this exclusion, the Company is under no duty to defend or indemnify any insured regardless of the degree of negligence, culpability or intent and without regard to:

        1.    Whether the acts or omissions giving rise to the claim or suit are alleged to be by or at the instruction or at the direction of any insured, its/her/his officers, employees, agents or servants or by any other person lawfully or otherwise on, at or near premises owned or occupied by any insured or by any other person;

        2.    Whether the acts are alleged to be the legal or proximate or but for cause of "injury or damage" or to have concurrently caused or independently caused said "injury or damage;"

        3.    The actual or alleged failure or fault of any insured or its/her/his officers, employees, agents or servants, in the hiring, training, supervision, retention, control, screening or monitoring of any person, whether or not an officer, employee, agent or servant of any insured;

        4.    The actual or alleged negligence or other wrongdoing in the: (i) supervising, hiring, employing, training or monitoring of others that may be infected with and spread a "communicable disease"; (ii) testing, screening or monitoring for a "communicable disease"; (iii) failure to prevent the spread of the disease; or (iv) failure to report the disease to authorities.

        5.    The actual or alleged failure or fault of any insured, or its/her/his officers, employees, agents or servants, to attempt to suppress, prevent, bar, manage or halt any such acts or omissions which may have given rise to the claim or suit;

        6.    The actual or alleged failure or fault of any insured, or its/her/his officers, employees, agents, or servants, to maintain a safe or secure environment or place of business;

        7.    Any act, error or omission by any insured, or its/her/his officers, employees, agents, or servants, in rendering or failing to render aid or assistance to any person; or

        8.    Any theory of or basis for liability, recovery or relief, or the manner in which such theory of or basis for liability, recovery or relief is alleged, asserted or pleaded (including, but not limited to, claims or "suits" which allege, assert or plead negligence in whole or in part), where the operative acts, omissions and/or underlying events arise out of, or are related to causing or failing to prevent the spread of a "communicable disease".  The Company shall have the sole and exclusive right to determine whether or not such operative act, omissions and/or underlying events arise out of or are related to the causing or failure to prevent the spread of a "communicable disease".  If such determination is disputed, the Company shall have the right, in addition to all other rights and remedies at law and/or in equity, to file and prosecute an action for declaratory relief at any time in a court having appropriate jurisdiction.

    B.       Additionally, this exclusion applies to any claim or suit by any person, firm or organization, asserting rights derived from, or contingent upon, any person having or asserting a claim or suit that is excluded under paragraph A. above.  This exclusion also excludes from coverage claims suits for:

Print Date: 2/15/2021

1. Emotional distress, or for loss of society, services, consortium and/or income;

2. Reimbursement for expenses (including, but not limited to medical expenses, hospital expenses and wages) paid or incurred by such other person, firm or organization; or

3. Any obligation to share damages with indemnify or repay someone who must pay damages because of "injury or damage;"

where such claims or suits are based upon, relate to, arise out of, directly or indirectly result from, are in consequence of, are in any way connected to, or are in the sequence of events where the operative acts, omissions and/or underlying events are alleged to have caused or failed to prevent the spread of a "communicable disease".

**SECTION IV – DEFINITIONS** of your **Commercial Excess Liability Coverage Form** are amended and the following added:

"**Communicable Disease**" means an illness caused by an infectious agent or its toxins that occurs through the direct or indirect transmission of the infectious agent or its products from an infected individual or via an animal, vector or the inanimate environment to a susceptible animal or human host.

"**Infectious Agent**" encompasses any pathogen, material or agent that can cause an infection that can lead to a disease or communicable disease, including without limitation any bacterial, viral, fungal, rickettsial, prionic and parasitic pathogen, material or agent.

**THIS ENDORSEMENT SUPERCEDES AND REPLACES ANY OTHER PROVISION(S) OF THE POLICY THAT ARE INCONSISTENT WITH THE TERMS OF THIS ENDORSEMENT.**

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date: _____    Policy No.: _____    Endorsement No.: _____

Named Insured: _____

Authorized Representative _____

Print Date: 2/15/2021

**THIS ENDORSEMENT CHANGES/MODIFIES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PREMIUM ENDORSEMENT - MINIMUM EARNED PREMIUM

This endorsement changes/modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY COVERAGE FORM**

The following additional policy Conditions supersede any other policy conditions and the Named Insured hereby agrees that the total policy premium and minimum earned premium(s) due for this policy shall be calculated in accordance with the following:

**Total Policy Premium**

This policy is subject to a Total Policy Premium which means the premium that is calculated as follows:

1. The deposit premium as shown in the policy Declarations, plus
2. Any premium adjustment by endorsement, plus
3. Any additional premium developed by audit.

The premium entered on the Declarations page of this policy as DEPOSIT PREMIUM is a provisional premium only and is subject to adjustment in accordance with our rules, rates and the Premium Audit provisions of this policy.

**A.   Minimum Earned Premium by Date Certain**

If the box below is checked and a date filled in where applicable the minimum earned premium for this policy will be 100% earned by the specific date referenced in this endorsement and there will be no return of premium if you cancel this policy.

☐   After (                ) the premium is fully earned.

**B.   Audits and Minimum Earned Premium**

With regard to audits the Minimum Annual Premium is __100%__ of the DEPOSIT PREMIUM as stated in the policy Declarations.  Premium adjustments affected as a result of premium audits may be done while the policy is in effect or after the policy is no longer in effect.  The due date for audit premiums is the date shown as the due date on the bill.

OR

With regard to audits the DEPOSIT PREMIUM as stated in the policy Declarations cannot be reduced due to an audit.  Premium adjustments affected as a result of premium audits may be done while the policy is in effect or after the policy is no longer in effect.  The due date for audit premiums is the date shown as the due date on the bill.

**C.   Cancellation and Minimum Earned Premium**

1. If you cancel this policy, the return premium will be the lesser of:
   a. 90% of the pro rata unearned premium or
   b. 75% of the Deposit Premium.

2. If the Named Insured fails to remit premium payment when due, such failure shall be considered a request by the Named Insured to cancel this policy and the return premium will be determined in accordance with C. 1.

3. If we cancel the policy for any reason, other than for non-payment of premium, the "minimum earned premium" shall not apply. We will return to you the pro rata amount of the unearned premium.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:                    Policy No.:                         Endorsement No.:

Named Insured:

Authorized Representative _____

WCIS CEL 11001 12 15

# FRAUDULENT CLAIM CONDITION

All Coverage Parts included in this policy are subject to the following condition:

1.  If the insured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this contract shall become void and any amounts claimed, paid or received hereunder shall be forfeited.

WCIS COND 9002 01 19

# WESTCONGRESS SERVICE OF SUIT

The Company agrees that in the event of its failure to pay any amount claimed to be due hereunder, the Company, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction, and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

The Company hereby designates the Commissioner, Director or Superintendent of Insurance, or other officer specified by law for that purpose, or his successor or successors in office, or the person designated below, in the space indicated, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured arising out of this contract of insurance.  It is further agreed that the Company shall abide by the final decision of any court having jurisdiction in which such action is filed, or by the decision of any appellate court in the event of an appeal.

Process may be served upon the authorized agent of the Company whose name and address are:

**WESTCONGRESS INSURANCE SERVICES, LLC**
**151 WEST CONGRESS, SUITE 420**
**DETROIT, MI 48226**

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Effective date:                                  Policy No.:                              Endorsement No:

Named Insured:

Authorized Representative_____

WCIS CGL 10003 12 15

# CLAIM NOTIFICATION

**In the event of a claim or incident send all notifications and information to:**

## WestCongress Insurance Services LLC

151 West Congress, Suite 420
Detroit, MI 48226
(313) 782-4156

***Or E-Mail to:***

Attn:  Claim Department
claims@westcongress.com

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Endorsement effective date:           Policy No.:                    Endorsement No.:

Named Insured:

Authorized Representative_____

WCIS CGL 10002 05 18

Print Date: 2/15/2021

# U.S. TERRORISM RISK INSURANCE ACT OF 2002, AS AMENDED, NOT PURCHASED

This endorsement is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002", as amended and as summarized in the disclosure notice.

It is hereby noted that the Company has made available coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA") and the insured has declined or not confirmed to purchase this coverage.

This insurance therefore affords no coverage for losses directly resulting from any "act of terrorism" as defined in TRIA except to the extent, if any, otherwise provided by this policy.

All other terms, conditions, insured coverage and exclusions of this insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this insurance.

This endorsement is attached to and forms a part of the Policy as listed in the Declarations Page or Declarations Extension Schedule, effective on the inception date of the Policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

Effective date:                              Policy No.:                              Endorsement No:

Named Insured:

Authorized Representative_____

WCIS CGL 10009 10 16

APPENDIX A

FREQUENTLY ASKED QUESTIONS
ABOUT YOUR SURPLUS LINES POLICY

Your broker has placed the insurance you requested in the "surplus lines market" with one or more surplus lines insurers.  By definition, such surplus lines insurers are not licensed in the state, but this does not mean that the transaction is not regulated.  The surplus lines market is an insurance marketplace that is established for the purpose of insuring unique or hard to place risks.  Some of the rules that apply to surplus lines insurance policies and surplus lines insurance companies differ from those that govern coverage obtained from insurance companies licensed in your state.  In order for you to better understand the surplus lines market and the rights you have in a surplus lines transaction, the following material is provided.

Please read this brochure carefully, and should you have any questions after reading the material, do not hesitate to ask your broker.  If you wish further information, please contact the Regulatory Services Division, Room 604 West Tower, 2 Martin Luther King, Jr.  Drive, Atlanta, Georgia 30334 or (404) 656-2074 or toll free at (800) 656-2298 (request Regulatory Services Division).

WHAT IS A SURPLUS LINES POLICY?

A surplus lines policy is a policy placed with an insurer that is not licensed (or 'admitted') in this state, but is nonetheless eligible to provide insurance on property or liability insurance protection to citizens of this state through specially licensed agents or brokers known as surplus lines brokers.

WHY AM I GETTING COVERAGE FROM A SURPLUS LINES INSURER?

Your agent or broker may have been unable to obtain the coverage you requested from the insurance companies licensed in the state, but was able to obtain coverage from an eligible surplus lines insurance company.  The reason for your agent or broker's action is that the risk or property for which you sought coverage may be unique or have certain risk characteristics that caused licensed insurers to decline to write the policy.  In circumstances where licensed insurers will not write the risk, our broker is authorized by state law or regulation to obtain the coverage from a 'surplus lines' insurer.

SINCE THE SURPLUS LINES INSURER IS UNLICENSED, IS THE TRANSACTION UNREGULATED?

Surplus lines transactions are regulated by state laws that require that surplus lines policies be procured only by specially licensed brokers.  These are called surplus lines brokers and they are authorized to transact business with certain unlicensed insurers that meet financial and other eligibility standards set by the state.  These insurers are known as surplus lines insurers.  Our agent may have worked with a licensed surplus lines broker in security your policy.  Alternatively, your agent may hold a surplus lines broker's license.

IS MY SURPLUS LINES POLICY COVERED BY THE STATE GUARANTY OR INSOLVENCY FUND?

No.  There is no guaranty fund coverage for surplus lines policies.  The guaranty fund, which provides payments in the even that your insurance company becomes insolvent, only covers policies of licensed insurers.

HOW IS THE RATE OR PRICE OF A SURPLUS LINES POLICY DETERMINED?

The rate or premium charged for a surplus lines policy is determined by the surplus lines insurer. As unlicensed insurers, surplus lines insurers do not file their rates or premiums with the state for review or approval.

DOES THE GEORGIA DEPARTMENT OF INSURANCE REVIEW OR APPROVE THE TERMS AND CONDITIONS OF THIS POLICY?

Pursuant to O.C.G.A. §33-5-21.1, policies of surplus lines insurers are not reviewed or approved by the Georgia Department of Insurance.

CAN MY POLICY BE RENEWED OR EXTENDED?

Your surplus lines policy may or may not be renewed or extended when the policy expires. An extension of the policy coverage will be dependent upon the continued unavailability of the coverage from insurers licensed in this state and the willingness of the surplus lines insurer to continue to accept the risk. Since a surplus lines policy is generally not subject to the same notice requirements as a policy issued by a licensed insurer, notice of a premium increase for a new policy term or company's intent not to extend the policy at the same terms and conditions might not be provided until close to the date the policy expires. Therefore, you should keep in contact with your agent or broker, particularly as the expiration of the policy term nears, to ascertain the status of the policy and to assure continuity of coverage.