# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORDAN WATERS, ASHLEY SEEK, and ELEANOR THORNTON, individually and on behalf of all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>CONCEPT MANAGEMENT OF AIRPORT, INC. d/b/a MALONE'S STEAK & SEAFOOD and FEROZALI DELAWALLA,<br><br>    Defendants. | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

**CONSENT TO JOIN**

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendant Concept Management of Airport, Inc. d/b/a Malone's Steak & Seafood and Defendant Ferozali Delawalla to pay me all wages required by the FLSA. I designate Justin M. Scott, of Scott Employment Law, P.C. to represent me in this suit.

1

Jordan Taylor Waters
_____
Name (Printed)

*Jordan Taylor Waters (Jan 23, 2023 15:00 EST)*
_____
Signature

01/23/2023
_____
Date

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORDAN WATERS, ASHLEY SEEK, and ELEANOR THORNTON, individually and on behalf of all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>CONCEPT MANAGEMENT OF AIRPORT, INC. d/b/a MALONE'S STEAK & SEAFOOD and FEROZALI DELAWALLA,<br><br>    Defendants. | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

**CONSENT TO JOIN**

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendant Concept Management of Airport, Inc. d/b/a Malone's Steak & Seafood and Defendant Ferozali Delawalla to pay me all wages required by the FLSA. I designate Justin M. Scott, of Scott Employment Law, P.C. to represent me in this suit.

1

2

Ashley C Seek
<u>                                  </u>
Name (Printed)

Ashley C Seek (Jan 21, 2023 00:43 EST)
<u>                                  </u>
Signature

01/21/2023
<u>                    </u>
Date

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JORDAN WATERS, ASHLEY SEEK, and ELEANOR THORNTON, individually and on behalf of all similarly situated persons, | Civil Action No. _____ |
| Plaintiffs, | |
| v. | **JURY TRIAL DEMANDED** |
| CONCEPT MANAGEMENT OF AIRPORT, INC. d/b/a MALONE'S STEAK & SEAFOOD and FEROZALI DELAWALLA, | |
| Defendants. | |

**CONSENT TO JOIN**

By my signature below, I hereby consent, pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), to become a Party Plaintiff in the above-captioned FLSA action and authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Defendant Concept Management of Airport, Inc. d/b/a Malone's Steak & Seafood and Defendant Ferozali Delawalla to pay me all wages required by the FLSA. I designate Justin M. Scott, of Scott Employment Law, P.C. to represent me in this suit.

1

2

Siobhan Thornton
―――――――――――――
Name (Printed)

*signature*
Siobhan Thornton (Jan 21, 2023 09:39 EST)
―――――――――――――
Signature

01/21/2023
―――――――――
Date

2