EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2022-04378 |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Tonesha Spaulding | 3475288269 | 08/21/1983 |

Street Address: 3840 Button Gate Ct, Lithonia, GA, 30038

**US EEOC ATDO RECEIVED APRIL 4, 2022**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Atlanta Gastroenterology and associates | 15+ | 4042579000 |

Street Address: 5671 Peachtree Dunwoody Rd, Atlanta, GA 30342

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest _____
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working at the above-named employer in 2020. My supervisor Ms. Chrishandra Johnson sexually harasses me. She has repeatedly commented on my breast, touched me inappropriately, and given me sexual toys. She makes me extremely unconformable, and I have complained to my employer. But to date Ms. Johnson has not yet been terminated. The harassment got so bad that I had to use FMLA leave. I'm set to return from FMLA leave shortly, and I fear the harassment and retaliation will continue.

I believe I have been sexually harassed and retaliated against in violation of Title VII of the Civil Rights Act as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04/04/2022
Date — Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)