EEOC Form 161-B (01/2022)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Tonesha Spaulding**<br>**3840 Button Gate Ct.**<br>**Lithonia, GA 30038** | From: | **Atlanta District Office**<br>**100 Alabama Street, SW, Suite 4R30**<br>**Atlanta, GA 30303** |
|---|---|---|---|

| EEOC Charge No.<br>**410-2022-04378** | EEOC Representative<br>**Carmen Bethune,**<br>**Federal Investigator** | Telephone No.<br>**470-531-4801** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    More than 180 days have passed since the filing of this charge.

    The EEOC is terminating its processing of this charge.

*Equal Pay Act (EPA):* You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Darrell E. Graham
11/23/2022

**Darrell E. Graham**
**District Director**

Enclosures(s)

cc:    **Deepa Subramanian**
**Ogletree Deakins**
**191 Peachtree Street, N.E., Suite 4800**
**Atlanta, GA 30303**

     **Vanessa Irving**
**United Digestive MSO Parent, LLC**
**1355 Peachtree Street, N.E., Suite 1600**
**Atlanta, GA 30309**

     **Steve Mixon**
**The Mixon Law Firm, LLC**
**1691 Phoenix Blvd., Suite 150**
**Atlanta, GA 30349**