

**CONFIDENTIAL**
**INCIDENT/UNUSUAL OCCURRENCE REPORT**

*Instructions noted on page 3*

## SECTION 1 – GENERAL INFORMATION

Location **AGA Peachtree Dunwoody Location**   Provider _____

Date of report **03/02/2022**   Date of service (Incident) **Jan. 13th, 14th & 17th 2022**   Visit type _____

## SECTION 2 – INDIVIDUAL INVOLVED

Name **Tanesha Spaulding**

Date of birth **08/21/1983**   ☐ Male   ☒ Female

Status   ☐ Patient (ID # _____)   ☒ Employee   ☐ Visitor   ☐ Other _____

Phone ~~████████~~   ☒ Individual requesting follow-up call

## SECTION 3a – TYPE OF OCCURRENCE

☐ Personal injury   ☐ Medical   ☐ Equipment/Facility problem   ☒ Other **Sexual Harassment**

If equipment involved, provide   Serial # _____   Mfg _____

Vendor notified?   ☐ Yes   ☒ No       Manufacturer notified?   ☐ Yes   ☒ No

## SECTION 3b – OCCURRENCE SUB-CATEGORIES (If any items checked here, only complete sections 1, 2, 3, 4, and 7.)

☐ Procedure cancelled (not due to medical reasons)   ☐ Consent/Order issue   ☒ Patient/Staff behavior
☐ Patient complaint/grievance   ☐ Property damage   ☐ Missing item   ☐ Missing pathology requisition or signature

## SECTION 4 – INCIDENT DETAILS

Date occurred **Jan 13, 14, 17 2022**   Time occurred **9:15 am**   Specific location of incident **AGA Peachtree Dunwoody Location**

Patient's condition prior to incident
☒ Cooperative   ☐ Uncooperative   ☐ Alert   ☐ Sedated   ☐ Aggressive   ☐ Disoriented

Describe Incident (attach additional pages if necessary) See ~~Full~~ Report on attachment.
On January 13th of 2022. I was sexually harassed by my team lead Ms. Chrishanda Johnson. The form of harassment was by her purchasing two sexual toys meant to give women pleasure. One was a small vibrating rubber rose and the other was a long stem dildo rose. When I asked Ms Johnson why did she feel the need to purchase and give me such a gift she stated I need dick in my life or some kind of release. Once Ms. Johnson realized I did not use the toys she became verbally aggressive and hostile making it extremely unbearable to work

Witnesses **Melinda Joseph, Kandus Le Blanc, Brittney Anderson**

Physician notified?   ☐ Yes   ☐ No   **Dr. Sibyl Duncan**   **01/26/2022**   **1:45 pm**
                                        Physician Name                Date            Time

Incident prepared by **Tanesha Spaulding**   Signature   Date **3/2/2022**
                       Name (print)

Submit to incidents@uniteddigestive.com