**Danielle Claffey**

| | |
|---|---|
| **From:** | Rohan Sethi <er.rohansethi@gmail.com> |
| **Sent:** | Tuesday, January 24, 2023 3:21 PM |
| **To:** | Danielle Claffey |
| **Subject:** | Fwd: Address Change Request Confirmation |

[EXTERNAL]


---------- Forwarded message ---------
From: <USCIS-CaseStatus@dhs.gov>
Date: Sun, Aug 14, 2022 at 19:37
Subject: Address Change Request Confirmation
To: <er.rohansethi@gmail.com>


Address change request successfully submitted:
Updated Address To:
Rohan Sethi
1134 HWY 544
APT 102
CONWAY, SC 29526
AR-11: COA22622001364
Service Request:CA12262201406TSC
Expect a reply by:August 29, 2022

# Danielle Claffey

| | |
|---|---|
| **From:** | Rohan Sethi <er.rohansethi@gmail.com> |
| **Sent:** | Tuesday, January 24, 2023 3:22 PM |
| **To:** | Danielle Claffey |
| **Subject:** | Fwd: Address Change Request Confirmation |

[EXTERNAL]


---------- Forwarded message ---------
From: <USCIS-CaseStatus@dhs.gov>
Date: Mon, Feb 7, 2022 at 13:08
Subject: Address Change Request Confirmation
To: <er.rohansethi@gmail.com>


Address change request successfully submitted:
Updated Address To:
Rohan Sethi
1146 SC-544
 303 C
CONWAY , SC 29526
AR-11: COA03822001560
Service Request:CA10382203509TSC
Expect a reply by:February 21, 2022