October 6, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
1821 Sam Rittenberg Blvd
Charleston, SC 29407



U.S. Citizenship
and Immigration
Services


SRC2090180475


A213-576-245

ROHAN SETHI
1134 HIGHWAY 544 APT 102
CONWAY, SC 29526

RE: ROHAN SETHI
I-485, Application to Register Permanent Residence or Adjust Status

## DECISION

This notice refers to your Form I-485, Application to Register Permanent Residence or Adjust Status filed on February 19, 2020, in accordance with Section 245 of the Immigration and Nationality Act (Section 245 of the INA).

You must establish that you satisfied each adjudicative element to establish eligibility for the requested benefit. If there are any issues for which you do not overcome, then each issue forms a separate basis for the denial. In this case, the following issues independently form the basis for this denial and will be discussed in this notice:

Adjustment of status law and regulation require that an immigrant visa be available to the applicant at the time of filing. INA 245 (8 USC 1255) states:

(a) The status of an alien who was inspected and admitted or paroled into the United States… may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if

(1) the alien makes an application for such adjustment,

(2) the alien is eligible to receive an immigrant visa and is admissible to the United States for permanent residence; and;

(3) an immigrant visa is immediately available to him at the time his application is filed…

Title 8, Code of Federal Regulations (CFR), Part 245.1(g)(1) states:

(1) Availability of immigrant visas under section 245.  An alien is ineligible for the benefits of section 245 of the Act unless an immigrant visa is immediately available to him or her at the time the application is filed…

Visa availability is governed by the monthly Visa Bulletin published by the U.S. Department of State Visa Office. According to the Visa Bulletin in effect on the date this application was filed, a visa was not available based on your

CHL48SNBCEBI00002283285 (COURTESY COPY)    1 of 3    www.uscis.gov

you through cross-charging as provided under INA 202(b).

established priority date and specific preference category. USCIS has also determined that a visa was not available to

There is no waiver or exemption to the INA 245 requirement that an immigrant visa be available at the time of filing. The above regulation bars approval of this application.

In *Matter of Tanahan* 18 I&N Dec. 339 (Reg. Comm. 1981), it was found that an applicant for adjustment of status under INA 245 who meets the objective prerequisites is merely eligible to apply for adjustment of status. An applicant is in no way entitled to adjustment. When an alien seeks the favorable exercise of USCIS discretion, it is incumbent on that person to establish that he or she merits adjustment.

After a review of the application and all of the supporting evidence, it is the decision of U.S. Citizenship and Immigration Services (USCIS) to deny Form I-485.

Since this Form I-485 has been denied, the condition upon which your Employment Authorization document and/or Advance Parole document was based, no longer exists. Therefore, USCIS has determined that any pending Application for Employment Authorization, Form I-765, and/or Application for Travel Document, Form I-131, related to the Form I-485 are also denied.

Any unexpired Employment Authorization document based upon this Form I-485 is revoked as of 18 days from the date of this notice pursuant to 8 CFR 274a.14(b)(2), unless you submit, within 18 days, proof that your Form I-485 remains pending. The decision shall be final and no appeal shall lie from the decision to revoke the authorization. Any unexpired Advance Parole document based upon this Form I-485 is terminated as of the date of this notice pursuant to 8 CFR 212.5(e)(2)(i). Any unexpired Employment Authorization document and/or Advance Parole document based upon this Form I-485 should be returned to the local USCIS office.

The evidence of record shows that, when you filed your application, you were lawfully present in the United States as a nonimmigrant. Your period of authorized stay as a nonimmigrant has not yet expired. You are authorized to remain in the United States until that date (or any further extension). However, you must continue to comply with all the conditions that apply to your nonimmigrant admission, including any prohibition against engaging in employment that may apply to your nonimmigrant status.

There is no appeal from this decision. You may file a motion to reopen or reconsider. Your motion to reopen or reconsider must be filed on Form I-290B, Notice of Appeal or Motion, within 30 days of the date of this notice (33 days if this notice is received by mail). To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov. For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contact-center.

Sincerely,

*[signature]*

Jody C Luntsford
Field Office Director