AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____

Jay Anthony Ramos
_____
Plaintiff(s)

v.   Civil Action No. _____

Ambridge Hospitality, LLC d/b/a Embassy
Suites Houston-Katy by Hilton; Hilton
Worldwide, Inc. d/b/a Park Hotels &
Resorts Inc; and John Doe 1 an 2
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ambridge Hospitality, LLC
5301 Headquarters Drive
Plano, Texas 75024
c/o CT Corporation System - Registered Agent for Service
289 S. Culver Street
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of
Torris J. Butterfield & Associates P.C.
50 Hurt Plaza, Ste 1120
Atlanta, GA 30303
404-522-5056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                             *Signature of Clerk or Deputy Clerk*

The Law Offices of
Torris J. Butterfield & Associates P.C.
50 Hurt Plaza, Ste 1120
Atlanta, GA 30303