AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Jay Anthony Ramos
_____
Plaintiff(s)

v.

Ambridge Hospitality, LLC d/b/a Embassy Suites Houston-Katy by Hilton; Hilton Worldwide, Inc. d/b/a Park Hotels & Resorts Inc; and John Doe 1 an 2
_____
Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hilton Worldwide, Inc.
1775 Tysons Boulevard, 7th Floor
Tysons, VA 22102
c/o Corporation Service Company - Registered Agent for Service
2 Sun Court, #400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Offices of
Torris J. Butterfield & Associates P.C.
50 Hurt Plaza, Ste 1120
Atlanta, GA 30303
404-522-5056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*