FILED 12/21/2022 10:59 AM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

**TOMMIE F. WEDLOWE**

Case No.: 22CV10700

_____

_____

Plaintiff

VS

SENTRY SELECT INSURANCE COMPANY

c/o CT Corproartion System, Registered Agent

289 S. Culver Street, Lawrenceville, GA 30046

Defendant

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file electronically with the Clerk of said court at https://efilega.tylerhost.net/ofsweb and serve upon the Plaintiff's attorney, whose name, address and email is:

Joe Morris III, Esq. - Bey & Associates, LLC
191 Peachtree Street, NE, Suite 3200, Atlanta, GA 30303
joe@beyandassociates.com

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __21__ day of __December__, 20__22__.

Honorable Debra DeBerry
Clerk of Superior Court
B Wayne Scott
By_____
Deputy Clerk

E-Filing and E-Service

Pursuant to the Superior Court of DeKalb County's E-File Order, dated December 27, 2016, and available at www.dksuperiorclerk.com/civil, the parties must file all documents electronically through eFileGA unless expressly exempted under the Rule. All orders and notices from the Court will be electronically filed and served through eFileGA. The parties must register for an eFileGA account, link their service contact information with the case and the party represent, and take whatever steps are necessary to ensure that correspondence from eFileGA reaches the parties' inboxes. To access eFileGA, please go to http://www.odysseyefilega.com/

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

EXHIBIT "2"