

## Affidavit of Process Server

### In The Superior Court of DeKalb County, State of Georgia
(Name of Court)

| Tommie F. Wedlowe | VS | Sentry Select Insurance Company | 22CV10700 |
|---|---|---|---|
| (Plaintiff/Petitioner) | | (Defendant) | (CASE NO.) |

I, Curvin O. Self, Jr. being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state of Georgia, I was authorized by law or order to perform said service.
SERVICE: I served: Sentry Select Insurance Company/CT Corporation System Registered Agent
(Name of Person/Entity being served)

WITH (list documents) Summons and Verified Complaint for Damages, Verification, and Discovery

By Leaving with   Linda Banks, CT Corp Representative

☐ RESIDENCE (address)_____
☒ BUSINESS (address)   289 S. Culver Street, Lawrenceville, GA 30046
☐ OTHER (address)_____

ON (date) 12/27/22                AT (time) 1:35PM

MANNER OF SERVICE:

☒ PERSONAL: BY PERSONALLY DELIVERING COPIES TO THE PERSON BEING SERVED.
☐ SUBSTITUTED AT RESIDENCE_____
☐ SUBSTITUTED AT BUSINESS_____

DESCRIPTION OF SERVICE: _____

SERVICE ATTEMPTS: Service was attempted on: (date/time) (1)_____

(2)_____ (3)_____ (4)_____

DESCRIPTION: Est- Age 65  Sex F  Race White  Height 5'0"  Weight 125 lbs.  Hair Silver  Beard? No  Glasses? No

Signature of Process Server _____

SUBSCRIBED AND SWORN to before me this 27 day of Dec, 2022, by Curvin O'neal Self Jr.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC   Ravi Patel

NOTARY PUBLIC for the state of           GEORGIA

Ravi Patel
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 01/17/2026

Telephone: (404) 328-6217   Fax: (770) 736-9546
www.gsidetectives.com
E-mail: abby@gsidetectives.com

EXHIBIT "3"