JAB

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TOMMIE F. WEDLOWE,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **Civil Action No. 22CV10700** |
| | * | |
| **SENTRY SELECT INSURANCE** | * | |
| **COMPANY, FAST LANE CARRIERS,** | * | |
| **LLC., and NIJAZ IBRISEVIC,** | * | |
| Defendants. | * | |

### DEMAND FOR JURY TRIAL

COME NOW Defendants and herewith files their Demand for Twelve-Person Jury on all issues so triable.

This 12th day of January, 2023.

                                            **FAIN MAJOR & BRENNAN, P.C.**

                                            */s/ James W. Hardee*

One Premier Plaza                           JAMES W. HARDEE
5605 Glenridge Dr. N.E., Suite 900       Georgia Bar No. 324399
Atlanta, GA 30342-1445                    DALE C. RAY, JR.
(404) 688-6633                              Georgia Bar No. 596095
jhardee@fainmajor.com                    *Counsel for Defendants*
dray@fainmajor.com

EXHIBIT "6"

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **TOMMIE F. WEDLOWE,** * | |
| Plaintiff, * | |
| * | |
| vs. * | Civil Action No. 22CV10700 |
| * | |
| **SENTRY SELECT INSURANCE** * | |
| **COMPANY, FAST LANE CARRIERS,** * | |
| **LLC., and NIJAZ IBRISEVIC,** * | |
| Defendants. * | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Demand for Twelve Person Jury** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Joe Morris, III
N. John Bey
BEY & ASSOCIATES, LLC
191 Peachtree St. NE, Suite 3200
Atlanta, GA 30303
john@beyandassociates.com
joe@beyandassociates.com

This 12th day of January, 2023.

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com