# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

JAB

| | |
|---|---|
| **TOMMIE F. WEDLOWE,** * | |
| Plaintiff, * | |
| * | |
| vs. * | **Civil Action No. 22CV10700** |
| * | |
| **SENTRY SELECT INSURANCE** * | |
| **COMPANY, FAST LANE CARRIERS,** * | |
| **LLC., and NIJAZ IBRISEVIC,** * | |
| Defendants. * | |

## **DEFENDANTS' FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF**

COME NOW Defendants, and pursuant to O.C.G.A. § 9-11-36 *et. seq.*, request that Plaintiff admit the following for purposes of this action only, within thirty (30) days.

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

2.

Plaintiff seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

3.

Plaintiff seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

4.

The damages and recovery sought by the Plaintiff in the within action, exclusive of interest and cost, exceeds $75,000.00.

5.

The damages and recovery sought by the Plaintiff in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

6.

The total damages of the Plaintiff proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

EXHIBIT "8"

This 12th day of January, 2023.

|  |  |
|---|---|
| One Premier Plaza<br>5605 Glenridge Dr. N.E., Suite 900<br>Atlanta, GA 30342-1445<br>(404) 688-6633<br>jhardee@fainmajor.com<br>dray@fainmajor.com | **FAIN MAJOR & BRENNAN, P.C.**<br><br>*/s/ James W. Hardee*<br>JAMES W. HARDEE<br>Georgia Bar No. 324399<br>DALE C. RAY, JR.<br>Georgia Bar No. 596095<br>*Counsel for Defendants* |

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TOMMIE F. WEDLOWE, * | |
| Plaintiff, * | |
| * | |
| vs. * | Civil Action No. 22CV10700 |
| * | |
| SENTRY SELECT INSURANCE * | |
| COMPANY, FAST LANE CARRIERS, * | |
| LLC., and NIJAZ IBRISEVIC, * | |
| Defendants. * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendants' First Request for Admissions to Plaintiff** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Joe Morris, III
N. John Bey
BEY & ASSOCIATES, LLC
191 Peachtree St. NE, Suite 3200
Atlanta, GA 30303
john@beyandassociates.com
joe@beyandassociates.com

This 12th day of January, 2023.

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

One Premier Plaza
5605 Glenridge Dr. N.E., Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com