E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-10891-1
12/27/2022 1:32 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of ___Gwinnett Superior Court___ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ **MM-DD-YYYY** | Case Number __22-A-10891-1__ |

**Plaintiff(s)**
FOUR SEASONS TRUCKING, INC.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
GRANGE MUTUAL CASUALTY COMPANY

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** __John V Kuruvilla__     **State Bar Number** __903278__     **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**              **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10891-1**
**12/27/2022 1:32 PM**
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☑ Superior or ☐ State Court of ___GWINNETT___ County

| For Clerk Use Only | 22-A-10891-1 |
|---|---|
| Date Filed _____ **MM-DD-YYYY** | Case Number _____ |

**Plaintiff(s)**
FOUR SEASONS

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| TRUCKING, INC. | | | | |

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
GRANGE MUTUAL

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| CASUALTY | | | | |
| COMPANY | | | | |

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _____ **State Bar Number** _____ **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☒ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

__N/A__ _____
**Case Number** **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

__N/A__ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

N/A

Version 1.1.20

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-10891-1
12/27/2022 1:32 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| FOUR SEASON TRUCKING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  22-A-10891-1 |
| GRANGE MUTUAL CASUALTY COMPANY, | ) ) ) | _____ |
| Defendant. | ) | |

## **COMPLAINT**

COMES NOW, plaintiff Four Seasons Trucking, Inc. (sometimes hereinafter "Plaintiff"), and files its Complaint, showing the Court as follows.

1.

Plaintiff Four Seasons Trucking, Inc. is a domestic corporation, and may be contacted by and through counsel of record.

2.

Defendant Grange Mutual Casualty Company (sometimes hereinafter "Grange") is an out of state insurer that has provided insurance coverage for the Plaintiff in a lawsuit currently pending in the State Court of DeKalb County in which the Plaintiff is a defendant.  Grange may be served by and through its

registered agent, Linda Banks, located at 289 S. Culver Street, Lawrenceville, GA 30046.

3.

Venue is proper, as defendant resides in Gwinnett County.

4.

Personal jurisdiction is proper, as Grange transacts business in this state.

5.

Subject matter jurisdiction is proper, as this Court is the court of general jurisdiction.

**Count I – Declaratory Judgment Relief**

6.

Plaintiff re-alleges and incorporates herein by reference the allegations of paragraph one through five of its Complaint.

7.

Plaintiff is currently a defendant in a personal injury lawsuit that is pending in the State Court of DeKalb County, styled <u>Terri Slaughter v. Mark T. Lucas and Four Seasons Trucking, Inc.</u>, Civil Action No. 20A79267 (hereinafter "DeKalb Lawsuit").

8.

This lawsuit arises out of an October 12, 2015 accident that occurred while Plaintiff's employee was operating his vehicle on behalf of plaintiff Four Seasons Trucking, Inc.

9.

Plaintiff claimed insurance coverage for this accident pursuant to Four Seasons Trucking, Inc.'s insurance policy with Grange, Policy Period 3/16/2015 – 3/16/2016, Policy Number CPP 2619526-06 (hereinafter "Trucking Policy"), and pursuant to Four Seasons Trucking & Grading, Inc.'s insurance policy with Grange, Policy Period 10/15/2014 – 10/15/2015, Policy Number CPP 2623822-05 (hereinafter "Grading Policy").

10.

Grange reserved the right to deny coverage, and filed a declaratory judgment in the Northern District of Georgia, Atlanta Division, Civil Action No. 1:16-cv-03058-SCJ, in which Grange, on summary judgment, requested that all insurance coverage for the October 12, 2015 incident be denied.

11.

On February 20, 2018, the District Court for the Northern District of Georgia entered an Order in which it ruled that there was coverage for the October 12, 2015 accident under Four Seasons Trucking & Grading, Inc.'s policy.

12.

Following the District Court's February 20, 2018 Order, Grange continued to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit.

13.

On April 19, 2021, Grange notified Four Seasons Trucking, Inc. that it would not continue to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit.

14.

Subsequently, as a result of Grange's decision to not continue to defend Four Seasons Trucking, Inc., the law firm retained by Grange to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit moved to withdraw from the DeKalb Lawsuit.

15.

As a result of Grange's decision to not continue to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit, and the resulting, pending withdrawal in the DeKalb Lawsuit of counsel that had been retained by Grange to defend Four Seasons Trucking, Inc., there exists a substantial and actual controversy as to the rights, duties, and obligations of Grange Mutual Casualty Company.

16.

Because the question of whether Grange has a duty to continue to defend

Four Seasons Trucking, Inc. in the DeKalb Lawsuit is in dispute, Four Seasons

Trucking, Inc. is in a position of insecurity and uncertainty.

17.

Pursuant to the Declaratory Judgment Act, plaintiff Four Seasons Trucking,

Inc. seeks a ruling of the Court adjudicating Grange's rights, duties, and

obligations to protect Four Seasons Trucking, Inc. from the risk of taking

undirected action.

WHEREFORE, Four Seasons Trucking, Inc. prays as follows:

a)   That the Court enter a declaratory judgment declaring the rights, duties,

and obligations of defendant Grange Mutual Casualty Company;

b)   That the Court enter an Order staying the DeKalb Lawsuit pending final

resolution of the relief sought in this declaratory judgment action;

c)   That plaintiff Four Seasons Trucking, Inc. have a trial by jury; and

d)   That plaintiff Four Seasons Trucking, Inc. be awarded all other relief that

this Court may deem just and proper.

This 23rd day of December, 2022.

**KURUVILLA LAW FIRM, P.C.**

/s/ John V. Kuruvilla

John V. Kuruvilla
Georgia Bar No. 903278
Counsel for plaintiff Four Seasons Trucking,
Inc.

Tower Place 100
3340 Peachtree Road, Suite 1800
Atlanta, GA  30326
Telephone:   (404) 814-0545
Facsimile:    (404) 814-5965
E-Mail:       jvk@kuruvillalaw.com

Case 1:23-mi-99999-UNA   Document 254-1   Filed 01/25/23   Page 9 of 22

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10891-1**
**12/27/2022 1:32 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

FOUR SEASONS
TRUCKING, INC.

_____

CIVIL ACTION
NUMBER:_____   22-A-10891-1

PLAINTIFF

VS.

GRANGE
MUTUAL
CASUALTY
COMPANY        DEFENDANT

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This_____ day of _____27th day of December, 2022_____, 20____.     Tiana P. Garner

_____
Richard T. Alexander, Jr.,
Clerk of Superior Court

*Caleb Everett*
_____
Deputy Clerk

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

John V. Kuruvilla

**KURUVILLA LAW FIRM, P.C.**
Tower Place 100
3340 Peachtree Road
Suite 1800
Atlanta, Georgia 30326

Civil Action No. 22-A-10891

Date Filed 12/27/22

(submitted for filing)
on 12/23/22

Attorney's Address
John V. Kuruvilla
3340 Peachtree Rd.
Suite 1800
Atlanta GA 30326

Name and Address of party to be served.

GRANGE MUTUAL CASUALTY
COMPANY, by and through
registered agent, Linda
Banks, 2589 S. Culver Street
Lawrenceville, GA 30046

Magistrate Court ☐
Superior Court ☒
State Court ☐

Georgia, Gwinnett County

FOUR SEASONS
TRUCKING, INC.

**Plaintiff**

VS.

GRANGE MUTUAL
CASUALTY COMPANY

**Defendant**

Garnishee

2022 DEC 27 PM 3:00
RECEIVED
CIVIL DIV. G.S.C.

### Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐
Served the defendant Grange Mutual Casualty Co. a corporation by leaving a copy of the within action and summons with Jane Richardson (RA) in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

2022 DEC 28 AM 8:33
TIANA P. GARNER, CLERK

This 27 day of Dec, 20 22.

3:15pm

Lt. Higgins 50541
**Deputy**

Sheriff Docket_____ Page_____

Lt. ___
**Gwinnett County, Georgia**

WHITE:  Clerk        CANARY:  Plaintiff / Attorney        PINK:  Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**     22040612

**Person Served:**   GRANGE MUTUAL CASUALTY COMPANY
289 SOUTH CULVER STREET
C/O CSC (LINDA BANKS - RA)
LAWRENCEVILLE GA 30046
PHONE:

**Process Information:**

Date Received:     12/27/2022

Assigned Zone:     289 S. Culver              Court Case #:     22-A-10891-1

Expiration Date:                             Hearing Date:

Paper Types:       COMPLAINT

Notes/Alerts:

**Notes:**

_Served_

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10891-1**
12/27/2022 1:32 PM
TIANA P. GARNER, CLERK

### General Civil and Domestic Relations Case Filing Information Form

☒ Superor or ☐ State Court of __Gwinnett Superior Court__ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ <br> **MM-DD-YYYY** | Case Number __22-A-10891-1__ |

**Plaintiff(s)**
FOUR SEASONS TRUCKING, INC.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
GRANGE MUTUAL CASUALTY COMPANY

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** __John V Kuruvilla__     **State Bar Number** __903278__     **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**                             **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10891-1**
**12/27/2022 1:32 PM**
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of _GWINNETT_ County

| For Clerk Use Only | 22-A-10891-1 |
|---|---|
| Date Filed _____ <br> **MM-DD-YYYY** | Case Number _____ |

**Plaintiff(s)**
FOUR SEASONS

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| TRUCKING, INC. | | | | |

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
GRANGE MUTUAL

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| CASUALTY | | | | |
| COMPANY | | | | |

| Last | First | Middle I. | Suffix | Prefix |

| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☐ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☒ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ N/A   _____
**Case Number**          **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ N/A **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

N/A

Version 1.1.20

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**22-A-10891-1**

**12/27/2022 1:32 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| FOUR SEASON TRUCKING, INC.,        ) | |
|        ) | |
| **Plaintiff,**        ) | |
|        ) | Civil Action No.    22-A-10891-1 |
| **v.**        ) | |
|        ) | |
| GRANGE MUTUAL CASUALTY COMPANY,    ) | |
|        ) | |
| **Defendant.**        ) | |

## **COMPLAINT**

COMES NOW, plaintiff Four Seasons Trucking, Inc. (sometimes hereinafter "Plaintiff"), and files its Complaint, showing the Court as follows.

1.

Plaintiff Four Seasons Trucking, Inc. is a domestic corporation, and may be contacted by and through counsel of record.

2.

Defendant Grange Mutual Casualty Company (sometimes hereinafter "Grange") is an out of state insurer that has provided insurance coverage for the Plaintiff in a lawsuit currently pending in the State Court of DeKalb County in which the Plaintiff is a defendant.  Grange may be served by and through its

registered agent, Linda Banks, located at 289 S. Culver Street, Lawrenceville, GA 30046.

3.

Venue is proper, as defendant resides in Gwinnett County.

4.

Personal jurisdiction is proper, as Grange transacts business in this state.

5.

Subject matter jurisdiction is proper, as this Court is the court of general jurisdiction.

## Count I – Declaratory Judgment Relief

6.

Plaintiff re-alleges and incorporates herein by reference the allegations of paragraph one through five of its Complaint.

7.

Plaintiff is currently a defendant in a personal injury lawsuit that is pending in the State Court of DeKalb County, styled Terri Slaughter v. Mark T. Lucas and Four Seasons Trucking, Inc., Civil Action No. 20A79267 (hereinafter "DeKalb Lawsuit").

8.

This lawsuit arises out of an October 12, 2015 accident that occurred while Plaintiff's employee was operating his vehicle on behalf of plaintiff Four Seasons Trucking, Inc.

9.

Plaintiff claimed insurance coverage for this accident pursuant to Four Seasons Trucking, Inc.'s insurance policy with Grange, Policy Period 3/16/2015 – 3/16/2016, Policy Number CPP 2619526-06 (hereinafter "Trucking Policy"), and pursuant to Four Seasons Trucking & Grading, Inc.'s insurance policy with Grange, Policy Period 10/15/2014 – 10/15/2015, Policy Number CPP 2623822-05 (hereinafter "Grading Policy").

10.

Grange reserved the right to deny coverage, and filed a declaratory judgment in the Northern District of Georgia, Atlanta Division, Civil Action No. 1:16-cv-03058-SCJ, in which Grange, on summary judgment, requested that all insurance coverage for the October 12, 2015 incident be denied.

11.

On February 20, 2018, the District Court for the Northern District of Georgia entered an Order in which it ruled that there was coverage for the October 12, 2015 accident under Four Seasons Trucking & Grading, Inc.'s policy.

12.

Following the District Court's February 20, 2018 Order, Grange continued to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit.

13.

On April 19, 2021, Grange notified Four Seasons Trucking, Inc. that it would not continue to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit.

14.

Subsequently, as a result of Grange's decision to not continue to defend Four Seasons Trucking, Inc., the law firm retained by Grange to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit moved to withdraw from the DeKalb Lawsuit.

15.

As a result of Grange's decision to not continue to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit, and the resulting, pending withdrawal in the DeKalb Lawsuit of counsel that had been retained by Grange to defend Four Seasons Trucking, Inc., there exists a substantial and actual controversy as to the rights, duties, and obligations of Grange Mutual Casualty Company.

16.

Because the question of whether Grange has a duty to continue to defend Four Seasons Trucking, Inc. in the DeKalb Lawsuit is in dispute, Four Seasons Trucking, Inc. is in a position of insecurity and uncertainty.

17.

Pursuant to the Declaratory Judgment Act, plaintiff Four Seasons Trucking, Inc. seeks a ruling of the Court adjudicating Grange's rights, duties, and obligations to protect Four Seasons Trucking, Inc. from the risk of taking undirected action.

WHEREFORE, Four Seasons Trucking, Inc. prays as follows:

a) That the Court enter a declaratory judgment declaring the rights, duties, and obligations of defendant Grange Mutual Casualty Company;

b) That the Court enter an Order staying the DeKalb Lawsuit pending final resolution of the relief sought in this declaratory judgment action;

c) That plaintiff Four Seasons Trucking, Inc. have a trial by jury; and

d) That plaintiff Four Seasons Trucking, Inc. be awarded all other relief that this Court may deem just and proper.

This 23rd day of December, 2022.

**KURUVILLA LAW FIRM, P.C.**

/s/ John V. Kuruvilla

_____
John V. Kuruvilla
Georgia Bar No. 903278
Counsel for plaintiff Four Seasons Trucking,
Inc.

Tower Place 100
3340 Peachtree Road, Suite 1800
Atlanta, GA  30326
Telephone:   (404) 814-0545
Facsimile:   (404) 814-5965
E-Mail:      jvk@kuruvillalaw.com

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-10891-1
12/27/2022 1:32 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

FOUR SEASONS
TRUCKING, INC.

CIVIL ACTION    22-A-10891-1
NUMBER:_____

_____

PLAINTIFF

VS.

GRANGE
MUTUAL
CASUALTY
COMPANY    DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This_____ day of _27th day of December, 2022_____, 20____.    Tiana P. Garner

_____
Richard T. Alexander, Jr.,
Clerk of Superior Court

_Calah Everett_
_____
Deputy Clerk

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

John V. Kuruvilla

**KURUVILLA LAW FIRM, P.C.**
Tower Place 100
3340 Peachtree Road
Suite 1800
Atlanta, Georgia 30326

Civil Action No. 22-A-10891

Date Filed 12/27/22

(submitted for filing)
on 12/23/22

Attorney's Address
John V. Kuruvilla
3340 Peachtree Rd.
Suite 1800
Atlanta GA 30326

Magistrate Court ☐
Superior Court ☒
State Court ☐

Georgia, Gwinnett County

FOUR SEASONS
TRUCKING, INC.

**Plaintiff**

VS.

GRANGE MUTUAL
CASUALTY COMPANY

**Defendant**

Name and Address of party to be served.

GRANGE MUTUAL CASUALTY
COMPANY, by and through
registered agent, Linda
Banks, 2589 S. Culver Street
Lawrenceville, GA 30046

Garnishee

RECEIVED 2022 DEC 27 PM 3:15   CIVIL DIV. G.S.O.

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☐
Served the defendant Grange Mutual Casualty Co. a corporation
by leaving a copy of the within action and summons with Jane Richardson (RA)
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

TAMMY C. TURNER, CLERK   2022 DEC 28 AM 8:33

This 27 day of Dec, 20 22.

3:15pm

Lt. Higgins 50541

**Deputy**

Sheriff Docket _____ Page _____

Lt. ___

Gwinnett County, Georgia

WHITE: Clerk          CANARY: Plaintiff / Attorney          PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**    22040612

**Person Served:**    GRANGE MUTUAL CASUALTY COMPANY
289 SOUTH CULVER STREET
C/O CSC (LINDA BANKS - RA)
LAWRENCEVILLE GA 30046
PHONE:

**Process Information:**

| | | | |
|---|---|---|---|
| Date Received: | 12/27/2022 | | |
| Assigned Zone: | 289 S. Culver | Court Case #: | 22-A-10891-1 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT | | |
| Notes/Alerts: | | | |

**Notes:**

*Served*