| | |
|---|---|
| **From:** | John V. Kuruvilla |
| **To:** | Sprinkle, Brian W. |
| **Cc:** | Winokur, Mark |
| **Subject:** | RE: Four Seasons Trucking v. Grange |
| **Date:** | Monday, January 16, 2023 9:00:34 AM |
| **Attachments:** | image001.png |

Brian:

  At this time, Four Seasons does not have sufficient information to enter into any stipulation.  So it will not stipulate.

  Any other questions, let me know.


John V. Kuruvilla
Kuruvilla Law Firm, P.C.
Tower Place 100
3340 Peachtree Road, Suite 1800
Atlanta, GA  30326
Main:  (404) 814-0545
Direct:  (404) 814-5979
Fax:  (404) 814-5965

_____

*The information in this e-mail may be confidential and/or privileged.  This e-mail is intended to be reviewed only by the individual or organization named above.  If you are not the intended recipient or an authorized recipient of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited.  If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.*

*Thank you.*

**From:** Sprinkle, Brian W. <bsprinkle@hpylaw.com>
**Sent:** Thursday, January 12, 2023 8:43 AM
**To:** John V. Kuruvilla <jvk@kuruvillalaw.com>
**Cc:** Winokur, Mark <mwinokur@hpylaw.com>
**Subject:** Four Seasons Trucking v. Grange

John,

I see that you have refiled the declaratory judgment action against Grange.  Please let me know if you and your client will stipulate and agree in writing that you will not seek more than $75,000 from Grange in connection with the defense and indemnification of the Slaughter lawsuit.  Please let me know if this is agreeable no later than next Thursday, January 19.

Brian

**Brian W. Sprinkle**
*Partner*

**HAWKINS PARNELL**
Hawkins Parnell & Young, LLP

303 Peachtree Street, NE, Suite 4000
Atlanta, GA 30308
404-614-7504  |  hpylaw.com