## Case Information

23EV000130 | Laura Brunkala VS.Nationwide Recovery Service, Inc.,John Does 1-3

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| 23EV000130 | State Court | Bessen, Diane E |
| **File Date** | **Case Type** | **Case Status** |
| 01/06/2023 | TORT | Open |

## Party

**Plaintiff**

Brunkala, Laura

**Address**
305 West Wiecua Road NE
First Floor
Atlanta GA 30342

**Active Attorneys** ▼
Lead Attorney
REEVES, JASON E
Retained

---

**Defendant**

Nationwide Recovery Service, Inc.

**Address**
3414 Peachtree Road NE, Suite 1500
Atlanta GA 30326

---

**Defendant**

Does 1-3, John

**Address**
TBD
Atlanta GA 30326

---

**Defendant**

ABC Corps 1-3

**Address**
TBD
Atlanta GA 30326

# Events and Hearings

01/06/2023 COMPLAINT ▾

2023.1.6 Complaint for Damages (Brunkala v. Nationwide Recovery Services, Inc.) WITH ATTACHMENT.pdf

Comment
Complaint for Damages

01/06/2023 Case Initiation Form ▾

2023.1.6 Civil Action Filing Form (Brunkala v. NRS) copy (1) copy.pdf

Comment
Civil Action Filing Form

01/10/2023 Summons ▾

2023.1.10 Summons to Nationwide Recovery Service (Brunkala) .pdf

Comment
Summons to Nationwide Recovery Service

# Documents

2023.1.6 Complaint for Damages (Brunkala v. Nationwide Recovery Services, Inc.) WITH ATTACHMENT.pdf

2023.1.6 Civil Action Filing Form (Brunkala v. NRS) copy (1) copy.pdf

2023.1.10 Summons to Nationwide Recovery Service (Brunkala) .pdf