Case 1:23-mi-99999-UNA   Document 257-4   Filed 01/25/23   Page 1 of 1

State Court of Fulton County
**E-FILED**
23EV000130
1/6/2023 4:10 PM
Donald Talley, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **FULTON** County

**For Clerk Use Only**

Date Filed _____   Case Number _____
MM-DD-YYYY

**Plaintiff(s)**

BRUNKALA, LAURA
Last   First   Middle I.   Suffix   Prefix

_____
Last   First   Middle I.   Suffix   Prefix

_____
Last   First   Middle I.   Suffix   Prefix

_____
Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**

NATIONWIDE RECOVERY SERVICE, INC.
Last   First   Middle I.   Suffix   Prefix

DOES, JOHN 1-3
Last   First   Middle I.   Suffix   Prefix

ABC CORPS 1-3
Last   First   Middle I.   Suffix   Prefix

_____
Last   First   Middle I.   Suffix   Prefix

Plaintiff's Attorney **JASON E. REEVES** State Bar Number **252043** Self-Represented ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number                        Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20