**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RENUKA RAJASEKARAN,  Plaintiff,  v.  UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, UR MENDOZA JADDOU, TERRI ROBINSON  Defendants. | Case No. |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: None.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Steven M. Lefkoff, attorney for plaintiff

James O. Hacking, III, attorney for plaintiff

U.S. Attorney Kurt R. Erskine, attorney for defendants

Submitted this 25th day of January, 2023

*/s/ Steven M. Lefkoff*

*/s/ James O. Hacking, III*
*Counsel for Plaintiff*