**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATRICIA ROBERTS, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF FRED JENKINS, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS COMPANIES, INC., JANE DOE, JOHN DOE, ABC CORP., and XYZ CORP.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO.: |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW Defendants The Travelers Indemnity Company and The Travelers Companies, Inc. by and through their undersigned counsel, and hereby submits their Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, stating as follows:

4863-1268-8204.1

The undersigned counsel of record for Defendants certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.:

| | |
|---|---|
| **Plaintiffs** | Patricia Roberts, Individually and as Administrator of The Estate of Fred Jenkins, Deceased. |
| **Defendants** | The Travelers Indemnity Company <br> The Travelers Companies, Inc. |

**The Travelers Indemnity Company is a wholly-owned subsidiary of The Travelers Companies, Inc. The Travelers Companies, Inc. is a publicly held company and is incorporated in the State of Minnesota.**

The undersigned certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None.**

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendants in this proceeding:

4863-1268-8204.1

**Brantley C. Rowlen**
**Andrew T. Craft**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
**600 Peachtree St. NE, Suite 4700**
**Atlanta, Georgia 30308**
**(404) 348-8585**
Brantley.Rowlen@lewisbrisbois.com
Andrew.Craft@lewisbrisbois.com

The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**None.**

Respectfully submitted this 26th day of January, 2023.

            **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

            */s/ Andrew Craft*
            Brantley C. Rowlen
            Georgia Bar No. 153031
            Andrew T. Craft
            Georgia Bar No. 844764

600 Peachtree Street, NE
Suite 4700           *Counsel for Defendants*
Atlanta, Georgia 30308
404.348.8585
404.467-8845 (fax)
brantley.rowlen@lewisbrisbois.com
Andrew.craft@lewisbrisbois.com

4863-1268-8204.1

# CERTIFICATE OF SERVICE

I hereby certify I have this day filed a true and correct copy of the foregoing ***CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** with the Clerk of Court utilizing the CM/ECF filing system, and served a copy of same upon all counsel of record, by U.S. First Class Mail, proper postage affixed thereto, as follows:

Hung O. Nguyen
770GOODLAW, H.Q. ALEX NGUYEN LAW FIRM, LLC
5495 Jimmy Carter Blvd.
Suite B-17
Norcross, Georgia 30093
litigation@770goodlaw.com
*Counsel for Plaintiffs*

This 26th day of January, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Andrew Craft*
Brantley C. Rowlen
Georgia Bar No. 153031
Andrew T. Craft
Georgia Bar No. 844764

*Counsel for Defendants*

600 Peachtree Street, NE
Suite 4700
Atlanta, Georgia 30308
404.348.8585
404.467-8845 (fax)
brantley.rowlen@lewisbrisbois.com
Andrew.craft@lewisbrisbois.com

4863-1268-8204.1