## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Sandra **McCain**,<br>Plaintiff,<br><br>v.<br>Kilolo **Kijakazi,** Acting<br>Commissioner of Social Security,<br>Defendant, | Civil Action No.<br><br>**BNC No.: 21KU634J66710**<br><br>**Complaint Requesting Review of An**<br>**Administrative Decision Under**<br>**The Social Security Act** |

Comes now, Sandra McCain, hereinafter referred to as the plaintiff, and brings this action against the Social Security Administration, for the United States of America, hereinafter referred to as the defendant, and respectfully shows the following:

**1.**

Plaintiff is a citizen of the United States of America residing in the County of Newton, State of Georgia.

**2.**

This proceeding is brought to review the decision of the Social Security Administration denying the claim of the plaintiff for disability benefits under the Social Security Act.

**3.**

The plaintiff filed with her local district office of the Social Security

Administration, an application for disability benefits under the Social Security Act, which application was denied initially, on reconsideration and after a hearing. The Appeals Council did not disturb the decision of the Administrative Law Judge, making the Administrative Law Judge decision the final decision of the Commissioner.

**4.**

The issue in dispute is whether the decision of the defendant that plaintiff is not entitled to disability benefits under the Social Security Act is legally correct and is supported by substantial evidence.

**5.**

The conclusions of law and findings of fact rendered by the defendant are unsupported by substantial evidence, are based on the incorrect application of legal principles and the application of incorrect legal principles, and are, therefore, not conclusive.

**6.**

Plaintiff respectfully submits to the Court that she is entitled to the benefits for which she applied because she meets all of the requirements as to disability set out in the Social Security Act.

WHEREFORE, plaintiff prays that the Commissioner, Social Security

Administration for the United States of America, defendant herein, be required to

answer this complaint and to file a certified copy of the transcript including the

evidence upon which the said findings and the decision of the Administrative Law

Judge are based and the said decision of the Appeals Council is based; that the

decision of the defendant be reviewed, reversed and set aside and the claim for

benefits be allowed; that the Social Security Administration be required to make

payment of the claim of the plaintiff; that Plaintiff's attorney be awarded

reasonable attorney's fees and that the defendant be ordered to pay said fees out of

the past due benefits of the plaintiff; that the defendant be ordered to pay to

plaintiff's attorney reasonable attorney's fees under the Equal Access to Justice

Act; and that plaintiff have such other and further relief as is just and proper.

Respectfully submitted on the 26th day of January, 2023.

/s/*George C Piemonte*
George C. Piemonte
Georgia Bar No. 653775
North Carolina Bar No. 14420
Attorney for Plaintiff
Business Email: service@mjpdisability.com
Fax (888) 490-1315

Martin, Jones & Piemonte
Decatur Office:
123 N. McDonough Street
Decatur, GA 30030
(404) 373-3116

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Sandra McCain,<br>Plaintiff,<br><br>v. | Civil Action No. |
| Commissioner of Social<br>Security,<br>Defendant, | |

**ORDER**

In reliance upon the representations set forth in the affidavit, the motion of the plaintiff to proceed in forma pauperis is hereby granted and it is

ORDERED that the plaintiff in the above-captioned case, Sandra McCain hereby is permitted to commence said proceeding to conclusion without pre-payment of fees or costs or security therefore.  It is

ORDERED FURTHER that the clerk is directed to issue a Notice of Service pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

SO ORDERED This the _____ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE