**In the United States District Court for the**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| Sandra **McCain**,<br>Plaintiff,<br>vs.<br>Kilolo **Kijakazi**, Acting Commissioner of<br>Social Security,<br>Defendant. | Civil Action No. |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party of proposed intervenor:

    a. Sandra McCain, Plaintiff

    b. Kilolo Kijakazi, Acting Commissioner of Social Security, Defendant

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:

    a. None

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a. George C. Piemonte, Esq., Attorney for Plaintiff

    b. Sarah Atkins (formerly Sarah Allison), Attorney for Plaintiff below

    c. Joseph Jones, Attorney for Plaintiff below

    d. The Honorable L. Ellis Davis, Administrative Law Judge Judge

Submitted this 26th day of January, 2023.

*/s/ George C Piemonte*
George C. Piemonte
Georgia Bar No. 653775
North Carolina Bar No. 14420
Attorney for Plaintiff

Business Email:
service@mjpdisability.com
Fax (404) 373-4110

Martin, Jones, & Piemonte
Decatur Office:
123 N. McDonough Street
Decatur, GA 30030
(404) 373-3116

Charlotte Office:
4601 Charlotte Park Drive, Suite 390
PO Box 669468
Charlotte, NC  28266
(704) 399-8890