IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALAN C. TAYLOR AND RENEE TAYLOR, | ) ) ) | CIVIL FILE ACTION NO. |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY A foreign corporation, | ) ) ) ) | [ON REMOVAL FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-A-10822-2] |
| Defendant. | ) | |

## **CERTIFICATE**

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the **Notice of Removal**, including **Notice of Filing Removal**, in the State Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 27th day of January, 2023.

*[Signature on the Following Page]*

1

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Brittney A. Sizemore*
        Mark T. Dietrichs
        Georgia State Bar No. 221722
        Brittney A. Sizemore
        Georgia State Bar No. 332873
        *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
mark.dietrichs@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have electronically filed and served the foregoing ***Certificate*** with the Clerk of Court via the CM/ECF e-filing system which will automatically send e-mail notification and service of such filing to counsel of record as follows:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
Remington@lawhuggins.com
mdturner@lawhuggins.com
*Counsel for Plaintiffs*

This 27th day of January, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        /s/ Brittney A. Sizemore
        Mark T. Dietrichs
        Georgia State Bar No. 221722
        Brittney A. Sizemore
        Georgia State Bar No. 332873
        *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
mark.dietrichs@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com

4894-2966-4073, v. 1