UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : : : | MDL DOCKET NO. 2974 |
| This document relates to: | : : | 1:20-md-02974-LMM |
| DANIELLE RUSSELL, | : : : | |
| vs. | : : | Civil Action No.: _____ |
| TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICALS PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., AND COOPERSURGICAL, INC. | : : : : : : : : | |

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard:  Danielle Russell

2. Name of Plaintiff's Spouse (if a party to the case):  N/a

3. If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/a

   _____

4. State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Plaintiff's original complaint:   Missouri

   _____

5. State of Residence of each Plaintiff at the time of Paragard placement:

   Missouri

6. State of Residence of each Plaintiff at the time of Paragard removal:

   Missouri

7. District Court and Division in which personal jurisdiction and venue would be proper:

   Missouri District Court

   _____

8. Defendants. (Check one or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant in a Short Form Complaint.):

2

- ✓     A. Teva Pharmaceuticals USA, Inc.
- ✓     B. Teva Women's Health, LLC
- ✓     C. Teva Branded Pharmaceutical Products R&D, Inc.
- ✓     D. The Cooper Companies, Inc.
- ✓     E. CooperSurgical, Inc.

9. Basis of Jurisdiction

- ✓     Diversity of Citizenship (28 U.S.C. § 1332(a))
- ☐     Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* <br><br> *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** <br><br> **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| 01/24/2014 | Valerie Higginbotham, St. Louis, MO | 05/26/2016 | Dr. Micaela O'Neil-Callahan, St. Louis, MO |
|  |  |  |  |

3

11. Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

✓ Yes

☐ No

12. Brief statement of injury(ies) Plaintiff is claiming:

   IUD broke inside Plaintiff upon removal.
   _____

   Plaintiff reserves her right to allege additional injuries and complications specific to her.

13. Product Identification:

   a. Lot Number of Paragard placed in Plaintiff (if now known):

      Unknown

   b. Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

      ☐ Yes

      ✓ No

14. Counts in the Master Complaint brought by Plaintiff(s):

✓ Count I – Strict Liability / Design Defect

✓ Count II – Strict Liability / Failure to Warn

✓ Count III – Strict Liability / Manufacturing Defect

✓ Count IV – Negligence

✓ Count V – Negligence / Design and Manufacturing Defect

✓ Count VI – Negligence / Failure to Warn

- ✓ Count IX – Negligent Misrepresentation
- ✓ Count X – Breach of Express Warranty
- ✓ Count XI – Breach of Implied Warranty
- ✓ Count XII – Violation of Consumer Protection Laws
- ✓ Count XIII – Gross Negligence
- ✓ Count XIV – Unjust Enrichment
- ✓ Count XV – Punitive Damages
- ☐ Count XVI – Loss of Consortium
- ☐ Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____
_____

15. "Tolling/Fraudulent Concealment" allegations:
    a. Is Plaintiff alleging "Tolling/Fraudulent Concealment"?
    - ✓ Yes
    - ☐ No
    b. If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

    _____
    _____

16. Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

   a. Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

   ✓ Yes

   ☐ No

   b. If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

   i. The alleged statement(s) of material fact that Plaintiff alleges was false:  Plaintiff was never told by her doctor or by the Defendant of the risk of her IUD breaking.

   ii. Who allegedly made the statement: _____

   iii. To whom the statement was allegedly made: _____

   iv. The date(s) on which the statement was allegedly made: _____

17. If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

   a. What does Plaintiff allege is the manufacturing defect in her Paragard?  Plaintiff has nothing additional

6

18. Plaintiff's demand for the relief sought if different than what is alleged in the Master Complaint: _____

_____

19. Jury Demand:

✓ Jury Trial is demanded as to all counts

☐ Jury Trial is NOT demanded as to any count


                                      **/s/Seth S. Webb**
                                      Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

211 North Broadway, Ste. 1600, St. Louis, MO 63102

314-561-6260

Sethw@getbc.com

Missouri Bar #51236211