IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONNIE AMAYA, | ) |
| | ) |
| | ) CIVIL FILE ACTION NO. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM FIRE AND | ) [ON REMOVAL FROM STATE |
| CASUALTY COMPANY, | ) COURT OF GWINNETT COUNTY |
| | ) CIVIL ACTION NO. 22-C-07404-S1] |
| Defendant. | ) |
| | ) |

## **CERTIFICATE**

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the **Notice of Removal**, including **Notice of Filing Removal**, in the State Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 27th day of January, 2023.

*[Signature on the Following Page]*

- 2 -

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Brittney A. Sizemore*
        Mark T. Dietrichs
        Georgia State Bar No. 221722
        Brittney A. Sizemore
        Georgia State Bar No. 332873
        *Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
mark.dietrichs@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed and served the foregoing *Certificate* with the Clerk of Court via the CM/ECF e-filing system which will automatically send e-mail notification and service of such filing to counsel of record as follows:

>Ryan Baxter
>Baxter Law Firm, LLC
>2400 Herodian Way, Suite 220
>Smyrna, Georgia 30080
>ryan@baxlegal.com
>*Counsel for Plaintiff*

This 27th day of January, 2023.

>SWIFT, CURRIE, McGHEE & HIERS, LLP
>
>/s/ Brittney A. Sizemore
>Mark T. Dietrichs
>Georgia State Bar No. 221722
>Brittney A. Sizemore
>Georgia State Bar No. 332873
>*Attorneys for Defendant State Farm Fire and Casualty Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
mark.dietrichs@swiftcurrie.com
Brittney.sizemore@swiftcurrie.com

4865-4128-0071, v. 1