



September 13, 2021

Fulton County Sheriff's Office
185 Central Ave SW
Atlanta, GA 30303

Office of the Fulton County Attorney
141 Pryor Street, SW, Suite 4083
Atlanta, GA 30303

Naphcare, Inc.
2090 Columbiana Rd.
Birmingham, AL 35216

Re:   **NOTICE OF CLAIM**

Dear Sheriff, County Attorney, and Naphcare, Inc.:

    My name is Daniel Kane and I am an attorney in Atlanta, Georgia. Please accept this letter as official notice that my firm has been retained by the family of deceased inmate, Shane Kendall—Booking Number #1915085, concerning his death (and the incidents surrounding it) on or about February 1, 2021, while incarcerated at the Fulton County Jail.
    Pursuant to O.C.G.A. 36-11-1, the purpose of this letter is to provide you with notice of claims against Fulton County, Fulton County Sheriff, Naphcare, Inc., and all agents and employees of such entities, for wrongful death, failure to supervise, and failure to provide medical and psychiatric care for inmate Shane Kendall. The occurrences giving rise to this claim took place in the Fulton County Jail throughout Shane Kendall's incarceration there (from August 5, 2019, until the date of his death on or about February 1, 2021).
    The loss suffered was Shane Kendall's life. The amount of the loss claimed is $30 million dollars, in actual, special, and punitive damages.

                                          Sincerely,

                                          Daniel Kane
                                          Attorney at Law