### N-400 Application for Naturalization

**Submitted on** March 17, 2020  |  **Receipt #** IOE9252047009
View PDF ▼

> Estimated time* until case decision:
> **Things are taking longer than expected.** You do not have to do anything at this time.

*These completion projections are based on case processing for applicants who have been lawful permanent residents for at least 5 years. For all other applicants, completion projections may vary.*

**Case status** | **Case history** | **Documents**

Case history

| Status | Date |
| --- | --- |
| Response To USCIS' Request For Evidence Was Received | July 30, 2021 |
| We sent a request for initial evidence for your Form N-400, Application for Naturalization. | July 23, 2021 |
| We scheduled an interview for your Form N-400, Application for Naturalization. | March 5, 2021 |
| We cancelled the scheduled interview for your Form N-400, Application for Naturalization. | March 4, 2021 |
| We scheduled an interview for your Form N-400, Application for Naturalization. | March 5, 2021 |
| We received your Form N-400, Application for Naturalization, and mailed you a receipt notice. | March 17, 2020 |