# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9075647489 | 003436535358 | I90 - APPLICATION TO REPLACE PERMANENT RESIDENT CARD |
| **Received Date** | **Priority Date** | **Applicant** A059 266 739 |
| 01/24/2022 | 01/24/2022 | MEDVEDEV, FELIKS A |
| **Notice Date** | **Page** | |
| 12/16/2022 | 1 of 1 | |

MEDVEDEV, FELIKS A
c/o FELIKS A MEDVEDEV
3601 DEATON TRL
BUFORD  GA  30519-1110

**Notice Type:** Receipt Notice
**Received Amount:** $ 540.00 U.S. Paid

Thank you for submitting your application. Our office is currently processing it.

**This notice, together with your Form I-551, Permanent Resident Card (also known as the Green Card), provides evidence of your lawful permanent resident status for 24 months from the expiration date on the front of your Permanent Resident Card.** You remain authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of your status and work authorization.

If you no longer have your Permanent Resident Card and you need evidence of your lawful permanent resident status while waiting to receive your replacement Card, we may issue you an Alien Documentation, Identification & Telecommunications (ADIT) stamp after you file this form.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

This notice does **NOT** serve as notification of your biometrics appointment.

If you need help obtaining an ADIT stamp, have questions, or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish. If your mailing address changes while your case is pending, please update it through your USCIS Online Account, if you have one.

We will notify you separately about any other application, petition, or request you may have filed with us.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

FORM I-797 [REV. 08/01/16]

# THE UNITED STATES OF AMERICA



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9075647489 | 003436535358 | I90 - APPLICATION TO REPLACE PERMANENT RESIDENT CARD |
| Received Date | Priority Date | Applicant  A059 266 739 |
| 01/24/2022 | 01/24/2022 | FELIKS A MEDVEDEV |
| Notice Date | Page | |
| 01/24/2022 | 1 of 1 | |

MEDVEDEV, FELIKS A
c/o FELIKS A MEDVEDEV
3601 DEATON TRL
BUFORD GA 30519-1110

**Notice Type:** Receipt Notice
**Received Amount:** $ 540.00 U.S. Paid

Thank you for submitting your application. Our office is currently processing it.

**This notice, together with your Form I-551, Permanent Resident Card (also known as the Green Card), provides evidence of your lawful permanent resident status for 12 months from the expiration date on the front of your Permanent Resident Card.** You remain authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of your status and work authorization.

If you no longer have your Permanent Resident Card and you need evidence of your lawful permanent resident status while waiting to receive your replacement Card, we may issue you an Alien Documentation, Identification & Telecommunications (ADIT) stamp after you file this form.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

This notice does **NOT** serve as notification of your biometrics appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish. If your mailing address changes while your case is pending, please update it through your USCIS Online Account, if you have one.

We will notify you separately about any other application, petition, or request you may have filed with us.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Potomac Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]