## [USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)](https://www.uscis.gov/about-us/uscis-response-to-covid-19)

## [Para tener acceso a este sitio en español, presione aquí (./es)](./es)

# Check Case Processing Times
## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the [More Information About Case Processing Times (./more-info)](./more-info) page.*

**Form** *



| N-400 | Application for Naturalization ⌄ |

**Form Category** *

| Application for Naturalization ⌄ |

**Field Office or Service Center** *

| Atlanta GA ⌄ |

**Get processing time**

## Processing time for Application for Naturalization (N-400) at

## Atlanta GA



| 80% of cases are completed within |
| **16** |
| Months |