## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CITY OF SOUTHFIELD GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>NATIONAL VISION HOLDINGS, INC., L. READE FAHS, and PATRICK R. MOORE,<br><br>      Defendants. | Civil Action No.<br><br><u>CLASS ACTION</u><br><br><br><br><br><br><br><br><br><u>DEMAND FOR JURY TRIAL</u> |

## <u>CERTIFICATE OF INTERESTED PERSONS AND</u>
## <u>CORPORATE DISCLOSURE STATEMENT</u>

(1) The undersigned counsel of Record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

 <u>Plaintiff City of Southfield General Employees' Retirement System, and Defendants National Vision Holdings, Inc., L. Reade Fahs, and Patrick R. Moore</u>

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

<u>Plaintiff</u>: City of Southfield General Employees' Retirement System and the below attorneys listed at Johnson Fistel, LLP, Robbins Geller Rudman & Dowd LLP, and Vanoverbeke, Michaud & Timmony, P.C.

<u>Defendants</u>: National Vision Holdings, Inc., L. Reade Fahs, and Patrick R. Moore

(3) The undersigned further certifies that the following is a full and complete list of persons serving as attorneys for the parties, including proposed intervenors, in this case:

Attorneys for Plaintiff:

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No. 262062
Mary Ellen Conner
maryellenc@johnsonfistel.com
Georgia Bar No. 195077
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Samuel H. Rudman
srudman@rgrdlaw.com
Vicki Multer Diamond
vdiamond@rgrdlaw.com
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Brian E. Cochran
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

**VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.**
Thomas C. Michaud
tmichaud@vmtlaw.com
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

(4)  [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)].  The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

3

Not applicable.

DATED:  January 27, 2023                    **JOHNSON FISTEL, LLP**

*s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No. 262062
Mary Ellen Conner
maryellenc@johnsonfistel.com
Georgia Bar No. 195077
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Samuel H. Rudman
srudman@rgrdlaw.com
Vicki Multer Diamond
vdiamond@rgrdlaw.com
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
Brian E. Cochran
bcochran@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

5

        **VANOVERBEKE, MICHAUD &**
          **TIMMONY, P.C.**
Thomas C. Michaud
tmichaud@vmtlaw.com
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

*Attorneys for Plaintiff*