USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form ***

I-130 | Petition for Alien Relative ⌄

**Form Category ***

U.S. citizen filing for a spouse, parent, or child under 21 ⌄

**Field Office or Service Center ***

Potomac Service Center ⌄

Get processing time

## Processing time for Petition for Alien Relative (I-130) at Potomac Service Center



80% of cases are completed within

**12**
Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

ⓘ  What does this processing time mean?

Monday, October 31, 2022 at 17:05:28 Eastern Daylight Time

**Subject:** Fwd: Fw: Email confirmation notification
**Date:** Friday, October 28, 2022 at 9:19:45 AM Eastern Daylight Time
**From:** Karla Barrios
**To:** Karla Barrios

---------- Forwarded message ---------
From: **hytam aljarah** <hytamj2002@yahoo.com>
Date: Mon, Oct 24, 2022 at 12:33 PM
Subject: Fw: Email confirmation notification
To: <karlabarrios@urbinaimmigrationlaw.com>

Hytam aljarah

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, November 10, 2019, 7:24 AM, MyAccount@uscis.dhs.gov wrote:

> A request was made to use this email address as a username for a USCIS account. This email address is already in use. If you requested this change, please use the following link to sign in to USCIS:
>
> https://myaccount.uscis.gov/
>
> If you would like to create a new account for online access to USCIS, please follow the instructions for creating a new account using a different email address.
>
> If you cannot remember your password, please follow the instructions for resetting your password.
>
> If you did not request a new account or suspect an error, please contact the USCIS Contact Center via the web form at https://my.uscis.gov/account/v1/needhelp.
>
> Please be aware that this update might require your immediate attention.
>
> **PLEASE DO NOT REPLY TO THIS MESSAGE**

Monday, October 31, 2022 at 17:06:52 Eastern Daylight Time

**Subject:** Fwd: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
**Date:** Friday, October 28, 2022 at 9:19:30 AM Eastern Daylight Time
**From:** Karla Barrios
**To:** Karla Barrios

---------- Forwarded message ---------
From: **hytam aljarah** <hytamj2002@yahoo.com>
Date: Mon, Oct 24, 2022 at 12:32 PM
Subject: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
To: <karlabarrios@urbinaimmigrationlaw.com>

Hytam aljarah

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, June 30, 2020, 11:19 AM, USCIS <USCIS-CaseStatus@dhs.gov> wrote:

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington,VA 20598-2425

U.S. Citizenship and Immigration Services
Tuesday, June 30, 2020

Emailed to HYTAMJ2002@YAHOO.COM

Dear Hytam T Al Jarah:

On 06/26/2020, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I130

Filing date:
-- 10/17/2019

Receipt #:

-- IOE-09-077-33015

Referral ID:
CA11782004830TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Change of Address


The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us of your change of address. Below is a summary of what we found and how the issue has been or may be resolved.

We have updated your address in our electronic system with the new information you provided in your request. If the beneficiary requires a change of address as well, please complete another service request providing the beneficiary's information.

What you can do
Please make sure that we have your most current address and that you are registered to receive mail at that address. To update your address go to: www.uscis.gov/addresschange

We hope this information is helpful to you.
-------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
*Using our Case Status Online tool;
*Signing up for case status updates;
*Checking processing times;
*Submitting an e-Request to inquire about certain applications and petitions;
*Using our Office Locator;
*Using InfoPass to schedule an appointment; and
*Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).


During the above referenced call, you or your representative requested that we update your address. Please note that there are instances when we are not able to update an address. We will notify you if we were unable to update your address. If we are able to update your address, we will do so as soon as

possible.

Case 1:23-mi-99999-UNA   Document 289-3   Filed 01/30/23   Page 6 of 12

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Changes to Biometrics Services Appointments Related to COVID-19

USCIS Application Support Centers (ASC) are open with additional precautions to prevent the spread of the coronavirus disease (COVID-19). For the most updated visitor guidance and facility entrance requirements, on the day of your appointment please visit: www.uscis.gov/about-us/uscis-response-to-covid-19.

#### Appointments

- You must have a scheduled appointment before arriving at a USCIS office. Only appear on your scheduled date and time at the designated location.
- Do not arrive more than 15 minutes before your appointment. Only military members may appear without an appointment.
- Do not bring additional individuals or family members with you to your appointment. Only interpreters, attorneys or those providing needed assistance if you are disabled will be permitted to accompany you.
- Fill out the Applicant Information Worksheet below and bring it to your appointment to complete the biometric collection process.
- If you are ill, you should reschedule your appointment. Please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) to reschedule.
- On the day of your appointment, please check for office closures or other important information here: www.uscis.gov/about-us/uscis-office-closings.

#### Entrance to USCIS Facilities (Application Support Centers)

You may not enter a USCIS facility if you have:

- COVID-19 or any symptoms of COVID-19 (according to the CDC) including, but not limited to, recently developed cough, fever, difficulty breathing, new loss of smell or taste, fatigue, muscle aches, headache, congestion, sore throat, or vomiting;
- Been in close contact (within 6 feet for a total of 15 minutes or more) with anyone known to have COVID-19 in the past 14 days (unless you are fully vaccinated or you are a health careworker and consistently wear an N-95 respirator and proper personal protective equipment (PPE) or equivalent when in contact with COVID-19 positive individuals);
- Returned from domestic air, international air, or cruise ship travel in the past 10 days (unless you are fully vaccinated);
- Been instructed by a health care provider, public health authority, or government entity to self-isolate or self-quarantine in the past 14 days;
- You may also have to answer health screening questions before entering a facility;
- For more information for visiting USCIS facilities, please visit: www.uscis.gov/about-us/uscis-visitor-policy.

#### Face coverings and Social Distancing:

- In all areas of the country, all USCIS employees, on-site contractors, and visitors, regardless of vaccination status or level of COVID-19 transmission in your local area, are required to wear a mask inside all DHS and USCIS workspaces and federal buildings. USCIS may deny entry to individuals who do not wear a face covering.
- In DHS-controlled spaces, this guidance supersedes state, local, tribal, or territorial rules and regulations regarding face coverings.
- All federal employees, on-site contractors, and visitors must follow local USCIS guidance on physical distancing (such as sitting and standing apart from others) and workplace protection guidance consistent with Centers for Disease Control and Prevention (CDC) and agency guidance.

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** Haytam (FIRST) ___ T (MIDDLE) ___ Al Jarah (LAST)

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**

1) _____ FIRST _____ MIDDLE _____ LAST
2) _____ FIRST _____ MIDDLE _____ LAST

**DATE OF BIRTH:** 03 (MONTH) 06 (DAY) 1970 (YEAR)

**COUNTRY OF BIRTH:** Jordan    **COUNTRY OF CITIZENSHIP:** Jordan

**GENDER:** (CHECK ONE)
- [x] MALE
- [ ] FEMALE
- [ ] OTHER

**RACE:** (CHECK ONE)
- [ ] ASIAN
- [ ] BLACK
- [x] CAUCASIAN/LATINO
- [ ] NATIVE AMERICAN
- [ ] UNKNOWN

**EYE COLOR:** (CHECK ONE)
- [ ] BLACK
- [ ] BLUE
- [ ] BROWN
- [ ] GRAY
- [ ] GREEN
- [x] HAZEL
- [ ] MAROON
- [ ] MULTICOLOR
- [ ] PINK
- [ ] UNKNOWN

**HAIR COLOR:** (CHECK ONE)
- [ ] BALD
- [ ] BLACK
- [ ] BLOND OR STRAWBERRY
- [ ] BLUE
- [ ] BROWN
- [x] GRAY
- [ ] GREEN
- [ ] ORANGE
- [ ] PINK
- [ ] PURPLE
- [ ] RED OR AUBURN
- [ ] SANDY
- [ ] WHITE
- [ ] UNKNOWN

**HEIGHT:** 5 11 FEET/INCHES OR _____ CENTIMETERS   **WEIGHT:** 240 POUNDS OR _____ KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

AIW: REVISED 28 JULY 2021

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19

Monday, October 31, 2022 at 17:09:13 Eastern Daylight Time

**Subject:** Fwd: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
**Date:** Friday, October 28, 2022 at 9:19:09 AM Eastern Daylight Time
**From:** Karla Barrios
**To:** Karla Barrios

---------- Forwarded message ---------
From: **hytam aljarah** <hytamj2002@yahoo.com>
Date: Mon, Oct 24, 2022 at 12:31 PM
Subject: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
To: <karlabarrios@urbinaimmigrationlaw.com>

Hytam aljarah

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, February 16, 2022, 10:32 AM, USCIS <USCIS-CaseStatus@dhs.gov> wrote:

> U.S. Department of Homeland Security
> USCIS Vermont Service Center
> 38 River Road
> Essex Junction,VT 05479-0001
>
> U.S. Citizenship and Immigration Services
> Wednesday, February 16, 2022
>
> Emailed to hytamj2002@yahoo.com
>
> Dear Hytam Al Jarah:
>
> On 01/31/2022, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:
>
> Caller indicated they are:
> -- Applicant or Petitioner
>
> Attorney Name:
> -- Information not available
>
> Case type:
> -- I130
>
> Filing date:
> -- 10/17/2019
>
> Receipt #:

-- IOE-09-077-33015

Referral ID:
T1B0312200788TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 075790116

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

We researched your case and found that your case has been assigned to an officer and is currently being processed. We will send you a written notice when we make a decision on your application or to let you know if we need any additional information. We regret that we cannot provide a definitive timeframe on the processing of your application but assure you that we are committed to the timely processing of applications.

----------------------------------
Online Services
To stay current on your case, we have tools to help you at www.uscis.gov/tools and my.uscis.gov, including:
Sign up for automatic case updates in myUSCIS: my.uscis.gov/account
Ask our virtual assistant Emma: www.uscis.gov/emma
Check your case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, please call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

Thank you for your inquiry. We appreciate your continued patience.

Monday, October 31, 2022 at 17:04:58 Eastern Daylight Time

**Subject:** Fwd: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
**Date:** Friday, October 28, 2022 at 9:20:16 AM Eastern Daylight Time
**From:** Karla Barrios
**To:** Karla Barrios

---------- Forwarded message ---------
From: **hytam aljarah** <hytamj2002@yahoo.com>
Date: Tue, Oct 25, 2022 at 1:47 PM
Subject: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
To: <karlabarrios@urbinaimmigrationlaw.com>

Hytam aljarah

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, October 25, 2022, 11:55 AM, USCIS <USCIS-CaseStatus@dhs.gov> wrote:

> U.S. Department of Homeland Security
> USCIS Vermont Service Center
> 38 River Road
> Essex Junction,VT 05479-0001
>
> U.S. Citizenship and Immigration Services
> Tuesday, October 25, 2022
>
> Emailed to hytamj2002@yahoo.com
>
> Dear Hytam Al Jarah:
>
> On 10/04/2022, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:
>
> Caller indicated they are:
> -- Applicant or Petitioner
>
> Attorney Name:
> -- Information not available
>
> Case type:
> -- I130
>
> Filing date:
> -- 10/17/2019
>
> Receipt #:

Page 1 of 2

-- IOE-09-077-33015

Referral ID:
T1S2772205117VSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 075790116

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

Recently, you or your representative contacted USCIS concerning the status of your case.

We are experiencing a high volume of applications. Your case is in line for review. You do not need to do anything at this time. If we need anything from you, we will mail you a request for evidence. When we make a decision on your case, we will mail a notice to you or your representative at the address you gave us.

Please note that our processing times at www.uscis.gov/processingtimes are general estimates. Individual processing times vary. If we send you a request for evidence, your case will take longer. It's important to follow instructions carefully and submit a complete application the first time.

We know that waiting can be difficult and we are committed to processing cases as quickly as possible.

------------------------------
We offer many online services and tools to help you find the information you need at
www.uscis.gov/tools and my.uscis.gov, including:
Case Status: Sign up for detailed case updates in myUSCIS: my.uscis.gov/account
Check your current case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Ask about your case: www.uscis.gov/e-request
Schedule an appointment: my.uscis.gov/appointment
Ask our virtual assistant Emma: www.uscis.gov/emma
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

Thank you for your inquiry. We appreciate your continued patience.

Monday, October 31, 2022 at 17:12:20 Eastern Daylight Time

**Subject:** Fwd: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
**Date:** Friday, October 28, 2022 at 9:18:47 AM Eastern Daylight Time
**From:** Karla Barrios
**To:** Karla Barrios

---------- Forwarded message ---------
From: **hytam aljarah** <hytamj2002@yahoo.com>
Date: Mon, Oct 24, 2022 at 12:29 PM
Subject: Fw: Your recent inquiry (receipt #IOE-09-077-33015)
To: <karlabarrios@urbinaimmigrationlaw.com>

Htam aljarah

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Thursday, October 20, 2022, 12:57 PM, USCIS <USCIS-CaseStatus@dhs.gov> wrote:

> U.S. Department of Homeland Security
> USCIS Vermont Service Center
> 38 River Road
> Essex Junction,VT 05479-0001
>
> U.S. Citizenship and Immigration Services
> Thursday, October 20, 2022
>
> Emailed to Hytamj2002@yahoo.com
>
> Dear Hytam Al Jarah:
>
> On 10/17/2022, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:
>
> Caller indicated they are:
> -- Applicant or Petitioner
>
> Attorney Name:
> -- Information not available
>
> Case type:
> -- I130
>
> Filing date:
> -- 10/17/2019
>
> Receipt #:

-- IOE-09-077-33015

Referral ID:
CA12902203033VSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 075790116

Type of service requested:
-- Change of Address

The status of this service request is:

We have updated your address in our data systems for the case(s) you contacted us about.

We hope this information is helpful to you.

------------------------------
We offer many online services and tools to help you find the information you need at
www.uscis.gov/tools and my.uscis.gov, including:
Case Status: Sign up for detailed case updates in myUSCIS: my.uscis.gov/account
Check your current case status: www.uscis.gov/casestatus
Check processing times: www.uscis.gov/processingtimes
Ask about your case: www.uscis.gov/e-request
Schedule an appointment: my.uscis.gov/appointment
Ask our virtual assistant Emma: www.uscis.gov/emma
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, you can call the USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).

Thank you for your inquiry. We appreciate your continued patience.