# EXHIBIT A

 **Priscilla Nelissen** <priscillan@consumerportfolio.com>
To:  

Tue, Jun 14 at 3:39 PM

Dear TROY MCALPINE

We have been unable to reach you. We would like an opportunity to work with you. Please call today at 888-469-4520 or reply to this email to discuss any available options that may help you.

Deficiency Supervisor



P: 888-469-4520  Ext 10018
E: priscillan@consumerportfolio.com   W: www.consumerportfolio.com

**THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

Consumer Portfolio Services, Inc.
office hours Mon - Fri 5:00 a.m.- 5:00 p.m. PT
19500 Jamboree Road, Suite 500, Irvine, CA 92612
www.consumerportfolio.com

TN Residents: Consumer Portfolio Services, Inc. is licensed by the Collection Service Board of the Department of Commerce and Insurance

Email is not a secure means of communicating. Please do not include sensitive personal information in emails. For example, do not include any part of your Social Security number, date of birth, full account number (only provide last 4 digits) or credit card information. Email transmission is not error-free. Emails may contain viruses and can be intercepted, corrupted, lost, destroyed or delayed. CPS does not guarantee secure or error-free transmission and does not accept liability for errors or omissions in the transmission or contents of this message.

• IMPORTANT NOTICE: The information contained in this electronic mail transmission may be confidential. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, please notify us immediately by replying to the message and delete it from your system. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. - Consumer Portfolio Services, Inc.

California Finance Lender License No. 603E098