| | |
|---|---|
| **From:** | Courtney Lugar |
| **To:** | Jonathan Adelman |
| **Cc:** | zsprouse@savagelawfirm.net |
| **Subject:** | Stasio |
| **Date:** | Monday, January 9, 2023 11:03:22 AM |
| **Attachments:** | image001.png |
| | Ack and Waiver of Service - SF Only.pdf |
| | Ack and Waiver of Service.pdf |
| | Case Filing Form FSC 01.06.23.pdf |
| | Complaint and Exhibits FSC 01.06.23.pdf |
| | Latasha Williams Summons FSC 01.09.23.pdf |
| | SF Summons FSC 01.09.23.pdf |
| | RFAs to SF FSC 01.06.23.pdf |
| | ROGs to SF FSC 01.06.23.pdf |
| | RPDs to SF FSC 01.06.23.pdf |

Mr. Adelman,

Please see attached the filed suit and associated documents. I've attached two different drafts of the acknowledgement of service.

Please let us know if you need anything additional.

Thank you,

Courtney Lugar

Paralegal

Savage, Turner, Pinckney, Savage & Sprouse

102 East Liberty Street, 8th Floor (31401)

Post Office Box 10600

Savannah, GA (31412)

(912) 231-1140 - Telephone

(912) 232-4212 - Fax



**Legal Notices:** This communication (including any attachment) is being sent by or on behalf of a lawyer and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to the communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies. Any offer or counteroffer contained herein is an offer in compromise only, is not a waiver or release of any right, remedy, or defense, is not an admission of any fact, and may not be used in evidence in any way.

**Exhibit B**