IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES R. MORRIS, JR., AS ADMINISTRATOR OF THE ESTATE OF JAMES R. MORRIS, <br><br>　　Plaintiff, <br><br>v. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and LATASHA WILLIAMS, <br><br>　　Defendants. | CIVIL ACTION FILE NO.: <br><br>[Removed from The State Court of Fulton County; Civil Action File No. 23EV000133] |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") and LATASHA WILLIAMS, Defendants in the above-styled action, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, file this Certificate of Interested Persons and Corporate Disclosure Statement, showing this Honorable Court as follows:

(1) The undersigned counsel of record for a party or proposed intervenor in this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- **Plaintiff James R. Morris, Jr.**
- **Defendant State Farm Mutual Automobile Insurance Company**
- **Defendant Latasha Williams**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**None.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>**For Plaintiff**</u>:    **Brent J. Savage**
**Zachary R. Sprouse**
**SAVAGE, TURNER, PINCKNEY SAVAGE & SPROUSE**
**Post Office Box 10600**
**Savannah, GA 31412**
**Telephone: (912) 231-1140**
**Facsimile:   (912) 231-9157**
zsprouse@savagelawfirm.net
clugar@savagelawfirm.net

|  |  |
|---|---|
| **For Defendants:** | Jonathan M. Adelman |
|  | Casey Brown |
|  | **WALDON ADELMAN CASTILLA HIESTAND & PROUT** |
|  | 900 Circle 75 Parkway |
|  | Suite 1040 |
|  | Atlanta, Georgia 30339 |
|  | Telephone: (770) 953-1710 |
|  | Facsimile:  (770) 933-9162 |
|  | jadelman@wachp.com |
|  | cbrown@wachp.com |

(4)  The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

| | |
|---|---|
| **For Plaintiff:** | Georgia |
| **For Defendant State Farm:** | Illinois |
| **For Defendant Latasha Williams**: | Georgia |

**[SIGNATURES ON FOLLOWING PAGE]**

This 30th day of January, 2023.

        WALDON ADELMAN CASTILLA
        HIESTAND & PROUT

        /s/ Jonathan M. Adelman
        Jonathan M. Adelman
        (State Bar No. 005128)
        Casey Brown
        (State Bar No. 757384)
        *Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing pleading is typed in 14-Point, Times New Roman font and is otherwise formatted in compliance with LR 5.1.

This 30th day of January, 2023.

                                                    WALDON ADELMAN CASTILLA HIESTAND & PROUT

                                                    /s/ Jonathan M. Adelman
                                                    Jonathan M. Adelman
                                                    (State Bar No. 005128)
                                                    Casey Brown
                                                    (State Bar No. 757384)
                                                    *Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this the *30th* day of January, 2023, I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Brent J. Savage
Zachary R. Sprouse
SAVAGE, TURNER, PINCKNEY SAVAGE & SPROUSE
Post Office Box 10600
Savannah, GA 31412
zsprouse@savagelawfirm.net
clugar@savagelawfirm.net
*Attorneys for Plaintiff*

This 30th day of January, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ Jonathan M. Adelman
Jonathan M. Adelman
(State Bar No. 005128)
Casey Brown
(State Bar No. 757384)
*Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com