# EXHIBIT "B"



# HOTEL/MOTEL APPLICATION

## APPLICANT INFORMATION:

NAME: Northbrook Ind. Inc

MAILING ADDRESS: 4649 Memorial Dr, Decatur GA 30032

PROPOSED EFF DATE: FROM: 6/26/17 TO: 6/26/18   WEBSITE:

FORM OF BUSINESS: ☐ INDIVIDUAL ☐ PARTNERSHIP ☐ JOINT VENTURE ☒ CORPORATION
☐ SUBCHAPTER "S" CORPORATION ☐ LIMITED CORPORATION ☐ NOT FOR PROFIT ORG ☐
OTHER

YEARS IN BUSINESS: 5

## PREMISES INFORMATION:

| LOC. NO. | BLDG. NO. | STREET, CITY, STATE, ZIP | NO. OF ROOMS | NO. OF STORIES | AVG. PERCENT OF OCCUPANCY | AGE | CONSTRUCTION TYPE | SQ. FT. |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Same as mailing | 171 | 3 | 70 % | 1997 | Frame | 75K |
|   |   |   |   |   | % |   |   |   |
|   |   |   |   |   | % |   |   |   |
|   |   |   |   |   | % |   |   |   |

Explain all YES answers

## DESCRIPTION OF OPERATIONS BY PREMISE(S):

| Check one: | Hotel ☒ Motel ☒ Inn ☐ Bed & Breakfast ☐ Hostel/SRO/Boarding House ☐ |
|---|---|
|  | Dude Ranch ☐ Hunting/Fishing Lodge ☐ Other: ☐ |

| 1. | Number of years of experience: | 10 |
|---|---|---|
| 2. | Average per night rate? | $ 80 |
|  | • Any rooms rented for period less than 24 hours? | Yes ☐ No ☒ |
|  | • Any rooms rented by the week or the month? | Yes ☐ No ☒ |
|  | • If YES, what is the percentage of receipts associated with long-term weekly/monthly rentals? | % |
|  | • Total Room Rental Receipts: | $ 875K |
|  | • Total Restaurant Receipts (if any): | $ — |
|  | • Total Restaurant Liquor Receipts (if any): | $ — |
| 3. | Are cooking facilities provided in guest rooms? | Yes ☐ No ☒ |
|  | • If YES, is there an operational automatic extinguishing system in place? | Yes ☐ No ☐ |
|  | • Are extinguishing systems inspected on a regular basis? | Yes ☐ No ☐ |
|  | • If YES, how often? |  |
| 4. | Does the facility have communal restrooms? | Yes ☐ No ☒ |
| 5. | Wiring (check all that apply): Cooper ☐ Aluminum ☐ Fuses ☐ Circuit Breakers ☒ |  |
|  | • If Aluminum: | Pigtailed ☐ Copalum ☐ |
| 6. | Are there any rooms that are in compliance with the American Disabilities Act, if required? | Yes ☒ No ☐ |



## HOTEL/MOTEL APPLICATION

| # | Question | Response |
|---|---|---|
| 7. | Are smoke detectors present? | Yes ☒ No ☐ |
|  | • Battery | Yes ☒ No ☐ |
|  | • If battery, any procedures in place to ensure units are fully operational? | Yes ☒ No ☐ |
|  | • Hardwired | Yes ☐ No ☐ |
|  | • Location of units | |
|  |   o Individual Units | Yes ☒ No ☐ |
|  |   o Common Areas | Yes ☒ No ☐ |
|  | • Is the building sprinklered? | Yes ☐ No ☒ |
|  | • If YES, what percentage? | % |
| 8. | Is a secondary means of egress provided if over two stories? If YES, provide description: | Yes ☐ No ☒ |
| 9. | Are there security guards on the premises? | Yes ☐ No ☒ |
|  | • If YES: | No. of Private Guards ☐  No. of Employee Guards ☐ |
|  | • Are they armed? | Yes ☐ No ☐ |
|  | • Any firearms kept on premises? | Yes ☐ No ☐ |
| 10. | Are there peepholes in guest room doors? | Yes ☒ No ☐ |
| 11. | Are floor plans showing evacuation instructions and nearby fire exits posted in every guest room? | Yes ☒ No ☐ |
| 12. | Premises lighting in parking areas, walkways, and common areas? | Yes ☒ No ☐ |
| 13. | Any Assault & Battery incidents in complex during the past five years? | Yes ☐ No ☒ |
| 14. | Are there procedures in place to ensure adequate snow and ice removal, where applicable? | Yes ☒ No ☐ |
| 15. | Any plans for major renovation of the premises (more than 20% of the building limit or structural renovations)? | Yes ☐ No ☒ |
| 16. | Any work subbed out? If YES, are Certificates of Insurance required at minimum limits of $300,000? | Yes ☐ No ☒ |
| 17. | Any daycare services provided? | Yes ☐ No ☒ |
| 18. | Swimming pool on premises? If YES, any of the following items on the premises? | Yes ☐ No ☒ |
|  | • Check all that apply: Depth marked ☐ Diving board ☐ Slides ☐ Non-slip surfaces ☐ Lifeguards on duty ☐ Warning signs and rules posted ☐ Self-locking gates ☐ Life Safety Ring Buoy ☐ | |
|  | • Does the pool comply with the requirements of the Federal Virginia Graeme Baker Pool & Spa Safety Act? | Yes ☐ No ☐ |
| 19. | Any Whirlpools or Hot Tubs? | Yes ☐ No ☐ |
|  | If YES, are the following features in place: | |
|  | • A Scheduled Maintenance Plan | Yes ☐ No ☐ |
|  | • Equipment Equipped with Temperature Controls | Yes ☐ No ☐ |
|  | • Rules and Instructions Posted | Yes ☐ No ☐ |
|  | • Does equipment meet State regulation? | Yes ☐ No ☐ |
|  | • Is access limited to guests only? | Yes ☐ No ☐ |
| 20. | Any playground or children's recreational areas? If YES, please describe the type of equipment: | Yes ☐ No ☒ |
|  | • Playground surface: (Check all that apply): Blacktop ☐ Concrete ☐ Rubber mats ☐ Synthetic turf ☐ | |
|  | • Other: | |
|  | • Any equipment over five feet? | Yes ☐ No ☐ |



**HOTEL/MOTEL APPLICATION**

| | | |
|---|---|---|
| 21. | Any exercise facilities? If YES, please describe the type of equipment: | Yes ☐ No ☒ |
| | • Are rules and safety guidelines posted? | Yes ☐ No ☐ |
| | • Is routine scheduled maintenance performed? | Yes ☐ No ☐ |
| | • What is the area/square footage of the | sq. ft. |
| 22. | Any lake, pond, beach, or dock/pier exposure? | Yes ☐ No ☒ |
| 23. | Any Rental Equipment available? If YES, please describe the type of equipment: | Yes ☐ No ☒ |
| 24. | Any prior history of bedbugs or of other bug infestations? If YES, please provide a description: | Yes ☐ No ☒ |
| 25. | Any recreational facilities provided other than Swimming Pools, Hot Tubs, Whirlpools, or Exercise Facilities? If YES, please provide a description: | Yes ☐ No ☒ |
| 26. | Describe any other occupancy, i.e. restaurants, bars, nightclubs, gift shops, rental halls, beauty shops, etc... | |

The applicant agrees, represents and warrants that the statements and information contained in the application for insurance, including all statements, information and documents accompanying or relating to the application are accurate and complete and no facts have been suppressed, omitted or misstated. Failure to fully disclose the information requested in the application for insurance, whether by omission or suppression, or any misrepresentation in the statements, information and documents accompanying or relating to the application, renders coverage for any claim(s) null and void and entitles us to rescind the policy from its inception.

Signature of Applicant*: _(signed)_     Title: _(signed)_

Agency: _____     Producer Code: _____     Date: 6/20/17

*Signing this application does not bind the applicant or the company to complete the insurance.