IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Velvet Hill,<br><br>      Plaintiff,<br><br>vs.<br><br>Wakefield & Associates, LLC,<br><br>      Defendant. | Case No.:<br><br><br><br>**COMPLAINT**<br><br><br>**JURY TRIAL DEMAND** |

NOW COMES THE PLAINTIFF, VELVET HILL, THROUGH COUNSEL, WALTER YARBROUGH, ESQ., and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Stone Mountain, DeKalb County, Georgia.

3. Venue is proper in the Northern District of Georgia, Atlanta Division.

## PARTIES

4. Plaintiff is a natural person residing in City of Stone Mountain, DeKalb County, Georgia.

5. The Defendant to this lawsuit is Wakefield & Associates, LLC ("Defendant") which is a foreign limited liability company that conducts business in the State of Georgia.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect two consumer type debts allegedly owed by Plaintiff to Cep America LLC in the amounts of $718.00 and $1,110.00 (the "alleged Debts").

7. Plaintiff disputes the alleged Debts.

8. On November 10, 2022, Plaintiff obtained her Equifax credit disclosure and noticed Defendant reporting the alleged Debts.

9. On November 12, 2022, Plaintiff obtained her Experian credit disclosure and noticed Defendant reporting the alleged Debts.

10. On or about November 22, 2022, Plaintiff sent Defendant a letter disputing the alleged Debts.

11. On December 6, 2022, a prospective lender, Comenity Capital, obtained Plaintiff's Experian credit file.

12. On December 17, 2022, a prospective lender, American Express, obtained Plaintiff's Experian credit file.

13. On January 22, 2023, Plaintiff obtained her Trans Union credit disclosure and noticed Defendant last reported the tradelines reflected by the alleged Debts to Trans Union credit disclosure on December 5, 2022 and failed or refused to flag its tradelines as disputed, in violation of the FDCPA.

14. On January 23, 2023, Plaintiff obtained her Equifax and Experian credit disclosures and noticed Defendant last reported the tradelines reflected by the alleged Debts to Equifax and Experian credit disclosures on January 3, 2023 and failed or refused to flag its tradelines as disputed, in violation of the FDCPA.

15. In the credit reporting industry, data furnishers, such as the Defendant, communicate electronically with the credit bureaus.

16. Defendant had more than ample time to instruct the Equifax, Experian, and Trans Union to flag its collection items as Disputed.

17. Defendant's inaction to have its collection items on Plaintiff's Equifax, Experian, and Trans Union credit reports flagged as disputed was either negligent or willful.

18. Plaintiff suffered pecuniary and emotional damages as a result of Defendant's actions. Plaintiff also suffered stress, anxiety, depression,

agitation, nervousness, anger, frustration, crying spells, embarrassment, and humiliation due along with loss of sleep, pain, headaches, weight gain, nausea, nightmares, loss of hair, fight with her spouse, chest pains and stomach problems due to the Defendant's failure to properly report the associated collection items.

## **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

19. Plaintiff reincorporates the preceding allegations by reference.

20. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debt on behalf of other individuals or entities.

21. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue, in this case, is a consumer debt.

22. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6). Defendant's foregoing acts in attempting to collect this alleged debt violated the FDCPA at 15 U.S.C. §1692e by reporting credit information which is known to be false, including failure to communicate that a disputed debt is disputed.

23. Plaintiff has suffered harm and damages at the hands of the Defendant has this harm was one that was specifically identified and intended to by protected against on behalf of a consumer, such as the Plaintiff, by Congress.

24. Defendant's failure to flag its collection item on Plaintiff's consumer credit file is humiliating and embarrassing to the Plaintiff as it creates a false impression to users of her credit reports that she has simply ignored these debts when, in fact, she disputes its validity.  Again, the Defendant's failure or refusal to flag it as disputed depresses the Plaintiff's credit score.

25. To date, and as a direct and proximate cause of the Defendant's failure to honor its statutory obligations under the FDCPA, Plaintiff has suffered stress, anxiety, depression, frustration, and many more.

26. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

### DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant her the following relief against the Defendant:

a. Actual damages;

b. Statutory damages; and

c. Statutory costs and attorneys' fees.

## **JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

DATED:  January 30, 2023

                                                        By: */s/ Walter Yarbrough*
                                                        Walter Yarbrough
                                                        GA Bar number 780353
                                                        5115 Cottage Farm Road,
                                                        Alpharetta, GA. 30022
                                                        Telephone: (404) 604-5230
                                                        Fax:  (678) 302-7257
                                                        Email:  wy@yarbrough-law.com

                                                        *Attorneys for Plaintiff,*
                                                        *Velvet Hill*