| Name (indicate Mr., Ms., Mrs.)<br>Rondarius Holmes | Home Phone<br>(334) 473-9508 | Year of Birth<br>1987 |
|---|---|---|

Street Address

43 Misty Cove

Hiram, GA 30141

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>YELLOW FRIEGHT | No. Employees, Members<br>15 - 100 Employees | Phone No.<br>(770) 952-9341 |
|---|---|---|

Street Address

1892 Airport Industrial Park Dr.

Marietta, GA 30060

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest       Latest |
| | 06/01/2021      02/01/2022 |
| Retaliation, Race | |
| | Continuing Action |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer about May 17, 2017, as a Driver. As of June 2021, and continuing throughout my employment, I have been subjected to a hostile work environment by Mechanic, Justin Dunn. He pervasively uses demeaning racial slurs towards me to include threats of severe physical harm. I have opposed his behavior by attempting to reason with him and or avoid him. He has even tampered with my assigned truck. On numerous dates, I have complained to Night-Time Coordinator, Dewayne (last name unknown), and Mr. Dunns immediate Supervisor, Tony Smith, to no avail. I wrote and faxed a statement expressing my opposition to Mr. Dunns obvious policy violations and infractions of the law to Human Resources, also to no avail. Mr. Dunn stated the reason for his actions is because, I [He} dont [does not] like Niggers. I believe I have been discriminated against due to my race (African American), and in retaliation for opposing unlawful employment activities, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-3-2022

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE