IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ANDREA JACKSON,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No: |
| Kilolo Kijakazi **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| Defendant. | ) |

**MOTION TO PROCEED IN FORMA PAUPERIS**

COMES NOW Plaintiff, Andrea Jackson, by and through the undersigned counsel, and moves this Honorable Court for an order allowing him to proceed in this case without prepayment of fees, costs, or security therefore, and for grounds therefore submits the attached sworn affidavit in support of the motion.

By: Walter A. Blakeney
Attorney for Plaintiff
Bar #: 461871
Post Office Drawer 311167
Enterprise, AL 36331-1167
334-393-4357
334-347-4045 Fax
walter@brockandstoutlaw.com