IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALHOUSSEYNI KONE, <br><br> Plaintiff, <br><br> v. <br><br> CARLTON HENDERSON, PRIME HEAVY HAULERS, LLC, AND STATE NATIONAL INSURANCE COMPANY, INC. <br><br> Defendants. | Civil Action File No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

COME NOW, Defendants Carlton Henderson, Prime Heavy Haulers, LLC, and State National Insurance Company, Inc. (collectively the "Defendants"), named defendants in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

1.

On December 9, 2022, Plaintiff Alyhousseyni Kone ("Plaintiff") filed suit against the above-named defendants in the State Court of DeKalb County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 22A04759. (See generally Plaintiff's Complaint, attached hereto as Exhibit "A").

2.

This Notice of Removal is timely filed within thirty (30) days after Defendant's receipt of Plaintiff's Discovery Reponses pursuant to the requirements of 28 U.S.C. § 1446(b)(3).

3.

According to information and belief, Plaintiff is currently, and was at the time suit was filed in this case, a resident and citizen of the State of Georgia. (See Plaintiff's Complaint, ¶ 1.)

4.

Defendant Carlton Henderson is a resident of the State of Texas. (See Plaintiff's Complaint, ¶ 2).

5.

Defendant Prime Heavy Haulers, LLC is a foreign corporation existing under the laws of the State of Texas with its principal place of business in the State of Texas. Defendant Prime Heavy Haulers, LLC is therefore a citizen of the State of Texas. (See Plaintiff's Complaint, ¶ 4).

6.

Defendant State National Insurance Company, Inc. is a foreign corporation existing under the laws of the State of Texas with its principal place of business in the State of Texas. Defendant State National Insurance Company, Inc. is therefore a citizen of the State of Texas. (See Plaintiff's Complaint, ¶ 5).

7.

Thus, complete diversity exists between Plaintiff and every named defendant. 28 U.S.C. § 1332(a)(1); Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005).

8.

In Plaintiff's Complaint, Plaintiff alleged that "Plaintiff Kone has suffered significant injuries, medical expenses, and damages." (See Plaintiff's Complaint, ¶¶ 12, 18).

9.

Plaintiff made a pre-suit demand for $1,000,000.00. Thus, upon information and belief, the amount in controversy exceeds $75,000.

10.

Therefore, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendants pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

11.

The Defendants have attached hereto a copy of the process, pleadings, and/or order served upon them in this case, such copy being marked as "Exhibit B."

8312655v.1

WHEREFORE, Defendants pray the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 31st day of January 2023.

COPELAND STAIR VALZ & LOVELL, LLP

By:    */s/ Anna Beaton*

|  |  |
|---|---|
| 191 Peachtree Street NE | ANNA K. BEATON |
| Suite 3600 | State Bar No. 41320 |
| Atlanta, Georgia 30303-1740 | MICHAEL J. YATES JR. |
| Phone: (404) 522-8220 | State Bar No.: 708897 |
| Fax: (404) 523-2345 |  |
| abeaton@csvl.law | *Counsel for Defendants* |
| mjyates@csvl.law |  |

8312655v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALHOUSSEYNI KONE,<br><br>    Plaintiff,<br><br>v.<br><br>CARLTON HENDERSON, PRIME HEAVY HAULERS, LLC, AND STATE NATIONAL INSURANCE COMPANY, INC.<br><br>    Defendants. | Civil Action File No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and via e-mail to counsel of record and parties as follows:

Steven M. Fair, Esq.
MORGAN & MORGAN ATLANTA, PLLC
191 Peachtree Street NE, Suite 4200
Atlanta, Georgia 30303
*Attorney for Plaintiff*

This 31st day of January 2023.

*(Signatures on Following Page)*

8312655v.1

                                            Copeland Stair Valz & Lovell, LLP

|  |  |
|---|---|
| | By:   */s/ Anna Beaton* |
| 191 Peachtree Street NE | ANNA K. BEATON |
| Suite 3600 | State Bar No. 41320 |
| Atlanta, Georgia 30303-1740 | MICHAEL J. YATES JR. |
| Phone: (404) 522-8220 | State Bar No.: 708897 |
| Fax: (404) 523-2345 | |
| abeaton@csvl.law | *Counsel for Defendants* |
| mjyates@csvl.law | |

8312655v.1