EXHIBIT A

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALHOUSSEYNI KONE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO: 22A04759 |
| CARLTON HENDERSON, PRIME ) | |
| HEAVY HAULERS, LLC; and STATE ) | |
| NATIONAL INSURANCE ) | JURY TRIAL DEMANDED |
| COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR DAMAGES

COMES NOW ALHOUSSEYNI KONE, Plaintiff in the above-styled action, and brings this Complaint for Damages, and shows the Court the following:

**1.**

ALHOUSSEYNI KONE ("Plaintiff") is, and at all times material to this action, was a resident of the State of Georgia.

**2.**

Defendant CARLTON HENDERSON is a resident of the state of Texas and may be personally served at 607 Price Street, Atlanta, TX 75551. Defendant HENDERSON may be personally served with summons and complaint at that address.

**3.**

Pursuant to O.C.G.A. §40-12-3, venue is proper as it pertains to Defendant HENDERSON.

**4.**

Defendant PRIME HEAVY HAULERS, INC. (hereinafter "Prime Heavy") is a for-profit, foreign business authorized to do business in the state of Georgia with its principal place of business located at 2302 E. Pacific Avenue, Grand Prairie, TX 75050. Defendant, Prime Heavy,

may be served by issuing a summons and complaint to its registered agent, Mersed Imamovic, located at 2218 Poulin Avenue, Grand Prairie, TX 75050.

5.

Defendant STATE NATIONAL INSURANCE COMPANY (hereinafter "State National") is a for-profit, foreign corporation authorized to do business in the State of Georgia with its principal place of business located at 1900 L. Don Dodson Drive, Bedford, TX 76021. Defendant, State National, may be served by issuing a summons and complaint to its registered agent, CT Corporation System, located at 289 S. Culver Street, Lawrenceville, GA 30046.

6.

Defendants Henderson, Prime Heavy and State National are joint tortfeasors and as such, venue as to all Defendants is proper in DeKalb County, Georgia.

## COUNT I – NEGLIGENCE OF DEFENDANT CARLTON HENDERSON

7.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 6 above as if they were fully restated verbatim.

8.

On or about August 31, 2021, Plaintiff Kone was operating a 2017 Kia Forte, traveling westbound on I-285 in DeKalb County, Georgia.

9.

On or about the same time and place, Defendant Henderson was operating a 2015 Volvo and was also traveling westbound on I-285 in DeKalb County, Georgia when he negligently, recklessly, carelessly and unlawfully operated said vehicle so as to collide with Plaintiff's vehicle causing extreme damage to the vehicle operated by Plaintiff Kone.

**9.**

As a result of the accident, Plaintiff Kone suffered multiple injuries.

**10.**

At all relevant times, Defendant Henderson owed certain civil duties to Plaintiff Kone. Notwithstanding those duties, Defendant Henderson did violate them in the following particulars:

a. In failing to make reasonable and proper observations while driving the 2015 Volvo; or, if these observations were made, failing to act thereon;

b. In following too closely in violation of O.C.G.A. §40-6-49;

c. In operating a vehicle in a prohibited lane in violation of O.C.G.A. §40-6-52;

d. In failing to make timely and proper application of its brakes in violation of O.C.G.A. § 40-6-241;

e. In failing to observe or undertake the necessary precautions to keep the 2015 Volvo from colliding with the Plaintiff's 2017 Kia in violation of O.C.G.A. § 40-6-390;

f. In driving the 2015 Volvo without due caution and circumspection and in a manner so as to endanger the person and/or property of others in the immediate vicinity in violation of O.C.G.A. § 40-6-241;

g. In driving the 2015 Volvo in reckless disregard for the safety of persons and/or property in violation of O.C.G.A. § 40-6-390; and

h. In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

**11.**

Defendant Henderson's violations of these duties of care constitute negligence *per se*.

**12.**

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Henderson, Plaintiff Kone has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, and loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff Kone has incurred past medical expenses, in addition to wage loss, and may incur medical expenses and wage loss in the future.

## COUNT II – NEGLIGENCE OF DEFENDANT PRIME HEAVY

**13.**

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 12 above as if they were fully restated verbatim.

**14.**

At all relevant times, Defendant Henderson was an employee and agent of Defendant Prime Heavy and Defendant Henderson was driving the 2015 Volvo within the course and scope of his employment with Defendant Prime Heavy.

**15.**

Defendant Prime Heavy is liable for the acts and omissions of Defendant Henderson as Defendant Prime Heavy's agent and employee at the time of the collision-in-suit, under the theory of *respondeat superior*.

**16.**

Defendant Prime Heavy negligently hired, retained, and supervised Defendant Henderson.

**17.**

Defendant Prime Heavy negligently entrusted the 2015 Volvo to Defendant Henderson when they knew or should have known that its driver was incompetent or unfit to perform the duties given to the driver by the company.

**18.**

As a direct and proximate result of the aforesaid negligence and breaches of duty by Defendant Prime Heavy, Plaintiff Kone has suffered significant injuries, medical expenses, and damages. These damages include emotional distress, personal inconvenience, mental and physical pain and suffering, and loss of enjoyment of life, due to the violence of the collision and injuries to the Plaintiff's body and nervous system, plus an inability to lead a normal life. As a result of the subject collision, Plaintiff Kone has incurred past medical expenses, in addition to wage loss, and may incur medical expenses and wage loss in the future.

## CONTRACT

**19.**

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 18 above as if they were fully restated verbatim.

**20.**

At the time of the collision-in-suit, on August 31, 2021, Defendant State National had issued a policy of liability insurance, policy number JNG000248-01, naming Defendant Prime Heavy as an insured.

**21.**

State National's policy number JNG000248-01 was in effect on August 31, 2021, and provides coverage up to $1,000,000.00 for the negligent acts and omissions of Prime Heavy and Henderson as a result of the collision-in-suit.

**22.**

Defendant State National is subject to suit by direct action pursuant to the provisions of O.C.G.A. § 40-1-112(c).

**23.**

Pursuant to the terms and conditions of its policy of insurance and applicable Georgia law, Defendant State National is liable to Plaintiff Kone and responsible for payment of damages incurred by and occasioned upon the Plaintiff Kone as a result of the negligent acts and omissions of Defendants Henderson and Prime Heavy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Alhousseyni Kone respectfully prays and demands as follows:

a. That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

b. That service be had upon Defendants as provided by law;

c. That Plaintiff have and recover general damages from Defendants, as the jury deems is liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of their injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

d.  That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

e.  That this matter be tried to a jury;

f.  That all costs be cast against the Defendants; and

g.  For such other and further relief as this Court deems just and appropriate.

This 9th day of December, 2022.

Respectfully submitted,

*/s/ Steven M. Fair*
Steven M. Fair
Georgia Bar No. 259488
Attorney for Plaintiff

**Morgan & Morgan Atlanta, PLLC**
191 Peachtree Street, NE, Suite 4200
P. O. Box 57007
Atlanta, GA  30343-1007
Telephone:  (404) 965-1928
Facsimile:  (470) 639-6914

STATE COURT OF
DEKALB COUNTY, GA.
12/9/2022 11:26 AM
E-FILED
BY: Monica Gay