IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALHOUSSEYNI KONE,<br><br>Plaintiff,<br><br>v.<br><br>CARLTON HENDERSON, PRIME HEAVY HAULERS, LLC, AND STATE NATIONAL INSURANCE COMPANY, INC.<br><br>Defendants. | Civil Action File No. _____ |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendants Carlton Henderson, Prime Heavy Haulers, LLC, and State National Insurance Company, Inc., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, and by and through undersigned counsel, hereby provides this Certificate of Interested Persons and Corporate Disclosure Statement, and state as follows:

1.

The undersigned counsel of record for Carlton Henderson, Prime Heavy Haulers, LLC, and State National Insurance Company, Inc. certifies that the following is a full and complete list of the parties in this action, including any parent

8312742v.1

corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A. Alhousseyni Kone;

    B. Carlton Henderson;

    C. Prime Heavy Haulers, LLC; and

    D. State National Insurance Company, Inc.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A. Morgan and Morgan Atlanta, PLLC; and

    B. Copeland, Stair, Valz, & Lovell, LLP;

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A. For Plaintiff:

        Steven M. Fair, Esq.

    B. For Defendant Carlton Henderson, Prime Heavy Haulers, LLC, and State National Insurance Company, Inc.:

8312742v.1

Anna K. Beaton, Esq.

Michael J. Yates, Jr., Esq.

Respectfully submitted this 31st day of January 2023.

          COPELAND STAIR VALZ & LOVELL, LLP

        By:  */s/ Anna Beaton*

| | |
|---|---|
| 191 Peachtree Street NE | ANNA K. BEATON |
| Suite 3600 | State Bar No. 41320 |
| Atlanta, Georgia 30303-1740 | MICHAEL J. YATES JR. |
| Phone: (404) 522-8220 | State Bar No.: 708897 |
| Fax: (404) 523-2345 | |
| abeaton@csvl.law | *Counsel for Defendants* |
| mjyates@csvl.law | |

8312742v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALHOUSSEYNI KONE,<br><br>    Plaintiff,<br><br>v.<br><br>CARLTON HENDERSON, PRIME HEAVY HAULERS, LLC, AND STATE NATIONAL INSURANCE COMPANY, INC.<br><br>    Defendants. | Civil Action File No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and via e-mail to counsel of record and parties as follows:

Steven M. Fair, Esq.
MORGAN & MORGAN ATLANTA, PLLC
191 Peachtree Street NE, Suite 4200
Atlanta, Georgia 30303
*Attorney for Plaintiff*

This 31st day of January 2023.

*(Signatures on Following Page)*

8312742v.1

COPELAND STAIR VALZ & LOVELL, LLP

|  |  |
|---|---|
| 191 Peachtree Street NE<br>Suite 3600<br>Atlanta, Georgia 30303-1740<br>Phone: (404) 522-8220<br>Fax: (404) 523-2345<br>abeaton@csvl.law<br>mjyates@csvl.law | By:  */s/ Anna Beaton*<br>ANNA K. BEATON<br>State Bar No. 41320<br>MICHAEL J. YATES JR.<br>State Bar No.: 708897<br><br>*Counsel for Defendants* |

8312742v.1