IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **NEKISHA MARIE MCDONALD,** | ) |
| Plaintiff**,** | ) |
| | ) |
| v. | ) Civil Action No: |
| | ) |
| Kilolo Kijakazi, | ) |
| **COMMISSIONER OF** | ) |
| **SOCIAL SECURITY,** | ) |
| | ) |
| Defendant**.** | ) |

# COMPLAINT

COMES NOW Plaintiff, Nekisha Marie McDonald, by and through the undersigned counsel, and for his complaint states and alleges as follows:

1. The jurisdiction of this Court is invoked pursuant to 42 U.S.C. § 405 (g) and 42 U.S.C. § 1383 (c) (3) to review a decision of the Commissioner of Social Security denying Plaintiff's applications for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income for lack of disability.

2. This action is an appeal from a final administrative decision denying Plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the Notice of Appeals Council Action on Request for Review dated January 4, 2023.

4. Plaintiff resides in Atlanta, GA.

5. Plaintiff appeared by telephone for the Administrative hearing.

6. The Defendant is the Acting Commissioner of Social Security.

7. Plaintiff is disabled.

8. The legal conclusions and findings of fact of the Defendant are contrary to law

and regulation in that the Administrative Law Judge's decision lacks the support of substantial evidence and the Appeals Council erroneously denied Plaintiff's request for review.

WHEREFORE, Plaintiff prays that this Court will find the Plaintiff is entitled to disability benefits under the provisions of the Social Security Act or remand the case for a further hearing; award attorneys fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (d), on the grounds that the Commissioner's action in this case was not substantially justified; extend the time frame specified in Fed. R. Civ. P. 54(d)(2)(B) in which Plaintiff may file an application for 42 U.S.C.A. § 406(b) attorney's fees so as to allow the Commissioner to calculate Plaintiff's past-due benefits; and order such other and further relief as the Court determines Plaintiff is entitled.

Respectfully submitted,

By: /s/ Walter A. Blakeney
Walter A. Blakeney
Attorney for Plaintiff
Bar #: 461871
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 347-4045 FAX
walter@brockandstoutlaw.com