AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | |
|---|---|
| ERENDIRA MORA DOMINGUEZ ) <br> *Plaintiff* ) <br> v. ) <br> MERRICK B. GARLAND, Attorney General ) <br> *Defendant* ) | Case No. |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_Plaintiff_

Date:   01/30/2023

_Attorney's signature_

Shirley Zambrano GA741429
*Printed name and bar number*
1995 N. Park Place, Suite 240
Atlanta, GA 30339

*Address*

szambrano@zambranoandruiz.com
*E-mail address*

(770) 769-5820
*Telephone number*

(770) 769-5810
*FAX number*