# EXHIBIT A

**ARLINGTON IMMIGRATION COURT- 42B PROCEDURES-** *Updated 08.08.2022*

Step 1: ▓▓▓▓▓▓▓▓ determines at hearing whether to grant or deny 42B relief.

    If Deny: ▓▓▓▓▓▓▓▓ - issue decision, either orally or written (if AAs are assisting with the written decision, follow standard procedures for case assignment).
    ▓▓▓ - Update CASE with CoR Cap Date and Adjournment Code.

    If Grant: Proceed to Step 2.

Step 2: ▓▓▓▓▓▓▓▓ determines if standard or expedited 42B.

Reasons for expediting a 42B.
1. Respondent is detained
2. Qualifying relative is close to ageing out
3. Imminent health of the Respondent
4. Remanded case (Note to ▓▓▓▓: Do NOT update the CoR Cap Date in CASE for a remanded 42B, leave the original, pre-remand, date)

    If expedited: ▓▓▓▓▓▓▓▓ - Immediately email Anthony/Taylor the expedited information (cc'ing ACIJ Walters and CA Natalie Meyers) so they can prepare the application to headquarters for ACIJ Walters' review.
    ▓▓▓ - Update CASE with CoR Cap Date (except for remanded 42B's) and Adjournment Code.

<u>Expedited Information</u>
1. A number
2. Respondent's first and last name
3. Decision Reserved Date (ensure it has been entered in CASE and coded as Reserved Decision)
4. Affirm that biometrics are current
5. CoR Cap Date (ensure it has been entered in CASE)
6. DHS position (reserve/waive appeal, deferred to court, or no indication of DHS position)
7. Succinct description of need for expedited request (including any date sensitive information, if applicable)
8. Age out date of qualifying relative, if applicable

    If standard: Proceed to Step 3.

Step 3: ▓▓▓▓▓▓▓▓ - Email Anthony/Taylor standard information (cc'ing ACIJ Walters and CA Natalie Meyers) so they can include the 42B on the internal Arlington 42B Tracker.

███ - Update CASE with CoR Cap Date and Adjournment Code.

<u>Standard Information</u>
1. A number
2. Respondent's first and last name
3. Decision Reserved Date (ensure it has been entered in CASE and coded as RD)
4. CoR Cap Date (ensure it has been entered in CASE)
5. DHS position (reserve/waive appeal, deferred to court, or no indication of DHS position)
6. Age out date for any QRs

Step 4: ███████████ - Draft decision granting 42B either orally (see attached instructions) or written (if using AAs for written decision, follow standard procedures for case assignment). The deadline for the draft grant is ninety days from the hearing date.

Step 5: ███████████ - Once you have the completed, unsigned draft, place the draft in a green envelop and return to your ███ for storage.
███ - Store the ROP with green envelop in IJ's designated 42B storage area.