# EXHIBIT B

# *AFFIDAVIT*

I, Julio E. Moreno, under penalty of perjury, do hereby declare and swear the following to be true and correct to the best of my knowledge and belief:

My name is Julio E Moreno, and I am an Immigration Attorney at the Moreno Law Firm LLC located at 2853 Henderson Mill Road, Atlanta, GA 30341. I have been practicing exclusively in the area of immigration law for thirteen years.

Around the year 2013 or 2014 while working as an immigration attorney at another law firm, I handled a case for a young woman seeking non lawful permanent resident cancellation of removal in front of the Charlotte Immigration Court before immigration judge Stuart Couch.

In that case, the non-citizen respondent had serious medical issues which were imputing hardship on her U.S. citizen child. Due to the nature and circumstances of the case, judge Couch was able to expedite the approval process during the final hearing despite the limited number of visas available during that year. After closing testimony, IJ Couch stated that he was going to grant the case and would make a few phone calls to headquarters because there were special numbers saved for situations like this one. He stepped out for about 20 minutes and came back with the good news that he was able to get the respondent a visa number. My client went to the local USCIS office a few days later and got the lawful permanent resident stamp on her passport.

Therefore, I attest that based on my experience, the Executive Office of Immigration Review (EOIR) which governs the immigration court and immigration judges has the authority and ability to approve and issue a visa number for Cancellation of Removal cases in special situations.

*Furthermore*, the affiant sayeth not;

_____
Julio E. Moreno

Date: 01/30/2023

CERTIFICATE OF ACKNOWLEDGMENT:

The foregoing instrument was acknowledged before me this 30 day of January _____, 2023 at Atlanta, GA _____.

_____
Notary Public

My Commission Expires: 10/26/2024

[Notary Seal: REYNA ELIZABETH BONILLA-LAINEZ, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES OCT 26, 2024]