# EXHIBIT C

Shirley C. Zambrano, Esq.
Zambrano & Ruiz, LLC.
1995 North Park Place, Suite 240
Atlanta, GA 30339
T: (770) 769-5821
F: (770) 769-5810

## UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### OFFICE OF THE IMMIGRATION JUDGE
### ATLANTA, GEORGIA

| | |
|---|---|
| In the Matter of: | In Removal Proceedings |
| MORA DOMINGUEZ, Erendira a/k/a MONAMONTES GARCIA, Erendira | File No. A216-304-259 |
| Respondent. | NON-DETAINED |

Immigration Judge: Honorable Ryan Fisher
Next Hearing Date: N/A

## EMERGENCY MOTION TO ISSUE A DECISION
## BASED ON RESPONDENT'S QUALIFYING RELATIVE AGING OUT

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
ATLANTA, GEORGIA

| | |
|---|---|
| In the Matter of:<br><br>**MORA DOMINGUEZ, Erendira**<br>a/k/a<br>**MONAMONTES GARCIA, Erendira**<br><br>Respondent. | In Removal Proceedings<br><br><br><br>File No. A216-304-259 |

### EMERGENCY MOTION TO ISSUE A DECISION
### BASED ON RESPONDENT'S QUALIFYING RELATIVE AGING OUT

COMES NOW Ms. Erendira Mora ("Respondent") by and through undersigned counsel, and files this Emergency Motion to Issue a decision on her Application for Cancellation of Removal and Adjustment of Status for Certain Nonpermanent Residents under Immigration & Nationality Act ("INA") §240A(b) ("42B application"). On January 19, 2022, Respondent appeared before the Honorable Ryan Fisher for her individual hearing. During the individual hearing, the U.S. Department of Homeland Security ("DHS") stipulated to a grant of Respondent's application for relief with the condition that Respondent's child, Julio, is underage at the time the Court issues its decision. Julio will be turning twenty-one years old on May 22, 2023.

### STATEMENT OF FACTS

Respondent is a thirty-eight-year-old national and citizen of Mexico. See Immigration Court Record. She entered the United States in the year 2000 without inspection. Id. Respondent is a single mother and the main provider for her two children Julio Rodriguez Mora ( 20 years old) and Ashley Rodriguez Mora (17 years old). Id. Both children are United States Citizens.

Page 2

Id. Julio and Ashley depend on Respondent for both emotional and financial support as their parents are no longer together, and their father is absent from their life. Id.

On June 30, 2017, DHS placed Respondent in removal proceedings charging her as removable pursuant to section 212(a)(6)(A)(i) of the INA. On November 30, 2017, Respondent submitted her 42B application. Unfortunately, Respondent's hearings were postponed several times through no fault of her own. On January 19, 2022, Respondent attended her individual hearing in front of the Honorable Ryan Fisher. Due to the nature of the Respondent's son's medical issues, DHS stipulated to a grant of Respondent's 42B application with the condition that her son is underage at the time the Court issues its decision.

## ARGUMENT

Respondent urges this Honorable Court to issue a decision in her case before her child turns twenty-one years of age, as it will allow her disabled son to remain in the United States to receive medical care. If Respondent were to be removed from the United States, it is likely that her children would accompany her to Mexico. Julio's medical and developmental problems are significant and cannot be adequately addressed in Mexico.

Respondent's son, Julio, is a child with special needs due to his history of 22Q Syndrome. See Immigration Court Record. Julio has medical and developmental problems associated with this condition including hypernasal speech, velopharyngeal incompetence, bifid uvula, submucous cleft palate, speech delay, and learning difficulties. Julio has ongoing therapy and evaluations twice a year by speech pathologists skilled and experienced in working with patients with cleft palate and 22Q Syndrome. Id. Julio needs to remain in the United States with his mother to continue ongoing treatment for his medical condition. Since Julio was born, he and his mother have relied on the team of specialists at Center for Craniofacial Disorders at Children Health Care of Atlanta to help him improve the medical and developmental problems associated

with his genetic disorder. Here in the United States, Julio has the medical resources necessary to treat his genetic disorder. Id.

Without the care of his team of specialists, Julio is at risk of additional complications as a result of his genetic disorders. Complications includes, heart, gastrointestinal, and immune system problems. Id. Julio has made some progress over the years, but the doctors have determined that he requires follow ups with the speech team at least every six months, follow ups with the immunologist every three years, and follow ups with the neurologist every two years. Id. Through his public health insurance, Julio currently has access to medical care and therapies. He would lose this valuable benefit if he were to live in Mexico. Services for children with disabilities in Mexico are disintegrated, and it is unlikely that Julio would receive comprehensive treatment in Mexico. Id. Furthermore, children with disabilities, whether mental or physical, are often institutionalized whether their disability is serious or not. Id. Often families institutionalize children because they are unable to afford their medication, there is a lack of outpatient care, and because of the stigma that surrounds persons with disabilities. Id.

Furthermore, Respondent's children would be deprived of all the schooling and educational opportunities in the United States if they move to Mexico. Id. Owing to speech delay and intellectual disability, Julio requires special education services in school. Id. He receives special education services that are highly structured and designed for students with intellectual disabilities as designated in an Individual Education Plan (IEP) under the mild intellectual disability and speech language impairment classifications. Julio's IEP appropriately provides him with special education services. Julio's IEP also indicates that he receives speech therapy a couple of days a week. Julio's speech therapy is focused on improving his expressive and receptive skills, particularly his comprehension. Julio has academic problems with reading, writing, and math. In the areas of basic reading, written expression, spelling, mathematics, and

reading comprehension, Julio performs on a first-grade level. Id. Julio's psychological evaluation demonstrates that his intellectual functioning and verbal components IQ score is below average and categorized as moderately delayed. Id. As such, the record demonstrates that Julio has compelling special needs in school. Julio will require outgoing, specialized educational programs that are highly structured and designed for students with intellectual disabilities. Additionally, although Spanish is the primary language spoken at home, Julio's speech in English is better than his speech in Spanish. It would be very hard for Julio to enter a Spanish language school when he has developmental and learning disability issues. As such, a disruption in the care and educational assistance he is currently receiving would alone result in hardship to Julio. Moreover, in Mexico, students with special needs attend school at a lower rate than students without any special needs and teachers are not trained to deal with students with special needs. Id.

## CONCLUSION

Based on the foregoing, Respondent respectfully requests that this Court issues a decision in her application for Cancellation of Removal for Non-Lawful Permanent Residents.

Submitted this 26th day of August, 2022.

ZAMBRANO & RUIZ, LLC.

Shirley C. Zambrano, Esq.
1995 North Park Place, Suite 240
Atlanta, Georgia 30339
Tel: (770) 769-5821
Fax: (770) 769-5810

EOIR – 5 of 6

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
ATLANTA, GEORGIA

| | |
|---|---|
| In the Matter of: | In Removal Proceedings |
| MORA DOMINGUEZ, Erendira a/k/a MONAMONTES GARCIA, Erendira | File No. A216-304-259 |
| Respondent. | |

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing Emergency Motion to Issue a Decision with the Clerk of the Court using the ECAS system, which will automatically send e-mail notification of such filing to the following attorney of record:

Office of Principal Legal Advisor
U.S. Department of Homeland Security
401 W. Peachtree Street NW, Suite 2850

Submitted this 26th day of August, 2022.

ZAMBRANO & RUIZ, LLC.

Shirley C. Zambrano, Esq.
1995 North Park Place, Suite 240
Atlanta, Georgia 30339
Tel: (770) 769-5821
Fax: (770) 769-5810