# EXHIBIT D



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT**

Respondent Name:

MONAMENTES-GARCIA, ERENDIRA

To:

Zambrano, Shirley Cristina
1995 N. Park PL SE
Suite 240
Atlanta, GA 30339

A-Number:

 216304259

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
10/04/2022

## ORDER OF THE IMMIGRATION JUDGE

☒ Respondent  ☐ The Department of Homeland Security has filed the following motion in
these proceedings: EMERGENCY MOTION TO ISSUE A DECISION BASED ON RESPONDENT'S
QUALIFYING RELATIVE AGING OUT.

After considering the facts and circumstances, the motion is ☐ granted ☒ denied for the following
reason(s):

The Immigration Court may not issue a decision in the case prior to a visa becoming available for the
Respondent.

Immigration Judge: Fisher, Ryan  10/04/2022

Appeal:  Department of Homeland Security:  ☐ waived  ☐ reserved
Respondent:  ☐ waived  ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [  ] Noncitizen | [  ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : MONAMENTES-GARCIA, ERENDIRA | A-Number : 216304259

Riders:

Date:  10/07/2022

By:  Douglas, Torsha , Court Staff