# EXHIBIT E

# Shirley Zambrano

| | |
|---|---|
| **From:** | Shirley Zambrano |
| **Sent:** | Thursday, January 19, 2023 4:00 PM |
| **To:** | Long, Cynthia (EOIR) |
| **Subject:** | RE: Emergency Request-A216-304-259 |
| **Attachments:** | 42B Policy.pdf |

Hello Ms. Long,

I hope all is well. Sorry to bother you again about this case. I am following up on the email below. Respondent's child is close to ageing ut and I know her case can be expedited for these reasons. My client wants to submit a writ of mandamus, but I really don't think that is necessary if the Court can just expedite her case based on its own policies.

Please let me know your thoughts.

**From:** Shirley Zambrano
**Sent:** Thursday, November 17, 2022 5:29 PM
**To:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Subject:** RE: Emergency Request

Thank you for your response, Ms. Long.

I did motion the IJ to expedite the case and he denied the motion. Per my understanding and per the instructions and policies enclosed in this email, its EOIR policy to expedite cases when the qualifying relative is aging out. In our case, our client's child will be aging out in May 2023. Due to the nature of the condition of our client's child, ICE stipulated to a grant with the condition that the child is still underage at the time of the grant. Consequently, I am hereby requesting that your office follows its own policy and expedite our client's case. I have included the IJ's denial of our motion. Please let me know how would like to proceed giving that it's EOIR's policy to expedite a case when a qualifying relative is aging out.

Thank you

**From:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Sent:** Friday, October 28, 2022 3:35 PM
**To:** Shirley Zambrano <szambrano@zambranoandruiz.com>
**Subject:** RE: Emergency Request

Hello Ms. Zambrano,

This is not at the discretion of court administration.  Please motion the presiding Immigration Judge, and provide the respondent's A#.

Regards,
Cynthia Long

Court Administrator
United States Department of Justice

1

Executive Office for Immigration Review
Atlanta – W. Peachtree Immigration Court
401 W. Peachtree Street, Suite 2600
Atlanta, GA 30308
(t): 404-554-9403
(c):404-272-9451



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please notify the sender immediately and delete or destroy this message.

**From:** Shirley Zambrano <szambrano@zambranoandruiz.com>
**Sent:** Friday, October 28, 2022 1:22 PM
**To:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Subject:** [EXTERNAL] RE: Emergency Request

Hi Ms. Long,

I just wanted to follow up with you on the email below. Please let me know. This is an emergency since the child with age out soon.

**From:** Shirley Zambrano
**Sent:** Monday, September 26, 2022 6:04 PM
**To:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Subject:** Emergency Request

Good afternoon Ms. Long,

My name is Shirley Zambrano, and I am reaching out to you because we have an emergency request. My client has a 42B pending before the Court and her qualifying relative is aging out. DHS stipulated to grant due to our client's child medical condition. The stipulation had a condition that our client's child remain underage at the time of grant. Our client's sick child is about to turn 21 years old, and our client will be unable to remain in the United States. If our client were to be removed from the United States, it is likely that her children would accompany her to Mexico. Our client's son's medical and developmental problems are significant and cannot be adequately addressed in Mexico. We have submitted a motion to the court asking to issue a decision and I have enclosed the motion with this request.

I understand that EOIR has reserve some 42b visa numbers for especial cases like this one. We feel that this case is special has OPLA stipulated to the grant based on the seriousness of our client's child medical condition. If you could please use one of those numbers son that my client's child can remain in the country and receive the medical treatment he has been getting through the years.

Thank you so much and looking forward hearing from you soon.

**Shirley C. Zambrano**
*Immigration Attorney*



**Direct Dial:** (770) 769-5821
**Office Phone:** (770) 769-5820
**Fax:** (770) 769-5820

1995 N. Park Place, SE
Suite 240
Atlanta, GA 30339
www.zambranoandruiz.com







To make a payment please visit https://secure.lawpay.com/pages/zambranoimmigrationfirmllc/operating

The details in this message and any attached files contain information intended for the exclusive use of the individual or entity for whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and subject to legal sanction. Please note that no duties are intended or created by this communication. If you have not executed a fee contract, this firm does not represent you as your attorney. If you have received this communication in error, please delete it from your computer and notify us immediately by replying to the message and/or calling our office at 770-769-5820.

**From:**szambrano@zambranoandruiz.com
**To:**Cynthia.Long@usdoj.gov
**CC:**
**BCC:**
**Sent:**11/17/2022 10:29:11 PM
**Subject:**RE: Emergency Request

Thank you for your response, Ms. Long.

I did motion the IJ to expedite the case and he denied the motion. Per my understanding and per the instructions and policies enclosed in this email, its EOIR policy to expedite cases when the qualifying relative is aging out. In our case, our client's child will be aging out in May 2023. Due to the nature of the condition of our client's child, ICE stipulated to a grant with the condition that the child is still underage at the time of the grant. Consequently, I am hereby requesting that your office follows its own policy and expedite our client's case. I have included the IJ's denial of our motion. Please let me know how would like to proceed giving that it's EOIR's policy to expedite a case when a qualifying relative is aging out.

Thank you


**From:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Sent:** Friday, October 28, 2022 3:35 PM
**To:** Shirley Zambrano <szambrano@zambranoandruiz.com>
**Subject:** RE: Emergency Request

Hello Ms. Zambrano,

This is not at the discretion of court administration.  Please motion the presiding Immigration Judge, and provide the respondent's A#.

Regards,
Cynthia Long


**Court Administrator**
**United States Department of Justice**
**Executive Office for Immigration Review**
**Atlanta – W. Peachtree Immigration Court**
**401 W. Peachtree Street, Suite 2600**
**Atlanta, GA 30308**
**(t): 404-554-9403**
**(c):404-272-9451**



This communication, along with any attachments, is covered by Federal and State law governing electronic communications, and may contain sensitive or legally privileged information.  If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please notify the sender immediately and delete or destroy this message.


**From:** Shirley Zambrano <szambrano@zambranoandruiz.com>
**Sent:** Friday, October 28, 2022 1:22 PM
**To:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Subject:** [EXTERNAL] RE: Emergency Request

Hi Ms. Long,

I just wanted to follow up with you on the email below. Please let me know. This is an emergency since the child with age out soon.

**From:** Shirley Zambrano
**Sent:** Monday, September 26, 2022 6:04 PM
**To:** Long, Cynthia (EOIR) <Cynthia.Long@usdoj.gov>
**Subject:** Emergency Request

Good afternoon Ms. Long,

My name is Shirley Zambrano, and I am reaching out to you because we have an emergency request. My client has a 42B pending before the Court and her qualifying relative is aging out. DHS stipulated to grant due to our client's child medical condition. The stipulation had a condition that our client's child remain underage at the time of grant. Our client's sick child is about to turn 21 years old, and our client will be unable to remain in the United States. If our client were to be removed from the United States, it is likely that her children would accompany her to Mexico. Our client's son's medical and developmental problems are significant and cannot be adequately addressed in Mexico. We have submitted a motion to the court asking to issue a decision and I have enclosed the motion with this request.

I understand that EOIR has reserve some 42b visa numbers for especial cases like this one. We feel that this case is special has OPLA stipulated to the grant based on the seriousness of our client's child medical condition. If you could please use one of those numbers son that my client's child can remain in the country and receive the medical treatment he has been getting through the years.

Thank you so much and looking forward hearing from you soon.

**Shirley C. Zambrano**
*Immigration Attorney*

**Direct Dial:** (770) 769-5821
**Office Phone:** (770) 769-5820
**Fax:** (770) 769-5820

1995 N. Park Place, SE
Suite 240
Atlanta, GA 30339
www.zambranoandruiz.com





To make a payment please visit  https://secure.lawpay.com/pages/zambranoimmigrationfirmllc/operating

The details in this message and any attached files contain information intended for the exclusive use of the individual or entity for whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and subject to legal sanction.  Please note that no duties are intended or created by this communication. If you have not executed a fee contract, this firm does not represent you as your attorney. If you have received this communication in error, please delete it from your computer and notify us immediately by replying to the message and/or calling our office at 770-769-5820.

