# EXHIBIT C



**WILLIAM K. OWENS, JR.**
Direct: 404-809-2592
will@conleygriggs.com

**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327-3007
Voice: 404.467.1155
Fax: 404.467.1166
www.conleygriggs.com

September 14, 2021

**SENT VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

SUDO BAR & GRILL LLC
2270 SALEM ROAD
Suite 101 A
Conyers, Georgia 30013

Brandt Bester
Registered Agent
2198 Salem Road SE
Suite A
Conyers, Georgia 30013

   Re: Our Client: Darius Collier
      Date of Incident: 9/5/2021
      Location of Incident: Sudo Bar & Grill, 2270 Salem Road
              Conyers, Georgia 30032

Dear Sirs:

  This firm, along with Joseph Wilson Injury Lawyers, is investigating a shooting incident involving Darius Collier, who was shot at the Sudo Bar & Grill located at 2270 Salem Road, Conyers, Georgia 30032 on September 5, 2021.

**DUTY TO PRESERVE EVIDENCE**

  This letter is to give you notice of your legal duty to preserve any and all evidence that does or may pertain to this incident, including, but not limited to, photographs, video or digital surveillance footage on September 5, 2021, and any other pertinent information or documents, and to make no modifications to said information, and not to instruct anyone to destroy, modify, or dispose of any such information or documents until such time as we can inspect said information, documents and/or surveillance footage. The information and documentation we are requesting you to preserve may be critical evidence in anticipated litigation.

**REQUEST FOR INSURANCE INFORMATION**

  Pursuant to O.C.G.A. § 33-3-28(a), please provide us with a copy of the applicable declarations page(s) and/or certificate(s) of insurance coverage for any and all liability