# EXHIBIT D

# THE DIXON FIRM, PC

ATTORNEYS AT LAW

September 15, 2021

Sudo Bar and Grill, LLC
ATTN: General Manager
2270 SE Salem Road
Conyers, Georgia 30013
*Certified Receipt No. 7020 1810 0000 0873 7624*

Sudo's Bar and Grill, LLC
ATTN: Brandt Bester, Registered Agent
2198 SE Salem Road
Suite A
Conyers, Georgia 30013
*Certified Receipt No. 7020 1810 0000 0873 7631*

RE: **SPOLIATION LETTER / LETTER OF REPRESENTATION**

Our Clients/Injured Parties: Jerrold Gibbs
Date of Injury: September 5, 2021
Location: Sudo's Bar and Grill
2270 Salem Road
Conyers, Georgia 30013

Dear Sir/Madam:

This law firm represents Jerrold Gibbs with regards to personal injury claims against Sudo's Bar and Grill, LLC and/or Sudo Bar and Grill Ellenwood, LLC and others arising out of the shooting incident on September 5, 2021 that took place at Sudo's Bar and Grill located at 2270 Salem Road, Conyers, Georgia 30013.

The purpose of this letter is to request the insurance information for Sudo's Bar and Grill, LLC and/or Sudo's Bar and Grill Ellenwood, LLC and the preservation of certain evidence related to this incident. If you fail to preserve and maintain this evidence, we will seek any sanctions available under the law. We specifically request that the following evidence be maintained and preserved and not be destroyed, modified, altered, repaired, or changed in any manner:

☐ Any and all evidence, including, but not limited to, interior and exterior video surveillance footage from September 4-6, 2021, employee schedules, incident reports, premises repair and maintenance records for a year prior, and any electronic communications concerning Jerrold Gibs, including, but not limited to, emails and text messages.

1349 W. Peachtree Street, Suite 1995, Atlanta, Georgia 30309
770-869-2584 (o), 404-478-7240 (f)
daniel@dixonfirm.com, www.dixonfirm.com

Very truly yours,

*/s/ Daniel Adamson*

Daniel Adamson

1349 W. Peachtree Street, Suite 1995, Atlanta, Georgia 30309
404-733-1166 (o), 404-478-7240 (f)
rod@dixonfirm.com, www.dixonfirm.com