# EXHIBIT F



100 William St., 5ᵗʰ Floor
New York, NY  10038

T  212 978.2800
F  212 344.2973
www.hudsoninsgroup.com

An OdysseyRe      Fairfax Company

Writer Direct Contact :
T 212.978.2722
E dschwier@hudsoninsgroup.com

November 17, 2021

**Via Email (cellularoutlet.gen@gmail.com)  and Certified Mail Return-Receipt Requested**

Sudo Bar and Grill
2270 Salem Rd.
Conyers, GA 30013

|  | | |
|---|---|---|
| RE: | **Insured:** | Sudo Bar and Grill |
| | **Policy Nos.:** | HSGM-07353 (eff. 5/20/21-5/20/22) |
| | | HSLL-46180 (eff. 5/20/21-5/20/22) |
| | **Claimants:** | Jerrold Gibbs, Darius Collier |
| | **Claim No.:** | CNT-0001983 |
| | **Date of Loss:** | 5/2/21 |

Dear Sir/Madam:

Kindly allow this to follow the Acknowledgement previously sent to you.  We value you as a customer and appreciate your business, however, following our investigation and review, we have determined that **there is no coverage for this claim under the Policies.** Should you have any questions about this letter, please do not hesitate to contact me.

We are in receipt of a notice of claim in the above matter. It appears that a patron was involved in a physical altercation at your establishment on the above date which led to a shooting and three individuals being injured.

Hudson Excess Insurance Company issued policy HSLL-46180 which contains the following insuring agreement:

I.      LIQUOR LIABILITY INSURANCE COVERAGE

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as **damages** because of injury to which this insurance applies, sustained by any person if such liability is imposed upon the **insured** by reason of the selling, serving or giving of any alcoholic beverage at or from the **insured premises**, and the company shall have the right and duty to defend any suit against the **insured** seeking such damages, even if any of the



100 William St., 5th Floor
New York, NY  10038

T  212 978.2800
F  212 344.2973
www.hudsoninsgroup.com

An OdysseyRe      Fairfax Company

Writer Direct Contact :
T 212.978.2722
E dschwier@hudsoninsgroup.com

allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall  not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

The Insuring Agreement in Liquor Liability policy HSLL-46180 precludes coverage for this claim.  Claimants have not made any allegations arising out of the insured's service of alcoholic beverages. Therefore, there is no coverage for this claim under Liquor Liability policy, HSLL-46180.

Hudson Excess Insurance Company also issued General Liability policy HSGM-07353 which contains the following Exclusion by endorsement:

**EXCLUSION – WEAPONS**

A.   The following is added as an item to the Section I — COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions; COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions of the Commercial General Liability Coverage Form:

This insurance does not apply to "bodily injury", "property damage" or "personal injury" arising out of, related to, based upon or attributable to the possession or use of a "weapon" by any person, including the failure by any insured to (1) suppress or prevent, by any means, the possession or use of a "weapon"; or (2) render assistance to or seek first aid for any person who suffers "bodily injury".

B.   The following is added as an item to SECTION V – DEFINITIONS:

"Weapons" means a firearm, knife or any other device used to injure, including if done for the purposes of self-defense.

All other terms remain unchanged.

The Weapons Exclusion in the Policy precludes coverage for bodily injury arising out of the use of a weapon by any person. The claim notice alleges that damages are being sought as a result of injuries suffered in a shooting outside at your establishment. Based on the foregoing, Hudson denies coverage for this claim based on the Weapons Exclusion in General Liability Policy.

Please be advised that nothing contained in this letter constitutes a waiver of any rights or defenses that Hudson has under the policies and that Hudson reserves all of its rights and defenses under the policy and



100 William St., 5th Floor
New York, NY  10038

T  212 978.2800
F  212 344.2973
www.hudsoninsgroup.com

An OdysseyRe      Fairfax Company

Writer Direct Contact :
T 212.978.2722
E dschwier@hudsoninsgroup.com

applicable law.  Please also be advised that the coverage position taken by Hudson is based entirely upon presently available information.  There may be other coverage defenses, not yet apparent, which may come to light as the matters proceed and as we receive additional information.  This letter is not intended to be a complete recitation of all of the provisions of the policy and Hudson expressly reserves the right to assert further defenses and identify other policy provisions in the future. No action taken by us or on our behalf shall constitute either an admission of coverage under any policy or an acknowledgment to pay damages in any judgment or settlement.

Should you be in possession of any information that may merit a reconsideration of Hudson's coverage position, please contact the undersigned.

Regards,

David T. Schwier
Hudson Insurance Group

cc:      Jamie Sonnier (jamie@tabakinsurance.com)