UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYNE FARMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | Civ. No.<br><br>COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANT'S ACTION ON APPROVED FORM I-140, IMMIGRANT PETITION FOR ALIEN WORKER<br><br>Agency Receipt No. SRC1790513609 |

## COMPLAINT FOR WRIT OF MANDAMUS

**To the Honorable Judges of Said Court:**

Plaintiff, WAYNE FARMS, LLC, through undersigned counsel, alleges as follows:

### I.  INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. § 1331, to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendant to perform a duty Defendant owed to Plaintiff.

2. This action is brought to compel Defendant and those acting under them to take action on Plaintiff's approved Form I-140 by transferring the case to National Visa Center ("NVC") so that Plaintiff's foreign worker can join Petitioner's work force as soon as

possible.

3. Plaintiff requests that this Court issue injunctive relief and a writ in the nature of mandamus compelling the Defendant to transfer Plaintiff's approved Form I-140 to NVC for further visa processing at the U.S. Embassy in Ho Chi Minh City, Vietnam for a determination to grant or deny immigrant visa applications for Plaintiff's foreign worker under 8 U.S.C §1202.

## II.     JURISDICTION

4. This Court has general federal question jurisdiction over this action under 5 U.S.C. §§ 555(b) and 706(a), 28 U.S.C. § 1361, and 28 U.S.C. § 1331(a). Jurisdiction is also conferred by 5 U.S.C. § 704.

5. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 and F.R.C.P. 57 and 65.

## III.    VENUE

6. Venue in the Northern District of Georgia is proper pursuant to 28 U.S.C. §1391(e). Defendant is an Officer of the United States acting in her official capacity, and the U.S. Attorney General's Office, the Department of Homeland Security ("DHS"), and the United States Citizenship and Immigration Services ("USCIS") are agencies of the United States. Further, Plaintiff is a resident of Hall County. Therefore, the Plaintiff resides in this judicial district.

## IV.    EXHAUSTION

7. There are no administrative remedies available for Plaintiff to exhaust.

## V.   PARTIES

Plaintiff

1. Plaintiff, Wayne Farms, LLC, is a resident of Hall County, Georgia, and has an approved Form I-140 for a foreign national applicant.

Defendant

2. Defendant UR M. JADDOU, is the Director of USCIS, a fee-for-service agency which she is responsible for the administration and enforcement of the immigration laws of the United States. This action is brought against her in her official capacity.

## VI.   FACTUAL ALLEGAIONS

3. Plaintiff, Wayne Farms, LLC, is a Georgia corporation, and a resident of Hall County. Plaintiff is a poultry processing company and is in desperate need of its foreign worker to arrive in the U.S. as a permanent resident to join its work force on a full-time, permanent basis. Plaintiff has been experiencing a high turnover rate and labor shortage, and has been hiring foreign national applicants. *See* Exhibit A.

4. USCIS approved Plaintiff's Form I-140, Immigrant Petition for Alien Worker for its foreign worker Nguyet Thi Ly, on January 27, 2022. *See* Exhibit B.

5. The approval notice for Form I-140 dated January 27, 2022 also states that USCIS has already sent the approved Form I-140 to Department of State National Visa Center (NVC) for further processing. *See* Exhibit B.

6. Twelve (12) months later, to this date, Plaintiff's foreign worker has not been contacted

by NVC concerning further immigrant visa processing. NVC Timeframes posted on the Department of State website shows that NVC is working on cases that were received from USCIS on November 16, 2022. *See* Exhibit C.

7. The Plaintiff has at all times met and continues to meet the requirements necessary to have its approved Form I-140 sent to NVC.

8. It does not seem as though Defendant is moving forward on transferring Plaintiff's approved Form I-140 to NVC.

## COUNT 1

9. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 8 above.

10. Plaintiff is eligible for an immediate transfer of its approved Form I-140 from USCIS to NVC.

11. Plaintiff wishes for its foreign worker to be able to come to the U.S. as soon as possible and join its workforce due to its continuing shortage of workers.

12. Plaintiff has not been able to have its foreign worker join its workforce because USCIS has not sent its approved Form I-140 to NVC for further visa processing.

13. Plaintiff has suffered and will continue to suffer significant and irreparable harm because of the Defendant's policies, procedures, acts and failures to act as described herein.

14. Defendant has violated Plaintiff's statutory right to apply for benefits which Congress has provided under the INA, depriving Plaintiff of the opportunity to have its foreign worker join its work force on a permanent, full-time basis.

### Count 2

15. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 14 above.

16. Plaintiff has suffered a legal wrong or has been "adversely affected or aggrieved" by agency action. 5 U.S.C. § 702. Plaintiff is a person aggrieved by agency action, for which there is no other adequate remedy in a court. 5 U.S.C. § 704.

### Count 3

17. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 16 above.

18. Defendant owes Plaintiff a clear and certain duty to adjudicate Plaintiff's Application.

19. Plaintiff has no other adequate remedy.

### VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court:

1. Assume Jurisdiction over this action;

2. Issue a writ of mandamus compelling Defendant USCIS to transfer Plaintiff's approved Form I-140 to NVC;

3. Award Plaintiff reasonable costs and attorney's fees under the Equal Access to Justice Act; and

4. Award such further relief as the Court deems just or appropriate.

RESPECTFULLY SUBMITTED this 31st day of January, 2023.

[SIGNATURE ON THE FOLLOWING PAGE]

                /s/
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*

## VERIFICATION

I, Myung-Sun Caitlyn Goldstein, hereby verify that, to the best of my knowledge and belief, the matters stated in the Complaint to Compel Agency Action and for a Writ of Mandamus to Compel Defendant's Action on Approved Form I-140, Immigrant Petition for Alien Worker are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Suwanee, Georgia on this 31st day of January, 2023.

\_\_\_\_/s/_____

Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I electronically filed the foregoing **COMPLAINT FOR MANDAMUS RELIEF** and its accompanying Exhibits with the Clerk of Court using the CM/ECF system. This system will automatically send email notification of such filing to all below Defendant who are registered with this system. In addition, in compliance with local rules, this initial Complaint and the accompanying Exhibits and summons will also be served by First Class Certified Mail, postage pre-paid, on:

Ur M. Jaddou, Director
c/o
Office of the Chief Counsel
20 Massachusetts Avenue, NW
Room 4210
Washington, D.C. 20529

Kurt R. Erskine, Acting USA
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, Georgia 30303


Certified this 31st day of January, 2023,

_____/s/_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*