UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYNE FARMS, LLC )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UR M. JADDOU, DIRECTOR OF U.S. )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICES )<br>)<br>)<br>Defendant. )<br>) | Civ. No.<br><br>COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANT'S ACTION ON APPROVED FORM I-140, IMMIGRANT PETITION FOR ALIEN WORKER<br><br>Agency Receipt No. SRC1790513609 |

## LIST OF EXHIBITS

Exhibit A        Plaintiff's corporation information;

Exhibit B        Approval Notice for Form, I-140, Immigrant Petition for Immigrant Worker;

Exhibit C        NVC Timeframes posted on the Department of State website as of January 27, 2023.

[Signature Page Follows on the Next Page]

Respectfully submitted this 31st day of January, 2023,

          /s/
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*