

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **WAYNE FARMS LLC** |
| Business Type: | **Foreign Limited Liability Company** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **4110 CONTINENTAL DRIVE, Oakwood, GA, 30566, USA** |
| Jurisdiction: | **Delaware** |
| Principal Record Address: | **NONE** |
| Control Number: | **0017854** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **4/5/2000** |
| Last Annual Registration Year: | **2022** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **JEREMY V. KILBURN** |
| Physical Address: | **4110 CONTINENTAL DRIVE, OAKWOOD, GA, 30566, USA** |
| County: | **Hall** |

Back                     Filing History      Name History
                         Return to Business Search