# NVC Timeframes

Below are the current processing times for NVC. This page is updated once a week for your convenience. Please refer to this page to see if you should have received a response from NVC. If you should have received a response per the timeframes below, please contact us using our public inquiry form.

## Current case file creation time:

**Current case creation time frame: As of 23-Jan-23, we are working on cases that were received from USCIS on 16-Nov-22.**

Once USCIS sends your I-797 approval notice, they will send your approved petition to the National Visa Center (NVC) for processing. At NVC, we will create your visa case and enter the data from your petition into the system.

After creating your case, we will send you instructions for processing, as well as a Welcome Letter that includes your Case Number and Invoice ID. You will use these numbers to log into our Consular Electronic Application Center (https://ceac.state.gov).

**IMPORTANT: Keep your Welcome Letter in a safe place, as you will need this information to log into CEAC throughout the entire visa process.**

Take this time to review the types of required civil documents and how to find them, plus information about what forms and information your petitioner needs to prove he or she can financially support you.

## Current case review time:

**Current case review time: As of 23-Jan-23, we are reviewing documents submitted to us on 28-Dec-22.**

Before the National Visa Center reviews your case, you must pay all fees and submit all required documents, such as:

- Petitioner's Affidavit of Support;
- Supporting financial documents;
- Applicant's DS-260, and
- Applicant's civil documents.

Required documents vary based on petition type. Take this time to review the types of required civil documents and how to find them, and information about what forms and information your petitioner needs to prove he or she can financially support you.

## Current Public Inquiry Form response time:

**As of 23-Jan-23, we are responding to inquiries received on 17-Jan-23.** We will update this information every week. We ask that you make a subsequent inquiry only if you do not receive a response to your email within our published timeframe above. Duplicate inquiries slow our ability to respond to you in a timely manner.

**One Year Contact Requirement**

Immigration and Nationality Act (INA) section 203(g) provides that the Secretary of State shall terminate the registration (petition) of any alien who fails to apply for an immigrant visa within one year of notice of visa availability. The petition may be reinstated if, within two years of notice of visa availability, the alien establishes that the failure to apply was for reasons beyond the alien's control. Therefore if you do not respond to notices from the NVC within one year you risk termination of your petition under this section of law and would lose the benefits of that

petition, such as your priority date.