SCHEDULE A

| Name |
|---|
| Adeola   Adeymo |
| Gwendolyn Alford |
| Gabriella Arrambide |
| Florence   Bestman |
| Chayona   Boston |
| Tabitha   Brown |
| KIZZIE   BROWN |
| Khiem   Bui |
| Towanna   Burgess |
| Jannette   Busby |
| SATINESHA BUSBY |
| Minh Dan   Cam |
| Joan   Campbell |
| Shiran   Caver |
| Khanh   Chau |
| Melchie   Cherizier |
| Taphaela Cherizier |
| Agatha   Chibueze |
| Duen   Cil |
| Kimberly Coleman |
| Carmen   Cruz Perez |
| Shirley   Daniels |
| Nghi Tue   Dao |
| Cassandra Davidson |
| HUONG   DANG |
| Sherri ( proxy) Dec |
| Robin   Dent |
| Sadevious   Dixon |
| Dung   Doan |
| CAROLYN A DOLLAR |
| Johnny D Dunham |
| Ruth (proxy) Engleberg |
| STEPHANIE FEASTER |

SCHEDULE A

| |
|---|
| Vanessa Freeman |
| MELISSA GARNER |
| John(proxy) Geevarghese |
| Lizzy Geevarghese |
| Carol(proxy) George |
| Annie Goodwin |
| Myla Grant |
| Hoc Thuc Ha |
| Philip Ha |
| Carmiya Harp |
| Michelle Harps |
| Candice Harris |
| Racquel Harris |
| Ventrah Harris |
| Kimberly Harrison |
| LATOYA S HAMMOND |
| TAMEKA HARRIS |
| ADRIANA K HAYES |
| Crystal Hensley |
| LAKISHA HERRON |
| Hien Ho |
| Hiep Hoang |
| Taylor Hudson |
| Tiara Hudson |
| GLORIA D JACKSON |
| KADIJATU JALLOH |
| GLORIA J JENKINS |
| Dierra( proxy) Johnson |
| Sanni Kabirat |
| Antionette Kasuba |
| Trang Lam |
| Hue Le |
| Luan Le |
| Ngoc Tuyet T Le |
| Sanh Le |
| Yen Le |
| Rachel Lee |
| Guizhi Li |
| Rende Lin |
| Lynese (proxy) Loftin |
| Oi M Lui |
| Carlos Marquez |
| Jayce J Mathew |

SCHEDULE A

| |
|---|
| Sherion Matthews |
| ANDREW W MATTHEWS JR |
| Linda   McAllister |
| Kautara   Mitchell |
| Keshia   Mitchell |
| Marlonisha Molette |
| Lacretia   Moon |
| Dowe   Morrison |
| Hannah   Neal |
| Jennifer   Nestor |
| NANCY   NELSON |
| NANCY   NELSON |
| Ai Dan   Nguyen |
| Everest   Nguyen |
| Hao   Nguyen |
| Hung X   Nguyen |
| Tuyet Van Nguyen |
| Catherine   Nham |
| EBONY N NICHOLS |
| JUDITH   NORTON |
| Mustafa   Nuaimi |
| Eucharia Nwankwo |
| BESONG G OBORK |
| Kehinde   Olorunmebun |
| Silpa(Proxy) Palle |
| Uma   Palle |
| DEEPA   PALLE |
| MICHAEL PARRINELLO |
| Latoy   Peaks |
| Sherry    Pettway |
| ANNER M PETERS |
| NATALIA PHILLIPS |
| EDRESA PRITCHARD |
| Steevelan Reece |
| Catherine Rhoden |
| Shantel Richards |
| Takisha Robertson |
| BRIANNA DAWN SANDIFER |
| Tasha   Scantlebury |
| Garysia Seawright |
| Aminata   Sesay |
| Maria   Sesay |
| Jacqueline   Skelton |

SCHEDULE A

| |
|---|
| Vernica K Smith |
| Latoya Stancil |
| Lachante Strickland |
| JASMINE SYKES |
| Thanh Tang |
| Sheniqwa Taylor |
| Tarsha Taylor-White |
| SELINA TA |
| Wesley Thompson |
| Chantry Tinch |
| Hong L Tran |
| Hung Quoc Tran |
| Julie Tran |
| Nhat Chau Tran |
| Thom Tran |
| Van Tran |
| Hung Trinh |
| Hung Diec Truong |
| Son Truong |
| CHARLENE TUKES |
| CHIMERE T USHER |
| ROSELYN I UZODINMA |
| ANA VALDEZ |
| Bich Vu |
| Kathy(proxy) Watson |
| Tarsha White |
| Demarco Wicks |
| Tramina M Williams |
| Stacie Wise |
| Qun Fang Wu |
| Neema Wynn |
| Vivian Wynn |
| Gan Xu |
| Kein T Yen |
| Zhuqiong Zhou |