UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PHUC H. DO,<br>CHI T. HO, P-. D-. AND C-, D-.<br><br>Plaintiffs<br><br>v.<br><br>UR M. JADDOU, Director of U.S. Citizenship and Immigration Services<br><br>Defendant. | Civ. No.<br><br>COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANTS' ADJUDICATION OF FORMS I-485 ADJUSTMENT OF STATUS APPLICATION<br><br>Agency No. A219 840 994<br>Agency No. A219 840 997<br>Agency No. A219 840 996<br>Agency No. A219 840 995 |

## LIST OF EXHIBITS

Exhibit A       Principal Plaintiff's passport biographical page and I-94;

Exhibit B       Plaintiffs' Receipt Notices for Forms, I-485, Application for Adjustment of Status;

Exhibit C       Approval Notice for Form, I-140, Immigrant Petition for Immigrant Worker;

Exhibit D       Copy of Principal Plaintiff's Employment Authorization Document;

Exhibit E             January 2023 Visa Bulletin; and

Exhibit F             USCIS Historical Processing Time.

Respectfully submitted this 21st day of January, 2023,

_____/s/_____

Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*