

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: C9223039

Họ và tên / Full name: ĐỖ HỮU PHỤC
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth: ███
Nơi sinh / Place of birth: BẾN TRE
Giới tính / Sex: NAM / M
Số GCMND / ID card Nº: 083078000214
Ngày cấp / Date of issue: 01 / 10 / 2020
Có giá trị đến / Date of expiry: 01 / 10 / 2030
Nơi cấp / Place of issue: Cục Quản lý xuất nhập cảnh

P<VNMDO<<HUU<PHUC<<<<<<<<<<<<<<<<<<<<<<<<<<<
C9223039<4VNM7801169M3010013083078000214<<70

Cơ quan cấp hộ chiếu / Issuing authority: CỤC QUẢN LÝ XUẤT NHẬP CẢNH / Immigration Department
T/L Cục trưởng / For the Director
P. Trưởng Phòng / Deputy Chief of Division
Nguyễn Ngọc Minh
Chữ ký người mang hộ chiếu / Signature of bearer

 **For: HUU PHUC DO**



## Most Recent I-94

**Admission (I-94) Record Number :** 559876983A2
**Most Recent Date of Entry:** 2020 December 12
**Class of Admission :** B2
**Admit Until Date :** 06/11/2021
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | DO |
| First (Given) Name : | HUU PHUC |
| Birth Date : | ███████ |
| Passport Number : | C9223039 |
| Country of Issuance : | Vietnam |

[Get Travel History]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 12/31/2020

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy