UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PHUC H. DO, <br> CHI T. HO, P-. D-. AND C-, D-. <br><br> Plaintiffs <br><br> v. <br><br> UR M. JADDOU, Director of U.S. Citizenship and Immigration Services <br><br> Defendant. | Civ. No. <br><br> COMPLAINT TO COMPEL AGENCY ACTION UNDER 28 U.S.C § 1361 AND 5 U.S.C. §§ 555(b), 701(1), AND FOR A WRIT OF MANDAMUS TO COMPEL DEFENDANTS' ADJUDICATION OF FORMS I-485 ADJUSTMENT OF STATUS APPLICATION <br><br> Agency No. A219 840 994 <br> Agency No. A219 840 997 <br> Agency No. A219 840 996 <br> Agency No. A219 840 995 |

## COMPLAINT FOR WRIT OF MANDAMUS

**To the Honorable Judges of Said Court:**

Plaintiffs, Mr. PHUC H. DO and Ms. CHI TO. HO AND P- D-, AND C- D-, through undersigned counsel, allege as follows:

### I. INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. § 1361, 8 U.S.C. § 1329, and 28 U.S.C. § 1331, to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendant to perform a duty Defendant owed to Plaintiffs.

2. This action is brought to compel Defendant and those acting under them to take action on

Applications to Adjust Status to Permanent Resident, Forms I-485 ("Application") for Plaintiffs to become Lawful Permanent Residents of the United States.

3. Plaintiffs request that this Court issue injunctive relief and a writ in the nature of mandamus compelling the Defendant to make a determination to grant or deny adjustment of status under 8 U.S.C §1255.

## II. JURISDICTION

4. This Court has general federal question jurisdiction over this action under 5 U.S.C. §§ 555(b) and 706(a), 28 U.S.C. § 1361, and 28 U.S.C. § 1331(a). Jurisdiction is also conferred by 5 U.S.C. § 704.

5. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 and F.R.C.P. 57 and 65.

## III. VENUE

6. Venue in the Northern District of Georgia is proper pursuant to 28 U.S.C. §1391(e). Defendant is Officer of the United States acting in her official capacity, and the U.S. Attorney General's Office, the Department of Homeland Security ("DHS"), and the United States Citizenship and Immigration Services ("USCIS") are agencies of the United States. Further, Plaintiffs are residents of Gwinnett County. Therefore, the Plaintiffs reside in this judicial district.

## IV. EXHAUSTION

7. There are no administrative remedies available for Plaintiffs to exhaust.

## V.   PARTIES

Plaintiffs

8. Principal Plaintiff, PHUC H. DO (Alien Registration Number: A 219 840 994), and his wife, Plaintiff, CHI TO. HO and his minor children, P- D-, AND C- D- (Alien Registration Numbers: A 219 840 997, A 219 840 996, A 219 840 995, respectively), are residents of Harris County, Georgia and are applicants for adjustment of status.

Defendant

9. Defendant UR M. JADDOU, is the Director of USCIS, a fee-for-service agency which she is responsible for the administration and enforcement of the immigration laws of the United States. This action is brought against her in her official capacity.

## VI.   FACTUAL ALLEGAIONS

10. Principal Plaintiff, a 45-year-old male who is a native and citizen of Vietnam, has resided continuously in the United States since December 2020. *See* Exhibit A.

11. Principal Plaintiff is a resident of Gwinnett County. Plaintiff came to the United States as a B-2 visitor and later filed an application for adjustment of status on March 12, 2021 with his spouse and his minor children, additional Plaintiffs CHI TO. HO AND P- D-, AND C- D-. *See* Exhibit B.

12. Principal Plaintiff is a beneficiary of approved I-140 visa petition which was filed Wayne Farms, LLC on March 23, 3032 with USCIS and approved on September 14, 2021. The visa petition carries a priority date of April 10, 2019. *See* Exhibit C.

13. The USCIS accepted applicants' adjustment applications along with an application for employment authorization. Labor, USCIS approved Principal plaintiff's application for employment authorization which allowed the Principal Plaintiff to engage in lawful employment at Wayne Farms, LLC. Upon obtaining an employment authorization

from USCIS, the Plaintiff has been working for the petitioner, Wayne Farms, LLC. *See* Exhibit D.

14. Principal Plaintiff is eligible to have his Application adjudicated because it is based on the approval of I-140 Petition, which USCIS already approved. *See* Exhibit C.

15. The Plaintiffs have at all times met and continue to meet the requirements necessary to adjust status in the United States.

16. Principal Plaintiff fits into preference category EB3 from Vietnam and his priority date is April 10, 2019. *See* Exhibit B. The January 2223 Visa Bulletin shows the EB3 from Vietnam for other workers as current. Therefore, visa numbers are immediately available. *See* Exhibit E.

17. The national median processing time for Form I-485 for employment-based adjustment applications has never been more than 11 months for Fiscal Year 2018 to 2023 (up to December 2022). *See* Exhibit F.

18. Despite Plaintiffs' diligent effort and follow-up, it does not seem as though Defendant is moving forward on adjudicating Plaintiffs' Applications.

## COUNT 1

19. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 18 above.

20. Plaintiffs are eligible for immediate adjudication of their applications.

21. Plaintiffs are admissible to the United States as lawful permanent residents.

22. Plaintiffs have suffered and will continue to suffer significant and irreparable harm because of the Defendant's policies, procedures, acts and failures to act as described herein.

23. Defendant has violated Plaintiffs' statutory right to apply for benefits which Congress has provided under the INA, depriving Plaintiffs of the opportunity to pursue adjustment of

24. status to lawful permanent residence and live lawfully in the United States under 8 USC § 1255.

## Count 2

25. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 23 above.

26. Plaintiffs have suffered a legal wrong or have been "adversely affected or aggrieved" by agency action. 5 U.S.C. § 702. Plaintiffs are persons aggrieved by agency action, for which there is no other adequate remedy in a court. 5 U.S.C. § 704.

## Count 3

27. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 25 above.

28. Defendant owes Plaintiffs a clear and certain duty to adjudicate Plaintiffs' Applications.

29. Plaintiffs have no other adequate remedy.

### VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the Court:

1. Assume Jurisdiction over this action;

2. Issue a writ of mandamus compelling Defendant to immediately adjudicate the pending Application;

3. Award Plaintiffs reasonable costs and attorney's fees under the Equal Access to Justice Act; and

4. Award such further relief as the Court deems just or appropriate.

[Signature Page Follows on the Next Page]

RESPECTFULLY SUBMITTED on this 31st day of January, 2023.

/s/
_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiffs*

## VERIFICATION

I, Myung-Sun Caitlyn Goldstein, hereby verify that, to the best of my knowledge and belief, the matters stated in the Complaint to Compel Agency Action and for a Writ of Mandamus to Compel Defendant's Adjudication of Forms I-485 Application to Adjust Status are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Suwanee, Georgia on this 31st day of January, 2023.

/s/

Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing **COMPLAINT FOR MANDAMUS RELIEF** and its accompanying Exhibits with the Clerk of Court using the CM/ECF system. This system will automatically send email notification of such filing to all below Defendant who are registered with this system. In addition, in compliance with local rules, this initial Complaint and the accompanying Exhibits and summons will also be served by First Class Certified Mail, postage pre-paid, on:

Ur M. Jaddou, Director
c/o
Office of the Chief Counsel
20 Massachusetts Avenue, NW
Room 4210
Washington, D.C. 20529

Kurt R. ErskineActing
USA
Northern District of GA
75 Ted Turner Drive SW
Suite 600
Atlanta, Georgia 30303

Certified this 31st day of January, 2023,


            /s/
_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*