# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| Ronald Sparks,                )<br>                              )<br>        Plaintiff,             )<br>v.                            )<br>                              )   No.<br>Christopher Woodyard          )<br>R.W. Stevens, Inc. and        )<br>Owners Insurance Company      )<br>                              )<br>        Defendants.           )<br>                              ) | |

### R.W. STEVENS, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants R.W. Stevens, Inc., by and through counsel, and with the consent of all other Defendants to this lawsuit, files this Notice of Removal, respectfully showing the Court the following facts:

1.

Plaintiff Ronald Sparks filed suit against Christopher Woodyard, R.W. Stevens, Inc. and Owners Insurance Company in the State Court of Fulton County, Georgia. This state-court suit is styled, as above, and was given Civil Action File No. 23CV00012 by the State Court of Fulton County, Georgia. [A copy of the state-court complaint is attached with exhibit A to this Notice of Removal, which contains all pleadings filed in the

underlying state-court action.]

2.

Plaintiff filed the state-court lawsuit on December 29, 2023 and served Defendant R.W. Stevens, Inc. on January 14, 2023. Consequently, Defendant R.W. Stevens, Inc. shows that this Notice of Removal is filed within thirty (30) days from the date of service of said suit on Defendant. 28 U.S.C. 1446 (b)(2)(B) ("each defendant" has 30 days from service upon her to seek removal) & 28 U.S.C. 1446 (b)(2) (C) (later served defendant has 30 days to seek removal—regardless of whether 30-day time period has run on separate defendant). Therefore, R.W. Stevens, Inc.'s removal is timely. *See also Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 353-354 (1999) (holding removal deadline runs from formal service of process and not from the informal sending of a copy of the complaint).

3.

Plaintiff Ronald Sparks is an individual who is a citizen of Georgia and is domiciled in Georgia.

4.

Defendant Owners Insurance Company is a corporation organized under the laws of the State of Ohio, with its principal place of business in the State of Michigan and was not a citizen of the State of Georgia on the date

Plaintiff filed the state-court lawsuit. Owners Insurance Company continues to not be a citizen of the State of Georgia.

5.

Defendant Christopher Woodyard is an individual who is a resident of Alabama and is domiciled in the State of Alabama.

6.

Defendant R.W. Stevens, Inc. is a corporation organized under the laws of the State of Alabama, with its principal place of business in the State of Alabama.

7.

As is demonstrated by paragraphs three through six of this Notice of Removal, complete diversity, as set forth by 28 U.S.C. § 1332, exists between the Plaintiff and the Defendants.

8.

The monetary requirements of 28 U.S.C. § 1332 have also been met. While the Plaintiff's state-court complaint seeks monetary relief without stating a specific dollar amount being sought, the complaint does seek to recover pain and suffering damages, which is a category of damages without a monetary cap. [Ex. A. Compl., WHEREFORE paragraph]. Consequently, under 28 U.S.C. § 1446(c)(2), Defendant R.W. Stevens, Inc. is entitled to

allege (and does allege) in this Notice that the amount in controversy exceeds $75,000. Further, that removal allegation is supported by the Plaintiff's state-court complaint, which repeatedly alleges that he sustained "serious bodily" injury/harm. [*See* Ex. A ¶¶ 8, 12, and 28]. In sum, diversity jurisdiction is also proper under 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000.

9.

Defendant has attached hereto copies of all process, pleadings, and orders served upon it in this case prior to the date of this Notice of Removal. Such copies are attached hereto as Exhibit A.

10.

Defendant has given written notice of the filing of this Notice of Removal to Plaintiff by filing a written notice with the State Court of Fulton County, a copy of said notice being attached hereto and made in part hereof, which automatically provides notice of the removal to Plaintiff's attorney of record, Shawn T. Richardson, Esq. of Kaila & Solomon Law Group, LLC, 200 Sandy Springs PL NE Suite 300, Atlanta, Georgia 30328.

WHEREFORE, Defendant prays that this case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 1st day of February, 2023

                                              ____/s/ Zachary S. Lewis_____
                                              **Zachary S. Lewis**
                                              GA Bar No. 689146
                                              Attorney for Defendants

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, GA  30338-2668
770-391-9100 (telephone)
770-668-0878 (facsimile)
zlewis@boviskyle.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have this day served all parties with a copy of ***Defendant's Notice of Removal*** via the Court's efiling system.

Respectfully submitted, this 1st day of February, 2023

/s/ Zachary S. Lewis
_____
**Zachary S. Lewis**
GA Bar No. 689146
Attorney for Defendants

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, GA  30338-2668
770-391-9100 (telephone)
770-668-0878 (facsimile)
zlewis@boviskyle.com