# EXHIBIT A

E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-09727-6**
**1/3/2023 2:48 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TERRENCE WILLIAMS,<br>    Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES LLC; JP MORGAN BANK NA,<br>    Defendant, | )<br>)<br>) CIVIL ACTION<br>)<br>)<br>) FILE NUMBER: 22-A-09727-6<br>)<br>)<br>) **TRO HEARING** |

## NOTICE OF IN-PERSON HEARING

The above stated matter is hereby set for a **TEMPORARY RESTRAINING HEARING** on the **2nd day of February, 2023**, at **9:30 AM** at the Gwinnett Justice and Administration Center, **Courtroom 3I**, 75 Langley Drive, Lawrenceville, Georgia, before the Hon. Laura M. Tate, presiding by designation.

Let a copy of this order be mailed/emailed to the parties or their counsel of record.

So Ordered this 3rd day of January, 2023.     *Ronnie K. Batchelor*

---
RONNIE K. BATCHELOR, Judge
Gwinnett County Superior Court

NOTE: Please notify the Court as soon as possible should this matter take longer than 1.5 hours to hear in its entirety as the case may need to be re-set. Should either party require the services of an interpreter, please advise the Court at least five (5) days prior to the hearing date. We provide the opportunity for services of a court reporter and if you intend to take advantage of those services, please be prepared to pay for take down at the time the hearing that day is concluded.

Copy to:

TERRENCE WILLIAMS
1455 HIGHLAND DRIVE
LAWRENCEVILLE GA  30045

CARRINGTON MORTGAGE SERVICES LLC
c/o CT CORP
289 S. CULVER STREET
LAWRENCEVILLE, GA  30046

JP MORGAN BANK NA
c/o CT CORP
289 S. CULVER STREET
LAWRENCEVILLE, GA  30046