# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRENCE WILLIAMS,<br><br>    Plaintiff,<br><br>CARRINGTON HOME MORTGAGE, LLC, AND JP MORGAN CHASE BANK, N.A.<br><br>    Defendants. | Civil Action No.:_____ |

# DECLARATION OF ALEXANDRE C. HALOW

I, Alexandre C. Halow, state and declare as follows:

1. I am a Representation Services Advisor for C T Corporation System ("CT"), am over 18 years of age, and am competent to make this declaration.

2. CT is a commercial registered agent, and in that capacity receives and forwards service of process on behalf of its customers. As a Representation Services Advisor, I am familiar with the records CT creates and maintains in the ordinary course of business related to its receipt, processing, storage, and transmittal of the legal process it receives. The entries in those records are made at the time of the events and conditions they describe either by people with first-hand knowledge of those events and conditions or from information provided by people with such first-

1

hand knowledge. All facts set forth in this declaration are based on my personal knowledge and review of such records.

3. CT serves as a registered agent for service of process for Carrington Mortgage Services, LLC ("Carrington") in the State of Georgia.

4. CT maintains an address for the receipt of service of process in Georgia at 289 S. Culver Street, Lawrenceville, Georgia 30046 (the "Georgia Address").

5. I have conducted a review of CT's records and have found no record that CT has received a Summons and Complaint related to a matter captioned *Terrence Williams v. Carrington Home Mortgage, LLC; JP Morgan Chase Bank, N.A.*, Superior Court of Gwinnett County, Georgia, Case No. 22-A-09727-6, directed to Carrington at the Georgia Address at any time between November 1, 2022 and January 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Signed on February 1, 2023.

_____
Alexandre C. Halow
Representation Services Advisor
C T Corporation System

2