# EXHIBIT E

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TERRENCE WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO. 22-A-09727-6 |
| | : | |
| CARRINGTON HOME MORTGAGE, LLC, | : | |
| AND JP MORGAN CHASE BANK, N.A. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendants Carrington Mortgage Services, LLC ("Carrington") and JP Morgan Chase Bank, N.A. ("Chase") (collectively, "Defendants"), hereby gives notice to the Superior Court of Gwinnett County, Georgia, and to Plaintiff Terrence Williams that on January 30, 2023, Defendants filed a Notice of Removal (a copy of which, excluding exhibits, is attached hereto as **Exhibit 1**) to remove this action to the to the United States District Court for the Northern District of Georgia, Atlanta Division, thereby effecting removal of this action. Under 28 U.S.C. § 1446(d), this Court shall proceed no further.

Respectfully submitted this 1st day of February, 2023.

By: /s/ *Lindsay A. Fleming*
Lindsay A. Fleming
Georgia Bar No. 503940
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
Email: lindsay.fleming@troutman.com
*Counsel for Defendants*

.

1

143214183

## CERTIFICATE OF SERVICE

I certify that on February 1, 2023, I filed the within and foregoing **Notice of Filing of Notice of Removal** using the Court's electronic filing system, which automatically sends email notification of such filing to all parties of record and via U.S. Mail, first class, postage prepaid, as addressed below:

Terrence Williams
1455 Highland Drive
Lawrenceville, GA 30045
***Pro Se Plaintiff***

This 1st day of February 2023.

By:   /s/ *Lindsay A. Fleming*
         Lindsay A. Fleming
         Georgia Bar No. 503940

143214183