Matthew H. Schwartz, Esq., GA Bar #307111
SCHWARTZ LAW CENTER, LLC
2985 Gordy Parkway, Suite 550
Marietta, Georgia 30066
Telephone: 678-401-2600
Email: matt@schwartzlawcenter.com

**Attorneys for Plaintiff,**
Angela Newsom, an individual;

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELA NEWSOM, an individual, ) | **Case No.**: |
| ) | |
| Plaintiff, ) | |
| vs. ) | **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| ) | |
| 4H Construction Services, LLC, a ) | |
| Georgia limited liability company, Keith ) | |
| Porter Home Insulating, Inc., a Georgia ) | |
| corporation; SWD Urethane, an Arizona ) | |
| corporation, and DOES 1 through 25, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for Plaintiff to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this

1
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff – Angela Newsom
- Defendant – 4H Construction Services, LLC
- Defendant – Keith Porter Home Insulating, Inc.
- Defendant – SWD Urethane

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- Attorney Matthew Schwartz of Schwartz Law Center, LLC
- Attorney Andrew Chung of Slater Slater Schulman LLP

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- Attorney for Plaintiff - Matthew Schwartz of Schwartz Law Center, LLC
- Attorney for Plaintiff (applying Pro Hac Vice) - Andrew Chung of Slater Slater Schulman LLP

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Plaintiff Angela Newsom – Citizen of Florida
- Defendant 4H Construction, LLC – Citizen of Georgia with its principal place of business in Newton County, Georgia
- Defendant Keith Porter Home Insulating, Inc. – Citizen of Georgia with its principal place of business in Jackson County, Georgia
- Defendant SWD Urethane – Citizen of Arizona

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Respectfully submitted this 29th day of January, 2023.

            SCHWARTZ LAW CENTER, LLC

         By: /s/ **Matthew H. Schwartz**
            Matthew H. Schwartz, Esq.
            Georgia Bar #307111
            Attorney for Plaintiff,
            Angela Newsom

Schwartz Law Center, LLC
2985 Gordy Parkway, Suite 550
Marietta, Georgia 30066
Tel: (678) 401-2400
Fax: (678) 905-4352
Email: matt@schwartzlawcenter.com