# EXHIBIT A



US007147207B2

(12) **United States Patent**
        Jordan et al.

(10) **Patent No.:**        **US 7,147,207 B2**
(45) **Date of Patent:**        **Dec. 12, 2006**

(54) **ACTUATOR APPARATUS FOR CONTROLLING A VALVE MECHANISM OF A SUSPENSION SYSTEM**

(75) Inventors: **Brian Jordan**, Chicago, IL (US);
**Kevin Wesling**, Lombard, IL (US);
**Christopher Shipman**, Chicago, IL
(US); **Eric Swaidner**, Colorado
Springs, CO (US); **John Cheever**,
Chicago, IL (US)

(73) Assignee: **SRAM Corporation**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/904,340**

(22) Filed: **Nov. 4, 2004**

(65) **Prior Publication Data**

US 2006/0091345 A1        May 4, 2006

(51) **Int. Cl.**
    *F16K 31/44*        (2006.01)
(52) **U.S. Cl.** ............... **251/263**; 267/64.18; 188/322.22
(58) **Field of Classification Search** ............... 251/251,
251/262, 263;  267/64.15, 64.18, 293; 188/321.11,
188/322.15, 322.22
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,745,517 A | 5/1956 | Zook |
| 4,036,335 A | 7/1977 | Thompson |
| 4,305,486 A | 12/1981 | Cowan |

| | | | |
|---|---|---|---|
| 4,488,704 A | * | 12/1984 | Wicker ...................... 251/265 |
| 5,505,281 A | | 4/1996 | Lee |
| 6,279,703 B1 | | 8/2001 | Mete |
| 6,360,857 B1 | | 3/2002 | Fox |
| 2003/0234144 A1 | | 12/2003 | Fox |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 1415608 | 11/1975 |

OTHER PUBLICATIONS

Mountain Bike Action Suspension Special, pp. 75-78, Feb. 1991.
Ceriani Product Catalog, Circa 1991.
One set of five pages of photographs of a Ceriani Fork.
Cross-sectional schematic of a Ceriani Fork.

* cited by examiner

*Primary Examiner*—Edward K. Look
*Assistant Examiner*—John K. Fristoe, Jr.
(74) *Attorney, Agent, or Firm*—Milan Milosevic; Lisa
Serdynski

(57)        **ABSTRACT**

An actuator apparatus controls a valve mechanism of a
suspension system. The apparatus includes a valve actuating
assembly and an adjuster assembly. The valve actuating
assembly is operatively connected to the valve mechanism
and is operable between at least two rider-selectable posi-
tions to adjust the valve mechanism between various sus-
pension settings. The adjuster assembly is operatively con-
nected to the valve actuating assembly for adjusting the
damping characteristics corresponding to at least one of the
positions of the valve actuating assembly independently of
the damping characteristics corresponding to another posi-
tion of the valve actuating assembly.

**12 Claims, 18 Drawing Sheets**



Case 1:23-mi-99999-UNA   Document 335-1   Filed 02/01/23   Page 3 of 25



FIG. 1

Case 1:23-mi-99999-UNA   Document 335-1   Filed 02/01/23   Page 4 of 25



**FIG. 2**



**FIG. 3**

Case 1:23-mi-99999-UNA    Document 335-1    Filed 02/01/23    Page 5 of 25



**FIG. 4a**

Case 1:23-mi-99999-UNA   Document 335-1   Filed 02/01/23   Page 6 of 25



*FIG. 4b*

Case 1:23-mi-99999-UNA   Document 335-1   Filed 02/01/23   Page 7 of 25



**FIG. 5c**



**FIG. 5b**



**FIG. 5a**



FIG. 6c



FIG. 6b



FIG. 6a



FIG. 7a



**FIG. 7b**



**FIG. 7c**

Case 1:23-mi-99999-UNA   Document 335-1   Filed 02/01/23   Page 11 of 25



## FIG. 8a



FIG. 8c



FIG. 8b

Case 1:23-mi-99999-UNA   Document 335-1   Filed 02/01/23   Page 13 of 25



FIG. 9b



FIG. 9a



FIG. 10a



FIG. 9c



*FIG. 10c*

*FIG. 10b*



# FIG. 11a



## FIG. 11b



## FIG. 11c



## FIG. 11d



## FIG. 11e



**FIG. 11f**



**FIG. 11g**



**FIG. 12**

US 7,147,207 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

### ACTUATOR APPARATUS FOR CONTROLLING A VALVE MECHANISM OF A SUSPENSION SYSTEM

#### BACKGROUND OF THE INVENTION

The present invention relates to suspension systems and more particularly to an actuator apparatus for controlling a valve mechanism of a suspension system that includes a valve actuating assembly operable between at least two rider-selectable positions and an adjuster assembly for adjusting the damping characteristics of at least one of the rider-selectable positions.

Typically, a suspension system includes a piston disposed in a cylinder of housing for reciprocation therein. The piston divides the cylinder into two opposed chambers. A piston shaft is connected to the piston and extends from the piston to a position outside of the cylinder. A fluid, such as oil, or air, or the like, is normally contained in the chambers. In use, the fluid passes between the chambers in response to recip- rocation of the piston in the cylinder to affect damping.

The damping characteristics of a suspension system can affect the quality of performance provided by a shock absorber for a given application. Damping characteristics are affected by various factors such as rider weight, rider skill, terrain conditions, etc. Accordingly, it is desirable to provide a suspension system wherein the damping charac- teristics are adjustable. Further, it is advantageous to provide shock absorbers that are externally adjustable by the rider.

A typical design for a damping adjuster uses an adjuster rod that extends down the center of the piston shaft and engages the valve mechanism or performs the function of the valve mechanism. Adjustment is commonly made in either of two ways, the adjuster rod is moved axially (up or down) to alter damping or the adjuster rod is rotated to alter damping. For example, a cam attached to a lever may be engageable with the adjuster rod to vary the axial position of the rod. One problem associated with this configuration is that any given angular position of the lever/cam corresponds to exactly one position of the adjuster rod. This limits the ability of the rider to customize the damping characteristics of the suspension system to suit the terrain or the rider's particular riding style.

#### SUMMARY OF THE INVENTION

The objective of the present invention is to provide an actuator apparatus for adjusting the damping of a suspension system that allows the rider to customize the damping characteristics of the system to suit the terrain or the rider's particular riding style. The present invention provides an actuator apparatus for controlling a valve mechanism of a suspension system. The actuator apparatus generally includes a valve actuating assembly and an adjuster assem- bly. The valve actuating assembly adjusts the valve mecha- nism between various suspension settings. The adjuster assembly is operatively connected to the valve actuating assembly for adjusting the damping characteristics corre- sponding to at least one of the positions of the valve actuating assembly independently of the damping charac- teristics corresponding to another position of the valve actuating assembly.

In one embodiment of the present invention, the valve actuating assembly includes a driver movable to adjust the valve mechanism between various suspension settings, and a selector operatively connected to the driver and operable between the rider-selectable positions. The selector includes a lever operable between the rider-selectable positions and a camshaft operatively connected to the lever. The camshaft has a rotation axis and at least two cam surfaces correspond- ing to the rider-selectable positions of the lever. The cam surfaces are engageable with the driver and at least one cam surface is substantially parallel to the axis and at least another cam surface is at an angle relative to the camshaft axis. The adjuster assembly includes a knob operatively connected to the camshaft to axially displace the camshaft to vary the point at which the driver engages the angled cam surface, thereby providing various positions of the driver along its axis, resulting in various damping characteristics. Alternatively, the knob may be replaced with threads on the camshaft that engage threads on a housing or cylinder of suspension system.

In another embodiment of the present invention, the above-mentioned lever may be replaced by a control cable that is pulled or released by a remote actuator operable between the rider-selectable positions and located on a handlebar of the bicycle. The control cable is operatively connected to the camshaft. As in the previous embodiments, the camshaft has three cam surfaces. Two of the cam surfaces are substantially parallel to the camshaft axis and the third cam surface is at an angle relative to the camshaft axis. The adjuster assembly includes a cable adjustment device that adjusts the length of the cable. By adjusting the length of the cable, the axial position of the camshaft is adjusted. Accordingly, the point at which the driver engages the angled cam surface is adjusted by adjusting the cable length, thereby adjusting the damping characteristics of the adjustable position without affecting the damping charac- teristics of the other two positions corresponding to the substantially parallel cam surfaces.

In another embodiment of the present invention, a lever is rigidly attached to the camshaft having three cam surfaces. However, in this embodiment all three of the cam surfaces are substantially parallel to the camshaft axis and a setscrew engages the camshaft to prevent axial movement of the camshaft while still allowing rotational movement of the camshaft. A detent mechanism positions the lever such that when one of the three rider-selectable positions is selected, the corresponding cam surface is perpendicular to the driver. This embodiment further includes a stop element that pre- vents over-rotation of the lever. The adjuster assembly includes a limit screw. The limit screw is configured such that when it is fully retracted all three of the cam surfaces are perpendicular to the driver. However, when the limit screw is partially or fully advanced, the stop element contacts the end of the limit screw and prevents the lever and the camshaft from fully rotating to the third position. In this position, the cam surface corresponding to the third position is prevented from rotating perpendicular to the driver and is held at an angle relative to the driver. Accordingly, the amount in which the limit screw is advanced or retracted determines the damping characteristics of the third position of lever.

In yet another embodiment of the present invention, the camshaft is only rotatable by the lever and is axially fixed by a setscrew. The camshaft has three cam surfaces that are substantially parallel to the camshaft axis and correspond to the three rider-selectable positions of the lever. The adjuster assembly includes a knob having a through-hole for receiv- ing the driver. The knob is threaded into a housing enclosing the valve mechanism such that as the knob is rotated it moves along the driver axis and may cause the driver to displace along its axis. When the lever is rotated to the adjustable position, a shoulder of the driver contacts the

US 7,147,207 B2

3

knob and further rotation of the lever causes the driver to disengage from the camshaft. In this third position, the axial position of the driver is determined by the axial position of the knob, not by the cam surface.

These and other features and advantages of the present invention will be more fully understood from the following description of certain embodiments of the invention, taken together with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings:

FIG. 1 is a cross-sectional view of the suspension system in accordance with one embodiment of the present invention;

FIG. 2 is a top view of a camshaft included in the suspension system of FIG. 1;

FIG. 3 is a side view of the camshaft included in the suspension system of FIG. 1;

FIGS. 4a–4b are partial cross-sectional views of the suspension system of FIG. 1, showing different positions of a valve actuating assembly;

FIGS. 5a–5c and 6a–6c are partial cross-sectional views of the suspension system of FIG. 1, showing various positions of the camshaft engaging a driver of the valve actuating assembly;

FIG. 7a–7c are partial cross-sectional views of another embodiment of the present invention, showing various positions of a valve actuating assembly;

FIGS. 8a–8c, 9a–9c and 10a–10c are cross-sectional views of another embodiment of the present invention, showing various positions of a valve actuating assembly;

FIGS. 11a–11g are cross-sectional views of another embodiment of the present invention, showing various positions of a valve actuating assembly; and

FIG. 12 is a cross-sectional view of another embodiment of the present invention, showing various positions of a valve actuating assembly.

DETAILED DESCRIPTION

FIGS. 1–6 illustrate a suspension system 10 having an actuator apparatus 12 for controlling a valve mechanism 14 in accordance with one embodiment of the present invention. The actuator apparatus 12 generally includes a valve actuating assembly 16 operable between at least two rider-selectable positions to adjust the valve mechanism 14 between various suspension settings and an adjuster assembly 18 operatively connected to the valve actuating assembly 16 to adjust the damping characteristics corresponding to at least one of the positions of the valve actuating assembly 16 independently of the damping characteristics corresponding to another position of the valve actuating assembly 16. The valve actuating assembly 16 includes a selector 20 having at least two rider-selectable positions and a driver 22 movable to adjust the valve mechanism 14 between various suspension settings. In this embodiment, the selector 20 has three rider-selectable positions representing open, lockout and adjustable positions. The adjuster assembly 18, formed separate from the valve actuating assembly 16, adjusts the damping characteristics of the adjustable position of the selector 20.

The suspension system 10 generally includes first and second cylinders 24, 26 displaceable relative to each other during compression and rebound strokes of the suspension system 10. The second cylinder 26 encloses a piston assembly 28 having a piston 30 slidably mounted in the second

4

cylinder 26 and a hollow piston rod 32 extending between the piston 30 and a distal end 34 of the first cylinder 24. The piston rod 32 is rigidly connected to the distal end 34 of the first cylinder 24 by a threaded engagement 36. The piston 30 divides the second cylinder 26 into first and second fluid chambers 38, 40. The piston 30 has a fluid passageway 42 for allowing fluid to pass between the two fluid chambers 38, 40 in response to reciprocation of the piston 30 in the second cylinder 26 to affect damping.

The second cylinder 26 further encloses the valve mechanism 14 for controlling the fluid flow between the first and second fluid chambers 38, 40. The valve mechanism 14 includes a valve 44 and a valve seat 46, the valve 44 displaceable relative to the valve seat 46. The valve 44 is biased toward a closed position by a valve spring 48. The valve 44 further includes a valve head 50 and a valve stem 52 connected to the valve head 50, the valve head 50 configured to sealingly engage the valve seat 46, the valve stem 52 configured to interface with the driver 22. The driver 22 extends through the hollow piston rod 32 and is displaceable relative to the piston rod 32 to engage the valve stem 52 of the valve 44.

In this embodiment, the selector 20 includes a rider-operated lever 54 and a camshaft 56 rigidly connected to the lever 54. The camshaft 56 is received in an opening 58 of the first cylinder 24 and is engageable with the driver 22 to axially displace the driver 22 along axis 60. As shown in FIGS. 2 and 3, the camshaft 56 has three cam surfaces 62, 64, 66 engageable with the driver 22 which correspond to the three rider-selectable positions of the selector 20, open, lockout and adjustable positions, respectively. Cam surfaces 62, 64 are substantially parallel to an axis 68 of the camshaft 56 and cam surface 66 is oriented at an angle relative to the axis 68 of the camshaft 56. The driver 22 is biased against the camshaft 56 by the pressurized damping fluid contained in the chambers 38, 40. Alternatively, the driver 22 may be biased against the camshaft 56 by a coil spring or the like.

In this embodiment, the adjuster assembly 18 includes a knob 70 threaded into the opening 58 of the first cylinder 24 and is located between the lever 54 and a shoulder 72 of the camshaft 56. The camshaft 56 extends through the knob 70 and is secured to the lever 54. As the knob 70 is threaded in and out of the opening 58, the camshaft 56 is displaced along its axis 68. The adjuster assembly 18 may further include a detent mechanism 74 for holding the knob 70 in a particular angular position. The detent mechanism 74 may include a detent rod 76 received in a cavity 78 of the first cylinder 24 and engageable with a plurality of detent notches 80 on the knob 70. A detent spring 82 biases the detent rod 76 against one of the detent notches 80 on the knob 70.

The lever 54 is operable between three positions, open, lockout and adjustable. When the lever 54 is rotated to the open position, the camshaft 56 is rotated until the cam surface 62 engages the driver 22 to axially displace the driver 22 to engage or displace the valve stem 52, thereby opening the valve 44 and allowing fluid to flow between the chambers 38, 40. So positioned, fluid flow is permitted between the chambers 38, 40 in response to reciprocal displacement of the piston 30 within the second cylinder 26. When the lever 54 is rotated to the lockout position, the camshaft 56 is rotated until the cam surface 64 engages the driver 22 to axially displace the driver 22 away from the valve stem 52, thereby substantially closing the valve 44 and preventing fluid to flow between the chambers 38, 40.

When the lever 54 is rotated to the adjustable position, the driver 22 engages the angled cam surface 66. To further adjust the damping characteristics of the system, the knob 70

US 7,147,207 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

is rotated to axially move the camshaft **56**, thereby modifying the point of engagement of the driver **22** along the angled cam surface **66**. FIG. **4***a* shows the knob **70** rotated to its minimum engagement with the threads of the first cylinder **24**, which causes the driver **22** to engage the angled cam surface **66** at its lowest point. FIG. **4***b* shows the knob **70** rotated to its maximum engagement with the threads of the first cylinder **24**, which causes the driver **22** to be at the highest point on the angled cam surface **66**. The knob **70** may be rotated anywhere between these two extreme positions, thereby providing various positions of the driver **22** along the axis **60**, resulting in various damping characteristics.

The adjuster assembly **18** is configured such that the damping characteristics of the adjustable position of the lever **54** may be adjusted without affecting the damping characteristics of the open and lockout positions of the lever **54**, this is illustrated in FIGS. **5***a*–**5***c* and **6***a*–**6***c*. In FIGS. **5***a*–**5***c*, the camshaft **56** is in the same axial position as shown in FIG. **4***a*. Looking to FIG. **5***a*, when the lever **54** is rotated such that the cam surface **62** engages the driver **22**, the distance between the end of the driver **22** and the axis **68** is X. Looking to FIG. **5***b*, when the lever **54** is rotated such that the cam surface **66** engages the driver **22**, the distance between the end of the driver **22** and axis **68** is Y. And as shown in FIG. **5***c*, when the lever **54** is rotated such that the cam surface **64** engages the driver **22**, the distance between the end of the driver **22** and axis **68** is Z. Similarly, in FIGS. **6***a*–**6***c*, the camshaft **56** is in the same axial position as shown in FIG. **4***b*. Comparing FIGS. **5***a* and **6***a*, there is no difference in the axial positions of the driver **22**. Similarly, comparing FIGS. **5***c* and **6***c*, there is no difference in the axial positions of the driver **22**. However, in comparing FIGS. **5***b* and **6***b*, there is a difference between the axial positions of the driver **22**. In FIG. **5***b*, the driver **22** is at a distance Y from the axis **68** and the driver **22** of FIG. **6***b* is at a different distance W from the axis **68**. Accordingly, the axial position of the driver **22**, when engaged with the cam surfaces **62**, **64**, is independent of the axial position of the cam shaft **56** and, in contrast, the axial position of the driver **22**, when engaged with the cam surface **66** is dependent on the axial position of the cam shaft **56**. Therefore, the knob **70** may be rotated to vary the damping characteristics of the rider-selectable position corresponding to the cam surface **66**, without affecting the damping characteristics of the other rider-selectable positions corresponding to the cam surfaces **62**, **64**.

Another embodiment of the present invention is shown in FIGS. **7***a*–**7***c*. In this embodiment, the function of the knob **70** of the previous embodiments is replaced with threads **84** on the camshaft **56** that engage threads **86** on the first cylinder **24**. The adjuster assembly **18** is formed integrally with the selector **20**. As in the embodiment shown in FIGS. **1**–**6**, the lever **54** is rigidly connected to the camshaft **56** and the camshaft **56** has the same three surfaces **62**, **64**, **66** shown in FIGS. **2** and **3** at one end. Cam surfaces **62**, **64** are substantially parallel to the axis **68** of the camshaft **56** and cam surface **66** is at an angle relative to the axis **68**. Rotation of the lever **54** through its three rider-selectable positions that correspond to the cam surfaces **62**, **64**, **66** causes the driver **22** to be held at three different positions. In order to change the point, at which the driver **22** engages the angled cam surface **66**, the lever **54** is rotated through one or more complete revolutions. For example, the lever **54** shown in FIG. **7***b* has been rotated through one complete revolution compared to the lever **54** shown in FIG. **7***a*, causing the camshaft **56** to axially displace by an amount equal to one thread pitch and the driver **22** to engage the angled cam surface **66** at a low point on surface **66**. However, when the lever **54** is rotated such that the cam surfaces **62**, **64** engage the driver **22**, the driver **22** position has not changed. FIG. **7***c* shows the lever **54** rotated through one complete revolution in the opposite direction, causing the camshaft **56** to move axially in the opposite direction, resulting in the driver **22** engaging the angled cam surface **66** at a higher point than in FIG. **7***b*.

Another embodiment of the present invention is shown in FIGS. **8***a*–**8***c*, **9***a*–**9***c* and **10***a*–**10***c*. In this embodiment, the lever **54** of the previous embodiments is replaced by a control cable **88** that is pulled or released by a remote actuator **90** located on a handlebar of the bicycle. The remote actuator **90** may be a lever rotatable to take-up the control cable **88**, which is commonly known to one skilled in the art in the bicycle industry. The control cable **88** is received in an opening **92** in a camshaft **94** and is retained in the opening **92** by a setscrew **96**. As in the previous embodiments, the camshaft has three surfaces **93**, **95**, **97**. Two of the surfaces **93**, **95** are substantially parallel to the camshaft axis **68** and the third surface **97** is at an angle relative to the camshaft axis **68**. Actuation of the remote actuator **90** between its three rider-selectable positions, lockout, adjustable and open, that correspond to the cam surfaces **93**, **95**, **97**, respectively, causes the driver **22** to be held at three different positions. In this embodiment, the adjuster assembly **18** includes a cable adjustment device **98** that adjusts the length of the cable **88**. By adjusting the length of the cable **88**, the axial position of the camshaft **68** is adjusted. Accordingly, the point at which the driver **22** engages the angled cam surface **97** is adjusted by adjusting the cable length, thereby adjusting the damping characteristics of the adjustable position corresponding to the cam surface **97**, without affecting the damping characteristics of the other two positions corresponding to the cam surfaces **93**, **95**. The adjustment device **98** may be a barrel adjuster, which is commonly known to one skilled in the art in the bicycle industry. The barrel adjuster may be located near the camshaft **94** or near the remote actuator **90**.

FIGS. **8***a*–**8***c* show an operating sequence of the actuator when the cable adjustment device **98** is set to where the length of the cable **88** is maximized. When the remote actuator **90** is in the first position, as shown in FIG. **8***a*, the driver **22** is engaged with cam surface **93** and is positioned closest to the longitudinal axis **68** of the camshaft **94**. When the actuator **90** is in the second position, as shown in FIG. **8***b*, the driver **22** is still positioned closet to the longitudinal axis **68** of the camshaft **94**. When the remote actuator **90** is in the third position, as shown in FIG. **8***c*, the driver **22** is engaged with cam surface **95** and is positioned farthest from the longitudinal axis **68** of the camshaft **94**.

FIGS. **9***a*–**9***c* show the same operating cycle as above, but the cable adjustment device **98** is set to where the length of the cable **88** is between the maximum and minimum lengths. Looking to the FIGS. **8***a*–**8***c* and **9***a*–**9***c*, the driver **22** position of FIG. **9***a* is the same as that of FIG. **8***a* and the driver **22** position of FIG. **9***c* is the same as that of FIG. **8***c*. However, the driver **22** position of FIG. **9***b* is different than the driver **22** position of FIG. **8***b*, since the driver **22** engages the angled cam surface **97** of the cam shaft **94**.

FIGS. **10***a*–**10***c* show the same operating cycle, but the cable adjustment device **98** is set to where the length of the cable **88** is the shortest. Comparing FIGS. **10***a*–**10***c* to FIGS. **8***a*–**8***c* and FIGS. **9***a*–**9***c*, the driver **22** position in FIG. **10***a* is the same as that of FIGS. **8***a* and **9***a* and the driver **22** position in FIG. **10***c* is the same as that of FIGS. **8***c* and **9***c*.

US 7,147,207 B2

7

8

However, the driver **22** position of FIG. **10**b is different than shown in either FIG. **8**b or FIG. **9**b. Accordingly, by adjusting the cable adjustment device **98**, when the remote actuator **90** is in the second position, the driver **22** position can be varied without affecting the driver **22** positions of the first and third positions of the remote actuator **90**.

Another embodiment of the present invention is shown in FIGS. **11**a–g. The selector **20** of this embodiment includes a lever **102** rigidly connected to a camshaft **104** having three cam surfaces **103**, **105**, **107** disposed at one end of the camshaft **104**. The lever **102** is operable between three positions, lockout, open and adjustable, which correspond to the three cam surfaces **103**, **105**, **107**, respectively. All three of the cam surfaces **103**, **105**, **107** are substantially parallel to the longitudinal axis **112** of the camshaft **104**. The selector **20** further includes a detent mechanism **114** having a ball **116**, a spring **118** and a setscrew **120**. The camshaft **104** has three recesses **122** for alternately receiving the ball **116**. The recesses **122** are configured such that as lever **102** is rotated, the ball **116** engages each of the recesses **122** when the corresponding cam surface **103** is oriented substantially perpendicular to the longitudinal axis **60** of the driver **22**. A setscrew **124** engages a groove **126** in the camshaft **104** to prevent axial movement of the camshaft **104** while still allowing rotational movement of the camshaft. The driver **22** is biased against the camshaft **104** by pressurized damping oil in the first cylinder **24**. Accordingly, the axial position of the driver **22** is selected by rotating the lever **102** to select one of the desired cam surfaces **103**, **105**, **107** to engage the driver **22**. This embodiment further includes a stop element **128** that is rotatable with the camshaft **104**. The stop element **128** having a configuration such that when the lever **102** and camshaft **104** are rotated, the stop element **128** engages the adjuster assembly **18** at the extreme positions of the lever **102**, and prevents over-rotation of the lever **102** and camshaft **104**.

The adjuster assembly **18**, in this embodiment, includes a limit screw **130** and a knob **132**. The limit screw **130** is threaded into the first cylinder **24**. The knob **132** has a hexagonal shaped counterbore **131** that is engageable with a corresponding hexagonal shaped head **133** of the limit screw **130** such that when the knob **132** is rotated the limit screw **130** rotates causing the limit screw **130** to displace axially relative to the knob **132**. A compression spring **134** is located between the head **133** of the limit screw **130** and an end **136** of the counterbore **131** of the knob **132** for biasing the knob **132** against the first cylinder **24**. The adjuster assembly **18** may further comprise a detent mechanism (not shown) that includes protrusions on the face of the knob **132** and corresponding recesses in the first cylinder **24**. The protrusions alternately engage the recesses as the knob **132** is turned.

When the limit screw **130** is fully retracted, as shown in FIGS. **11**c–**11**e, the lever **102** and camshaft **104** is rotatable 180 degrees, and all of the cam surfaces **103**, **105**, **107** may alternately be oriented perpendicular to the longitudinal axis **60** of the driver **22**. When the limit screw **130** is partially or fully advanced, as shown in FIGS. **11**f and **11**g, respectively, the stop element **128** contacts the end of the limit screw **130** and prevents the lever **102** and camshaft **104** from fully rotating to the third position. In this position, the cam surface **107** corresponding to the third position is prevented from rotating perpendicular to the longitudinal axis **60** of the driver **22** and is held at an angle relative to the driver axis **60**. Looking to FIGS. **11**f and **11**g, when the cam surface is held at an angle, the driver **22** is at a lower axial position than compared to the other positions. Accordingly, the more the limit screw **130** is advanced, the lower the driver **22** is held. Rotation of the knob **132** allows the rider to adjust the damping characteristics of the third position without affecting the other two damping positions.

FIG. **12** shows an another embodiment of the present invention wherein the selector **20** includes a lever **138** that is rigidly connected to a camshaft **140** having three cam surfaces. In this embodiment, the camshaft **140** is only rotatable by the lever **138** and is axially fixed by a setscrew **144** that engages a groove **146** in the camshaft **140**. The three cam surfaces correspond to three rider-selectable positions of the lever and are all substantially parallel to a longitudinal axis **148** of the camshaft **140**. The driver **142** is biased against the camshaft **140** by pressurized damping oil in the first cylinder **24**. The adjuster assembly **18** includes a knob **150** having a through-hole **152** for receiving the driver **142**. The knob **150** is threaded into the first cylinder **24** such that when the knob **150** is rotated, the driver **142** may displace along its axis **151**.

When the lever **138** is rotated into the first two positions, the axial position of the driver **142** is determined by the angular position of the lever **138** and camshaft **140**. When lever **138** is rotated into the third position, the adjustable position, a shoulder **154** of the driver **142** contacts the knob **150** and further rotation of the lever **138** causes the driver **142** to disengage from the camshaft **140**. In this third position, the axial position of the driver **142** is determined by the axial position of the knob **150**, not by the cam surface. Accordingly, the rotation of the knob **150** allows the rider to adjust the damping characteristics of the third position without affecting the damping of the first and second positions.

While this invention has been described by reference to a preferred embodiment, it should be understood that numerous changes could be made within the spirit and scope of the inventive concepts described. For example, the bicycle suspension has been depicted as a rear shock but it can take the form of a front fork, a seat post, or any other type of suspension positioned along the bicycle frame. Accordingly, it is intended that the invention not be limited to the disclosed embodiment, but that it have the full scope permitted by the language of the following claims.

What is claimed is:

**1**. An actuator apparatus for controlling a valve mechanism of a suspension system, the actuator apparatus comprising:

a valve actuating assembly operatively connected to the valve mechanism, the valve actuating assembly including a camshaft rotatable between at least two positions to adjust the valve mechanism between various suspension settings; and

an adjuster assembly operatively connected to the valve actuating assembly for adjusting the damping characteristics corresponding to at least one of the positions of the valve actuating assembly independently of the damping characteristics corresponding to another position of the valve actuating assembly.

**2**. The actuator apparatus of claim **1** wherein the valve actuating assembly comprises:

a driver movable to adjust the valve mechanism between various suspension settings; and

a selector operatively connected to the driver and rotatable between the positions.

**3**. The actuator apparatus of claim **2** wherein the selector comprises:

a lever operable between the positions; and

US 7,147,207 B2

<table>
<tr><td>9</td><td>10</td></tr>
</table>

the camshaft operatively connected to the lever, and at least two cam surfaces corresponding to the positions of the lever, the cam surfaces configured to be engageable with the driver.

**4**. The actuator apparatus of claim **3** wherein at least one of the cam surfaces is disposed substantially parallel to the camshaft axis and at least another of the cam surfaces is disposed at an angle relative to the camshaft axis.

**5**. The actuator apparatus of claim **4** wherein the adjuster assembly comprises a knob operatively connected to the camshaft to axially displace the camshaft to vary the engagement point of the driver along the angled cam surface.

**6**. The actuator apparatus of claim **4** wherein the adjuster assembly is formed integrally with the selector of the valve actuating assembly, the camshaft threadably coupled to a housing of the suspension system to axially displace the camshaft along the housing to vary the engagement point of the driver along the angled cam surface.

**7**. The actuator apparatus of claim **2** wherein the selector comprises:

a lever operable between the positions;

the camshaft having at least two cam surfaces corresponding to the positions of the lever, the camshaft operatively connected to the lever; and

a stop element rotatable with the selector and configured to abut against the adjuster assembly to prevent over-rotation of the lever.

**8**. The actuator apparatus of claim **7** wherein the cam surfaces are disposed substantially parallel to the camshaft axis.

**9**. The actuator apparatus of claim **8** wherein the adjuster assembly comprises a limit screw threadably coupled to a housing of the suspension system and configured to be engageable with the stop element to prevent over-rotation of the lever.

**10**. The actuator apparatus of claim **2** wherein the selector comprises:

a lever operable between the positions;

the camshaft having a plurality of cam surfaces, at least one of said cam surfaces configured to be engageable with the driver, the cam surfaces corresponding to the positions of the lever, the cam surfaces disposed substantially parallel to the axis of the camshaft, the camshaft operatively connected to the lever.

**11**. The actuator apparatus of claim **10** wherein the adjuster assembly is operatively connected to the driver to position the driver relative to camshaft of the selector.

**12**. The actuator apparatus of claim **1** wherein the positions of the valve actuating assembly are rider-selectable positions.

\*   \*   \*   \*   \*