# EXHIBIT B



US010328993B2

(12) **United States Patent**    (10) Patent No.:    **US 10,328,993 B2**
Watt et al.    (45) Date of Patent:    **Jun. 25, 2019**

(54) **BICYCLE STEERER TUBE WITH VARIANT STIFFNESS**

(71) Applicant: **SRAM, LLC**, Chicago, IL (US)

(72) Inventors: **Jonathan Blair Watt**, Colorado Springs, CO (US); **Robert Powell**, Colorado Springs, CO (US)

(73) Assignee: **SRAM, LLC**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 888 days.

(21) Appl. No.: **14/585,629**

(22) Filed: **Dec. 30, 2014**

(65) **Prior Publication Data**

US 2016/0185414 A1    Jun. 30, 2016

(51) **Int. Cl.**
*B62K 21/04*    (2006.01)
*B62K 19/32*    (2006.01)
*B62K 21/18*    (2006.01)
*B62K 19/02*    (2006.01)

(52) **U.S. Cl.**
CPC .............. *B62K 21/04* (2013.01); *B62K 19/32* (2013.01); *B62K 21/18* (2013.01); *B62K 19/02* (2013.01)

(58) **Field of Classification Search**
CPC ........ B62K 21/04; B62K 19/32; B62K 21/18; B62K 19/02
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,649,738 A | 7/1997 | Thomson et al. | |
| 6,145,862 A * | 11/2000 | D'Aluisio | B62K 21/20 |
| | | | 280/276 |
| 6,805,372 B2 | 10/2004 | Gueugneaud | |
| 6,893,037 B1 | 5/2005 | Galasso | |
| 7,503,576 B1 | 3/2009 | Schroeder | |
| 7,537,231 B2 * | 5/2009 | Callahan | B62K 19/32 |
| | | | 280/276 |
| 7,909,346 B2 | 3/2011 | Moeching | |
| 8,128,112 B2 | 3/2012 | Moeching | |
| 8,366,130 B2 * | 2/2013 | Galasso | B62K 21/02 |
| | | | 280/276 |
| 2005/0012299 A1 * | 1/2005 | Schuman | B62K 25/00 |
| | | | 280/288.3 |
| 2007/0210554 A1 * | 9/2007 | Callahan | B62K 21/06 |
| | | | 280/279 |
| 2007/0257466 A1 * | 11/2007 | Murphy | B62K 19/16 |
| | | | 280/276 |
| 2008/0303240 A1 * | 12/2008 | Lewis | B62K 19/16 |
| | | | 280/276 |
| 2010/0259028 A1 | 10/2010 | Moechnig | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2228046 Y | 5/1996 |
| CN | 202557710 U | 11/2012 |
| EP | 2930094 A1 | 10/2015 |
| FR | 902315 A | 8/1945 |
| WO | 0174654 A1 | 10/2001 |

* cited by examiner

*Primary Examiner* — Anne Marie M Boehler
*Assistant Examiner* — Marlon A Arce

(57)    **ABSTRACT**

A bicycle steerer tube is adapted to reside in a plane of travel of the bicycle. A thickness at a point on the wall of the steerer tube body in a lower section thereof varies as a function of the cross-sectional angle of the point to the plane of travel, with the wall thickness being at a maximum in the plane of travel. An inner wall of the lower section may be elliptical, with a minor axis aligned with the plane of travel and a major axis orthogonal to the plane of travel.

**65 Claims, 16 Drawing Sheets**





FIG. 1

Case 1:23-mi-99999-UNA   Document 335-2   Filed 02/01/23   Page 4 of 24



**FIG. 2**



FIG. 3



FIG. 4



**FIG. 5A**



**FIG. 5B**



FIG. 6

FIG. 7



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**



**FIG. 12**



FIG. 13

FIG. 14



**FIG. 15**                    **FIG. 16**



**FIG. 17**                    **FIG. 18**



FIG. 19

FIG. 20



**FIG. 21**



**FIG. 22**



**FIG. 23**



**FIG. 24**



FIG. 25

FIG. 26



FIG. 27



FIG. 28



FIG. 29



FIG. 30



FIG. 31

FIG. 32



**FIG. 33**



**FIG. 34**



**FIG. 35**



**FIG. 36**

US 10,328,993 B2

1

# BICYCLE STEERER TUBE WITH VARIANT STIFFNESS

## BACKGROUND OF THE INVENTION

This invention relates in general to bicycles, and more particularly to bicycle steerer tubes.

A conventional bicycle (a mountain bike is shown at 100 in FIG. 1) is steered by varying the plane of its front wheel 102 out of a plane of travel P, which is aligned with the running direction of the bicycle. This is done by linking the front wheel 102 to a rider-operated handlebar 104. The front wheel 102 is rotatably suspended between left and right tubes 106, 108 of a fork indicated generally at 110. The left and right fork tubes 106, 108 are joined, either in solid fashion or by shock absorbing apparatus, to a fork crown 112 positioned upward from the front wheel.

Referring to FIGS. 1 and 2, a steerer tube 200 has its lower end 202 affixed to the fork crown 112 and is disposed along an upwardly and usually rearwardly extending steering axis X. Axis X is within the plane of travel P. The steerer tube 200 is inserted into a coaxial head tube 204 that is part of a bicycle frame 206. Bearings are mounted between the steerer tube 200 and the head tube 204 to permit the free rotation of the steerer tube 200 relative to the head tube 204. The handlebar 104 is affixed in some fashion (as by a star nut, not shown) to an upper end 212 of the steerer tube, and permits the rider to impart torque to the steerer tube 200, the fork 110 and the front wheel 102, which in response rotate around the steering axis X as a unit. Thus, the rider may steer the bicycle 100 right or left as desired.

Many conventional steerer tubes are circularly cylindrical. A perfectly cylindrically circular steerer tube, having a uniform wall thickness, will exhibit a uniform stiffness longitudinally, or fore-and-aft and in alignment with plane of travel P, and laterally, or side-to-side and perpendicular to plane of travel P and axis X. But uniformly thick and stiff steerer tubes do not take into account the differences in loads on the steerer tube and stability, comfort and steering requirements.

## SUMMARY OF THE INVENTION

According to one aspect of the invention, a bicycle steerer tube has an elongate hollow body that is arranged around a steering axis of the bicycle. The steering axis is located in a vertical plane of travel of the bicycle. A segment of an upper section of the body is adapted to be joined to a bicycle handlebar. A segment of a lower section of the steerer tube body is adapted to be joined to a crown of a front wheel fork. The lower and upper sections of the steerer tube body are joined together. The body of the steerer tube is formed by a wall. The thickness of the wall at any point in the lower section of the body varies as a function of the cross-sectional angle of the point relative to the plane of travel, the wall thickness being at a maximum in the plane of travel of the bicycle.

In some embodiments of the invention, the outer surfaces of the upper and lower sections of the steerer tube body are circular in cross section. In some embodiments of the invention, the wall thickness is at a minimum in a plane containing the steering axis and orthogonal to the plane of travel of the bicycle. In some embodiments of the invention, at least a portion of the inner surface of the wall is formed as an ellipse in cross section, with a major diameter of the

2

ellipse being formed to be perpendicular to the plane of travel, and a minor diameter of the ellipse being formed to be in the plane of travel.

Steerer tubes according to the invention have a large stiffness and strength in the fore and aft plane of travel of the bicycle. But since side bending stiffness isn't as critical due to lighter side loads, the wall thickness outside of the plane of travel may be reduced. This permits a lighter weight steerer tube that nonetheless meets all loading requirements.

## BRIEF DESCRIPTION OF THE DRAWINGS

Further aspects of the invention and their advantages can be discerned in the following detailed description, in which like characters denote like parts and in which:

FIG. 1 is a perspective view of a representative bicycle;

FIG. 2 is a front view of a bicycle fork as incorporating a steerer tube according to one embodiment of the invention;

FIG. 3 is a bottom end view taken substantially along line 3-3 of FIG. 2;

FIG. 4 is a top end view taken substantially along line 4-4 of FIG. 2;

FIG. 5a is a side view of the steerer tube shown in FIG. 2;

FIG. 5b is a perspective view of the steerer tube shown in FIG. 2;

FIG. 6 is an axial sectional view taken substantially along line 6-6 of FIG. 3;

FIG. 7 is an axial sectional view taken substantially along line 7-7 of FIG. 3;

FIG. 8 is a bottom end view of the steerer tube of FIG. 6;

FIG. 9 is a sectional view taken substantially along line 9-9 of FIG. 6;

FIG. 10 is a sectional view taken substantially along line 10-10 of FIG. 6;

FIG. 11 is a sectional view taken substantially along line 11-11 of FIG. 6;

FIG. 12 is a front view of a bicycle fork as incorporating a steerer tube according to another embodiment of the invention;

FIG. 13 is an axial sectional view of a steerer tube according to another embodiment of the present invention;

FIG. 14 is an axial sectional view taken substantially along line 14-14 of FIG. 13;

FIG. 15 is a bottom end view of the steerer tube of FIG. 13;

FIG. 16 is a sectional view taken substantially along line 16-16 of FIG. 13;

FIG. 17 is a sectional view taken substantially along line 17-17 of FIG. 13;

FIG. 18 is a sectional view taken substantially along line 18-18 of FIG. 13;

FIG. 19 is an axial sectional view of a steerer tube according to another embodiment of the invention;

FIG. 20 is an axial sectional view taken substantially along line 20-20 of FIG. 19;

FIG. 21 is a bottom end view of the steerer tube of FIG. 19;

FIG. 22 is a sectional view taken substantially along line 22-22 of FIG. 19;

FIG. 23 is a sectional view taken substantially along line 23-23 of FIG. 19;

FIG. 24 is a sectional view taken substantially along line 24-24 of FIG. 19;

FIG. 25 is an axial sectional view of a steerer tube according to another embodiment of the invention;

US 10,328,993 B2

3

FIG. **26** is an axial sectional view taken substantially along line **26-26** of FIG. **25**

FIG. **27** is a bottom end view of the steerer tube of FIG. **25**;

FIG. **28** is a sectional view taken substantially along line **28-28** of FIG. **25**;

FIG. **29** is a sectional view taken substantially along line **29-29** of FIG. **25**;

FIG. **30** is a sectional view taken substantially along line **30-30** of FIG. **25**;

FIG. **31** is an axial sectional view of a steerer tube according to another embodiment of the invention;

FIG. **32** is an axial sectional view taken substantially along line **32-32** of FIG. **31**;

FIG. **33** is a bottom end view of the steerer tube of FIG. **31**;

FIG. **34** is a sectional view taken substantially along line **34-34** of FIG. **31**;

FIG. **35** is a sectional view taken substantially along line **35-35** of FIG. **31**; and

FIG. **36** is a sectional view taken substantially along line **36-36** of FIG. **31**.

DETAILED DESCRIPTION

FIG. **2** illustrates a steerer tube **200** as used as a component of a mountain bike fork, although the present invention may be used with any bicycle type, including road bicycles and triathlon bicycles. The steerer tube **200** is particularly advantageous as used with a mountain bike, as the steerer tube stiffness within the plane of travel P ideally is enhanced relative to its stiffness orthogonal to plane P.

The embodiment of the steerer tube **200** shown in FIGS. **2-11** has an upper section **214** and a lower section **213** that in turn has a first or upper portion **216** and a second or lower portion **218**. The upper section **214** extends from the upper end **212** of the steerer tube **200** to a lower end **220** of the upper section. A segment **215** of the upper section, adjacent to end **212**, is adapted to be joined to handlebar **104**. The upper section **214** has an outer surface **222** which is circularly cylindrical throughout the length of the upper section **214**, and an inner surface **224** which is also circularly cylindrical throughout the length of the upper section **214**. Upper section **214** has an invariant outer diameter $O_A$, which in one embodiment may be in the range of 25 mm to 40 mm and more preferably can be about 28.5 mm, and an invariant inner diameter $I_A$, which in one embodiment may be in the range of 20 mm to 36 mm and more preferably can be about 24.6 mm. While the segment **215** of the upper section **214** is circularly cylindrical so as to be more easily compatible with a star nut (not shown), in an alternative embodiment, the segment **215** of the upper section **214** could be tapered or elliptical in cross section and still be compatible with a star nut.

In this embodiment, the upper portion **216** of lower section **213** has an outer surface **226** which is frustoconical. The lower end **220** of the upper section **214** acts as the upper end of the upper portion **216** of lower section **213**. The upper portion **216** extends from its upper end **220** to a lower end **228**; the lower end **228** is defined by the termination of the sloped outer surface **226**. In this embodiment, the outer surface **226** is circular in cross section and has an outer diameter $O_B$ which increases linearly from outer diameter $O_A$, at its upper end **220**, to an outer diameter $O_C$ at its lower end **228**. Said another way, the outer surface **226** of upper portion **216** gradually tapers in diameter from $O_C$ to $O_A$ as one proceeds upwardly along axis X. More generally, outer

4

diameter $O_C$ can be greater than outer diameter $O_A$. In one embodiment, the outer diameter $O_C$ can be in the range of 25 mm to 50 mm and more preferably can be about 39.9 mm. Upper portion **216** can be about 76 mm long.

In this embodiment, the inner surface **230** of upper portion **216** has a shape which changes as a function of the distance from upper end **220**. At upper end **220**, the inner surface **230** is circular in cross section. As one proceeds towards upper portion lower end **228**, the cross section becomes more and more elliptical. FIG. **6** is an axial sectional view aligned with the minor axis of the ellipse formed by the inner surface **230** of upper portion **216**. The minor diameter $I_{B1}$ of surface **230** linearly increases as a function of distance from upper end **220**, but the rate of increase is relatively small. As shown in FIG. **7**, the major diameter $I_{B2}$ of surface **230** is the same as $I_A$ at upper end **220** but then increases linearly as a function of the distance away from upper end **220**.

The wall thickness of the tube **200** at the crown **112** is generally greater than the wall thickness of the upper section **214**, as the stress on tube **200** is highest at its junction with crown **112**. The lower portion **218** of the lower section **213** of steerer tube **200** is characterized in that its outer surface **232** is circularly cylindrical. Lower portion **218** extends downwardly from upper portion end **228**, which is the same as the lower end of upper portion **216**, to lower end **202** of the steerer tube. A segment **234** of lower portion **218**, adjacent to the lower end **202**, is formed in this embodiment to include a ring of increased diameter (such as about 42 mm) and is adapted for affixation to fork crown **112**. In another embodiment shown in FIG. **12**, a steerer tube **260** and a fork crown **262** may be integrally formed rather than assembled and in those embodiments a raised ring may be missing. An outer diameter $O_C$ of the outer surface **232** may be in the range of 25 mm to 50 mm and more preferably can be chosen to be 39.9 mm. Lower portion **218** can be at least 25 mm long.

In this embodiment, lower portion **218** has an inner surface **236** which continues to change cross-sectional shape as one proceeds to tube end **202**. In this illustrated embodiment, while the outer surface **232** makes a shoulder with outer surface **222** of the upper portion **216** at end **228**, the shape of inner surface **236** changes continuously and linearly from upper portion inner surface **230**, with no discernable break or bend at portion end **228**. In this illustrated embodiment, the lower portion inner surface minor diameter $I_{C1}$ will continue to slowly increase as steerer tube end **202** is approached. The lower portion inner surface major diameter $I_{C2}$ will continue to linearly increase at a faster rate.

In this and other embodiments, a ratio of $I_{C2}$ to $I_{C1}$, taken at tube end **202**, can be in the range of 1.05 to 1.3, and more preferably is in the range of 1.10 to 1.25. The combined lengths of upper portion **216** and lower portion **218** can be chosen to be between 40 mm and 200 mm and in one embodiment can be about 101 mm. In this and other embodiments, a ratio of the upper section inner diameter $I_A$ to the upper section outer diameter $O_A$ can be chosen to be in the range of 0.75 to 0.95.

Steerer tube **200** (and the other embodiments **300**, **400**, **500** and **600** herein described) may be fabricated of aluminum, steel, magnesium, titanium or carbon fiber reinforced composite. Steerer tube **200** may be made of a material that is the same or different from the rest of fork **110**.

In the embodiment illustrated in FIGS. **13-18**, a steerer tube indicated generally at **300** continues to have an upper section **302** and a lower section **303**, the lower section in turn having an upper portion **304** and a lower portion **306**, similar to the embodiment shown in FIGS. **2-11**. An upper segment

US 10,328,993 B2

5

308 adjacent to an upper tube end **310** is adapted to be affixed to a bicycle handlebar **104**. A lower segment **312** adjacent to a lower tube end **314**, herein shown as including a raised annulus or ring, is adapted to be affixed to a fork crown **112**.

Upper section **302** extends from upper tube end **310** to a lower end **316** of upper section **302**. An outer surface **318** and an inner surface **320** of upper section **302** are circularly cylindrical throughout the length of upper section **302**, as before. Upper section **302** may have an outer diameter $O_A$ and an inner diameter $I_A$ with measurements and/or ratios to each other similar to those described for the embodiment illustrated in FIGS. **2-11**.

First or upper portion **304** of lower section **303** extends from its upper end **316** (which is the same as the lower end **16** of the upper section **302**) to a lower **322**. An outer surface **324** of the upper portion **304** is frustoconical in shape; its outer diameter $O_B$ increases linearly from upper end **316** to lower end **322**. The lower end **322** is defined by the termination of the sloped outer surface **324**. An inner surface **326** of the upper portion **304** changes cross-sectional shape from circular to elliptical, and the eccentricity of the ellipse increases as the lower end **322** is approached. A major diameter $I_{B2}$ of upper portion inner surface **326** increases linearly as the lower end **322** is approached. A minor diameter $I_{B1}$ of upper portion inner surface **326** stays the same as upper section inner diameter $I_A$.

Second or lower portion **306** of lower section **303** extends from its upper end **322**, which is the same as the lower end of upper portion **304**, to lower tube end **314**. The lower portion **306** has an outer surface **330** that is circularly cylindrical. The lower portion **306** has an inner surface **328** which continues to change cross-sectional shape as one proceeds to lower tube end **314**. In this illustrated embodiment, while the outer surface **330** makes a shoulder with outer surface **324** of the upper portion **304** at end **322**, the shape of the inner surface **328** changes continuously and linearly from the upper portion inner surface **326**, with no discernable break or bend at end **322**. The lower portion inner surface major diameter $I_{C2}$ increases linearly as steerer tube end **314** is approached. The lower portion inner surface minor diameter $I_{C1}$ stays the same as upper section inner diameter $I_A$.

In the embodiment illustrated in FIGS. **19-24**, a steerer tube indicated generally at **400** continues to have an upper section **402** and a lower section **403**, the lower section in turn having an upper portion **404** and a lower portion **406**, similar to the embodiment shown in FIGS. **2-11**. An upper segment **408** adjacent to an upper tube end **410** is adapted to be affixed to bicycle handlebar **104**. A lower segment **412** adjacent to a lower tube end **414**, herein shown as including a raised annulus or ring, is adapted to be affixed to fork crown **112**.

Upper section **402** extends from tube end **410** to a lower end **416** of upper section **402**. An outer surface **418** and an inner surface **420** of upper section **402** are circularly cylindrical throughout the length of upper section **402**, as before. Upper section **402** may have an outer diameter $O_A$ and an inner diameter $I_A$ with measurements and/or ratios to each other similar to those described for the embodiment illustrated in FIGS. **2-11**.

First or upper portion **404** of lower section **403** extends from its upper end **416** (which is the same as the lower end of the upper section **402**) to a lower end **422**. An outer surface **424** of the upper portion **404** is frustoconical in shape; its outer diameter $O_B$ increases linearly from end **416** to end **422**. An inner surface **426** of the upper portion **404**

6

changes cross-sectional shape from circular to elliptical, and the eccentricity of the ellipse increases as the lower end **422** of upper portion **404** is approached. A major diameter $I_{B2}$ of upper portion inner surface **426** increases linearly as lower end **422** is approached. A minor diameter $I_{B1}$ of upper portion inner surface **426** also increases linearly as lower end **422** is approached, but at a slower rate than the rate of increase of $I_{B2}$.

The second or lower portion **406** of lower section **403** extends from its upper end **422** (which is the same as the lower end of upper portion **404**) to the lower tube end **414**. An outer surface **428** of the lower portion **406** is circularly cylindrical and has an outer diameter $O_C$, of dimensions similar to those chosen for the embodiment shown in FIGS. **2-11**. An inner surface **430** of the lower portion **406** is elliptically cylindrical; the cross-sectional ellipse taken at end **422** is the same as the cross-sectional ellipse taken at end **414**. Major inner diameter $I_{C2}$ and minor inner diameter $I_{C1}$ are the same at end **422** as they are at end **414**.

FIGS. **25-30** illustrate another embodiment of a steerer tube **500** of the invention. The steerer tube **500** has an upper end **502** and a lower end **504**. The steerer tube **500** is divided into an upper section **506** and a lower section **508**; section **508** has no distinct upper and lower portions. An upper segment **510** adjacent tube upper end **502** is adapted to be affixed to handlebar **104**. A lower segment **512**, here including a raised ring, is disposed adjacent lower tube end **504** and is adapted to be affixed to fork crown **112**.

Upper section **506** extends from upper tube end **502** to a lower end **514**. Both an outer surface **516** of section **506** and an inner surface **518** of section **506** are circularly cylindrical throughout the length of upper section **506**. Inner surface **518** has a constant diameter $I_A$ and outer surface **516** has a constant outer diameter $O_A$.

Lower section **508** extends from its upper end **514**, which is the same as the lower end of the upper section **506**, to the tube end **504**. An outer surface **520** of the lower section **508** is circularly cylindrical and may have an outer diameter $O_C$. Outer diameter $O_C$ may be chosen to be the same as outer diameter $O_A$ and in this instance outer surface **520** will be linearly continuous with outer surface **516** of upper section **506**. The dimension of outer diameter $O_C$ can be chosen to be similar to that described in the first embodiment (FIGS. **2-11**).

An inner surface **522** of the lower section **508** changes shape as one proceeds from its upper end **514** to the tube end **504**. At end **514**, the inner surface **522** has a circular cross section such that its minor diameter $I_{C1}$ is the same as its major diameter $I_{C2}$, and at end **514** these are the same as upper section inner diameter $I_A$. As one approaches tube end **504**, major diameter $I_{C2}$ will increase linearly. Minor diameter $I_{C1}$ will also increase linearly, but at a slower rate. Therefore, the eccentricity of the cross-sectional ellipse of inner surface **522** will increase and will be greatest at end **504**. At end **504**, the ratio of $I_{C2}$ to $I_{C1}$ can be chosen from the range of 1.05 and 1.3, and more preferably from within the range of 1.10 to 1.25, similar to the ratios expressed for the embodiment shown in FIGS. **2-11**.

While the above embodiments show an inner surface of the steerer tube transitioning between a circular cross section and an elliptical cross section, in another embodiment the inner surface of a steerer tube may have an elliptical cross section throughout the length of the steerer tube as shown in FIGS. **31-36**. The steerer tube **600** has the upper section **614** and a lower section **613**. The lower section **613** has an upper portion **616** and a lower portion **618**. The upper section **614** extends from an upper end **612** of the steerer tube **600** to a

US 10,328,993 B2

7

lower end 620 of the upper section 614. A segment 615 of the upper section, adjacent to end 612, is adapted to be joined to handlebar 104. The upper section 614 has an outer surface 622 which is circularly cylindrical throughout the length of the upper section 614 and an inner surface 624 which is elliptical in cross section throughout the length of the upper section 614. Upper section 614 has an invariant outer diameter $O_A$ and an invariant inner minor diameter $I_{A1}$ and an invariant inner major diameter $I_{A2}$.

The upper section 616 of lower section 613 has an outer surface 626 which is frustoconical. The lower end 620 of the upper section 614 acts as the upper end of the upper portion 616 of lower section 613. The upper portion 616 extends from its upper end 620 to a lower end 628; the lower end 628 is defined by the termination of the sloped outer surface 626. In this embodiment, the outer surface 626 is circular in cross section and has an outer diameter $O_B$ which increases linearly from outer diameter $O_A$ at is upper end 620, to an outer diameter $O_C$ at its lower end 628.

The inner surface 630 of upper section 616 has a shape which changes as a function of the distance from upper end 620. At upper end 620, the inner surface 630 is elliptical in cross section. As one proceeds towards upper portion lower end 628, the cross section becomes more and more elliptical. FIG. 31 is an axial sectional view aligned with the minor diameter of the ellipse formed by the inner surface of upper portion 616. The minor diameter $I_{B1}$ of surface 630 linearly increases as a function of distance from upper end 620, but the rate of increase is relatively small. As shown in FIG. 32, the major diameter $I_{B2}$ of surface 630 is the same as $I_{A2}$ at upper end 620 but then increases linearly as a function of the distance away from upper end 620.

The lower section 618 of the lower section 613 of steerer tube 600 is characterized in that its outer surface 632 is circularly cylindrical. Lower portion 618 extends downwardly from upper portion end 628, which is the same as the lower end of upper portion 616, to lower end 602 of the steerer tube. A segment 634 of lower portion 618, adjacent to the lower end 602, is adapted for affixation to the fork crown 112.

In this embodiment, lower portion 618 has an inner surface 636 which continues to change cross-sectional shape as one proceeds to tube end 602. While the outer surface 632 makes a shoulder with outer surface 622 of the upper section 616 at end 628, the shape of the inner surface 636 changes continuously and linearly from upper portion inner surface 630, with no discernable break or bend at portion end 628. The lower portion inner surface minor diameter $I_{C2}$ will continue to slowly increase as steerer tube end 602 is approached. The lower portion inner surface major diameter $I_{C2}$ will continue to linearly increase at a faster rate. At end 602, the ratio of $I_{C2}$ and $I_{C1}$ can be chosen from the range of 1.05 and 1.3, and more preferably from within the range of 1.10 to 1.25, similar to the ratios expressed for the embodiment shown in FIGS. 2-11.

In summary, steerer tube embodiments have been illustrated and described which have lower sections, or portions of same, with a wall thickness in the plane of travel that is greater than the wall thickness outside of the plane of travel, and which therefore exhibit a greater stiffness fore and aft than they do side-to-side. The outer surface of the lower portion of the lower tube section nonetheless may be specified as circularly cylindrical as an aid to its assembly to other fork elements.

While illustrated embodiments of the present invention have been described and illustrated in the appended draw-

8

ings, the present invention is not limited thereto but only by the scope and spirit of the appended claims.

The claims are as follows:

1. A steerer tube for a bicycle, the steerer tube comprising:
   an elongate hollow body arranged around a steering axis located in a vertical plane of travel of the bicycle,
   the body having upper and lower sections, a segment of the upper section adapted to be joined to a bicycle handlebar, a segment of the lower section adapted to be joined to a crown of a front wheel fork of the bicycle, the lower section joined to the upper section, and outer surfaces of the upper and lower sections of the body being circular in cross section, and
   the body formed by a wall, a thickness of the wall at any point in the lower section of the body varying as a function of the cross-sectional angle of the point relative to the plane of travel, the wall thickness being at a maximum in the plane of travel of the bicycle.

2. The steerer tube of claim 1, wherein an outer diameter of the lower section of the body is greater than an outer diameter of the upper section of the body.

3. The steerer tube of claim 2, wherein the lower section of the body has first and second portions, the first portion adjoining the upper section of the body, an outer diameter of the first portion of the lower section being greater than an outer diameter of the upper section and less than an outer diameter of the second portion of the lower section.

4. The steerer tube of claim 3, wherein the outer diameter of the first portion of the lower section gradually tapers from the second portion of the lower section to the upper section of the body.

5. The steerer tube of claim 4, wherein an inner surface of the upper section forms an ellipse in cross section, a major diameter of the ellipse formed to be perpendicular to the plane of travel, a minor diameter of the ellipse formed to be in the plane of travel of the bicycle.

6. The steerer tube of claim 4, wherein an inner surface of the upper section is circular in cross section.

7. The steerer tube of claim 6, wherein the inner and outer surfaces of the upper section are substantially circularly cylindrical and the outer surface of the second portion of the lower section is substantially circularly cylindrical.

8. The steerer tube of claim 6, wherein a ratio of an inner diameter of the upper section of the body to an outer diameter of the upper section of the body is within the range of 0.75 to 0.95, inclusive.

9. The steerer tube of claim 1, wherein an outer diameter of the lower section of the body is substantially the same as an outer diameter of the upper section of the body.

10. The steerer tube of claim 1, wherein an inner surface of the upper section is circular in cross section.

11. The steerer tube of claim 10, wherein the inner and outer surfaces of the upper section are substantially circularly cylindrical and the outer surface of the lower section is substantially circularly cylindrical.

12. The steerer tube of claim 10, wherein a ratio of an inner diameter of the upper section of the body to an outer diameter of the upper section of the body is within the range of 0.75 to 0.95, inclusive.

13. The steerer tube of claim 1, wherein the segment of the lower section of the body is formed as one piece with the crown of the front wheel fork.

14. The steerer tube of claim 1, wherein the body is formed from a material selected from the group consisting of steel, carbon fiber reinforced composite, aluminum, titanium and magnesium.

US 10,328,993 B2

9

10

**15.** The steerer tube of claim **1**, wherein the wall thickness is at a minimum in a plane containing the steering axis and orthogonal to the plane of travel of the bicycle.

**16.** The steerer tube of claim **15**, wherein an outer diameter of the lower section of the body is greater than an outer diameter of the upper section of the body.

**17.** The steerer tube of claim **16**, wherein the lower section of the body has first and second portions, the first portion adjoining the upper section of the body, an outer diameter of the first portion of the lower section being greater than an outer diameter of the upper section and less than an outer diameter of the second portion of the lower section.

**18.** The steerer tube of claim **17**, wherein the outer diameter of the first portion of the lower section gradually tapers from the second portion of the lower section of the body to the upper section of the body.

**19.** The steerer tube of claim **18**, wherein an inner surface of the upper section forms an ellipse in cross section, a major diameter of the ellipse formed to be perpendicular to the plane of travel, a minor diameter of the ellipse formed to be in the plane of travel of the bicycle.

**20.** The steerer tube of claim **18**, wherein an inner surface of the upper section is circular in cross section.

**21.** The steerer tube of claim **20**, wherein the inner and outer surfaces of the upper section are substantially circularly cylindrical and the outer surface of the second portion of the lower section is substantially circularly cylindrical.

**22.** The steerer tube of claim **20**, wherein a ratio of an inner diameter of the upper section of the body to an outer diameter of the upper section of the body is within the range of 0.75 to 0.95, inclusive.

**23.** The steerer tube of claim **15**, wherein an outer diameter of the lower section of the body is substantially the same as an outer diameter of the upper section of the body.

**24.** The steerer tube of claim **15**, wherein an inner surface of the upper section is circular in cross section.

**25.** The steerer tube of claim **24**, wherein the inner surface and an outer surface of the upper section are substantially circularly cylindrical and an outer surface of a portion of the lower section is substantially circularly cylindrical.

**26.** The steerer tube of claim **24**, wherein a ratio of an inner diameter of the upper section of the body to an outer diameter of the upper section of the body is within the range of 0.75 to 0.95, inclusive.

**27.** The steerer tube of claim **15**, wherein an outer diameter of the lower section of the body is greater than an outer diameter of the upper section of the body.

**28.** The steerer tube of claim **27**, wherein the lower section of the body has first and second portions, the first portion adjoining the upper section of the body, an outer diameter of the first portion of the lower section being greater than an outer diameter of the upper section and less than an outer diameter of the second portion of the lower section.

**29.** The steerer tube of claim **28**, wherein the outer diameter of the first portion of the lower section gradually tapers from the second portion of the lower section of the body to the upper section of the body.

**30.** The steerer tube of claim **15**, wherein the segment of the lower section of the body is formed as one piece with the crown of the front wheel fork.

**31.** The steerer tube of claim **15**, wherein the segment of the lower section of the body is joined to the crown of the front wheel fork, the body formed of a material different from the crown of the front wheel fork.

**32.** The steerer tube of claim **31**, wherein the segment of the lower section of the body is formed as one piece with the crown of the front wheel fork.

**33.** The steerer tube of claim **15**, wherein the body is formed from a material selected from the group consisting of steel, carbon fiber reinforced composite, aluminum, titanium and magnesium.

**34.** The steerer tube of claim **15**, wherein an inner surface of the wall within the lower section of the body is formed as an ellipse in cross section, a major diameter of the ellipse formed to be perpendicular to the plane of travel, a minor diameter of the ellipse formed to be in the plane of travel of the bicycle.

**35.** The steerer tube of claim **34**, wherein outer surfaces of the upper and lower sections of the body are circular in cross section.

**36.** The steerer tube of claim **35**, wherein an outer diameter of the lower section of the body is greater than an outer diameter of the upper section of the body.

**37.** The steerer tube of claim **36**, wherein the lower section of the body has first and second portions, the first portion adjoining the upper section of the body, an outer diameter of the first portion of the lower section being greater than an outer diameter of the upper section and less than an outer diameter of the second portion of the lower section.

**38.** The steerer tube of claim **37**, wherein the outer diameter of the first portion of the lower section gradually tapers from the second portion of the lower section of the body to the upper section of the body.

**39.** The steerer tube of claim **38**, wherein an inner surface of the upper section forms an ellipse in cross section, a major diameter of the ellipse formed to be perpendicular to the plane of travel, a minor diameter of the ellipse formed to be in the plane of travel of the bicycle.

**40.** The steerer tube of claim **38**, wherein an inner surface of the upper section is circular in cross section.

**41.** The steerer tube of claim **40**, wherein the inner and outer surfaces of the upper section are substantially circularly cylindrical and the outer surface of the second portion of the lower section is substantially circularly cylindrical.

**42.** The steerer tube of claim **40**, wherein a ratio of an inner diameter of the upper section of the body to an outer diameter of the upper section of the body is within the range of 0.75 to 0.95, inclusive.

**43.** The steerer tube of claim **34**, wherein an outer diameter of the lower section of the body is substantially the same as an outer diameter of the upper section of the body.

**44.** The steerer tube of claim **34**, wherein an inner surface of the upper section is circular in cross section.

**45.** The steerer tube of claim **44**, wherein the inner and outer surfaces of the upper section are substantially circularly cylindrical and the outer surface of the second portion of the lower section is substantially circularly cylindrical.

**46.** The steerer tube of claim **44**, wherein a ratio of an inner diameter of the upper section of the body to an outer diameter of the upper section of the body is within the range of 0.75 to 0.95, inclusive.

**47.** The steerer tube of claim **34**, wherein an outer diameter of the lower section of the body is greater than an outer diameter of the upper section of the body.

**48.** The steerer tube of claim **47**, wherein the lower section of the body has first and second portions, the first portion adjoining the upper section of the body, an outer diameter of the first portion of the lower section being

US 10,328,993 B2

| 11 | 12 |

greater than an outer diameter of the upper section and less than an outer diameter of the second portion of the lower section.

**49**. The steerer tube of claim **48**, wherein the outer diameter of the first portion of the lower section gradually tapers from the second portion of the lower section of the body to the upper section of the body.

**50**. The steerer tube of claim **34**, wherein the segment of the lower section of the body is formed as one piece with the crown of the front wheel fork.

**51**. The steerer tube of claim **34**, wherein the segment of the lower section of the body is joined to the crown of the front wheel fork, the body formed of a material different from the crown of the front wheel fork.

**52**. The steerer tube of claim **51**, wherein the segment of the lower section of the body is formed as one piece with the crown of the front wheel fork.

**53**. The steerer tube of claim **34**, wherein the body is formed from a material selected from the group consisting of steel, carbon fiber reinforced composite, aluminum, titanium and magnesium.

**54**. The steerer tube of claim **34**, wherein an inner surface of the upper section is circular in cross section, an inner diameter of the upper section being substantially the same as the minor diameter of the lower section.

**55**. The steerer tube of claim **34**, wherein the lower section has an axial length, the minor diameter remaining substantially the same along the axial length of the lower section.

**56**. The steerer tube of claim **34**, wherein the minor diameter decreases as a function of proximity to the upper section of the body.

**57**. The steerer tube of claim **34**, wherein a ratio of the major diameter to the minor diameter taken at a lower end of the lower section is within the range of 1.05 to 1.3, inclusive.

**58**. The steerer tube of claim **57**, wherein the ratio is within the range of 1.10 to 1.25, inclusive.

**59**. The steerer tube of claim **34**, wherein the major diameter of the lower section tapers from the second portion of the lower section to the first portion of the lower section.

**60**. The steerer tube of claim **34**, wherein a ratio of the major diameter to the minor diameter decreases as a function of proximity to the upper section of the body.

**61**. A steerer tube for a bicycle, the steerer tube comprising:

an elongate hollow body arranged around a steering axis located in a vertical plane of travel of the bicycle,

the body having upper and lower sections, a segment of the upper section adapted to be joined to a bicycle handlebar, a segment of the lower section adapted to be joined to a crown of a front wheel fork of the bicycle, the lower section joined to the upper section,

and an outer diameter of the lower section of the body is greater than an outer diameter of the upper section of the body, and

the body formed by a wall, a thickness of the wall at any point in the lower section of the body varying as a function of the cross-sectional angle of the point relative to the plane of travel, the wall thickness being at a maximum in the plane of travel of the bicycle.

**62**. The steerer tube of claim **61**, wherein the lower section of the body has first and second portions, the first portion adjoining the upper section of the body, an outer diameter of the first portion of the lower section being greater than an outer diameter of the upper section and less than an outer diameter of the second portion of the lower section.

**63**. The steerer tube of claim **62**, wherein the outer diameter of the first portion of the lower section gradually tapers from the second portion of the lower section to the upper section of the body.

**64**. A steerer tube for a bicycle, the steerer tube comprising:

an elongate hollow body arranged around a steering axis located in a vertical plane of travel of the bicycle,

the body having upper and lower sections, a segment of the upper section adapted to be joined to a bicycle handlebar, a segment of the lower section adapted to be joined to a crown of a front wheel fork of the bicycle, the lower section joined to the upper section, and the segment of the lower section of the body is joined to the crown of the front wheel fork, the body formed of a material different from the crown of the front wheel fork, and

the body formed by a wall, a thickness of the wall at any point in the lower section of the body varying as a function of the cross-sectional angle of the point relative to the plane of travel, the wall thickness being at a maximum in the plane of travel of the bicycle.

**65**. The steerer tube of claim **64**, wherein the segment of the lower section of the body is formed as one piece with the crown of the front wheel fork.

* * * * *