IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTORIA CODD,<br><br>   *Plaintiff*,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>   *Defendant*. | Case No. |

### DEFENDANT NATIONWIDE INSURANCE COMPANY OF AMERICA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Nationwide Insurance Company of America provides the following Certificate of Interested Persons and Corporate Disclosure Statement:

**1.** The undersigned counsel of record for Nationwide Insurance Company of America, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Nationwide Insurance Company of America.

*<u>Plaintiff</u>*

Victoria Codd

*<u>Defendant</u>*

Nationwide Insurance Company of America

No publicly-held company holds 10% or more of the stock or interests in Nationwide Insurance Company of America. Nationwide Insurance Company of America is a wholly owned subsidiary of Allied Group, Inc. (a privately held Iowa corporation), which is a wholly owned subsidiary of Allied Holdings (Delaware), Inc. (a privately held Delaware corporation), whose parent company is Nationwide Mutual Insurance Company (a privately held Ohio corporation). None of these entities are publicly traded.

**2.     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Allied Group, Inc.

Allied Holdings (Delaware), Inc.

Nationwide Mutual Insurance Company

**3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

*<u>For Plaintiff</u>*:

Ryan Baxter
BAXTER LAW FIRM, LLC
2400 Herodian Way Suite 220
Smyrna, Georgia 30090
Tel: (678) 813-1900
ryan@baxlegal.com

*<u>For Defendant</u>*:

Timia A. Skelton
Colin K. Kelly
SHOOK, HARDY & BACON LLP
1230 Peachtree St., Suite 1200
Atlanta, GA 30309
Tel: (470) 867-6000
tskelton@shb.com

ckelly@shb.com

Dated: February 2, 2023.

        **SHOOK, HARDY & BACON L.L.P.**

        */s/ Timia A. Skelton*
        Timia A. Skelton, Esq.
        Georgia Bar No. 667099
        tskelton@shb.com
        Colin K. Kelly, Esq.
        Georgia Bar No. 781072
        ckelly@shb.com

1230 Peachtree Street, NE
Suite 1200
Atlanta, GA 30309-3591
(470) 867-6006 (direct TAS)
(470) 867-6012 (direct CKK)

***Attorneys for Nationwide Insurance Company of America***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VICTORIA CODD, <br><br> *Plaintiff*, <br><br> vs. <br><br> NATIONWIDE INSURANCE COMPANY OF AMERICA, <br><br> *Defendant*. | Case No. |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2023, a true and correct copy of foregoing was served upon the following via the CM/ECF electronic filing system and via statutory electronic service as follows:

Ryan Baxter
Baxter Law Firm, LLC
2400 Herodian Way Suite 220
Smyrna, Georgia 30090
Tel: (678) 813-1900
ryan@baxlegal.com

*/s/ Timia A. Skelton*
Timia A. Skelton
Georgia Bar No. 667099