**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHRISTOPHER DUNNAVILLE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | CIVIL ACTION |
| ) | NO:_____ |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## COMPLAINT

Plaintiff, by his attorney, alleges as follows:

1.

The jurisdiction of this Court is invoked pursuant to 42 U.S.C. §§ 405(g) and 1383(c) to review the decision of the Social Security Administration terminating Plaintiff's Social Security disability benefits in a Continuing Disability Review case.

2.

Venue in this court is proper.

3.

This action is an appeal from a final administrative decision of the Appeals Council for the Social Security Administration denying Plaintiff's claim.

4.

This action is commenced within the time period set forth in the Notice of Appeals Council Action dated December 8, 2022.

5.

Plaintiff resides in Riverdale, Clayton County, Georgia.

6.

Defendant is the Commissioner of the Social Security Administration.

7.

Plaintiff continues to be disabled and entitled to ongoing disability benefits under the Social Security Act and its regulations.

8.

The conclusions and findings of fact of Defendant that Plaintiff is no longer disabled under Social Security regulations and law are not supported by substantial evidence and are contrary to such regulations and law.

9.

Defendant carries the burden of proof in a Continuing Disability Review case.

WHEREFORE, Plaintiff prays that this Court:

(a) find that Plaintiff is still disabled, and entitled to retroactive and ongoing disability benefits under the provisions of the Social Security Act; or

(b) remand the case for a further hearing;

(c)     award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, on the grounds that the Commissioner's action in this case was not substantially justified; and

(d)     order such other and further relief as the Court deems just and proper.

10.

This 2nd day of February, 2023.

                                                  ROGERS, HOFRICHTER & KARRH, LLC

                                                  *Michael J. Hofrichter*

                                                  Michael J. Hofrichter
                                                  Atty. for Plaintiff
                                                  Ga. State Bar No. 349841
                                                  mhofrichter@rhkpc.com

225 S. Glynn St., Ste. A
Fayetteville, GA 30214
(770) 460-1118