EXHIBIT A

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/09/2022

**To:** Monica Dorson
2241 Sharon way
Decatur, GA 30032

Charge No: 410-2022-04230

EEOC Representative and email:   Serena Curry
Investigator
serena.curry@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-04230.

On behalf of the Commission,

Daniel E. Nance
Digitally signed by Daniel E. Nance
Date: 2022.11.09 09:04:30 -05'00'

*Daniel E. Nance*   For

Darrell E. Graham
District Director

**Cc:**
Matthew Dunning
FirstGroup/First Transit America
600 Vine St. Ste 1400
Cincinnati, OH 45202

Becky Fellerhoff
600 VINE ST STE 1400
Cincinnati, OH 45202


Please retain this notice for your records.