

EXHIBIT

B

October 7, 2021

Dear Daphne:

As promised, we are reporting to you on our investigation of the allegations you raised in your complaint against Monica D. Our investigation has included discussions with the employee about whom you complained. We have kept the investigation impartial and objective.

Based upon our investigation, we have concluded that based upon the facts revealed during the investigation we cannot confirm that any violation of First Transit's harassment policy has occurred. We want to emphasize that our antiharassment policy remains in place and that we are taking steps to ensure that the employee about whom you complained achieves a better understanding of this policy.

Let me thank you again for bringing your concerns to our attention. Please let me know if any additional incidents occur that you believe are inconsistent with First Transit's harassment policy. As in this case, we will investigate your concerns in a prompt and thorough manner.

In order to protect the privacy of everyone involved, we have taken steps to handle this matter in confidence. We expect you to treat the information contained in this letter in the same manner.

I want to reiterate that First Transit is committed to protecting you from any retaliation as a result of your report and our investigation. We have informed the people in question that any retaliation is absolutely forbidden. Please call me if you feel that you are being subjected to retaliation in any form.

We hope you are satisfied with the response to your complaints.

Kind regards,

Meka Smith, Human Resource Manager