

**EXHIBIT**

**C**

TO: Monica Dorson
FROM: Meka Smith, HRM
DATE: October 7, 2021

RE: Investigation of Allegations

We have investigated the allegations of harassment that have been made against you by Daphne W.

At First Transit, a safe work environment is fundamental to the success of our employees and organization. Each employee has the right to expect that their workplace is free from behaviors that are not consistent with First Transit's standards.

We have interviewed all parties involved and our investigation is now complete. Based on our findings and information at hand, we have determined that no further action is required at this time. However, we will continue to monitor the situation.

We are taking this opportunity to thank you for your cooperation in our investigation and to remind you that the company forbids retaliation against anyone making a good-faith report of workplace harassment, even if the report proves to be without merit.

First Transit prohibits such conduct, even if the conduct is not sufficiently severe or pervasive to constitute unlawful harassment.

Any employee who is determined to have engaged in conduct prohibited by this policy or other inappropriate conduct, even if it does not rise to the level of prohibited harassment, will be subject to disciplinary action, up to and including termination. Employees should note that they may be held personally liable for any acts of harassment.

The company strongly recommends you consider all future contact with this employee, as well as other employees, with a degree of caution and reflection. It is suggested that you treat every employee interaction with thoughtfulness and humbleness.

Kind regards,

Meka Smith
Human Resource Manager