

EXHIBIT
D

First Ga Transit

APR 01 2022

## Operator Statement

I <u>Monica Dorson</u> on (date) _____ at (time) _____ while driving
(Bus#) _____ (route#) _____ (block#) _____ on (direction of travel and street name)
_____.

Describe what happen in detail:

On this morning while walking to my bus, Supervisor had spoke to me, so I went back to say hello, that's when this operator pulls her bus up near where we were standing talking and she comes walkin over where I'm standing and start saying and calling me names and I walked over to where she was and pointed my finger in her face, this lady keeps harrassing me and spreading rumers to other co workers about me my whole ~~20 00~~ days stressfull.

<u>Monica Dorson</u>        [signature]                    4/01/22
Print Name            Sign Name                    Date

![First Transit logo]

APR 0 1 2022

## Operator Statement

I **Monica Dorson** _____ on (date) _____ at (time) _____ while driving
(Bus#) _____ (route#) _____ (block#) _____ on (direction of travel and street name)
_____.

Describe what happen in detail:

For the last couple of months, this operator has pick and poking with me, the driver has been starting rumors about me. She continue to harass me with remarks. stav on this day 4/1/22 while im walking thru the parking lot the operter started with her slick harrassment, and then start's to play victim victim.

Monica Dovson
Print Name

*[signature]* Monica Dorson
Sign Name

Date 4/1/22