Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 02, 2018 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC1990157032 | October 26, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 26, 2018 | 201 B INA SPOUSE OF USC | February 15, 1962 |

WILLIE A. LOCKETT
1755 THE EXCHANGE SE STE 220
ATLANTA, GA 30339

11  00003460

PAYMENT INFORMATION:

| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| JENG, ROHEY | 4/1/1966 | GAMBIA | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website:

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

USCIS Office Address:
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

USCIS Customer Service Number:
(800)375-5283
APPLICANT COPY




Exhibit "A"

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14 Y