# Application to Register Permanent Residence or Adjust Status

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

## For USCIS Use Only

| | | |
|---|---|---|
| Preference Category: **IR6** | APP I485 | Action Block |
| Country Chargeable: **GAMBIA** | MSC1990157031   10/26/2018 | **DENIED** DHS U.S. CITIZENSHIP AND IMMIGRATION SERVICES SEP 16 2019 35 1227 |
| Priority Date: **10-26-2018** | | |
| Date Form I-693 Received: | Section of Law | |
| ☑ Applicant Interviewed   ☐ Interview Waived | ☐ INA 209(a)   ☐ INA 249 | |
| Date of Initial Interview: **JUL 10 2019** | ☐ INA 209(b)   ☐ Sec. 13, Act of 9/11/57 | |
| | ☑ INA 245(a)   ☐ Cuban Adjustment Act | |
| Lawful Permanent Resident as of: | ☐ INA 245(i)   ☐ Other | |
| | ☐ INA 245(m) | |

Sno Mitchell

### To be completed by an attorney or accredited representative (if any).

☐ Select this box if Form G-28 is attached.

Volag Number (if any)

Attorney State Bar Number (if applicable)

Attorney or Accredited Representative USCIS Online Account Number (if any)

▶ **START HERE** - Type or print in black ink.

A-Number ▶ A- ~~219099~~ **883**

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

## Part 1. Information About You (Person applying for lawful permanent residence)

**Your Current Legal Name** (do not provide a nickname)

1.a. Family Name (Last Name): **Jeng**
1.b. Given Name (First Name): **Rohey**
1.c. Middle Name: **Faal**

**Other Names You Have Used Since Birth** (if applicable)

NOTE: Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in Part 14. Additional Information.

2.a. Family Name (Last Name):
2.b. Given Name (First Name):
2.c. Middle Name:

3.a. Family Name (Last Name):
3.b. Given Name (First Name):
3.c. Middle Name:

4.a. Family Name (Last Name):
4.b. Given Name (First Name):
4.c. Middle Name:

**Other Information About You**

5. Date of Birth (mm/dd/yyyy): **04/01/1966**

NOTE: In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in Part 14. Additional Information.

6. Sex: ☐ Male ☑ Female
7. City or Town of Birth: **Pirang**

Page 1 of 18

Form I-485 12/13/17 N

1018152663230   1901284 000858 17 6667619 102018 10:54 102618 AOS-805867

**Exhibit "C"**



# Application to Register Permanent Residence or Adjust Status

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-485
OMB No. 1615-0023
Expires 06/30/2019

**For USCIS Use Only**

| | | |
|---|---|---|
| Preference Category: **IR6** | APP I485 <br> MSC1990157031   10/26/2018 | Action Block <br> **DENIED** DHS <br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES <br> SEP 16 2019 <br> 35122?? |
| Country Chargeable: **GAMBIA** | | |
| Priority Date: **10-26-2018** | | |
| Date Form I-693 Received: | | |
| ☑ Applicant Interviewed   ☐ Interview Waived | ☐ INA 209(a)   ☐ INA 249 | |
| Date of Initial Interview: **JUL 10 2019** | ☐ INA 209(b)   ☐ Sec. 13, Act of 9/11/57 | |
| | ☑ INA 245(a)   ☐ Cuban Adjustment Act | |
| Lawful Permanent Resident as of: _____ | ☐ INA 245(i)   ☐ Other _____ | |
| | ☐ INA 245(m) | |

(handwritten margin: DRO model)

**To be completed by an attorney or accredited representative (if any).**

| ☐ Select this box if Form G-28 is attached. | Volag Number (if any) | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|
| | | | |

▶ **START HERE** - Type or print in black ink.

A-Number ▶ A **[redacted]883**

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

**Part 1. Information About You** (Person applying for lawful permanent residence)

**Your Current Legal Name** (do not provide a nickname)

1.a. Family Name (Last Name): **Jeng**
1.b. Given Name (First Name): **Bohey**
1.c. Middle Name: **Faal**

**Other Names You Have Used Since Birth** (if applicable)

**NOTE:** Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

2.a. Family Name (Last Name): _____
2.b. Given Name (First Name): _____
2.c. Middle Name: _____

3.a. Family Name (Last Name): _____
3.b. Given Name (First Name): _____
3.c. Middle Name: _____

4.a. Family Name (Last Name): _____
4.b. Given Name (First Name): _____
4.c. Middle Name: _____

**Other Information About You**

5. Date of Birth (mm/dd/yyyy): **[redacted]/[redacted]/1966**

**NOTE:** In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

6. Sex   ☐ Male   ☑ Female

7. City or Town of Birth: **Pirang**

Page 1 of 18

Form I-485   12/13/17 N

1018152663230   1901284 000858 17 6667613 102018 10:54 102618 AOS-805887

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Part 1. Information About You (Person applying for lawful permanent residence) (continued)

8. Country of Birth
   Gambia

9. Country of Citizenship or Nationality
   Gambia

10. Alien Registration Number (A-Number) (if any)
    ▶ A-

    NOTE: If you have EVER used other A-Numbers, include the additional A-Numbers in the space provided in Part 14. Additional Information.

11. USCIS Online Account Number (if any)
    ▶

12. U.S. Social Security Number (if any)
    ▶

### U.S. Mailing Address

13.a. In Care Of Name (if any)
   International Business Support

13.b. Street Number and Name
   ~~1755 The Exchange~~  915 O~~~~ (illegible)

13.c. ☐ Apt. ☒ Ste. ☐ Flr. ~~220~~

13.d. City or Town   ~~Atlanta~~ Jonesboro

13.e. State  GA   13.f. ZIP Code ~~30339~~ 30236

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

14.a. In Care Of Name (if any)

14.b. Street Number and Name

14.c. ☐ Apt. ☐ Ste. ☐ Flr.

14.d. City or Town

14.e. State     14.f. ZIP Code

### Recent Immigration History

Provide the information for Item Numbers 15. - 19. if you last entered the United States using a passport or travel document.

15. Passport Number Used at Last Arrival
    PC015036

16. Travel Document Number Used at Last Arrival

17. Expiration Date of this Passport or Travel Document (mm/dd/yyyy)   10/06/2005

18. Country that Issued this Passport or Travel Document
    Gambia

19. Nonimmigrant Visa Number from this Passport (if any)
    67802224

Place of Last Arrival into the United States

20.a. City or Town
    Baltimore

20.b. State   MD

21. Date of Last Arrival (mm/dd/yyyy)   10/28/2003

When I last arrived in the United States, I:

22.a. ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):
    Tourist

22.b. ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

22.c. ☐ Came into the United States without admission or parole.

22.d. ☐ Other:

If you were issued a Form I-94 Arrival-Departure Record Number:

23.a. Form I-94 Arrival-Departure Record Number
    ▶ 9 4 4 3 7 0 6 9 0 0 8

23.b. Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)   04/28/2004

23.c. Status on Form I-94 (for example, class of admission, or paroled, if paroled)
    temporary visitor

1018152663230  1901284 000858 17 e667619 103018 10:54 102618 AUS-805887

A-Number ▶ A-

### Part 2. Application Type or Filing Category (continued)

**Information About Your Immigrant Category**

If you are the **principal applicant**, provide the following information.

3. Receipt Number of Underlying Petition (if any)

4. Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

5.a. Family Name (Last Name)
5.b. Given Name (First Name)
5.c. Middle Name

6. Principal Applicant's A-Number (if any) ▶ A-

7. Principal Applicant's Date of Birth (mm/dd/yyyy)

8. Receipt Number of Principal's Underlying Petition (if any) ▶

9. Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

### Part 3. Additional Information About You

1. Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?  ☐ Yes  ☒ No

If you answered "Yes" to Item Number 1., complete Item Numbers 2.a. - 4. below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

2.a. City
2.b. Country

3. Decision (for example, approved, refused, denied, withdrawn)

4. Date of Decision (mm/dd/yyyy)

**Address History**

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

5.a. Street Number and Name: 951 Olde Town Place
5.b. ☐ Apt. ☐ Ste. ☐ Flr.
5.c. City or Town: Jonesboro
5.d. State: GA   5.e. ZIP Code: 30236
5.f. Province
5.g. Postal Code
5.h. Country: USA

Dates of Residence
6.a. From (mm/dd/yyyy): 08/01/2015
6.b. To (mm/dd/yyyy): Present

Physical Address 2

7.a. Street Number and Name: 6700 Tara ridge
7.b. ☐ Apt. ☐ Ste. ☐ Flr.
7.c. City or Town: Jonesboro
7.d. State: GA   7.e. ZIP Code: 30236
7.f. Province
7.g. Postal Code
7.h. Country: USA



# Petition for Alien Relative
### Department of Homeland Security
### U.S. Citizenship and Immigration Services

**USCIS Form I-130**
OMB No. 1615-0012
Expires 07/31/2018

| For USCIS Use Only | | |
|---|---|---|
| A-Number | A- 219 045 883 | |
| Initial Receipt | 10-26-2018 | |
| Resubmitted | | |
| Relocated | Section of Law/Visa Category | |
| Received | ☒ 201(b) Spouse - IR-1/CR-1 ☐ 203(a)(1) Unm. S/D - F1-1 ☐ 203(a)(2)(B) Unm. S/D - F2-4 | |
| Sent | ☐ 201(b) Child - IR-2/CR-2 ☐ 203(a)(2)(A) Spouse - F2-1 ☐ 203(a)(3) Married S/D - F3-1 | |
| Completed | ☐ 201(b) Parent - IR-5 ☐ 203(a)(2)(A) Child - F2-2 ☐ 203(a)(4) Brother/Sister - F4-1 | |
| Approved | Petition was filed on (Priority Date mm/dd/yyyy): | ☒ Field Investigation ☐ Personal Interview ☐ 204(a)(2)(A) Resolved |
| Returned | PDR request granted/denied - New priority date (mm/dd/yyyy): | ☐ Previously Forwarded ☐ Pet. A-File Reviewed ☐ I-485 Filed Simultaneously |
| | | ☐ 203(g) Resolved ☒ Ben. A-File Reviewed ☐ 204(g) Resolved |
| Remarks | DOM: 9-25-2015 | |

APP 1130  MSC1990157032  10/26/2018

**DENIED** DHS U.S. CITIZENSHIP AND IMMIGRATION SERVICES  SEP 16 2019  35 12277

At which USCIS office (e.g., NBC, VSC, LOS, CRO) was Form I-130 adjudicated? _____

---

**To be completed by an attorney or accredited representative (if any).**

☐ Select this box if Form G-28 is attached. | Volag Number (if any) | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any)

▶ **START HERE** - Type or print in black ink.

If you need extra space to complete any section of this petition, use the space provided in **Part 9. Additional Information**. Complete and submit as many copies of Part 9., as necessary, with your petition.

### Part 1. Relationship (You are the Petitioner. Your relative is the Beneficiary)

1. I am filing this petition for my (Select only one box):
   ☒ Spouse   ☐ Parent   ☐ Brother/Sister   ☐ Child

2. If you are filing this petition for your child or parent, select the box that describes your relationship (Select only one box):
   ☐ Child was born to parents who were married to each other at the time of the child's birth
   ☐ Stepchild/Stepparent
   ☐ Child was born to parents who were not married to each other at the time of the child's birth
   ☐ Child was adopted (not an Orphan or Hague Convention adoptee)

3. If the beneficiary is your brother/sister, are you related by adoption?

4. Did you gain lawful permanent re[sidence] citizenship through adoption?

### Part 2. Information About You (Petitioner)

1. Alien Registration Number (A-Number) (if any)
   ▶ A-

2. USCIS Online Account Number (if any)
   ▶

3. U.S. Social Security Number (if any)

(b)(6)

**Your Full Name**

4.a. Family Name (Last Name): Lockett
4.b. Given Name (First Name): Willie
4.c. Middle Name: Alvern

---

Form I-130  02/27/17 N

Page 1 of 12

1018152663230  1901284 000858 17 e667619 103018 10:55 102618 AUS-805887

**Part 2. Information About You (Petitioner) (continued)**

**Other Names Used (if any)**

Provide all other names you have ever used, including aliases, maiden name, and nicknames.

- 5.a. Family Name (Last Name): Lockett
- 5.b. Given Name (First Name): Willie
- 5.c. Middle Name: Averin

**Other Information**

- 6. City/Town/Village of Birth: For wayne
- 7. Country of Birth: USA
- 8. Date of Birth (mm/dd/yyyy): 02/15/1962
- 9. Sex: ☒ Male ☐ Female

**Mailing Address**

- 10.a. In Care Of Name: International Business Support
- 10.b. Street Number and Name: 1755 The Exchange SE / 951 Olde T
- 10.c. ☐ Apt. ☒ Ste. ☐ Flr. 220
- 10.d. City or Town: ~~Atlanta~~ Jonesboro
- 10.e. State: GA    10.f. ZIP Code: ~~30339~~ 30236
- 10.g. Province:
- 10.h. Postal Code:
- 10.i. Country: USA
- 11. Is your current mailing address the same as your physical address? ☐ Yes ☒ No

If you answered "No" to Item Number 11., provide information on your physical address in Item Numbers 12.a. - 13.b.

**Address History**

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first if it is different from your mailing address in Item Numbers 10.a. - 10.i.

**Physical Address I**

- 12.a. Street Number and Name: 951 Olde Town Place
- 12.b. ☐ Apt. ☐ Ste. ☐ Flr.
- 12.c. City or Town: Jonesboro
- 12.d. State: GA    12.e. ZIP Code: 30236
- 12.f. Province:
- 12.g. Postal Code:
- 12.h. Country: USA
- 13.a. Date From (mm/dd/yyyy): 08/01/2015
- 13.b. Date To (mm/dd/yyyy): (b)(6) PRESENT

17. Current Marital Status
☐ Single, Never Married ☒ Married ☐ Divorced
☐ Widowed ☐ Separated ☐ Annulled

(b)(6)

**Petitioner's Contact Information**

4. Petitioner's Mobile Telephone Number (if any)

5. Petitioner's Email Address (if any)

6789342588 → Bine

verifies the validity of documents you submit. If you falsify a family relationship to obtain a visa, USCIS may seek to have you criminally prosecuted.

**PENALTIES:** By law, you may be imprisoned for up to 5 years or fined $250,000, or both, for entering into a marriage contract in order to evade any U.S. immigration law. In addition, you may be fined up to $10,000 and imprisoned for up to 5 years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

### Part 6. Petitioner's Statement, Contact Information, Declaration, and Signature

**NOTE:** Read the Penalties section of the Form I-130 Instructions before completing this part.

**Petitioner's Statement**

**NOTE:** Select the box for either Item Number 1.a. or 1.b. If applicable, select the box for Item Number 2.

1.a. [X] I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

1.b. [ ] The interpreter named in Part 7. read to me every question and instruction on this petition and my answer to every question in

_____

a language in which I am fluent. I understood all of this information as interpreted.

2. [X] At my request, the preparer named in Part 8.,

Jahan Arshid

prepared this petition for me based only upon information I provided or authorized.

**Petitioner's Declaration and Certification**

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this petition, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I provided or authorized all of the information contained in, and submitted with, my petition;

2) I reviewed and understood all of the information in, and submitted with, my petition; and

3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my petition and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my petition, and that all of this information is complete, true, and correct.

**Petitioner's Signature**

6.a. Petitioner's Signature (sign in ink) → [signature]

6.b. Date of Signature (mm/dd/yyyy) 06/30/2018

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.



# Supplemental Information for Spouse Beneficiary

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-130A
OMB No. 1615-0012
Expires 07/31/2018

**To be completed by an attorney or accredited representative (if any).**

☐ Select this box if Form G-28 is attached.

Volag Number (if any)

Attorney State Bar Number (if applicable)

Attorney or Accredited Representative USCIS Online Account Number (if any)

▶ START HERE - Type or print in black ink.

The purpose of this form is to collect additional information for a spouse beneficiary of Form I-130, Petition for Alien Relative. If your spouse is a U.S. citizen, lawful permanent resident, or non-citizen U.S. national who is filing Form I-130 on your behalf, you must complete and sign Form I-130A, Supplemental Information for Spouse Beneficiary, and submit it with the Form I-130 filed by your spouse. If you reside overseas, you still must complete Form I-130A, but you do not need to sign the form.

## Part 1. Information About You (Spouse Beneficiary)

1. Alien Registration Number (A-Number) (if any)
   ▶ A-

2. USCIS Online Account Number (if any)
   ▶

### Your Full Name

3.a. Family Name (Last Name): Jeng
3.b. Given Name (First Name): Rohey
3.c. Middle Name: Faal

### Address History

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in Part 7. Additional Information.

**Physical Address 1**

4.a. Street Number and Name: 951 Olde Town Place
4.b. ☐ Apt. ☐ Ste. ☐ Flr.
4.c. City or Town: Jonesboro
4.d. State: GA   4.e. ZIP Code: 30236
4.f. Province:
4.g. Postal Code:
4.h. Country: USA

5.a. Date From (mm/dd/yyyy): 08/01/2015
5.b. Date To (mm/dd/yyyy): PRESENT

**Physical Address 2**

6.a. Street Number and Name: 6700 Tara Ridge
6.b. ☐ Apt. ☐ Ste. ☐ Flr.
6.c. City or Town: Jonesboro
6.d. State: GA   6.e. ZIP Code: 30236
6.f. Province:
6.g. Postal Code:
6.h. Country: USA

7.a. Date From (mm/dd/yyyy): 10/01/2004
7.b. Date To (mm/dd/yyyy): 07/30/2015

### Last Physical Address Outside the United States

Provide your last address outside the United States of more than one year (even if listed above).

8.a. Street Number and Name:
8.b. ☐ Apt. ☐ Ste. ☐ Flr.
8.c. City or Town:
8.d. Province: Pirang
8.e. Postal Code:
8.f. Country: Gambia

Page 1 of 6

Form I-130A 02/27/17 N

### Part 5. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter you used to complete Form I-130A if he or she is different from the interpreter used to complete the Form I-130 filed on your behalf.

#### Interpreter's Full Name

1.a. Interpreter's Family Name (Last Name)

1.b. Interpreter's Given Name (First Name)

2. Interpreter's Business or Organization Name (if any)

#### Interpreter's Mailing Address

3.a. Street Number and Name

3.b. ☐ Apt.  ☐ Ste.  ☐ Flr.

3.c. City or Town

3.d. State       3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

#### Interpreter's Contact Information

4. Interpreter's Daytime Telephone Number

5. Interpreter's Mobile Telephone Number (if any)

6. Interpreter's Email Address (if any)

#### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language provided in Part 4., Item Number 1.b., and I have read to this spouse beneficiary in the identified language every question and instruction on this form and his or her answer to every question. The spouse beneficiary informed me that he or she understands every instruction, question, and answer on the form, including the **Spouse Beneficiary's Certification**, and has verified the accuracy of every answer.

#### Interpreter's Signature

7.a. Interpreter's Signature (sign in ink)

7.b. Date of Signature (mm/dd/yyyy)

### Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Spouse Beneficiary

Provide the following information about the preparer you used to complete Form I-130A if he or she is different from the preparer used to complete the Form I-130 filed on your behalf.

#### Preparer's Full Name

1.a. Preparer's Family Name (Last Name)
Arshid

1.b. Preparer's Given Name (First Name)
Jahan

2. Preparer's Business or Organization Name (if any)
International Business Support

#### Preparer's Mailing Address

3.a. Street Number and Name: 1755 The Exchange SE

3.b. ☐ Apt.  ☒ Ste.  ☐ Flr.  220

3.c. City or Town: Atlanta

3.d. State: GA    3.e. ZIP Code: 30339

3.f. Province

3.g. Postal Code

3.h. Country: USA