A-Number ▶ A-

### Part 2. Application Type or Filing Category (continued)

**Information About Your Immigrant Category**

If you are the **principal applicant**, provide the following information.

3. Receipt Number of Underlying Petition (if any)

4. Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

5.a. Family Name (Last Name)
5.b. Given Name (First Name)
5.c. Middle Name

6. Principal Applicant's A-Number (if any) ▶ A-

7. Principal Applicant's Date of Birth (mm/dd/yyyy)

8. Receipt Number of Principal's Underlying Petition (if any) ▶

9. Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

### Part 3. Additional Information About You

1. Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad?  ☐ Yes  ☒ No

If you answered "Yes" to Item Number 1., complete Item Numbers 2.a. - 4. below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Location of U.S. Embassy or U.S. Consulate

2.a. City
2.b. Country

3. Decision (for example, approved, refused, denied, withdrawn)

4. Date of Decision (mm/dd/yyyy)

**Address History**

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information**.

Physical Address 1 (current address)

5.a. Street Number and Name: 951 Olde Town Place
5.b. ☐ Apt. ☐ Ste. ☐ Flr.
5.c. City or Town: Jonesboro
5.d. State: GA   5.e. ZIP Code: 30236
5.f. Province
5.g. Postal Code
5.h. Country: USA

Dates of Residence

6.a. From (mm/dd/yyyy): 08/01/2015
6.b. To (mm/dd/yyyy): Present

Physical Address 2

7.a. Street Number and Name: 6700 Tara ridge
7.b. ☐ Apt. ☐ Ste. ☐ Flr.
7.c. City or Town: Jonesboro
7.d. State: GA   7.e. ZIP Code: 30236
7.f. Province
7.g. Postal Code
7.h. Country: USA

Page 4 of 18

Form I-485  12/13/17 N

Exhibit "E"