A-Number ▶ A-[ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Part 1. Information About You (Person applying for lawful permanent residence) (continued)

8. Country of Birth
   Gambia

9. Country of Citizenship or Nationality
   Gambia

10. Alien Registration Number (A-Number) (if any)
    ▶ A-[ ][ ][ ][ ][ ][ ][ ][ ][ ]

    NOTE: If you have EVER used other A-Numbers, include the additional A-Numbers in the space provided in Part 14. Additional Information.

11. USCIS Online Account Number (if any)
    ▶

12. U.S. Social Security Number (if any)
    ▶

### U.S. Mailing Address

13.a. In Care Of Name (if any)
      International Business Support

13.b. Street Number and Name
      1755 The Exchange   915 Old ~~Tower~~

13.c. ☐ Apt.  ☒ Ste.  ☐ Flr.  ~~220~~

13.d. City or Town
      ~~Atlanta~~  JonesBoro

13.e. State  GA   13.f. ZIP Code ~~30339~~  30236

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

14.a. In Care Of Name (if any)

14.b. Street Number and Name

14.c. ☐ Apt.  ☐ Ste.  ☐ Flr.

14.d. City or Town

14.e. State   14.f. ZIP Code

### Recent Immigration History

Provide the information for Item Numbers 15. - 19. if you last entered the United States using a passport or travel document.

15. Passport Number Used at Last Arrival
    PC015036

16. Travel Document Number Used at Last Arrival

17. Expiration Date of this Passport or Travel Document (mm/dd/yyyy)
    10/06/2005

18. Country that Issued this Passport or Travel Document
    Gambia

19. Nonimmigrant Visa Number from this Passport (if any)
    67802224

Place of Last Arrival into the United States

20.a. City or Town
      Baltimore

20.b. State   MD

21. Date of Last Arrival (mm/dd/yyyy)   10/28/2003

When I last arrived in the United States, I:

22.a. ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):
      Tourist

22.b. ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

22.c. ☐ Came into the United States without admission or parole.

22.d. ☐ Other:

If you were issued a Form I-94 Arrival-Departure Record Number:

23.a. Form I-94 Arrival-Departure Record Number
      ▶ 9 4 4 3 7 0 6 9 0 0 8

23.b. Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)
      04/28/2004

23.c. Status on Form I-94 (for example, class of admission, or paroled, if paroled)
      temporary visitor

Form I-485   12/13/17 N

Page 2 of 18

1018152663230   1901284 000858 17 e667619 103018 10:54 102618 AOS-805887

Exhibit "F"

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Part 2. Application Type or Filing Category (continued)

**Information About Your Immigrant Category**

If you are the **principal applicant**, provide the following information.

3. Receipt Number of Underlying Petition (if any)

4. Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

5.a. Family Name (Last Name)
5.b. Given Name (First Name)
5.c. Middle Name

6. Principal Applicant's A-Number (if any) ▶ A-

7. Principal Applicant's Date of Birth (mm/dd/yyyy)

8. Receipt Number of Principal's Underlying Petition (if any) ▶

9. Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

### Part 3. Additional Information About You

1. Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad? ☐ Yes ☑ No

If you answered "Yes" to Item Number 1., complete Item Numbers 2.a. - 4. below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

2.a. City
2.b. Country

3. Decision (for example, approved, refused, denied, withdrawn)

4. Date of Decision (mm/dd/yyyy)

**Address History**

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

5.a. Street Number and Name: 951 Olde Town Place
5.b. ☐ Apt. ☐ Ste. ☐ Flr.
5.c. City or Town: Jonesboro
5.d. State: GA    5.e. ZIP Code: 30236
5.f. Province
5.g. Postal Code
5.h. Country: USA

Dates of Residence

6.a. From (mm/dd/yyyy): 08/01/2015
6.b. To (mm/dd/yyyy): Present

Physical Address 2

7.a. Street Number and Name: 6700 Tara ridge
7.b. ☐ Apt. ☐ Ste. ☐ Flr.
7.c. City or Town: Jonesboro
7.d. State: GA    7.e. ZIP Code: 30236
7.f. Province
7.g. Postal Code
7.h. Country: USA

Form I-485  12/13/17 N

IMI8152663230   1901284 000858 17 e667619 102018 10:54 102618 AOS-805887