

# Call-In Letter
## Department of Homeland Security

DHS Form G-56
Internal Use

Date (mm/dd/yyyy) 07/12/2019
File Number ~~219045883~~

**NO SHOW**

To: (Name, Street Number and Name, City, State, ZIP Code)

Rohey Faal Jeng
915 Olde Town Place
Jonesboro, Georgia 30236

Please come to the office listed below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| Agency Name/ Office Location | DEPARTMENT OF HOMELAND SECURITY CITIZENSHIP AND IMMIGRATION SERVICES, 2150 PARKLAKE DRIVE NE, ATLANTA GA |
| Date (mm/dd/yyyy) and Time | 08/16/2019 @ 8:00 AM |
| Ask For | OFFICER MITCHELL |
| Reason for Appointment | I-130 and I-485 |
| Bring With You | STATE ISSUED IDENTIFICATION, Proof of Residency, Bank Statement, Insurance policy, Form I-693 Medical Examination |

It is important that you keep this appointment and bring this letter with you.
If you are unable to do so, state your reason, sign below, and return this letter to this office ATLANTA FIELD OFFICE

KEVIN J. RIDDLE
Name of Authorizing Official

FIELD OFFICE DIRECTOR
Title of Authorizing Official

Signature of Authorizing Official

Date of Signature (mm/dd/yyyy)

I am unable to keep the appointment because:

Signature

Date of Signature (mm/dd/yyyy)

Page 1 of 1

Form G-56  11/12/15

Exhibit "G"