





Exhibit "H"