

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive, NE
Atlanta, GA 30345

**U.S. Citizenship and Immigration Services**

Date **SEP 1 6 2019**

Willie Alvern Lockett
915 Olde Town Place
Jonesboro, GA 30236

(b)(6)

A219045883
MSC1990157032

## DECISION

Dear Willie Alvern Lockett:

Thank you for submitting Form I-130, Petition for Alien Relative, to U.S. Citizenship and Immigration Services (USCIS) on behalf of Rohey Faal Jeng (the beneficiary). You sought to have the beneficiary classified as the spouse of a under section of the Immigration and Nationality Act (INA).

Exhibit "I"

(b)(6)

**Statement of Facts and Analysis, Including Ground(s) for Denial**

This decision does not prevent you from filing any petition or application in the future.

Sincerely,

*[signature: for April Walker]*

Kevin J. Riddle
Field Office Director

Prepared by: AC1652

2