### USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)


An official website of the United States government
Here's how you know

Español


U.S. Citizenship and Immigration Services
(https://www.uscis.gov/)

≡ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)



## Case Was Received

On October 26, 2018, we received your Form I-130, Petition for Alien Relative, Receipt Number MSC1990157032, and sent you the receipt notice that describes how we will process your case. Please follow the instructions in the notice. If you have any questions, contact the USCIS Contact Center at www.uscis.gov/contactcenter (https://www.uscis.gov/contactcenter). If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



**Enter Another Receipt Number**  ?



Exhibit "L"