6/6/22, 5:09 PM          Case Status Online - Case Status

**USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)**

 An official website of the United States government
Here's how you know      Español

 U.S. Citizenship and Immigration Services (https://www.uscis.gov/)     ☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Interview Was Scheduled

On June 3, 2019, we scheduled an interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1990157031. We will mail you an interview notice. Please follow any instructions in the notice. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



**Enter Another Receipt Number ?**

[   ]

**CHECK STATUS**

*Exhibit "D"*

https://egov.uscis.gov/casestatus/mycasestatus.do      1/4