

### *Willie Lockett & Rohey Jeng*

951 Olde Town Place
Jonesboro GA 30236

January 2, 2020.

Atlanta Field Office
2150 Parklake Dr. NE,
Atlanta GA 30345.

**Re: I-485, Immigrant Petition for Spouse of U.S Citizen.**
   **Receipt:  MSC1990157031.**
   **Petitioner: Willie Lockett.**
   **Beneficiary: Rohey Faal Jeng.**

Dear Sir or Madam:

In reference to the above mentioned application, please find enclosed a new and updated signed Form I-693, Medical Exam pertaining to my application. During my interview I was told I needed a new medical exam and that I should wait for a notice but I never received anything. **My case has been pending since my interview.**

**Please find attached for your review a new medical exam.**

   a) **Copy of Form I-797** - Receipt Notice for Rohey Faal Jeng (Form I-485).

   b) Current Online Status – pending case.

   c) **Form I-693** Medical Exams – Rohey Faal Jeng.

I appreciate in advance your attention and subsequent approval of my petition.
Should you have any questions or concerns please do not hesitate to contact us.

Sincerely,

$RFJe49$

*Rohey Jeng.*

Exhbt "N"