# GEORGIA DEATH CERTIFICATE

State File Number: 2020GA000014225

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | WILLIE AVERIN LOCKETT |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 01/25/2020 |
| 3. SOCIAL SECURITY NUMBER | [redacted]-82-5249 |
| 4a. AGE (Years) | 57 |
| 4b. UNDER 1 YEAR (Mos./Days) | |
| 4c. UNDER 1 DAY (Hours/Mins) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 02/15/1962 |
| 6. BIRTHPLACE | INDIANA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | FULTON |
| 7c. CITY, TOWN | ATLANTA |
| 7d. STREET AND NUMBER | 1382 PEACHTREE STREET NE |
| 7e. ZIP CODE | 30309 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | YES |
| 8a. USUAL OCCUPATION | BAGGAGE HANDLER |
| 8b. KIND OF INDUSTRY OR BUSINESS | TRANSPORTATION |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | ROHEY JENG |
| 11. FATHER'S FULL NAME (First, Middle, Last) | LODELL LOCKETT SR. |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | JOHNNIE MAE UNKNOWN |
| 13a. INFORMANT'S NAME (First, Middle, Last) | SYDNEY LOCKETT |
| 13b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c. MAILING ADDRESS | 442 WASHINGTON STREET PRESTON GEORGIA 31824 |
| 14. DECEDENT'S EDUCATION | SOME COLLEGE CREDIT LEADING TO AN ASSOCIATE DEGREE |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | ATLANTA MEDICAL CENTER |
| 19. CITY, TOWN or LOCATION OF DEATH | ATLANTA |
| 20. COUNTY OF DEATH | FULTON |
| 21. METHOD OF DISPOSITION (specify) | CREMATION |
| 22. PLACE OF DISPOSITION | CREMATION CARE OF GEORGIA INC 1114 BRETT DRIVE SW CONYERS GEORGIA 30094 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 02/10/2020 |
| 24a. EMBALMER'S NAME | MOSES JUTOMUE STRYKER |
| 24b. EMBALMER LICENSE NO. | 5273 |
| 25. FUNERAL HOME NAME | GREGORY B LEVETT AND SONS  S DEK CH |
| 25a. FUNERAL HOME ADDRESS | 4347 FLAT SHOALS PKWY DECATUR GEORGIA 30034 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | CECILE ROWE |
| 26b. FUN. DIR. LICENSE NO | 5142 |
| AMENDMENTS | 7/1/2022 10, 9 |
| 27. DATE PRONOUNCED DEAD | 01/25/2020 |
| 28. HOUR PRONOUNCED DEAD | 17:26 MILITARY |
| 29a. PRONOUNCER'S NAME | HUSAM ELDEN MUSTAFA |
| 29b. LICENSE NUMBER | 010685 |
| 29c. DATE SIGNED | 01/25/2020 |
| 30. TIME OF DEATH | 17:26 MILITARY |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest. Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | PULSELESS ELECTRICAL ACTIVITY, CARDIAC ARREST | MINUTES |
| B. Due to, or as a consequence of | GROUP A STREPTOCOCCUS SEPTIC SHOCK | UNKNOWN |
| C. Due to, or as a consequence of | MULTI ORGAN FAILURE | DAYS |
| D. Due to, or as a consequence of | ACUTE LIVER FAILURE | UNKNOWN |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. Medical Certifier | ANURADHA RAJU THOPU, MD, 041377 |
| 45a. DATE SIGNED | 02/28/2020 |
| 45b. HOUR OF DEATH | 17:26 MILITARY |
| 46. Medical Examiner/Coroner | |
| 46a. DATE SIGNED | |
| 46b. HOUR OF DEATH | |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | ANURADHA RAJU THOPU 8901 STONEBRIDGE BOULEVARD DOUGLASVILLE GEORGIA 30134 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 03/12/2020 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

AMENDED DEATH CERTIFICATE

Exhibit "O"