## JUSTIN W. CHANEY, LLC
### 1801 PEACHTREE STREET, N.W.
### SUITE 110
### ATLANTA, GEORGIA 30309

Telephone: 404-475-1616
Facsimile: 678-686-8473

www.lawchaney.com
jchaney@lawchaney.com

July 25, 2022

**SENT VIA USPS CERTIFIED MAIL**
**TRACKICNG NUMBER 7021 1970 0001 2802 0248**
USCIS
Attn: AOS
P.O. Box 805887
Chicago, IL 60680

RE:  I-290 MOTION TO REOPEN (I-130 conversion to I-360)
Petitioner: Rohey Jeng – A#███19-0██-883
I-130 Family Petition Receipt Number: MSC1990157032
NOTICE OF I-130/485 HEARING SENT TO WRONG
ADDRESS

Dear USCIS Representative,

Please be advised that I represent Ms. Rohey Jeng this I-290B Motion for Reconsideration. Find enclosed with this letter the following:

- G-28 Petitioner Rohey Jeng
- Check made out to the Department of Homeland Security in the amount $675.00
- I-290B
- Brief in Support of Applicant
- USCIS Decision
- G-1145

If you have any questions or concerns, please contact my office at your convenience.

Sincerely,

Justin W. Chaney, Esq.

Enclosures

Exhibit "P"



**Notice of Entry of Appearance
as Attorney or Accredited Representative**

Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any)

▶ ☐☐☐☐☐☐☐☐☐☐☐☐☐

### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)   Chaney

**2.b.** Given Name (First Name)   Justin

**2.c.** Middle Name   William

### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name   1801 Peachtree St., NW

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.   110

**3.c.** City or Town   Atlanta

**3.d.** State   GA   **3.e.** ZIP Code *(USPS ZIP Code Lookup)*   30309

**3.f.** Province   

**3.g.** Postal Code   

**3.h.** Country   United States

### Contact Information of Attorney or Accredited Representative

**4.** Daytime Telephone Number   404-475-1616

**5.** Mobile Telephone Number (if any)   678-592-5432

**6.** Email Address (if any)   jchaney@lawchaney.com

**7.** Fax Number (if any)   678-686-8473

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority

Georgia

**1.b.** Bar Number (if applicable)

120681

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)

Justin W. Chaney, LLC

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

,

the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-290B AND I-360

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ | m | s | c | 1 | 9 | 9 | 0 | 1 | 5 | 7 | 0 | 3 | 2 |

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant   ☒ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   Jeng

**6.b.** Given Name (First Name)   Rohey

**6.c.** Middle Name   Faal

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶ | | | | | | | | | | | |

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- | 2 | 1 | 9 | 0 | 4 | 5 | 8 | 8 | 3 |

## Client's Contact Information

**10.** Daytime Telephone Number

> 6789342588

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   951 Olde Town Place

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town   Jonesboro

**13.d.** State   GA   **13.e.** ZIP Code   30236

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> USA

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4.  Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery.  USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below.  You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:**  If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative.  If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity
➡  R F J e h g

**2.b.** Date of Signature (mm/dd/yyyy)  06/5-22

## Part 5.  Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS.  I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative
R F J e h g

**1.b.** Date of Signature (mm/dd/yyyy)  06-15-22

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name)  Jeng

**1.b.** Given Name
(First Name)  Rohey

**1.c.** Middle Name  Faal

**2.a.** Page Number   **2.b.** Part Number   **2.c.** Item Number

**2.d.**

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**



# Notice of Appeal or Motion

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form I-290B**
OMB No. 1615-0095
Expires 05/31/2020

| | Returned | Reloc Sent | Receipt | | Remarks |
|---|---|---|---|---|---|
| **For USCIS Use Only** | Date ___/___/___ | Date ___/___/___ | | | |
| | Date ___/___/___ | Date ___/___/___ | | | |
| | Resubmitted | Reloc Rec'd | | | |
| | Date ___/___/___ | Date ___/___/___ | | | |
| | Date ___/___/___ | Date ___/___/___ | | | |

| **To be completed by an attorney or accredited representative (if any).** | [X] **Select this box if Form G-28 is attached.** | **Attorney State Bar Number** (if applicable) 120681 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|

Please visit **www.uscis.gov/i-290b/jurisdiction** for information on the immigration benefit types that are eligible for an appeal or motion using this form.

▶ **START HERE** - Type or print in black ink.

## Part 1. Information About the Applicant or Petitioner

If you are an individual filing this appeal or motion, complete **Item Number 1.** If you are a business or organization, complete **Item Number 2.**

**1.a.** Family Name (Last Name) Jeng

**1.b.** Given Name (First Name) Rohey

**1.c.** Middle Name

**2.** Business or Organization (if applicable)

**3.** Alien Registration Number (A-Number, if any)
▶ A- 2 1 9 0 4 5 8 8 3

**4.** USCIS Online Account Number (if any)
▶

## *Mailing Address (or Military APO/FPO Address, if applicable)* *(USPS ZIP Code Lookup)*

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name 951 Olde Town Place

**5.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.d.** City or Town Jonesboro

**5.e.** State GA   **5.f.** ZIP Code 30236

**5.g.** Province

**5.h.** Postal Code

**5.i.** Country
USA

## Part 2. Information About the Appeal or Motion

Please indicate whether you are filing an appeal to the Administrative Appeals Office (AAO) or a motion. You are not allowed to file both an appeal and a motion on a single form. If you select more than one box, your filing may be rejected.

**NOTE: DO NOT use this form if you are filing an appeal relating to a Form I-130, Petition for Alien Relative, or a Form I-360, Self-Petition for a Widow(er) of a U.S. Citizen. You must file those appeals with the Board of Immigration Appeals using Form EOIR-29.**

## Part 2.  Information About the Appeal or Motion (continued)

**1.a.** ☐ I am filing an **appeal** to the AAO.  My brief and/or additional evidence is attached.

**1.b.** ☐ I am filing an **appeal** to the AAO.  I will submit my brief and/or additional evidence to the AAO within 30 calendar days of filing the appeal.

**1.c.** ☐ I am filing an **appeal** to the AAO.  I will not be submitting a brief and/or additional evidence.

**1.d.** ☒ I am filing a **motion to reopen**.  My brief and/or additional evidence is attached.

**1.e.** ☐ I am filing a **motion to reconsider**.  My brief is attached.

**1.f.** ☐ I am filing a **motion to reopen** and a **motion to reconsider**.  My brief and/or additional evidence is attached.

**2.** USCIS Form for the Application or Petition That is the Subject of This Appeal or Motion (for example, Form I-140, I-360, I-129, I-485, I-601)

`I-130 (conversion to I-360 widow)`

**3.** Receipt Number for the Application or Petition

`MSC1990157032`

**4.** Requested Nonimmigrant or Immigrant Classification (for example, H-1B, R-1, O-1, EB-1, EB-2, if applicable)

`IR-1`

**5.** Date of the Adverse Decision (mm/dd/yyyy)

`09/16/2019`

**6.** Office That Issued the Adverse Decision

`Atlanta (ATL)`

## Part 3.  Basis for the Appeal or Motion

In **Part 7. Additional Information**, or on a separate sheet of paper, **you must provide a statement regarding the basis for the appeal or motion**.  If you attach a separate sheet of paper, type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**Appeal:** Provide a statement that specifically identifies an erroneous conclusion of law or fact in the decision being appealed.  **You must provide this information with your Form I-290B even if you intend to submit a brief later.**

**Motion to Reopen:** A motion to reopen must state new facts and be supported by documentary evidence demonstrating eligibility for the requested immigration benefit at the time you filed the application or petition.

**Motion to Reconsider:** A motion to reconsider must demonstrate that the decision was based on an incorrect application of law or policy, and that the decision was incorrect based on the evidence in the case record at the time of the decision.  The motion must be supported by citations to appropriate statutes, regulations, precedent decisions, or statements of USCIS policy.

## Part 4.  Applicant's or Petitioner's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-290B Instructions before completing this part.

### Section A

If you are filing an appeal or motion based on an **APPLICATION OR PETITION FILED BY AN INDIVIDUAL (NOT A BUSINESS OR ORGANIZATION),** complete this section:

### Applicant's or Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.**  If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 5.** has read to me every question and instruction on this form, and my answer to every question, in

a language in which I am fluent.  I understood all of this information as interpreted.

**2.** ☒ At my request, the preparer named in **Part 6.** prepared this form for me based only upon information I provided or authorized.

### Applicant's or Petitioner's Contact Information

**3.** Applicant's or Petitioner's Daytime Telephone Number

`6789342588`

**4.** Applicant's or Petitioner's Mobile Telephone Number (if any)

**5.** Applicant's or Petitioner's Email Address (if any)

## Part 4. Applicant's or Petitioner's Statement, Contact Information, Certification, and Signature (continued)

### Applicant's or Petitioner's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I further authorize release of information contained in this form, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my form and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my form, and that all of this information is complete, true, and correct.

### Applicant's or Petitioner's Signature

**6.a.** Applicant's or Petitioner's Signature



**6.b.** Date of Signature (mm/dd/yyyy) 

### Section B

If you are filing an appeal or motion based on a **PETITION FILED BY A BUSINESS OR ORGANIZATION (NOT AN INDIVIDUAL)**, complete this section:

### Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☐ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 5.** has read to me every question and instruction on this form, and my answer to every question, in _____ , a language in which I am fluent. I understood all of this information as interpreted.

**2.** ☐ At my request, the preparer named in **Part 6.** prepared this form for me based only upon information I provided or authorized.

### Petitioner's Contact Information

Provide the following information about the petitioner's authorized signatory.

**3.a.** Family Name (Last Name) _____

**3.b.** Given Name (First Name) _____

**3.c.** Middle Name _____

**4.** Title _____

**5.** Daytime Telephone Number _____

**6.** Mobile Telephone Number (if any) _____

**7.** Email Address (if any) _____

### Petitioner's Certification

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law. I recognize the authority of USCIS to conduct audits of this form using publicly available open source information. I also recognize that any supporting evidence submitted in support of this form may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this form on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this form, I understand all of the information contained in, and submitted with, my appeal or motion, and all of this information is complete, true, and correct.

### Petitioner's Signature

**8.a.** Petitioner's Signature _____

**8.b.** Date of Signature (mm/dd/yyyy) _____

**NOTE TO ALL APPLICANTS AND PETITIONERS:** If you do not completely fill out this form or fail to submit required documents listed in the Instructions, USCIS may dismiss, deny, or reject your appeal or motion.

## Part 5.  Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.**  Interpreter's Family Name (Last Name)

**1.b.**  Interpreter's Given Name (First Name)

**2.**  Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.**  Street Number and Name

**3.b.**  ☐ Apt.   ☐ Ste.   ☐ Flr.

**3.c.**  City or Town

**3.d.**  State   ☐   **3.e.**  ZIP Code

**3.f.**  Province

**3.g.**  Postal Code

**3.h.**  Country

### Interpreter's Contact Information

**4.**  Interpreter's Daytime Telephone Number

**5.**  Interpreter's Mobile Telephone Number (if any)

**6.**  Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____,
which is the same language specified in **Part 4., Item Number 1.b.** in **Section A** or **Section B**, and I have read to this applicant or petitioner in the identified language every question and instruction on this form and his or her answer to every question. The applicant or petitioner informed me that he or she understands every instruction, question, and answer on the form, including the **Applicant's or Petitioner's Certification,** and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.**  Interpreter's Signature

**7.b.**  Date of Signature (mm/dd/yyyy)

## Part 6.  Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Applicant or Petitioner

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.**  Preparer's Family Name (Last Name)
Chaney

**1.b.**  Preparer's Given Name (First Name)
Justin

**2.**  Preparer's Business or Organization Name (if any)
Justin W. Chaney, LLC

### Preparer's Mailing Address

**3.a.**  Street Number and Name   1801 Peachtree Street, N.W.

**3.b.**  ☐ Apt.   ☒ Ste.   ☐ Flr.   110

**3.c.**  City or Town   Atlanta

**3.d.**  State GA ☐   **3.e.**  ZIP Code 30309

**3.f.**  Province

**3.g.**  Postal Code

**3.h.**  Country
USA

### Preparer's Contact Information

**4.**  Preparer's Daytime Telephone Number
6785925432

**5.**  Preparer's Mobile Telephone Number (if any)
6785925432

**6.**  Preparer's Email Address (if any)
jchaney@lawchaney.com

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Applicant or Petitioner (continued)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this form on behalf of the applicant or petitioner and with the applicant's or petitioner's consent.

**7.b.** ☒ I am an attorney or accredited representative and have prepared this form on behalf of the applicant or petitioner and with the applicant's or petitioner's consent.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this form at the request of the applicant or petitioner. The applicant or petitioner then reviewed this completed form and informed me that he or she understands all of the information contained in, and submitted with, his or her form, including the **Applicant's or Petitioner's Certification**, and that all of this information is complete, true, and correct. I completed this form based only on information that the applicant or petitioner provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)  1/25/2022

## Part 7.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name and A-Number at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)

**1.b.** Given Name (First Name)

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A-

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.** See attached.

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**

**NOTE:**  Make sure your appeal or motion is complete before filing.

Petitioner: Willie A. Lockett
Beneficiary: Rohey Jeng – A#███████-883
I-130 Receipt: MSC1990157032

## BRIEF IN SUPPORT OF MOTION TO RE-OPEN FOR *SERVICE ERROR*

### I.    INTRODUCTION

This is a Motion to Reopen based on *Service Error* pursuant to 8 C.F.R. 103.5(a)(1)(i).  The Atlanta Field Office mailed the Notice for Call-In Interview and subsequent I-130 Petition and I-485 Application Decisions to the wrong address for the Petitioner and Beneficiary.

The Petitioner subsequently died and the I-130 Petition automatically converts to an I-360 Widow Self-Petition.

### II.    FACTS

On October 26, 2018 the Petitioner and Beneficiary filed a one-step I-130/485 as the Beneficiary was a spouse of a U.S. citizen.  A copy of the USCIS I-797 Notice of Receipts are attached as Exhibit (A) and (B).  The Petitioner's and Beneficiary's adjustment package was filed by notario Jahan Arshid (hereafter "Notario Arshid") who used his office address as the U.S. mailing address for the Petitioner and Beneficiary in care of his unlawful business "International Business Support located at: 1755 The Exchange Atlanta, GA 30236." at pp. 2 & 9 and pp. 1 - 4.  A copy of the I-130A and I-485 is attached as Exhibit (C-1).

On July 10, 2019 the Petitioner and Beneficiary attended an adjustment interview at the USCIS Atlanta Field Office.  A copy of the USCIS Notice of Interview Results issued by the adjudciations officer is attached as Exhibit (C-2). It is important to note that the I-485 Application does have the correct "physical address" of "951 Olde Town Place Jonesboro, GA 30236."at pp. 4 Exhibit (C-1). But during the interview the Adjudications Officer made a notation for the Petitioner and Beneficiary's "mailing address" as "915 Olde Town Jonesboro, GA 30236" in place of Notario Arshid's office address of 1755 Exchange.  A copy of the USCIS Adjudications Officer's notes on the I-485 Application show the Officer wrote the wrong address when he transposed the correct number of "951" to the incorrect number of "915". pp. 2 and 4 Exhibit (C-1).

On July 12, 2019 the Petitioner and Beneficiary were sent a notice for a second follow up adjustment interview at the Atlanta Field Office set for August 16, 2019.  The USCIS Call-In Letter was sent to the incorrect address at: "915 Olde Town Place Jonesboro, Georgia 30236."  A copy of the Call-In Letter with the officer's notation "NO SHOW" is attached as Exhibit (D) and the USCIS envelope with the USPS "RETURN TO SENDER UNABLE TO FORWARD" is attached as Exhibit (E).

On September 16, 2019 the USCIS issued a Decision to deny the Petitioner's I-130 Petition on the basis of a failure to show for the interview.  A copy of the I-130 and I-485 Decisions are attached as Exhibits (F) and (G).  Please note that basis of the denial in the I-130 Decision is redacted but it is apparent with the other evidence in the Alien/A-File which is included with the motion that the petition was denied for a failure to show for the interview.

Because the USCIS Call-In Letter, I-130 Decision and I-485 Decision were all issued to the incorrect address at "915 Olde Town" the Petitioner and Beneficiary never received notice of any of the aforementioned.

The Petitioner and Beneficiary made inquiries into the status of their pending applications for benefits.  USCIS records have consistently showed their case as pending.  Copies of the current USCIS Case Status for the I-130 Petition and I-485 Application which erroneously indicate a Decision on both the I-130 Petition and the I-485 Application have not been rendered are attached as Exhibits (H) and (I).  On January 2, 2020 the Beneficiary sent her Medical Examination to the USCIS because the adjudications officer at the January 10, 2019 adjustment interview indicated he would request it at a later date but she never received the expected USCIS correspondence.  A copy of the letter is attached as Exhibit (J).

On January 25, 2020 the Petitioner, Willie Lockett, a U.S. citizen died.  A copy of his Death and Birth Certificates are attached as Exhibits (K) and (L).

The Beneficiary made a FOIA request for a copy of her Alien File.  Upon receipt of her Alien/A-File she learned that USCIS had denied the I-130 filed for her benefit and her I-485 Application for Adjustment of Status.

## III.   ARGUMENT

A. _Service Error_ was committed in issuing the Notice for Interview and its' Decisions to the wrong home address for the Petitioner & Beneficiary and in publishing the Case status without reference to a Decision having been made

8 C.F.R. § 103.5(a)(1)(i) states in pertinent part:

> **_Motions to reopen_**…_When filed by affected party_ -- …Any motion to reopen a proceeding before the Service filed by an applicant or petitioner, must be filed within 30 days of the decision that the motion seeks to reopen, except that failure to file before this period expires, may be excused in the discretion of the Service where it is demonstrated that the delay was reasonable and was beyond the control of the applicant or petitioner.

In this case, the evidence was overwhelming that the Petitioner and Beneficiary provided the correct physical address of "951 Olde Town Place" when submitting their I-485 Application.  Further, it is the adjudications officer's error in transcription of the mailing address to "915 Old Town" which could and should have been verified against the physical address in the same application that resulted in the Petitioner and Beneficiary not receiving their Call-In Letter and I-130 & I-485 Decisions.

Further, the Petitioner and Beneficiary can provide an alternate mailing address for their convenience or in the alternative if they believe another address is safer and more reliable to receive notice from the USCIS.

B. Petitioner is deceased resulting in the I-130 Family Petition converting to an I-360 Widow Self-Petition

USCIS Memorandum PM-602-0126, November 18, 2015 states in pertinent part:

> If a U.S. citizen filed a Form I-130 for his or her spouse before the U.S. citizen died and the surviving spouse has not remarried, the automatic conversion provision in 8 CFR 204.2(i)(1)(iv) applies and the Form I-130 is deemed to be a Form I-360. The surviving spouse can seek to immigrate as a "widow(er)" under INA 201(b)(2)(A)(i). . . It does not matter whether USCIS had approved the Form I-130 before the U.S. citizen died. at pp. 3.

Find a copy of the Petitioner's Death Certificate and I-864W attached as Exhibits (K) and (L).

## IV. CONCLUSION

The Beneficiary respectfully requests that this Motion to Reopen be granted because the failure of her and her spouse to show at the Call-In Interview was due to the Service Error.

Submitted this the 25th day of July, 2022.

_____
Justin W. Chaney
Attorney for Beneficiary

# EXHIBIT A

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 02, 2018 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC1990157032 | October 26, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| October 26, 2018 | 201 B INA SPOUSE OF USC | February 15, 1962 |

WILLIE A. LOCKETT
1755 THE EXCHANGE SE STE 220
ATLANTA, GA 30339            11    00003460

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| JENG, ROHEY | 4/1/1966 | GAMBIA | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: _____.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | APPLICANT COPY |
| P.O. Box 648003 | |
| Lee's Summit, MO 64002 | |





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.            Form I-797C  07/11/14  Y

# EXHIBIT B

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| | |
|---|---|
| **NOTICE TYPE** Receipt | **NOTICE DATE** November 02, 2018 |
| **CASE TYPE** I-485, Application to Register Permanent Residence or Adjust Status | **USCIS ALIEN NUMBER** ███883 |
| **RECEIPT NUMBER** MSC1990157031 | **RECEIVED DATE** October 26, 2018 | **PAGE** 1 of 1 |
| **PRIORITY DATE** October 26, 2018 | **PREFERENCE CLASSIFICATION** 201 B INA SPOUSE OF USC | **DATE OF BIRTH** April 01, 1966 |

ROHEY F. JENG
C/O INTERNATIONAL BUSINESS SUPPORT 11   00003462
1755 THE EXCHANGE STE 220
ATLANTA, GA  30339

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: ~~~~~~~~~. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| | |
|---|---|
| **USCIS Office Address:** USCIS National Benefits Center P.O. Box 648003 Lee's Summit, MO  64002 | **USCIS Customer Service Number:** (800)375-5283 |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 07/11/14 Y

# EXHIBIT C-1

# Application to Register Permanent Residence or Adjust Status



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form I-485**
OMB No. 1615-0023
Expires 06/30/2019

## For USCIS Use Only

APP I485

| | |
|---|---|
| Preference Category: IR6 | |
| Country Chargeable: GAMBIA | |
| Priority Date: 10-26-2018 | |

MSC1990157031    10/26/2018

**Action Block**

DENIED
DHS
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES
SEP 16 2019
35 12277

Date Form I-693 Received:

☑ Applicant Interviewed    ☐ Interview Waived

Date of Initial Interview: JUL 10 2019

Lawful Permanent Resident as of: _____

**Section of Law**
☐ INA 209(a)    ☐ INA 249
☐ INA 209(b)    ☐ Sec. 13, Act of 9/11/57
☑ INA 245(a)    ☐ Cuban Adjustment Act
☐ INA 245(i)    ☐ Other
☐ INA 245(m)

---

**To be completed by an attorney or accredited representative (if any).**

☐ Select this box if Form G-28 is attached.

| Volag Number (if any) | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|
| | | |

▶ **START HERE - Type or print in black ink.**

A-Number ▶ A-███████883

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, U.S. Citizenship and Immigration Services (USCIS) may deny your application.

### Part 1. Information About You (Person applying for lawful permanent residence)

**Your Current Legal Name** (do not provide a nickname)

1.a. Family Name (Last Name) **Jeng**

1.b. Given Name (First Name) **Rohey**

1.c. Middle Name **Faal**

**Other Names You Have Used Since Birth** (if applicable)

NOTE: Provide all other names you have ever used, including your family name at birth, other legal names, nicknames, aliases, and assumed names. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

2.a. Family Name (Last Name)

2.b. Given Name (First Name)

2.c. Middle Name

3.a. Family Name (Last Name)

3.b. Given Name (First Name)

3.c. Middle Name

4.a. Family Name (Last Name)

4.b. Given Name (First Name)

4.c. Middle Name

**Other Information About You**

5. Date of Birth (mm/dd/yyyy) ████████

NOTE: In addition to providing your actual date of birth, include any other dates of birth you have used in connection with any legal names or non-legal names in the space provided in **Part 14. Additional Information.**

6. Sex   ☐ Male   ☑ Female

7. City or Town of Birth **Pirang**

1018152663230   1901284 000858 17 e667617 102018 10:54 102618 A05-805887

A-Number ▶ A- [ ][ ][ ][ ][ ][ ][ ]

## Part 1. Information About You (Person applying for lawful permanent residence) (continued)

8. Country of Birth

Gambia

9. Country of Citizenship or Nationality

Gambia

10. Alien Registration Number (A-Number) (if any)

▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**NOTE:** If you have **EVER** used other A-Numbers, include the additional A-Numbers in the space provided in **Part 14. Additional Information.**

11. USCIS Online Account Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

12. U.S. Social Security Number (if any)

▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ]

### U.S. Mailing Address

13.a. In Care Of Name (if any)

International Business Support

13.b. Street Number and Name

1755 The Exchange   915 Old ~~Town~~ RD.

13.c. ☐ Apt. ☒ Ste. ☐ Flr. ~~220~~

13.d. City or Town   ~~Atlanta~~   JonesBoro

13.e. State  GA   13.f. ZIP Code ~~30339~~   30236

### Alternate and/or Safe Mailing Address

If you are applying based on the Violence Against Women Act (VAWA) or as a special immigrant juvenile, human trafficking victim (T nonimmigrant), or victim of a qualifying crime (U nonimmigrant) and you do not want USCIS to send notices about this application to your home, you may provide an alternative and/or safe mailing address.

14.a. In Care Of Name (if any)

14.b. Street Number and Name

14.c. ☐ Apt. ☐ Ste. ☐ Flr.

14.d. City or Town

14.e. State [ ]   14.f. ZIP Code [ ]

### Recent Immigration History

Provide the information for **Item Numbers 15. - 19.** if you last entered the United States using a passport or travel document.

15. Passport Number Used at Last Arrival

PC025036

16. Travel Document Number Used at Last Arrival

17. Expiration Date of this Passport or Travel Document (mm/dd/yyyy)   10/06/2005

18. Country that Issued this Passport or Travel Document

Gambia

19. Nonimmigrant Visa Number from this Passport (if any)

67802224

Place of Last Arrival into the United States

20.a. City or Town

Baltimore

20.b. State   MD

21. Date of Last Arrival (mm/dd/yyyy)   10/28/2003

When I last arrived in the United States, I:

22.a. ☒ Was inspected at a port of entry and admitted as (for example, exchange visitor; visitor, waived through; temporary worker; student):

Tourist

22.b. ☐ Was inspected at a port of entry and paroled as (for example, humanitarian parole, Cuban parole):

22.c. ☐ Came into the United States without admission or parole.

22.d. ☐ Other:

If you were issued a Form I-94 Arrival-Departure Record Number:

23.a. Form I-94 Arrival-Departure Record Number

▶ [9][4][4][3][7][0][6][9][0][0][8]

23.b. Expiration Date of Authorized Stay Shown on Form I-94 (mm/dd/yyyy)   04/28/2004

23.c. Status on Form I-94 (for example, class of admission, or paroled, if paroled)

temporary visitor

t018132663230   1901284 000858 17 e667619 103018 10:54 102618 AOS-805887

A-Number ▶ A-[ | | | | | | | ]

## Part 2. Application Type or Filing Category (continued)

### Information About Your Immigrant Category

If you are the **principal applicant**, provide the following information.

**3.** Receipt Number of Underlying Petition (if any)

**4.** Priority Date from Underlying Petition (if any) (mm/dd/yyyy)

If you are a **derivative applicant** (the spouse or unmarried child under 21 years of age of a principal applicant), provide the following information for the **principal applicant**.

Principal Applicant's Name

**5.a.** Family Name (Last Name)

**5.b.** Given Name (First Name)

**5.c.** Middle Name

**6.** Principal Applicant's A-Number (if any) ▶ A-[ | | | | | | | ]

**7.** Principal Applicant's Date of Birth (mm/dd/yyyy)

**8.** Receipt Number of Principal's Underlying Petition (if any) ▶ [ | | | | | | | | ]

**9.** Priority Date of Principal Applicant's Underlying Petition (if any) (mm/dd/yyyy)

## Part 3. Additional Information About You

**1.** Have you ever applied for an immigrant visa to obtain permanent resident status at a U.S. Embassy or U.S. Consulate abroad? ☐ Yes ☑ No

If you answered "Yes" to Item Number 1., complete **Item Numbers 2.a. - 4.** below. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Location of U.S. Embassy or U.S. Consulate

**2.a.** City

**2.b.** Country

**3.** Decision (for example, approved, refused, denied, withdrawn)

**4.** Date of Decision (mm/dd/yyyy)

### Address History

Provide physical addresses for everywhere you have lived during the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 14. Additional Information.**

Physical Address 1 (current address)

**5.a.** Street Number and Name `951 Olde Town Place`

**5.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.c.** City or Town `Jonesboro`

**5.d.** State `GA`   **5.e.** ZIP Code `30236`

**5.f.** Province

**5.g.** Postal Code

**5.h.** Country `USA`

Dates of Residence

**6.a.** From (mm/dd/yyyy) `08/01/2015`

**6.b.** To (mm/dd/yyyy) `Present`

Physical Address 2

**7.a.** Street Number and Name `6700 Tara ridge`

**7.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**7.c.** City or Town `Jonesboro`

**7.d.** State `GA`   **7.e.** ZIP Code `30236`

**7.f.** Province

**7.g.** Postal Code

**7.h.** Country `USA`

1018152663230  1901284 000858 17 e667617 103018 10:54 102618 AOS-805887



### Petition for Alien Relative
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-130**
OMB No. 1615-0012
Expires 07/31/2018

| For USCIS Use Only | APP 1130 | |
|---|---|---|

A-Number
A- 2 1 9 0 4 5 8 8 3

IIIIIIIIIIIIIIIIIIIIII
MSC1990157032    10/26/2018

DENIED
DHS
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES
SEP 16 2019
35 12277

| Initial Receipt 10-26-2018 | | |
|---|---|---|
| Resubmitted | | |
| Relocated | **Section of Law/Visa Category** | |
| Received | ☑ 201(b) Spouse - IR-1/CR-1  ☐ 203(a)(1) Unm. S/D - F1-1  ☐ 203(a)(2)(B) Unm. S/D - F2-4 | |
| Sent | ☐ 201(b) Child - IR-2/CR-2  ☐ 203(a)(2)(A) Spouse - F2-1  ☐ 203(a)(3) Married S/D - F3-1 | |
| Completed | ☐ 201(b) Parent - IR-5  ☐ 203(a)(2)(A) Child - F2-2  ☐ 203(a)(4) Brother/Sister - F4-1 | |

| Approved | Petition was filed on (Priority Date mm/dd/yyyy): | ☑ Field Investigation | ☐ Personal Interview | ☐ 204(a)(2)(A) Resolved |
| Returned | PDR request granted/denied - New priority date (mm/dd/yyyy): | ☐ Previously Forwarded | ☐ Pet. A-File Reviewed | ☐ I-485 Filed Simultaneously |
| Remarks | DOM: 9-25-2015 | ☐ 203(g) Resolved | ☑ Ben. A-File Reviewed | ☐ 204(g) Resolved |

At which USCIS office (e.g., NBC, VSC, LOS, CRO) was Form I-130 adjudicated? _____

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| ☐ Select this box if Form G-28 is attached. | Volag Number (if any) | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |

▶ **START HERE - Type or print in black ink.**

If you need extra space to complete any section of this petition, use the space provided in **Part 9. Additional Information.**
**Complete and submit as many copies of Part 9., as necessary, with your petition.**

**Part 1. Relationship** (You are the Petitioner. Your relative is the Beneficiary)

1. I am filing this petition for my (Select only one box):
   ☒ Spouse  ☐ Parent  ☐ Brother/Sister  ☐ Child

2. If you are filing this petition for your child or parent, select the box that describes your relationship (Select only one box):

   ☐ Child was born to parents who were married to each other at the time of the child's birth  (b)(6)

   ☐ Stepchild/Stepparent

   ☐ Child was born to parents who were not married to each other at the time of the child's birth

   ☐ Child was adopted (not an Orphan or Hague Convention adoptee)

3. If the beneficiary is your brother/sister, are you related by adoption?

4. Did you gain lawful permanent re... citizenship through adoption?

**Part 2. Information About You** (Petitioner)

1. Alien Registration Number (A-Number) (if any)
   ▶ A-

2. USCIS Online Account Number (if any)
   ▶

3. U.S. Social Security Number (if any)

**Your Full Name**

4.a. Family Name (Last Name)  Lockett

4.b. Given Name (First Name)  Willie

4.c. Middle Name  Alvern

1018152663230   1901284 000858 17 e667619 103018 10:55 102618 AOS-805887

## Part 2. Information About You (Petitioner) (continued)

### Other Names Used (if any)

Provide all other names you have ever used, including aliases, maiden name, and nicknames.

**5.a.** Family Name (Last Name) `Lockett`

**5.b.** Given Name (First Name) `Willie`

**5.c.** Middle Name `Averin`

### Other Information

**6.** City/Town/Village of Birth
`For Wayne`

**7.** Country of Birth
`USA`

**8.** Date of Birth (mm/dd/yyyy) `████1962`

**9.** Sex  ☒ Male  ☐ Female

### Mailing Address

**10.a.** In Care Of Name
`International Business Support`

**10.b.** Street Number and Name `1755 The Exchange SE` `951 Olde To`

**10.c.** ☐ Apt. ☒ Ste. ☐ Flr. `220`

**10.d.** City or Town `Atlanta` `JonesBoro`

**10.e.** State `GA`  **10.f.** ZIP Code `30339` `30236`

**10.g.** Province

**10.h.** Postal Code

**10.i.** Country
`USA`

**11.** Is your current mailing address the same as your physical address?  ☐ Yes  ☒ No

If you answered "No" to Item Number 11., provide information on your physical address in Item Numbers 12.a. - 13.b.

### Address History

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first if it is different from your mailing address in Item Numbers 10.a. - 10.i.

**Physical Address I**

**12.a.** Street Number and Name `951 Olde Town Place`

**12.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**12.c.** City or Town `Jonesboro`

**12.d.** State `GA`  **12.e.** ZIP Code `30236`

**12.f.** Province

**12.g.** Postal Code

**12.h.** Country
`USA`

**13.a.** Date From (mm/dd/yyyy) `08/01/2015`

**13.b.** Date To (mm/dd/yyyy)  (b)(6)  `PRESENT`

**17.** Current Marital Status

☐ Single, Never Married  ☒ Married  ☐ Divorced
☐ Widowed  ☐ Separated  ☐ Annulled

`10181S2663230  1901284 000858 17 e667619 103018 10:55 102618 AOS-805887`

(b)(6)



verifies the validity of documents you submit. If you falsify a family relationship to obtain a visa, USCIS may seek to have you criminally prosecuted.

**PENALTIES:** By law, you may be imprisoned for up to 5 years or fined $250,000, or both, for entering into a marriage contract in order to evade any U.S. immigration law. In addition, you may be fined up to $10,000 and imprisoned for up to 5 years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

### Part 6. Petitioner's Statement, Contact Information, Declaration, and Signature

**NOTE:** Read the **Penalties** section of the Form I-130 Instructions before completing this part.

*Petitioner's Statement*

**NOTE:** Select the box for either Item Number 1.a. or 1.b. If applicable, select the box for Item Number 2.

1.a. ☒ I can read and understand English, and I have read and understand every question and instruction on this petition and my answer to every question.

1.b. ☐ The interpreter named in Part 7. read to me every question and instruction on this petition and my answer to every question in

_____ a language in which I am fluent. I understood all of this information as interpreted.

2. ☒ At my request, the preparer named in Part 8.,

**Jahan Arshid**

prepared this petition for me based only upon information I provided or authorized.

*Petitioner's Contact Information*

4. Petitioner's Mobile Telephone Number (if any)
_____

5. Petitioner's Email Address (if any)
6789342588 ➝ Bene

*Petitioner's Declaration and Certification*

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this petition, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

    1) I provided or authorized all of the information contained in, and submitted with, my petition;

    2) I reviewed and understood all of the information in, and submitted with, my petition; and

    3) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my petition and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my petition, and that all of this information is complete, true, and correct.

*Petitioner's Signature*

6.a. Petitioner's Signature (sign in ink)

6.b. Date of Signature (mm/dd/yyyy)  06/30/2018

**NOTE TO ALL PETITIONERS:** If you do not completely fill out this petition or fail to submit required documents listed in the Instructions, USCIS may deny your petition.

Page 9 of 12

1018152663230   1901284 000858 17 e667619 103018 10:55 102618 AOS-805887



## Supplemental Information for Spouse Beneficiary

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-130A**
OMB No. 1615-0012
Expires 07/31/2018

| To be completed by an attorney or accredited representative (if any). | | | |
|---|---|---|---|
| ☐ Select this box if Form G-28 is attached. | Volag Number (if any) | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |

▶ **START HERE -** Type or print in black ink.

The purpose of this form is to collect additional information for a spouse beneficiary of Form I-130, Petition for Alien Relative. If your spouse is a U.S. citizen, lawful permanent resident, or non-citizen U.S. national who is filing Form I-130 on your behalf, you must complete and sign Form I-130A, Supplemental Information for Spouse Beneficiary, and submit it with the Form I-130 filed by your spouse. If you reside overseas, you still must complete Form I-130A, but you do not need to sign the form.

### Part 1. Information About You (Spouse Beneficiary)

1. Alien Registration Number (A-Number) (if any)
   ▶ A-

2. USCIS Online Account Number (if any)
   ▶

#### Your Full Name

3.a. Family Name (Last Name)  `Jeng`
3.b. Given Name (First Name)  `Rohey`
3.c. Middle Name  `Faal`

#### Address History

Provide your physical addresses for the last five years, whether inside or outside the United States. Provide your current address first. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**

#### Physical Address 1

4.a. Street Number and Name  `951 Olde Town Place`
4.b. ☐ Apt.  ☐ Ste.  ☐ Flr.
4.c. City or Town  `Jonesboro`
4.d. State  `GA`   4.e. ZIP Code  `30236`
4.f. Province
4.g. Postal Code
4.h. Country  `USA`

5.a. Date From (mm/dd/yyyy)  `08/01/2015`
5.b. Date To (mm/dd/yyyy)  `PRESENT`

#### Physical Address 2

6.a. Street Number and Name  `6700 Tara Ridge`
6.b. ☐ Apt.  ☐ Ste.  ☐ Flr.
6.c. City or Town  `Jonesboro`
6.d. State  `GA`   6.e. ZIP Code  `30236`
6.f. Province
6.g. Postal Code
6.h. Country  `USA`

7.a. Date From (mm/dd/yyyy)  `10/01/2004`
7.b. Date To (mm/dd/yyyy)  `07/30/2015`

#### Last Physical Address Outside the United States

Provide your last address outside the United States of more than one year (even if listed above).

8.a. Street Number and Name
8.b. ☐ Apt.  ☐ Ste.  ☐ Flr.
8.c. City or Town
8.d. Province  `Pirang`
8.e. Postal Code
8.f. Country  `Gambia`

Form I-130A  02/27/17  N

Page 1 of 6

## Part 5. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter you used to complete Form I-130A if he or she is different from the interpreter used to complete the Form I-130 filed on your behalf.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and _____,
which is the same language provided in **Part 4., Item Number 1.b.**, and I have read to this spouse beneficiary in the identified language every question and instruction on this form and his or her answer to every question. The spouse beneficiary informed me that he or she understands every instruction, question, and answer on the form, including the **Spouse Beneficiary's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature (sign in ink)

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Spouse Beneficiary

Provide the following information about the preparer you used to complete Form I-130A if he or she is different from the preparer used to complete the Form I-130 filed on your behalf.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Arshid

**1.b.** Preparer's Given Name (First Name)

Jahan

**2.** Preparer's Business or Organization Name (if any)

International Business Support

### Preparer's Mailing Address

**3.a.** Street Number and Name      1755 The Exchange SE

**3.b.** ☐ Apt. ☒ Ste. ☐ Flr.   220

**3.c.** City or Town   Atlanta

**3.d.** State   GA   **3.e.** ZIP Code   30339

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

USA

tait8t52663230  1901284 000858 17 e667619 103018 10:55 102618 AOS-805887

# EXHIBIT C-2



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Atlanta Field Office*
2150 Parklake Drive NE
Atlanta, GA 30345

*HAND DELIVERED AT INTERVIEW*

**U.S. Citizenship and Immigration Services**

Date: July 10, 2019

Applicant: Rohey, Jeng

Form Type: I-485

A-Number: A███904█883

Interviewing Officer:   MITCHELL

## NOTICE OF INTERVIEW RESULTS

☐   Your application has been recommended for approval. A final decision will be mailed once your case is complete.

☒   USCIS is unable to complete your case at this time.  Your case is being continued until a final decision can be made.  Please see below for further explanation.

## REASON FOR CONTINUANCE

☐   Your case is being held for additional review.  At this time, USCIS does not require any further information or documents from you.  Should further information or documents be required, you will receive a notice in the mail.  We may also schedule you for another interview, in which case you will receive a notice in the mail.  Otherwise, a final decision will be mailed once your case is completed.

☐   Your I-485 interview is complete.  However, your visa priority date is not current at this time.  Your case will be transferred to the Texas Service Center (TSC) or National Benefits Center (NBC) until your priority date becomes current.  Once your priority date becomes current, the TSC or NBC will make the final decision on your case.

☐   Your case is being transferred to the USCIS office servicing your new address.  Should further information or documents be required, you will receive a notice in the mail.  USCIS may also schedule you for another interview, in which case you will receive a notice in the mail.  Otherwise, a final decision will be mailed once your case is complete.

☐   Your case is being held for required background checks.  Once all the requisite clearances have been received and reviewed, you will be notified by mail of the decision on your application.

☐   Other. Your case is being held for biometrics which are needed to produce your permanent resident card.  You will receive a separate appointment letter in the mail informing you of the date and time of your appointment at an Application Support Center..

Please allow 120 days before making a status inquiry on your case. You may make a status inquiry through the National Customer Service Center at 1- 800-375-5283.  You may also make an InfoPass appointment online on the USCIS website at www.infopass.uscis.gov to discuss your case with an Immigration Officer.

If you change your address, you must file Form AR-11 and contact the National Customer Service Center to ensure that your file and all systems are updated with your current address. Form AR-11 may be obtained from the USCIS website at www.uscis.gov

Exhibit "C"

# EXHIBIT D



**Call-In Letter**

**Department of Homeland Security**

**DHS**
**Form G-56**
Internal Use

Date (mm/dd/yyyy) _07/12/2019_

File Number A█████883

NO SHOW

To: (Name, Street Number and Name. City. State. ZIP Code)

| |
|---|
| Rohey Faal Jeng |
| 915 Olde Town Place |
| Jonesboro, Georgia 30236 |
| |

**Please come to the office listed below at the time and place indicated in connection with an official matter.**

| | |
|---|---|
| Agency Name/ Office Location | DEPARTMENT OF HOMELAND SECURITY CITIZENSHIP AND IMMIGRATION SERVICES, 2150 PARKLAKE DRIVE NE, ATLANTA GA |
| Date (mm/dd/yyyy) and Time | 08/16/2019 @ 8:00 AM |
| Ask For | OFFICER MITCHELL |
| Reason for Appointment | I-130 and I-485 |
| Bring With You | STATE ISSUED IDENTIFICATION, Proof of Residency, Bank Statement, Insurance policy, Form I-693 Medical Examination |

**It is important that you keep this appointment and bring this letter with you.**

If you are unable to do so, state your reason, sign below, and return this letter to this office _ATLANTA FIELD OFFICE_

KEVIN J. RIDDLE

Name of Authorizing Official

FIELD OFFICE DIRECTOR

Title of Authorizing Official

Signature of Authorizing Official

Date of Signature (mm/dd/yyyy)

I am unable to keep the appointment because:

Signature

Date of Signature (mm/dd/yyyy)

Form G-56  11/12/15

Page 1 of 1

# EXHIBIT E

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Citizenship
and Immigration
Services





09/25/15

3022614196-N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

# EXHIBIT F

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive, NE
Atlanta, GA 30345



U.S. Citizenship
and Immigration
Services

Date **SEP 1 6 2019**

Willie Alvern Lockett
915 Olde Town Place
Jonesboro, GA 30236

(b)(6)

A219045883
MSC1990157032

### DECISION

Dear Willie Alvern Lockett:

Thank you for submitting Form I-130, Petition for Alien Relative, to U.S. Citizenship and Immigration Services (USCIS) on behalf of Rohey Faal Jeng (the beneficiary). You sought to have the beneficiary classified as the spouse of a under section of the Immigration and Nationality Act (INA).

(b)(6)

## Statement of Facts and Analysis, Including Ground(s) for Denial

This decision does not prevent you from filing any petition or application in the future.

Sincerely,

Kevin J. Riddle
Field Office Director

Prepared by: AC1652

2

# EXHIBIT G



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Atlanta Field Office*
2150 Parklake Drive, NE
Atlanta, Georgia 30345

Date **SEP 1 6 2019**

**U.S. Citizenship
and Immigration
Services**

~~883~~
MSC1990157031

Rohey Faal Jeng
915 Olde Town Place
Jonesboro, Georgia 30236

## DECISION

Dear Rohey Faal Jeng:

Thank you for submitting Form I-485, Application to Register Permanent Residence or Adjust Status, to U.S. Citizenship and Immigration Services (USCIS) under section 245 of the Immigration and Nationality Act (INA).

After a thorough review of your application and supporting documents, unfortunately, we must inform you that we are denying your application for the following reason(s).

Generally, to qualify for adjustment under INA 245, an applicant must:

- Be inspected and admitted or paroled into the United States;
- Be eligible to receive an immigrant visa;
- Be admissible to the United States for permanent residence; and
- Have an immigrant visa immediately available at the time the application is filed.

### Statement of Facts and Analysis, Including Ground(s) for Denial

You filed Form I-485 based on being the spouse of a U.S. citizen.

USCIS received your Form I-485 on October 26, 2018. On July 10, 2019, you appeared for a Form I-485 interview. The Form I-130, Petition for Alien Relative filed on your behalf has been denied as of **SEP 1 6 2019** Your Form I-485 is being denied because you do not have an underlying petition, therefore you are not eligible to adjust status.

You have provided no evidence to indicate you are immediately entitled to an immigrant visa on any other basis. Therefore, you are not qualified to adjust status, and USCIS denies your Form I-485. See INA 245(a)(3).

The evidence of record shows that, when you filed your application, you were lawfully present in the United States as a B-2 nonimmigrant visa. Your period of admission as a B-2 nonimmigrant has expired. You are not authorized to remain in the United States and should make

arrangements to depart as soon as possible. Failure to depart may result in your being found ineligible for immigration benefits and inadmissible to the United States in the future. See section 212(a)(9)(B) of the INA.

You may not appeal this decision. However, if you believe that the denial of your Form I-485 is in error, you may file a motion to reopen or a motion to reconsider using Form I-290B, Notice of Appeal or Motion. You must submit Form I-290B within 30 calendar days of service of this decision (33 days if the decision was mailed). If USCIS does not receive the motion to reopen or reconsider within the required period, this decision will become final. See Title 8, Code of Federal Regulations (8 CFR), sections 103.5 and 103.8(b).

To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov or call our National Customer Service Center toll free at 1-800-375-5283. You may also contact the USCIS office having jurisdiction over your current place of residence.

Sincerely,

Kevin J. Riddle
Field Office Director
Atlanta, Georgia

AC1652

2

# EXHIBIT H

6/6/22, 5:09 PM                                 Case Status Online - Case Status

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know∨

Español

 U.S. Citizenship
and Immigration
Services
(https://www.uscis.gov/)

☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Case Was Received

On October 26, 2018, we received your Form I-130, Petition for Alien Relative,
Receipt Number MSC1990157032, and sent you the receipt notice that describes
how we will process your case. Please follow the instructions in the notice. If you
have any questions, contact the USCIS Contact Center at
www.uscis.gov/contactcenter (https://www.uscis.gov/contactcenter). If you
move, go to www.uscis.gov/addresschange
(https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing
address.



### Enter Another Receipt Number    ?

# EXHIBIT I

6/6/22, 5:09 PM

Case Status Online - Case Status

<u>USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)</u>

 An official website of the United States government
Here's how you know⌄

Español

 U.S. Citizenship
and Immigration
Services
(https://www.uscis.gov/)

☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Interview Was Scheduled

On June 3, 2019, we scheduled an interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1990157031. We will mail you an interview notice. Please follow any instructions in the notice. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



### Enter Another Receipt Number   ?

CHECK STATUS

# EXHIBIT J



### *Willie Lockett & Rohey Jeng*

951 Olde Town Place
Jonesboro GA 30236

January 2, 2020.

Atlanta Field Office
2150 Parklake Dr. NE,
Atlanta GA 30345.

**Re: I-485, Immigrant Petition for Spouse of U.S Citizen.**
   **Receipt: MSC1990157031.**
   **Petitioner: Willie Lockett.**
   **Beneficiary: Rohey Faal Jeng.**

Dear Sir or Madam:

   In reference to the above mentioned application, please find enclosed a new and updated signed Form I-693, Medical Exam pertaining to my application. During my interview I was told I needed a new medical exam and that I should wait for a notice but I never received anything. **My case has been pending since my interview.**

**Please find attached for your review a new medical exam.**

   a) **Copy of Form I-797** - Receipt Notice for Rohey Faal Jeng (Form I-485).
   b) Current Online Status – pending case.
   c) **Form I-693** Medical Exams – Rohey Faal Jeng.

I appreciate in advance your attention and subsequent approval of my petition.

Should you have any questions or concerns please do not hesitate to contact us.

Sincerely,
RFJeh9
*Rohey Jeng.*

# EXHIBIT K

## GEORGIA DEATH CERTIFICATE

State File Number  **2020GA000014225**

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) WILLIE AVERIN LOCKETT | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | 2. SEX MALE | 2a. DATE OF DEATH (Mo., Day, Year) ACTUAL DATE OF DEATH 01/25/2020 |
|---|---|---|---|

| 3. SOCIAL SECURITY NUMBER | 4a. AGE (Years) 57 | 4b. UNDER 1 YEAR Mos. | 4c. UNDER 1 DAY Hours Mins. | 5. DATE OF BIRTH (Mo., Day, Year) 1962 |
|---|---|---|---|---|

| 6. BIRTHPLACE INDIANA | 7a. RESIDENCE - STATE GEORGIA | 7b. COUNTY FULTON | 7c. CITY, TOWN ATLANTA |
|---|---|---|---|

| 7d. STREET AND NUMBER 1382 PEACHTREE STREET NE | 7e. ZIP CODE 30309 | 7f. INSIDE CITY LIMITS? NO | 8. ARMED FORCES? YES |
|---|---|---|---|

| 8a. USUAL OCCUPATION BAGGAGE HANDLER | 8b. KIND OF INDUSTRY OR BUSINESS TRANSPORTATION |
|---|---|

| 9. MARITAL STATUS MARRIED | 10. SPOUSE NAME ROHEY JENG | 11. FATHER'S FULL NAME (First, Middle, Last) LODELL LOCKETT SR. |
|---|---|---|

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) JOHNNIE MAE UNKNOWN | 13a. INFORMANT'S NAME (First, Middle, Last) SYDNEY LOCKETT | 13b. RELATIONSHIP TO DECEDENT DAUGHTER |
|---|---|---|

| 13c. MAILING ADDRESS 442 WASHINGTON STREET PRESTON GEORGIA 31824 | 14. DECEDENT'S EDUCATION SOME COLLEGE CREDIT LEADING TO AN ASSOCIATE DEGREE |
|---|---|

| 15. ORIGIN OF DECEDENT(Spanish/Hispanic/Latino) NO, NOT SPANISH/HISPANIC/LATINO | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) BLACK OR AFRICAN-AMERICAN |
|---|---|

| 17a. IF DEATH OCCURRED IN HOSPITAL INPATIENT | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) |
|---|---|

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) ATLANTA MEDICAL CENTER | 19. CITY, TOWN or LOCATION OF DEATH ATLANTA | 20. COUNTY OF DEATH FULTON |
|---|---|---|

| 21. METHOD OF DISPOSITION (specify) CREMATION | 22. PLACE OF DISPOSITION CREMATION CARE OF GEORGIA INC 1114 BRETT DRIVE SW CONYERS GEORGIA 30094 | 23. DISPOSITION DATE (Mo., Day, Year) 02/10/2020 |
|---|---|---|

| 24a. EMBALMER'S NAME MOSES JUTOMUE STRYKER | 24b. EMBALMER LICENSE NO. 5273 | 25. FUNERAL HOME NAME GREGORY B LEVETT AND SONS S DEK CH |
|---|---|---|

| 25a. FUNERAL HOME ADDRESS 4347 FLAT SHOALS PKWY DECATUR GEORGIA 30034 |
|---|

| 26a. SIGNATURE OF FUNERAL DIRECTOR CECILE ROWE | 26b. FUN. DIR. LICENSE NO 5142 | AMENDMENTS 7/1/2022 10, 9 |
|---|---|---|

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) 01/25/2020 | 28. HOUR PRONOUNCED DEAD 17:26 MILITARY |
|---|---|

| 29a. PRONOUNCER'S NAME HUSAM  ELDEN MUSTAFA | 29b. LICENSE NUMBER 010685 | 29c. DATE SIGNED 01/25/2020 |
|---|---|---|

| 30. TIME OF DEATH 17:26 MILITARY | 31. WAS CASE REFERRED TO MEDICAL EXAMINER NO |
|---|---|

| 32. Part I. Enter the chain of events–diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest. Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. PULSELESS ELECTRICAL ACTIVITY, CARDIAC ARREST | MINUTES |
| | Due to, or as a consequence of B. GROUP A STREPTOCOCCUS SEPTIC SHOCK | UNKNOWN |
| | Due to, or as a consequence of C. MULTI ORGAN FAILURE | DAYS |
| | Due to, or as a consequence of D. ACUTE LIVER FAILURE | UNKNOWN |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death. | 33. WAS AUTOPSY PERFORMED? NO | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH UNKNOWN | 36. IF FEMALE (range 10-54) PREGNANT NOT APPLICABLE | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) NATURAL |
|---|---|---|

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|

| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) |
|---|

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.) ANURADHA RAJU THOPU, MD, 041377 | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|

| 45a. DATE SIGNED (Mo., Day, Year) 02/28/2020 | 45b. HOUR OF DEATH 17:26 MILITARY | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH ANURADHA RAJU THOPU 8901 STONEBRIDGE BOULEVARD DOUGLASVILLE GEORGIA 30134 |
|---|

| 48. REGISTRAR (Signature) /S/ CHRISTOPHER JP HARRISON | 49. DATE FILED - REGISTRAR (Mo., Day, Year) 03/12/2020 |
|---|---|

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

AMENDED DEATH CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS     DATE ISSUED:     JUL 2 5 2022

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**

# EXHIBIT L



# Request for Exemption for Intending Immigrant's Affidavit of Support

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-864W**
OMB No. 1615-0075
Expires 09/30/2021

| For Government Use Only | |
|---|---|
| **This Form I-864W:** | |
| ☐ **DOES NOT MEET** the requirements of exemption  ☐ **MEETS** the requirements of exemption | Reviewed By: _____ <br> Location: _____ Date (mm/dd/yyyy): _____ |

| To be completed by an attorney or accredited representative (if any). | ☒ **Select this box if** Form G-28 or G-28I is attached. | **Attorney State Bar Number** (if applicable) <br> 120681 | **Attorney or Accredited Representative USCIS Online Account Number** (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About You or Your Adopted Child (Intending Immigrant)

### Name of Requestor

**1.a.** Family Name (Last Name)  Jeng

**1.b.** Given Name (First Name)  Rohey

**1.c.** Middle Name  Faal

### Mailing Address  *(USPS ZIP Code Lookup)*

**2.a.** In Care Of Name  _____

**2.b.** Street Number and Name  951 Olde Town Place

**2.c.** ☐ Apt. ☐ Ste. ☐ Flr. _____

**2.d.** City or Town  Jonesboro

**2.e.** State  GA    **2.f.** ZIP Code  30236

**2.g.** Province  _____

**2.h.** Postal Code  _____

**2.i.** Country  United States

**3.** Is your current mailing address the same as your physical address?    ☒ Yes  ☐ No

If you answered "No" to **Item Number 3.**, provide your physical address.

### Physical Address

**4.a.** Street Number and Name  _____

**4.b.** ☐ Apt. ☐ Ste. ☐ Flr. _____

**4.c.** City or Town  _____

**4.d.** State  ____    **4.e.** ZIP Code  _____

**4.f.** Province  _____

**4.g.** Postal Code  _____

**4.h.** Country  _____

### Other Information

**5.** Date of Birth (mm/dd/yyyy)  04/01/1966

**6.** City or Town of Birth  Bangul

**7.** State or Province of Birth (if applicable)  _____

**8.** Country of Birth  Gambia

**9.** Alien Registration Number (A-Number)
▶ A- ▮▮▮▮▮ 8 3 3

**10.** USCIS Online Account Number (if any)
▶ _____

**11.** U.S. Social Security Number (Required)
▶ ▮▮▮▮▮▮▮▮▮

## Part 2.  Reason for Exemption

I am EXEMPT from filing Form I-864, Affidavit of Support Under Section 213A of the INA, because:

**1.a.** ☐ I have earned (or can be credited with) 40 quarters (credits) of coverage under the Social Security Act (SSA).  (Attach SSA earnings statements.  Do not count any quarters during which you received a means-tested public benefit.)

**1.b.** ☐ I am under 18 years of age, unmarried, immigrating as the child of a U.S. citizen, and will automatically become a U.S. citizen under the Child Citizenship Act of 2000 upon my admission to the United States.

**1.c.** ☒ I am filing for an immigrant visa or adjustment of status as a self-petitioning widow(er) using Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant.

**1.d.** ☐ I am filing for an immigrant visa or adjustment of status as a battered spouse or child using Form I-360.

## Part 3.  Requestor's (Intending Immigrant's) Contract, Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-864W Instructions before completing this part.

### *Requestor's Statement*

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this request and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 4.** read to me every question and instruction on this request and my answer to every question in

_____ ,
a language in which I am fluent, and I understood everything.

**2.** ☒ At my request, the preparer named in **Part 5.**,
`Justin W. Chaney, Esq.`                     ,
prepared this request for me based only upon information I provided or authorized.

### *Requestor's Contact Information*

**3.** Requestor's Daytime Telephone Number
`678-934-2588`

**4.** Requestor's Mobile Telephone Number (if any)
_____

**5.** Requestor's Email Address (if any)
_____

### *Requestor's Declaration and Certification*

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that U.S. Citizenship and Immigration Services (USCIS) or the U.S. Department of State (DOS) may require that I submit original documents to USCIS or DOS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS or DOS may need to determine my eligibility for the immigration benefit I seek.

I furthermore authorize release of information contained in this request, in supporting documents, and in my USCIS or DOS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my request and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my request, and that all of this information is complete, true, and correct.

In addition, I authorize the Social Security Administration (SSA) to release information about me in its records to USCIS and DOS.

### *Requestor's Signature*

**6.a.** Requestor's Signature
`RFJ eng`

**6.b.** Date of Signature (mm/dd/yyyy)   `7/25/2022`

**NOTE TO ALL REQUESTORS:** If you do not completely fill out this request or fail to submit required documents listed in the Instructions, USCIS or DOS may deny your request.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.** City or Town

**3.d.** State [ ]   **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [ ],
which is the same language specified in **Part 3., Item Number 1.b.,** and I have read to this requestor in the identified language every question and instruction on this request and his or her answer to every question. The requestor informed me that he or she understands every instruction, question, and answer on the request, including the **Requestor's Declaration and Certification,** and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Request, if Other Than the Requestor

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)
Chaney

**1.b.** Preparer's Given Name (First Name)
Justin

**2.** Preparer's Business or Organization Name (if any)
Justin W. Chaney, LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name   1801 Peachtree St., N.W.

**3.b.** ☐ Apt.  ☒ Ste.  ☐ Flr.

**3.c.** City or Town   Atlanta

**3.d.** State  GA   **3.e.** ZIP Code  30309

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
USA

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number
678-592-5432

**5.** Preparer's Mobile Telephone Number (if any)
678-592-5432

**6.** Preparer's Email Address (if any)
jchaney@lawchaney.com

**Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Request, if Other Than the Requestor** (continued)

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this request on behalf of the requestor and with the requestor's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the requestor in this case ☒ extends ☐ does not extend beyond the preparation of this request.

**NOTE:** If you are an attorney or accredited representative you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, or G-28I, Notice of Entry of Appearance as Attorney In Matters Outside the Geographical Confines of the United States, with this request.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this request at the request of the requestor. The requestor then reviewed this completed request and informed me that he or she understands all of the information contained in, and submitted with, his or her request, including the **Requestor's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this request based only on information that the requestor provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this request, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this request or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number,** and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.**  Family Name
(Last Name)

**1.b.**  Given Name
(First Name)

**1.c.**  Middle Name

**2.**   A-Number (if any)

▶ **A-**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

**7.a.** Page Number    **7.b.** Part Number    **7.c.** Item Number

**7.d.**

**JUSTIN W CHANEY LLC**
1801 Peachtree St NW Ste 110
Atlanta, GA  30309-1859

5555
64-22/610 8301

07/25/2022
Date

Pay to the
Order of _Department of Homeland Security_ | $ _675.00_

_Six hundred AND Seventy - Five Ho/100_  Dollars

WELLS
FARGO  Wells Fargo Bank,
Georgia
wellsfargo.com

#219-045-885

For _I 290B / Rishay Jones_

⑈061000227⑈ 20000332 13943 ⑈05555

MP

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | August 11, 2022 |
| **CASE TYPE** | | | **USCIS ALIEN NUMBER** |
| I-290B, Notice of Appeal or Motion | | | A2█████883 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | | **PAGE** |
| IOE0917179190 | August 01, 2022 | | 1 of 1 |
| | | | **DATE OF BIRTH** |

**PAYMENT INFORMATION:**

ROHEY JENG
C/O JUSTIN W. CHANEY JUSTIN W CHANEY LLC
1801 PEACHTREE ST. NW STE 110
ATLANTA, GA  30309

3-00001046

| | |
|---|---|
| **Application/Petition Fee:** | $675.00 |
| **Total Amount Received:** | $675.00 |
| **Total Balance Due:** | $0.00 |

‖‖┅‖‖‖┅‖‖┅‖┅‖‖┅┅‖┅‖┅‖┅‖‖‖┅‖‖┅‖┅‖‖┅‖┅‖┅‖‖┅‖

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 | |
| Lee's Summit, MO  64002 |  |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.         Form I-797C   10/13/21