**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **APRIL BIAGIONI**, | ) | |
| Individually and as next friend of | ) | |
| A.B., D.B., and J.B., | ) | |
| **MARK BIAGIONI**, | ) | |
| Individually and as next friend of | ) | |
| A.B., D.B., and J.B., | ) | Civil Action File No.: |
| **A.B.**, **D.B.**, and **J.B.**, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF DECATUR SCHOOL** | ) | |
| **DISTRICT**, and **MAGGIE FEHRMAN**, | ) | |
| in her individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**</u>

COMES NOW Plaintiffs April Biagioni, individually and as next friend of A.B., D.B., and J.B.; Mark Biagioni, individually and as next friend of A.B., D.B., and J.B.; A.B.; D.B.; and J.B. (collectively "Plaintiffs"), by and through their counsel of record, and, pursuant to Local Rule 3.3, submit their Certificate of Interested Persons as follows:

(1)     The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties,

including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or a proposed intervenor:

    a) Plaintiff April Biagioni;

    b) Plaintiff Mark Biagioni;

    c) Plaintiff A.B., a minor;

    d) Plaintiff D.B., a minor;

    e) Plaintiff J.B., a minor;

    f) Defendant City of Decatur School District; and

    g) Defendant Maggie Fehrman.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a) Buckley Bala Wilson Mew LLP

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

<u>For the Plaintiffs:</u>

Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com
Anita K. Balasubramanian
Georgia Bar No. 372029
abala@bbwmlaw.com
Alessandra Palazzolo
Georgia Bar No. 485399
apalazzolo@bbwmlaw.com
Buckley Bala Wilson Mew LLP
600 Peachtree Street NE, Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

(4)    [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Not applicable.

Respectfully submitted on February 2, 2023.

**BUCKLEY BALA WILSON MEW LLP**

By:    <u>/s/ Anita K. Balasubramanian</u>
Anita K. Balasubramanian
Georgia Bar No. 372029
abala@bbwmlaw.com
Edward D. Buckley
Georgia Bar No. 092750
edbuckley@bbwmlaw.com

Alessandra Palazzolo
Georgia Bar No. 485399
apalazzolo@bbwmlaw.com
600 Peachtree Street, NE
Suite 3900
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **APRIL BIAGIONI**, | ) | |
| Individually and as next friend of | ) | |
| A.B., D.B., and J.B., | ) | |
| **MARK BIAGIONI**, | ) | |
| Individually and as next friend of | ) | |
| A.B., D.B., and J.B., | ) | Civil Action File No.: |
| **A.B.**,  **D.B.**, and **J.B.**, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CITY OF DECATUR SCHOOL** | ) | |
| **DISTRICT**, and **MAGGIE FEHRMAN**, | ) | |
| in her individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I filed the foregoing **PLAINTIFFS'**

**CERTIFICATE OF INTERESTED PERSONS** using the CM/ECF system which

will automatically send e-mail notification of such filing to all counsel of record.

**BUCKLEY BALA WILSON MEW LLP**

By:     */s/ Anita K. Balasubramanian*
          Anita K. Balasubramanian
          Georgia Bar No. 372029
          abala@bbwmlaw.com

5