UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEE WARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIGURE LENDING, LLC,<br><br>　　　　　Defendant. | Civil Action No.: |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, Defendant Figure Lending, LLC, ("Figure"), by and through counsel, hereby removes this action from the Superior Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

In support of this Notice, Defendant states as follows:

**I.　Procedural Background**

1.　Plaintiff Lee Ward ("Plaintiff") originally filed this case in the Superior Court of Gwinnett County, Georgia, case number 22-A-10835-3, on December 22, 2022. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings

1

from Superior Court of Gwinnett County are attached as Exhibit A.

2.      Plaintiff asserts causes of action for violations of the federal Truth-in-Lending Act ("TILA"); breach of contract; and unjust enrichment, arising out of a home equity line of credit received from Defendant.  Plaintiff also asserts putative class action claims under the same causes of action.  *See generally*, Compl. ¶¶ 54-67.  Plaintiff generally seeks damages on behalf of himself and each putative class; class certification; and attorneys' fees and costs.  *See* Compl. at Prayer for Relief.

## II.     This Notice of Removal is Timely Filed in the Proper Venue

3.      This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

4.      A copy of the Summons and Complaint was served upon Defendant on January 5, 2023.

5.      The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after Defendant was served with the Summons and Complaint.

6.      The United States District Court for the Northern District of Georgia – Atlanta Division – is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the

place where the original action was filed and is pending, and cases from Gwinnett County are properly assigned to the Atlanta Division. 28 U.S.C. § 90(a)(2).

### III. This Court Has Federal Question Jurisdiction over Plaintiff's TILA Claims.

7. Federal question jurisdiction exists over Plaintiff's claims under 28 U.S.C. § 1331, because the resolution of Plaintiff's claims will require adjudication of disputed questions of federal law. Federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  In this case, federal question jurisdiction exists over this action pursuant to 28 U.S.C. § 1331.

8. Plaintiff alleges two counts under TILA and seeks damages pursuant to both claims.  (*See generally*, Compl.).  Because these claims arise under federal law, federal question jurisdiction exists.  *See Underhill v. Bank of America, N.A.*, No. 1:13-CV-2614, 2014 U.S. Dist. LEXIS 19366, at *12 (N.D. Ga. Jan. 15, 2014) (denying motion for remand because TILA claims were properly removed under federal question jurisdiction), adopted by 2014 U.S. Dist. LEXIS 18737, at *1 (N.D. Ga. Feb. 14, 2014).

### IV. This Court has Supplemental Jurisdiction over the Remaining Claims.

9. This Court has supplemental jurisdiction over any and all statutory,

3

state common law, or other nonfederal claims asserted in Plaintiff's Complaint pursuant to 28 U.S.C. § 1367, because those claims arise out of the same transaction as Plaintiff's purported federal claims, and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a); *See, e.g., In re City of Mobile*, 75 F.3d 605, 607 (11th Cir. 1996). All of the claims asserted in Plaintiff's Complaint arise from his loan transaction and loan agreement with Figure. Thus, this Court has original jurisdiction over Plaintiff's federal TILA claims, and supplemental jurisdiction over the remaining claims asserted in Plaintiff's Complaint that Plaintiff did not assert under the federal TILA.

10. Accordingly, as the state court lawsuit is pending in the Superior Court of Gwinnett County, Georgia, Defendants are entitled, pursuant to 28 U.S.C. § 1441(a), to remove this action to the U.S. District Court for the Northern District of Georgia, Atlanta Division.

11. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly notify Plaintiff of the removal and will promptly file a copy of this Notice of Removal to Federal Court with the Clerk of the Superior Court of Gwinnett County, Georgia. A copy of the Notice of Filing of Notice of Removal is attached as Exhibit B.

Respectfully submitted,

Date:  February 3, 2023               **TAYLOR ENGLISH DUMA LLP**

By: */s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Tel: (678) 336-7280
mrosenkoff@taylorenglish.com

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider (*pro hac vice* application forthcoming)
Joseph M. Katz (*pro hac vice* application forthcoming)
Greyson J. Wallis (*pro hac vice* application forthcoming)
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
kider@thewbkfirm.com
katz@thewbkfirm.com
gbrown@thewbkfirm.com

*Attorneys for Defendant Figure Lending LLC*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

                                            **TAYLOR ENGLISH DUMA LLP**

                                            /s/ Matthew R. Rosenkoff
                                            Matthew R. Rosenkoff, Esq.
                                            Georgia Bar No. 842117
                                            1600 Parkwood Circle – Suite 400
                                            Atlanta, Georgia 30339
                                            Telephone: (770) 434-6868
                                            Facsimile: (770) 434-7376
                                            mrosenkoff@taylorenglish.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| LEE WARD,<br><br>      Plaintiff,<br><br>      v.<br><br>FIGURE LENDING, LLC,<br><br>      Defendant. | **Civil Action No.:** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2023, a copy of the foregoing was filed via CM/ECF and served upon counsel of record via electronic notification.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
