# EXHIBIT B

**GWINNETT COUNTY SUPERIOR COURT**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| LEE WARD, | ) | |
| | ) | |
|    Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| v. | ) | 22-A-10835-3 |
| | ) | |
| FIGURE LENDING, LLC | ) | |
| | ) | |
|    Defendant. | ) | |

**FIGURE LENDING, LLC'S NOTICE OF FILING OF**
**NOTICE OF REMOVAL**

Please take notice that Defendant, Figure Lending LLC ("Figure") has filed a Notice of Removal under 28 U.S.C. §§ 1441-1446 in the United States District Court for the Northern District of Georgia, Atlanta Division.  A copy of the Notice of Removal is attached hereto as Exhibit A.

Pursuant to the provisions of 28 U.S.C. §1446, the filing of the Notice of Removal by Defendant in United States District Court for the Northern District of Georgia affects the removal of this action from the Superior Court's jurisdiction, and the Superior Court "shall proceed no further unless and until the case is remanded" by the federal court.  28 U.S.C. § 1446.

Respectfully submitted this 3rd day of February, 2023.

1

TAYLOR ENGLISH DUMA LLP

*/s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff
Georgia Bar No. 842117
mrosenkoff@taylorenglish.com
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Ph:  (770) 434-6868
Fax:  (770) 434-7376

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the Odyssey filing system which will automatically send email notification of such filing to all counsel of record in this matter.

Dated this the 3rd day of February, 2023.

E. Adam Webb
G. Franklin Lemond, Jr.
1900 The Exchange, S.E., Suite 480,
Atlanta, Georgia 30339

*Counsel for Plaintiff*

*/s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff

*Attorney for Defendant*

2