# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| LEE WARD,<br><br>   Plaintiff,<br><br>  v.<br><br>FIGURE LENDING, LLC,<br><br>   Defendant. | **Civil Action No.:** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

 **a) Figure Technologies, Inc. is Figure Lending LLC's parent corporation.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the

outcome of this case:

   a) **N/A**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

   a) **E. Adam Webb**
      **G. Franklin Lemond, Jr.**
      **Webb, Klase & Lemond, LLC**
      **The Exchange S.E.**
      **Suite 480**
      **Atlanta, GA 30339**
      **Attorneys for the Plaintiff**

   b) **Matthew R. Rosenkoff**
      **Taylor English Duma LLP**
      **1600 Parkwood Circle, Suite 200**
      **Atlanta, GA 30339**
      **Attorneys for Figure Lending LLC**

   c) **Mitchel H. Kider (*pro hac vice* application forthcoming)**
      **Joseph M. Katz (*pro hac vice* application forthcoming)**
      **Greyson J. Wallis (*pro hac vice* application forthcoming)**
      **Weiner Brodsky Kider PC**
      **1300 19th Street NW, Fifth Floor**
      **Washington, DC 20036**
      **Attorneys for Figure Lending LLC**

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. §

1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed[1]:

a) N/A

---

[1] Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)). "[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)). A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022. A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).

Respectfully submitted,

Date:  February 3, 2023

**TAYLOR ENGLISH DUMA LLP**

By: */s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Tel: (678) 336-7280
mrosenkoff@taylorenglish.com

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider (*pro hac vice* application forthcoming)
Joseph M. Katz (*pro hac vice* application forthcoming)
Greyson J. Wallis (*pro hac vice* application forthcoming)
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
kider@thewbkfirm.com
katz@thewbkfirm.com
gbrown@thewbkfirm.com

*Attorneys for Defendant Figure Lending LLC*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

                                         **TAYLOR ENGLISH DUMA LLP**

                                         /s/ Matthew R. Rosenkoff
                                         Matthew R. Rosenkoff, Esq.
                                         Georgia Bar No. 842117
                                         1600 Parkwood Circle – Suite 400
                                         Atlanta, Georgia 30339
                                         Telephone: (770) 434-6868
                                         Facsimile: (770) 434-7376
                                         mrosenkoff@taylorenglish.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA  ATLANTA DIVISION

| | |
|---|---|
| LEE WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>FIGURE LENDING, LLC,<br><br>    Defendant. | **Civil Action No.:** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2023, a copy of the foregoing was filed via CM/ECF and served upon counsel of record via electronic notification.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117