

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MASON GRIFFIN, individually, and AMY GRIFFIN, as legal guardian and Trustee of C.G., a minor child<br><br>    Plaintiffs<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, and KELLY GAGNON, Individually<br><br>    Defendants | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)<br>)   FILE NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONSENT TO REMOVAL**

Now comes defendant KELLY GAGNON, and consents to the removal of this case by defendant Sun Life Assurance Company of Canada from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 3rd day of February, 2023.

                                                  /s/ Douglas M. Robinson
                                                Douglas M. Robinson
                                                Georgia Bar No. 610100

                                                Attorney for Defendant
                                                  Kelly Gagnon

EVANS WARNCKE ROBINSON LLC
191 Peachtree Street, N.E., Suite 3980
Atlanta, Georgia 30303
(404) 841-9400
d.robinson@ewrlawfirm.com