# Exhibit 3

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MASON GRIFFIN, Individually, and )<br>AMY GRIFFIN, as legal guardian and )<br>Trustee of C.G., a minor child )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>SUN LIFE ASSURANCE COMPANY )<br>OF CANADA, and KELLY GAGNON, )<br>Individually )<br>)<br>    Defendant ) | CIVIL ACTION<br><br>FILE NO. 22-A-10721-3 |

**NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT**

SUN LIFE ASSURANCE OF CANADA, named as a defendant in the above-styled case, has filed in the United States District Court for the Northern District of Georgia, Atlanta Division, its notice of removal of this action in accordance with 28 U.S.C. §§ 1441 and 1446.  Attached hereto is a copy of said notice of removal and all papers and exhibits attached thereto.

This 3rd day of February, 2023.

                                                                            */s/  Kenton J. Coppage*
                                                                            Kenton J. Coppage
                                                                            Georgia Bar No. 187190

                                                                            Attorney for Defendant
                                                                            Sun Life Assurance Company
                                                                              of Canada

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 – *Telephone*
(404) 962-1200 – *Facsimile*
*kcoppage@foxrothschild.com*

## **CERTIFICATE OF SERVICE**

The foregoing pleading was filed electronically with the Clerk of Court using the Odyssey eFileGA system, which will automatically send e-mail notification of such filing to the following attorneys of record for Plaintiffs:

Taylor B. Drake, Esq.<br>
Michael H. Hill, Esq.<br>
GLOVER & DAVIS, P.A.<br>
10 Brown Street, Post Office Box 1038<br>
Newnan, Georgia 30264

Additionally, I have this day served the attorney of record for Defendant Kelly Gagnon in the foregoing matter with a copy of this pleading via first class mail in an envelope properly addressed as follows:

Douglas M. Robinson, Esq.<br>
EVANS WARNCKE ROBINSON LLC<br>
191 Peachtree Street, N.E., Suite 3980<br>
Atlanta, Georgia 30303

This 3rd day of February, 2023.

<i>s/ Kenton J. Coppage</i><br>
Kenton J. Coppage<br>
Georgia Bar No. 187190<br>
Attorney for Defendant<br>
Sun Life Assurance Company of Canada

FOX ROTHSCHILD LLP
999 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(404) 962-1000 – *Telephone*
(404) 962-1200 – *Facsimile*
kcoppage@foxrothschild.com