IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| BRIAN J. MCCARTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. _____ |
| | ) [On removal from the State |
| STATE FARM FIRE AND | ) Court of Gwinnett County, |
| CASUALTY COMPANY, | ) Georgia, Civil Action |
| | ) File No. 22-C-07620-S4] |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

State Farm Fire and Casualty Company ("State Farm"), Defendant in the above-styled civil action, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 within the time prescribed by law, respectfully showing this Court as follows:

1.

On January 2, 2023, Plaintiff Brian J. McCarthy ("Plaintiff"), by and through counsel, filed a Complaint against State Farm in the State Court of Gwinnett County, Georgia, styled as *Brian J. McCarthy v. State Farm Fire & Casualty Company* and assigned Civil Action File No. 22-C-07620 (the "State

Court Action"). True and accurate copies of all filings to date in the State Court Action are collectively attached hereto as **Exhibit "A."**

2.

The Complaint and Summons in the State Court Action were served upon State Farm on January 4, 2023. This Notice of Removal is filed within thirty days of January 4, 2023, the date upon which State Farm received the Complaint and notice of the subject lawsuit. This Notice of Removal is also filed within one year of the commencement of the action. Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Gwinnett County, Georgia. Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1446(d), promptly upon the filing of this Notice of Removal, State Farm will contemporaneously herewith give written notice to Plaintiff by notifying his attorneys of record, David J. Hungeling, Esq. and Adam S. Rubenfield, Esq. of Hungeling Rubenfield Law, and will file a copy of this Notice of Removal with the Clerk of State Court of Gwinnett County, which shall effectuate the removal.

## **DIVERSITY JURISDICTION**

5.

The United States District Court for the Northern District of Georgia, Atlanta Division, possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

6.

Plaintiff was a resident of Georgia on the date the Complaint was filed. See Complaint, ¶ 1. Thus, Plaintiff is a citizen of the State of Georgia.

7.

State Farm is a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Illinois. Thus, State Farm is not a citizen of the State of Georgia and was not a citizen of the State of Georgia at the time Plaintiff filed her Complaint.

8.

Because Plaintiff and State Farm are citizens of different States, complete diversity exists between Plaintiff and State Farm in accordance with 28 U.S.C. § 1332(a)(1).

9.

Although not expressly stated in the Complaint, the damages sought by Plaintiff in this matter exceed the sum of $75,000.00, exclusive of interest and

costs. See Affidavit of Tammi Minter attached hereto as **Exhibit "B."**

10.

The Court is authorized to include attorneys' fees in determining the amount in controversy for removal purposes where those fees are allowed by statute. Hall v. Travelers Ins. Co., 691 F. Supp. 1406, 1409 (N.D. Ga. 1988) ("Where, as here, attorney's fees are allowable by applicable law, they may be included in assessing the jurisdictional amount in controversy."). See also LaFoy v. Federal Ins. Co., 2016 WL 10567789 at *2 (N.D. Ga. 2016) (finding that, where the plaintiff sought contractual damages of $51,190 and brought a claim for bad faith pursuant to O.C.G.A. § 33-4-6 and sought an unspecified amount of attorneys' fees, the amount in controversy "easily … exceed[ed] the threshold of $75,000.").

11.

In light of the foregoing, this Court has subject matter jurisdiction over this matter in accordance with 28 U.S.C. § 1332(a).

12.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a). By filing this Notice of Removal, State Farm does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, State Farm prays that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1446, and that no further proceedings be had in said case in the State Court of Gwinnett County, Georgia.

Respectfully submitted this 3rd day of February, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Jessica M. Phillips*
Jessica M. Phillips
Georgia State Bar No. 922902
Kyle A. Ference
Georgia State Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 3rd day of February, 2023.

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Jessica M. Phillips*
        Jessica M. Phillips
        Georgia State Bar No. 922902
        Kyle A. Ference
        Georgia State Bar No. 683043
        ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that this day I have electronically filed ***Defendant State Farm Fire and Casualty Company's Notice of Removal*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

David J. Hungeling, Esq.
Adam S. Rubenfield, Esq.
Hungeling Rubenfield Law
1718 Peachtree Street NW, Suite 599
Atlanta, GA 30309
david@hungelinglaw.com
adam@hungelinglaw.com
*Counsel for Plaintiff*

This 3rd day of February, 2023.

                                       SWIFT, CURRIE, McGHEE & HIERS, LLP

                                       */s/ Jessica M. Phillips*
                                       Jessica M. Phillips
                                       Georgia State Bar No. 922902
                                       Kyle A. Ference
                                       Georgia State Bar No. 683043
                                       ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com