# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| BRIAN J. MCCARTHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. _____ |
| | ) [On removal from the State |
| STATE FARM FIRE AND | ) Court of Gwinnett County, |
| CASUALTY COMPANY, | ) Georgia, Civil Action |
| | ) File No. 22-C-07620-S4] |
| Defendant. | ) |
| | ) |

## AFFIDAVIT OF TAMMI MINTER

In accordance with the terms and provisions of 28 U.S.C. § 1746, I hereby declare and state as follows:

### 1.

My name is Tammi Minter. I am over eighteen (18) years old and do not suffer from any mental infirmities. I have personal knowledge of, and am otherwise competent to testify regarding, the facts stated herein. I reside in Gwinnett County, Georgia.

### 2.

I am employed as a Team Manager in the Claims Department with State Farm Fire and Casualty Company, and I am authorized to act on behalf of State

- 1 -

Farm Fire and Casualty Company ("State Farm"). Through my position as a Team Manager, I am familiar with the facts and information attested to herein.

3.

I, along with other State Farm representatives, was assigned to investigate and evaluate the claim submitted by Brian McCarthy as the result of a wind loss (the "Loss") to property located at 1370 Cherokee Trail, White Plains, Georgia 30678 (the "Property"). State Farm assigned the claim number 11-29G2-75T.

4.

On or about September 1, 2022, a public adjuster submitted a letter of representation to State Farm on Plaintiff's behalf advising that Plaintiff had "retained [his] services." A true and correct copy of this correspondence is attached hereto as **Exhibit 1**.

5.

On or about October 9, 2022, Plaintiff, through his public adjuster, submitted a repair estimate to State Farm in the amount of $62,379.50 which purported to reflect the cost to repair damages to the Property as a result of the Loss. A true and correct copy of this repair estimate is attached hereto as **Exhibit 2**.

6.

Plaintiff filed the subject lawsuit against State Farm on January 2, 2023, in the State Court of Gwinnett County, Georgia, where the case was designated as Civil Action File No. 22-C-07620-S4.

7.

In his Complaint, Plaintiff explicitly references his public adjuster's damages estimate in the amount of $62,379.50. Complaint, ¶ 13.

8.

State Farm has issued payments to Plaintiff in regard to the Loss totaling $11,555.53.

9.

In his Complaint, Plaintiff alleges that State Farm failed to "reimburse Plaintiff for the full amount" of the alleged damages to the Property. Complaint, ¶ 24.

10.

In his Complaint, Plaintiff also seeks bad faith penalties and attorneys' fees pursuant to O.C.G.A. § 33-4-6, which could potentially allow Plaintiff to recover an additional fifty percent (50%) of the amount of compensatory damages awarded, plus attorneys' fees. Complaint, ¶ 31.

11.

Without conceding that Plaintiff is entitled to any amounts from State Farm, it is State Farm's belief that, should Plaintiff be awarded the damages he seeks in this matter, he could recover a sum in excess of $75,000.00, the jurisdictional amount-in-controversy requirement pursuant to 28 U.S.C. § 1332(a).

12.

This Affidavit is given of my own knowledge to be used in support of the Notice of Removal filed on behalf of State Farm in the case <u>Brian J. McCarthy v. State Farm Fire & Casualty Company</u>, and for any other purpose as such Affidavit may be used as provided by law.

I   DECLARE   UNDER   PENALTY   OF   PERJURY   THAT   THE FOREGOING IS TRUE AND CORRECT.

Tammi Minter
State Farm Fire and Casualty Company

EXECUTED ON: <u>February 2, 2023</u>



- 4 -

# EXHIBIT 1

# *Hart's Consulting Co*

**2416 Wild Oak Ct**
**Stockbridge, GA 30281**
(770) 785-6244 – *Same for Fax*

russok2@bellsouth.net
Cell – 678.230.1039

*Public Adjuster For The People*

September 1, 2022

| To: | **State Farm Ins. Co.** |
|-----|-------------------------|

| **Claims Department** | *Via Email  –  9/1/22 – StateFarmFireClaims@statefarm.com* |
|-----------------------|-----------------------------------------------------------|
| | Voice xxxx |

| Re: | **Representation of Client** |
|-----|------------------------------|

To Whom It Concerns:

     The insured listed below has retained my services.  It is my understanding that your office represents the insurer for the claim listed below. If this is not correct, please redirect or advise me accordingly. Also, please note your file for-all-to-see that all correspondences and/or inquiries to this loss are to come through my office.

     It is my understanding that the risk has been inspected but now that restorations are underway, your insured disagrees with the extent of the damages determined by the adjuster in State Farm's 2/2/22 estimate. Please have the adjuster contact me in order that I may discuss the scope-of-damages. If necessary, the adjuster and I together can arrange an appointment to inspect the risk in order that we may agree to the exhibited damages.

Finally, please email me a copy of the file photos. I await your reply and will be at your service towards a prompt disposition.

Sincerely,

*Russ Hart* / Owner

---

Insured: **Brian & Mary McCarthy**

Insurer: **State Farm**

Policy Number and Date: **11LT7701,  6/4/22**

Claim Number and Date: **1129g275t, 1/2/22**

.

---

# EXHIBIT 2

## Hart's Consulting Co

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

| | | | |
|---|---|---|---|
| Insured: | Dr. Brian McCarthy - PrelimScope | Cellular: | (678) 427-6589 |
| Property: | 1370 Cherokee Trl | | |
| | White Plains , GA 30678 | | |

Estimator:  Barry Jones
Position:   Estimator

**Claim Number:** 1129G275T          **Policy Number:** 11LT77013          **Type of Loss:** Wind Damage

Date of Loss:    1/2/2022 12:00 PM          Date Received:
Date Inspected:                              Date Entered:   10/4/2022 12:00 PM

Price List:    GAAH8X_OCT22
               Restoration/Service/Remodel
Estimate:      GA_MCCARTHY-BJ2

Angela Robinson, as discussed earlier, normally I do not produce an estimate to the carrier until your adjuster and I walked the claim together for agreement on scope. However, to accommodate your request the following is submitted for your consideration but should be accepted in that light. I await your reply to dispatching a field adjuster

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

### GA_MCCARTHY-BJ2

### Roof



#### 30 Year Shingle Roof

| | | |
|---|---|---|
| 3,817.91 Surface Area | | 38.18 Number of Squares |
| 342.51 Total Perimeter Length | | 133.46 Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Portions of the shingles damaged and compromised by fallen tree and limbs.  Replacing shingles on affected left slope. | | | | | | |
| 1.  Roofing felt - 30 lb. | 6.50 SQ | 0.00 | 33.96 | 6.05 | 45.36 | 272.15 |
| 2.  Remove Laminated - comp. shingle rfg. - w/out felt | 6.50 SQ | 55.33 | 0.00 | 0.00 | 71.94 | 431.59 |
| 3.  Laminated - comp. shingle rfg. - w/out felt | 7.33 SQ | 0.00 | 227.98 | 71.34 | 348.48 | 2,090.91 |
| 4.  Remove Additional charge for steep roof - 10/12 - 12/12 slope | 6.50 SQ | 22.28 | 0.00 | 0.00 | 28.96 | 173.78 |
| 5.  Additional charge for steep roof - 10/12 - 12/12 slope | 6.50 SQ | 0.00 | 61.80 | 0.00 | 80.34 | 482.04 |
| 6.  R&R Continuous ridge vent - shingle-over style | 37.00 LF | 0.85 | 8.67 | 11.81 | 72.82 | 436.87 |
| 7.  R&R Hip / Ridge cap - composition shingles | 37.00 LF | 2.40 | 4.01 | 3.91 | 48.22 | 289.30 |
| 8.  R&R Drip edge | 64.00 LF | 0.33 | 2.56 | 5.94 | 38.16 | 229.06 |
| Totals:  30 Year Shingle Roof | | | | 99.05 | 734.28 | 4,405.70 |

#### Metal Roof



| | | |
|---|---|---|
| 1,714.12 Surface Area | | 17.14 Number of Squares |
| 249.46 Total Perimeter Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Portions of the metal roof damaged and compromised by fallen tree and limbs | | | | | | |
| 9.  R&R Metal roofing | 1,714.12 SF | 0.50 | 5.88 | 293.46 | 2,245.92 | 13,475.47 |
| 10.  Roofing felt - 15 lb. | 17.14 SQ | 0.00 | 28.81 | 8.89 | 100.54 | 603.23 |

## Hart's Consulting Co

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

**CONTINUED - Metal Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 11.  R&R Skylight - flat fixed, 9.1 - 10 sf | 3.00 EA | 45.82 | 699.28 | 141.42 | 475.34 | 2,852.06 |
| 12.  R&R Ridge cap - metal roofing | 101.92 LF | 1.80 | 4.13 | 18.18 | 124.52 | 747.09 |
| 13.  R&R Sheathing - OSB - 1/2" | 458.45 SF | 0.57 | 1.77 | 28.61 | 220.28 | 1,321.67 |

Replace plywood over kitchen and family room

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Metal Roof | | | | 490.56 | 3,166.60 | 18,999.52 |
| Total: Roof | | | | **589.61** | **3,900.88** | **23,405.22** |

**Deck**



| **Affected Deck Area** | | **Height: 3'** |
|---|---|---|
| | 170.33  LF Floor Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Tree(s) fell onto and damaged portions of the wood deck.   Sketch includes the recommended repair portion only. | | | | | | |
| 14.  2" x 10" x 8' #2 treated pine (material only) | 33.00 EA | 0.00 | 19.05 | 50.29 | 135.80 | 814.74 |
| 15.  2" x 10" x 20' #2 treated pine (material only) | 8.00 EA | 0.00 | 47.62 | 30.48 | 82.30 | 493.74 |
| 16.  2" x 10" x 16' #2 treated pine (material only) | 13.00 EA | 0.00 | 38.40 | 39.94 | 107.82 | 646.96 |
| 17.  2" x 10" x 14' #2 treated pine (material only) | 18.00 EA | 0.00 | 33.54 | 48.30 | 130.40 | 782.42 |
| 18.  2" x 10" x 12' #2 treated pine (material only) | 8.00 EA | 0.00 | 28.69 | 18.36 | 49.58 | 297.46 |
| 19.  2" x 10" x 10' #2 treated pine (material only) | 1.00 EA | 0.00 | 23.81 | 1.90 | 5.14 | 30.85 |
| 20.  R&R Labor to install joist - floor or ceiling - 2x10 | 635.48 LF | 1.09 | 2.39 | 0.51 | 442.40 | 2,654.38 |
| 21.  2" x 6" x 20' #2 treated pine (material only) | 10.00 EA | 0.00 | 29.94 | 23.95 | 64.68 | 388.03 |
| 22.  2" x 6" x 10' #2 treated pine (material only) | 8.00 EA | 0.00 | 14.97 | 9.58 | 25.88 | 155.22 |
| 23.  2" x 6" x 16' #2 treated pine (material only) | 30.00 EA | 0.00 | 23.76 | 57.02 | 153.96 | 923.78 |

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

### CONTINUED - Affected Deck Area

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 24.  2" x 6" x 12' #2 treated pine (material only) | 42.00 EA | 0.00 | 18.04 | 60.61 | 163.66 | 981.95 |
| 25.  R&R 6" softwood deck planking - Labor only (per SF) | 545.46 SF | 2.02 | 4.63 | 8.29 | 727.12 | 4,362.72 |
| 26.  2" x 2" x 8' #2 treated pine (material only) | 130.00 EA | 0.00 | 4.53 | 47.11 | 127.20 | 763.21 |
| 27.  4" x 4" x 8' - treated lumber post - material only | 8.00 EA | 0.00 | 19.06 | 12.20 | 32.94 | 197.62 |
| 28.  R&R Deck hand rail/guard rail - Labor only | 113.48 LF | 1.14 | 23.79 | 2.72 | 566.36 | 3,398.14 |
| 29.  2" x 6" x 20' #2 treated pine (material only) | 4.00 EA | 0.00 | 29.94 | 9.58 | 25.88 | 155.22 |
| 30.  2" x 6" x 10' #2 treated pine (material only) | 1.00 EA | 0.00 | 14.97 | 1.20 | 3.24 | 19.41 |
| 31.  2" x 6" x 8' #2 treated pine (material only) | 10.00 EA | 0.00 | 11.98 | 9.58 | 25.88 | 155.26 |
| 32.  2" x 6" x 16' #2 treated pine (material only) | 2.00 EA | 0.00 | 23.76 | 3.80 | 10.26 | 61.58 |
| 33.  2" x 6" x 14' #2 treated pine (material only) | 3.00 EA | 0.00 | 21.09 | 5.06 | 13.68 | 82.01 |
| 34.  Deck pier or footing | 6.00 CY | 0.00 | 174.81 | 75.20 | 224.82 | 1,348.88 |
| 35.  2" x 6" x 12' #2 treated pine (material only) | 1.00 EA | 0.00 | 18.04 | 1.44 | 3.88 | 23.36 |
| Totals:  Affected Deck Area | | | | 517.12 | 3,122.88 | 18,736.94 |

### Entire Wood Deck Area                                    Height: 3'

331.51 LF Floor Perimeter



| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| *****PAINTING***** | | | | | | |
| 36.  Prime & paint deck - 2 coats primer, 2 coats paint | 1,903.00 SF | 0.00 | 2.30 | 77.64 | 890.90 | 5,345.44 |
| 37.  Prime & paint ext. railing - 2 coats primer, 2 coats paint | 231.00 LF | 0.00 | 15.22 | 15.89 | 706.34 | 4,238.05 |
| Totals:  Entire Wood Deck Area | | | | 93.53 | 1,597.24 | 9,583.49 |

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

| | | | |
|---|---|---|---|
| Total: Deck | **610.65** | **4,720.12** | **28,320.43** |

### Rear Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 38. R&R Downspout - aluminum - 6" | 36.00 LF | 0.50 | 13.15 | 23.27 | 102.94 | 617.61 |
| 39. R&R Gutter - aluminum - 6" | 71.00 LF | 0.50 | 13.15 | 45.89 | 203.02 | 1,218.06 |
| 40. R&R Gutter guard/screen - High grade | 71.00 LF | 0.64 | 14.96 | 17.10 | 224.94 | 1,349.64 |
| Totals: Rear Exterior | | | | 86.26 | 530.90 | 3,185.31 |

### Interior



**Kitchen**                                                        **Height: Sloped**

374.82 SF Walls                         173.46 SF Ceiling
548.29 SF Walls & Ceiling           171.78 SF Floor
19.09 SY Flooring                        40.86 LF Floor Perimeter
41.16 LF Ceil. Perimeter

**Missing Wall**                    **11' 3" X 8' 4"**              **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 41. Contents - move out then reset | 1.00 EA | 0.00 | 65.24 | 0.00 | 13.04 | 78.28 |
| 42. Floor protection - cardboard and tape | 171.78 SF | 0.00 | 0.70 | 3.85 | 24.84 | 148.94 |
| ****Ceiling***** | | | | | | |
| 43. Light fixture - Detach & reset | 1.00 EA | 0.00 | 53.88 | 0.00 | 10.78 | 64.66 |
| 44. R&R T & G paneling - knotty pine paneling (unfinished) | 72.00 SF | 0.38 | 5.81 | 14.52 | 92.04 | 552.24 |
| 45. Stain & finish paneling | 72.00 SF | 0.00 | 1.83 | 2.19 | 26.80 | 160.75 |
| 46. Strip & refinish paneling | 101.46 SF | 0.00 | 3.07 | 6.66 | 63.64 | 381.78 |
| 47. Additional coats of finish (per coat) | 173.46 SF | 0.00 | 0.88 | 3.33 | 31.18 | 187.15 |
| 48. Scaffold - per section (per day) | 4.00 DA | 0.00 | 25.28 | 0.00 | 20.22 | 121.34 |
| 2 sections for 2 days = 4 | | | | | | |
| 49. Scaffolding Setup & Take down - per hour | 4.00 HR | 0.00 | 44.45 | 0.00 | 35.56 | 213.36 |
| Includes, delivery, setup, manipulating, take down and return | | | | | | |

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Kitchen | | | | 30.55 | 318.10 | 1,908.50 |

**Family Room**     **Height: Sloped**

577.63 SF Walls    284.99 SF Ceiling
862.62 SF Walls & Ceiling    279.00 SF Floor
31.00 SY Flooring    48.75 LF Floor Perimeter
71.02 LF Ceil. Perimeter

**Missing Wall - Goes to Floor**    **21' 9" X 6' 8"**    **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 50. Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 195.71 | 0.00 | 39.14 | 234.85 |
| 51. Floor protection - cardboard and tape | 279.00 SF | 0.00 | 0.70 | 6.25 | 40.32 | 241.87 |
| ****Ceiling***** | | | | | | |
| 52. Ceiling fan - Detach & reset | 2.00 EA | 0.00 | 191.91 | 0.00 | 76.76 | 460.58 |
| 53. R&R T & G paneling - knotty pine paneling (unfinished) | 84.00 SF | 0.38 | 5.81 | 16.93 | 107.36 | 644.25 |
| 54. Stain & finish paneling | 84.00 SF | 0.00 | 1.83 | 2.55 | 31.26 | 187.53 |
| 55. Strip & refinish paneling | 200.99 SF | 0.00 | 3.07 | 13.18 | 126.04 | 756.26 |
| 56. Additional coats of finish (per coat) | 284.99 SF | 0.00 | 0.88 | 5.47 | 51.26 | 307.52 |
| 57. Scaffold - per section (per day) | 8.00 DA | 0.00 | 25.28 | 0.00 | 40.44 | 242.68 |
| 4 sections for 2 days = 8 | | | | | | |
| 58. Scaffolding Setup & Take down - per hour | 8.00 HR | 0.00 | 44.45 | 0.00 | 71.12 | 426.72 |
| Includes, delivery, setup, manipulating, take down and return | | | | | | |
| *****Walls***** | | | | | | |
| 59. Stain & finish paneling | 577.63 SF | 0.00 | 1.83 | 17.56 | 214.94 | 1,289.56 |
| Water staining noted on portions of the walls | | | | | | |
| Totals: Family Room | | | | 61.94 | 798.64 | 4,791.82 |
| Total: Interior | | | | **92.49** | **1,116.74** | **6,700.32** |

**Debris Removal**

GA_MCCARTHY-BJ2    10/9/2022    Page: 6

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

**CONTINUED - Debris Removal**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 60.  Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 466.67 | 0.00 | 0.00 | 93.34 | 560.01 |
| Totals:  Debris Removal | | | | 0.00 | 93.34 | 560.01 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 61.  Miscellaneous concrete labor minimum | 1.00 EA | 0.00 | 173.51 | 0.00 | 34.70 | 208.21 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 34.70 | 208.21 |
| **Line Item Totals: GA_MCCARTHY-BJ2** | | | | **1,379.01** | **10,396.68** | **62,379.50** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 952.45 | SF Walls | 458.45 | SF Ceiling | 1,410.90 | SF Walls and Ceiling |
| 450.78 | SF Floor | 50.09 | SY Flooring | 591.46 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 112.17 | LF Ceil. Perimeter |
| | | | | | |
| 450.78 | Floor Area | 488.54 | Total Area | 952.45 | Interior Wall Area |
| 2,391.50 | Exterior Wall Area | 126.49 | Exterior Perimeter of Walls | | |
| | | | | | |
| 5,532.03 | Surface Area | 55.32 | Number of Squares | 591.97 | Total Perimeter Length |
| 133.46 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 50,603.81 |
| Material Sales Tax | 1,379.01 |
| Subtotal | 51,982.82 |
| Overhead | 5,198.34 |
| Profit | 5,198.34 |
| **Replacement Cost Value** | **$62,379.50** |
| Less Deductible | (3,683.00) |
| **Net Claim** | **$58,696.50** |

Barry Jones
Estimator

**Hart's Consulting Co**

2416 Wild Oak Ct
Stockbridge, Ga 30281
770.785.6244 voice/FAX
678.230.1039 cell
russok2@bellsouth.net

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| CONCRETE & ASPHALT | 1,222.37 | 1.96% |
| CONTENT MANIPULATION | 260.95 | 0.42% |
| GENERAL DEMOLITION | 4,633.90 | 7.43% |
| FLOOR COVERING - WOOD | 403.43 | 0.65% |
| FRAMING & ROUGH CARPENTRY | 12,935.67 | 20.74% |
| LIGHT FIXTURES | 437.70 | 0.70% |
| METAL STRUCTURES & COMPONENTS | 420.93 | 0.67% |
| PANELING & WOOD WALL FINISHES | 906.36 | 1.45% |
| PAINTING | 10,479.33 | 16.80% |
| ROOFING | 13,499.36 | 21.64% |
| SCAFFOLDING | 836.76 | 1.34% |
| SOFFIT, FASCIA, & GUTTER | 2,469.21 | 3.96% |
| WINDOWS - SKYLIGHTS | 2,097.84 | 3.36% |
| O&P Items Subtotal | 50,603.81 | 81.12% |
| Material Sales Tax | 1,379.01 | 2.21% |
| Overhead | 5,198.34 | 8.33% |
| Profit | 5,198.34 | 8.33% |
| Total | 62,379.50 | 100.00% |



Metal Roof
F9

Roof5 (1)
F10

Roof5 (3)

Roof4 (1)

30 Year Shingle Roof

F2(B)

F1 (A)

F6 (B)

F5

Roof4 (2)
F8(B)



N

Roof



Entire Wood Deck Area

Affected Deck Area



N

Deck



Kitchen



Family Room



N

Interior