# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRIAN J. MCCARTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. _____ |
| ) | [On removal from the State |
| STATE FARM FIRE AND ) | Court of Gwinnett County, |
| CASUALTY COMPANY, ) | Georgia, Civil Action |
| ) | File No. 22-C-07620-S4] |
| Defendant. ) | |
| ) | |

## **CERTIFICATE OF REMOVAL**

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the State Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 3rd day of February, 2023.


[Signature on next page]

- 1 -

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Jessica M. Phillips*
        Jessica M. Phillips
        Georgia State Bar No. 922902
        Kyle A. Ference
        Georgia State Bar No. 683043
        ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 3rd day of February, 2023.

                                      SWIFT, CURRIE, McGHEE & HIERS, LLP

                                      */s/ Jessica M. Phillips*
                                      Jessica M. Phillips
                                      Georgia State Bar No. 922902
                                      Kyle A. Ference
                                      Georgia State Bar No. 683043
                                      ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that this day I have electronically filed ***Defendant State Farm Fire and Casualty Company's Certificate of Removal*** with the Clerk of Court by e-filing same using the CM/ECF System, which will automatically send e-mail notification of said filing to the following attorneys of record:

David J. Hungeling, Esq.
Adam S. Rubenfield, Esq.
HUNGELING RUBENFIELD LAW
1718 Peachtree Street NW, Suite 599
Atlanta, GA 30309
david@hungelinglaw.com
adam@hungelinglaw.com
*Counsel for Plaintiff*

This 3rd day of February, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Jessica M. Phillips*
        Jessica M. Phillips
        Georgia State Bar No. 922902
        Kyle A. Ference
        Georgia State Bar No. 683043
        ***Attorneys for Defendant***

1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309
OFFICE: 404.874.8800
FAX: 404.888.6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

4884-2438-0491, v. 1