| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 16, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | A079665176 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0914546455 | November 15, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| November 15, 2021 | 201 B INA SPOUSE OF USC | December 06, 1973 |

MCAUSTIN E. OSIO
351 WEST MEMORIAL DRIVE APT 302     9    00002612
DALLAS, GA 30132

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| ABIODUN ODUSAMI, ATINUKE | 5/8/1980 | NIGERIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  04/01/19