## DECLARATION OF PLAINTIFF

1. My name is Atinuke Osio. I was born on May 8, 1980 in Nigeria. I currently reside at 351 West Memorial Drive, Apt. 302, Dallas, Georgia, in the United States.

2. Roughly a month and a half ago, in November, I received notice that my Form I-485, Application to Register Permanent Residence or Adjust Status had been denied for failure to respond to a Request for Evidence.

3. I did not receive any Request for Evidence regarding my application.

4. Had I been offered the opportunity, I would have responded to the Request for Evidence.

5. I wish to continue with my application, and would happily prepare any additional documents that USCIS needs from me.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

This ___6th___ day of January, 2023.

_____
Atinuke Osio,
Plaintiff

## **DECLARATION OF PLAINTIFF**

1. My name is McAustin Osio. I was born on December 6, 1973 in Nigeria. I currently reside at 351 West Memorial Drive, Apt. 302, Dallas, Georgia, in the United States.

2. Roughly a month and a half ago, in November, my wife and I received notice that her Form I-485, Application to Register Permanent Residence or Adjust Status had been denied for failure to respond to a Request for Evidence.

3. I did not receive any Request for Evidence regarding her application.

4. We would have responded to the Request for Evidence had we received it.

5. I am prepared to assist my wife with any documents USCIS may need from us.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

This __6th__ day of January, 2023.

_____
McAustin Osio,
Plaintiff