## Declaration of Jude Nathanial Agbo

My name is Jude Nathanial Agbo. I am a citizen of Nigeria under no physical or mental disabilities. I was born in Jos, Nigeria on 05/29/1979. My alien registration number is A214-032-568. I live at 323Thomas Dorsey Drive, Villa Rica, GA 30180, with my spouse Roselind Agbo.

My wife I got married on December 13, 2018. On January 8, 2021, My wife filed Form I-130, Petition for Alien Relative, on my behalf. During our last I-130 USCIS interview on January 31, 2022, we were asked details of our lives. On March 16, 2022, USCIS issued a Notice of Intent to Deny (NOID) my I-130. I want to provide some clarification for the record

I met Roselind in February 2018. When I met her I told her I was married but separated. We started up as friends. We would talk into the night. One day she asked where my wife was as I earlier told her I was married, and I told her we were going through some marital situation, and we were no longer together. That's when the relationship took another dimension. We started developing feelings for each other.

My ex-wife, Sabrina Carr, used to startup problems, moved out of the house, and blocked my number, but after a couple of days she used to come back. This happened numerous times. I was abused emotionally, financially and mentally. She called me names and also said " she will send me back to Africa on a banana boat" .

She made us maxed out my credit cards and when she couldn't find any more money around, she decided to deposit a fake check into my wells Fargo account. This brough a lot of trouble and trust issues to our relationship. How could I trust her? She did not care she was putting me at risk of being accused of fraud. She always wanted us to eat out, but I did not have enough financial resources. She used to start one job and after a month used to quit and started looking for another. She never had a steady job for 3 months before quitting.

My relationship with Sabrina Carr was not stable, and it was horrible for me. She would threaten me with divorce at any slightest provocation no matter how hard I tried to make efforts for a peaceful and loving home. Due to our constant disagreements, trust issues and financial problems, our relationship broke down. My whole excitement of been married to an American woman was scattered until I met my now wife Roselind Agbo.

I met Roselind sometime in February 2018, when I was already separated from Sabrina. Roselind and I started dating by the end of March 2018. Then, Sabrina

1

Carr and I finalized our divorced in September 2018. Then, I wedded Roselind on December 13, 2018.

At the interview on 01/31/2022, I stated did not have the money to file our petition right after our marriage, because we were on a budget. My wife was the only person working back then because my work permit had expired. So, we decided to file when she has the money. Please be ware that It took us 5 months to go on our honeymoon after our marriage, because my wife had to save up money for that. We never flew airplanes as it was expensive to afford. Our vacation was a road trip. Even our accommodations were on a discounted deal on Expedia.

Since we needed time to put together about four to six thousand dollars for us to file my immigration paperwork, we did not file right after we got married. My contribution to the household was little over the years because I don't have a work permit. So, I will have to do gigs to get some money and contribute.

Regarding the immigration officers visit to my house on December 11, 2017 (while I was still married to Sabrina Carr), I would like to state the following:

The immigration officers came to my house around 8:00 am. I wasn't in my right frame of mind, and they introduced themselves as immigration officers. The first words that came out their mouth was " ***do you know it's illegal to marry two wives?*** I replied but I'm married to just one wife (Sabrina Carr).

The next thing they asked was what's my wife's name and where she was. I must admit after the first accusation I couldn't think straight anymore, because they just had intimidated me with such accusation. Then I replied, her name is Sabrina Carr, and she went out to work. At that moment I didn't seem to me that it was necessary to tell them were having some problems and she had left home again.

They asked me to sign a paper to allow them to go inside and check. Right after harassing and accusing me of been married to two wives ( they were accusing me of been married to Sabrina and the mother of my children).

During the home visit, they asked me for my passport, so I went to my bedroom to try and get my passport and one Officer followed me to where I keep my documents (in a small bag in my closet). He was right behind me searching everywhere in my room. This is very intimidating. I was being harassed in my own house.

I could not find my passport, so I told him I needed to check my car and the officer was right behind me. He followed me to my car as well, This further fuel my fear of been taken away in the absence of my wife.

I did not raise my hand to swear under any oat that day. I was scared that they might even whisk me away. Especially knowing that my wife had left and not knowing how long she will be gone again. So, I didn't know if it was wise to tell them. I was emotional because I thought I was going to be arrested and deported instantly. I was still new in America, so I was naive.

I, Jude Nathanial Agbo, declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Jude Nathaniel Agbo

*[signature]*

Jude Nathanial Agbo           Executed on ___03____ of June 2022
323 Thomas Dorsey Drive
Villa Rica, GA 30180