# WANG & ASSOCIATES, P.C.
ATTORNEYS AT LAW
SUITE 2020
3296 SUMMIT RIDGE PARKWAY
DULUTH, GEORGIA 30096

IMMIGRATION & NATURALIZATION LAW
CORPORATE LAW & INTERNATIONAL LAW

TELEPHONE: (770) 495-5906
FACSIMILE: (770) 495-5911

March 24, 2022

USCIS Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

Re:   *Notice of Intent to Deny*
I-130 Petition # MSC1891412237
MSC1891443775
MSC1891444368
Petitioner: Ronterius Jemond Ross Jr
Beneficiary: Charity Amuche Efoli / A214-944-190
Children: Precious Samuel Efoli Ndu / A214-949-828
Favour Samuel Efoli Ndu /A214-949-976

Dear Immigration Officer:

We have received your NOID on January 11, 2022. The following is our Rebuttal.

## Your Allegation

*An administrative investigation conducted by USCIS revealed that the beneficiary's divorce document is fraudulent. The divorce document states the Court dissolved the marriage on the grounds of irreconcilable differences. Irreconcilable differences is not one of the grounds issued through the High Court. Please explain why you submitted a fraudulent divorce decree.*

## Our Rebuttal

We beg to disagree with the Service's allegation that the divorce decree is fraudulent. In fact, the divorce is valid. To support our claim, we are submitting the following evidence for your review:
- A legal opinion letter issued by a divorce attorney in Nigeria, showing that irreconcilable differences could be a reason for divorce issued by the High Court. (**Exhibit 1 as New Evidence**)
- The letters issued by the High Court of Lagos State to prove the divorce is valid and can be verified online. (**Exhibit 2 as New Evidence**)
- The corrected divorce decree issued by the High Court of Lagos State. (**Exhibit 3 as New Evidence**)

According to the new evidence above, it's our firm belief that we have sufficiently established that the divorce is genuine and valid, which can be verified through the court and its online

1

system. Since the beneficiary's divorce is valid, thus her current marital relationship is valid as well.

For the same reason, her two children also qualify for the step-relationship from the beneficiary's marriage with the petitioner.

In conclusion, we believe that we have addressed all the issues raised by the Service in the NOID and submitted preponderance of evidence to show the previous divorce is valid. As such, we believe the beneficiary and her children are qualified for the I-130 petitions.

We look forward to a favorable decision on the case.

Respectfully submitted,

Lu Wang, Esq.
LW: rc



# Notice of Entry of Appearance as Attorney or Accredited Representative
## Department of Homeland Security

**DHS Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any) ▶ 0 8 6 5 5 7 3 4 8 1 8 8

### Name of Attorney or Accredited Representative

- 2.a. Family Name (Last Name): Wang
- 2.b. Given Name (First Name): Lu
- 2.c. Middle Name:

### Address of Attorney or Accredited Representative

- 3.a. Street Number and Name: 3296 Summit Ridge Parkway
- 3.b. ☐ Apt. ☒ Ste. ☐ Flr. 2020
- 3.c. City or Town: Duluth
- 3.d. State: GA
- 3.e. ZIP Code: 30096
- 3.f. Province:
- 3.g. Postal Code:
- 3.h. Country: United States

### Contact Information of Attorney or Accredited Representative

- 4. Daytime Telephone Number: 770-495-5906
- 5. Mobile Telephone Number (if any): N/A
- 6. Email Address (if any): rcao@wa-law.net
- 7. Fax Number (if any): 770-495-5911

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

- 1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

  Licensing Authority: Georgia

- 1.b. Bar Number (if applicable): GA 736515

- 1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

- 1.d. Name of Law Firm or Organization (if applicable): Wang & Associates, P.C.

- 2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

- 2.b. Name of Recognized Organization: N/A

- 2.c. Date of Accreditation (mm/dd/yyyy):

- 3. ☐ I am associated with _____, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

- 4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

- 4.b. Name of Law Student or Law Graduate: N/A

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-130 and related immigration matters

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)
▶ M S C 1 8 9 1 4 1 2 2 3 7

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):
[ ] Applicant   [X] Petitioner   [ ] Requestor
[ ] Beneficiary/Derivative   [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name): ROSS JR

**6.b.** Given Name (First Name): Ronterius

**6.c.** Middle Name: Jemond

**7.a.** Name of Entity (if applicable): N/A

**7.b.** Title of Authorized Signatory for Entity (if applicable): N/A

**8.** Client's USCIS Online Account Number (if any)
▶ N / A

**9.** Client's Alien Registration Number (A-Number) (if any)
▶ A- N / A

## Client's Contact Information

**10.** Daytime Telephone Number: 678 558 6079

**11.** Mobile Telephone Number (if any):

**12.** Email Address (if any):

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 710 Lincoln Crest Dr

**13.b.** [ ] Apt.   [ ] Ste.   [ ] Flr.

**13.c.** City or Town: Austell

**13.d.** State: GA   **13.e.** ZIP Code: 30106

**13.f.** Province:

**13.g.** Postal Code:

**13.h.** Country: United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

### Part 4. Client's Consent to Representation and Signature (continued)

**Options Regarding Receipt of USCIS Notices and Documents**

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select all applicable items below. You may change these elections through written notice to USCIS.

1.a. ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b. ☒ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select Item Number 1.c.

1.c. ☐ I request that USCIS send my notices containing Form I-94 to me at my U.S. mailing address.

**Signature of Client or Authorized Signatory for an Entity**

2.a. Signature of Client or Authorized Signatory for an Entity
→ [signature]

2.b. Date of Signature (mm/dd/yyyy) 03/24/2022

### Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.a. Signature of Attorney or Accredited Representative
[signature]

1.b. Date of Signature (mm/dd/yyyy) 03/24/2022

2.a. Signature of Law Student/Law Graduate:

2.b. Date of Signature (mm/dd/yyyy)

### Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name): ROSS JR
**1.b** Given Name (First Name): Ronterius
**1.c** Middle Name: Jemond

**2.a** Page Number
**2.b** Part Number
**2.c** Item Number
**2.d**

**3.a** Page Number
**3.b** Part Number
**3.c** Item Number
**3.d**

**4.a** Page Number
**4.b** Part Number
**4.c** Item Number
**4.d**

**5.a** Page Number
**5.b** Part Number
**5.c** Item Number
**5.d**

**6.a** Page Number
**6.b** Part Number
**6.c** Item Number
**6.d**

# Exhibit 1

# LEGAL PRACTITIONERS

27, Kakawa Street,
1st Floor, Sweet Sensation Building,
Off Broad Street, Lagos.

Tel: 08037137877, 07028911256
E-mail: tarlanchuks@yahoo.com

Our Ref: _____    Your Ref: _____

29th January, 2022.

**U.S Citizenship And Immigration Services**
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

Sir,

**RE: SAMUEL NDU EFOLI V CHARITY AMUCHE EFOLI (NEE OGBUJI). SUIT NO. LD/243HD/2017**

The above matter refers;

The subject was matter forwarded to our Law Firm for our candid opinion in order to give more light in support of the Petitioners application to your respected office.

That said, the Matrimonial Causes Act, in Nigeria by its Section 15 (1) made mention of the word **"break down irretrievable"** which is equally a ground replicated in some other Laws in some other jurisdictions upon which divorce can be granted when proven.

Your request for additional facts to buttress the evidence already available to you which centred on the word " **Irreconcilable Differences**" as contained on the Court document sowing the Decision of the Honourable Court while granting Decree Nisi of Dissolution to the Petitioner.

Having holistically made searches on the laws both in Nigeria and some other extant laws therein we deem it as a matter of fact to adduce more facts that will enable you come to an unbiased conclusion whether the word irreconcilable Differences can be used in drawing up legal decisions in decree of Dissolution of marriage matters and or in literary word visa-viz the word Irretrievable breakdown.

## 1. DEFINITIONS

### IRRETRIVABLE BREAKDOWN OF THE MARRIAGE;

---

In Chambers: Chimaobi Adiele, George Ekwata, Roseline Nwankwo (Mrs)
**Abuja:** Imelda Anire (Mrs), Chinasa Nwigwe, Alex Nwosu

i) this occurs "when one or both spouses are unable or unwilling to cohabit and there are no prospects of reconciliation" also;

ii) Technically **"Irretrievable breakdown of marriage" means that " an individual and their spouse cannot get along with one another enough to keep the marriage alive"**.

It is our opinion that; when a couple claims irreconcilable differences as the cause for divorce in a divorce proceeding it essentially means that they cannot work out their issues in order to regain a healthy future which will include and not limited to failed attempt at trying to rectify their differences through therapy and other types of marriage counselling.

Also, "Irretrievable breakdown of marriage means " **A ground for divorce that is based on incompatibility between marriage partners and that is used in many States as the sole ground of –no fault divorce-Irreconcilable Differences-Black's Law Dictionary Eight Edition"**.

However, the key word in the Black's law dictionary is the word "Incompatibility" and the same definition inculcated the word the word "Irreconcilable Differences"

2. IRRECONCILABLE DIFFERENCES

i) **"Means persistent and unresolvable disagreements between spouses, leading to the breakdown of the marriage " Black's Law Dictionary Eight Edition"** It therefore follows that from the definitions Irreconcilable differences suffices as a key word in black's Law Dictionary and equally in literary lexicon warranting that "Irretrievable breakdown" and "Irreconcilable differences" has become strong and acceptable words for grounds in divorce proceedings in so many jurisdiction and from all definitions and meanings attributed to the two words it is merely a tin line for their interchangeability in usage, suffice to say that a Judge may after evaluating evidences of a petitioner for divorce as can be found from the Decree Nisi herewith in drawing-up his Judgment use the word "Irreconcilable differences" instead of the word Irretrievable breakdown" having reached a finding that the party's marriage has breakdown.

It will be noteworthy to draw your mind to the grounds which a party seeking to rely on these two heads in bringing a Petition for divorce need to prove thereof;

3. **IRRETRIABLE BREAKDOWN OF MARRIAGE,** the petitioner will prove the following;

   i)    Show that the parties have been separated for a long period of time
   ii)   Submit evidence that the parties have unsuccessfully tried counselling
   iii)  Indicate previous failed attempt at reconciliation
   iv)   State that the disagreement between the parties are severe; and
   v)    showing the Court, a level of unhappiness.

4. **IRRECONCILIABLE DIFFERENCES;**

   i)    Disagreement on finances and debt problems
   ii)   Loss of trust in the relationship
   iii)  Work that causes protracted long distances separation
   iv)   Lack of sexual intimacy
   v)    Personality conflict
   vi)   Communication difficulties
   vii)  Failure to help in household
   viii) Differing political opinions

5. **GOLDEN RULE OF INTERPRETATION**

   We shall further refer you to the Golden Rule of interpretation of Statue which is to the effect that; **"The grammatical and ordinary sense of the words is to be adhered to unless that would lead to some absurdity or some repugnancy or inconsistency with the rest of the instrument in which case the grammatical and ordinary sense of the words may be modified so as to avoid the absurdity and inconsistency, but no farther".**

   We opine that with the Golden Rule of interpretation the use of the word "Irreconcilable Differences" by the Judge in drawing up the Decree Nisi of Dissolution of Marriage as shown on the *Decree Nisi* in granting dissolution of the marriage to the Petitioner cannot amount to fraudulent and indeed not otiose and cannot be treated as a strange word, looking from the entire gamut of definitions of the word irretrievable breakdown and irreconcilable differences, it now behoves a matter of semantics and choice of words in

deserving circumstances the liberty of the Judge will enjoy to use any of the two words either for the other as their definitions and the proof thereof boils down to include one another; though we advise should not remove the main issues bordering on proof of the damaged relationship.

We are of the opinion that the word "Irreconcilable differences" was not made wrongly by the Judge in his judgment in the Decree Nisi of the Dissolution of the marriage as contained in the Decree Nisi herewith.

Yours sincerely,
For: **Nwachukwu Chukwu & Co.**

**Nwachukwu, O Esq.**

Nwachukwu Odoemela is a Private Legal Practitioner who practices from Lagos Nigeria.

# Exhibit 2

# LAGOS STATE JUDICIARY

Tel: 08124777984
E-mail: chiefregistrar@lagosjudiciary.gov.ng



Chief Registrar
High Court of Lagos State
Oba Akinjobi Way, Ikeja
Lagos State

17th March 2022

Ikechukwu Anima Esq.
Do Crest Chambers
Barristers Solicitors, Property Consultants
12A, Strachan Street,
Lagos Island,
Nigeria.

### RE: CONFIRMATION OF SUIT IN THE MATTER BETWEEN: SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)

We acknowledge receipt of your application in respect of the above underlined subject matter.

A search through the records shows that a divorce suit between the parties aforementioned was instituted and referenced thus: **Suit No: LD/243HD/2017 - SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)** in this Honourable Court and made absolute consequent thereof on the 17th October 2017.

Furthermore, irreconcilable differences being the major grounds stated in the Decree Nisi delivered by the Honourable Court to determine the dissolution of the marriage, was an error made while typing the Decree Nisi (typographical error).

"Lack of care, not emotionally available and the marriage has broken down irretrievably was omitted in the copy of the Decree Nisi of Dissolution of Marriage issued to the Petitioner previously.

The copy of the Decree Nisi of the dissolution of marriage issued consequent to the determination of the said suit is corrected.

The Divorce Certificate in the suit is authentic and genuinely correct.

Thank you.

Chief Mag. T.O. Elias
g: Chief Registrar,

# LAGOS STATE JUDICIARY



Tel: 08124772964
E-mail: chiefregistrar@lagosjudiciary.gov.ng

Chief Registrar,
High Court of Lagos State,
Oba Akinjobi Way, Ikeja,
Lagos State.

17th March, 2022

Ikechukwu Anuma Esq.
Do Crest Chambers
Barristers, Solicitors, Property Consultants
12A, Strachan Street,
Lagos Island,
Nigeria.

## RE: CONFIRMATION OF SUIT IN THE MATTER BETWEEN: SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)

We acknowledge receipt of your application in respect of the above underlined subject matter.

A search through the records shows that a divorce suit between the parties aforementioned was instituted and referenced thus: **Suit No: LD/2431HD/2017 - SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)** in this Honourable Court and made absolute consequent thereof on the 17th October, 2017.

Furthermore it was observed that the typographical error occur previously on the Suit No: **LD/243HD/2017** instead of **Suit No: LD/2431HD/2017**.

Further check can be confirmed via official website lagosjudiciary.gov.ng/searchsuit.

The Divorce Certificate in the suit is authentic and genuinely correct with Suit No: **LD/2431HD/2017**.

Thank you.

Chief Mag. T.O. Ellas
Ag: Chief Registrar,

**Exhibit 3**

## IN THE HIGH COURT OF LAGOS STATE
## IN THE LAGOS JUDICIAL DIVISION
## HOLDEN AT LAGOS

SUIT NO: LD/2431HD/2017

BETWEEN

SAMUEL NDU EFOLI .......... PETITIONER

AND

CHARITY AMUCHE EFOLI (NEE OGBUJI) .......... RESPONDENT

### FORM 41
### ORDER XII RULE 7 (2)
### CERTIFICATE OF DECREE NISI HAVING BECAME ABSOLUTE

1. DATE OF DECREEE NISI                              14TH JULY, 2017

2. DATE OF ORDER UNDER                               14TH JULY, 2017
   SECTION 57

3. DATE OF DETERMINATION FOR                         NOT APPLICABLE
   DISCONTINUANCE OF APPEAL

4. DATE OF ORDER UNDER                               NOT APPLICABLE
   SUB-SECTION (2) OF SECTION 58

5. DATE OF WHICH INTERVENTION                        NOT APPLICABLE
   DETERMINED

I certify that the DECREE NISI of Dissolution of the Marriage between the Petitioner and Respondent which was contracted on the 8th day of December, 2016 at Somolu Local Government Marriage Registry, Lagos State between **SAMUEL NDU EFOLI (PETITIONER)** and **CHARITY AMUCHE EFOLI (NEE OGBUJI) (RESPONDENT)** become absolute on the 17th day of October, 2017.

DATED AT LAGOS THIS 17TH DAY OF OCTOBER, 2017

SEJORO, S.A.S. (MR)
**ASSISTANT CHIEF REGISTRAR**
**(LITIGATION)**




## IN THE HIGH COURT OF LAGOS STATE
## IN THE LAGOS JUDICIAL DIVISION
## HOLDEN AT LAGOS

SUIT NO: LD/2431HD/2017

BETWEEN:

SAMUEL NDU EFOLI .......... PETITIONER

AND

CHARITY AMUCHE EFOLI (NEE OGBUJI) .......... RESPONDENT

### FORM 35
### ORDER XII RULE 1
### DECREE NISI DISSOLUTION

**UPON THIS PETITION** coming up before this Honourable Court this 14th day of July 2017.

**AND THIS COURT** having taken Oral Evidence from the Petitioner in support of the petition filed in this court and the Respondent refused to come in spite of the proofs of service of all the court process in the file.

**THIS COURT DOTH THIS DAY ORDERED** that judgement be and same is hereby to the effect that the marriage which was contracted on the 8th day of December 2016 at Somolu Local Government Marriage Registry between **SAMUEL NDU EFOLI (PETITIONER) AND CHARITY AMUCHE EFOLI (NEE OGBUJI) (RESPONDENT)** is hereby dissolved on the ground of lack of care, not emotionally available, and the marriage has broken down irretrievably. The marriage is blessed with two (2) children thus: Precious Efoli Ndu Samuel (F) - 16 yrs. and Godsfavour Efoli Ndu Samuel (M) - 13yrs. The custody of the children is hereby granted to the Respondent.

**IT IS FURTHER ORDER** that a Decree NISI shall be and same is hereby granted to the Respondent which shall be made absolute after three months from the date hereof unless sufficient cause is shown to the contrary.

There shall be no order as to cost.

DATED AT LAGOS THIS 14TH DAY OF JULY, 2017.

SEJORO. S.A.S. (MR)
ASSISTANT CHIEF REGISTRAR
(LITIGATION)




Lagos Judiciary Information System

## Filing Details

**Suit Number:**

LD/2431HD/2017

**Case Status:**

Newly Filed

**Filing Type:**

Civil

**Classification:**

Family and Probate

**Parties to the Case:**

SAMUEL NDU EFOLI V CHARITY AMUCHE EFOLI(NEE OGBUJI)

**Origin:**

Newly Filed

**Date filed:**

18/01/2017 09:22:02

**Filed by:**

uoigwe

**Cause of Action:**

Divorce

**Claims:**

A decree of dissolution of marriage between the petitioner and the respondent on the grounds that the marriage has broken down down irretrievably.--

**Reason:**

**Legal Counsel:**

uo Igwe

**Location:**

IGBOSERE



Online Search/Case Status Information

> CASE SEARCH   > COUNSEL SEARCH

Search       10 ▼

| S.NO | TEMP SUIT NO | SUIT NO | PARTIES TO THE CASE | CASE CATEGORY | CASE STATUS | JUDGE NAME | EXPORT |
|---|---|---|---|---|---|---|---|
| 1 | Temp/24924/2017 | LD/2431HD/2017 | SAMUEL NDU EFOLI V CHARITY AMUCHE EFOLI(NEE OGBUJI) | Family and Probate | Newly Filed | | 📄 |

«  <  1  >  »

Showing 1 to 1 of 1 entries

Q SEARCH   ← BACK

Related Links

> Nigerian Bar Association (http://www.nigerialawlibrary.com/)
> Lagos State Government (https://lagosstate.gov.ng/)
> Mail (https://mail.lagosjudiciary.gov.ng/owa)
> Home (index.html) (http://www.nigerialawlibrary.com/)
> Contact (lagosjudiciary.gov.ng/contact.html)
> Gallery (lagosjudiciary.gov.ng/gallery.html#gallery)
> Frequently Asked Questions (https://lagosjudiciary.gov.ng/frequently-asked-questions.html)
> Lagos Automated Probate Registry System (LAPRS) (http://probate.lagosjudiciary.gov.ng/)
> Lagos State Remote Court (Igbosere) (https://www.youtube.com/channel/UCuxhADm9CfALcXVH4QSVzJQ/live)
> Lagos State Remote Court 2 (Ikeja) (https://www.youtube.com/channel/UCo70BAFihUoiDbJ9Egy684g/live)

Copyright 2019 Office of The Chief Judge, Lagos State Judiciary, All rights reserved.
Powered by First Hightower Infotech (http://firsthightowerinfotech.com/)