## IN THE HIGH COURT OF LAGOS STATE
## IN THE LAGOS JUDICIAL DIVISION
## HOLDEN AT LAGOS

**SUIT NO: LD/2431HD/2017**

**BETWEEN**

**SAMUEL NDU EFOLI** ......... **PETITIONER**

**AND**

**CHARITY AMUCHE EFOLI (NEE OGBUJI)** ......... **RESPONDENT**

### FORM 41
### ORDER XII RULE 7 (2)
### CERTIFICATE OF DECREE NISI HAVING BECAME ABSOLUTE

1.  DATE OF DECREEE NISI — 14TH JULY, 2017

2.  DATE OF ORDER UNDER SECTION 57 — 14TH JULY, 2017

3.  DATE OF DETERMINATION FOR DISCONTINUANCE OF APPEAL — NOT APPLICABLE

4.  DATE OF ORDER UNDER SUB-SECTION (2) OF SECTION 58 — NOT APPLICABLE

5.  DATE OF WHICH INTERVENTION DETERMINED — NOT APPLICABLE

I certify that the DECREE NISI of Dissolution of the Marriage between the Petitioner and Respondent which was contracted on the 8th day of December, 2016 at Somolu Local Government Marriage Registry, Lagos State between **SAMUEL NDU EFOLI (PETITIONER)** and **CHARITY AMUCHE EFOLI (NEE OGBUJI) (RESPONDENT)** become absolute on the 17th day of October, 2017.

DATED AT LAGOS THIS 17TH DAY OF OCTOBER, 2017



SEJORO, S.A.S. (MR)
.................................................
**ASSISTANT CHIEF REGISTRAR**
**(LITIGATION)**

**<u>IN THE HIGH COURT OF LAGOS STATE</u>**
**<u>IN THE LAGOS JUDICIAL DIVISION</u>**
**<u>HOLDEN AT LAGOS</u>**

**SUIT NO: LD/2431HD/2017**

BETWEEN:

**SAMUEL NDU EFOLI** .......... **PETITIONER**

**AND**

**CHARITY AMUCHE EFOLI (NEE OGBUJI)** .......... **RESPONDENT**

**<u>FORM 35</u>**
**<u>ORDER XII RULE 1</u>**
**<u>DECREE NISI DISSOLUTION</u>**

**UPON THIS PETITION** coming up before this Honourable Court this 14th day of July 2017.

**AND THIS COURT** having taken Oral Evidence from the Petitioner in support of the petition filed in this court and the Respondent refused to come in spite of the proofs of service of all the court process in the file.

**THIS COURT DOTH THIS DAY ORDERED** that judgement be and same is hereby to the effect that the marriage which was contracted on the 8th day of December 2016 at Somolu Local Government Marriage Registry between **SAMUEL NDU EFOLI (PETTIONER) AND CHARITY AMUCHE EFOLI (NEE OGBUJI) (RESPONDENT)** is hereby dissolved on the ground of lack of care, not emotionally available, and the marriage has broken down irretrievably. The marriage is blessed with two (2) children thus: Precious Efoli Ndu Samuel (F)– 16 yrs. and Godsfavour Efoli Ndu Samuel (M)- 13yrs. The custody of the children is hereby granted to the Respondent.

**IT IS FURTHER ORDER** that a Decree NISI shall be and same is hereby granted to the Respondent which shall be made absolute after three months from the date hereof unless sufficient cause is shown to the contrary.

There shall be no order as to cost.

**DATED AT LAGOS THIS 14TH DAY OF JULY. 2017.**



**SEJORO. S.A.S. (MR)**
**ASSISTANT CHIEF REGISTRAR**
**(LITIGATION)**

# LAGOS STATE JUDICIARY



Tel: 08124777984
E-mail: chiefregistrar@lagosjudiciary.gov.ng

Chief Registrar
High Court of Lagos State
Oba Akinjobi Way, Ikeja
Lagos State

17th March, 2022

Ikechukwu Anima Esq.
Do Crest Chambers
Barristers Solicitors, Property Consultants
12A, Strachan Street,
Lagos Island,
Nigeria.

## RE: CONFIRMATION OF SUIT IN THE MATTER BETWEEN: SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)

We acknowledge receipt of your application in respect of the above underlined subject matter.

A search through the records shows that a divorce suit between the parties aforementioned was instituted and referenced thus: **Suit No: LD/2431HD/2017 - SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)** in this Honourable Court and made absolute consequent thereof on the 17th October, 2017.

Furthermore it was observed that the typographical error occur previously on the **Suit No: LD/243HD/2017** instead of **Suit No: LD/2431HD/2017**.

Further check can be confirmed via official website lagosjudiciary.gov.ng/search.aspx.

The Divorce Certificate in the suit is authentic and genuinely correct with **Suit No: LD/2431HD/2017**.

Thank you.

**Chief Mag. T.O. Elias**
**Ag: Chief Registrar,**

# LAGOS STATE JUDICIARY



Tel: 08124777984
E-mail: chiefregistrar@lagosjudiciary.gov.ng

Chief Registrar
High Court of Lagos State
Oba Akinjobi Way, Ikeja
Lagos State

17th March, 2022

Ikechukwu Anima Esq.
Do Crest Chambers
Barristers Solicitors, Property Consultants
12A, Strachan Street,
Lagos Island,
Nigeria.

### RE: CONFIRMATION OF SUIT IN THE MATTER BETWEEN: SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)

We acknowledge receipt of your application in respect of the above underlined subject matter. A search through the records shows that a divorce suit between the parties aforementioned was instituted and referenced thus: Suit No: **LD/2431HD/2017 - SAMUEL NDU EFOLI VS. CHARITY AMUCHE EFOLI (NEE OGBUJI)** in this Honourable Court and made absolute consequent thereof on the 17th October, 2017.

Furthermore, irreconcilable differences being the major grounds stated in the Decree nisi delivered by the Honourable Court to determine the dissolution of the marriage was an error made while typing the Decree nisi (typographical error).

The "lack of care, not emotionally available and the marriage has broken down irretrievably was omitted in the copy of the Decree Nisi of Dissolution of Marriage and Certificate of Decree Absolute issued to the Petitioner previously.

A copy of the Decree Nisi of Dissolution of Marriage and Certificate of Decree Absolute issued consequent to the determination of the said suit are corrected respectively.

The Divorce Certificate in the suit is authentic and genuinely correct.

Thank you.

**Chief Mag. T.O. Elias**
**Ag: Chief Registrar,**