June 3, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345

U.S. Citizenship and Immigration Services

ADESOJI SONIBARIN OYEMADE
1018 BROOKWOOD VALLEY CIR NE
ATLANTA, GA 30309



MSC1990116131

RE: ADESOJI SONIBARIN OYEMADE
I-485, Application to Register Permanent Residence or Adjust Status



A219-037-996

## REQUEST FOR EVIDENCE

Dear ADESOJI OYEMADE:

### Why We Are Writing You

On October 19, 2018, you filed Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need to Do

You must provide the following information in order for us to make a final decision on your case.

Your testimony at interview and evidence in the record indicates you were arrested by Atlanta, GA Police Department (Arrest Case Number 2100001138) on 02172021 and charged with three offenses; (1) DUI, (2) DUI with BAC 0.08G or more, and (3) Marijuana Possession Less Than 1 Oz.

The record does not contain any certified criminal disposition as evidence these charges have been properly disposed of with the court having jurisdiction over these offenses.

Please submit certified court dispositions as evidence that the three criminal charges have been properly disposed of with the court of competent jurisdiction.

You did submit a disposition as evidence that you attended a hearing with GA DDS, and your license was returned to you, due to DDS witness' failure to appear for hearing.

In addition, you submitted a disposition showing you pled nolo and paid a fine to dispose of a Texas assault charge.

### When You Need To Do It

You must mail the requested information to the address shown below. You must submit the requested

ATLI485FODH8000021523917 (COURTESY COPY)

information by August 29, 2022.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date. If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate, and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

<u>Please include a copy of this letter with your response by mail to this address:</u>

U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director

MSC1990116131

A219-037-996