

Hon. Christopher T. Portis
Chief Judge

Rashida A. Davis
Court Administrator

**Municipal Court of Atlanta**
150 Garnett Street, SW
Atlanta, GA 30303

# DISPOSITION REQUEST FORM

Last Name/ Alias: **Oyemade**   First Name/ Alias: **Adesoji**

Date of Birth (MM/DD/YYYY): **03/09/1982**   Driver's License Number: **061536720**

Race: **Black**   Sex: ☐Female ☒Male  SSN (last 4 digits): **7731**

Requestor (if not defendant): _____   Company/ Law Firm: _____

Email: **adesojioye@yahoo.com**   Telephone: **914-646-6873**

| | Citation/ Case Number | Charge(s) |
|---|---|---|
| 1 | 5834161 | DUI / Alcohol |
| 2 | | |
| 3 | | |
| 4 | | |

Reason for request: ☐Reinstatement of License  ☐Record Restriction  ☐Job  ☒INS (Citizenship)  ☐Other _____

☒ **Certified Copy (with seal):**
**Pick up:**
$2.50 first page ($0.50 additional page)
**Mail Fee:**
Additional fee based on page count

☐ **Non- Certified Copy:**
**Pick up:**
$1.00 per page
**Mail Fee:**
Additional fee based on page count

Delivery Method: ☒Pick up  ☐Mail to: _____
                                            Address     City, State     Zip

NOTE: If receiving disposition by mail: payment must be received prior to delivery. Make Money Order or Business/Cashier's Check Payable to: <u>Municipal Court of Atlanta</u>. **Personal checks will not be accepted.**

Signature: _[signed]_   Date: **06/15/2022**

Printed Name: **Adesoji Oyemade**

---

OFFICIAL MUNICIPAL COURT OF ATLANTA USE

Accepting Clerk: _____   File Date: _____

Disposition Request Form   Revised September 2019



Hon. Christopher T. Portis
Chief Judge

Rashida A. Davis
Court Administrator

**Municipal Court of Atlanta**
150 Garnett Street, SW
Atlanta, GA 30303

# DISPOSITION REQUEST FORM

Last Name/ Alias: __Oyemade__   First Name/ Alias: __Adesoji__

Date of Birth (MM/DD/YYYY): __03/09/1982__   Driver's License Number: __061536720__

Race: __Black__   Sex: ☐Female ☐Male  SSN (last 4 digits): __7731__

Requestor (if not defendant): _____   Company/ Law Firm: _____

Email: __adesojioye@yahoo.com__   Telephone: __914-646-6873__

| | Citation/ Case Number | Charge(s) |
|---|---|---|
| 1 | 5834163 | Possession of Marijuana |
| 2 | | |
| 3 | | |
| 4 | | |

Reason for request: ☐Reinstatement of License  ☐Record Restriction  ☐Job  ☒INS (Citizenship)  ☐Other_____

☒ Certified Copy (with seal):
**Pick up:**
$2.50 first page ($0.50 additional page)
**Mail Fee:**
Additional fee based on page count

☐ Non- Certified Copy:
**Pick up:**
$1.00 per page
**Mail Fee:**
Additional fee based on page count

Delivery Method: ☐Pick up   ☐Mail to: _____
                                    Address         City, State       Zip

NOTE: If receiving disposition by mail: payment must be received prior to delivery. Make Money Order or Business/Cashier's Check Payable to: Municipal Court of Atlanta. **Personal checks will not be accepted.**

Signature: _[signed]_   Date: __06/15/2022__

Printed Name: __Adesoji Oyemade__

---

OFFICIAL MUNICIPAL COURT OF ATLANTA USE

Accepting Clerk: _____   File Date: _____

Hon. Christopher T. Portis
Chief Judge



Rashida A. Davis
Court Administrator

**Municipal Court of Atlanta**
150 Garnett Street, SW
Atlanta, GA 30303

# DISPOSITION REQUEST FORM

Last Name/ Alias: __Oyemade__   First Name/ Alias: __Adesoji__

Date of Birth (MM/DD/YYYY): __03/09/1982__   Driver's License Number: __061536720__

Race: __Black__   Sex: ☐Female ☐Male   SSN (last 4 digits): __7731__

Requestor (if not defendant): _____   Company/ Law Firm: _____

Email: __adesoji.oye@yahoo.com__   Telephone: __914-646-6873__

| # | Citation/ Case Number | Charge(s) |
|---|---|---|
| 1 | 583462 | DUI PERSON CONCENTRATION |
| 2 | | |
| 3 | | |
| 4 | | |

Reason for request: ☐Reinstatement of License ☐Record Restriction ☐Job ☒INS (Citizenship) ☐Other_____

☒ **Certified Copy (with seal):**
**Pick up:**
$2.50 first page ($0.50 additional page)
**Mail Fee:**
Additional fee based on page count

☐ **Non- Certified Copy:**
**Pick up:**
$1.00 per page
**Mail Fee:**
Additional fee based on page count

Delivery Method: ☐Pick up  ☐Mail to: _____
                                    Address         City, State        Zip

NOTE: If receiving disposition by mail: payment must be received prior to delivery. Make Money Order or Business/Cashier's Check Payable to: <u>Municipal Court of Atlanta</u>. **Personal checks will not be accepted.**

_[signature]_
Signature

__06/05/2022__
Date

__Adesoji Oyemade__
Printed Name

---

OFFICIAL MUNICIPAL COURT OF ATLANTA USE

Accepting Clerk: _____   File Date: _____

Disposition Request Form   Revised September 2019



# THE MUNICIPAL COURT OF ATLANTA
# STATE OF GEORGIA

June 15, 2022

CITY OF ATLANTA               )
                              )
vs                            )
                              )

RESPONDENT'S NAME:     ADESOJI OYEMADE
RESPONDENT'S ADDR:     6603 CHURCH ST
                       APT H-14
                       RIVERDALE, GA 30274

DATE OF BIRTH:    03/09/1982        DRIVERS LICENSE #: 061536720
CASE#:   21TR012874
CASE STATUS:   CLOSED
OFFENSE DATE:  02/17/2021

Ticket #:     1      5834163
   Charge:           16-13-2B            POSSESSION OF MARIJUANA
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     2      5834157
   Charge:           40-6-48             FAILURE TO MAINTAIN LANE
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     3      5834158
   Charge:           40-6-54             RESTRICTED LANE/HOV - IMPROPER LANE USAGE
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     4      5834159
   Charge:           40-6-181            SPEEDING, GENERALLY
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     5      5834160
   Charge:           40-6-390            RECKLESS DRIVING
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     6      5834161
   Charge:           40.6.391(A)(1)      DUI/ALCOHOL
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     7      5834162
   Charge:           40-6-391A5          D.U.I. PERSON CONCENTRATION
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

Ticket #:     8      5834164
   Charge:           40-8-20             HEADLIGHTS/TAG/TAIL LIGHT REQ
   Disposition:      09/20/2021          BOUND OVER TO FULTON STATE COURT

**THE LENWOOD A. JACKSON SR. JUSTICE CENTER**
150 Garnett St., S.W. • Atlanta, GA, 30303-3612   (404) 658.6940