# Kuttner & Associates

## Attorneys at Law

1229 Johnson Ferry Road

Suite 204 A

Marietta, Georgia 30068

404 333 5009

December 6, 2022

To whom it may concern

RE:  **OUR CLIENT**:  ADESOJI OYEMADE

**ARREST DATE**: FEBRUARY 17, 2021

**ARRESTING LOCATION**: CITY OF ATLANTA, FULTON COUNTY, GEORGIA

**CHARGES**: DUI, FAILUE TO MAINTAIN LANE, POSSESSION OF MARIJUANA, HOV LANE, SPEEDING, RECKLESS DRIVING, HEADLIGHTS

**UNIFORM CASE NUMBER**: 21TR012874

Dear Sir / Madam,

Please be advised that our office represents Mr. Adesoji Oyemade, defendant in the above captioned case, against all listed charges. Please accept this letter as notice that at this time, this case is awaiting arraignment in Fulton County State court, therefore we are currently waiting for the case to be formally accused in said County. The delay has been largely due to Covid-19 shutdowns, but as that chapter seems to be coming to a close, we intend to put forth a spirited defense once this case is called for its first arraignment. We feel very confident in our chances of successfully defending our client against all said charges

Very truly yours,

Jacob Kuttner

Attorney at Law

1229 Johnson Ferry Road