# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>EAC1817351940 | | Case Type<br>I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
|---|---|---|
| Received Date<br>05/24/2018 | Priority Date | Petitioner A207 911 008<br>OKUNDIA, EFESOMO |
| Notice Date<br>08/06/2018 | Page<br>1 of 2 | |

EFESOMO OKUNDIA
4370 SATELLITE BLVD APT 514
DULUTH GA  30096

**Notice Type:** Receipt Notice

**** THE ABOVE RECEIPT NUMBER MUST ACCOMPANY ALL INQUIRIES ****

According to our records, you previously received an I-751 receipt notice that extended your conditional resident status for 12 months. Due to delays in processing, USCIS is now extending your conditional resident status for 18 months from the expiration date indicated on your Form I-551, Permanent Resident Card (also known as a Green Card). During this extension, you are authorized to work and travel. This notice, presented with your expired Permanent Resident Card, is evidence of the 18-month extension of your status and work authorization. (This extension and authorization for employment and travel does not apply to you if your conditional resident status has been terminated.)

If you think you will be out of the United States for a year or more, you should apply for a Re-entry Permit before leaving the country by filing Form I-131, Application for a Travel Document. As long as the Re-entry Permit is valid, it allows you to board a vessel or aircraft destined for the United States and/or apply for admission at a U.S. port of entry during the permit's validity without the need to obtain a returning resident visa from a U.S. Embassy or U.S. Consulate.

If you have not already done so, provide supporting documents to help USCIS process your petition and to establish your eligibility to remove the conditions on your permanent residence. Please include a copy of this receipt notice with any supporting documents you submit.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**NOTE:** Conditional resident applicants (including conditional resident dependents) residing overseas pursuant to military or government orders will not receive an ASC appointment notice. To complete biometric processing, these applicants must submit the required items listed on the Form I-751 instructions.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**USCIS Contact Center: 1-800-375-5283**



FORM I-797 [REV. 08/01/16]