# Marriage Certificate

**State of Georgia**   **County of DeKalb**



This is to certify that

**Shayla Sharelle Turman**

&

**Efesomo Okundia**

were united in marriage

by Corneill Stephens, Judge,
on the 13th day of November, 2015,
in the city of DECATUR, county of DEKALB, Georgia,
as appears of record in this office in marriage book 0215 page 616
this 18th day of November, 2015.

_signature_

JUDGE OR CLERK, PROBATE COURT OF DEKALB COUNTY