

DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Dr. NE
Atlanta, GA 30345

Date: October 6, 2021

Efesomo Okundia &
Shayla Turman
PO Box 957076
Duluth, GA 30095

A207911008

Dear Sir/ Madam:

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 2150 Parklake DR NE Atlanta, GA 30345 | FLOOR #. 3rd |
| --- | --- | --- |
| DATE & TIME OF APPOINTMENT | October 27, 2021 at 8:00AM | |
| ASK FOR | ISO Davis 3rd Floor | |
| REASON FOR APPOINTMENT | 1-751 INTERVIEW<br><br>**YOUR SPOUSE MUST ATTEND INTERVIEW** | |
| BRING WITH YOU | SEE ATTACHMENT | |

I am unable to attend because: I was around family member who tested positive for COVID yesterday, I am currently in quarantine. Please reschedule

Signature of beneficiary and petitioner: [signature]
Date: 10-23-21

Sincerely,

T DAVIS

Name/Title of Authorizing Official

ISO, ATL

Form G-56