

**U.S. Citizenship and Immigration Services**

*Atlanta District Director*
U.S. Department of Homeland Security
Citizenship and Immigration Services
2150 Parklake Dr. NE
**Atlanta, GA 30345**

**Efesomo Okundia**
**& Shayla Turman**
**P O Box 957076**
**Duluth, GA 30095**

DATE:  October 29, 2021
A#   A 207 911 008
RE:     Reschedule request

**This office has received your correspondence.  We realize that your application is very important, and therefore, to serve you more efficiently, this informal method enables us to provide a more prompt response.  Applications must be processed in the order in which they are filed.**

_X_   You will be notified by mail when further action has been taken on your case.

___   **Please include your immigration file number (A #) on your correspondence and return it to our office.  Also include your birth date, and social security number if available.**

___   Your Address change has been completed:

___   Your Immigration file has been requested:

___   Your Immigration file has been transferred to**:**

___   Your Case is awaiting (  ) review (  ) documents (  ) background checks (  ) reschedule
        You will receive a new appointment notice.

___   Your Case was denied. If it  has been less than one year since t'      enial date, you may request a
        Service Motion to Reopen with appropriate fees.

___   **Other:**

**Remember: If you change your address, notify this office in writing and mail form AR-11 to:**

        **U.S. Department of Homeland Security**
        **Citizenship and Immigration Services**
        **Attn: Change of Address**
        **1344 Pleasants Drive**
        **Harrisonburg, VA 22801**

**Remember to put your A number on all correspondence.  Thank you for your time and patience.**