October 31, 2022



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345

U.S. Citizenship
and Immigration
Services

H GLENN FOGLE
FOGLE LAW FIRM
55 IVAN ALLEN JR BLVD NW SUITE 830
ATLANTA, GA 30308



EAC1817351940



A207-911-008

RE: EFESOMO OKUNDIA
I-751, Petition to Remove Conditions on Residence

## DECISION

Conditional Permanent Resident(s):  EFESOMO OKUNDIA, A207911008

**We have denied your Form I-751, Petition to Remove Conditions on Residence.**

Our records show that you were granted conditional permanent resident status on June 1, 2016. On May 24, 2018, you filed Form I-751 to remove the conditions on your permanent resident status.

USCIS sent you a request to appear for an interview concerning your Form I-751, Petition to Remove the Conditions on Residence, on October 27, 2021. However, you requested that this appointment be rescheduled because you were under quarantine for COVID exposure. Subsequently, USCIS honored your request and sent you an appointment notice to appear for an I-751 interview on October 26, 2022. Your I-751 petition is based on marriage to U.S. Citizen, Shayla Turman-Okundia. However, you and Shayla Turman-Okundia failed to appear for the scheduled interview or provide good cause for the absence.

As of this date, USCIS has no record that you appeared for your I-751 interview. Furthermore, we have not received a request to reschedule your appointment or a request to withdraw your application. Accordingly, USCIS considers your petition abandoned and have denied it under Title 8 of the Code of Federal Regulations (8 CFR) section 103.2(b)(13).

### How This Affects You

Your conditional permanent resident status is terminated as of the date of this letter, and all rights and privileges that you derived from that status, including the right to reside and work in the United States, are also terminated. See 8 CFR section 216.3.

You must **immediately mail your Permanent Resident Card (Green Card) to USCIS** at the address listed at the top of this notice.

### Appealing or Filing a Motion for This Decision

You may not appeal this decision to USCIS. Please note USCIS may issue you a Notice to Appear before an Immigration Judge. Section 216 of the Immigration and Nationality Act allows you to request a review of this

decision while in removal proceedings. You may be represented in such proceedings by an attorney or other individual authorized and qualified to represent persons before the Executive Office of Immigration Review as long as it is at no expense to the government. Your attorney or authorized and qualified person may assist you in preparing your request for review and hearing, and may examine the evidence you wish to have considered during the hearing.

If you believe this decision to be based on an error of fact or law, you may file a motion to reopen on Form I-290B, Notice of Appeal or Motion. You must file it within 33 days from the date of this notice. You may file the motion with evidence that the decision was in error because:

- The requested evidence was not material to the issue of eligibility;
- You submitted the required initial evidence with the application or petition, or you complied with the request for initial evidence or additional information or appearance on time; or
- The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or you advised USCIS in writing of a change of address or change of representation after you filed your form and before USCIS sent the request, and the request did not go to the new address.

You must send your completed Form I-290B and supporting documents with the appropriate filing fee to:

| For U.S. Postal Service: | For FedEx, UPS, and DHL deliveries: |
|---|---|
| USCIS | USCIS |
| P.O. Box 805887 | Attn: FBAS |
| Chicago, IL 60680-4120 | 131 S. Dearborn, 3rd Floor |
| | Chicago, IL 60603-5517 |

To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov. For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director



RECEIVED NOV 0 8 REC'D By____