## **DECLARATION OF PLAINTIFF**

1. My name is Efesomo Okundia. I was born on August 21, 1978 in Nigeria. I currently reside at 2115 Ridge Brook Trail, Duluth, Georgia, in the United States.

2. Roughly a month ago, in early November, I received notice that my conditional permanent resident status had been terminated.

3. I did not receive any form of notice of an interview on October 26, 2022.

4. Had I been offered the opportunity, I would have appeared at any such interview.

5. I wish to be interviewed in support of my petition to remove conditions on residence, and would happily attend a clearly scheduled interview.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

This __08__ day of December, 2022.

_____
Efesomo Okundia,
Plaintiff

## **DECLARATION OF COUNSEL**

1. My name is H. Glenn Fogle. I am responsible for the operations of The Fogle Law Firm, LLC, and have been an active immigration practitioner for many years.
2. I am well appraised of the consequences of failure to appear in any given step in the immigration process.
3. On November 8, 2022, our firm received notice that Mr. Efesomo Okundia's conditional permanent residence had been terminated.
4. Our office had received no notice of any interview on October 26, 2022, despite an explicit request that we be notified of any developments in the case.
5. Two of my associates were present in the Atlanta Field Office of USCIS on October 26, 2022. Neither had been assigned to Mr. Okundia's interview.
6. Such an assignment would be a routine matter within our firm, and well within the capabilities of our associates.

I hereby, under penalty of perjury and pursuant to 28 U.S.C. § 1746, affirm that the foregoing is true and correct to the best of my knowledge.

This 6th day of December, 2022.

H. Glenn Fogle, Jr.
Georgia Bar No. 266963
Attorney for the Plaintiff

55 Allen Plaza, Suite 830
55 Ivan Allen Jr. Boulevard
Atlanta, Ga 30308
Tel.: (404) 522-1852
Fax.: (470) 592-6989
Email: glenn@foglelaw.com