| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 12, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A219150670 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190622069 | January 04, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| January 04, 2021 | Immediate Relative of U.S. citizen | May 22, 1997 |

ADEDOLAPO R. OYEGADE
C/O NATALIE L. GRIGGS THE FOGLE LAW FIRM LLC ATL
55 IVAN ALLEN JR BLVD STE 830
ATLANTA, GA  30308

13 000003714

**PAYMENT INFORMATION:**

Application/Petition Fee:   $1,140.00
Biometrics Fee:   $85.00
Total Amount Received:   $1,225.00
Total Balance Due:   $0.00

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



RECEIVED
JAN 2 1 REC'D
By _____

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 |  |
| Lee's Summit, MO  64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

| | |
|---|---|
| Department of Homeland Security | |
| U.S. Citizenship and Immigration Services | Form I-797C, Notice of Action |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 12, 2021 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190622070 | January 04, 2021 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| January 04, 2021 | 201 B INA SPOUSE OF USC | October 21, 1999 |

DEVONSHAY L. WILLIAMS
C/O NATALIE L. GRIGGS THE FOGLE LAW FIRM LLC ATL
55 IVAN ALLEN JR BLVD STE 830
ATLANTA, GA 30308

14    00003715

**PAYMENT INFORMATION:**

Application/Petition Fee:   $535.00
Total Amount Received:   $535.00
Total Balance Due:   $0.00

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| OYEGADE, ADEDOLAPO | 5/22/1997 | NIGERIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

RECEIVED
JAN 2 2 REC'D
By ___

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19