AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___NORTHERN DISTRICT OF GEORGIA___ on the following

☑ Trademarks or ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>2/6/2023 | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF GEORGIA |
|---|---|---|
| PLAINTIFF<br>HARLEM GLOBETROTTERS INTERNATIONAL, INC. | | DEFENDANT<br>SUNSET PICTURES, LLC, and BRIARCLIFF ENTERTAINMENT LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attached. | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

**EXHIBIT A**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 4,273,026 | January 8, 2013 | Harlem Globetrotters International, Inc. |
| 542,473 | May 15, 1951 | Harlem Globetrotters International, Inc. |
| 5,986,330 | February 11, 2020 | Harlem Globetrotters International, Inc. |
| 2,374,778 | August 8, 2000 | Harlem Globetrotters International, Inc. |
| 2,052,581 | April 15, 1997 | Harlem Globetrotters International, Inc. |
| 3,286,735 | August 28, 2007 | Harlem Globetrotters International, Inc. |
| 6,092,438 | June 30, 2020 | Harlem Globetrotters International, Inc. |
| 5,478,777 | May 29, 2018 | Harlem Globetrotters International, Inc. |
| 5,478,914 | May 29, 2018 | Harlem Globetrotters International, Inc. |
| 5,478,778 | April 28, 2017 | Harlem Globetrotters International, Inc. |
| 4,112,767 | March 13, 2012 | Harlem Globetrotters International, Inc. |
| 1,700,895 | July 14, 1992 | Harlem Globetrotters International, Inc. |