# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HARLEM GLOBETROTTERS INTERNATIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SUNSET PICTURES, LLC, and BRIARCLIFF ENTERTAINMENT LLC, <br><br> *Defendants*. | Case No. _____ |

## PLAINTIFF HARLEM GLOBETROTTERS INTERNATIONAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.3, Plaintiff Harlem Globetrotters International, Inc. ("HGI") hereby provides its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)  The undersigned counsel of record for HGI certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

91898912v.1

*Plaintiff Harlem Globetrotters International, Inc. is a Nevada corporation and a wholly owned subsidiary of the Delaware corporation HGI Holdings, Inc., which is a wholly owned subsidiary of Delaware corporation Herschend Live Holdings, Inc., which in turn is a wholly owned subsidiary of Missouri corporation Herschend Family Entertainment Corporation, d/b/a Herschend Enterprises. No publicly held corporation owns 10 percent or more of the stock in any of the above entities.*

*HGI is not presently aware of any parent corporations or publicly held corporations owning 10 percent or more of stock in either Sunset Pictures, LLC or Briarcliff Entertainment LLC.*

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

*Based upon information presently available to HGI, HGI believes that Martin Guigui, Dahlia Waingort, and/or Thomas Ortenberg may have a financial or other interest in the outcome of this case.*

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

2

91898912v.1

*Lisa H. Meyerhoff, Seyfarth Shaw LLP, Counsel for HGI*

*Lauren Gregory Leipold, Seyfarth Shaw LLP, Counsel for HGI*

DATED:  February 6, 2023

Respectfully Submitted,

SEYFARTH SHAW LLP

By: */s/ Lauren Gregory Leipold*
    Lauren Gregory Leipold
    LLeipold@Seyfarth.com
    Georgia Bar No. 729061
    1075 Peachtree St. NE, Suite 2500
    Atlanta, Georgia 30309
    Telephone: (404) 885-6737

    Lisa H. Meyerhoff  (applying for admission *pro hac vice*)
    LMeyerhoff@Seyfarth.com
    Texas Bar No. 14000255
    700 Milam Street, Suite 1400
    Houston, Texas  77002-2812
    Telephone:  (713) 238-1874

COUNSEL FOR PLAINTIFF
HARLEM GLOBETROTTERS
INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Northern District of Georgia using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on February 6, 2023.

*/s/ Lauren Gregory Leipold*
Lauren Gregory Leipold