# EXHIBIT A


**STANLEY** Security Solutions

**Stanley Convergent Security Solutions, Inc.**
Confidential & Proprietary Information

## Contract Rider

This agreement between Stanley Convergent Security Solutions, Inc. ("SCSS") and Iroff & Sons ("Customer") supplements and amends the Contract Agreement between the parties dated May 1, 2008 (the "Agreement") covering the furnishing of service and equipment to the Customer's premises at 3900 Old Milton Parkway, Suite 400, Alpharetta, Ga. 30005 intending to be legally bound the parties further agree that:

1. The initial term of the Agreement is hereby extended for a period of sixty (60) months from the date hereof and shall thereafter automatically renew as set forth in the Agreement.
2. The additional service and equipment are to be furnished to the Customer at said premises, then only such additional service and equipment shall be furnished as is described in the Terms and Conditions set forth below (or in a separately attached Terms and Agreements). In such event Customer agrees to pay to Stanley Convergent Security Solutions, Inc. the installation charges indicated below by paying an amount equal to 50% of the total installation charges at the time of signing this Agreement and by paying the amount of the BALANCE DUE upon completion of the installation. Further, the Customer agrees to pay to Stanley Convergent Security Solutions, Inc. the amount of the additional Recurring Service Charge indicated below, in advance during the term of this Agreement on the same periodic payment schedule as the other recurring service charges set forth in the Agreement.
(a) Any additional service and equipment provided pursuant to this Rider shall be governed by the provisions of the Agreement, including without limitation the provision of Section 4 ("Liquidated Damages and SCSS Limits of Liability").
3. To the extent the agreement is modified other than as set forth in Section 2 hereof, such modifications, if any, will be set forth in the Schedule of Service and Protection section hereof.

### Terms and Conditions

| Qty | Equipment | Qty | Existing Equipment |
|---|---|---|---|
| 2 | Ademco 273 Indicating Pushbutton | | |

Special Instructions / Notes
Install 2 Hold-Up Buttons

| Services | | Special Instructions / Notes |
|---|---|---|
| | | |

| Installation Charges | | Recurring Services Charge | |
|---|---|---|---|
| Installation Price | DEPOSIT RECEIVED | Monthly Fee | Payment Frequency |
| Sales Tax (if applicable) | (50% of Total Installation Charges) | $6 | Match Existing Frequency |
| Total | BALANCE DUE | | |

The Agreement shall remain in full force and effect in accordance with all the terms and conditions thereof, modified only to the extent herein specifically provided for. Said Agreement as so modified constitutes the entire agreement between the parties, which Agreement cannot be further modified except by another written agreement executed by the parties as herein set forth.
The Rider is not binding unless approved in writing by an Authorized Representative of SCSS. If such approval is not obtained, SCSS only liability shall be to return to Customer the amount, if any, paid to Stanley Convergent Security Solutions, Inc. upon the signing of this Rider by its Security Representative.

Stanley Convergent Security Solutions, Inc.                            Iroff & Sons

By _____ 5/13/2008          Eli Cary outo                  By _____ 5/1/08
Approved                    Security Representative           Title        Date

Received Time May. 12.  1:49PM

License information: [illegible license/registration line]



Stanley Convergent Security Solutions, Inc.
Confidential & Proprietary Information

## Schedule of Service and Protection (Services)

Page 2 of 2

ANY OR ALL SERVICES PROVIDED BELOW ARE DEFINED IN AND SUBJECT TO THE TERMS AND CONDITIONS OF THE ATTACHED INSTALLATION AND SERVICE AGREEMENT DATED May 1, 2008 BETWEEN STANLEY CONVERGENT SECURITY SOLUTIONS INC. AND

Iroff & Sons — FOR SERVICES AT — 3960 Old Milton Parkway
Suite 400 — Alpharetta — Ga. — 30005

### Preventative Maintenance

**Preventative Maintenance**
Scheduled preventative maintenance. The scheduled appointment includes a visual inspection of devices, walk-test of system components, cleaning of devices as needed and verification of communication link. Includes access to the PNC TAC - Technical Assistance Center (24x7). System repair, equipment replacement and lift rentals are excluded.

**Access Control Preventative Maintenance**
Scheduled preventative maintenance. The Scheduled appointment includes a visual inspection of devices, walk test of system components, cleaning of devices as needed and may, for PC based systems include programming back-up and software patch updates (as available). Includes access to the PNC TAC - Technical Assistance Center (24x7). System repair, equipment replacement and lift rentals are excluded.

**Basic QIP Home Security Inspection Plan**
Scheduled inspection provided for home security systems. The QIP inspection includes "10 Point Test & Inspect" procedure by a service technician, 1-800 Toll free alarm transmission service and access to the PNC TAC – Technical Assistance Center (24x7). Equipment repair and replacement are excluded.

**Advanced QIP Home Security Inspection Plan**
Scheduled inspection provided for home security systems. The QIP inspection includes "10 Point Test & Inspect" procedure by a service technician, 1-800 Toll-free alarm transmission service, access to the PNC TAC – Technical Assistance Center (24x7), 10% discount on repairs and new equipment throughout the plan term and transmitter batteries replaced as needed. Five (5) battery limit per inspection.

**Premium QIP Home Security Inspection Plan**
Scheduled inspection provided for home security systems. The QIP inspection includes "10 Point Test & Inspect" procedure by a service technician, 1-800 Toll-free alarm transmission service, access to the PNC TAC – Technical Assistance Center (24x7), 15% discount on repairs and new equipment throughout the plan term, transmitter batteries and alarm control battery replaced as needed. Ten (10) battery limit per inspection for transmitters.

### Fire Alarm Test & Inspection

| | | | |
|---|---|---|---|
| | Monthly Test & Inspection | | Quarterly Test & Inspection |
| | Annual Test & Inspection | | Semi Annual Test & Inspection |

**Scheduled tests and inspections.**
The scheduled appointments include a visual inspection of devices, operational records. Tests and inspections are documented and provided for customers. Test of system components and verification of communication link. Includes access to the PNC TAC - Technical Assistance Center (24x7). System repair, equipment replacement and lift rentals are excluded.

### Embedded Customer Support

Customer agrees and acknowledges that Stanley CSS is not an employment agency. Customer and its agents agree that they will not solicit or hire on-site or embedded Stanley CSS employees for a period of five (5) years.

**Embedded Technical Specialist**
Technical Specialists work at the customer location to assist in day-to-day tasks regarding the system operation and technical application. This support can be customized to include repair service work, programming, test & inspection and other technical requirements.

**Embedded Administrative Specialist**
Customer Support Specialists work at the customer location to assist in day-to-day tasks regarding the administration of security accounts. A support specialist can assist with questions, coordination and administration of installation, service, monitoring, account management and billing matters.

**Embedded Project Manager**
A Stanley Embedded Project Manager works onsite to coordinate scheduling, material delivery, Stanley technical installation and support efforts. A project manager can assist with organizing overall efforts for new installations and management of facility issues. Price per location or multi-building campus.

**Embedded Application Engineer**
Stanley Embedded Application Engineers work at the customer location to provide job design, drafting, and RFP assistance. An application engineer can assist with processing new work estimates, maintaining CAD as-builts, and customer specific implementation requirements. Price per location or multi-building campus.

**Embedded Program Manager**
Stanley Embedded Program Managers spearhead the overall embedded progress at the customer location. Activities include providing administrative and technical supervision of other embedded staff members, acting as the primary point of escalation for embedded staff for any issues with field installation and support, serving as the voice of the customer to executive management regarding client satisfaction, concerns, and strategic needs, as well as communicating with Stanley field leadership to ensure project and service metrics objectives are being achieved.

### Technical Assistance Center (TAC)

**Technical Assistance Center Support**
TAC is included for customers with a Stanley CSS Service Plan, Preventative Maintenance or Fire Alarm Test & Inspection Plan.

### Advanced System Knowledge and Training

| | Training Package | (1 Hour, 1 Annual Session) |

### Additional Services

| | | | |
|---|---|---|---|
| | UL Fire Alarm Certificate | | Software Support (HSS/EB/XSM) |
| | UL DOD Alarm Certificate | | Board or Direct Connection (Select Areas) |
| | UL Intrusion Alarm Certificate | | Runner or Guard Response (Select Areas) |

**Other Services** — Other Services

**Total Monthly Fee:** $8

NOTE: Total Installation Price is reflected on Schedule of Service and Protection (Equipment & Installation).

Accepted By:
Customer Signature: _[signature]_   Date: 5/12/08   Rep Initials: _____

Iroff Hold Up.xls — Rev 2/14/2008 (v 3) — Page 10



**STANLEY** Security Solutions

Stanley Convergent Security Solutions, Inc.
Confidential & Proprietary Information

## Schedule of Service and Protection (Services)

Page 1 of 2

ANY OR ALL SERVICES PROVIDED BELOW ARE OUTLINED IN AND SUBJECT TO THE TERMS AND CONDITIONS OF THE ATTACHED  INSTALLATION AND SERVICE
AGREEMENT DATED  May 1, 2008  BETWEEN STANLEY CONVERGENT SECURITY SOLUTIONS INC. AND  3960 Old Milton Parkway
Iroff & Sons  FOR SERVICES AT
Suite 400  Alpharetta  Ga.  30005

### Monitoring Services
- [ ] Intrusion Alarm
- [ ] Fire Alarm and Sprinkler
- [ ] Critical Condition
- [ ] Medical Response
- [ ] Elevator Telephone
- [ ] Other Central Station
- [ ] No Monitoring

### Additional Monitoring Services
- [ ] Add. Intrusion Alarm
- [ ] Add. Fire Alarm and Sprinkler
- [ ] Add. Critical Condition
- [ ] Add. Medical Response
- [ ] Hold-Up or Panic Alarm
- [ ] Additional Areas
- [ ] Duress Monitoring
- [ ] 24-Hour Auto Dialer Test
- [ ] Weekly Auto Dialer Test

### Additional ProtectionNet Services
- [ ] O/C Signal Supervision
- [ ] Open and Close Signal Tracking
- [ ] Pin Management by PNC
- [ ] Open / Close Reports
- [ ] Standard Exception Report
- [ ] Customized Exception Report

### Communication Back-up
- [ ] Basic Cell Back-Up
- [ ] Basic Radio Back-Up
- [ ] Advanced Cell Back-Up
- [ ] Advanced Radio Back-Up
- [ ] Internet Comm. Back-Up

### eDataManager
- [ ] Basic eDataManager
- [ ] Advan. eDataManager
- [ ] Premium eDataManager
- [ ] Premium Plus eDataManager

### eAccountManager
- [X] eAccountManager  RE67
- [ ] eAccountManager Plus

### eVideoManager
- [ ] eVideo Alarm Verif.
- [ ] eVideo Guard Tour
- [ ] eVideo O/C Record
- [ ] eVideo Escort
- [ ] eVideo Open Supervision
- [ ] eVideo Close Supervision

### eVideoData
- [ ] eVideoData Alarm Verif.
- [ ] eVideoData Guard Tour
- [ ] eVideoData Open/Close
- [ ] eVideoData Escort

### Service Plans

**[X] Standard Service Plan**  Intrusion  RS05
(Monday – Friday, 8am – 4pm)
This plan covers labor and equipment costs during normal business hours for normal "wear and tear" repair or replacement and includes batteries and lift rentals. Repair or replacement of equipment damaged by the customer, acts of God or vandalism is not covered. Service labor rates for after hours work are based on current service labor rate schedule. Includes access to the PNC TAC – Technical Assistance Center (24x7).

**[ ] Premium Service Plan**
(24x7, 365 days)
This plan covers labor and equipment costs for normal "wear and tear" repair or replacement and includes batteries and lift rentals. Repair or replacement of equipment damaged by the customer, acts of God or vandalism are not covered. Includes access to the PNC TAC-Technical Assistance Center (24x7).

**[ ] Labor Only Service Plan**
(Monday – Friday, 8am – 4pm)
This plan covers labor costs for normal "wear and tear" repair or replacement. Repair or replacement of equipment damaged by the customer, acts of God or vandalism are not covered. Service labor rates for after hours work are based on current service labor rate schedule. Includes access to the PNC TAC-Technical Assistance Center (24x7).

**[ ] Parts Only Service Plan**
(24x7, 365 days, Applicable Labor Rate)
This plan covers equipment costs for normal "wear and tear" repair or replacement and includes batteries and lift rentals. Repair or replacement of equipment damaged by the customer, acts of God or vandalism are not covered. Service labor rates are based on current service labor rate schedule. Includes access to the PNC TAC-Technical Assistance Center (24x7).

**[ ] Priority Response Service Plan**  Only Available for National Accounts & High Security
(4 hour response, 24x7, 365 days)
This plan covers labor and equipment costs with a 4 hour response for normal "wear and tear" repair or replacement and includes batteries and lift rentals. Repair or replacement of equipment damaged by the customer, acts of God or vandalism are not covered. Includes access to the PNC TAC-Technical Assistance Center (24x7).

Schedule of Service and Protection (Services) Continued on Page 7  Customer Initials: _____  Rep Initials: _____

Iroff Hold Iroff  Rev 7/04/2008 (1.3)  Page 1