UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| This document relates to: | 1:20-md-02974-LMM |
| ANNA KREITZER | |
| vs. | Civil Action No.: _____ |
| TEVA PHARMACEUTICALS, USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., COOPER SURGICAL, INC. | |

## SHORT FORM COMPLAINT

Come(s) now the Plaintiff(s) named below, and for her Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard:  <u>Anna Kreitzer.</u>

   _____

2. Name of Plaintiff's Spouse (if a party to the case): <u>N/A.</u>

   _____

3. If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
N/A

4. State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Plaintiff's original complaint:
New York.

5.
6. State of Residence of each Plaintiff at the time of Paragard placement:
New York.

7. State of Residence of each Plaintiff at the time of Paragard removal:
New York.

8. District Court and Division in which personal jurisdiction and venue would be proper:
Northern District of New York, Southern District of New York.

9. Defendants. (Check one or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant in a Short Form Complaint.):

2

☒     A. Teva Pharmaceuticals USA, Inc.

☒     B. Teva Women's Health, LLC

☒     C. Teva Branded Pharmaceutical Products R&D, Inc.

☒     D. The Cooper Companies, Inc.

☒     E. CooperSurgical, Inc.

9.     Basis of Jurisdiction

☒     Diversity of Citizenship (28 U.S.C. § 1332(a))

☐     Other (if Other, identify below):

_____

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)* *If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)** **If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| Approximately 12/01/2013 | Gramercy Gynecology, New York, NY | Approximately 12/01/2020 | Dr. Maiquel Carrasco, New York, NY |

11. Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

    X  Yes

    ___ No

12. Brief statement of injury(ies) Plaintiff is claiming:

    <u>Device fractured upon explant attempt with a piece retained in Plaintiff's body requiring further surgery.</u>
    Plaintiff reserves her right to allege additional injuries and complications specific to her.

13. Product Identification:

    a. Lot Number of Paragard placed in Plaintiff (if now known):

       Unknown, investigation continues

    b. Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

       ___ Yes

       X  No

14. Counts in the Master Complaint brought by Plaintiff(s):

    X Count I – Strict Liability / Design Defect

    X Count II – Strict Liability / Failure to Warn

    X Count III – Strict Liability / Manufacturing Defect

    X Count IV – Negligence

    X Count V – Negligence / Design and Manufacturing Defect

    X Count VI – Negligence / Failure to Warn

        X Count IX – Negligent Misrepresentation

        X Count X – Breach of Express Warranty

        X Count XI – Breach of Implied Warranty

        X Count XII – Violation of Consumer Protection Laws

        X Count XIII – Gross Negligence

        X Count XIV – Unjust Enrichment

        X Count XV – Punitive Damages

☐    Count XVI – Loss of Consortium

☐    Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____

_____

15.   "Tolling/Fraudulent Concealment" allegations:

    a.   Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

        X Yes

        No

    b.   If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

_____

_____

16. Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

    a. Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

        ____ Yes

        X    No

    b. If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

        i. The alleged statement(s) of material fact that Plaintiff alleges was false: _____

        ii. Who allegedly made the statement: _____

        iii. To whom the statement was allegedly made: _____

        iv. The date(s) on which the statement was allegedly made: _____

17. If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

    a. What does Plaintiff allege is the manufacturing defect in her Paragard? N/A

6

18. Plaintiff's demand for the relief sought if different than what is alleged in the Master Complaint: _____

_____

19. Jury Demand:

    X    Jury Trial is demanded as to all counts

    __    Jury Trial is NOT demanded as to any count


                                        **s/ Joel E. Brown**
                                              Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

Plaintiff's Attorney:
Joel E. Brown, ARDC No. 6212326
Joel E. Brown, P.C.
416 Main St., Suite 1300
Peoria, IL 61602
Phone (309) 673-4357
Fax (309) 673-6119
jb@joelebrown.com

Jeff Green, ARDC No. 6275034
Law Office of Jeff Green
SW Washington St., Unit 1A
Peoria, IL 61602
Phone (309) 699-0111
Fax (309) 699-4693
jgreen@jeffgreenlaw.com
office@jeffgreenlaw.com