AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Adil Ahmed Mirza ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Alejandro Mayorkas, Secretary, U.S. DHS, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adil Ahmed Mirza .

Date: 02/07/2023

/s/ Marshall L. Cohen
*Attorney's signature*

Marshall L. Cohen GA 174580
*Printed name and bar number*

Antonini and Cohen Immigration Law Group
2751 Buford Hwy, NE, Ste 500
Atlanta, GA 30324
*Address*

cohen@antoniniandcohen.com
*E-mail address*

(404) 523-8141
*Telephone number*

(678) 436-8843
*FAX number*