**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| | | | March 21, 2022 |
| **CASE TYPE** | | | **USCIS A#** |
| N-400, Application for Naturalization | | | A074693215 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
| IOE0915594004 | March 16, 2022 | March 16, 2022 | 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | PAYMENT INFORMATION: | |
|---|---|---|
| ADIL A. MIRZA<br>C/O MARSHALL L. COHEN ANTONINI AND COHEN IMMIGRA<br>2751 BUFORD HWY NE STE 500<br>ATLANTA, GA 30324 | Single Application Fee: | $725.00 |
| | Total Balance Due: | $0.00 |

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed.

Our records indicate your personal information is as follows:

```
Date of Birth:           January 19, 1977
Address Where You Live: ADIL A. MIRZA
                        2017 YELLOW FINCH TRAIL SE
                        ATLANTA, GA  30316
```

Upon receipt of all required Record Checks, we will schedule you to appear for an interview at your local USCIS field office.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

USCIS is switching back to the 2008 version of the civics test. Applicants with a "filing" date (also known as received date) on or after March 1, 2021, will take the 2008 version. For more information and to find study materials, visit the Citizenship Resource Center at uscis.gov/citizenship.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO 64002
Attention: N-400 Naturalization Applications

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19