August 24, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



U.S. Citizenship
and Immigration
Services

MARSHALL LEWIS COHEN
2751 BUFORD HWY NE
FLR 8TH
ATLANTA, GA 30324

IOE0915594004

RE: ADIL AHMED MIRZA
N-400, Application for Naturalization

A074-693-215

## NOTICE OF CONTINUANCE

Dear ADIL MIRZA

Examination of your N400 application shows that additional information, documents or forms are needed before your application can be acted upon. **Please see attached and respond by September 26, 2022.**

**Failure to do so may result in the denial of your application.**

Please submit current (2022) diagnosis and treatment for your client

The record shows you suffer from a serious medical condition which questions your eligibility for citizenship without legal guardianship . You have been diagnosed with suffering from Bio polar Disorder since 2008, and according to your physician at one point and time you were suffering from "manic episodes" with psychotic symptoms. The record stated you are being treated with prescription medication to avoid a decline or worsening of your condition. The doctors letters of submission range from 2016 to 2018.

A current letter from the treating physicians/physiologist is required, stating your current mental state/diagnosis and medication prescribed.

The letter(s) should also specify if you are a threat to yourself as well as others with whom you may or may not come in contact with in society, conducting daily functions.

Submission of this information, however, does not guarantee that this case will be approved. We strongly recommend that you submit all the requested information, documents, or forms as listed on the following pages at one time and as soon as possible so that we can resume processing. Any interim benefits that may otherwise stem from the filing of this application or petition will be delayed while this case is in suspense awaiting your response.

If you choose to submit only some or none of the requested information, then the application will be

adjudicated on its merits. You may also request, in writing, to the Service that this application be withdrawn. If the District Director consents to the withdrawal, the application will be denied without further notice to you and without prejudice to any future application. If the District Director does not consent to the withdrawal, then the application shall be adjudicated on its merits.

You must mail all the requested information to the address below by September 26, 2022.

Sincerely,

*Shineka C. Miller*

Shineka C. Miller
Field Office Director

cc: MARSHALL COHEN

IOE0915594004

A074-693-215

## Attachment

**Please include a copy of this letter and send your response by mail to this address:**

U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345