

# ANTONINI & COHEN

## IMMIGRATION LAW GROUP

2751 BUFORD HIGHWAY,NE - SUITE 500, ATLANTA GA 30324
404.523.8141 | FAX 678.436.8843 | ANTONINIANDCOHEN.COM

September 2, 2022

**VIA FEDEX**
US Department of Homeland Security
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

Re:    **Response to RFE**
        **MIRZA, Adil – A074 693 215;**
        **N-400 Receipt No.: IOE0915594004**

To Whom It May Concern:

Please consider this our response to the enclosed Request for Evidence dated 08/24/2022. We provide the following documentation for filing in response:

A.    Request for Evidence (RFE);
B.    Letter from Mr. Mirza's treating physician stating his current mental state/diagnosis and medication prescribed.

Please contact us if you have any questions regarding this case. Otherwise, we look forward to your favorable decision.

Sincerely yours,

Marshall Cohen
Enclosure

1

August 24, 2022



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



**U.S. Citizenship
and Immigration
Services**

MARSHALL LEWIS COHEN
2751 BUFORD HWY NE
FLR 8TH
ATLANTA, GA 30324

IOE0915594004



A074-693-215

RE: ADIL AHMED MIRZA
N-400, Application for Naturalization

## NOTICE OF CONTINUANCE

Dear ADIL MIRZA

Examination of your N400 application shows that additional information, documents or forms are needed before your application can be acted upon.  **Please see attached and respond by September 26, 2022.**

**Failure to do so may result in the denial of your application.**

**Please submit current (2022) diagnosis and treatment for your client**

The record shows you suffer from a serious medical condition which questions your eligibility for citizenship without legal guardianship . You have been diagnosed with suffering from Bio polar Disorder since 2008, and according to your physician at one point and time you were suffering from "manic episodes" with psychotic symptoms. The record stated you are being treated with prescription medication to avoid a decline or worsening of your condition.  The doctors letters of submission range from 2016 to 2018.

A current letter from the treating physicians/physiologist is required, stating your current mental state/diagnosis and medication prescribed.

The letter(s) should also specify if you are a threat to yourself as well as others with whom you may or may not come in contact with in society, conducting daily functions.

Submission of this information, however, does not guarantee that this case will be approved.  We strongly recommend that you submit all the requested information, documents, or forms as listed on the following pages at one time and as soon as possible so that we can resume processing.  Any interim benefits that may otherwise stem from the filing of this application or petition will be delayed while this case is in suspense awaiting your response.

If you choose to submit only some or none of the requested information, then the application will be

adjudicated on its merits. You may also request, in writing, to the Service that this application be withdrawn. If the District Director consents to the withdrawal, the application will be denied without further notice to you and without prejudice to any future application. If the District Director does not consent to the withdrawal, then the application shall be adjudicated on its merits.

You must mail all the requested information to the address below by September 26, 2022.

Sincerely,

Shineka C. Miller
Field Office Director

cc: MARSHALL COHEN

IOE0915594004

A074-693-215

Attachment

<u>Please include a copy of this letter and send your response by mail to this address:</u>
U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345



**IQBAL H. DHANANI, M.D.,**
ADOLESCENT AND ADULT PSYCHIATRIST
BOARD CERTIFIED
1720 PHOENIX BLVD SUITE #570
ATLANTA , GA 30349
TEL. 770-994-9399   FAX 770-994-4893

September 01, 2022

To Whom It May Concern:

This letter is on behalf of Adil Mirza, a.k.a. Boby Mirza. He has been under my care, Dr. Iqbal Dhanani, since 2008 for Mental Health treatment for schizoaffective disorder, bipolar type. Adil is severely allergic to five different mental illness prescription medications (some of them causing him seizures, paranoia, and hallucinations). It took a few years to determine the suitable treatment for him, and it was during this trial period that Adil unfortunately incurred the misdemeanors.

Adil is currently receiving Haldol Decanoate Intramuscular Injections once per month along with his mental psychotropic medication, Clozaril. He is well established with the treatment here for the last ten or more years.

Adil has been compliant with taking his medications. He also continues to manage his illness regularly with counseling, activities, and family support. He also has support from his large group of friends and neighbors. Adil is not a threat to himself as well as others. He has been incident free for more than ten years. He has worked part-time on projects for Clintract, Inc. up to the Covid-19 pandemic with no issues. I'm pleased that Adil is working toward his Computer Information Systems degree with a specialization in software programming at Strayer University. He is an Honor Roll Student.

Please feel free to contact me with any questions at my office number: (770) 994-9399.

Sincerely,

Dr. Iqbal Dhanani



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.