**USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)**

 An official website of the United States government
Here's how you know

Español

 **U.S. Citizenship and Immigration Services (https://www.uscis.gov/)**

☰ Menu

Login (/casestatus/displayLogon.do;jsessionid=9F1EC56E3ACE46D70CD9DBC852469C47) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Interview Was Scheduled

On June 29, 2022, we scheduled an interview for your Form N-400, Application for Naturalization, Receipt Number IOE0915594004. We will mail you an interview notice. Please follow any instructions in the notice. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ?

[                                    ]