# EXHIBIT C

**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** Casey Denise Smith

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: January 19, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Casey Denise Smith, 150 Mills Creek Lane, Covington, GA 30016

On October 17, 2022, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

We are not enclosing a copy of the Administrative Law Judge's decision you requested because you have access to the electronic folder through the Appointed Representative Services website: https://secure.ssa.gov/acu/LoginWeb/

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)873-9106.

Social Security
9180 Covington By Pass
Covington, GA 30014-8710



See Next Page

Casey Denise Smith                                                   Page 2 of 2

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *A. Van Soest*
A. Van Soest
Administrative Appeals Judge

cc:
Casey Denise Smith
150 Mills Creek Lane
Covington, GA 30016



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041



3254 1 MA 0.515 P1 T6 155506 1 18 1 CIPA R230119 0000
Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030



