# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD DIXON, Individually and as Assignee of Girls Galore, Inc. d/b/a Allure Gentlemen's Club,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO.: _____ |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

COMES NOW **UNITED SPECIALTY INSURANCE COMPANY**, Defendant in the above-styled civil action, and pursuant to Fed. R. Civ. P. 12(c), files this Motion for Judgment on the Pleadings on the grounds that there are no disputed issues of material fact as to Plaintiff's claims against Defendant such that judgment on the pleadings is appropriate as a matter of law.

In support of this Motion, Defendant files concurrently herewith its Memorandum of Law in Support of its Motion for Judgment on the Pleadings.

- 2 -

WHEREFORE, Defendant United Specialty Insurance Company, respectfully requests that this Court grant its Motion on the Pleadings and for all other relief just and proper.

This 7th day of February, 2023.

                                              **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

                                              /s/ Jason G. Wyrick

                                              **JASON G. WYRICK**
                                              Georgia Bar No. 143112

Meridian II, Suite 2000        **TED S. HUGGINS**
275 Scientific Drive           Georgia Bar No. 964381
Peachtree Corners, GA  30092   **J. ROBB CRUSER**
(404) 881-2622                 Georgia Bar No. 199480
(404) 881-2630 (Fax)         *Attorneys for Defendant*
jwyrick@cmlawfirm.com
thuggins@cmlawfirm.com
rcruser@cmlawfirm.com

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James (Jay) Sadd, Esq.
Richard E. Dolder, Jr., Esq.
Slappey & Sadd
352 Sandy Springs Circle
Atlanta, GA 30328
jay@lawyersatlanta.com
rich@lawyersatlanta.com
*Counsel for Plaintiff*

This 7th day of February, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**TED S. HUGGINS**
Georgia Bar No. 964381
**J. ROBB CRUSER**
Georgia Bar No. 199480
*Attorneys for Defendant*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092
(404) 881-2622
(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
thuggins@cmlawfirm.com
rcruser@cmlawfirm.com

{SECURE Firm/2035/00009/DRAFTS/03888356.DOCX }