EEOC Form 5 (11/09)

|  |  |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:   Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC   **410-2022-06366** |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| David Bruce Patterson | 4045979191 | 04/10/1957 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3635 East Paces Circle, Apt #1304 | Atlanta, GA, 30326 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Southern Fruit & Vegetables, INC d/b/a Athena Farms | +50 | 4043629390 |

| Street Address | City, State and ZIP Code |
|---|---|
| 16 Forest Parkway, Building H | Forest Park, GA 30297 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |
|---|---|
|  |  |

**US EEOC ATDO RECEIVED 06-17-2022**

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01/06/20   Latest: 04/26/22
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**SEE ATTACHED**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

06/17/2022
Date — Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

I am 65 years old. I began working at the above-named employer in January 2020. I was rapidly promoted from sales representative to sales manager. During the course of my employment, I was the highest performing salesperson in the organization and rapidly expanded the company's business. However, I was continuously called an old man, and made fun of my lack of technology etc. I complained about these agist statements to my employer, but to my knowledge no action was taken. I was never counseled about my performance but on April 26, 2022, I was terminated and replaced with a much younger employee. Further I was not offered an opportunity to return to my position as a sales rep.

I believe I was discriminated against and retaliated against in violation of the ADEA as amended.