IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIYOUNG KWON,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:   Civil Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Jiyoung Kwon by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., hereby states:

1. Plaintiff is an individual person and has no information relating to corporate stock ownership to disclose pursuant to Fed. R. Civ. P. 7.1.

2. Plaintiff certifies that the following is a full and complete list of, to the best of her knowledge at this time, all other persons, associations, firms partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: (i) Plaintiff; and (ii) Defendant.

3. The undersigned further certifies that the following is a full and

complete list of all persons serving as lawyers for the parties in this proceeding:

a.  For Plaintiff:

CLIFF CARLSON LAW, P.C.

*Clifford Carlson*

THE KIM LAW FIRM LLC

*Richard H. Kim (Pro Hac Vice To Be Filed)*

b.  For Defendant LexisNexis Risk Solutions, Inc.:

No appearance has been entered as of today's date.

    Respectfully submitted,

    **THE KIM LAW FIRM, LLC**

by: */s/ Richard H. Kim*
Richard Kim (*Pro Hac Vice To Be Filed*)
Attorney I.D. No.: 2202618
rkim@thekimlawfirmllc.com
1635 Market St., Suite 1600
Philadelphia, PA 19103
855/996-6342 phone
855/235-5855 fax

**CLIFF CARLSON LAW, P.C.**

by: */s/ Clifford Carlson*
Clifford Carlson, Esquire
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
730 Peachtree St NE #570
Atlanta, Georgia 30308

                                                  Tel. 478-254-1018
                                                  cc@cliffcarlsonlaw.com

                                                  *Attorneys for Plaintiff Jiyoung Kwon*

Dated: February 7, 2023

## **CERTIFICATE OF SERIVCE**

I hereby certify that I have caused a true and correct copy of the foregoing Certificate of Interested Persons to be served on each Defendant in this matter.

**THE KIM LAW FIRM, LLC**

by: /s/ *Richard H. Kim*
Richard Kim (*Pro Hac Vice To Be Filed*)
Attorney I.D. No.: 2202618
rkim@thekimlawfirmllc.com
1635 Market St., Suite 1600
Philadelphia, PA 19103
855/996-6342 phone
855/235-5855 fax

**CLIFF CARLSON LAW, P.C.**

by: */s/ Clifford Carlson*
Clifford Carlson, Esquire
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
730 Peachtree St NE #570
Atlanta, Georgia 30308
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

*Attorneys for Plaintiff Jiyoung Kwon*