# EXHIBIT "A"

## Special Civil Part Case Summary

**Case Number:** HUD LT-006759-20

**Case Caption:** Nc Housing Associate Vs Choi Jiyoung

| | | | |
|---|---|---|---|
| **Court:** Special Civil Part | **Venue:** Hudson | **Case Initiation Date:** 10/21/2020 | **Age:** 00 YR 00 MO |
| **Case Type:** Residential Non-Payment | **Case Status:** Closed | **Demand Amount:** $2,661.00 | |
| **Case Track:** | **Judge:** | **Jury Demand:** None | **Disposition Date:** 01/08/2021 |
| **Case Disposition:** Dismissed By Court Without Prejudice | **Statewide Lien:** | | |

### Plaintiffs
**Nc Housing Associates 200 Co**

| | | |
|---|---|---|
| **Party Description:** Corp | | **Attorney Name:** Tracey L Goldstein |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** 025071994 |
| **City:** **State:** | **Zip:** 00000 | **Phone:** |

**Attorney Email:** TGOLDSTEIN@FRKBG.COM

### Defendants
**Jiyoung  Choi**

| | | |
|---|---|---|
| **Party Description:** Individual | | **Attorney Name:** |
| **Address Line 1:** 40 Newport Parkway | **Address Line 2:** 2404 | **Attorney Bar ID:** |
| **City:** Jersey City **State:** NJ | **Zip:** 07310 | **Phone:** (917) 920-1499 |

**Attorney Email:**

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 10/21/2020 | Complaint uploaded by Case Management Staff submitted by TRACEY L GOLDSTEIN | SCP20202186938 | 12/11/2020 |
| 01/08/2021 | Letter/Correspondence submitted by ADRIENNE   LE PORE of FEINSTEIN RAISS KELIN BOOKER & GOLDSTEIN  LLC. JEDS  EF-469209 | SCP202143037 | 01/08/2021 |
| 01/08/2021 | Voluntary Dismissal uploaded by Case Management Staff submitted by TRACEY L GOLDSTEIN | SCP202153684 | 01/11/2021 |