# EXHIBIT "B"

Attorney's ID:    025071994
Attorney Name:  Tracey Goldstein
Attorney: Feinstein Raiss Kelin Booker & Goldstein LLC
Office Address:  290 West Mt. Pleasant Ave., Suite 1340
Livingston, NJ  07039
Phone No.  (973) 324-5400
Court Contact : fsanders@frkbg.com / agoodwin@frkbg.com
Name of Plaintiff(s)/Landlord(s):

NC HOUSING ASSOCIATES # 200 CO.

vs

Name of Defendant(s)/Tenant(s):
JIYOUNG CHOI

Collateral Account:  146582

SUPERIOR COURT OF NEW JERSEY
Law Division, Special Civil Part
_____HUDSON_____ County

Docket No. LT -  6759-20

Civil Action

**VERIFIED COMPLAINT LANDLORD/
TENANT**

☑ Non-payment of Rent - Back Rent Claimed: $ 2661.00
☐ Other -HOLDOVER (Required Notices Attached)
☑ Residential
☐ Commercial

Address of Rental Premises: 40 NEWPORT PARKWAY # 2404 , JERSEY CITY NJ 07310
Tenant(s) Phone No.: (917) 920-1499                    Tenant(s) Email: JIYOUNGBCHOI@GMAIL.COM

1.  The owner of record is  NC HOUSING ASSOCIATES # 200 CO.        .
                                                (name of owner)
2.  Plaintiff is the owner or (check one) ___agent, ___assignee, ___grantee or ___prime tenant of the owner.

3.  The landlord ___did ☒ did not acquire ownership of the property from the tenant(s).

4.  The landlord ___has ☒ has not given the tenant(s) an option to purchase the property.

5.  The tenant(s) now reside(s) in and has (have) been in possession of these premises since _____,
     under (check one) ☒ written or ___oral agreement.                        (mm/dd/yyyy)

6.  ☐ Check here if the tenancy is subsidized pursuant to either a federal or state program or the rental unit is public housing.

7.  The landlord has registered the leasehold and notified tenant as required by N.J.S.A. 46:8-27.

8.  The amount that must be paid by the tenant(s) for these premises is $ 2320.00 __, payable on the __1st__ day of each ☒ month
     or ___week in advance.


**COMPLETE PARAGRAPHS 9A AND 9B IF COMPLAINT IS FOR NON-PAYMENT OF RENT**

9A. There is due, unpaid and owing from tenant(s) to plaintiff/landlord rent as follows:

```
    2320.00    RENT                 10/2020
     116.00    LATE FEE             10/2020
     174.00    LEGAL FEE            10/2020
      51.00    Suit Court Costs
=================
    2661.00    Total
```

* The late charges, attorney fees and other charges are permitted to be charged as rent for purposes of this action by federal, state and local law (including rent control and rent leveling) and by the lease.

9B. The date that the next rent is due is  November 1, 2020    .
                                          (mm/dd/yyyy)
. If this case is scheduled for trial before that date, the total amount you must pay to have this complaint dismissed is
$ 2661.00                      . (Total from line 9A)

If this case is scheduled for trial on or after that date, the total amount you must pay to have this complaint dismissed is
$ 4981.00              . (Total from line 9A plus the amount of the next rent due).

9C. The date that the next rent is due after that date is  December 1, 2020
                                                          (mm/dd/yyyy)
If this case is scheduled for trial on or after that date, the total amount you must pay to have this complaint dismissed is
$ 7301.00             .    (Total from line 9A plus two more months' rent)

These amounts do not include late fees or attorney fees for Section 8 and public housing tenants. Payment may be made to the landlord or the clerk of the court at any time before the trial date, but on the trial date payment must be made by 4:30 p.m. to get the case dismissed.

**CHECK PARAGRAPHS 10 AND 11 IF THE COMPLAINT IS FOR OTHER THAN OR IN ADDITION TO NON-PAYMENT OF RENT. ATTACH ALL NOTICES TO CEASE AND NOTICES TO QUIT/DEMANDS FOR POSSESSION.**

10. ☐ Landlord seeks a judgment for possession for the additional or alternative reason(s) stated in the notices attached to this complaint. STATE REASONS:

_____

_____

In the alternative Plaintiff seeks judgment for possession based on non-payment of rent.  (Attach additional sheets if necessary.)

11. ☒ The tenant(s) has (have) not surrendered possession of the premises and tenant(s) hold(s) over and continue(s) in possession without the consent of landlord.

**WHEREFORE**, plaintiff/landlord demands judgment for possession against the tenant(s) listed above, together with costs.

**FEINSTEIN RAISS KELIN BOOKER & GOLDSTEIN LLC**

DATED:      10/20/2020

Signature of Filing Attorney

Tracey Goldstein
Printed Name of Attorney

## Landlord Verification

1. I certify that I am the ☐ landlord, ☐ general partner of the partnership, or ☒ authorized officer of a corporation or limited liability company that owns the premises in which tenant(s) reside(s).

2. I have read the verified complaint and the information contained in it is true and based on my personal knowledge.

3. The matter in controversy is not the subject of any other court action or arbitration proceeding now pending or contemplated and no other parties should be joined in this action except (list exceptions or indicate none):

   _____

4. I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

5. The foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

At the trial plaintiff will require:

An Interpreter:                          ☐ Yes  ☒ No   Indicate language _____

An accommodation for a disability   ☐ Yes  ☒ No   Required accommodation _____

Dated:  _10-20-20_

(Signature of Landlord, Partner or Officer)

(Printed Name of Landlord, Partner or Officer)

Note:  Adopted as Appendix XI-X July 9, 2008 to be effective September 1, 2008. Revised effective September 1, 2009; amended August 1, 2016, to be effective September 1, 2016; amended July 14, 2020 to be effective immediately.



A
2661

# TENANCY SUMMONS AND RETURN OF SERVICE

**Plaintiff or Plaintiff's Attorney Information:**

Attorney's ID: 025071994

Attorney's Name: Tracey Goldstein

Name: Feinstein Raiss Kelin Booker & Goldstein LLC

Address: 290 West Mt. Pleasant Ave., Suite 1340

    Livingston, NJ 07039

Court Contact: fsanders@frkbg.com / agoodwin@frkbg.com

Phone: 973-324-5400

Fax: 973-731-4348

NC HOUSING ASSOCIATES # 200 CO.

_____, Plaintiff(s)

**Versus**

JIYOUNG CHOI

_____, Defendant(s)

**Defendant Information:**

Name: JIYOUNG CHOI

Address: 40 NEWPORT PARKWAY # 2404

City, St, Zip: JERSEY CITY NJ 07310

Tenant(s) Phone No. : (917) 920-1499

**Superior Court of New Jersey**

Law Division, Special Civil Part

    HUDSON    County

595 NEWARK AVENUE, ADMIN. BLDG.,

JERSEY CITY, NJ 07306

(201) 748-4400

Docket Number: LT- 6759-20

(to be provided by the court)

Collateral Account # 146582

**Civil Action**

**SUMMONS**

**LANDLORD/TENANT**

☑ Nonpayment-Back Rent Claimed: $ 2661.00

☐ Other    ☑ Residential

       ☐ Commercial

*FILED SPECIAL CIVIL PART #10 OCT 21 2020 SUPERIOR COURT OF NEW JERSEY COUNTY OF HUDSON*

Tenant(s) Email: JIYOUNGBCHOI@GMAIL.COM

**NOTICE TO TENANT:** The purpose of the attached complaint is to permanently remove you and your belongings from the premises. You will be notified when a court proceeding is scheduled. Please contact the Office of the Special Civil Part at ext. regarding your case . Please go to njcourts.gov for general information on landlord/tenant actions.

If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at _____ 201-792-6363 _____.
If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at _____ 201-798-2727 _____. You may be eligible for housing assistance. To determine your eligibility, you must immediately contact the welfare agency in your county at _____ 257 Cornelison Avenue, Jersey City, NJ 07306 _____ telephone number _____ 201-420-3000 _____.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

Si Ud. no tiene dinero para pagar a un abogado, es posible que pueda recibir consejos legales gratuitos si se comunica con Servicos Legales (Legal Services) al _____ 201-792-6363 _____ Si tiene dinero para pagar a un abogado pero no conoce ninguno puede llamar a Servicios de Recomendacion de Abogados (Lawyer Referral Services) del Colegio de Abogados (Bar Association) de su condado local al _____ 201-798-2727 _____. Es posible que pueda recibir asistencia con la vivienda si se comunica con la agencia de asistencia publica (welfare agency) de su condado al _____ 257 Cornelison Avenue, Jersey City, NJ 07306 _____ telephono _____ 201-420-3000 _____.

Si necesita un interprete o alguna acomodacion para un impedimento fisico, tiene que notificarselo ifmediatamente al tribunal.

Date: _____

_____
Clerk of the Special Civil Part
Michelle M. Smith, Esq.
Clerk of Superior Court

**(COURT OFFICER'S RETURN OF SERVICE FOR THE COURT USE ONLY)**

Docket Number: _____ Date: 10/28/20 Time: 2:15 pm

WM __ WF __ BM __ OTHER ___ HT ___ AGE ___ MUSTACHE ___ BEARD ___ GLASSES ___

NAME: _____ RELATIONSHIP: _____

Efforts Made to Personal Serve _____ NO ANSWER

Description of Premises if Posted _____ Luxury Hi-Rise

I hereby certify the above to be true and accurate: _____

Special Civil Part Officer