# EXHIBIT "C"

# FRKB&G

## FEINSTEIN RAISS KELIN BOOKER & GOLDSTEIN LLC
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| LAWRENCE D. RAISS | 290 W. MT. PLEASANT AVE., SUITE 1340 | NORMAN A. FEINSTEIN** |
| RICHARD S. KELIN*Δ | LIVINGSTON, NEW JERSEY 07039 | DANNA M. SCHNOLL* |
| ERNEST R. BOOKER | TEL (973) 324-5400 | OF COUNSEL |
| TRACEY GOLDSTEIN* | FAX (973) 731-4669 | |
| ADRIENNE LEPORE* | FAX (973) 731-4348 | |
| ALINE S. GROSSMAN* | WWW.FRKBG.COM | |
| DAVID H. GOLDBERG | | |
| MICHAEL A. DeMARCO* | | |
| DAVID P. KELIN* | | |

January 8, 2021

*ALSO MEMBER OF NY BAR
Δ ALSO MEMBER OF PA BAR **
RETIRED

**Via J.E.D.S**
**HUDSON COUNTY COURTHOUSE**
595 NEWARK AVENUE/ADMIN BLDG.
LANDLORD TENANT/SPECIAL CIVIL PART
JERSEY CITY, NJ 07306

Re: NC HOUSING ASSOCIATES # 200 CO.     v.   JIYOUNG CHOI
Docket # **LT6759-20**

Dear Sir/Madam:

This office represents the landlord in the above-captioned matter, which has not yet been scheduled for a hearing or settlement conference. No judgment has been entered.

Our client has advised that the tenant has vacated the premises and has given possession of the apartment back to the landlord. Therefore, there is no need to schedule a hearing. **This letter is to serve as a request to dismiss this matter without prejudice.**

                                              Very truly yours,
                                              FEINSTEIN RAISS KELIN BOOKER
                                                         & GOLDSTEIN

                                              BY:_____
                                                    Tracey Goldstein

cc:  NC HOUSING ASSOCIATES    (via email)
     JIYOUNG CHOI                       (via regular mail)