## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No.: _____ |
| CORE TECHNOLOGIES, INC., a Georgia Corporation; CORE TECHNOLOGIES FEDERATED, LLC, a Georgia LLC; ROBERT E. EIGEN, a resident of Georgia; & DEBBIE D. BINETTE, a resident of Georgia; | § § § § § § | |
| Defendants. | § | |

### NOTICE OF FILING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, **PNC BANK, NATIONAL ASSOCIATION**, through its undersigned counsel, hereby gives notice of the filing of Exhibit "A" – Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement.

**Dated:** February 7, 2023

Respectfully submitted,

*/s/ Danielle E. Douglas*
Danielle E. Douglas
(Ga. Bar No. 192316)
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, Alabama 35203
(205) 250-5000
(205) 250-5034 (facsimile)
danielle.douglas@arlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this Tuesday, February 7, 2023 I have filed the forgoing using the CM/ECF system, and I have served the forgoing on the following parties by sending a copy via Certified Mail, Signature Required:

Core Technologies, Inc.
Attn: Robert Eigen
2800 Colonnades Court
Norcross, GA 30071

Core Technologies Federated, LLC
Attn: Robert Eigen
2800 Colonnades Court
Norcross, GA 30071

Robert E. Eigen
3295 Commons Gate Bend
Norcross, GA 30092

Debbie D. Binette
5216 Tealing Drive NE
Roswell, GA 30075

*/s/ Danielle E. Douglas*
OF COUNSEL