## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.: _____ |
| | § | |
| CORE TECHNOLOGIES, INC., a Georgia Corporation; CORE TECHNOLOGIES FEDERATED, LLC, a Georgia LLC; ROBERT E. EIGEN, a resident of Georgia; & DEBBIE D. BINETTE, a resident of Georgia; | § § § § § | |
| Defendants. | § | |

**NOTICE OF FILING CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, § § § Plaintiff, § v. § § CORE TECHNOLOGIES, INC., a § Georgia Corporation; CORE § TECHNOLOGIES FEDERATED, LLC, § a Georgia LLC; ROBERT E. EIGEN, § a resident of Georgia; & DEBBIE D. § BINETTE, a resident of Georgia; § § Defendants. § | Civil Action No.: _____ |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff, PNC BANK, NATIONAL ASSOCIATION, through its undersigned counsel, hereby certifies to the following disclosures.

1. The name of each person, association of persons, firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies

that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

    a. Plaintiff, PNC Bank, National Association ("PNC") is a national banking association and is a wholly-owned indirect subsidiary of The PNC Financial Services Group, Inc., which is a financial holding company publicly-traded under the symbol "PNC" on the New York Stock Exchange

    b. Defendant, Core Technologies, Inc.

    c. Defendant, Core Technologies Federated, LLC

    d. Defendant, Robert E. Eigen

    e. Defendant, Debbie D. Binette

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

    a. None.

3. The name of every person serving as an attorney for the parties in this case.

    a. Danielle E. Douglas, Esq., Adams and Reese LLP (Attorney

for PNC)

4. The following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

    a. PNC is a citizen of Delaware.

**Dated:** **February 7, 2023**　　　Respectfully submitted,

*/s/ Danielle E. Douglas*
Danielle E. Douglas
(Ga. Bar No. 192316)
ADAMS AND REESE LLP
1901 Sixth Avenue North, Suite 3000
Birmingham, Alabama 35203
(205) 250-5000
(205) 250-5034 (facsimile)
danielle.douglas@arlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this Tuesday, February 7, 2023 I have filed the forgoing using the CM/ECF system, and I have served the forgoing on the following parties by sending a copy via Certified Mail, Signature Required:

Core Technologies, Inc.
Attn: Robert Eigen
2800 Colonnades Court
Norcross, GA 30071

Core Technologies Federated, LLC
Attn: Robert Eigen
2800 Colonnades Court
Norcross, GA 30071

Robert E. Eigen
3295 Commons Gate Bend
Norcross, GA 30092

Debbie D. Binette
5216 Tealing Drive NE
Roswell, GA 30075

*/s/ Danielle E. Douglas*
OF COUNSEL