IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORNA BROWN, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : |
| v. | : <br> : |
| EQUIFAX INFORMATION SERVICES LLC, | : <br> : <br> : |
| Defendant. | : <br> : |

# **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Lorna Brown by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., hereby states:

1. Plaintiff is an individual person and has no information relating to corporate stock ownership to disclose pursuant to Fed. R. Civ. P. 7.1.

2. Plaintiff certifies that the following is a full and complete list of, to the best of her knowledge at this time, all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: (i) Plaintiff; and (ii) Defendant.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as lawyers for the parties in this proceeding:

a. For Plaintiff:

CLIFF CARLSON LAW, P.C.

*Cliff Carlson*

THE KIM LAW FIRM LLC

*Richard H. Kim (Pro Hac Vice To Be Filed)*

b. For Defendant Equifax Information Services LLC:

No appearance has been entered as of today's date.

    Respectfully submitted,

    **THE KIM LAW FIRM, LLC**

by: /s/ *Richard H. Kim*
Richard Kim (*Pro Hac Vice To Be Filed*)
Attorney I.D. No.: 2202618
rkim@thekimlawfirmllc.com
1635 Market St., Suite 1600
Philadelphia, PA 19103
855/996-6342 phone
855/235-5855 fax

**CLIFF CARLSON LAW, P.C.**

by: /s/ *Clifford Carlson*
Clifford Carlson, Esquire
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
730 Peachtree St NE #570
Atlanta, Georgia 30308
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

*Attorneys for Plaintiff Lorna Brown*

Dated: February 7, 2023

## **CERTIFICATE OF SERIVCE**

I hereby certify that I have caused a true and correct copy of the foregoing Certificate of Interested Persons to be served on each Defendant in this matter.

**THE KIM LAW FIRM, LLC**

by: /s/ *Richard H. Kim*
Richard Kim (Pro Hac Vice To Be Filed)
Attorney I.D. No.: 2202618
rkim@thekimlawfirmllc.com
1635 Market St., Suite 1600
Philadelphia, PA 19103
855/996-6342 phone
855/235-5855 fax

**CLIFF CARLSON LAW, P.C.**

by: /s/ *Clifford Carlson*
Clifford Carlson, Esquire
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
730 Peachtree St NE #570
Atlanta, Georgia 30308
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

*Attorneys for Plaintiff Lorna Brown*