# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD AND JOSH WHIPPLE, <br><br> Defendants. | Case No. <br><br> **<u>CLASS ACTION</u>** <br><br><br> **<u>JURY TRIAL DEMANDED</u>** |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of Record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

<u>Plaintiff Mike Shafer, and Defendants Active Network LLC, Global Payments, Inc., Jeff Sloan, Cameron Bready, Paul Todd and Josh Whipple</u>

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

    <u>Plaintiff</u>:    Mike Shafer and the below attorneys listed at Johnson Fistel, LLP and Lowey Dannenberg, P.C.

    <u>Defendants</u>: Active Network LLC, Global Payments, Inc., Jeff Sloan, Cameron Bready, Paul Todd and Josh Whipple

(3)    The undersigned further certifies that the following is a full and complete list of persons serving as attorneys for the parties, including proposed intervenors, in this case:

Attorneys for Plaintiff:

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No. 262062
Mary Ellen Conner
maryellenc@johnsonfistel.com
Georgia Bar No. 195077
Enoch P. Hicks
enochh@johnsonfistel.com
Georgia Bar No. 347202
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)

**LOWEY DANNENBERG, P.C.**
Vincent Briganti
vbirganti@lowey.com
Andrea Farah
afarah@lowey.com
Alesandra Greco
agreco@lowey.com
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: 914/997-0500

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)]. The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Not applicable.

DATED: February 8, 2023          **JOHNSON FISTEL, LLP**

*s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No. 262062

3

Mary Ellen Conner
maryellenc@johnsonfistel.com
Georgia Bar No. 195077
Enoch P. Hicks
enochh@johnsonfistel.com
Georgia Bar No. 347202
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)

**LOWEY DANNENBERG, P.C.**
Vincent Briganti
vbirganti@lowey.com
*(Pro Hac Admission to be Requested)*
Andrea Farah
afarah@lowey.com
(*Pro Hac Admission to be Requested*)
Alesandra Greco
agreco@lowey.com
(*Pro Hac Admission to be Requested*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone:  914/997-0500

*Counsel for Plaintiff*