

CƠ QUAN CẤP HỘ CHIẾU
*ISSUING AUTHORITY*
CỤC QUẢN LÝ XUẤT NHẬP CẢNH
*Immigration Department*
T/L. CỤC TRƯỞNG
*For the Director*
P. Trưởng Phòng
*Deputy Chief of Division*

Trịnh Gia Đức

Chữ ký người mang hộ chiếu
*Signature of bearer*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - *SOCIALIST REPUBLIC OF VIETNAM*

HỘ CHIẾU / PASSPORT

| Loại / *Type* | Mã số / *Code* | Số hộ chiếu / *Passport N°* |
|---|---|---|
| P | VNM | B8614688 |

Họ và tên / *Full name*
VŨ PHẠM TRÂM ANH

Quốc tịch / *Nationality*
VIỆT NAM / *VIETNAMESE*

Ngày sinh / *Date of birth*
████████

Nơi sinh / *Place of birth*
TP. HỒ CHÍ MINH

Giới tính / *Sex*
NỮ / F

Số GCMND / *ID card N°*
022970561

Ngày cấp / *Date of issue*
09 / 12 / 2013

Có giá trị đến / *Date of expiry*
09 / 12 / 2023

Nơi cấp / *Place of issue*
Cục Quản lý xuất nhập cảnh

P<VNMVU<<PHAM<TRAM<ANH<<<<<<<<<<<<<<<<<<<<<<<
B8614688<2VNM████████3F2312097022970561<<<<<60





VISA

UNITED STATES of AMERICA

Issuing Post Name
HO CHI MINH CITY

Control Number
20200857290001

Surname
VU

Given Name
PHAM TRAM ANH

Visa Type /Class
R   B1/B2

Passport Number
B8614688

Sex
F

Birth Date

Nationality
VTNM

Entries
M

Issue Date
26MAR2020

Expiration Date
24MAR2021

0110

Annotation

R0129653

\*

VNUSAVU<<PHAM<TRAM<ANH<<<<<<<<<<<<<<<<<<<<<
B8614688<2VNM░░░░░3F2103248B3HCMOROMW233158