**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 23, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-140, Immigrant Petition for Alien Worker | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC2190023061 | October 21, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| July 16, 2019 | 203 B3AIII OTHER WORKER | |

**PAYMENT INFORMATION:**

WAYNE FARMS LLC
C/O MYUNG SUN C. GOLDSTEIN GOLDSTEIN LAW GROUP
3449 LAWRENCEVILLE SUWANEE RD STE C     00000282
SUWANEE, GA 30024

| Application/Petition Fee: | $700.00 |
|---|---|
| Total Amount Received: | $700.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| VU, ANH | | SOCIALIST REPUBLIC OF VIETNAM | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19