IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATHY TEAGUE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| v. | ) | _____ |
| | ) | |
| ALDRIDGE PITE HAAN, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**EXHIBIT "A" CONSENT JUDGMENT**

IN THE _Magistrate_ COURT OF _Newton_ COUNTY
STATE OF GEORGIA

AmeriCredit Financial
Services Inc d/b/a
_____
Plaintiff, GM Financial Services

vs.

CIVIL ACTION FILE
NO. _16085536_

Timothy Teague _only_
Defendant.

_(stamp)_ NEWTON COUNTY MAGISTRATE COURT
NOV 18 2016
FILED

CONSENT JUDGMENT

Defendant having acknowledged service of the Summons and Complaint and having agreed to the jurisdiction of this Court, and Plaintiff and Defendant having consented hereto,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff have and recover from Defendant the principal amount of $ _11,027.48_ , interest of $ _0.00_ , attorneys' fees of $ _1127.74_ , court costs, and post judgment interest at the legal rate (the "Judgment"). Defendant shall pay the Judgment as follows: _$150.00 per month_

_beginning Febuary 15, 2017 and then due each_

_Month on the 15th_ ,

until the Judgment is paid in full. Time is of the essence in this regard. Timely receipt and clearance of the payments will result in complete satisfaction of the Judgment. So long as Defendant timely makes each payment in accordance herewith, Plaintiff agrees to forbear from pursuing any other legal proceedings to enforce or satisfy the Judgment. Plaintiff reserves the right to obtain a Fieri Facias. If Defendant fails to timely make payment in accordance herewith, this forbearance shall immediately terminate and Plaintiff shall be entitled to pursue any and all available legal and equitable remedies to satisfy the Judgment in full, less credit for payment received.

This _18th_ day of _November_, 2016.

_(signature)_
Judge
_Magistrate_ Court of _Newton_ County

Consented to by:

_(signature)_          DATE: _11-15-16_

Defendant _Timothy Teague_

_(signature)_          DATE: _11 18 16_
James G. Whiddon III
Georgia Bar No. 752558
McCullough Payne, Haan & Nadler, LLC
271 17th Street NW STE 2200
Atlanta, GA 30363
(t) 404-873-1386, Attorneys for Plaintiff

_Pay here_

'6-14659