IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATHY TEAGUE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| v. | ) | _____ |
| | ) | |
| ALDRIDGE PITE HAAN, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**EXHIBIT "B" FIFA**

WRIT OF FIERI FACIAS
IN THE NEWTON COUNTY MAGISTRATE COURT
STATE OF GEORGIA

16-14659

| | | |
|---|---|---|
| A. Case Number: | 2016-MG-CV-8536- | |
| B. Plaintiff(s): | AMERICREDIT FINANCIAL SERVICES INC DBA GM FINANCIAL SERVICES | |
| C. Defendant(s): | TEAGUE TIMOTHY | |
| D. Attorney for Plaintiff(s): | 1. Name: | WHIDDON JAMES G III |
| | 2. Address: | ALDRIDGE PITE HAAN LLP<br>PO BOX 52815<br>ATLANTA   GA   30355 |
| | 3. Telephone: | 4702403440 |

E. Judgment Amount:
1. Principal: $11,027.48
2. Principal2:
3. Interest:
4. Interest2:
5. Interest - Other:
6. Attorney's Fees: $1,127.74
7. Court Costs: $151.00
8. Fifa Issue: $9.00

INTEREST SHALL ACCRUE FROM THE DATE HEREOF ON THE PRINCIPAL SUM AT THE STATUTORY RATE AS PROVIDED BY O.C.G.A. 7-7-12, UNTIL PAID

DOC# 002772
FILED IN OFFICE
7/11/2017   10:53 AM
BK:208   PG:211-211
LINDA D. HAYS
CLERK OF SUPERIOR COURT
NEWTON COUNTY

F. Total Judgment Amount: $12,315.22

G. Judgment Date: 11/18/2016

H. Fi. Fa. in Hands of: ALDRIDGE PITE HAAN LLP

I. Judge: KIM DEGONIA

J. Date Writ of Fieri Facias Signed by Clerk: 07/05/2017

TO ALL AND SINGULAR the sheriffs of the State, their lawful deputies, and the constables of the Court:
You are commanded to:
   1. Levy and seize upon the goods, chattel (personal and movable property), lands and tenements of the above-named Defendant(s) to satisfy the judgment in the sums stated above (E) (1-5), including interest from the date of judgment at the legal rate;
   2. Deliver and make a return of said goods, chattel, lands and tenements to the Court. The following property (if described herein) shall be levied upon:
   3. Deliver the sums, plus applicable interest and costs, enumerated in (E) above, to the Court to render to the Plaintiff(s). Witness the Honorable Judge of Court (I) named above, on the date stated (J).

LINDA D. HAYS
NEWTON COUNTY MAGISTRATE COURT

CANCELLATION

The within and foregoing Fi. Fa., having been paid in full, the Clerk of Superior Court is hereby directed to cancel it of record on the date stated

| Signature: | Title: | Date: |
|---|---|---|
| | | |

FILING INFORMATION

| | |
|---|---|
| Date Filed: | Filed By: |
| Execution/Lien Book Number: | Title: |
| Page Number: | Signature: |