IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATHY TEAGUE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| v. | ) | _____ |
| | ) | |
| ALDRIDGE PITE HAAN, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**EXHIBIT "C" SUMMONS OF GARNISHMENT**

# IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

**AmeriCredit Financial Services, Inc., DBA d/b/a GM Financial**
Plaintiff

Vs

Civil Action No. **22-G-343**

Garnishment Court Information:
**State Court of Cobb County**

**12 East Park Square**
**Marietta, Georgia 30090**

**TEAGUE, KATHY; 145 MACADAMIA CT, COVINGTON, Georgia 30016**
Defendant and Address

**PIEDMONT HEALTHCARE, INC., DBA AFS: CSC of Cobb County, Inc.; 192 Anderson Street, N.E., Suite 125, Marietta, Georgia 30060**
Garnishee and Address

## SUMMONS OF CONTINUING GARNISHMENT

**TO THE ABOVE-NAMED GARNISHEE:**

| | |
|---|---|
| Total amount claimed due by the Plaintiff .................................. $ | **12365.22** |
| Plus court cost due on this summons ..................................... $ | **198.00** |
| Total garnishment claim ........................................................ $ | **12563.22** |

Court of Judgment: **COBB COUNTY OF STATE COURT**
Judgment Case No.: **1608536**

**YOU ARE HEREBY COMMANDED** to immediately hold all money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant named above beginning on the day of service of this summons and including the next 1,095 days. You are **FURTHER COMMANDED** to file your answer, in writing, not later than 45 days from the date you were served with this summons, with the Clerk of this Court and serve a copy of your answer upon the Plaintiff or Plaintiff's Attorney named above and the Defendant named above, or the Defendant's Attorney, if known, at the time of making such answer. Your answer shall state what money, including wages, or other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe beginning on the day of service of this summons and between the time of such service and the time of making your first answer. Thereafter, you are required to file further answers no later than 45 days after your last answer. Every further answer shall state what money, including wages, and other property, except what is known to be exempt, belonging to the Defendant or obligations owed to the Defendant you hold or owe at and from the time of the last **answer to the time of the current answer.** YOU MUST FILE ADDITIONAL ANSWERS UNTIL THE SOONER OF: THE PAYMENT OF THE BALANCE SHOWN ON THE SUMMONS OF GARNISHMENT, THE EXPIRATION OF 1,095 DAYS, OR THE TERMINATION OF ANY RELATIONSHIP BETWEEN GARNISHEE AND DEFENDANT WHICH INCLUDES PERIODIC PAYMENT OBLIGATIONS FROM GARNISHEE TO DEFENDANT. Money, including wages, or other property admitted in an answer to be subject to continuing garnishment must be sent or delivered to the Court concurrently with each answer. Should you fail to file Garnishee Answers as required by this summons, a judgment by default will be rendered against you for the amount remaining due on a judgment as shown in the Plaintiff's Affidavit of Continuing Garnishment.

WITNESS the HONORABLE _____ Judge of said Court,
This 14th day of February, 2022.




Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

