**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CASSANDRA ALVARADO and, FRANK ALVARADO, <br><br> *Plaintiffs*, <br><br> v. <br><br> SURESH KHANDEKAR, M.D. and TRUE YOU WEIGHT LOSS – ATLANTA, LLC, <br><br> *Defendants*. | CIVIL ACTION NO. <br> _____ |

## NOTICE OF REMOVAL

Defendants Suresh Khandekar, M.D. and True You Weight Loss – Atlanta, LLC (collectively referred to as "Defendants"), hereby provide notice pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 of the removal of the above-captioned case from the State Court of Fulton County, State of Georgia, in which it is now pending, captioned Civil Action File No. 23EV000157 (the "Underlying Action"), to the United States District Court for the Northern District of Georgia, Atlanta Division, and state as follows:

## I.   INTRODUCTION

1.      On January 9, 2023, Cassandra Alvarado and Frank Alvarado ("Plaintiffs") filed a Complaint in the State Court of Fulton County, Georgia, bearing the File No. 23EV000157 (the "Complaint"), attached as Exhibit A.

2.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received to date upon Defendants, including the Complaint, are attached.

3.      Defendants have not received any other pleadings in this litigation.

4.      By filing a Notice of Removal, Defendants do not waive their right to object to service of process, the sufficiency of process, jurisdiction over parties, or venue, and Defendants specifically reserve the right to assert any defenses and objections to which they are entitled.

## II.   FACTUAL BACKGROUND

5.      Pursuant to the Complaint, in June of 2022, Ms. Alvarado was allegedly persuaded to undergo an endoscopic sleeve gastroplasty ("ESG") performed by physicians at True You Weight Loss – Atlanta, LLC. (Complaint, ¶ 6).

6.      Dr. Suresh Khandekar performed the procedure on July 14, 2022, with the assistance of four staff members. The procedure started at 9:49 a.m. and ended at 11:18 a.m. The Operative Report indicates that after the patient was sedated and intubated Dr. Khandekar placed 8 sutures in a u-shaped pattern which created a

sleeve-like shape in the stomach. Ms. Alvarado was subsequently discharged at 12:12 p.m. (Complaint, ¶ 7).

7.     On July 16, 2022, Ms. Alvarado presented to Dr. Khandekar for a follow up visit where she complained of nausea, vomiting, feeling bloated, and discomfort after drinking fluids. Dr. Khandekar ordered IV Zofran, two liters of saline, and home medication for continuing symptoms. (Complaint, ¶ 8).

8.     On July 16, 2022, Ms. Alvarado presented to the Emergency Department at Emory St. Joseph's Hospital of Atlanta with complaints since July 14, 2022 of severe, diffuse abdominal pain, persistent nausea, emesis, inability to eat by mouth, and anorexia. The pain allegedly started shortly after the ESG procedure. (Complaint, ¶ 9).

9.     A CT of Ms. Alvarado's abdomen and pelvis showed gastric perforation with a large collection anterior to the spleen. Ms. Alvarado was taken to surgery the following day. (Complaint, ¶ 10).

10.     On July 17, 2022, Jamil L. Stetler, M.D. ("Dr. Stetler") performed a diagnostic laparoscopy followed by a repair of the gastric perforation, takedown of the ESG, wedge gastrectomy, omental pedicle flap, and abdominal washout. (Complaint, ¶ 11).

11.     Following the surgery, Ms. Alvarado was admitted to the regular nursing floor and was discharged on July 22, 2022. (Complaint, ¶ 15).

12.     Plaintiffs allege Dr. Khandekar violated the standard of care and was negligent in his performance of the ESG procedure. (Complaint, ¶ 19).

13.     Plaintiffs contend the alleged negligence of Dr. Khandekar proximately caused damages to Plaintiffs and that Plaintiffs incurred medical expenses for the care and treatment of Ms. Alvarado in excess of $94,814.47. (Complaint, ¶¶ 20, 21).

14.     Plaintiffs further allege Dr. Khandekar was an employee and agent of Defendant True You Weight Loss – Atlanta, LLC and was at all relevant times acting within the course and scope of his employment. (Complaint, ¶ 27).

15.     Plaintiffs allege Defendant True You Weight Loss – Atlanta, LLC is vicariously liable for the alleged negligence of Dr. Khandekar under the doctrine of *respondeat superior*. (Complaint, ¶ 28).

16.     Plaintiffs further allege that Defendant True You Weight Loss – Atlanta, LLC is jointly and severally liable with Dr. Khandekar for his alleged negligent acts and omissions committed during the course and scope of his employment with Defendant True You Weight Loss – Atlanta, LLC. (Complaint, ¶ 29).

### III.   NOTICE OF REMOVAL IS TIMELY

17.     Plaintiffs' counsel provided Defense counsel with a copy of the Summons and Complaint on January 10, 2023.

18.     Defendants acknowledged service of the Summons and Complaint on January 13, 2023. True You Weight Loss was served on January 17, 2023.

19.     This Notice of Removal is timely because it is submitted within thirty (30) days of receipt of the Complaint. *See* 28 U.S.C. § 1446(b)(2)(B). Additionally, this notice is timely because it is filed within one year after commencement of the action pursuant to 28 U.S.C. § 1446(c)(1).

### IV.   GROUNDS FOR REMOVAL

20.     Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." This court has original subject-matter jurisdiction under 28 U.S.C. § 1332, diversity jurisdiction, because this is a civil action between citizens of different states and the amount in controversy exceeds $75,000.

### a.  <u>There is Complete Diversity of Named Parties.</u>

21.     The general rule is that "diversity jurisdiction is determined . . . at the time of removal." *Smith v. Comcast Corp.*, 786 F. App'x. 935, 939 (11ᵗʰ Cir. 2019).

22.     This diversity must be complete, meaning "that no defendant in a diversity action [is] a citizen of the same state as any plaintiff." *MacGinnitie v. Hobbs Grp., LLC*, 420 F.3d 1234, 1239 (11ᵗʰ Cir. 2005). Citizenship, for jurisdictional purposes, is determined at the time the suit is filed. *Id.*

23.     For purposes of diversity jurisdiction, a limited liability company's citizenship is based on the state in which its members are citizens. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020 (11ᵗʰ Cir. 2004).

24.     Plaintiffs are residents of the State of Tennessee. (Complaint, ¶ 1).

25.     Defendant Suresh Khandekar, M.D. is a resident of Charlotte, Mecklenburg County, North Carolina. (Complaint, ¶ 2).

26.     Defendant True You Weight Loss – Atlanta, LLC is a domestic limited liability company whose members are citizens of North Carolina. (Complaint, ¶ 3; Certificate of Interested Persons and Corporate Disclosure Statement). Accordingly, Defendant True You Weight Loss – Atlanta, LLC is a citizen of North Carolina for purposes of diversity jurisdiction.

27.     Thus, there is complete diversity between the proper parties.

| Plaintiffs | Defendants |
|---|---|
| Cassandra Alvarado (TN)<br><br>Frank Alvarado (TN) | Suresh Khandekar, M.D. (NC)<br><br>True You Weight Loss - Atlanta, LLC (NC) |

### b.  The Amount in Controversy Requirement is Satisfied.

31.     "In order to invoke a federal court's diversity jurisdiction, a plaintiff must claim, among other things, that the amount in controversy exceeds $75,000." *Est. of Thornton ex. rel. Thornton v. Unum Life Ins. Co. of Am.*, 445 F. Supp. 2d 1397, 1381 (N.D. Ga. 2006); 28 U.S.C. § 1332(a).

32.     A removing defendant, "as specified in § 1446(a)[,] . . . need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Torreyes v. Godiva Chocolatier, Inc.*, 424 F.Supp.3d 1276 (S.D. Florida 2019) *citing Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014). "[W]here jurisdiction is based on a claim for indeterminate damages, the . . . party seeking to invoke federal jurisdiction bears the burden of proving by a preponderance of the evidence that the claim on which it is basing jurisdiction meets the jurisdictional minimum." *Federated Mut. Ins. Co. v. McKinnon Motors, LLC*, 329 F.3d 805, 807 (11th Cir. 2003); *see also*, *Dart Cherokee Basin*, 574 U.S. at 88.

33.    Here, Plaintiffs allege that they incurred costs in excess of $94,814.47. (Complaint, ¶ 21). Plaintiffs further allege that they are entitled to damages for past, present, and future physical and mental pain and suffering; for past, present, and future medical expenses which have and will be incurred; for permanent injuries and disabilities; and for loss of consortium (Complaint, ¶¶ 22, 23).

34.    Therefore, it is facially apparent from the Complaint that the amount in controversy exceeds the jurisdictional requirement amount of $75,000. Accordingly, the amount in controversy requirement is satisfied.

## V.    VENUE

35.    The United States District Court for the Northern District of Georgia is the federal judicial district encompassing the Fulton County State Court, Georgia, where this suit was originally filed. 28 U.S.C. § 1441(a); 28 U.S.C. § 90(a)(2).

36.    This lawsuit may be removed to the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(a).

## VI.    CONSENT

37.    Each Defendant consents to removal as required by 28 U.S.C. § 1446(b)(2).

## VII.    PROCEDURE

38.     Written notice of the filing of the Notice of Removal will be promptly

served on all other parties to this action and a copy will be promptly filed with the

Fulton County State Court as required by 28 U.S.C. § 1446(d). A copy of the Notice

of Filing Notice of Removal is attached hereto as Exhibit B.

## VII.   <u>CONCLUSION</u>

39.     Defendants respectfully remove this action from the State Court of

Fulton County, State of Georgia to the United States District Court for the Northern

District of Georgia, Atlanta Division.

This 8th day of February, 2023.

| | **HUFF, POWELL & BAILEY, LLC** |
|---|---|
| | <u>*/s/ David D. Mackenzie*</u><br>DAVID D. MACKENZIE<br>Georgia Bar No. 796972<br>J. HARRISON LOFTIN<br>Georgia Bar No. 319878<br><br>*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |
| 999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>P: 404.892.4022<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com | |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document

was prepared using Times New Roman 14-point type as provided in Local Rule

5.1B.

Respectfully submitted,

| | |
|---|---|
| | **HUFF, POWELL & BAILEY, LLC**<br><br>*/s/ David D. Mackenzie*<br>DAVID D. MACKENZIE<br>Georgia Bar No. 796972<br>J. HARRISON LOFTIN<br>Georgia Bar No. 319878<br><br>*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |
| 999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>P: 404.892.4022<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com | |

<h1 style="text-align:center;"><u>CERTIFICATE OF SERVICE</u></h1>

I, David D. Mackenzie, an attorney, certify that I filed the foregoing using the

Court's ECF system, which will cause a true and correct copy of the same to be

served electronically on all ECF-registered counsel of record listed below.

David L. Turner
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800

Submitted this 8th day of February, 2023.

|  | **HUFF, POWELL & BAILEY, LLC** |
|---|---|
|  | <u>*/s/ David D. Mackenzie*</u><br>DAVID D. MACKENZIE<br>Georgia Bar No. 796972<br>J. HARRISON LOFTIN<br>Georgia Bar No. 319878<br><br>*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |
| 999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>P: 404.892.4022<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com |  |

11

**EXHIBIT A**

**EXHIBIT B**