UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASSANDRA ALVARADO and, FRANK ALVARADO, *Plaintiffs*, v. SURESH KHANDEKAR, M.D. and TRUE YOU WEIGHT LOSS – ATLANTA, LLC, *Defendants*. | CIVIL ACTION NO. _____ |

## JURY DEMAND

COME NOW, Defendants Suresh Khandekar, M.D. and True You Weight Loss – Atlanta, LLC, and pursuant to Fed. R. Civ. P. 38(b) hereby request that a jury of fair and impartial jurors determine all matters of disputed facts and so triable in this case. Defendants request a panel of twelve jurors.

This the 8th day of February, 2023.

*(Signature to follow)*

1

|  | HUFF, POWELL & BAILEY, LLC |
|---|---|
| 999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>P: 404.892.4022<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com | */s/ David D. Mackenzie*<br>DAVID D. MACKENZIE<br>Georgia Bar No. 796972<br>J. HARRISON LOFTIN<br>Georgia Bar No. 319878<br><br>*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document was prepared using Times New Roman 14-point type as provided in Local Rule 5.1B.

Respectfully submitted,

| | |
|---|---|
| | **HUFF, POWELL & BAILEY, LLC**<br><br>*/s/ David D. Mackenzie*<br>DAVID D. MACKENZIE<br>Georgia Bar No. 796972<br>J. HARRISON LOFTIN<br>Georgia Bar No. 319878<br><br>*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |
| 999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>P: 404.892.4022<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com | |

## **CERTIFICATE OF SERVICE**

I, David D. Mackenzie, an attorney, certify that I filed the foregoing using the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record listed below.

David L. Turner<br>
SCHULTEN WARD TURNER & WEISS, LLP<br>
260 Peachtree Street<br>
Suite 2700<br>
Atlanta, Georgia 30303<br>
(404) 688-6800

Submitted this 8th day of February, 2023.

| | |
|---|---|
| 999 Peachtree Street NE, Suite 950<br>Atlanta, Georgia 30309<br>P: 404.892.4022<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com | **HUFF, POWELL & BAILEY, LLC**<br><br>*/s/ David D. Mackenzie*<br>DAVID D. MACKENZIE<br>Georgia Bar No. 796972<br>J. HARRISON LOFTIN<br>Georgia Bar No. 319878<br><br>*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |