## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARY MARIE JACKSON,                              )
                             Plaintiff,                )   Civil Action No.
v.                                               )
                                           )
                                           )
COMMISSIONER OF SOCIAL SECURITY,     )
                            Defendant.             )

## Certificate of Interested Persons and Corporate Disclosure Statement

**(1)**     The undersigned counsel of record for a party to this action certifies that

the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of

the stock of a party:

    A) Mary Marie Jackson, Plaintiff

    B) Olinsky and Associates, PLLC (d/b/a Olinsky Law Group),

representing Plaintiff;

    C) Commissioner of Social Security, Defendant

**(2)**     The undersigned further certifies that the following is a full and complete

list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially

affected by the outcome of this particular case:

    A) Mary Marie Jackson (Plaintiff);

B) Olinsky and Associates, PLLC (d/b/a Olinsky Law Group) (representing Plaintiff);

C) Commissioner of Social Security (Defendant);

**(3)** The undersigned further certifies there are no known interested persons other than the plaintiff, defendant, and their respective counsel.

**(4)** The undersigned further certifies that, to date, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

A) Howard D. Olinsky, Esq., Attorney for Plaintiff.

Submitted this 8th day of February, 2023.

BY:   */s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
GA Bar No. 865591
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Phone: (315) 701-5780
Fax: (315) 701-5781
holinsky@windisability.com