# EXHIBIT A

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,117,774
Registered May 8, 1979

## TRADEMARK
Principal Register

## TOURNA GRIP

Consolidated Service Group, Inc. (Georgia corporation)
P.O. Box 48114
Atlanta, Ga. 30340

For: GRIPS FOR SPORTS EQUIPMENT IN THE NATURE OF A TAPE WRAP, in CLASS 28 (U.S. CL. 22).
First use Dec. 14, 1977; in commerce Jan. 18, 1978.
The word "Grip" is disclaimed apart from the mark as shown.

Ser. No. 160,909, filed Mar. 6, 1978.