# EXHIBIT B



# United States of America
### United States Patent and Trademark Office

# PRO TOUR Grip

**Reg. No. 4,758,145**
**Registered June 23, 2015**

UNIQUE SPORTS PRODUCTS INC. (GEORGIA CORPORATION)
840 MCFARLAND PARKWAY
ALPHARETTA, ID 30004

**Int. Cl.: 28**

FOR: HANDLE GRIPS FOR SPORTING EQUIPMENT, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**

FIRST USE 1-15-2011; IN COMMERCE 1-3-2012.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,117,774 AND 3,830,030.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRIP", APART FROM THE MARK AS SHOWN.

SER. NO. 85-510,375, FILED 1-6-2012.

JENNIFER MARTIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office