# EXHIBIT C

Free Shipping Over $59 | *Exclusions Apply

abird sports | Shoes | Racquets | Clothing | Accessories | Activity | Brands | Deals | Account



## Tourna Pro Tour Thin Replacement Grip

★★★★★ 2 Reviews

**$5.25** ~~$6.99~~

Pay in 4 interest-free installments for orders over $50.00 with shop Pay. Learn more

### Extra 10% Off

Save an extra 10% on this item with promo code EXTRA10 at checkout. Limit 1 promo code per order. While supples last.

**Color**

Select Color ▼

**Select Product Options**

Shipping Policy | FAQ | Returns Policy

## Product Specifications

| Dimensions | Quantity | Item # | Style # |
|---|---|---|---|
| 2.5 x 110 Centimeters | 1 Replacement Grip | 060442 | PRO |

Item is returnable, but does not qualify for free returns.

### Tourna Pro Tour Thin Replacement Grip

The Tourna Pro Tour Thin Replacement Grip is designed to give a unique blend of racquet feel and cushioning.
- Thin grip lets you feel the grip bevels while still being cushioned.
- Perforated along the entire surface.
- Absorbent and tacky.



**Shop All:**  Tennis Replacement Grips    Tourna

## You May Also Like

- **Tourna Classic Tour Grip** — $5.50
- **Tourna Mega Wrap Replacement Grip** — $4.95 — ★★★★★ 1 reviews
- **HEAD Hydrosorb Tour Replacement Grip** — $8.50 — ★★★★★ 7 reviews
- **Gamma Hi-Tech Replacement Grip** — $7.99
- **Babolat S… Replacem…** — $8.99

## Often Bought Together

- **Gamma Two Tone Pickelball Outdoor Training Balls 12 Pack** — $14,99
- **HEAD Radical Elite Paddle Orange/Black** — $64.95
- **Babolat Strawberry Dampener** — $8.49
- **Tourna Pro Thin Replacement Grip** — $5.25 — ★★★★☆ 4 reviews
- **Tecnifibre… Replacem…** — $7.95

### Reviews 2    Questions

Write a Review

**4.5** ★★★★½
Based on 2 reviews

100% of reviewers would recommend this product to a friend

| | |
|---|---|
| 5 Stars | 1 |
| 4 Stars | 1 |
| 3 Stars | 0 |
| 2 Stars | 0 |
| 1 Star | 0 |

2 Reviews        Most Recent

**E**   ED   ✓ Verified Buyer        ★★★★☆        over 9 years ago

**THIN**

LIke it says thin makes racket maybe half size smaller good traction

👍 I recommend this product

Was this helpful?  👍 1   👎 0

**TF**   tennis f.   ✓ Verified Buyer        ★★★★★        over 10 years ago

**THINNER GRIP**

Ontime delivery, Good service

Case 1:23-mi-99999-UNA   Document 405-3   Filed 02/08/23   Page 4 of 5

I recommend this product

Was this helpful?  👍 0  👎 0

# sign up for special
# DEALS & PROMOTIONS

Sign up to our mailing list so you'll never miss out on our latest deals and promotions!

| email@example.com | SIGN UP |

---



TrustScore **4.8**
**8,561 reviews**

Showing our 4 & 5 star reviews

**Old Customer** ✓

I have dealing with Holabird Sports for my tennis and running needs since the 1980's. The products and services have alw...

**Coach Bob,** 1 day ago



## ACCOUNT

Log In
My Cart

## QUICK LINKS

Running Shoes Finder (Shop by Model)
Tennis Shoes Finder (Shop by Model)
Men's Running Shoes
Women's Running Shoes
Narrow Running Shoes
Wide Running Shoes
Hiking Shoes
Pickleball Shoes
Racquetball Shoes
Sandals & Slides
Squash Shoes
Tennis Shoes
Trail Running Shoes
Training Shoes
Walking Shoes

## NEED HELP?

Curbside Services
Returns & Exchanges
Shipping
FAQ
Purchase a Gift Card
Earn A Gift Card
Exclusive Discounts
Warranty Information
Racquet Demo Program

Shopify Pay Installments

## COMPANY

About Us
Store Info & Directions
Price Disclaimer
Privacy
Become an Affiliate
Blog
Reviews
Resale Policy
ADA Compliance
Join The Team!

866-860-1416

info@holabirdsports.com

9220 Pulaski Highway Baltimore, MD 21220

Accepted Payments

Holabird Sports © 2012 - 2022