# EXHIBIT D



| Tourna | Hot Glove | Unique Sports | Open an Account |

About

## Tourna Grip

Home / Tourna Tennis / Overgrips / Tourna Grip

# Tourna Grip

  





| Enter the keyword... |

### TO OPEN A WHOLESALE ACCOUNT OR ORDER DIRECT – CONTACT US @

770-442-1977

sales@uniquesports.com

### BUY FROM ONE OF OUR ONLINE RETAIL PARTNERS

www.amazon.com

www.walmart.com

www.tennisexpress.com

www.midwestsports.com

www.holabirdsports.com

www.tenniswarehouse.com

www.doittennis.com

Showing all 14 results

Sort by popularity

   

**Tourna Grip XL 50 Pack**

Read more

**Tourna Grip XXL 30 Pack**

Read more

**Tourna Grip XL 30 Pack**

Read more

**Tourna Grip 30 Pack**

Read more

### PRODUCT CATEGORIES

Tourna Grip



**Tourna Grip XL 1 Grip**

Read more



**Tourna Grip Jar – 36 XL Grips**

Read more



**Tourna Grip XL 30 Pack**

Read more



**Tourna Grip XXL 3 Grips**

Read more



**Tourna Grip XL 3 Grips**

Read more



**Tourna Grip – 3 Grips**

Read more



**Tourna Grip XL 2 Pack**

Read more



**Tourna Grip XXL 10 Pack**

Read more



**Tourna Grip XL 10 Pack**

Read more



**Tourna Grip 10 Pack**

Read more

Copyright © 2022 Unique Sports Products.