# EXHIBIT E

2022 Holiday Gift Guide | Free Shipping Over $50 | Free Returns

# TENNIS WAREHOUSE
CELEBRATING 30 YEARS

☐ 1.800.883.6647    Support

Shop | Improve | Search

**Specials**

Shop by Brand

Tennis Racquets

Junior Store

Men's Apparel

Women's Apparel

Other Apparel

Men's Shoes

Women's Shoes

Tennis Balls

Tennis Bags

Strings & Stringing

Grips & Accessories

Other Items

Gifts & Novelty Items

Team Orders

Pro Player Gear



Shop All Yonex

## Yonex Synthetic Leather Tour Replacement Grip

★ ★ ★ ★ ★   Submit a Review

$10.99

COLOR: BLACK



QUANTITY: 1                STOCK:
[ − ] 1 [ + ]              Dec. 30th

**Add To Cart**

♡ Wish list

💳 Lowest Price Guarantee

Need help?
Chat with us!





Overvi...   Special Offers                                     5 Offers ⌄

Tennis Gear / Grips / Synthetic Leather Tour Grip Tennis Replacement Grip

Item # AC126



### Yonex Synthetic Leather Tour Grip Tennis Replacement Grip



🔍 CLICK TO ENLARGE

$10.99

Color: white

Quantity: 1



Add to cart

🔔 Price Alert ❤ Add to Wish List

✎ Write A Review

Like 0  📌 Save

Description

Customer Reviews

Tennis Express Reviews

Specs

Product Specs

Description

The **Yonex** Synthetic Leather Tour Tennis Replacement Grip is a compromise between the impressive feedback and feel you get from a leather grip and the more cushioned response of a synthetic grip. At 1.5 mm thick, it is one of the thinnest synthetic grips available. This grip provides a nice firm feel, perfect for players that play with an overgrip on top.

**Colors**: Black | White

1 per pack

1.5 mm thick

## We Also Recommend



**STE4LW-U22**

Womens Eclipsion 4 Tennis Shoes White

**$145**

**PTGP-FY:SET**

Poly Tour Pro Flash Yellow Tennis String

**$18**



**PTGSTBK:SET**

Poly Tour Strike Tennis String Black

**$18.5**



**GL5409-7-B**

Mens Club Stretch Woven 7 Inch Tennis Short Black and White

**$28.97**

Case 1:23-mi-99999-UNA   Document 405-5   Filed 02/08/23   Page 5 of 8

## Newsletter Signup

Enter your email address

**Call Us at 713-435-4800. Visit us at 10771 Westpark Drive, Houston TX 77042**

### About Us
Contact Us
Blog
Directions & Store Hours
Careers - Now Hiring
Customer Reviews
Sitemap
In-Store Demo Policy

### Product Services
Coupons & Specials
Buyer's Guide
Warranty
Shipping and Returns
Gift Cards
Demo Racquets
Request a Catalog
Terms of Service
Cookie Policy
Privacy Policy
Mobile Terms & Conditions

### Customer Services
Mail-In Stringing
Help Center
Returns
Order Tracking
Billing Information
International
My Account
TV Schedule

      

Copyright **2022** . Tennis Express ©

Health and Medicine / Sports Medicine & Injury Recovery Solution / Optimize Performance / Train For A Specific Event / Tennis

**How do you want your items?** | 22560

Sponsored

Yonex

## YONEX Synthetic Leather Tour Grip Tennis Replacement Grip White

# $14.99

Price when purchased online

Add to cart

**Color:** White

$14.99

$5.95 shipping, **arrives by Tue, Dec 20** to Tappahannock, 22560

**Want it faster?** Add an address to see options

More options

Sold and shipped by **TENNIS EXPRESS L.P**

56 seller reviews

View seller information

Add to list | Add to registry







## About this item

### Product details

The Yonex Synthetic Leather Tour Grip Tennis Replacement Grip is a compromise between the impressive feedback and feel you get from a leather grip and the more cushioned response of a synthetic grip. At 1.5 mm thick, it is one of the thinnest synthetic grips available. This grip provides a nice firm feel, perfect for players that play with an overgrip on top.Colors: Black White1 per pack

YONEX Synthetic Leather Tour Grip Tennis Replacement Grip White

We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

Report incorrect product information

Best seller

Options
+1
**From $19.99** $32.99
TIOSEBON Kid's Sneaker-Boys & Girls Comfortable Mesh Breathable Tennis Shoes Dark Blue Size 11-4 (Little Kid/Big Kid)
2-day shipping

Reduced price

Options
+36 options
**$25.79** $32.99
hecodi Men Running Shoes Wide Male Casual Sneakers Black/Red 9.5 Wide
3+ day shipping


Options
+9 opti
**From $149.95**
New Balance Men`s Fresh Foam X Night Sky and Serene Blue ( 11.5 )
2-day shipping

## Brands for you



Sponsored
Sponsored
Sponsored
Sponsored



☆☆☆☆☆ (0 reviews)

Write a review

Sponsored

### Related pages

This item doesn't have any reviews yet.

Tennis Machine

Wilson Collection

Racquet Accessories

tennis racquet sets

Artengo Tennis Racket

Wilson Sporting Goods Tennis Racquets

Train For A Specific Event

Sports Medicine & Injury Recovery Solution

Upper Body

Feel Supported and Avoid Re-Injury

Optimize Performance

Return to Function After Injury

💬 Notice unusual marketplace activity? Report