# EXHIBIT G



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

April 28, 2022

**By Electronic Mail**
screasman@taylorenglish.com

Mr. W. Scott Creasman
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
United States of America

Re:     Your April 6, 2022 Correspondence

Dear Mr. Creasman:

We represent Yonex Corporation U.S.A. ("**Yonex**") in connection with intellectual property matters. This letter responds to your April 6, 2022 correspondence to Yonex (the "**Letter**") and the baseless and unfounded accusations therein. For the reasons described below, Yonex denies each and every accusation in the Letter, including that Yonex has violated any intellectual property or other right held by Unique Sports Products, Inc. ("**Unique**").

1. **Unique's PRO TOUR GRIP Registration is Invalid and Unprotectable**

As an initial matter, we note that Unique's U.S. Reg. No. 4,758,145, (the " '**145 Registration**") which Unique purports to assert against Yonex is invalid, unprotectable, and subject to cancellation, including because it was procured and has been maintained through fraud committed by Unique on the United States Patent and Trademark Office ("**USPTO**"). Specifically, throughout the prosecution and maintenance of the '145 Registration, Unique has represented to the USPTO that its PRO TOUR GRIP mark has been and continues to be used in commerce. Such representations have been false. Unique does not use PRO TOUR GRIP as registered, but rather only PRO TOUR, as shown below:



PRO TOUR is a material alteration of and conveys a different commercial impression than PRO TOUR GRIP, such that Unique's allegations of use before the USPTO have been false and fraudulent, and subject the '145 Registration to cancellation on those grounds.

### 2. "Tour Grip" Is Descriptive for Grip Tape for Tennis Racquets, and Is Widely Used In The Marketplace Therefor

Nor would the asserted registrations and supposed rights in PRO TOUR GRIP or TOURNA GRIP (collectively, the "**Asserted Marks**"), even if valid, preclude Yonex's use of the term "tour grip"[1] to describe grips for use on tennis racquets. "Tour grip" is a descriptive and unprotectable term[2] with "grip" being a generic term for the tennis grips covered, disclaimed in both registrations, and "tour" being used widely in the marketplace in connection with such grips, including by third party tennis industry giants HEAD (selling "Prime Tour," "Hydrosorb Tour," and "Leather Tour" grips ) and Babolat (selling "Pro Tour Comfort" grips):

---

[1] Contrary to the arguments in the Letter, Yonex's depiction of the descriptor "tour grip" in any particular size font does not render such use a trademark use.

[2] Multiple entities, including Unique itself, have tried and failed to obtain trademark registrations for TOUR GRIP in connection with sport handle grips or grip tape. *See* U.S. Ser. Nos.: 75690496; 75681699.

  

https://www.tennis-warehouse.com/Head_HydroSorb_Pro_Replacement_Grips/descpageHEAD-HHPRG.html?from=gshop&gclid=Cj0KCQjwpImTBhCmARIsAKr58cxoVTT-RxG09LdaCH2bb9ElUqH0I68UuslXwmnNJfYX5OKIAOVWjn0aAmOqEALw_wcB

https://www.tennisexpress.com/HEAD-Prime-Tour-Tennis-Overgrip-3-Pack-White-87029?gclid=Cj0KCQjwpImTBhCmARIsAKr58cyB5irpkTzZamJvUXIy00yCziSEreoArRoraPP4llwKYogB4WoHF3MaAhtwEALw_wcB

https://www.tennisexpress.com/HEAD-Leather-Tour-Replacement-Grip-11719?gclid=Cj0KCQjwpImTBhCmARIsAKr58cyeTG9PEyOiayQnNaoJ53PWA-hxLJW03WybJcayVFnoDuWHnBRDt0gaArwCEALw_wcB



https://www.tennisexpress.com/BABOLAT-Pro-Tour-Overgrips-1403?gclid=Cj0KCQjwpImTBhCmARIsAKr58cx0VxmXxicRCVe2s5bx-2ZWgIDef0vjbUez0bigXB7HX2wgWszACOIaArzOEALw_wcB

3

The widespread and descriptive use of "tour" in connection with grips, grip being a generic and disclaimed element of the Asserted Marks, evidences the descriptive nature of "tour grip," renders the asserted marks weak and diluted, and precludes Unique's enforcement against use of "tour grip," including under the doctrines of waiver and acquiescence.

3.  **Unique's Allegations Are Barred By The Doctrine of Laches**

Unique's accusations are also barred by the doctrine of laches.  Yonex has been selling its "tour grip" products in the United States since 2013 – for nine years – over which time it has invested significant resources and goodwill in those "tour grip" products, and without complaint by Unique. Unique cannot now, for the first time and following nine (9) years of investment by Yonex, claim that Yonex's use of the term "tour grip" is somehow precluded.  Such argument is inequitable on its face, and precluded by laches.

4.  **There Is No Likelihood of Confusion Between The Parties' Products**

Relatedly, and notwithstanding the coexistence of Yonex's "tour grip" products with those covered by the Asserted Marks for at least 9 years (as well as coexistence with the "Tour" and "Pro Tour" grips by Head and Babolat referenced above), there has been no consumer confusion between Unique and Yonex, or either party's sports grip products.  This lack of confusion, over nearly a decade of coexistence, is demonstrative of the lack of any likelihood of consumer confusion related thereto. Because the accusations raised by Unique all turn on such likelihood of confusion, those accusations fail for this reason as well.

Nothing herein is intended to waive any of Yonex's rights, remedies, arguments or defences, whether or not specified, and which Yonex expressly reserves.  We trust this letter resolves the matter. However, should Unique have further concerns, I invite you to contact me at your convenience to discuss.

Sincerely,

Anna Kurian Shaw

Partner
anna.shaw@hoganlovells.com
D +1 202 637 56