IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNIQUE SPORTS PRODUCTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>YONEX CORPORATION<br><br>    Defendant. | CIVIL ACTION<br>FILE NO.:<br><br>**JURY DEMAND** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and LR 3.3 NDGa, Plaintiff Unique Sports Products, Inc. ("Unique" or "Plaintiff") submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all interested parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a) Unique Sports Products, Inc.; and

    (b) Yonex Corporation (to be supplemented as necessary by Defendant).

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> None as the Plaintiff Unique Sports Products, Inc.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> <u>Counsel for Plaintiff</u>:
>
> W. Scott Creasman
> Falkner N. Werkhaven
> **TAYLOR ENGLISH DUMA LLP**
> 1600 Parkwood Circle
> Suite 200
> Atlanta, GA 30339

Respectfully submitted this 8th day of February, 2023.

> /s/ W. Scott Creasman
> W. Scott Creasman
> Georgia Bar No. 194860
> Falkner N. Werkhaven
> fwerkhaven@taylorenglish.com
> Georgia Bar No. 835676
> **TAYLOR ENGLISH DUMA LLP**
> 1600 Parkwood Circle
> Suite 200
> Atlanta, GA 30339

Phone: (770) 434-6868
Fax: (770) 434-7376
screasman@taylorenglish.com
fwerkhaven@taylorenglish.com

*Attorneys for Plaintiff*
*Unique Sports Products, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel certifies that the foregoing document was prepared in Times New Roman, 14 point font, in compliance with Local Rule 5.1C.

<u>/s/ W. Scott Creasman</u>
W. Scott Creasman

Attorney for Plaintiff
Unique Sports Products, Inc.
