**State Court of Fulton County**
***EFILED***
**File & ServeXpress**
Transaction ID: 68830957
Case Number: 23EV000157
Date: Jan 09 2023 01:27PM
Donald Talley, Chief Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| CASSANDRA ALVARADO and FRANK ALVARADO, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: _____ |
| v. | ) ) ) | |
| SURESH KHANDEKAR, M.D. and TRUE YOU WEIGHT LOSS – ATLANTA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT FOR MEDICAL MALPRACTICE

COME NOW Plaintiffs and file this Complaint for Medical Malpractice respectfully showing the Court as follows:

### PARTIES, JURISDICTION & VENUE

1.

Plaintiffs are residents of the State of Tennessee who are entitled to invoke the jurisdiction of this Court.

2.

Defendant Suresh Khandekar, M.D. is a resident of Mecklenburg County, North Carolina who may be served with Summons and Complaint at his home address of 2307 Keara Way, Charlotte, North Carolina 28270-3783.

3.

Defendant True You Weight Loss - Atlanta, LLC is a domestic limited liability company employing physicians engaged in the practice of medicine in the State of Georgia which may be

served with Summons and Complaint upon a member or manager where it has an office and transacts business: 5673 Peachtree Dunwoody Road, Suite 470, Sandy Springs, Georgia 30342.

4.

Defendants are subject to the jurisdiction and venue of this Court.  Venue is proper pursuant to Ga. Const. art. VI, § 2, ¶ IV and O.C.G.A. § 14-2-510(b)(3).

## **FACTS**

5.

Defendant Khandekar was at all times material hereto a physician licensed to practice medicine in the State of Georgia and was an employee and agent of Defendant True You Weight Loss - Atlanta, LLC.

6.

In June of 2022, Mrs. Alvarado, who is 5' 4" tall and weighs 243 lbs., was considering whether to undergo bariatric (weight loss) surgery.  She was persuaded to undergo an endoscopic sleeve gastroplasty ("ESG") performed by physicians at True You Weight Loss who represent on their website that ESG is a "non-surgical, incisionless and minimally invasive procedure" that can be done on an out-patient basis.  Mrs. Alvarado paid $11,820.00 out-of-pocket for the procedure.

7.

Defendant Khandekar, who is no longer shown on the company's website, performed the procedure on July 14, 2022, with the assistance of four staff members.  The procedure started at 9:49 a.m. and ended at 11:18 a.m.  The Operative Report indicates that, after the patient was sedated and intubated, Dr. Khandekar placed 8 sutures in a u-shaped pattern which, when tightly cinched, created a sleeve-like shape in the stomach.  Mrs. Alvarado was discharged at 12:12 p.m.

8.

On July 16, 2022, Mrs. Alvarado presented to Dr. Khandekar for a follow up visit when she complained of nausea, vomiting, feeling bloated and discomfort after drinking fluids. She appeared tired and mildly dehydrated. Her abdomen was soft, not distended and tender with no guarding. Dr. Khandekar ordered IV Zofran, two liters of saline and home medication for continuing symptoms.

9.

On July 16, 2022, Mrs. Alvarado presented to the Emergency Department at Emory St. Joseph's Hospital of Atlanta with complaints since July 14th of severe, diffuse abdominal pain, persistent nausea, emesis, inability to eat by mouth and anorexia. The pain started shortly after the ESG procedure.

10.

A CT of Mrs. Alvarado's abdomen and pelvis showed gastric perforation with a large collection anterior to the spleen. There were several foci of free air anterior to the left liver margin. There was scattered mildly hyperdense free fluid in the pelvis, and a small left pleural effusion. Mrs. Alvarado was taken to surgery the following day.

11.

On July 17, 2022, Jamil L. Stetler, M.D. performed a diagnostic laparoscopy followed by a repair of the gastric perforation, takedown of the ESG, wedge gastrectomy, omental pedicle flap and abdominal washout.

12.

Dr. Stetler identified a perforation in the mid-body of the stomach. He noted distal stricturing from the ESG, though the fundus sutures had completely come apart. The fundus was

extremely dilated and full of fluid.  Dr. Stetler observed three exposed endoscopic sutures that had torn through.  There was contamination in the patient's upper left quadrant with gastric content and fibrinous exudate.  When performing an intraoperative esophagogastroduodenoscopy, Dr. Stetler could barely get his scope through the distal portion of the stomach to identify the pylorus.

13.

Dr. Stetler identified the perforation and repaired it with sutures.  He concluded that he would need to take down the ESG to restore normal anatomy and relieve the distal third of the endoscopic sleeve where the stomach was bunched together.  He oversewed a number of locations where he removed sutures.   In order to visualize and remove one deeply embedded suture, Dr. Stetler made a small gastrotomy which was later closed with a linear stapler, creating a wedge gastrectomy.  Though he was able to restore normal stomach anatomy, Dr. Stetler noted that he did not remove all of the blue sutures which were anchored inside the stomach.

14.

After the stomach procedure was completed, Dr. Stetler irrigated the left upper quadrant with saline and suctioned it clear.  He placed a drain along the greater curvature of the stomach up by the spleen.

15.

Following the surgery Mrs. Alvarado was admitted to the regular nursing floor with a nasogastric tube in place.  She remained no food by mouth with partial parenteral nutrition until July 21, 2022, when imaging showed no leak.  She was advanced to clear liquid diet followed by full liquid diet at the time of discharge on July 22, 2022.

## COUNT I: PROFESSIONAL NEGLIGENCE OF DEFENDANT KHANDEKAR

16.

Plaintiffs reallege and reincorporate paragraphs 1-15 as if fully set forth herein.

17.

Plaintiff Cassandra Alvarado and Defendant Khandekar had a doctor-patient relationship.

18.

Defendant Khandekar owed a duty of care to Plaintiff Cassandra Alvarado as established by the standard of care applicable to physicians generally under the same or similar conditions and like surrounding circumstances.

19.

Defendant Khandekar breached the standard of care and was thereby negligent. Dr. Khandekar's violations of the standard of care included, but are not limited to, the following:

(a) Dr. Khandekar violated the standard of care by placing approximately three sutures in the fundus portion of the stomach which is too thin to tolerate the force applied during cinching without the endoscopic sutures tearing apart from the stomach lining which is what happened in Mrs. Alvarado's case. It is widely accepted now that the fundus should not be sutured in endoscopic sleeve gastroplasty. The gastric perforation resulted from a poorly placed suture in the proximal portion of the stomach that caused a tear;

(b) Dr. Khandekar violated the standard of care by over-tightening the sutures in the distal end of the gastric sleeve which created a stricture and near total blockage that was too small for Mrs. Alvarado's stomach to function properly. The build up of

fluid and pressure proximal to (above) this stricture may have further exacerbated the leak.

20.

The negligence of Defendant Khandekar as set forth above proximately caused damages to Plaintiffs.

21.

As a result of Defendant Khandekar's negligence, Plaintiffs incurred medical expenses for the care and treatment of Cassandra Alvarado in excess of $94,814.47.

22.

As a result of Defendant Khandekar's negligence, Plaintiff Cassandra Alvarado seeks recovery for her past, present, and future physical and mental pain and suffering; for past, present, and future medical expenses which have and will be incurred; and for her permanent injuries and disabilities.

23.

As a result of Defendant Khandekar's negligence, Plaintiff Frank Alvarado seeks recovery for loss of consortium as permitted by law.

24.

Attached to this Complaint as Exhibit "1," and incorporated herein by reference, is the professional affidavit of Mohammad A. Al-Haddad, M.D.  Dr. Al-Haddad is a Professor of Medicine in the Division of Gastroenterology and Hepatology at the Indiana University School of Medicine and is qualified to testify regarding the standard of applicable to the care and treatment rendered by Dr. Khandekar to Plaintiff.  Dr. Al-Haddad's curriculum vitae is attached hereto as Exhibit "A-1" and is incorporated herein by reference.

25.

The affidavit attached as Exhibit "1" is filed with this Complaint to comply with O.C.G.A. § 9-11-9.1 and to identify at least one negligent act or omission claimed to exist and the factual basis for each such claim.  It is not the purpose of this affidavit to set forth every act or omission by Defendants which caused or contributed to Plaintiffs' injuries.

## COUNT II:  VICARIOUS LIABILITY

26.

Plaintiffs reallege and reincorporate paragraphs 1-25 as if fully set forth herein.

27.

At all times relevant to the claims set forth herein, Defendant Khandekar was an employee and agent of Defendant True You Weight Loss - Atlanta, LLC and was at all relevant times acting within the course and scope of his employment.

28.

Defendant True You Weight Loss - Atlanta, LLC is vicariously liable for the negligence of Dr. Khandekar under the doctrine of respondeat superior.

29.

Under the doctrine of respondeat superior, Defendant True You Weight Loss - Atlanta, LLC is jointly and severally liable with Defendant Khandekar for his negligent acts and omissions committed during the course and scope of his employment with Defendant True You Weight Loss - Atlanta, LLC.

WHEREFORE, Plaintiffs pray for the following:

1)      That summons issue and that Defendants be served with the summons and Complaint as provided by law;

2)      That Plaintiffs have a trial by jury on all issues so triable;

3)      That Plaintiffs recover damages from Defendants in an amount to be proven at trial;

and

5)      That the Court award such other and further relief as it shall deem just

and appropriate.


/s/ David L. Turner
DAVID L. TURNER
Georgia State Bar No. 004530


SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800

**PLAINTIFFS DEMAND TRIAL BY JURY**

# EXHIBIT 1

STATE OF _Indiana_
COUNTY OF _Hamilton_

## AFFIDAVIT OF MOHAMMAD A. AL-HADDAD, M.D.

Personally appeared before me, the undersigned authority duly authorized to administer oaths, Mohammad A. Al-Haddad, M.D., who, after being duly sworn, deposes and states as follows:

1.

I am over the age of 21 years, suffer from no mental disability and am competent to make this Affidavit. I am giving this Affidavit based upon my education, training, experience and personal knowledge from my review of medical records of Cassandra Alvarado as described below.

2.

I make this Affidavit pursuant to the requirements of O.C.G.A. § 9-11-9.1, as well as for all other purposes allowed by law.

3.

I am an actively practicing medical doctor and, at all times material hereto, I have been licensed and practicing medicine in the State of Indiana. I currently serve as the Division Director Professor of Medicine in the Division of Gastroenterology and Hepatology at the Indiana University School of Medicine. I have been Board Certified in Gastroenterology since 2007. I was Board Certified in Internal Medicine from 2004 until 2014. I have been regularly engaged in the active and continuous practice of Gastroenterology during the five years immediately preceding the acts or omissions hereinafter discussed that caused injury to Cassandra Alvarado. I

have helped build our Medical and Endoscopic Weight Loss program at Indiana University Health. A true and correct copy of my curriculum vitae is attached hereto as Exhibit "A" and is incorporated herein by reference.

4.

I am familiar with the standard of care ordinarily employed by physicians generally who provide medical services to patients in the field of Gastroenterology, including the standard of care for performing the endoscopic sleeve gastroplasty ("ESG") procedure. I have personally performed the ESG procedure, and I am competent to perform the ESG procedure.

5.

Prior to executing this Affidavit, I reviewed the following medical records of Cassandra Alvarado:

- True You Weight Loss Center
- Emory St. Joseph's Hospital

6.

The following facts appear in the medical records mentioned above:

In June of 2022, Mrs. Alvarado, who is 5' 4" tall and weighs 243 lbs., was considering whether to undergo bariatric (weight loss) surgery. She was persuaded to undergo an endoscopic sleeve gastroplasty ("ESG") performed by physicians at True You Weight Loss who represent on their website that ESG is a "non-surgical, incisionless and minimally invasive procedure" that can be done on an out-patient basis. Mrs. Alvarado paid $11,820.00 out-of-pocket for the procedure.

Suresh Khandekar, M.D. performed the procedure on July 14, 2022, with the assistance of four staff members. The procedure started at 9:49 a.m. and ended at 11:18 a.m. The Operative Report indicates that, after the patient was sedated and intubated, Dr. Khandekar placed 8 sutures

in a u-shaped pattern which, when tightly cinched, created a sleeve-like shape in the stomach.  Mrs. Alvarado was discharged at 12:12 p.m.

On July 16, 2022, Mrs. Alvarado presented to Dr. Khandekar for a follow up visit when she complained of nausea, vomiting, feeling bloated and discomfort after drinking fluids.  She appeared tired and mildly dehydrated.  Her abdomen was soft, not distended and tender with no guarding.  Dr. Khandekar ordered IV Zofran, two liters of saline and home medication for continuing symptoms.

On July 16, 2022, Mrs. Alvarado presented to the Emergency Department at Emory St. Joseph's Hospital of Atlanta with complaints since July 14th of severe, diffuse abdominal pain, persistent nausea, emesis, inability to eat by mouth and anorexia.  The pain started shortly after the ESG procedure.

A CT of Mrs. Alvarado's abdomen and pelvis showed gastric perforation with a large collection anterior to the spleen.  There were several foci of free air anterior to the left liver margin. There was scattered mildly hyperdense free fluid in the pelvis, and a small left pleural effusion. Mrs. Alvarado was taken to surgery the following day.

On July 17, 2022, Jamil L. Stetler, M.D. performed a diagnostic laparoscopy followed by a repair of the gastric perforation, takedown of the ESG, wedge gastrectomy, omental pedicle flap and abdominal washout.

Dr. Stetler identified a perforation in the mid-body of the stomach.  He noted distal stricturing from the ESG, though the fundus sutures had completely come apart.  The fundus was extremely dilated and full of fluid.  Dr. Stetler observed three exposed endoscopic sutures that had torn through.  There was contamination in the patient's upper left quadrant with gastric content

and fibrinous exudate.  When performing an intraoperative esophagogastroduodenoscopy, Dr. Stetler could barely get his scope through the distal portion of the stomach to identify the pylorus.

Dr. Stetler identified the perforation and repaired it with sutures.  He concluded that he would need to take down the ESG to restore normal anatomy and relieve the distal third of the endoscopic sleeve where the stomach was bunched together.  He oversewed a number of locations where he removed sutures.   In order to visualize and remove one deeply embedded suture, Dr. Stetler made a small gastrotomy which was later closed with a linear stapler, creating a wedge gastrectomy.  Though he was able to restore normal stomach anatomy, Dr. Stetler noted that he did not remove all of the blue sutures which were anchored inside the stomach.

After the stomach procedure was completed, Dr. Stetler irrigated the left upper quadrant with saline and suctioned it clear.  He placed a drain along the greater curvature of the stomach up by the spleen.

Following the surgery Mrs. Alvarado was admitted to the regular nursing floor with a nasogastric tube in place.  She remained no food by mouth with partial parenteral nutrition until July 21, 2022, when imaging showed no leak.  She was advanced to clear liquid diet followed by full liquid diet at the time of discharge on July 22, 2022.

7.

It is my opinion that Dr. Khandekar committed at least one or more negligent acts in his care and treatment rendered to Ms. Alvarado by failing to exercise a reasonable degree of care and skill in compliance with the applicable standard of care.  These negligent acts were in breach of that degree of care and skill ordinarily employed Gastroenterologists generally when performing the endoscopic sleeve gastroplasty for patients like Ms. Alvarado under the same or similar conditions and like surrounding circumstances.  Based upon the foregoing, it is my opinion that

Dr. Khandekar violated the standard of care in his medical care and treatment of Mrs. Alvarado. Dr. Khandekar's violations of the standard of care include, but are not limited to, the following:

(a)     Dr. Khandekar violated the standard of care by placing approximately three sutures in the fundus portion of the stomach which is too thin to tolerate the force applied during cinching without the endoscopic sutures tearing apart from the stomach lining which is what happened in Mrs. Alvarado's case.   It is widely accepted now that the fundus should not be sutured in endoscopic sleeve gastroplasty. The gastric perforation resulted from a poorly placed suture in the proximal portion of the stomach that caused a tear;

(b)     Dr. Khandekar violated the standard of care by over-tightening the sutures in the distal end of the gastric sleeve which created a stricture and near total blockage that was too small for Mrs. Alvarado's stomach to function properly. The build up of fluid collection and pressure proximal to (above) this stricture may have further exacerbated the leak.

8.

It is my opinion to a reasonable degree of medical certainty or probability that if Dr. Khandekar had complied with the standard of care the patient's post-procedure complications that required surgery at Emory St. Joseph's Hospital would have been avoided.

9.

It is my understanding this Affidavit will be used by Mrs. Alvarado to file a Complaint naming Suresh Khandekar, M.D. and his employer, True You Weight Loss – Atlanta, LLC, as defendants.   The foregoing does not necessarily reflect all of my opinions regarding the care of Mrs. Alvarado by Dr. Khandekar, but rather is to merely set forth at least one act of negligence of Dr. Khandekar in his care and treatment of Mrs. Alvarado.

So sworn, this 7ᵗʰ day of _January_ 2023.

MOHAMMAD A. ALHADDAD
Mohammad A. Al-Haddad, M.D.


SWORN TO AND SUBSCRIBED
Before me this 7ᵗʰ day of
_January_, 2023
Notary Public _Calleb_
My Commission expires: _05/19/2029_

Caleb R. Spangler
Notary Public - Seal
State of Indiana
Tipton County
My Commission Expires 05/19/2029
Commission No. NP0733799

# EXHIBIT A-1

# MOHAMMAD A. AL-HADDAD, MBBS, MSC, FASGE, FACG, AGAF
**Professor of Medicine (with Tenure)**
Interim Chief & Clinical Director
Division of Gastroenterology & Hepatology
Indiana University School of Medicine
550 N. University Blvd
Indianapolis IN  46202
Phone: (904) 735-6286
Email: moalhadd@iu.edu

## POSTDOCTORAL TRAINING

| | |
|---|---|
| Institution: | Cleveland Clinic Foundation, Cleveland, OH |
| Position: | **Internship-Internal Medicine** |
| Dates: | 2001-2002 |

| | |
|---|---|
| Institution: | Cleveland Clinic Foundation, Cleveland, OH |
| Position: | **Residency-Internal Medicine** |
| Dates: | 2002-2004 |

| | |
|---|---|
| Institution: | Mayo Clinic, Jacksonville, FL |
| Position: | **Fellowship-Gastroenterology** |
| Dates: | 2004-2007 |

## GRADUATE

| | |
|---|---|
| School: | Indiana University School of Medicine |
| | Regenstrief Health Science Institute |
| Degree: | **Masters of Science, Clinical Research** |
| Dates: | 09/2008 – 05/2012 |

## UNDERGRADUATE

| | |
|---|---|
| School | Jordan University, Faculty of Medicine |
| Degree | **Bachelor of Medicine, Bachelor of Surgery (MBBS)** |
| Dates | 09/1993-06/1999 |

## APPOINTMENTS:

ACADEMIC

| | |
|---|---|
| Position/Rank: | **Instructor of Medicine** |
| Institution/Institute/Department: | Mayo Clinic School of Medicine, Jacksonville, FL |
| Dates | 06/2006-06/2007 |

| | |
|---|---|
| Position/Rank: | **Assistant Professor of Medicine** |
| Institution/Institute/Department: | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 2007-2013 |

| | |
|---|---|
| Position/Rank: | **Associate Professor of Medicine** |
| Institution/Institute/Department: | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 07/2013-08/2014; 2016-06/2021 |
| Position/Rank: | **Professor of Medicine** |

| | |
|---|---|
| Institution/Institute/Department: | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 07/2021- present |

**NON-ACADEMIC/HOSPITAL APPOINTMENTS**

| | |
|---|---|
| Position/Rank: | **Associate Medical Staff** |
| Institution/Institute/Department: | IU Health-Morgan Hospital, Martinsville, IN |
| Dates: | 2007-2012 |

| | |
|---|---|
| Position/Rank: | **Associate Medical Staff** |
| Institution/Institute/Department: | Margaret Mary Memorial Hospital, Batesville, IN |
| Dates: | 2007-2014 |

| | |
|---|---|
| Position/Rank: | **Medical Director** |
| Institution/Institute/Department: | IU Pancreas Cyst and Cancer Early Detection Center |
| | (PCC-EDC) |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 2008-2014 |

I served as the Medical Director of this program, which was established in 2008 at IU Hospital. This multidisciplinary program is currently providing care to over 1,000 new and returning patients with pancreatic cysts and hereditary pancreatic cancer on annual basis. I used to spend 3 days each month seeing patients in this clinic. www.pancyst.org

| | |
|---|---|
| Position/Rank: | **Medical Director** |
| Institution/Institute/Department: | IU Endoscopic Ultrasound (EUS) Program |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 2007-2014, 2016-present |

This program was among the first 3 nationwide programs to develop and further this technology. With an annual EUS procedural volume exceeding 3,000 patients, this program is currently ranked among the top 3 busiest programs in the nation and offers a full array of EUS services. I perform over 1,200 EUS procedures annually and actively co-manage the program alongside the current EUS director.

| | |
|---|---|
| Position/Rank: | **Active Medical Staff** |
| Institution/Institute/Department: | IU Health-Indiana University Hospital |
| | Digestive and Liver Disorders |
| | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 2007-2014; 2016-present |

| | |
|---|---|
| Position/Rank: | **Consultant Gastroenterologist** |
| Institution/Institute/Department: | Cleveland Clinic Abu Dhabi, UAE |
| Dates: | 2014-2016 |

| | |
|---|---|
| Position/Rank | **Director of Endoscopy** |
| Institution/Institute/Department: | Digestive Disease Institute |
| | Cleveland Clinic, Abu Dhabi, UAE |
| Dates: | 2014-2016 |

This tertiary referral center brings to the Middle East specialty gastroenterology care modeled after the main campus in Cleveland, Ohio. The Institute provides basic and advanced GI care including therapeutic endoscopy services. The GI department is comprised of 12 gastroenterologists, the largest in UAE and is served by state of the art endoscopy suite supported by numerous services including minimally invasive and robotic surgery. As the Director of endoscopy at this institution, I was in charge of building the endoscopy unit from the ground up. I have performed the first endoscopic peroral myotomy (POEM) in the region and the Middle East (January 2016), in addition to introducing the first complex endoscopic pancreatobiliary interventions to UAE and in many cases the greater Middle East region (pseudocyst drainage, direct

2

endoscopic necrosectomy, EUS rendez-vous technique, EUS guided access among other interventions during my tenure 2015-2016).

| | |
|---|---|
| Position/Rank | **Co-Director** |
| Institution/Institute/Department: | IUH Digestive and Liver Disorders Service Line |
| | Indiana University Health, Indianapolis, IN |
| Dates: | 08/2016-10/2017 |

| | |
|---|---|
| Position/Rank: | **Clinical Lead** |
| Institution/Institute/Department: | IUH Digestive and Liver Disorders Medical and Endoscopic Weight Loss Program |
| | Indiana University Health, Indianapolis, IN |
| Dates: | 08/2016- present |

I have been directly involved in the creation and strategic development of our medical weight loss program-IU North in my capacity as the program clinical lead. This team now includes Dr. Gilmore in addition to an advanced provider and a dietician and serves an increasing volume of patients along with providing comprehensive non-surgical weight loss options including meal replacement, medications, group lessons, and endoscopic weight loss interventions. Our team has performed over 18 endoscopic weight loss procedures to date, including the first stoma and pouch reductions and endoscopic sleeve gastroplasty (ESG) in the state of Indiana.

| | |
|---|---|
| Position/Rank: | **Associate Clinical Director** |
| Institution/Institute/Department: | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 10/2017- 03/2020 |

See the narrative below

| | |
|---|---|
| Position/Rank: | **Value Stream Owner** |
| Institution/Institute/Department: | Digestive and Liver Disorders |
| | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 03/2018- present |

As of March 1, 2018, I took over as the value stream owner for Digestive and Liver Disorders. Prior to that, I served on the Value Stream Steering Committee for 18 months. DaLD Value Stream is one the oldest clinical Value Streams within IU Health, currently in its fifth year with many accomplishments to celebrate in improving clinical efficiency and access, faculty and staff engagement among others. I was directly involved in designing and conducting VSA 5.0 activities for 2018-2019 that included 3 Rapid Improvement Projects (RIEs) and 3 Projects. I am currently involved in conducting VSA 6.0 activities including 3 RIEs and 3 projects. I am currently Green, A3 certified, and Bronze certified.

| | |
|---|---|
| Position/Rank: | **Medical Director** |
| Institution/Institute/Department: | Digestive and Liver Disorders (DaLD) Clinic |
| | Division of Gastroenterology and Hepatology |
| | Indiana University School of Medicine, Indianapolis, IN |
| Dates: | 2018- present |

Our downtown DaLD Clinic is housed at University Hospital and is home to 22 nurses and medical assistants. This is the main venue where 22 physicians and 7 APPs provide clinical care to over 2000 patients on monthly basis

| | |
|---|---|
| Position/Rank: | **Medical Director** |
| Institution/Institute/Department: | Indiana University Health International Patient Program |
| | Indiana University Health, Indianapolis, IN |
| Dates: | 03/2019- present |

Established in 2012, IU Health International is a rapidly growing program attracting patients mainly from 17 countries in the Middle East, Arabian Gulf, and Eastern Europe. Since my involvement in this in 2019, this program has witnessed a revenue growth of $1.7M which is >3x year on year compared to 2018. In 2020, we expect to sign management agreements with 2 hospitals within UAE for specialty pediatric and adult care.

| | |
|---|---|
| Position/Rank:<br>Institution/Institute/Department:<br><br>Dates: | **Clinical Director**<br>Division of Gastroenterology and Hepatology<br>Indiana University School of Medicine, Indianapolis, IN<br>04/2020- present |
| Position/Rank:<br>Institution/Institute/Department:<br><br>Dates: | **Interim Chief**<br>Division of Gastroenterology and Hepatology<br>Indiana University School of Medicine, Indianapolis, IN<br>04/2020- present |

The Division of Gastroenterology & Hepatology at IU Medical Center is staffed by about 72 full time physicians and 12 advanced practice providers (APPs), constituting one of the largest divisions in the USA with enormous clinical and research expertise. The Division has developed an international reputation for excellence in clinical care and research which is largely based on its robust clinical endoscopy program (>40,000 general procedures and >7000 advanced/innovative and pancreatobiliary procedures annually). Over the last 15 years, the Division has been consistently ranked among the top GI departments nationally according to US News and World Report. I have served as the clinical co-director of the Division since 2016 with direct involvement in multiple tasks including faculty recruitment, marketing and new-market development, outreach staffing and scheduling, inpatient endoscopy staffing and coverage, support of Eskenazi GI section, annual faculty clinical schedules, outreach clinic and endoscopy coverage, and IU Health DaLD website updates. I represent the Division to the IU Health Destination Services and have recently been involved in national and international marketing. I have served on the Clinical Cabinet at our Division since 2016. I have participated in conducting Annual Reviews in the spring of 2018, 2019 and 2020 of our clinical faculty.
During my tenure as interim chief of the Division of Gastroenterology and Hepatology, we were able to grow our clinical team by 4 gastroenterologists and 5 APPs despite the COVID pandemic. Our clinical productively as a group has increased in 2021 by 15% for new patient volumes, and 12% endoscopy procedures compared to 2019. The expansion of our endoscopy suite on the North side of Indianapolis and the expansion of one of our main clinics made this growth possible. Our service line pioneered many initiatives during the 2020-2021 academic year including enhancing our virtual care platforms, enhancing outpatient clinic efficiency, establishing new quality metrics specific to our division, and recruiting the first Diversity, Equity and Inclusion (DEI) Associate Director for our division (and the first in the Department of Medicine). On the research administration side, the last academic year brought along $1.9 million in budget savings through the restructuring our current foundation accounts and industry contracts.
During the same year, four of our faculty saw successful advancement through the promotion and tenure process (three to associate professor ad one to full professor rank with tenure).

## Professional Consulting:

Over the last fifteen year, I served as a consultant to numerous pharmaceutical companies including (not limited to): Boston Scientific, Cook, and Olympus among others.

| | |
|---|---|
| AREA OF CONSULTING | INNOVATIVE ENDOSCOPY |

## Specialty Board Status:

| | |
|---|---|
| Board certified in Internal Medicine | 2004-2014 |
| Board certified in Gastroenterology | 2007-present |

## Certification and Licensure

| | |
|---|---|
| Name of Board | Ohio Medical Residency Training License |

4

| Date of Certification | 2001-2004 |
|---|---|
| Licensure State/Number | Ohio/57003887 |
| Date Issued: | 05/2001 |

| Name of Board | Florida State Medical License |
|---|---|
| Date of Certification | 04/12/2004 – 01/31/2008 |
| Licensure State/Number | Florida, ME90045 |
| Date Issued: | 04/12/2004 |

| Name of Board | Florida State Medical License |
|---|---|
| Date of Certification | Inactive status |
| Licensure State/Number | ME1216001 |
| Date Issued: | 09/2014 |

| Name of Board | Indiana State Medical License and CSR |
|---|---|
| Date of Certification | 10/31/2021 |
| Licensure State/Number | Indiana, 01062866A |
| Date Issued: | 10/30/2006 |

## Professional organization memberships

| | | |
|---|---|---|
| **American College of Gastroenterology (ACG)** | Member | 2004-present |
| | **Fellow** | 2014- present |
| **American Gastroenterology Association (AGA)** | Member | 2004-present |
| | **Fellow** | 2016- present |
| **American Society for Gastrointestinal Endoscopy** (ASGE) | Member | 2005- present |
| | **Fellow** | 2012- present |
| **Jordan Medical Association** | **Member** | 1999- present |

**PROFESSIONAL HONORS AND AWARDS:**

**TEACHING**

- **Journal Club Faculty of the Year Award,** Division of Gastroenterology and Hepatology, IU School of Medicine, June 2018

**RESEARCH**

- **Certificate of Appreciation,** for the oral presentation: Safety of Fine Needle Aspiration (FNA) during Endoscopic Ultrasound (EUS): A Prospective Study. Florida Gastroenterology Society. Annual meeting, St. Augustine, FL, March 2006
- **ACG Presidential Poster Award:** Antegrade and Retrograde Endoscopic Approach in the Establishment of a Neo-Esophagus: A Novel Technique. American College of Gastroenterology Annual Meeting, Las Vegas, NV, Oct 2006
- **ACG Presidential Poster Award** for the presentation: Comparison of Preoperative Cytopathology, Tumor Markers and Molecular Analysis for the Diagnosis of Mucinous Pancreatic Cysts in Patients Undergoing Surgical Resection. American College of Gastroenterology Annual Meeting, San Antonio, TX, Oct 2010
- **Abstract of Distinction** for the presentation: Prevalence of Malignancy in Symptomatic and Asymptomatic Patients with Pure Main Duct Intraductal Papillary Mucinous Neoplasms. Digestive Disease Week, Chicago, IL, May 2011
- **ACG Governor Award in Clinical Research** for the oral presentation: Alterations in Cross-Sectional Imaging and Cyst Fluid Genetics following Endoscopic Ultrasound Guided Pancreatic Cyst Ablation with Ethanol and Paclitaxel by DeWitt J, Al-Haddad M et al. The Annual Scientific Meeting of the American College of Gastroenterology, Las Vegas, NV,  Nov 2012**.**

5

- **Astra Zeneca Training Award** for the oral presentation: Repeat endoscopic ultrasound-guided celiac plexus block and neurolysis:  What is the efficacy and safety? The Annual Scientific Meeting of the American College of Gastroenterology. San Diego, CA, Oct 2013.
- **Abstract of Distinction,** for the presentation: Predictors of Acute and Chronic Pouchitis. Digestive Disease Week, New Orleans, LA June 2014
- **ACG Presidential Poster Award** for the presentation: An Exclusive Fine Needle Biopsy Approach to Sampling Solid Lesions under EUS Guidance: A Case-Controlled Study American College of Gastroenterology Annual Meeting, Philadelphia, PA, Oct 2018**.**

- DeWitt J, **Al-Haddad M**. **Outstanding Research Award** in the Interventional Endoscopy Category for the oral abstract "Prospective Comparison of Functional Lumen Imaging Probe and High Resolution Esophageal Manometry to Assess Clinical Response after Per-Oral Endoscopic Myotomy", ACG Annual Meeting, Las Vegas, 2021.

**SERVICE:**
- **The Chairman of Medicine Special Recognition Award for 2021** for the role of Interim Chief of GI (2021-current)
- **IU Health President's Values Leadership Award for 2021-Medical Staff, Dec 2021.**
- IU Health Physicians Values Leadership Award (VLA) for the year 2021 (Nov 2021)

**PROFESSIONAL DEVELOPMENT**

- First year GI fellow workshop-Southeastern region Orlando, FL. (attendance grant recipient). December 2004
- 4th Annual Symposium for Gastrointestinal Tumors at University of Missouri at St. Louis. October 2005
- ASGE Workshop on Achieving Academic Success Washington D.C (attendance grant recipient). November 2005
- Write Winning Grants workshop Mayo Clinic School of Graduate Medical Education. November 2005
- ACG 2nd year GI fellows' workshop, Tucson, AZ, (attendance grant recipient). December 2005
- First Annual Fellows Nutrition Course Chicago, IL (attendance grant recipient). November 2006
- Rocky Mountain Interventional Endoscopy Course, (attendance grant recipient). February 2007
- North American Conference of Gastroenterology Fellows, San Diego, CA (attendance grant recipient). April 2007.
- Advancing IBD Management through Mentoring Fellows educational program, Palm Springs, CA (attendance grant recipient). May 2007
- **LAMP Certification Program** (**L**eadership in **A**cademic **M**edicine **P**rogram), Indiana University School of Medicine. Aug 2009-June 2010
- **Sailing the High Seas Professional Development Program.** Indiana University School of Medicine. Jan 2017-Nov 2017.

## TEACHING ACTIVITIES

1. Staffing General Gastroenterology Wards: 2007– present: Indiana University Medical Center-University Hospital. 2007-2014; and 2016-2017: One month per year Supervise and teach 2-3 house staff members and one student.
2. Staffing Pancreatibiliary Wards: 2007-present; Indiana University Medical Center; University Hospital: 6 weeks per  year supervise and teach 2-3 house staff members and one student
3. Advanced Endoscopy rotations in EUS: 2007-2014; 2016-present: Up to 4 months per year of hands on advanced endoscopy training for advanced GI fellows.
4. Standard GI Fellows Lectures series: on average providing 2-3 one-hour lectures per year to GI fellows as part of the educational curriculum. Variable topics. 2007-2014; 2016-present.

5. Teaching of standard GI and advanced GI fellows of advanced endoscopy practices in endoscopic ultrasound: 2007-2014; 2016-current. On average, I spend 10 hours/week in this activity.
6. Introduction to Endoscopic Ultrasound, Endoscopic Ultrasound Nurses Workshop, **Speaker and Course co-director,** Indiana University School of Medicine. Indianapolis, IN. May 2009.
7. ASGE First Year Fellows Educational Course. **Course Director**. ASGE IT&T Center, Oak Brook, IL. August 2014.
8. First International Live EUS Course. **Contributor and Moderator**, Live Endoscopy sessions. King Fahad Medical City, Riyadh, Saudi Arabia. December 2014.
9. Live Endoscopy sessions. **Contributor and Moderator**. Emirates Gastroenterology and Hepatology Conference. Dubai, UAE. April 2015.
10. Senior Fellows Hands on Course (ASGE sponsored course). **Invited faculty**. Digestive Disease Week, Washington D.C. May 2015.
11. Live Endoscopy Broadcast to Milan, Italy. **Invited Faculty**, IMAGE 2016: 7th International Endoscopy Course. June 18, 2016.
12. Hands on Endoscopy Course: **Faculty leader and facilitator**; American College of Gastroenterology Annual Scientific Meeting. October 2016.
13. **EUS Training Workshop. Invited Faculty**: Second International EUS symposium. King Fahd Medical City, Riyadh, Saudi Arabia, Oct 31-Nov 2, 2016.
14. Hands on Endoscopy Course: **Invited Faculty**. American College of Gastroenterology Annual Scientific Meeting Oct 2017.
15. Case based learning for MSII, Indiana University School of Medicine. Session development and delivery:Abdominal  pain. Nov 8, 2017
16. **Hands on Wokshop and Live Cases.** Third International Symposium on EUS and Pancreatobiliary Endoscopy, King Fahd Medical City, Riyadh, Saudi Arabia. May 2-4, 2018.
17. Hands on Faculty Endoscopy Course, Foreign Body Removal. **Invited Faculty**: American College of Gastroenterology Regional Midwest Meeting, Indianapolis, IN, Aug 24, 2018
18. Hands on Endoscopy Course: **Invited Faculty**. American College of Gastroenterology Annual Scientific Meeting, Philadephia, Oct 2018.
19. Hands on Endoscopy Course: **Invited Faculty**. American College of Gastroenterology Annual Scientific Meeting, San Antonio, Oct 2019.
20. Hands on Endoscopy Course and Live Cases Workshop. **Invited Faculty**: Fourth International EUS symposium. King Fahd Medical City, Riyadh, Saudi Arabia**,** Oct 11-12, 2019.
21. Hands on Endoscopy Course: **Invited Faculty**. American College of Gastroenterology Annual Scientific Meeting, Las Vegas, Oct 25, 2021.


## TRAINEES / MENTEES

I have mentored the following Clinical Fellows in *Advanced Endoscopy-Endoscopic Ultrasound and related Research:*

- *Jillian O'Neil, MBBS, FRACP*: 2007: currently Staff Gastroenterologist, Royal Brisbane and Women's Hospital, Brisbane, Australia. Dr. O'Neil was the first endosonographer to provide this service in Brisbane and among a few in the entire State of Queensland.
- *Abdullah Rashdan, MBBS*: 2009; currently Staff gastroenterologist, Illinois Gastroenterology Institute, Peoria, IL. He had since established an advanced endoscopy practice at the Illinois Gastroenterology Institute in Peoria, IL.
- *Mehdi Mohamadnejad, MD*: 2012-2013: currently Assistant Professor, Director of advanced endoscopy program, University of Tehran University of Medical Sciences, Tehran, Iran. He has since returned to his home country Iran to establish the first advanced endoscopy training program at the Tehran University of Medical Sciences as an Assistant Professor of Medicine. Dr. Mohamadnejad' s prolific scientific writing resulted in 3 publications in top tier gastroenterology journals in addition to several abstracts presented in national meetings. I continue to remotely work with him on completing a number of research projects initiated during his fellowship.
- *Leticia Luz, MD* 2012-2014: Assistant Professor, Indiana University School of Medicine, Indianapolis, IN and Roudebush VA Medical Center 2012-2014; currently staff gastroenterologist at Park Nicollet Health Services, Minneapolis, MN.
- *Michael Sey, MD*: 2013-2014: Assistant Professor of Medicine, University of Western Ontario, London, Canada. Dr. Sey is a therapeutic endoscopist.

- ***Wiriyaporn Ridtitid, MD***: 2014: Assistant Professor of Medicine, Division of Gastroenterology, Faculty of Medicine, Chulalongkorn University King Chulalongkorn Memorial Hospital, Thai Red Cross Society. Dr. Ridtitid is a therapeutic endoscopist and is the director of the advanced endoscopy program.
- ***Mark Gromski MD***: 2017-2018: Assistant Professor, Division of Gastroenterology, Department of Medicine, Indiana University School of Medicine, Indianapolis, IN
- ***Benjamin Bick MD***: 2018-2019. Assistant Professor, Division of Gastroenterology, Department of Medicine, Indiana University School of Medicine, Indianapolis, IN
- ***Aditya Gutta, MD***: Assistant Professor, Division of Gastroenterology, Department of Medicine, Indiana University School of Medicine, Indianapolis, IN

I have mentored the following persons in _General Gastroenterology and related Research_:

- ***Christen Klochan, MD***: 2011: currently Assistant professor, Indiana University School of Medicine, Indianapolis, IN and Roudebush VA Medical Center;
- ***Ihab El-Hajj MD***: 2012-2017: Assistant professor, an advanced endoscopist at Indiana University School of Medicine Indianapolis, IN, currently a Therapeutic endoscopist at Division of Gastroenterology, St George Hospital University Medical Center, University of Balamand, Beirut, and at Division of Gastroenterology, Clemenceau Medical Cente (Johns Hopkins International), Beirut, Lebanon
- ***Abdul El Chafic, MD*** 2014: Completed an advanced endoscopy fellowship at Thomas Jefferson Medical Center, Philadelphia, PA and currently a therapeutic endoscopy faculty at Oschner Clinic, New Orleans, LA.
- ***Ashish Agrawal, MD***: 2014: A gastroenterologist at Community Health System, Indianapolis, IN.
- ***Ji Bang, MBBS***: 2014: currently an advanced and therapeutic endoscopist and director of clinical research, Florida Hospital, Orlando, FL.
- ***Tony Wehbeh, MD*** 2017-present. I serve as the faculty advisor of this clinical gastroenterology fellow. Dr. Wehbeh recently accepted a position as a gastroenterologist in Sioux Fall, SD.
- ***Ite Obaitan, MD:*** 2019-present. Dr. Obaitan is a current GI fellow at Indiana University School of Medicine.

I have mentored the following _Internal Medicine Residents_ on various research projects in advanced endoscopy:

- ***Lindsey Temnykh, MD***: 2017-2018, as a third year medical resident, Indiana University School of Medicine, Indianapolis, IN.
- ***Mahmoud Rahal, MD*** 2017-2018, as second year medical resident, Indiana University School of Medicine, Indianapolis, IN. Dr Rahal accepted a chief resident position, IUSM and is applying to GI fellowship in 2020.
- ***Daanish Siddiqui, MD***: as second year medical resident, Indiana University School of Medicine
- ***Harsh Patel MD***, Research volunteer 2018-2019, currently PGY1 internal medicine resident, Ocshner Clinic, New Orleans, LA; 2019-current.

I have mentored the following _IU School of Medicine Students_ on various research projects in advanced endoscopy:

- ***Lennon Gregor,*** Medical Student III, IU School of Medicine, IMPRS mentorship program, April 2019-current. Mr. Gregor participated in the 2019 IMPRS Poster Session under my mentorship and was invited to present his projects at the 2019 IMPRS Oral Presentations on July 30, 2019

**TEACHING ADMINISTRATION AND CURRICULUM DEVELOPMENT:**

1. Development of **Endoscopic Ultrasound Fellowship Curriculum**, Indiana University School of Medicine: 2007-2009, spent 2 months in development.
2. Development of **Endoscopic Ultrasound Curriculum for Standard GI fellows**, Indiana University School of Medicine: 2007-2009, spent 1 month in development.
3. **Director, Endoscopic Ultrasound Advanced Endoscopy Fellowship Program:** 2007-2014 and 2016-2017. This is a one year, non-accredited post-doctoral, hands-on fellowship. Teaching in the GI lab advanced endoscopy skills. I participate in the training of a minimum of one fellow year (over 600 hours/year).

4. **Introduction to Endoscopic Ultrasound**, Lecture to Clinical Gastroenterology Fellows. Spent: 1 day per session; Dates: October 2007, August 2008, May 2009, November 2010, February 2011, March 2012, October 2012 & November 2013

## GRANTS/FELLOWSHIPS IN TEACHING:

**ACTIVE TEACHING GRANTS/ FELLOWSHIPS:** None

**COMPLETED RESEARCH GRANTS/FELLOWSHIPS**

1. **Endoscopic Ultrasound (EUS)-** ASGE  PI  1%  $10,000  07/2006-06/2007 Guided Intrapancreatic Gold Seeds Placement as Internal Reference Points for External Beam Radiotherapy Field Alignment of Locally Advanced Unresectable Pancreatic Cancer

2. **Safety and Efficacy of Cytology Brushings vs. Standard FNA in Evaluating Cystic lesions of the Pancreas: A Controlled Study**  ASGE  PI  1%  $37,000  07/2007-06/2008

3. **Intraductal Papillary Mucinous Neoplasms and the Role of New Diagnostic Techniques:** An Updated Management Proposal  ASGE  PI  35%  $150,000  07/2008-06/2011

4. **Clinical Evaluation of NOTES Gastropexy in Collie Dogs**  Collie Foundation  Co-PI  0%  $19,050  01/2010-01/2011

5. **Propofol Sedation for Natural Orifice Translumenal Endoscopic Surgery (NOTES®):** Feasibility Study in Dogs  NOSCAR  PI  1%  $25,000  03/2010-03/2011

6. **Role of Novel Molecular Markers in the Diagnosis of Mucinous Pancreas Cystic lesions** Indiana CTSI  PI  0%  $10,000  06/2011-08/2011

7. **MircoRNAs for the Diagnosis of Malignant IPMN Lesions**  ASGE  PI  2% $73,000  07/2012-06/2014

8. **Prospective Evaluation of Molecular Markers for the Diagnosis of** RedPath Pathology  PI 1%  $65,000  11/2012-12/2014

9. **Randomized Evaluation of PCLs Using Three EUS-FNA Needles**  Boston Scientific  PI 2% $75,000  10/2013-09/2017

**CURRENT RESEARCH GRANTS/ FELLOWSHIPS:**

**CRTX1 201 (Al-Haddad, Site PI)**  04/01/2020- 03/31/2022  1.80 Cal Months
Creatics LLC  $279,699 total directs
**Prospective Collection of Colon Fluids for Pancreatic Cancer Marker Validation**
The objective of this study is to validate the diagnostic specificity, sensitivity and relevant statistical significance of previously identified biomarkers present in the colon lavage fluid of patients with pancreatic cancer.

**R43/R44 (Caldwell, Lead PI)**  09/01/2020- 08/31/2021  0.40 Cal Months
Amplified Sciences LLC  $51,575 total directs
**Leveraging chemical sensing reagents for protease activity diagnostic assays to reduce unneeded surgeries**
The major goals of this project are to a) Adapt two protease biomarker activity assays for clinical applications on minimal volumes of biofluids b) Adapt protease turnover assays for use on established clinical analyzer instrumentation.
**Role**: Site & Project PI

**Cook MDR-1921 (Al-Haddad, Site PI)**  0.20 Cal Months
Cook Inc.  05/01/2021-05/01/2022
Post marketing study on Instinct hemoclip

**Cook MDR- MDR-20107 (Al-Haddad, Site PI)**  0.20 Cal Months

9

Cook Inc.                                    05/01/2021-05/01/2022
Post marketing study on Fiducial needles

## INVITED PRESENTATIONS– TEACHING

LOCAL
FELLOWS TEACHING LECTURES:

Two lectures on annual basis, 60 min each on a variety of topics including gastrointestinal stromal tumors, carcinoids, gastrointestinal lymphomas and pancreatic cysts: 2007-2014; 2016-present

**NATIONAL**

1.  **Al-Haddad M**. Gastroenterology Medical/Surgical Conferences: Mayo Clinic Jacksonville weekly teaching conference with multiple topics. Lectures given to gastroenterology and general surgery trainees and consultants. August 2004-May 2007.

2.  **Al-Haddad M.** A 62 year old Male Patient with Chronic Diarrhea: Approach to Malabsorption. Clinical Pathologic Conference, Mayo Clinic Jacksonville, **Medical Grand Round.** February 2005.

3.  **Al-Haddad M**. An Abnormal Source of Upper GI Bleed. **Fellow presentations to the Visiting Professors Conferences**. Mayo Clinic Jacksonville, Division of Gastroenterology and Hepatology. May 2005.

4.  **Al-Haddad M**. Management of Upper GI Bleeding. **Invited speaker.** ASGE First Year Fellows Oak Brook, IL. Educational Course, Midwest region, Oak Brook, IL. August 2008.

5.  **Al-Haddad M**. Writing Good Grants and How to Get Started on the Right Foot in Academic GI. **Invited lecture**, Academic Skills Workshop, ASGE and AGA, Chicago, IL. May 2011.

**INTERNATIONAL**

1.  Digestive Disease Institute First Annual Symposium. **Course Director**. Cleveland Clinic Abu Dhabi, UAE. January 2016.

2.  **Al-Haddad M.** EUS Training. **Invited speaker.** Second International EUS symposium. King Fahd Medical City, Riyadh, Saudi Arabia**,** Oct 31-Nov 2, 2016.

## INVITED PRESENTATIONS – RESEARCH

LOCAL

1.  **Al-Haddad M**. EUS for the Staging of Esophageal Cancer. **Invited Speaker**. Endoscopic Ultrasound EUS Physicians Workshop, Indiana University School of Medicine, Indianapolis, IN. June 2008

2.  **Al-Haddad M**. EUS in 2008: New Frontiers.  **GI Grand Rounds**, Indiana University School of Medicine, Indianapolis, IN. August 2008.

3.  **Al-Haddad M**. Screening Colonoscopy: A Community Based Approach. **Invited speaker**. Hospital Grand Rounds, Morgan Hospital, Martinsville, IN, October 2008

4.  **Al-Haddad M**. EUS for staging of GI cancer: Case-based approach. GI Fellows Educational conference. Indiana University School of Medicine. November 2008.

5.  **Al-Haddad M**. Endoscopic Ultrasound in Staging of Tumors. Endoscopic Ultrasound Nurses Workshop. **Speaker and Course co-director.** Indiana University School of Medicine. Indianapolis, IN. May 2009

6. **Al-Haddad M**. TNM staging of GI cancers: The Role of EUS. GI Fellows Educational conference. Indiana University School of Medicine. November 2009.

7. **Al-Haddad M**. EUS for staging of GI cancer. GI Fellows Educational conference. Indiana University School of Medicine, **Lecture** Indianapolis, IN, November 2010.

8. **Al-Haddad M**. NOTES: Lost Decade or New Frontier?  **GI Grand Rounds**, Indiana University School of Medicine. November 2013

9. Roch A, **Al-Haddad M**, Schmidt CM, et al. Abnormal Serum Pancreatic Enzymes, But Not Pancreatitis, Are Associated With An Increased Risk Of Malignancy In Patients With Intraductal Papillary Mucinous Neoplasms by. **Oral Presentation**. Annual Central Surgical Association conference, Indianapolis, IN, March 2014

10. **Al-Haddad M**. Contemporary Therapies of Gastric Adenocarcinoma in 2014. Surgery Grand Rounds. **Speaker**, Indiana University School of Medicine. March 2014

11. **Al-Haddad M.** Pancreatic Cysts: When to worry and what to do. **Invited speaker.** 17th Annual GI Gastroenterology/Hepatology Update. Indiana University School of Medicine, Indianapolis, IN, May 2014

12. Roch A, Ceppa E, **Al-Haddad M,** DeWitt J, Feliciano D, Schmidt CM. The Natural History of Main Duct Involved, Mixed-Type Intraductal Papillary Mucinous Neoplasm: Parameters Predictive of Progression. **Oral presentation**. American Surgical College of Surgeons Indiana Chapter Meeting, Indianapolis, IN. 2015.

13. **Al-Haddad M.** POEM: A Treatment Procedure for Achalasia. **Invited speaker**. SGNA Regional Course, Indianapolis, IN Oct 21, 2017

14. **Al-Haddad M. Invited Speaker**. EUS in the Management of neuroendocrine Tumors. NANETS Regional Conference, Indianapolis, IN. Nov 4, 2017.

15. **Al-Haddad M**. Advances in EUS Guided Tissue Sampling: is it time to retire your old needle? IU Gastroenterology and Hepatology **Research Grand Rounds**, Indianapolis, IN, March 13, 2018.

16. **Al-Haddad M.** Advances in Endoscopic Therapies of Weight Loss. **Invited Speaker**, IU Health Obesity Symposium, NCAA Conference Center, Indianapolis, IN Oct 26, 2018

17. **Al-Haddad M**. Updates on Endoscopic Ultrasound-Guided Tissue Acquisition: Fine or Core Biopsy Needle. **Invited Speaker**, Indiana Association of Pathologists, Indianapolis, IN Oct 27, 2018

18. **Al-Haddad M.** Advances in Endoscopic Therapies of Weight Loss. **Invited Speaker**, IU Health Obesity Symposium, Ruth Lilly Conference Center, Indianapolis, IN Sep 6, 2019.

19. **Al-Haddad M. G-POEM for Gastroparesis, Invited Speaker**, Update on Diagnosis and Management of Foregut Motility, **NCAA Conference Center**, Sep 20, 2019.

20. **Al-Haddad M. G-POEM for Gastroparesis,** monthly noon GI Motility Conference.  Oct 2, 2019


NATIONAL

1. **Al-Haddad M**, Frost S.  Make no mistake: The Association between Leg Cramps and GI Bleeding. Presented at the Third Midwest Regional Meeting of the National Association of Inpatient Physicians (NAIP), Cleveland, Ohio, 2002

2. **Al-Haddad M**, Frost S. Medical Error can be a Bitter Pill. Presentation at the ACP/ASIM Ohio Chapter Annual Scientific Meeting, Columbus, Ohio, August 2002.

3.  Loeb D, **Al-Haddad M**, Wolfsen H. Follow-up of Incomplete Colonoscopies in an Open Access Gastrointestinal Endoscopy unit:  Are we doing enough?"  **Presentation** at the World Congress of Gastroenterology, Montréal, Canada, Oct 2005

4.  Safety of Fine Needle Aspiration (FNA) during Endoscopic Ultrasound (EUS): A Prospective Study. By **Al-Haddad M**, Pungpapong S, Hodgens CM, Toton RD, Gross SA, Noh KW, Wallace MB, Woodward TA, Raimondo M. Annual Meeting of Florida Gastroenterology Society, St. Augustine, FL, September 2006

5.  Freeman L, Rahmani E, Kwan T, **Al-Haddad M**, et al. "NOTES Approach to Endoscopic Gastropexy: Feasibility Study in Dogs". **Oral Presentation** at the Society for American Gastrointestinal and Endoscopic Surgeons (SAGES), Philadelphia, PA, April 2008.

6.  **Al-Haddad M**. Novel Applications of Endoscopic Ultrasound. **Invited speaker,** Frontiers of Endoscopy, Albuquerque, NM. October 2008.

7.  EUS Potpourri. **Moderator**, Oral Session. Digestive Disease Week. Chicago, IL. May 2011

8.  Glant JA, Saavedra JRA, **Al-Haddad M** et al. Mimickers of Main Duct Intraductal Papillary Mucinous Neoplasm. **Oral presentation** at Annual Americas Hepatopancreatobiliary Association conference, Miami, FL, March 2011.

9.  Meyer JE, Miller JR, Waters JA, **Al-Haddad M**, DeWitt J, Sherman S, Lillemoe KD, Schmidt CM. Outcome of Pancreatic Remnant Following Segmental Pancreatectomy For Non-Invasive Intraductal Papillary Mucinous Neoplasm (IPMN). **Oral presentation** at Annual Americas Hepatopancreatobiliary Association conference, Miami, FL, March 2011

10. **Al-Haddad M**. Should EUS-FNA of the pancreatic tumors be performed? **Invited speaker**, Podium Debate in EUS SIG, Digestive Disease Week, ASGE forum, Chicago, IL. May 2011

11. DeWitt J, **Al-Haddad M**. Endoscopic Ultrasound Guided Pancreatic Cyst Ablation With Ethanol and Paclitaxel: Will It Also Work in the Western Hemisphere? Gastrointestinal Endoscopy 2011. **Invited speaker,** Digestive Disease Week 2011. Chicago, IL. May 2011.

12. DeWitt J**, Al-Haddad M**. Alterations in Pancreatic Cyst Fluid DNA Analysis Following Endoscopic Ultrasound Guided Ablation With Ethanol and Paclitaxel. Gastrointestinal Endoscopy. **Oral Presentation,** Digestive Disease Week 2011. Chicago, IL. May, 2011

13. **Al-Haddad M**. Outcomes of Primary Surveillance for Intraductal Papillary Mucinous Neoplasm. **Invited speaker,** Digestive Disease Week 2011

14. **Al-Haddad M**. Tools of the Trade: **Invited speaker**. ASGE First Year Fellows, ASGE AT&T Center, Oak Brook, IL, August 2012.

15. Roch A, **Al-Haddad M**, Schmidt CM, et al. International Consensus Guideline Parameters Carry Unequal Weight and are Not Cumulative in IPMN malignant risk prediction. **Oral presentation**. Annual Americas Hepatopancreatobiliary Association conference, Miami, FL February 2013.

16. **Al-Haddad M**. ASGE First Year Fellows Educational Course. **Course Director.** ASGE IT&T Center, Oak Brook, IL. August 2013.

17. Roch A, **Al-Haddad M**, Schmidt CM. Non-Operative Management of Main Pancreatic Duct Involved Intraductal Papillary Mucinous Neoplasms May Be Indicated In Selected Patients. **Oral presentation**, Western Surgical Association.  Salt Lake City, Utah, Oct 2013.

18. Ibrahim A, Cramer H, **Al-Haddad M,** Wu H. Molecular Analysis of Cyst Fluid Obtained from Endoscopic Ultrasound-Guided Fine-Needle Aspirates (EUS-FNA) of Cystic Lesions of the Pancreas. Presentation at the annual American Society of Cytopathology in Orlando, FL, Oct 2013.

19. **Al-Haddad M**. Management of Pancreatic Cysts: What a Gastroenterologist should know. **Invited speaker.** New York Society of GI Endoscopy. New York, NY. December 2013

20. **Al-Haddad M.** EUS in 2014: What to Look for, How to Biopsy and Which Tests to Send? **Invited speaker.** *State of the Art Lecture*, Digestive Disease Week, Chicago, IL. May 2014

21. Mneimneh W, Nakanishi Y, Sey M, **Al-Haddad M**, DeWitt J and Saxena R. Consecutive Endoscopic Ultrasound Guided Transgastric Liver Biopsies for Parenchymal. **Oral Presentation**. United States & Canadian Academy of Pathology Annual Meeting. Boston, MA, March 2015.

22. Roch A, Ceppa E, **Al-Haddad M**, DeWitt J, Feliciano D, Schmidt CM. Multi-Institutional Study on the Natural History of Large Sized Branch-Duct Pancreatic Intraductal Papillary Mucinous Neoplasm. **Oral Presentation**. American Surgical Association Annual Meeting. San Diego, CA, April 2015

23. **A-Haddad M**. Update on Esophageal Dilation. **Invited Speaker**. Senior Fellows Special Session. Digestive Disease Week 2015. Washington D.C. May 2015.

24. **Al-Haddad M**. EUS Guided Liver Biopsy Lunch Symposium. **Invited speaker and moderator.** Digestive Disease Week, Washington D.C. May 2015.

25. Roch A, Ceppa E, **Al-Haddad M**, DeWitt J, Schmidt CM. Intraductal Papillary Mucinous Neoplasm of the Pancreas, One Manifestation of a More Systemic Disease? **Oral Presentation**. 2015 Midwest Surgical Association Meeting in Lake Geneva, WI. July, 2015.

26. **Al-Haddad M**. How to Perform an Efficient EUS-FNA but Without Compromising Outcomes. **Invited Faculty and Moderator.** The 3rd Annual Orlando Live EUS. Orlando Hospital, University of Central Florida. Orlando, FL. September 2015.

27. **Al-Haddad M**. Interventional EUS Literature Update. **Invited Faculty and Moderator.** 3rd Annual Orlando Live EUS. Orlando Hospital, University of Central Florida. Orlando, FL. September 2015.

28. **Al-Haddad M**. Interventional EUS Literature Update. **Invited Faculty and Moderator.** 3rd Annual Orlando Live EUS. Orlando Hospital, University of Central Florida. Orlando, FL. September 2015.

29. **Al-Haddad M.** EUS for the Evaluation of Biliary Strictures. In the session: EUS Taking the Indeterminate out of Indeterminate Biliary Strictures. Invited speaker, AGA Clinical Symposium, Digestive Disease Week, San Diego, CA, May 2016.

30. **Al-Haddad M.** EUS Guided Liver Biopsies: Lunch with the Experts symposium. Digestive Disease Week, San Diego, CA, May 2016.

31. **Al-Haddad M, Levy M.** EUS Masters Level Cases. Digestive Disease Week, San Diego, CA, May 2016

32. **Al-Haddad M.** FNA vs. FNB: how to perform effective EUS guided Tissue Sampling. **Invited speaker.** St John Providence Hospital's 2nd Annual Endoscopic Conference, Detroit, MI. March 24-25, 2017

33. **Al-Haddad M**, Jackson S, Toney N, Narick C, Finkelstein S, Haddad N. Cancer Risk In Patients Meeting AGA 2015 Management Criteria For Pancreatic Cystic Lesions. Presented at the Annual American Pancreas Association Meeting, 2017.

34. **Al-Haddad M.** New Trends in EUS guided Tissue Sampling. **Visiting Professor and Grand Rounds Speaker**, Division of Gastroenterology, Rutgers University/Robert Wood Johnson Medical School, Brunswick, NJ, April 27, 2018.

35. **Al-Haddad M.** AGA Institute Council's Poster Visiting Program, Volunteer Faculty, DDW 2018.

36. Simpson L, **Al-Haddad M**, Schmidt CM et al. The Dilemma of the Dilated Main Pancreatic Duct in the Distal Pancreatic Remnant after Proximal Pancreatectomy for Intraductal Papillary Mucinous Neoplasm. Oral Presentation (Plenary Session), SSAT, DDW 2018, Washington D.C.

37. **Al-Haddad M.** What Needles Yield True Core Tissue in 2018? Endoscopic Ultrasound SIG. Invited speaker, DDW 2018, Washington D.C.

38. **Al-Haddad M.** Clinical Symposium Session Moderator. Detection, Diagnosis, and Management of Pancreatic Cysts in 2018. DDW 2018, DDW 2018, Washington D.C.

39. **Al-Haddad M.** What needles in 2018 yield true core tissue? **Invited Speaker**. EUS-Special Interest Group (SIG) at Digestive Disease Week 2018, Washington DC. June 2, 2018.

40. **Al-Haddad M.** Cystic Neoplasms of the Pancreas. **Invited Speaker**, American College of Gastroenterology **Annual Post Graduate Course**, Philadelphia, PA. October 6, 2018.

41. **Al-Haddad M.** Management of Cystic Neoplasms of the Pancreas. **Visiting Professor and Grand Rounds Speaker**, Division of Gastroenterology, Mayo Clinic Florida, Oct 12, 2018.

42. **Al-Haddad M.** Navigating Post Fellowship Career in Academia. **Visiting Professor,** Division of Gastroenterology, Mayo Clinic Florida, Oct 12, 2018.

43. **Al-Haddad M** ACG Poster Review Program judge, ACG, Philadelphia, PA. October 2018.

44. **Al-Haddad M** ACG Poster Review Program judge, ACG, San Antonio, TX. October 2019.

45. **Al-Haddad M.** Molecular Markers in Guiding the Management of Cystic Neoplasms of the Pancreas. **Visiting Professor and Grand Rounds Speaker**, Division of Gastroenterology and Hepatology, Baylor College of Medicine, Houston, TX, Jan 9, 2020.

46. **Al-Haddad M.** EUS Guided Liver Biopsy. **Invited Speaker**. John's Hopkins International Therapeutic Endoscopy Course (HITEC), John's Hopkins College of Medicine, Baltimore, MD, Aug 27, 2021.


**INTERNATIONAL**

1. Abu-Suboh Abadia M, Dot Bach J, Rodríguez S, Larrea M, Ramentol F, Salord J, Iglesias C, Tallada N, **Al-Haddad M**, Gross S. Raimondo M, Woodward TA, Wallace MB, Armengol-Miro JR. EUS-FNA: "Experiencia Preliminar De Un Hospital Terciario Comparada Con Otro Centro De Referecia." Oral presentation at the Annual Meeting for the Spanish Society of Gastrointestinal Endoscopy, Madrid, Spain, Oct 2005.

2. Pungpapong S, Noh KW, **Al-Haddad M**, Wallace MB, Woodward TA, Raimondo M Combined Pancreatic Juice IL-8 Concentration and EUS Are Highly Predictive to Diagnose Chronic Pancreatitis (CP)". Presentation. 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, November 2006.

3. **Al-Haddad M**, Pungpapong S, Scolapio JS, Noh KW, Wallace MB, Woodward TA, Pallotta N, Raimondo M. Risk Factors for Hyperechogenic Pancreas on Endoscopic Ultrasound (EUS). A Case Controlled Study. Presentation. 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, November 2006.

4. **Al-Haddad M**, Bonatti H, Pungpapong S, Noh KW, Gross SA, Raimondo M, Woodward TA, Wallace MB. Intraductal Papillary Mucinous Neoplasm: Is it safe to watch and wait? Oral Presentation. The 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, November 2006.

5. Wallace M, Pascual M, Raimondo M, Woodward T, McComb B, Johnson M, **Al-Haddad M**, Noh K, Pungpapong S, Hardee J, Pajaro O, Odell J. Complete "medical mediastinoscopy" under conscious sedation: A prospective blinded comparison of endoscopic and endobronchial ultrasound to bronchoscopic fine needle aspiration for malignant mediastinal lymph nodes. Oral presentation at the 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, Nov 2006.

6.  Noh KW, Pungpapong S, Wallace MB, Woodward TA, **Al-Haddad M**, Raimondo M. Is EUS with Doppler Comparable to Transabdominal Ultrasound as a Screening Test for Chronic Mesenteric Ischemia (CMI)? Presented at the 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, Nov 2006.

7.  **Al-Haddad M**, Bonatti H, Pungpapong S, Noh KW, Gross SA, Raimondo M, Woodward TA, Wallace MB. Intraductal Papillary Mucinous Neoplasm: Is it safe to watch and wait? Oral presentation at the 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, Nov 2006.

8.  **Al-Haddad M**, Pungpapong S, Hodgens CM, Toton RD, Gross SA, Noh KW, Wallace MB, Woodward TA, Raimondo M Safety of Fine Needle Aspiration (FNA) during Endoscopic Ultrasound (EUS): A Prospective Study. 15th International Symposium of Endoscopic Ultrasonography, Amsterdam, the Netherlands, November 2006.

9.  **Al-Haddad M.** Management of Upper GI Bleeding. Invited speaker. Grand Rounds, King Hussein Cancer Center; Amman, Jordan. June 2010.

10. **Al-Haddad M**. New Therapeutic Frontiers in EUS. Invited speaker, Internal Medicine Grand Rounds, King Hussein Cancer Center; Amman, Jordan. June 2010.

11. **Al-Haddad M**. Comparison of Postoperative Pain and Stress with Notes, Open & Laparoscopic Ovariectomy. Invited speaker. NOTES-WIDER Annual Conference, Barcelona, Spain. December 2010.

12. **Al-Haddad M**. Propofol in NOTES: Feasibility Study in Dogs. Invited speaker, NOTES-WIDER Annual Conference, Barcelona, Spain. December 2010.

13. **Al-Haddad M**. The Learning Curve of NOTES. Invited speaker, NOTES-WIDER Annual Conference, Barcelona, Spain. November 2011.

14. **Al-Haddad M**. NOTES Approach to Endoscopic Gastropexy:  Feasibility Study in Dogs and Potential Human Applications. Invited speaker, NOTES-WIDER Annual Conference, Barcelona, Spain. November 2011.

15. **Al-Haddad M**. Evaluating Strategies for Using DNA Testing To Identify Mucinous Pancreatic Cysts. Oral Presentation. International Society for Pharmacoeconomics and Outcomes Research 15th Annual European Congress, Berlin, Germany November 2012.

16. **Al-Haddad M**. Colon Cancer Screening. Arab Health Fair, Abu Dhabi, UAE, October 20, 2014.

17. **Al-Haddad M**. EUS in the Management of GI Malignancies. Invited faculty/Moderator; First International Live EUS Course. King Fahad Medical City, Riyadh, Saudi Arabia. December 2014.

18. **Al-Haddad M**. Reshaping Healthcare through Screening and Prevention. Speaker, Cleveland Clinic Abu Dhabi Organization Grand Rounds, Abu Dhabi, UAE. January 2015.

19. **Al-Haddad M**. Pancreatic Cysts – When to watch, resect or leave alone. Speaker, Cleveland Clinic Abu Dhabi Grand Rounds. May 2015.

20. **Al-Haddad M**. EUS in the Management of GI Cancers. Invited Faculty and moderator. International Iranian Congress on EUS. Tehran University of Medical Sciences. Tehran, Iran. May 2015.

21. **Al-Haddad M**. Pancreatic Cysts – When to watch, resect or leave alone.  Speaker.  Cleveland Clinic Abu Dhabi DDI Grand Rounds. May 2015.

22. **Al-Haddad M**. Status of Endoscopic Units Infrastructure. Invited Speaker. First Middle East Endoscopy Focus Group. Dubai, UAE, November 2015.

23. **Al-Haddad M**. EUS for the Diagnosis and Management of Cystic Pancreatic Neoplasms. Invited Speaker. Emirates Oncology Annual Conference, Abu Dhabi, UAE, November 2015.

24. **Al-Haddad M**. Update on the Management of Inflammatory Bowel Disease. Invited Speaker. Cleveland Clinic Pathology Update Conference. Abu Dhabi, UAE, December 2015.

25. **Al-Haddad M**. Management of Pancreatic Exocrine Insufficiency. Visiting Professorship and Grand Rounds Speaker, Department of Gastroenterology and Hepatology, Chulalongkorn University, Bangkok, Thailand, December 2015.

26. **Al-Haddad M**. Management of Pancreatic Cysts and Chronic Pancreatitis. Invited Speaker. Annual Arab Health Meeting, Dubai, UAE, January 2016.

27. **Al-Haddad M**. Endoscopic Quality Measurement. Invited Faculty and Moderator.  The Saudi Gastroenterology Association and the Saudi Association for the Study of Liver Disease Annual Scientific Meeting. Riyadh, Saudi Arabia, January 2016.

28. **Al-Haddad M**. Approach to Incidental Pancreatic Cyst: Is Follow up & Monitoring Necessary?  Invited Faculty and Moderator.  The Saudi Gastroenterology Association and the Saudi Association for the Study of Liver Disease Annual Scientific Meeting. Riyadh, Saudi Arabia, January 2016.

29. **Al-Haddad M**. EUS in the Management of Gastrointestinal Oncology. Digestive Disease Institute First Annual Symposium. Speaker. Cleveland Clinic Abu Dhabi, UAE. January 2016.

30. **Al-Haddad M**. Management of Pancreatic Cysts: to ignore, watch or resect? Speaker. Digestive Disease Institute First Annual Symposium. Speaker. Cleveland Clinic Abu Dhabi, UAE. January 2016

31. **Al-Haddad M**. Benchmarks in Advanced Endoscopy Training. Invited Speaker. First Asian EUS Group (AEG) Hands-on Course. King Khaled University hospital, Riyadh, Saudi Arabia. January 2016.

32. **Al-Haddad M**. Inflammatory Bowel Disease: Problems and Perspectives. 2nd Emirates Pathology Meeting, Cleveland Clinic Abu Dhabi, Abu Dhabi, UAE. April 2016.

33. **Al-Haddad M**. Colorectal Cancer at a Glance. Invited speaker, High Risk Cancer Screening Workshop sponsored by the Health Authority of Abu Dhabi, NMC Hospital, UAE, July 12, 2016.

34. **Al-Haddad M**. EUS Guided Biliary Drainage. Invited speaker. Second International EUS symposium, King Fahd Medical City, Riyadh, Saudi Arabia. Oct 31-Nov 2, 2016.

35. **Al-Haddad M.** Direct Endoscopic Necrosectomy: Where do we stand in 2016? Invited speaker. WIDER Barcelona 10th Annual Conference, Barcelona, Spain. November 21-22, 2016.

36. **Al-Haddad M**. FNA vs. FNB: how to perform effective EUS guided Tissue Sampling. Invited speaker. WIDER Barcelona 11th Annual Conference, Barcelona, Spain. November 27-28, 2017.

37. **Al-Haddad M**. Combined Endoscopic Suturing and Stenting for Closure of Esophageal Defects. Invited speaker. WIDER Barcelona 11th Annual Conference, Barcelona, Spain. November 27-28, 2017.

38. **Al-Haddad M**. Biliary Strictures: A Multidisciplinary Approach. Invited Speaker and Live Cases Faculty. Third International Symposium on EUS and Pancreatobiliary Endoscopy, King Fahd Medical City, Riyadh, Saudi Arabia. May 2-4, 2018.

39. **Al-Haddad M**. Updates on EUS Guided Tissue Sampling. Invited Speaker and Live Cases Faculty. Third International Symposium on EUS and Pancreatobiliary Endoscopy, King Fahd Medical City, Riyadh, Saudi Arabia. May 2-4, 2018.

40. **Al-Haddad M**. G-POEM for Gastroparesis: Is it truly effective? Invited speaker. WIDER Barcelona 12th Annual Conference, Barcelona, Spain. November 26-27, 2018.

41. **Al-Haddad M**. Cystic Neoplasms of the Pancreas? Invited speaker. Arab Health 11th Gastroenterology Conference, Dubai UAE, January 28-29, 2019.

42. **Al-Haddad M**. International Therapeutic Endoscopic Ultrasound (EUS) Course ITEC-IHU 2019. Invited Speaker and Live Course Faculty, Strasbourg University and Institute of Image Guided Therapy, Strasbourg, France, May 9-11, 2019.

43. **Al-Haddad M**. Update on G-POEM for Gastroparesis. Invited Speaker and Live Course Faculty. Fourth International Symposium of Live Endoscopy, King Fahd Medical City, Riyadh, Saudi Arabia. Oct 10-11, 2019.

44. **Al-Haddad M.** Update on EDGE: EUS Guided Transgastric Access for ERCP. Invited Speaker and Live Course Faculty. Fourth International Symposium of Live Endoscopy, King Fahd Medical City, Riyadh, Saudi Arabia. Oct 10-11, 2019.

45. **Al-Haddad M**. G-POEM for Gastroparesis: An Efficacy and Quality of Life Perspective. Invited Speaker and Live Course Faculty. WIDER Barcelona 13th Annual Conference, Barcelona, Spain. November 25-27, 2019.

46. **Al-Haddad M**. Endoscopic drainage of pancreatic fluid collections: LAMS vs Plastic stent. Invited Speaker and Hands on Course Faculty. Arab Health 12th Gastroenterology and GI Endoscopy Conference, Dubai UAE, January 27-28, 2020.

47. **Al-Haddad M**. How I do it: EUS Guided Biliary Access. Invited Speaker. Saudi Digestive Disease Forum, Jeddah, Saudi Arabia, March 12-13, 2020.

48. **Al-Haddad M**. Diagnosis and Management of Pancreatic Cysts. Invited Speaker. Saudi Digestive Disease Forum, Jeddah, Saudi Arabia, March 12-13, 2020.

49. **Al-Haddad M.** Various Advanced Endoscopy sessions. **Invited Speaker and moderator**. John's Hopkins International Therapeutic Endoscopy Course (HITEC), John's Hopkins College of Medicine, Baltimore, MD, Aug 27, 2021.

50. **Al-Haddad M.** G-POEM: Is it Effective for Gastroparesis? Invited Speaker and Live Course Faculty. Fifth International Symposium of Live Endoscopy, King Fahd Medical City, Riyadh, Saudi Arabia. Dec 2-4, 2021.

51. **Al-Haddad M**. G-POEM for Gastroparesis: An Efficacy and Quality of Life Perspective. Invited Speaker and Live Course Faculty. WIDER Barcelona 14th Annual Conference, Barcelona, Spain. November 24-25, 2021.

## SERVICE

UNIVERSITY SERVICE:
Committee Service

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: Education Committee member (appointed member)
Dates of Service:  2010-2014

Organization: **Indiana University School of Medicine**
Committee Name/Role: Indiana University Hospital Operations Committee (appointed member)
Dates of Service:  2012-2014

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: Data Safety and Monitoring Committee-Chair
Dates of Service:  2012-2015

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: Clinical Competence Committee-Vice Chair
Dates of Service:  2013-2014

Organization: **Indiana University Health**
Committee Name/Role: Compensation Model Review Committee
Dates of Service: 2016–2017

Organization: **Indiana University Health**
Committee Name/Role: IU Health DaLD Value Stream Steering Committee
Dates of Service: Oct 2016 – Feb 2018

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: Digestive Disease and Liver Clinical Cabinet-appointed member
Dates of Service: 2016-present

Organization: **Indiana University Health**, Digestive and Liver Disorders
Committee Name/Role: Value Stream Steering Committee
Dates of Service: Oct 2016-present

Organization: **Indiana University Health**
Committee Name/Role: IU Health Quality and Patient Safety Subcommittee
Dates of Service: 2016–present

Organization: **Indiana University Health**
Committee Name/Role: Glen Lehman Medical Staffing and Credentialing Committee
Dates of Service: 2016–present

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: Adult GI and Liver Diseases CTSI Grant review committee- member
Dates of Service: Dec 2017

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: Gastroenterology Fellowship Application Review Committee
Dates of Service:  Fall 2017, Fall 2018

Organization: **Indiana University Health**
Committee Name/Role: IU Health Comp wRVU Review Committee
Dates of Service: 2018–present

Organization: **Indiana University School of Medicine**, Division of Gastroenterology and Hepatology
Committee Name/Role: EOMP (Enhance Our Mission): Committee member
Dates of Service:  September 2018-present

Organization: **Indiana University Heath**
Committee Name/Role: GI Clinical Effectiveness Council: Council member
Dates of Service:  April 2019-present

Organization: **Indiana University Heath/Digestive and Liver Disorders**
Committee Name/Role: Quality Incentive Committee, Chair.
Dates of Service:  June 2019-present

## PROFESSIONAL SERVICE

### Editorial Boards

Journal: **World Journal of Gastrointestinal Endoscopy**
Dates of Service:  2010- 2014

Journal: **World Journal of Gastrointestinal Pathophysiology**
Dates of Service:  2011- 2014

Journal: **Gastrointestinal Endoscopy Journal** (International Editorial Board Member)

Dates of Service: 2015– Aug 2018

Journal: **Saudi Journal of Gastroenterology**
Dates of Service: 2018– present

Journal: **Gastrointestinal Endoscopy Journal** (Editorial Board)
Dates of Service: Aug 2018–present

Journal: **Clinical Gastrointestinal and Hepatology** (Associate Editor)
Dates of Service: July 2022 (*future role*)

### Scientific Reviewer

- **Journal of Pancreas**: 2005-present
- **Journal of Clinical Ultrasound**: 2006- 2010
- **Disease of the Esophagus**: 2006- 2012
- **The Lancet Oncology**: 2006– 2012
- **Gastrointestinal Endoscopy**: 2007- present
- **Clinical Gastroenterology and Hepatology**: 2007– present
- **Gastroenterology:** 2010-present
- **Saudi Journal of Gastroenterology:** 2014-present
- **JAMA:** 2015- present


NATIONAL ORGAIZATIONS:

Organization: **Mayo Clinic Jacksonville**, FL
Committee Name/Role: Gastroenterology Clinical Practice Committee (appointed member)
Dates of Service:  2004-2007

Organization: **Mayo Clinic Jacksonville**, FL
Committee Name/Role: Education Committee (appointed member)
Dates of Service:  2004-2007

Organization: **Mayo Clinic Jacksonville**, FL
Committee Name/Role: Fellowship Internal Review Committee (appointed member)
Dates of Service:  2005-2007

Organization: **Mayo Clinic Jacksonville**, FL
Committee Name/Role: Gastroenterology Research Committee (appointed member)
Dates of Service:  2005-2007

Organization: **Mayo Clinic Jacksonville**, FL
Committee Name/Role:  Gastroenterology Education Committee
Dates of Service:  2006-2007

Organization:  **American Society of Gastrointestinal Endoscopy (ASGE)**
Committee Name/Role:  Research Committee-member
Dates of Service:  2008-2011

Organization: **Central Society for Clinical Research**
Committee Name/Role:  Research Committee (elected member)
Dates of Service: 2009- 2013

Organization:  **American Society of Gastrointestinal Endoscopy (ASGE)**
Committee Name/Role:  Training Committee- appointed member
Dates of Service:  2012- 2015

Organization: **American Society of Gastrointestinal Endoscopy, American College of Gastroenterology and American Gastroenterological Association**
Committee Name/Role:  Program Directors' Caucus Steering Committee- member
Dates of Service:  2013- 2016

Organization: **American College of Gastroenterology (ACG)**
Committee Name/Role: International Relations Committee-member
Dates of Service: 2014– present

Organization: **American Gastroenterology Association (AGA)**
Committee Name/Role: DDW Abstract Review Committee-member
Dates of Service: 2015- present

Organization:  **American Society of Gastrointestinal Endoscopy**
Committee Name/Role:  Beyond Our Walls Campaign General Phase Committee-member
Dates of Service:  March- June 2017

Organization: **American College of Gastroenterology (ACG)**
Committee Name/Role: Annual Program abstract selection committee-member
Dates of Service: 2017

Organization: **American College of Gastroenterology (ACG)**
Committee Name/Role: WCOG at ACG 2017 Abstract Review Committee-member
Dates of Service: 2017- present

Organization:  **American Society of Gastrointestinal Endoscopy**
Committee Name/Role:  Standards of Practice Committee-member
Dates of Service:  May 2018- present

Organization: **American College of Gastroenterology (ACG)**
Committee Name/Role: ACG Board of Governors
Dates of Service: 2019- present

Organization:  **American Society of Gastrointestinal Endoscopy**
Committee Name/Role:  Advanced Endoscopy Committee- appointed member
Dates of Service:  July 2021-current

INTERNATIONAL:

Organization: **Cleveland Clinic Abu Dhabi**
Committee Name/Role:  Endoscopy Committee, Chair
Dates of Service: 8/2014– 08/2016

Organization: **Cleveland Clinic Abu Dhabi**
Committee Name/Role:  Perioperative Services Committee, Member
Dates of Service: 08/2014– 08/2016

Organization: **Cleveland Clinic Abu Dhabi**
Committee Name/Role:  Moderate Sedation Committee, Member
Dates of Service: 08/2014– 08/2016

Organization: **Health Authority of Abu Dhabi**
Committee Name/Role: Colorectal cancer Screening Taskforce
Dates of Service: 08/2014-08/2016

Organization: **Emirates Gastroenterology and Hepatology Society (EGHS)**
Committee Name/Role: EGHS – WGO International Congress Abstract selection committee-member
Dates of Service: 01/2016-11/2016

Organization: **Emirates Gastroenterology and Hepatology Society (EGHS)**

20

Committee Name/Role: EGHS–WGO Gastro 2016 International Congress Scientific Program committee-member
Dates of Service: 01/2016- 11/2016

## PUBLICATIONS:

† **Indicates first author is a trainee and/or me being the senior and corresponding author on the paper**.
*In Rank

### Original, peer-reviewed publications:

1. Achkar JP, **Al-Haddad M**, Lashner B, Remzi FH, Brzezinski A, Shen B, Khandwala F, Fazio VI. Differentiating Risk Factors for Acute and Chronic Pouchitis. Clin Gastroenterol Hepatol. 2005 January;3(1):60-6.
2. **Al-Haddad M**, Wallace MB. Molecular Diagnostics of Non-Small Cell Lung Cancer Using Mediastinal Lymph Nodes Sampled by Endoscopic Ultrasound-Guided Needle Aspiration. Cytopathology. 2006 January; 17: 3-9.
3. **Al-Haddad M**, Wallace MB. Molecules and Markers for Endosonographers:  What Do We Need to Know and Measure? Endoscopy. 2006 June;38 Suppl 1:114-7.
4. **Al-Haddad M**, Wallace MB. EUS-FNA and Biomarkers for the Staging of Non-Small Cell Lung Cancer. Endoscopy. 2006 June; 38 Suppl 1:50-3.
5. **Al-Haddad M**, Bouras EP, Cangemi JR. Sigmoid Endometriosis Presenting with Colonic Obstruction after Seat Belt Trauma. Visible Human Journal of Endoscopy (VHJOE), 2006 September;5 (2):2-3.
6. **Al-Haddad M**, Ward EM, Scolapio JS, Ferguson DD, Raimondo M. Glucagon for the Relief of Esophageal Food Impaction: Does it Really Work? Dig Dis Sci. 2006 November; 51(11):1930-3.
7. **Al-Haddad M**, Ward EM, Bouras EP, Raimondo M. Hyperplastic Polyps of the Gastric Antrum in Patients with Gastrointestinal Blood Loss. Dig Dis Sci. 2007 January; 52(1):105-9.
8. **Al-Haddad M,** Raimondo M. Upper Gastrointestinal Bleed from Esophageal Diverticula in a Patient with Dermatomyositis: A Case Report and review of the Literature. Dig Dis Sci. 2007 January; 52(1):137-9.
9. **Al-Haddad M**, Raimondo M., Woodward TA, Krishna M, Pungpaong S, Noh K and Wallace MB. Safety and Efficacy of Cytology Brushings vs. Standard FNA in Evaluating Cystic lesions of the Pancreas: A Controlled Study. Gastrointest Endosc. 2007 May;65(6):894-8.
10. **Al-Haddad M**, Wallace MB, Raimondo M., Woodward TA. Antegrade and Retrograde Endoscopic Approach in the Establishment of a Neo-Esophagus: A Novel Technique. Gastrointest Endosc. 2007 February; 65(2):290-4.
11. **Al-Haddad M,** Ward EM, Bouras EP, Raimondo M. Vascular Ectasia of the Proximal Stomach. Dig Dis Sci. 2007 May; 52(5):1367-9.
12. **Al-Haddad M**, Martin JK, Nguyen J, Pungpapong S, Raimondo M, Woodward TA, Kim G, Noh KW, Wallace MB. Vascular Resection and Reconstruction for Pancreatic Malignancy: A Single Center Survival Study. J Gastrointest Surg. 2007 July 14.
13. Savides TJ, Donohue M, Hunt G, **Al-Haddad M**, Aslanian H, Ben-Menachem T, Chen VK, Walter Coyle, Deutsch J, Dewitt J, Dhawan M, Eckardt A, Eloubeidi M, Esker A, Gordon SR, Gress F, Ikenberry S, Joyce AM, Klapman J, Lo S, Maluf-Filho F, Nickl N, Singh V, Wills J, Behling C. EUS-guided FNA diagnostic yield of malignancy in solid pancreatic masses: a benchmark for quality performance measurement. Gastrointest Endosc. 2007 August;66(2):277-282.
14. Scolapio JS, Deluise W, **Al-Haddad M**, Bianchi L, Cesario K. Continued Medical Education Provided by Medical Journals: The "Red Journal's" Experience. Am J Gastroenterol. 2007 August;102(8):1590-3.
15. **Al-Haddad M**, Raimondo M. Management of Acute Pancreatitis in view of the Published Guidelines:  Are we Compliant enough? Dig Liver Dis. 2007 September. 39(9):847-8.
16. Wallace MB, Woodward TA, Raimondo M, **Al-Haddad M**, Odell JA. Transaortic fine-needle aspiration of centrally located lung cancer under endoscopic ultrasound guidance: the final frontier. Ann Thorac Surg. 2007 September;84(3):1019-21.
17. Pungpapong S, Noh KW, Woodward TA, Wallace MB, **Al-Haddad M**, Raimondo M. Endoscopic ultrasound and IL-8 in pancreatic juice to diagnose chronic pancreatitis. Pancreatology. 2007;7(5-6):491-6.
18. **Al-Haddad M**, Collie A. Craig AC, Odell J, Pajaro O, Wallace MB. The Use of Self-Expandable Plastic Stents for Non-Malignant Esophago-Pleural Fistulae. Dis Esophagus. 2007;20(6):538-41.
19. Bonatti H, Dougerty M, Martin K, Hinder RA, Nguyen JH, **Al-Haddad M**. Whipple procedure for chronic pancreatitis in a Jehovah's Witness. Am Surg. 2007 September;73(9):935-6.
20. **Al-Haddad M**, Wallace MB, Woodward TA, Gross SA, Hodgens CM, Toton RD and Raimondo M. Safety of Fine Needle Aspiration during Endoscopic Ultrasound: A Prospective Study.  Endoscopy, 2007 December; 40(3):204-8.

21

21. Gross SA, **Al-Haddad M**, Gill KR, Schore AN, Wallace MB. Endoscopic mucosal ablation for the treatment of gastric antral vascular ectasia with the HALO (90) system: a pilot study. Gastrointest Endosc. 2008 February;67(2):324-7.

22. Wallace MB, Pascual JM, Raimondo M, Woodward TA, McComb BL, Crook JE, Johnson MM, **Al-Haddad M**, Gross SA, Pungpapong S, Hardee JN, Odell JA. Minimally invasive endoscopic staging of suspected lung cancer. JAMA. 2008 February 6;299(5):540-6.

23. **Al-Haddad M**, Wallace MB. Diagnostic approach to patients with acute idiopathic and recurrent pancreatitis, what should be done? World J Gastroenterol. 2008 February 21;14(7):1007-10.

24. Kongkam P, **Al-Haddad M**, Attasaranya S, O'Neil J, Pais S, Sherman S, DeWitt J. EUS and clinical characteristics of cystic pancreatic neuroendocrine tumors. Endoscopy. 2008 July;40(7):602-5.

25. Bonatti H, Huguet K, McLaughlin S, Stockland A, Aranda-Michel J, Al Haddad M, Dougherty M, Fitzpatrick P, Kim G, Martin K, Hinder R, Nguyen JH. Whipple's procedure in a renal transplant recipient with polycystic liver disease. JOP. 2008 July 10;9(4):515-9.

26. Khashab M, **Al-Haddad M**, Fogel E. Applying for therapeutic endoscopy fellowship. Gastrointest Endosc. 2008 Aug;68(2):337-8.

27. Bacani CJ, Woodward TA, Raimondo M, **Al-Haddad M**, Noh KW, Pungpapong S, Wallace MB.The safety and efficacy in humans of endoscopic mucosal resection with hydroxypropyl methylcellulose as compared with normal saline. Surg Endosc. 2008 November; 22(11):2401-6.

28. DeWitt J, **Al-Haddad M**, Fogel E, Sherman S, LeBlanc JK, McHenry L, Schmidt CM. Endoscopic transduodenal drainage of an abscess arising after EUS-FNA of a duodenal GI stromal tumor. Gastrointest Endosc. 2009 July;70(1):185-8. Epub 2009 January 18.

29. Coe SG, Raimondo M, Woodward TA, Gross SA, Gill KR, Jamil LH, **Al-Haddad M**, Heckman MG, Crook JE, Diehl NN, Wallace MB. Quality in EUS: an assessment of baseline compliance and performance improvement by using the American Society for Gastrointestinal Endoscopy-American College of Gastroenterology quality indicators. Gastrointest Endosc. 2009 February;69(2):195-201.

30. Dewitt J, McGreevy K, Cummings O, Sherman S, Leblanc JK, McHenry L, **Al-Haddad M**, Chalasani N. Initial experience with EUS-guided Tru-cut biopsy of benign liver disease. Gastrointest Endosc. 2009 March;69(3):535-42.

31. **Al-Haddad M**, Khashab M, Zyromski N, Pungpapong S, Wallace MB, Scolapio J, Woodward T, Noh K, Raimondo M. Risk factors for hyperechogenic pancreas on endoscopic ultrasound: a case-control study. Pancreas. 2009 August;38(6):672-5.

32. Dewitt J, Gress FG, Levy MJ, Hernandez LV, Eloubeidi MA, Mishra G, Sherman S, **Al-Haddad M**, Leblanc JK. EUS-guided FNA aspiration of kidney masses: a multicenter U.S. experience. Gastrointest Endosc. 2009 September;70(3):573-8.

33. **Al-Haddad M**, Savabi MS, Sherman S, McHenry L, Leblanc J, Cramer H, Emerson R, O'Neil J, Khashab M, Dewitt J. Role of endoscopic ultrasound-guided fine-needle aspiration with flow cytometry to diagnose lymphoma: a single center experience. J Gastroenterol Hepatol. 2009 December;24(12):1826-33.

34. Dewitt J, Yu M, **Al-Haddad M**A, Sherman S, McHenry L, Leblanc JK. Survival in patients with pancreatic cancer after the diagnosis of malignant ascites or liver metastases by EUS-FNA. Gastrointest Endosc. 2010 Feb;71(2):260-5.

35. **Al-Haddad M**, Gill KR, Raimondo M, Woodward TA, Krishna M, Crook JE, Skarvinko LN, Jamil LH, Hasan M, Wallace MB. Safety and efficacy of cytology brushings versus standard fine-needle aspiration in evaluating cystic pancreatic lesions: a controlled study. Endoscopy. 2010 February;42(2):127-32.

36. †Khashab M, MokadeM, DeWitt J, Emerson R, Sherman S, LeBlanc J, McHenry L, Al-Rashdan A, **Al-Haddad M**. Endoscopic ultrasound-guided fine-needle aspiration with or without flow cytometry for the diagnosis of primary pancreatic lymphoma - a case series. Endoscopy. 2010 March 42(3):228-31.

37. Stevens T, Lopez R, Adler DG, **Al-Haddad M**A, Conway J, Dewitt JM, Forsmark CE, Kahaleh M, Lee LS, Levy MJ, Mishra G, Piraka CR, Papachristou GI, Shah RJ, Topazian MD, Vargo JJ, Vela SA. Multicenter comparison of the interobserver agreement of standard EUS scoring and Rosemont classification scoring for diagnosis of chronic pancreatitis. Gastrointest Endosc. 2010 March;71(3):519-526.

38. Ziegler M, **Al-Haddad M**, Schmidt CM. Prepancreatic Portal Vein in a Patient with Intestinal Nonrotation: Report of a Case. Gastrointest Surg. 2010 April;14(4):729-31

39. LeBlanc JK, Emerson RE, Dewitt J, Symms M, Cramer HM, McHenry L, Wade CL, Wang X, Musto P, Eichelberger L, **Al-Haddad M**, Johnson C, Sherman S. A prospective study comparing rapid assessment of smears and ThinPrep(R) for endoscopic ultrasound-guided fine-needle aspirates. Endoscopy. 2010 May;42(5):389-94

40. Barkay O, Sherman S, McHenry L, Yoo BM, Fogel EL, Watkins JL, Dewitt J, **Al-Haddad M**A, Lehman GA. Therapeutic EUS-assisted endoscopic retrograde pancreatography after failed pancreatic duct cannulation at ERCP. Gastrointest Endosc. 2010 June;71(7):1166-73.

41. Pais SA, **Al-Haddad M**, Mehdi M, Leblanc JK, Sherman S, McHenry L, Dewitt JM. EUS for pancreatic neuroendocrine tumors: a single-center, 11-year experience. Gastrointest Endosc. 2010 June;71(7):1185-93.

42. Gill KR, Ghabril MS, Jamil LH, **Al-Haddad M**, Gross SA, Achem SR, Woodward TA, Wallace MB, Raimondo M, Hemminger LL, Wolfsen HC. Variation in Barrett's esophageal wall thickness: is it associated with histology or segment length?.J Clin Gastroenterol. 2010 July;44(6):411-5.

43. Freeman LJ, Rahmani EY, **Al-Haddad M**, Sherman S, Chiorean MV, Selzer DJ, Snyder PW, Constable PD. Comparison of pain and postoperative stress in dogs undergoing natural orifice transluminal endoscopic surgery, laparoscopic, and open oophorectomy. Gastrointest Endosc. 2010 August;72(2):373-80.

44. Dewitt J, Sherman S, **Al-Haddad M**, McHenry L, Cote GA, Leblanc JK. EUS-guided FNA of local recurrence of pancreatic cancer after surgical resection. Gastrointest Endosc. 2010 November;72(5):1076-80

45. Friedlin J, Overhage M, **Al-Haddad M**, Waters JA, Aguilar-Saavedra JJ, Kesterson J, Schmidt M. Comparing methods for identifying pancreatic cancer patients using electronic data sources. AMIA Annu Symp Proc. 2010 November 13;2010:237-41.

46. †Al-Rashdan A, Leblanc J, Sherman S, McHenry L, Dewitt J, *Al-Haddad M. Role of Endoscopic Ultrasound for Evaluating Gastrointestinal Tract Disorders in Pediatrics: A Tertiary Care Center Experience. J Pediatr Gastroenterol Nutr. 2010 December;51(6):718-22.

47. **Al-Haddad M**A, Friedlin J, Kesterson J, Waters JA, Aguilar-Saavedra JR, Schmidt CM. Natural language processing for the development of a clinical registry: a validation study in intraductal papillary mucinous neoplasms. HPB (Oxford). 2010 December;12(10):688-95.

48. †Mohamadnejad M, Leblanc JK, Sherman S, **Al-Haddad M**, McHenry L, Cote GA, Dewitt JM. Bedside Endoscopic Ultrasound in Critically Ill patients. Diagn Ther Endosc. 2011;2011:529791.

49. Al-Rashdan A, Schmidt CM, **Al-Haddad M**, McHenry L, LeBlanc J, Sherman S, John Dewitt. Fluid analysis prior to surgical resection of suspected mucinous pancreatic cysts. A single centre experience. J Gastrointest Oncol 2011; 2: 208-214.

50. †El Hajj II, El Chafic AH, Cramer H, **Al-Haddad M**. Ampullary carcinoid tumors diagnosed by endoscopic ultrasound-guided fine needle aspiration in two patients with biliary and pancreatic duct obstruction. Endoscopy. 2011;43 Suppl 2 UCTN:E422-3.

51. †Mohamadnejad M, Dewitt JM, Sherman S, Leblanc JK, Pitt HA, House MG, Jones KJ, Fogel EL, McHenry L, Watkins JL, Cote GA, Lehman GA, *Al-Haddad MA. Role of EUS for preoperative evaluation of cholangiocarcinoma: a large single-center experience. Gastrointest Endosc. 2011 January;73(1):71-8.

52. Freeman L, Rahmani EY, Burgess RC, **Al-Haddad M**, Selzer DJ, Sherman S, Constable P. Evaluation of the learning curve for natural orifice transluminal endoscopic surgery: bilateral ovariectomy in dogs. Vet Surg. 2011 February;40(2):140-50.

53. Dewitt J, Emerson RE, Sherman S, **Al-Haddad M**, McHenry L, Cote GA, Leblanc JK. Endoscopic ultrasound-guided Trucut biopsy of gastrointestinal mesenchymal tumor. Surg Endosc. 2011 July;25(7):2192-202.

54. Beane JD, House MG, Coté GA, DeWitt JM, **Al-Haddad M**, LeBlanc JK, McHenry L, Sherman S, Schmidt CM, Zyromski NJ, Nakeeb A, Pitt HA, Lillemoe KD. Outcomes after preoperative endoscopic ultrasonography and biopsy in patients undergoing distal pancreatectomy. Surgery. 2011 October;150(4):844-53.

55. Miller JR, Meyer JE, Waters JA, **Al-Haddad M**, Dewitt J, Sherman S, Lillemoe KD, Schmidt CM. Outcome of the pancreatic remnant following segmental pancreatectomy for non-invasive intraductal papillary mucinous neoplasm. HPB (Oxford). 2011 November; 13(11):759-66.

56. Leblanc JK, **Al-Haddad M**, McHenry L, Sherman S, Juan M, McGreevy K, Johnson C, Howard TJ, Lillemoe KD, Dewitt J. A prospective, randomized study of EUS-guided celiac plexus neurolysis for pancreatic cancer: one injection or two? Gastrointest Endosc. 2011, December; 1300-7.

57. Alexander RE, Nakeeb A, Sandrasegaran K, Robertson MJ, An C, **Al-Haddad M**A, Chen JH. Primary pancreatic follicle center-derived lymphoma masquerading as carcinoma. Gastroenterol Hepatol (NY). 2011 December;7(12):834-8.

58. Al-Rashdan A, Schmidt CM, **Al-Haddad M**, McHenry L, Leblanc JK, Sherman S, Dewitt J. Fluid analysis prior to surgical resection of suspected mucinous pancreatic cysts. A single center experience. J Gastrointest Oncol. 2011 December;2(4):208-14.

59. Mohamadnejad M, **Al-Haddad M**A, Sherman S, McHenry L, Leblanc JK, Dewitt J. Utility of EUS-guided biopsy of extramural pelvic masses. Gastrointest Endosc. 2012 January;75(1):146-51.

60. Cauley CE, Waters JA, Dumas RP, Meyer JE, **Al-Haddad M**A, Dewitt JM, Lillemoe KD, Schmidt CM. Outcomes of Primary Surveillance for Intraductal Papillary Mucinous Neoplasm. J Gastrointest Surg. 2012 February;16(2):258-67.

61. Miravalle L, Lefferts JA, **Al-Haddad M**, Tsongalis GJ, Cheng L. KRAS testing in clinical laboratory: optimizing targeted therapy. Cancer Genomics Proteomics. 2012 September - October;9(5):337-41.

62. †El Hajj II, Luz L, Dimitrov R, **Al-Haddad M**. Pleural metastases from pancreatic cancer diagnosed by EUS-guided FNA. Gastrointest Endosc. 2012 September;76(3):703-5.

63. **Al-Haddad M**, McKenna D, Ko J, Sherman S, Selzer D, Mattar S, Imperiale, T, Rex1, Nakeeb, A, Jeong, S;. Johnson, C, Freeman, L. Deep Sedation in NOTES: A Comparative Study in Dogs. Surgical Endoscopy, 2012 November;26(11):3163-73.

64. Leblanc JK, Rawl S, Juan M, Johnson C, Kroenke K, McHenry L, Sherman S, McGreevy K, **Al-Haddad M**, Dewitt J. Endoscopic Ultrasound-Guided Celiac Plexus Neurolysis in Pancreatic Cancer: A Prospective Pilot Study of Safety Using 10 mL versus 20 mL Alcohol. Diagn Ther Endosc. 2013;2013:327036.

65. †Cho CM, **Al-Haddad M**, Leblanc JK, Sherman S, McHenry L, Dewitt J. Rescue Endoscopic Ultrasound (EUS)-Guided Trucut Biopsy Following Suboptimal EUS-Guided Fine Needle Aspiration for Mediastinal Lesions. Gut Liver. 2013 March;7(2):150-6.

66. El Hajj II, LeBlanc JK, Sherman S, **Al-Haddad M**A, Cote GA, McHenry L, DeWitt JM. Endoscopic ultrasound-guided biopsy of pancreatic metastases: a large single-center experience. Pancreas. 2013 Apr;42(3):524-30.

67. Wani S, Coté GA, Keswani R, Mullady D, Azar R, Murad F, Edmundowicz S, Komanduri S, McHenry L, **Al-Haddad M**A, Hall M, Hovis CE, Hollander TG. Early EUS Learning curves for EUS by using cumulative sum analysis: implications for American Society for Gastrointestinal Endoscopy recommendations for training. Gastrointest Endosc. 2013 April;77(4):558-65.

68. ***Al-Haddad M**, Cramer HM, Muram T, Wang X, Pitt HA. Perivascular epithelioid cell tumor: an unusual pancreatic mass diagnosed by EUS-FNA. Gastrointest Endosc. 2013 Jul;78(1):165; discussion 165-7.

69. †*El Chafic A, Dewitt J, LeBlanc J, El Hajj I, Cote G, House M, Sherman S, McHenry M, Pitt H, Johnson C, Mohamadnejad M, **Al-Haddad M**. Impact of preoperative endoscopic ultrasound-guided fine needle aspiration on postoperative recurrence and survival in cholangiocarcinoma patients. Endoscopy. 2013 November;45(11):883-9.

70. Mehrabi S, Schmidt CM, Waters JA, Beesley C, Krishnan A, Kesterson J, Dexter P, **Al-Haddad M**, Tierney WM, Palakal M. An efficient pancreatic cyst identification methodology using natural language processing. Stud Health Technol Inform. 2013;192:822-6.

71. *Sturm EC, Roch AM, Shaffer KM, Schmidt CM 2nd, Lee SJ, Zyromski NJ, Pitt HA, Dewitt JM, **Al-Haddad M**A, Waters JA, Schmidt CM. Obesity increases malignant risk in patients with branch-duct intraductal papillary mucinous neoplasm. Surgery. 2013 October;154(4):803-9.

72. ***Al-Haddad M**, Dewitt J, Sherman S, Schmidt CM, Leblanc JK, McHenry L, Coté G, El Chafic AH, Luz L, Stuart JS, Johnson CS, Klochan C, Imperiale TF. Performance characteristics of molecular (DNA) analysis for the diagnosis of mucinous pancreatic cysts. Gastrointest Endosc. 2014 Jan;79(1):79-87.

73. *†Abdeljawad K, Vemulapalli K, Schmidt CM, DeWitt J, Sherman S, Imperiale T, **Al-Haddad M**. Prevalence of Malignancy in Patients with Pure Main Duct Intraductal Papillary Mucinous Neoplasms. Gastrointest Endosc. 2014 Apr;79(4):623-9

74. * Barron MR, Roch AM, Waters JA, Parikh JA, Dewitt JM, **Al-Haddad M**A, Ceppa EP, House MG, Zyromski NJ, Nakeeb A, Pitt HA, Schmidt CM. Does preoperative cross-sectional imaging accurately predict main duct involvement in intraductal papillary mucinous neoplasm? J Gastrointest Surg. 2014 March;18(3):447-56.

75. * Leblanc JK, Chen JH, **Al-Haddad M**, Juan M, Okumu W, McHenry L, Cote G, Sherman S, Dewitt JM. Endoscopic ultrasound and histology in chronic pancreatitis: how are they associated? Pancreas. 2014 April;43(3):440-4.

76. * Adler D, Max Schmidt C, **Al-Haddad M**, Barthel JS, Ljung BM, Merchant NB, Romagnuolo J, Shaaban AM, Simeone D, Bishop Pitman M, Field A, Layfield LJ. Clinical evaluation, imaging studies, indications for cytologic study, and preprocedural requirements for duct brushing studies and pancreatic FNA: The papanicolaou society of cytopathology recommendations for pancreatic and biliary cytology. Cytojournal. 2014 Jun 2;11(Suppl 1):1.

77. * Dewitt JM, **Al-Haddad M**, Sherman S, Leblanc J, Schmidt CM, Sandrasegaran K, Finkelstein SD. Alterations in cyst fluid genetics following endoscopic ultrasound-guided pancreatic cyst ablation with ethanol and paclitaxel. Endoscopy. 2014 Jun;46(6):457-64.

78. * Luz LP, **Al-Haddad M**A, Sey MS, DeWitt JM. Applications of endoscopic ultrasound in pancreatic cancer. World J Gastroenterol. 2014 June 28;20(24):7808-7818.

79. * Roch AM, DeWitt JM, **Al-Haddad M**A, Schmidt CM 2nd, Ceppa EP, House MG, Zyromski NJ, Nakeeb A, Schmidt CM. Nonoperative Management of Main Pancreatic Duct-Involved Intraductal Papillary Mucinous NeoplasMight Be Indicated in Select Patients. J Am Coll Surg. 2014 July;219(1):122-9.

80. * LeBlanc JK, Chen JH, **Al-Haddad M**, Luz L, McHenry L, Sherman S, Juan M, Dewitt J. Can Endoscopic Ultrasound Predict Pancreatic Intraepithelial Neoplasia Lesions in Chronic Pancreatitis? A Retrospective Study of Pathologic Correlation. Pancreas. 2014 August;43(6):849-54.

81. * Martinez M, LeBlanc J, **Al-Haddad M**, Sherman S, DeWitt J. Role of endoscopic ultrasound fine-needle aspiration evaluating adrenal gland enlargement or mass. World J Nephrol. 2014 August 6;3(3):92-100.

82. Roch AM, Ceppa EP, DeWitt JM, **Al-Haddad M**A, House MG, Nakeeb A, Schmidt CM. International Consensus Guidelines parameters for the prediction of malignancy in intraductal papillary mucinous neoplasm are not properly weighted and are not cumulative. HPB (Oxford). 2014 October;16(10):929-35

83. Roch AM, Ceppa EP, **Al-Haddad M**A, DeWitt JM, House MG, Zyromski NJ, Nakeeb A, Schmidt CM. The natural history of main duct-involved, mixed-type intraductal papillary mucinous neoplasm: parameters predictive of progression. Ann Surg. 2014 October;260(4):680-90.

84. Roch AM, Parikh JA, **Al-Haddad M**A, DeWitt JM, Ceppa EP, House MG, Nakeeb A, Schmidt CM. Abnormal serum pancreatic enzymes, but not pancreatitis, are associated with an increased risk of malignancy in patients with intraductal papillary mucinous neoplasms. Surgery. 2014 October;156(4):923-30.

85. **Al-Haddad M**, Kowalski T, Siddiqui A, Mertz HR, Mallat D, Haddad N, Malhotra N, Sadowski B, Lybik MJ, Patel SN, Okoh E, Rosenkranz L, Karasik M, Golioto M, Linder J, Catalano MF. Integrated molecular pathology accurately determines the malignant potential of pancreatic cysts. Endoscopy. 2015 February;47(2):136-46.

86. Ridtitid W, Schmidt S, **Al-Haddad M**, LeBlanc J, et al. Performance characteristics of EUS for locoregional evaluation of ampullary lesions. Gastrointestinal Endoscopy. 2015 February;81(2):380-8.

87. Sey MS, Schmaltz L, **Al-Haddad M**A, DeWitt JM, Calley CS, Juan M, Lasisi F, Sherman S, McHenry L, Imperiale TF, LeBlanc JK. Effectiveness and safety of serial endoscopic ultrasound-guided celiac plexus block for chronic pancreatitis. Endosc Int Open. 2015 Feb;3(1):E56-9

88. †Ridtitid W, Halawi H, DeWitt JM, Sherman S, LeBlanc J, McHenry L, Coté GA, **Al-Haddad M**. Cystic pancreatic neuroendocrine tumors: outcomes of preoperative endosonography-guided fine needle aspiration and recurrence during long-term follow-up. Endoscopy. 2015 Jul;47(7):617-25. Epub 2015 March 12.

89. Luz LP, Cote GA, **Al-Haddad M**A, McHenry L, LeBlanc JK, Sherman S, Moreira DM, El Hajj II, McGreevy K, DeWitt. Utility of EUS following endoscopic polypectomy of high-risk rectosigmoid lesions. J.Endosc Ultrasound. 2015 April-Jun;4(2):137-44.

90. Diehl DL, Johal AS, Khara HS, Stavropoulos SN, **Al-Haddad M**, Ramesh J, Varadarajulu S, Aslanian H, Gordon SR, Shieh FK, Pineda-Bonilla JJ, Dunkelberger T, Gondim DD, Chen EZ. Endoscopic Ultrasound-Guided Liver Biopsy: a Multicenter Experience. Endosc Int Open. 2015 Jun;3(3):E210-5.

91. Nakanishi T, Mneimneh WS, Sey M, **Al-Haddad M**, DeWitt JM, Saxena R. One Hundred Thirteen Consecutive Transgastric Liver Biopsies for Hepatic Parenchymal Diseases: A Single-institution Study. Am J Surg Pathol. 2015 Jul;39(7):968-76.

92. DeWitt J, Cho CM, Lin J, **Al-Haddad M**, Canto MI, Salamone A, Hruban RH, Messallam AA, Khashab MA. Comparison of EUS-guided tissue acquisition using two different 19-gauge core biopsy needles: a multicenter, prospective, randomized, and blinded study. Endosc Int Open. 2015 Oct;3(5):E471-8.

93. Sey M, Teagarden S, Settles D, **Al-Haddad M**, LeBlanc JK, McGreevy K, Cote G, Sherman S, McHenry L, DeWitt J. Prospective cross sectional study of the prevalence of pancreatic cysts during routine outpatient endoscopic ultrasound. Pancreas. 2015 Oct;44(7):1130-3.

94. Sey M, **Al-Haddad M**, Imperiale T, McGreevy K, Lin J, DeWitt J. Endoscopic ultrasound guided liver biopsy for parenchymal disease: a comparison of diagnostic yield between two core biopsy needles. Gastrointestinal Endoscopy 2016 Feb;83(2):347-52

95. Mohamadnejad M, **Al-Haddad M**A, MoayyedKazemi A, Eloubeidi MA. Biliary Fascioliasis Diagnosed on EUS. Gastrointest Endosc. 2016 Mar;83(3):658-9.

96. Roch AM, Rosati CM, Cioffi JL, Ceppa EP, DeWitt JM, **Al-Haddad M**, House MG, Zyromski NJ, Nakeeb A, Schmidt CM. Intraductal papillary mucinous neoplasm of the pancreas, one manifestation of a more systemic disease? Am J Surg. 2016 Mar; 211(3):512-8.

97. Kadayifci A, **Al-Haddad M**, Atar M, Dewitt JM, Forcione DG, Sherman S, Casey BW, Fernandez-Del Castillo C, Schmidt CM, Pitman MB, Brugge WR. The value of KRAS mutation testing with CEA for the diagnosis of pancreatic mucinous cysts. Endosc Int Open. 2016 Apr;4(4):E391-6.

98. *†Dalal K, **Al-Haddad M**. EUS Characteristics of Pancreatic Lymphoepithelial Cysts: A Case Series from a Large Referral Center Endoscopic Ultrasound. J.Endosc Ultrasound, 2016 Jul-Aug;5(4):248-53.

99. *†Kowalski T, Siddiqui A, Loren D, Mertz HR, Mallat D, Haddad N, Malhotra N, Sadowski B, Lybik MJ, Patel SN, Okoh E, Rosenkranz L, Karasik M, Golioto M, Linder J, Catalano MF, **Al-Haddad M**A. Management of Patients with Pancreatic Cysts: Analysis of Possible False-Negative Cases of Malignancy. J Clin Gastroenterol. 2016 Sep;50(8):649-57

100. †*Ridtitid W, DeWitt JM, Sherman S, McHenry L, Schmidt CM, **Al-Haddad M**. Management of Branch-duct Intraductal Papillary Mucinous Neoplasms: A Large Single Center Study to Assess Predictors of Malignancy and Long Term Outcomes. Gastrointest Endosc. 2016 Sep;84(3):436-45.

101. *†Alkhatib AA, Mahayni AA, Chawki GR, Yoder L, Elkhatib FA, **Al-Haddad M**. Endosonographic examination of thyroid gland among patients with nonthyroid cancers. Endosc Ultrasound. 2016 Sep-Oct;5(5):328-334.

102. *†El Hajj II, Emerson RE, **Al-Haddad M**. When FNA fails. Cytology brushing of a pancreas cyst wall for the diagnosis of cystic neuroendocrine tumor: Dig Liver Dis. 2017 Nov;49(11):1281.

103. *†El Hajj II, Easler JJ, Sherman S, **Al-Haddad M**. Intramural duodenal hematoma post EUS-guided placement of fiducial radiopaque markers. Dig Liver Dis. 2017 Aug 24. pii: S1590-8658(17)31036-8.

104. *Al-Haddad M. Fine-needle biopsy sampling under EUS guidance: Is one needle tip really better than the other? Gastrointest Endosc. 2018 Apr;87(4):1163.

105. †*El Chafic A, El Hajj, DeWitt J, Schmidt CM, Siddiqui A, Sherman S, Al-Haddad M. Does Cyst Growth Predict Malignancy in Branch Duct Intraductal Papillary Mucinous Neoplasms? A Multicenter Study. Dig Liver Dis. 2018 Sep;50(9):961-968.

106. †*El Hajj II, DeWitt J, Sherman S, Imperiale TF, LeBlanc JK, McHenry L, Cote GA, Johnson CS, Al-Haddad M. Prospective evaluation of the performance and interobserver variation in endoscopic ultrasound staging of rectal cancer. Eur J Gastroenterol Hepatol. 2018 Sep;30(9):1013-1018.

107. * Chilukuri P, Gromski MA, Johnson CS, Ceppa DKP, Kesler KA, Birdas TJ, Rieger KM, Fatima H, Kessler WR, Rex DK, Al-Haddad M, DeWitt JM. Impact of the development of an endoscopic eradication program for Barrett's esophagus with high grade dysplasia or early adenocarcinoma on the frequency of surgery. Endosc Int Open. 2018 Sep;6(9):E1085-E1092.

108. *Simpson RE, Cockerill NJ, Yip-Schneider MT, Ceppa EP, House MG, Zyromski NJ, Nakeeb A, Al-Haddad MA, Schmidt CM. DNA profile components predict malignant outcomes in select cases of intraductal papillary mucinous neoplasm with negative cytology. Surgery. 2018 Oct;164(4):712-718.

109. *†Mohamadnejad M, Kheyri Z, Zamani F, Sotoudeh M, Al-Haddad M. Pancreatic hydatid cyst diagnosed on EUS-guided FNA. VideoGIE. 2018 Nov 30;4(8):379-380.

110. *†El Hajj II, Wu H, Reuss S, Randolph M, Harris A, Gromski MA, Al-Haddad M. Prospective Assessment of the Performance of a New Fine Needle Biopsy Device for EUS-Guided Sampling of Solid Lesions. Clin Endosc. 2018 Nov;51(6):576-583.

111. *Farrell J, Al-Haddad M, Jackson SA, Gonda T. The incremental value of DNA analysis in pancreatic cysts stratified by clinical risk factors. Gastrointest Endosc. 2019 Apr;89(4):832-841

112. *Bick BL, Al-Haddad M, Liangpunsakul S, Ghabril MS, DeWitt JM. EUS-guided fine needle injection is superior to direct endoscopic injection of 2-octyl cyanoacrylate for the treatment of gastric variceal bleeding. Surg Endosc. 2019 Jun;33(6):1837-1845.

113. †*Patel S, Jinjuvadia R, Devara A, Naylor PH, Anees M, Jinjuvadia K, Al-Haddad M. Performance Characteristics of Endoscopic Ultrasound with Fine Needle Aspiration Biopsy for Adrenal Lesions: A Meta-Analysis. Endoscopic Ultrasound, 2019 May-Jun;8(3):180-187.

114. *Simpson RE, Cockerill NJ, Yip-Schneider MT, Ceppa EP, House MG, Zyromski NJ, Nakeeb A, Al-Haddad M, Schmidt CM. Clinical criteria for integrated molecular pathology in intraductal papillary mucinous neoplasm: less is more. HPB (Oxford). 2019 May;21(5):574-581.

115. *Hajifathalian K [1], Ichkhanian Y·, Qais Dawod, Vosoughi K·, Diehl DL , Grimm IS, James TW, Templeton AW, Tokar JL, Samarasena JB, El Hage N, Chehade, Lee J, Chang K, Mizrahi M , Barawi M, Irani S, Friedland S, Korc P, Aadam AA, Al-Haddad MA, Kowalski TE, Novikov A, Smallfield G, Ginsberg GG, Oza VM, Panuu D, Fukami N, Heiko Pohl, lajin M, Kumta NA, Tang SJ, Naga YM, Amateau SK, Brewer Gutierrez OI, Kumbhari V, Srihari Mahadev, Saurabh Mukewar, Kartik Sampath, Khashab MA , Sharaiha RZ. Full-Thickness Resection Device (FTRD) For Treatment of Upper Gastrointestinal Tract Lesions: The First International Experience. Endosc Int Open. 2020 Oct;8(10):E1291-E1301

116. *Simpson RE, Ceppa EP, Wu HH, Akisik F, House MG, Zyromski NJ, Nakeeb A, Al-Haddad MA, DeWitt JM, Sherman S, Schmidt CM. The Dilemma of the Dilated Main Pancreatic Duct in the Distal Pancreatic Remnant after Proximal Pancreatectomy for IPMN. J Gastrointest Surg. 2019 Aug;23(8):1593-1603.

117. *Kandel P, Brand EC, Pelt J, Ball CT, Chen WC, Bouras EP, Gomez V, Raimondo M, Woodward TA, Al-Haddad M, Wallace MB: EMR SCAR Group. Endoscopic scar assessment after colorectal endoscopic mucosal resection scars: when is biopsy necessary (ESCAPE trial). Gut. 2019 Sep;68(9):1633-1641.

118. *Runge TM, Chiang AL, Kowalski T James JW, Al-Haddad, M, Khashab M. Living on the Edge – Success, Long-Term Complications, and Implications Following EUS-Directed Transgastric ERCP (EDGE): A Multicenter Study. Gastrointest Endosc. 2019, Volume 89, Issue 6

119. *†Patel H, Saxena R, Al-Haddad M. A Comparative Study of 22G vs. 19G Needles for EUS-Guided Biopsies for Parenchymal Liver Disease: Are Thinner Needles Better. Digestive Disease and Sciences, 2020.

120. * Ichkhanian Y, Vosoughi K, Diehl DL, Grimm IS, James TW, Templeton AW, Hajifathalian K, Tokar JL, Samarasena JB, Chehade NEH, Lee J, Chang K, Mizrahi M, Barawi M, Irani S, Friedland S, Korc P, Aadam AA, Al-Haddad MA, Kowalski TE, Novikov A, Smallfield G, Ginsberg GG, Oza VM, Panuu D, Fukami N, Pohl H, Lajin M, Kumta NA, Tang SJ, Naga YM, Amateau SK, Brewer GOI, Kumbhari V, Sharaiha R, Khashab MA.. A Large Multicenter Cohort on the Use of Full-Thickness Resection Device for Difficult Colonic Lesions, Surg Endosc. 2021 Mar;35(3):1296-1306.

121. *†Temnykh LM, Rahal MA, Ponugoti P, Al-Haddad M. An Exclusive Fine Needle Biopsy Approach to Sampling Solid Lesions under EUS Guidance: A Prospective Cohort Study. Gastroenterology Report (Oxford), 15 April 2020.

122. * Simpson RE, Flick KF, Gromski MA, Al-Haddad MA, Easler JJ, Sherman S, Fogel EL, Schmidt CM, DeWitt JM. Utility of DNA Profiling From Main Pancreatic Duct Fluid by Endoscopic Ultrasound and Endoscopic

26

Retrograde Cholangiopancreatography to Screen for Malignant Potential. Pancreas. 2020 May/Jun;49(5):714-722.

123. *Douglas K. Rex, Krishna C. Vemulapalli, Meghan J. Kane, Andrew W. Sullivan, Connor D. McWhinney, Rachel E. Lahr, Merritt M. Peterson, Lee McHenry Jr., Stuart Sherman, **Al-Haddad M**.; Most Patients are Willing to Undergo Elective Endoscopic Procedures During the Reopening Period of the COVID-19 Pandemic. In Press, Gastroenterology, May 2020.

124. *Douglas K Rex, Krishna Vemulapalli, Rachel Lahr, Lee McHenry, Stuart Sherman, **Al-Haddad.M**; Perceptions of endoscopy staff regarding risk of acquiring COVID-19 infection by returning to work to resume elective endoscopy. In Press, Gastroenterology, May 2020.

125. Runge T, Kowalski T, Baron T, Chiang A, James T, Schlachterman A, Loren D, Nieto J, and others, **Al-Haddad M.** Living on the EDGE - Success, Long-Term Complications and Implications Following EUS-Directed Transgastic ERCP; A Multicenter Study, In press, Endoscopy, 2020.

126. Simpson RE, Yip-Schneider M, Flick KF, Soufi M, Ceppa EP, **Al-Haddad MA**, Easler JJ, Sherman S, Dewitt JM, Schmidt CM. Secretin-induced Duodenal Aspirate of Pancreatic Juice (SIDA): Utility of Commercial Genetic Analysis. Anticancer Res. 2020 Aug;40(8):4215-4221

127. DeWitt JM, **Al-Haddad MA**, Easler JJ, Sherman S, Slaven J, Gardner TB. EUS pancreatic function testing and dynamic pancreatic duct evaluation for the diagnosis of exocrine pancreatic insufficiency and chronic pancreatitis. Gastrointest Endosc. 2020 Jun 17:S0016-5107(20)34454-0.

128. Siddiqui M, Al-Haddad et al. Endoscopic Ultrasound Guided Sampling of Solid Pancreatic Lesions: A Comparative Analysis of 25 vs. 22 Gauge Core Biopsy Needles. Anticancer Research. 2020 Oct;40(10):5845-5851

129. Purnak T, El Hajj II, Sherman S, Fogel EL, McHenry L, Lehman G, Gromski MA, **Al-Haddad M**, DeWitt J, Watkins JL, Easler JJ. Combined versus Separate Sessions of Endoscopic Ultrasound and Endoscopic Retrograde Cholangiopancreatography for the Diagnosis and Management of Pancreatic Ductal Adenocarcinoma with Biliary Obstruction. Dig Dis Sci. 2020 Aug 27.

130. Runge TM, Chang A, Kowalski TE, James TW, Baron T, Nieto J, Diehl DL, Krafft MR, Nasr JY, Kumar V, Khara HS, Irani S, Patel A, Law R, Loren DE, Schlachterman A, Hsueh W, Confer B, Stevens T, Chahal P, **Al-Haddad M**, Mir FF, Pleskow D, Huggett MT, Paranandi B, Trindade AJ, Brewer Gutierrez OI, Ichkhanian Y, Dbouk M, Kumbhari V, Khashab MA. EUS-Directed Transgastric ERCP (EDGE): A Retrospective, Multicenter Study. Endoscopy. 2021 Jun;53(6):611-618.

131. Jacobs CC, Perbtani Y, Yang D, **Al-Haddad MA**, Obaitan I, Othman M, Groth S, Sethi A, Agarunov E, Repici A, Maselli R, Galtieri A, Moremen J, Jenkins HN, Samarasena JB, Chang KJ, Draganov PV. Per-oral Endoscopic Myotomy (POEM) for Esophagogastric Junction Outflow Obstruction (EGJOO): A Multicenter Pilot Study. Clin Gastroenterol Hepatol. 2020 Aug 21:S1542-3565(20)31157-5.

132. *†Gregor L, Wo J, DeWitt J, Yim B, Siwiec R, Nowak T, Mendez M, Gupta A, Dickason D, Stainko S, **Al-Haddad M**. Gastric peroral endoscopic myotomy for the treatment of refractory gastroparesis: a prospective single-center experience with mid-term follow-up. Gastrointest Endosc. 2021 Jul;94(1):35-44.

133. **Al-Haddad M**, Wallace MB, Brugge W, Lakhtakia S, Li ZS, Sethi A, Pleskow D, Nguyen CC, Pannala R, DeWitt J, Raimondo M, Woodward TA, Ramchandani MJ, Jin Z, Xu C, Faigel DO.  Fine-needle aspiration of pancreatic cystic lesions: a randomized study with long-term follow-up comparing standard and flexible needles. Endoscopy. 2020 Nov 16. doi: 10.1055/a-1311-9927.

134. Fridell JA, Powelson JA, Lutz AJ, **Al-Haddad MA**. LAMS for Creation of an Anastomosis between the Native and Donor Duodenum to Bypass a Proximal Jejunal Obstruction in a Pancreas Transplant Recipient. Transplant Direct. 2021 Feb 4;7(3):e665.

135. **Al-Haddad M** et al. A core curriculum for basic EUS skills – an international consensus using the Delphi methodology. In Press, EUS journal.

136. Yip-Schneider MT, Wu H, Allison HR, Easler JJ, Sherman S, **Al-Haddad M**, Dewitt JM, Schmidt CM.. Biomarker Risk Score Algorithm Improves Preoperative Stratification of Patients with Pancreatic Cystic Lesions. J Am Coll Surg. 2021 Jun 14; S1072-7515(21)00419-1.

137. *†Obaitan, I, DeWitt J, **Al-Haddad M**. The Addition of Flexible Endoscopic Suturing To Stenting for the Management of Transmural Esophageal Wall Defects: A Single Tertiary Center Experience. Surgical Endoscopy, 2021 Jul 12.

138. Maatman TK, McGuire SP, Flick KF, Madison MK, **Al-Haddad MA**, Bick BL, Ceppa EP, DeWitt JM, Easler JJ, Fogel EL, Gromski MA, House MG, Lehman GA, Nakeeb A, Schmidt CM, Sherman S, Watkins JL, Zyromski NJ. Outcomes in Endoscopic and Operative Transgastric Pancreatic Debridement. Ann Surg. 2021 Jul 7.

139. Zhang LY, Kunda R, Aerts M, Messaoudi N, Pawa R, Pawa S, Robles-Medranda C, Oleas R, **Al-Haddad MA**, Obaitan I, Muniraj T, Fabbri C, Binda C, Anderloni A, Tarantino I, Bejjani M, Ghandour B, Singh V, Khashab MA. Endoscopy. 2021 Dec 14EUS-Guided Drainage of Pancreatic Fluid Collections ≥10mm Distant Using the Novel 15mm Length Lumen-Apposing Metal Stent. Online ahead of Print, Endoscopy 2021.

140. Kundumadam S, Al-Haddad M, De S, Gromski M. Ex-vivo simulator training in endoscopic sleeve gastroplasty: Differences between endoscopists novice and experienced in endoscopic suturing. In press, Surgical Endoscopy.

141. Demirel, Al-Haddad M et al. Hierarchical Task Analysis of Endoscopic Sleeve Gastroplasty. In press, Surgical Endoscopy

142.*Jacobs, C, **Al-Haddad M**, Obaitan I, Othman M, Repici A, Dragonov, P. Per-oral Endoscopic Myotomy (POEM) for Esophagogastric Junction Outflow Obstruction (EGJOO): A Multicenter Study. *In Press*, Clinical Gastroenterology and Hepatology, 2020 Aug 22:S1542-3565(20)31157-5.

143. *†Rahal M, John M. DeWitt, Simpson R, Schmidt CM, Sherman S, **Al-Haddad M,** 'Serial EUS-Guided FNA for the Surveillance of Pancreatic Cysts: A Study of Long Term Performance of Tumor Markers. In press, Digestive Diseases and Sciences, 2021.

144.Tirkes T, **Al-Haddad M**, et al. Lymphoepithelial Cyst of the Pancreas - CT and MRI. In Press, Japanese Journal of Radiology, 2021.

145. Abu Dayyeh, **Al-Haddad et al**. Combined Drainage and Protocolized Necrosectomy Through a Co-axial Lumen-Apposing Metal Stent for Pancreatic Walled-off Necrosis: A Prospective Multicenter Trial. In press, Annals of Surgery.

146. DeWitt JM, Siwiec RM, Perkins A, Baik D, Kessler WR, Nowak TV, Wo JM, James-Stevenson T, Mendez M, Dickson D, Stainko S, Akisik F, Lappas J, **Al-Haddad MA**. Evaluation of timed barium esophagram after per-oral endoscopic myotomy to predict clinical response. Endosc Int Open. 2021 Nov 12;9(11):E1692-E1701.

147. †Dushyant Singh Dahiya, Al-Haddad M et al. Celiac Disease: Hospitalization Trends and Clinical Outcomes in the United States from 2007 – 2017. In press, European Journal of Gastroenterology & Hepatology

148. †Mohamanejad, M, **Al-Haddad M** et al. Intrahepatic aneurysmal portosystemic venous shunt diagnosed on EUS

149.†Dahiya D, Kichloo A, El-Amir Z, Dahiya DS, **Al-Haddad M**, Singh J, Singh G, Corpuz C, Shaka H. Rate and Predictors of 30-Day Readmission for Clostridiodes difficile: A United States Analysis. Ann Med. 2022 Dec;54(1):150-158.

150. DeWitt J, Siwiec R, Kessler W, Wo J, Stainko S, Picklesimer Doyle M, Perkins A, Dickason D, **Al-Haddad M.** Comparison of Functional Lumen Imaging Probe and High-Resolution Manometry to Assess Response after Peroral Endoscopic Myotomy. Gastrointest Endosc. 2021 Dec 31:S0016-5107(21)01943-X.

151. The Conundrum of Obesity and Gastroparesis Hospitalizations: A Retrospective Comparative Analysis of Hospitalization Characteristics and Disparities Amongst Socioeconomic and Racial Backgrounds in the United States. IN Press.

152. 30-day readmissions of hypertriglyceridemia induced acute pancreatitis has been published in Gastroenterology Research.

153. Racial Disparities In Endoscopic Retrograde Cholangiopancreatography (ERCP) Utilization In The United States: Are We Getting Better? In press, Surgical endoscopy, 2022.

154. Differences in the performance of endoscopic sleeve gastroplasty between endoscopists novice and experienced in endoscopic suturing. Authors: Shanker Kundumadam; Adam Ryason; Tansel Halic; Ashley Gilmore; Mohammad Al-haddad; Daniel Baik; Aditya Gutta; Stuart Sherman; Suvranu De; Mark Andrew Gromski Corresponding author: Dr Mark Andrew Gromski

155. Dahiya D. **Al-Haddad M** et al. Increasing Thirty-Day Readmissions of Crohn's Disease and Ulcerative Colitis in the United States: A National Dilemma. In Press, *World Journal of Gastrointestinal Pathophysiology*

## **Invited Editorials:**

1. *Al-Haddad M, Dewitt J. EUS-guided sampling of suspected GI mesenchymal tumors: cells, cores, or a combination? Gastrointest Endosc. 2009 June;69(7):1224-7.

2. *Al-Haddad M. ERCP for Common Bile Duct Stone Extraction: Sphincterotomy, Balloon Dilation or Both? Saudi J Gastroenterol. 2015 Jul-Aug;21(4):181-2.

3. *Al-Haddad M. Repeated pancreatic cyst sampling for carcinoembryonic antigen analysis: Is it worth another poke? Gastrointest Endosc. 2016 Nov;84(5):785-787.

4. *†El Hajj I, Al-Haddad M. EUS-FNA giving way to fine-needle biopsy: Is it time to retire your old trusted needles? Gastrointest Endosc. 2018 Jun;87(6):1439-1442.

5. *†El Hajj I, Al-Haddad M. Impact of preoperative EUS-guided FNA for pancreatic cancer on overall and cancer free survival: Is the jury still out? Gastrointest Endosc. 2018 Dec;88(6):935-938.

6. *†El Hajj II, Al-Haddad M. Endoscopic Ultrasound-Guided Liver Biopsies: Is the Future Here Yet? Clin Endosc. 2019 Jul 23. Jul;52(4):297-298.

7. *†El Hajj I, Al-Haddad M. Challenges in Ercp Post-Billroth II Gastrectomy: Is It the Scope, Tools or Technique? Saudi J Gastroenterol. Dec 11, 2019.

8.  *†Obaitan, I, **Al-Haddad M**. How Can We Optimize Tools and Techniques for Endoscopic Ultrasound-guided Liver Biopsy? Clinical Gastroenterology and Hepatology, 2020. PMID: 31988044
9.  *Rex DK, Dewitt JM, **Al-Haddad MA**. Narrowing the Set of Target Lesions for Colorectal Endoscopic Submucosal Dissection.  Clin Gastroenterol Hepatol. 2020 Sep 19:S1542-3565(20)31292-1.
10. **Al-Haddad M**.  "EndoRotoring" the Pancreatic Necrosis: Is an old Trick the Answer for More Effective Endoscopic Debridement? Gastrointest Endosc 2022 Jan 15:S0016-5107(21)01837.


### Invited Review Articles (Peer Reviewed):

1.  **Al-Haddad M**, Eloubeidi MA. Diagnostic and therapeutic applications of endoscopic ultrasound-guided punctures. Dig Dis. 2008;26(4):390-7.
2.  Barkay O, Khashab M, **Al-Haddad M**, Fogel EL. Minimizing complications in pancreaticobiliary endoscopy. Curr Gastroenterol Rep. 2009 April;11(2):134-41.
3.  **Al-Haddad M**, Eloubeidi MA. Interventional EUS for the diagnosis and treatment of locally advanced pancreatic cancer. JOP. 2010 January 8;11(1):1-7.
4.  **Al-Haddad M**, El Hajj II, Eloubeidi MA. Endoscopic ultrasound for the evaluation of cystic lesions of the pancreas. JOP. 2010 July 5;11(4):299-309.
5.  †Cho C, Dewitt J, **Al-Haddad M**. Echoendoscopy: new therapeutic frontiers. Minerva Gastroenterol Dietol. 2011 June;57(2):139-58.
6.  **Al-Haddad M**, Schmidt M, Sandrasegaran K, Dewitt J. Diagnosis and Treatment of Cystic Pancreatic Tumors. Clin Gastroenterol Hepatol. 2011 August;9(8):635-48.
7.  †Khashab MA, Fockens P, **Al-Haddad M**A. Utility of EUS in patients with indeterminate biliary strictures and suspected extrahepatic cholangiocarcinoma (with videos). Gastrointest Endosc. 2012 November;76(5):1024-33.
8.  *†Karadsheh Z, **Al-Haddad M**.  Endoscopic Ultrasound Guided Fine Needle Tissue Acquisition: Where We Stand in 2013. World J Gastroenterol. 2014 Mar 7;20(9):2176-85
9.  *†Karadsheh Z, **Al-Haddad M**. Endoscopic ultrasound-guided fine-needle aspiration needles: which one and in what situation? Gastrointest Endosc Clin N Am. 2014 January; 24(1):57-69.
10. *†Luz LP, **Al-Haddad M**A, DeWitt JA.EUS-guided celiac plexus interventions in pancreatic cancer pain: An update and controversies for the endosonographer. Endosc Ultrasound. 2014 October 3(4):213-20.
11. *Al-Haddad M. Role of Emerging Molecular Markers in Pancreatic Cyst Fluid. J.Endosc Ultrasound. 2015 Oct-Dec 4(4):276-283.
12. *†Ridtitid W, **Al-Haddad M**. Endoscopic Ultrasound Imaging for Diagnosing and Treating Pancreatic Cysts. Gastrointest Endosc Clin N Am. 2017 Oct;27(4):615-642.
13. *† Kim M, Karadsheh Z, Levy A, **Al-Haddad MA**. Management of Incidental Pancreatic Cystic Lesions: Integrating Novel Diagnostic and Prognostic Factors With Current Clinical Guidelines. J Clin Gastroenterol. 2020 Jan 31; PMID: 32011401
14. Obaitan I, **Al-Haddad M**. EUS-Guided Liver Biopsies. In Press, Techniques and Innovations in Gastrointestinal Endoscopy, 2021.
15. **Al-Haddad M**. Tips and Tricks: EDGE. World Endoscopy Organization's newsletter.


### Published Practice Guidelines and National Curricula:

1.  *Rajan EA, Pais SA, Degregorio BT, Adler DG, **Al-Haddad M**, Bakis G, Coyle WJ, Davila RE, Dimaio CJ, Enestvedt BK, Jorgensen J, Lee LS, Mullady DK, Obstein KL, Sedlack RE, Tierney WM, Faulx AL. Small-bowel endoscopy core curriculum. Gastrointest Endosc. 2013 January; 77(1):1-6.
2.  *Sedlack RE, Coyle WJ, Obstein KL, **Al-Haddad M**, Bakis G, Christie JA, Davila RE, Degregorio B, Dimaio CJ, Enestvedt BK, Jorgensen J, Mullady DK, Rajan L. ASGE's assessment of competency in endoscopy evaluation tools for colonoscopy and EGD. Gastrointest Endosc. 2014 January;79(1):1-7.
3.  *Enestvedt BK, Jorgensen J, Sedlack RE, Coyle WJ, Obstein KL, **Al-Haddad M**A, Christie JA, Davila RE, Mullady DK, Kubiliun N, Kwon RS, Law R, Qureshi WA. Endoscopic approaches to enteral feeding and nutrition core curriculum. ASGE Training Committee 2013-2014. Gastrointest Endosc. 2014 Jul;80(1):34-41.
4.  *ASGE Training Committee, Jorgensen J, Kubiliun N, Law JK, **Al-Haddad M**A, Bingener-Casey J, Christie JA, Davila RE, Kwon RS, Obstein KL, Qureshi WA, Sedlack RE, Wagh MS, Zanchetti D, Coyle WJ, Cohen J. Endoscopic retrograde cholangiopancreatography (ERCP): core curriculum. Gastrointest Endosc. 2016 Feb;83(2):279-89.

5. *EGD core curriculum. ASGE Training Committee, Kwon RS, Davila RE, Mullady DK, **Al-Haddad MA**, Bang JY, Bingener-Casey J, Bosworth BP, Christie JA, Cote GA, Diamond S, Jorgensen J, Kowalski TE, Kubiliun N, Law JK, Obstein KL, Qureshi WA, Ramirez FC, Sedlack RE, Tsai F, Vignesh S, Wagh MS, Zanchetti D, Coyle WJ, Cohen J. VideoGIE. 2017 Jul 11;2(7):162-168.

6. *Kwon RS, Davila RE, Mullady DK, **Al-Haddad M**, Bang JY, Bingener-Casey J, Bosworth BP, Christie JA, Cote GA, Diamond S, Jorgensen J, Kowalski TE, Kubiliun N, Law JK, Obstein KL, Qureshi WA, Ramirez FC, Sedlack RE, Tsai F, Vignesh S, Wagh MS, Zanchetti D, Coyle WJ, Cohen J. EGD core curriculum. ASGE Training Committee. Gastrointest Endosc. 2017 Jul 11;2(7):162-168.

7. *Lee JK, Agrawal D, Thosani N, **Al-Haddad M**, Buxbaum JL, Calderwood AH, Fishman DS, Fujii-Lau LL, Jamil LH, Jue TL, Khashab MA, Law JK, Naveed M, Qumseya BJ, Sawhney MS, Storm AC, Yang J, Wani SB.ASGE guideline on the role of endoscopy for bleeding from chronic radiation proctopathy. Gastrointest Endosc. 2019 Aug;90(2):171-182.

8. *Naveed M, Jamil LH, Fujii-Lau LL, **Al-Haddad M**, Buxbaum JL, Fishman DS, Jue TL, Law JK, Lee JK, Qumseya BJ, Sawhney MS, Thosani N, Storm AC, Calderwood AH, Wani SB; ASGE Standards of Practice Committee. American Society for Gastrointestinal Endoscopy guideline on the role of endoscopy in the management of acute colonic pseudo-obstruction and colonic volvulus. Gastrointest Endosc. 2019 Nov 29.

9. *Jamil LH, Naveed M, Agrawal D, Fujii-Lau LL, **Al-Haddad M**, Buxbaum JL, Fishman DS, Jue TL, Law JK, Lee JK, Qumseya BJ, Sawhney MS, Thosani N, Storm AC, Calderwood AH, Gurudu SR, Khashab MA, Yang J, Wani SB. ASGE Guideline On Minimum Staffing Requirements For The Performance of GI Endoscopy. ASGE Standards of Practice Committee. Gastrointest Endosc. Feb 4, 2020; doi.org/10.1016/j.gie.2019.12.002

10. ASGE Standards of Practice Committee, Jue TL, Storm AC, Naveed M, Fishman DS, Qumseya BJ, McRee AJ, Truty MJ, Khashab MA, Agrawal D, **Al-Haddad** M, Amateau SK, Buxbaum JL, Calderwood AH, DeWitt J, DiMaio CJ, Fujii-Lau LL, Gurudu SR, Jamil LH, Kwon RS, Law JK, Lee JK, Pawa S, Sawhney MS, Thosani NC, Yang J, Wani SB; (ASGE Standards of Practice Committee Chair, 2017-2020). ASGE guideline on the role of endoscopy in the management of benign and malignant gastroduodenal obstruction. Gastrointest Endosc. 2021 Feb;93(2):309-322.e4.

11. Qumseya BJ, Jamil LH, Elmunzer BJ, Riaz A, Ceppa EP, Thosani NC, Buxbaum JL, Storm AC, Sawhney MS, Pawa S, Naveed M, Lee JK, Law JK, Kwon RS, Jue TL, Fujii-Lau LL, Fishman DS, Calderwood AH, Amateau SK, **Al-Haddad** M, Wani S. ASGE guideline on the role of endoscopy in the management of malignant hilar obstruction.  Gastrointest Endosc. 2021 May 19:S0016-5107(20)35114-2.

12. Buxbaum JL, Buitrago C, Lee A, Elmunzer BJ, Riaz A, Ceppa EP, **Al-Haddad M**, Amateau SK, Calderwood AH, Fishman DS, Fujii-Lau LL, Jamil LH, Jue TL, Kwon RS, Law JK, Lee JK, Naveed M, Pawa S, Sawhney MS, Schilperoort H, Storm AC, Thosani NC, Qumseya BJ, Wani S. ASGE guideline on the management of cholangitis. Gastrointest Endosc. 2021 May 19:S0016-5107(20)35111-7.

13. Forbes N, Coelho-Prabhu N, **Al-Haddad MA**, Kwon RS, Amateau SK, Buxbaum JL, Calderwood AH, Elhanafi SE, Fujii-Lau LL, Kohli DR, Pawa S, Storm AC, Thosani NC, Qumseya BJ.. Adverse events associated with EUS and EUS-guided procedures. Gastrointest Endosc. 2021 Oct 25:S0016-5107(21)01640-0.

14. ASGE Standards of Practice Committee, Storm AC, Fishman DS, Buxbaum JL, Coelho-Prabhu N, **Al-Haddad MA**, Amateau SK, Calderwood AH, DiMaio CJ, Elhanafi SE, Forbes N, Fujii-Lau LL, Jue TL, Kohli DR, Kwon RS, Law JK, Pawa S, Thosani NC, Wani S, Qumseya BJ.American Society for Gastrointestinal Endoscopy guideline on informed consent for GI endoscopic procedures. Gastrointest Endosc. 2022 Jan 5:S0016-5107(21)01759-4

15. *Al-Haddad M. ASGE guideline Adverse Events in endoscopic procedures*


**Invited, Non-Peer Reviewed Publications**

1. **Al-Haddad M.** EUS in the management of pancreatic cancer: An update from an Endosonographer's perspective. Total Radiology Magazine. Year: 2015 - Issue 1.
2. *Golioto MJ, **Al-Haddad M.** Pancreatic Cysts and Cancer Risk: Making a Definitive Diagnosis with Molecular Diagnostics, Oct 2016. CME eligible activity on www.mycme.com
3. *Al-Haddad M. FNA vs. FNB for EUS-Guided Tissue Acquisition. Gastroenterology and Hepatology news, Nov 2018.
4. *Al-Haddad M. An Ounce of Prevention: How to Reduce the Risk of Colon Cancer. In: Good Housekeeping and Woman's Health Magazine, March 2020.
5. *Al-Haddad M. Blog on Gastroparesis and G-POEM: https://endoscopedia.com/2021/07/14/gastric-peroral-endoscopic-myotomy-for-the-treatment-of-refractory-gastroparesis/ July 2021.

**Online Training Modules**
1. **\*Al-Haddad M**. EUS in Pancreatic Cyst: ASGE Online Training Module, June 2020.
2. **\*Al-Haddad M**. EUS in Pancreatic masses: ASGE Online Training Module, June 2020

**Book Chapters**

1. **Al-Haddad M,** Achkar JP. Postoperative Recurrence of Crohn's disease. In: Lichtenstein GR, ed. The Clinician's Guide to Inflammatory Bowel Disease. Thorofare, NJ: Slack Incorporated, 2002:59-75.
2. **Al-Haddad M,** Wallace MB. Radial EUS Normal Anatomy. In: Gress F, Savides T, editors. Endoscopic Ultrasonography, 2nd ed. Blackwell Publishing, 2009:35-41.
3. Eloubeidi, **Al-Haddad M.** Diagnostic and Therapeutic Applications of Endoscopic Ultrasound-Guided Punctures" In: Mönkemüller K, Wilcox CM, Muñoz-Navas M (eds): Front Gastrointest Res. Basel, Karger, 2010, vol 27, pp 606–617.
4. **Al-Haddad M,** DeWitt D. The Role of EUS in Cystic Lesions of the Pancreas. In: V.M. Shami and M. Kahaleh, Clinical Gastroenterology: Endoscopic Ultrasound. 1st ed. Springer Publishing:  2010: 299-328.
5. **Al-Haddad M,** DeWitt D. EUS for the staging of pancreatic cancer. In: R. Hawes and P. Fockens: Endosonography. 2nd ed. Saunders publishing: 2010: 148-165.
6. **Al-Haddad M.** Pancreatic Cystic Lesions: EUS findings and organograms. In: J. Ardengh and E. Artifon: Endoscopic Ultrasound in Gastroenterology Practice, 2nd ed. Publication date: October 2015.
7. †*Ridtitid W, **Al-Haddad M.** Cystic Lesions of the Pancreas. In: P. Dragonov and M. Wagh: Pancreatic Masses: Advances in Diagnosis and Therapy. 1st ed. Springer publishing. Publication date: September 2015.
8. †*Luz L. **Al-Haddad M,** DeWitt J. EUS for the Staging of Pancreatic Cancer. In: R. Hawes and P. Fockens: Endosonography. 3rd ed. Saunders publishing: 2015: pp 187-208.
9. **\*Al-Haddad M.** EUS in Bile Duct, Gallbladder and Ampullary Lesions. In: R. Hawes and P. Fockens: Endosonography. 3rd ed. Saunders publishing: 2015, pp 226-255.
10. †*Sey, M., DeWitt, J and **Al-Haddad M.** EUS in Pancreatic Tumors. In: Linda Lee: ERCP and EUS:  A Case-Based Approach. Springer publishing:2015: pp 569-577.
11. **\*Al-Haddad M** and Levy M**.** Evaluation and Staging of Pancreaticobiliary Malignancy**.** In: Chandrasekhara et al: Clinical GI Endoscopy, 3rd ed. Publication date: March 8, 2018. **ISBN:** 9780323547925.
12. **\*Al-Haddad M.** EUS in Bile Duct, Gallbladder and Ampullary Lesions. In: R. Hawes and P. Fockens: Endosonography. 5th ed. Saunders publishing: Publication date: 24th July 2018. **ISBN:** 9780323550949
13. †*Crews, N, Gromski M, **Al-Haddad M.** Endoscopic Management of Esophageal Disease. In Robert B Lim: Multidisciplinary Approach To Common Surgical Problems.  Springer Science. Publication date: July 2019. ISBN 978-3-030-12823-4. Pp 341-351.
14. †*Ridtitid W, **Al-Haddad M.** EUS of Pancreatic Cysts. In: Artifon EL, Giovannini M, Guillermo de La Mora Levy J. (eds). Atlas de Ultrassonografia Endoscópica Diagnóstica e Terapêutica. Santos 1a. edição, 2019. ISBN 978-85-352-8851-3.
15. *Gutta A, **Al-Haddad M.** EUS in Bile Duct, Gallbladder and Ampullary Lesions. In: R. Hawes and P. Fockens: Endosonography. 6th ed. Saunders publishing: Expected Publication date: Sep 2022.
16. *Obaitan I, **Al-Haddad M.  Autoimmune and Chronic pancreatitis. In:** *Pancreatic Endoscopic Ultrasound: The best technology available for the diagnosis of the worst cancer.* Expected Publication date: Sep 2023

**Letters and Commentaries**

1. **Al-Haddad M,** Wallace MB. Gastroenterology Training Examination provided by AGA. June 2006.

2. Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2006 July 101(7):1680.

3. Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2006 August; 101(8):1942.

4. Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2006 September; 101(9):2169.

5. Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2006 October; 101(10):2444.

6. Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2006 November; 101(11):2671.

7. Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2006 December; 101(12):2913.

8.  Scolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2007 January; 102(1):223.

9.  ScoScolapio JS, **Al-Haddad M.** Continuing medical education. Am J Gastroenterol. 2007 February; 102(2):468.

10. lapio JS, **Al-Haddad M,** Gill KR. Continuing medical education. Am J Gastroenterol. 2007 March; 102(3):694.

11. Scolapio JS, **Al-Haddad M,** Gill KR. Continuing medical education. Am J Gastroenterol. 2007 April; 102(4):914.

12. Scolapio JS, **Al-Haddad M,** Gill KR. Continuing medical education. Am J Gastroenterol. 2007 May; 102(5):1139.

13. Scolapio JS, **Al-Haddad M,** Gill KR. Continuing medical education. Am J Gastroenterol. 2007 June; 102(6):1336

14. **Al-Haddad M.** Reply to M. B. Mortensen. Endoscopy. 2008 July;40(7):619.

15. **Al-Haddad MA,** Kowalski T. Reply to Barresi et Al. Endoscopy. 2015 Jun;47(6):563.

16. **Al-Haddad MA,** Kowalski. Reply. Gastroenterology. 2015 Jul;149(1):251-2.

17. **Al-Haddad M,** Wallace MB. Reply to Krishna and Jain. Endoscopy. 2021 Sep;53(9):988.

**Published Abstracts:**

1.  **Al-Haddad M,** Achkar JP, Lashner B, Shen Bo. Lashner B, Shen B, Brzezinski, Fazio V. Evaluation of Predictors and Outcome of Chronic Pouchitis. Oral Presentation at Digestive Disease Week 2003. Gastroenterology, Volume 124, Issue 4, Supplement 1, April 2003, Page A37.
2.  **Al-Haddad M,** Achkar JP. Lashner B, Shen B, Brzezinski, Fazio V. Predictors of Acute and Chronic Pouchitis. Poster presentation (Abstract of Distinction) at Digestive Disease Week, New Orleans, Louisiana, 2004.
3.  Wallace MB, Pascual JM, Raimondo M, Woodward TA, Johnson MM, Savoy A, Noh K, Pungpapong S, **Al-Haddad M,** Hardee U, Odell J. Complete Medical "Mediastinoscopy" Under Conscious Sedation Using Combined EUS and Endobronchial Ultrasound. Oral presentation at Digestive Disease, Chicago, IL 2005. Gastrointestinal Endoscopy, Volume 61, Issue 5, April 2005, Page AB83.
4.  **Al-Haddad M,** Raimondo M, Woodward T, Savoy A, Noh K, Pungpapong S, and Wallace M. Open Access EUS: A Case-Controlled Study. Presented at Digestive Disease Week, Chicago, IL, May 2005. Gastrointestinal Endoscopy, Volume 61, Issue 5, April 2005, Page AB269.
5.  **Al-Haddad M,** Bouras EB, Cangemi, JR. Sigmoid Endometriosis Presenting with Colonic Obstruction after Seat Belt Trauma. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2005). Honolulu, HI. Am J Gastroenterol. 2006;100: S152.
6.  Savides T, **Al-Haddad M,** DeWitt J. EUS/FNA Diagnostic Yield of Malignancy in Solid Pancreatic Mass: A Benchmark for EUS/FNA Quality Performance Measurement. Presented at Digestive Disease Week, Los Angeles, CA, May 2006. Gastrointestinal Endoscopy, Volume 63, Issue 5, April 2006, Page AB258.
7.  **Al-Haddad M,** Achem SR. Vascular Ectasia of the Duodenum as an Additional Manifestation of Watermelon Stomach. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2005). Honolulu, HI, USA. Am J Gastroenterol. 2006;100: S186-S187.
8.  Pungpapong S, Noh KW, **Al-Haddad M,** Wallace MB, Woodward TA, Raimondo M. Combined Pancreatic Juice IL-8 Concentration and EUS Are Highly Predictive to Diagnose Chronic Pancreatitis (CP)". Oral presentation at Digestive Disease Week, Los Angeles, CA, May 2006. Gastroenterology, Volume 130, Issue 4, April 2006, Page A13.
9.  Noh KW, Pungpapong S, Wallace MB, Woodward TA, **Al-Haddad M,** Raimondo M. Is EUS with Doppler Comparable to Transabdominal Ultrasound as a Screening Test for Chronic Mesenteric Ischemia (CMI)? Presented at Digestive Disease Week, Los Angeles, CA, May 2006Gastrointestinal Endoscopy, Volume 63, Issue 5, April 2006, Page AB254.
10. **Al-Haddad M,** Pungpapong S, Scolapio JS, Noh KW, Wallace MB, Woodward TA, Pallotta N, Raimondo M. Risk Factors for Hyperechogenic Pancreas on Endoscopic Ultrasound (EUS). A Case Controlled Study. Presented at Digestive Disease Week, Los Angeles, CA, May 2006.Gastrointestinal Endoscopy, Volume 63, Issue 5, April 2006, Page AB254.
11. **Al-Haddad M,** Raimondo M, Woodward TA, Krishna M, Pungpapong S, Noh KW, Wallace MB. Cytology Brushings vs. Standard fine Needle Aspiration (FNA) in Evaluating Pancreatic Cystic Lesions (PCL): A Controlled Study. Pancreas. 33(4):442-443.

12. **Al-Haddad M**, Bonatti H, Pungpapong S, Noh KW, Gross SA, Raimondo M, Woodward TA, Wallace MB. "Intraductal Papillary Mucinous Neoplasm: Is it safe to watch and wait? Presented at Digestive Disease Week, Los Angeles, CA, May 2006. Gastrointestinal Endoscopy, Volume 63, Issue 5, April 2006, Page AB273.

13. Wallace M, Pascual M, Raimondo M, Woodward T, McComb B, Johnson M, **Al-Haddad M**, Noh K, Pungpapong S, Hardee J, Pajaro O, Odell J. Complete "medical mediastinoscopy" under conscious sedation: A prospective blinded comparison of endoscopic and endobronchial ultrasound to bronchoscopic fine needle aspiration for malignant mediastinal lymph nodes. Oral presentation at Digestive Disease Week, Los Angeles, CA, May 2006.Gastrointestinal Endoscopy, Volume 63, Issue 5, April 2006, Page AB96.

14. **Al-Haddad M**, Pungpapong S, Hodgens CM, Toton RD, Gross SA, Noh KW, Wallace MB, Woodward TA, Raimondo M. Safety of Fine Needle Aspiration (FNA) during Endoscopic Ultrasound (EUS): A Prospective Study. Presented at Digestive Disease Week, Los Angeles, CA, May 2006. Gastroenterology, Volume 130, Issue 4, Suppl 2, April 2006, Page A640.

15. Gross SA, **Al-Haddad M**, Noh KW, Pungpapong S, Woodward TA, Wallace MB, Raimondo M. Infectious Complications After EUS-Guided Fine Needle Aspiration (FNA) of Pancreatic Cystic Lesions (PCL). Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2006). Las Vegas, NV, USA. Am J Gastroenterol. 2006;101:S108.

16. Gross SA, **Al-Haddad M**, Noh KW, Pungpapong S, Woodward TA, Wallace MB, Raimondo M. Infectious Complications After EUS-Guided Fine Needle Aspiration (FNA) of Pancreatic Cystic Lesions (PCL). Pancreas. 33(4):465, November 2006.

17. Bacani CJ, Raimondo M, Woodward T, **Al-Haddad M**, Noh KW, MD, Pungpapong S, and Wallace MB. Efficacy and Safety of Endoscopic Mucosal Resection with Hydroxy-Propyl-Methyl-Cellulose Compared to Normal Saline. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2006). Las Vegas, NV, USA. Am J Gastroenterol. 2006;101:S495.

18. Simpson RE, Cockerill NJ, Yip-Schneider M, Ceppa EP, House MG, Zyromski NJ, Nakeeb A, **Al-Haddad M**, Schmidt CM Clinical Criteria for Integrated Molecular Pathology in IPMN: Less is More. Presented at the 2017

19. **Al-Haddad M**, Bishop M.D, Bridges, M.D., Martin J.K, Raimondo M. Spontaneous Internal Pancreatic Fistula Presenting with Persistent Pleural Effusion. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2006). Las Vegas, NV, USA. Am J Gastroenterol. 2006;101:S279.

20. **Al-Haddad M**, Wallace MB, Woodward TA and Raimondo M. The Utility of Endoscopic Ultrasound after Endoscopic Polypectomy of Malignant Rectal Polyps. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2006). Las Vegas, NV, USA. Am J Gastroenterol. 2006;101: S550-S551.

21. **Al-Haddad M**, Pungpapong S, Wallace M.B, Raimondo M ,Woodward T.A. Antegrade and Retrograde Endoscopic Approach in the Establishment of a Neo-Esophagus: A Novel Technique. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2006). Las Vegas, NV. Am J Gastroenterol. 2006;101:S276.

22. **Al-Haddad M**, Raimondo M, Wallace M.B, Woodward T.A, Pungpapong S, DeVault K.R, Ward E. M and Achem S.R. Increased Esophageal Wall Thickness in Patients with Non-cardiac Chest Pain. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2006). Las Vegas, NV. Am J Gastroenterol. 2006;101:S70.

23. Noh KW, Pungpapong S, Wallace MB, Woodward TA, **Al-Haddad M**, Gross SA, Federici T, Raimondo M. "Can EUS with Doppler Be Used to Screen for Chronic Mesenteric Ischemia (CMI)? Presented at Digestive Disease Week, Washington DC, May 2007. Gastroenterology, Volume 132, Issue 4, Suppl 1, April 2007, Page A368.

24. Coe S, Raimondo M, Woodward TA, Heckman M, **Al-Haddad M**, Gross SA, Crook J, Wallace MB. Assessment of quality for Endoscopic Ultrasonography: A review of 5453 cases using the ASGE-ACG Quality Indicators. Oral presentation at Digestive Disease Week, Washington DC, May 2007. Gastrointestinal Endoscopy, Volume 65, Issue 5, April 2007, Page AB120.

25. Gross SA, Gill KR, **Al-Haddad M**, Woodward TA, Pungpapong S, Noh KW, Wallace MB, Raimondo M. EUS Criteria to Diagnose Chronic Pancreatitis (CP): Should all Criteria Be Counted Equally? Presented at Digestive Disease Week, Washington DC, May 2007. Gastroenterology, Volume 132, Issue 4, Suppl 1, April 2007, Page A466.

26. Bacani CJ, Woodward TA, Raimondo M, **Al-Haddad M**, Noh KW, Pungpapong S, Wallace MB. Efficacy and safety of endoscopic mucosal resection with Hydroxy-propyl-methyl-cellulose compared to normal saline. Presented at Digestive Disease Week, Washington DC, May 2007. Gastrointestinal Endoscopy, Volume 65, Issue 5, April 2007, Page AB284.

27. Wallace MB, Pascual G, Raimondo M, Woodward TA, McComb B, Johnson MM, **Al-Haddad M**, Gross SA, Hardee J,  Odell J. "A prospective double blind comparison of endoscopic ultrasound, endobronchial ultrasound, and bronchoscopic fine needle aspiration for malignant mediastinal lymph nodes. Oral

presentation at Digestive Disease Week, Washington DC, May 2007. Gastrointestinal Endoscopy, Volume 65, Issue 5, April 2007, Page AB101.

28. **Al-Haddad M**, Gress FG, Pavey DA, Pungpapong S, Li F, Wells CD, Nguyen CC, Das A, Draganov P, Collins D, Gross SA, Raimondo M, Woodward TA, Wallace MB. Surgical vs. Conservative Approach to Intraductal Papillary Mucinous Neoplasm: When to Intervene? Oral presentation at Digestive Disease Week, Washington DC, May, 2007. Gastroenterology, Volume 132, Issue 4, Suppl 1, April 2007, Page A84.

29. **Al-Haddad M**, Raimondo M, Woodward TA, Krishna M, Gill KR, Gross SA, Pungpapong S, Noh KW, Wallace MB. Cytology Brushings vs. Standard fine Needle Aspiration (FNA) in Evaluating Pancreatic Cystic Lesions (PCL): A Controlled Study. Presented at Digestive Disease Week, Washington DC, May 2007. Gastrointestinal Endoscopy, Volume 65, Issue 5, April 2007, Page AB193

30. Gross S, **Al-Haddad M**. Mucosal Ablation with the Halo 90 system. Presented at the Annual Scientific Meeting of the American College of Gastroenterology, Philadelphia, PA. Am J Gastroenterol. 2007;102:S527

31. Gill KR, Gross S, **Al-Haddad M**, Patel T, Scolapio J. Cisplatin Induced Ischemic Colitis: A Case Report. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2007). Philadelphia, PA, USA. Am J Gastroenterol. 2007;102:S347.

32. DeWitt J, **Al-Haddad M**, et al. Endoscopic Ultrasound-Guided Fine Needle Aspiration of Kidney Masses: Results of a Multicenter United States Experience. Presented at the 16th International Symposium on Endoscopic Ultrasound, San Francisco, CA, 2008. Gastrointestinal Endoscopy 2009:69(2): S230.

33. DeWitt J, **Al-Haddad M**, et al. Endoscopic Ultrasound Guided Tru-Cut Biopsy (EUS-TCB) of Benign Liver Disease: Initial Prospective Experience in 21 Consecutive Patients. Presented at the 16th International Symposium on Endoscopic Ultrasound, San Francisco, CA, 2008. Gastrointestinal Endoscopy 2009:69(2):S239.

34. Gill KR, Gross S, **Al-Haddad M**, Harnois D, Keaveny A, Woodward T, Wallace MB, Raimondo M. Does Immunosupression change the natural history of IPMN? Presented at 38th Annual Meeting of the American Pancreatic Association, Chicago, IL. November 2007. Pancreas 2008: Volume 35 - Issue 4 - p 403.

35. Gill KR, **Al-Haddad M**, Krishna M, Seth a. Gross, Jamil L, Woodward TA, Raimondo M, Wallace MB. Cytologic Evaluation of Cystic Pancreatic Lesions (CPL): Comparison of EchoBrush vs. Standard EUS-FNA Techniques in a Blinded Prospective Study. Presented at Digestive Disease Week, San Diego, CA 2008. Gastrointestinal Endoscopy 2008: 67 (5):AB97.

36. LeBlanc J, DeWitt J, Calley C, Symms M, McGreevy K, McHenry L, **Al-Haddad M**, Sherman S, Pradermchai K, Imperiale T. A Prospective Randomized Trial of 1 Versus 2 Injections During a Single EUS-Guided Celiac Plexus Block (CPB) Procedure for Chronic Pancreatitis Pain: Final Results. Presented at Digestive Disease Week, San Diego, CA 2008.  Gastrointestinal Endoscopy 2008:67(5):AB224.

37. **Al-Haddad M**, DeWitt J, LeBlanc J, McHenry L, Khashab M, O'Neil J, Savabi M, Sherman. EUS-FNA with or without flowcytometry for the diagnosis of primary pancreatic lymphoma: A single center experience. Presented at Digestive Disease Week, San Diego, CA 2008. Gastrointestinal Endoscopy 2008:67(5):AB210.

38. DeWitt J, McGreevy K, Cummins O, Sherman S, LeBlanc J, McHenry L, **Al-Haddad M**, Chalasani N. Initial experience with endoscopic ultrasound guided tru-cut biopsy for known or suspected benign liver disease. Presented at Digestive Disease Week, San Diego, CA 2008. Gastrointestinal Endoscopy 2008:67(5):AB224.

39. DeWitt J, **Al-Haddad M**, McHenry L, LeBlanc L, McGreevy KA, Sherman S. Indications, diagnostic yield and complications of endoscopic ultrasound guided trucut biopsy (EUS-TCB): prospective study in 77 consecutive patients at a tertiary hospital with on-site cytology support. Presented at Digestive Disease Week, San Diego, CA 2008. Gastrointestinal Endoscopy 2008:67(5):AB223.

40. †O'Neil J, **Al-Haddad M**, LeBlanc J, McHenry L, Sherman S, DeWitt J.  Endoscopic ultrasound morphology features and initial detection of metastatic liver lesions from primary pancreatic adenocarcinoma and pancreatic neuroendocrine carcinoma. Presented at Digestive Disease Week, San Diego, CA 2008.  Gastrointestinal Endoscopy 2008:67(5):AB217.

41. †O'Neil J,  **Al-Haddad M**, LeBlanc J, McHenry L Sherman S, DeWitt J.  Endoscopic ultrasound-guided fine-needle aspiration of suspected mesenchymal tumors of the gastrointestinal tract:  Correlation with surgical pathology. Gastrointestinal Endoscopy 2008;67(5):AB207.

42. Moore, S, O Cummings, Sandresegaran K, Lall C, Fogel E, Watkins J, **Al-Haddad M**, DeWitt J, LeBlanc J, Sherman S, Lehman, Zyromski N, Nakeeb A, Pitt H, Howard T, McHenry L. Autoimmune Pancreatitis in the Midwest U.S. population:  Do not rely on an elevated serum IgG4. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2008). Orlando, FL, USA. Am J Gastroenterol. 2008;103:S83.

43. †Rashdan A, **Al-Haddad M**, Sherman S, LeBlanc J, McHenry L, DeWitt J.  . Do Cyst Fluid CEA and Amylase Levels Help Differentiate Between Mucinous Pancreatic Cysts? Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB253.

44. Freeman L, **Al-Haddad M**, McKenna D. Comparison of Pain and Postoperative Stress in Dogs Undergoing Natural Orifice Translumenal Endoscopic Surgery (NOTES®), Laparoscopic, or Open Bilateral Oophorectomy.

Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009. Vol. 69, Issue 5, AB161–AB162.

45. Stevens T, **Al-Haddad M**, Adler D, Conway J, Dewitt JM, Forsmark CE, Kahaleh M, Lee LS, Levy MJ, Mishra G, Piraka CR, Papachristou GI, Shah RJ, Topazian MD, Vargo JJ, Vela SA. Comparison of the Accuracy of Standard and Rosemont Endoscopic Ultrasound (EUS) Scoring for the Diagnosis of Chronic Pancreatitis (CP). Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB243.

46. LeBlanc J, **Al-Haddad M**, Sherman S, McHenry L, DeWitt J. Endoscopic ultrasound-guided celiac plexus neurolysis (EUS-CPN) in patients with locally advanced and unresectable pancreatic adenocarcinoma: A randomized prospective study of 10ml versus 20ml of alcohol. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB331.

47. Gill K, Raimondo M, Woodward T, Wallace MB, **Al-Haddad M**. EchoBrush vs. Standard Endoscopic Ultrasound-Fine Needle Aspiration (EUS-FNA) Techniques for Cytologic Evaluation of Cystic Pancreatic Lesions (CPLs): Final Results of Blinded Prospective Comparison Study. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy, Vol. 69, Issue 5, AB234–AB235.

48. DeWitt J, McGreevy K, Cummins O, Sherman S, LeBlanc J, McHenry L, **Al-Haddad M**, Chalasani N. Endoscopic ultrasound guided Tru-Cut Biopsy (EUS-TCB) of benign liver disease: initial prospective experience in 21 consecutive patients. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 2, Supplement, Page S239.

49. Dewitt J, **Al-Haddad M**A, Sherman S, McHenry L, Leblanc JK. Survival in patients with pancreatic cancer after the diagnosis of malignant ascites or liver metastases by EUS-FNA. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB253.

50. **Al-Haddad M**, DeWitt J, Sherman S, Schmidt CM, LeBlanc J, McHenry L, Rashdan A, Stuart J. The Role of Pancreatic Cyst Fluid DNA Analysis in Patients' Management: Are we there yet? Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy April 2009 Vol. 69, Issue 5, Pages AB334-AB335.

51. Pais S, **Al-Haddad M**, LeBlanc J, Sherman S, McHenry L. Comparison of EUS morphology and performance of EUS-FNA for benign and malignant pancreatic neuroendocrine tumors. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB243.

52. Stevens T, **Al-Haddad M**, Adler D, Conway J, Dewitt JM, Forsmark CE, Kahaleh M, Lee LS, Levy MJ, Mishra G, Piraka CR, Papachristou GI, Shah RJ, Topazian MD, Vargo JJ, Vela SA. Multicenter Study of Interobserver Agreement of Standard Endoscopic Ultrasound (EUS) Scoring and Rosemont Classification for Diagnosis of Chronic Pancreatitis. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Pages AB236-AB237.

53. †Rashdan A, DeWitt J, Sherman S, LeBlanc J, McHenry L, **Al-Haddad M**. The Utility of Endoscopic Ultrasound for Evaluating Gastrointestinal Disorders in Pediatric Patients. Oral presentation at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB101.

54. Dewitt J, Gress FG, Levy MJ, Hernandez LV, Eloubeidi MA, Mishra G, Sherman S, **Al-Haddad M**, Leblanc JK. Endoscopic Ultrasound-Guided Fine Needle Aspiration of Kidney Masses: Results of a Multicenter United States Experience. Presented at Digestive Disease Week, Chicago, IL, May 2009. Gastrointestinal Endoscopy 2009 Vol. 69, Issue 5, Page AB328

55. LeBlanc J, DeWitt J, **Al-Haddad M**, McHenry L, Sherman S, Cote G, Mohamadnejad M, Kesler K, Imperiale T. The Role of EUS in Staging Non-Small Cell Lung Cancer (NSCLC): Does EUS Improve Conventional Staging in All NSCLC Patients? Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy 2010 Vol. 71, Issue 5, Pages AB294-AB295

56. Cote GA, LeBlanc J, **Al-Haddad M**, McHenry S, Sherman S, DeWitt J. Incremental Yield of Lower Endoscopic Ultrasound Following Endoscopic Polypectomy of High Risk Rectal Lesions. Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy 2010 Vol. 71, Issue 5, Page AB295

57. †Mohamadnejad M, Leblanc JK, Sherman S, **Al-Haddad M**, McHenry L, Cote GA, Dewitt JM. Bedside Endoscopic Ultrasound in Critically Ill Patients. Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy 2010 Vol. 71, Issue 5, Page AB286.

58. †Mohamadnejad M, DeWitt J, Sherman S, **Al-Haddad M**. The Role of EUS in the evaluation and Management of Cholangiocarcinoma: A Single Center Study. Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy 2010.  Vol. 71, Issue 5, Page AB225.

59. **Al-Haddad M**, Gill K, Dewitt J, et al. Cytology Brushings vs. Standard FNA in Evaluating Mucinous Cysts of the Pancreas: A Surgical Pathology Correlation Study. Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointest Endosc. April 2010. Vol. 71, Issue 5, Page AB223.

60. DeWitt J, Sherman S, **Al-Haddad M**, LeBlanc J, McHenry L. Endoscopic Ultrasound-Guided Fine Needle Aspiration of Retroperitoneal Recurrence of Pancreatic Cancer Following Surgical Resection. Presented at

Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy 2010, Vol. 71, Issue 5, Page AB291.

61. DeWitt J, Sherman S, **Al-Haddad M**, LeBlanc J, McHenry L. Endoscopic Ultrasound-Guided Trucut Biopsy for the Diagnosis of Suspected Gastrointestinal Mesenchymal Tumors. Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy 2010, Vol. 71, Issue 5, Pages AB223-AB224.

62. **Al-Haddad M**, Dewitt J, Sherman S et al. Diagnostic Accuracy of Pancreatic Cyst Fluid Tumor Markers Obtained by EUS-Guided Sampling. Presented at Digestive Disease Week, New Orleans, LA, May 2010. Gastrointestinal Endoscopy, April 2010; Vol. 71, Issue 5, Page AB283.

63. †El Chafic, El Hajj I, DeWitt J, Sherman S, Imperiale T, LeBlanc J, McHenry L, Schmidt CM, *****Al-Haddad M**. Comparison of Preoperative Cytopathology, Tumor Markers and Molecular Analysis for the Diagnosis of Mucinous Pancreatic Cysts in Patients Undergoing Surgical Resection. Presented at the Annual Scientific Meeting of the American College of Gastroenterology, San Antonio, TX. October 2010. Am J Gastroenterol. 2010;105:S63.

64. †El Hajj I, El Chafic A, House M, **Al-Haddad M**. Ampullary Carcinoid Tumors: Unsuspected Diagnosis in 2 Patients with Biliary and Pancreatic Ductal Obstruction Diagnosed by EUS-FNA. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2010). San Antonio, TX. Am J Gastroenterol. 2010;105:S367.

65. †Cho C; DeWitt J; LeBlanc J; Cote G; McHenry L; Sherman S; **Al-Haddad M**. Prospective Evaluation of the Performance and Interobserver Variation (IOV) in Endoscopic Ultrasound (EUS) Staging of Rectal Cancer. Oral Presentation, Digestive Disease Week, Chicago, IL May 2011.Gastrointestinal Endoscopy Vol. 73, Issue 4, Supplement, Page AB129.

66. **Al-Haddad M**; Waters J; DeWitt J; Sherman S; El Chafic A; Stuart J; Abd el-jawad K; Schmidt CM. Prevalence of Malignancy in Symptomatic and Asymptomatic Patients with Pure Main Duct Intraductal Papillary Mucinous Neoplasms (MD-IPMNs). Poster of Distinction. Presented at Digestive Disease Week, Chicago, IL May 2011.Gastroenterology 2011; 140(5):S710.

67. **Al-Haddad M**; Beddawi Y; DeWitt J; Sherman S; Waters J; LeBlanc J; Cote G; McHenry L; Lehman G; Watkins J; Fogel E; Stuart J; Schmidt M. Preoperative Endoscopic Tissue Sampling of Intraductal Papillary Mucinous Neoplasms (IPMNs) with Mural Nodules (MNs). Presented at Digestive Disease Week, Chicago, IL May 2011. Gastrointestinal Endoscopy. 2011 Vol. 73, Issue 4, Supplement, Page AB333.

68. †El Chafic A; DeWitt, J; Sherman, S; LeBlanc, J; Cote, G; McHenry, L; Pitt, H; House, M; Johnson, C; El Hajj, I; Mohamadnejad, M; *Al-Haddad, M. Preoperative Endoscopic Ultrasound-Fine Needle Aspiration (EUS-FNA): Impact on Long-term Outcomes for Cholangiocarcinoma (CCA). Presented at Digestive Disease Week, Chicago, IL May 2011. Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Supplement, Pages AB323-AB324.

69. **Al-Haddad M**; McKenna, D; Selzer, D.; Sherman, S; Mattar, S; Rex, D; Imperiale, T; Nakeeb, A; Johnson, C; Freeman, L. Propofol Sedation vs. Inhalant Anesthesia in NOTES: A Comparative Study in Dogs. Presented at Digestive Disease Week, Chicago, IL, May 2011.Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Supplement, Page AB315.

70. †El Hajj I, LeBlanc J, Sherman S, McHenry L, **Al-Haddad M**, DeWitt J. EUS-FNA and TCB of Pancreatic Metastases: A Large Single Center Experience. Presented at Digestive Disease Week. Chicago, IL, May, 2011. Gastroenterology: Vol 140, issue 5: S764.

71. LeBlanc J, Chen J, DeWitt J, **Al-Haddad M**, McHenry L, Symms M, Cote G, Sherman S. EUS and Histopathology Features in Chronic Pancreatitis. Presented at Digestive Disease Week, Chicago, IL, May 2011. Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Pages AB329-AB330.

72. †El Chafic A, DeWitt J, Sherman S, LeBlanc J, Cote GA, McHenry L, Pitt H, House MG, Johnson CS, El Hajj I, Mohamadnejad M, *****Al-Haddad M**. Preoperative Endoscopic Ultrasound-Fine Needle Aspiration (EUS-FNA): Impact on Long-Term Outcomes for Cholangiocarcinoma (CCA). Presented at Digestive Disease Week, Chicago, IL, May 2011.Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Supplement, Pages AB323-AB324.

73. DeWitt J, **Al-Haddad M**, Sherman S, LeBlanc J, Cote G, McHenry L., Schmidt CM, Sandrasegaran K. Endoscopic Ultrasound Guided Pancreatic Cyst Ablation With Ethanol and Paclitaxel: Will It Also Work in the Western Hemisphere? Oral presentation at Digestive Disease Week. Chicago, IL, May 2011. Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Supplement, Page AB173.

74. †Cho C, **Al-Haddad M**, LeBlanc J, Cote G, McHenry L, Sherman S, DeWitt J. Diagnostic Impact of Rescue Endoscopic Ultrasound-Guided Tru-Cut Biopsy (EUS-TCB) Following Initial on-Site Interpretation of Suboptimal EUS-Guided Fine-Needle Aspiration (EUS-FNA) for Mediastinal Lesions. Presented at Digestive Disease Week. Chicago, IL, May 2011.Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Supplement, Page AB169.

75. DeWitt J, **Al-Haddad M**, Sherman S, Cote GA, McHenry L, LeBlanc L, Finkelstein SD. Alterations in Pancreatic Cyst Fluid DNA Analysis Following Endoscopic Ultrasound Guided Ablation With Ethanol and Paclitaxel. Oral presentation at Digestive Disease Week. Chicago, IL, May 2011. Gastrointestinal Endoscopy 2011 Vol. 73, Issue 4, Supplement, Page AB136.

76. Cauley CE, Waters JA, Dumas RP, Meyer JE, **Al-Haddad M**, DeWitt JM, Lillemoe K, Schmidt CM. Outcomes of Primary Surveillance for Intraductal Papillary Mucinous Neoplasm. Oral presentation at Digestive Disease Week. Chicago, IL, May, 2011. Gastroenterology 2011: Vol 140, issue 5, sup 1: S1008.

77. †Klochan C, DeWitt, Schmidt CM, Sherman S, LeBlanc J, McHenry L, Cote G, Stuart J, *Al-Haddad M**. Performance. Characteristics of Molecular (DNA) Analysis of Pancreatic Cyst Fluid. Oral Presentation at the Annual Scientific Meeting of the American College of Gastroenterology (2011). Washington D.C, USA. Am J Gastroenterol. 2011;106:S70.

78. Wani S, Cote G, Keswani R, Mullady D, Azar R, Murad F, Edmundowicz SA, Komanduri S, Mchenry L, **Al-Haddad M**, Hall M, Hollander TG, Hovis CE. Early DS. Learning Curves for Endoscopic Ultrasonography (EUS) Using Cumulative Sum (CUSUM) Analysis: Implications for American Society of Gastrointestinal Endoscopy (ASGE) Recommendations for Training. Presented at Digestive Disease Week. San Diego, CA, May 2012. Gastrointestinal Endoscopy, Volume 75, Issue 4, Supplement, April 2012, Pages AB432-AB434.

79. **Al-Haddad M**, Raijman I, Das A, Sachdev MS, Komanduri S, Krishnan K, Diehl D. Early Clinical Experience With a New EUS-Guided 19-Gauge Flexible Fine Needle Aspiration (FNA) Device: A Multicenter Study. Oral presentation, Digestive Disease Week. San Diego, CA May, 2012. Gastrointestinal Endoscopy, Volume 75, Issue 4, Supplement, April 2012, Page AB146.

80. Leblanc J, Chen J, Luz L, **Al-Haddad M**, Sherman S, McHenry L, Dewitt J. Association of EUS Features With PanIN Lesions in Chronic Pancreatitis (CP): A Single Center Experience. Presented at Digestive Disease Week. San Diego, CA, May 2012. Gastrointestinal Endoscopy, Volume 75, Issue 4, Supplement, April 2012, Page AB205.

81. †Klochan CM, **Al-Haddad M**, Dewitt J, Leblanc J, Cote G, Sherman S, McHenry L, Schmidt CM, Stuart JS. Cost Analysis of Molecular (DNA) Markers of Suspected Mucinous Pancreatic Cysts (MPCs). Presented at Digestive Disease Week. San Diego, CA, May 2012. Gastrointestinal Endoscopy, Volume 75, Issue 4, Supplement, April 2012, Page AB505.

82. †Luz L, Leblanc JK, Dewitt J, Cote GA, Sherman S, McHenry L. **Al-Haddad M**.  Impact of Molecular Tumor Markers on Compliance with Current Consensus Guidelines for the Resection of Cystic Pancreatic Tumors. Presented at Digestive Disease Week. San Diego, CA, May 2012. Gastroenterology Vol. 142, Issue 5, Supplement 1, Page S-622.

83. Settles D, **Al-Haddad M**, Leblanc JK, Dewitt J, Cote GA, Sherman S, McHenry L. Prospective Evaluation of the Incidence of Pancreatic Cysts in Outpatient EUS Patients. Gastrointestinal Endoscopy, Volume 75, Issue 4, Supplement, April 2012, Page AB445.

84. **Al-Haddad M**. Schmidt CM, Korc M, Li L, Skaar T. miRNA Can Identify Intraductal Papillary Mucinous Neoplasms (IPMNs) With Advanced Dysplasia. Gastroenterology, Volume 142, Issue 5, Supplement 1, May 2012, Pages S618-S619.

85. **Al-Haddad M**, DeWitt J, Sherman S, et al. Final Results of Prospective Evaluation of the Performance and Interobserver Variation (IOV) in Endorectal Ultrasound (ERUS) Staging of Rectal Cancer. Poster presentation at the Annual Scientific Meeting of the American College of Gastroenterology (2012).Las Vegas, NV. Am J Gastroenterol. 2012;107:S89.

86. Luz L, Cote GC, **Al-Haddad M**, DeWitt M. Incremental yield of Endoscopic Ultrasound following endoscopic polypectomy of high-risk rectosigmoid lesions. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2012).Las Vegas, NV. Am J Gastroenterol. 2012;107:S729-S730.

87. Myers JA, Klein RW, Han X, **Al-Haddad M**, Smolen HJ. Evaluating Strategies for Using DNA testing to Identify Mucinous Pancreatic Cysts. Value in Health 15 (2012) A277-A575.

88. DeWitt J, **Al-Haddad M**, Sherman S. Alterations in Cross-Sectional Imaging and Cyst Fluid Genetics following Endoscopic Ultrasound Guided Pancreatic Cyst Ablation with Ethanol and Paclitaxel. Oral Presentation at the Annual Scientific Meeting of the American College of Gastroenterology (2012).Las Vegas, NV. Am J Gastroenterol. 2012;107:S72.
Gonda T, **Al-Haddad M**, Jackson SA, Toney N, Farrell JJ. Risk of Malignancy in Pancreatic Cystic Lesions Triaged By Clinical and Molecular Features. Gastroenterology, Vol. 154, Issue 6, S-283–S-284.

89. †Halawi H, Dewitt J, **Al-Haddad M**. The Utility of Endoscopic Ultrasound (EUS)-Fine Needle Aspiration (FNA) for the Diagnosis of Pancreatic Cystic Neuroendocrine Tumors (PCNETs): a Decade of Single Center Experience. Presented at Digestive Disease Week, Orlando, FL May 2013. Gastrointestinal Endoscopy, Vol. 77, Issue 5, AB399.

90. Barron MR, Roch AM, Waters JA, Parikh JA, Dewitt JM, **Al-Haddad M**, Ceppa EP, House MG, Zyromski NJ, Nakeeb A, Pitt HA, Schmidt CM. Does preoperative cross-sectional imaging accurately predict main duct involvement in intraductal papillary mucinous neoplasm? Oral presentation, Digestive Disease Week, Orlando, FL May 2013. Gastroenterology, Vol 144, issue 5, supp 1:S1065.

91. **Al-Haddad M**, Aggarwal A, Ali A. EUS-Guided Core Biopsy with a Novel 19-Gauge Flexible Fine Needle Biopsy (FNB) Device: Multi-Center Experience. Oral presentation, Digestive Disease Week, Orlando, FL May 2013. Gastrointestinal Endoscopy, Vol. 77, Issue 5, AB403–AB404.

92. **Al-Haddad M**, Schmidt CM, Catalano M. The Performance of Second-Line Integrated Molecular Profiling Compared to Common, First-Line Testing Risk Features in Diagnosing and Predicting Benign and Malignant Pancreatic Lesions: Interim Results from an Outcome-Based Registry in 422 Patients. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2013). San Diego, USA. Am J Gastroenterol. 2013;108:S62-S63.

93. Sey M, **Al-Haddad M**, DeWitt J, LeBlanc JK. Repeat endoscopic ultrasound-guided celiac plexus block and neurolysis: What is the efficacy and safety? Oral Presentation at the Annual Scientific Meeting of the American College of Gastroenterology (2013). San Diego, USA. Am J Gastroenterol. 2013;108:S597.

94. †Aggarwal A, Valsangkar N, Roch A, El Chafic A, DeWitt J, **Al-Haddad M**. Recurrence after Surgical Resection of Branch Duct Intraductal Papillary Mucinous Neoplasms (BD-IPMN). Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2013). San Diego, USA. Am J Gastroenterol. 2013;108:S83-S84.

95. †El Chafic A, Aggrawal A, DeWitt M, Cote G, Imperiale T, Sherman S, **Al-Haddad M**. Increase in Branched Duct IPMN Lesion Size is Not Associated with Other High Risk Features: A Multi-Center Study. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2013). San Diego, CA. Am J Gastroenterol. 2013;108:S99-S100.

96. †El Chafic A, Roch A, Aggarwal A, and **Al-Haddad M**. Predictors of Malignancy in Branch Duct IPMN: How Accurate Are the 2012 International Consensus Guidelines? Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2013). San Diego, USA. Am J Gastroenterol. 2013;108:S90.

97. Catalano M, **Al-Haddad M**, Schmidt CM. Clinical Validity of Integrated Molecular Profiling in Diagnosing Pancreatic Lesions: Interim Results (N=422) of an Outcomes-Based Registry. Presented at the Annual Scientific Meeting of the American College of Gastroenterology (2013). San Diego, USA. Am J Gastroenterol. 2013;108:S62.

98. Catalano M, **Al-Haddad M**, Schmidt CM, Finkelstein S. Interim results of Multicenter Registry on the Validity of Integrated Molecular Profiling in Diagnosing Pancreatic Lesions. Presented at Digestive Disease Week 2013, Orlando, FL. Gastroenterology (2013):Vol 144, issue 5, supp 1: S658-S659.

99. Die Diehl DL, Johal AS, Khara HS, Stavropoulos SN, **Al-Haddad M**, Ramesh J, Varadarajulu S, Aslanian H, Gordon SR, Shieh FK, Pineda-Bonilla JJ, Dunkelberger T, Gondim DD, Chen EZ. Endoscopic Ultrasound-Guided Liver Biopsy: a Multicenter Experience. Presented at Digestive Disease Week 2013, Orlando, FL. Gastrointestinal Endoscopy, Vol. 77, Issue 5, AB375.

100. Martinez M, Leblanc J, **Al-Haddad M**, Sherman S, Dewitt J. Role of Endoscopic Ultrasound (EUS) Evaluating Patients with Adrenal Gland Enlargement or Mass. Presented at Digestive Disease Week 2013, Orlando, FL. Gastrointestinal Endoscopy 2013, Vol. 77, Issue 5, AB375.

101. †Sey M, **Al-Haddad M**, McGreevy K, Imperiale T, Jinmei L, DeWitt J. Endoscopic Ultrasound Guided Liver Biopsy for Parenchymal Disease: a Comparison of Diagnostic Yield Between Two Needles. Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB316.

102. DeWitt J, Cho C, Lin J, **Al-Haddad M**, Canto M, Salamone A, Hruban R, Messallam A, Khashab M. Comparison of EUS-guided Tissue Acquisition Using Two Different 19-gauge Core Biopsy Needles: A Multicenter, Prospective, Randomized and Blinded Study. Oral presentation, Digestive Disease Week, Chicago Illinois. May 2014. Gastrointestinal Endoscopy, Vol. 79, Issue 5, AB110.

103. Luz L, Cote G, **Al-Haddad M**, Mchenry L, Leblanc L, DeWitt J. Utility of EUS Following Endoscopic Polypectomy of High Risk Rectosigmoid Lesions. Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB406.

104. †Dalal K, Dewitt J, Sherman S, Cramer H, Tirkes T, **Al-Haddad M**. EUS Characteristics of Pancreatic Lymphoepithelial Cysts: a Case Series From a Large Referral Center. Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB437.

105. †Ridtitid W, Schmidt S, **Al-Haddad M**, et al. EUS in the Appropriate TRIAGE of Patients with Ampullary Lesions for Endoscopic, Surgical or Medical Treatment: Comparative Analysis of Local Staging and Intraductal Extension with ERCP and Surgical Pathology. Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB448.

106. †**Al-Haddad M**, Kowalski T, Ali Siddiqui. Management Strategy of Pancreatic Cyst Patients Based on Integrated Molecular Pathology in 492 Patients: The Final Results of a Multicenter Study. Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB437–AB438.

107. †**Al-Haddad M**, Lekkerkerker SJ, Dewitt J, Luz L, Fockens P, Van Hooft J. A Multi Center Prospective Assessment of the Feasibility and Safety of EUS Guided Fiducial Placement for Gastrointestinal Malignancies. Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB447.

108. †Kowalski K, Loren D, Siddiqui A, Mertz H, Mallat D, Haddad N, Malhotra N, Sadowski B, **Al-Haddad M**. Clinical Utility of Using Second-Line Integrated Molecular Pathology Testing in Addition to First-Line Test Algorithms to Determine the Malignant Potential of Pancreatic Cysts (N=492). Presented at Digestive Disease Week 2014, Chicago IL. May, 2014. Gastrointestinal Endoscopy 2014, Vol. 79, Issue 5, AB187–AB188.

109. Wallace MB, Raimondo R, **Al-Haddad M**, Faigel O. Multicenter, Prospective, Randomized Study on Endosonographic Fine Needle Aspiration of Pancreatic Cystic Lesions Using Standard and Nitinol Needles: Phase I Results. Presented at Digestive Disease Week 2014, Chicago IL. May 2014. Gastrointestinal Endoscopy, Vol. 79, Issue 5, AB429.

110. Kowalski T, Siddiqui A, Loren D, Mertz H, Mallat D, Haddad  N,  Malhotra N,  Sadowski B, Lybik M, Patel S, Okoh E, Rosenkranz L, Karasik M, Golioto M, Linder J, Callenberg K, Jackson S, Catalano M, **Al-Haddad M**. Management of patients with pancreatic cysts using Integrated Molecular Pathology. Gastrointestinal Endoscopy, Vol. 81, Issue 5, AB556–AB557. Presented at Digestive Disease Week 2015, Washington D.C. May 2015.

111. Bang J, **Al-Haddad M**, Chiorean M, Chalasani  N, Kwo P, Ghabril M, Lacerda M,  Agrawal S, Masouka H, Vuppalanchi R, Orman E, Sozio M, Gawrieh S, Lammert G, Liangpunsakul S, DeWitt J. Comparison of Direct Endoscopic Injection (DEI) and EUS-guided Fine Needle Injection (EUS-FNI) of 2-octyl-cyanoacrylate for Treatment of Gastric Varices. Gastrointestinal Endoscopy, Vol. 81, Issue 5, AB437. Presented at Digestive Disease Week 2015, Washington D.C. May 2015.

112. Kadayifci A, **Al-Haddad M**, Atar M, DeWitt J, Forcione D, Sherman S, Casey B, Fernandez-del Castillo C, Schmidt CM, Pitman M, Brugge W. The Value of KRAS Mutation testing with CEA for the Diagnosis of Pancreatic Mucinous Cysts. Gastroenterology, Vol. 148, Issue 4, supp1:S520. Presented at Digestive Disease Week 2015, Washington D.C. May 2015.

113. †**Al-Haddad  M**, Janga S, Nishtala S, Ipe J, Bhatia J, Skaar T. MicroRNAs for the Differentiation of Mucinous Pancreatic Cysts in EUS Guided Fluid Sampling. Gastroenterology, Vol. 148, Issue 4, supp1:S518-S519. Presented at Digestive Disease Week 2015, Washington D.C. May 2015.

114. †Ridtitid W, Schmidt CM, DeWitt  J, Roch AM, Stuart  J, Sherman S,  **Al-Haddad M**. Management of branched duct intraductal papillary mucinous neoplasms: a large single center study to assess predictors of malignancy and recurrence on long term follow-up. Gastrointestinal Endoscopy, Vol. 81, Issue 5, AB115–AB116. *Oral presentation*, Digestive Disease Week, Washington D.C. May 2015.

115. Wallace MB, **Al-Haddad M**, Brugge W, Lakhtakia S, Li ZS, Sethi A, Pleskow D, Nguyen C, Pannala C, DeWitt JD, Raimondo M, Woodward T, Ramchandani M, Jin Z, Xu C, Faigel D.. Fine Needle Aspiration of Pancreatic Cystic Lesions: A Multicenter, Randomized Study Comparing Standard And Flexible Nitinol Needles. Poster presentation at the UEG Week 2015, Barcelona, Spain.

116. †**Al-Haddad M**, Jackson S, Toney N, Haddad N.  Risk of surgery and cancer in patients meeting AGA 2015 and Fukuoka 2012 management criteria for pancreatic cystic lesions. Presented at ACG 2017.

117. †**Al-Haddad M**. Reuss S, Randolph M, Harris A, Gromski M, and Wu W. Prospective Assessment of the Performance of a New Fine Needle Biopsy Device for EUS-Guided Sampling of Solid Lesions. Presented at ACG 2017.

118. van Huijgevoort N, Hoogenboom SA, Lekkerkerker SJ, Topazian M, Chandrasekhara V, Morris-Stiff G, **Al-Haddad M**, Oppong K, Khalid A, Del Chiaro M, Besselink M, van Hooft JE. The Diagnostic Accuracy of Carcinoembryonic Antigen in Differentiating Mucinous and Non-Mucinous Pancreatic Cystic Neoplasms - A Systematic Review and Individual Patient Data Meta-Analysis. Poster presentation, DDW 2018.

119. Kandel P, Brand FC, Pelt J, Raju GS, Rex DR, Yang D, **Al-Haddad M**, Draganov P, Gill J, Hassan C, Grimm I,  Gordon SR, Elmunzer JB, Dekker E, Fockens P, Kahi CJ, Levenick JM. Repici A, Tytgat K, van der Vlugt M, Crockett S, Roberta M, Tutticci NJ, Kheir A, Rastogi A, Bansal A, Ross W, Burgess NG, Bourke MJ, Wallace MB. Diagnostic Accuracy Of High Definition White Light, Narrow Band Imaging With Or Without Near Focus For Assessment Of Colorectal Endoscopic Mucosal Resection Scars: Escart Trial (EMR Scar Assessment Trial), Multicenter Image Evaluation Study. Oral presentation (Topic Forum), DDW 2018. Gastrointestinal Endoscopy, Vol. 87, Issue 6, AB54–AB55.

120. Wallace M, **Al-Haddad M**, Lakhtakia S, Brugge W, Pleskow D, Li ZS, Sethi A, Pannala R, and others. Fine Needle Aspiration of Pancreatic Cystic Lesions: A Multicenter, Randomized Study Comparing Standard and Flexible Nitinol Needles. Gastrointestinal Endoscopy, Vol. 87, Issue 6, AB443–AB444.

121. Simpson R, Ceppa E, Wu R, Akisik F, House M, Zyromski N, Nakeeb A, **Al-Haddad M**, DeWitt J, Sherman S, Schmidt CM. The Dilemma of the Dilated Main Pancreatic Duct in the Distal Pancreatic Remnant after Proximal Pancreatectomy for Intraductal Papillary Mucinous Neoplasm. Oral presentation (Plenary session), DDW 2018.

122. Wallace MB, **Al-Haddad M**, Lakhtakia S, Brugge W, Pleskow DK, Li ZS, Sethi A, Pannala R, DeWitt JM, Ramchandani MK, Jin Z,  Can X, Woodward TA, Raimondo M, Faigel DO. Fine Needle Aspiration Of Pancreatic Cystic Lesions: A Multicenter, Randomized Study Comparing Standard And Flexible Nitinol Needles. Poster presentation, DDW 2018.

123.† Ponugoti P, DeWitt JM, Sherman S, Simpson RE, Easler J, Temnykh LM, Rahal MA, Schmidt CM, **Al-Haddad M**. Gain and Loss of Kras Mutations In Pancreatic Cyst Fluid During Prolonged Surveillance: A Natural History Study. Poster presentation, DDW 2018.

124.†Temnykh L, Rahal M, Ponugoti P, **Al-Haddad M**. An Exclusive Fine Needle Biopsy Approach To Sampling Solid Lesions Under Eus Guidance: A Case Controlled Study. Gastrointestinal Endoscopy, Vol. 87, Issue 6, AB427–AB428.

125. †Ponugoti P, DeWitt J, Sherman S, Simpson R, Easler J, Temnykh L, Rahal M, Schmidt CM, **Al-Haddad M.** Gain and Loss of Kras Mutations in Pancreatic Cyst Fluid During Prolonged Surveillance: A Natural History Study. Gastrointestinal Endoscopy, 2018 Vol. 87, Issue 6, AB453–AB454.

126.van Huijgevoort N., Hoogenboom S.A., Lekkerkerker S.J., Topazian M., Chandrasekhara V., Morris-Stiff G., **Al-Haddad M**., Oppong K., Khalid A., Del Chiaro M., Fockens P., Besselink M.G.H., van Hooft J.E. Diagnostic accuracy of carcinoembryonic antigen in differentiating mucinous and non-mucinous pancreatic cystic neoplasms: systematic review and individual patient data meta-analysis. Accepted for presentation at United European Gastroenterology Annual Conference, Oct 20-24, 2018; Vienna, Austria.

127.Runge T, Kowalski T, Baron T, Chiang A, James T, Schlachterman A, Loren D, Nieto J, and others, **Al-Haddad M.** Living on the Edge - Success, Long-Term Complications and Implications Following EUS-Directed Transgastic ERCP; A Multicenter Study, Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB131

128.DeWitt J, **Al-Haddad M**, Easler J, Sherman S, Slaven J, Gardner T. Combined Endoscopic Ultrasound (EUS), Endoscopic Pancreatic Function Testing (EPFTS) and Dynamic EUS Ductal Evaluation Before and After Human Secretin Stimulation for the Diagnosis of Exocrine Pancreatic Insufficiency (EPI) and Chronic Pancreatitis (CP). Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB146

129.†Patel H; Wallace M; Faigel, D; Brugge, W; Lakhtakia, S, Sethi, A; Pleskow, D; Nguyen, C; DeWitt, J, Raimondo M; Woodward, T, **Al-Haddad, M.** A Prospective Assessment of Inter-Observer Agreement among Endosonographers in the Classification and Diagnosis of Pancreatic Cysts. American Journal of Gastroenterology: October 2018 - Volume 113 - Issue - p S443.

130.†Patel H Rush, Natalia MD²; DeWitt, J; Saxena R; Mneimneh W, Quickery, A; Rahal, M, Temnykh, L, **Al-Haddad, M**. 22G vs. 19G Needles for EUS-Guided Transgastric Liver Biopsies for Parenchymal Disease: a Comparative Analysis: American Journal of Gastroenterology. 113:S442, October 2018.

131.**DeWitt, JM**., Al-Haddad, MA, Easler, JJ, Sherman S, Slaven, J, Gardner TB. Evaluation of Real-Time Pancreatic Parenchymal and Ductal Changes after Human Secretin Administration during Combined Endoscopic Ultrasound and Endoscopic Pancreatic Function Testing for the Diagnosis of Exocrine Pancreatic Insufficiency (EPI) and Chronic Pancreatitis. Gastroenterology 2019; 156:S-340 (**ORAL**)

132.†Patel HK, Wallace MB, Sethi A, Faigel D, Brugge W, Patel S, Dasari C, Lakhtakia S, **Al-Haddad M**. Inter-Observer Agreement Between Endosonographers for the Classification of Pancreatic Cysts Within a Prospective Randomized Clinical Trial. Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB613–AB614

133.†Rahal M, John M. DeWitt, Simpson R, Schmidt CM, Sherman S, **Al-Haddad M**. Serial EUS-Guided FNA in Pancreatic Cystic Neoplasms: A Natural History Study of KRAS Analysis in Cyst Fluid. Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB594

134.†Rahal MA, DeWitt JM, Simpson RE, Schmidt CM, Sherman S, **Al-Haddad MA**. Performance Characteristics of DNA Analysis in the Evaluation of Mucinous Pancreatic Cysts. Gastroenterology 2019; 156:S-1042.

135. Simpson RE, Flick K, Gromski MA, **Al-Haddad M**, Easler JJ, Sherman S, Fogel EF, Schmidt CM, DeWitt JM. DNA Profiling of Main Pancreatic Duct Fluid: A Worthwhile Endeavor. Gastroenterology 2019;156:S764-765.

136.Gilmore A, **Al-Haddad M**, Gromski M. Characteristics of a Cash-Pay GI-Based Medical Weight Loss Program in a Midwest Academic Center. Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB323.

137.DeWitt JM, **Al-Haddad MA**, Siwiec, RM, Kessler WR, Nowak TV, James-Stevenson TN, Quickery A, Wo JM. Prospective Evaluation of Esophagram Transit Time after Per-Oral Endoscopic Myotomy to Predict Clinical Response, Esophagogastric Junction Metrics and Risk of Gastroesophageal Reflux Disease (**Oral presentation):** Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB174.

138.Sharaiha R, Hajifathalian K, Tokar JL, Templeton AW, James TW, Grimm IS, Samarasena JB, Nabil El Hage Chehade, Lee J,Barawi M, Friedland S, Korc P, Aadam A7, **Al-Haddad MA**, Kowalski TE, Novikov A, Diehl DL – Smallfield G, Ginsberg GG, Oza VM, Panuu D, Fukami N, Heiko Pohl, lajin M, Kumta NA, Tang SJ, Amateau SK, Ngamruengphong S, Kumbhari Y, Khashab MNon-Exposure Full-Thickness Resection of Colonic Lesions in the U.S.: The FTRD Experience (ORAL) at DDW 2019.

139.DeWitt JM, **Al-Haddad MA**, Siwiec, RM, Kessler WR, Nowak TV, James-Stevenson TN, Quickery A, Wo JM. Prospective Evaluation of the Clinical Response and Change in Esophagogastric Junction Metrics Following Per-Oral Endoscopic Myotomy Performed by Gastroenterologists for Esophageal Motility Disorders. Gastroenterology 2019; 156:2-1010.

140.DeWitt J, **Al-Haddad M**, Siwiec R, Kessler W, Nowak T, James-Stevenson T, Quickery A, Wo J, and others. Prospective Evaluation Of Esophagram Transit Time After Per-Oral Endoscopic Myotomy To Predict Clinical

Response, Esophagogastric Junction Metrics And Risk of Gastroesophageal Reflux Disease, Gastrointestinal Endoscopy, Vol. 89, Issue 6, AB174.

141. DeWitt, JM, **Al-Haddad, MA**, Siwiec, RM, Kessler, WR, Nowak TV, James-Stevenson TN, Quickery A, Wo JM. Prospective Evaluation of Risk Factors for Gastroesophageal Reflux Disease by Ambulatory Wireless pH Monitoring after Per-Oral Endoscopic Myotomy. Gastroenterology 2019; 156: S244-245

142. Yim, B. DeWitt, JM, **Al-Haddad, MA**, Siwiec, RM, Kessler, WR, Nowak TV, James-Stevenson TN, Quickery A, Wo JM. Assessing Pylorus Distention with Impedance Planimetry in Patients with Chronic Unexplained Nausea and Vomiting and Gastroparesis. Gastroenterology 2019; 156: S321

143. Simpson RE, Ceppa EP, Yip-Schneider M, **Al-Haddad MA**, Easler JJ, Sherman S, DeWitt JM, Schmidt CM. Low Risk, Low Reward; A Critical Look at Secretin-Induced Duodenal Aspirate of Pancreatic Juice (SIDA). Gastroenterology 2019; 156: S-1490.

144. †Gutta A, Patel H, Watkins J, Sherman S, Lehman G, Fogel E, Easler J, Gromski M, Bick B, **Al-Haddad M**. Outcomes of Endoscopic Ultrasound Directed Trans-Gastric ERCP (EDGE): A Single Center Experience. American Journal of Gastroenterology. Oct 2019.

145. †Siddiqui D, Rahal M, **Al-Haddad M**. Endoscopic Ultrasound-Guided Sampling of Solid Pancreatic Lesions: A Comparative Analysis of 25 vs. 22 Gauge Core Biopsy Needles. American Journal of Gastroenterology. Oct 2019

146. †Han A. Bick B, DeWitt, J, **Al-Haddad M**. Dual Modality Therapy for Endoscopic Management of Esophageal Defects. American Journal of Gastroenterology. Oct 2019.

147. Yim B, Robert M. Siwiec, Pranay R. Reddy, Agrayan K. Gupta, Anita Gupta, **Al-Haddad M**, Thomas V. Nowak, John M. Wo. Assessing Pylorus Distention with Impedance Planimetry in Patients with Chronic Unexplained Nausea and Vomiting and Gastroparesis. Gastroenterology, Vol. 156, Issue 6, S-795–S-796.

148. TK Maatman, BL Bick, EP Ceppa, JM DeWitt, JJ Easler, KF Flick, EL Fogel, MA Gromski, MG House, A Nakeeb, MA Al-Haddad, S Sherman, NJ Zyromski. Transgastric Debridement in Necrotizing Pancreatitis: Endoscopic or Operative?  *Poster presentation at AGA DDW 2020.

149. TK Maatman, BL Bick, EP Ceppa, JM DeWitt, JJ Easler, KF Flick, EL Fogel, MA Gromski, MG House, A Nakeeb, **MA Al-Haddad**, S Sherman, NJ Zyromski. Transgastric Debridement in Necrotizing Pancreatitis: Endoscopic or Operative? Accepted for long-oral presentation, Pancreas Club (5/1)

150. Patel H, **Al-Haddad M**. Trends in the Management of Acute Non-Necrotizing And Necrotizing Pancreatitis: A Retrospective Study Of Outcomes From A Large Healthcare System In Indiana. Accepted for presentation, Digestive Disease Week, Chicago, 2020.

151. DeWitt J, **Al-Haddad M**. Prospective Comparison of Functional Lumen Imaging Probe and High-Resolution Esophageal Manometry to Assess Clinical Response After Per-Oral Endoscopic Myotomy. Oral presentation, ACG 2021, Las Vegas.

152. **DDW 2020 abstracts accepted: 15 abstracts. Available upon request. Official program available.**
153. **DDW 2021 abstracts accepted: 12 abstracts. Available upon request. Official program available.**
154. **ACG 2021 abstracts accepted: 10 abstracts. Available upon request. Official program available.**

August 13, 2021

Signature: _____

Date: _____