IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CASSANDRA ALVARADO and FRANK ALVARADO,<br><br>    Plaintiffs,<br><br>v.<br><br>SURESH KHANDEKAR, M.D. and TRUE YOU WEIGHT LOSS – ATLANTA, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION FILE NO.<br>   23EV000157 |

## NOTICE OF FILING NOTICE OF REMOVAL

COME NOW, Defendants Suresh Khandekar, M.D. and True You Weight Loss – Atlanta, LLC, and pursuant to 28 U.S.C. § 1446(d), hereby notify the Court and opposing counsel of the filing of the attached Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division.

This the 8th day of February, 2023.

                            HUFF, POWELL & BAILEY, LLC

                            */s/ David D. Mackenzie*

                            DAVID D. MACKENZIE
                            Ga. Bar No. 796972
                            J. HARRISON LOFTIN
                            Ga. Bar No. 319878

999 Peachtree Street           *Counsel for Defendants Suresh Khandekar,*
Suite 950                             *M.D., and True You Weight Loss – Atlanta,*
Atlanta, Georgia 30309         *LLC*
(404) 892-4022
(404) 892-4033 (Fax)
dmackenzie@huffpowellbailey.com
hloftin@huffpowellbailey.com

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing **NOTICE OF FILING NOTICE OF REMOVAL** via the e-filing system, Odyssey, which will automatically send an electronic copy to the following counsel of record:

David L. Turner
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800

This the 8th day of February, 2023.

                                            HUFF, POWELL & BAILEY, LLC

                                            */s/ David D. Mackenzie*

                                            _____
                                            DAVID D. MACKENZIE
                                            Ga. Bar No. 796972
                                            J. HARRISON LOFTIN
                                            Georgia Bar No. 319878

| | |
|---|---|
| 999 Peachtree Street<br>Suite 950<br>Atlanta, Georgia 30309<br>(404) 892-4022<br>(404) 892-4033 (Fax)<br>dmackenzie@huffpowellbailey.com<br>hloftin@huffpowellbailey.com | *Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC* |