# Exhibit 2

# INVOICE

**Monument Health Advisors**
2730 19th St. S.
Homewood, AL 35209

basheer@monumenthealthadvisors.com
(205) 427-0817
www.monumenthealthadvisors.com

Case 1:23-mi-99999-UNA  Document 410-2  Filed 02/08/23  Page 2 of 4

## Polaris Spine and Neurosurgery Center

**Bill to**
Polaris Spine and Neurosurgery Center
1150 Hammond Drive, Ste. 400,
Atlanta, GA 30328

**Invoice details**
Invoice no. : 1058
Invoice date : 02/04/2022
Due date : 03/06/2022

| Product or service | Amount |
| --- | --- |
| 1. **Services**<br>January '22 - Advisory Services | $33,000.00 |
| 2. **Expense Reimbursement**<br>Monument stipend - Credentialing Services | $-5,000.00 |
| 3. **Expense Reimbursement**<br>Monument Sick Leave | $-7,000.00 |

**Ways to pay**

BANK

Total **$21,000.00**

**Overdue**  03/06/2022

### Note to customer
Thank you for your business.

# INVOICE

**Monument Health Advisors**
2730 19th St. S.
Homewood, AL 35209

basheer@monumenthealthadvisors.com
(205) 427-0817
www.monumenthealthadvisors.com

Case 1:22-mi-88888-UNA   Document 410-7   Filed 02/08/22   Page 3 of 4

## Polaris Spine and Neurosurgery Center

**Bill to**
Polaris Spine and Neurosurgery Center
1150 Hammond Drive, Ste. 400,
Atlanta, GA 30328

**Invoice details**
Invoice no. : 1066
Invoice date : 03/03/2022
Due date : 04/02/2022

| Product or service | Amount |
|---|---|
| 1. **Services** <br> February '22 - Advisory Services | $33,000.00 |
| 2. **Expense Reimbursement** <br> Monument stipend - Credentialing reimbursement | $-5,000.00 |

| | Total | **$28,000.00** |
|---|---|---|

## Ways to pay

BANK

**Overdue**     04/02/2022

### Note to customer
Thank you for your business.

# INVOICE

**Monument Health Advisors**
2730 19th St. S.
Homewood, AL 35209

basheer@monumenthealthadvisors.com
(205) 427-0817
www.monumenthealthadvisors.com

## Polaris Spine and Neurosurgery Center

**Bill to**
Polaris Spine and Neurosurgery Center
1150 Hammond Drive, Ste. 400,
Atlanta, GA 30328

**Invoice details**
Invoice no. : 1067
Invoice date : 04/08/2022
Due date : 05/08/2022

| Product or service | Amount |
| --- | --- |
| 1. **Services** <br> March '22 - Advisory, Interim CEO, and Revenue Cycle Services | $33,000.00 |
| 2. **Services** <br> April '22 - Advisory, Interim CEO, and Revenue Cycle Services | $16,500.00 |
| Total | **$49,500.00** |

## Ways to pay

BANK

### Note to customer
Thank you for your business.