# Exhibit 3

American Arbitration Association

Monument Health, LLC,
    Claimant

v

Polaris Spine & Neurosurgery Center, P.C.,
    Respondent

Case No. 01 22 0002 6045

Order Terminating Case

I, the undersigned arbitrator, designated in accordance with the parties' arbitration agreement dated October 26, 2021, hereby order as follows:

Whereas, in accordance with the Commercial Arbitration Rules and Mediation Procedures ("the Rules") the American Arbitration Association ("the AAA") may require the parties to deposit sums for arbitrator compensation and administrative fees in advance of the hearings;

Whereas Claimant Monument Health, LLC paid its portion of the arbitration fees in full and Respondent Polaris Spine & Neurosurgery Center, P.C., has not paid its portion of the arbitration fees required in this case despite multiple extensions of the timeframe for payment;

Whereas the parties were directed to deposit all sums owed for arbitrator compensation and administrative fees no later than January 13, 2023, and full deposits were not received by that date;

Whereas the final hearing and all further administration in this matter were suspended on January 18, 2023 for non-payment of deposits in accordance with Rule 57 of the Rules;

Whereas the suspension order gave the parties two days to comply with the deposit requirement, as directed by the AAA;

Whereas the AAA has advised that deposits have not been paid in full by today's date;

This order will serve to terminate this case.

1

The parties will be responsible for any AAA fees and arbitrator's fees as incurred.

January 20, 2023                                     */s/ Melinda Cooper Holladay*
                                                     Melinda Cooper Holladay

2