**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CASSANDRA ALVARADO and, FRANK ALVARADO, <br><br> *Plaintiffs*, <br><br> v. <br><br> SURESH KHANDEKAR, M.D. and TRUE YOU WEIGHT LOSS – ATLANTA, LLC, <br><br> *Defendants*. | CIVIL ACTION NO. _____ |

**DEFENDANTS SURESH KHANDEKAR, M.D. AND**
**TRUE YOU WEIGHT LOSS – ATLANTA, LLC'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Defendant True You Weight Loss – Atlanta, LLC ("True You") and Defendant Suresh Khandekar ("Dr. Khandekar") (collectively "these Defendants") submit this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1) The undersigned counsel of record for these Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

(a) Suresh Khandekar, M.D.;

(b) True You Weight Loss – Atlanta, LLC;

(c) Cassandra Alvarado; and

(f) Frank Alvarado.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

(a) Christopher McGowan, M.D.;

(b) Brian Coan, M.D.;

(c) True You Weight Loss, PLLC;

(d) Curi Insurance;

(e) David Turner, Esq.; and

(f) Schulten Ward Turner & Weiss, LLP

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for parties in this proceeding:

David D. Mackenzie
Georgia Bar No. 796972
Huff, Powell & Bailey LLC
999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309

Telephone: (404) 892-4022
Facsimile: (404) 892-4033
dmackenzie@huffpowellbailey.com
*Counsel for Defendants*

J. Harrison Loftin
Georgia Bar No. 319878
Huff, Powell & Bailey LLC
999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Facsimile: (404) 892-4033
hloftin@huffpowellbailey.com
*Counsel for Defendants*

David Turner, Esq.
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street
Suite 2700
Atlanta, GA 30303
(404) 688-6800
*Counsel for Plaintiffs*

Submitted 8ᵗʰ day of February, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ David D. Mackenzie*
DAVID D. MACKENZIE
Georgia Bar No. 796972
J. HARRISON LOFTIN
Georgia Bar No. 319878

*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC*

Huff Powell & Bailey, L.L.C.
999 Peachtree Street NE, Suite 950
Atlanta, GA 30309
Telephone: (404) 892-4022
Fax:  (404) 892-4033
dmackenzie@huffpowellbailey.com
hloftin@huffpowellbailey.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/EMF system, which will automatically send email notification of such filing to the following attorneys of record:

David Turner, Esq.
Schulten Ward Turner & Weiss, LLP
260 Peachtree Street
Suite 2700
Atlanta, GA 30303
(404) 688-6800
*Counsel for Plaintiffs*

Submitted this 8th day of February, 2023.

HUFF, POWELL & BAILEY, LLC

*/s/ David D. Mackenzie*
DAVID D. MACKENZIE
Georgia Bar No. 796972
J. HARRISON LOFTIN
Georgia Bar No. 319878

*Counsel for Defendants Suresh Khandekar, M.D., and True You Weight Loss – Atlanta, LLC*

Huff Powell & Bailey, L.L.C.
999 Peachtree Street NE, Suite 950
Atlanta, GA 30309
Telephone: (404) 892-4022
Fax:  (404) 892-4033
dmackenzie@huffpowellbailey.com
hloftin@huffpowellbailey.com