# EXHIBIT 3

**IN THE SUPERIOR COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **LATNEY RUSSELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| ) | FILE NO.: 22CV9346 |
| **QUEST DIAGNOSTICS** ) | |
| **INCORPORATED,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE TO STATE COURT CLERK OF FILING OF NOTICE OF REMOVAL**

TO: Clerk, Superior Court of DeKalb County

PLEASE TAKE NOTICE that, on February 8, 2023, Defendant filed in the United States District Court for the Northern District of Georgia, Atlanta Division, the attached Notice of Removal. *See* Exhibit 1. Pursuant to 28 U.S.C. §1446(d), please take notice that the above-styled action is now removed to the United States District Court, and all further proceedings in this Court are stayed.

Respectfully submitted this 8th day of February 2023.

**PARKER, HUDSON, RAINER & DOBBS, LLP**

*/s/ Ronald T. Coleman, Jr.*
Ronald T. Coleman, Jr.
Georgia Bar No. 177655
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30308
rtc@phrd.com
Telephone: (404) 523-5300

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO STATE COURT CLERK OF FILING OF NOTICE OF REMOVAL** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, and by depositing a copy of same in the U.S. Mail, proper postage prepaid, addressed to the following:

>Latney Russell
>21595 South 231st Way
>Queen Creek, AZ 85142
>
>Latney Russell
>170 Washington Street, #T5
>Haverhill, MA 01832
>
>Latney Russell
>13901 Midway Rd
>Suite 102-465
>Farmers Branch, TX 75244

This 8th day of February 2023.

>*/s/ Ronald T. Coleman, Jr.*
>Ronald T. Coleman, Jr.