## IN THE STATE COURT OF DEKALB
## COUNTY STATE OF GEORGIA

| | | |
|---|---|---|
| **CHARLES TURNER,** | ) | |
| Plaintiff, | ) CIVIL ACTION FILE NO. 23A00049 | |
| | ) | |
| v. | ) | |
| | ) | |
| **QUIKTRIP CORPORATION,** | ) JURY TRIAL DEMANDED | |
| Defendant. | ) | |

### NOTICE OF LEAVE OF ABSENCE

TO: All Judges, Clerks of Court, and Counsels of Record

FROM: Daniel A Brown, Esq.

RE: Notice of Leave of Absence

Date: 1/5/23

  COMES NOW, Daniel A Brown and respectfully notifies all judges before whom he has cases pending, clerks of court, and all opposing counsels of record or parties that he will be on leave pursuant to Georgia Uniform Superior Court Rule 16.1.

  To date, no hearing or trial has been scheduled during this time period. The period of time which the Attorney will be away from the practice of law is on the following dates:

**2023:**
- January: 6, 9, 13, 16, 20, 23-24, 27, 30, 31
- February: 3, 6, 10, 13, 17, 20, 24, 27
- March: 3, 6, 9-10, 13-17, 20, 23-24, 27, 31
- April: 3, 7, 10, 14, 17, 21, 24, 28
- May: 1, 5, 8, 12, 15, 19, 22, 26, 29
- June: 2, 5-9, 12, 16, 19, 23, 26, 28, 30

  The purpose of the above-listed leave period is to allow the Attorney to take time for personal travel and events. All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed within a timely manner, the leave shall be granted.

Respectfully submitted,

*/s/ Daniel A. Brown, Esq.*
Attorney at Law
Georgia Bar No. 272490

STATE COURT OF
DEKALB COUNTY, GA.
1/5/2023 10:08 AM
E-FILED
BY: Monica Gay

Case 1:23-mi-99999-UNA   Document 423-2   Filed 02/09/23   Page 2 of 12

**The Law Office of Daniel A. Brown**
1001 Virginia Avenue, Suite 350
Atlanta, GA 30354
T: (770) 255-9310
F: 404-253-1531
E: <u>Info@DanielABrownLaw.com</u>

IN THE STATE COURT OF DEKALB
COUNTY STATE OF GEORGIA

| | |
|---|---|
| **CHARLES TURNER,** | ) |
| Plaintiff, | ) **CIVIL ACTION FILE NO.** |
| | ) |
| v. | ) |
| | ) |
| **QUIKTRIP CORPORATION,** | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

      COMES NOW the undersigned Attorney, Daniel A. Brown and hereby certifies that I have served the Defendant to this case with a copy of the Notice of Leave of Absence via the Electronic filing system and Process Server at the following:

**QUIKTRIP CORPORATION**
**Defendant**
**C/O REGISTERED AGENT: CT CORPORATION SYSTEM**
**289 S Culver Street**
**Lawrenceville, GA 30046**

This 5TH day of January, 2023.

                                                          **/s/ Daniel A. Brown**
                                                          Daniel A. Brown, Esq.
                                                          Attorney for Plaintiff
                                                          Georgia State Bar #272490

**The Law Office of Daniel A. Brown**
**1001 Virginia Avenue, Suite 350**
**Atlanta, Georgia 30354**
**T: (770) 255-9310**
**E: Info@DanielABrownLaw.com**
**F: (404) 253-1531**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __DEKALB__ County

**For Clerk Use Only**

Date Filed __1/5/2023__
MM-DD-YYYY

Case Number __23A00049__

**Plaintiff(s)**
TURNER, CHARLES
Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**
QUIKTRIP CORPORATION
Last   First   Middle I.   Suffix   Prefix

Plaintiff's Attorney __DANIEL A. BROWN, ESQ.__  Bar Number __272490__  Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number       Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

RE: Permanent Process Servers

## STANDING ORDER

Pursuant to O.C.G.A. § 9-11-4 (e), this Court provides herein that any person who has completed the application process for appointment as a permanent process server in the Superior Court of DeKalb County in 2023, and has been appointed as a permanent process server in said Court for 2023 shall be deemed to be appointed as a permanent process server in the State Court of DeKalb County. Permanent process servers wishing to rely upon this order shall be required to attach a copy of their Superior Court order of appointment to any affidavit of service that is required to be filed with the Court. All appointments arising pursuant to this order shall be effective until midnight, December 31, 2023.

SO ORDERED, this 13 day of December 2022.

_____
Wayne M. Purdom, Chief Judge

FILED IN THIS OFFICE
THIS 13 DAY OF Dec. 2022
_____
Clerk, State Court, DeKalb County

STATE COURT OF
DEKALB COUNTY, GA.
1/12/2023 3:26 PM
E-FILED
BY: Patricia Harris

## AFFIDAVIT OF SERVICE

State of Georgia      County of ~~Dekmalb~~ Dekalb      State Court

Case Number: 23A00049

Plaintiff:
**CHARLES TURNER**

vs.

Defendant:
**QUIKTRIP CORPORATION**

For:
The Law Office Of Daniel A. Brown, LLC
1001 Virginia Avenue
Suite 350
Atlanta, GA 30354

Received by Freshvisions Legal Service, LLC on the 6th day of January, 2023 at 9:59 am to be served on **Quiktrip Corporation C/O CT Corporation, Registered Agent, 289 S. Culver St., Lawrenceville, Gwinnett County, GA 30046**.

I, Milton Nolen, being duly sworn, depose and say that on the **9th day of January, 2023** at **10:25 am**, I:

served **REGISTERED AGENT, CT Corporation,** a true copy of the **SUMMONS, COMPLAINT, VERIFICATION, NOTICE OF LEAVE OF ABSENCE W/CERTIFICATE OF SERVICE, CASE FILING INFORMATION FORM,** to Jane Richardson, an authorized representative for the registered agent, at the address of: **289 S. Culver St., Lawrenceville, Gwinnett County, GA 30046** on behalf of Quiktrip Corporation and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Georgia certified process server in good standing.

Subscribed and Sworn to before me on the 9th day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC
JULIE HEFFERNAN
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Nov. 14, 2026

**Milton Nolen**
Ga. Certified Process Server

**Freshvisions Legal Service, LLC**
P.O. Box 2706
Acworth, GA 30102-9998
(470) 423-9886

Our Job Serial Number: FVL-2023000020

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2a

**IN THE STATE COURT OF DEKALB COUNTY**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| CHARLES TURNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| QUIKTRIP CORPORATION, | ) ) ) | FILE NO. 23A00049 |
| Defendant. | ) ) ) | |

**DEMAND FOR TWELVE MEMBER JURY TRIAL**

COMES NOW, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve member jury in the above styled action.

                                              Respectfully submitted,

                                              **DOWNEY & CLEVELAND, LLP**

                                          By:    /s/ Sean L. Hynes
                                                  Sean L. Hynes
                                                  Georgia State Bar No. 381698
                                                  hynes@downeycleveland.com
                                                  Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Daniel A. Brown, Esq.
The Law Office of Daniel A. Brown
1001 Virginia Avenue, Suite 350
Atlanta, Georgia 30354

This 8th day of February, 2023.

                                     **DOWNEY & CLEVELAND, LLP**

                                     By:    /s/ Sean L. Hynes
                                              Sean L. Hynes
                                              Georgia State Bar No. 381698

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 11:07 AM
E-FILED
BY: Patricia Harris

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| CHARLES TURNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| QUIKTRIP CORPORATION, | ) ) ) | FILE NO. 23A00049 |
| Defendant. | ) ) ) | |

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. Defendant's First Continuing Interrogatories to Plaintiff;
2. Defendant's First Request for Production of Documents to Plaintiff; and
3. Defendant's First Request for Admissions to Plaintiff;

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Daniel A. Brown, Esq.
The Law Office of Daniel A. Brown
1001 Virginia Avenue, Suite 350
Atlanta, Georgia 30354

This 8th day of February, 2023.

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 11:07 AM
E-FILED
BY: Patricia Harris

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
     Sean L. Hynes
     Georgia State Bar No. 381698
     hynes@downeycleveland.com
     Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 11:07 AM
E-FILED
BY: Patricia Harris

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Daniel A. Brown, Esq.
The Law Office of Daniel A. Brown
1001 Virginia Avenue, Suite 350
Atlanta, Georgia 30354

This 8th day of February, 2023.

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
    Sean L. Hynes
    Georgia State Bar No. 381698

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 11:07 AM
E-FILED
BY: Patricia Harris

IN THE STATE COURT OF DEKALB
COUNTY STATE OF GEORGIA

| | |
|---|---|
| **CHARLES TURNER,**<br>Plaintiff,<br><br>v.<br><br>**QUIKTRIP CORPORATION,**<br>Defendant. | )<br>)  **CIVIL ACTION FILE NO.**<br>)   23A00049<br>)<br>)<br>)<br>)<br>) |

## RULE 5.2 CERTIFICATE OF SERVICE

COMES NOW the undersigned Attorney Daniel A. Brown and I hereby certify that I have served the Defendant with:

1. *Plaintiff's First Interrogatories to Defendant*
2. *Plaintiff's First Request for Production of Documents and Notice to Produce to Defendant*
3. *Plaintiff's First Request for Admissions to Defendant*

*v*ia the Electronic filing system, US first class certified mail, and email:

**QUIKTRIP CORPORATION**
**c/o Sean L. Hynes, Esq.**
**Attorney for Defendant**
**Downey & Cleveland, LLP**
**288 Washington Avenue**
**Marietta, GA 30060**
hynes@downeycleveland.com

This 9th day of February, 2023.

/s/ *Daniel A. Brown*
Daniel A. Brown, Esq.
Attorney for Plaintiff
Georgia State Bar #272490

**The Law Office of Daniel A. Brown**
**1001 Virginia Avenue, Suite 350**
**Atlanta, Georgia 30354**
**T: (770) 255-9310**
**E:** Info@danielabrownlaw.com
**F: (404) 253-1531**