IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

CECELIA GASKINS,                              )
                                             )     CIVIL ACTION FILE NO.:
   Plaintiff,                     )
                                             )
v.                                           )
                                             )     [Removed from
                                             )     The Superior Court of
WAL-MART STORES EAST, LP d/b/a               )     Forsyth County;
WAL-MART                                     )     Civil Action File No.
                                             )      22CV-1967-2]
                                             )
   Defendants.                     )

## Certificate of Interested Persons and Corporate Disclosure Statement

   **(1)**   The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

Plaintiff Cecelia Gaskins

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR 72716.

   **(2)**   The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

Jody D. Peterman, Esq. of Jody D. Peterman, LLC; National Union Fire Insurance Company of Pittsburgh, PA.

    **(3)**    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Jonathan Adelman and Kyle Joyce of the law firm Waldon Adelman Castilla Hiestand & Prout, LLP – Counsel for Wal-Mart Stores East. LP.
Jody D. Peterman, Esq of Jody D. Peterman, LLC - Counsel for Plaintiff

    **(4)**    [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Plaintiff Cecelia Gaskins – citizen of Georgia

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR 72716.

    Respectfully submitted this 9th of February, 2023.

                        WALDON ADELMAN CASTILLA
                        HIESTAND & PROUT

/s/Kyle Joyce
Jonathan M. Adelman
(State Bar No. 005128)
Kyle T. Joyce
(State Bar No. 960181)
Attorneys for Wal-Mart Stores East
LP

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
kjoyce@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| CECELIA GASKINS, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The Superior Court of |
| WAL-MART STORES EAST, LP d/b/a | ) | Forsyth County; |
| WAL-MART | ) | Civil Action File No. |
| | ) | 22CV-1967-2] |
| | ) | |
| Defendants. | ) | |

The undersigned counsel certifies that the foregoing Defendant Wal-Mart Stores East, LP's Corporate Disclosure Statement has been prepared with one of the font and point selections approved by the court in LR 5.1B.

Respectfully submitted this 9th of February, 2023.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/Kyle Joyce
Jonathan M. Adelman
(State Bar No. 005128)
Kyle T. Joyce
(State Bar No. 960181)
Attorneys for Wal-Mart Stores East
LP

900 Circle 75 Parkway
Suite 1040

Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
kjoyce@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| APRIL LOWE, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of |
| WAL-MART STORES EAST, LP and | ) | Fulton County; |
| WALMART, INC. | ) | Civil Action File No. |
| | ) | 22EV002379] |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the *9th* day of February, 2023, I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Jody Peterman
Jody D. Peterman
PO Box 6010
Valdosta, GA 31603
petermanlawoffice@yahoo.com

This 9th day of February, 2023.

WALDON ADELMA CASTILLA
HIESTAND & PROUT


/s/ Kyle Joyce_____
Jonathan M. Adelman
Georgia Bar No. 005128
Kyle Joyce
Georgia Bar No. 960181
Attorneys for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
kjoyce@wachp.com