IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK SEYMOUR,<br><br>Plaintiff,<br><br>v.<br><br>AL RAHIM, LLC; ABDULKADIR SHEIKH; and OOIDA RISK RETENTION GROUP, INC.,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: |

**SPECIAL APPEARANCE FOR LIMITED PURPOSE
OF CONSENT TO REMOVAL**

Comes now Defendant Abdulkadir Sheikh, without acknowledging proper service and without waiving applicable defenses as to process or service of process, and makes this special appearance for a limited purpose, stating that he hereby consents to the removal of the above-styled action by Defendant OOIDA Risk Retention Group, Inc. from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

M0993523.1 15243

-2-

Respectfully submitted this 9th day of February, 2023.

                MCMICKLE, KUREY & BRANCH, LLP

                */s/ Jon M. Hughes*
                SCOTT W. MCMICKLE
                Georgia Bar No. 497779
                JON M. HUGHES
                Georgia Bar No. 835057

217 Roswell Road, Suite 200    ***Attorneys for Defendants***
Alpharetta, Georgia  30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801
swm@mkblawfirm.com
jhughes@mkblawfirm.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1.C. This pleading has been prepared in Times New Roman, 14-point font.

This 9th day of February, 2023.

                */s/ Jon M. Hughes*
                JON M. HUGHES
                For the Firm

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I have electronically filed the foregoing **SPECIAL APPEARANCE FOR LIMITED PURPOSE OF CONSENT TO REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ashley Pitts
WLG ATLANTA, LLC
Bank of America Plaza
600 Peachtree Street NE, Suite 4010
Atlanta, GA 30308
ashley.pitts@witheritelaw.com

This 9th day of February, 2023.

>                          */s/ Jon M. Hughes*
>                          JON M. HUGHES
>                          For the Firm