# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CECIL & CAMPBELL ADVISORS, LLC, a Georgia limited liability company, <br><br> Plaintiff, <br> v. <br><br> JARED YOUNG, NYJ HOLDINGS, LLC, a Georgia limited liability company, and CANOPY REAL ESTATE PARTNERS, LLC, a Georgia limited liability company, <br><br> Defendants. | Civil Action No. <br> _____ <br><br> JURY TRIAL <br> DEMANDED |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff Cecil & Campbell Advisors, LLC ("Plaintiff"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, and hereby files its Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing this Honorable Court as follows:

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including

any parent corporation, and any publicly held corporation that owns 10% or more of the stock of a party.

    a. Plaintiff - Plaintiff does not have any parent companies. Plaintiff is not a publicly traded company. No publicly held company owns ten percent (10%) or more of Plaintiff.

    b. Defendants - (further information to be provided by Defendants)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. For Plaintiff:  Kacey Cecil; Chris Campbell

    b. For Defendants:  (information to be provided by Defendant)

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Counsel for Plaintiff

    Steven G. Hill
    Georgia Bar No. 354658
    John N. Mahaffey
    Georgia Bar No. 222671
    HILL, KERTSCHER & WHARTON, LLP
    3625 Cumberland Blvd, SE, Suite 1050
    Atlanta, Georgia 30339
    Tel.: (770) 953-0995

    Fax: (770) 953-1358
    Email: sgh@hkw-law.com
    Email: jm@hkw-law.com

b. Counsel for Defendants

   (to be provided by Defendants)

Respectfully submitted this 10th day of February, 2023.

        By:   */s/ Steven G. Hill*
             Steven G. Hill
             GA Bar No. 354658
             John N. Mahaffey
             GA Bar No. 222671
             **HILL, KERTSCHER & WHARTON, LLP**
             3625 Cumberland Blvd, SE, Suite 1500
             Atlanta, Georgia 30339
             Telephone: (770) 953-0995
             Facsimile: (770) 953-1358
             Email: sgh@hkw-law.com
             Email: jm@hkw-law.com

             *Attorneys for Plaintiff Cecil & Campbell Advisors, LLC*