# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YVETTE DAVIS, INDIVIDUALLY and as PARENT and NATURAL GUARDIAN OF ISZREAL DAVIS, a MINOR,<br><br>                   Plaintiffs,<br><br>vs.<br><br>CALEB CLEM and UNITED RENTALS (NORTH AMERICA), INC.,<br><br>                   Defendants. | Civil Action No. _____<br><br>**NOTICE OF REMOVAL** |

YOU ARE HEREBY NOTIFIED that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Caleb Clem and United Rentals (North America), Inc. ("United") (collectively, "Defendants"), by and through their undersigned counsel, hereby file this Notice of Removal of the above-captioned action from the State Court of DeKalb County, State of Georgia, to the U.S. District Court for the Northern District of Georgia, Atlanta Division.

      **I.**      **STATEMENT OF COMMENCEMENT OF ACTION**

The above-captioned action was commenced by Plaintiffs on November 9, 2022, by the filing of a Complaint which incorrectly named United Rentals, Inc. as

a Defendant. On January 9, 2023, the parties submitted a Consent Motion to substitute Defendant United Rentals (North America), Inc. for the incorrectly-named party. The Court issued an Order granting this Consent Motion on January 11, 2023, at which time Caleb Clem and United Rentals (North America), Inc. were deemed to have been served with the Complaint. This action is pending in the State Court of Dekalb County, State of Georgia, bearing civil action number 22A04301. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

## II.    PLEADINGS AND NOTICE TO STATE COURT

True and correct copies of all process, pleadings, and orders filed in this matter in DeKalb County State Court are attached as **Exhibit A** and are being filed along with this Notice of Removal. Pursuant to 28 U.S.C. § 1446(d), written notice of this removal is being served on Plaintiffs and is being provided to the Clerk of Court for the State Court of DeKalb County. (*See* Notice of Filing Notice of Removal, included in **Exhibit A**.)

## III.    STATEMENT OF STATUTORY BASIS FOR JURISDICTION

This action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332. This statute provides, in pertinent part, that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . .

citizens of different States." 28 U.S.C. § 1332(a)(1). As discussed below, this action satisfies both statutory requirements.

### A. Amount in Controversy

Although Defendants dispute Plaintiffs' entitlement to any relief, the amount in controversy requirement has been met based on the damages sought by Plaintiffs in the Complaint. Plaintiffs seek to recover damages allegedly resulting from injuries sustained in the accident at issue. The prayer for relief at the conclusion of the Complaint does not specify the amount of recovery sought, nor does it limit Plaintiffs' recovery. However, in a letter dated August 23, 2022 (attached as **Exhibit B**), Plaintiffs made a combined settlement demand of $500,000.

"Eleventh Circuit precedent permits district courts to make reasonable deductions, reasonable inferences or other reasonable extrapolations from the pleadings to determine whether it is facially apparent that a case is removable." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010). "A defendant's notice of removal need only include a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. Evidence establishing the amount is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 554 (2014).

Accordingly, for the reasons stated above, the amount in controversy exceeds $75,000, exclusive of interest and costs, and the jurisdiction threshold is satisfied.

### B. Citizenship of the Parties

The Complaint alleges that Plaintiffs are residents of the State of Georgia. (Complaint, ¶ 1.)  Mr. Clem was, at the time of the filing of the Complaint, and still is a Tennessee resident.  United was, at the time of the filing of the Complaint, and still is a corporation organized and existing under the laws of Delaware with its principal place of business in Connecticut and, therefore, is not a citizen of the State of Georgia.  (*See, e.g.*, Georgia Secretary of State Records, attached as **Exhibit C**.) Accordingly, there is diversity of citizenship between Defendants and Plaintiffs.

### IV   CONCLUSION

WHEREFORE, Defendants, Caleb Clem and United Rentals (North America), Inc., hereby remove this matter from the State Court of DeKalb County to the U.S. District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 10th day of February, 2023.

        **NELSON MULLINS RILEY &**
        **SCARBOROUGH LLP**

        */s/ Lauren S. Byrne*
        Lauren S. Byrne
        Georgia Bar No. 220271
        201 17th Street NW, Suite 1700
        Atlanta, GA 30363
        404-332-6000 (tel.)
        404-322-6050 (fax)
        lauren.byrne@nelsonmullins.com
        ***Attorney for Defendants Caleb Clem***
        ***and United Rentals (North America),***
        ***Inc.***

4866-5147-8608 v.1 011664/01737, 9:49 AM, 02/10/2023

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing ***NOTICE OF REMOVAL*** with the Clerk of Court using the CM/ECF electronic filing system, which will automatically provide notification to the following:

Robert L. Poston, Esq.
Bryce C. Angell, Esq.
THE ANGELL LAW FIRM, LLC
3391 Peachtree Road NE, Suite 110
Atlanta, GA 30326
ecf@atlantalawyer.com
***Attorneys for Plaintiffs***

This 10th day of February, 2023.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Lauren S. Byrne*
Lauren S. Byrne
Georgia Bar No. 220271
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-332-6000 (tel.)
404-322-6050 (fax)
lauren.byrne@nelsonmullins.com
***Attorney for Defendants Caleb Clem and United Rentals (North America), Inc.***

6