# Exhibit B



# THE ANGELL LAW FIRM, LLC
## — Injury Attorneys —

3391 Peachtree Rd NE, Suite 110
Atlanta Georgia 30326
Telephone: (404) 418-6007
Fax: (678) 799-7703

August 23, 2022

## OFFER TO SETTLE TORT CLAIM
## MADE PURSUANT TO O.C.G.A. § 9-11-67.1

**SENT VIA CERTIFIED MAIL: 7019 1640 0001 6201 6280**

**ACE American Insurance Company**
**Attn: Caleb Lovelady**
**P.O Box 7214**
**London, KY 40742**

RE:   Our Client(s): Yvette Davis, Iszreal Davis
      Your Insured: Caleb Clem, United Rentals, Inc.
      Date of Loss: November 18, 2021
      Claim Number: AB505-492551

Dear Caleb Lovelady,

### Introduction

This office represents the above-referenced claimants, who were injured by your insured, the above-referenced tortfeasor, on November 18, 2021. We hereby demand $250,000.00 to resolve the bodily injury claim for Yvette Davis, and $250,000.00 to resolve the bodily injury claim for Iszreal Davis. Pursuant to O.C.G.A. § 9-11-67.1, we are providing to you a reasonable opportunity to settle the bodily injury claims for Yvette Davis and Iszreal Davis against your insured arising out of the above-referenced motor vehicle collision for an amount within policy limits.

By timely accepting this offer, you will protect your insured from responsibility to pay an excess judgment; protracted litigation (not including that which may be necessary to make other insurance claims); the time and expense of attending depositions, participating in discovery and attending trial; the emotional cost attendant to reliving the collision and the harm caused to others by your insured's negligence; financial loss and other damages attributed to credit reports and ratings; litigation costs and attorneys' fees; and other losses typically caused by a failure to timely settle claims.

Should this case proceed to trial and an amount in excess of the policy limit extended to your client is awarded, then we will vigorously pursue collecting the excess judgment from your client or from ACE American Insurance Company for its bad faith refusal to settle within the stated time period above. Additionally, assignment of this right by your clients is one Georgia law clearly endorses. See Cotton States Mutual Insurance Company v. Brightman, 256 Ga. App. 451, 568 S.E. 2d 498 (2002).

This demand is also made pursuant to the holding in Southern General Insurance Co. v. Holt et. al., 262 Ga. 267, 416 S.E. 2d 274 (1992). The ruling in this case indicates an insurer may be held liable to the insured for placing their personal assets in jeopardy by negligently failing to settle within policy limits when it had an opportunity to do so.  See United States Fidelity & Guaranty Company v. Evans, 116 Ga. App. 93, 156 S.E. 2d. 809 (1967); Smoot v. State Farm Mutual Automobile Insurance Company, 381 F. 2d 331 (5th Cir. 1967).

### Your Insured's Liability

On November 18, 2021 Yvette Davis was a belted driver operating her 2004 Cadillac Escalade on I-20 East near Wesley Chapel Road in DeKalb County, Georgia. Yvette's 15 year old son Iszreal Davis was an innocent guest passenger in her vehicle at the time of the collision. Caleb Clem was operating a 2009 Ford F-350 Super Duty owned by United Rentals, Inc. Caleb was traveling at a speed unsafe for conditions, he failed to maintain a proper lookout, and he was following too closely. When Yvette stopped for traffic, Caleb's front bumper collided with Yvette's rear bumper for a rear-end collision.

Officer Andre Campbell with the DeKalb County Police Department responded to the scene and completed an accident report under case number 21-094632. Caleb was marked as the "at-fault suspect" on the report, the officer noted a contributing operator factor of "following too close", and he received citation 22125281ET in violation of O.C.G.A. § 40-6-49.

Your insured owed duties of due and reasonable care to our client, as well as to other motorists on the road. Your insured's negligence, which constitutes the direct and proximate cause of the injury to our client, also consisted of, but was not limited to, the following:

(a) Following too closely in violation of O.C.G.A. § 40-6-49;
(b) Failing to exercise ordinary diligence in violation of O.C.G.A. § 51-1-2;
(c) Failure to maintain reasonable control of vehicle;
(d) Failure to maintain a proper lookout; and
(e) Failure to exercise ordinary care.

Liability in the matter is clear. At all times material hereto, my clients conducted themselves in a safe and lawful manner, and did not in any way cause or contribute to the circumstances which caused them to sustain serious bodily injury. Should this case go to litigation a jury would likely find in favor of my client based on the injuries and the significant property damage to the vehicle.

### Past, Present, and Future Damages

As a direct and proximate result of your insured's negligence, our clients have suffered and will continue to suffer the following:

(a) past, present and future physical and mental pain and suffering;
(b) past, present and future loss of enjoyment of life;
(c) past, present and future loss of earnings and income; and
(d) past, present and future loss of ability to labor and earn money.

### Legal Damages - Yvette Davis

Yvette Davis started to experience neck and lower back pain after the collision. On November 22, 2021 she started treatment with Comprehensive Spine and Pain. The provider noted that Yvette attempted extensive conservative management of her injury, but that the pain continued to get worse. The provider noted that Yvette was having difficulty standing, sitting, sleeping, and grooming herself. Her pain levels were rated a 7 out of 10, and the pain was radiating into her extremities. The provider recommended possible epidural steroid injections in the future. Comprehensive Spine and Pain ordered a cervical and lumbar MRI.

With the Thanksgiving holiday, Yvette had a difficult time finding an open appointment with her next providers. The next open appointment for a MRI was December 14, 2021, and Utley Chiropractic was not able to schedule her until December 20, 2021. Instead of enjoying the

DIRECT MAIL

holiday with her loved ones, Yvette was suffering in pain and frustrated that she could not find treatment sooner.

Yvette underwent cervical and lumbar MRI's with Advanced Imaging Centers on December 14, 2022. Both diagnostics found that Yvette had lost the normal lordotic curvature of her spine. There was a bulging disc impressing on the thecal sac at C5-6, and at C6-7 a disc herniation was found. The lumbar MRI found disc bulges impressing the thecal sac at L2-3 and L3-4. Disc herniations were found at L4-5 and L5-S1. These disc herniations are indenting the thecal sac and encroaching the neural foramen.

Yvette was able to start chiropractic treatment with Utley Chiropractic and Wellness Center on December 20, 2022. Yvette described to the provider how the impact caused her right shoulder to hit the steering wheel. She said she was stunned after the impact, and immediately felt discomfort. The provider documented she was suffering from neck, shoulder blades, lower back, and left shoulder pain. She was also experiencing muscle spasms. The provider diagnosed her with cervicalgia, myalgia, segmental and somatic dysfunction, and pain in the cervical, thoracic, lumbar, pelvic, and left shoulder regions. Yvette continued to treat with this provider through February 17, 2022.

With the Christmas and New Year holiday season upon her, Yvette once again experienced issues scheduling her next treatment. She was not able to follow up with Comprehensive Spine and Pain until January 24, 2022. The provider reviewed the MRI findings, and correlated them to the motor vehicle collision. Yvette's pain levels had increased from a 7 to an 8 out of 10.

On February 18, 2022, after weeks of continued pain, the provider administered cervical and lumbar epidural steroid injections. This was a serious surgical procedure and it required anesthesia. Yvette continued treatment with this provider through March 29, 2022. While her cervical pain levels decreased, Yvette was still experiencing pain rated a 6 out of 10 on her final visit.

Yvette enjoyed an active lifestyle prior to this accident. Yvette is very passionate about leading dance classes at her local gym. With her disc herniations she can no longer participate in her favorite activities, which continues to have an extremely negative effect on her physical and mental wellbeing. As evidenced by her numerous significant injuries, Yvette Davis has a long road to recovery ahead of her.

3391 Peachtree Rd NE, Suite 110, Atlanta, Georgia 30326 -Telephone: (404) 418-6007-Fax: (678) 799-7703

| **MEDICAL PROVIDERS** | **CHARGES** |
|---|---|
| Comprehensive Spine and Pain | $27,345.40 |
| Advanced Imaging Centers | $4,450.00 |
| Utley Chiropractic and Wellness Center | $3,215.00 |
| Perimeter Anesthesia | $2,450.00 |
| **TOTAL TO DATE** | **$37,460.40** |

### Legal Damages - Iszreal Davis

Iszreal Davis started to experience neck and lower back pain after the collision. On November 22, 2021 he started treatment with Comprehensive Spine and Pain. The provider noted that Iszreal attempted extensive conservative management of his injury, but that the pain continued to get worse. The provider noted that Iszreal was having difficulty standing, sitting, sleeping, and grooming himself. His cervical pain was rated a 6 out of 10, and the pain was radiating into his upper extremities. Comprehensive Spine and Pain ordered a cervical MRI to further evaluate the injury.

With the Thanksgiving holiday, Iszreal had a difficult time finding an open appointment with his next providers. The next open appointment for a MRI was December 14, 2021, and Utley Chiropractic was not able to schedule him until December 20, 2021. Instead of enjoying the holiday with his loved ones, Iszreal was suffering in pain and frustrated that his mother could not find him treatment sooner.

Iszreal underwent a cervical MRI with Advanced Imaging Centers on December 14, 2022. The diagnostic found that Iszreal had lost the normal lordotic curvature of his spine. The cervical MRI found disc bulges impressing the thecal sac at C4-5 and C6-7. A disc herniation was found at C3-4. The herniation is indenting the thecal sac and encroaches into the right neural foramen, and there is neural foraminal stenosis. This is a serious permanent injury, and at only 14 years of age Iszreal has a lifetime of suffering ahead of him.

Iszreal was able to start chiropractic treatment with Utley Chiropractic and Wellness Center on December 20, 2022. Iszreal described to the provider how the impact caused his head to hit the headrest. He said the impact stunned him and he immediately felt discomfort. The provider documented he was suffering from headaches, neck pain, lower back pain, pain between

the shoulder blades, and muscle spasms. The provider diagnosed him with headaches, cervicalgia, myalgia, segmental and somatic dysfunction, and pain in the cervical, thoracic, lumbar, and pelvic regions. Iszreal continued to treat with this provider through February 15, 2022.

With the Christmas and New Year holiday season, Iszreal once again experienced issues scheduling his next treatment. He was not able to follow up with Comprehensive Spine and Pain until January 24, 2022. The provider reviewed the MRI findings, and correlated them to the motor vehicle collision. Iszreal's pain levels had increased from a 6 to a 7 out of 10.

On February 18, 2022, after weeks of continued pain, the provider administered a cervical epidural steroid injection. This was a serious surgical procedure and it required anesthesia. Iszreal continued treatment with this provider through February 28, 2022.

Iszreal was an aspiring youth football player with a bright future ahead of him prior to this accident. Iszreal had played throughout middle school and during his freshman year of high school. He was a talented student-athlete, and his hard work had earned him a position on the high school football team as premiere defensive starter. His talents allowed him to play multiple positions on defense, and he was looking forward to continuing his football career into his sophomore year. With continued progression in high school, Iszreal was headed toward a college football scholarship. This would have opened the door to an education that his family would not have otherwise been able to afford. With a college degree Iszreal would have increased job opportunities, and with a successful college football career he would have an opportunity to be drafted into the National Football League (NFL).

Yvette was concerned about her son's injuries, and his ability to safely play football after the accident. Iszreal was taken to Urgent Care 24/7 and Affiliates on September 2, 2022 for evaluation. Dr. Jerry Williams was considerate of Yvette's financial hardships, and he evaluated Iszreal at no charge. The provider noted that with cervical herniations Iszreal would not be allowed to play contact sports of any kind. They asked the provider if Iszreal would be able to play football in the future, and he explained that a cervical herniation is a permanent injury so he will not be cleared in future. The provider explained that if he were to play with cervical herniations, he would be at an extremely high risk for a paralyzing neck injury.

The permanent injuries sustained in this loss have ended Iszreal's football career, and without a scholarship he will not be able to afford a college education. This news has understandably devastated Iszreal. All of his friends are highly involved in the high school football program, and now he feels he is being left behind. Yvette has explained that her son is now in a deep depression. The once joyful student-athlete is now a shell of his former self, and

his mother has witnessed him crying uncontrollably on multiple occasions. Yvette is currently looking into therapy, and is concerned that her son may need antidepressant medication. Yvette had sacrificed much of her time and finances over the years to enable Iszreal's football success, and now it is all for nothing.

| MEDICAL PROVIDERS | CHARGES |
|---|---|
| Comprehensive Spine and Pain | $10,886.30 |
| Advanced Imaging Centers | $2,225.00 |
| Utley Chiropractic and Wellness Center | $2,320.00 |
| Perimeter Anesthesia | $2,100.00 |
| Urgent Care 24/7 and Affiliates | N/A |
| **TOTAL TO DATE** | **$17,531.30** |

## Material Terms of Settlement

Pursuant to <u>OCGA 9-11-67.1</u> and on behalf of Yvette Davis and Iszreal Davis, we are providing a reasonable opportunity to settle the claims against your insureds under the following terms:

You have 30 days from your receipt of this offer to provide notice of your acceptance. The 30-day period shall be conclusively established by the green return-receipt-requested postcard provided by the US postal service or the date provided to us by the statutory overnight delivery service.

If we do not actually receive a timely acceptance, this offer will be deemed rejected, and we will file a lawsuit against your insureds to recover the total amount of losses caused by your insured, instead of the limited amount afforded by your coverage and other coverage that may be available.

Payment in the amount of **$250,000.00** must be made payable to Yvette Davis and The Angell Law Firm, LLC within forty (40) days after your receipt of this offer to settle.

Payment in the amount of **$250,000.00** must be made payable to Yvette Davis as parent of minor Iszreal Davis and The Angell Law Firm, LLC within forty (40) days after your receipt of this offer to settle.

Caleb Clem, United Rentals, Inc., and ACE American Insurance Company will be released from liability subject to a mutually agreeable release. The claims released by accepting this offer are all claims against your above-referenced insureds.

This firm's Tax Identification Number is: 27-2786787. We will be happy to provide a signed W-9 upon your request, but your request does not extend any time limits under this offer.

Based upon the foregoing and considering the injuries and damages sustained by our clients and the clear liability on the part of your clients, we are confident that a jury would return a verdict in excess of $250,000.00 for Yvette Davis, and a verdict in excess of $250,000.00 for Iszreal Davis. Thus, this offer to settle all claims against your clients for Yvette Davis and Iszreal Davis each in the amount of $250,000.00 is reasonable and prevents ACE American Insurance Company from exposing its insured's assets to personal liability for damages which will likely exceed those policy limits.

Once you have reviewed your file, please contact Kyle Kimler at (404) 418-6007 or email him at kyle@atlantalawyer.com. Should you have any questions regarding our client's claim, the material we have provided in this package, or if you need anything in addition to what is enclosed, please contact our office immediately. Otherwise, we look forward to hearing from you regarding this matter within thirty (30) days from your receipt of this letter.

***Please forward a copy of this letter to your insured.***

Sincerely yours,

Robert L. Poston, Esq.