# Exhibit C



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **UNITED RENTALS (NORTH AMERICA), INC.** | Control Number: | **12039119** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **100 FIRST STAMFORD PLACE, SUITE 700, STAMFORD, CT, 06902, USA** | Date of Formation / Registration Date: | **5/4/2012** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| JOLI L GROSS | Secretary | 100 FIRST STAMFORD PLACE, SUITE 700, STAMFORD, CT, 06902, USA |
| MATTHEW J. FLANNERY | CEO | 100 FIRST STAMFORD PLACE, SUITE 700, STAMFORD, CT, 06902, USA |
| WILLIAM TED GRACE | CFO | 100 FIRST STAMFORD PLACE, SUITE 700, STAMFORD, CT, 06902, USA |

Back

Filing History        Name History

Return to Business Search