IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE DAVIS, INDIVIDUALLY and as PARENT and NATURAL GUARDIAN OF ISZREAL DAVIS, a MINOR,<br><br>Plaintiffs,<br><br>vs.<br><br>CALEB CLEM and UNITED RENTALS (NORTH AMERICA), INC.,<br><br>Defendants. | Civil Action No. _____ |

## DEFENDANTS CALEB CLEM AND UNITED RENTALS (NORTH AMERICA), INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Defendants Caleb Clem and United Rentals (North America), Inc. ("United") (collectively, "Defendants"), by and through the undersigned counsel, file this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for a party to this action certifies that, to the knowledge of Defendants, the following is a full and complete list of all

parties in this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of the party:

    a.    Plaintiff Yvette Davis (individually);

    b.    Plaintiff Yvette Davis (as parent and natural guardian of Iszrael Davis, a minor);

    c.    Defendant Caleb Clem;

    d.    Defendant United Rentals (North America), Inc.; and

    e.    United Rentals, Inc., parent company of Defendant United Rentals (North America), Inc. and publicly-held corporation.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Defendants in this proceeding:

Lauren S. Byrne
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (facsimile)

*[Signature on following page]*

Respectfully submitted this 10th day of February, 2023.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Lauren S. Byrne*
Lauren S. Byrne
Georgia Bar No. 220271
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-332-6000 (tel.)
404-322-6050 (fax)
lauren.byrne@nelsonmullins.com
***Attorney for Defendants Caleb Clem and United Rentals (North America), Inc.***

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023, I electronically filed the foregoing ***Defendants Caleb Clem and United Rentals (North America), Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

>Robert L. Poston, Esq.
>Bryce C. Angell, Esq.
>THE ANGELL LAW FIRM, LLC
>3391 Peachtree Road NE, Suite 110
>Atlanta, GA 30326
>ecf@atlantalawyer.com
>***Attorneys for Plaintiffs***

This 10th day of February, 2023.

>**NELSON MULLINS RILEY & SCARBOROUGH LLP**
>
>*Lauren S. Byrne*
>Lauren S. Byrne
>Georgia Bar No. 220271
>201 17th Street NW, Suite 1700
>Atlanta, GA 30363
>404-332-6000 (tel.)
>404-322-6050 (fax)
>lauren.byrne@nelsonmullins.com
>***Attorney for Defendants Caleb Clem and United Rentals (North America), Inc.***