IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH EDWARD KIRKLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

COMPLAINT

1. Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g) via 42 U.S.C §1383(c)(3) of an adverse decision dated September 19, 2022 of the defendant which became final on December 16, 2022, and bears the following caption:

    **In the case of:**      **Claim for**:
    **Keith Edward Kirkland**      **Supplemental Security Income**
    **(Claimant)**      **BNC # 21MV342G62754**
    **SSN XXX-XX-5520**

2. Plaintiff is a resident of Stephens County, Toccoa, GA.

WHEREFORE, Plaintiff seeks a judgment for such relief as may be proper, including costs and attorney's fees. Specifically, Plaintiff requests that this case be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g).

    /s/ Ashish A. Agrawal
    Ashish A. Agrawal, Esquire
    GA Bar No. 165022
    Chermol & Fishman, LLC
    11450 Bustleton Avenue
    Philadelphia, PA 19116-2809
    Telephone: (215) 464-7200
    FAX: (215) 464-7224
    E-mail: ashish@ssihelp.us
    Attorney for Plaintiff

*This complaint is written in conformity with the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405 (g), Rule 1, effective December 1, 2022.*