IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HERI AUM, LLC, d/b/a<br>FAIRFIELD, INN AND SUITES,<br><br>  Plaintiffs,<br><br>v.<br><br>HOME-OWNERS INSURANCE<br>COMPANY,<br>a foreign corporation,<br><br>  Defendant. | )<br>)<br>)<br>)  CIVIL FILE<br>)<br>)  ACTION NO.<br>)<br>)<br>)<br>)<br>)<br>) |

## **CERTIFICATE**

I hereby certify that I am counsel for Defendant Home-Owners Insurance Company in the above-styled proceeding and this day have filed a copy of the **Notice of Removal**, including **Notice of Filing Removal**, in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 10th day of February, 2023.

              **SWIFT, CURRIE, McGHEE & HIERS, LLP**

              */s/ Brittney A. Sizemore*
              Jessica M. Phillips
              Georgia Bar No. 922902
              Brittney A. Sizemore
              Georgia Bar No. 332873

*Attorneys for Defendant Home-Owners Insurance Company*

1420 Peachtree Street, NE  
Suite 800  
Atlanta, GA   30309  
Tel:   (404) 874-8800  
Fax:   (404) 888-6199  
jessica.phillips@swiftcurrie.com  
brittney.sizemore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have electronically filed and served the foregoing *Certificate* *with* the Clerk of Court via the CM/ECF e-filing system which will automatically send e-mail notification and service of such filing to counsel of record as follows:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
Remington@lawhuggins.com
mdturner@lawhuggins.com
*Counsel for Plaintiff*

This 10th day of February, 2023.

           **SWIFT, CURRIE, McGHEE & HIERS, LLP**

           */s/ Brittney A. Sizemore*
           Jessica M. Phillips
           Georgia Bar No. 922902
           Brittney A. Sizemore
           Georgia Bar No. 332873
           *Attorneys for Defendant Home-Owners*
           *Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
Tel:   (404) 874-8800
Fax:   (404) 888-6199
jessica.phillips@swiftcurrie.com
brittney.sizemore@swiftcurrie.com
4876-9923-1822, v. 1