## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ) | Civ. No. |
| ) | |
| ) | |
| JI SU CHOI and ) | |
| CHO KYUNG KIM ) | COMPLAINT TO COMPEL |
| ) | AGENCY ACTION UNDER |
| Plaintiffs ) | 28 U.S.C § 1361 AND 5 U.S.C. |
| ) | §§ 555(b), 701(1), AND FOR |
| v. ) | A WRIT OF MANDAMUS TO |
| ) | COMPEL DEFENDANTS' |
| UR M. JADDOU, Director of U.S. ) | ADJUDICATION OF FORMS I-485 |
| Citizenship and Immigration Services ) | ADJUSTMENT OF STATUS |
| ) | APPLICATION |
| ) | |
| ) | Agency No. A216-366-182 |
| ) | Agency No. A214-609-807 |
| Defendant. ) | |
| ) | |

## LIST OF EXHIBITS

Exhibit A          Principal Plaintiff's passport biographical page;

Exhibit B          Receipt Notices for Form, I-485, Application for Adjustment of Status, for

Plaintiffs;

Exhibit C          Principal Plaintiff's Approval Notice for Form, I-140, Immigrant Petition

for Immigrant Worker;

Exhibit D          Principal Plaintiff's Employment Authorization Document;

Exhibit E          USCIS.gov Case Processing Times report for I-485s at Texas Service

Center as of February 13, 2023;

Exhibit F          Historical national median processing time (in months) for all USCIS

offices for fiscal year 2013 to 2022, printed on February 13, 2023;

Exhibit G                February 2023 Visa Bulletin.


Respectfully submitted this 13th day of February, 2023,

_____/s/_____
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiff*