

대한민국 REPUBLIC OF KOREA

여권 PASSPORT

종류/Type: PM
발행국/Issuing country: KOR
여권번호/Passport No.: M17815211

성/Surname: CHOI
이름/Given names: JI SU
국적/Nationality: REPUBLIC OF KOREA
생년월일/Date of birth: 
성별/Sex: M
발급일/Date of issue: 30 NOV 2011
기간만료일/Date of expiry: 30 NOV 2021

주민등록번호/Personal No.: 1041415
발행관청/Authority: MINISTRY OF FOREIGN AFFAIRS AND TRADE
한글성명: 최지수

This passport is valid for all countries unless otherwise endorsed.

Signature of bearer

PMKORCHOI<<JI<SU<<<<<<<<<<<<<<<<<<<<<<<<<<<<
M17815211<6KOR6512286M2111304<041415V12869234