USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

## Select your form, form category, and the office that is processing your case

Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.

**Form ***

I-485 | Application to Register Permanent Residence or Adjust Status

**Form Category ***

Employment-based adjustment applications

**Field Office or Service Center ***

Texas Service Center

Get processing time



## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Texas Service Center



**80% of cases are completed within**

**31.5**

Months

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track the status of an immigration application, petition, or request.

### ⓘ Notes

We understand that it can be disconcerting when the processing times on our website, especially at the Texas Service Center and Nebraska Service Center, seem to get longer as the end of this fiscal year approaches. Please rest assured that this is mostly a function of USCIS moving work from these service centers to the National Benefits Center, leaving behind smaller numbers with a higher proportion of outliers in terms of processing time. We want to emphasize that in order to attempt to use all of the employment-based visas available in FY 2022, USCIS is identifying and prioritizing the adjudication of all employment-based adjustment of status applications with available visas and approved underlying petitions, wherever they are in the process.For more information, please go to: https://www.uscis.gov/green-card/green-card-processes-and-procedures/fiscal-year-2022-employment-based-adjustment-of-status-faqs

### ⓘ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

### ⓘ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

mm / dd / yyyy 📅          **Get Inquiry Date**

## Other case processing times resources

**Reducing Processing Backlogs (./reducing-processing-backlogs)**

**Frequently Asked Questions About Processing Times (./processing-times-faqs)**

**When to expect to receive your Green Card (./expect-green-card)**

**Processing information for the I-765 (./i765)**

**Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)**

**Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)**

**International Offices (./international-operations-office)**

**Historical Average Processing Times (./historic-pt)**

**Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)**

## Case management tools

**Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)**

**Check your case status (https://egov.uscis.gov/casestatus/landing.do)**

**Update your mailing address (https://egov.uscis.gov/coa/)**

**Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)**

**Correct a typographical error (https://egov.uscis.gov/e-request/displayTypoForm.do?entryPoint=init&sroPageType=typoError)**

**Request appointment accommodations (https://egov.uscis.gov/e-request/displayAccomForm.do?entryPoint=init&sroPageType=accommodations)**

### Feedback

Let us know what you think about our redesigned Processing Times webpage at **ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov)**. (Please do

not submit case-specific inquiries).

Return to top

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/newsroom)**

**Citizenship (https://www.uscis.gov/citizenship)**

**Green Card (https://www.uscis.gov/green-card)**

**Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**

(https://www.facebook.com/uscis) (https://twitter.com/uscis) (https://www.youtube.com/uscis) (https://www.instagram.com/uscis/) (https://www.linkedin.com/company/uscis) (https://public.govdelivery.com/accounts/USDHSCIS/subscriber)

# Contact USCIS (https://www.uscis.gov/about-us/contact-us)

(https://www.dhs.gov)

USCIS.gov

**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

About USCIS (https://www.uscis.gov/about-us)

Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)

Accessibility (https://www.uscis.gov/website-policies/accessibility)

DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act (https://www.uscis.gov/records/request-records-through-the-freedom-of-information-act-or-privacy-act)

No FEAR Act Data (https://www.uscis.gov/about-us/equal-employment-opportunity/equal-employment-opportunity-data-posted-pursuant-to-the-no-fear-act)

Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map (https://www.uscis.gov/sitemap)

Office of the Inspector General (https://www.oig.dhs.gov)

The White House (https://www.whitehouse)

USA.gov (https://www.usa.gov/)