```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

Hanaa Qasim                         \*
                                    \*
    Plaintiff,             \*
                                    \*
                                    \*
vs.                                 \*      CIVIL ACTION
                                    \*      FILE NO.
                                    \*
Kilolo Kijakazi                     \*
Commissioner of Social              \*
Security,                           \*
                                    \*
                                    \*
    Defendant.             \*
                                    \*


## APPLICATION TO PROCEED IN FORMA PAUPERIS

Comes now Hanaa Qasim, Plaintiff in the above-styled action, and presents the Court this application to proceed in forma pauperis, as provided in 28 U.S.C. Section 1915(a).

Plaintiff has made an affidavit, attached to this application, to the effect that:

1.  Plaintiff is without funds to pay the fees and costs in this cause; and

2.  Plaintiff's action is meritorious and she is entitled to redress.

**WHEREFORE**, Plaintiff prays that this Court allow her to proceed in forma pauperis.

      Respectfully Submitted,

      /s/ Jeffrey Flynn

      Jeffrey Flynn
      Attorney for Plaintiff

1447 Peachtree St. N.E.
Suite 402
Atlanta, Georgia 30309
(404)881-1700
Georgia Bar No. 266552