**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Hanaa Qasim | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | CIVIL ACTION |
| | * | FILE NO. |
| | * | |
| Kilolo Kijakazi | * | |
| Commissioner of Social | * | |
| Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

## O R D E R

This application to proceed in forma pauperis with accompanying affidavit having been read and considered,

IT IS HEREBY ORDERED that this action be allowed to proceed in forma pauperis without payment of filing fees, service costs or any costs of court as it appears that Plaintiff is without sufficient funds to pay the fees and costs of this action and still provide for the necessities of life. Plaintiff will provide service on the defendant.

This _____ day of _____, 2023

_____
UNITED STATES MAGISTRATE JUDGE

/s/ Jeffrey Flynn
Presented by
Jeffrey Flynn