cyberdriveillinois.com is now ilsos.gov



Office of the Secretary of State
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 60141673 |
| Entity Name | BJT EXPRESS INC. |
| Status | ACTIVE |

## Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
DOMESTIC BCA

**Incorporation Date (Domestic)**
Wednesday, 23 September 1998

**State**
ILLINOIS

**Duration Date**
PERPETUAL

## Agent Information

**Name**

ALEXANDER R DOMANSKIS

Address
ONE N FRANKLIN ST, #1200
CHICAGO , IL 60606

Change Date
Tuesday, 3 May 2016

## Annual Report

Filing Date
Tuesday, 30 August 2022

For Year
2022

## Officers

President
Name & Address
DARIUS SRIUBAS 2202 W 166TH ST. MARKHAM, IL 60428

Secretary
Name & Address
SAME

## Assumed Name

ACTIVE
BULLPEN EXPRESS INC.

## Old Corp Name

11/01/2017
BJT EXPRESS, INC.

02/09/2018
BULLPEN EXPRESS INC.

[Return to Search]

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.   Wed Feb 08 2023