Corporation/LLC Search/Certificate of Good Standing

cyberdriveillinois.com is now ilsos.gov



# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 63063258 |
| Entity Name | ARKA EXPRESS INC. |
| Status | |
| ACTIVE | |

### Entity Information

| | |
|---|---|
| Entity Type | |
| CORPORATION | |
| Type of Corp | |
| DOMESTIC BCA | |
| Incorporation Date (Domestic) | |
| Tuesday, 26 August 2003 | |
| State | |
| ILLINOIS | |
| Duration Date | |
| PERPETUAL | |

### Agent Information

Name

ALEXANDER R DOMANSKIS

Address
ONE NORTH FRANKLIN ST #1200
CHICAGO , IL 60606

Change Date
Friday, 24 January 2020

## Annual Report

Filing Date
Wednesday, 13 July 2022

For Year
2022

## Officers

President
Name & Address
ARNOLD KOZYS, 2202 W 166TH ST. MARKHAM IL 60428

Secretary
Name & Address
DARIUS SRIUBAS, 2202 W 166TH ST. MARKHAM IL 60428

Return to Search

File Annual Report
 Adopting Assumed Name
 Articles of Amendment Effecting A Name Change
 Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.                    Wed Feb 08 2023

https://apps.ilsos.gov/corporatellc/CorporateLlcController                                                                                                                    2/2