# Aleksandra Mitchell

| | |
|---|---|
| **From:** | Johnquel Neal <johnquel.neal@witheritelaw.com> |
| **Sent:** | Wednesday, February 8, 2023 1:26 PM |
| **To:** | Shawn Kalfus |
| **Cc:** | Alisa Clowdus; Aleksandra Mitchell; Matt Stone; Savannah Williams |
| **Subject:** | Re: [External]Re: Lorena Wise |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Shawn,

Yes we are unable to stipulate to cap damages at $75,000. We are amenable to a stipulation for more time to answer.

Thanks,

Get Outlook for iOS

---

**From:** Shawn Kalfus <shawn.kalfus@stonekalfus.com>
**Sent:** Wednesday, February 8, 2023 1:07:50 PM
**To:** Johnquel Neal <johnquel.neal@witheritelaw.com>
**Cc:** Alisa Clowdus <alisa.clowdus@stonekalfus.com>; Aleksandra Mitchell <alex.mitchell@stonekalfus.com>; Matt Stone <matt.stone@stonekalfus.com>; Savannah Williams <savannah.williams@witheritelaw.com>
**Subject:** [External]Re: Lorena Wise

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Johnquel, it was nice talking to you earlier. To confirm our conversation, your client does not agree cap her damages at $75,000 as mentioned below.

Thanks

Shawn

> On Feb 7, 2023, at 12:47 PM, Shawn Kalfus <shawn.kalfus@stonekalfus.com> wrote:
>
> Johnquel,
>
> There is diversity of citizenship between the parties in this lawsuit, so we plan to remove it to federal court unless your client is willing to stipulate that she will not seek or accept in excess of $75,000 in damages in this case or any future case stemming from the same accident. Your last demand was $349,000, so it appears your client is seeking more than $75,000, but please confirm.
>
> Thanks
>
> <image001.jpg>
> SHAWN N. KALFUS

1

S????? K?????? llp

A?????? | L?? A??????? | S?? D????

O?? M??????? P????, 1360 P???????? S????? NE,  S???? 1250, A??????, GA 30309
D: 404.736.2603  |  M: 404.734.5269  |  F: 877.736.2601
vC???  |  ???.S????K??????.???

This message is directed to and for the use of the intended recipients only and its contents may be privileged or confidential.  If the reader of this message is not the intended recipient, any distribution, dissemination, or copy of this message is prohibited.  If you received this message in error, please immediately notify the sender and delete it.  This message is not intended to and does not constitute an electronic signature or agreement of any kind.