# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC OPPONG,<br>　　　Plaintiff,<br><br>v.<br><br>ROBERT E. SEALS, PCF TRANSPORTATION, LLC, AND TRAVELERS INDEMNITY COMPANY,<br><br>　　　Defendants. | CIVIL ACTION FILE<br>NO. _____<br><br><br><br>*Jury Trial Demanded* |

## DEFENDANTS' NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COME NOW, **DEFENDANTS**, and file the following Notice of Removal to the United States District Court, showing the Court as follows:

1.　　Plaintiff Isaac Oppong (hereinafter "Plaintiff"), a Georgia resident and citizen, filed this action in the State Court of Clayton County, on January 10, 2023, against Robert E. Seals, PCF Transportation, LLC, and Travelers Indemnity Company. That action is designated there as Civil Action File No.: 2023CV00060.

1

A true and correct copy of the Complaint is included in the State Court file attached as Ex. A.

2. Plaintiff's Complaint, *inter alia,* alleges that Defendants are liable to Plaintiff for negligently causing Plaintiff's injuries that were sustained from an accident which occurred on February 24, 2022. (*See* Ex. A, ¶¶ 17-19).

3. Plaintiff is a Georgia resident and, thus, a citizen of Georgia. *See Gilbert v. David*, 235 U.S. 561, 569 (1915)("If a person is domiciled in [a particular state], he is a citizen of that state within the meaning of the Judicial Code."). *See also* Ex. A, ¶ 1.

4. Defendant PCF Transportation, LLC is now and was at the commencement of Civil Action File No.: 2023CV00060, and at all times since, has been a foreign company organized and existing under the laws of the State of Alabama with its principal place of business in Alabama. (*See* Alabama Secretary of State Records, attached hereto as Ex. B). Defendant PCF Transportation, LLC is a citizen of Alabama.

5. Defendant Travelers Indemnity Company, is now and was at the commencement of Civil Action File No.: 2023CV00060, and at all times since has been a foreign company organized and existing under the laws of the State of Connecticut with its principal place of business in Connecticut. (*See* Georgia Secretary

of State Records, attached hereto as Ex. C). Defendant Travelers Indemnity Company, Inc. is a citizen of Connecticut.

6. Defendant Robert E. Seals was at the commencement of Civil Action File No.: 2023CV00060, and at all times since, has been a citizen of the State of Alabama. (*See* Ex. A, ¶ 2; Ex. D – Police report). *See also*, *Gilbert v. David*, 235 U.S. 561, 569 (1915).

7. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq. There is complete diversity among Plaintiff and the identified, named Defendants, the Parties were not residents of the same state at the time of filing of the Complaint, and the amount in controversy exceeds $75,000, exclusive of interest and costs, as statutorily required. *See* 28 USC §§ 1332 and 1441 et seq.

8. Defendants file herewith a copy of all process, pleadings, and orders received by Defendants in Civil Action File No.: 2023CV00060, pursuant to 28 USC §1446, including a copy of the Summons and Complaint in State Court of Clayton County, State of Georgia, marked as Ex. A.

9. Defendants attach hereto a copy of Defendants' Notice of Removal which has been sent for filing in the State Court of Clayton County, State of Georgia, marked as Ex. E.

10. Defendant attaches hereto a copy of Defendants' Brief in Support of Notice of Removal, marked as Ex. F.

11. All Defendants agree to this removal.

Respectfully submitted this 13th day of February 2023.

<div style="text-align: right;">

**HALL BOOTH SMITH, P.C.**

*/s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
WHITNEY L. GIBBS
Georgia State Bar No. 455827
*Counsel for Defendants*

</div>

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

<div style="text-align: center;">

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

</div>

| | |
|---|---|
| ISAAC OPPONG,<br>    Plaintiff,<br><br>v.<br><br>ROBERT E. SEALS, PCF TRANSPORTATION, LLC, AND TRAVELERS INDEMNITY COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE NO. _____<br><br><br><br>*Jury Trial Demanded* |

<div style="text-align: center;">

**CERTIFICATE OF COMPLIANCE**

</div>

The foregoing ***DEFENDANTS' NOTICE OF REMOVAL*** is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this 13th day of February 2023.

                                              **HALL BOOTH SMITH, P.C.**

                                              */s/ Sandro Stojanovic*
                                              SCOTT H. MOULTON
                                              Georgia State Bar No. 974237
                                              SANDRO STOJANOVIC
                                              Georgia State Bar No. 473114
                                              WHITNEY L. GIBBS

Georgia State Bar No. 455827
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303-1775
T: 404.954.5000
F: 404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ISAAC OPPONG,<br>    Plaintiff,<br><br>v.<br><br>ROBERT E. SEALS, PCF TRANSPORTATION, LLC, AND TRAVELERS INDEMNITY COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE NO. _____<br><br><br><br>*Jury Trial Demanded* |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL** upon all parties to this matter by depositing same in the U.S. Mail and/or via e-file and serve as required by law:

<div align="center">
Enrique Ramos, Esq.
The Dixon Firm
4751 Best Road, Suite 272
Atlanta, Georgia 30337
enrique@dixonfirm.com
Counsel for Plaintiff
</div>

This 13th day of February 2023.

                **HALL BOOTH SMITH, P.C.**

                */s/ Sandro Stojanovic*
                SCOTT H. MOULTON
                Georgia State Bar No. 974237
                SANDRO STOJANOVIC
                Georgia State Bar No. 473114
                WHITNEY L. GIBBS
                Georgia State Bar No. 455827
                *Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com