Alabama Secretary of State

| | |
|---|---|
| **PCF TRANSPORTATION LLC** ||
| Entity ID Number | 000 - 522 - 650 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | Not Provided |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Jefferson County |
| Formation Date | 06/26/2018 |
| Registered Agent Name | FOSTER, PHILLIP J |
| Registered Office Street Address | 1220 3RD STREET WEST BIRMINGHAM, AL 35204 |
| Registered Office Mailing Address | 1220 3RD STREET WEST BIRMINGHAM, AL 35204 |
| Nature of Business | |
| **Organizers** ||
| Organizer Name | FOSTER, PHILLIP J |
| Organizer Street Address | 1220 3RD STREET WEST BIRMINGHAM, AL 35204 |
| Organizer Mailing Address | 1220 3RD STREET WEST BIRMINGHAM, AL 35204 |
| **Transactions** ||
| Transaction Date | 06/29/2018 |
| Miscellaneous Filing Entry | New Entity Effective 07-01-2018 23:59 |
| **Scanned Documents** ||
| Purchase Document Copies ||

| PCF TRANSPORTATION LLC ||
|---|---|
| Document Date / Type / Pages | 06/29/2018    Certificate of Formation    4 pgs. |
|  ||

Browse Results    New Search