

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **THE TRAVELERS INDEMNITY COMPANY** | Control Number: | **H860660** |
| Business Type: | **Foreign Insurance Company** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **ONE TOWER SQUARE, HARTFORD, CT, 06183-0001, USA** | Date of Formation / Registration Date: | **11/3/1938** |
| Jurisdiction: | **Connecticut** | Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| DANIEL S FREY | CFO | ONE TOWER SQUARE, HARTFORD, CT, 06183, USA |
| NICHOLAS SEMINARA | CEO | ONE TOWER SQUARE, HARTFORD, CT, 06183, USA |
| WENDY C. SKJERVEN | Secretary | 385 WASHINGTON STREET, ST PAUL, MN, 55102, USA |

Back        Filing History        Name History

Return to Business Search