WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code |

PROPERTY DAMAGE INFORMATION

Owner

Damage Other Than Vehicle:

**DIAGRAM**

South Lake

Unit 2

Unit 1

Battle Creek RD

Not To Scale

N

**COLLISION FIELDS**

| Manner of Collision: Angle | Location at Area or Impact: In Intersection | Weather: Clear | Surface Condition: Dry | Light Condition: Daylight |

**NARRATIVE**

Driver 1 stated he was turning right off of Battle creek rd onto South lake Pkwy. Driver 1 stated Vehicle 2 went past his vehicle as he was making a right and thats when vehicle 2 hit him. Driver 1 stated vehicle 1 was not stopped at the red light when no one was at the light when he started to make the left. Driver 1 stated the back of his trailer was in the right lane.

Driver 2 stated he was stopped at the red light on Battle creek facing west bound when vehicle 1 started to turn right and hit the front right side of his vehicle Driver 2 stated he was stopped at the red light an vehicle. Driver 2 stated he turned from the left turning lane.

I observed damage to the front left side of vehicle 2 and damage to the right center of vehicle 1. No injuries were reported. Vehicle 2 was impounded by Tara Wrecker. Based on the damages on the vehicle and driver 1 stating driver 2 past his as he was giving a citation for improper right turn. A case number was issued, nothing further.

Page 2 of 3