# IN THE STATE COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ISSAC OPPONG,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROBERT E. SEALS, PCF TRANSPORTATION, LLC, AND TRAVELERS INDEMNITY COMPANY,<br><br>　　　Defendants. | CIVIL ACTION FILE<br>NO. 2023CV00060<br><br><br><br>*Jury Trial Demanded* |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

COME NOW, Defendants **ROBERT E. SEALS, PCF TRANSPORTATION, LLC,** and **TRAVELERS INDEMNITY COMPANY**, (collectively "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.　Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Ex. "A."

2.　As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq*.

Respectfully submitted this 13th day of February 2023.

**HALL BOOTH SMITH, P.C.**

　_/s/ Sandro Stojanovic_
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
WHITNEY L. GIBBS
Georgia State Bar No. 455827
*Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000

1

F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ISSAC OPPONG,  Plaintiff,  v.  ROBERT E. SEALS; PCF TRANSPORTATION, LLC; AND TRAVELERS INDEMNITY COMPANY,  Defendants. | CIVIL ACTION FILE NO. 2023CV00060  *Jury Trial Demanded* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Enrique Ramos, Esq.
The Dixon Firm
4751 Best Road, Suite 272
Atlanta, Georgia 30337
enrique@dixonfirm.com
*Counsel for Plaintiff*

Respectfully submitted this 13th day of February 2023.

**HALL BOOTH SMITH, P.C.**

__/s/ Sandro Stojanovic_
SCOTT H. MOULTON

3

|  |  |
|---|---|
| | Georgia State Bar No. 974237 |
| | SANDRO STOJANOVIC |
| | Georgia State Bar No. 473114 |
| 191 Peachtree Street NE, Suite 2900 | WHITNEY L. GIBBS |
| Atlanta, GA  30303-1775 | Georgia State Bar No. 455827 |
| T:  404.954.5000 | *Counsel for Defendants* |
| F:  404.954.5020 | |
| smoulton@hallboothsmith.com | |
| sstojanovic@hallboothsmith.com | |

4