No. **22A04180**

**Date Summons Issued and E-Filed**

10/28/2022

/s/ Monica Gay

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
**GEORGIA, DEKALB COUNTY**

**SUMMONS**

**EXHIBIT "A"**

Belinda Holmes
_____

Plaintiff's name and address

**vs.**

[ ] **JURY**

Safeco Insurance Company

of Indiana

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:** Safeco Insurance Company of Indiana

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Max Compton

Name

25 Bull Street, Suite 400, Savannah, GA 31401

Address

912-443-1017                                                         380092

Phone Number                                                      Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____          _____
Defendant's Attorney                                          Third Party Attorney
_____          _____
Address                                                                  Address
_____          _____
Phone No.              Georgia Bar No.                   Phone No.              Georgia Bar No.

**TYPE OF SUIT**

☐ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☐(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

**STATE COURT OF**
**DEKALB COUNTY, GA.**
**10/28/2022 1:45 PM**
**E-FILED**
**BY: Monica Gay**