

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **BELINDA HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | **FILE NO: 22A04180** |
| | ) | |
| **SAFECO INSURANCE COMPANY** | ) | |
| **OF INDIANA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

COMES NOW, Plaintiff, Belinda Holmes and hereby sues Defendant, Safeco Insurance Company of Indiana, alleging as follows:

1. At all times relevant hereto, Plaintiff Belinda Holmes ("Plaintiff") owned the property and improvements thereon located at 2049 Gunstock Dr. Stone Mountain, Georgia 30087 (the "Property").

2. Safeco Insurance Company of Indiana ("Defendant") is a foreign corporation authorized to transact business in the State of Georgia. Defendant may be served with process at the office of its registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia, 30092.

3. Defendant is subject to the jurisdiction of this Court.

4. Venue is proper in this Court pursuant to O.C.G.A. § 33-4-1.

5. Defendant issued an insurance policy contract, given policy number OF2026700, to Plaintiff which provided coverage for the Property (the "Policy"). A copy of the Policy declarations page is attached hereto as Exhibit "A".

STATE COURT OF
DEKALB COUNTY, GA.
10/28/2022 1:45 PM
E-FILED
BY: Monica Gay

6. Plaintiff paid all premiums due under the Policy.

7. On October 29, 2020, the Property sustained direct physical loss and damage as a result of a tree falling onto the Property (the "Loss").

8. The Policy was in effect at the time of the Loss.

9. The Loss was a covered loss to covered property pursuant to the terms and conditions of the Policy.

10. Plaintiff complied with all applicable provisions of the Policy following the Loss.

11. Plaintiff performed all applicable conditions precedent following the Loss.

12. Defendant estimated the cost to repair the damage to the Property caused by the Loss at $44,068.06.

13. Defendant issued payment to Plaintiff in this amount less the $1,000 Policy deductible, and less $5,897.49 in recoverable depreciation.

14. Plaintiff disputes Defendant's estimate of the cost to repair the damage to the Property caused by the Loss.

15. Plaintiff contends that Defendant failed to make payment for the damage to the sunroom and the foundation of the Property caused by the Loss.

16. Plaintiff contends that she is entitled to additional payment from Defendant in an amount in excess of $75,000 for damage to the Property caused by the Loss.

## COUNT I – BREACH OF CONTRACT

17. Plaintiff incorporates and alleges by reference paragraphs 1-16 above as if the same were stated herein verbatim.

18. The Policy constitutes a contract between Plaintiff and Defendant.

19. The Loss resulted in accidental direct physical loss and damage to the Property.

20. Pursuant to the terms and conditions of the Policy, Defendant was obligated to make payment to Plaintiff for the full cost to repair all damage to the Property caused by the Loss.

21. Defendant failed to comply with its obligations under the Policy by failing to make payment to Plaintiff for the full amount of the covered damages arising out of the Loss.

22. Defendant's failure to make payment to Plaintiff as described herein and as required by the Policy constitutes a breach of contract, including, but not limited to, a breach of the Agreement and Loss Settlement provisions of the Policy.

23. As a result of Defendant's breach, Plaintiff sustained damages in an amount to be proven at trial.

### COUNT II - RECOVERY OF INTEREST UPON DAMAGES (O.C.G.A. § 13-6-13)

24. Plaintiff incorporates and alleges by reference paragraphs 1-23 above as if the same were stated herein verbatim.

25. Pursuant to O.C.G.A. § 13-6-13, Plaintiff is entitled to, and Defendant is liable for, interest upon Plaintiff's damages sustained as a result of Defendant's breach described herein.

**WHEREFORE**, Plaintiff prays:

    a. That process issue according to law;

    b. That Defendant be served with a copy of the Summons, Plaintiff's Complaint for Damages and Demand for Trial by Jury according to law;

    c. That Plaintiff be granted a **trial by jury** in this matter;

    d. That judgment be entered in favor of Plaintiff against Defendant for damages sustained as a result of Defendant's breach of contract identified herein in an amount to be determined by the enlightened conscience of an impartial jury;

    e.    That judgment be entered in favor of Plaintiff against Defendant for interest upon the Plaintiff's damages pursuant to O.C.G.A. § 13-13-6; and

    f.    That Plaintiff has such further relief as the Court deems necessary and proper.

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.**

Respectfully submitted, this 28th day of October, 2022.

        **MORGAN & MORGAN, PC**

        */s/ Max Compton*
        _____
        WILLIAM MAXWELL COMPTON
        Georgia Bar No. 380092
        Attorney for *Plaintiff*

25 Bull St., Suite 400
Savannah, GA 31401
(912) 443-1017 - Direct
(912) 443-1184 – Facsimile
MCompton@forthepeople.com

STATE COURT OF
DEKALB COUNTY, GA.
10/28/2022 1:45 PM
E-FILED
BY: Monica Gay

**Safeco Insurance**
A Liberty Mutual Company

**EXHIBIT A**

**SAFECO INSURANCE COMPANY OF INDIANA**
Home Office: 350 East 96th St, Indianapolis, IN 46240 (A stock insurance company.)

## HOMEOWNERS POLICY DECLARATIONS

**POLICY NUMBER:**
OF2026700

**POLICY PERIOD:  FROM:** MAY  20, 2020 12:01 A.M.
**TO:** MAY  20, 2021 12:01 A.M.

**NAMED INSURED AND MAILING ADDRESS:**
BELINDA HOLMES
2049 GUNSTOCK DR
STONE MOUNTAIN GA  30087-1620

**AGENT:**
COMPLETE INSURANCE SERVICE INC
5775 JIMMY CARTER BLVD STE 260
NORCROSS        GA   30071-2365

**Valued Homeowners Customer Since:** MAY  20, 2010

**INSURED LOCATION:**
Same

**POLICY SERVICE INFORMATION:**
**TELEPHONE:**  1-866-472-3326
**E-MAIL:**
**WEBSITE:** www.safeco.com

### IMPORTANT MESSAGES

- Your policy has renewed effective May 20, 2020.

**LIMITS OF LIABILITY**
(Policy Section I - Property Coverages and Section II - Liability Coverages)

| Coverage A — Dwelling | Coverage B — Other Structures | Coverage C — Personal Property | Coverage D — Additional Living Expense | Coverage E — Personal Liability | Coverage F — Medical Payments |
|---|---|---|---|---|---|
| $449,700 | $44,970 | $224,850 | $89,940 | $300,000 | $1,000 |

**DEDUCTIBLES.**
The following deductibles apply unless otherwise stated within the policy.
                                                                                               AMOUNT
   Section I - Property Coverages                                          $    1,000

                                                                                                          PREMIUM
BASIC COVERAGES                                                                        $    4,453.00
OTHER COVERAGES, LIMITS AND OPTIONAL COVERAGES      $        240.00
DISCOUNTS AND SURCHARGES                                                    $   -1,240.00

**TOTAL POLICY PREMIUM:**                                                             $    3,453.00

   Premium Payer:    Servicing Mortgagee

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
   $0.00 per installment for recurring automatic deduction (EFT)
   $0.00 per installment for recurring credit card or debit card
   $5.00 per installment for all other payment methods

   Servicing Mortgagee
      CHASE HOME FINANCE
      PO BOX 36520
      LOUISVILLE KY   40233



CONTINUED
Page 1 of 2

ORIGINAL
DATE PREPARED: APR. 12 2020

HOM-7000/EP 1/09
G3

**SAFECO INSURANCE COMPANY OF INDIANA**
**HOMEOWNERS POLICY DECLARATIONS**

                                    CONTINUED          POLICY NUMBER:  OF2026700

**POLICY LIMITS AND OTHER ADDITIONAL COVERAGES**
(Unless otherwise stated, all limits and coverages are included in basic coverages)
    COVERAGE LEVEL: OPTIMUM
SECTION I - PROPERTY COVERAGES
COVERAGE C - PERSONAL PROPERTY - 3. SPECIAL LIMITS OF LIABILITY

| | | | |
|---|---|---|---|
| a. Money, pre-paid cards... | $ 1,000 | h. Business Property | |
| b. Rare coins and currency... | $ 5,000 |     On Premises... | $ 3,000 |
| c. Securities, debit cards... | $ 5,000 |     Off Premises Sub-limit | $ 1,000 |
| d. Watercraft... | $ 3,000 | i. Tapes, records, discs... | $   500 |
| e. Trailers... | $ 3,000 | j. Theft of rugs... | $ 10,000 |
| f. Theft of jewelry, watches... | $ 5,000 | k. Grave Markers... | $ 5,000 |
| g. Theft of silverware... | $ 5,000 | | |

| OTHER INCLUDED COVERAGES/POLICY PROVISIONS | Limit | Premium |
|---|---|---|
| Loss Assessment Coverage | $ 5,000 | Included |
| Building Ordinance or Law Coverage ( 10%) | $ 44,970 | Included |
| Refrigerated Spoilage Coverage | | Included |
| Fungi, Wet or Dry Rot, or Bacteria | $ 10,000 | Included |
| Reasonable Repairs | $ 5,000 | Included |
| Fire Department Service Charge | $ 5,000 | Included |
| Land Stabilization | $ 10,000 | Included |
| Arson Reward | $ 25,000 | Included |
| Criminal Conviction Reward - Item a. Information | $ 2,500 | Included |
| Criminal Conviction Reward - Item b. Property Recovery | $ 5,000 | Included |
| Credit Card, Fund Transfer, Forgery & Counterfeit Money | $ 5,000 | Included |
| Volunteer America | | Included |
|     Section I (All Perils Coverage) | | Included |
|     Section II - Liability Coverage | | Included |
|     Section II - Property Damage | $ 2,000 | Included |

| OPTIONAL COVERAGES | Limit | Premium |
|---|---|---|
| Personal Property Replacement Cost | | Included |
| Extended Dwelling Coverage | Up to 50% | Included |
| Personal Offense Coverage | $ 300,000 | $     8.00 |
| Escape of Water from Sump (Building/Contents) | $ 50,000 | $   196.00 |
| Identity Recovery Coverage | $ 25,000 | $    12.00 |
| Equipment Breakdown Coverage | $ 50,000 | $    24.00 |

| DISCOUNTS AND SURCHARGES | Premium |
|---|---|
| Package Auto Discount | $  -921.00 |
| Umbrella Policy Discount | $  -230.00 |
| Burglar Alarm Discount | $   -89.00 |

For information on other deductibles, coverages or discounts available in your state
or to review your account online, log on to www.safeco.com

**FORMS APPLICABLE TO THIS POLICY:**

```
    HOM-7301/EP 1/09    - PERSONAL PROPERTY REPLACEMENT COST
    HOM-7311/EP 1/09    - ESCAPE OF WATER FROM SUMP/SUMP PUMP DRAIN (BLDG AND CONT)
    HOM-7307/EP 1/09    - IDENTITY RECOVERY COVERAGE
    HOM-7306/EP 1/09    - EQUIPMENT BREAKDOWN COVERAGE
    HOM-7232/EP 1/09    - EXECUTION CLAUSE
    HOM-7030/EP R2 1/09 - HOMEOWNERS POLICY
    HOM-7300/EP 1/12    - EXTENDED DWELLING COVERAGE
    HOM-7220/EP 1/12    - SAFECO OPTIMUM HOMEOWNERS COVERAGE
    HOM-7350/EP 1/14    - PERSONAL OFFENSE COVERAGE - ANNUAL AGGREGATE LIMIT
    HOM-7100/GAEP 9/19  - SPECIAL PROVISIONS - GEORGIA
```