**EXHIBIT "E"**

# AFFIDAVIT OF SERVICE

**State of Georgia**  **County of DeKalb**  **Circuit Court**

Case Number: 22A04180

LIN2023001672

Plaintiff:
**BELINDA HOLMES**

vs.

Defendant:
**SAFECO INSURANCE COMPANY OF INDIANA**

For:
W. Maxwell Compton
Morgan & Morgan, P.A.
25 Bull Street
Suite 400
Savannah, GA 31401

Received by Lynx Legal Services, LLC on the 12th day of January, 2023 at 9:46 am to be served on **Safeco Insurance Company of Indiana c/o Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**

I, Jason Garmon, being duly sworn, depose and say that on the **12th day of January, 2023** at **12:48 pm**, I:

**CORPORATE** served by delivering a true copy of the **30-Day Summons, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to: **Alisha Smith** as **Csc Coordinator** for **Safeco Insurance Company of Indiana**, at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**, and informed said person of the contents therein, in compliance with F.S. 48.081

**Description** of Person Served: Age: 35 to 38, Sex: F, Race/Skin Color: Black, Height: 5'6" to 5'8", Weight: 140 to 145, Hair: Black, Glasses: N, Eyes: Brown

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [X] Physical Presence or [ ] Online Notarization on the 13TH day of January, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Jason Garmon
Process Server

Lynx Legal Services, LLC
201 E. Pine Street
Suite 740
Orlando, FL 32801
(407) 872-0707

Our Job Serial Number: LIN-2023001672
Ref: 13328387

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n