# IN THE STATE COURT OF DEKALB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| BELINDA HOLMES, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | **22A04180** |
| vs. ) | |
| ) | |
| SAFECO INSURANCE COMPANY ) | |
| OF INDIANA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

To: Mary Bell
Clerk, State Court of DeKalb County
556 N. McDonough Street
Decatur, GA 30030

William Maxwell Compton
MORGAN & MORGAN, PC
25 Bull Street, Ste. 400
Savannah, GA 31401
mcompton@forthepeople.com

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Belinda Holmes v. Safeco Insurance Company of Indiana*, Civil Action No. 22A04180, in the State Court of DeKalb County, Georgia, in accordance with the provisions of Section 1331, Title 28 of the United States Code. Copies of said Notice filed are attached hereto.

Respectfully submitted this 13th day of February, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

|  |  |
|---|---|
| | _/s/ Katelyn E. Fischer_ |
| | Katelyn E. Fischer |
| | Georgia Bar No. 491302 |
| 3200 Cobb Galleria Parkway | |
| Bldg. 200, Suite 250 | *Counsel for Defendant* |
| Atlanta, GA 30339 | |
| (office): (404) 492-7365 | |
| (fax): (404) 738-1632 | |
| kkarabinos@chartwelllaw.com | |
| kfischer@chartwelllaw.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and forgoing ***Notice of Filing Notice of Removal*** upon all parties to this matter by utilizing the Court's e-filing system, which will automatically remit a copy of the within and foregoing to counsel of record as follows:

William "Max" Compton
MORGAN & MORGAN, PC
25 Bull Street, Ste. 400
Savannah, GA 31401
mcompton@forthepeople.com

This 13th day of February, 2023.

                                                                               CHARTWELL LAW, LLP

                                                                               */ s/ Karen K. Karabinos*
                                                                               Karen K. Karabinos
                                                                               Georgia Bar No. 423906

3200 Cobb Galleria Parkway
Bldg. 200, Suite 250                                                    *Counsel for Defendant*
Atlanta, GA 30339
(office): (404) 492-7365
(fax): (404) 738-1632
kkarabinos@chartwelllaw.com