# EXHIBIT "C"

| | |
|---|---|
| **From:** | Blake Fluevog x32872 |
| **To:** | Zach Matthews |
| **Cc:** | David C. Wright |
| **Subject:** | RE: TLM Transport - 16304 |
| **Date:** | Wednesday, February 8, 2023 3:51:18 PM |
| **Attachments:** | image002.jpg |
| | image004.jpg |
| | image001.jpg |

His meds are $96,558.12 to date, but he's in continued care. We have not made a demand yet.

**Blake Fluevog**
Attorney

**P:** (770) 576-7613
**F:** (770) 576-7663
**A:** 178 S Main St Unit 300, Alpharetta, GA 30009



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

**From:** Zach Matthews <ZMatthews@mkblawfirm.com>
**Sent:** Wednesday, February 8, 2023 3:49 PM
**To:** Blake Fluevog x32872 <bfluevog@forthepeople.com>
**Cc:** David C. Wright <DWright@mkblawfirm.com>
**Subject:** *EXT* RE: TLM Transport - 16304

**CAUTION:** **Use caution when clicking on links or opening attachments in this external email.**

Blake –

His name is Ralph Gully.  Thanks,

**Zach M. Matthews**
Direct: 678-824-7868

**From:** Blake Fluevog x32872 <bfluevog@forthepeople.com>
**Sent:** Wednesday, February 8, 2023 3:47 PM
**To:** Zach Matthews <ZMatthews@mkblawfirm.com>
**Cc:** David C. Wright <DWright@mkblawfirm.com>
**Subject:** RE: TLM Transport - 16304

What's my client's name. Tell David I said hello.

**Blake Fluevog**
Attorney

**P:** (770) 576-7613
**F:** (770) 576-7663
**A:** 178 S Main St Unit 300, Alpharetta, GA 30009



*A referral is the best compliment. If you know anyone that needs our help, please have them call our office 24/7.*

---

**From:** Zach Matthews <ZMatthews@mkblawfirm.com>
**Sent:** Wednesday, February 8, 2023 3:41 PM
**To:** Blake Fluevog x32872 <bfluevog@forthepeople.com>
**Cc:** David C. Wright <DWright@mkblawfirm.com>
**Subject:** *EXT* TLM Transport - 16304

**CAUTION:Use caution when clicking on links or opening attachments in this external email.**

---

Blake:

David Wright and I have been retained to defend the interests of TLM Transport, LLC (Texas) as well as its driver Mr. Kahsay. Just wanted to let you know we are involved, and also see if you had any pre-suit settlement discussions in this one. Looks like your guy had about $35,000 in medical expenses plus some unspecified futures – did you ever make a demand? If we can get this one wrapped up we'd just as soon do so.

Thanks,

Zach M. Matthews
zmatthews@mkblawfirm.com

McMickle, Kurey & Branch, LLP | 217 Roswell Street | Alpharetta, GA 30009
Phone: (678) 824-7800 | Direct: (678) 824-7868 | Fax: (678) 824-7801

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.