# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **BELINDA HOLMES,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE NO.:** |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| **SAFECO INSURANCE** | ) | |
| **COMPANY OF INDIANA,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>SAFECO INSURANCE COMPANY OF INDIANA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

1.

The undersigned counsel of record for Safeco Insurance Company of Indiana ("Safeco") certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff:** Belinda Holmes

**Defendant:** Safeco Insurance Company of Indiana

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Plaintiff:** Belinda Holmes

**Safeco:** **Safeco Insurance Company of Indiana is 100% owned by General Insurance Company of America, which is 100% owned by Safeco Corporation, which is 100% owned by Liberty Mutual Agency Corporation, which is 100% owned by Liberty Insurance Holdings, Inc., which is 100% owned by Liberty Mutual Insurance Company, which is 100% owned by Liberty Mutual Group Inc., which is 100% owned by LMHC Massachusetts Holdings Inc., which is 100% owned by Liberty Mutual Holding Company, Inc. No individual or corporation owns 10% or more of the stock of Liberty Mutual Holding Company, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Counsel for Plaintiff:**

> William Maxwell Compton
> Morgan & Morgan, PC
> 25 Bull Street, Ste. 400
> Savannah, GA 31401
> mcompton@forthepeople.com

**Counsel for Safeco:**

> Karen K. Karabinos
> Katelyn E. Fischer
> Chartwell Law, LLP
> 3200 Cobb Galleria Parkway
> Bldg. 200, Ste. 250
> Atlanta, GA 30339
> kkarabinos@chartwelllaw.com
> kfischer@chartwelllaw.com

4.

The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff:** Belinda Holmes is a citizen and resident of Georgia.

**Safeco:** Safeco Insurance Company of Indiana is a citizen of Massachusetts and maintains its principal place of business at 175 Berkeley Street, Boston, Massachusetts.

Served this 13th day of February, 2023.

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Katelyn E. Fischer*
Katelyn E. Fischer
Georgia Bar No. 491302

*Counsel for Safeco*

3200 Cobb Galleria Parkway
Bldg. 200, Suite 250
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com
kfischer@chartwelllaw.com

I hereby certify that the foregoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1(b).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of ***Safeco Insurance Company of Indiana's Certificate of Interested Persons and Corporate Disclosure Statement***, on opposing counsel by using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

William "Max" Compton
Morgan & Morgan, PC
25 Bull Street, Ste. 400
Savannah, GA 31401
mcompton@forthepeople.com

This 13th day of February, 2023.

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Safeco*

3200 Cobb Galleria Parkway
Bldg. 200, Suite 250
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com