**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KELLER NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**<u>DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATION DISCLOSURE STATEMENT</u>**

**COMES NOW**, Defendant Liberty Mutual Insurance Company ("Defendant"), by and through its undersigned counsel, and pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 3.3, files this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing this Court as follows:

(1)   The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

1

Liberty Mutual Insurance Company (Defendant); Liberty Mutual Group, Inc. is the parent corporation of Defendant, no publicly held corporation owns 10% or more of the stock of Defendant.

Keller North America, Inc. (Plaintiff)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporation having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Liberty Mutual Insurance Company

Keller North America, Inc.

BM&K Construction, Inc.

City of Brookhaven

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Kevin H. Hudson, Defendant's Counsel

Alexander J. Bell, Defendant's Counsel

Cory L. Takeuchi, Defendant's Counsel

Benjamin M. Rachelson, Plaintiff's Counsel

Samuel Richards, Plaintiff's Counsel

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

Liberty Mutual Insurance Company – Massachusetts

Keller North America, Inc. – Delaware / Maryland

Respectfully submitted this 14th day of February, 2023.

HUDSON LAMBERT
PARROTT WALKER, LLC

*/s/ Kevin H. Hudson*
Kevin H. Hudson
Georgia Bar No. 374630
Alexander J. Bell
Georgia Bar No. 282562
Cory L. Takeuchi
Georgia Bar No. 424678

Fifteen Piedmont Center, Suite 200
3575 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone: 404-554-8181
Facsimile: 404-554-8171
Email: khudson@hlpwlaw.com
Email: abell@hlpwlaw.com
Email: ctakeuchi@hlpwlaw.com
*Counsel for Liberty Mutual Insurance Company*

## LR 7.1 CERTIFICATE

Pursuant to L.R. 7.1D, counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1C.  This document was prepared using Times New Roman 14-point font.

This 14th day of February, 2023.

                                        **HUDSON LAMBERT PARROTT WALKER, LLC**

                                        */s/ Kevin H. Hudson*
                                        Kevin H. Hudson
                                        Georgia Bar No. 374630

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a copy of the within and foregoing using the Court's CM/ECF System which will automatically send email notification of such filing to all counsel of records as follows and via electronic mail with adequate postage:

Benjamin M. Rachelson
Samuel Richards
**Adams and Reese LLP**
3424 Peachtree Road, NE
Suite 1600
Atlanta, Georgia 30326
Benjamin.Rachelson@arlaw.com
Sam.Richards@arlaw.com

This 14th day of February, 2023.

HUDSON LAMBERT
PARROTT WALKER, LLC

*/s/ Kevin H. Hudson*
Kevin H. Hudson
Georgia Bar No. 374630
Alexander J. Bell
Georgia Bar No. 282562
Cory L. Takeuchi
Georgia Bar No. 424678

Fifteen Piedmont Center, Suite 200
3575 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone: 404-554-8181
Facsimile: 404-554-8171
Email: khudson@hlpwlaw.com
Email: abell@hlpwlaw.com
Email: ctakeuchi@hlpwlaw.com
*Counsel for Liberty Mutual*
*Insurance Company*