# Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-177-344**

Effective date of registration:

August 19, 2014

---

## Title
**Title of Work:** 2014 Proofs Part 1

## Completion/Publication
**Year of Completion:** 2014

## Author
- **Author:** Joseph Pugliese
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Joseph Pugliese
6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038

## Rights and Permissions
- **Name:** Joseph Pugliese
- **Email:** studio@joepug.com
- **Telephone:** 323-466-2120
- **Address:** 6311 Romaine St
  STE 7233
  Los Angeles CA, CA 90038

## Certification
- **Name:** Joseph Pugliese
- **Date:** June 24, 2014