Exhibit "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-196-826

**Effective Date of Registration:**
February 05, 2020
**Registration Decision Date:**
March 26, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   March 01, 2016 to December 31, 2016

**Title** _____

|  |  |
|---|---|
| **Title of Group:** | Sebastian Kim 2016 |
| **Number of Photographs in Group:** | 255 |

- **Individual Photographs:** AU1992571, AU1993194, AU1993195, AU1993196, AU1993199, AU1993200, AU1992574, AU1992573, AU1992572, AU1992569, AU1992570, AU1992576, AU1992575
  **Published:** March 2016

- **Individual Photographs:** AU1992664, AU1992665, AU1992666
  **Published:** April 2016

- **Individual Photographs:** AU1992539, AU1992550, AU1992549, AU1992548, AU1992547, AU1992546, AU1992544, AU1992545, AU1992541, AU1992543, AU1992542, AU1992540, AU11221083, AU11221082, AU11221084, AU11221085, AU11363640, AU11335071, AU11335066, AU11335055, AU11335054, AU11335053, AU11335052, AU11335068, AU11335074, AU11335077, AU11335078, AU11335069
  **Published:** May 2016

- **Individual Photographs:** AU11029858, AU11029854, AU11029851, AU11029864, AU11007807, AU11007806, AU11007808, AU11011286
  **Published:** June 2016

- **Individual Photographs:** AU1992577, AU1992565, AU1992563, AU1992568, AU1992567, AU1992566, AU1992586, AU1992585, AU1992584, AU1992583, AU1992582, AU1992581, AU1992580, AU1992579, AU1992578, AU1992587, AU1992564, AU1992562, AU1992561, AU11066546, AU11099788, AU11147601, AU11147600, AU11147611, AU11147598, AU11147597, AU11147592, AU11147593, AU11147599, AU11147609, AU11147610
  **Published:** July 2016

- **Individual Photographs:** AU11088286, AU11088279, AU11088281, AU11088282, AU11088283, AU11088284, AU11088287, AU11088288, AU11088285, AU11088273, AU11088274, AU11088264, AU11088275, AU11088289, AU11088276, AU11088278, AU11088277, AU11088280, AU11007739, AU11007737,

AU11007736, AU11007738, AU11007735, AU11007741, AU11007742,
AU11007740

**Published:** September 2016

- **Individual Photographs:** AU11007839, AU11350756, AU11350755, AU11350757, AU11350762,
AU11007825, AU11007824, AU11007827, AU11007826, AU11007833,
AU11007834, AU11007835, AU11007836, AU11007837, AU11007838,
AU11007840, AU11007841, AU11007842, AU11007843, AU11007844,
AU11007845, AU11007848, AU11007849, AU11007850, AU11007851,
AU11007852, AU11007853, AU11007821, AU11007819, AU11007820,
AU11016370, AU11016369, AU11016363, AU11016364, AU11016371,
AU11095560, AU11016366, AU11016362, AU11016372, AU11016365,
AU11016368, AU11016367

**Published:** October 2016

- **Individual Photographs:** AU11363650, AU11363648, AU11363651, AU11363655, AU11363652,
AU11363654, AU11363653, AU11363657, AU11363658, AU11363656,
AU11363659, AU11363661, AU11363665, AU11363664, AU11363662,
AU11363663, AU11363666, AU11363669, AU11363660, AU11363668,
AU11363670, AU11363667, AU11363639, AU11363642, AU11363641,
AU11363643, AU11363644, AU11363645, AU11363646, AU11363647,
AU11363649

**Published:** November 2016

- **Individual Photographs:** AU11007846, AU11007847, AU1992611, AU1992632, AU1992631,
AU1992630, AU1992629, AU1992626, AU1992627, AU1992628,
AU1992625, AU1992624, AU1992623, AU1992622, AU1992686,
AU1992685, AU1992683, AU1992684, AU1992682, AU1992681,
AU1992680, AU1992679, AU1992677, AU1992678, AU1992676,
AU1992675, AU1992694, AU1992692, AU1992691, AU1992690,
AU1992689, AU1992688, AU1992618, AU1992616, AU1992615,
AU1992613, AU1992614, AU1992612, AU1992610, AU1992609,
AU1992608, AU1992607, AU1992668, AU1992667, AU1992669,
AU1992670, AU1992671, AU1992672, AU1992674, AU1992673,
AU11028217, AU11028218, AU11028216, AU11028219, AU11028212,
AU11028213, AU11028215, AU11028214, AU28037, AU28038,
AU11004802, AU11004800, AU11004798, AU11004805, AU11004808,
AU11004797, AU11004795, AU11004792, AU11004794, AU11004791,
AU11004789, AU11004806, AU11004809

**Published:** December 2016

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | March 01, 2016 |
| **Latest Publication Date in Group:** | December 31, 2016 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Sebastian Kim
  **Author Created:** photographs
  **Work made for hire:** No



**Citizen of:**  United States
**Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Sebastian Kim
440 Kent Ave, 2D, Brooklyn, NY 11249, United States

## Rights and Permissions

**Organization Name:**  AUGUST IMAGE, LLC
**Name:**  Bill Hannigan
**Email:**  bill@augustimage.com
**Telephone:**  (212)777-0088
**Address:**  793 Broadway 2nd Fl
New York, NY 10003  United States

## Certification

**Name:**  Joe G. Naylor
**Date:**  February 05, 2020
**Applicant's Tracking Number:**  USCO-06443

---

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
.XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.