# Exhibit "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-234-975

**Effective Date of Registration:**
January 29, 2021
**Registration Decision Date:**
February 01, 2021



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   February 22, 2013 to December 12, 2013

## Title

|  |  |
|---|---|
| **Title of Group:** | Noe DeWitt 2013 Part 1 |
| **Number of Photographs in Group:** | 158 |

- **Individual Photographs:** AU11323764, AU11323766, AU11323770, AU11323771, AU11323772, AU11323773, AU11323774, AU11323775, AU11323776, AU11323777, AU11323778, AU11324025, AU11324026, AU11324027, AU11324028, AU11324029, AU11324030, AU11324031, AU11324032, AU11324033
  **Published:** February 2013

- **Individual Photographs:** AU11314130, AU11314131, AU11314132, AU11314133, AU11314134, AU11314135, AU11314136, AU11314137, AU11314138, AU11314139, AU11314140, AU11314141, AU11314142, AU11314143, AU11314144, AU11314145, AU11314146, AU11314147, AU11314148, AU11314149, AU11314150, AU11314151, AU11314152, AU11314153, AU11314154, AU11314155, AU11314156, AU11314157, AU11314158, AU11314159, AU11314160, AU11314161, AU11314162, AU11314163, AU11314164, AU11314166, AU11314165, AU11314167, AU11314168, AU11314169, AU11314170, AU11314171, AU11314172, AU11314173, AU11314174, AU11314175, AU11314178, AU11314177, AU11314176, AU11314179, AU11314180
  **Published:** April 2013

- **Individual Photographs:** AU2108058
  **Published:** July 2013

- **Individual Photographs:** AU11324091, AU11324092, AU11324093, AU11324094, AU11324096, AU11324095, AU11324097, AU11324098, AU11324099, AU11324100, AU11324101, AU11324102, AU11324103, AU11324104, AU11324105, AU11324106, AU11324107, AU11324108, AU11324109, AU11324110, AU11324111, AU11324112, AU11324114, AU11324113, AU11324115, AU11324116, AU11324117, AU11324118, AU11324119, AU11324120, AU11324121, AU11324122, AU11324123, AU11324124, AU11324125, AU11324126, AU11324127, AU11324128, AU11324129, AU11324130, AU11324131, AU11324132, AU11324134, AU11324133, AU11324135, AU11324136, AU11324138, AU11324139, AU11324137, AU11324140, AU11324141, AU11324142, AU11324143, AU11324144, AU11324145,

AU11324146, AU11324147, AU11324148, AU11324149, AU11324150,
AU11324151, AU11324152, AU11324153, AU11324154, AU11324155,
AU11324156, AU11324157, AU11324158, AU11324159, AU11324160,
AU11324161, AU11324162, AU11324163, AU11324164, AU11324165,
AU11324166, AU11324167, AU11324168, AU11324169, AU11324170,
AU11324171, AU11324172, AU11324173

**Published:** September 2013

- **Individual Photographs:** AU2108175, AU2108048, AU2108113
**Published:** December 2013

## Completion/Publication

**Year of Completion:** 2013
**Earliest Publication Date in Group:** February 22, 2013
**Latest Publication Date in Group:** December 12, 2013
**Nation of First Publication:** United States

## Author

- **Author:** Noe DeWitt
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Noe DeWitt
1200 Broadway, APT 6D, New York, NY 10001, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway
New York NY 10003  United States

## Certification

**Name:** Joe G. Naylor
**Date:** January 29, 2021
**Applicant's Tracking Number:** USCO-07143

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that



correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.