**Exhibit "E"**

Page 1
Rock Legends Watches | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2021/01/04/rock-legends-watches/

# The Watch Club
By SwissWatchExpo

 

NEW ARRIVALS    MEN    WOMEN    BRANDS    REDUCED    FAQ          SIGN UP FOR OUR EMAILS



## Rock Legends Watches

JANUARY 4, 2021 *by* SWISSWATCHEXPO



### SEARCH THE WATCH CLUB

SEARCH THE WATCH CLUB

### EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)






New acts and musicians come and go each year, but there are a few that have proven their mettle. In the age of autotune and digital music, rock legends continue to be relevant because of their timeless and universally relatable music.

We also believe it's not just immense musical talent that makes a rock legend — it also takes style and attitude. If there's one thing they have in common, aside from their musical gifts, it's definitely got to be taste. Check out the choice timepieces of rock legends, from Bono to Paul McCartney. Just like them, their watches are absolute classics!



**ROLEX**
Day Date 36mm
President White Gold
Silver Dial Watch 118239

$18,790
*Save An Additional $564*
*With Bank Wire*

VIEW DETAILS >




## Rolex President Day-Date White Gold

Bono, lead singer and lyricist of Irish rock band U2, is known for his profound lyrics and social commentary. He wears the ultimate luxury watch from Rolex – the Rolex President Day-Date.

Bono's choice Day-Date is crafted in 18k white gold, from the case to the bracelet. A silver dial and baton hour markers complete the understated, yet no less luxurious look that's suitable for both casual and formal occasions.

Captured by FireShot Pro: 31 January 2023, 13:54:08
https://getfireshot.com

 

ROLEX
Milgauss Black Dial
Green Crystal Steel
Mens Watch 116400V

$8,290
As low as $288 / month

VIEW DETAILS >

## Rolex Milgauss Black Dial

Three-time Rock and Roll Hall of Famer Eric Clapton isn't just well-known in the field of music — he's also a respected watch connoisseur. His collection of very rare Rolex and Patek Philippe (which we covered here) might be unattainable for many – but he's also got daily wearers, among them a Rolex Milgauss.

The Milgauss is Rolex's anti-magnetic watch, capable of withstanding magnetic fields of up to 1,000 gauss. The collection is known for its smooth and sleek design, green sapphire crystal and bold orange thunderbolt hands and details.




ROLEX
Submariner Vintage
Brown Strap Steel
Mens Watch 1680

$10,990
As low as $382 / month

VIEW DETAILS >

 

## Rolex Submariner 1680

Singer, songwriter and guitarist Bruce Springsteen has a career spanning over 40 years. He shows no signs of stopping — his 2020 album even had one of the strongest worldwide debut sales.

Bruce wears a Rolex Submariner ref 1680. This reference is one of the most sought after vintage Sub references, as it was the first to feature a date and a cyclops on its crystal.

 

PATEK
PHILIPPE
Aquanaut Extra Large
Mens Watch 5167A

GET ON THE
WAIT LIST >

## Patek Philippe Aquanaut

Sir Paul McCartney of the Beatles can surely own any watch he wants, but he's loyal to his Patek Philippe Aquanaut. He's been photographed with it countless times, and even wore it to his wedding!

The Patek Philippe Aquanaut is a rather sporty Patek watch, with its decidedly masculine embossed dial and Tropical strap. In fact, it's the first Patek to sport a rubber strap, complete with the brand's Calatrava logo on the deployant clasp.





**GET ON THE WAIT LIST >**

## Rolex Explorer II 1655

Red Hot Chili Pepper's lead singer, Anthony Kiedis, sports one of the most coveted vintage Rolex models – the inaugural Rolex Explorer II or the "Freccione" (French for big arrow).

The ref 1655 was created as a tool watch for cave explorers, who work in low light conditions. The bright orange 24-hour hand and fixed bezel help distinguish between day and night hours.




**$5,990**
As low as **$208 / month**

**VIEW DETAILS >**

## IWC Portuguese Chrono

Keith Richards is best known as the guitarist, secondary vocalist and co-songwriter of the Rolling Stones. He wears an IWC Portuguese Chronograph.

The Portuguese Chrono is one of IWC's most iconic models, whose elegant case, vertical subdials and clean look have come to represent IWC's refined craftsmanship. Practically unaltered since its launch in 1988, it's the best selling model in the Portugiese family, making it a veritable design success.

_____

*SEE MORE OF THE WATCHES IN OUR VIDEO:*



_____



Toll-free US and Canada Only:
1-800-797-0634
Outside US:
1-404-814-1814

Customer service:
info@swisswatchexpo.com

Swiss Watch Expo
315 East Paces Ferry Rd NE
Atlanta, GA 30305

M - F 10 AM to 6 PM EST
Saturdays 10 AM to 5 PM EST

SEND

Copyright © 2021. All Rights Reserved

YouTube Search Sign in

**Rock Legends Watch Collection: Bono, Eric Clapton and More | SwissWatchExpo**

SwissWatchExpo
28.5K subscribers
Subscribe
56 Share Save

2.9K views 2 years ago #KeithRichards #BruceSpringsteen #Bono
It's not just immense musical talent that makes a rock legend – it also takes style and attitude! If there's one thing they have in common, aside from their musical gifts, it's definitely got to be taste!

Check out the watches of rock legends, from Bono, Eric Clapton, Paul McCartney and more Show more

5 Comments Sort by

Add a comment...

**Erick M** 2 years ago
Love Bono's 18kt white gold day date Rolex. And chili peppers explorer 2. I also seen Keith Richards also sport a Cartier for a while.
1 Reply
1 reply

**Wonder of Watches** 2 years ago
McCartney's Aquanaut for me
1 Reply
1 reply

**Michael Gallagher** 2 years ago
Bono
1 Reply

Watches of World Leaders - Trump, Trudeau, Putin and Mo...
SwissWatchExpo
23K views • 2 years ago

IWC Pilot Mark XVIII Black Dial Steel Mens Watch IW327001...
SwissWatchExpo
2.8K views • 2 months ago

Eric Clapton Rolex Watch Collection | SwissWatchExpo
SwissWatchExpo
4.8K views • 1 year ago

Eric Clapton's Patek Philippe Watch | Christie's
Christie's
201K views • 10 years ago

Sylvester Stallone Presents Five Watches He Is Selling At...
Phillips Watches
2.1M views • 2 years ago

The Ultimate Seiko Collection | Watchfinder & Co.
Watchfinder & Co.
220K views • 9 months ago

John Mayer, Jay Z, Eric Clapton: Music's Biggest Watch...
SwissWatchExpo
1.9K views • 2 years ago

Watches of CEOs & Famous Business Executives (Jeff...
Teddy Baldassarre
768K views • 4 years ago

Famous Missing Watches - John Lennon, Pablo Picasso...
SwissWatchExpo
4.2K views • 3 years ago

Tom Cruise Watch Collection: In Movies and Real Life |...
SwissWatchExpo
142K views • 2 years ago

Bruce Springsteen Watch Collection | SwissWatchExpo
SwissWatchExpo
2.3K views • 1 year ago

Marlon Brando Watch Collection | SwissWatchExpo
SwissWatchExpo
2.6K views • 2 years ago

Talking Watches 2 With John Mayer
Hodinkee
4.7M views • 3 years ago

Leonardo DiCaprio's Watch Collection | SwissWatchExpo...
SwissWatchExpo
38K views • 3 years ago

Talking Watches With John Goldberger
Hodinkee
656K views • 9 years ago

Ryan Reynold's Watches, On and Off-Screen | SwissWatchExpo...
SwissWatchExpo
14K views • 2 years ago

The Presidents' Watches | SwissWatchExpo [Watch...
SwissWatchExpo
31K views • 3 years ago

Ben Affleck's Watches, On and Off Screen | SwissWatchExpo...
SwissWatchExpo
7.5K views • 3 years ago

Breitling Windrider Cockpit Yellow Gold Mother of Pearl...
SwissWatchExpo
1.5K views • 2 days ago
New

Watches Of World Leaders & Prominent Figures
Teddy Baldassarre
3.2M views • 4 years ago

Gordon Ramsay Watch Collection | SwissWatchExpo
SwissWatchExpo
18K views • 3 years ago

Breitling Avenger 45 Seawolf Yellow Dial Steel Mens Watch...
SwissWatchExpo
583 views • 3 days ago
New



Page 1
The Watches of the World's Top CEOs | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2020/03/09/watches-worlds-top-ceos/

# The Watch Club
## By SwissWatchExpo



NEW ARRIVALS    MEN    WOMEN    BRANDS    REDUCED    FAQ      SIGN UP FOR OUR EMAILS



# The Watches of the World's Top CEOs

MARCH 9, 2020 by SWISSWATCHEXPO



While watches are often seen as symbols of power and success, the watches of the world's top CEOs are anything but flashy. Often more content to chase after business and financial endeavors, these leaders are more selective and discreet about the watches they wear.

We went watch spotting to see what the corporate world's top leaders have on their wrists:





ROLEX
President Day Date
36mm Yellow Gold
Silver Dial Mens Watch

$12,990
As low as $421 / month

VIEW DETAILS >



## Warren Buffett, CEO of Berkshire Hathaway

American business magnate Warren Buffett runs Berkshire Hathaway, a conglomerate that owns more than 60 companies, including well-known brands like Duracell and Dairy Queen. Buffett is also a notable philanthropist, having pledged to give all of his stock gradually to charitable institutions.

He wears an 18k yellow gold Rolex President Day-Date with a silver dial. The Day-Date has been a symbol of success after having been worn by many US Presidents and world leaders.

### SEARCH THE WATCH CLUB

SEARCH THE WATCH CLUB

### EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)

SEARCH THE WATCH CLUB

### EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)
Cartier (1)
Executive Class (251)
Featured Articles (10)
Panerai (1)
Powerhouse Women (10)
Rolex (7)
Style Spotlight (11)
Tag Heuer (1)
ULTIMATE GUIDES (16)
Uncategorized (3)
Watch 101 (15)
Watch Guide (242)
Watch History (38)
Watch How-Tos (10)

### FOLLOW OUR CURATED WATCH COLLECTION ON INSTAGRAM

 

**AUDEMARS PIGUET**
Royal Oak Black Dial
Steel Mens Watch

$21,990
*Save Additional $659.70
With Bank Wire*

VIEW DETAILS >

## Jeff Weiner, CEO of LinkedIn

After 11 years at the helm of LinkedIn, Jeff Weiner is stepping down as CEO and moving into the role of executive chairman by mid-2020. He's known for leading the company through its IPO and to its eventual sale to Microsoft.

He's most often spotted with a stainless steel Audemars Piguet Royal Oak timepiece. The Royal Oak is credited for being the first ever luxury sports watch. Its solid construction and unconventional octagonal bezel lends a masculine and powerful look.

 

Jeff has also been spotted with a Patek Philippe Annual Calendar Moonphase, worn on a leather strap. The American businessman seems to favor sports watches — a match for the casual and dynamic company culture at LinkedIn.

 

**ROLEX**
Cosmograph Daytona
40 White Dial Chrono
Steel Mens Watch

$16,990
*As low as $550 / month*

VIEW DETAILS >

## James Gorman, CEO of Morgan Stanley

Australian-American James P. Gorman is the Chairman and CEO of multinational investment bank Morgan Stanley. He took over the firm in 2010 after it had nearly collapsed during the financial crisis, and then set about rebuilding it.

He wears a stainless steel Rolex Cosmograph Daytona Chronograph. The sporty ref 116520, is equipped with the first chronograph movement produced by Rolex in-house, making this model highly collectible.



## Jeff Bezos, CEO of Amazon

Jeff Bezos founded Amazon.com in his garage in 1994. Today, Amazon is an e-commerce giant and Bezos, the wealthiest man in the world. Bezos also owns The Washington Post and the space exploration company, Blue Origin.

He's constantly wearing his Ulysse Nardin GMT Big Date, which combines two of the brand's patented complications — the oversized double disk date and the hour hand adjusted via pusher buttons.




**BREITLING**
Colt Grey Dial
Automatic
Steel Mens Watch

$2,290
*As low as $75 / month*

VIEW DETAILS >

# Satya Nadella, CEO of Microsoft

Satya was named CEO of software giant Microsoft in 2014 after being with the company for 25 years. He wears a Breitling Colt Automatic watch. The Colt has been the entry-level watch of Breitling and combines robust, military appeal with the sensibilities of a dive watch. It has an anti-reflective sapphire crystal, screw down crown, a solid steel caseback, and 200-meter water resistance.




**ROLEX**
Cellini Cellissima
White Gold Pink Dial
Diamond Ladies Watch

$8,990
*As low as $291 / month*

VIEW DETAILS >

# Ginni Rometty, CEO of IBM

Virginia Rometty is the first woman to head IBM, and is one of the United States' most prominent female business leaders. She is about to end her stint and retire after 35 years with the company. She's seen here wearing a Rolex Cellini Cellissima, whose diamond bezel, diamond end links and delicate bracelet, make it a watch that can go from day to night.




**PATEK PHILIPPE**
Calatrava 18k White Gold
Hobnail Bezel Mens Watch

$15,490
*As low as $501 / month*

VIEW DETAILS >

# Akio Toyoda, CEO of Toyota

Akio Toyoda is CEO of Toyota Motor Corporation, the world's largest automotive manufacturer. He joined the company in 1984 and became CEO in 2009.

He wears a classic hobnail bezel Patek Philippe Calatrava in 18k white gold. With a perfectly round case and nothing else but roman numerals and slim dauphine hands, the Calatrava is considered the quintessential dress watch.



Michael Jordan's Rolex and Panerai Collection
WATCH ON YOUTUBE >

———

*SEE MORE OF THE WATCHES IN OUR VIDEO:*



*PHOTO CREDITS: Warren Buffett from RolexMagazine.com / Jeff Bezos by Cliff Owen/AP Images from BusinessInsider.com / Ginny Rometty by Northwestern from BusinessInsider.com / Akio Toyoda from Forums.Watchuseek.com / Jeffrey Weiner by Swatchsale.co.uk and JOE PUGLIESE FOR FORTUNE / JAMES GORMAN PHOTOGRAPH BY BRYAN VAN DER BEEK — BLOOMBERG VIA GETTY IMAGES FOR FORTUNE.COM / SATYA NADELLA BY BUNKERPOP*

---

Toll-free US and Canada Only:
1-800-797-0634
Outside US:
1-404-814-1814

Customer service:
info@swisswatchexpo.com

Swiss Watch Expo
315 East Paces Ferry Rd NE
Atlanta, GA 30305

M - F 10 AM to 6 PM EST
Saturdays 10 AM to 5 PM EST

Name

Email

Subject

Message

SEND

Copyright © 2021, All Rights Reserved.

Page 1
James Marsden's Watch Collection | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2020/01/20/james-marsden-watches/

# The Watch Club
## By SwissWatchExpo

 

NEW ARRIVALS    MEN    WOMEN    BRANDS    REDUCED    FAQ        SIGN UP FOR OUR EMAILS



# James Marsden's Watch Collection

JANUARY 20, 2020 by SWISSWATCHEXPO



## James Marsden's Watch Collection

American actor James Marsden is Hollywood's all-around handsome guy. His chiseled looks have earned him a wide variety of roles, from superhero to romantic lead. In his 25-year career, it's clear that James strategy is longevity – preferring a steady and lucrative career both on TV and movies, over full-blown stardom.

This principle also applies to his personal style. James sticks to tried-and-tested pieces, like a perfectly tailored suit and well-fitting jeans. On his wrist are classically designed timepieces that transcend trends. Check out the watches we've spotted on James Marsden:

### IWC
Portofino 8 Days
Power Reserve 45mm
Steel Mens Watch

**$6.790**
As low as $220 / month

VIEW DETAILS >

 

## IWC Portofino

The IWC Portofino is an expression of understatement and good taste. The perfectly round watch has a laid-back and elegant design, featuring an uncluttered dial, minimalist hour markers and minute indices, and slim feuille hands.

James' preferred model is the 8 Days Power Reserve, where the remaining energy can be read off the power reserve dial. The watch also comes with a small seconds display and date display. The elegant blue dial goes very well with James' preferred suit color.

### SEARCH THE WATCH CLUB

SEARCH THE WATCH CLUB

### EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)




### ROLEX
Cellini Date 18K
Everose Gold
Automatic Mens Watch

**$13,490**
*As low as $437 / month*

VIEW DETAILS >

# Rolex Cellini Date

James is seen wearing the Rolex Cellini Date here for his GQ magazine cover shoot. The slim, 18k Everose gold round case fits perfectly under the cuff, while the black guilloché dial and leather strap provide elegant contrast.

The Cellini Date comes from a family of four modern Rolex Cellini dress watches – with Time, Date, Dual Time, and Moonphase functions.


Portuguese Chrono
Automatic Stainless
Steel Mens Watch

GET ON THE
WAIT LIST >




# IWC Portuguese Chrono

The IWC Portuguese Chronograph is one of the most classically-designed chronograph watches ever. Inspired by the timeless design of the first Portuguese watches in the 1930s, it has Arabic numerals, vertical subdials and thin propeller-style hands that keep the dial clean and organized.




### OMEGA
Speedmaster
Chronograph Black Dial
Mens MoonWatch

**$3,690**
*As low as $120 / month*

VIEW DETAILS >

# Omega Speedmaster MoonWatch

The Omega Speedmaster is in every watch aficionado's list for a reason – there really is no other watch quite like it. Its current design is still, in many respects, the same watch that was used by the Apollo astronauts in the lunar missions, and it is still being used today in manned space flight.

With a black dial and bezel, and stainless steel finish, the Omega Speedmaster MoonWatch has it all – history, functionality, and versatility.




**IWC**
Pilot Mark XVIII
Heritage Titanium
Mens Watch

**GET ON THE
WAIT LIST >**

## IWC Pilot Mark XVIII

James prefers to wear mid-sized watches with understated looks, so the Pilot Mark XVIII is a perfect choice for his casual days off. A pilot watch kept to absolute essentials, the time only dial has contrasting, cream colored hour and minute markers, and blued steel hands on a clean black dial.




**IWC**
Ingenieur Automatic
Chronograph Black Dial
Mens Watch

**$4,990**
As low as **$162** / month

**VIEW DETAILS >**

## IWC Ingenieur

When the IWC Ingenieur was launched in 1954, it was the first sporting watch designed to endure the most severe conditions. Inspired by IWC's passion for engineering, the company used materials commonly used in motorsport – such as ceramic and titanium – to create a watch that's highly technical, yet sporty in design.

This is one of James' largest and sportiest watches. At 42.5 mm, the Ingenieur Automatic Chronograph puts a little more heft on the wrist.



Breitling Superocean
Experts' Review
WATCH ON YOUTUBE >

*SEE MORE OF THE WATCHES IN OUR VIDEO:*



PHOTO CREDITS: Main photo and James wearing IWC Portofino by Getty – Frazer Harrison / James wearing Rolex Cellini by GQ – Sebastian Kim / James wearing IWC Pilot Mark XVIII from James' Instagram account / James wearing Omega Speedmaster by JustJared.com / Other photos from @IWC onTwitter

Toll-free US and Canada Only:
1-800-797-0634
Outside US:
1-404-814-1814

Customer service:
info@swisswatchexpo.com

Swiss Watch Expo
315 East Paces Ferry Rd NE
Atlanta, GA 30305

M - F 10 AM to 6 PM EST
Saturdays 10 AM to 5 PM EST

Name

Email

Subject

Message

SEND

Copyright © 2021, All Rights Reserved.





YouTube

Search

ROLEX CELLINI
ROLEX
SWE
SWISSWATCHEXPO
3:51 / 5:37

## James Marsden Watch Collection | SwissWatchExpo [Celebrity Watch Collections]

SwissWatchExpo
28.7K subscribers
Subscribe

22 | Share | Download | Clip | Save

1,601 views Feb 7, 2020 #WatchCollection #JamesMarsden #CelebrityWatchCollection

In American actor James Marsden's 25-year career, it's clear that his strategy is longevity – preferring a steady and lucrative career both on TV and movies, over full-blown stardom.

This principle also applies to his personal style. James sticks to tried-and-tested pieces, like a perfectly tailored suit and well-fitting jeans. On his wrist are classically designed timepieces that transcend trends

What watches does James Marsden wear? Check out his watch collection!

Please Subscribe to get updates
https://swisswatchexpo.click/YouTube

More Celebrity Watch Collections:
http://swisswatchexpo.click/celebrity...

More Rolex videos:
http://swisswatchexpo.click/allabout-...

More Watch Reviews:
http://swisswatchexpo.click/fresh-fro...

Instagram:
http://instagram.com/swisswatchexpo/

Shop watches here:
https://www.swisswatchexpo.com

—
Transcript:

From SwissWatchExpo...
Spotlight On: Actor James Marsden, and his choice timepieces.

American actor James Marsden is Hollywood's all-around handsome guy. His chiseled looks have earned him a wide variety of roles, from superhero to romantic lead.

In his 25-year career, it's clear that James strategy is longevity – preferring a steady and lucrative career both on TV and movies, over full-blown stardom.

This principle also applies to his personal style. James sticks to tried-and-tested pieces, like a perfectly tailored suit and well-fitting jeans.

On his wrist are classically designed timepieces that transcend trends. What watches does James Marsden wear? Stay tuned, to find out!

James is a friend of the IWC brand, but he has been a fan of their watches for a long time. He's been spotted with the IWC Portofino, Portuguese, Pilot and Ingenieur.

The IWC Portofino is an expression of understatement and good taste.

The perfectly round watch has a laid-back and elegant design, featuring an uncluttered dial, minimalist hour markers, and minute indices, plus slim feuille hands.

James' preferred model is the 8 Days Power Reserve, where the remaining energy can be read off the power reserve dial.

The watch also comes with a small seconds display and date display. The elegant blue dial goes very well with James' preferred suit color.

Meanwhile, the IWC Portuguese Chronograph is one of the most classically-designed chronograph watches ever.

Inspired by the timeless design of the first Portuguese watches in the 1930s, it has Arabic numerals, vertical subdials and thin propeller-style hands that keep the dial clean and organized.

James also wears the sportier models of the IWC brand. James prefers to wear mid-sized watches with understated looks, so the Pilot Mark XVIII is a perfect choice for his casual days off.

A pilot watch kept to absolute essentials, the time only dial has contrasting, cream colored hour and minute markers, and blued steel hands on a clean black dial.

Enjoying this video so far?
Subscribe to our channel, and get updates on new videos.

The largest watch we've seen on James is the IWC Ingenieur. At 42.5 mm, the Ingenieur Automatic Chronograph puts a little more heft on the wrist.

When the IWC Ingenieur was launched in 1954, it was the first sporting watch designed to endure the most severe conditions.

Inspired by IWC's passion for engineering, the company used materials commonly used in motorsport – such as ceramic and titanium – to create a watch that's highly technical, yet sporty in design.

Outside of IWC, we've spotted James with a Rolex and an Omega.

James is seen here wearing the Rolex Cellini Date here for his GQ magazine cover shoot.

The slim, 18k Everose gold round case fits perfectly under the cuff, while the black guilloché dial and leather strap provide elegant contrast.

The Cellini Date comes from a family of four modern Rolex Cellini dress watches – with Time, Date, Dual Time, and Moon-phase functions.

And lastly, we have James' Omega Speedmaster watch. The Speedmaster is in every watch aficionado's list for a reason – there really is no other watch quite like it.

Its current design is still, in many respects, the same watch that was used by the Apollo astronauts in the lunar missions, and it is still being used today in manned space flight.

James Marsden's choice timepieces are classic in design, and practical in functionality. Just like him they'll be around for a long, long time.

Which watch was your favorite? Tell us in the comments section!

All | Rolex | Related | For you | From Swi

Idris Elba: The Watches of the Sexiest Man Alive |...
SwissWatchExpo
3.7K views • 4 years ago

Panerai Radiomir 3 Days GMT Oro Rosso 18k Rose Gold Wat...
SwissWatchExpo
860 views • 3 days ago
New

Audemars Piguet Royal Oak Yellow Gold Day Date...
SwissWatchExpo
499 views • 4 days ago
New

The Watches on 'Billions' | SwissWatchExpo
SwissWatchExpo
16K views • 3 years ago

Leonardo DiCaprio's Watch Collection | SwissWatchExpo...
SwissWatchExpo
38K views • 3 years ago

Cartier Rotonde Retrograde GMT Time Zone White Gold...
SwissWatchExpo
1.3K views • 2 days ago
New

Cartier Santos De Cartier Blue WSSA0030 2029 Warranty
Fitzrovia Watches
336 views • 1 day ago
New

Omega Planet Ocean Big Blue GMT 45.5 Ceramic Mens Watc...
SwissWatchExpo
713 views • 4 days ago
New

Nicolas Cage Watch Collection - Celebrity Watch Collection |...
SwissWatchExpo
7.5K views • 3 years ago

Spike Lee Watch Collection | SwissWatchExpo
SwissWatchExpo
1.5K views • 1 year ago

Daniel Craig Watch Collection - Celebrity Watch Collection |...
SwissWatchExpo
18K views • 3 years ago

Zenith Defy Classic Skeleton Dial Titanium Mens Watch...
SwissWatchExpo
1.5K views • 2 days ago
New

Breitling Navitimer 1 38 Steel Rose Gold Mens Watch U1732...
SwissWatchExpo
347 views • 3 days ago
New

IWC Pilot Chronograph Blue Dial Mens Watch IW388109 Revie...
SwissWatchExpo
522 views • 4 days ago
New

Avengers: Endgame Stars and their Watches |...
SwissWatchExpo
2.9K views • 3 years ago

The Watch Collections Of Celebrities | Celebrities...
Luxury Tube
213 views • 1 year ago

Tom Hardy Watch Collection: Rolex & Omega |...
SwissWatchExpo
11K views • 2 years ago

Vacheron Constantin Overseas 4500V Blue Dial
rmhmsu
1.2K views • 1 day ago
New

Matthew Macfadyen Watch Collection | SwissWatchExpo
SwissWatchExpo
1.7K views • 1 month ago

Watches on MasterChef - Gordon Ramsay, Joe Bastianic...
SwissWatchExpo
2.1K views • 3 years ago

Want to see more watch collections?
Click on the upper right screen, for our Watches and Hollywood playlist.

Don't miss out! We launch two videos weekly, on the best and the latest in watches.

To get updates, subscribe to our YouTube channel.

#JamesMarsden #WatchCollection #CelebrityWatchCollection

**Key moments** View all

1:27
IWC PORTOFINO

2:05
IWC PORTUGUESE CHRONOGRAPH

3:06
IWC INGENIEUR

**Locations**
View suggestions on Google Maps

SwissWatchExpo
4.8 ★ (2.9K)
Watch store

Show less

0 Comments Sort by

P Add a comment...

Chris Pratt Luxury Watch Collection | SwissWatchExpo...
SwissWatchExpo
7.3K views • 3 years ago

Mix - SwissWatchExpo
More from this channel for you

James Marsden & Michelle Monaghan On 'The Best Of Me'
uInterview
991 views • 5 years ago

Nicolas Cage Watch Collection | SwissWatchExpo
SwissWatchExpo
9.2K views • 3 years ago

Cristiano Ronaldo's Watch Collection | SwissWatchExpo...
SwissWatchExpo
3.8K views • 3 years ago

Jennifer Aniston Watch Collection - Celebrity Watch...
SwissWatchExpo
15K views • 3 years ago

Page 1
Blue Rolex Watches on Celebrities | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2021/07/26/who-wears-blue-rolex-watches/

NEW ARRIVALS    MEN    WOMEN    BRANDS    REDUCED    FAQ              SIGN UP FOR OUR EMAILS



# The Watch Club
## By SwissWatchExpo

NEW ARRIVALS    MEN    WOMEN    BRANDS    REDUCED    FAQ              SIGN UP FOR OUR EMAILS

# Blue Rolex Watches on Celebrities

JULY 26, 2021 by SWISSWATCHEXPO



Blue dial watches are just perfect for summer. Radiant and dignified at the same time, it works for a day at the beach or at a fancy dinner party.

There are numerous options out there, but Rolex still wears the color best. With multitudes of styles in the versatile color, from daily wearers to tool watches, there is a blue Rolex timepiece for just about anyone.

In the market for a summer watch? Take your cue from these stars who love their Rolex blue watches.

**ROLEX**
Submariner Smurf White
Gold Blue Dial
Bezel Watch 116619



$44,990
Save An Additional $1,350
With Bank Wire

VIEW DETAILS >



## Rolex Submariner Smurf

The Rolex Submariner is best known as a dive watch and a tool watch – but it's equally at home out of water. With the Rolex Smurf, Rolex created an incredibly luxurious version of the Submariner.

Introduced in 2008, the "Smurf" was the first Rolex Submariner to be crafted in 18k white gold. This makes it more of a luxury watch than a dive watch but, just like any Submariner, it's built for the task with its 300m water resistance.

### SEARCH THE WATCH CLUB

SEARCH THE WATCH CLUB

### EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)

SEARCH THE WATCH CLUB

### EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)
Cartier (1)
Executive Class (251)
Featured Articles (10)
Panerai (1)
Powerhouse Women (10)
Rolex (7)
Style Spotlight (11)
Tag Heuer (1)
ULTIMATE GUIDES (16)
Uncategorized (1)
Watch 101 (15)
Watch Guide (242)
Watch History (38)
Watch How-Tos (10)

### FOLLOW OUR CURATED WATCH COLLECTION ON INSTAGRAM

 

Its blue Cerachrom bezel and bright blue glossy dial was also a first for the Submariner. Rolex fans chimed in to name it the "Smurf", after the cartoon character. Gordon Ramsay, Ellen Degeneres, Trevor Noah, and Jack Black have been spotted with the Rolex Smurf.

 

ROLEX
Datejust Turnograph
Blue Dial Steel
Mens Watch 116264

$9,990
As low as $348 / month

VIEW DETAILS >

## Rolex Datejust

The Rolex Datejust is as classic as timepieces go. In a stainless steel or Rolesor finish, it has a versatile look that you can wear anywhere you roam.

Rolex Datejust watches with blue dials most commonly have a sunray finish, which creates delicate light reflections. Go for the traditional 36mm case size for a timeless look or a larger 41mm size which is perfectly in line with emerging watch trends.

Tom Hardy wears a 36mm Rolex Datejust Turnograph, while Aaron Paul enjoys a Rolex Datejust 41 with an Oyster bracelet.

 

ROLEX
Seadweller Deepsea
Cameron D-Blue
Steel Watch 116660

$15,990
As low as $557 / month

VIEW DETAILS >

 

## Rolex Sea-Dweller Deepsea D-Blue

The Rolex Sea-Dweller Deepsea D-Blue took inspiration from the deep. Its gradient dial is designed to mimic the way light travels through water, while diving deep into the seas.

Also known as the "James Cameron", this model is a homage to the director's record-breaking dive to the Challenger Deep in the Mariana Trench, for which Rolex was a sponsor. As with other Deepsea models, it has a Triplock waterproof screw-down crown and a Helium Escape

Valve, which gives it a depth rating of up to 12,800 feet.

Of course, James Cameron himself sports the D-Blue model, and so does golf legend Tiger Woods.

 

 

ROLEX
Sky Dweller Blue Dial
Steel White Gold
Mens Watch 326934

$30,990
Save An Additional $930
With Bank Wire

VIEW DETAILS >

## Rolex Sky-Dweller

The blue dial Rolex Sky-Dweller is the most popular version of the globe traveler's watch. It was the first Sky-Dweller to come in a stainless steel case and bracelet, as the Sky-Dweller was exclusively made in gold on its first 5 years.

So why is the blue Sky-Dweller so in demand? Aside from coming in the versatile white metal-blue dial combination, the Sky-Dweller also boasts of fascinating features. It's a GMT watch with an annual calendar complication, on an easy-to-read dial.

Roger Federer, Michael Jordan, and DJ Khaled all wear the blue dial Rolex Sky-Dweller.

 

ROLEX
Cosmograph Daytona
White Gold Blue Dial
Mens Watch 116509

GET ON THE
WAIT LIST >

 

## Rolex Daytona

A newer addition to the Rolex Daytona catalog is the white gold, blue racing dial model. It boasts the opulence and weight of an all-gold Rolex with the versatility of a blue dial timepiece.

The dial is exquisite – it comes with a sunray finish, red details on the subdials and a red Daytona text, and luminous markers with white gold surrounds. With the Daytona's tachymeter bezel, it makes for a suitable companion both on and off the track. Mark Wahlberg has been spotted wearing this edition of the Rolex Daytona.



## Rolex Yacht-Master II

The Rolex Yacht-Master II not only stuns with its large 44mm case but also with its blue Cerachrom Ring Command Bezel. This feature is more than just decorative – it's built into the movement and gives the wearer access to all of the functions that the movement has to offer.

The Yacht-Master II is one of Rolex's most sophisticated watches with a programmable countdown, mechanical memory and a convenient flyback function. Scott Eastwood and NFL's Patrick Mahomes love this high-end utility timepiece.

 

---

*SEE MORE OF THE WATCHES IN OUR VIDEO:*




---





Toll-free US and Canada Only:
1-800-797-0634
Outside US:
1-404-814-1814

Customer service:
info@swisswatchexpo.com

Swiss Watch Expo
315 East Paces Ferry Rd NE
Atlanta, GA 30305

M - F 10 AM to 6 PM EST
Saturdays 10 AM to 5 PM EST

SEND

Copyright © 2021, All Rights Reserved.

Page 1
Kevin Hart's Watch Collection | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2018/03/05/kevin-harts-insane-watch-collection/

# The Watch Club
### By SwissWatchExpo



NEW ARRIVALS    MEN    WOMEN    BRANDS    REDUCED    FAQ            SIGN UP FOR OUR EMAILS



# Kevin Hart's Watch Collection

MARCH 5, 2018 *by* SWISSWATCHEXPO



SEARCH THE WATCH CLUB

SEARCH THE WATCH CLUB

EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)




## Kevin Hart's Watch Collection

Comedian, producer and *Jumanji* star Kevin Hart is known in watch circles as one of the most prolific celebrity watch collectors. He reportedly has a dozen Rolexes, at least four Patek Philippe, and Audemars Piguet pieces, and he continues to buy a watch for every career milestone he achieves.

Having come from humble beginnings, he says his watch box also tells the story of 'the bonuses that come with life after hard work', and if that's so, then Hart has some serious work ethic.

Kevin Hart may be a funny man, but when it comes to watches, he doesn't joke around. Here are some of his treasured pieces:



**AUDEMARS PIGUET**
Royal Oak
Dual Time 18K Rose
Gold Watch

**GET ON THE WAIT LIST >**

Hart favors the brand's iconic **Audemars Piguet Royal Oak** and has been spotted with classic and limited edition models of the watch: one in stainless steel, another in rose gold (seen here), and more complex models such as the *Platinum Tourbillon Chronograph*, *Tourbillon Concept GMT* and the *QE II CUP 2016 Limited Edition*.

Captured by FireShot Pro: 31 January 2023, 14:30:06
https://getfireshot.com

## ROLEX

Cosmograph Daytona
Black Dial
Chronograph Watch

$18,400

Save Additional $552.00
With Bank Wire

VIEW DETAILS >




He's a self-proclaimed "Daytona-head" and it's one of the first watches he has ever owned. He has been spotted with six models so far: the 50th Anniversary Rolex Cosmograph Daytona in Platinum with a blue dial, the Everose Daytona, a yellow gold Paul Newman, plus some classic models such as the stainless steel white dial, and yellow gold black dial.





*Kevin Hart Watch Collection: The comedian is not shy about showing off his collection. His favorite brands are Patek Philippe, Rolex, and Richard Mille. All photos taken from his Instagram (https://www.instagram.com/kevinhart4real)*




## PATEK PHILIPPE

Nautilus 18K
Rose Gold
Mens Watch

GET ON THE
WAIT LIST >

These days, you'll see him wear a different Patek Philippe almost every day on his Instagram page. His favorite, the Nautilus, is the sporty proposition of the revered maison – the perfect choice for his everyday looks.

So far we've spotted him with the Nautilus Diamond Baguette Bezel & Hinges, 40th Anniversary Patek Philippe Nautilus in 18KT White Gold, and the Nautilus Travel Time Chronograph.

## ROLEX

President Day-Date
Champagne Dial
Yellow Gold Mens Watch

$18,690

Save Additional $560.70
With Bank Wire

VIEW DETAILS >




Of course his collection won't be complete without the top-tier watch of the Rolex portfolio. He owns a few Rolex President Day-Date pieces including a classic, all-gold version, plus some unique Day-Date II models like the 18k Everose Gold Bronze Wave Dial and the 18k Yellow Gold Baguette Diamond & Ruby Dial.




## ROLEX

Sky-Dweller 18K
White Gold
Black Dial Watch

GET ON THE
WAIT LIST >

Captured by FireShot Pro: 31 January 2023, 14:30:06
https://getfireshot.com

Page 3
Kevin Hart's Watch Collection | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2018/03/05/kevin-harts-insane-watch-collection/

Ever a fan of complex watches, he also owns one of the most complicated Rolex models ever, the Sky-Dweller. The combination of mechanical complexity and precious metals make it a shoo-in for Kevin Hart's collection. He owns the *18K White Gold Black Dial Watch* that can go from casual to formal.

———

*SEE MORE OF THE WATCHES IN OUR VIDEO:*



———

PHOTO CREDITS: Main Photo By Eva Rinaldi licensed by CC BY-SA 2.0, via Wikimedia Commons / Blog photos by Memorial Student Center Texas A&M licensed by CC BY 2.0 and WestConn licensed by CC BY ND-2.0 via Flickr / other photos from Kevin Hart's Instagram (instagram.com/kevinhart4real)



Toll-free US and Canada Only:
1-800-797-0634
Outside US:
1-404-814-1814

Customer service:
info@swisswatchexpo.com

Swiss Watch Expo
315 East Paces Ferry Rd NE
Atlanta, GA 30305

M - F 10 AM to 6 PM EST
Saturdays 10 AM to 5 PM EST

| Name | Email |
| --- | --- |

Subject

Message

SEND

Copyright © 2021, All Rights Reserved.



YouTube Search

All | Rolex | Listenable | Related | For yo

**Kevin Hart's Insane Watch Collection | SwissWatchExpo [Watch Collection]**

SwissWatchExpo
28.7K subscribers
Subscribe

19 | Share | Download | Clip | Save

2,911 views Oct 5, 2018 #AudemarsPiguet #KevinHart #Rolex

Kevin Hart, comedian, producer and Jumanji star, is known in watch circles as one of the most prolific celebrity watch collectors. Here's a few pieces from his vast watch collection.

#WatchCollection #KevinHart #Rolex #AudemarsPiguet

See all the featured watches on our website:
https://www.swisswatchexpo.com

Music:
Working Solutions by Alex Stoner, via TakeTones.com

Photos, in order of appearance:
All photos of Kevin Hart from his Instagram account (instagram.com/kevinhart4real)

—
Transcript:

From SwissWatchExpo...

Spotlight On: Comedian Kevin Hart, and his Insane Watch Collection.

Comedian, producer and Jumanji star Kevin Hart is known in watch circles as one of the most prolific celebrity watch collectors.

He reportedly has a dozen Rolexes, at least four Patek Philippe and Audemars Piguet pieces. And he continues to buy a watch for every career milestone he achieves.

Having come from humble beginnings, he says his watch box also tells the story of "the bonuses that come with life after hard work", and if that's so, then Hart has some serious work ethic.

Kevin Hart may be a funny man, but when it comes to watches, he doesn't joke around. We can't cover his entire vast collection, so we chose a few of his favorites.

Kevin has several watches from Audemars Piguet, particularly the iconic, octagonal bezeled Royal Oak.

He has been spotted with classic and limited edition models of the watch, in different constructions of rose gold, yellow gold, steel and titanium.

He also has very rare and more complex models such as the Platinum Tourbillion Chronograph, Tourbillion Concept GMT and the QE II CUP 2016 Limited Edition.

Kevin is also a self-proclaimed "Daytona-head", and the Rolex Cosmograph Daytona is one of the first watches he has ever owned.

He has been spotted with six Daytona models so far. From classic models such as stainless steel, yellow gold, Everose gold and the Cerachrom bezeled reference 116500.

To more rare, holy grail pieces such as this 50th anniversary Rolex Daytona with a chocolate brown bezel and ice blue dial, and a yellow gold Paul Newman Daytona.

Of course, Kevin's collection won't be complete without the top-tier watch of the Rolex portfolio – the Rolex President Day-Date.

He owns a few pieces of the Day-Date, including a classic, all-gold version, an 18k Yellow Gold with a Baguette Diamond & Ruby Dial, and a white gold black dial model.

To more unique and eye-catching Day-Dates such as a Platinum concentric black dial and the 60th anniversary 18k Everose Gold Green Dial seen here.

Rounding out his collection is Patek Philippe, which is considered by many to be the ultimate watch brand to have.

He owns hip and sporty styles such as the Aquanaut. His choice comes in stainless steel with an embossed black dial, and a black composite hypoallergenic strap.

His favorite, however is the Nautilus. So far we've spotted him with several different styles – from this stainless steel blue dial, to a more attention-grabbing Diamond Baguette Bezel & Hinges.

Also in his watch box are more cutting edge pieces – like racing watches and tourbillons from Richard Mille, and Grand Complication pieces from Patek Philippe.

With such a vast collection, funny man's Kevin Hart is one serious watch lover. What's your favorite among his watches? Tell us in the comments section.

—
Want the best and the latest in watches?
Head over to The Watch Club by Swiss Watch Expo:
http://www.swisswatchexpo.com/thewatc...

**Chapters** View all

Mix - SwissWatchExpo
More from this channel for you

Audemars Piguet Royal Oak Yellow Gold Day Date...
SwissWatchExpo
499 views • 4 days ago
New

Kevin O'Leary Reacts To Kevin Hart's Audemar Piguet Watch |...
Kevin O'Leary
969K views • 11 months ago

Panerai Radiomir 3 Days GMT Oro Rosso 18k Rose Gold Wat...
SwissWatchExpo
860 views • 3 days ago
New

Zac Efron Watch Collection | SwissWatchExpo [Watch...
SwissWatchExpo
4.3K views • 3 years ago

IWC Pilot Chronograph Blue Dial Mens Watch IW388109 Revie...
SwissWatchExpo
522 views • 4 days ago
New

Cartier Rotonde Retrograde GMT Time Zone White Gold...
SwissWatchExpo
1.3K views • 2 days ago
New

Omega Planet Ocean Big Blue GMT 45.5 Ceramic Mens Watc...
SwissWatchExpo
713 views • 4 days ago
New

Rolex Daytona Diamond dial 116518LN Oysterflex 18KT YG
Fitzrovia Watches
300 views • 1 day ago
New

Inspirational Kevin Hart Quotes about Success
Quotes21
65 views • 4 days ago
New

How to Buy a Rolex in 2023: A Comprehensive Guide
Watch Out
22K views • 4 weeks ago

Henry Golding Latest Watch Collection | SwissWatchExpo
SwissWatchExpo
2.9K views • 6 months ago

FLOYD MAYWEATHER STUNTIN WITH $4 MILLION IN JEWELR...
FightHype.com
468K views • 6 years ago

KEVIN HART AMAZING WATCH COLLECTION!
Wrist Aficionado
36K views • 1 year ago

Zenith Defy Classic Skeleton Dial Titanium Mens Watch...
SwissWatchExpo
1.5K views • 2 days ago
New

Robert Downey Jr. Shows Off His Epic Watch Collection | GQ
GQ
12M views • 6 years ago

Kevin Hart (Full Interview) | Chelsea | Netflix
Netflix Is A Joke
6.5M views • 6 years ago

Breitling Navitimer 1 38 Steel Rose Gold Mens Watch U1732...
SwissWatchExpo
347 views • 3 days ago
New

Cartier Tank MC Silver Dial Black Strap Steel Mens Watch...
SwissWatchExpo
131 views • 7 hours ago
New

Breitling Grand Premier Chronograph Black Dial Steel...
SwissWatchExpo
160 views • 2 days ago
New

Captured by FireShot Pro: 07 February 2023, 17:15:59
https://getfireshot.com

0:00 Intro
1:39 Rolex Daytona
2:18 Rolex Day Date
2:53 Patek Phillipe
3:29 Outro

Show less

1 Comment Sort by

Add a comment...

keliishaine 1 year ago
Leprechaun 🍀 got good taste
1 Reply

116K views • 5 months ago

Kevin Hart Watch Collection - Rated from 1 to 10!
CRM Jewelers
251K views • 4 years ago
6:48

Patek Philippe Gondolo 18k White Gold Diamond Ladies...
SwissWatchExpo
22 views • 7 hours ago
New
1:20

Mark Wahlberg Gets a Rare Watch from Ellen for His...
TheEllenShow
1.5M views • 3 years ago
3:25

Watch Expert Reacts to Travis Scott's INSANE Watch...
Nico Leonard
978K views • 1 year ago
8:11

Joe Rogan on Watch Collectors
JRE Clips
4.5M views • 4 years ago
18:41

Broken Rolex Submariner Restoration - $11,000 Diving...
Red Dead Restoration
248K views • 4 days ago
New
21:31

Most EXPENSIVE Houses of Famous Rappers
ALL ABOUT
23K views • 2 days ago
New
21:18

THINGS ARE CHANGING! - WATCH MARKET UPDATE 2023
Watch Eric
35K views • 2 days ago
New
11:29

Rolex Datejust 36 Steel Yellow Gold Diamond Mens Watch...
SwissWatchExpo
142 views • 3 days ago
New
1:21

Rolex GMT Master 2 a.k.a #pepsi #rolex #jubilee...
Real RockRolla
316 views • 7 days ago

Jay Pharoah is Chris Rock. And Eddie Murphy. And Kevin Hart!
Steve TV Show
5.7M views • 5 years ago
2:52

Talking Watches With Jean-Claude Biver
Hodinkee
1.5M views • 8 years ago
20:07

Dogs Have Taken Over Kevin Hart's Bed
The Late Show with Stephen C...
2.5M views • 6 years ago
6:57

Free online watchmaking training course
Chronoglide Watchmakers
59

The DANGER of Counterfeit Watches from Turkey
Paul Thorpe
295K views • 2 months ago
27:25

A Bible Lesson From Kevin Hart's Mom | CONAN on TBS
Team Coco
3.1M views • 8 years ago

Cartier Ballon Bleu 42 Automatic Blue Dial Rose Gold...
SwissWatchExpo
257 views • 2 days ago
New

Everything You MUST Know Before Buying A Watch -...
Ben's Watch Club
451K views • 1 year ago
17:50



Page 1
Daniel Craig's Watch Collection | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2018/05/11/daniel-craigs-personal-watch-collection/

# The Watch Club
### By SwissWatchExpo



NEW ARRIVALS     MEN     WOMEN     BRANDS     REDUCED     FAQ                SIGN UP FOR OUR EMAILS



# Daniel Craig's Watch Collection

MAY 11, 2018 by SWISSWATCHEXPO



Daniel Craig is about to play James Bond for the fifth and final time in 2019's 'Bond 25'. He has done a superb job playing Bond, and what has perhaps made him perfect for the role are their similarities – their elusive personality, steely charisma, and even their great sartorial taste.

Like James Bond, Craig also loves his Rolex and Omega watches. Both brands have had relationships with the James Bond franchise (with Omega as the current brand of choice), and it so happens that Craig loves to wear them, even when he's off-duty.

Check out the Daniel Craig Watch Collection:





## ROLEX
Submariner Vintage
James Bond Big Crown
Steel Mens Watch

### $31,900
Save Additional $957.00
With Bank Wire

VIEW DETAILS >

Rolex has always been James Bond's watch until 1995, when Pierce Brosnan assumed the role. In Goldfinger, Sean Connery wore the Rolex Submariner 6538, which Craig now has in his personal collection and has worn several times in interviews. A nice nod to the past.

## SEARCH THE WATCH CLUB

SEARCH THE WATCH CLUB

## EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)

SEARCH THE WATCH CLUB

## EXPLORE THE WATCH CLUB

Athletes Watch Collections (1)
Breitling (2)
Buying Guide (8)
Cartier (1)
Executive Class (251)
Featured Articles (10)
Panerai (1)
Powerhouse Women (10)
Rolex (7)
Style Spotlight (11)
Tag Heuer (1)
ULTIMATE GUIDES (16)
Uncategorized (3)
Watch 101 (15)
Watch Guide (242)
Watch History (38)
Watch How-Tos (10)

## FOLLOW OUR CURATED WATCH COLLECTION ON INSTAGRAM





Captured by FireShot Pro: 31 January 2023, 14:39:11
https://getfireshot.com

## OMEGA
Seamaster
Planet Ocean GMT
600m Watch

**$4,390**
As low as $142 / month

VIEW DETAILS >




In *Casino Royale*, Craig wore an **Omega Seamaster Planet Ocean 600M** .It was eventually given to him with a dedication on the caseback from the movie's producers. While he likes wearing most of his watches, this always stays in the safe because of its sentimental value.



## ROLEX
GMT Master II Pepsi
Bezel Steel Automatic
Mens Watch

**$8,990**
As low as $291 / month

VIEW DETAILS >



Here's another iconic Rolex in Craig's collection: the **Rolex GMT-Master II 'Pepsi' Bezel**. The watch with the iconic blue and red bezel, is the inaugural color of the GMT-Master. It is now considered a classic.

## ROLEX
Milgauss Black Dial
Green Crystal
Steel Mens Watch

**$7,390**
As low as $239 / month

VIEW DETAILS >




You know you like a watch when you have several versions of them. Craig has two **Rolex Milgauss** watches in his collection. He has the reference 116400V seen above, and the reference 116400 with a white dial and orange hour markers.




## OMEGA
Seamaster 300
Spectre LE Watch

**$9,990**
As low as $323 / month

VIEW DETAILS >

*SEE MORE OF THE WATCHES IN OUR VIDEO:*

Page 3
Daniel Craig's Watch Collection | The Watch Club by SwissWatchExpo
https://www.swisswatchexpo.com/TheWatchClub/2018/05/11/daniel-craigs-personal-watch-collection/



*PHOTO CREDITS: First, fifth and sixth photos all by **Glyn Lowe Photoworks** licensed by **CC BY 2.0**, via Wikimedia Commons / Second photo by Flickr user wonderferret licensed by **CC BY 2.0** / Third photo by Kevin Kreitner licensed by **CC BY-SA 3.0** / Fourth photo by Land Rover MENA licensed by **CC BY 2.0** via Wikimedia Commons.*

Toll-free US and Canada Only:
1-800-797-0634
Outside US:
1-404-814-1814
Customer service:
info@swisswatchexpo.com
Swiss Watch Expo
315 East Paces Ferry Rd NE
Atlanta, GA 30305
M - F 10 AM to 6 PM EST
Saturdays 10 AM to 5 PM EST

Name

Email

Subject

Message

SEND

Copyright © 2021, All Rights Reserved.

YouTube Search

SwissWatchExpo
PRESENTS

0:01 / 5:15

## Daniel Craig Watch Collection - Celebrity Watch Collection | SwissWatchExpo [Watch Collection]

SwissWatchExpo
28.7K subscribers
Subscribe

185 Share Download Clip Save

18,404 views Dec 7, 2019 #DanielCraig #WatchCollection #JamesBond
Like James Bond, Daniel Craig also loves his Rolex and Omega watches. Here's actor Daniel Craig's personal watch collection, consisting of vintage to modern timepieces, from his favorite brands Rolex and Omega.

Please Subscribe to get updates
https://swisswatchexpo.click/YouTube

More Celebrity Watch Collections:
http://swisswatchexpo.click/celebrity...

More Rolex videos:
http://swisswatchexpo.click/allabout-...

More Watch Reviews:
http://swisswatchexpo.click/fresh-fro...

Instagram:
http://instagram.com/swisswatchexpo/

Shop watches here:
https://www.swisswatchexpo.com

Music: Working Solutions by Alex Stoner, via TakeTones.com

Photo Credits:
Daniel wearing Rolex Milgauss and Rolex Daytona 6263 from Coolspotters.com
Daniel wearing Rolex Submariner watches and Omega Aqua Terra by craigdanielbond on Instagram
Daniel wearing Omega Speedmaster by hiddenbyleaves on WatchuSeek
Daniel wearing Rolex Pepsi and Omega Planet Ocean by danielcraigofficialfans on Instagram

—
Transcript:

From SwissWatchExpo...

Spotlight On: English actor and 007 star Daniel Craig - and his choice timepieces.

After being agent 007 for well over ten years, Daniel Craig is about to play James Bond for the fifth and final time in next year's 'No Time to Die'.

What has made Daniel perfect for the role are their similarities – the elusive personality, steely charisma, and of course, their great sartorial taste.

Like James Bond, Daniel also loves his Rolex and Omega watches. Both brands have had relationships with the James Bond franchise, with Omega as the current brand of choice.

It so happens that Daniel loves to wear them, even when he's off-duty – proving that both brands can co-exist. Here's his stellar collection of Rolex and Omega timepieces, from vintage to modern.

Let's start with his vintage Rolex collection. Even before playing Bond, Daniel already had the taste for holy grail watches, such as vintage Daytona and Submariners.

In fact, he has the same Rolex Submariner model that Bond first used, in Sean Connery's Goldfinger. The Rolex Submariner 6538. Now a highly collectible item, it's characterized by its oversized crown, and lack of crown guards.

Yet another Rolex Submariner in Daniel's collection is the 1680. It's easy to spot from afar because of its extremely tall crystal. It was the first Submariner to be equipped with the date window at 3 o'clock , with the magnifying Cyclops lens affixed to its Plexiglas crystal.

Daniel also owns the holy grail, Rolex Paul Newman Daytona reference 6263. He wears the reverse Panda, with a white dial and black subdials. The emblematic model owned by Paul Newman himself has become the most expensive watch ever sold – but Daniel has had the watch even before it.

Also in his collection are several contemporary Rolex models of the GMT Master II, Submariner, and Milgauss.

His choice GMT Master II is the Pepsi. The watch with the iconic blue and red bezel is the inaugural color of the GMT-Master. It is now considered a classic, and is considered a must have in a Rolex collection.

Daniel has also been spotted with the Rolex Milgauss in red carpet events. The anti-magnetic watch is truly hard to miss. As you can see here, you can spot its green crystal, even from afar.

One of Daniel's most unique watches is a Rolex Submariner customized by Project X Designs, and produced only in 24 pieces. To give it a vintage look, the crown guards and cyclops date magnifier were removed, and it is worn on a nylon strap.

Of course, Omega watches won't be missing in Daniel Craig's collection. As the official watch of James Bond, Daniel has his pick of the lot – and he sure chose really great timepieces.

Bond has always worn a Seamaster, but we're sure you'll agree that the Omega Speedmaster looks just as good on Daniel. He chose the Apollo 11 40th anniversary watch, which has the mission's medallion on one of its subdials.

Daniel has also professed his love for the Seamaster Aqua Terra. He added a blue-dial model to his personal collection, after he wore it in the 2012 Bond movie, Skyfall.

And finally, we have one of his most prized possessions. An Omega Seamaster Planet Ocean, 600m Co-Axial chronometer. He wore it in the opening sequence of Casino Royale, his first ever stint as James Bond. It looks like we won't see much of it – Daniel prefers to keep the very special watch stored in a safe.

Daniel Craig has amazing taste in watches. We sure will follow his collection, even after his stint as James Bond. Which one was your favorite? Tell us in the comments section.

#DanielCraig #JamesBond #OmegaWatches #WatchCollection

All | Rolex | Daniel Craig | Listenable | Re

Tom Cruise Watch Collection: In Movies and Real Life |...
SwissWatchExpo
142K views • 2 years ago

Panerai Radiomir 3 Days GMT Oro Rosso 18k Rose Gold Wat...
SwissWatchExpo
860 views • 3 days ago
New

Audemars Piguet Royal Oak Yellow Gold Day Date...
SwissWatchExpo
499 views • 4 days ago
New

Pierce Brosnan Watch Collection - Celebrity Watch...
SwissWatchExpo
47K views • 3 years ago

Daniel Craig's Watches as James Bond | SwissWatchExpo
SwissWatchExpo
8.4K views • 1 year ago

Cartier Rotonde Retrograde GMT Time Zone White Gold...
SwissWatchExpo
1.3K views • 2 days ago
New

David Beckham's Watch Collection | SwissWatchExpo...
SwissWatchExpo
60K views • 3 years ago

Omega Planet Ocean Big Blue GMT 45.5 Ceramic Mens Watc...
SwissWatchExpo
713 views • 4 days ago
New

Daniel Craig's Watch Collection | SwissWatchExpo [Watch...
SwissWatchExpo
150K views • 4 years ago

Dwayne 'The Rock' Johnson Watch Collection - Celebrity...
SwissWatchExpo
26K views • 3 years ago

Jason Statham's Watch Collection | SwissWatchExpo...
SwissWatchExpo
85K views • 3 years ago

Zenith Defy Classic Skeleton Dial Titanium Mens Watch...
SwissWatchExpo
1.5K views • 2 days ago
New

Rolex Daytona Diamond dial 116518LN Oysterflex 18KT YG
Fitzrovia Watches
300 views • 1 day ago
New

IWC Pilot Chronograph Blue Dial Mens Watch IW388109 Revie...
SwissWatchExpo
522 views • 4 days ago
New

Jake Gyllenhaal Watch Collection | SwissWatchExpo...
SwissWatchExpo
9.6K views • 3 years ago

Tom Hardy Watch Collection: Rolex & Omega |...
SwissWatchExpo
11K views • 2 years ago

Breitling Navitimer 1 38 Steel Rose Gold Mens Watch U1732...
SwissWatchExpo
347 views • 3 days ago
New

Ryan Reynold's Watches, On and Off-Screen | SwissWatchExpo...
SwissWatchExpo
14K views • 2 years ago

How to Wind an Automatic Watch | SwissWatchExpo
SwissWatchExpo
75K views • 2 years ago

Rolex GMT Master 2 a.k.a #pepsi #rolex #jubilee...
Real RockRolla
316 views • 7 days ago

Key moments

View all

1:25 ROLEX SUBMARINER 6538

1:42 ROLEX SUBMARINER 1680

2:01 ROLEX DAYTONA 6263

2:35 ROLEX GMT MASTER II

2:57 ROLEX MILGAUSS

3:14 CUSTOM ROLEX SUBMARINER

Locations

View suggestions on Google Maps

SwissWatchExpo

4.8 ★ (2.9K)
Watch store

Show less

5 Comments Sort by

Add a comment...

Alex G. Park 3 years ago
Summary: Craig's heart says Rolex, but his sponsor says Omega.
22 Reply
• 2 replies

I like apple 🍎 1 year ago
he's a rolex lover
1 Reply

Mike Torre 1 year ago
Rolex is much nicer
1 Reply

Quantum Of Solace
YouTube Movies & TV
Action & adventure • 2008
Buy or rent PG-13

Matt LeBlanc's Rolex Watches | SwissWatchExpo [Watch...
SwissWatchExpo
4.9K views • 2 years ago

Zac Efron Watch Collection | SwissWatchExpo [Watch...
SwissWatchExpo
4.3K views • 3 years ago

Watches of World Leaders - Trump, Trudeau, Putin and Mo...
SwissWatchExpo
23K views • 2 years ago



