**Exhibit "B"**

Page 1
https://www.groupon.com/deals/golden-krust-8
Golden Krust Caribbean Bakery & Grill - 20% Cash Back on Caribbean Food | Groupon

      

GROUPON    Categories ⌄     🔍 Search Groupon      📍 New Orleans     🔍       🛒   🔔²   Sign In ⌄

## Other Deals That Might Interest You



**Stone Mountain Park**
1000 Robert E Lee Dr, Stone Mountain
4.7 ★★★★½ 606 Ratings
~~$39.95~~ **$24.95**
Leisure Park



**PhotoAffections**
4.8 ★★★★★ 37644 Ratings
~~$79.20~~ **$19.99**
Custom Holiday Photo Cards



**Valvoline Instant Oil Change**
1925 Highway 20 South, Conyers
4.7 ★★★★½ 100255 Ratings
~~$75.99~~ **$56.99**
Oil Change

Local ⟩ Food & Drink ⟩ Restaurants ⟩ Latin American Restaurants

# Golden Krust Caribbean Bakery & Grill

📍 2047 Mount Zion Road, Morrow

🏷 20% Cash Back at Golden Krust Caribbean Bakery & Grill

4.4 ★★★★½ 134 Groupon Ratings



**Sold Out**

| See Similar Deals |

How **GROUPON+** Works

**Enroll for Free**
Enroll eligible cards to get cash back at all participating Groupon+ merchants.

**Choose Deals**
Choose specific Groupon+ deals to get up to 30% cash back!

**Visit and Save**
Use enrolled cards at Groupon+ merchants to get cash back to your card statement.

**Share This Deal**

✉ f 🐦 📌   

## Highlights

Caribbean flavors are packed into dishes like jerk chicken-stuffed pastries, braised oxtail, and curried goat

## About This Deal

**The Deal**
How to use this deal:

1. Claim this deal by linking it to your eligible credit cards
2. Pay for qualifying purchases at the merchant with a linked card
3. Get 20% cash back on your first purchase and 10% cash back on additional purchases, including if the deal is re-claimed
4. Cash back rewards will be credited to your card statement within a few days

Page 2
https://www.groupon.com/deals/golden-krust-8
Golden Krust Caribbean Bakery & Grill - 20% Cash Back on Caribbean Food | Groupon

## Fine Print

- Cash back is calculated on total bill after tip
- Deal valid for 20% cash back only on first purchase and 10% cash back on all other purchases, including after the deal is re-claimed. Limited to 1 transaction per visit
- Deal expires 30 days after claimed, but Groupon may re-claim the deal for you
- Cash back is awarded in form of statement credits
- Online orders placed through third-parties are not eligible for cash back
- Most cards are eligible for cash back. See FAQ for details
- For debit cards, select "credit" when you pay. Not all debit purchases may qualify for cash back
- Deal can be used multiple times until it expires
- Deal is subject to Groupon+ Deals Terms
- Enrollment in Groupon+ required. Eligible card will be linked to all Groupon+ participating merchants

## Groupon Customer Reviews

**4.4** ★★★★⯨

134 Groupon Ratings

Sort by: Most Recent ⌄



✅ **100% Verified Reviews**
All Groupon reviews are from people who have redeemed deals with this merchant. Review requests are sent by email to customers who purchased the deal.

( food ) ( oxtail ) ( service ) ( bone ) ( cabbage ) ( chicken )

**C** **Cornealius** · `Top Reviewer`
☆ 8 ratings  💬 6 reviews
★★★★★ · January 16, 2021
Great food, service, and awesome sorrel juice
[ 👍 Helpful ]

**T** **Tamoura**
☆ 2 ratings  💬 2 reviews
★★★★★ · December 4, 2020
Delish as usual...30 for a meal though....bit much
[ 👍 Helpful ]

**B** **Barbara**
☆ 4 ratings  💬 1 reviews
★★★★★ · November 11, 2020
Good cooking healthy.
[ 👍 Helpful ]

**N** **Nyesha** · `Top Reviewer` `Helpful Reviewer`
☆ 21 ratings  💬 13 reviews
★★★☆☆ · October 9, 2020
Portions have gotten really skimpy and there is always a long wait..
[ 👍 Helpful ]

**S** **Sondra**
☆ 2 ratings  💬 2 reviews
★★★★★ · October 5, 2020
The food was delicious. I Love how they had Rules in place for the Safety of ALL Customers due to the COVID-19 Situation.
[ 👍 Helpful ]

See All Groupon Reviews

## Customer Photos



## About Golden Krust Caribbean Bakery & Grill

It all started with a patty. When Ephraim and Mavis Hawthorne would prepare their family's recipe for the traditional Jamaican meal in their St. Andrew's bakery, their son Lowell would follow along. He would watch studiously as his parents filled golden pastry pockets with steamy mouthfuls of jerk chicken, spicy beef, curried shrimp, soy, or veggies, memorizing the feel and consistency of the patties and the mouthwatering smell gradually filling the warm kitchen.

Lowell and his siblings crafted a well-rounded menu from their family's still-secret recipes and took it to the Bronx, where they opened the first Golden Krust restaurant in 1989. Since then, the popular Caribbean chain has spread over nine states, and Lowell's business savvy has earned him recognition, including an Ernst & Young Entrepreneur of the Year award and a thumbs-up from *Fortune* magazine. The Hawthorne siblings have shared their success with both the American and Caribbean communities, creating a foundation in honor of their parents that grants college scholarships and sponsors educational programs.



**Weybridge**
2047 Mount Zion Road, Morrow, GA 30260

Directions

See Menu

Website

## Sponsored deals for you

1 of 3  ‹ ›



**Qualtry**
3.9 ★★★★☆ 110254 Ratings
~~$59.99~~ **$24.99**
Acrylic Photo Display Blocks



**Stainless Steel Double Layer Initial Bracelet By Pink Box - 3...**
4.7 ★★★★★ 107 Ratings
~~$25~~ ~~$5.99~~ **$5** 11 Hours Left

Selling fast!



**Qualtry Personalized Gifts Deals**
3.9 ★★★★☆ 110254 Ratings
~~$19.99~~ **$5**
Personalized Embroidered Beanies



**Qualtry Personalized Gifts Deals**
3.9 ★★★★☆ 110254 Ratings
~~$24.99~~ **$9.99**
Family Name Throw Pillow Covers

**Company**
About Groupon
Jobs
Press
Investor Relations

**Work with Groupon**
Join the Groupon Marketplace
Run a Groupon Campaign
How does Groupon work for Merchant
Sponsor your Campaign

**More**
Privacy Policy
Customer Support
Refund Policies
FAQ

Groupon Sites
USA


Get the Groupon
Mobile App ›

https://www.groupon.com/deals/golden-krust-8
Golden Krust Caribbean Bakery & Grill - 20% Cash Back on Caribbean Food | Groupon

Management Team
In Your Community

Affiliate Program
Vendor Code of Conduct

Coupon Codes
Gift Cards
Gift Shop
Students
Report Infringement
Pricing Transparency Statement

**Follow Us**

GROUPON Merchant.
Grow Your Business by
Working with Groupon ›

**Incredible Deals on Local Experiences**

Groupon Gift Ideas | Valentine's Day Gifts | Mother's Day Gifts | Father's Day Gifts | Things to Do | Kids Activities | Nightlife | Restaurants | Spas | Massages | Hair Salons | Travel

The Gist | Coupons Blog

© 2022 Groupon, Inc. All Rights Reserved.    Terms of Use    Privacy Policy    Licenses    Accessibility    Do Not Sell or Share My Personal Information