IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTLYAN NESHUNDRA LEE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) **CIVIL ACTION FILE NO.** |
| v. | ) |
| | ) _____ |
| CAFÉ INTERMEZZO, INC. | ) |
| d/b/a CAFÉ INTERMEZZO, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the Defendant Café Intermezzo, Inc. ("Defendant") files this Notice of Removal within the time prescribed by law and hereby remove the above-captioned civil action from the Superior Court of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing the Court as follows:

1.

On January 3, 2023, Plaintiff Westlyan Neshundra Lee ("Plaintiff") filed this action against Defendant in the Superior Court of DeKalb County, Georgia, (the "State Court Action"), asserting claims under federal law against Defendant. The State Court Action is presently pending under the caption of *Westlyan Naeshundra*

*Lee v. Café Intermezzo, Inc. d/b/a Café Intermezzo* and docketed as Civil Action File No.: 23CV1031. As reflected by the Affidavit of Service, Defendant first received a copy of the Complaint and Summons on January 16, 2023.

2.

In accordance with 28 U.S.C. § 1446(b)(3), Defendant shows that this Notice of Removal is filed within 30 days after Defendant's receipt of a copy of the State Court Action setting forth claims for relief under federal law, and prior to the existing deadline for Defendant to answer or otherwise respond to the State Court Action.

3.

True and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A**.

4.

This is a civil action that contains a total of nine counts. Counts I and VI assert claims for hostile work environment claim and retaliation under Title VII of the Civil Rights Act of 1964. (Compl. ¶¶ 43-45, 71-78.) Specifically, Plaintiff alleges that her supervisor Blake Carter created a hostile work environment and that Defendant terminated her after she complained about Mr. Carter's behavior in retaliation. In Counts II, III, IV, V, and VII, Plaintiff asserts claims under state law for false imprisonment, invasion of privacy, negligent retention, negligent training and

supervision, and intentional infliction of emotional distress based on the same alleged facts forming the basis of her hostile work environment claim. Plaintiff requests Expenses of Litigation and Punitive Damages in Counts VIII and IX.

5.

This is a civil action of which the Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441 because it is an action that, in part, arises under the laws of the United States. This Court thus has original jurisdiction over this action by reason of federal-question jurisdiction pursuant to 28 U.S.C. § 1331. This Court has supplemental jurisdiction over the state law claims asserted in the Complaint because it arises out of the same facts as Plaintiff's federal claims and form part of the same case or controversy. 28 U.S.C. § 1367(a).

6.

True and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A**.

7.

Pursuant to 28 U.S.C. § 90(a)(1), the United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the geographical area where the State Court Action is pending.

Pursuant to 28 U.S.C. §§ 1441, 1446(a), Defendants are thus entitled to remove this action from the Superior Court of DeKalb County, Georgia to this Court.

8.

Contemporaneously with its filing of this Notice of Removal with this Court, Defendants have filed a copy of this Notice of Removal with the Clerk of the Superior Court of DeKalb County and served a notice of this Notice of Removal on Plaintiff, as required by 28 U.S.C. § 1446(d), a copy of which is attached hereto as **Exhibit B**.

9.

For these reasons, Defendants respectfully request that this case be removed to this Court from the Superior Court of DeKalb County, and that this Court accept jurisdiction over the State Court Action.

                Respectfully submitted,

                **FREEMAN MATHIS & GARY, LLP**

                */s/ Bradley T. Adler*
                Bradley T. Alder
                Georgia Bar No. 005525
                Jacob T. McClendon
                Georgia Bar No. 154967

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948      *Attorneys for the Defendant*
T: (770) 818-0000
E: badler@fmglaw.com
E: jtmcclendon@fmglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WESTLYAN NESHUNDRA LEE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | |
| ) | _____ |
| CAFÉ INTERMEZZO, INC. ) | |
| d/b/a CAFÉ INTERMEZZO, ) | |
| ) | |
|     Defendant. ) | |

**CERTIFICATE OF SERVICE**

I certify that I have on this day electronically filed the within and foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and served by electronic mail and U.S. Mail counsel of record as follow:

    Bradley Dozier
    Dozier Law Group LLC
    1050 Crown Pointe Parkway, Suite 2525
    Atlanta, GA 30326
    bdozier@dozierlawgroup.com

This 14th day of February, 2023.

                */s/ Bradley T. Adler*
                Bradley T. Alder
                Georgia Bar No. 005525

                *Attorney for the Defendants*