IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| WILLIAM MICHAEL DOWDA,<br><br>Plaintiff,<br><br>v.<br><br>QUIKTRIP CORPORATION, A FOREIGN PROFIT CORPORATION,<br><br>Defendant. | CIVIL ACTION FILE NO. |

## NOTICE OF REMOVAL

COMES NOW, Defendant QuikTrip Corporation, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal of the above-styled action to the United States District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, Defendant shows this Court as follows:

1.

This is a personal injury matter arising out of an alleged slip and fall that occurred on January 6, 2021.

2.

The original suit, styled as William Michael Dowda v. Quiktrip Corporation, a Foreign Profit Corporation, Civil Action File No. 23-A-00139-4, was filed in the

Superior Court of Gwinnett County, Georgia on January 6, 2023. Timely Defenses and Answer were filed on February 13, 2023.

3.

Copies of the Complaint and Defenses and Answer filed in the Superior Court of Gwinnett County are attached hereto as Exhibit "A." A copy of all other pleadings filed in this action, which are or may be required to be filed along with this Notice pursuant to 28 U.S.C. § 1446(a) are attached hereto as Exhibit "B."

4.

This Notice is filed within the timeframe specified in 28 U.S.C. § 1446(b).

5.

Plaintiff is a resident of the State of Georgia. (Exhibit "A" Plaintiff's Complaint for Damages).

6.

QuikTrip Corporation is an Oklahoma corporation with its principal place of business in Oklahoma.

7.

This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C.A. § 1332 and is, accordingly, removable to this Court pursuant to 28 U.S.C. § 1441. The matter in controversy exceeds $75,000.00, exclusive of interest and costs, and the Action is between citizens of different

states.

8.

In this action, the Plaintiff claims to have sustained, and he seeks damages for, a "traumatic brain injury." The Plaintiff also seeks to recover past medical expenses, damages for pain and suffering, and to recover for alleged lost wages. Thus, the jurisdictional threshold for removal is satisfied.

9.

Defendant will this date give written notice of the filing of this Notice of Removal to adverse parties as required by 28 U.S.C. § 1446(d).

10.

All conditions precedent to removal have been satisfied.

WHEREFORE, Defendant prays that the above entitled action now pending in the State Court of Gwinnett County, Georgia be removed therefrom to this Court.

This 14th day of February, 2023.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:  /s/ Sean L. Hynes
     SEAN L. HYNES
     Georgia State Bar No. 381698
     hynes@downeycleveland.com
     Attorneys for Defendant

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point Times New Roman.

                                                Respectfully submitted,

                                                **DOWNEY & CLEVELAND, LLP**

                                          By:   /s/ Sean L. Hynes
                                                      SEAN L. HYNES
                                                      Georgia State Bar No. 381698
                                                      hynes@downeycleveland.com
                                                      Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

    Jim R. Green, Esq.
    Jim R. Green, P.C.
    3930 East Jones Bridge Road, Suite 225
    Peachtree Corners, GA 30096

    This 14th day of February, 2023.

                                        **DOWNEY & CLEVELAND, LLP**

                                        By:  /s/ Sean L. Hynes
                                              SEAN L. HYNES
                                              Georgia State Bar No. 381698

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199