CIVIL ACTION NO. 23-A-00139-4

DATE FILED 1/6/2023

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

Jim R. Green, Esq (404) 683-3883

{ Green & Delan
3930 East Jones Bridge Road
Suite 225
Peachtree Corners, Georgia 30092 }

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

QuikTrip Corporation
C/O its registered Agent
CT Corporation Systems
289 G South Culver St
Lawrenceville, GA 30046

[ ] MAGISTRATE [ ] STATE [✓] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

William Michael Dowda
PLAINTIFF(S)

VS. QuikTrip Corporation,
a foreign Corporation
DEFENDANT(S)

GARNISHEE

Other attached documents to be served: Summons,
Complaint, Case Information.

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY
2023 JAN 19 AM 9:__
TIANA P. GARNER

## SHERIFF'S ENTRY OF SERVICE
I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL** Upon the following named defendant:

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to _____ described as follows: approximate age ____ yrs; approximate weight ____ pounds; approximate height ____ feet and ____ inches, domiciled at residence of the defendant.

[X] **CORPORATION** Upon corporation QuikTrip Corporation

By serving _____, in charge of the office and place of business of the corporation in this county.

By serving Jane Richardson _____, its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This 13 day of Jan, 2023.

SHERIFF DOCKET _____ PAGE _____

TIME: ____ . M.

W. Coberly  S61332
DEPUTY

Q:\Magforms\Forms\MAG 10-10 Sheriff's Entry of Service

Printed: 1/12/2023 11:26:19AM
By: alewis

Service Count 1 of 1

# Gwinnett County Sheriff's Office
## Cover Sheet



| | |
|---|---|
| **Sheriff #:** | 23001226 |
| **Person Served:** | QUIKTRIP CORPORATION<br>289 SOUTH CULVER STREET<br>C/O CT CORPORATION SYSTEMS (RA)<br>LAWRENCEVILLE GA 30046<br>PHONE: |

**Process Information:**

| | | | |
|---|---|---|---|
| Date Received: | 01/12/2023 | | |
| Assigned Zone: | 289 S. Culver | Court Case #: | 23-A-00139-4 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT FOR DAMAGES | | |
| Notes/Alerts: | | | |

**Notes:**

_____
_____
_____
_____
_____
_____
_____

Case 1:23-mi-99999-UNA   Document 474-2   Filed 02/14/23   Page 3 of 7

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-00139-4**
**2/13/2023 2:25 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| WILLIAM MICHAEL DOWDA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION |
| QUIKTRIP CORPORATION, A FOREIGN PROFIT CORPORATION, | ) ) ) ) | FILE NO. 23-A-00139-4 |
| Defendant. | ) ) | |

## DEMAND FOR TWELVE MEMBER JURY TRIAL

COMES NOW, Defendant QUIKTRIP CORPORATION, A FOREIGN PROFIT CORPORATION, appearing specially and without submitting to the jurisdiction and venue of this Court, and demands a trial by a twelve member jury in the above styled action.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By: /s/ Sean L. Hynes
Sean L. Hynes
Georgia State Bar No. 381698
hynes@downeycleveland.com
Attorneys for QuikTrip

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jim R. Green, Esq.
Jim R. Green, P.C.
3930 East Jones Bridge Road, Suite 225
Peachtree Corners, Georgia 30096

This 13th day of February, 2023.

                                              **DOWNEY & CLEVELAND, LLP**

                                              By:  /s/ Sean L. Hynes
                                                      Sean L. Hynes
                                                      Georgia State Bar No. 381698

Case 1:23-mi-99999-UNA   Document 474-2   Filed 02/14/23   Page 5 of 7

E-FILED IN OFFICE - IT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**23-A-00139-4**

**2/13/2023 2:25 PM**
TIANA P. GARNER, CLERK

### IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

| | | |
|---|---|---|
| WILLIAM MICHAEL DOWDA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION |
| QUIKTRIP CORPORATION, A FOREIGN PROFIT CORPORATION, Defendant. | ) ) ) ) ) ) | FILE NO. 23-A-00139-4 |

### **RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that on the date shown, Defendant QUIKTRIP CORPORATION, A FOREIGN PROFIT CORPORATION (hereinafter referred to as "QuikTrip"), appearing specially and without submitting to the jurisdiction and venue of this Court, served copies of the following pleadings:

1. QuikTrip's First Continuing Interrogatories to Plaintiff; and
2. QuikTrip's First Request for Production of Documents to Plaintiff.

by depositing same in the United States Mail, properly addressed and with sufficient postage affixed thereon, to the following counsel of record:

Jim R. Green, Esq.
Jim R. Green, P.C.
3930 East Jones Bridge Road, Suite 225
Peachtree Corners, Georgia 30096

This 13th day of February, 2023.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**


By: /s/ Sean L. Hynes
      Sean L. Hynes
      Georgia State Bar No. 381698
      hynes@downeycleveland.com
      Attorneys for QuikTrip

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Jim R. Green, Esq.
Jim R. Green, P.C.
3930 East Jones Bridge Road, Suite 225
Peachtree Corners, Georgia 30096

This 13th day of February, 2023.

**DOWNEY & CLEVELAND, LLP**

By:     /s/ Sean L. Hynes
      Sean L. Hynes
      Georgia State Bar No. 381698