**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | September 18, 2020 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0909679764 | September 14, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| September 14, 2020 | 201 B INA SPOUSE OF USC | November 05, 1977 |

**PAYMENT INFORMATION:**

NAUSHABA MOMIN
C/O BHAVYA CHAUDHARY BHAVYA CHAUDHARY AND ASSOCI
700 HOLCOMB BRIDGE RD                    2  00000501
NORCROSS, GA  30071

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| MOMIN, HAMI | 5/8/1968 | INDIA | |



Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
Potomac Service Center
U.S. Citizenship and Immigration Services
200 Potomac Center Drive Stop 2425
Arlington, VA 20598-2425

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  04/01/19