# EXHIBIT B

**CONSENT TO REMOVAL**

Defendant EZFAUXDECOR, LLC, by and through counsel, consents to the removal of *Instant One Media, Inc. v. EZFAUXDECOR, LLC, et al.*, Case No. 22CV5127, currently pending in the Superior Court of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia.

By providing this consent, Defendant EZFAUXDECOR, LLC does not waive and expressly reserves all claims, defenses, objections, exceptions, and motions under Federal Rule of Civil Procedure 12(b) or otherwise available at law or in equity, and does not admit any of the allegations in Plaintiff's Complaint.

Dated: February 14, 2023

    Respectfully submitted,

    */s/ Michael P. Elkon*
    Michael P. Elkon
    Georgia Bar No. 243355
    **FISHER & PHILLIPS LLP**
    1075 Peachtree Street, NE
    Suite 3500
    Atlanta, GA 30309
    Phone: 404.231.1400
    Facsimile: 404.240.4249
    Email: melkon@fisherphillips.com

    James C. Sullivan, MO Bar No. 38318
    (pro hac vice forthcoming)
    **FISHER & PHILLIPS LLP**
    4622 Pennsylvania Ave., Suite 910
    Kansas City, MO 64112
    Phone: 816.842.8770
    Facsimile: 816.842.8767
    Email: jsullivan@fisherphillips.com

    ATTORNEYS FOR EZFAUXDECOR, LLC