# EXHIBIT C

## CONSENT TO REMOVAL

Defendant Amelia Shank, by and through counsel, consents to the removal of *Instant One Media, Inc. v. EZFAUXDECOR, LLC, et al.*, Case No. 22CV5127, currently pending in the Superior Court of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia.

By providing this consent, Defendant Amelia Shank does not waive and expressly reserves all claims, defenses, objections, exceptions, and motions under Federal Rule of Civil Procedure 12(b) or otherwise available at law or in equity, and does not admit any of the allegations in Plaintiff's Complaint.

Dated: February 14, 2023

Respectfully submitted,

*/s/ Michael P. Elkon*
Michael P. Elkon
Georgia Bar No. 243355
**FISHER & PHILLIPS LLP**
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA 30309
Phone: 404.231.1400
Facsimile: 404.240.4249
Email: melkon@fisherphillips.com

James C. Sullivan, MO Bar No. 38318
(pro hac vice forthcoming)
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Suite 910
Kansas City, MO 64112
Phone: 816.842.8770
Facsimile: 816.842.8767
Email: jsullivan@fisherphillips.com

ATTORNEYS FOR AMELIA SHANK