# EXHIBIT D

**CONSENT TO REMOVAL**

Defendant Jackson Shank, by and through counsel, consents to the removal of *Instant One Media, Inc. v. EZFAUXDECOR, LLC, et al.*, Case No. 22CV5127, currently pending in the Superior Court of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia.

By providing this consent, Defendant Jackson Shank does not waive and expressly reserves all claims, defenses, objections, exceptions, and motions under Federal Rule of Civil Procedure 12(b) or otherwise available at law or in equity, and does not admit any of the allegations in Plaintiff's Complaint.

Dated: February 14, 2023

        Respectfully submitted,

        */s/ Michael P. Elkon*
        Michael P. Elkon
        Georgia Bar No. 243355
        **FISHER & PHILLIPS LLP**
        1075 Peachtree Street, NE
        Suite 3500
        Atlanta, GA 30309
        Phone: 404.231.1400
        Facsimile: 404.240.4249
        Email: melkon@fisherphillips.com

        James C. Sullivan, MO Bar No. 38318
        (pro hac vice forthcoming)
        **FISHER & PHILLIPS LLP**
        4622 Pennsylvania Ave., Suite 910
        Kansas City, MO 64112
        Phone: 816.842.8770
        Facsimile: 816.842.8767
        Email: jsullivan@fisherphillips.com

        ATTORNEYS FOR JACKSON SHANK