# EXHIBIT A

23A00004

No. _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

Date Summons Issued and E-Filed

1/17/2023

**SUMMONS**

/s/ Patricia Nesbitt
_____

Deputy Clerk

Deposit Paid $ _____

DENISE HELTON AND JAMES M. HELTON, JR.
_____

Plaintiff's name and address

vs.

[ ] JURY

CT   AUTO-OWNERS INSURANCE COMPANY

289 S. CULVER STREET, LAWRENCEVILLE, GA 30054

Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

JOHN STRAUSS, ESQ.
Name
1132 CONYERS STREET, SE, COVINGTON, GA 30014
Address
770-787-5020                                          686854
Phone Number                                       Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

Defendant's Attorney                              Third Party Attorney

Address                                                    Address

Phone No.           Georgia Bar No.       Phone No.           Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury  ☐ Products Liability          Principal $ _____
☐ Contract  ☐ Medical Malpractice
☐ Legal Malpractice  ☐ Product Liability         Interest $ _____
☐ Other
                                                                   Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☒ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| DENISE HELTON and JAMES M. HELTON, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>RICKEY LEMARK GOLDWIRE, GOLDWIRE TRUCKING, LLC, and AUTO-OWNERS INSURANCE COMPANY<br><br>Defendants. | CIVIL ACTION FILE NUMBER<br>23A00004 |

## COMPLAINT FOR INJURIES AND DAMAGES

COME NOW Plaintiffs DENISE HELTON and JAMES M. HELTON, JR. (hereinafter referred to as "Plaintiffs"), and files this Complaint for Injuries and Damages and related matters against the Defendants RICKEY LEMARK GOLDWIRE, GOLDWIRE TRUCKING, LLC, and AUTO-OWNERS INSURANCE COMPANY (hereinafter referred to as "Defendants"), and for cause show the following:

## PARTIES AND JURISDICTION

1.

Defendant RICKEY LEMARK GOLDWIRE is a resident of Gadsden County, Florida and may be served with process and summons at his residence address of 391 Uptain Road, Quincy FL 32352.

2.

Defendant GOLDWIRE TRUCKING, LLC is a Georgia Limited Liability Company and may be

1

served with process and summons through its registered agent, Willie Goldwire, at its registered address of 1270 Caroline Street, Suite D, 120-399, Atlanta, Georgia, Dekalb County, which location is also said company's principal place of business.

3.

Defendant AUTO-OWNERS INSURANCE COMPANY is a foreign corporation authorized to transact business in the State of Georgia, which corporation may be served through its register agent, Linda Banks, care-of CT Corporation System, 289 S. Culver Street, Lawrenceville, Georgia 30056.

4.

Upon information and belief, Defendant RICKEY LEMARK GOLDWIRE (hereinafter "Goldwire") is an employee of Defendant GOLDWIRE TRUCKING, LLC (hereinafter Goldwire Trucking), a "motor carrier' under Georgia law, and was acting within the course of his employment at the applicable time; Defendant AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners") provided motor carrier insurance coverage for the occurrence at issue in this action.

5.

Defendants are subject to the jurisdiction of this Court.

**FACTS AND LIABILITY OF DEFENDANTS**

6.

On or about February 8, 2021, Plaintiff DENISE HELTON (hereinafter "DH") had been driving a vehicle owned by her employer, the Georgia Army National Guard, while in the course of her employment at the Recruiting Office located in Albany, Georgia but while returning from an out-of-town assignment.

7.

Immediately prior to the collision at issue, said Plaintiff had been driving East on West Oakridge Drive in Albany, Georgia, but she stopped at a red traffic signal.

8.

While Plaintiff DH was waiting for the traffic signal to change, Defendant RICKEY LEMARK GOLDWIRE (hereinafter "Goldwire"), driving a transfer truck behind Plaintiff, failed to observe the traffic conditions in front of him and rammed into the rear of DH's stopped vehicle.

9.

Weather conditions were clear at the time of the collision.

10.

The road conditions were dry at the time of the collision.

11.

No factual or legal justification excused Defendant's Goldwire's action of slamming into the rear of Plaintiff DH"s vehicle, and accordingly, said Defendant was cited by the Albany Police Department for following too closely.

12.

Upon information and belief, given Defendant Goldwire's driving history, Goldwire Trucking negligently employed Defendant Goldwire and negligently proved Defendant Goldwire with a vehicle for employment purposes, especially given the size of the vehicle at issue in this action.

3

13.

All of the Plaintiffs injuries and damages were proximately caused by the negligence of Defendants Goldwire and Goldwire Trucking while Defendant Goldwire was acting within the course of his employment with Goldwire Trucking.

14.

Defendant Auto-Owners is liable for the injuries caused by Defendants Goldwire and Goldwire Trucking.

**DAMAGES**

15.

Plaintiff DH claims compensatory damages from said Defendants so as to compensate Plaintiff DH for all of Plaintiff's pain and suffering, injuries, and mental and emotional suffering resulting from the incident complained of, past, present, and future.

16.

Plaintiff DH claims past medical expenses that are still being quantified, Plaintiff DH also seeks medical expenses for medical treatment and attention which will be required in the future as a result of the injuries inflicted by Defendants' Goldwire.

17.

Plaintiff DH is further entitled to damages for the forced use of her personal vehicle as a result of the unique circumstances of this case (given COVID and the chip-shortage), which circumstances forced Plaintiff DH to put 28,762 miles upon her personal vehicle that would have otherwise been avoided (73 days of driving 394 miles per day), at a rate of .40 per mile, at a cost of $11,504.80.

18.

Plaintiff JAMES M. HELTON, JR. is and was the husband of Plaintiff DH, and as a result of the injuries inflicted upon Plaintiff DH, which injuries had and have severely impacted the Plaintiffs' marriage, Plaintiff James M. Helton, Jr. is entitled to an award of damages sufficient as a result of his loss of consortium.

WHEREFORE, Plaintiffs pray for the following:

(a) That summons issue requiring the Defendants to appear as provided by law to answer fully and completely each and every allegation in this instant Complaint;

(b) That Plaintiffs have and recover compensatory damages from the Defendants in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiffs for all of Plaintiffs injuries and pain and suffering, mental, physical, and emotional, past, present, and loss of consortium.

(c) That Plaintiff DH have and recover from said Defendants special damages for past and future medical expenses in such an amount as shall be proven at trial;

(d) That Plaintiff DH recover mileage expenses;

(e) That this matter be tried to a jury;

(f) That all costs be cast against the Defendants;

(g) For such other and further relief as this Court deems just and appropriate.

          */s/ John L. Strauss*
          John L. Strauss
          Georgia Bar Number 686854
          JOHN L. STRAUSS, P.C.
          1132 Conyers Street SE
          Covington, Georgia 30014
          (770) 787-5020
          johnstrauss@strausslawoffice.com

STATE COURT OF
DEKALB COUNTY, GA.
1/2/2023 2:35 PM
E-FILED
BY: Monica Gay

TO: ALL JUDGES, CLERKS OF COURT, AND COUNSEL OF RECORD

FROM: JOHN. L. STRAUSS

RE: **NOTICE OF LEAVE OF ABSENCE**

DATE: December 19th, 2022

COMES NOW, John L. Strauss and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing counsel that he will be on leave pursuant to Georgia Uniform Rule 16 for the following periods:

1. The period of leave during which time applicant will be away from the practice of law is:

| | |
|---|---|
| **December 22-January 3** | **Christmas Holiday** |
| **February 14-18** | **Camping** |
| **February 19-24** | **Mission Trip** |
| **May 5-15** | **Vacation** |

STATE COURT OF DEKALB COUNTY, GA.
1/2/2023 2:35 PM
E-FILED
BY: Monica Gay

2. All affected judges and opposing counsel shall have ten days from the date of this notice to object to it. If no objections are filed, the leave shall be deemed granted as provided by law.

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** upon all judges, clerks and opposing counsel by statutory electronic service (email), or, by depositing the same in the U.S. Mail with adequate postage affixed thereon.

Respectfully submitted this 2nd day of January, 2023.

/s/ John L. Strauss
John L. Strauss
Georgia Bar Number 686854
JOHN L. STRAUSS, P.C.
1132 Conyers Street SE
Covington, Georgia 30014
(770) 787-5020