# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DENISE HELTON and<br>JAMES M. HELTON, JR., | )<br>)<br>) | CIVIL ACTION FILE<br>NO. |
| Plaintiff, | ) | |
| | ) | |
| RICKEY LEMARK<br>GOLDWIRE, GOLDWIRE<br>TRUCKING, LLC, and<br>AUTO-OWNERS<br>INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) | On removal from the State Court of<br>DeKalb County, Civil Action<br>File No: 23A00004<br><br>**JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | | |

## CERTIFICATE OF FILING REMOVAL

I hereby certify that I am counsel for AUTO-OWNERS INSURANCE COMPANY, and have this day filed a copy of the Notice of Removal with exhibits, including Notice of Filing Removal, in the State Court of DeKalb County Georgia, the Court from which this action was removed.

This 15th of February, 2023

                                    SWIFT, CURRIE, McGHEE & HIERS, LLP

                                    */s/ Gillian S. Crowl-Parrish*
                                    Gillian S. Crowl-Parrish
                                    Georgia Bar No. 654746
                                    Mike O. Crawford
                                    Georgia Bar No. 194165
                                    ***Attorneys for Defendants***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Gillian.crowl@swiftcurrie.com
Mike.crawford@swiftcurrie.com

2

## CERTIFICATION PURSUANT TO L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certifies that the above and foregoing submission is a computer document prepared in Times New Roman (14 point) font and in accordance with Local Rule 5.1B.

This 15th of February, 2023

                                       SWIFT, CURRIE, McGHEE & HIERS, LLP

                                       */s/ Gillian S. Crowl-Parrish*
                                       Gillian S. Crowl-Parrish
                                       Georgia Bar No. 654746
                                       Mike O. Crawford
                                       Georgia Bar No. 194165
                                       ***Attorneys for Defendants***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Gillian.crowl@swiftcurrie.com
Mike.crawford@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a true and accurate copy of ***CERTIFICATE OF FILING REMOVAL*** with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

John L. Strauss
John L. Strauss, P.C.
1132 Conyers Street, SE
Covington, GA 30014
johnstrauss@strausslawoffice.com
*Attorney for Plaintiffs*

This 15th day of February, 2023.

                                            SWIFT, CURRIE, McGHEE & HIERS, LLP

                                            */s/ Gillian S. Crowl*
                                            Mike O. Crawford
                                            Georgia Bar No. 194165
                                            Gillian S. Crowl
                                            Georgia Bar No. 654746
                                            *Attorneys for Defendants*

1420 Peachtree Street, NE; Suite 800
Atlanta, GA  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Gillian.crowl@swiftcurrie.com
Mike.crawford@swiftcurrie.com

4880-5850-0431, v. 1