JS44 (Rev. 93/92 NDGA)
**CIVIL COVER SHEET**

The JS44 civil cover sheet, and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record.  (SEE INSTRUCTIONS ATTACHED)

| | |
|---|---|
| **I.  (A)  PLAINTIFF(S)**<br><br>DENISE HELTON and JAMES M. HELTON, JR. | **DEFENDANT(S)**<br><br>RICKEY LEMARK GOLDWIRE, GOLDWIRE TRUCKING, LLC, AND AUTO-OWNERS INSURANCE COMPANY |
| **(B)  COUNTY OF RESIDENT OF FIRST LISTED PLAINTIFF**<br><br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLTF. CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(C)  ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**<br><br>John L. Strauss<br>John L. Strauss, P.C.<br>1132 Conyers Street, SE<br>Covington, GA 30014,<br>(770) 787-5020 | **ATTORNEYS (IF KNOWN)**<br><br>GILLIAN S. CROWL-PARRISH<br>MIKE O. CRAWFORD<br>SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>1420 PEACHTREE STREET, N.,E.; SUITE 800<br>ATLANTA, GA. 30309<br>(404)874-8800 |

**II.  BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)      **III.  CITIZENSHIP OF PRINCIPAL PARTIES**
(PLACE A "P" OR "D" IN THE BOX FOR "P" LAINTIFF OR "DEFENDANT AS APPROPRIATE) (FOR DIVERSITY CASES ONLY)

| | | | |
|---|---|---|---|
| ( ) 1.  U.S. GOVERNMENT PLAINTIFF | ( ) 3  FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY) | (P) CITIZEN OF THIS STATE | ( ) INCORPORATED OR PRINCIPLE PLACE OF BUSINESS IN THIS STATE |
| ( ) 2  U.S. GOVERNMENT DEFENDANT | (x) 4  DIVERSITY INDICATE CITIZENSHIP OF PARTIES IN ITEM III) | ( ) CITIZEN OF ANOTHER STATE | |
| | | ( ) CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | (D) INCORPORATED AND PRINCIPLE PLACE OF BUSINESS IN ANOTHER STATE |
| | | | ( ) FOREIGN NATION |

**IV.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC §1332

**(IF COMPLEX, CHECK REASON BELOW)**

( ) 1.  Unusually large number of parties.              ( ) 2.  Unusually large number of claims or defenses.    ( ) 3.  Factual issues are exceptionally complex.

( ) 4.  Greater than normal volume of evidence.    ( ) 5.  Extended discovery period is needed.

( ) 7.  Pending parallel investigation or actions by government.                                                                    ( ) 6.  Problems locating or preserving evidence.

( ) 9.  Need for discovery outside United States boundaries.                                                                        ( ) 8.  Multiple use of experts.

                                                                                                                                                                           ( ) 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

**V.    NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

CONTRACT - "0" MONTHS DISCOVERY TRACK
( )  150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGEMENT
( )  152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL. VETERANS)
( )  153  RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS

CONTRACT - "4" MONTHS DISCOVERY TRACK
( )  110  INSURANCE
( )  120  MANNE
( )  130  MILLER ACT
( )  140  NEGOTIABLE INSTRUMENT
( )  151  MEDICARE ACT
( )  160  STOCKHOLDERS' SUITS
( )  190  OTHER CONTRACT
( )  195  CONTRACT PRODUCT LIABILITY

REAL PROPERTY - "4" MONTHS DISCOVERY TRACK
( )  210  LAND CONDEMNATION
( )  220  FORECLOSURE
( )  230  RENT LEASE & EJECTMENT
( )  240  TORTS TO LAND
( )  245  TORT PRODUCT LIABILITY
( )  290  ALL OTHER REAL PROPERTY

TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK
( )  310  AIRPLANE
( )  315  AIRPLANE PRODUCT LIABILITY
( )  320  ASSAULT, LIBEL & SLANDER
( )  330  FEDERAL EMPLOYERS' LIABILITY
( )  340  MANNE
( )  345  MANNE PRODUCT LIABILITY
(X)  350  MOTOR VEHICLE
( )  355  MOTOR VEHICLE PRODUCT LIABILITY
( )  360  OTHER PERSONAL INJURY
( )  362  PERSONAL INJURY - MEDICAL MALPRACTICE
( )  365  PERSONAL INJURY - PRODUCT LIABILITY
( )  368  ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

BANKRUPTCY - "0" MONTHS DISCOVERY TRACK
( )  422  APPEAL 28 USC 158
( )  423  WITHDRAWAL 28 USC 157

CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK
( )  441  VOTING
( )  442  EMPLOYMENT
( )  443  HOUSING/ACCOMMODATIONS
( )  444  WELFARE
( )  440  OTHER CIVIL RIGHTS

PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK
( )  510  MONTHS TO VACATE SENTENCE
( )  530  HABEAS CORPUS
( )  540  MANDAMUS & OTHER

PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK
( )  535  HABEAS CORPUS DEATH PENALTY
( )  550  CIVIL RIGHTS

FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK
( )  610  AGRICULTURE
( )  620  FOOD & DRUG
( )  630  LIQUOR LAWS
( )  640  R. R. & TRUCK
( )  650  AIRLINE REGS.
( )  660  OCCUPATIONAL SAFETY/HEALTH
( )  690  OTHER

LABOR - "4" MONTHS DISCOVERY TRACK
( )  710  FAIR LABOR STANDARDS ACT
( )  720  LABOR/MGMT. RELATIONS
( )  730  LABOR/MGMT. REPORTING & DISCLOSURE ACT
( )  740  RAILWAY LABOR ACT
( )  790  OTHER LABOR LITIGATION
( )  791  EMPL. RET. INC. SECURITY ACT

SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK
( )  861  HIA (139FF)
( )  862  BLACK LUNG (923)
( )  863  DIWC (405(g))
( )  863  DIWC (405(g))
( )  864  SSID TITLE XVI
( )  865  RSI (405(g))

FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK
( )  870  TAXES (U.S. PLAINTIFF OR DEFENDANT)
( )  871  IRS - THIRD PARTY 26 USC 7609

OTHER STATUTES - "4" MONTHS DISCOVERY TRACK
( )  400  STATE REAPPORTIONMENT
( )  430  BANKS AND BANKING
( )  450  COMMERCE/ICC RATES/ETC.
( )  460  DEPORTATION
( )  470  RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
( )  810  SELECTIVE SERVICE
( )  875  CUSTOMER CHALLENGE 12 USC 3410
( )  891  AGRICULTURE ACTS
( )  892  ECONOMIC STABILIZATION ACT
( )  893  ENVIRONMENTAL MATTERS
( )  894  ENERGY ALLOCATION ACT
( )  895  FREEDOM OF INFORMATION ACT
( )  900  APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
( )  950  CONSTITUTIONALITY OF STATE STATUTES
( )  890  OTHER STATUTORY ACTIONS

OTHER STATUTES - "8" MONTHS DISCOVERY TRACK
( )  410  ANTITRUST
( )  850  SECURITIES/COMMODITIES/ EXCHANGE

TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK
( )  370  OTHER FRAUD
( )  371  TRUTH IN LENDING
( )  380  OTHER PERSONAL PROPERTY DAMAGE
( )  385  PROPERTY DAMAGE PRODUCT LIABILITY

PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK
( )  820  COPYRIGHTS
( )  840  TRADEMARK

PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK
( )  830  PATENT

PLEASE NOTE DISCOVERY PERIOD FOR EACH CASE TYPE.  SEE LOCAL RULE 225.1

**VI.    ORIGIN (PLACE AN X IN ONE BOX ONLY)**

( )  1  ORIGINAL PROCEEDING             (X)  2  REMOVED FROM STATE COURT

**VII.    REQUESTED IN COMPLAINT:**

( )  CHECK IF THIS A CLASS ACTION UNDER F.R.Civ.P. 23     DEMAND <u>in excess of $75,000.00</u>
JURY DEMAND ( ) YES    ( X ) NO (CHECK YES <u>ONLY</u> IF DEMANDED IN COMPLAINT)

**VIII.    RELATED CASE(S) IF ANY**
                    JUDGE _____      DOCKET NO. _____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)

( )  1.  PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
( )  2.  SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
( )  3.  VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
( )  4.  APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
( )  5.  REPETITIVE CASES FILED BY PRO SE LITIGANTS.
( )  6.  COMPANION OR RELATED TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASES(S)):

DATE   2/15/2023                    SIGNATURE OF ATTORNEY OR RECORD   *Gillian S. Crowl-Parrish*

4872-9146-7087, v. 1