**IN THE STATE COURT OF DEKALB COUNTY**
**GEORGIA**

DENISE HELTON and JAMES     )
M. HELTON, JR.,                     )       CIVIL ACTION FILE
                                 )       NO. 23A00004
    Plaintiff,              )
                                 )
RICKEY LEMARK GOLDWIRE,   )
GOLDWIRE TRUCKING, LLC,    )
and AUTO-OWNERS             )
INSURANCE COMPANY,        )
                                 )
    Defendants.          )

**DEFENDANTS' NOTICE OF FILING REMOVAL**

TO:    John L. Strauss
        John L. Strauss, P.C.
        1132 Conyers Street, SE
        Covington, GA 30014

       **PLEASE TAKE NOTICE** that AUTO-OWNERS INSURANCE COMPANY has on

February 15, 2023 filed a Notice of Removal, a copy of which is attached hereto as Exhibit 1, in

the Office of the Clerk of the United States District Court for the Northern District of Georgia,

Atlanta Division.

       This 15th day of February, 2023.

                             SWIFT, CURRIE, McGHEE & HIERS, LLP

                             */s/ Gillian S. Crowl*
                             Mike O. Crawford
                             Georgia Bar No. 194165
                             Gillian S. Crowl
                             Georgia Bar No. 654746
                             *Attorneys for Defendants*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309
404-874-8800
mike.crawford@swiftcurrie.com
gillian.crowl@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **DEFENDANTS'**

**NOTICE OF FILING REMOVAL** via the Odyssey system, through which the following parties

will receive electronic service:

John L. Strauss
John L. Strauss, P.C.
1132 Conyers Street, SE
Covington, GA 30014
johnstrauss@strausslawoffice.com
*Attorneys for Plaintiffs*

This 15th day of February, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Gillian S. Crowl*
Mike O. Crawford
Georgia Bar No. 194165
Gillian S. Crowl
Georgia Bar No. 654746
*Attorneys for Defendants*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309
404-874-8800
mike.crawford@swiftcurrie.com
gillian.crowl@swiftcurrie.com

4888-7940-4367, v. 1

2