IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CYNTHIA CISNEROS, AS SURVIVING
PARENT AND ADMINISTRATRIX OF THE
ESTATE OF JHONAE CISNEROS-
HAMPTON, DECEASED,

                Plaintiff,

    vs.

GEORBIS CUTINO-LEGRA; BALAC
TRANSPORTATION, INC.; MAYBACH
INTERNATIONAL GROUP, INC.; ACE
PROPERTY AND CASUALTY INSURANCE
COMPANY; AND XYZ CORPORATION 1-3,

                Defendants.

Civil Action File No.:

## PETITION OF REMOVAL

COMES NOW Defendants pursuant to Title 28 U.S.C.A. §§ 1332, 1441 and 1446 and file this Petition of Removal of the above-styled case now pending in the State Court of Gwinnett County, Civil Action File No. 23-C-00229-S5, and show the Court as follows:

1.

The Plaintiff is a resident of the state of Georgia.

2.

All Defendants are citizens of states other than Georgia and complete diversity of citizenship exists. Mr. Georbis Cutino-Legra is an individual who is a resident of the State of Kentucky. Balac Transport, Inc. is an

Illinois corporation with its principal place of business in Illinois. Maybach International Group, Inc. is an Illinois corporation with its principal place of business in Illinois. ACE Property and Casualty Company is a Pennsylvania insurance company named under the direct action statute, with its principal place of business in Pennsylvania.

3.

Plaintiff alleges that on May 18, 2021 her decedent was fatally injured in an automobile accident.

4.

Plaintiff filed suit in the State Court of Gwinnett County on January 12, 2023.

5.

The Plaintiff's summons and the Complaint were served upon defendant ACE on January 18, 2023. Service on Defendant Legra was on January 27, 2023. Service on Balac and Maybach was January 31, 2023.

6.

The Complaint seeks damages in excess of the threshold amount specified in Title 28 U.S.C.A. § 1332. The Complaint alleges wrongful death, pain and suffering, medical expenses, loss of income, emotional

distress, attorneys fees and costs of litigation, and the full value of the life of the decedent as determined by a jury.

7.

This removal is filed timely within thirty (30) days after service of the Complaint.

8.

A copy of the Complaint, and the Answer are attached hereto as required by Title 28 U.S.C.A. § 1446(a).

9.

THEREFORE, Defendants give notice of removal of this action from the State Court of Gwinnett County, Georgia based upon diversity of citizenship and amount in controversy pursuant to Title 28 U.S.C.A. §§ 1332, 1441 and 1446.

This 15th day of February 2023.

**MCLAUGHLIN LAW FIRM**

**/s/Charles R. Beans**

_____

11575 Great Oaks Way, Suite 100    Charles R. Beans
Alpharetta, Georgia 30022          Georgia Bar No. 006720
(470) 415-5500                     *Attorneys for Defendants*
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of Defendants' Petition of

Removal upon all counsel by email, and through the District Court's CM/ECF

system, as follows:

> **Madeleine N. Simmons, Esq.**
> **Stewart Miller Simmons Trial Attorneys**
> **55 Ivan Allen Jr. Blvd., Suite 700**
> **Atlanta, Georgia 30308**

This 15th day of February, 2023.

**MCLAUGHLIN LAW FIRM**

**/s/Charles R. Beans**

11575 Great Oaks Way, Suite 100          Charles R. Beans
Alpharetta, Georgia 30022                Georgia Bar No. 006720
(470) 415-5500                           *Attorneys for Defendants*
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com