## STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CYNTHIA CISNEROS, AS SURVIVING PARENT AND ADMINISTRATRIX OF THE ESTATE OF JHONAE CISNEROS-HAMPTON, DECEASED,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GEORGIS CUTINO-LEGRA; BALAC TRANSPORTATION, INC.; MAYBACH INTERNATIONAL GROUP, INC.; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; AND XYZ CORPORATION 1-3,<br><br>　　　　　　　　　Defendants. | Civil Action File No.:<br>23-C-00229-S5 |

## **CERTIFICATE OF INTERESTED PARTIES**

COME NOW Defendants and pursuant to Local Rule 3.3 and FRCP 7.1, submit this Certificate of Interested Parties.

**(1) A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by FRCP 7.1.**

Balac Transport, Inc. is an Illinois Corporation with its principal place of business in Illinois.

Maybach International Group, Inc. is an Illinois Corporation with its principal place of business in Alsip, Illinois.

ACE Property and Casualty Insurance Company is wholly owned by Chubb, and is incorporated in Pennsylvania with its principal place of business in Philadelphia.

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case.**

None at this time. ACE is both a named party and the liability insurer for Defendants.

**(3) A complete list of each person serving as an attorney in the case.**

For Plaintiff, Madeleine N. Simmons, Stewart Miller Simmons Trial Attorneys, 55 Ivan Allen Jr. Blvd., Suite 700, Atlanta, Georgia 30308.

For Defendants, Charles R. Beans, McLaughlin Law Firm, 11575 Great Oaks Way, Suite 100, Alpharetta, Georgia 30022

**(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.**

Balac Transport, Inc. is an Illinois Corporation with its principal place of business in Illinois.

Maybach International Group, Inc. is an Illinois Corporation with its principal place of business in Alsip, Illinois.

ACE Property and Casualty Insurance Company is wholly owned by Chubb, and is incorporated in Pennsylvania with its principal place of business in Philadelphia.

This 15th day of February 2023.

                                        **MCLAUGHLIN LAW FIRM**

                                        **/s/Charles R. Beans**

| | |
|---|---|
| 11575 Great Oaks Way, Suite 100 | Charles R. Beans |
| Alpharetta, Georgia 30022 | Georgia Bar No. 006720 |
| (470) 415-5500 | *Attorneys for Defendants* |
| (470) 415-5510 (fax) | |
| Charles.Beans@mgmesq.com | |

## **CERTIFICATE OF SERVICE**

I certify that I have served the following with a copy of the **CERTIFICATE OF INTERESTED PARTIES** by EFILING:

> **Madeleine N. Simmons, Esq.**
> **Stewart Miller Simmons Trial Attorneys**
> **55 Ivan Allen Jr. Blvd., Suite 700**
> **Atlanta, Georgia 30308**

This 15th day of February 2023.

**MCLAUGHLIN LAW FIRM**

**/s/Charles R. Beans**

Charles R. Beans
Georgia Bar No. 006720
*Attorneys for Defendants*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com