Case 1:23-mi-99999-UNA   Document 488-4   Filed 02/15/23   Page 1 of 1

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00229-S5**
**1/12/2023 11:19 AM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

_____

_____

_____

23-C-00229-S5

CIVIL ACTION
NUMBER:_____

**PLAINTIFF**

VS.

_____

_____

_____

**DEFENDANT**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Maybach International Group, Inc.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Madeleine N. Simmons
Stewart Miller Simmons Trial Attorneys
55 Ivan Allen Jr. Blvd
Suite 700
Atlanta, GA 30308

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of  12th day of January, 2023 _____, 20\_\_\_\_.

Tiana P. Garner
Clerk of State Court

By _____*Julie A. Thomas*_____
**Deputy Clerk**

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**SC-1 Rev. 2011**