## STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CYNTHIA CISNEROS, AS SURVIVING PARENT AND ADMINISTRATRIX OF THE ESTATE OF JHONAE CISNEROS-HAMPTON, DECEASED,<br><br>    Plaintiffs,<br><br>vs.<br><br>GEORGIS CUTINO-LEGRA; BALAC TRANSPORTATION, INC.; MAYBACH INTERNATIONAL GROUP, INC.; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; AND XYZ CORPORATION 1-3,<br><br>    Defendants. | Civil Action File No.:<br>23-C-00229-S5 |

## **NOTICE OF REMOVAL**

COME NOW Defendants and pursuant to Title 28 U.S.C.A. § 1446(c)(5)(d), give notice that they have this date removed the above-styled case to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal, filed in the United States District Court this date, is attached hereto.

This 15th day of February 2023.

                **MCLAUGHLIN LAW FIRM**

                **/s/Charles R. Beans**

                _____

11575 Great Oaks Way, Suite 100    Charles R. Beans
Alpharetta, Georgia 30022       Georgia Bar No. 006720
(470) 415-5500           *Attorneys for Defendants*
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com

## **CERTIFICATE OF SERVICE**

I certify that I have served the following with a copy of the **NOTICE OF REMOVAL** by EFILING:

> **Madeleine N. Simmons, Esq.**
> **Stewart Miller Simmons Trial Attorneys**
> **55 Ivan Allen Jr. Blvd., Suite 700**
> **Atlanta, Georgia 30308**

This 15th day of February 2023.

**MCLAUGHLIN LAW FIRM**

**/s/Charles R. Beans**

Charles R. Beans
Georgia Bar No. 006720
*Attorneys for Defendants*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com