## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LIKESHA HILL-HANNAH<br><br>    Plaintiff,<br><br>vs.<br><br>ESO MANAGEMENT, LLC and ORTHO SPORT & SPINE PHYSICIANS, LLC and AVO REAL ESTATE HOLDINGS, LLC<br><br>    Defendants. | CIVIL ACTION FILE NO.: _____ |

## CONSENT MOTION TO PROVISIONALLY SEAL

**COME NOW**, Plaintiff Likesha Hill-Hannah ("Plaintiff") and Defendants ESO Management, LLC ("ESO Management"), Ortho Sport & Spine Physicians, LLC ("OSSP"), and AVO Real Estate Holdings, LLC (collectively "Parties"), by and through undersigned counsel, and hereby file this Consent Motion to Seal, as follows:

The Parties respectfully request this matter be provisionally sealed to protect information that Defendant ESO Management has designated as confidential.

Defendants will file a more formal brief outlining the basis for their request, as well as corresponding case law, simultaneously with Defendants' Answer and/or responsive pleading.

The Plaintiff does not oppose Defendants' opportunity to fully brief its reasoning for its request to seal the filings in matter.

In the interim, the parties jointly request that the Court provisionally seal the underlying matter until Defendants make their formal request and showing to the Court.

## CONCLUSION

For the reasons set forth above, the Parties respectfully request this Court GRANT this Consent Motion to Provisionally Seal.

Respectfully submitted, the 16th day of February 2023.

By:___*/s/ Yasha Heidari*_____
**YASHA HEIDARI**
Georgia Bar No.: 110325
**EVAN SMITH**
Georgia Bar No.: 514676
**HEIDARI POWER LAW GROUP, LLC**
2997 Cobb Parkway #724615
Atlanta, Georgia 31139
Tel.: 404-939-2742
Fax: 404-601-7852

By: */s/ Arnold Lizana*_____
**ARNOLD J LIZANA**
Georgia Bar No.: 698758
**LAW OFFICES OF ARNOLD J. LIZANA, III**
1175 Peachtree Street NE, 10th Floor
Atlanta, Georgia 30361
Tel.: 404-207-1559
Fax: 470-231-0672

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This document has been prepared in Times New Roman font, 14 point.

*/s/  Arnold Lizana*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a copy of the within and foregoing

**_CONSENT MOTION TO SEAL_** was served electronically by operation of the

Court's electronic filing system [Pacer] upon all counsels of record, to wit:

Arnold J. Lizana
LAW OFFICES OF ARNOLD J. LIZANA, III
1175 Peachtree Street NE, 10th Floor
Atlanta, Georgia 30361

**_Attorney for Plaintiff_**

Yasha Heidari
Evan Smith
HEIDARI POWER LAW GROUP, LLC
2997 Cobb Parkway # 724615
Atlanta, Georgia 31139

**_Attorneys for Defendants_**

This 16th day of February 2023.

By:_/s/  Arnold Lizana_____