ID# 2022-0153214-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108324**

Jason D. Marbutt - 67
NOV 30, 2022 11:54 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| RENTAL ASSET MANAGEMENT, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action File No.: |
| RONALD L. LESTER, ANN L. CAMPBELL a/k/a ANN L. CAMPBELL-LESTER, GEORGIA CONTRACTOR GROUP, LLC, CAPITAL CITY HOME LOANS, LLC, and JOHN DOE #1 | ) ) ) ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) ) | |

---

### VERIFIED COMPLAINT

Plaintiff, Rental Asset Management, LLC, by and through its undersigned counsel, hereby files its Complaint against Defendants, Ronald L. Lester, Ann L. Campbell a/k/a Ann L. Campbell-Lester, Georgia Contractor Group, LLC, and Capital City Home Loans, LLC and shows the Court as follows:

1.

Plaintiff, Rental Asset Management, LLC ("RAM") is a Georgia limited liability company which owns the real property commonly known as 2132 Shillings Chase Drive, Kennesaw, Georgia 30152, including the permanent structures and improvements.

2.

Defendant Ronald L. Lester is an individual resident of Georgia and may be served at his residence located at 2980 Fallwood Drive NW, Marietta, Georgia 30064.

---

EXHIBIT

**1**

3.

Defendant Ann L. Campbell a/k/a Ann L. Campbell-Lester is an individual resident of Georgia and may be served at her residence located at 2980 Fallwood Drive NW, Marietta, Georgia 30064.

4

Defendant Georgia Contractor Group, LLC is a Georgia limited liability company and can be served via its registered agent, Ronald L. Lester, at its principal office address located at 2980 Fallwood Drive NW, Marietta, Georgia 30064.

5.

Defendant Capital City Home Loans, LLC is a Georgia limited liability company and can be served via its registered agent, Alex Koutouzis, 50 Chastain Center Blvd., Kennesaw, Georgia 30144. It is the legal owner of the Shillings Road Property, as defined below. The defendant lender has an interest in the Property and is needed for complete relief. John Doe #1 is any assignee, if any, of Capital City Home Loans, LLC.

6.

This Court has subject matter jurisdiction over this action and personal jurisdiction over the Defendants.

7.

Venue is proper in Cobb County as all Defendants reside in Cobb County or their respective registered agents are located in Cobb County.

## FACTS

### 8.

RAM owns the property located at 2132 Shillings Chase Drive, Kennesaw, GA 30152. The property includes a two-story home that Plaintiff RAM had rented for years.

### 9.

RAM maintained the 2132 Shillings Chase Drive rental property in an attractive fashion and spent in excess of $10,000 in 2021 and 2022 to upgrade its appearance and improve the Property.

### 10.

Defendant, Ronald Lester and Defendant Ann L. Campbell a/k/a Ann L. Campbell-Lester own the property located at 2010 - 2030 Shillings Road NW, Kennesaw, Georgia 30152 ("the Shillings Rd. Property"). Said property adjoins RAM property by a common border on the north side of the ("RAM") Property.

### 11.

Defendants, Ronald Lester and Ann L. Campbell-Lester by means of hiring Georgia Contractor Group, LLC or other agents cleared much of their land and removed virtually all grass and growth area from much of the Property.

### 12.

Defendants, Ronald Lester and Ann L. Campbell-Lester and/or Georgia Contractor Group also erected a garage at an enhanced elevation near the rear line.

### 13.

Defendants failed to maintain silt fences as required during the entirety of their construction process.

14.

These events concentrated the flow of water and mud and directed it toward Plaintiff's property.

15.

Plaintiff RAM notified Defendant Ronald Lester and Georgia Contractor Group, LLC, via certified letter on July 1, 2022 to its registered agent, of Plaintiff RAM's demand that such Defendants take immediate steps to remedy this improper diversion of storm water and mud. Such letter is attached as Exhibit "A".

16.

Lester Defendants refused to take action to remedy or alleviate the flooding condition, as shown in Exhibit "B".

17.

Various photographs, attached at Exhibit "C" show some of the damage and residual harm that Defendants' concentration of surface water has caused including mud flow through Plaintiffs' property.

18.

On information and belief, remedial action in the form of in-ground or above ground water detention on Defendants' Properties is necessary to restrain and mitigate the flow of water from their Properties.

19.

On information and belief, some of the Defendants added fill dirt and merged fill dirt so as to increase the slope of the Defendants' land – along its rear border.

20.

On information and belief, some of the Defendants' lenders were aware of and approved of remaining Defendants' development and construction activities.

21.

Exhibit "D" is a genuine copy of an aerial map of this Property in early 2021 and before Defendants cleared much of their Property.

22.

As Exhibit "D" shows, most of Defendants' property, and nearly all of that adjoining and proximate to Plaintiff's property, was wooded, thus slowing the surface water run off onto Plaintiff's property.

23.

Exhibit "E" is a genuine copy of a topographical map showing the topographical condition of Defendants' property prior to commencement of construction activity.

24.

Exhibits "F" is a photograph of Defendants' property during construction activity, showing the clear-cut nature of the site.

25.

Defendants' failure to contain silt and dirt on their Property during construction activity led to severe and concentrated sheet flow of mud onto and through Plaintiff's property.

26.

Some photographs of such mud flow are attached as Exhibits "G-1" through "G-2" hereto.

27.

This mud flow and resultant flooding of the RAM house caused RAM's tenant to leave the house. This caused RAM to lose monthly rental income for August through December of 2022.

28.

This same mud flow caused RAM damages and washed-out stones and pipes from a French drain that RAM had constructed on its property. The mud also entered Plaintiff's finished basement area due to the pooling and flow of muddy water at the basement door.

29.

Defendants have knowingly, willfully and intentionally collected and diverted excess storm water and mud onto Plaintiffs' Properties.

30.

As a direct and proximate result of Defendants' trespasses, Plaintiff has been damaged. Consequently, Plaintiffs is entitled to recover for all available damages in an amount to be proved at trial, but not less than $20,000, including diminished value damages.

31.

Throughout the course of events described within this Complaint, Defendants have acted in bad faith and in such a manner as to place Plaintiff to unnecessary trouble and expense

32.

Defendants' actions including their failure to take responsibility show willful misconduct, malice, wantonness, oppression or that entire want of care as to suggest a conscious indifference to the consequences.

33.

As such Plaintiff is entitled to punitive damages per O.C.G.A. § 51-12-5.1.

34.

Defendants shall have been stubbornly litigious or shall have put Plaintiff to otherwise unnecessary trouble and expense. Plaintiff is thus entitled to attorney fees per O.C.G.A. § 13-6-11.

## COUNT TWO
## NUISANCE

35.

Plaintiff incorporates by reference the allegations contained in paragraph numbers 1 through 34 of this Complaint as if fully set forth herein.

36.

The Defendants' dumping of excess stormwater and mud onto Plaintiff's property interfere and are continuing to interfere with Plaintiff's use and enjoyment of its property. Such interferences with Plaintiff's property rights are substantial, material, and unreasonable.

37.

Defendants' continuous concentration of mud-laden stormwater onto Plaintiff's property constitutes a continuing private nuisance within the meaning of O.C.G.A. § 41-1-1 for which Defendants are liable to Plaintiff.

38.

As a direct and proximate result of Defendants' creating and maintaining a nuisance, Plaintiff has been and is being damaged. Consequently, Plaintiff is entitled to recover for all available damages in an amount to be proven at trial.

## COUNT THREE
## NEGLIGENCE

39.

Plaintiff incorporates by reference the allegations contained in paragraph numbers 1 through 38 of this Complaint as if fully set forth herein.

40.

Defendants have acted negligently by collecting and diverting excess stormwater mud to flow from their property onto Plaintiff's Property.

41.

Defendants, as property owners and operators, have a duty to use their land in a manner that does not injure adjacent landowners.

42.

Defendants have breached this duty by using their land in a manner that has resulted in continuing damage to Plaintiff and in disregard of applicable laws and regulations.

43.

Defendants' actions are the proximate cause and cause in fact of damages to Plaintiff's Property.

44.

As a result of the Defendants' actions and omissions, Plaintiff has suffered damages from the invasions of their property rights, from the loss of the use and enjoyment of their properties and from the costs associated with the restoration of Plaintiff's property. The Plaintiff has suffered special injuries and monetary loss and should be compensated in an amount and manner to be proven at trial.

## COUNT FOUR
## INJUNCTIVE RELIEF

45.

Plaintiffs incorporate by reference the allegations contained in paragraph numbers 1 through 44 of this Complaint as if fully set forth herein.

46.

Because Defendants' diversion of stormwater and mud onto Plaintiff's Property creates a continuing abatable trespass and nuisance, Plaintiff will suffer irreparable injury for which it has no adequate remedy at law. Consequently, Plaintiff is entitled under this Court's powers of equity to preliminarily and permanently enjoin Defendants from discharging of excess storm water and mud onto Plaintiff's Property.

WHEREFORE, Plaintiffs pray:

(a)    that service of process be issued to Defendants as authorized by law;

(b)    for a trial by jury for all issues so triable;

(c)    that this Court order Defendants to immediately propose, for Plaintiff's approval, changes to the collection of stormwater and mud on the Defendants' property so as to cease all trespasses and the maintenance of the nuisance;

(d)    that this Court order the implementation of the approved solutions to the Defendants' concentration of stormwater and mud on the Defendants' property so as to cease all trespasses and to abate the nuisance;

(e)    that this Court award Plaintiffs damages from all Defendants, jointly and severally, in an amount to be determined at trial;

(f)    that this Court award Plaintiffs' expenses of litigation, including attorneys' fees and expert witnesses' fees, from all Defendants, jointly and severally;

(g)     for exemplary damages per O.C.G.A. § 51-12-51; and

(h)     that Plaintiffs be awarded such other and further relief as this court deems just

and proper.

Respectfully submitted this ___30___ day of November, 2022.

**BELOIN & BROWN, LLC**

Frederic S. Beloin
Georgia State Bar No. 049759
Attorneys for Plaintiff


2550 Heritage Court, Suite 200
Atlanta, Georgia 30339
770-850-1900
770-850-1900 (fax)
fbeloin@beloinlaw.com

# BELOIN & BROWN, L.L.C.

ATTORNEYS AT LAW

FREDERIC S. BELOIN
CHARLES W. BROWN

2550 HERITAGE COURT
SUITE 200
ATLANTA, GA 30339

TELEPHONE
770-850-1900
FACSIMILE
770-850-1967
WWW.BELOINLAW.COM

OF COUNSEL:
MICHAEL WELCH
WALTER P. WALKER

July 1, 2022

**Via Certified Mail – Return Receipt Requested**
**7021 2720 0002 9758 9472**
**and Via U.S. Regular Mail**

Georgia Contractor Group, LLC
c/o Ronald L. Lester, Registered Agent
and Mr. Ron Lester, Individually
2980 Fallwood Drive NW
Marietta, GA  30064

Re:   Water issues at Rental Property 2132 Shillings Chase Drive, Kennesaw, GA  30152
Cobb County Permit #: 2022000797

Dear Mr. Lester:

This letter is to instruct Georgia Contractor Group to stop concentrating and diverting storm water onto our rental house located at 2132 Shillings Chase Drive, Kennesaw, GA  30152 that my wife and I own through Real Estate Management, LLC.  By concentrating storm water and by failing to properly maintain storm water, you have flooded both our rental house basement and our neighbor's driveway.  As a result, we have received complaints from our tenant and a notice of non-renewal of their lease.

Demand is hereby made upon you to abate the nuisance immediately.  Your failure to do so will result in the filing of a lawsuit for injunctive relief and money damages, including, but not limited to, attorney's fees pursuant to O.C.G.A. § 13-6-11.  We reserve the right to sue you for damages even should you successfully mitigate.  Your bad attitude and consistent failure to remedy this situation despite past request that you do so are matters of concern.

Sincerely,

Frederic S. Beloin
Managing Member
Real Estate Management, LLC

Cc:  Brenda Beloin (via email)

EXHIBIT

A

# CARSON LAW

CHARLES R. CARSON, P.C.
CRCARSON@CCARSONLAW.COM

2494 JETT FERRY ROAD
SUITE 210
ATLANTA, GEORGIA 30338

678 205-1537

July 14, 2022

BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED
7015 0640 0002 3202 0886

Frederic S. Beloin, Esq.
Beloin & Brown, LLC
2550 Heritage Court
Suite 200
Atlanta, Georgia  30339

  Re: Water Issue at Rental Property 2132 Shillings Chase Drive, Kennesaw GA30152

Dear Mr. Beloin,

  I represent Georgia Contractor Group, LLC and am in receipt of your letter to Mr. Lester dated July 1, 2022.  It is the position of Georgia Contractor Group, LLC that whatever storm water issues you may be experiencing at your rental property are not the result of any act or omission on the part of Georgia Contractor Group, LLC in the grading of the adjacent property owned by Mr. and Mrs. Lester.

  Specifically, the storm water in question has historically come from Shillings Road, over the Lesters' property and on to your property. The portion of the Lesters' property over which the storm water in question flows, has drained in the same manner since they have owned the property. Georgia Contractor Group, LLC has gone above and beyond Cobb County's erosion control requirements and will comply with Cobb County's direction to close out its permit on the Lesters' property.

       Sincerely,

       Charles R. Carson

CRC/sd
Cc: Ron Lester

EXHIBIT
" B "



EXHIBIT

" C "









Sent from my iPad









EXHIBIT

"E"









EXHIBIT
"G-1"



EXHIBIT
"G-2"

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| RENTAL ASSET MANAGEMENT, LLC, : | ) ) ) | |
| Plaintiff. | ) ) ) | Civil Action File No.: |
| v. | ) ) | |
| RONALD L. LESTER, ANN L. CAMPBELL a/k/a ANN L. CAMPBELL-LESTER, GEORGIA CONTRACTOR GROUP, LLC, CAPITAL CITY HOME LOANS, LLC, and JOHN DOE #1 | ) ) ) ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

### VERIFICATION

PERSONALLY APPEARED before me, a notary public duly authorized by law to administer oaths, Brenda Beloin, who, after being duly sworn, states that she is a Member of Rental Asset Management, LLC, and she is authorized to give this Verification on behalf of same.  She further states that she has reviewed the within and foregoing Verified Complaint and states that she has personal knowledge of the allegations in the Verified Complaint, believes them to be true and correct and verifies the same.

FURTHER AFFIANT SAYETH NOT.

This _29th_ day of _November_, 2022.

_____
Brenda Beloin, Member
Rental Asset Management, LLC

Sworn to and subscribed before me
this _29th_ day of _November_, 2022.

_____
Notary Public
My Commission expires on: _____

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0153218-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108324**

Jason D. Marbutt - 67
NOV 30, 2022 11:54 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   22108324

$214.00 COST PAID

RENTAL ASSET MANAGEMENT, LLC

---

**PLAINTIFF**
                              **VS.**

Lester, Ronald L.
Campbell, Ann L., AKA Ann L. Campbell-Lester
CAPITAL CITY HOME LOANS, LLC
Georgia Contract Group, LLC, c/o Reg. Agt,
Ronald L. Lester
Doe, John

---

**DEFENDANTS**

### SUMMONS

TO: GEORGIA CONTRACT GROUP, LLC, C/O REG. AGT, RONALD L. LESTER

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Frederic S Beloin**
> **Beloin & Brown, L.L.C.**
> **2550 Heritage Court**
> **Suite 200**
> **Atlanta, Georgia 30339**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of November, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

ID# 2022-0153220-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Cobb_____ County

**22108324**

Jason D. Marbutt - 67

NOV 30, 2022 11:54 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

| For Clerk Use Only | |
|---|---|
| Date Filed 11-30-2022 | Case Number 22108324 |
| MM-DD-YYYY | |

### Plaintiff(s)

RENTAL ASSET MANAGEMENT, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

### Defendant(s)

Lester, Ronald L.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Campbell, Ann L.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

CAPITAL CITY HOME LOANS, LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Georgia Contract Group, LLC, c/o Reg. Agt, Ron

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Beloin, Frederic S   **Bar Number** 049759   **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

| General Civil Cases | |
|---|---|
| ☐ | **Automobile Tort** |
| ☐ | **Civil Appeal** |
| ☐ | **Contract** |
| ☐ | **Contempt/Modification/Other Post-Judgment** |
| ☐ | **Garnishment** |
| ☐ | **General Tort** |
| ☐ | **Habeas Corpus** |
| ☐ | **Injunction/Mandamus/Other Writ** |
| ☐ | **Landlord/Tenant** |
| ☐ | **Medical Malpractice Tort** |
| ☐ | **Product Liability Tort** |
| ☑ | **Real Property** |
| ☐ | **Restraining Petition** |
| ☐ | **Other General Civil** |

| Domestic Relations Cases | |
|---|---|
| ☐ | **Adoption** |
| ☐ | **Contempt** |
| | ☐ **Non-payment of child support, medical support, or alimony** |
| ☐ | **Dissolution/Divorce/Separate Maintenance/Alimony** |
| ☐ | **Family Violence Petition** |
| ☐ | **Modification** |
| | ☐ **Custody/Parenting Time/Visitation** |
| ☐ | **Paternity/Legitimation** |
| ☐ | **Support – IV-D** |
| ☐ | **Support – Private (non-IV-D)** |
| ☐ | **Other Domestic Relations** |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number       Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

ID# 2022-0153221-CV
⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108324**

**Jason D. Marbutt - 67**
NOV 30, 2022 11:54 AM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   **22108324**

**RENTAL ASSET MANAGEMENT, LLC**
            Plaintiff

            Vs.

**Lester, Ronald L; Campbell, Ann L; CAPITAL CITY HOME LOANS, LLC; Georgia Contract Group, L**
            Defendant

TYPE OF ACTION

o Divorce without Agreement Attached          o URESA
o Divorce with Agreement Attached             o Name Change
o Domestic Relations                          o Other
o Damages Arising out of Contract             o Recusal
☑ Damages Arising out of Tort                 o Adoption
o Condemnation
o Equity
o Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
o Zoning Appeals (denovo)
o Appeal, Including denovo appeal – excluding Zoning

PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

☑  NO
o  YES – If yes, please fill out the following:

            1. Case # _____

            2. Parties _____

            3. Assigned Judge _____

            4. Is this case still pending?      o   Yes     o   No

            5. Brief description of similarities:

                                    /S/   **Beloin, Frederic S**_____
                                    Attorney or Party Filing Suit