

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: C5082473

Họ và tên / Full name: NGUYỄN TUẤN VŨ ANH
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth: ▇▇▇▇▇▇
Nơi sinh / Place of birth: TP. HỒ CHÍ MINH
Giới tính / Sex: NAM / M
Số GCMND / ID card Nº: 023675103
Ngày cấp / Date of issue: 03 / 05 / 2018
Có giá trị đến / Date of expiry: 03 / 05 / 2028
Nơi cấp / Place of issue: Cục Quản lý xuất nhập cảnh

P<VNMNGUYEN<<TUAN<VU<ANH<<<<<<<<<<<<<<<<<<<<
C5082473<3VNM▇▇▇▇▇▇9M2805036023675103<<<<78



