January 21, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
650 Capitol Mall, Suite # 1-130
Sacramento, CA 95814



U.S. Citizenship
and Immigration
Services

MYUNG-SUN CAITLYN GOLDSTEIN
3449 LAWRENCEVILLE-SUWANEE RD, # C
SUWANEE, GA 30024

MSC2090572992



RE: ANH TUAN VU NGUYEN
I-485, Application to Register Permanent Residence or
Adjust Status

A219-428-658

## DECISION

Dear Anh Tuan Vu Nguyen:

On January 7, 2020, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS) under section 245 of the Immigration and Nationality Act (INA). You filed Form I-485: based on being the beneficiary of an employment-based immigrant petition.

After a thorough review of your application, your testimony during your interview, your response to the Notice of Intent to Deny (NOID) and the record of evidence, we must inform you that we are denying your application. To qualify for adjustment under INA 245, an applicant must:

- Be inspected and admitted or inspected and paroled into the United States;
- Be eligible to receive an immigrant visa;
- Be admissible to the United States for permanent residence; and
- Have an immigrant visa immediately available at the time the application is filed.

You must demonstrate that you are eligible to adjust status to a lawful permanent resident (LPR). See Title 8, Code of Federal Regulations (8 CFR), section 245.1.

### Statement of Facts and Analysis, Including Reason(s) for Denial

On April 13, 2021, you appeared for an interview to determine your eligibility for adjustment of status. During the interview and review of your application with an Immigration Services Officer (Officer), you testified that the information on your Form I-485, along with any amendments made during the adjustment interview, and supporting evidence were true and correct. At the interview, you provided testimony under oath and a sworn statement was taken. Professional interpreter services were provided at the time of the interview. In the sworn statement you stated the following:

1. That you last entered the United States (US) on August 18, 2019 through the San Francisco port of entry.
2. That you entered on a B2, tourist visa.
3. That you were an IT administrator for a hotel.
4. That you only finished high school.
5. That you did not attend a university in Vietnam. The reason you provided was that you did not

pass the entrance exam and the you had to work and decided not to go to college in Vietnam.

6. That you were a self taught and that you did not need a degree for the IT administrator position you were holding.
7. That you never worked in the poultry industry in Vietnam.
8. That the poultry company in the US, Koch Foods of Gadsden LLC (Koch Foods), was going to provide training.
9. That you applied for work for this company in April 2018 and that "back then it said it did not require any experience".
10. That in 2018 they provided you with a job description and that you thought you could do it.
11. That your wife was also employed at a salon in Rainbow City.
12. That you heard about Koch Foods through your friend ████████ and that he lives in Garden City and that you had known him from Vietnam for 8 years.
13. That your friend, ████████ also works at Koch Foods.
14. That at the time you met ████████ he was not working for Koch Foods and was working for a construction company in Ho Chi Min City.
15. That ████████ came to the US as an international student but now also works at Koch Foods.
16. That you got the job at Koch Foods by yourself and that no one helped you.
17. That you gave your email address to ████████ so that he could give it to Koch Foods.
18. That Koch Foods contacted you for the first time in April 2018.
19. That you started looking for a job in US while you were living in Vietnam.
20. That in April 2018 you had a phone interview with Cindy at Koch Foods and that you talked to her through an interpreter provided by her.
21. That immediately after the interview you were offered the job and that you accepted it.
22. That Cindy told you that Koch Foods would contact you at a later time.
23. That when Koch Foods filed the employment petition for you, you were in the US and that that was in September 2019.
24. That before you entered the US you had a job offer to work in the US and that you accepted the job.
25. That when you entered the US on August 18, 2019 the purpose of your visit was to visit the US.
26. That you had a job offer that you had accepted but the purpose of your visit was to visit.
27. That when you were visiting the US, Koch Foods called you and informed you that the job application was complete and that you talked to your family and decided to stay in the US and accepted the job.
28. That you entered the US in August 2019 and that Koch Foods filed the petition for you in September 2019.
29. That you came to US August 2019 and in September 2019 Koch Foods contacted you and told you that they got the approval for you to work in the US and they you said "yes" and that you were in the US on a tourist visa and that was how they knew you were in the US on a tourist visa.
30. That you met someone from Koch Foods in person for the first time in August 2020 and that that person was Cindy.
31. That Cindy asked you about your personal information.
32. That Cindy told you you were going to start working at Koch Foods on August 31, 2020.
33. That you met with Cindy in Gadsden City in Alabama where Koch Foods is located.

On May 27, 2021, USCIS issued a Notice of Intent to Deny (NOID) advising you that the evidence supporting the application was insufficient to establish your eligibility for adjustment at the time you filed the application. You responded to the NOID on August 27, 2021.

In your response to the NOID received on August 27, 2021, you submitted the following:

1. G-28, signed by your attorney, Myung-Sun Goldstein
2. Cover letter signed by your attorney
3. Copy of the NOID issued on May 27, 2021
4. Applicant's Affidavit
5. Copy of Nguyen Tuan Vu Anh's Associate Diploma in Computer Networking issued on November 11, 2003
6. Copy of an electronic ticket for Nguyen Tuan Vu Anh Mr., Muu Ngoc Tuong Vy Mrs., ███████
███████████████████████
7. Copy of travel insurance Insurance Confirmation
8. Copy of Letter of Job Confirmation from Hoang Hai Long Mot Service Hotel Private for Nguyen Tuan Vu Anh dated June 10, 2021 along with an English translation
9. Copy of Letter of Job Confirmation from International Life Company Limited for Luu Ngoc Tuong Vy dated June 17, 2021 along with an English translation
10. Copy of Arising Income for Luu Ngoc Tuong Vy dated July, August, September, October 2019
11. Photos dated May, June, July, and November 2017, September and October 2018, July, August, and September 2019 from trips to Canada and US.

In your response on August 27, 2021, you also presented the following arguments:

1. That you had not abandoned your residence in Vietnam.
2. That it was your intention at the end of the trip to return to Vietnam to your parents and your employment.
3. That on July 29, 2019, you purchased a return ticket from US to Vietnam for September 7, 2019.
4. That a review of your DS-160 will show that all the information provided concerning your trip to US was true and correct.
5. That DS-160 contained no questions concerning prospective employment in the US.
6. That you were not questioned about the matter by officials at the consulate in Ho Chi Minh City.
7. That in all respects you were truthful and forthcoming when providing response on your DS-160, Application for Nonimmigrant Visa.
8. That you truthfully disclosed on your DS-160 form that you had attended Hoa Sen University in Vietnam.
9. That you misunderstood the ISO and thought the ISO was referring to a four year university which can grant a bachelor's degree.
10. That the degree you earned only an associate degree in Vietnam.
11. That you had to teach yourself further to become an IT Administrator in Vietnam.
12. That your incorrect answer regarding your post-secondary education during your I-485 interview was an honest mistake.
13. That you did not intend to make a misrepresentation about your post-secondary education.
14. That the position at Koch Foods does not require any education.
15. That you had no incentive to willfully misrepresent information about your level of education.

After a careful review of the response submitted to the NOID and controlling legal authority, USCIS finds that you are not eligible to adjust under INA 245 for the following reason(s):

**An issue in this application is whether or not you are eligible for adjustment of status and are not inadmissible under INA 212(a)(2)(6)(C)(i).**

Aliens are presumed to be immigrants unless they establish a nonimmigrant status. See INA § 101(a)(15). The burden of proof lies with the alien to establish that he/she is not an intending immigrant. See INA § 291.

INA 212(a)(2)(6)(C)(i) states, in pertinent part:

> Classes of Aliens Ineligible for Visas or Admission
>
> > (6) Illegal entrants and immigration violators.
> >
> > > (C) Misrepresentation.
> > >
> > > > (i) In general. Any alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has sought to procure or has procured) a visa, other documentation, or admission into the United States or other benefit provided under this Act is inadmissible.

An applicant for adjustment of status under INA 245(a) must establish that he or she is not subject to the INA 212(a)(6)(C)(i) inadmissibility ground relating to fraud and willful misrepresentation. USCIS records establish that you seek to obtain, sought to obtain, or have obtained a visa documentation, admission into the United States, or other benefit under the INA by fraud or willfully misrepresenting a material fact.

The U.S. Department of State (DOS) provided new guidance to the term "misrepresentation" as it relates to aliens in the U.S. who conduct themselves in a manner inconsistent with representations made to Department of Homeland Security (DHS) when applying for admission or for an immigration benefit." Generally, it is impermissible for an alien to enter the United States in a nonimmigrant visa classification for the purpose of seeking adjustment of status under INA 245.

Specifically, if the alien engages in conduct inconsistent with his or her nonimmigrant status within 90 days of visa application or admission, the alien is presumed to have made a willful misrepresentation. Inconsistent conduct within 90 days includes a nonimmigrant in B status, seeking employment in the United States or lawful permanent resident and taking up residence in the United States. See 9 FAM 401.1-3(B).

The record shows you entered the US on a B2, tourist visa on August 18, 2019. Koch Foods of Gadsden LLC filed on your behalf a Form I-140, Immigrant Petition for Alien worker 31 days after your admission as a nonimmigrant in B status on September 19, 2019. Therefore, USCIS finds sufficient evidence to reasonably believe that you deliberately engaged in conduct inconsistent with your nonimmigrant status within 90 days of entry, and thus may have misrepresented your intentions in seeking entry to the US.

Although USCIS acknowledges receiving a copy of your Associate Diploma in Computer Networking, an electronic ticket for you and your family, a copy of travel insurance Insurance Confirmation, a copy of Letter of Job Confirmation addressed to you, a copy of Letter of Job Confirmation from International Life Company Limited for your wife, Luu Ngoc Tuong Vya copy of Arising Income for your wife, Luu Ngoc Tuong Vy, and numerous photos dated May, June, July, and November 2017, September and October 2018, July, August, and September 2019 from your and your family's trips to Canada and US, it found that the evidence submitted has little to no evidentiary value and, therefore, did not overcome the denial grounds listed in the NOID.

Specifically, you did not overcome the grounds listed in the NOID because you did not establish the fact that your intention to coming to the United States was to visit and return to Vietnam afterwards. The record shows that you had a job offer from Koch Foods of Gadsden LLC while you were still in Vietnam and before you entered the United States on a tourist visa. The record also shows that you had accepted the job offer before you entered the United States as a visitor. Moreover, within 90 days of your admission to the United States on a tourist visa, Koch Foods of Gadsden LLC filed an

immigrant petition on your behalf.

Additionally, during your interview with the Officer, a professional language services company was used to conduct the interview in Vietnamese. During the interview, a sworn statement was obtained. Every question that the Officer addressed to you was interpreted in Vietnamese and your answers were recorded in the sworn statement that you signed at the interview. In the sworn statement, you testified under oath that you only finished high school and did not attend a university because you did not pass the entrance exam. You did not state the fact that you attended college as you argue in your response to the NOID. Also, when the Officer was asking questions about your educational background, you did not express any misundesrtanding or confusion that could have been clarified through the Vietnamese interpreter. Listing the University degree on your visa application might have increaased your chances at having that visa granted. However, once in the United States you omitted that information to possibly avoid the finding of you being overqualified for the job you obtained at Koch Foods of Gadsden LLC.

After a careful review of the evidence in your record as well as the testimony provided at the interivew, USCIS finds you inadmissible to the United States and you have not overcome the basis for denial prescribed in the NOID and USCIS must deny your form I-485. See INA 245(a). Thus, you are not qualified to adjust status. See INA 212(a)(6)(C)(i) and INA 245(a)(2). A waiver is available for this inadmissibility ground. See INA 212(a)(6)(C)(iii) and 212(i).

The evidence of record shows that, when you filed your application, you were lawfully present in the United States. Your period of authorized stay has expired. You are not authorized to remain in the United States. If you fail to depart the United States within 33 days of the date of this letter, USCIS may issue you a Notice to Appear and commence removal proceedings against you with the immigration court. This may result in your being removed from the United States and found ineligible for a future visa or other U.S. immigration benefit. See sections 237(a) and 212(a)(9) of the INA.

To review information regarding your period of authorized stay, check travel compliance, or find information on how to validate your departure from the United States with Customs and Border Protection (CBP), please see (https://i94.cbp.dhs.gov/I94/#/home).

 You may not appeal this decision. However, if you believe that the denial of your Form I-485 is in error, you may file a motion to reopen or a motion to reconsider using Form I-290B, Notice of Appeal or Motion. The grounds for a Motion to Reopen and Motion to Reconsider are explained in 8 CFR 103.5(a). You must file Form I-290B within 30 days of the date of this decision if this decision was served in person, or within 33 days if the decision was served by mail. See 8 CFR 103.5(a) and 103.8(b). Note: You must follow the most current filing instructions for Form I-290B, which can be found atwww.uscis.gov.

To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov or call the USCIS Contact Center toll free at 1-800-375-5283. You may also contact the USCIS office having jurisdiction over your current place of residence.

**NOTE on Employment Authorization Document:** Any employment authorization based upon this Form I-485 is automatically terminated if the expiration date on the employment authorization document has been reached. See 8 CFR 274a.14(a)(1)(i). Since this Form I-485 is denied, the condition upon which your employment authorization was based no longer exists. Any unexpired employment authorization based upon this Form I-485 is revoked as of 18 days from the date of this notice, unless you submit, within 18 days, proof that your Form I-485 remains pending. See 8 CFR 274a.14(b)(2). The decision by the district director shall be final and no appeal shall lie from the decision to revoke the authorization. Your employment authorization document should be returned to

the local USCIS office.

**NOTE on Advance Parole Document:** Any advance parole document based upon this Form I-485 is automatically terminated if the expiration date of the time for which parole was authorized has been reached.  See 8 CFR 212.5(e)(1)(ii).  Since this Form I-485 is denied, the purpose for which your advance parole document was issued has been accomplished.  Any unexpired advance parole document issued to you based upon this Form I-485 is terminated as of the date of this notice.  See 8 CFR 212.5(e)(2)(i).  Your advance parole document should be returned to the local USCIS office.

Sincerely,

Elisabeth M. Clerie
Field Office Director

cc: MYUNG-SUN GOLDSTEIN

MSC2090572992

A219-428-658