**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | March 31, 2022 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-290B, Notice of Appeal or Motion | | A219428658 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0915758912 | March 30, 2022 | 1 of 1 |
| | | **DATE OF BIRTH** |

ANH T. NGUYEN
C/O SUNNY SHAH SOCHEAT CHEA P C
3500 DULUTH PARK LANE NW STE 300
DULUTH, GA 30096

3  00000717

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $675.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.         Form I-797C  10/13/21



# Notice of Appeal or Motion

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-290B**
OMB No. 1615-0095
Expires 05/31/2020

| For USCIS Use Only | Returned | Reloc Sent | Receipt | Remarks |
|---|---|---|---|---|
| | Date ___/___/___ | Date ___/___/___ | | |
| | Date ___/___/___ | Date ___/___/___ | | |
| | Resubmitted | Reloc Rec'd | | |
| | Date ___/___/___ | Date ___/___/___ | | |
| | Date ___/___/___ | Date ___/___/___ | | |

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) 3304I10H | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

Please visit www.uscis.gov/i-290b/jurisdiction for information on the immigration benefit types that are eligible for an appeal or motion using this form.

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About the Applicant or Petitioner

If you are an individual filing this appeal or motion, complete **Item Number 1.** If you are a business or organization, complete **Item Number 2.**

**1.a.** Family Name (Last Name)   Nguyen

**1.b.** Given Name (First Name)   Anh

**1.c.** Middle Name   Tuan Vu

**2.** Business or Organization (if applicable)

**3.** Alien Registration Number (A-Number, if any)
▶ A- 2 1 9 4 2 8 6 5 8

**4.** USCIS Online Account Number (if any)
▶

## Mailing Address (or Military APO/FPO Address, if applicable)
*(USPS ZIP Code Lookup)*

**5.a.** In Care Of Name (if any)

**5.b.** Street Number and Name

**5.c.** ☐ Apt. ☐ S

**5.d.** City or Town

**5.e.** State

**5.g.** Province

**5.h.** Postal Code

**5.i.** Country   U.S.A.

## Part 2. Information About the Appeal or Motion

Please indicate whether you are filing an appeal to the Administrative Appeals Office (AAO) or a motion. You are not allowed to file both an appeal and a motion on a single form. **If you select more than one box, your filing may be rejected.**

**NOTE:** **DO NOT use this form if you are filing an appeal relating to a Form I-130, Petition for Alien Relative, or a Form I-360, Self-Petition for a Widow(er) of a U.S. Citizen. You must file those appeals with the Board of Immigration Appeals using Form EOIR-29.**

## Part 2. Information About the Appeal or Motion (continued)

1.a. ☐ I am filing an **appeal** to the AAO. My brief and/or additional evidence is attached.

1.b. ☐ I am filing an **appeal** to the AAO. I will submit my brief and/or additional evidence to the AAO within 30 calendar days of filing the appeal.

1.c. ☐ I am filing an **appeal** to the AAO. I will not be submitting a brief and/or additional evidence.

1.d. ☐ I am filing a **motion to reopen**. My brief and/or additional evidence is attached.

1.e. ☒ I am filing a **motion to reconsider**. My brief is attached.

1.f. ☐ I am filing a **motion to reopen** and a **motion to reconsider**. My brief and/or additional evidence is attached.

2. USCIS Form for the Application or Petition That is the Subject of This Appeal or Motion (for example, Form I-140, I-360, I-129, I-485, I-601)

I-485

3. Receipt Number for the Application or Petition

MSC2090572992

4. Requested Nonimmigrant or Immigrant Classification (for example, H-1B, R-1, O-1, EB-1, EB-2, if applicable)

EB-3

5. Date of the Adverse Decision (mm/dd/yyyy)

01/21/2022

6. Office That Issued the Adverse Decision

Sacramento (SAC)

## Part 3. Basis for the Appeal or Motion

In **Part 7. Additional Information**, or on a separate sheet of paper, **you must provide a statement regarding the basis for the appeal or motion.** If you attach a separate sheet of paper, type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**Appeal:** Provide a statement that specifically identifies an erroneous conclusion of law or fact in the decision being appealed. **You must provide this information with your Form I-290B even if you intend to submit a brief later.**

**Motion to Reopen:** A motion to reopen must state new facts and be supported by documentary evidence demonstrating eligibility for the requested immigration benefit at the time you filed the application or petition.

**Motion to Reconsider:** A motion to reconsider must demonstrate that the decision was based on an incorrect application of law or policy, and that the decision was incorrect based on the evidence in the case record at the time of the decision. The motion must be supported by citations to appropriate statutes, regulations, precedent decisions, or statements of USCIS policy.

## Part 4. Applicant's or Petitioner's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-290B Instructions before completing this part.

### Section A

If you are filing an appeal or motion based on an **APPLICATION OR PETITION FILED BY AN INDIVIDUAL (NOT A BUSINESS OR ORGANIZATION)**, complete this section:

### Applicant's or Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

1.a. ☐ I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

1.b. ☒ The interpreter named in **Part 5.** has read to me every question and instruction on this form, and my answer to every question, in

Vietnamese

a language in which I am fluent. I understood all of this information as interpreted.

2. ☒ At my request, the preparer named in **Part 6.** prepared this form for me based only upon information I provided or authorized.

### Applicant's or Petitioner's Contact Information

3. Applicant's or Petitioner's Daytime Telephone Number

▮▮▮▮▮▮

4. Applicant's or Petitioner's Mobile Telephone Number (if any)

5. Applicant's or Petitioner's Email Address (if any)

▮▮▮▮▮▮

## Part 4. Applicant's or Petitioner's Statement, Contact Information, Certification, and Signature (continued)

### Applicant's or Petitioner's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I further authorize release of information contained in this form, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I certify, under penalty of perjury, that all of the information in my form and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my form, and that all of this information is complete, true, and correct.

### Applicant's or Petitioner's Signature

**6.a.**   Applicant's or Petitioner's Signature

*[signature]*

**6.b.**   Date of Signature (mm/dd/yyyy)    `3/29/2022`

### Section B

If you are filing an appeal or motion based on a **PETITION FILED BY A BUSINESS OR ORGANIZATION (NOT AN INDIVIDUAL)**, complete this section:

### Petitioner's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.**   ☐   I can read and understand English, and I have read and understand every question and instruction on this form and my answer to every question.

**1.b.**   ☐   The interpreter named in **Part 5.** has read to me every question and instruction on this form, and my answer to every question, in _____, a language in which I am fluent. I understood all of this information as interpreted.

**2.**   ☐   At my request, the preparer named in **Part 6.** prepared this form for me based only upon information I provided or authorized.

### Petitioner's Contact Information

Provide the following information about the petitioner's authorized signatory.

**3.a.**   Family Name (Last Name)

**3.b.**   Given Name (First Name)

**3.c.**   Middle Name

**4.**   Title

**5.**   Daytime Telephone Number

**6.**   Mobile Telephone Number (if any)

**7.**   Email Address (if any)

### Petitioner's Certification

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to USCIS at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records, to USCIS or other entities and persons where necessary to determine eligibility for the immigration benefit sought or where authorized by law. I recognize the authority of USCIS to conduct audits of this form using publicly available open source information. I also recognize that any supporting evidence submitted in support of this form may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this form on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this form, I understand all of the information contained in, and submitted with, my appeal or motion, and all of this information is complete, true, and correct.

### Petitioner's Signature

**8.a.**   Petitioner's Signature

**8.b.**   Date of Signature (mm/dd/yyyy)

**NOTE TO ALL APPLICANTS AND PETITIONERS:** If you do not completely fill out this form or fail to submit required documents listed in the Instructions, USCIS may dismiss, deny, or reject your appeal or motion.

## Part 5. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

Huynh

**1.b.** Interpreter's Given Name (First Name)

Duc

**2.** Interpreter's Business or Organization Name (if any)

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt.  ☐ St ███

**3.c.** City or Town

**3.d.** State

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

U.S.A.

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and | Vietnamese |,

which is the same language specified in **Part 4., Item Number 1.b.** in **Section A** or **Section B**, and I have read to this applicant or petitioner in the identified language every question and instruction on this form and his or her answer to every question. The applicant or petitioner informed me that he or she understands every instruction, question, and answer on the form, including the **Applicant's or Petitioner's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)  | 3/29/2022 |

## Part 6. Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Applicant or Petitioner

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Shah

**1.b.** Preparer's Given Name (First Name)

Sunny

**2.** Preparer's Business or Organization Name (if any)

Socheal Chea, P.C.

### Preparer's Mailing Address

**3.a.** Street Number and Name  | 3500 Duluth Park Lane, NW |

**3.b.** ☐ Apt.  ☒ Ste.  ☐ Flr.  | 300 |

**3.c.** City or Town  | Duluth |

**3.d.** State | GA |  **3.e.** ZIP Code | 30096 |

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

U.S.A.

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

7706238880

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

sunny@socheatchea.com

## Part 6.  Contact Information, Declaration, and Signature of the Person Preparing this Form, if Other Than the Applicant or Petitioner (continued)

### Preparer's Statement

7.a. ☐ I am not an attorney or accredited representative but have prepared this form on behalf of the applicant or petitioner and with the applicant's or petitioner's consent.

7.b. ☒ I am an attorney or accredited representative and have prepared this form on behalf of the applicant or petitioner and with the applicant's or petitioner's consent.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this form at the request of the applicant or petitioner. The applicant or petitioner then reviewed this completed form and informed me that he or she understands all of the information contained in, and submitted with, his or her form, including the **Applicant's or Petitioner's Certification**, and that all of this information is complete, true, and correct.  I completed this form based only on information that the applicant or petitioner provided to me or authorized me to obtain or use.

### Preparer's Signature

8.a. Preparer's Signature

8.b. Date of Signature (mm/dd/yyyy)  3/29/2022

## Part 7.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you use more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name and A-Number at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name
(Last Name)    Nguyễn

**1.b.** Given Name
(First Name)   Anh

**1.c.** Middle Name   Tuan Vu

**2.** A-Number (if any) y  A- 2 1 9 4 2 8 6 5 8

**3.a.** Page Number   2

**3.b.** Part Number   3

**3.c.** Item Number

**3.d.**   See attached brief.

---

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

---

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

---

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

---

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**

---

**NOTE:**  Make sure your appeal or motion is complete before filing.

Sunny Shah, Esq.
Socheat Chea, P.C.
3500 Duluth Park Lane NW, Bldg. 300
Duluth, GA 30096

DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
SACRAMENTO FIELD OFFICE
SACRAMENTO, CALIFORNIA

|  |  |  |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| | ) | |
| | ) | |
| Nguyen, Anh Tuan Vu | ) | MSC-20-905-72992 |
| Applicant | ) | |
| | ) | |
| | ) | |
| Form I-485, Application to Adjust Status | ) | |
| | ) | |

## BRIEF IN SUPPORT OF MOTION TO REOPEN AND RECONSIDER

NOW COMES, Mr. Anh Tuan Vu Nguyen ("Applicant"), through undersigned counsel, and respectfully moves the United States Citizenship and Immigration Services ("USCIS" or "the Service") Sacramento Field Office to reopen and reconsider the decision, denying the Form I-485, Application to Register Permanent Residence or Adjust Status, filed by the Applicant on January 7, 2020.

## I.   FACTS AND PROCEDURAL HISTORY

On April 16, 2018, Koch Foods of Gadsden, LLC ("the Petitioner") filed an ETA Form 9089, Application for Permanent Employment Certification with the United States Department of Labor ("US DOL") on the Applicant's behalf. On April 19, 2019, the ETA Form 9089 was

certified by the US DOL. After receiving news of the certification almost five months later, the Applicant signed the certified ETA Form 9089 on September 11, 2019.

Prior to receiving news of the certified ETA Form 9089, on May 27, 2019, the Applicant contacted the U.S. Consulate in Ho Chi Minh, Vietnam to renew his B-2 visitor visa. The Applicant intended to visit the United States with his family and explore various travel destinations within the country during the summer of 2019. The Applicant appeared for a visa interview before a consular officer at the U.S. Consulate in Ho Chi Minh where he was questioned on his intention of returning to Vietnam upon the conclusion of his travel in the United States. The Applicant's visa renewal application was approved. The Applicant purchased round-trip airfare and travel insurance for him and his family and entered the United States on August 18, 2019 with the intention of returning to Vietnam on September 7, 2019.

While the Applicant was traveling in the United States, he received a call on his roaming Vietnamese cell phone number from the HR Manager of Koch Foods of Gadsden LLC, Ms. Cindy Deberry, who informed him that the labor certification had been certified. During this telephone conversation, Ms. Deberry learned that the Applicant was visiting the United States on a valid B-2 visa. Ms. Deberry asked the Applicant to not return to Vietnam since the labor certification had been approved, and instead informed him that he could apply for work authorization and adjustment of status since visa numbers were available.

Initially, the Applicant declined Ms. Deberry's request and informed her that he was only visiting the United States temporarily and that he would need to return to Vietnam since he was still gainfully employed. However, after prolonging his stay in the United States and much deliberation, the Applicant decided not to return to Vietnam, and instead, decided to stay in the United States and applied for adjustment of status on January 7, 2020.

On April 13, 2021, the Applicant appeared for an interview before the Service to determine his eligibility for adjustment of status. During this interview, the Applicant provided credible and uncontroverted sworn statements under oath regarding his intent to enter as a visitor. On May 27, 2021, the Service issued a Notice of Intent to Deny ("NOID") for the Applicant informing him of its intention to deny his Form I-485 application pursuant to section 212(a)(6)(C)(i) of the Immigration and Nationality Act ("INA") for fraud or willful misrepresentation of a material fact. USCIS alleged that the Applicant entered the United States as a temporary visitor, but that he actually intended to immigrate to the United States permanently. In addition, the Service alleged that the Applicant misrepresented a material fact by withholding information about his education on the Form I-485. On August 27, 2021, the Applicant responded to the NOID and provided extensive evidence refuting the Service's allegations that he engaged in fraud or willful misrepresentation of a material fact pursuant to INA § 212(a)(6)(C)(i).

On January 21, 2022, the Service denied the Applicant's I-485 application based on the allegation that he misrepresented himself as a temporary visitor when entering the United States.

This timely appeal follows.

**II.    ISSUES PRESENTED**

1. The Field Officer Director erred in finding the Applicant inadmissible pursuant to INA § 212(a)(6)(C)(i) for fraud or willful misrepresentation and denying the Applicant's Form I-485, Application to Register Permanent Residence or Adjust Status.

**III.    LEGAL STANDARD**

A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. *See* 8 C.F.R. § 103.5(a)(2).

A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy. *See* 8 C.F.R. § 103.5(a)(3). A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision. *Id.*

## IV.   ARGUMENT

### 1.   *The Applicant did not misrepresent his entry as a temporary visitor.*

The Service alleges that the Applicant misrepresented his entry as a temporary visitor while intending to permanently immigrate to the United States in violation of the INA. A foreign national must be admissible to the United States within the meaning of 8 U.S.C. § 1182 to qualify for adjustment of status. *See* 8 U.S.C. § 1255(a)(2); *Matter of Rajah*, 25 I&N Dec. 127, 132 (BIA 2009). A foreign national who by "willfully misrepresenting a material fact, seeks to procure (or has sought to procure or has procured) a visa, other documentation, or admission into the United States or other benefits provided under [the INA] is inadmissible." 8 U.S.C. § 1182(a)(6)(C)(i). The Applicant did not engage in fraud or willful misrepresentation and is not inadmissible pursuant to INA § 212(a)(6)(C)(i).

A misrepresentation is an assertion or manifestation not in accordance with the facts. *See* Dep't of State, *9 Foreign Affairs Manual* § 302.9-4(B)(3)(a). Failure to volunteer information does not constitute a misrepresentation regarding the facts not asserted. *See Matter of G-*, 6 I&N Dec. 9, 12-13 (BIA 1953). A misrepresentation is material if the foreign national is inadmissible under the true facts or the misrepresentation tended to shut off a line of inquiry relevant to the foreign national's eligibility for admission to the United States and that would predictably have disclosed other facts relevant to his admission to the United States such that the further inquiry

might have resulted in a proper denial of the benefit requested. *See Matter of D-R-*, 27 I&N Dec. 105, 113 (BIA 2017); *Matter of S- & B-C-*, 9 I&N Dec. 436, 447 (Att'y Gen. 1961).

A foreign national has not made a material misrepresentation if he established that no proper determination of inadmissibility could have been made by the immigration official. *See Matter of Busuego*, 17 I&N Dec. 125, 131 (BIA 1980). A misrepresentation is not material if the foreign national is inadmissible on the true facts. *See Matter of G-*, 6 I&N Dec. 9, 13 (BIA 1953); Dep't of State, *9 Foreign Affairs Manual* § 302.9-4(B)(5)(c)(6)(a). A foreign national is inadmissible based on fraudulent statements if he made a false representation of a material fact with knowledge of its falsity to an immigration official, with intent to deceive the immigration official, and the immigration official believed and acted upon the misrepresentation. *See Matter of G-G-*, 7 I&N Dec. 161, 164 (BIA 1956).

In the case at hand, the Service failed to consider whether the Applicant is inadmissible based on his nonimmigrant visa application under the true facts in the record. The circumstances existing at the time the Applicant made his application for a nonimmigrant visa are controlling. *See Matter of Busuego*, 17 I&N Dec. 125, 128 (BIA 1979). At the time of the Applicant's application for a nonimmigrant visa, he had established ties to his home country in the form of real estate, property, and employment. As a result, the Applicant met the Department of State's requirements to show meaningful business or financial connections to Vietnam at the time of his visa application. *See* Dep't of State, *9 Foreign Affairs Manual* § 401.1-3(E)(2)(b).

At the time of filing his application for a nonimmigrant visa, the Applicant maintained a residence and employment in Vietnam. Based on his residency and employment, he qualified for and properly received a B-2 nonimmigrant visa. See 8 U.S.C. § 1101(a)(15)(B); Dep't of State, Foreign Affairs Manual § 402.2-2(B)(a)(1). The fact that the Petitioner in the United States had

filed an ETA Form 9089 with the US DOL on the Applicant's behalf was not a sufficient condition for denying his nonimmigrant visa application. *See* Dep't of State, *9 Foreign Affairs Manual* § 401.1-3(E)(2)(e). The Applicant credibly provided a sworn statement, and USCIS failed to controvert his testimony, that he did not intend to live in the United States when he applied for admission. The Applicant's sworn statements and the attached declarations are consistent with the documentary evidence in the record.

Based on the Applicant's credible sworn statements regarding his intent to remain in the United States on a temporary basis, he qualified for, and properly received, a nonimmigrant visa. *See* 8 U.S.C. § 1101(a)(15)(B); Dep't of State, *9 Foreign Affairs Manual* § 401.1-2(a). The Applicant is not inadmissible based on his nonimmigrant visa application under the true facts at the time of his application, as documented by the evidence in the record. On that basis, the Applicant could not have obtained, as a matter of law, a nonimmigrant visa based on a material misrepresentation. See Dep't of State, 9 Foreign Affairs Manual § 302.9-4(B)(5)(c)(6)(a). The Service failed to apply the correct legal standard for determining whether the Applicant is inadmissible under the true facts.

The Service further failed to apply the correct legal standard for determining if the Applicant is inadmissible based on whether he made a material misrepresentation to a CBP officer in connection with his application for admission to the United States as a visitor. USCIS failed to identify any false assertions or statements that the Applicant allegedly made to a CBP officer. USCIS failed to identify any assertion or statement that the Applicant made to a CBP officer that tended to shut off a relevant line of inquiry. The Applicant's actions after being admitted to the United States as a visitor do not qualify as misrepresentations under the statute or

CBP's guidelines. *See* U.S.C. § 1101(a)(15)(B); Customs and Border Protection, *Inspector's Field Manual* § 15.4(b)(2).

The Service failed to identify any particular fact that the Applicant failed to volunteer to a CBP officer. However, even if the Applicant has failed to volunteer information, any such failure to volunteer facts cannot legally constitute a misrepresentation. *See Matter of G-*, 6 I&N Dec. 9, 12-13 (BIA 1953). Neither the facts in the record nor the Service's factual assertions meet the standard for showing material misrepresentation under the controlling legal standards.

The Service's assertion that the Applicant engaged in conduct inconsistent with his nonimmigrant status within 90 days of admission is based wholeheartedly on the fact that the Petitioner filed a Form I-140, Immigrant Petition for Alien Worker, on the Applicant's behalf 31 days after his admission into the United States as a nonimmigrant. However, the Service fails to consider that the Form I-140 does not require the Applicant to sign the application and on many occasions can be filed with USCIS without the Applicant's knowledge. Though the Form I-140 listed that the Applicant was present in the United States at the time of filing, it also listed that he would apply for a visa abroad at the U.S. Consulate in Ho Chi Minh, Vietnam. That fact alone properly demonstrates that the Applicant intended to return to Vietnam upon the conclusion of his travel in the United States.

Moreover, at the time the Applicant entered the United States on August 18, 2019, he did not yet know that the labor certification that had been filed on his behalf had been certified. While it is true that the Applicant initiated his employment search and employment application with the Petitioner prior to his entry as a visitor in the United States, he attest that, because the labor certification process timing is unpredictable, he considered his job offer from Koch Foods as only one possibility that might occur in the future and made no plans to relocate to the United

States. He maintained his employment in Vietnam as an IT Manager at the Hoang Hai Long Mot Hotel located in Ho Chi Minh, Vietnam until November 18, 2019. His intention at the time of entering the United States on August 18, 2019 was only to visit the United States for travel purposes, which he indeed did.

Although the Service's denial is based solely on the timing of the labor certification, the Applicant's travel to the United States, and the filing of the I-140 petition, that timing in fact may be too close. The labor certification was signed by the US DOL certifying officer on April 19, 2019. However, as stated in the Petitioner's sworn affidavit, the Applicant was not informed of the certified labor certification until the end of August 2019, which was after he entered the United States on a valid B-2 nonimmigrant visa. It seems unlikely for the Applicant to have entered the United States in order to seek employment or adjustment of status without knowledge of the approved labor certification. It is much more likely for the Applicant to have entered the United States to travel in the United States, which he has done before, intending to only stay for a few weeks, and only after learning from the Petitioner that the labor certification had been approved he decided to follow through with applying for adjustment of status.

The Applicant's actions do not constitute those of an individual who misrepresented his admission into the United States. At the time of his entry, the Applicant did not possess the intention of entering the United States for employment or to seek permanent residence. In fact, it was not until after he arrived in the United States that the Petitioner informed him that the labor certification had been approved and that, if he still wanted to work for them, they could move forward with filing the paperwork for his green card. That is the point at which his intent changed to immigrant intent. In support of this assertion, the Applicant is submitting the

following documents to further demonstrate by a preponderance of the evidence that he did not

have immigrant intent at the time of his admission:

- Sworn Declaration of the Applicant, with the following attached Exhibits;
  A.  Copy of Land Use Certificate for real estate at ████████████████ ██████████████ with certified English translation;
  B.  Copy of Land Use Certificate for real estate at ████████████████ ████████ with certified English translation;
  C.  Copy of rental agreement for property the Applicant rents, with certified English translation;
  D.  Copy of Vietnamese Car Registration Certificate, with certified English translation;
  E.  Copy of Applicant and his spouse's Letter of Job Confirmation;
  F.  Copy of electronic return airfare and travel insurance for the Applicant and his family;
  G.  Copy of Enterprise car rental agreement, dated August 24, 2019; and
  H.  Copy of the Applicant's travel itinerary and photographs.
- Sworn Affidavit of Cindy Deberry, Human Resource manager, Koch Foods of Gadsden, LLC.

Therefore, the Service erred in finding that the Applicant is inadmissible pursuant to INA

§ 212(a)(6)(C)(i) as he did not engage in fraud or willful misrepresentation.

### 2.  *The Applicant's failure to disclose his education is not a misrepresentation of a material fact.*

The Service alleges that the Applicant willfully misrepresented information surrounding

his education background in Vietnam during his I-485 interview on April 13, 2021, and

therefore, is inadmissible pursuant to INA § 212(a)(6)(C)(i). This conclusion is not supported by

the record because the Applicant's education history is *immaterial* to the questions concerning

his eligibility for adjustment of status. Under the USCIS Policy Manual, Chapter 3, Adjudicating

Inadmissibility, Section E, there is a three-step test for determining whether a misrepresentation

is material.

The first question is whether the evidence in the record supports a finding that the

Applicant is or was inadmissible based on the true facts. Here, the Applicant is not inadmissible

on the true facts. Though the Applicant received an associate's degree in computer networking from Lotus College, which later changed its name to Hoa Sen University in Ho Chi Minh, Vietnam, his prospective employment for the Petitioner does not require any specific level of education. Simply being overqualified for the position at Koch Foods, in and of itself, does not create an inadmissibility for the Applicant.

The second question is whether the misrepresentation tended to cut off a line of inquiry, which was relevant to the Applicant's eligibility. Once again, we strongly argue that the answer here is *no*, because the Applicant was and is not required to possess any specific level of education for the prospective job position.

Lastly, the third and final question is whether the inquiry that was cut off "might have resulted in a determination of ineligibility" and we are arguing here that the answer is *no*. Regardless of the Applicant's education background, because the job opportunity does not require any level of education, his so-called "overqualification" does not make the Applicant ineligible for adjustment of status.

A counter example where a cut-off line of inquiry might indeed have led to a finding of ineligibility would be, for example, if the Applicant was currently employed in a job relating to his field of study to the extent that it did not seem reasonable to expect him to return to the position offered. If he had lied under those circumstances then it might be reasonable to find that his lie had been material because under those facts the Service would doubt his intent to assume the offered job indefinitely

Accordingly, the Applicant's failure to disclose his education background in Vietnam during his I-485 interview on April 13, 2021, was not a material misrepresentation. In fact, the Applicant immediately submitted his diploma and an explanation of his incorrect answer in

response to the NOID issued on May 27, 2021, to rectify the situation. The Applicant's education history is immaterial in determining his eligibility for adjustment of status. Therefore, for the reasons mentioned above, the Applicant is not inadmissible pursuant to INA § 212(a)(6)(C)(i).

## V.    CONCLUSION

For the above stated reasons, the Field Office Director's January 21, 2022 decision should be reversed. The Field Office Director erred in finding the Applicant inadmissible pursuant to INA § 212(a)(6)(C)(i) for fraud or willful misrepresentation and denying the Applicant's adjustment of status application. Accordingly, the Applicant's Form I-485 should be reopened and approved.

Respectfully submitted this 29th day of March, 2022.


Sunny Shah, Esq.
Attorney for Applicant

Socheat Chea, P.C.
3500 Duluth Park Lane NW
Bldg. 300
Duluth, Georgia 30096

## SWORN DECLARATION OF ANH TUAN VU NGUYEN

I, Anh Tuan Vu Nguyen, hereby state under the penalty of perjury that the following statements are true and accurate to the best of my knowledge, information and belief, and that I incorporate the following statements into my Form I-290B, Notice of Appeal or Motion:

1.

This sworn declaration was conducted through the use of an interpreter fluent in both English and Vietnamese.

2.

I am over the age of eighteen years and competent in all respects to give this statement in support of this Motion to Reopen and Reconsider the USCIS Sacramento Field Office Director's decision, dated January 21, 2022. I have personal knowledge of the facts stated in this declaration.

3.

I am a citizen and national of Vietnam. I currently reside at ███████████████ ███████████████.

4.

On March 12, 2014, my spouse and I acquired the land use rights and corresponding rights to residential real estate located at ███████████████████ Vietnam. I attach a true and correct copy of the land use certificate and transfer of land use rights for real estate, along with a certified English translation, as Exhibit A.

5.

On August 18, 2017, my spouse and I acquired the land use rights and corresponding rights to residential real estate located at ████████████████████

██████████████████ Vietnam. I attach a true and correct copy of the land use

certificate and transfer of land use rights for the real estate, along with a certified English

translation, as Exhibit B.

6.

On April 10, 2015, I entered into a residential lease agreement with Mr. Van Hieu

Nguyen who leased my residential property located at ████████████████

██████████████████████████████████ The

lease term began on April 10, 2015 and will end on April 10, 2025. I attach a true and correct

copy of the lease agreement, along with a certified English translation, as Exhibit C.

7.

On February 23, 2015, I purchased a Toyota Rush vehicle. I attach a true and correct

copy of the Car Registration Certificate, along with a certified English translation, as Exhibit D.

8.

In Vietnam, I was gainfully employed by the Hoang Hai Long Mot Hotel as an IT

Manager beginning on January 11, 2012. My wife was employed by the International Life

Company Limited as a Sales Manager beginning on August 1, 2014. After learning that we could

stay in the United States and seek adjustment of status, my wife and I terminated our

employment in Vietnam on November 18, 2019. I attach a true and complete copy of our Letter

of Job Confirmation, as Exhibit E.

9.

In April of 2018 my friend, Hong Trinh, informed me that Koch Foods of Gadsden LLC

was hiring foreign workers since they were experiencing a shortage of workers. He explained

that they were in urgent need of workers to work as poultry processors. At the time, I was

looking for a career change because my job in Vietnam was really stressful. Everything Hong told me sounded promising and I figured I could trust him since he worked for Koch Foods. I applied for a job at Koch Foods of Gadsden LLC. A few weeks later, I received a telephone call from the Koch Foods HR manager, who also had a Vietnamese interpreter on the line. They informed me that Koch Foods received my application and wanted to interview me for the position. They discussed my qualifications and provided a description of the job. Afterwards, they offered me a position as a poultry processor. I told them that I was interested and they explained that before I accepted the job that they first had to file an immigration application, called a labor certification, and that I would not be able to start working until after it was accepted, which could take many months.

10.

In June of 2019, my family and I decided to travel to the United States to visit the many tourist destinations for the summer vacation. I applied to renew my visitor visa, which was renewed on June 11, 2019. I really wanted to take my children to visit the Vietnam War Memorial in Washington, D.C. so I could tell them about my father who was an American soldier serving in the U.S. army in South Vietnam in the 1970s. My father's name is ████████ ████████ and he was born in Vietnam in ████ In 1970 he joined the U.S. special forces and served in the ██████████████ My father's military identification number was ██████████ and he held the rank of Sergeant. I am proud of my father's service in the U.S. army and wanted my children to learn about their heritage and the sacrifice my father made.

11.

My family only intended to spend a few weeks in the United States and return prior to the school year starting. I attach a true and correct copy of my electronic roundtrip airfare and travel

insurance for me and my family as Exhibit F. We entered the United States on August 18, 2019.

We rented a car from Enterprise and traveled through various locations in the United States. I

attach a true and correct copy of my car rental agreement, as Exhibit G. I attach a true and

correct copy of our travel itinerary and photographs as Exhibit H. Our intention upon entering

the United States was only for travel purposes, and not to remain permanently. My family

maintained significant ties in Vietnam prior to entering the United States.

12.

While visiting the United States in August of 2019, I received a call on my Vietnamese

cell phone, which I had roaming, from Koch Foods informing me that my labor certification had

been approved. I told them that I was currently on vacation in the United States and would get

back to them once I returned to Vietnam. However, Koch Foods explained to me that the

company was desperate for workers and since I was in the United States I could immediately

start the process to work as soon as possible. I told them that I needed to return to Vietnam to

wrap up my personal affairs for myself and my family. Koch Foods told me that if I returned to

Vietnam, they would have to process my paperwork abroad, which would take many more

months. However, they informed me that if I stayed in the United States, they could file my

immigration paperwork right away, and as soon as my work permit was approved, I would be

able to start working.

13.

My wife and I were not prepared to make such a drastic decision so we decided to extend

our stay in the United States so that we could discuss all of our options. My wife and I extended

our leave from work while we deliberated our options, but eventually terminated our

employment on November 18, 2019. After much consideration, we decided to stay in the United States and apply for adjustment of status.

14.

When I last came to the United States on August 18, 2019, although I had the hopes that I would be able to work with Koch Foods in the future, I did not know that my labor certification had been approved. My intention at the time of entering the United States was only to travel and explore the United States during my children's summer break. However, my plans only changed after receiving a telephone call from Koch Foods, who informed me that my labor certification had been approved and that the company was eager for me to come work for them.

15.

I hope that you consider this declaration in making a final decision on my application. I sincerely hope that you will give weight to the information I have provided and approve my family's green card applications. Thank you for your time and attention to my case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _22_ day of March, 2022.

_____
Anh Tuan Vu Nguyen

Sworn to and Subscribed
before me this _22 nd_
day of _March_, _2022_

_____
NOTARY PUBLIC

My Commission Expires: _05/04/2024_

5 | Declaration of Anh Tuan Vu Nguyen

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập – Tự do – Hạnh phúc



# GIẤY CHỨNG NHẬN

## QUYỀN SỬ DỤNG ĐẤT

### QUYỀN SỞ HỮU NHÀ Ở VÀ TÀI SẢN KHÁC GẮN LIỀN VỚI ĐẤT

I. Người sử dụng đất, chủ sở hữu nhà ở và tài sản khác gắn liền với đất

Ông: Nguyễn Tuấn Vũ Anh
Sinh năm: 1982.  CMND số: 023675103
Địa chỉ thường trú: 567 đường 5, khu phố 1, phường Hiệp Bình Chánh, quận Thủ Đức, TP.HCM.

Bà: Lưu Ngọc Tường Vy
Sinh năm: 1980.  CMND số: 023386442
Địa chỉ thường trú: 027/6 E, ẩp xã Thanh Đa, phường 27, quận Bình Thạnh, TP. HCM

BR 364595

Nội dung thay đổi và cơ sở pháp lý

Xác nhận của cơ quan có thẩm quyền

Người được cấp Giấy chứng nhận không được sửa chữa, tẩy xóa hoặc bổ sung bất kỳ nội dung nào trong Giấy chứng nhận; khi bị mất hoặc hư hỏng Giấy chứng nhận phải khai báo ngay với cơ quan cấp Giấy.

## II. Thửa đất, nhà ở và tài sản khác gắn liền với đất

### 1. Thửa đất

a) Thửa đất số:   669        ; tờ bản đồ số:   3
b) Địa chỉ: Phường Bình Trưng Đông, Quận 2, TP.HCM
c) Diện tích:        115.2? m²; bằng chữ: Bốn nghìn bốn trăm năm mươi hai phảy hai (m²) vuông)
d) Hình thức sử dụng riêng:  Không           m²; chung:   4452.2?       m²
đ) Mục đích sử dụng:  Đất ở tại đô thị
e) Thời hạn sử dụng:  Lâu dài
g) Nguồn gốc sử dụng: Nhà nước giao đất có thu tiền sử dụng đất

### 2. Nhà ở:

a) Địa chỉ:  Căn hộ 7.02 tầng 8, lô B Chung cư Thu Thiêm Lô P. Phường Bình Trưng Đông, Quận 2, TP.HCM
b) Diện tích xây dựng:        m²; e) Diện tích sàn:     90.5    m²
d) Kết cấu: tường gạch, cột BTCT, sàn BTCT, mái BTCT
đ) Cấp (Hạng): Cấp 2        , e) Số tầng:  8/15
g) Năm hoàn thành xây dựng:-/-     ; h) Thời hạn sở hữu: -/-

### 3. Công trình xây dựng khác:-/-

### 4. Rừng sản xuất là rừng trồng:-/-

### 5. Cây lâu năm:  -

### 6. Ghi chú:

- Thửa đất đã được Ủy ban nhân dân thành phố cấp giấy chứng nhận quyền sử dụng đất số AN 006677 ngày 17/11/2008.
- Công trình này xây dựng theo Quyết định số 60/QĐ-SXD-PTN ngày 25/5/2009 của Sở Xây dựng.

Số vào sổ cấp GCN: CH 05252 ?

## III. Sơ đồ thửa đất, nhà ở và tài sản khác gắn liền với đất



## IV. Những thay đổi sau khi cấp giấy chứng nhận

| Nội dung thay đổi và cơ sở pháp lý | Xác nhận của cơ quan có thẩm quyền |
| --- | --- |
|  |  |
|  |  |

Quận 2, ngày  22  tháng   3   năm 20 14
TM. ỦY BAN NHÂN DÂN QUẬN 2
KT CHỦ TỊCH
PHÓ CHỦ TỊCH

Nguyễn Phước Hưng

# SOCIALIST REPUBLIC OF VIETNAM
### Independence - Freedom - Happiness



# CERTIFICATE

## OF LAND USE RIGHTS

## OWNERSHIP OF HOUSES AND OTHER LAND-ATTACHED ASSETS

**I. Name of land user, owner of house and other properties associated with land:**

### Mr. NGUYEN TUAN VU ANH
Year of birth: ███████     ; ID Card: ████████████
Permanent residence address: █████████████████████████

### Mrs. LUU NGOC TUONG VY
Year of birth: ███████     ; ID Card: ████████████
Permanent residence address: ████████████████████████████

BR 364595

**II. Parcel land, house and other asset belong to land:**
1. **Parcel land:**
   a) Parcel land number; ███████. Map sheet number; ███████
   b) Address; ███████████████████████████
   c) Area: 4452.7 m² (In word: Four thousand four hundred fifty two comma seven meter squared),
   d) Form of use: private: None m² ; common: 4452,7 m²
   d) Purpose of use: Urban land lot
   e) Time-limit of use: Long-term,
   f) g) Origin of use: Recognition about Land Use Right as delivering land with collecting money from using land,
2. **Housing:**
   a) Address: Apartment ████████████████████████
   
   b) Area for construction;                              c) Area of floor: 90,5 m²
   c) Structure: brick wall, reinforced concrete columns, reinforced concrete floor, reinforced concrete roof,
   d) Class (Rank): level 2,                              e) Number of floor: 8/15
   g) Year of construction;                              h) Term of ownership
3. **Other constructive building:** -/-
4. **Production forests are planted forests:** -/-
5. **Perennial crops;** -/-
6. **Remarks:**
   The land parcel has been granted by The City Committee under the land use right certificate No. ████████ dated November 17, 2008,
   Works according to Decision No. 60/ QD- SXD- PTN dated: 25/05/2009 of the Department of Construction,

District 02, March 12th, 2014
ON BEHALF OF  DISTRICT 02'S PEOPLE
COMMITTEE
FOR CHAIRMAN
VICE CHAIRMAN
(signed and stamped)
NGUYEN PHUOC HUNG

Number is registered into the Book for issuing The Certificate; ████████████

III. Diagram of the parcel of land, house and other properties attaching with land



| IV. Changes in houses and land after certificate issued | Certified by the competent authority |
|---|---|
| Content of change and legal basis | |
| | |
| | |

| IV. Changes in houses and land after certificate issued | Certified by the competent authority |
|---|---|
| Content of change and legal basis | |
| | |
| | |

The Certificate holder is not allowed to modify, erase or supplement any content in the Certificate; When the Certificate has some problem is lost or damage, it must be immediately reported to the issuing authority.

2709714010554

---

My name is **Ha Hai**, Citizenship Card No.051068000028, issued by Police Department of Residence Registration and Management and National Population Database on February 26th, 2016.

I assure that I accurately translate this document from Vietnamese into English

Tôi Hà Hải, CCCD số: 051068000028, cấp ngày 26/02/2016 tại Cục Cảnh Sát ĐKQL cư trú và DLQG về dân cư

Cam đoan đã dịch chính xác nội dung của văn bản/ giấy tờ này từ tiếng Việt sang tiếng Anh.

Date/ Ngày:

21 -02- 2022

Translate/ Người dịch

**Hà Hải**

Date: 21/02/2022
(The twenty first of February, in Two thousand and Twenty-two)
In People's Committee of District 10 - Ho Chi Minh City
I,
            *Nguyễn Văn Thành*
    Deputy Chief of The Justice Division of District 10
                    CERTIFY
Mr. Ha Hai
He is the person who signed this translation.
Ngày: 21/02/2022
(Ngày hai mươi mốt tháng hai năm hai nghìn không trăm hai mươi hai)
Tại Ủy ban Nhân dân quận 10, TP.HCM
Tôi:
            *Nguyễn Văn Thành*
Là :   Phó Trưởng phòng Tư pháp Quận 10.
                CHỨNG THỰC
Ông Hà Hải
Là người đã ký vào bản dịch này.
Số chứng thực          Quyển số: 02 SCT/CKND

0 0 0 1 1 4 4 1

Ngày 21 tháng 02 năm 2022

*Nguyễn Văn Thành*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập - Tự do - Hạnh phúc



GIẤY CHỨNG NHẬN

QUYỀN SỬ DỤNG ĐẤT

QUYỀN SỞ HỮU NHÀ Ở VÀ TÀI SẢN KHÁC GẮN LIỀN VỚI ĐẤT

I. Người sử dụng đất, chủ sở hữu nhà ở và tài sản khác gắn liền với đất

Ông NGUYỄN TUẤN VŨ ANH
Sinh năm:           CMND số:

Bà LƯU NGỌC TƯỜNG VY
Sinh năm:           CMND số:

CI 806742

Nội dung thay đổi và cơ sở pháp lý

Xác nhận của cơ quan
có thẩm quyền

Người được cấp Giấy chứng nhận không được sửa chữa, tẩy xóa hoặc bổ
sung bất kỳ nội dung gì trong Giấy chứng nhận; khi bị mất hoặc hư
hỏng Giấy chứng nhận phải khai báo ngay với cơ quan cấp Giấy.



III. Sơ đồ thửa đất, nhà ở và tài sản khác gắn liền với đất

TẦNG 2

TẦNG 1

GÓC GÓ

IV. Những thay đổi sau khi cấp giấy chứng nhận

Nội dung thay đổi và cơ sở pháp lý

Xác nhận của cơ quan có thẩm quyền

Ngày 18/10/2017, Người sử dụng đất là 228.412.800đ (Hai trăm hai mươi tám triệu bốn trăm mười hai nghìn tám trăm đồng chẵn) theo thông báo số U20176253S8/TB-CCT-ĐBA ngày 16/10/2017 của Chi cục thuế quận Thủ Đức.

Thủ Đức, ngày ..... tháng ...... năm 20....
TM. ỦY BAN NHÂN DÂN QUẬN THỦ ĐỨC
KT. CHỦ TỊCH
PHÓ CHỦ TỊCH

Trần Văn Dũng

Số vào sổ cấp GCN: CH 0 9 5 2 3

**BẢN DỊCH**

# SOCIALIST REPUBLIC OF VIETNAM
## Independence - Freedom - Happiness



# CERTIFICATE

## OF LAND USE RIGHTS

## OWNERSHIP OF HOUSES AND OTHER LAND-ATTACHED ASSETS

**I. Name of land user, owner of house and other properties associated with land:**

**Mr. NGUYEN TUAN VU ANH**
Year of birth: ███████     ; ID Card: ███████████
Permanent residence address: ███████████████
███████████████████████████

**Mrs. LUU NGOC TUONG VY**
Year of birth: ███████     ; ID Card: ██████████
Permanent residence address: ████████████████
████████████████████

CI 806742

**II. Parcel land, house and other asset belong to land:**

**1. Parcel land:**

    a) ▉

    b) ▉

    c) Area: 468.6m² (In word: Four hundred sixty eight comma six meter squared),

    d) Form of use: For private.

    d) Purpose of use: Land for inheritance as $261,8m^2$, Land for perennial crops as $206,8m^2$,

    e) Time-limit of use: Land for inheritance: Long-term, Land for perennial crops: to 18th October 2067

    g) Origin of use: Recognition about Land Use Right as delivering land with collecting money from using land: $261,8m^2$; Recognition about Land Use Right as delivering land without collecting money from using land: $206,8m^2$.

**2. Housing:**

    a) Type of housing: Individual house,

    b) Area for construction: 128,25m2.          c) Area of floor: 180m2;

    d) Form of ownership: Private.

    d) Class (Rank): level 3.                e) Time-limit of use: -/-

**3. Other constructive building:** -/-

**4. Production forests are planted forests:** -/-

**5. Perennial crops:** -/-

**6. Remarks:**

    - World highway: the East Alley for expectation is 4.5m.

    - The Western-South Road for zoning is 20m.

    - The positions, belonging to the zoning of existing habitation land, are completely made up with landscapes and traffic land (20-meter road) according to the detailed zoning at scale of 1/2000 in the residence zone of ▉ s approved along with the Decision No.1609/2006/QĐ.UBND dated on 6th October 2006 by Thu Duc's People Committee. When the State carries out the zoning, the ownership must execute according to the regulations:

    ▨    Area part of land for perennial crops is $206,8m^2$

    ▨    Area part of house is $248.96m^2$, if not coincided with the architect will not be recognized

    ▨    Area part of house is $124,7m^2$, area of in habitation land is $197,7m^2$ belongs to the recognized boundary line.

On 18th October 2017. Debt amount of using land is 228.412.800d (Two hundred twenty-eight, four hundred and twelve, eight hundred dongs) according to the announcement number U201762338/TB-CCT-TBA dated on 16th July 2017 by Thu Duc District's Tax Department.

18 - 10 - 2017 (stamped)

Thu Duc, day ...... month ...... year 20...

**ON BEHALF OF THU DUC DISTRICT'S PEOPLE COMMITTEE**

**SIGNATURE on behalf of CHAIRMAN (signed in small shape)**

**VICE CHAIRMAN**

(signed and stamped)

**Tran, Van Dung**

Number is registered into the Book for issuing The Certificate: CH 0 9 6 2 3

III. Diagram of the parcel of land, house and other properties attaching with land

| IV. Changes in houses and land after certificate issued | Certified by the competent authority |
|---|---|
| Content of change and legal basis | |
| | |







| IV. Changes in houses and land after certificate issued | Certified by the competent authority |
|---|---|
| Content of change and legal basis | |
| | |

The Certificate holder is not allowed to modify, erase or supplement any content in the Certificate; When the Certificate has some problem is lost or damage, it must be immediately reported to the issuing authority.

2681217050764

---

My name is **Ha Hai**, Citizenship Card No.051068000028, issued by Police Department of Residence Registration and Management and National Population Database on February 26th, 2016.

I assure that I accurately translate this document from Vietnamese into English

Tôi **Hà Hải**, CCCD số: 051068000028, cấp ngày 26/02/2016 tại Cục Cảnh Sát ĐKQL cư trú và DLQG về dân cư

Cam đoan đã dịch chính xác nội dung của văn bản/ giấy tờ này từ tiếng Việt sang tiếng Anh.

Date/ Ngày:   2 2 -02- 2022

Translate/ Người dịch

**Hà Hải**

Date: 22/02/2022
(The twenty second of February, in Two thousand and Twenty-two)
In People's Committee of District 10 - Ho Chi Minh City
I, *Nguyễn Văn Thành*
Deputy Chief of The Justice Division of District 10
**CERTIFY**
Mr. Ha Hai
He is the person who signed this translation.
Ngày: 22/02/2022
(Ngày hai mươi hai tháng hai năm hai nghìn không trăm hai mươi hai)
Tại Ủy ban Nhân dân quận 10, TP.HCM
Tôi: *Nguyễn Văn Thành*
Là: Phó Trưởng phòng Tư pháp Quận 10.
**CHỨNG THỰC**
Ông Hà Hải
Là người đã ký vào bản dịch này.
Số chứng thực         Quyển số: 02 SCT/CKND
0 0 0 1 1 5 3 1
Ngày 22 tháng 02 năm 2022

*Nguyễn Văn Thành*

CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM

Độc Lập – Tự Do – Hạnh Phúc

---oOo---

# HỢP ĐỒNG THUÊ NHÀ

*Hôm nay vào lúc ... giờ ... phút, ngày ... tháng ... năm 20...*

*Chúng tôi gồm:*

BÊN CHO THUÊ ( Bên A)

Hai bên cùng bàn bạc thảo luận và nhất trí các điều sau:

Bên A đồng ý cho bên B thuê căn nhà  có đặc điểm sau đây:

Diện tích sử dụng: ....................................

- *Vật dụng trong nhà gồm có:* ....................................

....................................

<u>*Điều 1:*</u> Thời hạn thuê nhà là.................................... kể từ ngày ....................................

Đến ............................ và sau đó sẽ cho thuê tiếp hoặc chấm dứt hợp đồng hay các thay đổi khác.

**Điều 2:** Tiền thuê nhà là: ....................................................................

Tiền đặt cọc thuê nhà: ....................................................................

Trả tiền nhà vào ngày ............................................. của mỗi kỳ/ tháng

Năm thứ nhất: ....................................................................

Năm thứ hai: ....................................................................

*Các điều khoản khác:*

....................................................................

....................................................................

**Điều 3:**

- Trong quá trình thuê nhà bên B không được sửa chữa hay thay đổi cấu trúc nhà hoặc sang nhượng lại cho người khác thuê lại, nếu chưa được sự đồng ý của bên A là bất hợp pháp.

- Bên B không được chứa chấp, tổ chức đánh cờ bạc ăn tiền hoặc sử dụng ma túy và các chất gây nghiện khác mà pháp luật cấm.

- Bên B không được làm ăn mang tính chất vi phạm pháp luật trong căn nhà được cho thuê này.

- Bên..... phải có trách nhiệm thực hiện việc khai báo tạm trú, lưu trú với cơ quan công an.

**Điều 4:**

- Bên B không thực hiện đúng các điều khoản trên sẽ bị buộc cắt đứt hợp đồng cho thuê nhà này mà không được hoàn tiền cọc thuê nhà.

- Bên A chấm dứt hợp đồng trước thời hạn hợp đồng, sẽ phải hoàn gấp đôi tiền cọc cho bên B. Bên B chấm dứt hợp đồng trước thời hạn sẽ bị mất tiền cọc đã đặt cọc cho bên A.

- Nếu hết hạn hợp đồng, trước khi bên A hoàn tiền cọc, bên B phải hoàn chỉnh các chi phí khác cho bên thuê nhà (như đóng tiền điện, nước, ..............................)

- Hợp đồng này làm thành 02 bản, mỗi bên giữ 01 bản, có giá trị như nhau. Hai bên đã đọc kỹ hợp đồng và đồng ý ký tên vào hợp đồng.

|  |  |
|---|---|
| **BÊN B** | **BÊN A** |
| *(Bên thuê nhà)* | *(bên cho thuê nhà)* |

SOCIALIST REPUBLIC OF VIETNAM
Independence - Freedom -- Happiness
----ooOoo----

# LEASE FOR HOUSE

Today, at 11:00AM, on 10th April 2015

*We consist of:*

**THE LESSOR (PARTY A):**

1/ Mr. (Mrs.): Nguyen, Tuan Vu Anh          Year of birth: ███          in ███████████

ID No.: ███████ issued on: 28th September 2011 by HCM City's People Security

Permanent address : ████████████████████████████████

Is the owner of the house number: ████████████

████████████████████████████████

**THE LESSIE (PARTY B)**

Mr. (Mrs.): Nguyen, Van Hieu          Year of birth: ███          in ████████████

ID No. ███████ issued on: 13th March 2001 at Nghe An Province's People Security

Permanent address: ███████████████████████

Two parties discuss together and unify the following terms:

Party A agrees with Party B hiring the house along the following features:

House address: ████████████████████████

Land area: 90.5m² ................... Width .......... Length ......................................

Belonging to parcel land No.: ████ The Map ████ .... Ward: ████████

County (District): 2 ...............................City (Province): ████████

Area for using: 90.5m² ............................................................................

- Domestic objects consist of: full equipped furniture, interior objects.............................

......................................................................................................

......................................................................................................

*Article 1:* Leasing timeline is 10 (ten) years from 10th April 2015

To 10th April 2025 and after then it will be contentedly rented or terminated upon this contract, or other changes.

*Article 2:* The rent price is: 13,000.000d.................................................................................................
    The rent deposit is: 26,000.000d.................................................................................................
    Payment on day: 15th of each single period/ month.................................................................
    The first year: no increasing price.............................................................................................
    The second year: no increasing price..........................................................................................
  **Other clauses:**
If there is something according to the market statement, the two sides will discuss together.
.................................................................................................................................................

*Article 3:*
  - During the rent time, Party B is not allowed to amend or change the house structure, or transfer to another person to rent it, that will be illegal if the Party A has not agreed it.
  - Party B is not allowed hold, operate playing cards for money, or use drugs or other additive substances prohibited by the Law.
  - Part B is not allowed to business whatever violates the law in this rented house.
  - Part ... is responsible for carrying out jobs as declaration of temporary residence, stay toward people security agency.

*Article 4:*
  - Party B does not do correctly as the upper terms, will be forced to liquid this lease without payment for the rent deposit.
  - Party A terminates the contract before the timeline, will have to pay twice money amount of the deposit for Party B, Party B terminates the contract before the timeline, will lost the deposit amount paid to Party A.
  - If the contract expiration comes, before Party A refunds the deposit amount, Party B has had to complete other expenses related to the accommodation such as full payment for power supply, sewage supply, ...
  - This contract is made into 02 copies, each party keeps 01 copy, equally in legal value. Two sides have already read care full and signed in this lease.

|  |  |
|---|---|
| **Party B**<br>**(The Lessie)**<br>(signed)<br>Nguyen, Van Hieu | **Party A**<br>**(The Lessor)**<br>(signed)<br>Nguyen, TuanVu Anh |

2

My name is Ngo Thi Hong Tuoi, obtaining ID Card no.: 311898858, issued by Tien Giang Police. I assure that I translated this document from Vietnamese into English accurately.

Tôi tên là Ngô Thị Hồng Tươi, CMND số 341838532, cấp bởi CA Tiền Giang.
Tôi cam đoan đã dịch chính xác văn bản này từ tiếng Việt gốc sang tiếng Anh.

Ngày: 21-02-2022
Người dịch

Ngô Thị Hồng Tươi

I hereby certify **Ngo Thi Hong Tuoi**, publicly signed on this document in my presence, at Ha Hai and Partners Law Office.

Chứng thực bà Ngô Thị Hồng Tươi, CMND số 311898858, đã ký trước mặt tôi, tại Văn phòng Luật sư Hà Hải và cộng sự.

No.        01342      Book no. 02  SCT/CK
Tại Văn phòng, ngày 21  tháng 02  năm 2022
Trưởng Văn phòng
Phó Trưởng phòng

Nguyễn Văn Ngọc





CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
Độc lập - Tự do - Hạnh phúc
Socialist Republic of Vietnam
Independence - Freedom - Happiness
CÔNG AN THÀNH PHỐ HỒ CHÍ MINH
Ho Chi Minh City's Public security
PHÒNG CẢNH SÁT GIAO THÔNG
The traffic police Division
GIẤY CHỨNG NHẬN ĐĂNG KÝ XE Ô TÔ
Car Registration Certificate
Số (Number): 50 01 48 74

NGUYỄN TUẤN ANH

TOYOTA                        RUSH
NR0562021
MJKE8HF3VJLK013563

50E-010.61

TRƯỞNG PHÒNG



CỘNG HÒA X.H.C.N
★ PHÒNG TƯ PH
QUẬN 10 - T.P HỒ C

BẢN DỊCH

SOCIALIST REPUBLIC OF VIET NAM
INDEPENDENCE - FREEDOM- HAPPINESS

HO CHI MINH CITY'S PUBLIC SECURITY

THE TRAFFIC POLICE DIVISION

CAR REGISTRATION CERTIFICATE
No. 50 O14874

Owner's full name: **NGUYEN TUAN VU ANH**
Address:
City
Brand: TOYOTA          Model code: RUSH
Engine No. 2NRO562023
Color: Red              Seats: 7
Range of activities:
Nº plate: 50E- 010.61
Date of expiry:

Ho Chi Minh City, February 23, 2015
Deputy Chief office
Senior lieutenant- colonel: NGUYEN HUU THONG  *(Signed/Sealed)*

---

My name is **Ha Hai**, Citizenship Card No.051068000028, issued by Police Department of Residence Registration and Management and National Population Database on February 26th, 2016.

I assure that I accurately translate this document from Vietnamese into English

Tôi Hà Hải, CCCD số: 051068000028, cấp ngày 26/02/2016 tại Cục Cảnh Sát ĐKQL cư trú và DLQG về dân cư

Cam đoan đã dịch chính xác nội dung của văn bản/ giấy tờ này từ tiếng Việt sang tiếng **Anh**.

Date/ Ngày:   2 1 -02- 2022

Translate/ Người dịch

Hà Hải

Date: 21/02/2022
(The twenty first of February, in Two thousand and Twenty-two)
In People's Committee of District 10 - Ho Chi Minh City
I,
*Nguyễn Văn Thành*
Deputy Chief of The Justice Division of District 10
CERTIFY

Mr. Ha Hai
He is the person who signed this translation.
Ngày: 21/02/2022
(Ngày hai mươi mốt tháng hai năm hai nghìn không trăm hai mươi hai)
Tại Ủy ban Nhân dân quận 10, TP.HCM
Tôi:       *Nguyễn Văn Thành*
Là :   Phó Trưởng phòng Tư pháp Quận 10.
CHỨNG THỰC

Ông Hà Hải
Là người đã ký vào bản dịch này.
Số chứng thực 0 0 1 1 Quyển số : 02 SCT/CKND

Ngày 21 tháng 02 năm 2022

*Nguyễn Văn Thành*



HOANG HAI LONG MOT SERVICE HOTEL PRIVATE
ENTERPRISE  ALAGON CITY HOTEL



## LETTER OF JOB CONFIRMATION

**FULL NAME:** NGUYEN TUAN VU ANH
**DATE OF BIRTH:**
**ID CARD NUMBER**   023 675 103   DATE OF ISSUE: SEPTEMBER 28, 2011  PLACE OF ISSUE: HO CHI MINH CITY'S PUBLIC SECURITY,

**ADDRESS:**

**PHONE:**
**SALARY:** 30,400,000 VND
HAS WORKED AT HOANG HAI LONG MOT HOTEL.
**FROM:** JANUARY 11, 2012
**TO:** NOVEMBER 18, 2019
**POSITION:** IT MANAGER
**COMMENTS:**

NGUYEN TUAN VU ANH is a very dedicated employee, always completes the assigned plan on time. He works very well in accordance with rules and discipline. He has clear applications and plans for any vacations, sick leaves. Although he only has a short-term vocational certificate and has not graduated from university, he is always able to meet the job, keep up with new technology to help the growth and expansion of our scale with his work experience and high self-study spirit. The project of implementing a new software on job management, the hotel management waited for him to implement until expiry of his leave in September 2019, although he could not return, he still actively supported and handed over from far to get the job done. Although he is no longer our employee, he is still enthusiastic to give a hand at our request.

At work, he was sociable, friendly, often assisting departments such as reception, housekeeping, security guards, and accounting to complete their work. When the system had any problem, or upon launching a new project, he worked all night and many days to complete it.

He is a good, dedicated and reliable employee.

If you need any further information, do not hesitate to contact us.

Ho Chi Minh City, June 10, 2021
*(Signed and sealed)*
DIRECTOR: BUI ANH MINH



INTERNATIONAL LIFE COMPANY LIMITED

# LETTER OF JOB CONFIRMATION

**Full name:**    LUU NGOC TUONG VY

**Date of birth:**

**ID card number:** ▮▮▮▮▮▮    Date of issue: March 07, 2006    Place of
issue: Ho Chi Minh City's Public Security

**Address:**

**Phone:**

Has worked at INTERNATIONAL LIFE COMPANY LIMITED

**From:**    August 01, 2014

**To:**    November 18, 2019

**Position:**    SALES MANAGER

**Comments:**

Luu Ngoc Tuong Vy works dynamically, actively, always achieving the targets set by the company. She always respects the collective, discipline, has clear applications for any vacations, sick leaves. She is a good employee. you need any further information, do not hesitate to contact us.



Ho Chi Minh City, June 17, 2021

Covid-19*

Director TO VAN HUNG

(*Viewed and confirmed by the Board of Directors)



A STAR ALLIANCE MEMBER



班機起飛前 1.5‑48 小時前開放網路報到，歡迎多加使用
Check in online and save time.(1.5 to 48 hrs before departure)

Passenger: Nguyen Tuan Vu Anh Mr (ADT)
Booking ref: OJDJII
Ticket number: 695 2447993886



Issuing office:
EVA AIRWAYS,MOBILE BOOKING, WWW.EVAAIR.COM,SAN
FRANCISCO , Telephone: +1-800-695-1188
Date: 24Jul2019

## ELECTRONIC TICKET RECEIPT

1. Please present the following for check-in.
(1) Ticket number or booking reference
(2) Form of identification, e.g.
   - Passport
   - The credit card
   - The Infinity MileageLands membership card
2. Remind you that the selected seat will be reserved until one hour before flight scheduled departure time.
   Please do check-in via web/mobile service 1.5 to 48 hours before flight scheduled departure time to make your trip more comfortable.

| From | To | Flight | Departure | Arrival | Last check-in |
|---|---|---|---|---|---|
| SAN FRANCISCO SAN FRANCISCO INTL<br>Terminal: I | TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | BR17 | 01:00<br>07Sep2019 | 05:30<br>08Sep2019 | |
| Class: Y | Operated by: EVA AIR<br>Marketed by: EVA AIR | | | NVB (2): 07Sep2019<br>NVA (3): 07Sep2019 | |
| Baggage (4): 2PC<br>Fare basis: YLWOUE | Booking status (1): OK<br>Frequent flyer number: 3332701035 | | | Duration: 13:30 | |
| TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | HO CHI MINH CITY TAN SON NHAT INTL<br>Terminal: 2 | BR395 | 07:20<br>08Sep2019 | 09:45<br>08Sep2019 | |
| Class: Y | Operated by: EVA AIR<br>Marketed by: EVA AIR | | | NVB (2): 08Sep2019<br>NVA (3): 08Sep2019 | |
| Baggage (4): 2PC<br>Fare basis: YLWOUE | Booking status (1): OK<br>Frequent flyer number: 3332701035 | | | Duration: 03:25 | |

(1) OK = Confirmed ; RQ = Requested but not confirmed, or waitlisted; SA = Subject to space being available; NS = Infant not occupying a seat; Blank = Denotes an open segment (2) NVB = Not valid before (3) NVA = Not valid after (4) Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage.

ELECTRONIC TICKET REMARKS
This receipt is treated as confirmation of ticket purchased. Carriage and other services provided by the carrier are subject to conditions of contract, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Baggage Policy

SFOSGN

| 1st Checked Bag: | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |
|---|---|---|
| 2nd Checked Bag: | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |

CARRY-ON BAG:
| SFOTPE: MAX   1PC | Free of Charge | CARRY7KG 15LB UPTO46LI 115LCM |
| TPESGN: MAX   1PC | Free of Charge | CARRY7KG 15LB UPTO46LI 115LCM |





搭機起飛前1.5-48小時前開放網路報到，歡迎多加使用
Check in online and save time.(1.5 to 48 hrs before departure)

**Passenger:** Luu Ngoc Tuong Vy Mrs (ADT)
**Booking ref:** OJDJII
Ticket number: 695 2447993887

Issuing office:
EVA AIRWAYS,MOBILE BOOKING, WWW.EVAAIR.COM,SAN
FRANCISCO , Telephone: +1-800-695-1188
Date: 24Jul2019

## ELECTRONIC TICKET RECEIPT

1. Please present the following for check-in.
   (1) Ticket number or booking reference
   (2) Form of identification, e.g.
      - Passport
      - The credit card
      - The Infinity MileageLands membership card
2. Remind you that the selected seat will be reserved until one hour before flight scheduled departure time.
   Please do check-in via web/mobile service 1.5 to 48 hours before flight scheduled departure time to make your trip more comfortable.

| From | To | Flight | Departure | Arrival | Last check-in |
|------|-----|--------|-----------|---------|---------------|
| SAN FRANCISCO SAN FRANCISCO INTL<br>Terminal: I | TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | BR17 | 01:00<br>07Sep2019 | 05:30<br>08Sep2019 | |
| Class: Y | Operated by: EVA AIR<br>Marketed by: EVA AIR<br>Booking status : OK | | | NVB : 07Sep2019<br>NVA : 07Sep2019<br>Duration: 13:30 | |
| Baggage : 2PC<br>Fare basis: YLWOUE | | | | | |
| TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | HO CHI MINH CITY TAN SON NHAT INTL<br>Terminal: 2 | BR395 | 07:20<br>08Sep2019 | 09:45<br>08Sep2019 | |
| Class: Y | Operated by: EVA AIR<br>Marketed by: EVA AIR<br>Booking status : OK | | | NVB : 08Sep2019<br>NVA : 08Sep2019<br>Duration: 03:25 | |
| Baggage : 2PC<br>Fare basis: YLWOUE | | | | | |

(1) OK = Confirmed ; RQ = Requested but not confirmed, or waitlisted; SA = Subject to space being available; NS = Infant not occupying a seat; Blank = Denotes an open segment (2) NVB = Not valid before (3) NVA = Not valid after (4) Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage.

ELECTRONIC TICKET REMARKS
This receipt is treated as confirmation of ticket purchased. Carriage and other services provided by the carrier are subject to conditions of contract, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Baggage Policy

SFOSGN

| 1st Checked Bag: | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |
|------------------|----------------|-------------------------------|
| 2nd Checked Bag: | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |

CARRY-ON BAG.

| SFOTPE: MAX  1PC | Free of Charge | CARRY7KG 15LB UPTO45LI 115LCM |
|------------------|----------------|-------------------------------|
| TPESGN: MAX  1PC | Free of Charge | CARRY7KG 15LB UPTO45LI 115LCM |



班機起飛前 1.5、48 小時前開放網路報到，歡迎多加使用
Check in online and save time.(1.5 to 48 hrs before departure)

Passenger: ▬▬▬▬▬▬▬▬▬▬
Booking ref: OJDJII
Ticket number: 695 2447993889



Issuing office:
EVA AIRWAYS,MOBILE BOOKING, WWW.EVAAIR.COM,SAN
FRANCISCO , Telephone: +1-800-695-1188
Date: 24Jul2019

## ELECTRONIC TICKET RECEIPT

1. Please present the following for check-in.
(1) Ticket number or booking reference
(2) Form of identification, e.g.
   - Passport
   - The credit card
   - The Infinity MileageLands membership card
2. Remind you that the selected seat will be reserved until one hour before flight scheduled departure time.
   Please do check-in via web/mobile service 1.5 to 48 hours before flight scheduled departure time to make your trip more comfortable.

| From | To | Flight | Departing | Arrival | Limit check-in |
|---|---|---|---|---|---|
| SAN FRANCISCO SAN FRANCISCO INTL Terminal: I | TAIPEI TAIWAN TAOYUAN INTL Terminal: 2 | BR17 | 01:00 07Sep2019 | 06:30 08Sep2019 | |
| Class: Y | Operated by: EVA AIR Marketed by: EVA AIR | | | NVB : 07Sep2019 NVA : 07Sep2019 | |
| Baggage : 2PC Fare basis: YLWOUE/CH25 | Booking status : OK | | | Duration: 13:30 | |
| TAIPEI TAIWAN TAOYUAN INTL Terminal: 2 | HO CHI MINH CITY TAN SON NHAT INTL Terminal: 2 | BR395 | 07:20 08Sep2019 | 09:45 08Sep2019 | |
| Class: Y | Operated by: EVA AIR Marketed by: EVA AIR | | | NVB : 08Sep2019 NVA : 08Sep2019 | |
| Baggage : 2PC Fare basis: YLWOUE/CH25 | Booking status : OK | | | Duration: 03:25 | |

(1) OK = Confirmed ; RQ = Requested but not confirmed, or waitlisted; SA = Subject to space being available; NS = Infant not occupying a seat; Blank =
Denotes an open segment (2) NVB = Not valid before (3) NVA = Not valid after (4) Each passenger can check in a specific amount of baggage at no extra cost
as indicated above in the column baggage.

ELECTRONIC TICKET REMARKS
This receipt is treated as confirmation of ticket purchased. Carriage and other services provided by the carrier are subject to conditions of contract, which are hereby
incorporated by reference. These conditions may be obtained from the issuing carrier.

Baggage Policy

SFOSGN

| 1st Checked Bag: | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |
|---|---|---|
| 2nd Checked Bag: | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |

CARRY-ON BAG:

| SFOTPE: MAX | 1PC | Free of Charge | CARRY7KG 15LB UPTO45LI 115LCM |
|---|---|---|---|
| TPESGN: MAX | 1PC | Free of Charge | CARRY7KG 15LB UPTO45LI 115LCM |





透過起稿前 1 5 - 4 8 小時訪間線線影務到，歡迎多加使用
Check in online and save time (1.5 to 48 hrs before departure)

Passenger:
Booking ref: OJDJII
Ticket number: 695 2447993888

Issuing office:
EVA AIRWAYS,MOBILE BOOKING, WWW.EVAAIR.COM,SAN
FRANCISCO , Telephone: +1-800-695-1188
Date: 24Jul2019

## ELECTRONIC TICKET RECEIPT

1. Please present the following for check-in.
(1) Ticket number or booking reference
(2) Form of identification, e.g.
   - Passport
   - The credit card
   - The Infinity MileageLands membership card
2. Remind you that the selected seat will be reserved until one hour before flight scheduled departure time.
   Please do check-in via web/mobile service 1.5 to 48 hours before flight scheduled departure time to make your trip more comfortable.

| From | To | Flight | Departure | Arrival | Last check-in |
|------|-----|--------|-----------|---------|---------------|
| SAN FRANCISCO SAN FRANCISCO INTL<br>Terminal: I | TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | BR17 | 01:00<br>07Sep2019 | 05:30<br>08Sep2019 | |
| Class: Y | Operated by: EVA AIR<br>Marketed by: EVA AIR<br>Booking status : : OK | | | NVB (?) 07Sep2019<br>NVA ?: 07Sep2019 | |
| Baggage ?: 2PC<br>Fare basis: YLWOUE/CH25 | | | | Duration: 13:30 | |
| TAIPEI TAIWAN TAOYUAN INTL<br>Terminal: 2 | HO CHI MINH CITY TAN SON NHAT INTL<br>Terminal: 2 | BR395 | 07:20<br>08Sep2019 | 09:45<br>08Sep2019 | |
| Class: Y | Operated by: EVA AIR<br>Marketed by: EVA AIR<br>Booking status : : OK | | | NVB ??: 08Sep2019<br>NVA ??: 08Sep2019 | |
| Baggage ?: 2PC<br>Fare basis: YLWOUE/CH25 | | | | Duration: 03:25 | |

(1) OK = Confirmed ; RQ = Requested but not confirmed, or waitlisted; SA = Subject to space being available; NS = Infant not occupying a seat; Blank = Denotes an open segment (2) NVB = Not valid before (3) NVA = Not valid after (4) Each passenger can check in a specific amount of baggage at no extra cost as indicated above in the column baggage.

ELECTRONIC TICKET REMARKS
This receipt is treated as confirmation of ticket purchased. Carriage and other services provided by the carrier are subject to conditions of contract, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Baggage Rules

| SFOSGN | | | |
|--------|--|--|--|
| 1st Checked Bag: | | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |
| 2nd Checked Bag: | | Free of Charge | UP TO 50LB 23KG N 62LI 158LCM |
| CARRY-ON BAG: | | | |
| SFOTPE: MAX | 1PC | Free of Charge | CARRY7KG 15LB UPTO45LI 115LCM |
| TPESGN: MAX | 1PC | Free of Charge | CARRY7KG 15LB UPTO45LI 115LCM |

 Gmail

Anh Nguyen <ntvuanh@gmail.com>

## 635309 (Safe Travels USA) for Tuan Vu Anh Nguyen, plus 3 insureds

Insubuy <policy@insubuy.com>
To: <ntvuanh@gmail.com>

Mon, Aug 19, 2019, 2:14 AM

Click here to view in browser or click here for print

Insurance Confirmation

See this confirmation in a different language: 中文  ...

# Safe Travels USA

TRAWICK
INTERNATIONAL

Administered by: GBG Administrative Services
Underwritten by: GBG Insurance Limited

## Coverage Information

Group Number: STUN-13468-18
Premium: $130.20
Policy Maximum: $50,000
Deductible: $250

Certificate Number: 635309
Coverage Length (30 Days)
Start Date: 08/20/2019
End Date: 09/18/2019

## Insured(s) Information

| Name | Date of Birth | Member Number |
|---|---|---|
| Tuan Vu Anh Nguyen | | |
| Ngoc Tuong Vy Luu | | |

## Contact Information

Home Country Address:



 **MyAccount**

Log into MyAccount to access your policy documents and service tasks:

| | |
|---|---|
| ✓ ID Card | ✓ PPO Network (Provider Directory) |
| ✓ Extension | ✓ Claim Forms |
| ✓ Cancellation / Refund Procedure | ✓ Make Corrections / Changes to Policy |
| ✓ Purchase Receipt | ✓ Visa Letter |
| ✓ Certificate Wording | |

Additionally, you can easily:

✓ Connect your various policies to view and manage all your plans in one place.

✓ Repurchase the same insurance plan for the same person or a different person and save yourself the hassle of adding general details again because the common information will already be in the application.

**Log In to MyAccount**

**Don't want to log in or can't log in?**

Use the Policy Service instead to access the documents and information without logging in.

**For customer service or repurchase, please contact:**
Insubuy®, Inc.
4200 Mapleshade Ln, Suite 200
Plano, TX 75093
United States

Toll Free: +1 (866) INSUBUY
Phone: +1 (972) 985-4400
Website: www.insubuy.com
Email: bai71@insubuy.com

**For claims and emergency assistance, please contact the plan administrator:**
GBG Administrative Services
26741 Portola Parkway, Suite 1E #527
Foothill Ranch, CA 92610
United States

Toll Free: +1 (877) 916-7920



Rental Agreement Summary
RA#: 6VKSVB
Renter: TUAN VU ANH NGUYEN
ENTERPRISE PLUS
Billing Cycle: 24-HOUR

## 📅 Dates & Times          📍 Location

### Pick up

| | |
|---|---|
| Saturday, August 24, 2019 12:24 PM | 1922 REPUBLIC AVE |
| Start Charges: | SAN LEANDRO, |
| Saturday, August 24, 2019 12:24 PM | CA 94577-4221 |
| | (510) 895-7900 |

### Anticipated Return

| | |
|---|---|
| Monday, September 23, 2019 12:00 PM | 1922 REPUBLIC AVE |
| | SAN LEANDRO, |
| | CA 94577-4221 |
| | (510) 895-7900 |

## 🚗 Vehicle

| | |
|---|---|
| 2018 NISN RSPT MS4 WHITE | License: NV 080E75 |
| VIN: JN1BJ1CR5JW258876 | Vehicle: 7Q7LXN |
| Pickup: | |
| 08/24/2019 @ 12:24 PM | ODO:26090 Fuel:1/4 |

Vehicle Condition:

Driver Rear Door
Scratch: scratch

Front Bumper
Other: paint chip

## 💲 Summary of Charges

### 💲 Estimated Renter Charges

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 8/24/19-9/23/19 | $684.00 / Month | $684.00 |
| NO CHARGE DISTANCE 8/24/19-9/23/19 | $0.00 / Mile | $0.00 |
| DAILY RATE: | $34.20 / Day | |
| WEEKLY RATE: | $239.39 / Week | |
| MONTHLY RATE: | $684.00 / Month | |
| HOURLY RATE: | $11.39 / Hour | |
| REFUELING CHARGE | $5.44 / Gallons | $0.00 |

### Optional Protections Accepted

| | | |
|---|---|---|
| DW TIER 1 8/24/19-9/23/19 | $16.99 / Day | $509.70 |

### Optional Protections Declined

| | | |
|---|---|---|
| RAP | @ $5.99 / Day | $0.00 |
| SUPPLEMENTAL LIABILITY PROTECTION 2 | @ $11.68 / Day | $0.00 |
| PAI/PEC | @ $5.13 / Day | $0.00 |

Renter Acknowledgement of Accepted and Declined Protections
I acknowledge that I have accepted or declined protections as indicated above.



### Taxes and Fees

| | | |
|---|---|---|
| VEHICLE LICENSE RECOVERY FEE | $1.64 / Day | $49.20 |
| SALES TAX (9.75%) | 9.75% | $66.69 |
| Total Estimated Charge: | | $1309.59 |
| Payments: | | |
| VISA ******1457 | Auth | ($1509.59) |

Renter Acknowledgement of Charges

I acknowledge that I have reviewed and agree to all Estimated Renter Charges and fees listed on Summary of Charges and further agree to pay for final charges in accordance with the Terms and Conditions of this Rental Agreement.



Owner: ENTERPRISE RENT-A-CAR CO OF SAN FRANCISCO, LLC

### Additional Drivers

No Additional Drivers are authorized to drive the vehicle with the exception of the drivers listed below.
*(Additional driver names listed here if applicable)*

Please keep this Rental Agreement Summary with you in the vehicle during the rental.

## 🔣 Local Addenda

⚠ **WARNING: Operating, servicing and maintaining a passenger vehicle or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.**

**DAMAGE WAIVER NOTICE: RENTER ACKNOWLEDGES RECEIPT OF ORAL**

DISCLOSURE THAT DAMAGE WAIVER MAY BE DUPLICATIVE OF COVERAGE MAINTAINED UNDER HIS OR HER OWN POLICY OF MOTOR VEHICLE INSURANCE. THE PURCHASE OF DAMAGE WAIVER IS OPTIONAL AND MAY BE DECLINED.

RENTER: X_____

* ESTIMATED TOTAL EXCLUDES CHARGES THAT CANNOT BE DETERMINED AT THE TIME RENTAL COMMENCES

*By signing this agreement Renter agrees to Enterprise's collection of information about Renter's use of Vehicle and Texting & Calling terms. See Paragraphs 21 and 23 in the Rental Agreement Jacket.*

⚠ WARNING: Operating, servicing and maintaining a passenger vehicle or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

DAMAGE WAIVER NOTICE: RENTER ACKNOWLEDGES RECEIPT OF ORAL DISCLOSURE THAT DAMAGE WAIVER MAY BE DUPLICATIVE OF COVERAGE MAINTAINED UNDER HIS OR HER OWN POLICY OF MOTOR VEHICLE INSURANCE. THE PURCHASE OF DAMAGE

WAIVER IS OPTIONAL AND MAY BE DECLINED.

RENTER: X_____

* ESTIMATED TOTAL EXCLUDES CHARGES THAT CANNOT BE DETERMINED AT THE TIME RENTAL COMMENCES

*By signing this agreement Renter agrees to Enterprise's collection of information about Renter's use of Vehicle and Texting & Calling terms. See Paragraphs 21 and 23 in the Rental Agreement Jacket.*

WARNING: Operating, servicing and maintaining a passenger vehicle or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings. ca.gov/passenger-vehicle.

OPTIONAL PRODUCTS NOTICE: WE OFFER FOR AN ADDITIONAL CHARGE THE FOLLOWING OPTIONAL PRODUCTS: DAMAGE WAIVER; PERSONAL ACCIDENT INSURANCE; SUPPLEMENTAL LIABILITY PROTECTION AND ROADSIDE ASSISTANCE PROTECTION. BEFORE DECIDING TO PURCHASE ANY OF THESE PRODUCTS, YOU MAY WISH TO DETERMINE WHETHER YOUR PERSONAL INSURANCE, CREDIT CARD OR OTHER COVERAGE PROVIDES YOU PROTECTION DURING THE RENTAL

PERIOD. DAMAGE WAIVER DOES NOT
PROVIDE PROTECTION FOR IMPROPER
FUELING OR OVERHEAD DAMAGE
TO THE PASSENGER COMPARTMENT
OR CONTAINER. FOR A FURTHER
DESCRIPTION OF THE PRODUCTS,
INCLUDING BENEFITS, RESTRICTIONS
AND EXCLUSIONS, PLEASE SEE RENTAL
AGREEMENT JACKET. THEIR PURCHASE
IS NOT REQUIRED TO RENT VEHICLE.



6VKSVB

Terms and Conditions electronically accepted by the Renter

8/24/19  at 12:41 PM

Prevent theft, remove valuables from the rental
car and lock the doors

By signing this agreement Renter agrees to
Enterprise's collection of information about
Renter's use of Vehicle and Texting & Calling
terms. See Paragraphs 21 and 23 in the Rental
Agreement Jacket.

RENTER ACKNOWLEDGEMENT OF LOCAL ADDENDUM



🅔 TERMS AND CONDITIONS

Click to view Terms and Conditions

FORM# CA-JK_UC19

RENTER ACKNOWLEDGEMENT OF THE ENTIRE
AGREEMENT

I, THE "RENTER" SIGNING BELOW, HAVE READ AND
AGREE TO THE TERMS AND CONDITIONS IN THE
RENTAL AGREEMENT JACKET. BY SIGNING BELOW, I
AM AUTHORIZING OWNER TO CHARGE TO THE CREDIT
CARD(S) AND/OR DEBIT CARD(S) THAT I HAVE PROVIDED
TO OWNER ALL AMOUNTS OWED BY ME UNDER THIS
AGREEMENT FOR ADVANCE DEPOSITS, INCREMENTAL
AUTHORIZATIONS/DEPOSITS, AND ANY OTHER AMOUNTS
OWED BY ME, AS WELL AS PAYMENTS REFUSED BY
A THIRD PARTY TO WHOM BILLING WAS DIRECTED.
I ALSO AUTHORIZE OWNER TO RE-INITIATE ANY
CHARGE TO MY CARD(S) THAT IS DISHONORED FOR
ANY REASON. I CERTIFY THAT THE DRIVERS LICENSE(S)
PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED,
EXPIRED, REVOKED, CANCELLED OR SURRENDERED.
I FURTHER ACKNOWLEDGE AND CONSENT TO THE
DISPUTE RESOLUTION PROVISIONS CONTAINED IN THIS
AGREEMENT.

<u>**Travel Itinerary/Photos**</u>

-**August 30-31: Drive to CO (TownPlace Suites by Marriot Boulder Broomfield)**
-**August 31-September 3: Visited my friend at MO** █████████████████
█████













-September 3-4: traveled to Ohio (TownPlace Suites by Marriott Columbus)





-September 4-5: Traveled to Niagara Falls, NY (Courtyard by Marriott Niagara Falls, US)









-September 5-7: Fairfield, New York (290 Wild Ave., Staten Island, NY 10314)

















-September 8: Travel to Maryland



 **KOCH FOODS**

Koch Foods of Gadsden, LLC
D/B/A Koch Foods
501 Paden Road
Gadsden, AL 35903
Office: 256-549-6200
Fax: 256-549-6204

March 18, 2022

USCIS Sacramento Field Office
650 Capital Mall, Suite #1-130
Sacramento, CA 95814

RE:    Form I-290B, Notice of Appeal or Motion

Petitioner for underlying I-140:  Koch Foods of Gadsden, LLC
Applicant for I-485:                   Anh Tuan Vu Nguyen
Receipt No. for I-485:               MSC2090572992

I, Cindy Deberry, of Gadsden, Alabama, give the following statements under oath:

1. That I am employed as Complex HR Manager at Koch Foods of Gadsden, LLC, located at 501 Paden Road, Gadsden, AL 35903.
2. That I have the primary responsibility for interviewing and hiring applicants for positions within Koch Foods of Gadsden, LLC.
3. That our company filed a labor certificate for the above-referenced applicant.
4. That after the labor certificate was certified by U.S. Department of Labor, I contacted the applicant via telephone with a translator and notified him of the certification.
5. That during the phone conversation, I also expressed that our company would like him to start working with us as soon as he is able to do so legally in the U.S.
6. That our company also confirmed our job offer to him in writing in support of the I-140 petition we field for him.

Sworn to and subscribed before me
This 18 day of _March_, 2022

*Cindy DeBerry*
Cindy DeBerry
Complex HR Manager

*Nicole Jaggears*
NOTARY PUBLIC

NICOLE JAGGEARS
NOTARY PUBLIC
ALABAMA STATE AT LARGE

www.KochFoods.com

January 21, 2022



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
650 Capitol Mall, Suite # J-130
Sacramento, CA 95814

## U.S. Citizenship and Immigration Services



MSC2090572992



A219-428-658

MYUNG-SUN CAITLYN GOLDSTEIN
3449 LAWRENCEVILLE-SUWANEE RD, # C
SUWANEE, GA 30024

RE: ANH TUAN VU NGUYEN
I-485, Application to Register Permanent Residence or
Adjust Status

<u>**DECISION**</u>

Dear Anh Tuan Vu Nguyen:

On January 7, 2020, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS) under section 245 of the Immigration and Nationality Act (INA). You filed Form I-485: based on being the beneficiary of an employment-based immigrant petition.

After a thorough review of your application, your testimony during your interview, your response to the Notice of Intent to Deny (NOID) and the record of evidence, we must inform you that we are denying your application. To qualify for adjustment under INA 245, an applicant must:

- Be inspected and admitted or inspected and paroled into the United States;
- Be eligible to receive an immigrant visa;
- Be admissible to the United States for permanent residence; and
- Have an immigrant visa immediately available at the time the application is filed.

You must demonstrate that you are eligible to adjust status to a lawful permanent resident (LPR). See Title 8, Code of Federal Regulations (8 CFR), section 245.1.

**Statement of Facts and Analysis, Including Reason(s) for Denial**

On April 13, 2021, you appeared for an interview to determine your eligibility for adjustment of status. During the interview and review of your application with an Immigration Services Officer (Officer), you testified that the information on your Form I-485, along with any amendments made during the adjustment interview, and supporting evidence were true and correct. At the interview, you provided testimony under oath and a sworn statement was taken. Professional interpreter services were provided at the time of the interview. In the sworn statement you stated the following:

1. That you last entered the United States (US) on August 18, 2019 through the San Francisco port of entry.
2. That you entered on a B2, tourist visa.
3. That you were an IT administrator for a hotel.
4. That you only finished high school.
5. That you did not attend a university in Vietnam. The reason you provided was that you did not

pass the entrance exam and the you had to work and decided not to go to college in Vietnam.

6. That you were a self taught and that you did not need a degree for the IT administrator position you were holding.
7. That you never worked in the poultry industry in Vietnam.
8. That the poultry company in the US, Koch Foods of Gadsden LLC (Koch Foods), was going to provide training.
9. That you applied for work for this company in April 2018 and that "back then it said it did not require any experience".
10. That in 2018 they provided you with a job description and that you thought you could do it.
11. That your wife was also employed at a salon in Rainbow City.
12. That you heard about Koch Foods through your friend █████████ and that he lives in Garden City and that you had known him from Vietnam for 8 years.
13. That your friend, █████████ also works at Koch Foods.
14. That at the time you met █████████ he was not working for Koch Foods and was working for a construction company in Ho Chi Min City.
15. That █████████ came to the US as an international student but now also works at Koch Foods.
16. That you got the job at Koch Foods by yourself and that no one helped you.
17. That you gave your email address to █████████ so that he could give it to Koch Foods.
18. That Koch Foods contacted you for the first time in April 2018.
19. That you started looking for a job in US while you were living in Vietnam.
20. That in April 2018 you had a phone interview with Cindy at Koch Foods and that you talked to her through an interpreter provided by her.
21. That immediately after the interview you were offered the job and that you accepted it.
22. That Cindy told you that Koch Foods would contact you at a later time.
23. That when Koch Foods filed the employment petition for you, you were in the US and that that was in September 2019.
24. That before you entered the US you had a job offer to work in the US and that you accepted the job.
25. That when you entered the US on August 18, 2019 the purpose of your visit was to visit the US.
26. That you had a job offer that you had accepted but the purpose of your visit was to visit.
27. That when you were visiting the US, Koch Foods called you and informed you that the job application was complete and that you talked to your family and decided to stay in the US and accepted the job.
28. That you entered the US in August 2019 and that Koch Foods filed the petition for you in September 2019.
29. That you came to US August 2019 and in September 2019 Koch Foods contacted you and told you that they got the approval for you to work in the US and they you said "yes" and that you were in the US on a tourist visa and that was how they knew you were in the US on a tourist visa.
30. That you met someone from Koch Foods in person for the first time in August 2020 and that that person was Cindy.
31. That Cindy asked you about your personal information.
32. That Cindy told you you were going to start working at Koch Foods on August 31, 2020.
33. That you met with Cindy in Gadsden City in Alabama where Koch Foods is located.

On May 27, 2021, USCIS issued a Notice of Intent to Deny (NOID) advising you that the evidence supporting the application was insufficient to establish your eligibility for adjustment at the time you filed the application. You responded to the NOID on August 27, 2021.

In your response to the NOID received on August 27, 2021, you submitted the following:

1. G-28, signed by your attorney, Myung-Sun Goldstein
2. Cover letter signed by your attorney
3. Copy of the NOID issued on May 27, 2021
4. Applicant's Affidavit
5. Copy of Nguyen Tuan Vu Anh's Associate Diploma in Computer Netwroking issued on November 11, 2003
6. Copy of an electronic ticket for Nguyen Tuan Vu Anh Mr., Muu Ngoc Tuong Vy Mrs.,█████████
7. Copy of travel insurance Insurance Confirmation
8. Copy of Letter of Job Confirmation from Hoang Hai Long Mot Service Hotel Private for Nguyen Tuan Vu Anh dated June 10, 2021 along with an English translation
9. Copy of Letter of Job Confirmation from International Life Company Limited for Luu Ngoc Tuong Vy dated June 17, 2021 along with an English translation
10. Copy of Arising Income for Luu Ngoc Tuong Vy dated July, August, September, October 2019
11. Photos dated May, June, July, and November 2017, September and October 2018, July, August, and September 2019 from trips to Canada and US.

In your response on August 27, 2021, you also presented the following arguments:

1. That you had not abandoned your residence in Vietnam.
2. That it was your intention at the end of the trip to return to Vietnam to your parents and your employment.
3. That on July 29, 2019, you purchased a return ticket from US to Vietnam for September 7, 2019.
4. That a review of your DS-160 will show that all the information provided concerning your trip to US was true and correct.
5. That DS-160 contained no questions concerning prospective employment in the US.
6. That you were not questioned about the matter by officials at the consulate in Ho Chi Minh City.
7. That in all respects you were truthful and forthcoming when providing response on your DS-160, Application for Nonimmigrant Visa.
8. That you truthfully disclosed on your DS-160 form that you had attended Hoa Sen University in Vietnam.
9. That you misunderstood the ISO and thought the ISO was referring to a four year university which can grant a bachelor's degree.
10. That the degree you earned only an associate degree in Vietnam.
11. That you had to teach yourself further to become an IT Administrator in Vietnam.
12. That your incorrect answer regarding your post-secondary education during your I-485 interview was an honest mistake.
13. That you did not intend to make a misrepresentation about your post-secondary education.
14. That the position at Koch Foods does not require any education.
15. That you had no incentive to willfully misrepresent information about your level of education.

After a careful review of the response submitted to the NOID and controlling legal authority, USCIS finds that you are not eligible to adjust under INA 245 for the following reason(s):

**An issue in this application is whether or not you are eligible for adjustment of status and are not inadmissible under INA 212(a)(2)(6)(C)(i).**

Aliens are presumed to be immigrants unless they establish a nonimmigrant status. See INA § 101(a)(15). The burden of proof lies with the alien to establish that he/she is not an intending immigrant. See INA § 291.

INA 212(a)(2)(6)(C)(i) states, in pertinent part:

> Classes of Aliens Ineligible for Visas or Admission
>
>> (6) Illegal entrants and immigration violators.
>>
>>> (C) Misrepresentation.
>>>
>>>> (i) In general. Any alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has sought to procure or has procured) a visa, other documentation, or admission into the United States or other benefit provided under this Act is inadmissible.

An applicant for adjustment of status under INA 245(a) must establish that he or she is not subject to the INA 212(a)(6)(C)(i) inadmissibility ground relating to fraud and willful misrepresentation. USCIS records establish that you seek to obtain, sought to obtain, or have obtained a visa documentation, admission into the United States, or other benefit under the INA by fraud or willfully misrepresenting a material fact.

The U.S. Department of State (DOS) provided new guidance to the term "misrepresentation" as it relates to aliens in the U.S. who conduct themselves in a manner inconsistent with representations made to Department of Homeland Security (DHS) when applying for admission or for an immigration benefit." Generally, it is impermissible for an alien to enter the United States in a nonimmigrant visa classification for the purpose of seeking adjustment of status under INA 245.

Specifically, if the alien engages in conduct inconsistent with his or her nonimmigrant status within 90 days of visa application or admission, the alien is presumed to have made a willful misrepresentation. Inconsistent conduct within 90 days includes a nonimmigrant in B status, seeking employment in the United States or lawful permanent resident and taking up residence in the United States. See 9 FAM 401.1-3(B).

The record shows you entered the US on a B2, tourist visa on August 18, 2019. Koch Foods of Gadsden LLC filed on your behalf a Form I-140, Immigrant Petition for Alien worker 31 days after your admission as a nonimmigrant in B status on September 19, 2019. Therefore, USCIS finds sufficient evidence to reasonably believe that you deliberately engaged in conduct inconsistent with your nonimmigrant status within 90 days of entry, and thus may have misrepresented your intentions in seeking entry to the US.

Although USCIS acknowledges receiving a copy of your Associate Diploma in Computer Networking, an electronic ticket for you and your family, a copy of travel insurance Insurance Confirmation, a copy of Letter of Job Confirmation addressed to you, a copy of Letter of Job Confirmation from International Life Company Limited for your wife, Luu Ngoc Tuong Vya copy of Arising Income for your wife, Luu Ngoc Tuong Vy, and numerous photos dated May, June, July, and November 2017, September and October 2018, July, August, and September 2019 from your and your family's trips to Canada and US, it found that the evidence submitted has little to no evidentiary value and, therefore, did not overcome the denial grounds listed in the NOID.

Specifically, you did not overcome the grounds listed in the NOID because you did not establish the fact that your intention to coming to the United States was to visit and return to Vietnam afterwards. The record shows that you had a job offer from Koch Foods of Gadsden LLC while you were still in Vietnam and before you entered the United States on a tourist visa. The record also shows that you had accepted the job offer before you entered the United States as a visitor. Moreover, within 90 days of your admission to the United States on a tourist visa, Koch Foods of Gadsden LLC filed an

immigrant petition on your behalf.

Additionally, during your interview with the Officer, a professional language services company was used to conduct the interview in Vietnamese. During the interview, a sworn statement was obtained. Every question that the Officer addressed to you was interpreted in Vietnamese and your answers were recorded in the sworn statement that you signed at the interview. In the sworn statement, you testified under oath that you only finished high school and did not attend a university because you did not pass the entrance exam. You did not state the fact that you attended college as you argue in your response to the NOID. Also, when the Officer was asking questions about your educational background, you did not express any misundesrtanding or confusion that could have been clarified through the Vietnamese interpreter. Listing the University degree on your visa application might have increaased your chances at having that visa granted. However, once in the United States you omitted that information to possibly avoid the finding of you being overqualified for the job you obtained at Koch Foods of Gadsden LLC.

After a careful review of the evidence in your record as well as the testimony provided at the interivew, USCIS finds you inadmissible to the United States and you have not overcome the basis for denial prescribed in the NOID and USCIS must deny your form I-485. See INA 245(a). Thus, you are not qualified to adjust status. See INA 212(a)(6)(C)(i) and INA 245(a)(2). A waiver is available for this inadmissibility ground. See INA 212(a)(6)(C)(iii) and 212(j).

The evidence of record shows that, when you filed your application, you were lawfully present in the United States. Your period of authorized stay has expired. You are not authorized to remain in the United States. If you fail to depart the United States within 33 days of the date of this letter, USCIS may issue you a Notice to Appear and commence removal proceedings against you with the immigration court. This may result in your being removed from the United States and found ineligible for a future visa or other U.S. immigration benefit. See sections 237(a) and 212(a)(9) of the INA.

To review information regarding your period of authorized stay, check travel compliance, or find information on how to validate your departure from the United States with Customs and Border Protection (CBP), please see (https://i94.cbp.dhs.gov/I94/#/home).

You may not appeal this decision. However, if you believe that the denial of your Form I-485 is in error, you may file a motion to reopen or a motion to reconsider using Form I-290B, Notice of Appeal or Motion. The grounds for a Motion to Reopen and Motion to Reconsider are explained in 8 CFR 103.5(a). You must file Form I-290B within 30 days of the date of this decision if this decision was served in person, or within 33 days if the decision was served by mail. See 8 CFR 103.5(a) and 103.8(b). Note: You must follow the most current filing instructions for Form I-290B, which can be found at www.uscis.gov.

To access Form I-290B or if you need additional information, please visit the USCIS Web site at www.uscis.gov or call the USCIS Contact Center toll free at 1-800-375-5283. You may also contact the USCIS office having jurisdiction over your current place of residence.

**NOTE on Employment Authorization Document:** Any employment authorization based upon this Form I-485 is automatically terminated if the expiration date on the employment authorization document has been reached. See 8 CFR 274a.14(a)(1)(i). Since this Form I-485 is denied, the condition upon which your employment authorization was based no longer exists. Any unexpired employment authorization based upon this Form I-485 is revoked as of 18 days from the date of this notice, unless you submit, within 18 days, proof that your Form I-485 remains pending. See 8 CFR 274a.14(b)(2). The decision by the district director shall be final and no appeal shall lie from the decision to revoke the authorization. Your employment authorization document should be returned to

the local USCIS office.

**NOTE on Advance Parole Document:** Any advance parole document based upon this Form I-485 is automatically terminated if the expiration date of the time for which parole was authorized has been reached. See 8 CFR 212.5(e)(1)(ii). Since this Form I-485 is denied, the purpose for which your advance parole document was issued has been accomplished. Any unexpired advance parole document issued to you based upon this Form I-485 is terminated as of the date of this notice. See 8 CFR 212.5(e)(2)(i). Your advance parole document should be returned to the local USCIS office.

Sincerely,

Elisabeth M. Clerie
Field Office Director

cc: MYUNG-SUN GOLDSTEIN

MSC2090572992

A219-428-658