USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know

Español

 U.S. Citizenship and Immigration Services (https://www.uscis.gov/)

 Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Case Was Received and A Receipt Notice Was Sent

On March 30, 2022, we received your Form I-290B, Notice of Appeal or Motion, Receipt Number IOE0915758912, and sent you a receipt notice or acceptance notice. The notice describes how we will process your case. Please follow the instructions in the notice. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ❓

[ CHECK STATUS ]

## RELATED TOOLS



MAKE UPDATES

Change of Address



GET HELP

Submit a Case Inquiry



INQUIRE

USCIS Processing Times Information



LOCATE

USCIS Office Locations

Return to top

**Topics (https://www.uscis.gov/topics)**   **Forms (https://www.uscis.gov/forms)**   **Newsroom (https://www.uscis.gov/news**

**Citizenship (https://www.uscis.gov/citizenship)**   **Green Card (https://www.uscis.gov/green-card)**   **Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**



(https://www.facebook.com/(https://twitter.com/(https://www.youtube.com/(https://www.instagram.com/

**Contact USCIS (https://www.uscis.gov/about-us/contact-us)**

  (https://www.dhs.gov)

USCIS.gov

**An official website of the U.S. Department of Homeland Security (https://www.dhs.gov)**

About USCIS (https://www.uscis.gov/about-us)

Accessibility (https://www.uscis.gov/accessibility)

Budget and Performance (https://www.uscis.gov/about-us/budget-planning-and-performance)

DHS Components (https://www.uscis.gov/website-policies/dhs-component-websites)

Freedom of Information Act (https://www.uscis.gov/FOIA)

No FEAR Act Data (https://www.uscis.gov/no-fear-act/equal-employment-opportunity-data-posted-pursuant-no-fear-act)

**National Terrorism Advisory System**

Privacy and Legal Disclaimers (https://www.uscis.gov/website-policies/privacy-and-legal-disclaimers)

Site Map (https://www.uscis.gov/sitemap)

Office of the Inspector General (https://www.oig.dhs.gov/)

The White House (https://www.whitehouse.gov/)

USA.gov (https://www.usa.gov/)