

Para tener acceso a este sitio en español, presione aquí

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times page.

Form *



Processing Times

When to expect to receive your Green Card

Processing information for the I-765

Update your mailing address

Ask about missing mail

Correct a typographical error

Request appointment accommodations