# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

QUENTIN SORROW,

     Plaintiff,

v.

ANIXTER, INC. AND JOHN
DOE

     Defendants.

Civil Action File No:

### <u>AFFIDAVIT OF GWENDOLYN D. HAVLIK</u>

Personally appeared before the undersigned officer duly authorized to administer oaths, Gwendolyn D. Havlik who, after being duly sworn, deposes and states the following:

1.

My name is Gwendolyn D. Havlik. I am a partner at Drew, Eckl, & Farnham, LLP, and I represent Anixter, Inc.

2.

I am competent to make this Affidavit, am suffering from no legal disabilities, and make this Affidavit of my own personal knowledge, as well as my review of records generated in the course of the claim that underlies this lawsuit,

with the knowledge and intent that same be used in support of removal of this matter.

3.

Anixter, Inc. is a corporation organized and existing under the laws of the State of Delaware, maintaining its principal office and principal place of doing business in Illinois.

4.

In this action, Plaintiff Quentin Sorrow seeks to recover for personal injuries as a result of an alleged act or omission of negligence by Defendant(s). In the Complaint, Plaintiff alleges he has incurred over $66,000 in special damages, including past medical expenses and lost wages, and that he suffered general damages, including past and future pain and suffering, mental anguish, lost capacity to labor, disability, and loss of enjoyment of life. (Complaint, ¶ 35-37).

5.

Based on my experience and the amount of special and general damages claimed, based on the allegations of Plaintiff's Complaint assuming Plaintiff prevails on his claim, a permissible award would not be less than $75,000, exclusive of costs and interests.

Executed this 16th day of February, 2023.

_____

Gwendolyn D. Havlik

Sworn to and subscribed before me,
this 16th day of February, 2023.

_____
Notary Public
My Commission Expires: