# Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

| | |
|---|---|
| Client: | Rhonda Jackson |
| Property: | 20 Gibson Dr |
| | Carrollton, GA 30117 |

| | |
|---|---|
| Operator: | DANIELLE |

| | | | |
|---|---|---|---|
| Estimator: | Danielle Burton | Business: | (770) 842-6183 |
| Position: | Admin | E-mail: | danielle@premiumplumbingseptic.com |
| Company: | Premium Plumbing | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Sewage | | |
| Date Entered: | 4/21/2021 | Date Assigned: | |
| Date Est. Completed: | 6/21/2021 | Date Job Completed: | |

| | |
|---|---|
| Price List: | GACA8X_APR21 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 18255_JACKSON_V1 |
| File Number: | 18255 |

# Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### 18255_JACKSON_V1
### Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| **SERVICE CALL & MANAGEMENT** | | | | | |
| 1. Emergency service call - during business hours | 1.00 EA | 0.00 | 156.07 | 0.00 | 156.07 |
| **DEBRIS REMOVAL** | | | | | |
| 2. Haul debris - per pickup truck load - including dump fees | 2.00 EA | 177.68 | 0.00 | 0.00 | 355.36 |
| **JOB COMPLETION** | | | | | |
| 3. Equipment setup, take down, and monitoring (hourly charge) | 5.00 HR | 0.00 | 56.27 | 0.00 | 281.35 |
| 4. Equipment decontamination charge - per piece of equipment | 22.00 EA | 0.00 | 42.12 | 6.33 | 932.97 |
| Total: Main Level | | | | 6.33 | 1,725.75 |



**Laundry Room**                                                                 Height: 8'

| 272.00 | SF Walls | 70.00 | SF Ceiling |
|---|---|---|---|
| 342.00 | SF Walls & Ceiling | 70.00 | SF Floor |
| 7.78 | SY Flooring | 34.00 | LF Floor Perimeter |
| 34.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | |
| 5. Air mover (per 24 hour period) - No monitoring | 10.00 EA | 0.00 | 33.00 | 0.00 | 330.00 |
| *2 Air Movers for 5 days.* | | | | | |
| 6. Dehumidifier (per 24 hour period) - Large - No monitoring | 5.00 EA | 0.00 | 87.00 | 0.00 | 435.00 |
| *1 Dehu for 5 days.* | | | | | |
| **FLOORS/CLEANING** | | | | | |
| 7. Apply anti-microbial agent to the floor | 70.00 SF | 0.00 | 0.28 | 0.15 | 19.75 |
| **FLOORS** | | | | | |
| 8. Water extraction from hard surface floor - Cat 3 water | 70.00 SF | 0.00 | 0.86 | 0.00 | 60.20 |
| 9. Tear out non-salv vinyl, cut & bag - Category 3 water | 70.00 SF | 2.14 | 0.00 | 0.29 | 150.09 |

## Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### CONTINUED - Laundry Room

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 10. Floor prep (scrape rubber back residue) | 70.00 | SF | 0.00 | 0.48 | 0.00 | 33.60 |
| **WALLS** | | | | | | |
| 11. Tear out baseboard and bag for disposal - up to Cat 3 | 34.00 | LF | 0.98 | 0.00 | 0.40 | 33.72 |
| **CONTENTS** | | | | | | |
| 12. Content Manipulation charge - per hour | 1.00 | HR | 0.00 | 43.51 | 0.00 | 43.51 |
| 13. Washing machine - Detach | 1.00 | EA | 0.00 | 28.14 | 0.00 | 28.14 |
| 14. Dryer - electric - Detach | 1.00 | EA | 0.00 | 21.70 | 0.00 | 21.70 |

Totals: Laundry Room                                                                                         0.84        1,155.71



**Living Room**                                                                                              **Height: 8'**

|  |  |  |  |
|---|---|---|---|
| 591.33 | SF Walls | 361.00 | SF Ceiling |
| 952.33 | SF Walls & Ceiling | 361.00 | SF Floor |
| 40.11 | SY Flooring | 73.50 | LF Floor Perimeter |
| 76.00 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**             2' 6" X 6' 8"                     Opens into HALLWAY

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | | |
| 15. Air mover (per 24 hour period) - No monitoring | 20.00 | EA | 0.00 | 33.00 | 0.00 | 660.00 |
| *4 Air Movers for 5 days.* | | | | | | |
| 16. Dehumidifier (per 24 hour period) - No monitoring | 5.00 | EA | 0.00 | 62.40 | 0.00 | 312.00 |
| *1 Dehu for 5 days.* | | | | | | |
| 17. Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 | DA | 0.00 | 85.13 | 0.00 | 425.65 |
| *1 Fan for 5 days.* | | | | | | |
| **FLOORS/CLEANING** | | | | | | |
| 18. Water extraction from hard surface floor - Cat 3 water | 361.00 | SF | 0.00 | 0.86 | 0.00 | 310.46 |
| 19. Apply anti-microbial agent to the floor | 361.00 | SF | 0.00 | 0.28 | 0.76 | 101.84 |
| **FLOORS** | | | | | | |
| 20. Remove Vinyl tile | 361.00 | SF | 1.20 | 0.00 | 0.00 | 433.20 |

# Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### CONTINUED - Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 21. Remove Sheathing - plywood - 3/4" CDX | 80.00 SF | 0.71 | 0.00 | 0.00 | 56.80 |
| **WALLS /CLEANING** | | | | | |
| 22. Clean stud wall - Heavy | 10.00 SF | 0.00 | 1.19 | 0.01 | 11.91 |
| 23. Apply anti-microbial agent to the surface area | 10.00 SF | 0.00 | 0.28 | 0.02 | 2.82 |
| **WALLS** | | | | | |
| 24. Tear out baseboard and bag for disposal - up to Cat 3 | 73.50 LF | 0.98 | 0.00 | 0.88 | 72.91 |
| 25. Tear out wet drywall, cleanup, bag, per LF - to 2' - Cat 3 | 5.00 LF | 5.44 | 0.00 | 0.11 | 27.31 |
| 26. Tear out and bag wet insulation - Category 3 water | 10.00 SF | 1.21 | 0.00 | 0.04 | 12.14 |
| **PROTECTIVE EQUIPMENT** | | | | | |
| 27. Inventory, Packing, Boxing, and Moving charge - per hour | 10.00 HR | 0.00 | 43.51 | 0.00 | 435.10 |
| **CONTENTS** | | | | | |
| 28. Content Manipulation charge - per hour | 2.00 HR | 0.00 | 43.51 | 0.00 | 87.02 |

Totals: Living Room                                                                                      1.82        2,949.16


Hallway
Vanity Area/Room

**Vanity Area/Room**                                                                                      Height: 8'

| | | |
|---|---|---|
| 128.00 SF Walls | | 16.00 SF Ceiling |
| 144.00 SF Walls & Ceiling | | 16.00 SF Floor |
| 1.78 SY Flooring | | 16.00 LF Floor Perimeter |
| 16.00 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | |
| 29. Air mover (per 24 hour period) - No monitoring | 5.00 EA | 0.00 | 33.00 | 0.00 | 165.00 |
| *1 Air Mover for 5 days.* | | | | | |
| **FLOORS/CLEANING** | | | | | |
| 30. Clean floor | 16.00 SF | 0.00 | 0.48 | 0.00 | 7.68 |
| 31. Apply anti-microbial agent to the floor | 16.00 SF | 0.00 | 0.28 | 0.03 | 4.51 |
| **FLOORS** | | | | | |
| 32. Water extraction from hard surface floor - Cat 3 water | 16.00 SF | 0.00 | 0.86 | 0.00 | 13.76 |

**Premium Plumbing & Septic**

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### CONTINUED - Vanity Area/Room

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 33.  Tear out non-salvageable tile floor & bag - Cat 3 water | 16.00 | SF | 5.56 | 0.00 | 0.21 | 89.17 |
| 34.  Remove Mortar bed for tile | 16.00 | SF | 1.55 | 0.00 | 0.00 | 24.80 |
| **WALLS** | | | | | | |
| 35.  Tear out baseboard and bag for disposal - up to Cat 3 | 16.00 | LF | 0.98 | 0.00 | 0.19 | 15.87 |
| **BATHROOM CABINETS** | | | | | | |
| 36.  Tear out cabinetry - vanity | 4.00 | LF | 9.32 | 0.00 | 0.00 | 37.28 |
| 37.  Tear out countertop - solid surface/granite | 4.00 | SF | 5.35 | 0.00 | 0.00 | 21.40 |
| **BATHROOM FIXTURES** | | | | | | |
| 38.  Remove P-trap assembly - ABS (plastic) | 1.00 | EA | 7.94 | 0.00 | 0.00 | 7.94 |
| 39.  Remove Plumbing fixture supply line | 2.00 | EA | 5.29 | 0.00 | 0.00 | 10.58 |
| Totals:  Vanity Area/Room | | | | | 0.43 | 397.99 |



**Bathroom 2**                                                                               **Height: 8'**

|  | | | | |
|---|---|---|---|---|
| 176.00 | SF Walls | | 30.00 | SF Ceiling |
| 206.00 | SF Walls & Ceiling | | 30.00 | SF Floor |
| 3.33 | SY Flooring | | 22.00 | LF Floor Perimeter |
| 22.00 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | | |
| 40.  Air mover (per 24 hour period) - No monitoring | 5.00 | EA | 0.00 | 33.00 | 0.00 | 165.00 |
| *1 Air Mover for 5 days.* | | | | | | |
| **FLOORS/CLEANING** | | | | | | |
| 41.  Apply anti-microbial agent to the floor | 30.00 | SF | 0.00 | 0.28 | 0.06 | 8.46 |
| **FLOORS** | | | | | | |
| 42.  Water extraction from hard surface floor - Cat 3 water | 30.00 | SF | 0.00 | 0.86 | 0.00 | 25.80 |
| 43.  Tear out non-salvageable tile floor & bag - Cat 3 water | 30.00 | SF | 5.56 | 0.00 | 0.40 | 167.20 |
| 44.  Remove Mortar bed for tile | 30.00 | SF | 1.55 | 0.00 | 0.00 | 46.50 |
| **WALLS /CLEANING** | | | | | | |

# Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### CONTINUED - Bathroom 2

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 45. Clean stud wall - Heavy | 44.00 | SF | 0.00 | 1.19 | 0.06 | 52.42 |
| 46. Apply anti-microbial agent to more than the floor perimeter | 44.00 | SF | 0.00 | 0.28 | 0.09 | 12.41 |
| **WALLS** | | | | | | |
| 47. Tear out baseboard and bag for disposal - up to Cat 3 | 22.00 | LF | 0.98 | 0.00 | 0.26 | 21.82 |
| 48. Tear out wet drywall, cleanup, bag, per LF - to 2' - Cat 3 | 22.00 | LF | 5.44 | 0.00 | 0.49 | 120.17 |
| 49. Tear out and bag wet insulation - Category 3 water | 10.00 | SF | 1.21 | 0.00 | 0.04 | 12.14 |
| **BATHROOM FIXTURES** | | | | | | |
| 50. Remove Plumbing fixture supply line | 1.00 | EA | 5.29 | 0.00 | 0.00 | 5.29 |
| 51. Remove Toilet | 1.00 | EA | 26.46 | 0.00 | 0.00 | 26.46 |
| **CONTENTS** | | | | | | |
| 52. Content Manipulation charge - per hour | 0.50 | HR | 0.00 | 43.51 | 0.00 | 21.76 |

Totals:  Bathroom 2                                                                                                                    1.40            685.43



| | Hallway | | | Height: 8' |
|---|---|---|---|---|
| 159.33 | SF Walls | | 24.00 | SF Ceiling |
| 183.33 | SF Walls & Ceiling | | 24.00 | SF Floor |
| 2.67 | SY Flooring | | 19.50 | LF Floor Perimeter |
| 22.00 | LF Ceil. Perimeter | | | |

| Missing Wall - Goes to Floor | 2' 6" X 6' 8" | Opens into LIVING_ROOM |
|---|---|---|

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | | |
| 53. Air mover (per 24 hour period) - No monitoring | 10.00 | EA | 0.00 | 33.00 | 0.00 | 330.00 |
| *2 Air Movers for 5 days.* | | | | | | |
| **FLOORS/CLEANING** | | | | | | |
| 54. Apply anti-microbial agent to the floor | 24.00 | SF | 0.00 | 0.28 | 0.05 | 6.77 |
| **FLOORS** | | | | | | |
| 55. Water extraction from hard surface floor - Cat 3 water | 24.00 | SF | 0.00 | 0.86 | 0.00 | 20.64 |
| 56. Tear out non-salv floating floor & bag - Category 3 water | 24.00 | SF | 2.81 | 0.00 | 0.12 | 67.56 |

# Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### CONTINUED - Hallway

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| 57. Remove Underlayment - 1/2" OSB | 24.00 | SF | 1.12 | 0.00 | 0.00 | 26.88 |
| **WALLS** | | | | | | |
| 58. Tear out baseboard and bag for disposal - up to Cat 3 | 19.50 | LF | 0.98 | 0.00 | 0.23 | 19.34 |
| **CONTENTS** | | | | | | |
| 59. Content Manipulation charge - per hour | 0.50 | HR | 0.00 | 43.51 | 0.00 | 21.76 |
| Totals: Hallway | | | | | 0.40 | 492.95 |



**Hall Bath**  Height: 8'

| 192.00 | SF Walls | 36.00 | SF Ceiling |
|---|---|---|---|
| 228.00 | SF Walls & Ceiling | 36.00 | SF Floor |
| 4.00 | SY Flooring | 24.00 | LF Floor Perimeter |
| 24.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | | |
| 60. Air mover (per 24 hour period) - No monitoring | 10.00 | EA | 0.00 | 33.00 | 0.00 | 330.00 |
| *2 Air Mover for 5 days.* | | | | | | |
| 61. Dehumidifier (per 24 hour period) - Large - No monitoring | 5.00 | EA | 0.00 | 87.00 | 0.00 | 435.00 |
| *1 Dehu for 5 days.* | | | | | | |
| **FLOORS/CLEANING** | | | | | | |
| 62. Apply anti-microbial agent to the floor | 36.00 | SF | 0.00 | 0.28 | 0.08 | 10.16 |
| **FLOORS** | | | | | | |
| 63. Water extraction from hard surface floor - Cat 3 water | 36.00 | SF | 0.00 | 0.86 | 0.00 | 30.96 |
| 64. Tear out non-salvageable tile floor & bag - Cat 3 water | 36.00 | SF | 5.56 | 0.00 | 0.48 | 200.64 |
| 65. Remove Mortar bed for tile | 36.00 | SF | 1.55 | 0.00 | 0.00 | 55.80 |
| **WALLS /CLEANING** | | | | | | |
| 66. Clean stud wall - Heavy | 48.00 | SF | 0.00 | 1.19 | 0.07 | 57.19 |
| 67. Apply anti-microbial agent to more than the floor perimeter | 48.00 | SF | 0.00 | 0.28 | 0.10 | 13.54 |
| **WALLS** | | | | | | |

## Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### CONTINUED - Hall Bath

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 68.  Tear out baseboard and bag for disposal - up to Cat 3 | 24.00  LF | 0.98 | 0.00 | 0.29 | 23.81 |
| 69.  Tear out trim and bag for disposal - up to Cat 3 | 24.00  LF | 0.98 | 0.00 | 0.29 | 23.81 |
| 70.  Tear out wet drywall, cleanup, bag, per LF - to 2' - Cat 3 | 24.00  LF | 5.44 | 0.00 | 0.54 | 131.10 |
| 71.  Tear out and bag wet insulation - Category 3 water | 35.00  SF | 1.21 | 0.00 | 0.15 | 42.50 |
| **BATHROOM CABINETS** | | | | | |
| 72.  Remove Vanity | 3.00  LF | 7.94 | 0.00 | 0.00 | 23.82 |
| **BATHROOM FIXTURES** | | | | | |
| 73.  Sink - single bowl - Detach | 1.00  EA | 0.00 | 30.02 | 0.00 | 30.02 |
| 74.  Remove Plumbing fixture supply line | 3.00  EA | 5.29 | 0.00 | 0.00 | 15.87 |
| 75.  Remove Toilet | 1.00  EA | 26.46 | 0.00 | 0.00 | 26.46 |
| 76.  Remove P-trap assembly - ABS (plastic) | 1.00  EA | 7.94 | 0.00 | 0.00 | 7.94 |
| **TILE SHOWER** | | | | | |
| 77.  Tear out non-salvageable tile wall & bag - Cat 3 water | 14.00  SF | 5.56 | 0.00 | 0.19 | 78.03 |
| 78.  Remove Shower pan | 1.00  EA | 0.00 | 65.33 | 3.24 | 68.57 |
| **PROTECTIVE EQUIPMENT** | | | | | |
| 79.  Inventory, Packing, Boxing, and Moving charge - per hour | 5.00  HR | 0.00 | 43.51 | 0.00 | 217.55 |
| **CONTENTS** | | | | | |
| 80.  Content Manipulation charge - per hour | 1.00  HR | 0.00 | 43.51 | 0.00 | 43.51 |

Totals:  Hall Bath                                                                                                                                  5.43          1,866.28



**Crawlspace**                                                                                                                           **Height: 4'**

|  | |  | |
|---|---|---|---|
| 464.00 | SF Walls | 840.00 | SF Ceiling |
| 1,304.00 | SF Walls & Ceiling | 840.00 | SF Floor |
| 93.33 | SY Flooring | 116.00 | LF Floor Perimeter |
| 116.00 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| **GENERAL DRYING EQUIPMENT** | | | | | |
| 81.  Air mover (per 24 hour period) - No monitoring | 20.00  EA | 0.00 | 33.00 | 0.00 | 660.00 |

## Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway  
Villa Rica GA 30180

### CONTINUED - Crawlspace

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|---|
| *4 Air Movers for 5 days.* | | | | | | |
| 82.  Dehumidifier (per 24 hour period) - No monitoring | 5.00 | EA | 0.00 | 62.40 | 0.00 | 312.00 |
| *1 Dehu for 5 days.* | | | | | | |
| **CLEANING** | | | | | | |
| 83.  Water extraction from hard surface floor | 420.00 | SF | 0.00 | 0.26 | 0.00 | 109.20 |
| 84.  Apply anti-microbial agent to the walls | 464.00 | SF | 0.00 | 0.28 | 0.97 | 130.89 |
| **FLOORS** | | | | | | |
| 85.  Moisture protection for crawl space - hydrated lime | 840.00 | SF | 0.00 | 0.95 | 12.35 | 810.35 |
| 86.  Remove Moisture protection for crawl space - visqueen - 6 mil | 840.00 | SF | 0.10 | 0.00 | 0.00 | 84.00 |
| Totals:  Crawlspace | | | | | 13.32 | 2,106.44 |
| Total: Main Level | | | | | 29.97 | 11,379.71 |
| **Line Item Totals: 18255_JACKSON_V1** | | | | | 29.97 | 11,379.71 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 1,982.67 | SF Walls | 1,377.00 | SF Ceiling | 3,359.67 | SF Walls and Ceiling |
| 1,377.00 | SF Floor | 153.00 | SY Flooring | 305.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 310.00 | LF Ceil. Perimeter |
| | | | | | |
| 1,377.00 | Floor Area | 1,471.56 | Total Area | 1,982.67 | Interior Wall Area |
| 1,817.33 | Exterior Wall Area | 254.67 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

## Summary

| | |
|---|---:|
| Line Item Total | 11,349.74 |
| Material Sales Tax | 29.97 |
| **Replacement Cost Value** | **$11,379.71** |
| **Net Claim** | **$11,379.71** |

Danielle Burton
Admin

## Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

### Recap of Taxes

|  | Material Sales Tax (7%) | Storage Rental Tax (7%) | Local Food Tax (3%) |
|---|---:|---:|---:|
| **Line Items** | 29.97 | 0.00 | 0.00 |
| **Total** | **29.97** | **0.00** | **0.00** |

**Premium Plumbing & Septic**

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

## Recap by Room

**Estimate: 18255_JACKSON_V1**

| | | |
|---|---:|---:|
| **Area: Main Level** | **1,719.42** | **15.15%** |
|     **Laundry Room** | **1,154.87** | **10.18%** |
|     **Living Room** | **2,947.34** | **25.97%** |
|     **Vanity Area/Room** | **397.56** | **3.50%** |
|     **Bathroom 2** | **684.03** | **6.03%** |
|     **Hallway** | **492.55** | **4.34%** |
|     **Hall Bath** | **1,860.85** | **16.40%** |
|     **Crawlspace** | **2,093.12** | **18.44%** |
|     **Area Subtotal: Main Level** | **11,349.74** | **100.00%** |
| **Subtotal of Areas** | **11,349.74** | **100.00%** |
| **Total** | **11,349.74** | **100.00%** |

## Premium Plumbing & Septic

1850 Carrrollton Villa Rica Highway
Villa Rica GA 30180

## Recap by Category

| Items | Total | % |
|---|---:|---:|
| CLEANING | 129.06 | 1.13% |
| CONTENT MANIPULATION | 217.56 | 1.91% |
| CONT: PACKING,HANDLNG,STORAGE | 652.65 | 5.74% |
| GENERAL DEMOLITION | 2,570.11 | 22.59% |
| FLOOR COVERING - CARPET | 33.60 | 0.30% |
| HAZARDOUS MATERIAL REMEDIATION | 926.64 | 8.14% |
| MOISTURE PROTECTION | 798.00 | 7.01% |
| PLUMBING | 65.33 | 0.57% |
| WATER EXTRACTION & REMEDIATION | 5,956.79 | 52.35% |
| Subtotal | 11,349.74 | 99.74% |
| Material Sales Tax | 29.97 | 0.26% |
| Total | 11,379.71 | 100.00% |





Main Level

Main Level   Page: 14

6/21/2021

18255_JACKSON_V1