IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| Rhonda A. Jackson, as Adminstratrix of the Estate of James Jackson,<br>   Plaintiff,<br>vs.<br>Universal Property & Casualty Insurance Company,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 23A00192 |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that Defendant, Universal Property & Casualty Insurance Company, has on this date filed its Notice of Removal, a copy of which is attached hereto, in the office of Clerk of the United States District Court for The Northern District of Georgia, Atlanta Division in Atlanta, Georgia.

This 16th day of February 2023

             DREW ECKL & FARNHAM, LLP

             */s/ H. Michael Bagley*

             H. MICHAEL BAGLEY
             Georgia Bar No. 031425

             */s/ Paul A. Wildes*

             PAUL A. WILDES

        Georgia Bar No.  449977

**Counsel for Universal Property & Casualty Insurance Company**

303 Peachtree Street
Suite 3500
Atlanta, GA  30308
(404) 885-1400
(404) 876-0992 (Fax)
BagleyM@deflaw.com
WildesP@deflaw.com

IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| Rhonda A. Jackson, as Adminstratrix of the Estate of James Jackson, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO: 23A00192 |
| Universal Property & Casualty Insurance Company, | ) ) ) | |
| Defendant. | ) ) ) | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 17, 2023, we electronically filed the foregoing **NOTICE OF FILING REMOVAL** with Clerk of Court using the Odyssey E-FileGA system, which will send notification to counsel of record as follow:

Carson Jeffries
47 Perimeter Center East, Suite 530
Atlanta, GA 30346
cjeffries@moldfirm.com

This 16th day of February, 2023.

DREW ECKL & FARNHAM, LLP

H. MICHAEL BAGLEY
Georgia Bar No. 031425

          PAUL A. WILDES
          Georgia Bar No.  449977

          **Counsel for Universal Property & Casualty Insurance Company**

303 Peachtree Street
Suite 3500
Atlanta, GA  30308
(404) 885-1400
(404) 876-0992 (Fax)
BagleyM@deflaw.com
WildesP@deflaw.com