# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rhonda A. Jackson, as Adminstratrix of the Estate of James Jackson,<br>    Plaintiff,<br>vs.<br>Universal Property & Casualty Insurance Company,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO:<br><br>On Removal from the State Court of DeKalb County, Georgia<br>23A00192 |

## CERTIFICATE OF INTERESTED PERSONS AND COPORATE DISCLOSURE STATEMENT
## N.D. GA LR 3.3

The undersigned counsel of record for Universal Property & Casualty Insurance Co. to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1. Plaintiff Rhonda A. Jackson, as Adminstratrix of the Estate of James Jackson;

2. Defendant Universal Property & Casualty Insurance Company Inc, who is a wholly-owned subsidiary of Universal Insurance Holding Company of Florida.  Universal Insurance Holding Company of Florida is wholly

1

owned by Universal Insurance Holdings, Inc. Universal Insurance Holdings, Inc. is the only publicly held company in the corporate family and trades on the New York Stock Exchange under the stock ticker UVE. No individual or corporation owns 10% or more of the stock of Universal Insurance Holdings, Inc.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. Plaintiff's counsel, Carson Jeffries, and The Mold Firm.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1. Carson Jeffries of The Mold Firm.

2. H. Michael Bagley and Paul Wildes of Drew Eckl & Farnham, LLP.

Submitted this 16th day of February 2023.

DREW ECKL & FARNHAM, LLP

_____
H. MICHAEL BAGLEY

2

Georgia Bar No.  031425

_____
PAUL A. WILDES
Georgia Bar No.  449977

**Counsel for Universal Property & Casualty Insurance Company**

303 Peachtree Street
Suite 3500
Atlanta, GA  30308
(404) 885-1400
(404) 876-0992 (Fax)
BagleyM@deflaw.com
WildesP@deflaw.com

3

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1.B**

Counsel for the Defendant hereby certifies that this pleading was prepared in Times New Roman, 14 Point, in compliance with Local Rule 5.1.B.

Respectfully submitted this 20th day of June, 2022.

                                      DREW ECKL & FARNHAM, LLP

                                      H. MICHAEL BAGLEY
                                      Georgia Bar No. 031425

                                      PAUL A. WILDES
                                      Georgia Bar No. 449977

                                      **Counsel for Universal Property &**
                                      **Casualty Insurance Company**

303 Peachtree Street
Suite 3500
Atlanta, GA  30308
(404) 885-1400
(404) 876-0992 (Fax)
BagleyM@deflaw.com
WildesP@deflaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify I have served the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement N.D. GA LR 3.3* on all parties to this matter by depositing a true and correct copy of same in the U.S. Mail, proper postage prepaid, addressed as follows:

Carson Jeffries
47 Perimeter Center East, Suite 530
Atlanta, GA 30346
ph: (404) 341-6653

This 16th day of February 2023.

>DREW ECKL & FARNHAM, LLP
>
>/s/ H. Michael Bagley
>H. MICHAEL BAGLEY
>Georgia Bar No.  031425
>
>/s/ Paul Alan Wildes
>PAUL A. WILDES
>Georgia Bar No.  449977
>**Counsel for Universal Property &
>Casualty Insurance Company**

303 Peachtree Street
Suite 3500
Atlanta, GA  30308
(404) 885-1400
(404) 876-0992 (Fax)

BagleyM@deflaw.com
WildesP@deflaw.com