DocuSign Envelope ID: C2A25E85-023-47CF-9809-93D901AD29D
Case 1:23-mj-95879-DNA Document 508-6 Filed 02/16/23 Page 1 of 1
GUARANTY (PERSONAL) - AGREEMENT_CAPS-CON-052
THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian
Page 1 of 1

**PERSONAL GUARANTY**
**AGREEMENT NUMBER** ███████67-0001

This Guaranty ("Guaranty") dated as of November 22, 2021 ("Guaranty Date") is from Mark Miles ("Guarantor"), with its principal place of residence located at 2406 Bellevue RD Dublin GA 31021, for the benefit of Arrow Capital Solutions, Inc. ("Originator"), with its principal place of business located at 9201 East Dry Creek Road, Centennial, CO 80112.

Customer shall mean CurePoint, LLC ("Customer"), with its principal place of business located at 2406 Bellevue Road, Dublin, GA 31021.

Customer requests that Originator pay a supplier(s) for product pursuant to which Customer agrees to certain terms and conditions in the above referenced agreement ("Agreement").

The undersigned certifies to Originator as follows:

1. As additional inducement for Originator to enter into the Agreement with the Customer, the Guarantor unconditionally and absolutely, jointly and severally, guarantees that Customer will, fully and promptly, make all payments and meet all obligations required under the Agreement. This is a continuing Guaranty and shall not be revoked by Guarantor's death, bankruptcy, incompetency or insolvency. Guarantor may not terminate or revoke this Guaranty without written notice to Originator, and this Guaranty shall continue in full force and effect with regard to all of Customer's obligations arising prior to the date of such notice. Guarantor agrees that Originator may make changes, including compromise or settlement, with the Customer, and Guarantor waives all defenses and notice of those changes and Guarantor will remain irrevocably responsible for the payment and obligations of the Agreement. Originator does not have to notify Guarantor if the Customer is in default. If the Customer defaults, Guarantor will immediately pay all sums due and will perform all the obligations under the terms of the Agreement. It is not necessary for Originator to proceed first against the Customer or any collateral before enforcing this Guaranty. Guarantor's obligations will not be subject to any abatement, setoff, defense or counterclaim for any reason. Guarantor waives notice of our acceptance of this Guaranty and any and all defenses otherwise available to a guarantor or accommodation party.

2. Guarantor certifies that the financial information Guarantor has given Originator is true, complete and accurate in all material respects. Within thirty (30) days of Originator's request, Guarantor will deliver to Originator all requested information in order for Originator to determine Guarantor's current financial condition. Guarantor authorizes Originator to obtain credit bureau reports for credit and collection purposes and to share them with our affiliates and agents. Without Originator's prior written consent, Guarantor will not transfer Guarantor's obligations under this Guaranty or all or substantially all Guarantor's assets to any person or entity. Guarantor agrees that Guarantor will not become a person with whom Originator is prohibited from doing business by the Office of Foreign Assets Control ("OFAC") of the United States Department of the Treasury. This Guaranty shall be binding upon and inure to the benefit of the parties' estates, heirs, successors and assigns. Originator may assign this Guaranty without notice to Guarantor. Guarantor expressly consents to the laws and jurisdiction of the courts in New York and agrees to pay all costs, including attorneys' fees (including any before or at trial, on any appeal and in any other proceeding), incurred in any dispute regarding or enforcement of this Guaranty and the Agreement. Guarantor consents to jurisdiction and venue of any state or federal court in New York and waive the defense of inconvenient forum. Guarantor and Originator each WAIVES ANY RIGHT TO TRIAL BY JURY in any action arising from or related to the Guaranty. By providing any telephone number, now or in the future, for a cell phone or other wireless device, Guarantor is expressly consenting to receiving communications, regardless of their purpose, at that number, including, but not limited to, prerecorded or artificial voice message calls, text messages, and calls made by an automatic dialing system from Originator and our affiliates and agents. These calls and messages may incur access fees from your provider.

3. There shall be one original of this Guaranty and it shall be marked "Original". To the extent that this Guaranty constitutes chattel paper (as that term is defined by the Uniform Commercial Code), a security interest may be created only in the Guaranty marked "Original." At our option, a fax, scanned, or electronic version of this Guaranty with an authorized signature may be considered the original and will be binding on all parties for all purposes. Customer agrees that the electronic version of this Guaranty has been authenticated by Customer in accordance with applicable law (and pursuant to the rules and regulations of DocuSign Inc.) and shall constitute the "Original" authoritative version of this Guaranty as referenced above and will be binding on all parties for all purposes; provided, however, that in the event that Originator prints on paper the authenticated electronic version of the Guaranty, the Customer agrees that such paper version that has been marked "Original" by Originator shall constitute the sole original authoritative version of this Guaranty.

4. To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each customer and guarantor who opens an account. When you enter into a transaction with us, we ask for your name, address and other information that will allow us to identify you. We may also ask to see other documents that substantiate your identity.

ACCEPTED AND AGREED:

By signing below, Guarantor certifies that Guarantor has reviewed and does agree to all terms and conditions of this Guaranty. THIS GUARANTY HAS BEEN DULY AUTHORIZED AND DULY EXECUTED BY THE GUARANTOR HERETO AND SHALL BE LEGALLY BINDING UPON GUARANTOR. PLEASE PROVIDE A COPY OF A VALID DRIVER'S LICENSE FOR THE GUARANTOR EXECUTING BELOW FOR SIGNATURE VERIFICATION AND IDENTIFICATION.

Guarantor: Mark Miles

Guarantor By: *Mark Miles* (DocuSigned)

Guarantor Name: Mark Miles

Guarantor Social Security Number: ███████

Guarantor Phone Number: ███████

Guarantor Home Address: 339350 E850 Chandler OK 74834

*** Please attach copies of required Driver's Licenses to this page.

EXHIBIT 3