DocuSign Envelope ID: 3FD306EF19D23-4D3ACB9D99DE183A81586
Case 1:23-mi-99999-UNA   Document 508-7   Filed 02/16/23   Page 1 of 1
CERTIFICATE OF ACCEPTANCE (US)_CAPS-CON-023
THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian
Page 1 of 1

**CERTIFICATE OF ACCEPTANCE**
**AGREEMENT NUMBER** 67-0001

Customer certifies in this Certificate of Acceptance ("COA"), which is being executed by Customer in connection with the above mentioned agreement ("Agreement"), that the related Product has been delivered, inspected, and accepted by Customer. Customer certifies that all conditions and terms of the Agreement have been reviewed and acknowledged by Customer. By signing below, Customer certifies that all of the Customer's promises and obligations in the Agreement will be irrevocable and unconditional in all respects. Capitalized terms in this COA are defined as in the Agreement, unless specifically stated otherwise.

There shall be one original of this COA and it shall be marked "Original". To the extent that this COA constitutes chattel paper (as that term is defined by the Uniform Commercial Code), a security interest may be created only in the COA marked "Original." At our option, a fax, scanned, or electronic version of this COA with an authorized signature may be considered the original and will be binding on all parties for all purposes. Customer agrees that the electronic version of this COA has been authenticated by Customer in accordance with applicable law (and pursuant to the rules and regulations of DocuSign Inc.) and shall constitute the "Original" authoritative version of this COA as referenced above and will be binding on all parties for all purposes; provided, however, that in the event that Originator prints on paper the authenticated electronic version of the COA, the Customer agrees that such paper version that has been marked "Original" by Originator shall constitute the sole original authoritative version of this COA.

ACCEPTED AND AGREED:

By signing below, Customer certifies that they have reviewed and do agree to all terms and conditions of this COA. THIS COA HAS BEEN DULY AUTHORIZED AND DULY EXECUTED BY THE CUSTOMER HERETO AND SHALL BE LEGALLY BINDING UPON CUSTOMER.

Acceptance Date: November 24, 2021 | 09:13:40 EST

Customer: CurePoint, LLC

Acceptance By: *Phillip Miles* (DocuSigned, 870D08D42052495...)

Acceptance Name: Phillip Miles

Acceptance Title: MGR

**EXHIBIT 4**

COPY VIEW