Exhibit A
to
Master Sale Agreement

SPECIFICATION OF ASSIGNED INTEREST

This Specification of Assigned Interest (this "**Specification**"), dated December 2, 2021 is executed pursuant to, and incorporates by reference the terms and conditions of, that certain Master Sale Agreement dated April 21, 2014, (the "**Agreement**") by and between Arrow Capital Solutions, Inc. ("**Seller**") and U.S. Bank Equipment Finance ("**Purchaser**"). All of the terms and conditions of the Agreement apply to this Specification and the transaction contemplated herein as though fully set forth herein. In the event of a conflict between the terms of this Specification and the terms of the Agreement, the terms of the Agreement shall control. Capitalized terms used but not otherwise defined in this Specification shall have the meaning set forth in the Agreement.

1. **Equipment**

    a. Equipment Location: 2406 Bellevue Road, Dublin, GA 31021

    b. Equipment Description: Technology

    c. Residual Assumption: N/A

2. **Customer Agreement**

    a. Customer Name: CurePoint, LLC            (FED ID # _____)

    b. Address: 2406 Bellevue Road, Dublin, GA 31021

    c. Customer Agreement: _____67-0001

      (i) Remaining Term: Sixty (60) Months from January 1, 2022 to December 1, 2026.

      (ii) Scheduled Payments: $2,484.17 payable monthly in arrears, exclusive of any applicable taxes.

3. **Purchase of Assigned Interest**

    a. Purchase Price: $137,175.26, of which $7,175.26 represents the value of Seller's services in connection with the sale of the Assigned Interest

    b. Servicing Fee pursuant to Section 4(d): $1,371.75[1]

    c. Discount Rate: 3.316%

    d. Please reference Seller Invoice Number _____ along with your remittance of the Purchase Price and Servicing Fee.

    e. Closing Date: December 2, 2021.

4. **Guarantors:** Yes X No _____

    If yes names of Guarantors and date of Guaranty: Mark Miles and Phillip Miles

---

[1] The amount of such Servicing Fee shall be 1/99th of the Purchase Price described above in 3(a).

EXHIBIT 6

5. **Attached Documents:**

   N/A a. Certified copies of (i) any master agreement that constitutes a portion of the Customer Agreement and (ii) Customer's [Secretary's Certificate/Certificate of Incumbency].

   X b. The chattel paper original of CurePoint, LLC NO. ▓▓▓▓▓67-0001 dated as of November 22, 2021.

   X c. Customer's originally signed Delivery and Acceptance Certificate.

   X d. Copy of Bill of Sale from reseller to Seller (with respect to Transactions having Customer Agreements in the form of Annex 1, Annex 2, Annex 3 or Annex 4) or Customer (with respect to Transactions having Customer Agreements in the form of Annex 5 or Annex 6) or other evidence of Customer's or Seller's ownership of the Equipment (as applicable) acceptable to Purchaser.

   N/A e. Certified copies of the Guaranty and the Secretary's Certificate of the Guarantor (if applicable).

   X f. Payment Direction Letter indicating wire transfer addresses to which the Purchase Price and Servicing Fee shall be paid.

   X g. Evidence of Insurance as required by the Customer Agreement.

   X h. Evidence of UCC filings against the Customer.

   N/A i. Notice of Assignment executed by Seller.

6. **Modifications:**

   Modification(s) To Customer Agreement: Yes ___ No X

   If yes, describe modification(s): N/A

7. Due Date of First Payment to Purchaser: January 1, 2022.

8. **Miscellaneous:**

   a. Security Deposit:

   b. Arrangement fee to applicable reseller: $130,000.00 (payable by Seller)

**IN WITNESS WHEREOF**, the parties have executed this Specification of Assigned Interest as of the date first written above.

U.S. BANK EQUIPMENT FINANCE,
A DIVISION OF U.S. BANK NATIONAL ASSOCATION

By: *KINNARI MEHTA*
Name: Kinnari Mehta
Title: Authorized signer

ARROW CAPITAL SOLUTIONS, INC.

By: *Lisa Winlof*
Name: Lisa Winlof
Title: Legal Specialist