**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION d/b/a of U.S. BANK EQUIPMENT FINANCE,<br><br>           Plaintiff,<br><br>v.<br><br>PHILLIP MILES and MARK MILES,<br><br>           Defendants. | Case No. |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff U.S. BANK NATIONAL ASSOCIATION d/b/a of U.S. BANK EQUIPMENT FINANCE ("U.S. Bank"), is a national bank organized under the laws of the United States, with its principal place of business in Minneapolis, Minnesota. U.S. Bank maintains its charter in the State of Ohio, and its main office is located in Cincinnati, Ohio. U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp, a publicly held Delaware corporation. U.S. Bancorp has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Defendant Phillip Miles is a citizen of the State of Georgia who is domiciled in Alpharetta, Georgia. Defendant Mark Miles is a citizen of the State of Oklahoma who is domiciled in Chandler, Oklahoma

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The undersigned further certifies that the following is a full and complete list of all other persons serving as attorneys for the parties in this proceeding:

>Attorneys for Plaintiff:
>A Todd Sprinkle
>PARKER POE ADAMS & BERNSTEIN LLP
>1075 Peachtree Street NE, Suite 1500
>Atlanta, Georgia 30309
>Tel.: 678-690-5702
>Fax.: 404-869-6972
>toddsprinkle@parkerpoe.com
>
>Attorneys for Defendant:
>N/A

Submitted this 16th day of February, 2023.

>/s/ A. Todd Sprinkle
>A. Todd Sprinkle
>Georgia Bar No. 832602
>Parker Poe Adams & Bernstein LLP
>1075 Peachtree Street NE, Suite 1500
>Atlanta, Georgia 30309
>Tel.: 678-690-5750
>Fax.: 404-869-6972
>toddsprinkle@parkerpoe.com
>*Attorneys for Plaintiff U.S. Bank Equipment Finance, a division of U.S. Bank National Association*