# EXHIBIT 1

Sheriff Number: 23001614   Court Case Number: 23-A-00168-3
Date Received: 1/17/2023   Time: 1:27 PM
Special Service Inst:

State of Georgia
Gwinnett County

E-FILED IN OFFICE - NL
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**23-A-00168-3**
**1/24/2023 9:55 AM**
TIANA P. GARNER, CLERK

ATTORNEY'S ADDRESS

MASON GRIFFIN, INDIVIDUALLY, AND AMY GRIFFIN, AS LEGAL GUARDIAN AND TRUSTEE OF CARSON GRIFFIN, A MINOR CHILD
PLAINTIFF
VS.
WESCO DISTRIBUTION, INC. AND KELLY GAGNON, INDIVIDUALLY
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

WESCO DISTRIBUTION INC
CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐   Sex____ Skin Color____ Hair Color____ Age____ Hgt____ Wgt____
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

SEX   SKIN COLOR   HAIR COLOR   AGE   HGT   WGT

**CORPORATION** ☒
I have this day served the _Wesco Distribution, Inc._ a corporation by leaving a copy of the within action and summons with _Alisha Smith_ in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: 18 Jan 23
Time: _____
_J. Williams_
Deputy Sheriff
SO1139

GWINNETT COUNTY GEORGIA