# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MASON GRIFFIN, individually, and
AMY GRIFFIN, as legal guardian and
trustee of CARSON GRIFFIN, a minor
child

CIVIL ACTION
NUMBER _____

Plaintiffs

vs.

WESCO DISTRIBUTION, INC., and
KELLY GAGNON, Individually

Defendants

### DECLARATION OF TINA MAYES

I, TINA MAYES, hereby declare and state as follows:

1.     I am Senior Specialist, Benefits Administration for Wesco

Distribution, Inc.  I have personal knowledge of the facts in this declaration.  If

called as a witness to testify them, I could and would do so.

2.     This Declaration is provided in support of Wesco's Notice of

Removal.

3.     As a Senior Specialist for Wesco Distribution, Inc., my duties include

supporting the operation of the Wesco Distribution, Inc. Retirement Savings Plan

("Plan"). I am very familiar with the operation of the Plan and support its operation on a consistent basis.

4.      The Plan is what is called a "401(k)" Plan for Wesco employees as further explained in the Plan terms themselves.  A copy of the Summary Plan Description for that Plan, which is governed by a federal law known as the Employee Retirement Income Security Act of 1974 ("ERISA"), is attached to my declaration as Exhibit A.

5.      The assets of the Plan are credited to individual accounts for participants (generally employees) or upon their passing, their beneficiaries.

6.      The Plan administrator is responsible for maintaining each of these accounts, or delegating that role reasonably.

7.      The Plan has contracted with FMR, LLC ("Fidelity") to provide various administration services with respect to the Plan.  These services include facilitating transfers of money in and out of accounts and establishing accounts within the Plan for beneficiaries after a participant has died.

8.      In this instance, a former and now deceased, Wesco employee named Joshua Griffin was a participant in the Plan.

9.      Upon Mr. Griffin's death, a new beneficiary account was established in the name of Kelly Gagnon.  The account was established in Kelly Gagnon's name because Mr. Griffin had designated Ms. Gagnon as his beneficiary for his

401(k) Plan account pursuant to the terms of the Plan.  The money that was transferred from Mr. Griffin's account to Ms. Gagnon's account upon his death remains within the Plan.

10.    A total of the assets of the Plan would include the assets in the account for Ms. Gagnon.

11.    Among the accounts that Fidelity is still administering for the Plan is the account in Ms. Gagnon's name.

12.    In my role for Wesco, using our online platform with Fidelity, I am able to view the information regarding Ms. Gagnon's account.  I would not have the ability to do this if this was an account outside the Plan that Ms. Gagnon had setup with Fidelity independently.

13.    As of the close of business for purposes of the Plan on Monday February 13, 2023, the balance in Ms. Gagnon's account was $97,490.60.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of February at Holland, Michigan.

S/ Tina R. Mayes
Tina Mayes



## 2022

# Wesco Distribution, Inc.
# Retirement Savings Plan
# Summary Plan Description



EXHIBIT

A



**Ingenuity delivered.**



2

# Table of contents

☑ **Important Numbers**

Fidelity Retirement Benefits Line
**800-835-5095**
- Enrolling
- Current account information
- Forms
- Modeling and requesting loans
- If you've lost your PIN
- General questions
- Fund prospectuses and other literature

Fidelity NetBenefits Web Site
**www.netbenefits.com**
- Enrolling
- Current account information
- Forms
- Modeling and requesting loans
- If you've lost your PIN
- Request a prospectus or other literature



Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4**

Summary Plan Description overview . . . . . . . . . . . **5**

Who pays for the Plan? . . . . . . . . . . . . . . . . . . . . . **5**

Who is eligible for the Plan? . . . . . . . . . . . . . . . . . **6**

How do I enroll in the Plan? . . . . . . . . . . . . . . . . . **6**

What type of contributions can I make under the Plan? . . . . . . **7**

What pay is used to make contributions? . . . . . . . **10**

What type of accounts are available under the Plan? . . . . . . **11**

When will I be vested in my benefit under the Plan? . . . . . . **11**

How will my money be invested under the Plan? . . . . . . **13**

How do I withdraw from or take a loan from the Plan? . . . . . **15**

When can I request a distribution from the Plan? . . . . . **18**

How will my benefit be paid? . . . . . . . . . . . . . . . . . **19**

Plan Administration . . . . . . . . . . . . . . . . . . . . . . . . **20**

How to File a Claim . . . . . . . . . . . . . . . . . . . . . . . . **21**

Statement of ERISA Rights . . . . . . . . . . . . . . . . . . **22**



3

# Retirement Savings Plan at a glance . . .

- The WESCO Distribution, Inc. Retirement Savings Plan is a 401(k) plan
- You can participate immediately if you are an eligible employee – there's no waiting period
- You can contribute up to 75% of pay (subject to additional IRS dollar limits)
- Your Employer matches 100% of your contributions up to 3% of pay and 50% of your contributions for the next 4% of pay up to a total of 5% of pay
- You are generally vested in your Employer's matching contributions after only 2 years of continuous service
- The Plan also allows for Catch-Up Contributions if you are age 50 or older
- You may invest from a menu of professionally managed funds
- You may manage your investments virtually 24-hours a day, seven days a week, using voice response or web access, or speak with a Fidelity representative during business hours

# How do I keep my information current?

To make sure you receive your benefits and any benefit communications pertaining to the Plan, it is critical that you keep your contact information current. For general (non-Plan specific) information active employees should contact the Plan Administrator at 412-454-2200, and for Plan specific information, active employees should contact Fidelity. Terminated employees and beneficiaries should contact Fidelity for all information. Fidelity can be contacted by logging onto **www.netbenefits.com** or calling at 800-835-5095. Note that once you provide the updated information, it may take a few days for Fidelity to process your changes and for you to see the updates in your Fidelity records. You must be sure that the following information is current and provide updates to the extent any of the following information is not current:

- your name and address (general information)
- your Beneficiary's name and address (Plan information)
- whether you are married or divorced (general information);
- whether you are party to any domestic relations orders (Plan information); and
- any other contact information maintained by the Plan such as your personal email

Keeping this information up-to-date will ensure that you (or your Beneficiary) receive your benefit payments as well as any important Plan communications without undue delay. Access to Fidelity NetBenefits® will be secured with a user ID and password. You should create and use a strong password when accessing your account at Fidelity. It is your responsibility to keep all of your user IDs and passwords secure and confidential. For additional online safety tips, please visit **https://www.dol.gov/sites/dolgov/files/ebsa/key-topics/retirement-benefits/cybersecurity/ online-security-tips.pdf**.



4



**Definitions**

**For purposes of this SPD the following terms have the meaning provided below:**

*Account* – an Account established by the Trustee to record contributions made on your behalf and any related income, expenses, gains, or losses. It may also be referred to as an Account balance.

*Beneficiary* – This is the person (including a trust) you designate to receive your benefits in the event of your death. You may designate more than one Beneficiary. If you do not properly designate a Beneficiary or your designated Beneficiaries do not survive you, your Beneficiary will be your spouse if you are married at the time of your death or your estate if you are unmarried.

*Deferral Contribution* – This is a contribution taken directly from your pay and contributed to the Plan, subject to certain limits (described below). The Plan permits you to make both Pre-tax and after-tax Roth Deferral Contributions.

*Disability* – Under the Plan, you have a disability if you are eligible for disability benefits under your Employer's long-term disability plan or you are eligible for Social Security disability benefits.

*Employee* – An employee is an individual who is actively employed by your Employer as a common law employee.

*Employer* – WESCO Distribution, Inc. The following Employers also participate in the Plan, and employees of each Employer listed below will be eligible to participate in accordance with the Participation section of this SPD.

| Participating Employer Name | Federal Tax ID Number |
|---|---|
| Accu-Tech | 58-1549426 |
| Anixter Inc. | 36-2361285 |
| Carlton-Bates Company | 71-0292045 |
| Communications Supply Corporation | 06-0961848 |
| Conney Safety Products LLC | 39-1942451 |
| WESCO Integrated Supply, Inc. (f/k/a Bruckner) | 26-3674095 |

*ERISA* – The Employee Retirement Security Act of 1974 (ERISA), as amended, which entitles Participants and Beneficiaries to certain rights and protections.

*Fidelity Investments Contact Information* – Fidelity Investments ("Fidelity") is the recordkeeper of your Plan. To view your Account, make changes to investments or perform transactions, please call (800) 835-5095 or log onto **www.netbenefits.com**. All participants should contact Fidelity to update Plan information such as their Beneficiary. Terminated participants and beneficiaries should also contact Fidelity to update their general contact information. All telephone calls will be recorded for quality assurance purposes.

*Highly Compensated Employee* – You are considered a Highly Compensated Employee if you (i) at any time during the current or prior year own, or are considered to own, more than five percent of your Employer, or (ii) received compensation from your Employer during the prior year in excess of $135,000 (as adjusted by the IRS after 2022).

*Non-Highly Compensated Employee* – An employee who is not a Highly Compensated Employee.

*Participant* – A Participant is an employee who has satisfied the eligibility requirements and who may be entitled to receive allocations under the Plan or a formerly eligible employee who has an Account remaining in the Plan.



***Qualified Military Service*** – Qualified Military Service is service in the uniformed services of the United States that results in the Participant having a right of reemployment with the Employer under federal law.



**Summary Plan Description overview**

The WESCO Distribution, Inc. Retirement Savings Plan (the "Plan"), sponsored by WESCO Distribution, Inc. has been amended and restated as of May 4, 2022. The Plan is intended to be a qualified retirement plan under the Internal Revenue Code.

The purpose of the Plan is to enable eligible employees to save for retirement. The Plan can also help you meet some shorter-term financial needs because the Plan offers loans and, under certain circumstances, hardship withdrawals. In addition to providing retirement benefits, the Plan provides certain benefits in the event of death, disability or other termination of employment. The Plan is for the exclusive benefit of eligible employees and their beneficiaries.

This booklet is called a Summary Plan Description ("SPD"), and it contains a summary in understandable language of your rights and benefits under the Plan. You should keep this SPD with your permanent records.

This SPD is a brief description of the principal features of the plan document and trust agreement and is not meant to interpret, extend or change these provisions in any way. The plan document and trust agreement will govern if there is a discrepancy between this SPD and the actual provisions of the Plan.

This SPD provides a general summary of the federal tax implications of your participation in the Plan, transactions made within your Account and distributions you may receive from the Plan. The federal, state and local tax laws that could apply to your participation in the Plan and transactions with the Plan are complicated and depend on your individual circumstances. This SPD does not describe all federal tax implications that could apply to your individual circumstances or the state or local tax implications of your participation in the Plan. **You should consult with your tax advisor regarding the tax consequences of your participation in the Plan and related transactions in your individual circumstances.**

This SPD does not constitute an implied or express contract or guarantee of employment. Similarly, your eligibility or your right to benefits under the Plan should not be interpreted as an implied or express contract or guarantee of employment. Wesco's employment decisions are made without regard to benefits to which you are entitled upon employment.

Your rights and benefits under the Plan cannot be assigned, sold, transferred or pledged by you or reached by your creditors or anyone else except under limited circumstances.



**Who pays for the Plan?**

The Plan is a savings partnership between you and your Employer: you initiate your participation with your own contributions to your Account and your Employer makes matching contributions to your Account. You pay all investment management fees and pay some fees for the administration of the Plan, including for processing a Qualified Domestic Relations Order (QDRO).



6



**Who is eligible for the Plan?**

Generally, all employees of the Employer are eligible to participate in the Plan – even part-time employees. However, you are not eligible to participate if you are:

- covered under a collective bargaining agreement, unless the collective bargaining agreement expressly requires employees to be included, as set forth in the table below;

- a resident of Puerto Rico;

- a leased employee;

- an employee who is currently accruing benefits under another qualified (under the Internal Revenue Code or the Puerto Rico Internal Revenue Code) savings or profit- sharing plan maintained by an Employer;

- a United States citizen who is employed on a regular basis by a participating Employer's foreign subsidiary (unless you are covered by an agreement entered into by such participating Employer under § 3121 of the Internal Revenue Code) or by a participating Employer's domestic subsidiary primarily engaged in business outside the United States and are covered under another funded type of deferred compensation plan (other than a plan maintained by such participating Employer) maintained with respect to the remuneration paid to such citizen by such subsidiary; or

- an individual who is a signatory to a contract, letter of agreement, or other document that acknowledges your status as an independent contractor not entitled to benefits under the Plan and you are not otherwise classified by the Employer as a common law employee, even if you are later determined to be a common law employee.

The following unions have collectively bargaining agreements that provide for participation in the Plan, as of the date of this SPD:

| Union Name |
| --- |
| IBEW 1 |
| IBEW 2 |
| IBEW 53 |
| IBEW 110 |
| IBEW 702 |
| IBEW 1260 |
| Teamsters 142 |
| Teamsters 325 |
| Teamsters 743 |



**How do I enroll in the Plan?**

If you satisfy the eligibility requirements of the Plan, you may elect to defer a set percentage of your eligible pay into the Plan as Pre-tax or Roth Deferral Contributions. If you do not make an election, you will be automatically enrolled (as described below). You need to decide the following:

- whether you want to participate in the Plan;

- the percentage of your eligible pay you want to contribute to the Plan;

- how you want your contributions to be invested; and

- who you want to name as the Beneficiary of your Account.

Fidelity Investments is the Plan's recordkeeper, the outside Plan service provider that maintains your Account records and performs other required functions. You may enroll as soon as Fidelity's records are updated to include your Social Security number, which generally occurs by the end of your second payroll period. You may enroll in one of three ways:

1.  Call 800-835-5095 and enroll using Fidelity's Retirement Benefits Line voice response system (available virtually 24-hours a day, seven days a week).

2.  Call 800-835-5095 and speak to a Fidelity representative. Representatives are available on regular business days from 8:30 a.m. to 8:00 p.m. in your time zone.

3.  Use your computer to access Fidelity's web site at **www.netbenefits.com**. Just click on the NetBenefits icon (available virtually 24-hours a day, seven days a week).

### Will I benefit from automatic enrollment?

If you were hired after January 1, 2022 and have not made an election within 35 days from your hire date, you will automatically be enrolled shortly after that date.

1.  If you are enrolled through this default enrollment, your Employer will begin to automatically deduct 3% of your eligible compensation on a Pre-tax basis as a Deferral Contribution to your Account.

2.  You will be provided an automatic enrollment notice approximately 35 days prior to when your Employer will begin to automatically make deductions from your pay on a pre-tax basis as Pre-tax Deferral Contributions.

3.  You may stop or change this automatic contribution at any time.

### Will I benefit from automatic contribution increases?

If you have been automatically enrolled in the Plan and have not stopped or changed your contribution percentage, your automatic deduction percentage will increase annually by 1% up to a maximum of 7% unless you elect to contribute a different amount. The 1% increase will occur annually on or about April 1st ("Auto-increase Date"). However, if you were automatically enrolled within six months of the Auto-increase Date, the first increase will be applied to your Account on the next following Auto-increase Date.

> *For example:* Assume you were hired on December 1, 2021, you did not make an affirmative enrollment election and you were automatically enrolled in the Plan at a 3% deduction percentage as of January 1, 2022. Since your enrollment date was within 6 months of April 1, 2022, your first automatic increase to 4% will not occur until April 1, 2023.

If you do not want to participate in the Plan, or want to contribute a higher or lower amount, call Fidelity at 800-835-5095, or access the Fidelity website at **www.netbenefits.com**.



**What type of contributions can I make under the Plan?**

You may elect to defer a set percentage (up to 75%) of your eligible pay into the Plan as Pre-tax or Roth Deferral Contributions. The percentage of your eligible pay you elect to contribute to the Plan will be withheld each payroll and contributed to an Account established on your behalf, subject to the annual limit set by the Internal Revenue Service ("IRS"). You are always fully vested in your Deferral Contributions which cannot be forfeited for any reason.

8



You are eligible to designate some or all of your Deferral Contributions as a Roth Deferral Contribution at the time you make your deferral election. Roth Deferral Contributions cannot later be re-characterized as Pre-tax Deferral Contributions once contributed to the Plan, although, you may change your deferral election with respect to future Roth Contributions at any time. If you elect to make Roth Deferral Contributions, the amount of your contribution will be included in your income for tax purposes, and the income tax withholding amounts will be deducted from the remainder of your pay, not from the Roth Deferral Contribution amount.

> *For example:* If you have annual compensation of $30,000 and elect to make a Roth Deferral Contribution to the Plan equal to 5% of your compensation, your Roth Deferral Contribution to the Plan will equal: $1,500 (5% of $30,000). The tax withholding applicable to the amount you have elected to contribute to the Plan as a Roth Deferral Contribution will be applied against the remainder of your compensation.

The amount of Pre-tax and Roth contributions that you defer may not exceed the lesser of 75% of pay or the IRS annual limit of $20,500 (as adjusted by the IRS after 2022).

> *For example:* Assume you are age 49, have annual compensation of $360,000 ($30,000 per month), and elect to defer 6%. Your Deferral Contribution of $21,600 will be limited to $20,500 due to the IRS annual limit on Deferral Contributions.

Except with respect to the income taxation of Roth Deferral Contributions when contributed to the Plan (described above) and to the distribution of amounts attributable to Roth Deferral Contributions (described below), Roth Deferral Contributions are subject to the same rules applicable to Pre-tax Deferral Contributions.

> *For example:* Pre-tax and Roth Deferral Contributions are added together to determine whether you have reached the federal tax law limit on Deferral Contributions ($20,500 in 2022 for those not eligible to make age 50 and over catch-up contributions) or the Plan's deferral limit. If you have participated in more than one employer-sponsored qualified plan during the year, the federal tax law limit on Deferral Contributions is your personal limit across all plans, and you should promptly inform Fidelity or the Plan Administrator of any contributions you made outside of this Plan.

### Can I make in-Plan Roth conversions?

During your employment with the Employer, you may elect to have any part of your Account attributable to Pre-tax Deferral Contributions converted to Roth contributions. Please note that the amount you elect to convert to Roth contributions will be included in your income for tax purposes for the year of conversion.

### Can I make Catch-up Contributions?

If you will be age 50 or older by the end of the year and are making the maximum Deferral Contributions to the Plan for the year, you may also make Pre-tax "Catch-up Contributions" to your Account up to $6,500 (as adjusted by the IRS after 2022).

### Can I make employee after-tax contributions?

After-tax contributions are no longer permitted under the Plan. If you previously made after-tax contributions, your money is still held under your Account. It will remain invested for you in the Plan and any earnings will grow on a tax-deferred basis.



### Will Wesco match my contributions?

Your Employer makes a matching contribution to the Plan, based on your Pre-tax and Roth Deferral Contributions, in the amount of 100% of your contributions equal to the first 3% of your eligible pay, plus 50% of your contributions equal to the next 4% of your eligible pay. In other words, your Employer may contribute an amount equal to 5% of your eligible pay when you contribute 7% to the Plan. Matching contributions are made each payroll based on your contributions for that payroll period. Matching contributions are made only on Deferral Contributions (both Pre-tax and Roth) and are not made on Catch-Up Contributions.

### Will I get a true-up matching contribution?

If you maximize the IRS dollar limits on Deferral Contributions early in the year, and/or you change your Deferral Contribution rate frequently during the year, you could be eligible for a "true-up" contribution. This true-up contribution assures that matching contributions take into account all your contributions made during the year.

> *For example:* Assume you contribute 14% in Deferral Contribution from January 1 through June 30th and then while remaining employed and earning the same rate of pay of $100,000 per year, you discontinue Deferral Contributions for the rest of the year. In this instance, you would have contributions 14% of 50,000 (or $7,000) and received matching contributions of $2,500 (5% of $50,000). You will receive a true-up contribution equal to another $2,500 given that your Deferral Contributions represented 7% of your full Plan pay, and so your annual match should total 5% of your full Plan pay.

True-up matching contributions are impacted by the contributions that can be made and on the pay that can be taken into account. You must be employed as of the last day of the plan year to be eligible for a true-up matching contribution.

### If I was hired by Anixter Inc, will I get Personal Retirement Enhancement Account (PREA) contributions?

If you were hired at Anixter Inc. prior to June 30, 2015, you may be eligible for Personal Retirement Enhancement Account (PREA) Contributions. You are eligible for a PREA contribution if you have a Personal Retirement Account in the Anixter Inc. Pension Plan. The amount of the contribution is based on the 10-year Treasury securities rate as of the last business day of December before your Personal Retirement Account is valued. The PREA Contribution is intended to represent "interest" on your Personal Retirement Account in the Anixter Inc. Pension Plan.

If you are eligible for a PREA contribution, your Employer will make a contribution to your PREA contribution Account in January of each year so long as you are still employed as of the date the contribution is made. Such contribution will be based on the balance in your Personal Retirement Account in the Anixter Inc. Pension Plan at the beginning of the prior year. Due to the termination of Anixter, Inc. Pension Plan as of December 31, 2022, the contribution made to your account in January 2023 will be the final PREA contribution that you receive. No additional PREA contributions will be made to your account after the January 2023 contribution.

If you are currently making Deferral Contributions in this Plan, your PREA contributions will initially be invested consistent with your current Deferral Contribution investment elections. If you are not making Deferral Contributions in this Plan, your PREA contributions will be invested as described in the qualified default investment alternative notice provided to you by your Employer.





**What pay is used to make contributions?**

In general, eligible pay for purposes of determining your contributions under the Plan includes all taxable compensation for a Plan Year reportable by your Employer on your IRS Form W-2, and including salary reduction contributions you made to an Employer sponsored cafeteria, qualified transportation fringe, simplified employee pension, 401(k), 457(b) or 403(b) plan. However, eligible pay does not include any deferred compensation or any other amounts of direct or indirect remuneration including, but not limited to, relocation allowance, mortgage interest payments (including gross-ups), expatriate compensation, automobile allowances, payments relating to short-term promotional programs (known as Spiff payments), any permanent separation allowance and Wesco flexible credits. Each year the total pay that the Plan can consider is limited by federal tax law; for 2022, the limit is $305,000. If you leave your Employer, your contributions to the Plan will cease with your last regular paycheck. Severance pay does not count as compensation under this Plan. Therefore, you may not contribute to the Plan while receiving severance payments.

### Are there federal tax limits on contributions?

Federal tax law requires that amounts contributed by you and on your behalf by your Employer for a given Plan Year generally may not exceed the lesser of $61,000 (as adjusted by the IRS after 2022) or 100% of your annual compensation. Additionally, as described above, Deferral Contributions cannot exceed $20,500 for those under age 50 (as adjusted by the IRS after 2022), with another $6,500 (as adjusted by the IRS after 2022) being available in Catch-Up Contributions for those over age 50.

Contributions under the Plan, along with Employer contributions under any other Employer-sponsored defined contribution plans, may not exceed these limits. If these limits are exceeded based on contributions made to the Plan or other Employer plans, excess contributions in your Account may be forfeited or refunded to you. You will be notified by Fidelity or the Plan Administrator if you have any excess contributions. Income tax consequences may apply on the amount of any refund you receive.

### Can I make rollover contributions?

You may have been a participant in another qualified retirement plan. If so, you may be able to roll over part or all of a distribution from that plan into the Plan. Rollover Contributions are not matched.

Rollover Contributions must be distributions from:

- a tax-qualified retirement plan, such as a 401(k), pension, or profit-sharing plan.

- an Individual Retirement Account (IRA) made up entirely of money from a former employer's tax-qualified plan (plus earnings on that amount).

You should consult your tax advisor and carefully consider the impact of making a Rollover Contribution to the Plan.

Any Rollover Contribution must meet the requirements of the Plan, otherwise it will be distributed. If your Rollover Contribution to the Plan is not a direct rollover (i.e., you received a cash distribution from your eligible retirement plan), then it generally must be received by the Trustee within 60 days of your receipt of the distribution. Your Rollover Contributions Account will be subject to the terms of this Plan and will always be fully vested and nonforfeitable.

The Plan will accept direct Rollover Contributions of amounts attributable to Roth Deferral Contributions that you made to another qualified plan that accepted Roth



Deferral Contributions and properly segregated them from other contributions. The same rules that apply to other direct Rollover Contributions apply to direct Rollover Contributions of amounts attributable to Roth Deferral Contributions, except for the income tax treatment on distribution (described below).

If you would like to make a rollover contribution to your Plan Account, call Fidelity at 800-835-5095.

 **What type of accounts are available under the Plan?**

There are separate accounts you may have when you contribute to the Plan.

- **Pre-tax contribution account.** This account includes the Pre-tax contributions you make to the Plan, plus investment earnings (or losses) on that money.

- **Roth contribution account.** This account includes Roth contributions you make to the Plan, plus investment earnings (or losses) on that money.

- **Catch-up contribution account.** This account includes catch-up contributions you make to the Plan, plus investment earnings (or losses) on that money (and these can be either or both of Pre-tax or Roth).

- **Rollover account.** This account includes any rollover contributions you make to the Plan, plus investment earnings (or losses) on that money.

- **Matching account.** This account includes matching contributions made by your Employer, plus investment earnings (or losses) on that money.

- **Employer Discretionary account.** This Account reflects "interest" on your Personal Retirement Account in the Anixter Inc. Pension Plan if you were hired at Anixter Inc. prior to June 30, 2015.

- **Certain other prior plan accounts.** These accounts include contributions made to prior plans, plus investment earnings (or losses) on that money.

 **When will I be vested in my benefit under the Plan?**

***Vesting.*** "Vested" means you have a non-forfeitable right to receive a benefit from the Plan. You are always 100% vested in your Pre-tax contribution account, your Roth contribution account, your rollover account, and any qualified nonelective contributions.

Your employer matching contributions, and any earnings thereon will be vested in accordance with the following schedule:

| Years of Vesting Service | Vested Interest |
|---|---|
| 0 | 0% |
| 2 | 100% |

Vesting under the Plan is based on the elapsed time method.  You earn a year of vesting service for each year you complete with the Employer staring with your date of employment and, generally, ending on your date of termination.  Hours of service are not counted for vesting service.  Both full and partial  years of service with your Employer will be counted to compute your years of service for vesting purposes.

If you had assets transferred to this Plan from the Anixter Inc. Employee Savings Plan ("Anixter Plan") on January 1, 2022, you are 100% vested in those assets.

In addition, any service with Westinghouse Electric Corporation (now known as CBS) and service with certain prior employers that were acquired by the Employer will be included when determining your years of service for vesting purposes. Contact Fidelity for additional information regarding whether any service with a prior employer is eligible service under the Plan.



Special vesting rules may apply if you:

    i.   Terminated employment prior to December 31, 2021;

    ii.  Terminated employment prior to January 1, 2018;

    iii. Were actively employed by the Employer on June 4, 1998;

    iv. Had an account under the Westinghouse Personal Savings Plan or the Westinghouse Personal Investment Plan; or

    v.  Have funds in your Account that are attributable to employment with a prior employer that was acquired by the Employer.

Contact Fidelity for additional information if any of these circumstances may apply to you of if you have questions regarding prior plan accounts.

You will become fully vested in these accounts, regardless of your years of service, if you are 65 and still employed or if you die or become disabled.

***Forfeiture.*** If you terminate your employment with your Employer and are less than 100% vested in your Account, you may forfeit the non-vested portion of your Account. A forfeiture will occur in the Plan Year that you receive a distribution of your entire vested Account, or if you do not receive a distribution, after five-consecutive one-year breaks in service. Forfeitures are retained in the Plan and may first be used to pay administrative expenses. Any remaining amounts will be used to reduce future Employer contributions payable under the Plan.

*For Example:* (For illustration purposes only.) Assume you terminated your employment in 2023 with one year of vesting service and the following Account:

| Source | Amount | Vested Percentage | Vested Amount |
|---|---|---|---|
| Employee | $2,000 | 100%* | $2,000 |
| Employer | $1,000 | 0% | $0 |
| **Total** | **$3,000** | - | **$2,000** |

*You are always 100% vested in your own Deferral Contributions and applicable earnings in the Plan.

You receive a $2,000 distribution in 2023 from the Plan. This represents a complete distribution of your Account. A $1,000 forfeiture will occur in 2023.

***Break in Service.*** If you leave your Employer while you are a Participant in the Plan and are later rehired by your Employer, you will again become a Participant on the date you complete one hour of service. Your prior service will be considered in determining your vesting percentage following your reemployment and any forfeited amounts will be restored to your Account if:

• you return within five years, and

• you received a distribution of your vested Account and you repay the full amount of the distribution before the end of the five-year period that begins on the date you are re-employed.

A Break in Service occurs when you do not work one hour in any 12-consecutive-month period during your employment. However, if you are absent from work due to a maternity or paternity leave for a 12-month consecutive period, that period will not be considered a Break in Service. If you are absent from work due to a leave of absence under the Family and Medical Leave Act, no 12-consecutive-month period during which the absence continues, will be a Break in Service, provided you return to work following the leave.



13

When any period of absence is due to military service entitling you to reemployment rights under federal law and you return to work at the Employer or a Related Employer following that absence, there will be no Break in Service and you will be credited with service for the entire period of that absence.

> *For Example:* Assume you terminated employment with your Employer in 2023 with an Account of $3,000, of which $2,250 is vested. You elect to receive a lump sum distribution of your vested Account at that time. The remainder, or $750, is forfeited in 2023. If you are rehired on January 1, 2024 and repay the $2,250 distribution prior to January 1, 2029, the $750 previously forfeited will be restored to your Account. Additionally, your service after January 1, 2024 is counted toward vesting your pre-break Account of $3,000.



**How will my money be invested under the Plan?**

When you enroll, you will decide how you want to have your money invested. You may invest your Account in a broad range of investment alternatives that have been made available under the Plan. Additional information regarding the current investment options available under the Plan are available by logging onto **www.netbenefits.com**.

**Making Investment Choices.** When you enroll through Fidelity, you'll indicate what percentage of your contributions you want to go into each investment option.

**Changing Your Investment Choices.** You have the flexibility to change your investment elections for both existing balances and future contributions. You may make these changes as often as you wish. The change in your investment election will take place as soon as administratively feasible. Please log onto **www.netbenefits.com** for more information regarding the procedures for changing your investment elections, including information regarding any special restrictions on changes that may apply to an investment fund.

If you are automatically enrolled in the Plan, your contributions will be invested in the Qualified Default Investment Alternative (QDIA) described in your automatic enrollment notice. However, you can make different investment elections through Fidelity.

**Keeping Track of Your Investment Performance.** Investment earnings and losses are credited to your accounts daily. To review the most current information about your Accounts just log onto **www.netbenefits.com**. You will also receive a quarterly statement that details current balances and Account performance over the quarter.

**Self-Directed Brokerage.** A self-directed brokerage (SDB) program is available under the Plan, which provides access to a wide variety of investments with a diverse fee structure. Please log onto **www.netbenefits.com** for more information regarding the SDB investment option. Investment options available under the SDB program have diverse risk profiles and may not be appropriate for all participants. You should discuss any investment under the SDB program with your personal financial advisor to determine whether these investments are appropriate for your individual circumstances.



**Please note.** This Plan is intended to comply with § 404(c) of ERISA. To the extent that you have directed the investment of assets in your Account under the Plan, you are responsible for the investment decisions you made relating to those assets and the Plan's fiduciaries are not responsible for any losses resulting from your investment instructions. To assist you in making informed investment decisions, you will receive certain disclosures when you enroll in the Plan and on an annual basis. These disclosures are also available by logging onto **www.netbenefits.com**.

### Can I invest in Wesco stock through the Plan?

The Plan previously permitted participants to invest in WESCO Distribution, Inc. stock through a Stock Fund. If your Account continues to be invested in the Stock Fund, you may reinvest your Account by selling your shares in the Stock Fund and reinvesting in another investment option. Such a trade or sale will be executed directly through the Trustee. You are not permitted to purchase additional shares under the Stock Fund. Some Participants may be required to have all trades out of the Stock Fund pre-approved by the Plan Administrator. If you are one of these Participants, the Plan Administrator will provide you with a separate notice of the dates you will be able to trade and deadlines you must meet to trade on those dates. If you are invested in the Stock Fund, you will also be given the opportunity to exercise voting rights for shares in the Stock Fund allocated to your Account at all times that corporate shareholders vote. The Plan Administrator has established procedures to ensure that your holding and sales within the Stock Fund, as well as the exercise of voting rights with respect to the stock, will be held in the strictest confidence (and not disclosed to the Employer). The Plan Administrator is responsible for monitoring compliance with these confidentiality procedures. You can get additional information about any investment alternative or the proxy voting for them by contacting Fidelity. Once you have terminated employment or reached age 59 ½, you are eligible to take your interest in the Stock Fund through "in kind" distributions of shares from the Stock Fund, provided you take your entire interest at that time.

### What fees are payable from my Account?

Fees and expenses will be charged against your Account, including investment fees, plan administration fees and transaction-based fees. Investment fees are generally assessed as a percentage of assets invested and are deducted directly from your investment returns. Investment fees can be in the form of sales charges, loads, commissions, 12b-1 fees or management fees. Certain of these investment fees may not apply depending on the funds and share classes available in the Plan. You can obtain more information about such fees from the documents (e.g., a prospectus) that describe the investments available under the Plan. Plan administration fees cover the day-to-day expenses of the Plan for recordkeeping, Accounting, legal and trustee services, as well as additional services that may be available under the Plan, such as daily valuation, telephone response systems, internet access to plan information, retirement planning tools and educational materials. In some cases, these costs are covered by investment fees that are deducted directly from investment returns. In other cases, these administrative fees are either paid directly by your Employer or are passed through to the participants in the Plan, in which case a recordkeeping fee will be deducted from your Account. Transaction-based fees are associated with optional services offered under the Plan and are charged directly to your Account if you take advantage of a particular plan feature that may be available, such as a loan.





**How do I withdraw from or take a loan from the Plan?**

## Can I take money out of the Plan while I am still working?

The Plan is designed primarily to help you save for a comfortable retirement. To maximize growth in your accounts, we encourage you to leave the money alone. When you take money out of your Account, you limit your earning potential. While actively employed, you may only withdraw the funds in your Account in certain circumstances, as described in this section. You should call (800) 835-5095 or log onto **www.netbenefits.com** if you would like to take a withdrawal or loan from the Plan. You should also consult your financial/tax advisor if you are considering a withdrawal from your Plan Account.

The amount of any taxable withdrawal (other than a withdrawal of your Roth Deferral Contributions and after-tax contributions) that is not rolled over into an IRA or another qualified employer retirement plan will be subject to 20% federal tax withholding and applicable state income taxes. A 10% early withdrawal penalty tax may also apply to the amount of your withdrawal if you are under the age of 59½ and do not meet an exception under the Internal Revenue Code (IRC). For information regarding the taxation of amounts attributable to Roth Deferral Contributions, see the Distribution of Benefits section of this SPD.

## Can I take loans from the Plan?

The Plan allows you to borrow from your vested Account without incurring taxes or penalties so long as they are repaid in accordance with your loan agreement. When you borrow money through the Plan, you are really borrowing from yourself. You pay yourself back with interest through convenient payroll deductions.

You may apply for a loan by calling (800) 835-5095 or logging onto **www.netbenefits.com**. A loan set up fee of $75 will be deducted from your Account for each new loan processed. A quarterly loan maintenance fee of $6.25 ($25 annually) will be deducted from your Account for each loan.

***The amount of the Loan.*** The minimum loan amount is $1,000 and the maximum amount is the lesser of 50% of your vested Account or $50,000 reduced by the highest outstanding loan balance in your Account during the prior 12-month period. All of your loans from plans maintained by your Employer or a Related Employer will be considered for purposes of determining the maximum amount of your loan. Up to 50% of your vested Account may be used as collateral for any loan. The loan will be taken from all of your vested contribution account balances proportionally. The loan amount is actually subtracted from your Account; it is important to understand that the money is not in your Account earning returns while the loan is outstanding.

***Number of Loans.*** You may only have one general loan at any given time. If you have an existing general loan, you may not initiate another until the existing loan is paid in full.

***Interest Rate.*** All loans will bear a reasonable rate of interest as determined by the Plan Administrator based on the prevailing interest rates charged by persons in the business of lending money for loans which would be made under similar circumstances. The interest rate will remain fixed throughout the duration of the loan.

***Loan Repayment and Loan Maturity.*** Repayment of your loan is made through after-tax payroll deductions. If payroll deductions are not possible, you may repay your loan directly in accordance with procedures provided by the Plan Administrator. All loans must be repaid in level payments on at least a quarterly basis over a period of not more than five-years. If you wish, you may repay the entire outstanding principal loan balance at any time without penalty. You may not, however change your loan



repayment schedule other than by repaying the whole amount. Once you repay a loan, you must wait 30 days prior to initiating a new loan.

The level repayment requirement may be waived for a period of one year or less if you are on a leave of absence, but your loan must still be repaid in full on the maturity date. If you are on a military leave of absence, the repayment schedule may be waived for the entire length of your military leave. Your loan will accrue interest during this time, and upon return from a military leave of absence, your loan will be re-amortized to extend the length of the loan by the length of the leave. If a loan is not repaid within its stated period, it will be treated as a taxable distribution to you.

***Loan Default or Termination of Employment.*** The Plan Administrator will consider a loan to be in default if any scheduled repayment remains unpaid as of the last business day of the calendar quarter following the calendar quarter in which a loan is initially considered past due. In the event of a default, the entire outstanding principal and accrued interest will be immediately due and payable and you will no longer be able to make repayments. If you terminate your employment, you may continue to repay your loan. Any default in repayment to the Plan will result in the treating of the balance due for your loan as a taxable distribution from the Plan. In the event you default on a loan, you may not take a new loan for 30 days.

### Can I make hardship withdrawals from the Plan?

As an active employee, you may withdraw your Pre-tax and Roth Deferral Contributions (including earnings) to satisfy specific immediate and heavy financial needs. You must first exhaust all other assets reasonably available to you prior to obtaining a hardship withdrawal. This includes obtaining any in-service withdrawals, other than loans, available from your Account. Your hardship application is subject to an approval process. You must certify your immediate and heavy financial need and you may be required to provide documentation substantiating this need. The minimum hardship withdrawal is $500. The amount of the withdrawal may not exceed the amount of your immediate and heavy financial need. Hardship withdrawals will be subject to a 10% nonperiodic income tax withholding rate unless you elect out of the withholding.

If you qualify, you may apply for a hardship withdrawal to satisfy the following needs:

- medical expenses for you, your spouse, children, dependents or primary Beneficiary;

- the purchase of your principal residence;

- to prevent your eviction from, or foreclosure on, your principal residence;

- to pay for post-secondary education expenses (tuition, related educational fees, room and board) for you, your spouse, children, dependents or primary Beneficiary for the next 12 months;

- to make payments for burial or funeral expenses for your deceased parent, spouse, child, dependent or primary Beneficiary;

- to pay expenses for the repair of damage to your principal residence that would qualify for the casualty deduction under § 165 of the Internal Revenue Code (without regard to whether your residence is located in a Federal Emergency Management Agency (FEMA) declared disaster area or whether the loss exceeds 10% of adjusted gross income); or

- expenses and losses (including loss of income) you incurred on account of a disaster declared by FEMA if your principal residence or principal place of employment at the time of the disaster was located in an area designated by FEMA for individual assistance with respect to the disaster.



### Can I take withdrawals as an active employee after age 59 ½?

If you have reached age 59½, then you may elect to withdraw all or a portion of your entire vested Account while you are still employed by your Employer. There is no limit on the number of withdrawals of this type.

The following additional in-service withdrawal rules apply to certain prior plan contributions:

- prior Hill Country Matching Contributions - you must have participated in the Plan for at least 5 years.
- Employer contributions attributable to the prior Westinghouse Personal Savings Plan or the Westinghouse Personal Investment Plan, as in effect on February 28, 1994, may be withdrawn at any time.

### What other withdrawals can I make?

***Withdrawals of After-Tax Contributions.*** If you have previously made after-tax contributions that have been held in the Plan for at least 24 months, you may elect to withdraw all or a portion of these contributions. There is no limit on the number of withdrawals of this type.

***Withdrawals of Rollover Contributions.*** If you have a balance in your rollover contributions Account, you may elect to withdraw all or a portion of it at any time. There is no limit on the number of withdrawals of this type.

***Other In-Service Withdrawals.*** You may withdraw all or a portion of the funds attributable to employer matching contributions under the Hill Country retirement plan and employer contributions made to the Westinghouse Personal Savings Plan or the Westinghouse Personal Investment Plan at any time. There is no limit on the number of withdrawals of this type.

***Qualified Reservist Distribution.*** If you have been called to active military duty for more than 179 days or for an indefinite period, you may elect to withdraw your Deferral Contributions during your active-duty period. The withdrawal will not be subject to the 10% early withdrawal penalty tax. You may also elect to repay the distribution to an IRA within two years after the end of your active-duty period.

***Active Military Distribution.*** If you are performing Qualified Military Service for a period of greater than 30 days, you may elect to withdraw your Deferral Contributions and Qualified Nonelective Contributions during your active-duty period. You will be suspended from making any contributions for 6 months following the distribution and the withdrawal may be subject to the 10% early withdrawal penalty tax.

### Can I take money out of the Plan after I terminate employment?

***Termination Distributions.*** You (or your Beneficiaries in the event of your death) may request a distribution of your Account following your termination of employment from your Employer and any related employers for any reason. The value of your Account will continue to increase or decrease, as appropriate, based on investment returns until all funds are distributed in full.

You may defer receipt of your distribution until a later date. However, you cannot postpone your distribution if your vested Account is $5,000 or less. If your vested Account is $5,000 but more than $1,000 and you do not elect to receive a distribution, your vested Account will be distributed to an IRA established for your benefit. If your vested Account is $1,000 or less, your vested Account will be distributed to you as a lump sum distribution without your consent. Prior to such distribution you have



the right to request that the amount be distributed directly to you as a lump sum payment or to request that it be rolled-over to a different IRA or another retirement plan eligible to receive rollover contributions.

If your vested Account is distributed to an IRA provider chosen by the Plan Administrator, the funds in your IRA will be invested in a product designed to preserve the principal of that distribution while still providing a reasonable rate of return and preserving liquidity. The fees assessed against this newly established IRA by its provider will be charged against the funds in the IRA.

If you have questions regarding the Plan's automatic rollover rules, the Plan's IRA provider for automatic rollovers, or the fees and expenses applicable to the automatic rollover IRA, please contact Fidelity Investments.

You should consult with your tax advisor to determine the financial impact of your situation before you request a distribution.



**When can I request a distribution from the Plan?**

You are eligible to request a distribution of your vested Account based on any of the following events:

***Death.*** If you are a Participant in the Plan and die, your vested Account, if any, will be paid to your designated Beneficiaries. If you are an employee of your Employer or a related employer at the time of your death or you die while performing Qualified Military Service, your Account will automatically become 100% vested. You may designate one or more Beneficiaries to receive any vested Account remaining under the Plan by logging onto **www.netbenefits.com**. Fidelity's Online Beneficiaries Service offers a straightforward, convenient process that takes just minutes. To make your elections, click on the "Profile" link, then select "Beneficiaries" and follow the online instructions. If you are married and want to designate someone other than your spouse as your primary Beneficiary, you must print a form from the website and your spouse must consent to this designation by signing the form. Your spouse's signature must be witnessed by a notary public.

***Disability.*** If you have a Disability while you are employed by your Employer or a related employer and then terminate your employment, you will become 100% vested in your Account if you are not already fully vested. You may request a distribution of your Account only if you terminate your employment with your Employer or a related employer.

***Retirement.*** If you are an employee of your Employer or a related employer at the time you attain your early retirement age of 55 and complete 5 years of service or you attain your normal retirement age of 65, your Account will automatically become 100% vested. You may take an early retirement distribution at or after age 55 and after you complete 5 years of service, but you must first terminate your employment with your Employer or a related employer.

If you are a former Conney Safety Products, LLC employee and were an active participant in the Conney Safety Products Retirement Plan as of December 31, 2012, your normal retirement age will be the first of the month following your attainment of age 62.

***Required Minimum Distributions.*** You are required by law to receive a Required Minimum Distribution (RMD) from the Plan no later than April 1 of the calendar year following the calendar year you turn the RMD age or terminate your employment, whichever is later. In which case, you will receive the entire value of your Account. As an exception, if you are a more than 5% owner of the Employer, you must start receiving your distribution no later than April 1 of the calendar year following the



calendar year you turn the RMD age, even if you are still employed at that time. Once you start receiving your RMD, you should receive it at least annually until all assets in your Account are distributed. The RMD age is 72 unless you turned 70½ before January 1, 2020, in which case the RMD age is 70½.

If you elect a single sum distribution prior to the year in which you attain your RMD age, your entire distribution is eligible for a direct rollover. If you receive payment after your RMD age, the portion that is a RMD under IRS rules cannot be rolled over. Any amount that is not rolled over is taxable, but not subject to penalties.



**How will my benefit be paid?**

***Lump Sum Distributions.*** You may elect to receive your vested Account in the form of a full or partial lump sum distribution or in substantially equal installment payments over a period of time you elect. You may elect annual or more frequent installments. You may elect to receive a lump sum distribution after you start to receive installment distributions.

If you are taking a distribution of your entire vested Account, you may elect to receive your entire vested Account in a combination of cash and, to the extent your Account is invested in company stock, an in-kind distribution of company stock. The taxable portion of your distribution will be subject to the mandatory 20% federal income tax withholding to the extent that cash is available. If you elect to receive your company stock in the form of an in-kind distribution, you may only elect to receive a cash distribution or a direct rollover distribution.

***Non-Rollover Distributions.*** Any distribution paid directly to you will be subject to mandatory federal income tax withholding of 20% of the taxable distribution and the remaining amount will be paid to you. You cannot elect out of this tax withholding, but you can avoid it by electing a direct rollover distribution as described below. This withholding is not a penalty but a prepayment of your federal income taxes.

Subject to certain exceptions (for example, with respect to a distribution of excess Deferral Contributions to Highly Compensated Employees due to nondiscrimination test results), the entire amount of your Account under the Plan attributable to Roth Deferral Contributions will be distributed to you free from federal income tax (including the earnings portion) if the distribution occurs after the five taxable year period beginning with the first taxable year you made a designated Roth Deferral Contribution to the Plan (or to a plan you previously participated in, if earlier, if amounts attributable to those previous Roth contributions were directly rolled over to this Plan), provided the distribution is also made on or after you attain age 59½, to your Beneficiary (or estate) on or after your death or due to your Disability.

You may rollover the taxable distribution you receive to an IRA or other eligible retirement plan that accepts rollover contributions if roll over this distribution within 60 days after receipt. You will not be taxed on any amounts timely rolled over into the IRA or other eligible retirement plan until those amounts are later distributed to you. Any amounts not rolled over may also be subject to certain early withdrawal penalties prescribed under the Internal Revenue Code.

***Direct Rollover Distributions.*** You may request that your entire distribution be rolled directly into an IRA or other eligible retirement plan that accepts rollover contributions. Federal income taxes will not be withheld on any direct rollover distribution.



***Combination Non-Rollover Distribution and Direct Rollover Distribution.*** You may request that part of your distribution be paid directly to you and the balance rolled into an IRA or other eligible retirement plan. You will pay income tax on the amount of any taxable distribution you receive from the Plan unless it is rolled into an IRA or other eligible retirement plan.

A 10% penalty tax may also apply to your taxable distribution unless it is rolled into an IRA or other eligible retirement plan. In addition, the 20% federal income tax withheld under this section may not cover your entire income tax liability. In the case of a combination distribution, if any portion of the eligible rollover distribution consists of after-tax contributions, the amount paid directly to you will be considered to consist completely of after-tax contributions before any after-tax contributions are attributed to the portion paid as a direct rollover. Consult with your tax advisor for further details.

 **Plan Administration**

***Benefits Not Insured.*** Benefits provided by the Plan are not insured or guaranteed by the Pension Benefit Guaranty Corporation under Title IV of ERISA because the insurance provisions under ERISA are not applicable to this type of plan, a defined contribution plan. You will only be entitled to the vested benefits in your Account based on the Plan's terms and the value of your Account will be subject to investment gains and losses.

***Attachment and Qualified Domestic Relation Orders.*** Your Account may not be attached, garnished, assigned or used as collateral for a loan outside of the Plan except to the extent required by law. Your creditors may not attach, garnish or otherwise interfere with your Account except in the case of a proper Internal Revenue Service tax levy or a Qualified Domestic Relations Order ("QDRO"). A QDRO is a domestic relations order issued by the court in a divorce, child support or similar proceeding that the Plan Administrator determines complies with special requirements under ERISA and the Internal Revenue Code. Your spouse, former spouse or child may be entitled to a portion or all of your Account based on the QDRO. Participants and Beneficiaries can obtain, without a charge, a copy of the Plan's QDRO procedures by logging onto **qdro.fidelity.com** or by calling (800) 835-5095. A fee will be assessed for each new domestic relations order, as described in the QDRO procedures.

***Plan Amendments.*** The Plan Sponsor reserves the authority to amend the Plan at any time for any reason. However, no amendment will eliminate certain forms of protected benefits under the Plan or reduce the existing vested percentage of your Account.

***Plan Termination.*** The Plan Sponsor has no legal or contractual obligation to make annual contributions to or to continue the Plan. The Plan Sponsor reserves the right to fully or partially terminate the Plan at any time for any reason. If the Plan is terminated, the Account of each participant affected by the termination will become 100% vested.

***Interpretation of the Plan.*** The Plan Administrator has the power and discretionary authority to construe the terms of the Plan and to determine all questions that arise under the Plan. This power and authority include, for example, the administrative discretion necessary to resolve issues with respect to an employee's eligibility for benefits or credited service or other questions or fact or to interpret any other term contained in Plan documents. The Plan Administrator's interpretations and determinations are binding on all participants, employees, former employees and their beneficiaries.



***Electronic Delivery.*** This SPD and other important Plan information may be delivered to you through electronic means. This SPD contains important information concerning our rights and benefits under the Plan. If you receive this SPD (or any other Plan information) through electronic means you are entitled to request a paper copy of this document, free of charge, from the Plan Administrator. The electronic version of this document contains substantially the same style, format and content as the paper version.

## Internal Revenue Code Tests

***Non-Discrimination Tests.*** The Plan must pass Internal Revenue Code non-discrimination tests as of the last day of each Plan Year. These tests are intended to ensure that the amount of contributions under the Plan do not discriminate in favor of Highly Compensated Employees. Depending on the results of the tests, the Plan Administrator may have to refund Deferral Contributions contributed to the Plan by certain Highly Compensated Employees and forfeit any matching contributions attributed to refunded Deferral Contributions. You will be notified by the Plan Administrator and provided with additional information if any of your contributions will be refunded to you.

***Top Heavy Test.*** The Plan may be subject to the Internal Revenue Code top-heavy test. This test is intended to ensure that no more than 60% of the benefits under the Plan, together with any other Employer-sponsored qualified plans, are provided to certain key employees. You will be notified by the Plan Administrator and provided with additional information if the Plan ever becomes top heavy.



✓ How to File a Claim

***Claims Procedures.*** If you (or your Beneficiary) think you are entitled to a benefit you have not received or an error has occurred in the processing of your benefits, you (or your Beneficiary) may submit a claim for benefits under the Plan to the Plan Administrator in a form and manner acceptable to the Plan Administrator. You may designate a representative to act on your behalf during the claims and appeals process. Claims should be submitted in writing to the Plan Administrator at the address below:

WESCO Distribution, Inc.
225 W. Station Square Dr.
Pittsburgh, PA 15219
412-454-2200

Generally, the Plan Administrator will provide you with written notice of its decision regarding your claim within 90 days after receipt of your claim. If the Plan Administrator determines that special circumstances require an extension of time to process your claim, the Plan Administrator will notify you in writing that an extension of up to 90 days is needed prior to the expiration of the initial 90-day period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which the Plan expects to decide your claim. If the claim is denied, the Plan Administrator will disclose to you in writing the specific reasons for the denial, a reference to the specific provisions of the Plan on which the determination is based, a description of additional material or information necessary for you to perfect the claim and an explanation of why it is required and information about the steps that must be taken to submit a timely request for review, including a statement of your right to bring a civil action under § 502(a) of ERISA following as adverse determination upon review.



***Review Procedures (For Appeal of a Denied Claim).*** You may appeal the denial of your claim within 60 days after the date you receive notification of the denial by filing a written request for review with the Plan Administrator. This written request may include comments, documents, records and other information relating to your claim for benefits. You will be provided, upon your request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your claim for benefits. The review of your denied claim will take into Account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial claim determination. Generally, the Plan Administrator will notify you in writing regarding its decision within 60 days after receipt of your appeal. If the Plan Administrator determines that special circumstances require an extension of time to process your appeal, the Plan Administrator will notify you in writing that an extension of up to 60 days is needed prior to the expiration of the initial 60-day period. The extension notice will indicate the special circumstances requiring an extension of time and the date by which the Plan expects to decide your appeal. If the claim is denied on appeal, the Plan Administrator will disclose to you in writing the specific reasons for the denial, a reference to the specific provisions of the Plan on which the determination is based, a statement of your right to bring a civil action under § 502(a) of ERISA.

***When to Bring an Action in Court.*** You may file a lawsuit regarding the denial of an appeal only after exhausting the claims and review procedures above. You must file any lawsuit within 12 months after the date the Plan Administrator issued its final decision on an appeal. If you do not file a claim or exhaust the claims review process for any reason, any lawsuit must be filed within 12 months of the date of the conduct at issue in the lawsuit (which includes, among other things, the date you became entitled to any Plan benefits at issue in the lawsuit). If you fail to file a lawsuit within these timeframes, you will lose your right to bring the lawsuit at any later time.



### Statement of ERISA Rights

As a Participant in the Plan, you are entitled to certain rights and protections under ERISA.

***Receive Information About Your Plan and Benefits.*** ERISA provides that all Plan Participants will be entitled to:

- examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated SPD. The Plan Administrator may make a reasonable charge for the copies.

- receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each Participant with a copy of this Summary Annual Report each year.



- obtain a statement telling you the fair market value of your vested, accrued benefit, as of the date for which the benefits are reported, if you stop working under the Plan now. If you do not have a right to a benefit under the Plan, the statement will tell you how many more years you have to work to get a right to a benefit. This statement must be requested in writing and is not required to be given more than once every 12 months. The Plan must provide the statement free of charge.

**Prudent Actions by Fiduciaries.** In addition to creating rights for Participants, ERISA imposes duties on the people who are responsible for the operation of the Plan. The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you, other Participants and Beneficiaries. No one, including your Employer, your union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a retirement benefit or exercising your rights under ERISA.

**Enforce Your Rights.** Subject to the time limitation described below, if your claim for a benefit under the Plan is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. The Plan's agent for legal service of process in the event of a lawsuit is the Plan Administrator.

If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order, you may file suit in federal court. If Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim frivolous.

**Assistance with Your Questions.** If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.



| Basic Plan Information | |
|---|---|
| **Plan Name** | WESCO Distribution, Inc. Retirement Savings Plan (the "Plan") |
| **Plan Sponsor and Employer Name** | WESCO Distribution, Inc. 225 W. Station Square Dr. Pittsburgh, PA 15219 |
| **Employer Identification Number** | 25-1723345 |
| **Plan Number** | 001 |
| **Plan Type** | The Plan is a defined contribution plan that permits elective deferrals in accordance with § 401(k) of the Internal Revenue Code. Plan benefits are not guaranteed or insured by the Pension Benefit Guaranty Corporation. |
| **Plan Year** | The 12-month period ending on December 31. |
| **Plan Administrator** | The Plan Administrator is responsible for administration of the Plan, and its duties are identified in the legal plan document. In general, the Plan Administrator is responsible for providing you and your Beneficiaries with information about your rights and benefits under the Plan and making discretionary decisions regarding eligibility for benefits and the administration of the Plan. The Plan Administrator frequently delegates non-discretionary tasks to third parties, including Fidelity. The name and address of the Plan Administrator are: WESCO Distribution, Inc. 225 W. Station Square Dr. Pittsburgh, PA 15219 412-454-2200 |
| **Agent for Service of Legal Process** | Legal process against the Plan may be served on the Plan Administrator at the address provided above. Legal process may also be served on the Plan Trustee. |
| **Plan Trustee** | The trustee is responsible for holding the Plan's assets in trust. The name and address of the Plan's trustee are: Fidelity Management Trust Company 245 Summer Street Boston, MA 02210 |