# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MASON GRIFFIN, individually, and, AMY GRIFFIN, as legal guardian and trustee of CARSON GRIFFIN, a minor child, <br><br> Plaintiffs, <br> v. <br><br> WESCO DISTRIBUTION, INC, and, KELLY GAGNON, Individually, <br><br> Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL

COMES NOW Defendant Kelly Gagnon, and consents to the removal of this action by Defendant Wesco Distribution, Inc. from the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 17th day of February, 2023.

/s/ *Douglas M. Robinson*
Douglas M. Robinson
Georgia Bar No. 610100
EVANS WARNCKE ROBINSON, LLC
191 Peachtree Street, NE, Suite 3980
Atlanta, Georgia 30303
Telephone: (404) 841-9400
d.robinson@ewrlawfirm.com
*Attorney for Defendant, Kelly Gagnon*