# Exhibit B

SOCIAL SECURITY ADMINISTRATION

**SOCIAL SECURITY ADMINISTRATION**

**Refer to:** Kenneth Lanard Bryant

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: November 7, 2022

## NOTICE OF APPEALS COUNCIL ACTION

Mr. Kenneth Lanard Bryant
110 Canyon Lake Ct
Atlanta, GA 30349

This is about your request for review of the Administrative Law Judge's decision dated
September 9, 2022. You submitted reasons that you disagree with the decision. We considered
the reasons and exhibited them on the enclosed Order of the Appeals Council. We found that the
reasons do not provide a basis for changing the Administrative Law Judge's decision.

**We Have Denied Your Request for Review**

We found no reason under our rules to review the Administrative Law Judge's decision.
Therefore, we have denied your request for review.

This means that the Administrative Law Judge's decision is the final decision of the
Commissioner of Social Security in your case.

**Rules We Applied**

We applied the laws, regulations and rulings in effect as of the date we took this action.

Under our rules, we will review your case for any of the following reasons:

- The Administrative Law Judge appears to have abused his or her discretion.

- There is an error of law.

- The decision is not supported by substantial evidence.

- There is a broad policy or procedural issue that may affect the public interest.

- We receive additional evidence that you show is new, material, and relates to the period
on or before the date of the hearing decision. You must also show there is a reasonable



**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline
at 1-800-269-0271 (TTY 1-866-501-2101).**

**See Next Page**

Kenneth Lanard Bryant                                        Page 2 of 3

probability that the additional evidence would change the outcome of the decision. You
must show good cause for why you missed informing us about or submitting it earlier.

## If You Disagree With Our Action

If you disagree with our action, you may ask for court review of the Administrative Law
Judge's decision by filing a civil action.

If you do not ask for court review, the Administrative Law Judge's decision will be a final
decision that can be changed only under special rules.

## How to File a Civil Action

You may file a civil action (ask for court review) by filing a complaint in the United States
District Court for the judicial district in which you live. The complaint should name the
Commissioner of Social Security as the defendant and should include the Social Security
number(s) shown at the top of this letter.

You or your representative must deliver copies of your complaint and of the summons issued
by the court to the U.S. Attorney for the judicial district where you file your complaint, as
provided in rule 4(i) of the Federal Rules of Civil Procedure.

You or your representative must also send copies of the complaint and summons, by certified
or registered mail, to the Social Security Administration's Office of the General Counsel that
is responsible for the processing and handling of litigation in the particular judicial district in
which the complaint is filed. The names, addresses, and jurisdictional responsibilities of these
offices are published in the Federal Register (70 FR 73320, December 9, 2005), and are
available on line at the Social Security Administration's Internet site,
http://policy.ssa.gov/poms.nsf/links/0203106020.

You or your representative must also send copies of the complaint and summons, by certified
or registered mail, to the Attorney General of the United States, Washington, DC 20530.

## Time To File a Civil Action

- You have 60 days to file a civil action (ask for court review).

- The 60 days start the day after you receive this letter. We assume you received this letter
  5 days after the date on it unless you show us that you did not receive it within the 5-day
  period.

- If you cannot file for court review within 60 days, you may ask the Appeals Council to
  extend your time to file. You must have a good reason for waiting more than 60 days to
  ask for court review. You must make the request in writing and give your reason(s) in
  the request.



See Next Page

Kenneth Lanard Bryant                                    Page 3 of 3

You must mail your request for more time to the Appeals Council at the address shown at the top of this notice. Please put the Social Security number(s) also shown at the top of this notice on your request. We will send you a letter telling you whether your request for more time has been granted.

**About The Law**

The right to court review for claims under Title II (Social Security) is provided for in Section 205(g) of the Social Security Act. This section is also Section 405(g) of Title 42 of the United States Code.

The right to court review for claims under Title XVI (Supplemental Security Income) is provided for in Section 1631(c)(3) of the Social Security Act. This section is also Section 1383(c) of Title 42 of the United States Code.

The rules on filing civil actions are Rules 4(c) and (i) in the Federal Rules of Civil Procedure.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)828-1694.

> Social Security
> Bldg 2400 Suite 122
> 3800 Camp Creek Pkwy
> Atlanta, GA 30331-9819

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *David V. Foster*

David V. Foster
Administrative Appeals Judge

Enclosure: Order of Appeals Council

cc: Kathleen Flynn
    315 W. Ponce De Leon
    Avenue, Suite 940
    Decatur, GA 30030





Social Security Administration
OFFICE OF APPELLATE OPERATIONS

## ORDER OF APPEALS COUNCIL

**IN THE CASE OF**

**CLAIM FOR**

Period of Disability
Disability Insurance Benefits
Supplemental Security Income

Kenneth Lanard Bryant
(Claimant)

(Wage Earner)

The Appeals Council has received additional evidence which it is making part of the record.
That evidence consists of the following exhibits:

Exhibit 19B     Request for Review from Kathleen Flynn received
September 20, 2022

Exhibit 16E     Representative Brief from Kathleen Flynn dated
September 20, 2022

Date: November 7, 2022





Dcaro OAO PRB 35
Suite 1400
5107 Leesburg Pike
Falls Church, VA 22041

‖‖‖•‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

3047 2 MA 0.515 P1 T7 153815 1 2 1 CIPA R221107 0000

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030



