# EXHIBIT C

SOCIAL SECURITY ADMINISTRATION

**Refer to:** Kenneth Lanard Bryant

Office of Appellate Operations
5107 Leesburg Pike
Falls Church, VA 22041-3255
Telephone: (877) 670-2722
Date: January 30, 2023

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030

Dear Representative Flynn:

Re: Kenneth Lanard Bryant, 110 Canyon Lake Ct, Atlanta, GA 30349-1796

On November 7, 2022, the Appeals Council denied a request for review of the Administrative Law Judge's decision. The Council has now received your request for more time to file a civil action (ask for court review).

**We Are Giving You More Time to File a Civil Action**

The Appeals Council now extends the time within which you may file a civil action (ask for court review) for 30 days from the date you receive this letter. We assume that you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

**Need More Help?**

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this notice when you call.
3. You may also call your local office at (877)828-1694.

> Social Security
> Bldg 2400 Suite 122
> 3800 Camp Creek Pkwy
> Atlanta, GA 30331-9819

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

/s/ *Maurice A. Perry*
Maurice A. Perry

See Next Page

Kenneth Lanard Bryant                                                  Page 2 of 2

_____
Administrative Appeals Judge


cc:
Kenneth Lanard Bryant
110 Canyon Lake Ct
Atlanta, GA 30349-1796



Dcaro CCPRB 3 Section
Room 801
5107 Leesburg Pike
Falls Church, VA 22041

2407 1 MA 0.531 P1 T5 156000 1 2 1 CIPA R230130 0000

Kathleen Flynn
315 W. Ponce De Leon
Avenue, Suite 940
Decatur, GA 30030



