**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JOHN V. HOBBS, | Civil Action File No. |
| Plaintiff, | |
| | _____ |
| v. | |
| | Removed from Cobb County State |
| THE KROGER CO., JOHN DOE, and JOHN DOE, INC., | Court, Civil Action No. 23-A-144 |
| | |
| Defendants. | JURY TRIAL DEMANDED |

**DEFENDANT THE KROGER CO.'S DEMAND FOR
TWELVE PERSON JURY**

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

[Signature on following page.]

1

Respectfully submitted, this 17th day of February, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**              _/s/ Sarah Raquel L. Lisle_
950 East Paces Ferry Road, N.E.            Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta      Georgia Bar No. 515323
Atlanta, Georgia 30326                     Sarah Raquel L. Lisle
Telephone:  (404) 870-7386                 Georgia Bar No. 412593
Facsimile:  (404) 870-1033                 Jeremy A. Freiman
Email:      mmoffett@grsmb.com             Georgia Bar No. 786086
            slisle@grsmb.com               _Attorneys for Defendant The Kroger_
            jfreiman@grsmb.com             _Co._

<u>CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1</u>

This is to certify that on this date, the undersigned filed a true and correct copy

of **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON**

**JURY** with the Clerk of Court using the CM/ECF system and served all parties of

record via electronic service through the CM/ECF system to:

Edward J. Bauer, Esq.
BAUER LAW OFFICES
P.O. Box 19776
Atlanta, GA 30325-0776

Further, this is to certify that the foregoing pleading complies with the font

and point selections approved by the Court in Local Rule 5.1. It is prepared in Times

New Roman 14-point font.

Respectfully submitted, this 17th day of February, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**         */s/ Sarah Raquel L. Lisle*
950 East Paces Ferry Road, N.E.      Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta    Georgia Bar No. 515323
Atlanta, Georgia 30326               Sarah Raquel L. Lisle
Telephone:  (404) 870-7386           Georgia Bar No. 412593
Facsimile:  (404) 870-1033           Jeremy A. Freiman
Email:      mmoffett@grsmb.com       Georgia Bar No. 786086
            slisle@grsmb.com         *Attorneys for Defendant The Kroger*
            jfreiman@grsmb.com       *Co.*