**cyberdriveillinois.com is now ilsos.gov**



Office of the Secretary of State

ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 07407041 |
| Entity Name | CORNERSTONE CARGO LLC |
| Status | ACTIVE |

### Entity Information

**Principal Office**
765 IL-ROUTE 83, STE# 103
BENSENVILLE, IL 60106

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Thursday, 29 November 2018

**Jurisdiction**
IL

**Duration**
PERPETUAL

## Agent Information

Name
KATE GIERULA

Address
765 IL RTE 83, STE 105
BENSENVILLE , IL 60106

Change Date
Wednesday, 24 June 2020

## Annual Report

For Year
2022

Filing Date
Monday, 28 November 2022

## Managers

Name
Address
KIM, EDWARD
765 IL-ROUTE 83, STE 103
BENSENVILLE, IL 60106

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office