

| | |
|---|---|
| | **For Customer Support refer to the appropriate platform below:** |
| | **Police Records Retrieval**<br>800-934-9698<br>PoliceRecords.support@lexisnexisrisk.com |
| | **Accurint for Insurance**<br>866-277-8407<br>Accurint.support@lexisnexisrisk.com |

PAGE COUNT: 3

CLIENT:       USAA
DIVISION:     SER1
ADJUSTER: CHRISTOPHER MCC
CLAIM:        1681 07 11 002

TRANSACTION #: 1779840811
DATE:              06/07/2022

DATE OF LOSS: 06/06/2022          TIME OF LOSS: 0000
STREET:
CITY:         LAWRENCEVILLE
COUNTY:
STATE:        GA

INVESTIGATING AGENCY: LAWRENCEVILLE PD
REPORT NUMBER:        22060118
REPORT TYPE:          AUTOACCIDENT
PARTY1:               HOPE A VIGIL-SHUCK
PARTY2:               UNKNOWN
PARTY3:

CAR:      MAKE:             YEAR:
          TAG:   UNKNOWN

ADDITIONAL INFO:

NOTE:

THANK YOU FOR YOUR ORDER!

0901119cb1bcf896                    USAA Confidential

# Georgia Motor Vehicle Crash Report

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| 22060118 | GA0670300 | Gwinnett | |

**Estimated Crash** — Date: 06/06/2022   Time: 1817
**Dispatch** — Date: 06/06/2022   Time: 1817
**Arrival** — Date: 06/06/2022   Time: 1827
**Total Number of** — Vehicles: 2   Injuries:    Fatalities:
**Inside City Of**: LAWRENCEVILLE

**Road of Occurrence**: 316 EB
**At Its Intersection With**: ___
**Not At Its Intersection But**: 2060   ☐ Miles  ☐ North  ☐ East
                                        ■ Feet   ☐ South  ■ West
**Of**: HI HOPE RD

☐ Corrected
☐ Sup To Original
☐ Hit and Run

**Latitude (Y)**: 33.979683   (Format) 00.00000
**Longitude (X)**: -83.977434   (Format) -00.00000

## Unit # 1
- ■ Driver ☐ Ped ☐ Bike
- **LAST NAME**: SQUIRE   **FIRST**: CRAIG   **MIDDLE**: MICHAEL
- ■ Susp At Fault
- **Address**: 1521 CASSIUS ST
- **City**: LUTZ   **State**: FL   **Zip**: 33549   **DOB**: 9/16/91
- **Driver's License No.**: S-600-113-91-336-0   **Class**: A   **State**: FL   **Country**:
- **Insurance Co.**: AMERICAN HALLMARK INS   **Policy No.**: FLEET- AHIP2208112262   **Telephone No.**: (813) 239-7831
- **Year**: 2016   **Make**: FREIGHTLIN   **Model**: CASCADIA EVOLUTION
- **VIN**: 3AKJGLD5XGSHK9669   **Vehicle Color**: White
- **Tag #**: 2928384   **State**: IN   **County**:    **Year**: 2022
- **Trailer Tag #**: 2924994   **State**: ME   **County**:    **Year**: 2029
- ☐ Same as Driver   **Owner's Last Name**: CORNERSTONE CARGO
- **Address**: 765 IL ROUTE 83 STE 105
- **City**: BENSENVILLE   **State**: IL   **Zip**: 60106
- **Removed By**:    ☐ Request ☐ List
- **Alco Test**: 2   Type:    Results:    **Drug Test**: 2   Type:    Results:
- **First Harmful Event**: 11   **Most Harmful Event**: 11   **Operator/Ped Cond**: 1
- **Operator Contributing Factors**: 11
- **Vehicle Contributing Factors**: 1   **Roadway Contributing Factors**: 1
- **Direction of Travel**: E   **Vehicle Maneuver**: 6   **Non-Motor Maneuver**:
- **Vehicle Class**: 1   **Vehicle Type**: 4   **Vision Obscured**: 1
- **Number of Occupants**: 1   **Area of Initial Contact**: 1   **Damage to Veh**: 2
- **Traffic-Way Flow**: 2   **Road Comp**: 2   **Road Character**: 1
- **Number of Lanes**: 2   **Posted Speed**: 55   **Work Zone**: 0
- **Traffic Control**: 7   **Device Inoperative**: ☐ Yes ■ No
- **Citation #**: E22005226   **O.C.G.A. §**: 40-6-123(a)
- **Citation #**:    **O.C.G.A. §**:
- **Citation #**:    **O.C.G.A. §**:

## Unit # 2
- ■ Driver ☐ Ped ☐ Bike
- **LAST NAME**: VIGIL-SHUCK   **FIRST**: HOPE   **MIDDLE**: ABIGAIL
- ☐ Susp At Fault
- **Address**: 102 PRIOR ST SE
- **City**: GAINESVILLE   **State**: GA   **Zip**: 30501   **DOB**: 3/17/99
- **Driver's License No.**: 059661657   **Class**: C   **State**: GA   **Country**:
- **Insurance Co.**: USAA CASUALTY INSURAN   **Policy No.**: 016810711 C 07101   **Telephone No.**: (706) 575-9558
- **Year**: 2021   **Make**: Nissan   **Model**: VERSA
- **VIN**: 3N1CN8EV2ML921102   **Vehicle Color**: Silver
- **Tag #**: TAU4700   **State**: GA   **County**: MUSCOGEE   **Year**: 2023
- **Trailer Tag #**:    **State**:    **County**:    **Year**:
- ■ Same as Driver   **Owner's Last Name**:
- **Address**:
- **City**:    **State**:    **Zip**:
- **Removed By**:    ☐ Request ☐ List
- **Alco Test**: 2   Type:    Results:    **Drug Test**: 2   Type:    Results:
- **First Harmful Event**: 11   **Most Harmful Event**: 11   **Operator/Ped Cond**: 1
- **Operator Contributing Factors**: 1
- **Vehicle Contributing Factors**: 1   **Roadway Contributing Factors**: 1
- **Direction of Travel**: E   **Vehicle Maneuver**: 5   **Non-Motor Maneuver**:
- **Vehicle Class**: 1   **Vehicle Type**: 1   **Vision Obscured**: 1
- **Number of Occupants**: 1   **Area of Initial Contact**: 8   **Damage to Veh**: 3
- **Traffic-Way Flow**: 2   **Road Comp**: 2   **Road Character**: 1
- **Number of Lanes**: 2   **Posted Speed**: 55   **Work Zone**: 0
- **Traffic Control**: 7   **Device Inoperative**: ☐ Yes ■ No
- **Citation #**:    **O.C.G.A. §**:
- **Citation #**:    **O.C.G.A. §**:
- **Citation #**:    **O.C.G.A. §**:

## COMMERCIAL MOTOR VEHICLES ONLY

### Unit 1
- **Carrier Name**: CORNERSTONE CARGO
- **Address**: 765 IL ROUTE 83 STE 105   **City**: BENSENVILLE   **State**: IL   **Zip**: 60106
- **U.S. D.O.T.#**: 1683159   **No. of Axles**: 5   **G.V.W.R.**: 80000
- **Cargo Body Type**: 9   **Vehicle Config.**: 6   ■ Interstate ☐ Intrastate   **Fed. Reportable**: ☐ Yes ■ No
- **C.D.L.?** ■ Yes ☐ No   **C.D.L. Suspended?** ☐ Yes ■ No
- **Vehicle Placarded?** ☐ Yes ■ No   **Hazardous Materials?** ☐ Yes ■ No
- **Haz Mat Released?** ☐ Yes ■ No
- If YES: Name or four Digit Number from Diamond or Box: ___
- One Digit Number from Bottom of Diamond: 0
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

### Unit 2
- **Carrier Name**:
- **Address**:    **City**:    **State**:    **Zip**:
- **U.S. D.O.T.#**:    **No. of Axles**:    **G.V.W.R.**:
- **Cargo Body Type**:    **Vehicle Config.**:    ☐ Interstate ☐ Intrastate   **Fed. Reportable**: ☐ Yes ☐ No
- **C.D.L.?** ☐ Yes ☐ No   **C.D.L. Suspended?** ☐ Yes ☐ No
- **Vehicle Placarded?** ☐ Yes ☐ No   **Hazardous Materials?** ☐ Yes ☐ No
- **Haz Mat Released?** ☐ Yes ☐ No
- If YES: Name or four Digit Number from Diamond or Box: ___
- One Digit Number from Bottom of Diamond: ___
- ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

USAA Confidential

0901119cb1bcf896

## COLLISION FIELDS

| Manner of Collision: | 4 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 1 |

## NARRATIVE

V2 was traveling east bound on State Route 316 in the far right lane of travel just passed U.S. Auto Sales Blvd. V1 was traveling next to V2 in the far left lane of travel. V1 attempted to change into the far right lane of travel striking the rear of V2.

## DIAGRAM

[Diagram showing SR 316 EB with V1 and V2, P.O.I., and HI HOPE RD]

## PROPERTY DAMAGE INFORMATION

| Damage Other Than Vehicle: | Owner: |

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| | | | | | |

## OCCUPANT INFORMATION

**1**
| Name (Last, First): | SQUIRE, CRAIG MICHAEL | Address: | 1521 CASSIUS ST, LUTZ, FL 33549 |
| Age: 30 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injured Taken To: | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): |

**2**
| Name (Last, First): | VIGIL-SHUCK, HOPE ABIGAIL | Address: | 102 PRIOR ST SE, GAINESVILLE, GA 30501 |
| Age: 23 | Sex: F | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2 |
| Injured Taken To: | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): |

**3**
| Name (Last, First): | Address: |
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): |

**4**
| Name (Last, First): | Address: |
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | By: | EMS Notified Time (Fatality Only): | EMS Arrival Time (Fatality Only): | Hospital Arrival Time (Fatality Only): |

## ADMINISTRATIVE

| Photos Taken: ☐ Yes ☐ No | By: | Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via Fax at (404)635-2963. |
| Report By: 236 - Jones, S | Agency: Lawrenceville Police Departme | Report Date: 06/06/2022 | Checked By: 183 - Sperlik, M | Date Checked: 06/06/2022 |

GDOT-523 (07/17)   MAIL TO: Georgia Department of Transportation, CRASH REPORTING UNIT, 935 East Confederate Ave., Atlanta, GA 30316-2590

0901119cb1bcf896

USAA Confidential