# IN THE STATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| HOPE VIGIL-SHUCK,<br><br>　　Plaintiff,<br><br>v.<br><br>CRAIG SQUIRE,<br>CORNERSTONE CARGO, LLC,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 23-C-00366-S6<br><br><br><br><br>*Jury Trial Demanded* |

## DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendants **CRAIG SQUIRE and CORNERSTONE CARGO, LLC**, (collectively "Defendants"), and file the following Notice of Removal to the United States District Court, showing the Court as follows:

1. Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Ex. "A."

2. As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 17th day of February 2023.

**HALL BOOTH SMITH, P.C.**

 */s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
WHITNEY L. GIBBS
Georgia State Bar No. 455827
*Counsel for Defendants*

1

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| HOPE VIGIL-SHUCK,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG SQUIRE,<br>CORNERSTONE CARGO, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 23-C-00366-S6<br><br><br><br>*Jury Trial Demanded* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Andrew Cobb, Esq.
Jaraysi Law, LLC
2250 Satellite Blvd
Suite 120
Duluth, GA 30308
andrew@jaraysilawfirm.com
*Counsel for Plaintiff*

Peter F. Jaraysi, Esq.
Jaraysi Law, LLC
2250 Satellite Blvd
Suite 120
Duluth, GA 30308
peter@jaraysilawfirm.com
*Counsel for Plaintiff*

Respectfully submitted this 17th day of February 2023.

                              **HALL BOOTH SMITH, P.C.**

                              */s/ Sandro Stojanovic*
                              SCOTT H. MOULTON
                              Georgia State Bar No. 974237
                              SANDRO STOJANOVIC
                              Georgia State Bar No. 473114
191 Peachtree Street NE, Suite 2900     WHITNEY L. GIBBS
Atlanta, GA  30303-1775                  Georgia State Bar No. 455827
T:  404.954.5000                           *Counsel for Defendants*
F:  404.954.5020
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com