**From:** Tiffany Nanguy <tiffany@jaraysilawfirm.com>
**Date:** December 9, 2022 at 12:21:56 PM CST
**Subject: Hope Vigil Shuck v. Direct Trucking Corp. d/b/a Sparc Transport, Cornerstone Cargo, LLC and Craig M. Squire**

Good afternoon Counsel,

I understand that you will be the defense counsel handling this case and I am glad to be working with you to get this resolved.

Here is where pre-suit negotiations currently stand: Our client's latest demand was for $395,000.00 - down $55k from the beginning of negotiating. NARS's latest offer is $40,000.00 - up only $7,500 from the beginning of negotiating. So far, NARS's moves have not convinced us that they are truly wanting to settle this matter. While our client will authorize settlement for less than our current demand, we want to make it clear that we are not settling for anything less than 6 figures. Our client has received disability ratings from two treating physicians so far. Evidently, our client is still suffering significantly from her injuries and will need continuing treatment which has been estimated at around $100k.

Do you foresee any significant motion being made on NARS's end? Please let me know. If not, we are prepared to file suit.

- Tiffany
___

**Tiffany Nanguy**
*Associate Attorney*
Jaraysi Law, LLC
2250 Satellite Blvd., Ste. 120
Duluth, GA 30097
P: 404-777-9601
F: 888-576-7869
E: tiffany@jaraysilaw.com

**THINK GREEN**  Consider the effect on the environment before you print this email.

_____

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

Jaraysi Law, LLC