IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Shelby Ratliff, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | ***(DIVERSITY JURISDICTION)*** |
| Target Corporation, ABC Corps #1-3 | ) | |
| and John Does #1-3, | ) | (Removed from the State Court |
| | ) | of the State of Georgia, County |
| Defendants. | ) | of Douglas, File No. |
| | ) | 23SV00012) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**DEFENDANT TARGET CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE-PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Target Corporation ("Target") files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. **Plaintiff Shelby Ratliff; and**

**b. Defendant Target Corporation.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**a. Mitchell B. Ladson;**

**b. Morgan & Morgan**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**a. Mitchell B. Ladson (Morgan & Morgan) for Plaintiff Shelby Ratliff; and**

**b. Sharonda B. Barnes and Francesca G. Townsend (Huff, Powell & Bailey, LLC) for Defendant Target Corporation.**

This 17th day of February, 2023.

                                      HUFF, POWELL & BAILEY, LLC

                                      */s/ Sharonda B. Barnes*
                                      _____
                                      SHARONDA BOYCE BARNES
                                      Ga. Bar No. 245438

/s/ *Francesca G. Townsend*

————————————————

FRANCESCA G. TOWNSEND
Ga. Bar No. 309045

*Counsel for Defendant*
*Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

                        HUFF, POWELL & BAILEY, LLC

                        */s/ Sharonda B. Barnes*

                        _____
                        SHARONDA BOYCE BARNES
                        Ga. Bar No. 245438

                        */s/ Francesca G. Townsend*

                        _____
                        FRANCESCA G. TOWNSEND
                        Ga. Bar No. 309045

                        *Counsel for Defendant*
                        *Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing DEFENDANT TARGET CORPORATION'S RULE 7.1 CORPORATE-PARTY DISCLOSURE STATEMENT upon all parties or their counsel of record via CM/ECF's Electronic Case Filing System and by Statutory Electronic Service, addressed as follows to assure delivery to:

Mitchell B. Ladson
Morgan & Morgan
408 12th Street Suite 200
Columbus, Georgia 31901
mladson@forthepeople.com

This 17th day of February, 2023.

        HUFF, POWELL & BAILEY, LLC

        */s/ Sharonda B. Barnes*

        _____
        SHARONDA BOYCE BARNES
        Ga. Bar No. 245438

        */s/ Francesca G. Townsend*

        _____
        FRANCESCA G. TOWNSEND
        Ga. Bar No. 309045

        *Counsel for Defendant*
        *Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022