# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Shelby Ratliff, | ) | FILE NO.: _____ |
| | ) | NOTICE OF REMOVAL OF |
| Plaintiff, | ) | CIVIL ACTION UNDER 28 |
| | ) | U.S.C. § 1441(a) |
| v. | ) | |
| | ) | **(DIVERSITY JURISDICTION)** |
| Target Corporation, ABC Corps #1-3 | ) | |
| and John Does #1-3, | ) | (Removed from the State Court |
| | ) | of the State of Georgia, County |
| Defendants. | ) | of Douglas, File No. |
| | ) | 23SV00012) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that I have this day served a true and correct copy the TARGET CORPORATION'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF upon all parties or their counsel of record via Statutory Electronic Service to assure delivery as follows:

Mitchell B. Ladson
Morgan & Morgan
408 12th Street Suite 200
Columbus, Georgia 31901
mladson@forthepeople.com

This the 17th day of February, 2023.

(*Signature on following page.*)

- 2 -

          HUFF, POWELL & BAILEY, LLC

          */s/ Sharonda B. Barnes*
          SHARONDA B. BARNES
          Georgia Bar No. 245438

          /s/ *Francesca G. Townsend*
          FRANCESCA G. TOWNSEND
          Georgia Bar No.: 309045
          *Counsel for Defendant Target Corporation*

999 Peachtree Street, NE,
Suite 950
Atlanta, Georgia 30309
(404) 892-4022
sbarnes@huffpowellbailey.com
ftownsend@huffpowellbailey.com