# Dispatch Sheet
## » CentralDispatch

## Carrier Information

**Carrier:** Freeman Logistics Group LLC
931 Monroe Drive NE A 102-315
atlanta, GA 30308
**MC Number:** 052474

**Order ID:** Call 704-858-5454

**Contact:** Vernon king
**Phone:** (404) 308-6498
**Phone 2:** (404) 308-6498

## Auto Max
11900 N TRYON ST
charlotte, NC 28262
**Co. Phone:** (704) 716-2232 x306 CALL DISPATCHER

**Dispatch Info**
**Contact:** SERGEY OR IGOR
**Phone:** (704) 716-2232
**Fax:** (704) 716-2235

## Order Information

**Dispatch Date:** 09/04/2021
**Pickup Estimated:** 09/06/2021
**Delivery Estimated:** 09/08/2021
**Ship Via:** Open
**Condition:** Operable

**Price Listed:** N/A
**Total Payment to Carrier:** $550.00
**On Delivery to Carrier:** $550.00 *COD
**Company** owes Carrier: $0.00 after COD is paid

*Cash/Certified Funds on Delivery.
**The company (broker, dealer, auction, rental company, etc.) that originated this dispatch sheet.

## Vehicle Information

**Total Vehicles:** 1

1  2012 ford f-250  **Type:** Pickup  **Color:**  **Plate:**  **VIN:**  **Lot #:**  **Additional Info:**

## Pickup Information

**Name:** *CONTACT DISPATCHER*
*CONTACT DISPATCHER*
morrow, GA 30260
**Phone:** *CONTACT DISPATCHER*

## Delivery Information

**Name:** *CONTACT DISPATCHER*
*CONTACT DISPATCHER*
hatboro, PA 19040
**Phone:** *CONTACT DISPATCHER*

### DISPATCH INSTRUCTIONS
This should be picked up within 2 days of 09/06/2021.  This should be delivered within 2 days of 09/08/2021.

PLEASE GIVE THE CUSTOMER AT LEAST A 24 HOUR NOTICE FOR PICKUP AND DELIVERY. PLEASE DO A THOROUGH INSPECTION OF THE VEHICLE ON PICKUP.

Authority to transport this vehicle is hereby assigned to **Freeman Logistics Group LLC**. By accepting this agreement **Freeman Logistics Group LLC** certifies that it has the proper legal authority and insurance to carry the above described vehicle, only on trucks owned by **Freeman Logistics Group LLC**. All invoices must be accompanied by a signed delivery receipt and faxed to **Auto Max**. The above agreed upon price includes any and all surcharges unless otherwise agreed to by both Freeman Logistics Group LLC and Auto Max.

The agreement between Freeman Logistics Group LLC and Auto Max, as described in this dispatch sheet, is solely between Freeman Logistics Group LLC and Auto Max. Dealertrack Central Dispatch, Inc. is not a party to such agreement, has no obligation under such agreement and expressly disclaims all liability whatsoever arising out of, or in connection with such agreement.

CD reference # 29182006