
(https://inbiz.in.gov)

**EXHIBIT C**



## Business Search

Business Search Result

| Business ID | Business Name | Name Type | Entity Type | Principal Office Address | Registered Agent Name | Status |
|---|---|---|---|---|---|---|
| 194089-133 | WHEATON VAN LINES, INC. | LEGAL NAME | Domestic For-Profit Corporation | 8010 CASTLETON RD PO BOX 50800, INDIANAPOLIS, IN, 46250, USA | MARK J KIRSCHNER | Active |

Page 1 of 1, records 1 to 1 of 1

Return to Search