**EXHIBIT D**

cyberdriveillinois.com is now ilsos.gov



Office of the Secretary of State
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 51347943 |
| Entity Name | BREDA MOVING COMPANY, INC. |
| Status | ACTIVE |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
DOMESTIC BCA

**Incorporation Date (Domestic)**
Thursday, 5 January 1978

**State**
ILLINOIS

**Duration Date**
PERPETUAL

### Agent Information

**Name**

RYAN P. FARRELL

Address
50 N VIRGINIA ST
CRYSTAL LAKE , IL 60014

Change Date
Monday, 29 March 2021

## Annual Report

Filing Date
Thursday, 29 December 2022

For Year
2023

## Officers

President
Name & Address
BRUCE BREDA 805 DAVE PATE DR ROSELLE IL 60172

Secretary
Name & Address
ANDREW BREDA SAME

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.        Thu Feb 16 2023

https://apps.ilsos.gov/corporatellc/CorporateLlcController                                                                 2/2