# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/09/2022 17:17:46

## BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | CRST EXPEDITED, INC. |
| **CONTROL NUMBER** | : | 15068474 |
| **BUSINESS TYPE** | : | Foreign Profit Corporation |
| **JURISDICTION** | : | Iowa |
| **ANNUAL REGISTRATION PERIOD** | : | 2022 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 3930 16th Avenue SW, Cedar Rapids, IA, 52404, USA |
| **REGISTERED AGENT NAME** | : | Cogency Global Inc. |
| **REGISTERED OFFICE ADDRESS** | : | 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA, 30076, USA |
| **REGISTERED OFFICE COUNTY** | : | Fulton |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| David Rusch | CEO | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |
| David Souza | CFO | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |
| Lisa Stephenson | Secretary | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 3930 16th Avenue SW, Cedar Rapids, IA, 52404, USA |
| **REGISTERED AGENT NAME** | : | Cogency Global Inc. |
| **REGISTERED OFFICE ADDRESS** | : | 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA, 30076, USA |
| **REGISTERED OFFICE COUNTY** | : | Fulton |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Hugh Ekberg | CEO | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |
| Brent Mohasci | CFO | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |
| Lisa Stephenson | Secretary | 3930 16TH AVE SW, CEDAR RAPIDS, IA, 52404, USA |

## AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Brent Mohasci |
| **AUTHORIZER TITLE** | : | Officer |