**AFFIDAVIT OF SERVICE**

2022CV02714 eFiled 1/20/2023 11:46 AM

Tiki Brown
**Clerk of State Court**
Clayton County, Georgia
Hannah Lowery

State of Georgia      County of Clayton      State Court

Case Number: 2022CV02714

Plaintiff:
Maquae N. Robinson
vs.
Defendant
Anthony Norman etal

For:
Chloe Thompson

Received by Perma Investigations on the 2nd day of January, 2023 to be served on **Anthony Norman 16480 Omar Boulevard Biloxi, MS 39532.**

I, Ricky Dombrowski, being duly sworn, depose and say, that on the 14th of January, 2023 at 3:00 PM, I

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, COMPLAINT FOR DAMAGES, RULE 5.2 CERTIFICATE OF SERVICE, PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANTHONY Q. NORMAN, PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ANTHONY Q. NORMAN to Stacey Odell /Co Resident** at the address of **16480 Omar Boulevard Biloxi, MS 39532,** the within named person's usual place of **Abode,** who resides therein and is a person of suitable age and discretion.

**Additional information pertaining to this Service:**
01/14/2023 3:00 PM Stacey Odell is the First Cousin of Anthony Norman. She stated her father and his mother are brother and sister. She is a black female about 5'5" 155 lbs Black hair brown eyes

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age.

Subscribed and Sworn to before me on the ____17____ day of January 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Ricky Dombrowski
Process Server

Perma Investigations
PO Box 1742
Roswell, GA 30077

STATE OF MISSISSIPPI
PAMELA JOHNSON KITCH
NOTARY PUBLIC
Harrison County
Commission Expires
June 5, 2026
COMMISSION NUMBER 315232

**AFFIDAVIT OF SERVICE**

| State of Georgia | County of Clayton | State Court |

Case Number: 2022CV02716

Plaintiff:
Olympia Cross
vs.
Defendant
Anthony Norman etal

For:
Chloe Thompson

Received by Perma Investigations on the 2nd day of January, 2023 to be served on **Anthony Norman 16480 Omar Boulevard Biloxi, MS 39532.**

I, Ricky Dombrowski, being duly sworn, depose and say, that on the 14th of January, 2023 at 3:00 PM, I

**SUBSTITUTE s**erved by delivering a true copy of the **SUMMONS, COMPLAINT FOR DAMAGES, RULE 5.2 CERTIFICATE OF SERVICE, PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANTHONY Q. NORMAN, PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ANTHONY Q. NORMAN to Stacey Odell /Co Resident** at the address of **16480 Omar Boulevard Biloxi, MS 39532,** the within named person's usual place of **Abode,** who resides therein and is a person of suitable age and discretion.

**Additional information pertaining to this Service:**
01/14/2023 3:00 PM Stacey Odell is the First Cousin of Anthony Norman. She stated her father and his mother are brother and sister. She is a black female about 5'5" 155 lbs Black hair brown eyes

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age.

Subscribed and Sworn to before me on the ___17___ day of January 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Ricky Dombrowski
Process Server

Perma Investigations
PO Box 1742
Roswell, GA 30077