# EXHIBIT A



P O BOX 801988
KANSAS CITY MO 64180
UNITED STATES

09/19/2022

DAMEON JOHNSON

| | |
|---|---|
| Customer # | : |
| Claim Number | : 18321697 |
| Your Claim Number | : |
| Date of Loss | : 04/18/2022 |
| Your Insured | : |

Enclosed please find the supporting documentation you requested.

If you have any feedback regarding the handling of this claim please send an email to
ClaimFeedback@ehi.com.
Sincerely,
TAMISHA CHANDLER
Phone:          866-300-4407 4694
Email:          e552tw@erac.com





**Rental Agreement Summary**
**RA#: 66094R**
**Renter: DAMEON JOHNSON**
**ENTERPRISE PLUS**
**Billing Cycle: 24-HOUR**

### Taxes and Fees

| | | |
|---|---|---|
| RENTAL EXCISE TAX (3%) | 3% | $11.34 |
| VEHICLE LICENSE FEE RECOVERY | $0.50 / Day | $2.00 |
| SALES TAX (7%) | 7% | $26.45 |
| **Total Estimated Charge:** | | **$415.71** |
| Payments: | | |
| MASTERCARD ******9161 | Auth | ($715.71) |

**Renter Acknowledgement of Charges**

**I acknowledge that I have reviewed and agree to all Estimated Renter Charges and fees listed on Summary of Charges and further agree to pay for final charges in accordance with the Additional Terms and Conditions of this Contract.**

### 🗓 Dates & Times          📍 Location

**Pick up**

Friday, April 15, 2022 8:32 AM
Start Charges:
Friday, April 15, 2022 8:32 AM

6384 FAIRBURN RD
DOUGLASVILLE,
GA 30134-6907
(770) 947-1218

**Anticipated Return**

Monday, April 18, 2022 4:00 PM

6384 FAIRBURN RD
DOUGLASVILLE,
GA 30134-6907
(770) 947-1218



**Owner: ENTERPRISE LEASING COMPANY OF GEORGIA, LLC**

**Additional Drivers**

**No Additional Drivers are authorized to drive the vehicle with the exception of the drivers listed below.**
*(Additional driver names listed here if applicable)*

STEPHEN JACKSON

**Please keep this Rental Agreement Summary with you in the vehicle during the rental.**

### 🚗 Vehicle

| | |
|---|---|
| 2020 ACUR TLX SPC2 BLACK | License: OH JOB5982 |
| VIN: 19UUB2F49LA000466 | Vehicle: 8C8R7K |
| Pickup: 04/15/2022 @ 8:32 AM | ODO:38017 Fuel:1/2 |

**Vehicle Condition:**

No Damage Documented

### 💲 Summary of Charges

### 💲 Estimated Renter Charges

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 4/15/22-4/18/22 | $56.99 / Day | $227.96 |
| NO CHARGE DISTANCE 4/15/22-4/18/22 | $0.00 / Mile | $0.00 |
| DAILY RATE: | $56.99 / Day | |
| HOURLY RATE: | $18.99 / Hour | |
| REFUELING CHARGE | $5.60 / Gallons | $0.00 |
| ADDITIONAL DRIVER 4/15/22-4/18/22 | $15.00 / Day | $60.00 |

**Optional Protections Accepted**

| | | |
|---|---|---|
| DW/CDW OPTIONAL 4/15/22-4/18/22 | $21.99 / Day | $87.96 |

**Optional Protections Declined**

| | | |
|---|---|---|
| PAI/PEC | @ $6.00 / Day | $0.00 |
| RAP | @ $5.99 / Day | $0.00 |
| SUPPLEMENTAL LIABILITY PROTECTION 2 | @ $11.79 / Day | $0.00 |

**Renter Acknowledgement of Accepted and Declined Protections**

**I acknowledge that I have accepted or declined protections as indicated above.**

### ⚖ Local Addenda

OPTIONAL PRODUCTS NOTICE: WE OFFER FOR AN ADDITIONAL CHARGE THE FOLLOWING OPTIONAL PRODUCTS: DAMAGE WAIVER, (WHICH MAY ALSO BE KNOWN AS LOSS DAMAGE WAIVER OR COLLISION DAMAGE WAIVER); PERSONAL ACCIDENT INSURANCE/ PERSONAL EFFECTS COVERAGE; SUPPLEMENTAL LIABILITY PROTECTION, ROADSIDE SERVICE PROTECTION AND ROADSIDE ASSISTANCE PROTECTION. BEFORE DECIDING TO PURCHASE ANY OF THESE PRODUCTS, YOU MAY WISH TO DETERMINE WHETHER YOUR PERSONAL INSURANCE, CREDIT CARD OR OTHER COVERAGE PROVIDES YOU PROTECTION DURING THE RENTAL PERIOD. THE

**PURCHASE OF ANY OF THESE PRODUCTS IS NOT REQUIRED TO RENT VEHICLE.**

**By signing below, Renter agrees to Owner's collection of information about Renter's use of Vehicle and Texting & Calling terms. See paragraphs with the headings Text & Call and Owner's Collection and Use of Vehicle Data: Renter's Use of Vehicles Navigation and Infotainment Systems and Vehicle Manufacturer Apps in the Terms and Conditions.**

RENTER ACKNOWLEDGEMENT OF LOCAL ADDENDA



TERMS AND CONDITIONS

**Click to view Additional Terms and Conditions**

FORM# 03.26.43.55.56.GA-JK_UC22

RENTER ACKNOWLEDGEMENT OF THE ENTIRE CONTRACT

I, THE "RENTER" BY SIGNING BELOW, HAVE READ AND AGREE TO THE TERMS AND CONDITIONS IN THE ADDITIONAL TERMS AND CONDITIONS, WHICH ARE INCORPORATED BY REFERENCE AS IF FULLY SET FORTH HEREIN, AND THE RENTAL AGREEMENT SUMMARY (COLLECTIVELY, THE ADDITIONAL TERMS AND CONDITIONS AND THE RENTAL AGREEMENT SUMMARY ARE THE "CONTRACT"). BY SIGNING BELOW, I AM AUTHORIZING OWNER TO CHARGE TO THE CREDIT CARD(S) AND/OR DEBIT CARD(S) THAT I HAVE PROVIDED TO OWNER ALL AMOUNTS OWED BY ME UNDER THIS CONTRACT FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND OR ANY OTHER AMOUNTS OWED BY ME, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I ALSO AUTHORIZE OWNER TO RE-INITIATE ANY CHARGE TO MY CARD(S) THAT IS DISHONORED FOR ANY REASON. I CERTIFY THAT THE DRIVER'S LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED. I FURTHER ACKNOWLEDGE AND CONSENT TO THE TERMS AND CONDITIONS SET FORTH IN THE PARAGRAPH WITH THE HEADING "DISPUTE RESOLUTION PROVISION- MANDATORY ARBITRATION AGREEMENT" IN THE ADDITIONAL TERMS AND CONDITIONS. BY SIGNING BELOW RENTER AGREES TO OWNER'S COLLECTION OF INFORMATION ABOUT RENTER'S USE OF VEHICLE AND TEXTING & CALLING TERMS. SEE PARAGRAPHS WITH THE HEADINGS TEXT & CALL AND OWNER'S COLLECTION AND USE OF VEHICLE DATA: RENTER'S USE OF VEHICLES NAVIGATION AND INFOTAINMENT SYSTEMS AND VEHICLE MANUFACTURER APPS IN THE ADDITIONAL TERMS AND CONDITIONS.



66094R

Additional Terms and Conditions of the Contract electronically accepted by the Renter

4/15/22  at 8:37 AM

# EXHIBIT B



EXHIBIT C

## INVOICE

**Vendor Information:**

Hall's Towing Service, Inc.
1161 Weems Street
Pearl, MS 39208

Date of Loss: 04/18/2022
Loss Report Date: 04/19/2022

Claim #: 18321697
Date of Invoice Payment: 05/03/2022

**Rental Location:**

ENTERPRISE RENT-A-CAR
6384 FAIRBURN RD
DOUGLASVILLE, GA 30134

**Vehicle Information:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Make: | ACUR | Model: | TLX | Year: | 2020 |
| Odometer: | 35413 | Vin: | 19UUB2F49LA000466 | License Plate: | JOB5982 |
| Color: | BLACK | Unit #: | 8C8R7K | License St: | OH |

Towing including hookup, mileage, and storage.      $181.75

| **Invoice Total:** | $181.75 |
|---|---|

# EXHIBIT D

1 of 2



PO BOX 801770
KANSAS CITY MO 64180
UNITED STATES

06/28/2022

DAMEON JOHNSON
6003 BRODICK LN
6003
LITHIA SPRINGS GA 30122
UNITED STATES

| | |
|---|---|
| Claim Number | : 18321697 |
| Date of Loss | : 04/18/2022 |
| Renter's name | : DAMEON JOHNSON |
| Rental Agreement# | : 66094R |

Thank you for your recent rental.  Our office handles damage claims for the location you rented from and we received notification of damage to the vehicle you rented.

Our records indicate you purchased our damage protection product to relieve you of responsibility for damage/loss to the rented vehicle.  However, after reviewing the facts surrounding this loss, we have determined that the damage protection product cannot be honored due to actions that invalidate such protection.  Please refer to the terms and condition of your rental agreement.

We want to make this process as transparent as possible.  Enclosed is an overview of our claims procedures, our contact information and some important insurance and credit card information that you may find useful.  Please contact us with any questions or concerns you may have.  For your reference, you will find our claim number above.  This information will help us locate the claim when you, your insurance company or credit card company contact us.  Please reference this number when you write or call.

Again, thank you for your business and for your cooperation in helping us resolve this damage claim.

Sincerely,
KAREN BOTTS
Phone:        866-300-3239
Email:        DRU1@ehi.com

2 of 2

### Thank you for your business!

We understand that minor damage can occur a number of ways, often by other parties.  Our goal is to resolve this matter with minimum inconvenience to you and see you again for your future rental needs.  Information such as photos, names of witnesses, police reports, valet parking claim tickets, etc. can help us identify the appropriate steps to resolve this matter.  We appreciate your cooperation.

You play an important role in helping us ensure that the claim process goes smoothly.  If you have photos or other information about the origins of the damage or any pertinent facts about your rental, please share that information with us.

Following is a brief overview of our claims process.
- To ensure the quality of our fleet, we inspect vehicles prior to and after every rental.
- When body or paint work is necessary, we will obtain an estimate from an independent repair vendor.
  - The repair rates we receive reflect fleet volume pricing.  And, we review every estimate for accuracy.
  - When damage is cosmetic, we may have to delay getting an estimate or completing a repair to honor existing reservations.  This may delay our ability to contact you about the amount of damage.
  - Once we determine the amount of repairs, we will send you the estimate and pictures.
  - We review each estimate to ensure the damage matches the information recorded when you returned the vehicle.
- You have the option to pay out of pocket, or to turn the claim in to your insurance or credit card company.
  - You may be responsible for a deductible and expenses not covered by your policy or credit card.
  - Many insurance policies and credit cards have a specific timeframe in which you are required to report a claim.
  - We do our best to control the cost of repairs and mimimize damages.
    - We share any discounts we receive with the party paying for the damage.
    - We base Loss of Use (the time the car is being repaired) on the hours of labor provided in the estimate.  As a result, you will not be charged for weekends, holidays or parts delays.
    - Vehicle history reports impact used car values of previously damaged vehicles.  As a result, we may apply a Diminishment of Value charge based on existing laws that define this expense.
    - We include an administrative fee to help offset our cost of negotiating preferred repair pricing, overseeing the proper repair of the damage and resolving the matter for all parties involved.

If you have a question or concern, please contact us immediately!  We will route your inquiry to the appropriate party to resolve your question or concern.

Thank you for your business and cooperation in this matter.  You can reach us at the phone number or email address on the cover letter.  When calling or writing, please have your claim number available.

Reporting information for the largest U.S. insurance and credit card companies:

| | | | | | |
|---|---|---|---|---|---|
| AAA of N. Calif. | 800-922-8228 | Esurance | 800-378-7262 | Nationwide | 800-421-3535 |
| AAA of S. Calif. | 800-222-7623 | Farmers | 800-435-7764 | Progressive | 800-776-4737 |
| AIG/21st Century | 888-244-6163 | GEICO | 800-861-8380 | Safeco | 800-332-3226 |
| Allstate | 800-255-7828 | GMAC | 800-468-3466 | State Farm | Call agent |
| American Family | 800-692-6326 | Hanover | 800-628-0250 | Travelers | 800-238-6225 |
| Amica | 800-242-6422 | Hartford | 800-243-5860 | Unitrin | 877-506-4222 |
| ANPAC | 800-333-2860 | Infinity | 800-334-1661 | USAA | 800-531-8722 |
| Chubb | 800-252-4670 | Kemper | 888-252-2799 | **Credit card claims reporting** | |
| Commerce | 800-221-1605 | Liberty Mutual | 800-225-2467 | American Express | 800-338-1670 |
| Country | 800-846-0100 | Mercury | 800-503-3724 | MasterCard | 800-622-7747 |
| Erie | 800-367-3743 | MetLife | 800-854-6011 | Visa | 866-390-9735 |

EXHIBIT E

1 of 8



P O BOX 801988
KANSAS CITY MO 64180
UNITED STATES

08/26/2022

DAMEON JOHNSON
6003 BRODICK LN
6003
LITHIA SPRINGS GA 30122
UNITED STATES

Claim Number                                    : 18321697
Date of Loss                                    : 04/18/2022
Balance Due                                     : $12,358.20
Renter's name                                   : DAMEON JOHNSON
Rental Agreement#                               : 66094R

Our review indicates that you are responsible for the damages to our vehicle.

Enclosed please find documentation to support our claim.  Please review this information and remit
payment in full to the address above.  Please include our claim number on your payment.   If you
prefer you may also pay the amount due using a debit card, credit card or directly from your bank
account at

http://www.claimtopay.com

If you have reported this claim to your insurance and / or credit card company, please contact our
office with the claim information.

If you have any questions, please contact us at the number below.
Sincerely,
DAMAGE RECOVERY UNIT
Phone:        8663004407
Email:        DRU3@ehi.com

**INVOICE**

Date:   08/26/2022

DAMEON JOHNSON
6003 BRODICK LN
6003
LITHIA SPRINGS GA 30122
UNITED STATES

Claim #:  18321697
Unit #:  8C8R7K
Billing Invoice #:  3006528411

Vehicle Information
VIN:   19UUB2F49LA000466
Year:   2020
Make:   ACUR
Model:   TLX

| Item | Total Cost | Amount Due |
|------|-----------:|-----------:|
| Damage | $10,298.49 | $10,298.49 |
| Towing & Storage | $181.75 | $181.75 |
| Admin Fees | $150.00 | $150.00 |
| Loss of Use: | $698.12 | $698.12 |
| Diminishment of Value | $1,029.84 | $1,029.84 |

**Total Amount Due: $ 12,358.20***

*Remit payment in U.S. Dollars.

**PAY UPON RECEIPT**

**ALL PAYMENTS MUST INCLUDE THIS REMITTANCE TO BE CREDITED PROPERLY!**

PAYABLE TO:
DAMAGE RECOVERY
P O BOX 801988
KANSAS CITY MO 64180
UNITED STATES
Toll Free #:   8663004407

Claim #:  18321697
Unit #:  8C8R7K
Billing Invoice #:  3006528411

**Total Amount Due: $** _____ **12,358.20***
*Remit payment in U.S. Dollars.

**Total Amount Remitted: $** _____

# INVOICE

**Vendor Information:**

Hall's Towing Service, Inc.
1161 Weems Street
Pearl, MS 39208

| | |
|---|---|
| Date of Loss: | 04/18/2022 |
| Loss Report Date: | 04/19/2022 |
| Claim #: | 18321697 |
| Date of Invoice Payment: | 05/03/2022 |

**Rental Location:**

ENTERPRISE RENT-A-CAR
6384 FAIRBURN RD
DOUGLASVILLE, GA 30134

**Vehicle Information:**

| | | | | | |
|---|---|---|---|---|---|
| Make: | ACUR | Model: | TLX | Year: | 2020 |
| Odometer: | 35413 | Vin: | 19UUB2F49LA000466 | License Plate: | JOB5982 |
| Color: | BLACK | Unit #: | 8C8R7K | License St: | OH |

Towing including hookup, mileage, and storage.                    $181.75

| | |
|---|---|
| **Invoice Total:** | $181.75 |

Our claim number:  18321697 _____

| **Your Claim Information** |
|---|

Your insurance / credit card company: _____

Your claim number: _____

Name of claims adjuster: _____

Adjuster / company email address: _____

Adjuster / company phone number: _____

Adjuster / company fax number: _____

Adjuster / company mailing address: _____
*Address*

_____
*City, State, Country, Zip*

**Please reply to:**
Damage Recovery Unit
Email: DRU3@ehi.com
Fax: 8662066961
Phone: 8663004407
Mail: P O BOX 801988 KANSAS CITY MO USA 64180

## Estimate Information

| | |
|---|---|
| Estimate ID 3013636714 | Claim: VX03610RZ |
| Estimator: Heather Cowan | |
| File ID: 7200 | |
| Platform: CCC | |
| Date Created: 05/04/2022 | |

## Repair Facility

Repair Facility: Rogers Dabbs Chevrolet
Address: 1501 W Government St
Brandon, MS 39042
Phone: 601-8252277
Fax:
Federal Tax ID: 640642087
State Tax ID:
BAR:

## Vehicle Data

| | | | |
|---|---|---|---|
| Unit #: 8C8R7K | Year: 2020 | Make: Acura | Model: TLX FWD w/Technology Pkg |
| VIN: 19UUB2F49LA000466 | Color: BLACK | Lic. State: | License: |
| Body Style: 4D SED | Engine: | Odometer: | Prod. Date: |

Point of Impact
Primary: Unknown Point of Impact
Secondary: Unknown Point of Impact

## Line

| Line | Op | Description | Type | Part# | Price | Qty | Labor | Paint | Labor Amt |
|---|---|---|---|---|---|---|---|---|---|
| 001 | | FRONT BUMPER | | | | | | | |
| 002 | BLANK | O/H front bumper | | | | | 3.2B | | $140.80 |
| 003 | RR | A/M CAPA Bumper cover w/o fog lamps | A | 04711TZ3A70Z Z | $352.00 | 1 | 0B | 2.8R | $123.20 |
| 004 | BLANK | Add for Clear Coat | | | | | | 1.1R | $48.40 |
| 005 | RR | LT Trim bar | N | 71156TZ3A10 | $74.63 | 1 | 0B | | |
| 006 | RR | LT Lower grille w/o fog lamps | N | 71107TZ3A30 | $125.18 | 1 | 0B | | |
| 007 | RR | LT Upper bracket | N | 71190TZ3A10 | $131.47 | 1 | 0.1B | | $4.40 |
| 008 | | FRONT LAMPS | | | | | | | |
| 009 | RI | LT Headlamp assy w/o A-SPEC | | | | | 0.5B | | $22.00 |
| 010* | RPR | LT Headlamp assy w/o A-SPEC-BUFF | | | | | 1B | | $44.00 |
| 011 | | HOOD | | | | | | | |
| 012* | RPR | Hood (ALU)-HAIL | | | | | 3B | 3R | $264.00 |
| 013 | BLANK | Add for Clear Coat | | | | | | 1.2R | $52.80 |
| 014 | RI | Insulator | | | | | 0.3B | | $13.20 |
| 015 | RI | R&I hood assy | | | | | 0.6B | | $26.40 |
| 016 | | FENDER | | | | | | | |
| 017* | BLANK | RT Fender (HSS) | | | $125.00 | | 0B | | |
| 018 | RI | RT Fender liner | | | | | 0.4B | | $17.60 |
| 019 | RI | LT Fender liner | | | | | 0.4B | | $17.60 |
| 020* | BLANK | LT Fender (HSS) | | | $125.00 | | 0B | | |
| 021 | | STEERING COLUMN | | | | | | | |
| 022 | BLANK | O/H steering column | | | | | 3.5M | | $210.00 |
| 023* | RI | Column assy w/o AWD | | | | | 0B | | |
| 024 | | STEERING WHEEL | | | | | | | |
| 025 | RI | R&I steering wheel | | | | | 0.7M | | $42.00 |
| 026 | RI | Rear cover w/o heat | | | | | 0.1B | | $4.40 |
| 027 | RI | Switch assy w/o A-SPEC | | | | | 0.2B | | $8.80 |
| 028 | | WINDSHIELD | | | | | | | |
| 029 | RR | Trim cover sensor | N | 76412TZ3A11 | $12.48 | 1 | 0B | | |
| 030 | RR | Mirror inside all | N | 76400TZ3A31 | $229.55 | 1 | 0.2B | | $8.80 |
| 031 | RR | Lid | N | 76413TZ3A11 | $3.73 | 1 | 0B | | |
| 032 | | INSTRUMENT PANEL | | | | | | | |
| 033 | RI | R&I instrument panel | | | | | 4.9B | | $215.60 |
| 034* | RR | Radio chassis w/o advance pkg | N | 39542TZ3B14 | $7,135.55 | 1 | 6M | | $360.00 |
| 035 | | CONSOLE | | | | | | | |

| Line | Op | Description | | Part No. | Price | Qty | Labor | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 036* | RI | Compartment box w/o charging pad acousti | | | | | 1B | | $44.00 |
| 037 | | ROOF | | | | | | | |
| 038 | RR | Roof console w/o A-SPEC beige | N | 83250TX4A02 ZA | $52.70 | 1 | 0B | | |
| 039 | RR | Control module w/AcuraLink, w/o A-SPEC b | N | 36600TZ3A31Z A | $253.00 | 1 | 0.2B | | $8.80 |
| 040 | RR | Dome lamp w/o A-SPEC gray | N | 34403TZ3A01Z C | $109.57 | 1 | 0B | | |
| 041* | RI | R&I headliner-DROP | | | | | 1.5B | | $66.00 |
| 042 | BLANK | ***** ADD-ONS ***** | | | | | 0B | | |
| 043* | SUB | Hazardous waste removal | | | $5.00 | | 0B | | |
| 044* | SUB | Flex additive | | | $8.00 | | 0B | | |
| 045* | RPR | Roof panel (HSS)-HAIL | | | | | 2.5B | 3.2R | $250.80 |
| 046 | BLANK | Overlap Major Non-Adj. Panel | | | | | -0.2B | | ($8.80) |
| 047 | BLANK | Add for Clear Coat | | | | | | 0.6R | $26.40 |
| 048 | RI | RT Drip molding | | | | | 0.8B | | $35.20 |
| 049 | RI | LT Drip molding | | | | | 0.8B | | $35.20 |
| 050 | BLANK | O/H sunroof assy | | | | | 3.4B | | $149.60 |
| 051 | | Sunroof glass | GL | 70200TZ3A02 | | | 0B | | |
| 052* | RI | Sunroof frame | | | | | 0B | | |
| 053 | | QUARTER PANEL | | | | | | | |
| 054* | BLANK | RT Quarter panel w/blind spot warn, 3.5L | | | $125.00 | | 0B | | |
| 055* | BLANK | LT Quarter panel w/blind spot warn, 3.5L | | | $125.00 | | 0B | | |
| 056 | RI | RT Wheelhouse liner | | | | | 0.5B | | $22.00 |
| 057 | RI | LT Wheelhouse liner | | | | | 0.5B | | $22.00 |
| 058 | | TRUNK LID | | | | | | | |
| 059* | BLANK | Trunk lid w/o spoiler (HSS) | | | $175.00 | | 0B | | |
| 060 | | VEHICLE DIAGNOSTICS | | | | | | | |
| 061* | RPR | Pre-repair scan | | | | | 0.5M | | $30.00 |
| 062* | RPR | Post-repair scan | | | | | 0.5M | | $30.00 |
| 063* | SUB | ASTECH SCAN | | | $70.00 | | 0B | | |

## Totals

### Parts

| Part | SubTotal | Adj% | Adj$ | Total |
|---|---|---|---|---|
| Parts - Aftermarket (QRP) | $352.00 | | | $352.00 |
| Parts - New | $8,127.86 | -20 | ($1,625.58) | $6,502.28 |
| | | | | **$6,854.28** |

### Labor

| Type | Additional Labor | Rate | Hours | Total |
|---|---|---|---|---|
| Labor - Body | | $44.00 | 26.1 | $1,148.40 |
| Labor - Mechanical | | $60.00 | 11.2 | $672.00 |
| Labor - Refinish | | $44.00 | 11.7 | $514.80 |
| **Labors Total** | | | | **$2,335.20** |

### Materials

| | |
|---|---|
| Materials - 2 Stage Paint Materials | $54.00 |
| Materials - Paint | $297.00 |
| | **$351.00** |

### Miscellaneous

| | |
|---|---|
| Other - Sublet | $758.00 |
| | **$0.00** |

### Adjustment

| | |
|---|---|
| Total Claim Before Taxes | $10,298.49 |
| Total Transaction Amount | $10,298.49 |
| Insurance Pay | $10,298.49 |
| Discount Amount | $1,625.57 |
| | **$10,298.49** |

| Op Codes | |
|---|---|
| RREP | Operation - Remove and Repair |
| R1ST | Operation - Repair First, else Replace |
| REDO | Operation - Redo |
| CG | Operation - Chip Guard |
| TT | Operation - Two Tone |
| PDR | Operation - Paintless Dent Repair |
| RPR | Operation - Repair |
| PRPR | Operation - Repair, Partial |
| RR | Operation - Remove/Replace |
| RRP | Operation - Remove/Replace, Partial |
| ADC | Operation - Additional Costs |
| ADO | Operation - Additional Operations |
| BLND | Operation - Blend |
| SUB | Operation - Sublet |
| RPD | Operation - Related Prior Damage |
| AA | Operation - Appearance Allowance |
| BLANK | Operation - Blank |
| RFRP | Operation - Refinish/Repair |
| RI | Operation - Remove/Install |
| ARP | Operation - Additional Repair |
| ALGN | Operation - Alignment |
| O/H | Operation - Overhaul |
| REF | Operation - Refinish |
| INSP | Operation - Inspect |
| C/AJ | Operation - Check/Adjust |
| UPD | Operation - Unrelated Prior Damage |
| RI | Operation - Remove and Reinstall |
| **Part Type Codes** | |
| A | Parts - Aftermarket |
| C | Parts - Re-chromed |
| E | Parts - Existing |
| L | Parts - Recycled |
| M | Parts - Remanufactured |
| N | Parts - New |
| P | Parts - New, partial |
| R | Parts - Re-cored |
| GL | Glass |
| **Labor Codes** | |
| R | Labor - Refinish |
| S | Labor - Structural |
| U | User Defined Labor |
| U | User Defined Labor 1 |
| U | User Defined Labor 2 |
| U | User Defined Labor 3 |
| U | User Defined Labor 4 |
| B | Labor - Body |
| D | Labor - Diagnostic |
| E | Labor - Electrical |
| F | Labor - Frame |
| G | Labor - Glass |
| M | Labor - Mechanical |















# EXHIBIT F

1 of 2



P O BOX 801988
KANSAS CITY MO 64180
UNITED STATES

09/12/2022

DAMEON JOHNSON
6003 BRODICK LN
6003
LITHIA SPRINGS GA 30122
UNITED STATES

| | |
|---|---|
| Customer # | : |
| Claim Number | : 18321697 |
| Date of Loss | : 04/18/2022 |
| Balance Due | : $12,358.20 |
| Rental Agreement# | : 66094R |

As of the above date, we have not received a response from you regarding our claim as documented in our previous correspondence.

If you have reported a claim to your insurance company, please contact us immediately with your pertinent claim information.  If you do not have insurance or wish to pay this claim yourself, you will need to remit payment to the above address within ten (10) days of the above date.  Please include our claim number on your payment. If you prefer you may also pay using a debit card, credit card or directly from your bank account at the following website:

http://www.claimtopay.com

If you have any questions regarding your responsibility for this loss, please contact our office. Failure to respond could result in additional collection activity.  We appreciate your cooperation.

If you have any feedback regarding the handling of this claim please send an email to ClaimFeedback@ehi.com.


Sincerely,
TAMISHA CHANDLER
Phone:         866-300-4407 4694
Email:         e552tw@erac.com

**INVOICE**

Date:  09/12/2022

DAMEON JOHNSON

Claim #:  18321697

6003 BRODICK LN

Unit #:  8C8R7K

6003

Billing Invoice #:  3006528411

LITHIA SPRINGS GA 30122

UNITED STATES

Vehicle Information

VIN:   19UUB2F49LA000466

Year:   2020

Make:   ACUR

Model:   TLX

| Item | Total Cost | Amount Due |
|------|-----------|-----------|
| Damage | $10,298.49 | $10,298.49 |
| Towing & Storage | $181.75 | $181.75 |
| Admin Fees | $150.00 | $150.00 |
| Loss of Use: | $698.12 | $698.12 |
| Diminishment of Value | $1,029.84 | $1,029.84 |

**Total Amount Due: $ 12,358.20***

*Remit payment in U.S. Dollars.

**– – – – – – – – – – – PAY UPON RECEIPT – – – – – – – – – – –**

**ALL PAYMENTS MUST INCLUDE THIS REMITTANCE TO BE CREDITED PROPERLY!**

PAYABLE TO:

DAMAGE RECOVERY

Claim #:  18321697

P O BOX 801988

Unit #:  8C8R7K

KANSAS CITY MO 64180

Billing Invoice #:  3006528411

UNITED STATES

Toll Free #:  8663004407

**Total Amount Due: $** _____ **12,358.20***

*Remit payment in U.S. Dollars.

**Total Amount Remitted: $** _____

EXHIBIT G

# Enterprise Claim#: 18321697   Inbox ×

**Landeros, Sergio E** <Sergio.E.Landeros@ehi.com>

to me ▾

Wed, May 4, 4:25 PM

Here is my contact info, I will update you as soon as I get an update. Thank you!

ENTERPRISE**HOLDINGS**®

**Sergio Landeros**
Recovery Supervisor
Damage Recovery Unit
866-300-4407 x6081
866-206-6961 fax
Sergio.E.Landeros@ehi.com

Damage Recovery Unit
P.O. Box 801988

EXHIBIT H





UNITED STATES
POSTAL SERVICE.

REX
6450 EVANS DR
REX, GA 30273-9998
(800)275-8777

09/27/2022                                02:25 PM

Product              Qty    Unit      Price
                            Price

First-Class Mail®     1               $0.84
Letter
    Saint Louis, MO 63105
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Fri 09/30/2022
    Certified Mail®                    $4.00
        Tracking #:
        70173040000094998113
    Return Receipt                     $3.25
        Tracking #:
        9590 9402 7218 1284 1930 31
Total                                  $8.09

First-Class Mail®     1               $0.84
Letter
    Atlanta, GA 30361
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Thu 09/29/2022
    Certified Mail®                    $4.00
        Tracking #:
        70173040000094998106
    Return Receipt                     $3.25
        Tracking #:
        9590 9402 7218 1284 1930 24
Total                                  $8.09

Sunflower Bqt NDN     1    $0.84      $0.84

Grand Total:                         $17.02

Debit Card Remit                     $17.02
    Card Name: VISA
    Account #: XXXXXXXXXXXX9904
    Approval #: 051922
    Transaction #: 444
    Receipt #: 083370
    Debit Card Purchase: $17.02
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

EXHIBIT I

JAMS RESOLUTION CENTER

---

**Plaintiff / Petitioner:**

DAMEON JOHNSON

**Defendant / Respondent:**

ENTERPRISE HOLDINGS, INC, RICK SHORT - ENTERPRISE LEASING
COMPANY OF GEORGIA, LLC; ENTERPRISE RENT-A-CAR
COMPANY

**AFFIDAVIT OF SERVICE**

Index No:
#5440000382

---

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at .  That on
Wed, Oct 26 2022 AT 02:51 PM AT 120 S Central Ave Suite 400, Clayton, Missouri 63105 deponent served the within DEMAND FOR
ARBITRATION; SUBMISSION; CLAIM INFORMATION; RENTAL AGREEMENT SUMMARY; on ENTERPRISE HOLDINGS, INC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:**   By serving the above on ENTERPRISE HOLDINGS, INC a domestic corporation, by delivering a true copy thereof to "Jane Doe" who is the staff of registered agent , a person authorized to accept service.
- [ ] **Business:**  By serving the above on _____ by delivering a true copy thereof to _____ , _____ a person authorized to accept service.
- [ ] **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.
- [ ] **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion threat, having called thereon; at _____
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of Missouri, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of Missouri, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Oct 26, 2022, 2:51 pm EDT at 120 S Central Ave Suite 400, Clayton, Missouri 63105 received by "Jane Doe".
The recipient confirmed they are authorized to accept

**Description:**
Age:  35        Skin Color:  Asian American                        Gender:  Female            Weight:  160
Height:  5'3"                            Hair:  Black                                Relationship:  staff of
                                                                                                   registered agent
Other   Recipient wore glasses. Recipient refused to provide name.

Sworn to before me on  11/9/22

_____                    _____
Ernest Osaghae                                     Notary Public

> JARRED KIRK
> Notary Public - Notary Seal
> St Louis County - State of Missouri
> Commission Number 22889782
> My Commission Expires Feb 27, 2026

Plaintiff / Petitioner:

DAMEON JOHNSON

**Defendant / Respondent:**

ENTERPRISE HOLDINGS, INC, RICK SHORT - ENTERPRISE LEASING
COMPANY OF GEORGIA, LLC; ENTERPRISE RENT-A-CAR
COMPANY

**AFFIDAVIT OF SERVICE**

Index No:

#5440000382

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age.  That on <u>Thu, Oct 27 2022</u> AT
<u>01:00 PM</u> AT <u>5909 Peachtree Dunwoody Rd, Sandy Springs, GA 30328</u> deponent served the within <u>DEMAND FOR ARBITRATION;</u>
<u>SUBMISSION; CLAIM INFORMATION; RENTAL AGREEMENT SUMMARY</u> on <u>ENTERPRISE LEASING COMPANY OF GEORGIA, LLC</u>

| | |
|---|---|
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☐ | **Corporation:**  By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service. |
| ☒ | **Business:**  By serving the above on <u>ENTERPRISE LEASING COMPANY OF GEORGIA, LLC</u> by delivering a true copy thereof to <u>Brian</u> <u>Ruggirello</u> , Risk Manager, a person authorized to accept service. |
| ☐ | **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below. |
| ☐ | **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at |
| ☐ | **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ . |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of GA, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of GA, or of the United States as that term is defined in either the State or in the Federal statutes. |

**Additional Comments:**

1) Successful Attempt: Oct 27, 2022, 1:00 pm EDT at 5909 Peachtree Dunwoody Rd, Sandy Springs, GA 30328 received by Brian Ruggirello .
The recipient confirmed they are authorized to accept

**Description:**
Age: 45          Skin Color: White          Gender: M          Weight: 180
Height: 5'11"          Hair: blk          Relationship: Risk Manager
Other: Glasses

Sworn to before me on 10-31-22

_____          _____
Craig Robinson                                      Notary Public

Cheryl Robinson Smith
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires 10/17/2025

Plaintiff / Petitioner:

DAMEON JOHNSON

Defendant / Respondent:

ENTERPRISE HOLDINGS, INC, RICK SHORT - ENTERPRISE LEASING
COMPANY OF GEORGIA, LLC; ENTERPRISE RENT-A-CAR
COMPANY

**AFFIDAVIT OF SERVICE**

Index No:
#5440000382

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at P.O. Box
70443, Washington, DC 20024 .  That on Mon, Oct 24 2022 AT 03:16 PM AT 1209 N Orange St, Wilmington, DE 19801 deponent served the
within DEMAND FOR ARBITRATION; SUBMISSION; CLAIM INFORMATION; RENTAL AGREEMENT SUMMARY on Enterprise Rent-a-Car
Company C/O CORPORATION TRUST CENTER

| | |
|---|---|
| ☐ | **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein. |
| ☐ | **Corporation:**   By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service. |
| ☒ | **Business:**   By serving the above on Enterprise Rent-a-Car Company C/O CORPORATION TRUST CENTER by delivering a true copy thereof to Nadia Bellamy, Intake Manager, a person authorized to accept service. |
| ☐ | **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below. |
| ☐ | **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____ |
| ☐ | **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ . |
| ☐ | **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of DE, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of DE, or of the United States as that term is defined in either the State or in the Federal statutes. |

**Additional Comments:**
1) Successful Attempt: Oct 24, 2022, 3:16 pm EDT at 1209 N Orange St, Wilmington, DE 19801 received by Nadia Bellamy.
Served upon party authorized to accept.

**Description:**
Age:  28        Skin Color:  African American _____        Gender:  Female _____        Weight:  140 _____
Height:  5'5" _____        Hair:  Black _____        Relationship:  Intake Manager
Other _____

Sworn to before me on    10/25/2022

Mark Nagood

Notary Public

NOTARY
PUBLIC
REG. #7849726
MY COMMISSION
EXPIRES
11/30/2023
MONIQUE BERNARDO
COMMONWEALTH OF VIRGINIA

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

COMPOSITE EXHIBIT J



# REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES                                      November 30, 2022

      Re:    <u>Johnson, Dameon vs. Enterprise Holdings, Inc. et al.</u>
             Reference #: 5440000382

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter.  We are, however, missing the following item(s):

| | |
|---|---|
| _____ | Completed Request /Demand for Arbitration. |
| \_\_\_X\_\_\_\_ | A copy of the entire contract including signature page, with the arbitration clause highlighted, an Order compelling the parties to arbitrate and/or a signed stipulation among the parties. |
| _____ | Proof of Service of the Demand for Arbitration on the opposing party(ies). |
| _____ | Non-refundable Filing Fee of $1,750, made payable to JAMS. |
| _____ | Complete contact information for the Respondent or Respondent's counsel, required pursuant to JAMS Comprehensive Rule 5(b). |
| _____ | Non-refundable Counterclaim Filing fee of $1,750 |

If filing fees are outstanding, they are due upon receipt.

Contact me at 212-607-2770 if you have questions.

Sincerely,

C. Brancato

Christopher Brancato
ADR Specialist
CBrancato@jamsadr.com



# SECOND REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES                                      January 6, 2023

      Re:    Johnson, Dameon vs. Enterprise Holdings, Inc. et al.
              Reference #: 5440000382

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter. We are, however, missing the following item(s):

_____      Completed Request /Demand for Arbitration.

___X___      A copy of the entire contract including signature page, with the arbitration clause highlighted, an Order compelling the parties to arbitrate and/or a signed stipulation among the parties.

_____      Proof of Service of the Demand for Arbitration on the opposing party(ies).

_____      Non-refundable Filing Fee of $1,750, made payable to JAMS.

_____      Complete contact information for the Respondent or Respondent's counsel, required pursuant to JAMS Comprehensive Rule 5(b).

_____      Non-refundable Counterclaim Filing fee of $1,750

If filing fees are outstanding, they are due upon receipt.

Contact me at 212-607-2770 if you have questions.

Sincerely,

Christopher Brancato
ADR Specialist
CBrancato@jamsadr.com



# FINAL REQUEST FOR MISSING ITEMS

NOTICE TO ALL PARTIES                                                      January 30, 2023

       Re:    Johnson, Dameon vs. Enterprise Holdings, Inc. et al.
              Reference #: 5440000382

Dear Parties:

Please be advised that JAMS has received a request for arbitration in the above-referenced matter.  We are, however, missing the following item(s):

| | |
|---|---|
| _____ | Completed Request /Demand for Arbitration. |
| ___X___ | A copy of the entire contract including signature page, with the arbitration clause highlighted, an Order compelling the parties to arbitrate and/or a signed stipulation among the parties. |
| _____ | Proof of Service of the Demand for Arbitration on the opposing party(ies). |
| _____ | Non-refundable Filing Fee of $1,750, made payable to JAMS. |
| _____ | Complete contact information for the Respondent or Respondent's counsel, required pursuant to JAMS Comprehensive Rule 5(b). |
| _____ | Non-refundable Counterclaim Filing fee of $1,750 |

If filing fees are outstanding, they are due upon receipt.  Please provide the requested documents within 14 day.  If the documents have not been received by February 13th, JAMS will administratively close this file in our system.

Contact me at 212-607-2770 if you have questions.

Sincerely,

*C. Brancato*

Christopher Brancato
ADR Specialist
CBrancato@jamsadr.com

EXHIBIT K



**OFFICE ADDRESS**
641 South Lawrence St
Montgomery, AL 36104

**MAILING ADDRESS**
P.O. Box 2189
Montgomery, AL 36102

Phone: 334.832.4200     Fax: 334.293.3550     Toll Free: 866.629.0912

January 24, 2023

DOMINIQUE YOUNG LAW, P.C.
P.O. BOX 870783
MORROW, GA 30287-0783

RE:     Enterprise Holdings, Inc
         DEBT OF:  DAMEON JOHNSON
         BALANCE:  $12,358.20
         ACCOUNT#:  ****1697
         OUR FILE NO.  5059686

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

Your client is past due and unpaid debt with the above-named creditor has been referred to this office for collection.  The balance is $12,358.20.  Please have your client send payment to Parnell & Parnell at the address on this letterhead but make your check or money order payable to Parnell and Parnell, PA. and include the FILE NUMBER listed above on your payment so we can credit the proper account.

We also offer alternative payment methods such as online payments and payment by phone. Please contact our office to see which payment method may be available for you.  If you would like to pay online, please visit our website www.parnellsoutheast.com, and choose the "consumer" tab. Otherwise, if you would like to discuss other payment options, or anything else regarding this matter, do not hesitate to call our office.  Our phone number is 334-832-4200, and our toll free number is 866-629-0912.

**UNLESS YOU, WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY OUR OFFICE.  IF YOU NOTIFY US IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS NOTICE THAT YOU DISPUTE THE DEBT IN WHOLE OR IN PART, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT AGAINST YOU AND THIS VERIFICATION WILL BE MAILED TO YOU.  FURTHERMORE, UPON YOUR WRITTEN REQUEST WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Please note this letter is sent for the purpose of attempting to collect the debt, and any information obtained from you will be used for the purpose of collecting the debt from you.

Sincerely,

Parnell & Parnell, P.A.

Offices in: Alabama | South Carolina | Mississippi | Tennessee | Georgia

# EXHIBIT L

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

FAX CONFIRMATION REPORT

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Sending is complete

| | |
|---|---|
| Recipient's number | +1 (334) 293-3550 |
| Request made at | 02/01/2023, 13:56 |
| Completed at | 02/01/2023, 13:57 |
| Duration | 01:34 |
| Retries | 0 |
| Pages | 2 |
| Status | Sent |

To: Attorney assigned to file number 5059686

From: Dominique Young, Esq.

Date: 02/01/2023

Re.: File No. 5059686

Eyes Only for attorney assigned to file.  Confidential Matter.  Please respond via the provided contact information within the letter.

Thank you.

Dominique Young, Esq.



260 Peachtree Street NW, Suite 2200, Atlanta, GA 30303
866-82-DYLPC    attorney@dominiqueyounglaw.com    fax: 470-735-4323

February 1, 2023

Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102

Re.: File No.: 5059686

To the attorney assigned to this file number:

I represent Dameon Johnson in a related matter for this file number.  My firm has been
attempting to get in contact with the individual with authority to discuss this matter for
quite a while now.  Please inform your client of the impending litigated matter for this
file number as soon as possible.

I can be reached at 866.823.9572 or via email at attorney@dominiqueyounglaw.com.
I look forward to speaking with your client or their representation at the earliest
availability.

Signed,

/s/Dominique Young

Dominique Young, Esq.
Licensed in FL, GA, US Tax Court, and the Northern District of Georgia

CC: Christopher Brancato at JAMS

LEGAL SOLUTIONS FOR THE FEMMEPRENEUR