# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **410-2022-06795** |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Quida Glover | (678)615-5433 | March 4, 1978 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4205 Rhinehart Drive | Austell, GA 30106 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Piedmont Urgent Care By Wellstreet LLC | 15+ | (770) 882-2770 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5438 Peachtree Industrial Blvd | Chamblee, GA 30341 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **US EEOC ATDO RECEIVED 08-23-2022** | | |

Street Address | City, State and ZIP Code

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE   ☒ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____   Latest: June 13, 2022

☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I.    I began working for the employer on October 13, 2020, as Clinical Service Representative at the Virginia Highlands location.  In May 2022, I became the interim Practice Manager. I am a black woman.

II.    On or around June 13, 2022, Respondent did not promote me to Practice Manager and stated, "corporate America isn't ready for your big eyelashes and ethnic hair. You would not be accepted in corporate. Maybe you should try wearing mascara. You have to be well polished to fit this role." Instead, Respondent hired a light-skinned black male employee to replace me. I reached out to HR and compliance to complain but no one responded to me.

III.    On or around July 3, I submitted my resignation letter because of the discrimination I was facing, and Respondent accepted my resignation, coded me as non-rehireable, and did not allow me to return to the building to gather my personal belongings or anything else.

III.    I believe I was discriminated in violation of Title VII of the Civil Rights Act of 1964.

I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

08/23/2022
Date

Electronically Signed 2022-08-23 17:32:06 UTC - 99.96.251.59
Nintex AssureSign®   ab0bd8eb-7c45-4f2e-b252-aefa011aea89
Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

Ianna O. Richardson | ianna@justiceatwork.com | Barrett & Farahany