**United States District Court**
**Northern District of Georgia**
**Atlanta Division**

Rose Jordan,

      Plaintiff,

                          Case No.

      v.

Commissioner of Social Security,

      Defendant.

_____/

**Complaint**

Plaintiff Rose Jordan, through the undersigned attorney, alleges as follows:

1. The jurisdiction of this Court is invoked under 42 U.S.C. § 405(g) to review a decision of the Commissioner of Social Security denying Plaintiff's application for a Period of Disability and Disability Insurance Benefits.

2. This action is an appeal from a final administrative decision denying Plaintiff's claim.

3. Plaintiff has filed this case within 60 days of receiving the Appeals Council's decision denying her request for review. (*See* Ex. A). Therefore, this action is timely.

4. Plaintiff is applying for benefits on her own earnings record.

5. Plaintiff currently resides in Carroll County, Georgia, within the jurisdiction of this Court.

6. Defendant is the Acting Commissioner of Social Security.

7. Plaintiff is disabled.

8. The Commissioner's findings of fact are not supported by substantial evidence.  The Commissioner's legal conclusions are contrary to law and regulation.

WHEREFORE, the Plaintiff prays that this Court:

a) Find that the Plaintiff is entitled to disability benefits under the Social Security Act; or

b) Remand the case for further administrative proceedings;

c) Award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

d) Order such other relief as the Court deems just and proper.

Dated at Atlanta, Georgia, this 20th Day of February, 2023,

*s/ Francis E. Budde*
Francis E. Budde
Georgia Bar No. 139511
Counsel for Plaintiff

Morgan & Morgan
P.O. Box 57007
Atlanta, GA 30343-1007
Telephone: (404) 496-7267
Fax: (404) 496-7377
fbudde@forthepeople.com
