# EXHIBIT B
## to Kinsale's Notice of Removal (Notice of Filing Notice of Removal)

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| NETHERWORLD HAUNTED ATTRACTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DONAT INSURANCE SERVICES, LLC, KINSALE INSURANCE COMPANY, and LEIGH ADAMCZAK,<br><br>    Defendants. | CIVIL ACTION FILE NO.: 22-A-10815-7 |

## DEFENDANT KINSALE INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant Kinsale Insurance Company ("Kinsale"), by and through its undersigned counsel, hereby notifies this Court, and all other interested parties, that Kinsale has filed a Notice of Removal in the United States District Court for the Northern District of Georgia, removing this action to said Court under 28 U.S.C. §§ 1332, 1441, and 1446. A true and complete file-stamped copy of Kinsale's Notice of Removal is attached hereto as Exhibit "A" and incorporated by reference herein.

Respectfully submitted this 20th day of February, 2023.

**FIELDS HOWELL, LLP**
665 8th Street, N.W.
Atlanta, Georgia  30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com
clee@fieldshowell.com

/s/ *Christopher S. Lee*
Paul L. Fields, Jr.
Georgia Bar No.:  003420
Christopher S. Lee
Georgia Bar No.:  621342
*Counsel for Kinsale Insurance Company*

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| NETHERWORLD HAUNTED ATTRACTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br>DONAT INSURANCE SERVICES, LLC, KINSALE INSURANCE COMPANY, and LEIGH ADAMCZAK,<br><br>    Defendants. | CIVIL ACTION FILE NO.: 22-A-10815-7 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served a copy of the foregoing **DEFENDANT KINSALE INSURANCE COMPANY'S NOTICE OF FILING NOTICE OF REMOVAL** via the Odyssey e-filing system, which will automatically send notification of such filing to all counsel of record who are Odyssey e-file participants, and via electronic mail as follows:

> Steven Strelzik
> **LAW OFFICES OF STEVEN J. STRELZIK, P.C.**
> 5 Concourse Parkway, Suite 3000
> Atlanta, Georgia 30328
> sstrelzik@sjslawga.com

This 20th day of February, 2023.

**FIELDS HOWELL, LLP**
665 8th Street, N.W.
Atlanta, Georgia 30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
pfields@fieldshowell.com
clee@fieldshowell.com

/s/ Christopher S. Lee
Paul L. Fields, Jr.
Georgia Bar No.: 003420
Christopher S. Lee
Georgia Bar No.: 621342
*Counsel for Kinsale Insurance Company*

2