CLERK OF STATE COUR
GWINNETT COUNTY, GEORG
**22-C-05773-S**
**10/11/2022 2:46 Pl**
TIANA P. GARNER, CLER

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TODD MERCER and SHAWNEE MERCER, <br><br> Plaintiffs, <br><br> v. <br><br> CIRCLE K STORES, INC. and ABC CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CIVIL ACTION

FILE NO. 22-C-05773-S2 _____

### <u>COMPLAINT FOR DAMAGES</u>

COME NOW TODD MERCER and SHAWNEE MERCER, Plaintiffs in the above-styled

action, and file this Complaint for Damages against Defendants CIRCLE K STORES, INC. and

ABC CORPORATION showing the Court as follows:

1.

Defendant CIRCLE K STORES, INC. (hereafter "Circle K") is a foreign profit corporation,

with its principal office address being at 1130 West Warner Road, Building B, Tempe, Arizona,

85284. Circle K is registered and doing business in the State of Georgia, is a joint tortfeasor, and

is subject to the jurisdiction of this Court. Per O.C.G.A. § 14-2-510(b), venue is proper as to this

Defendant because Circle K's Registered Agent, Corporation Service Company, is located in

Gwinnett County, Georgia, with said office being located at 2 Sun Court, Suite 400, Peachtree

Corners, Georgia, 30092, where service may be perfected.

2.

Defendant ABC CORPORATION ("ABC Corp.") is or was a corporation whose complete

name, principal address, and registered agent is unknown at this time. Upon information and belief,

ABC Corp. is a Georgia corporation and/or registered to conduct business within the State of Georgia and is a joint tortfeasor. When the name and principal address of ABC Corp. and the name and address of its registered agent are fully known, this Complaint will be amended to include that information, and the registered agent will be served as expeditiously as possible.

3.

Upon information and belief, at all times material hereto, Defendants Circle K and ABC Corp. (collectively, "Defendants") owned, occupied, leased, maintained, repaired, and/or controlled the Circle K store and its surroundings located at 5646 Highway 20 Southeast, Cartersville, Georgia, 30121 (the "Property"). Accordingly, Defendants owed a duty of ordinary care to Plaintiff Todd Mercer to keep the Property reasonably safe.

4.

On January 23, 2022, Plaintiff Todd Mercer ("Plaintiff" or "Mr. Mercer") stopped at the Property during regular business hours to fill up his vehicle when he slipped and fell on a wet, icy surface.

5.

At all times material hereto, Mr. Mercer was on the Property and at the Circle K store for a lawful purpose and was therefore an invitee of Defendants.

6.

Mr. Mercer slipped on a wet, icy surface on or near the gas station pumps, suffering serious injuries from the fall.

7.

There were no signs, warnings, or indications of dangerous conditions at the area of the Property where Mr. Mercer fell.

2

8.

Mr. Mercer's injuries were the direct result of the hazardous and/or defective condition posed by the slippery surface area on the Property. Said hazardous and/or defective condition represented a danger to Property invitees which Defendants Circle K and ABC Corp. (collectively, "Defendants"), individually and/or by and through their employees or agents, should have been or were aware of, and corrected the condition or warned their invitees such as Mr. Mercer.

9.

Defendants had actual knowledge of the hazardous and/or defective condition caused by the water leak on the Property but failed to post any signage warning patrons of the hazardous conditions.

10.

To the extent Defendants did not have actual knowledge of the dangerous and defective condition, they had constructive knowledge of the hazardous and/or defective condition caused by the water leak on the Property and failed to warn patrons such as Plaintiff Todd Mercer of the hazardous condition.

11.

Mr. Mercer's injuries were the direct result of Defendants' failure to have signs, warnings, or indications on the Property, Defendants' failure to inspect and maintain the premises to cure it of hazardous and/or defective conditions, and/or Defendants' failure to keep and maintain the Property according to applicable standards.

12.

Defendants breached their duty to exercise ordinary care to keep the premises safe by failing to properly inspect and maintain the premises to cure it of hazardous and or/defective conditions and/or by failing to keep and maintain the premises according to applicable standards.

13.

As a direct and proximate result of Defendants' negligence, Mr. Mercer suffered physical and mental injuries, including but not limited to, bodily injuries, permanent impairment and damages, past, present, and future pain and suffering, mental anguish, loss of enjoyment of life, and other damages, for which he respectively requests recovery in an amount to fully compensate him for said injuries and damages in the enlightened conscience of a fair and impartial jury. To date, Mr. Mercer's special damages are not less than $22,659.00.

14.

At all times relevant to this incident, Plaintiff was exercising ordinary and reasonable care and was in no way comparable or contributorily negligent.

15.

At all times relevant hereto, Plaintiffs Todd Mercer and Shawnee Mercer enjoyed the fruits of a marital relationship.

16.

Because of the Defendants' negligence, Plaintiffs' marital relationship was negatively impacted, the damages for which Shawnee Mercer may recover.

17.

Plaintiffs, by and through counsel, notified Defendants of Plaintiffs' claim and requested Defendants preserve any and all physical evidence related to Mr. Mercer's injury, such as video

4

recordings of the area where the Incident occurred, including recordings from video surveillance or cameras which may record the exterior area of the Property.

18.

Defendants have been stubbornly litigious, acted in bad faith, or have caused Plaintiffs unnecessary trouble and expense; therefore Plaintiffs are further entitled to expenses of litigation pursuant to O.C.G.A. § 13-6-11 *et seq.*

WHEREFORE, Plaintiffs pray for relief as follows:

a) That summons issue requiring Defendants to be and appear as provided by law to the allegations of this Complaint;

b) That judgment enter in favor of Plaintiffs and against Defendants in an amount within the enlightened conscious of a the jury, and sufficient to fully and justly compensate Plaintiffs for pain and suffering, personal injuries, permanent injury and impairment, medical expense, loss of consortium, and all other elements of damages allowed by Georgia law;

c) That all costs be cast against Defendants;

d) For a trial by jury; and

e) For such other and further relief as this Court shall deem just and appropriate.

Respectfully submitted this 11th day of October, 2022.

**THE JEWKES FIRM, LLC**

*/s/ Jordan Jewkes*
**Jordan M. Jewkes**
Georgia Bar No.: 940491
**Ava K. Standard**
Georgia Bar No.: 668928

P.O. Box 2593
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603 (facsimile)

*Attorneys for Plaintiffs*

5

jordan@jewkesfirm.com
ava@jewkesfirm.com

CLERK OF STATE COUR
GWINNETT COUNTY, GEORG
**22-C-05773-S**
**10/11/2022 2:46 PI**
**TIANA P. GARNER, CLER**

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

TODD MERCER and SHAWNEE MERCER

CIVIL ACTION
NUMBER _____ 22-C-05773-S2

_____

**PLAINTIFFS**

VS.

CIRCLE K STORES, INC. and ABC
CORPORATION

_____

**DEFENDANT**

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:     **Circle K Stores**
**c/o Corporation Service Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Jordan M. Jewkes
The Jewkes Firm, LLC
PO Box 2593
Peachtree City, Georgia 30269
(770) 771-5130
(478) 202-7603 (FAX)
GA Bar Number:   940491

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 2022.
12th day of October, 2022

Tiana P. Garner

Clerk of Gwinnett State Court
BY:
*Carol C. Litland*
Deputy Clerk

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**10/11/2022 2:46 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TODD MERCER and SHAWNEE MERCER, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| | ) ) |     22-C-05773-S2 |
| v. | ) ) | FILE NO. _____ |
| | ) | |
| CIRCLE K STORES, INC. and ABC CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

### <u>RULE 5.2 CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that **PLAINTIFFS' NOTICE OF DEPOSITION, FIRST INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS TO DEFENDANT CIRCLE K STORES, INC.** was caused to be served on registered agent **CORPORATION SERVICE COMPANY, 2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA,** together with a copy of the Complaint and Summons.

The undersigned does hereby certify that **PLAINTIFFS' FIRST INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUEST FOR ADMISSIONS TO DEFENDANT ABC CORPORATION**, will be served upon knowledge of appropriate party becoming known.

This 11th day of October, 2022.

**THE JEWKES FIRM, LLC**

*/s/ Jordan M. Jewkes*

**Jordan M. Jewkes**
Georgia Bar # 940491
**Ava K. Standard**
Georgia Bar # 668928

*Attorneys for Plaintiff*

P.O. Box 2593
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603
jordan@jewkesfirm.com
ava@jewkesfirm.com

E-FILED IN OFFICE - CL
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
10/11/2022 2:46 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of  Gwinnett State Court  County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ **MM-DD-YYYY** | Case Number  22-C-05773-S2 _____ |

**Plaintiff(s)**
Mercer, Todd

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Mercer, Shawnee | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Circle K Stores, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| ABC Corporation | | | | |

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney**  Jordan Jewkes      **State Bar Number** 940491      **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number      _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

**SHERIFF'S ENTRY OF SERVICE**

Civil Action  22-C-05773-S2

Date Filed     October 11, 2022

Superior Court ☐         Magistrate Court ☐

State Court ■            Probate Court ☐

Georgia, GWINNETT County

Attorney's Address
**AVA STANDARD/JORDAN JEWKES**
**THE JEWKES FIRM**
**P. O. BOX 2593**
**PEACHTREE CITY, GA 30269**

TODD MERCER and SHAWNEE
MERCER,

Plaintiff

VS.

Name and Address of Part to be Served
**CIRCLE K STORES, INC.**
**c/o Corporation Service Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

CIRCLE K STORES, INC. and ABC
CORPORATION,

Defendants

---

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**

☐  I have this day served the defendant _____ personally with a copy of the within   action
and summons.

**NOTORIOUS**

☐  I have this day served the defendant _____ by leaving a copy of the action and
summons at his most notorious place abode in this County.

☐  Delivered same into hands of _____ described as follows:
   age, about _____ years; weight _____ pounds ; height _____   feet and  inches, domiciled  at the residence of defendant

**CORPORATION**

☒  I have this Served the defendant  CIRCLE K STORES INC   corporation by leaving a copy of the within   action
and summon with  Misha Smith _____ in charge of the office and place of doing   business  of said
Corporation in this County.

**TACK & MAIL**

☐  I have this day served the above styled affidavit and summons on the defendant( s) by posting a copy of the same to the door of  the
premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United    States Mail, First
Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with      adequate postage affixed thereon
containing  notice to the defendant(s) to answer said summons at the place stated in the    summons.

**NON EST**

☐  Diligent search made and defendant _____ not to be found in the jurisdiction   of this
Court.

This  19  day of  October                                      20___

J. Williams  S01139

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**11/18/2022 8:21 AM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**TODD MERCER and SHAWNEE MERCER,**      *
                                                                          *
      Plaintiffs,                                        *      CASE NO. 22-C-05773-S2
                                                                          *
v.                                                                       *
                                                                          *      JURY DEMANDED
**CIRCLE K STORES, INC.**                                  *
**and ABC CORPORATION,**                             *
                                                                          *
      Defendants.                                      *

## ANSWER AND DEFENSES OF DEFENDANT CIRCLE K STORES, INC.

COMES NOW the Defendant, Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel, and in answer to Plaintiffs' Complaint for Damages, states as follows:

### FIRST DEFENSE

In response to the specifically-enumerated paragraphs of Plaintiffs' Complaint for Damages, Circle K states as follows:

1.      Circle K admits that it is a foreign profit corporation, registered and doing business in the State of Georgia, with a principal office address at 1130 West Warner Road, Building B, Tempe, Arizona, 85284. Circle K further admits that jurisdiction and venue are proper in the State Court of Gwinnett County, Georgia, and that Circle K's registered agent is located at 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia 30092. Circle K denies the remaining allegations contained in Paragraph No. 1 of Plaintiffs' Complaint for Damages.

2.      Circle K denies the allegations contained in Paragraph No. 2 of Plaintiffs' Complaint for Damages. No Defendant other than Circle K owned or operated the Circle K gas station located at 5646 Canton Hwy, Cartersville, Georgia 30121 on January 23, 2022.

3.      Circle K denies the allegations contained in Paragraph No. 2 of Plaintiffs' Complaint for Damages. No Defendant other than Circle K owned or operated the Circle K gas

station located at 5646 Canton Hwy, Cartersville, Georgia 30121 on January 23, 2022. Circle K further denies the legal conclusions contained in Paragraph No. 3 of Plaintiffs' Complaint for Damages, but admits that O.C.G.A. § 51-3-1 imposes a duty on a premises owner to exercise ordinary care in keeping the premises and approaches safe for invitees.

4.      Circle K is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 4 of Plaintiffs' Complaint for Damages, which therefore stand denied.

5.      Circle K admits that Plaintiff Todd Mercer was an invitee at the Circle K gas station located at 5646 Canton Hwy, Cartersville, Georgia 30121 on January 23, 2022. Circle K denies the remaining allegations contained in Paragraph No. 5 of Plaintiffs' Complaint for Damages.

6.      Circle K denies the allegations contained in Paragraph No. 6 of Plaintiffs' Complaint for Damages.

7.      Circle K denies the allegations contained in Paragraph No. 7 of Plaintiffs' Complaint for Damages.

8.      Circle K denies the allegations contained in Paragraph No. 8 of Plaintiffs' Complaint for Damages.

9.      Circle K denies the allegations contained in Paragraph No. 9 of Plaintiffs' Complaint for Damages.

10.      Circle K denies the allegations contained in Paragraph No. 10 of Plaintiffs' Complaint for Damages.

11.      Circle K denies the allegations contained in Paragraph No. 11 of Plaintiffs' Complaint for Damages.

12.      Circle K denies the allegations contained in Paragraph No. 12 of Plaintiffs'

Complaint for Damages.

13.     Circle K denies the allegations contained in Paragraph No. 13 of Plaintiffs' Complaint for Damages.

14.     Circle K denies the allegations contained in Paragraph No. 14 of Plaintiffs' Complaint for Damages.

15.     Circle K is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 15 of Plaintiffs' Complaint for Damages, which therefore stand denied.

16.     Circle K denies the allegations contained in Paragraph No. 16 of Plaintiffs' Complaint for Damages.

17.     Circle K denies the allegations contained in Paragraph No. 17 of Plaintiffs' Complaint for Damages as pled.

18.     Circle K denies the allegations contained in Paragraph No. 18 of Plaintiffs' Complaint for Damages.

## SECOND DEFENSE

Plaintiffs' Complaint for Damages fails to state a claim upon which relief can be granted, and, therefore, should be dismissed.

## THIRD DEFENSE

Plaintiff Todd Mercer so carelessly and negligently conducted himself that he, by his own negligence, contributed directly and proximately to his own injuries. Plaintiff's fault is greater than that of Circle K, if Circle K is at fault at all, and therefore, Plaintiff should recover nothing from Circle K. In the alternative, Plaintiff's damages should be reduced in proportion to the percentage of negligence attributed to him.

3

## FOURTH DEFENSE

Circle K pleads comparative fault in mitigation or bar of any recovery by Plaintiff Todd Mercer against Circle K, if any. Specifically, Circle K avers Plaintiff's own acts or omissions were such that they constitute negligence which caused or contributed to cause the accident and injuries alleged in the Complaint.

## FIFTH DEFENSE

Plaintiff Todd Mercer's own comparative negligence in failing to use ordinary and reasonable care caused or otherwise contributed to his accident and bars his recovery in this case.

## SIXTH DEFENSE

Plaintiff Todd Mercer had equal or superior knowledge of the alleged hazardous condition and, as such, Circle K cannot be held liable.

## SEVENTH DEFENSE

Circle K and its agents, employees, and representatives did not breach any duty of care owed to Plaintiff Todd Mercer. Circle K exercised due care and diligence in all of the matters alleged.

## EIGHTH DEFENSE

No act or omission of Circle K was the proximate cause of any damage, injury, or loss to Plaintiff Todd Mercer.

## NINTH DEFENSE

Plaintiff Todd Mercer failed to take reasonable steps to minimize or prevent the damages he claimed to have suffered.

## TENTH DEFENSE

Circle K denies "ABC Corporation" is a proper party to this action because "ABC

Corporation" was not an "owner" or "occupier" of land within the provision of O.C.G.A. § 51-3-1.

### ELEVENTH DEFENSE

Upon information and belief, the unidentified non-party or non-parties who caused the water leak on the premises as alleged in Plaintiff's Complaint for Damages so carelessly and negligently conducted themselves that they, by their own negligence, contributed directly and proximately to Plaintiff's injuries. The unidentified non-party or non-parties' fault is greater than that of Circle K, if Circle K is at fault at all, and therefore Plaintiff's damages should be reduced in proportion to the percentage of negligence attributed to the unidentified non-party or non-parties.

### TWELFTH DEFENSE

Circle K pleads modified comparative fault in mitigation or bar of any recovery by Plaintiff against Circle K, if any. Specifically, Circle K avers that the actions or omissions of the unidentified non-party or non-parties who caused the water leak on the premises as alleged in Plaintiff's Complaint for Damages were such that they constitute negligence which caused or contributed to cause the accident and injuries alleged in the Complaint.

### THIRTEENTH DEFENSE

Plaintiff's alleged injuries were caused solely and proximately by the acts of third persons, specifically the unidentified non-party or non-parties who caused the water leak on the premises as alleged in Plaintiff's Complaint for Damages. Such acts constitute the sole proximate cause of Plaintiff's alleged injuries and serve to break the chain of causation between the alleged injuries and any alleged negligence of Circle K, which Circle K specifically denies.

## FOURTEENTH DEFENSE

All allegations not heretofore admitted, explained, or denied are here and now denied as set forth as though specifically denied therein.

## FIFTEENTH DEFENSE

Circle K reserves the right to amend its Answer to include such other and further defenses that later may become apparent through further investigation and discovery.

**WHEREFORE**, Circle K respectfully prays as follows:

a)      Plaintiffs' Complaint for Damages be dismissed on the grounds set forth above and all costs cast against Plaintiffs;

b)      In the alternative, that judgment be granted in favor of Circle K on all counts;

c)      That Circle K have a trial by twelve (12) jurors, as the law provides; and

d)      For such other and further relief that the Court deems just and proper.

This 18th day of November, 2022.

Respectfully submitted,

**CARR ALLISON**

By:   /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**
*Attorneys for Defendant Circle K Stores, Inc.*
736 Market Street, Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com / sswanson@carrallison.com

6

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that on November 18, 2022, the foregoing document was electronically filed with the Clerk of Court using Odyssey Electronic Filing system, which will automatically send email notification of such filing to the following:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 18th day of November, 2022.

By:    /s/ Sean W. Martin
          **SEAN W. MARTIN, GA BAR #474125**
          **STEPHEN A. SWANSON, GA BAR #759751**

E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**11/30/2022 2:59 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TODD MERCER and SHAWNEE MERCER,** | * | |
| | * | |
| Plaintiffs, | * | CASE NO. 22-C-05773-S2 |
| | * | |
| v. | * | |
| | * | JURY DEMANDED |
| **CIRCLE K STORES, INC.** | * | |
| **and ABC CORPORATION,** | * | |
| | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, the Defendant, Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel and pursuant to Uniform Rule 5.2(2) to certify the service of copies of the following documents to the Plaintiffs, Todd Mercer and Shawnee Mercer:

- Circle K's First Set of Interrogatories to Plaintiffs; and
- Circle K's First Set of Requests for Production of Documents to Plaintiffs.

Service of the foregoing documents was completed by placing copies of the same in a sealed envelope and mailing them, postage prepaid, to:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 30th day of November, 2022.

Respectfully submitted,

**CARR ALLISON**

By: ___/s/ Stephen A. Swanson___
        **SEAN W. MARTIN, GA BAR #474125**
        **STEPHEN A. SWANSON, GA BAR #759751**
        *Attorneys for Defendant Circle K Stores, Inc.*
        736 Market Street, Suite 1320
        Chattanooga, TN 37402
        (423) 648-9832 / (423) 648-9869 FAX
        swmartin@carrallison.com
        sswanson@carrallison.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on November 30, 2022, the foregoing document was electronically filed with the Clerk of Court using Odyssey Electronic Filing system, which will automatically send email notification of such filing to the following:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 30th day of November, 2022.

By: ___/s/ Stephen A. Swanson___
        **SEAN W. MARTIN, GA BAR #474125**
        **STEPHEN A. SWANSON, GA BAR #759751**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**12/2/2022 10:36 AM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TODD MERCER and SHAWNEE MERCER,** | * | |
| | * | |
| Plaintiffs, | * | CASE NO. 22-C-05773-S2 |
| | * | |
| v. | * | |
| | * | JURY DEMANDED |
| **CIRCLE K STORES, INC.** | * | |
| **and ABC CORPORATION,** | * | |
| | * | |
| Defendants. | * | |

### CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, the Defendant, Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel and pursuant to Uniform Rule 5.2(2), to certify the service of copies of Circle K's Response to Plaintiffs' Request for Admissions to Plaintiffs, Todd Mercer and Shawnee Mercer. Service of the foregoing documents was completed by placing copies of the same in a sealed envelope and mailing them, postage prepaid, to:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 2nd day of December, 2022.

Respectfully submitted,

**CARR ALLISON**

By:   /s/ Stephen A. Swanson
      **SEAN W. MARTIN, GA BAR #474125**
      **STEPHEN A. SWANSON, GA BAR #759751**
      *Attorneys for Defendant Circle K Stores, Inc.*
      736 Market Street, Suite 1320
      Chattanooga, TN 37402
      (423) 648-9832 / (423) 648-9869 FAX
      swmartin@carrallison.com
      sswanson@carrallison.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on December 2, 2022, the foregoing document was electronically filed with the Clerk of Court using Odyssey Electronic Filing system, which will automatically send email notification of such filing to the following:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 2nd day of December, 2022.

By:   /s/ Stephen A. Swanson
       **SEAN W. MARTIN, GA BAR #474125**
       **STEPHEN A. SWANSON, GA BAR #759751**

2

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**12/8/2022 1:55 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TODD MERCER and SHAWNEE MERCER,** | * | |
| | * | |
| Plaintiffs, | * | CASE NO. 22-C-05773-S2 |
| | * | |
| v. | * | |
| | * | JURY DEMANDED |
| **CIRCLE K STORES, INC.** | * | |
| **and ABC CORPORATION,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I served a copy of Defendant Circle K Stores, Inc.'s Request for

Production of Documents to the following entities on December 8, 2022, by placing the same in a

properly addressed and stamped envelope in the US Mail to:

Precinct One Auto Sales          McDonald's
31 GA-20 Spur                    5651 GA-20
Cartersville, GA 30121           Cartersville, GA 30121

Wendy's
5640 Hwy 20 SE
Cartersville, GA 30121

This 8th day of December, 2022.

Respectfully submitted,

**CARR ALLISON**

By:   /s/ Stephen A. Swanson
    **SEAN W. MARTIN, GA BAR #474125**
    **STEPHEN A. SWANSON, GA BAR #759751**
    *Attorneys for Defendant Circle K Stores, Inc.*
    736 Market Street, Suite 1320
    Chattanooga, TN 37402
    (423) 648-9832 / (423) 648-9869 FAX
    swmartin@carrallison.com
    sswanson@carrallison.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on December 8, 2022, the foregoing document was electronically filed with the Clerk of Court using Odyssey Electronic Filing system, which will automatically send email notification of such filing to the following:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 8th day of December, 2022.

By:   /s/ Stephen A. Swanson

**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**

2

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**1/25/2023 11:42 AM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| TODD MERCER and SHAWNEE MERCER, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 22-C-05773-S2 |
| | ) | |
| | ) | |
| CIRCLE K STORES, INC. and ABC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

### RULE 5.2 CERTIFICATE OF SERVICE

The undersigned does hereby certify that I have served the following:

1. **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT CIRCLE K STORES, INC.'S FIRST INTERROGATORIES;** and

2. **PLAINTIFFS' RESPONSES AND OBJECTIONS TO DEFENDANT CIRCLE K STORES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

by electronic means and/or via United States Mail with proper postage affixed thereto to ensure proper delivery and addressed as follows:

Sean W. Martin
Stephen A. Swanson
**Carr Allison**
736 Market Street, Suite 1320
Chattanooga, TN 37402
swmartin@carrallison.com
sswanson@carrallison.com
*Attorneys for Defendant*
*Circle K Store, Inc.*

This 25th day of January, 2023.

THE JEWKES FIRM, LLC


*/s/ Jordan M. Jewkes*
**Jordan M. Jewkes**
Georgia Bar # 940491
**Ava K. O'Brien**
Georgia Bar # 668928

*Attorneys for Plaintiffs*

P.O. Box 2593
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603
jordan@jewkesfirm.com
ava@jewkesfirm.com

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**2/14/2023 11:02 AM**
**TIANA P. GARNER, CLERK**

TO:      All Clerks of Court, All Judges and Counsel of Record

FROM:    Jordan M. Jewkes

RE:      Leave of Absence

Date:    February 14, 2023

## <u>NOTICE OF LEAVE OF ABSENCE</u>

COMES NOW Jordan M. Jewkes and respectfully notifies all judges before whom he has

cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave

pursuant to Georgia Uniform Court Rule 16.

1.  The period of leave during which time Applicant will be away from the practice of

    law is as follows:

    **February 21 – 24, 2023**
    **April 3 – 7 and 17 – 21, 2023**
    **June 12 – 16, 2023**
    **November 20 – 24, 2023**
    **December 18 – 29, 2023**

2.  The purpose of the leave is for family vacation and/or professional education.

3.  All affected judges and opposing counsel shall have ten days from the date of this

    Notice to object to it. If no objections are filed, the leave shall be granted.

This 14th day of February, 2023.

                                    **THE JEWKES FIRM LLC**

                                    _/s/ Jordan M. Jewkes_____
                                    Jordan M. Jewkes
                                    Georgia Bar No. 940491
P.O. Box 2593                       Attorney for Plaintiffs
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603 (facsimile)
jordan@jewkesfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing **_NOTICE OF LEAVE_**

**_OF ABSENCE_** upon all judges, clerks and opposing counsel via the Court's electronic filing

service and/or by U.S. Mail as follows:

| Todd Mercer and Shawnee Mercer v. Circle K. Stores, Inc. and ABC Corp.<br><br>Case No. 22-C-05773-S2 | Judge Shawn F. Bratton<br><br>Gwinnett County State Court | Sean W. Martin<br>Stephen A. Swanson<br>736 Market Street, Suite 1320<br>Chattanooga, TN 37402 |
|---|---|---|

This 14th day of February, 2023.

**THE JEWKES FIRM, LLC**

P.O. Box 2593
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603 (facsimile)

_/s/ Jordan M. Jewkes_
Jordan M. Jewkes
Bar No. 940491
Attorney for Plaintiffs

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**2/14/2023 11:07 AM**
TIANA P. GARNER, CLERK

TO:        All Clerks of Court, All Judges and Counsel of Record

FROM:    Ava K. O'Brien

RE:        Leave of Absence

Date:      February 14, 2023


### NOTICE OF LEAVE OF ABSENCE

COMES NOW Ava K. O'Brien and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16.

1.  The period of leave during which time Applicant will be away from the practice of law is as follows:

    **April 3 – 7, 2023**
    **May 18, 2023**
    **July 24 – August 4, 2023**
    **December 18 – 22, 2023**

2.  The purpose of the leave is for family vacation and/or professional education.

3.  All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 14th day of February, 2023.

                                                        **THE JEWKES FIRM LLC**

                                                        */s/ Ava K. O'Brien*
                                                        Ava K. O'Brien
                                                        Georgia Bar No. 668928
                                                        Attorney for Plaintiffs

P.O. Box 2593
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603 (facsimile)
ava@jewkesfirm.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing ***NOTICE OF LEAVE***

***OF ABSENCE*** upon all judges, clerks and opposing counsel via the Court's electronic filing

service and/or by U.S. Mail as follows:

| Todd Mercer and Shawnee Mercer v. Circle K. Stores, Inc. and ABC Corp.<br><br>Case No. 22-C-05773-S2 | Judge Shawn F. Bratton<br><br>Gwinnett County State Court | Sean W. Martin<br>Stephen A. Swanson<br>736 Market Street, Suite 1320<br>Chattanooga, TN 37402 |
|---|---|---|

This 14th day of February, 2023.

**THE JEWKES FIRM, LLC**

P.O. Box 2593
Peachtree City, GA 30269
(770) 771-5130
(478) 202-7603 (facsimile)

/s/ *Ava K. O'Brien*
Ava K. O'Brien
Bar No. 668928
Attorney for Plaintiffs

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-05773-S2**
**2/16/2023 12:48 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TODD MERCER and SHAWNEE MERCER,** | * | |
| | * | |
| Plaintiffs, | * | CASE NO. 22-C-05773-S2 |
| | * | |
| v. | * | |
| | * | JURY DEMANDED |
| **CIRCLE K STORES, INC.** | * | |
| **and ABC CORPORATION,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, the Defendant, Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel and pursuant to Uniform Rule 5.2(2) to certify the service of copies of the following documents to the Plaintiffs, Todd Mercer and Shawnee Mercer:

- Circle K's Response to Plaintiffs' First Interrogatories; and
- Circle K's Response to Plaintiffs' Plaintiffs' Request for Production of Documents.

Service of the foregoing documents was completed by placing copies of the same in a sealed envelope and mailing them, postage prepaid, to:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 16th day of February, 2023.

Respectfully submitted,

**CARR ALLISON**

By: _/s/ Stephen A. Swanson_

**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**
*Attorneys for Defendant Circle K Stores, Inc.*
736 Market Street, Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on February 16, 2023, the foregoing document was electronically filed with the Clerk of Court using Odyssey Electronic Filing system, which will automatically send email notification of such filing to the following:

Jordan M. Jewkes, Esq.
Ava K. Standard, Esq.
P.O. Box 2593
Peachtree City, GA 30269

This 16th day of February, 2023.

By: _/s/ Stephen A. Swanson_

**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**

2