**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
01/27/2023
CT Log Number 543108208

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL, Important Note here<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | Wal-Mart Stores East, LP (Delaware) (Assumed Name) (Domestic State: DE)<br>Wal-Mart Stores East, LP (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Emerson Damien // To: Wal-Mart Stores East, LP<br>Name discrepancy noted. |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summons, Complaint and Demand, First Interrogatories and Request(s) |
| **COURT/AGENCY:** | Fulton County - State Court, GA<br>Case # 23EV000412 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/19/2021, Wal-Mart located at 6149 Old National Highway, College Park, GA, 30349 |
| **PROCESS SERVED ON:** | The Corporation Company (FL), Cumming, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/27/2023 at 14:52 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Robert C. Edwards<br>Morse and Edwards, LLC<br>191 Cleveland Avenue<br>Atlanta, GA 30315<br>404-762-1100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/27/2023, Expected Purge Date: 02/06/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | The Corporation Company (FL)<br>106 Colony Park Drive STE 800-B<br>Cumming, GA 30040<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
01/27/2023
CT Log Number 543108208

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jan 27, 2023
**Server Name:** Drop Service

| Entity Served | WAL-MART STORES EAST, LP (DELAWARE) |
|---|---|
| Case Number | 23EV000412 |
| Jurisdiction | GA |

| Inserts |
|---|
|  |

