IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAMIEN EMERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File NO. |
| vs. | ) | [Removed from The State Court of |
| | ) | Fulton County; Civil Action File No. |
| WAL-MART STORES EAST, | ) | 23EV000412] |
| LP, CASEY DOE I, CASEY DOE | ) | |
| II, AND CASEY DOE III, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED PERSONS

Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 hereby disclose the following:

**(1) A Complete List of Parties and Corporate Disclosure Statement Required by FRCP 7.1:**

Defendant Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. Both WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies with principal places of business in Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC

is an Arkansas limited liability company with its principal place of business in Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc.  Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. Neither Wal-Mart Stores East, LP nor any of its partners were citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.  Walmart, Inc. was not a citizen of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Robert C. Edwards of the The Law Office of Morse and Edwards, LLC

National Union Fire Insurance Company of Pittsburgh, PA.

**(3)  A complete list of each person serving in this proceeding:**

Robert C. Edwards of The Law Office of Morse and Edwards, LLC

Jonathan M. Adelman and Benjamin H. Harbin of the law firm Waldon Adelman Castilla Hiestand & Prout, LLP.

**[SIGNATURES ON FOLLOWING PAGE]**

This 21st day of February, 2023.

        WALDON ADELMAN CASTILLA
        HIESTAND & PROUT

        /s/ Benjamin Harbin
        Jonathan M. Adelman
        (State Bar No. 005128)
        Benjamin Harbin
        (State Bar No. 568864)
        *Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
bharbin@wachp.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing pleading is typed in 14-Point, Times New Roman font and is otherwise formatted in compliance with LR 5.1.

This 21st day of February, 2023.

                                                            WALDON ADELMAN CASTILLA
                                                            HIESTAND & PROUT

                                                            /s/ Benjamin Harbin
                                                            Jonathan M. Adelman
                                                            (State Bar No. 005128)
                                                            Benjamin Harbin
                                                            (State Bar No. 568864)
                                                            *Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
bharbin@wachp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the *21st* day of February, 2023, I electronically filed the foregoing *Corporate Disclosure Statement and Disclosure of Interested Persons* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Robert C. Edwards, Esq.
Morse and Edwards, LLC
191 Cleveland Avenue, SW
Atlanta, GA  30315
redwards@moreseandedwardslaw.com
*Attorneys for Plaintiff*

This 21st day of February, 2023.

          WALDON ADELMAN CASTILLA
          HIESTAND & PROUT

          /s/ Benjamin Harbin
          Jonathan M. Adelman
          (State Bar No. 005128)
          Benjamin Harbin
          (State Bar No. 568864)
          *Attorneys for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com
bharbin@wachp.com