# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TO: | Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: February 21, 2023 |
| RE: | 15-71397-jwc<br>Bankruptcy Case No. | Sheila Weir<br>Debtor(s) |
| | AND/OR | Sheila Weir<br>Appellant |
| | 22-05093-jwc<br>Adversary Proceeding No. | vs<br>United States Internal Revenue Service and Commissioner<br>Appellees |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal and Motion for Leave to Appeal Denial Order filed 02/16/2023 - Doc. No. 46

File date of Order being appealed from 01/31/2023 - Doc. No. 42

☐ Supplemental Record to USDC Case No. Click here to enter text.

☐ Other: Click here to enter text.

**Contents of Record:**

☒ Documents 42, 46, docket sheet

☐ Designated items of    ☐ Appellant(s)    ☐ Appellee

Filing Fee Paid - ☐ Yes    ☒ No

FROM:  M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Maresa Snow, Deputy Clerk