**IT IS ORDERED as set forth below:**



**Date: January 30, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-71397-JWC |
| SHEILA WEIR, | CHAPTER 7 |
| Debtor. | |
| SHEILA WEIR, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 22-05093-JWC |
| v. | |
| UNITED STATES INTERNAL REVENUE SERVICE, | |
| Defendants. | |

## ORDER

**THIS MATTER** is before the Court on the Motion to Compel (Doc. No. 36) (the "Motion") filed by Debtor. The Court held a hearing on the Motion on January 26, 2023, at which Debtor appeared *pro se*. For the reasons stated on the record,

**IT IS ORDERED** that the Motion is hereby **DENIED**.

The Clerk's Office is directed to serve a copy of this Order upon Debtor, Debtor's counsel of record (if any), the Chapter 7 Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**