**IN THE UNITED STATES DISTRICT COURT OF GEORGIA**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| Pure Earth Botanics, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:23-mi-99999 |
| | ) | |
| | ) | Hon. Judge |
| v. | ) | |
| | ) | **COMPLAINT FOR TRADEMARK** |
| Google LLC | ) | **INFRINGEMENT, UNFAIR COMPETITION AND** |
| Wal-mart.com USA, LLC, Walmart, Inc. | ) | **DILUTION, TORTIOUS BUSINESS** |
| | ) | **INTERFERENCE** |
| eBay Commerce Inc. | ) | |
| Amazon. Com Sales, Inc. | ) | |
| | ) | **15 U.S.C. Section 1114** |
| Vitalina LLC, | ) | **Federal Trademark Infringement** |
| | ) | |
| VAAD Holdings, LLC. | ) | |
| | ) | **Violation of 15 U.S.C. Section 112(a)** |
| Health & Wellness Plus dba and | ) | **Federal Unfair Competition** |
| | ) | |
| Balboa Wholesale LLC | ) | |
| | ) | **Violation of 1s u.s.c. Section 112 (c)** |
| Malibu Labs | ) | **Federal Dilution** |
| | ) | |
| Ideal Performance | ) | |
| | ) | |
| Defendants. | ) | **Tortious Business Interference** |

## COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND DILUTION, TORTIOUS BUSINESS INTERFERENCE

1.      Plaintiff, Pure Earth Botanics, LLC, by its attorneys identified below, brings this action against Defendants, Corporation and Limited Liability Companies (Defendants"), and alleges that:

### THE PARTIES

2.      Plaintiff is a Limited Liability Company organized and existing under the laws of Georgia, having corporate offices at 2285 Peachtree Road NE #805, Atlanta GA  30309.

3.      On information and belief, Defendant Vitalina LLC is a Limited Liability Company organized and existing under the laws of Florida, having corporate offices at 5052 The Oaks Circle, Orlando, FL 32809, and is conducting business in this District and elsewhere; Defendant VAAD Holdings, LLC. is a Limited Liability Company organized and existing under the laws of Florida, having corporate offices at. 4800 Lyons Rd. Technology Parkway #3, Coconut Creek, FL 33073 and is conducting business in this District and elsewhere, Defendant Health & Wellness Plus appears to be a dba having corporate offices at 2327 E. Deer Park Lane, Draper, Utah 84020, and is conducting business in this District and elsewhere; Defendant Wal-mart.com USA, LLC, organized and existing under the laws of California, having corporate offices at 850 Cherry Ave, San Bruno, CA, 94066 and is conducting business in this District and elsewhere, and Walmart, Inc. organized and existing under the laws of Delaware, having corporate offices at 708 SW 8th Street, Bentonville, AR, 72716, USA and is conducting business in this District and elsewhere, Defendant eBay Commerce Inc.

organized and existing under the laws of Delaware, having corporate offices at 2065 Hamilton Avenue, San Jose, CA 95125, and is conducting business in this District and elsewhere; Defendant Amazon.Com Services, LLC. organized and existing under the laws of Delaware, having corporate offices at 410 Terry Avenue North Seattle, WA 98109, and is conducting business in this District and elsewhere; and Defendant Google LLC organized and existing under the laws of Delaware, having corporate offices at 1600 Amphitheatre Parkway, Mountain View, CA 94043, and is conducting business in this District and elsewhere, Defendant Balboa Wholesale LLC, (aka dab Rillvo, and Lunar Canyon Organics) organized and existing under the laws of Wyoming having corporate offices at 30 N Gould St, Ste 21737, Sheridan, WY 8280; Malibu Labs organized and existing under the laws of California having corporate offices at 21392 Palomar St #906 Wildomar 92595 CA and is conducting business in this District and elsewhere; Ideal Performance doing business in New York and having an address at Farmingdale, New York 11735 and is conducting business in this District and elsewhere.

4.      On information and belief, Defendants each have its officer and/or members who directs the operations of Defendant Corporation or Limited Liability Company, and resides in this district.

## ALLEGATIONS COMMON TO ALL COUNTS

5.      This action arises under the federal trademark, unfair competition, and dilution laws for trademark infringement, as a result of Defendants' willful infringement of valid rights in "KETOMELT" as hereinafter defined, and other unlawful activities conducted by Defendants in connection with such infringement.

6.      This court has jurisdiction under 15 U.S.C. Section 1121, 28 U.S.C. Sections 1331, 1332 and 1338, and the doctrine of supplemental jurisdiction. The

amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs. Venue is proper under 28 U.S.C. Sections 1391(b) and (c).

7.      Plaintiff has been and now is extensively engaged in the business of selling dietary and nutritional supplements used for weight loss ("Plaintiff's Goods and Services") under the trademark "KETOMELT" ("the Mark") (See Exhibit A - KetoMelt Product) continuously since at least 2019 in interstate commerce (Exhibit B - US Registration No. 6116781).

8.      The Mark is used extensively on and in connection with Plaintiff's Goods and Services, e.g., on the goods or packaging therefor, in brochures and on the Internet promotional materials distributed by Plaintiff (See www.ketomelt.com Exhibit C - KetoMelt Sales Funnel).

9.      Plaintiff's Goods and Services in connection with which the Mark has been used have been extensively promoted and marketed through various forms of media and spent nearly $1,000,000 in advertising through at least one said Defendant, namely, Google (See - Exhibit D - Google Ads Expenditures).  As a result of such promotional and marketing efforts, and the quality of Plaintiff's Goods and Services, the Mark has become widely and favorably known, a valuable asset of Plaintiff and symbol of its goodwill, and has acquired distinctiveness and secondary meaning.  Google owns over 90% of the Internet Search market - See Exhibit S - Google Search Market.

10.      In recognition of the valuable goodwill and rights in the Mark owned by Plaintiff, the United States Patent and Trademark Office has granted United States Trademark Registration No. 6116781 to the KETOMELT. (Exhibit B - US Registration No. 6116781).

11.      The registration is in full force and effect and uncancelled.  The registration constitutes conclusive evidence of the validity of the Mark, Plaintiff's

ownership thereof, and its exclusive right to use the Mark throughout the United States.

12.     On information and belief, Defendants are also engaged in the business of selling dietary and nutritional supplements used for weight loss (Exhibit E - Google KetoMelt, Exhibit F - Wal-mart.com USA, LLC, Walmart, Inc., Exhibit G - eBay Commerce Inc., Exhibit H - Amazon. Com Sales, Inc., Exhibit I - Vitalina LLC, Exhibit J - Balboa Wholesale LLC, aka Lunar Canyon Organics, and Rillvo, Exhibit K - Malibu Labs, Exhibit L - Ideal Performance, Exhibit M - Health & Wellness Plus, Exhibit N - VAAD Holdings, LLC., Exhibit O - Shopping EZ LLC ("Defendants' Goods and Services") in competition with Plaintiff.  Defendants conduct these activities from at least one business establishment in this district and over the Internet.

13.     Notwithstanding Plaintiff's continuous and exclusive use of and well-known prior rights in its Mark, Defendants have sought to compete unfairly with Plaintiff by appropriating for use the Mark on and in connection with goods and services identical or substantially identical to Plaintiff's Goods and Services.  In addition to the Mark of Plaintiff, on information and belief, Defendants may have appropriated other marks of Plaintiff. To this end, this Complaint may be amended.

**Internet Domains**

14.     The Internet is a shorthand notation for the interconnection of different networks of computers throughout the world.  According to press reports and market surveys, as many as one hundred million web servers in the United States and proportionately that amount of computers in the United States are interconnected together to form the Internet (Exhibit R - Number of computers make up Internet).

15.     As in the so-called "real" (non-computer) world, sending mail or visiting a particular location on the Internet requires an address. An Internet address consists of a series of numbers separated by periods. To provide more useful information and to simplify memorization, however, the Domain Name System cross-references numerical addresses to names using a hierarchical approach. Under the Domain Name System a domain name is a unique series of letters, numbers, and characters which is a unique identifier for a group of one or more computers. The beginning of a domain name is a signifier for a particular host or type of service (e.g., a service known as the World Wide Web is identified using the letters WWW) while the very end of the domain name, commonly called a Top Level Domain Name ("TLD"), indicates whether the entity is a company (.com), organization (.org) or the like. Each portion of a domain name is separated by a period (".").

16.     The TLD for companies originating in the United States (.com) is under the control of an organization known as the InterNIC, which was created by the federal government pursuant to contracts with various corporations. The InterNIC's domain name registration services are provided by Network Solutions Inc. (NSI), a company incorporated under the laws of the State of Virginia with its principal place at 13861 Sunrise Valley Dr., Ste. 300 Herndon, VA 20170.  NSI issues all second level domain names which precede the .com suffix. In turn, the owner of the second level domain name may subdivide the name into so-called subdomains representing specific machines or services noted above.

17.     Examples of actual second level domain names issued under the .com TLD include FORD.COM for Ford Motor Company; GM.COM for General Motors Corporation; PONTIAC.COM, CHEVROLET.COM, and BUICK.COM all for operating divisions of General Motors Corporation; COCACOLA.COM for Coca-Cola, and PEPSI.COM tor PepsiCo.  When each of these second level domain names is preceded by WWW, a service is identified which allows computer software understanding the nature of the service to access so-called World Wide

Web sites comprising "home pages" and "hyperlinks" to other information. The home page is crafted by the owner of the second level domain name and usually includes text and graphics that inform the visitor of other related information available through the hyperlinks.

18.     NSI issues the second level domain names on a first-come-first served basis. However, when a non-owner of a second level domain name shows ownership of a trademark representing that second level domain name which is registered at a national level (e.g., a United States trademark registration certificate), under certain conditions the NSI will suspend the second level domain name so that the domain name owner cannot use it as an identifier on the Internet.

19.     On information and belief, many Internet users regularly attempt to contact a Web site associated with a given trademark simply by using the designation WWW, followed by the trademark, and then the TLD .com. (e.g.WWW.GM.COM).

20.     Because of the activity described above, as well as the convenience to consumers of having a second level domain name being the same as a registered trademark, the ability of a company to use its registered trademarks as an integral part of its domain name is a substantial and critical part of the marketing and promotional value associated with having a World Wide Web site on the Internet.

### Defendants' Use of KETOMELT.COM, KETO MELT and/or KETOMELT

21.     In connection with Defendant's Goods and Services, Defendants adopted the Mark subsequent to Plaintiff's first use of its Mark.  Defendants continue to use the Mark on the same or nearly same type goods. Upon information and belief Defendants have not registered the Mark to itself in the United States or elsewhere.

22.     Notwithstanding Plaintiff's well-established trademark rights in its KETOMELT, Defendants sought to infringe and dilute the Mark and compete unfairly with Plaintiff by using the Internet and Domain name, namely, KETOMELT, KETO MELT,  KETOMELT.COM to identify their respective home page in connection with the service known as the World Wide Web.

23.     When an Internet user accesses the Web site identified by the domain name WWW.KETOMELT.COM, using the appropriate software commonly known as a browser, the home page of Defendants' Web Site is displayed on the user's computer monitor.

24.     Plaintiff learned of Defendants of the acts complained of herein in with respect to their use of the Mark in connection with their Internet activities within the last several years.

25.     Defendants use at the time the pages were printed is attached in the Exhibit P and other Exhibits herewith.

26.     Defendants continue to reference KETOMELT, KETO MELT, KETOMELT.COM on various pages of their Web sites to misdirect users of various search engines into visiting Defendants' web site as opposed to Plaintiff's site. For example, an Internet search engine called HotBot found several of Defendants' such uses see Exhibit Q - hotbot search.

27.     Even apart from the continued use of the KETOMELT, KETO MELT, KETOMELT.COM domain name on their Web site to misdirect Internet users, Defendants also use the Mark and other marks of Plaintiff in other ways.  For example, various of Plaintiff's other registered marks are embedded in the Defendant's Web site's HTML language (including its slogans).   All of these infringing uses are picked up by Internet search engines such as HotBot.

28.     Defendants personally know of Plaintiff's rights in the Mark.  For example, Defendant Google, has been paid by Plaintiff nearly $1,000,000 (Exhibit D - Google Ads Expenditures) through its own Google Ads advisory Group which was informed of Plaintiff's proprietary Mark as applied to the Goods.

29.     Despite actual knowledge of Plaintiff's rights in its Mark, Defendants are still actively involved with the continued willful infringement of such rights and other unlawful acts complained of herein.  As a result of personally directing the infringing activities, Defendant Individual is jointly and severally liable with the other Defendant for the judgment to be rendered.


## COUNT I
## Violation of 15 U.S.C. Section 1114
## Federal Trademark Infringement

30.     Plaintiff incorporates by reference the allegations of Paragraphs 1-29.

31.     The unauthorized use by Defendants of Plaintiff's Mark on goods and services identical or substantially identical to those of Plaintiff is likely to cause confusion, mistake, or deception and thus infringes Plaintiff's trademark rights in its federally registered mark under 15 U.S.C. Section 1114.

32.     On information and belief, the misappropriation of the Mark by Defendants on and in connection with goods and services identical or substantially identical to those of Plaintiff is part of a deliberate plan to trade on the valuable goodwill established in such marks.  With knowledge of the Plaintiff's ownership of the Mark, and with the deliberate intention to unfairly benefit from the goodwill generated thereby, the actions of Defendants have been carried out in willful disregard of Plaintiff's rights in violation of 15 U.S.C. Section 1114.

## COUNT II
### Violation of 15 U.S.C. Section 112(a)
### Federal Unfair Competition

33.    Plaintiff incorporates by reference the allegations of Paragraphs 1-32.

34.    The unauthorized use by Defendants in commerce of Plaintiff's Mark on goods and services identical or substantially identical to that of Plaintiff is likely to cause the public to mistakenly believe that Defendants' business activities and goods and services originate from, are sponsored by, or are in some way associated with Plaintiff, constitutes false designations of origin or false descriptions or representations, and is likely to cause the Mark to lose its significance as indicators of origin. The actions by Defendants are in violation of 15 U.S.C. Section 1125 (a).

35.    Defendants' unauthorized use of the Mark on goods and services identical or substantially identical to that of Plaintiff was and is being conducted with full knowledge of Plaintiff's rights. Thus, Defendants have willfully infringed and are infringing such rights in violation of 15 U.S.C. Section 1125(a)

## COUNT III
### Violation of 1s u.s.c. Section 112(c)
### Federal Dilution

36.    Plaintiff incorporates by reference the allegations of Paragraphs 1-35.

37.    Plaintiff's Mark is distinctive and famous according to a number of factors, including, but not limited to, the degree of distinctiveness of the mark; the duration and extent of use of the mark in connection with Plaintiff's Goods and Services; the degree of recognition of the Mark in the trading areas and channels

of trade of Plaintiff and Defendants; the nature and extent of use of the same or similar marks by third parties; and the existence of a federal registration on the Principal Register for Plaintiff's Mark.

38.     Defendants' commercial use in commerce of Plaintiff's Mark after such mark has become famous has caused dilution of the distinctive quality of the mark, and infringes Plaintiff's rights to its mark in violation of 15 U.S.C. Section 1125(c)(1).

39.     Defendants adopted and are displaying the Mark with full knowledge of Plaintiff's rights to its well known mark and with the willful intention to trade on Plaintiff's reputation as embodied in its mark or to cause dilution of such mark. Thus, Defendants have willfully violated Plaintiff's rights under 15 U.S.C. Section 1125(c)(2).

## COUNT IV
### Tortious Business Interference

40.     Plaintiff incorporates by reference the allegations of Paragraphs 1-39.

41.     At all times material hereto, Plaintiff was the owner of a on-line store www.ketomelt.com.

42.     Plaintiff worked through online marketing companies, for example, Google, to promote its Products under its Mark and spent more than $1,000,000 in promoting and driving traffic to promote its Mark and Product (Exhibit D - Google Ads Expenditures).

43.     Defendant(s) had knowledge of Plaintiff's rapidly growing sales in the mark which were increasing at a rate of over $100,000 per month.

44.      Defendant(s) wrongfully, purposefully and intentionally interfered with Plaintiff's ability to market its product in a competitive manner by shutting down Plaintiff's paid advertising through Google (Exhibit T - Google Communication).

45.      As a result of Defendants' actions, Plaintiff ability to fairly compete was substantially terminated resulting in estimated losses of in excess of $15,000,000.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor against Defendants, jointly and severally, as follows:

A.      That Plaintiff is owner of the entire right, title, and interest in and to the Mark.

B.      That Plaintiff's rights in its Mark are valid, enforceable, and have been infringed by Defendants, and that Defendants have violated other relevant federal and state laws and regulations.

C.      That Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with them, be preliminarily and permanently enjoined and restrained from: (1) using Plaintiff's Mark and other designations, designs, and indicia which are likely to cause confusion, mistake, or deception with respect to Plaintiff's rights; (2) causing Internet searchers who use a mark or slogan of Plaintiff to be mis directed to any Web site of the Defendants; and (3) otherwise infringing rights in the Mark, and competing unfairly with Plaintiff.

D.      That Defendants willfully infringed Plaintiff's rights.

E.      That Defendants be required to pay to Plaintiff such damages, statutory or otherwise, together with prejudgment interest thereon, as Plaintiff has sustained as a consequence of Defendants' wrongful acts, and to account for and return to Plaintiff any money, profits, and advantages wrongfully gained by Defendants.

F.      That all damages sustained by Plaintiff be trebled.

G.      That Defendants be required to pay to Plaintiff attorneys' fees, expenses, and costs incurred in this action.

H.      That Defendants deliver up for impoundment during the pendency of this action, and for destruction upon entry of judgment, all products, fixtures, writings, signage, art work, and other material which infringe Plaintiff's rights, falsely designate source or origin, or otherwise facilitate Defendants' unfair competition with Plaintiff.

I.      That Defendants notify all third-party search engine operators of this order and request that such operators assure there is no longer any association between any of Plaintiff's marks or slogans with any Website operated by the Defendants.

J.      That Defendants be directed to file with this court and serve on Plaintiff within thirty (30) days after the service of an injunction, a written report under oath setting forth in detail the manner and form in which Defendants have complied with this injunction.

K.      That Plaintiff be granted such further relief as the Court may deem appropriate.

## **JURY DEMAND**

Plaintiff hereby requests a trial by jury.

Respectfully submitted,

/S/R. William Graham

Dated:

By: R. William Graham Bar Number GA Bar No. 682005
A Patent Lawyer LLC
150 Governors Square
Peachtree City, GA  30269
tel 937-241-5300
fax 937-221-0333

EXHIBIT A - KetoMelt Product



EXHIBIT B - US Registration No. 6116781





**Reg. No. 6,116,781**

**Registered Aug. 04, 2020**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Pure Earth Botanics, LLC. (FLORIDA LIMITED LIABILITY COMPANY)
382 Ne 191st Street
Miami, FLORIDA 33179

CLASS 5: Ketogenic dietary and nutritional supplements used for weight loss

FIRST USE 5-31-2016; IN COMMERCE 5-31-2016

The color(s) black and blue is/are claimed as a feature of the mark.

The mark consists of the term "KETOMELT" with "KETO" in black letters and "MELT" in blue letters to the left of a graphic representation of an individual with arms and legs outstretched in blue, and a blue arc line extends across the term with an end encircling the individual.

SER. NO. 88-643,419, FILED 10-05-2019



Director of the United States
Patent and Trademark Office

Exhibit C - KetoMelt Sales Funnel



Exhibit D - Google Ads Expenditures



# Exhibit E Google KetoMelt

Google ketomelt

All Images Shopping Videos Maps More Tools

Page 2 of about 17,100 results (0.53 seconds)

Ad · https://p-ketoomyw.ru.com/

Top 2022 Fat Burner Gummies - 90% Off - Top Ranked Keto

Top 1 USA™ - #Keto-pills will help you lose weight quickly without exhausting workouts. 2022 Keto Weight Loss Pill. Official Store-Get the Lowest Price Here.

Ad · https://www.14ketodietfaster.cyou/keto/gummis

【Keto™ diet pills USA】 - We1ght_Loss Pills ShakTank

Buy 1, Get 2 for Free. Keto is a Weight Loss Supplement That Aids in Healthy Weight Loss. 2022 Keto Weight Loss Pill. Official Store-Get the Lowest Price Here.

https://www.facebook.com › ... › Keto Melt

Keto Melt - Facebook

**Keto Melt** Diet Pills guarantee to make it simpler. They state they can help get you into ketosis quicker! What's more, they even say they can assist you ...

https://dealspotr.com › ... › Health Supplements

65% Off KetoMelt Coupon Codes & Black Friday Deals 2022

Nov 3, 2022 — Competitor Discount Codes: Get Up To 65% Off With These **KetoMelt** Competitor Coupons for Dietary Supplements (November 2022).

https://www.townscript.com › petryyt-gertt-321211

Keto Melt And Trim 800 - Buy Online Tickets for Upcoming ...

Explore upcoming events of **Keto Melt** And Trim 800. Book tickets.

https://groups.google.com › keto-melt-x

Keto Melt X Reviews 2022 - Google Groups

Apr 21, 2022 — There are slims down like the ketogenic diet and the Atkins diet that lessen inordinate fats from the body. The keto diet is the moving choice ...

https://www.snopes.com › Fact Check

Did 'Shark Tank' Endorse a Keto Diet Pill? - Snopes.com

Claim: A "keto" diet pill was successfully presented on the television show "Shark Tank."

Fact check by Snopes.com: Scam

*Feedback*

https://www.zoominfo.com › pure-earth-botanics-llc

Pure Earth Botanics - Overview, News & Competitors - ZoomInfo

View Pure Earth Botanics (www.**ketomelt**.com) location in Florida, United States , revenue, industry and description. Find related and similar companies as ...

https://www.docdroid.net › ultra-keto-melt-keto-melt-k...

Ultra Keto Melt® _ Keto Melt Keto®.pdf - DocDroid

Ultra **Keto Melt** Get in Your Trial Bottle Click Here Order Now! Ultra **Keto Melt** fasting has been shown to reduce the type of white blood cell called ...

https://www.bigoven.com › recipe › keto-melt-in-your-...

Keto Melt in your Mouth Chicken - BigOven



Exhibit F - Wal-mart.com USA, LLC, Walmart, Inc.



Exhibit G - eBay Commerce Inc.



Exhibit H - Amazon. Com Sales, Inc.







Exhibit I - Vitalina



Exhibit J - Balboa Wholesale LLC, aka Lunar Canyon Organics, and Rillvo



Exhibit K - Malibu Labs





Exhibit L - Ideal Performance





Exhibit M - Health & Wellness Plus

# Health & Wellness Plus

 **Pro Seller**

★★★★☆ <u>See all 228 reviews</u>

3.8 stars out of 5

 **68%**   Overall Positive Rating

## What makes a Pro seller

- Quality service provider
- Consistent on-time delivery
- Free online or in-store returns

🏠  Business Name: Shopping EZ

✉️  <u>Contact seller</u>

📞  <u>(385) 201-3948</u>

📍  2327 E Deer Park Ln
Draper, Utah 84020, United States





---

⚜️ **Walmart**
https://www.walmart.com › ... › All Dietary Supplements  ⋮

## Keto Melt X - Single Bottle - Walmart.com

**Keto Melt** X - Single Bottle ; Manufacturer. **Tygaz** ; Ingredients. Raspberry Ketones, African Mango, Green Tea Extract, Caffeine Anhydrous, Apple Cider Vinegar ...

$29.99

Exhibit N - VAAD Holdings, LLC.

Reseller of Keto Melt X - communication received by admitting VAAD Holdings Infringement





J https://trademarks.justia.com › 905 › 24 › s-o-90524441.html

## S.O LABS Trademark of Vaad Holdings LLC - Registration Number 66...

Feb 11, 2021 · **Vaad** Holdings LLC Party Type 30- Original Registrant Legal Entity Type 16- Limited Liability Company Address Please log inwith your Justia account to see this address. Party Name **Vaad** Holdings LLC Party Type 20- Owner at Publication Legal Entity Type 16- Limited Liability Company Address Please log inwith your Justia account to see this address.

Exhibit O - Shopping EZ LLC



Walmart
https://www.walmart.com › ... › All Dietary Supplements    ⋮

**Keto Melt X - Single Bottle - Walmart.com**

**Keto Melt** X - Single Bottle ; Manufacturer. **Tygaz** ; Ingredients. Raspberry Ketones,
African Mango, Green Tea Extract, Caffeine Anhydrous, Apple Cider Vinegar ...

$29.99





# Exhibit P

keto melt

All · Shopping · Images · Videos · News · More · Tools

About 9,160,000 results (0.74 seconds)

**Ad** · https://yhabakyk.ru.com/

SharkTank®#1 Weight Loss Pill - Top 2022 Fat Burner Gummies

Buy 1, Get 2 for Free. **Keto** is a Weight Loss Supplement That Aids in Healthy Weight Loss. 2022 **Keto** Weight Loss Pill. Official Store-Get the Lowest Price Here.

**Ad** · https://www.noom.com/pills_keto™/pills_keto™

#1 ShakTank WeightLoss Pills - #1 Fat Burner Pill

Claim your Free Discounted Bottles Now. 90% Off Now.

Rating for noom.com: 4.3 - 3,874 reviews

**Ad** · https://www.14ketodietfaster.cyou/keto/gummis

90% Off Today Only - 【Keto™ diet pills USA】

Buy 1, Get 2 for Free. **Keto** is a Weight Loss Supplement That Aids in Healthy Weight Loss. 2022 **Keto** Weight Loss Pill. Official Store-Get the Lowest Price Here.

**Ad** · https://www.topverifiedreviews.com/reviews/keto

2022 Top 5 Keto Pills - There's One Clear Winner 2022

We've independently tested 100 of the best rated fat-loss supps on the market today. Improves Endurance. Used By Professionals. 60-Day Money-Back Promise.

Get In Touch · Who We Are

https://www.amazon.com › Ketogenic-Melt-Supplement...

Ketogenic Melt X Supplement Pills (1 Pack) - Amazon.com

**Ketogenic Melt** X Supplement Pills (1 Pack). +. Premium Keto Diet Pills - Utilize Fat for Energy with Ketosis - Boost Energy & Focus.

Item Weight: 2.57 ounces    Package Dimensions: 3.98 x 2.05 x 2.0...

Rating: 3 · 57 reviews · $17.95

https://www.amazon.com › Pack-Advanced-Ketogenic-...

(3 Pack) Keto Melt X Advanced Ketogenic Formula (180 ...

(3 Pack) **Keto Melt** X Advanced Ketogenic Formula (180 Capsules) ; Unit Count. 180.00 Count ; Number of Items. 3 ; Package Dimensions, 6.65 x 5.2 x 2.24...

Package Dimensions: 6.65 x 5.2 x 2.24 i...    Item Form: Capsule

Item Weight: 6.4 ounces

Rating: 3.3 · 25 reviews · $38.95 · Out of stock

https://www.ebay.com › itm

Keto Melt X Pills, Official Keto Melt Pills Advanced Formula ...

Find many great new & used options and get the best deals for **Keto Melt** X Pills, Official **Keto Melt** Pills Advanced Formula, 1 Bottle Pack at the best online ...

$25.95 · Free 4-day delivery · In stock

**People also search for**

keto melt x reviews · what can you drink on keto · keto for women over 50 · healthy keto meals · what can i drink on keto

People also ask

What is the best fat burner on keto?

**Ads** · Shop keto melt

(2 Pack) Keto Melt X Pills,... $37.95 eBay Free shipping

(official) Keto Melt X,... $25.95 Walmart Free shipping

Approved Science Ket... $49.95 Approved S...

Truly Keto ACV... $59.95 Justified La... Free by ...

Best-Selling Keto Boost ... $54.99 awakenedla... Free shipping

Keto Melt X Melt Keto P... $19.95 Bonanza Free shipping

Extra Burn Keto,... $34.72 Amazon.com Free shipping

Keto Blast Gummies $49.95 Justified La... Free by ...

Bio Lyfe Keto Gummies B... $29.95 Justified La... Free by ...

More on Google





Google | ideal performance supplements ketomelt

All · Shopping · Images · Videos · Maps · More · Tools

About 153,000 results (0.95 seconds)

Did you mean: ideal performance supplements ***keto melt***

Ad · https://asegefal.ru.com/

SharkTank®#1 Weight Loss Pill - Top 2022 Fat Burner Gummies

Buy 1, Get 2 for Free. Keto is a Weight Loss **Supplement** That Aids in Healthy Weight Loss. 2022 Keto Weight Loss Pill. Official Store-Get the Lowest Price Here.

Ad · https://www.joinnextmed.com/weightloss/near_you

$99 Weight Loss Pills Buy Now - Same-Day Prescription Online

No Restrictive Diets or Intense Exercise. Members Lose 53+ lbs on Average. Order Now! Personalized, Doctor-Backed Weight Loss Medicine in Your City. Change Your Life Today. No Exercise Required. No Dieting Required. 23% Average Weight Loss.

How It Works · Medication · Pricing · FAQ

Ad · https://www.dietdirect.com/

Shop Online Now - Get 30% Off - Code: DDSAVE30

Up To 35% Off Mix-N-Match Bundles, Up To 48% Off Diet Plans and a Money Back Guarantee. Shop Keto Products at Diet Direct. Free Shipping on Orders $69+. Shop Today. High Quality Protein. Natrual Energy Boost. Huge Selection Diet Foods.

Rating for dietdirect.com: 4.7 - 217 reviews - Return policy: Most items 30+ days

Shakes & Drinks · Subscribe & Save 5% Now · Deals & Coupons · Weight Loss Plans

https://www.amazon.com › Pills-Advanced-Formula-Po...

Keto Melt X Melt Keto Pills Advanced Formula Powder ... - Amazon.com

**Keto Melt** X Melt Keto **Pills** Advanced Formula Powder (60 Capsules) ; Brand. **IDEAL PERFORMANCE** ; Item Form. Capsule ; Unit Count. 60.00 Count ; Manufacturer, **IDEAL** ...

Rating: 3.4 · 4 reviews

https://www.amazon.com › Pack-Advanced-Ketogenic-...

(3 Pack) Keto Melt X Advanced Ketogenic Formula (180 ...

Amazon.com: (3 Pack) **Keto Melt** X Advanced Ketogenic Formula (180 ... Ultra Fast Prime Keto **Supplement** for Women and Men - **Optimal** Max Keto - 120 Capsules.

Rating: 3.3 · 25 reviews · $38.95 · Out of stock

https://www.ebay.com › itm

Keto Melt X Melt Keto Pills Advanced Formula Powder (60 ...

Brand: **IDEAL PERFORMANCE** ; Formulation: Capsule ; Main Purpose: Weight Loss, Weight Management, General Wellness, Sports and Fitness **Performance** ; Active ...

$19.95 · Free 4-day delivery · In stock

https://www.walmart.com › ... › All Dietary Supplements

(Official) Keto Melt X, Advanced Formula, 1 Bottle Package ...

**Keto Melt** X formula is an all natural **supplement** designed for men and women to help with speed-up the state of ketosis. Ketosis is the state where your body ...

Rating: 1 · 1 review · $25.95 · Free delivery · In stock

https://www.walmart.com › brand › ideal-performance

Ideal Performance - Walmart

**Ideal Performance**. Sugar Balance **Pills Supplement** for Diabetes Sugarbalance Healthy Blood Sugar Levels (2 Pack - 120 Capsules).

11/11/22, 1:07 PM                                            Keto Melt Keto Pills

# Keto Melt Keto Pills

Search this site

**KETO MELT KETO®
(USA) GREATEST
ADVANTAGE OF YOUR
WEIGHT REDUCTION!**

SITEMAP

## Keto Melt Keto® (USA) Greatest Advantage of Your Weight Reduction!

**Keto Melt Keto** not start every day with newly squeezed organic products, and a huge natural product plate of mixed greens, new organic products as nature expected it. The magnificence about having organic products for breakfast and having natural product juices, is that you can have as much as you have to cause you to feel full. These nourishments to not meddle with the body's end procedure.

Exhibit Q - hot bot search



Exhibit R - Number of computers make up Internet



Exhibit S - Google Search Market



Exhibit T - Google Communication

From: **Micael Tambucho**  micael@google.com
Subject: Re: Shopping Dissaproval
Date: November 19, 2019 at 1:51 PM
To: Bill Oneill  admin@alpinewebtech.com



Hey Bill,

Please send over the email that you received with the explanation of the account suspension. I will talk to our support team right away. Did you already engage with our support team? What was their response?

Thanks

On Tue, Nov 19, 2019, 12:29 PM Alpine Admin <admin@alpinewebtech.com> wrote:
Micael,

Our account has been suspended. Please call me ASAP to discuss! We spend hundreds of thousands of dollars per month with your company??

Warm Regards,

Bill O'Neill
937-776-9130



On Nov 14, 2019, at 2:58 PM, Micael Tambucho <micael@google.com> wrote:

https://support.google.com/merchants/contact/suspended?visit_id=63695187004521317-3515631375&rd=1#ts=6081780

--

Page 35 of 37

From: **Micael Tambucho** micael@google.com
Subject: Fwd: Ketomelt volumes
Date: July 25, 2019 at 11:03 AM
To: **Bill Oneill** admin@alpinewebtech.com, **Bill O** alpinetechworks@gmail.com



---------- Forwarded message ---------
From: **Micael Tambucho** <micael@google.com>
Date: Thu, Jul 25, 2019 at 10:04 AM
Subject: Re: Ketomelt volumes
To: Bill Oneill <admin@alpinewebtech.com>

Hey Bill,

Nothing wrong yesterday, I think it might be just competitor pressure. To take a look at auction insights:

- Choose a campaign.
- Go to the ad group tab.
- Click on auction insights

Attached a screenshot.

Best,

Micael

On Wed, Jul 24, 2019 at 11:43 AM Bill Oneill <admin@alpinewebtech.com> wrote:

Hey Micael the volumes seem low today. Is there an issue with cpa in the auction? Still can not locate the auction standings.

Regards,
Bill O'Neill

On Jul 23, 2019, at 4:42 PM, Micael Tambucho <micael@google.com> wrote:

Hey Bill,

Below some items:

- You can take a look at auction insights for any particular day to see how the competition and impression share shift (attached a screenshot)
- Regarding overspending, the system always calculates spend based on actual demand and by multiplying daily budget*30. It never goes over that if we keep daily budget stable. Consider two moving things: daily demand and smart bidding capabilities of knowing the user journey (most of the transactions are done on same day of the click).
- Conversions for Keto cookbook are trending upwards during the last few days, so I think we are riding a strong Keto wave...I've been seeing lot's of fuzz about it lately...or maybe it's because I am really in market for keto products (3 week doing the diet)

Best,

Micael

On Tue, Jul 23, 2019 at 4:20 PM Bill Oneill <admin@alpinewebtech.com> wrote:

Hey Micael,

The scheduling and CPC were fine over the weekend with great volumes and CPA. Starting yesterday it became much more expensive. Is there a way on my end to see the auctions and bidding?

The evening campaign spent double its budget yesterday, overspending. Is there a way to control this without actually watching it?

Hey Micael,

Sorry for the delayed response, I am traveling overseas this week.  Perhaps we can schedule a call next week to go over some items. I'll take a look at shopping and  discovery. Regarding Target CPA, the campaigns are somewhat expensive, not sure what you mean regarding your CPA comments. On the cookbook, traffic is extremely slow, any thoughts?

Warm Regards

Bill O'Neill

On Nov 4, 2019, at 3:56 PM, Micael Tambucho <micael@google.com> wrote:

Hey Bill,

It's been a while since our last conversation. I was taking a look at the campaigns and everything seems to be trending in the right direction during the past days but wanted to reach out in case any resource/insights is needed from my end. Couple of observations/recommendations:

- Keto Melt: we are missing shopping and discovery campaigns for this product.
- Target CPA on Keto Melt campaign doesn't seem to be aligned with search CPA, take a look at this as it might be a good idea to accommodate the CPA accordingly.
- I would recommend checking out the recommendations tab for the search campaigns on some small optimizations that can be done. I would caviar that is good to double check the changes before applying but some low hanging fruit like adding audiences and creating new ad versions can be found there.

Let me know if you have any questions about these items or anything I can help with.

Best,

Micael

--



**Micael Tambucho**
Account Manager
Google Customer Solutions, NY
micael@google.com | 212 565 9156

Ads under review? Click on this link!
Click here to get Tech Support: 24 hours a day, 7 days a week.
Call: **1-866-2-GOOGLE** (**246-6453**) 9am-8pm ET, weekdays