# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **DAPHNE ROLLINS,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | **CIVIL ACTION FILE** <br><br> **NO.: _____** |
| **RICHARD MOORE and FOOTHILLS BROKERAGE, INC.,** | § § § § | |
| Defendants. | § § § | |

## **DEFENDANTS' JOINT NOTICE OF REMOVAL**

COME NOW **RICHARD MOORE** and **FOOTHILLS BROKERAGE, INC.**, purported Defendants ("Defendants") in the above-styled civil action, appearing specially and without waiving, but specifically reserving all defenses arising from jurisdiction, service and process, and hereby remove Civil Action File No. 22-C-06949-S4 from the State Court of Gwinnett County to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for the removal state as follows:

## **STATEMENT OF THE CASE**

1.

Defendants have been sued in a civil action brought in the State Court of Gwinnett County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.  Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action have been attached as Defendants' Exhibit 1.

2.

The present matter is an action for damages for bodily injuries arising out of an April 9, 2021 motor vehicle accident involving Plaintiff Daphne Rollins and Defendant Richard Moore (hereinafter "the subject accident").  D-1, Complaint, ¶¶ 4-5.  Plaintiff makes claims against Defendant Richard Moore for (i) ordinary negligence and (ii) negligence per se.  *Id.*, ¶¶ 5, 7.  Plaintiff's claim against Defendant Foothills Brokerage, Inc. appears to be grounded in negligent entrustment.  *Id.*, ¶ 6.

3.

The Complaint was filed December 2, 2022, in the State Court of Gwinnett County, Civil Action File No. 22-C-06949-S4.  *See* D-1, Complaint.  To date,

neither Defendant Richard Moore, nor Defendant Foothills Brokerage, Inc. have been served with the Summons or Complaint.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

4.

Plaintiff Daphne Rollins is a citizen of the State of Georgia.  D-1, Complaint, ¶ 1.  Defendant Richard Moore is, and was at the time this lawsuit was filed, a citizen of the State of Tennessee.  D-1, Complaint, ¶ 2.  Defendant Foothills Brokerage, Inc. is, and was at the time this lawsuit was filed, a corporation organized under the laws of the State of Tennessee, with its principal place of business in the State of Tennessee.  *Id.*, ¶ 3.  Therefore, there is complete diversity of citizenship between the parties.

5.

Plaintiff contends that "[a]s a result of the Defendant Moore's negligence, Plaintiff suffered injuries that include but are not limited to:  cervical disc disorder, cervical radiculopathy, lumbar radiculopathy, cervicalgia, sprain of left shoulder, sprain to left knee, anxiety disorder, dizziness and giddiness, other insomnia and post-traumatic headache," and that "[t]he treatment and lost wages of said injurie resulted in special damages in excess of $337,264.95."  D-1, Complaint, ¶ 9.

6.

In determining whether the requisite $75,000.00 amount in controversy has been established, jurisdiction "is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1319 (11th Cir. 2001).  In the present case, as the claimed special damages alone are $337,264.95, Defendants assert that it is facially apparent from the Plaintiff's Complaint that the requisite $75,000.00 amount in controversy requirement has been met.  D-1, Complaint, ¶ 9.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7.

Neither Defendant Richard Moore, nor Defendant Foothills Brokerage, Inc., have been served with the Summons or Complaint in this matter.  Therefore, this Joint Notice of Removal is filed within 30 days from the date that either Defendant has been served with the Summons and Complaint.  Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

8.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action."

As such, Defendants Richard Moore and Foothills Brokerage, Inc. expressly consent to the removal of this action and the requirements of 28 U.S.C. § 1446(b)(2)(A) have been met.

## CONCLUSION

By this Joint Notice of Removal, Defendants Richard Moore and Foothills Brokerage, Inc. do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action.  Defendants Richard Moore and Foothills Brokerage, Inc. intend no admission of fact, law, or liability by this Notice and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants Richard Moore and Foothills Brokerage, Inc. pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 21st day of February, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**GREGORY C. MADDALENI**
Georgia Bar No. 913114
*Attorneys for Purported Defendants*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622

(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
gmaddaleni@cmlawfirm.com

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS' JOINT NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Kaylan Colbert, Esq.
The Colbert Law Firm, LLC
1100 Peachtree Street NE, 9th Floor
Atlanta, GA  30309
kcolbert@crashatl.com
*Counsel for Plaintiff*

This 21st day of February, 2023.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**GREGORY C. MADDALENI**
Georgia Bar No. 913114
*Attorneys for Purported Defendants*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
gmaddaleni@cmlawfirm.com