IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DAPHNE ROLLINS,** § § § **Plaintiff,** § § **vs.** § § **RICHARD MOORE and** § **FOOTHILLS BROKERAGE, INC.,** § § **Defendants.** § § | **CIVIL ACTION FILE** <br><br> **NO.: _____** |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW **RICHARD MOORE** and **FOOTHILLS BROKERAGE, INC.**, purported Defendants ("Defendants") in the above-styled civil action, appearing specially and without waiving, but specifically reserving all defenses arising from jurisdiction, service and process, and pursuant to Fed. R. Civ. P. 7.1 and L. R. 3.3, and hereby file and serve this Certificate of Interested Persons and Corporate Disclosure Statement, respectfully showing the Court as follows:

(1)   The undersigned counsel for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff: Daphne Rollins;

Defendants: Foothills Brokerage, Inc.; and

Richard Moore.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Cherokee Insurance Company.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the Defendants in this proceeding:

Jason G. Wyrick, Esq.
Gregory C. Maddaleni, Esq.
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
275 Scientific Drive, Suite 2000
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
gmaddaleni@cmlawfirm.com

*[Signature contained on next page.]*

This 21st day of February, 2023.

**CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP**

|  |  |
|---|---|
|  | /s/ Jason G. Wyrick |
|  | **JASON G. WYRICK** |
| Meridian II, Suite 2000 | Georgia Bar No. 143112 |
| 275 Scientific Drive | **GREGORY C. MADDALENI** |
| Peachtree Corners, GA  30092 | Georgia Bar No. 913114 |
| (404) 881-2622 | *Attorneys for Purported Defendants* |
| (404) 881-2630 (Fax) |  |
| jwyrick@cmlawfirm.com |  |
| gmaddaleni@cmlawfirm.com |  |

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Kaylan Colbert, Esq.
The Colbert Law Firm, LLC
1100 Peachtree Street NE, 9th Floor
Atlanta, GA  30309
kcolbert@crashatl.com
*Counsel for Plaintiff*

This 21st day of February, 2023.

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

/s/ Jason G. Wyrick
**JASON G. WYRICK**
Georgia Bar No. 143112
**GREGORY C. MADDALENI**
Georgia Bar No. 913114
*Attorneys for Purported Defendants*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)
jwyrick@cmlawfirm.com
gmaddaleni@cmlawfirm.com