

**E-FILED IN OFFICE - CE**
**CLERK OF SUPERIOR COURT**
**GWINNETT COUNTY, GEORGIA**
**22-A-09280-4**
**10/27/2022 11:06 AM**
**TIANA P. GARNER, CLERK**

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Herbert Lynn, Jr.

Angie Lynn

_____

PLAINTIFF

VS.

The Travelers Home and Marine Insurance Company

_____

DEFENDANT

CIVIL ACTION NUMBER: 22-A-09280-4

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Herbert Lynn, Jr. and Angie Lynn
2090 Melodie Ln. 1
Cumming, Georgia 30041-6860

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _27th day of October, 2022_____, 20____.

Tiana P. Garner
Clerk of Superior Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011