E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-09280-4**
10/27/2022 11:06 AM
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| Herbert Lynn, Jr. and Angie Lynn, <br><br> *Plaintiffs*, <br><br> v. <br><br> The Travelers Home and Marine Insurance Company, <br><br> *Defendant*. | Civil Action Number  22-A-09280-4 |

**EXHIBIT B**

## COMPLAINT

COME NOW THE PLAINTIFFS, Herbert Lynn, Jr., and Angie Lynn, and file this, their Complaint against The Travelers Home and Marine Insurance Company, respectfully showing as follows:

1.

Plaintiffs are natural persons, *sui juris*, and submit themselves to the jurisdiction of this Court.

2.

Defendant is an insurance company licensed to sell insurance policies in this State. Service may be had upon its registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

Venue is proper pursuant to O.C.G.A. § 33-4-1. Once service is complete, this Court will have jurisdiction over both the subject matter of this case and the Parties hereto.

## FACTS

4.

At all relevant times hereto, Defendant issued a policy of insurance to Plaintiffs, which policy of insurance insured that certain property located at 2090 Melodie Ln. 1, Cumming, GA 30041-6860 on an all-risk basis.

5.

On October 29, 2020, the insured property suffered damage from a covered cause of loss, the remnant of Tropical Storm Zeta.

6.

Plaintiffs promptly made a claim for the damage to Defendant, and have complied with all other terms and conditions of the policy relevant to the making of such a claim.

7.

Defendant accepted the claim and agreed that there was coverage under the policy for the loss. Defendant began adjusting the loss but discontinued doing so.

8.

Recognizing that Defendant had agreed there was coverage and wanting to resolve the claim amicably, but cognizant of the danger of failing to meet the statute of limitations to which the parties had agreed under the policy, Plaintiffs reached out to Defendant to enter a tolling agreement. Defendant denied knowing what a tolling agreement is.

9.

In order to preserve their rights and compel Defendant to finish adjusting and paying all amounts due under the policy, Plaintiffs have been forced to file this suit.

## COUNT I: BREACH OF CONTRACT

10.

Plaintiffs re-state and re-allege Paragraphs 1-9 as if fully stated herein.

11.

The insurance policy issued by Defendant to Plaintiffs constitutes a legally binding contract between the Parties.

12.

Defendant's failure to pay all amounts due under the policy of insurance is a breach of contract. That breach has directly and proximately harmed Plaintiffs and interfered with their enjoyment of their property.

13.

Plaintiffs are entitled to recover all amounts due and owing under the policy of insurance for the loss described herein.

14.

Plaintiffs are also entitled to recover their attorneys' fees and costs of court pursuant to O.C.G.A. § 13-6-11 for Defendant's stubborn litigiousness.

15.

Plaintiffs are entitled to recover interest on those payments not made at the statutory rate.

## COUNT II: BAD FAITH

16.

Plaintiffs re-state and re-allege Paragraphs 1-9 as if fully stated herein.

17.

By refusing to continue adjusting the claim during the contractual limitations period and refusing to toll the statute of limitations on a claim on which it has admitted coverage, Defendant has acted in bad faith as defined by O.C.G.A. § 33-4-6.

18.

Plaintiffs have not yet delivered a copy of the demand and complaint to the Commissioner of Insurance but will do so within the statutory time.

19.

Plaintiffs are entitled to recover an additional fifty percent of the value of this claim and their attorneys' fees and costs for Defendant's bad faith.

WHEREFORE, THE PLAINTIFFS pray for trial by a jury of twelve; for judgment in their favor; for the recovery of the value of the damage to their property from Defendant; for bad faith damages against Defendant; for their fees and costs of litigation; and for such other and further relief as this Court deems equitable and just.

Respectfully submitted, this the 27th of October, 2022.

_____
Herbert Lynn, Jr.

_____
Angie Lynn

2090 Melodie Ln. 1
Cumming, GA 30041-6860

Phone: 770-231-9738
Email: martyangie4@bellsouth.net

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

22-A-09280-4

10/27/2022 11:06 AM

TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Gwinnett__ County

**For Clerk Use Only**

Date Filed _____   Case Number __22-A-09280-4__
MM-DD-YYYY

**Plaintiff(s)**

| Lynn | Herbert | | Jr. | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Lynn | Angie | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

| The Travelers Home and Marine Insurance Company | | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney _____   Bar Number _____   Self-Represented ☒

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                          Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

E-FILED IN OFFICE - CE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-09280-4
10/27/2022 11:06 AM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Gwinnett Superior Court__ County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number | 22-A-09280-4 |

**Plaintiff(s)**
lynn, herbert
Last        First        Middle I.        Suffix        Prefix
Lynn, Angie
Last        First        Middle I.        Suffix        Prefix
Last        First        Middle I.        Suffix        Prefix
Last        First        Middle I.        Suffix        Prefix

**Defendant(s)**
Marine Insurance Comp, Travelers  Home and
Last        First        Middle I.        Suffix        Prefix
Last        First        Middle I.        Suffix        Prefix
Last        First        Middle I.        Suffix        Prefix
Last        First        Middle I.        Suffix        Prefix

**Plaintiff's Attorney** _____   **State Bar Number** _____   **Self-Represented** ☒

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number        Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20