Civil Action No. __22-A-09280-4__
Date Filed __10-27-22__

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

__Herbert Lynn Jr.__
__Angie Lynn__
Plaintiff

VS.

__The Travelers Home and Marine Insurance Company__
Defendant

Attorney's Address

Name and Address of party to be served,
__The Travelers Home and Marine Insurance Company__
__Registered Agent - Corporation Service Company__
__2 Sun Court, Suite 400, Peachtree Corners__
__Ga 30092__

Garnishee

RECEIVED 2022 OCT 27 PM 1:15 CIV. DIV. G.S.O.

### Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒ Served the defendant __The Travelers Home and Marine Ins. Comp.__ a corporation by leaving a copy of the within action and summons with __Alisha Smith__ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

2022 NOV -1 AM 9:50 TINA P. GARNER, CLERK GWINNETT COUNTY FIDELITY JUSTICE COURT

This __28__ day of __Oct__, 20__22__.

_____ Deputy

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Printed: 10/27/2022 1:03:56PM
By: alewis

Servee Count 1 of 1

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**  22034079

**Person Served:**  THE TRAVELERS HOME & MARINE INSURANCE CO
2 SUN COURT, SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

| | | | |
|---|---|---|---|
| Date Received: | 10/27/2022 | | |
| Assigned Zone: | 2 Sun Court | Court Case #: | 22-A-09280-4 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | Summons COMPLAINT | | |
| Notes/Alerts: | | | |

**Notes:**