Case 1:23-mi-99999-UNA   Document 560-6   Filed 02/22/23   Page 1 of 6

E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**22-A-09280-4**
**1/24/2023 7:28 AM**
**TIANA P. GARNER, CLERK**

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Herbert Lynn, Jr. and Angie Lynn,<br><br>    Plaintiffs<br> v.<br><br>The Travelers Home and Marine Insurance Company,<br>Integrity Insurance and Financial Services.<br>ProNet Group, Inc.,<br><br>    Defendants | Civil Action Number<br><br>22-A-09280-4<br><br> |

## REQUEST FOR JUDICIAL NOTICE OF DISMISED FEDERAL CASE

The Court is requested to take judicial notice Defendant Travelers removed this action to federal court in November 2022, which stands as dismissed without prejudice only in the federal court as of yesterday, per the Motion and Order attached as **Exhibit .** The federal removal stay under 28 U.S.C. 1441 et seq has terminated by operation of law as a result of that order.

This action pending in this Court may proceed without further delay.

Respectfully submitted this 24th day of January 2023.

By:   */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway, Suite D-245,
Suwanee, Georgia 30024
Telephone: (678) 894-5876
Email: pwersant@gmail.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I certify filing and or serving this document by U.S. First Class Mail upon the Defendants in this case on the above date and/or by electronic mail in the e-filing system of the Court.

By: */s/Paul G. Wersant*
Paul G. Wersant
Georgia Bar No. 748341
3245 Peachtree Parkway
Suite D-245, Suwanee, Georgia 30024
Telephone: (678) 894-5876
Email: pwersant@gmail.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HERBERT LYNN et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CASE NO. 1:22-CV-04692-WMR. |
| | : | |
| TRAVELERS HOME AND MARINE INSURANCE CO. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS THIS ACTION.**

Plaintiff moves to dismiss this action under Fed. R. Civ. P. 41 as follows.

**STATEMENT OF FACTS**

1. This civil matter was removed to this Court on 11/28/22 [Doc 1].

2. The Court granted a one-month extension to submit the Joint Preliminary Planning Report and Discovery Plan [Doc 6].

3. Plaintiffs retained Mr. Wersant who had to familiarize himself with this matter and appeared in this action [Doc 7]. Defense counsel was responsive to Mr. Wersant's courteous and professional initial communication.

4. Plaintiffs desire to dismiss this action without prejudice, whose counsel has communicated this position to defense counsel, to which they have raised no objection and which they otherwise have not litigated to date.

1

5. This relief will not delay this case or prejudice any party.

6. Defense counsel does not object to the relief sought.

7. A proposed order is attached as **Exhibit 1.**

## MEMORANDUM

The Court is requested to take judicial notice of the record per FRE 201

Plaintiffs' counsel understands from defense counsel's responses that they do not object to the relief sought. "[I]n most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other then the mere prospect of a second lawsuit, as a result." **_Durham v. Fla. E. Coast_**, 385 F. 2d. 366, 368-369 (5th Cir. 1967) [reversed erroneous dismissal with prejudice under Fed. R. Civ. P. 41 (a)(2)] Plaintiffs' counsel does not intend to take further action as dismissal will terminate the Court's authority over this matter, which will permit the Court to spend its valuable time and resources on matters proceeding in the interests of judicial economy.

## CONCLUSION

WHEREFORE, Plaintiff respectfully prays for the following relief:

(a) Dismissal of this action without prejudice.

(b) The vacating of all orders and denial of all motions as moot.

(c) All just and proper relief as set forth here.

## **L.R. 5.1 (C) CERTIFICATE OF COMPLIANCE**

Per L.R. 5.1(C), I certify this document was prepared per L.R. 5.1(B) in Times Roman 14-point typeface.

Respectfully submitted this 17th day January 2023.

   By: */s/Paul G. Wersant*
      Paul G. Wersant
      Georgia Bar No. 748341
      3245 Peachtree Parkway, Suite D-245
      Suwanee, Georgia 30024
      Telephone: (678) 894-5876
      Email: pwersant@gmail.com
      Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HERBERT LYNN et al. | : | |
| Plaintiffs, | : | |
| vs. | : | CASE NO. 1:22-CV-04692-WMR. |
| TRAVELERS HOME AND MARINE INSURANCE CO. | : | |
| Defendants. | : | |

# ORDER GRANTING MOTION [DOC 8]

Upon consideration of Plaintiffs Motion to Dismiss [Doc 8], being advised in the premises, the Court finds and orders as follows:

The Motion is granted. This action is dismissed without prejudice in which all orders are vacated and any pending motions are denied as moot.

**SO ORDERED** this 23rd day of January, 2023.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1