Case 1:23-mi-99999-UNA   Document 560-8   Filed 02/22/23   Page 1 of 1

E-FILED IN OFFICE - NV
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-09280-4**
**1/24/2023 6:53 AM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Herbert Lynn, Jr. and Angie Lynn,<br><br>    Plaintiffs<br>v.<br><br>The Travelers Home and Marine Insurance Company,<br>Integrity Insurance and Financial Services.<br>ProNet Group, Inc.,<br><br>    Defendants | Civil Action Number<br><br>22-A-09280-4 |

**EXHIBIT H**

### SUMMONS

**TO THE ABOVE-NAMED DEFENDANT: Integrity Insurance and Financial Services**

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's attorney, whose name and address is:

> Paul G. Wersant
> 3245 Peachtree Parkway, Suite D-245
> Suwanee, Georgia 30024
> Email: pwersant@gmail.com

an answer to the complaint which is herewith served upon you, within 30 days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for relief demanded in the Complaint.

24th day of January, 2023
This _____ day of _____, 2023.

Clerk of Superior Court

By: _____
Deputy Clerk