EXHIBIT J

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| HERBERT LYNN, JR. and ANGIE LYNN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: <br> 22-A-09280-4 |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SHAUN VOGEL

COMES NOW, Shaun Vogel, before the undersigned officer duly authorized to administer oaths, who having first being duly sworn, states as follows:

1.

My name is Shaun Vogel. I over the age of 18 years old. I currently am a claims professional for The Travelers Home and Marine Insurance Company ("Travelers").

2.

On January 8, 2021 I was assigned to be the claim professional responsible for Plaintiffs' insurance claim number ILS2508. I have personal knowledge of the handling of the claim based on my involvement with its investigation and adjustment. I give this affidavit in connection with the Notice of Removal being filed by Travelers, defendant in the above-styled action.

3.

On October 30, 2020, Robyn Collins, Plaintiffs' agent reported to Travelers that damage occurred from a storm that occurred at the property located at 2090 Melodie Lane, Cummings, GA 30041 ("the Property") on or about October 29, 2020.

4.

Following investigation and adjustment of Plaintiffs' claim, Travelers issued payments in the amount of $11,530.90 for repairs to roof and other structures at the Property.

5.

On October 26, 2022, Plaintiffs represented that their property damages alone were $100,000. Attached as Exhibit 1 is a true and correct copy of the Proof of Loss submitted by the Plaintiffs regarding the amount of the damages being claimed.

FURTHER AFFIANT SAYETH NOT.

Shaun Vogel
Claim Professional Travelers Home and Marine Insurance Company

Sworn to before me this 28th day of November, 2022.

Notary Public
My Commission expires: _____



2

**EXHIBIT 1**

# SWORN STATEMENT IN PROOF OF LOSS

Insurer: _Travelers Ins._   Insureds: _Herbert M. Lynn Jr. & Angie Lynn_

Policy No.: _OXK284·990258522-633_ Date/Time of Loss: _10-29-2020 (All Day)_

Policy Effective Dates: _4-28-20 - 4-28-21_   Broker/Agent: _Integrity Ins. Agency_

Property Address: _2090 Melodie Lane_  Mortgage/Lien
_Cumming GA 30041_  Holders: _None_

_Claim # ILS2508_

The cause of loss is _Hurricane/Storm Damage_, on the date and at the approximate time listed above. The estimated actual cash value of the damaged property at this time is $ _100,000_ . The estimated loss at this time is $ _100,000_ .

The insureds state that they own the subject property subject to the liens, rights, and encumbrances identified above. There is no other policy of insurance that covers this property or loss.

In the time since the loss identified above, there has been a change (no change) in the title, use, occupancy, or possession of the property (circle one). If there has been a change, it is

_____

_____ .

No plans or specifications for damaged buildings or fixtures are required at this time.

The following property was, to the best of the insureds' knowledge and belief, damaged: _House and Contents, Detached Garage and Contents Retainer Wall and Trees, Etc._

Under oath and before an officer an officer authorized to take oaths, the insureds swear or attest that the information contained herein is true and correct as of today's date and to the best of their knowledge and belief.

INSURED: _[signature]_   INSURED: _Angie Lynn_
Date: _10-26-2022_   Date: _10-26-2022_
Notary Public: _[signature]_   Notary Public: _[signature]_
My commission expires: _March 14, 2023_  My commission expires: _March 14, 2023_.

STACEY BUICE YORK
NOTARY
EXPIRES
GEORGIA
March 14, 2023
PUBLIC
FORSYTH COUNTY

STACEY BUICE YORK
NOTARY
EXPIRES
GEORGIA
March 14, 2023
PUBLIC
FORSYTH COUNTY