IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| HERBERT LYNN, JR. and ANGIE LYNN, | ) ) ) | |
|    Plaintiffs, | ) ) ) | CIVIL ACTION FILE NO.: |
| v. | ) ) | <u>22-A-09280-4</u> |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, INTEGRITY INSURANCE AND FINANCIAL SERVICES, PRONET GROUP, INC., | ) ) ) ) ) ) | |
|    Defendant. | ) | |

<u>**NOTICE OF FILING NOTICE OF REMOVAL**</u>

To:   Tiana P. Garner
       Clerk, Superior Court of Gwinnett County
       75 Langley Drive
       Lawrenceville, GA 30046

       Paul G. Wersant
       3245 Peachtree Parkway, Suite D-245
       Suwanee, GA 30024
       pwersant@gmail.com

You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of <u>Herbert Lynn, Jr. and Angie Lynn v. Travelers Home and Marine Insurance Company, et al</u>, Civil Action No. 22-A-09280-4, in the Superior Court of Gwinnett County, in accordance with the provisions of Section 1331, Title 28 of the United States Code.  Copy of said Notice filed are attached hereto.

Respectfully submitted this 22nd day of February, 2023.

                                          CHARTWELL LAW, LLP

                                          <u>*/ s/ Karen K. Karabinos*</u>
                                          Karen K. Karabinos
                                          Georgia Bar No. 423906

2

|  |  |
|---|---|
|  | */s/ Kevin P. Kelly* |
|  | Kevin P. Kelly |
|  | Georgia Bar No. 475246 |
| 3200 Cobb Galleria Pkwy. | |
| Bldg. 200, Ste. 250 | *Counsel for Travelers* |
| Atlanta, GA 30339 | |
| T: (470) 660-8737 | |
| F: (404) 738-1632 | |
| kkarabinos@chartwelllaw.com | |
| kkelly@chartwelllaw.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and forgoing **TRAVELERS' NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** upon all parties to this matter by utilizing the Court's e-filing system, which will automatically remit a copy of the within and foregoing to counsel of record as follows:

Paul G. Wersant<br>
3245 Peachtree Parkway, Suite D-245<br>
Suwanee, GA 30024<br>
pwersant@gmail.com

This 22nd day of February, 2023.

CHARTWELL LAW, LLP<br><br>
<i>/ s/ Karen K. Karabinos</i><br>
Karen K. Karabinos<br>
Georgia Bar No. 423906<br><br>
<i>/s/ Kevin P. Kelly</i><br>
Kevin P. Kelly<br>
Georgia Bar No. 475246<br><br>
<i>Counsel for Travelers</i>

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com