**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **HERBERT LYNN, JR. and** ) | |
| **ANGIE LYNN,** ) | |
|     **Plaintiffs,** ) | |
| ) | **CIVIL ACTION FILE NO.:** |
| **v.** ) | _____ |
| ) | |
| **THE TRAVELERS HOME AND** ) | |
| **MARINE INSURANCE** ) | |
| **COMPANY, INTEGRITY** ) | |
| **INSURANCE AND FINANCIAL** ) | |
| **FINANCIAL SERVICES,** ) | |
| **PRONET GROUP, INC.,** ) | |
|     **Defendants.** ) | |

**DEFENDANT TRAVELERS HOME AND MARINE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.

Pursuant to Local Rule 3.3, Defendant The Travelers Home and Marine Insurance Company ("Travelers"), by and through counsel, certifies that the following is a full and complete list of all parties in this action:

    **Plaintiffs:**   Herbert Lynn, Jr. and Angie Lynn

1

**Defendant[1]: Travelers Home and Marine Insurance Company**

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or interest which could be substantially affected by the outcome of this particular case:

**Plaintiffs:** Herbert Lynn, Jr. and Angie Lynn

**Defendant: Travelers Home and Marine Insurance Company is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.**

---

[1] Because Plaintiffs did not properly add Integrity and ProNet as party defendants in the state court, the purported presence of these additional defendants must be ignored.

<div style="text-align:center">3.</div>

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiffs:**

Paul G. Wersant
3245 Peachtree Parkway, Suite D-245
Suwanee, GA 30024
pwersant@gmail.com

**Counsel for Travelers:**

Karen K. Karabinos
Kevin P. Kelly
Chartwell Law, LLP
3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

Served this 22nd day of February, 2023

<div style="margin-left:50%">

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*/s/ Kevin P. Kelly*
Kevin P. Kelly
Georgia Bar No. 475246

</div>

3200 Cobb Galleria Pkwy.

Bldg. 200, Ste. 250 *Counsel for Travelers*
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date served a copy of **TRAVELERS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**, on opposing counsel by using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

<div align="center">

**Paul G. Wersant**
3245 Peachtree Parkway, Suite D-245
Suwanee, GA 30024
**pwersant@gmail.com**

</div>

This 22nd day of February, 2023.

<div align="right">

CHARTWELL LAW, LLP

*/ s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Travelers*

</div>

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
T: (470) 660-8737
F: (404) 738-1632
kkarabinos@chartwelllaw.com