# EXHIBIT 4

| | |
|---|---|
| **From:** | CFPB_Executive Secretary |
| **To:** | John Bedard |
| **Cc:** | CFPB_Office of Enforcement(For External Use Only); Baldwin, Sarah (CFPB); CFPB_Executive Secretary |
| **Subject:** | RE: Petition to Modify or Set Aside Civil Investigative Demand - National Credit Systems, Inc. |
| **Date:** | Thursday, December 22, 2022 11:11:12 AM |
| **Attachments:** | Decision and Order on Petition by National Credit Systems Inc. to Set Aside Civil Investigative Demand.pdf |

Counsel:

Attached is the Decision and Order on the National Credit Systems, Inc. Petition to Modify or Set Aside the Bureau's Civil Investigative Demand.

The Decision and Order along with the Petition will be available to the public on the CFPB's website on or after Friday 12/30/22.

**Please confirm receipt of this email.**

Regards,

Office of the Executive Secretary
Consumer Financial Protection Bureau

---

**From:** CFPB_Executive Secretary <CFPB_ExecutiveSecretary@cfpb.gov>
**Sent:** Tuesday, November 15, 2022 10:56 AM
**To:** John Bedard <jbedard@bedardlawgroup.com>
**Cc:** CFPB_Office of Enforcement(For External Use Only) <CFPB_EnforcementDivision@cfpb.gov>; Baldwin, Sarah (CFPB) <Sarah.Baldwin@cfpb.gov>
**Subject:** RE: Petition to Modify or Set Aside Civil Investigative Demand - National Credit Systems, Inc.

Counsel: The attached petition to modify or set aside the civil investigative demand issued to National Credit Systems, Inc. was received by the Consumer Financial Protection Bureau on 11/9/22 at 1:31 p.m. and has been assigned docket number 2022-MISC-National Credit Systems, Inc.-0001.

Regards,

Office of the Executive Secretary
Consumer Financial Protection Bureau

---

**From:** John Bedard <jbedard@bedardlawgroup.com>
**Sent:** Wednesday, November 9, 2022 1:31 PM
**To:** CFPB_Executive Secretary <CFPB_ExecutiveSecretary@cfpb.gov>
**Cc:** CFPB_Office of Enforcement(For External Use Only) <CFPB_EnforcementDivision@cfpb.gov>; John Bedard <jbedard@bedardlawgroup.com>; Baldwin, Sarah (CFPB) <Sarah.Baldwin@cfpb.gov>
**Subject:** Petition to Modify or Set Aside Civil Investigative Demand - National Credit Systems, Inc.

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Sir or Madam,

Please confirm receipt of the attached Petition to Set Aside The Civil Investigative Demand dated October 18, 2022.

Thank you,

John H. Bedard, Jr.
jbedard@bedardlawgroup.com

Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, Georgia 30096
Phone:   678-253-1871 ext. 244
www.bedardlawgroup.com

Check out Bedard Law Group's newest service offering – BLG Insight, your outsourced speech analytics legal solution!

Have a smart phone? Get this first-of-its-kind app for the collection industry - ARM Law!   Now Available for iPhone, iPad, *and* Android!