# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Petitioner*,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>*Respondent*. | Case No. _____<br><br>**[PROPOSED] ORDER TO COMPLY WITH CIVIL INVESTIGATIVE DEMAND** |

The Petitioner, the Consumer Financial Protection Bureau (Bureau), having petitioned for an Order Compelling Compliance with a Civil Investigative Demand (CID) issued by the Bureau to National Credit Systems, Inc. (NCS), the Court having considered the Memorandum in Support of the Bureau's Petition and all other papers filed in this proceeding, and the Court having jurisdiction over the parties and the subject matter, and good cause having been shown, therefore:

**IT IS HEREBY ORDERED** that the Bureau's Petition to Enforce CID is GRANTED.

**IT IS FURTHER ORDERED** that Respondent NCS shall complete a full production of materials required by the CID, producing all responsive material not previously produced to the Bureau, within ten days of this Order or at a later date as may be established by the Bureau.

Dated: _____                          _____
                                                U.S. District Judge

Presented By:

LOCAL COUNSEL

RYAN K. BUCHANAN
United States Attorney

*/s/ Akash R. Desai*
AKASH R. DESAI
Assistant U.S. Attorney
Georgia Bar No. 338124

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, Georgia 30303
Phone: (404) 581-6364
Facsimile: (404) 581-6181
Email: Akash.Desai@usdoj.gov

FOR PETITIONER:

CONSUMER FINANCIAL PROTECTION BUREAU

ERIC HALPERIN
Enforcement Director

DAVID RUBENSTEIN
Deputy Enforcement Director

MAUREEN MCOWEN
Assistant Deputy Enforcement Director

*/s/ Sarah Baldwin*
SARAH BALDWIN
Enforcement Attorney
N.Y. Reg No. 5414248
Phone: (202) 480-6912
Email: sarah.baldwin@cfpb.gov

TRACEE J. PLOWELL
Senior Litigation Counsel
N.Y. Reg. No. 2994457
Email: tracee.plowell@cfpb.gov
Tel.: (202) 676-6924

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552