IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNYE COLLIER | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of |
| WALMART, INC. | ) | Clayton County; |
| | ) | Civil Action File No. |
| | ) | 2023CV00119] |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant WALMART, INC., by and through counsel, within the time prescribed by law, and without waiving any defenses, file this Notice of Removal, respectfully showing this Honorable Court, as follows:

**1.**

Plaintiff Johnnye Collier filed a negligence suit against the Defendant in the State Court of Clayton County, Georgia styled as above and numbered as Civil Action File No. 2023CV00119. Clayton County is in the Atlanta Division of this Court. 28 U.S.C. § 90 (a)(2).

**2.**

Plaintiff is a Georgia citizen.

**1**

**3.**

Walmart Inc. is a Delaware corporation with its principal place of business in Bentonville, Arkansas. It was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit, or at any time thereafter.

**4.**

Complete diversity of citizenship exists between Plaintiff and Defendant.

**5.**

Defendant Walmart, Inc. received service of summons and a copy of the Complaint on January 23, 2023.

**6.**

Defendant has timely removed this case pursuant to 28 U.S.C. §1446(b)(1) which provides that the "notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …." Fed. R. Civ. P. 6(a)(1)(C) provides that the calculation shall continue onto the next non-weekend date. Accordingly, this Notice of Removal is filed within thirty days of the service of Plaintiff's

Complaint upon Defendants on February 22, 2023

**7.**

Plaintiff alleges incurred medical expenses of $466,657.79. (Ex. A, *Compl.*, p. 4, ¶ 30).

**8.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332(a) and 1441 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

**9.**

Pursuant to 28 U.S.C. § 1446, Defendants have attached as Exhibit "A" copies of all process, pleadings and Orders that were served on and/or provided to Defendant, including copies of all pleadings that have been filed to date in the State Court of Clayton County, Georgia for the above-styled case.

**10.**

Pursuant to 28 U.S.C. §1446, Defendant is not required to file a removal bond.

**11.**

A true and correct copy of this Notice of Removal shall be filed with the Clerk of the State Court of Clayton County, as required by 28 U.S.C. §1446.

**12.**

Written notice of the filing of this Notice of Removal shall be given to all Parties, through their counsel of records, as required by 28 U.S.C. §1446.

WHEREFORE, Defendants pray that the above-captioned lawsuit would be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division.

This 22nd day of February, 2023.

                                        WALDON ADELMA CASTILLA
                                        HIESTAND & PROUT

                                        /s/ Casey J. Brown_____
                                        Jonathan M. Adelman
                                        Georgia Bar No. 005128
                                        Casey J. Brown
                                        Georgia Bar No. 757384
                                        Attorneys for Defendant Walmart, Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

**4**

## **CERTIFICATE OF COMPLIANCE**

On this date, the undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court pursuant to Local Rule 5.1B. The foregoing pleading has been prepared in 14-point Times New Roman font.

This 22nd day of February, 2023.

>  WALDON ADELMAN CASTILLA
>  HIESTAND & PROUT
>
>
>  /s/ Casey J. Brown_____
>  Jonathan M. Adelman
>  Georgia Bar No. 005128
>  Casey J. Brown
>  Georgia Bar No. 757384
>  Attorneys for Defendant Walmart, Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNYE COLLIER | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of |
| WALMART, INC. | ) | Clayton County; |
| | ) | Civil Action File No. |
| | ) | 2023CV00119] |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 22nd day of February, 2023, I electronically filed the foregoing *Notice of Filing of Notice of Removal to Federal Court* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Elizabeth Maheri
Cody Randall
Georgia Trial Attorneys
At Kirchen & Grant, LLC
6825 Jimmy Carter Blvd.
Suite 1400
Norcross, Georgia 30071

Kevin Sobel
The Law Office of Kanter & Pintaluga
201 Peachtree Street NE
Suite 200
Atlanta, Georgia 30303

6

This 22nd day of February, 2023.

                            WALDON ADELMAN CASTILLA
                            HIESTAND & PROUT

                            /s/ Casey J. Brown_____
                            Jonathan M. Adelman
                            Georgia Bar No. 005128
                            Casey J. Brown
                            Georgia Bar No. 757384
                            Attorneys for Defendant Walmart, Inc.

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
cbrown@wachp.com