# Exhibit B

IN THE SUPERIOR COURT OF CHEROKEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMES RIBLEY,<br><br>*Plaintiff,*<br><br>-v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>*Defendant.* | Civil Action File No.: 23CVE0072 |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from this Court to the United States District Court for the Northern District of Georgia (a copy of which, without exhibits, is attached as **Attachment A**) was filed on February 22, 2023, in the United States District Court for the Northern District of Georgia.

The above-captioned action, including all claims and causes of action, is removed from this Court to the United States District Court for the Northern District of Georgia in accordance with 28 U.S.C. §§ 1331, 1441, and 1446, and this case shall proceed no further.

Dated: February 22, 2023

Respectfully Submitted,

By: /s/ *Mark J. Windham*
Mark J. Windham, Georgia Bar No. 113194
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Email: mark.windham@troutman.com
*Counsel for Defendant Portfolio Recovery Associates, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February 2023, a true and correct copy of the foregoing *Notice of Filing Notice of Removal* was electronically filed with the court, and a copy sent via U.S. Mail to the following:

>Richard F. Elvins, Esq.
>Schoenthaler Law Group
>406 Ridley Ave.
>LaGrange, GA 30240
>*Counsel for Plaintiff*

>*/s/ Mark J. Windham*
>Mark J. Windham, Georgia Bar No. 113194
>
>*Counsel for Defendant Portfolio Recovery Associates, LLC*