# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASCOT SPECIALTY INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : |
| v. | : Case No. |
| | : |
| MICHAEL G. WEBB, <br> FOY & ASSOCIATES, P.C., <br> TAMMY OUDERKIRK, AND <br> WINFRED MATHIS, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Ascot Specialty Insurance Company ("Ascot"), pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, by and through its undersigned attorneys, makes the following disclosures:

**(1)** **The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

Plaintiff Ascot Specialty Insurance Company is a stock company organized and existing under the laws of the state of Rhode Island, whose sole shareholder is Ascot Surety & Casualty Company, a stock company organized and existing under the laws of the state of Colorado. No publicly held corporation owns 10 percent or more of the stock of any of the aforementioned companies. Defendant Foy & Associates, P.C. ("Foy") is a domestic for-profit professional corporation organized under the laws of Georgia. To the best of undersigned counsel's knowledge, Foy does not have a parent corporation and no publicly held corporation owns 10% or more of Foy's stock. Defendants Michael G. Webb, Esq. ("Webb"), Tammy Ouderkirk ("Ouderkirk"), and Winfred Mathis ("Mathis") are all individuals. Undersigned counsel is not aware of any proposed intervenors to this action.

**(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

To the best of undersigned counsel's knowledge, there are no other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case.

**(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Plaintiff Ascot is represented by the law firm Clyde & Co, US LLP. The primary Clyde & Co, US LLP attorneys handling this matter for Plaintiff Ascot are (1) Scott F. Bertschi, Esq. and (2) Da-Shon Dixon, Esq. Undersigned counsel does not know what counsel will represent Defendants Foy, Webb, Ouderkirk, or Mathis in this matter.

**(4)    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

Plaintiff Ascot is a corporation organized under the laws of Rhode Island and maintains its principal place of business in New York, New York. Therefore, Plaintiff Ascot is a citizen of Rhode Island and New York.

Defendant Foy is a domestic for-profit professional corporation organized under the laws of Georgia, and Defendant Foy maintains its principal place of business in

Atlanta, Georgia. Therefore, Defendant Foy is a citizen of Georgia and is subject to the personal jurisdiction of this Court.

Defendant Webb is a Georgia licensed attorney who, upon information and belief, resides in Georgia. Therefore, Defendant Webb is a citizen of Georgia and is subject to the personal jurisdiction of this Court.

Defendant Ouderkirk resides in Georgia. Therefore, Defendant Ouderkirk is a citizen of Georgia and is subject to the personal jurisdiction of this Court.

Defendant Mathis resides in Georgia. Therefore, Defendant Mathis is a citizen of Georgia and is subject to the personal jurisdiction of this Court.

Respectfully submitted this 22nd day of February, 2023.

**CLYDE & CO US LLP**

/s/ Scott F. Bertschi
Scott F. Bertschi (GA Bar 055716)
scott.bertschi@clydeco.us
Da-Shon A. Dixon (GA Bar 312868)
dashon.dixon@clydeco.us
271 17th Street NW, Suite 1720
Atlanta, Georgia 30363
Tel: (404) 410-3150
Fax: (404) 410-3151

**ATTORNEYS FOR ASCOT SPECIALTY INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day I filed a true and correct copy of the within and foregoing with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filings to all counsel of record.

Atlanta, Georgia this 22nd day of February, 2023.

/s/ Scott F. Bertschi
Scott F. Bertschi (GA Bar 055716)