E-FILED IN OFFICE - MX
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

22-A-09331-3

10/28/2022 1:07 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **LATNEY A. RUSSELL,** | * | **CIVIL ACTION FILE NO.:** |
| | * | |
| **Plaintiff,** | * | *JURY TRIAL DEMANDED* |
| | * | |
| **VS.** | * | |
| | * | |
| **FLIXBUS INC,** | * | |
| | * | |
| **Defendant.** | * | |

### PLAINTIFF'S VERIFIED COMPLAINT FOR NEGLIGENCE, ASSAULT, BATTERY, THEFT AND OTHER RELATED RELIEF

COMES NOW, **LATNEY A. RUSSELL**, Plaintiff in the above-styled and stated matter, herein referenced as "Plaintiff" or "Mr. Russell" states this, his Complaint for Negligence, Assault, Battery, Theft and Other Related Relief against the above-named Defendant, **FLIXBUS LLC**, herein referenced as "Defendant" or "Flixbus". In support whereof, Plaintiff respectfully shows as follows:

### JURISDICTION AND VENUE

1.

Although Plaintiff is a resident of the State of Massachusetts and County of Essex, Defendant is subject to the jurisdiction and venue of this Court, as stated in Georgia Code § 9-10-93. Under said statute, venue shall lie in any county wherein a substantial part of the business was transacted, the tortious act, omission, or injury occurred, or the real property is located. Where an action is brought against a resident of this state, any nonresident of this state who is involved in the same transaction or occurrence and who is suable under the provisions of this article may be joined as a defendant in the county where a resident defendant can be tried. Venue is proper in the Superior Court of Gwinnett County as the occurrence took place there. Service may be

**EXHIBIT A**

acknowledged.  If service is not acknowledged, service of the Summons and Complaint for Negligence, Assault and Battery, Theft and Other Related Relief may be perfected according to law.

2.

This Court has jurisdiction of matters set forth in this Complaint

3.

Venue over the matters set forth in this Complaint are proper.

## **BACKGROUND**

4.

On May 11, 2022, the Plaintiff was the victim of an assault/theft by a passenger onboard a scheduled FlixBus route from New York City, NY to Atlanta, GA. The Plaintiff and his mother began their travels from Boston, MA, and arrived in New York City. Upon arrival in New York City, NY, the Plaintiff and his mother attempted to board FlixBus but instead, was presented with a third-party partner bus. During this trip, there was theft and assault due to the negligence of the third-party company, which could have been avoided if the proper safety standards were in place. The Plaintiff was misled into taking a trip with a subpar company disguised as a company with up to par safety standards and adherence to federal guidelines regarding motorbus transport.

5.

In an attempt to rectify the situation without the involvement of litigation, the Plaintiff made attempts to reach a settlement agreement with no response from the Defendant. In addition to the attempts, a Demand Letter dated August 15, 2022, was mailed to the Defendant. A true and correct copy of said letter is hereto attached as **Exhibit "A".**

*Remainder of this page intentionally left blank*

6.

As of the date of this filing, the Defendant has failed to respond to the request for settlement or reconciliation based on the negligence, assault, battery and theft that occurred while using their services.

## COUNT ONE – NEGLIGENCE

7.

Plaintiff incorporates all the above paragraphs as if they were fully set forth in the paragraphs herein.

8.

Defendant failed to adhere to *Georgia Code § 51-3-2*, which states that the company and/or it's owners, are wholly liable for the safety of their passengers. This failure to adhere was a blatant display of negligence on their part.

9.

Defendant failed to provide preliminary safety information prior to the departure of the bus. If this information had been provided, the theft may have been prevented as it would have increased awareness during the trip.

10.

Defendant failed to adhere to *Title 49 of the Code of Federal Regulations, Subtitle B, § 374.403, sections A and B*, by failing to mandate bad identification tags. According to this statute, passenger items must be appropriately identified.

11.

Defendant failed to communicate with the passengers before initiating his route as specified under *Title 49 of the Code of Federal Regulations, Subtitle B, § 374.305, section e*. This failure to communicate is a clear violation of federal laws that guard the safety of passengers.

12.

Defendant negligently failed to provide enough access to charging ports in the third-party carrier bus, which is a high-risk safety issue, as accessibility to emergency services would be limited, further endangering the passengers. If Flixbus provided the originally agreed upon bus at the time of the occurrence, then many of the aforementioned issues may have been avoided.

13.

Due to the series of preceding negligent events by Flixbus, the Plaintiff ended up on the receiving end of an altercation with another passenger, resulting in injuries. The origin of this incident was due to the limited availability of charging ports and suspicion of theft. Plaintiff herein states the following as if stated verbatim to the presiding Judge (**referenced from Exhibit "A"**):

**"A)     The suspect boarded the bus in Washington, D.C. An hour into the trip he removed my mother's charger from the port and placed his charger there. When I noticed my mother's phone was unplugged, I was in disbelief that a stranger removed her phone charger without asking first. This was a huge red flag from the suspect, as he felt comfortable removing something that did not belong to him.**

**B)     We ended up stopping for lunch in the early hours of the morning, and once we returned to the coach. I noticed the suspect was now sitting in the empty seat in front of me where the charging port was located. The suspect charging wire was too short, so he switched seats to comfortably charge his phone.**

**C)     I took a nap while we were in the Carolinas. I woke up before we approached the Indian Creek stop and noticed my charger was missing. I asked the suspect if he had removed my charger and he replied "No". I checked under the seat with my flashlight on my phone and did not see any signs of my charger.**

**D)     The coach pulled into the Indian Creek train station and while the driver was**

distributing the luggage. I asked the suspect if he had seen my charger. The suspect replied "No" and then opened his bag, and immediately, I noticed my long iPhone charger rolled up in his bag. I asked him where the plug to my charger was, and he launched at me with a punch to the face. He threw me to the ground hitting my head on the concrete and proceeded to punch me all over my body. The driver stood by and did nothing to deal with the assault. Once the passengers on board noticed what was happening, they ran off the bus and pulled the suspect off me. The suspect tried, even more, to come after me and my mother got off the bus and said, "leave my son alone, that is my child". As you can see, there was a lack of safety measures in place by the bus company.

E)      I got back on the bus and immediately called the police. I was traumatized and didn't realize what had happened. The police kept asking me where we were, and I told her the Indian Creek station bus stop. The driver had already pulled off and left the scene of the crime and only cared about finishing his route, which prevented a proper investigation. Again, this is blatant negligence which must be addressed.

F)      At the final stop, we arrived at Civic Center and exited the coach and noticed our luggage was missing. I immediately started to record the chaos because this was a nightmare that no one would believe. The passengers told the driver he should not have left the Indian Creek station. The police officer called me back and stated that they informed Atlanta police, and they were enroute.

G)      Once Atlanta police arrived, they told us we would have to go back because that was not their jurisdiction. I put my mother in an uber and waited for the ambulance to arrive. I was admitted and treated for my injuries at WellStar hospital. I was discharged in the evening, so I went to the Gwinnett County police station to

**file a police report. The officer had called me back and stated that when they arrived at Indian Creek, they noticed some pieces of luggage at the bus stop. These pieces of luggage belonged to me and the other passengers. After identifying my luggage with the officers, it was returned to me. Due to the negligence brought on by the bus driver, there were additional fees, stress and burden involved in the transport back to Gwinnett County."**

14.

Defendant failed to interject or contact law enforcement during the course of the incident, which further put the passengers at risk and clearly demonstrated negligence.

15.

Plaintiff is entitled to compensation for damages due to the Defendant's blatant negligence.

## COUNTY TWO – ASSAULT AND BATTERY

16.

Plaintiff incorporates all the above paragraphs as if they were fully set forth in the paragraphs herein.

17.

Propounded by the actions of the Defendant, Plaintiff was attacked by a passenger while using Flixbus' services, due to direct negligence on their part. If the third-party bus put forth by Flixbus did not meet the standards promoted by Flixbus, then they should not have been used. The use of this carrier was the origin of the altercation, as the basis of the incident was a lack of enough charging ports and suspicion of theft of the Plaintiff's items by another passenger.

*Remainder of this page intentionally left blank*

18.

The Defendant's failure to contact law enforcement led to the Plaintiff contacting the Gwinnett County Police Department and having the officer take a police report to document the incident, originating from the Defendant's negligence. A true and correct copy of said report is hereto attached as **Exhibit "B".**

19.

Plaintiff is entitled to compensation for damages due to the Defendant's cause of assault and battery.

## COUNT THREE – PAIN AND SUFFERING

20.

Plaintiff incorporates all the above paragraphs as if they were fully set forth in the paragraphs herein.

21.

Plaintiff has suffered and continues to suffer from extreme mental anguish, depression, anxiety, and ennui due to this series of events.

22.

Plaintiff has suffered injuries as a result of the altercation which occurred as a result of negligence. A true and correct copy of the redacted medical bills and expenses related to this incident are hereto attached as **Exhibit "C".**

23.

This failure by the Defendant to follow simple Federal Travel Safety Guidelines has completely altered the way of life for the Plaintiff due to the downstream effects of this incident.

24.

Plaintiff has suffered a substantial loss of wages due to the injuries, treatment, and follow up related to this incident. A true and correct copy of the Doctors note received by the Plaintiff is hereto attached as **Exhibit "D".**

25.

Plaintiff is entitled to compensation for damages due to the Defendant's physical and mental harm to the Plaintiff.

## <u>COUNT FOUR – THEFT</u>

26.

Plaintiff incorporates all the above paragraphs as if they were fully set forth in the paragraphs herein.

27.

Defendant failed to protect the Plaintiff's luggage by failing to adhere to *Title 49 of the Code of Federal Regulations, Subtitle B, § 374.403, sections A and B*. This statute established the use of identifying tags, which the third-party bus did not provide. This negligence has resulted in theft of the Plaintiff's items during the aforementioned incident.

28.

Plaintiff is entitled to compensation for the theft that occurred as a direct result of negligence by the Defendant.

29.

Due to the aforementioned failures by Flixbus, the Plaintiff asks that the court sanction the Defendant by compelling a mandatory review of their policies, protection measures and the implementation of specific training related to this incident to ensure future compliance by the Defendant. Specifically, Flixbus can improve their services by providing the following:

A) Training for FlixBus drivers and partner drivers to deal with theft and assault and enforce Federal guidelines that were put in place to protect passengers;

B) Introduce bag tags to minimize theft;

C) Ensure that all partner buses meet the requirements of having sufficient charging ports with functional amenities. E.g., WiFi, AC.

## SUPPORTING STATEMENTS AND LEGAL STANDARD

A)    **Under Georgia Code 51-12-33**; Reduction and apportionment of award or bar of recovery according to percentage of fault of parties and nonparties.

(a) Where an action is brought against one or more persons for injury to person or property and the plaintiff is to some degree responsible for the injury or damages claimed, the trier of fact, in its determination of the total amount of damages to be awarded, if any, shall determine the percentage of fault of the plaintiff and the judge shall reduce the amount of damages otherwise awarded to the plaintiff in proportion to his or her percentage of fault.

(b) Where an action is brought against more than one person for injury to person or property, the trier of fact, in its determination of the total amount of damages to be awarded, if any, shall after a reduction of damages pursuant to subsection (a) of this Code section, if any, apportion its award of damages among the persons who are liable according to the percentage of fault of each person. Damages apportioned by the trier of fact as provided in this Code section shall be the liability of each person against whom they are awarded, shall not be a joint liability among the persons liable, and shall not be subject to any right of contribution.

(c) In assessing percentages of fault, the trier of fact shall consider the fault of all persons or entities who contributed to the alleged injury or damages, regardless of whether the person or entity was, or could have been, named as a party to the suit.

(d)(1) Negligence or fault of a nonparty shall be considered if the plaintiff entered into a settlement agreement with the nonparty or if a defending party gives notice not later than 120 days prior to the date of trial that a nonparty was wholly or partially at fault.

(2) The notice shall be given by filing a pleading in the action designating the nonparty and setting forth the nonparty's name and last known address, or the best identification of the nonparty, which is possible under the circumstances, together with a brief statement of the basis for believing the nonparty to be at fault.

(e) Nothing in this Code section shall eliminate or diminish any defenses or immunities which currently exist, except as expressly stated in this Code section.

(f)(1) Assessments of percentages of fault of nonparties shall be used only in the determination of the percentage of fault of named parties.

(2) Where fault is assessed against nonparties pursuant to this Code section, findings of fault shall not subject any nonparty to liability in any action or be introduced as evidence of liability in any action.

(g) Notwithstanding the provisions of this Code section or any other provisions of law which might be construed to the contrary, the plaintiff shall not be entitled to receive any damages if the plaintiff is 50 percent or more responsible for the injury or damages claimed.

B)     **Under Georgia Code § 51-3-2**, Torts Chapter 3 - Liability of Owners and Occupiers of Land, Article 1 - General Provisions, the owner(s) of FlixBus are wholly liable for the safety of their passengers. In this instance there was a failure to adhere.

C)     . **Title 49 of the Code of Federal Regulations, Subtitle B, § 374.305**, section e, ticketing, and information, states the following:

(1) During business hours at each terminal or station, information shall be provided as to schedules, tickets, fares, baggage, and other carrier services.

(2) Carrier agents and personnel who sell or offer to sell tickets, or who provide information concerning tickets and carrier services, shall be competent and adequately informed.

(b) Telephone information service.  Every facility where tickets are sold shall provide telephonic information to the traveling public, including current bus schedules and fare information, when open for ticket sales.

(c) Schedules.  Printed, regular-route schedules shall be provided to the traveling public at all facilities where tickets for such services are sold. Each schedule shall show the points along the carrier's route(s) where facilities are located or where the bus trips originate or terminate, and each schedule shall indicate the arrival or departure time for each such point.

(d) Ticket refunds.  Each carrier shall refund unused tickets upon request, consistent with its governing tariff, at each place where tickets are sold, within 30 days after the request.

(e) Announcements.  No scheduled bus (except for commuter service) shall depart from a terminal or station until a public announcement of the departure and boarding point has been given. The announcement shall be given at least 5 minutes before the initial departure and before departures from points where the bus is scheduled to stop for more than 5 minutes.

D) **Title 49 of the Code of Federal Regulations, Subtitle B, § 374.305** states that:

(a) All motor carriers of passengers and baggage subject to 49 U.S.C. subtitle IV, part B, which provide in their tariffs for the declaration of baggage in excess of a

free baggage allowance limitation, shall provide clear and adequate notice to the public of the opportunity to declare such excess value on baggage.

(b) The notice referred to in paragraph (a) of this section shall be in large and clear print, and shall state as follows:

Under FMCSA regulations, all baggage must be properly identified. Luggage tags should indicate clearly the name and address to which lost baggage should be forwarded. Free luggage tags are available at all ticket windows and baggage counters.

The statement of charges for excess value declaration shall be clear, and any other pertinent provisions may be added at the bottom in clear and readable print.

(c) The notice referred to in paragraphs (a) and (b) of this section shall be

(1) placed in a position near the ticket seller, sufficiently conspicuous to apprise the public of its provisions,

(2) placed on a form to be attached to each ticket issued (and the ticket seller shall, where possible, provide oral notice to each ticket purchaser to read the form attached to the ticket),

(3) placed in a position at or near any location where baggage may be checked, sufficiently conspicuous to apprise each passenger checking baggage of its provisions, and

(4) placed in a position at each boarding point or waiting area used by the carrier at facilities maintained by the carrier or its agents, sufficiently conspicuous to apprise each boarding passenger of the provisions of the said notice.

*Remainder of this page intentionally left blank*

## STATEMENT OF CLAIM

**Claim**: *NEGLIGENCE, ASSAULT, BATTERY, THEFT AND OTHER RELATED RELIEF*

1. The Court has jurisdiction over the Defendant(s); the Defendant(s) are residents of Hudson County, NJ; Venue is proper per Georgia Code § 9-10-93 as the occurrence took place there.

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows:

    a) Negligence

    b) Assault and Battery

    c) Theft

    d) Pain and Suffering

3. That said claim is in the amount of: $ 600,000.00 principal, 10% interest, plus all future costs of this suit. State of Georgia, Gwinnett County: being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

STATE OF ___Texas___
COUNTY OF ___Dallas___

Sworn to (or affirmed) and subscribed before me, by means of ☒ physical presence or ☐ online notarization, this 27th day of ___October___ 2022, by ___Lathey Rosell___.

SPENCER PETERSEN
My Notary ID # 129414882
Expires May 8, 2026

NOTARY PUBLIC _____

Spencer Petersen

{Print, type, or stamp commissioned name of notary or deputy clerk.}

_____ Personally known
___X___ Produced identification
    Type of identification produced ___MA ID___

**WHEREFORE**, Plaintiff respectfully prays as follows:

(a)     That process issue and Defendant be served according to law;

(b)     That the Defendant be ordered and required to fully comply with this Court's Final Judgment in this matter;

(c)     That the Court, in making its finding of neglect or harm and impose appropriate sanctions on the Defendant;

(d)     That this court award damages to Plaintiff and against Defendant in an amount to be proven at trial;

(e)     That this court compel the Defendant to implement procedures to further strengthen passenger safety;

(f)     That this court allow trial by jury for all applicable issues;

(g)     That Plaintiff have such other and further relief as this Court considers just and equitable.

Respectfully submitted, this 27ᵗʰ day of October 2022.


LATNEY A. RUSSELL (PLAINTIFF)

*PLAINTIFF'S EXHIBIT "A"*

## Latney A. Russell
170 Washington Street #T5
Haverhill, MA 01843
(404) 423-0454
Ralatney@gmail.com

## DEMAND LETTER FOR MONETARY COMPENSATION

August 15, 2022

Registered Agents Inc.
159 Main Street, S100
Nashua, NH, 03060, USA

 RE: Demand for Monetary Compensation for Negligence, Assault and Battery and Theft

To Whom It May Concern,

 On May 11, 2022, I was the victim of an assault/theft by a passenger onboard a scheduled FlixBus route New York City, NY to Atlanta, GA. My mother and I began our travels from Boston, MA, and arrived in New York City; this is where we attempted to board FlixBus but instead, was presented with a third-party partner bus. During this trip, there was theft and assault due to the negligence of the third-party company, which could have been avoided if the proper safety standards were in place. I was misled into taking a trip with a subpar company disguised as a company with up to par safety standards and adherence to federal guidelines regarding motorbus transport.

 Under Georgia Code § 51-3-2, Torts Chapter 3 - Liability of Owners and Occupiers of Land, Article 1 - General Provisions, the owner(s) of FlixBus are wholly liable for the safety of their passengers. In this instance there was a failure to adhere. The breach in adherence and gross negligence is supported by the following summary of events:

# Summary of Events

1. I booked two tickets on May 9, 2022, for FlixBus, from New York City, NY to Atlanta Georgia for myself and my mother.

2. My mother and I arrived at the station and asked each driver if their bus was the Atlanta Bus. The last driver informed us that the Atlanta bus was the partnering company bus parked along the side of the building.

3. This was of course a huge red flag because I know that the partner bus does not uphold the FlixBus standards. (e.g., no WiFi, no Ac, no charging ports, and dirty restrooms).

4. Once we boarded the partnering company's bus, the first thing we noticed was that there was a shortage of charging ports. Passengers would have to be sitting near a charging port or would have had to switch seats to be near one. A failure to provide charging ports is a serious safety issue as the ability to call emergency services is impeded by limited power.

5. The driver boarded the bus and started his route without communicating with the passengers. **Under Title 49 of the Code of Federal Regulations, Subtitle B, § 374.305, section e, ticketing, and information**, Federal laws that guard the safety of passengers were blatantly broken.

6. Pre-Trip Safety Information was not given. Such as emergency exits, seat belt use, emergency contact, driver direction, fire extinguisher, restroom emergency push button or switch and avoiding slips and falls.

7. If we were on FlixBus instead of the partnering company bus (Williams Charters), the chances of this occurring would be minimized. FlixBus (green buses) has sufficient ports for every passenger to charge their electronic devices. It was bait and switch, the route

was shown as operated by FlixBus, but when we arrived at the station, it was the partner company.

8. If the Pre-Trip Safety Information was given by both drivers, the chances of theft and assault occurring would have been greatly reduced. I would have immediately alerted the driver to call the police because my personal belongings were stolen.

9. The suspect boarded the bus in Washington, D.C. An hour into the trip he removed my mother's charger from the port and place his charger there. When I noticed my mother's phone was unplugged, I was in disbelief that a stranger removed her phone charger without asking first. This was a huge red flag from the suspect, as he felt comfortable removing something that did not belong to him.

10. We ended up stopping for lunch in the early hours of the morning, and once we returned to the coach. I noticed the suspect was now sitting in the empty seat in front of me where the charging port was located. The suspect charging wire was too short, so he switched seats to comfortably charge his phone.

11. I took a nap while we were in the Carolinas. I woke up before we approached the Indian Creek stop and noticed my charger was missing. I asked the suspect if he had removed my charger and he replied "No". I checked under the seat with my flashlight on my phone and did not see any signs of my charger.

12. The coach pulled into the Indian Creek train station and while the driver was distributing the luggage. I asked the suspect if he had seen my charger. The suspect replied "No" and then opened his bag, and immediately, I noticed my long iPhone charger rolled up in his bag. I asked him where the plug to my charger was, and he launched at me with a punch to the face. He threw me to the ground hitting my head on the concrete and proceeded to

punch me all over my body. The driver stood by and did nothing to deal with the assault.
Once the passengers on board noticed what was happening, they ran off the bus and
pulled the suspect off me. The suspect tried, even more, to come after me and my mother
came off the bus and said, "leave my son alone, that is my child". As you can see, there
was a lack of safety measures in place by the bus company.

13. I got back on the bus and immediately called the police. I was traumatized and didn't
realize what had happened. The police kept asking me where we were, and I told her the
Indian Creek station bus stop. The diver had already pulled off and left the scene of a
crime and only cared about finishing his route which prevented a proper investigation.
Again, this is blatant negligence which must be addressed.

14. At the final stop, we arrived at Civic Center and exited the coach and noticed our luggage
was missing. I immediately started to record the chaos because this was a nightmare that
no one will believe. The passengers told the driver he should not have left the Indian
Creek station. The police officer called me back and stated that they informed Atlanta
police, and they were enroute.

15. Once Atlanta police arrived, they told us we would have to go back because that was not
their jurisdiction. I put my mother in an uber and waited for the ambulance to arrive. I
was admitted and treated for my injuries at WellStar hospital. I was discharged in the
evening, so I went to the Gwinnett County police station to file a police report. The
officer had called me back and stated that when they arrived at Indian Creek, they noticed
some pieces of luggage at the bus stop. These pieces of luggage belonged to me and the
other passengers. After identifying my luggage with the officers, it was returned to

me. Due to the negligence brought on by the bus driver, there were additional fees, stress and burden involved in the transport back to Gwinnett County.

16. Currently, the police have not been able to retrieve footage from the bus station or from onboard the partnering company's bus. We would have to wait and see if the suspect stole our luggage and brought them back or if there was an error on the driver's part.

17.  Having something as simple as bag tags could have easily prevented the luggage theft from occuring. This is another clear violation from FlixBus and its partnering company, the failure to provide or mandate bag tags. The violation is supported by Title 49 of the Code of Federal Regulations, Subtitle B, § 374.403, sections A and B.


# **Final Review**

- The trip was booked with FlixBus and instead was given transport by a third-party partnering company's bus with insufficient safety standards.

- **Under Title 49 of the Code of Federal Regulations, Subtitle B, § 374.305, section e, ticketing and information**, Federal laws that guard the safety of passengers were blatantly broken as the drivers failed to communicate to the passengers as required before departing the boarding point.

- Physical assault and theft - This could have been prevented with systems and protocols in place for all driver's weather directly employed or work as a partner.

- Bag tags – Should always be used when operating a passenger bus with more than 15 passengers to ensure passengers are not stealing luggage's that does not belong to them.

- A lack of security at bus stops – This would greatly reduce the chance of an assault taking place, knowing that the property had security present.

# **Damages**

1.  Ongoing treatment for head injuries.

2.  Pain and Suffering.

3.  Emotional Distress.

4.  Loss of Consortium.

5.  Ruined Vacation.

6.  Medical Expenses.

7.  Loss Wages.

8.  Loss of Potential Future Wages.

9.  Punitive Damages.

The purpose of this letter is to explore whether this matter can be satisfactorily resolved without resort to litigation. To ensure that such heinous crimes does not happen again and as redress for my injuries, I am seeking from FlixBus Inc, the following:

- Monetary compensation in the amount of $495,000.00 for emotional distress, punitive damages, physical harm and theft that occurred whiles using your service.

- Training for FlixBus drivers and partner drivers to deal with theft and assault and enforce Federal guidelines that were put in place to protect passengers.

- Introduce bag tags to minimize theft.

- Ensure that all partner buses meet the requirements of having sufficient charging ports with functional amenities. E.g., WiFi, AC.

This letter is submitted with a view toward compromise, and such statements made with a view towards compromise are inadmissible at trial. Thus, this correspondence is intended for settlement purpose only.

This shall serve as a pre-suit letter demanding that you provide written assurance within ten (10) days that you will comply with the settlement request related to the aforementioned violations. I look forward to working towards the prompt and amicable resolution of this matter within (10) days of receipt of this letter.

This notice has been served upon, if you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney make notice of such representation.

Sincerely,

Latney Russell

*PLAINTIFF'S EXHIBIT "B"*



GWINNETT COUNTY
POLICE DEPARTMENT
**INCIDENT REPORT**
CASE NUMBER: GP220038910

## Premise

| Reported Date | | Incident Start Date | | Incident End Date | | Family Violence | |
|---|---|---|---|---|---|---|---|
| 05/11/2022 13:19:00 | | 05/11/2022 06:05:00 | | 05/11/2022 06:50:00 | | NO | |

| Commonplace Name |
|---|
| |

| Incident Address | | Cross Street | | Apartment | Building |
|---|---|---|---|---|---|
| 1860 INDIAN TRAIL LILBURN RD NW | | | | | |

| City | County | State | Zip | Precinct | Zone |
|---|---|---|---|---|---|
| NORCROSS | | GA | 30093 | WEST SIDE | 142 |

### Administrative Section

| Juvenile(s) Involved | Gang Related | Use of Force | First Aid Administered | |
|---|---|---|---|---|
| NO | NO | NO | NONE | |

| Overdose | Overdose Death | Possible Mental Health Issue | Human Trafficking | Surveillance System |
|---|---|---|---|---|
| NO | | NO | NO | OTHER CAMERA SYSTEM |

| Premise Vacant | Premise Under Construction | Victim will Prosecute | Case Status | |
|---|---|---|---|---|
| NO | NO | YES | ACTIVE | |

| Exceptional Clearance | | Clearance Date |
|---|---|---|
| NOT APPLICABLE (NOT CLEARED EXCEPTIONALLY) | | |

| Solvability | | Uniform Follow-up | Photos Taken | CSI Called |
|---|---|---|---|---|
| UNKNOWN | | NO | NO | NO |

| CID Called | Forward to CID | Impound | Written Statement(s) | Related to a Gwinnett County Loss Notice | Which Loss Type |
|---|---|---|---|---|---|
| NO | YES | NO | NO | NO | |

## Offense 1

| GA Statute | Statute Description | |
|---|---|---|
| 16-5-23.1 | BATTERY [13B] [MIS] | |

| Felony/Misdemeanor | Degree | Counts | Attempted/Completed | Location Type |
|---|---|---|---|---|
| MISDEMEANOR | | 1 | COMPLETED | AIR/BUS/TRAIN TERMINAL |

| Bias Motivation | | Offender Suspected of Using | Cargo Theft |
|---|---|---|---|
| NONE | | NOT APPLICABLE | |

| Criminal Activity/Gang Info |
|---|
| |

| Weapon Types |
|---|
| PERSONAL WEAPONS (HANDS; FIST; FEET; ETC.) |

| Weapon Automatic 1 | Weapon Automatic 2 | No. Premises Entered | Method of Entry |
|---|---|---|---|
| | | | |

## Suspect 1

| Related Offense 1 |
|---|
| 16-5-23.1 BATTERY [13B] [MIS] |

| Name (Last, First, Middle, Suffix) | | Moniker |
|---|---|---|
| UNKNOWN, | | |

| Race | Ethnicity | Sex | Date of Birth | Age | SSN |
|---|---|---|---|---|---|
| BLACK OR AFRICAN AMERICAN | NON-HISPANIC | MALE | | 28 - 36 | |

| License Number | License State | Hair Color | Eye Color | Weight | Height |
|---|---|---|---|---|---|
| | | | BROWN | 180 | 6'00" |

| Build | Facial Hair | Teeth | Suspect Resident of Jurisdiction |
|---|---|---|---|
| MEDIUM BUILD | | | UNKNOWN |

### Suspect Scars Marks Tattoos

| SMT | NCIC Code | Description | Location |
|---|---|---|---|
| No Suspect SMT | | | |

| Home Phone | Cell Phone | Email |
|---|---|---|
| | | |

| Misc. ID Type | | Misc. ID State | | Misc ID Number | | |
|---|---|---|---|---|---|---|
| Address | | | | | Apartment | Building |
| City | | State | | Zip | | |

## Alias Information

| Suspect/Alias | | | | SSN | Date of Birth | Sex |
|---|---|---|---|---|---|---|
| No Known Alias | | | | | | |

## Clothing Information

HAT: BLACK ; JACKET: BLACK; PANTS/DRESS/SKIRT: BLACK; EYE WEAR: NONE; SHOES: BLACK;

## Occupation Information

| Occpuation Code/Description | | Employer Name | | | Phone | |
|---|---|---|---|---|---|---|
| Address | | | | Suite | | Building |
| City | | State | | Zip | | |

# Victim - Person 1

**Victim Type**
PERSON/INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER)

**Related Offense 1**
16-5-23.1 BATTERY [13B] [MIS]

**Relationship to Offender 1**
UNKNOWN, SUSPECT  ; STRANGER

| Name (Last, First Middle Suffix) RUSSELL, LATNEY | | | | | | | Moniker | |
|---|---|---|---|---|---|---|---|---|
| Race BLACK OR AFRICAN AMERICAN | | Ethnicity NON-HISPANIC | Sex MALE | Date of Birth ██████980 | Age 41 | SSN | License Number ██████ | State GEORGIA |
| Hair Color BLACK | Eye Color BROWN | Weight 165 | Height 5'10" | Build | | Facial Hair | | |
| Teeth | | | | | | | Resident of Jurisdiction RESIDENT | |
| Agg Assault Circumstances | | | | | | | | |

## Victim Scars Marks Tattoos

| SMT | | NCIC Code | Description | | Location |
|---|---|---|---|---|---|
| No Victim SMT | | | | | |

| Home Phone | Cell Phone ██████ | | Email |
|---|---|---|---|
| Misc. ID Type | Misc. ID State | Misc ID Number | |

| Suspected of Using NOT APPLICABLE |
|---|

| Injuries APPARENT MINOR INJURY | | |
|---|---|---|
| Address 170 WASHINGTON ST | Apartment T5 | Building |
| City HAVERHILL | State MA | Zip 01832 |

## Person Crime Supplemental

| Taken to Hospital NO | Hospital | | By Whom |
|---|---|---|---|

| M.E. Notified NO | M.E. Notified by Whom | | Date/Time M.E. Notified |
|---|---|---|---|
| General | | | |
| Suspect Made Victim | | | |
| Suspect Demanded | | | |
| Suspect Demeanor | | | |

## Occupation Information

| Occupation Code/Description | Employer Name | | Phone |
|---|---|---|---|
| Address | | | Suite |
| City | State | Zip | |

## Narrative 1

BWC ACTIVATED

ON MAY 11, 2022, I WAS DISPATCHED TO AN ASSUALT AT 1860 INDIAN TRAIL LILBURN RD. THE SUBJECT LATNEY RUSSELL, AND THE SUSPECT WERE NOT ON SCENE. I MADE CONTACT WITH MR. RUSSELL VIA TELEPHONE CALL. HE STATED THAT HE WAS CURRENTLY AT WELLSTAR GETTING CHECKED AND WOULD MEET WITH ME LATER IN THE DAY AT WEST PRECINCT TO REPORT THE ASSUALT.

WHEN MR. RUSSELL CAME TO THE PRECINCT, HE STATED THAT HE WAS ON A FLEX BUS HEADING FROM BOSTON, MA TO ATLANTA, GA. MR RUSSELL SAID DURING HIS TRAVEL, A MALE, WEARING ALL BACK THAT WAS SITTING INFRONT OF HIM, HAD TAKEN HIS MOTHER'S CHARGER AND HE HAD CONFRONTED HIM ABOUT IT. MR. RUSSELL SAID THAT HE WENT TO SLEEP AND WOKE UP WHEN HE ARRIVED AT THE ADOVE ADRESS. HE STATED THAT HE WAS MISSING HIS CHARGER AND LOOKED AROUND FOR IT. HE STATED THAT HE NOTICED THAT THE SUSPECT HAD MOVED SEATS AND HAD A CHARGER THAT LOOK LIKE THE ONE THAT MR. RUSSELL'S CHARGER.

MR. RUSSELL SAID HE TOLD THE MALE THAT HE TOOK HIS CHARGER. THE MALE STATED THAT HE HAD NOT STOLEN THE CHARGER AND PROCEEDED TO ASK THE DRIVER TO GET OFF AND TAKE HIS LUGGAGE FROM UNDER THE BUS. MR. RUSSELL FOLLOWED HIM OUTSIDE THE BUS TO OBTAIN HIS CHARGER WHEN THE MALE TURNED AND BEGAN HITTING MR. RUSSELL. HE SAID THAT HE FELL TO THE GORUND AND THE MALE CONTINUED TO HIT HIM. THE MALE FINALLY STOPPED AFTER A MOMENT AND FROM THE HELP OF THE BUS DRIVER.

THE BUS THAT MR. RUSSELL WAS TRAVELING IN WAS FLEX BUS #158. MR. RUSSELL SPOKE WITH THE DRIVER OFF THE BUS AND CONFIRMED THAT THERE WERE WORKING CAMERAS ON THE BUS. MR. RUSSELL ALSO STATED THAT THERE WERE CAMERAS OUTSIDE OF THE BUS BUT WAS NOT SURE IF THEY WORKED. I WAS UNABLE TO OBTAIN VIDEO FOOTAGE FROM EITHER SOURCE. I GAVE MR RUSSELL A CASE NUMBER AND THE NON-EMERGENCY NUMBER. NOTHING FURTHER TO REPORT.

## Officer 1

| Involvment Type REPORTING | Officer Name MONTAGUE B2396 | Date 05/11/2022 13:18:00 |
|---|---|---|
| Shift A | Section WEST | |

## Officer 2

| Involvment Type APPROVING | Officer Name BRUCE B1106 | Date 05/16/2022 08:30:51 |
|---|---|---|
| Shift A | Section WEST | |



GWINNETT COUNTY
POLICE DEPARTMENT
INCIDENT REPORT
CASE NUMBER: GP220038910

## Narrative

ON 07/19/2022, I SPOKE WITH THE VICTIM, LATNEY RUSSELL REGARDING THE ABOVE CASE NUMBER. RUSSELL STATED HE READ OVER THE ORIGINAL REPORT AND NEEDED TO MAKE A CORRECTION IN THE NARRATIVE. RUSSELL STATED THE PASSENGERS WERE THE ONES THAT PULLED THE SUSPECT OFF HIM, NOT THE DRIVER. NOTHING FURTHER AT THIS TIME.

## Officer(s)

| Involvment Type | Officer Name | Date | Shift | Section |
|---|---|---|---|---|
| REPORTING | SANCHEZ B2253 | 07/19/2022 15:07:00 | ADMIN | UNIFORM DIVISION |
| Involvment Type | Officer Name | Date | Shift | Section |
| APPROVING | ASCENZO B499 | 07/19/2022 17:02:28 | ADMIN | UNIFORM DIVISION |

**PLAINTIFF'S EXHIBIT "C"**

**PAYMENTSMD**
DO NOT MAIL PAYMENTS HERE
PO BOX 8788
CORAL SPRINGS, FL 33075-8788

Patient:                      **LATNEY A RUSSELL**
Account number:              █████6320
Bill ID:                      ██████ - 4722
Printed on:                   May 21, 2022

STMT ▲ 003873

Latney A Russell
170 Washington St Apt T5
Haverhill MA 01832-5795

**Difficulty paying your bill?**
Visit **bill.paymentsmd.com** to learn about 0% interest
payment plans and more ways to resolve your
balance.

SEE BACK FOR DETAILS →

# Your total is $1,400.00

You have one bill that is ready to pay. The total amount is
due by **Jun 13, 2022.**

| | |
|---|---|
| Total billed | $1,400.00 |
| **Total due** | **$1,400.00** |

Visit **bill.paymentsmd.com** to add your
insurance and we will reprocess your bill.

✂ *DETACH AREA BELOW AND SEND WITH PAYMENT*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Ways to Pay

💻 **Online**

Pay via desktop or mobile:
**bill.paymentsmd.com**

Bill ID: **3752 - 6192 - 4722**



📞 **Phone**

To pay by phone, call toll-free
24/7:
**(877) 308-6738**

✉ **Mail**

Mail check or money order
with this part of the bill to the
address on the reverse side.
Do not send cash.

# Need Help?

📞 Call our team toll-free
(Mon-Fri 9AM to 5PM EDT)
**(877) 308-6738**

**Scan to pay online.**
Just point your phone's camera at the code to scan. Some phones may require a
QR code app.

Physician services

# Your visit to ATLANTA MEDICAL CENTER

**Due date: Jun 13, 2022**

Date of service: May 11, 2022   |   Clinician: Tasha Price NP, S   |   ID ███1685

| Service category | Billed |
|---|---|
| Emergency Department Services | $1,400.00 |
| Diagnostic Radiology | $0.00 |

| | |
|---|---|
| Subtotal billed | $1,400.00 |
| Insurance covered | - $0.00 |
| **Amount due (subtotal)** | **$1,400.00** |

# Your bill summary

PaymentsMD

| | |
|---|---|
| Total billed | $1,400.00 |
| **Total due** | **$1,400.00** |

Any dispute regarding this statement or any amounts due must be submitted in writing to: P.O. Box 19000, Belfast, ME 04915-4085

Submitting payment in an amount less than the total on this statement shall not constitute an offer to settle any dispute, regardless of any accompanying communication. If you are an attorney's office, representing a patient in a bodily harm injury, please call (866) 645-9721. If you have questions and/or would like to make payment arrangements, please contact our billing office at (877) 308-6738.

Government assistance for COVID-related care has expired. If you are uninsured and your visit was COVID-related, you may be eligible for other assistance. Please contact us to discuss your options.

✂ *DETACH AREA BELOW AND SEND WITH PAYMENT*

---

# Mail this slip with check

Account Holder: **LATNEY A RUSSELL**
Account Number: ███320
Bill Amount: **$1,400.00**

MAKE CHECK PAYABLE & MAIL TO:

**SOUTH FULTON EMERGENCY PHYSICIANS, LLC**
**PO BOX 22084**
**BELFAST, ME 04915-4117**

PaymentsMD

6686320A14272



LATNEY RUSSELL's Summary ID: ███3001

Reflects information in our system as of today's date:10/26/2022

16 Claims found from 05/11/2022 to 10/26/2022

| Claim Info | Amount Billed | Copay | Coinsurance | Deductible | Not Covered |
|---|---|---|---|---|---|
| **SHIH, SHIAO-ANG, MD**<br>09/13/2022<br>Internal Medicine<br>Claim #022258AHVI | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **KAPOOR, GEETANJALI, MD**<br>07/28/2022<br>Diagnostic Radiology<br>Claim #022215AXXB | $96.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **STEWARD HOLY FAMILY HOSPITAL**<br>07/28/2022<br>Facility / Service<br>Claim #022216BZWU | $431.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SEYMOUR, BRIDGET J., MD**<br>06/30/2022<br>Internal Medicine<br>Claim #022182BBFS | $509.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SHIH, SHIAO-ANG, MD**<br>06/13/2022<br>Internal Medicine<br>Claim #022166ADGT | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **LABORATORY CORP OF AMERICA**<br>06/06/2022<br>Facility / Service<br>Claim #022164ATKI | $784.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SADDI, VENUGOPAL R., MD**<br>06/06/2022<br>Internal Medicine<br>Claim #022158CMVX | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SHIH, SHIAO-ANG, MD**<br>06/01/2022<br>Internal Medicine<br>Claim #022154ATRQ | $225.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SHIH, SHIAO-ANG, MD**<br>05/23/2022<br>Internal Medicine<br>Claim #022145ASJS | $285.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **LOZADA, JOHN A., MD**<br>05/16/2022<br>Emergency Medicine<br>Claim #022154BSPS | $611.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **HERMAN, RICHARD I., MD**<br>05/16/2022<br>Radiology<br>Claim #022140AYFY | $140.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **SINGH, AJAY K., MD**<br>05/16/2022<br>Diagnostic Radiology<br>Claim #022140AYFT | $36.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **STEWARD HOLY FAMILY HOSPITAL**<br>05/16/2022<br>Facility / Service<br>Claim #022143BVWY | $2,334.84 | $0.00 | $0.00 | $0.00 | $0.00 |
| **SOUTH FULTON EMERGENCY PHYSICI**<br>05/11/2022<br>Facility / Service<br>Claim #022172B7IQ | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **WELLSTAR ATLANTA MEDICAL CENTER**<br>05/11/2022<br>Facility / Service<br>Claim #022291BSIJ | $14,006.80 | $0.00 | $0.00 | $0.00 | Pending |
| **WAZEERUDDIN, SULIEMAN, MD**<br>05/11/2022<br>Emergency Medicine<br>Claim #022211ANWF | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Total For Selected Date Range:* | *$22958.90* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |

 **QUANTUM RADIOLOGY**

 # EZ
# Ways To Pay...

QUANTUM RADIOLOGY PC
PO Box 1259 Dept. #165956
Oaks, PA 19456

LATNEY A RUSSELL
170 WASHINGTON ST APT T5
HAVERHILL MA 01832-5795

 **@ Online**
www.mydocbill.com/qun1

 **Automated Attendant**
1.855.871.1526 (24 hours a day)

*For Payments Please Call:  1.855.204.9120  For Billing Questions Please Call:  1.855.871.152*

| Account Number | Amount Due | Statement Date | Date Due |
|---|---|---|---|
| QUN1 | $486.00 | 06/01/22 | Upon Receipt |

---

## S T A T E M E N T

### Account Summary

| | |
|---|---|
| Account Number | QUN1 |
| Patient Payments in Last 30 Days | 0.00 |
| Current Statement Balance | 486.00 |
| Charges Pending w/ Insurance | 0.00 |
| Total Account Balance | 486.00 |

See Detail on Back

### Insurance Information

PLEASE CONFIRM THAT INFORMATION IS CORRECT
TO UPDATE GO TO www.mydocbill.com/qun1

**PRIMARY**

| | |
|---|---|
| Insurance | |
| Group/Plan | |
| ID Number | |

**SECONDARY**

| | |
|---|---|
| Insurance | |
| Address | |
| City/State/Zip | |
| Group/Plan | |
| ID Number | |

### New & Improved Online Experience

## Go Green

www.mydocbill.com/qun1

### Pay Online | Update Info | Live Agent Chat

Gain the power to pay your bill or update your information at your convenience 24 hours a day. Chat with a representative using our Live Agent Chat feature during normal business hours. This not only benefits the environment, it benefits you and your time!

### About Your Statement

**Have a billing question or concern about your statement?**
**E-MAIL us at qun1billing@mydocbill.com.**

See Statement Details on Back ➡

113380-365

---

QUANTUM RADIOLOGY PC
PO Box 1259 Dept. #165956
Oaks, PA 19456

Patient Name: LATNEY RUSSELL
Invoice Number: 5962449
Billing Questions: 1.855.871.1526

 LATNEY A RUSSELL
170 WASHINGTON ST APT T5
HAVERHILL MA  01832-5795

| STATEMENT DATE | AMOUNT DUE | ACCOUNT NO. |
|---|---|---|
| 06/01/22 | $486.00 | QUN1 |

| CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT. | SHOW AMOUNT PAID HERE $ |
|---|---|

**MAKE CHECKS PAYABLE / REMIT TO:**

QUANTUM RADIOLOGY PC
PO BOX 3157
INDIANAPOLIS, IN  46206-3157

0596244900048600000001222013QUN16

**Pay Online:  www.mydocbill.com/qun1**

## Go Green
### Pay Online | Update Info
www.mydocbill.com/qun1

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ ADJ | INSUR. PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| Patient: LATNEY RUSSELL | | | | | Referred By: SULIEMAN A. WAZEERUD-DIN Services Were Provided at: WELLSTAR AMC MAIN ER | | |
| 05-11-22 | 71046 | 1 | X-RAY EXAM CHEST 2 VIEWS | 53.00 | 21.20 | 0.00 | 31.80 |
| 05-20-22 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 20602618) | | | | |
| 05-23-22 | | | CASH PATIENT DISCOUNT | | 21.20 | | |
| 05-11-22 | 70450 | 1 | CT HEAD/BRAIN W/O DYE | 205.00 | 82.00 | 0.00 | 123.00 |
| 05-20-22 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 20602619) | | | | |
| 05-23-22 | | | CASH PATIENT DISCOUNT | | 82.00 | | |
| 05-11-22 | 70486 | 1 | CT MAXILLOFACIAL W/O DYE | 273.00 | 109.20 | 0.00 | 163.80 |
| 05-20-22 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 20642788) | | | | |
| 05-23-22 | | | CASH PATIENT DISCOUNT | | 109.20 | | |
| 05-11-22 | 72125 | 1 | CT NECK SPINE W/O DYE | 279.00 | 111.60 | 0.00 | 167.40 |
| 05-20-22 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 20642789) | | | | |
| 05-23-22 | | | CASH PATIENT DISCOUNT | | 111.60 | | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|
| $486.00 | $0.00 | $0.00 | $0.00 |

| DATE DUE: | BALANCE DUE: |
|---|---|
| Upon Receipt | $486.00 |

QUANTUM RADIOLOGY PC
PO BOX 3157
INDIANAPOLIS, IN  46206-3157
1.855.871.1526

**If your insurance has issued payment directly to you, please send us this payment immediately to stop the collection efforts.**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Patient Statement For:  LATNEY A RUSSELL

**Statement Date**
06/01/22

**Account Number**
██████████QUN1

## STATEMENT
### SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION



**Wellstar**
HEALTH SYSTEM

Statement Date: 5/24/2022
Guarantor Name:  Latney A Russell
Medical Record Number:
Payor Plan: No coverage associated with this account.

Interested in staying well? Get the latest health tips, news,
and more on our new health information website at
www.wellstar.org

**GUARANTOR INFORMATION:**
Latney A Russell
170 WASHINGTON ST APT T5
HAVERHILL, MA 01832-5795

## This is not a bill.  This is an itemization of your services for:

| | | | | |
|---|---|---|---|---|
| Patient Name: | Latney A Russell | | Admission Date: | 05/11/22 |
| Account ID: | 213 | | Discharge Date: | 05/11/22 |
| Guarantor ID: | 490 | | Location: | WS Atlanta Medical Center Hospital |

Current Account Charges: 14,006.80

### Hospital Charges

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0250 | 05/11/2022 | IBUPROFEN 600 MG TAB | 1 | 4.80 |
| 0320 | 05/11/2022 | HC XR CHEST 2VW | 1 | 718.00 |
| 0350 | 05/11/2022 | HC CT CERVICAL SPINE W/O CONTRAST | 1 | 4,109.00 |
| 0350 | 05/11/2022 | HC CT HEAD OR BRAIN W/O CONTRAST | 1 | 3,647.00 |
| 0350 | 05/11/2022 | HC CT MAXILLOFACIAL W/O CONTRAST | 1 | 3,391.00 |
| 0450 | 05/11/2022 | HC ER SERVICE LEVEL IV | 1 | 2,137.00 |
| **Total hospital charges:** | | | | **14,006.80** |

### Hospital Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 05/15/22 | DISCOUNT (SELF-PAY, UNINSURED) | -10,645.17 |
| **Total hospital payments and adjustments:** | | **-10,645.17** |

**Current account balance - THIS IS NOT A BILL:**                                3,361.63

5779-WSEPIC56-4748945-3326146065-; 22034094-1-1; 34077199-1; 1

130016



**Wellstar**
HEALTH SYSTEM

**Mail Processing Center**
PO Box 3475 Toledo, OH 43607-0475



003671
0101

RUSSELL,LATNEY A
170 WASHINGTON ST APT T5
HAVERHILL, MA 01832-5795

WELLSTAR HEALTH SYSTEMS INC.
PO BOX 742625
ATLANTA, GA 30374-2625

Please contact us at 470-245-9998 if you have questions regarding this document.
Office hours: 8 AM to 8 PM Mon-Thurs; 8 AM to 5:00 PM on Fri

Page 1

**We have filed to your insurance already. You can pay for the statement amount due in MyDocBill.**



**QUANTUM RADIOLOGY PC**

PO Box 3157
INDIANAPOLIS, IN 46206-3157

mydocbill.com/qun1

1-855-204-9120

1-855-871-1526

qun1billing@mydocbill.com

**Amount Due**

$486.00

**ACCOUNT OWNER**
LATNEY RUSSELL

**STATEMENT CREATED**
10/26/2022

**DUE DATE**
Upon Receipt

## Account Summary

**INVOICE #**
6194013

**ACCOUNT NUMBER**
▇▇▇▇QUN1

**PAYMENTS IN THE LAST 30 DAYS**
$0.00

**STATEMENT AMOUNT DUE**
$486.00

**PENDING INSURANCE**
$0.00

**TOTAL AMOUNT BALANCE**
$486.00

## Guarantor Info

### General Info

LATNEY RUSSELL
170 WASHINGTON ST APT T5
HAVERHILL, MA 01832

### Primary Insurance Info

**INSURANCE PROVIDER**
TUFTS

**ADDRESS**
PO BOX 8115
PARK RIDGE, IL 60068

**GROUP/PLAN**
RX1144

**ID NUMBER**
▇▇▇▇▇▇▇▇

### Secondary Insurance Info

None

## Summary of Service Charges

| PATIENT | RENDERING PROVIDER | SERVICE PROVIDED AT | REFERRING PROVIDER |
|---|---|---|---|
| LATNEY RUSSELL | JOSEPH MOYERS | WELLSTAR AMC MAIN ER | SULIEMAN A WAZEERUD-DIN |

| DOS | Proc Code | Units | Service Activity | Charges | Pay/ADJ | Pending Insur | Balance |
|---|---|---|---|---|---|---|---|
| 5/11/2022 | 71046 | 1 | **X-RAY EXAM CHEST 2 VIEWS** | $53.00 | $21.20 | $0.00 | $31.80 |
| 6/14/2022 | | | FILED PRIMARY TO TUFTS (NE023) | | | | |
| 10/10/2022 | | | GUARANTOR RESPONSIBILITY DATE: (ChargeID: 20602618) | | | | |

| PATIENT | RENDERING PROVIDER | SERVICE PROVIDED AT | REFERRING PROVIDER |
|---|---|---|---|
| LATNEY RUSSELL | PHILIP LOUDEN | WELLSTAR AMC MAIN ER | SULIEMAN A WAZEERUD-DIN |

| DOS | Proc Code | Units | Service Activity | Charges | Pay/ADJ | Pending Insur | Balance |
|---|---|---|---|---|---|---|---|
| 5/11/2022 | 70450 | 1 | **CT HEAD/BRAIN W/O DYE** | $205.00 | $82.00 | $0.00 | $123.00 |
| 6/14/2022 | | | FILED PRIMARY TO TUFTS (NE023) | | | | |
| 10/10/2022 | | | GUARANTOR RESPONSIBILITY DATE: (ChargeID: 20602619) | | | | |
| 5/11/2022 | 70486 | 1 | **CT MAXILLOFACIAL W/O DYE** | $273.00 | $109.20 | $0.00 | $163.80 |
| 6/14/2022 | | | FILED PRIMARY TO TUFTS (NE023) | | | | |
| 10/10/2022 | | | GUARANTOR RESPONSIBILITY DATE: (ChargeID: 20642788) | | | | |
| 5/11/2022 | 72125 | 1 | **CT NECK SPINE W/O DYE** | $279.00 | $111.60 | $0.00 | $167.40 |
| 6/14/2022 | | | FILED PRIMARY TO TUFTS (NE023) | | | | |
| 10/10/2022 | | | GUARANTOR RESPONSIBILITY DATE: (ChargeID: 20642789) | | | | |

## Late Payment Breakdown

| CURRENT | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|
| $486.00 | $0.00 | $0.00 | $0.00 |

**We have filed to your insurance already. You can pay for the statement amount due in MyDocBill.**

*If your insurance has issued payment directly to you, please send us this payment immediately to stop the collection efforts. Please disregard this notice if you believe you have received it in error or if payment has already been made.*

*PLAINTIFF'S EXHIBIT "D"*

# HAVERHILL FAMILY OFFICE, LLC

SHIAO-ANG SHIH, MD

MARIE P. ANDERSON, N.P

MERRIMACK MEDICAL CENTER
62 BROWN STREET, SUITE 501
HAVERHILL, MA  01830
*PHONE: 978-521-6555*
*FAX: 978-521-1236*
*HOLY FAMILY HOSPITAL AT*
*MERRIMACK VALLEY*

Date: 5/23/22

## To Whom It May Concern,

My patient Latney Russell
is out of work from
5/11/22 to return on
June 12-22

Sincerely,

Shiao-Ang Shih, MD

Signature:

CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-09331-
10/28/2022 1:07 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **LATNEY A. RUSSELL,** | * | **CIVIL ACTION FILE NO.:** |
| | * | |
| **Plaintiff,** | * | 22-A-09331-3 |
| | * | |
| **VS.** | * | |
| | * | |
| **FLIXBUS INC,** | * | |
| | * | |
| **Defendant.** | * | |

### PLAINTIFF'S VERIFICATION

Personally appeared before the undersigned attesting officer authorized by law to administer oaths came **LATNEY A. RUSSELL**, who, being first duly sworn on oath deposes and states that the facts alleged in the above and foregoing Complaint are true and correct to the best of her knowledge and belief.

This 27ᵗ day of _October_, 2022.

_____
LATNEY A. RUSSELL (PLAINTIFF)

Sworn to (or affirmed) and subscribed before me, by means of ☒ physical presence or ☐ online notarization, this 27ᵗ day of _October_ 2022, by _Latney Russell_.

SPENCER PETERSEN
My Notary ID # 129414882
Expires May 8, 2026

CLERK OF SUPERIOR COUR
GWINNETT COUNTY, GEORGI
22-A-09331-
10/28/2022 3:45 PI
TIANA P. GARNER, CLER

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

LATNEY A. RUSSELL

_____

_____

_____                    CIVIL ACTION
                                                    NUMBER:_____ **22-A-09331-3**

PLAINTIFF

VS.

~~FLIXBUS, INC~~                         FlixBus, Inc.

~~C/O Registered Agents, Inc.~~         Registered Agents, Inc
~~7901 4th Street N., Suite 300~~       300 Colonial Center Parkway
                                        Suit 100N
~~Saint Petersburg, FL 33702~~
                              DEFENDANT  Roswell, GA 30076

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **LATNEY A. RUSSELL**
> **170 Washington Street, #T5**
> **Haverhill, MA 01843**
> **Ralatney@gmail.com**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                    28th day of October, 2022
This _____ day of _____, 20____.


                              **Tiana P. Garner**
                              **Clerk of Superior Court**

                              By_____
                                      **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

**SC-1 Rev. 2011**

November 2, 2022

Latney Russell
13901 Midway Rd
STE: 102-465
Farmers Branch, TX 75244

Gwinnett County Clerk of Superior Court
75 Langley Dr,
Lawrenceville, GA 30046

Tiana P. Garner
Clerk of State Court
Case Number 22-A09331-3

To Whom It May Concern.

I Latney Russell am filing a motion requesting my medical records be sealed.

Due to the nature of this case containing sensitive information, I am also
requesting an expedited hearing via zoom.

Please be sure that all future correspondence is sent to the correct email address
on file to avoid delays.

Sincerely,

DocuSigned by:

*Latney Russell*

ABB3FC15E138451...

Latney Russell
E: ralatney@gmail.com

E-FILED IN OFFICE - NL
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-09331-3
1/23/2023 12:07 PM
TIANA P. GARNER, CLERK

SHERIFF'S ENTRY OF SERVICE

Civil Action No. _22A 09331 3_

Date Filed _12/08/2022_

Attorney's Address _____

SUPERIOR COURT

GEORGIA, FULTON COUNTY

_Latney A Russell_
_____
Plaintiff

VS.

_FlixBus Inc_
_____
Defendant

Name and Address of Party to be Served

_FlixBus Inc_
_R/A Inc_
_300 Colonial Center PKWY_
_Je 100N_
_Roswell GA 30076_

SHERIFF'S ENTRY OF SERVICE

I have this day served the defendant _____ personally with a copy
of the within action and summons.

_____

I have this day served the defendant _____ by leaving a copy
of the action and summons at this most place notorious place of abode in this county.

Delivered same into hands of_____ described as follows
age, about____ years; weight, about_____ pounds; height about___ feet and ___ inches, domiciled at the residence of the
defendant.

Served the defendant _FlixBus, Inc c/o Registered Agents, Inc_ a corporation
by leaving a copy of the with in action and summons with _Ashley NaVarro (Office Manager)_
in charge of the office and place of doing business of said Corporation in this County.

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the
door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same
in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said
summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the
place stated in the summons.

_____

Diligent search made and defendant_____
not to be found in the jurisdiction of this court.

This_____ _13th_ _____day of_____ _Jan_ _____20 _23_.

_T. Desrosiers_
_#2106_ DEPUTY

SHERIFF DOCKET_____ PAGE _____

PERSONAL

NOTORIOUS

CORPORATION

TACK & MAIL

NON EST

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT

E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-09331-3
2/6/2023 12:57 PM
TIANA P. GARNER, CLERK

February 6, 2023

Latney Russell
21595 S 231st Way
Queen Creek, AZ 85142

Gwinnett County Clerk of Superior Court
75 Langley Dr,
Lawrenceville, GA 30046

Clerk of Superior Court
Deputy Clerk Tiana P. Garner
Case Number 22-A09331-3
Latney Russell VS FlixBus Inc

RE: Update of Address

To Whom It May Concern:

Please update my current address on file from 13901 Midway Rd STE: 102-465
Farmers Branch, TX 75244 to my new mailing address 21595 S 231st Way
Queen Creek, AZ 85142.

Should you have any questions regarding this letter, please feel free to reach out to
me at your convenience.

Sincerely,

Latney Russell
E:ralatney@gmail.com
P: (404) 423-0454

# Case Information

## RUSSELL VS FLIXBUS INC

22-A-09331-3

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett - Superior Court | Civil | Tort - Other Professional Negligence Tort* | 10/28/2022 |

| Judge | Case Status |
|---|---|
| Fluker, Deborah R. | Open (Pending) |

## Parties 2

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | LATNEY A RUSSELL | | Pro Se |
| Defendant | FLIXBUS INC | | Pro Se |

## Events 6

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 10/28/2022 | Filing | Complaint with Jury Demand | Plaintiff's Complaint and Statement of Claim | 2022.10.28 Complaint and Statement of Claim for Flixbus (Russell).pdf |
| 10/28/2022 | Filing | Verification | Plaintiff's Verification | 2022.10.28 Signed Verification for Flixbus (Russell).pdf |
| 10/28/2022 | Filing | Summons | Plaintiff's Summons | 2022.10.28 Summons for Flixbus (Russell).pdf |
| 11/2/2022 | Filing | Motion to Seal | Medical Records | GWINNETT motion to seal.pdf |
| 1/23/2023 | Filing | Sheriff/Marshall's Service | Affidavit of Service Document | affidavit of service 001.pdf |
| 2/6/2023 | Filing | Change Of Address | Address Change | Change of address update.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved

Version: 2023.1.0.10138



EMPOWERED BY
TYLER TECHNOLOGIES