# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUSTIN L. ROBERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC.<br><br>　　　　　Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

　　　　Pursuant to Local Rule 3.3, Plaintiff Justin L. Roberson hereby submits his Certificate of Interested Parties and Corporate Disclosure Statement:

　　　　1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of the party:

　　　　Justin L. Roberson – Plaintiff

　　　　Experian Information Solutions, Inc. – Defendant

Equifax Information Services, LLC – Defendant

Trans Union LLC – Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial 2 interest in or other interest in which could be substantially affected by the outcome of this particular case:

N/A

3. The undersigned further certifies that the following is a full and complete list of the persons serving as attorneys for the parties in this proceeding.

**CONSUMER ATTORNEYS**
Jenna Dakroub, GA 385021
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

///

RESPECTFULLY SUBMITTED this 22nd day February 2023,

                               **CONSUMER ATTORNEYS**
                               <u>By: s/Jenna Dakroub</u>
                               Jenna Dakroub
                               Bar Number: 385021
                               8245 N. 85th Way
                               Scottsdale, AZ 85258
                               Telephone: (602) 807-1525
                               Fax: (718) 715-1750
                               E: jdakroub@consumerattorneys.com
                               *Attorneys for Plaintiff Justin L. Roberson*