| ☐ Superior Court ☐ Magistrate Court | CASE NUMBER 2022 CVC 3867-C4 |
|---|---|
| CLAYTON COUNTY, GEORGIA | Jermaine-Wendell: Bradley |
| | Plaintiff ☐ |

FOR CLERK'S USE ONLY:

Mailed copy to Pltf Atty ___ / ___ / 20 ___

VS.

Padgett Law Group
Defendant ☐

6267 Old Water Oak rd Suite 205
Address ☐

Tallahassee FL 32312

Garnishee ☐

Address ☐

Attorney or Plaintiff's Name & Address

Jermaine-Wendell: Bradley
635 Pristine Pl
Jonesboro Ga 30238

Designate Party to be served by placing a check in box above.

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant ............................................. personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant ............................................. by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of ............................................. described as follows

age, about ......... years; weight, about ......... pounds; height, about ......... feet and ......... inches, domiciled at the residence of defendant, at ......... A.M. - P.M.

**CORPORATION** ☐ Served the (defendant, Garnishee) ............................................. a corporation by leaving a copy of the within action and summons with ............................................. in charge of the office and place of doing business of said Corporation in this County, at ......... A.M. - P.M.

**TACK & MAIL** ☐ I have this day served the above affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant ............................................. not to be found in the jurisdiction of this Court.

The defendant is required to answer no later than ............................................. , 20 ......... , at the place stated in the summons.

This ......... day of ............................................. , 20 .........

............................................. 
DEPUTY SHERIFF, CLAYTON COUNTY.

WHITE: Clerk    CANARY: Defendant

**ORIGINAL SUMMONS**

## SUPERIOR COURT OF CLAYTON COUNTY

### STATE OF GEORGIA

Plaintiff: Jermaine Wendell Bradley

Address: 135 Pristine Place

Jonesboro GA 30239

VS.

Defendant: The Money Source

Address: 3138 E Elwood St

Phoenix, AZ 85034

CASE NUMBER: 2022 CV 03807-09

SUMMONS

November Term, 20 22

CALENDAR DATES

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, **within 30 days** after service of this summons, upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Jacquline D. Wills
Clerk of Court
Superior Court Division

By _____
Deputy Clerk

ORIGINAL SUMMONS.wpd                                                                                                    01/01/11

IN THE SUPERIOR COURT OF CLAYTON COUNTY, GEORGIA

FILED
CLAYTON CO. GA
2022 DEC 21  PM 4:04

c/o [illegible] of court

Jermaine Wendell Bradley et al
635 Pristine Place
Jonesboro, GA 30238

### PLAINTIFF

### VS.

THE MONEY SOURCE Inc et al,
3138 E Elwood St.
Phoenix, AZ 85034

Case: 2022cv03807-09

### DEFENDANT

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# ACTION TO QUIET TITLE

The Plaintiffs petitions this court for a proceeding to quiet the TITLE/CLEAR cloud on title of subject property herein stated.

Plaintiffs Jermaine Wendell Bradley are the TITLE/DEED owners of the real property commonly known as 635 Pristine Place Jonesboro, GA 30238.
Plaintiffs alleges and asserts pursuant to UCC 3-302 that the Counterclaim Defendants (Trustee) and/or the agent it represents is **NOT** Holder/holder in Due Course of the **"authentic original unaltered Promissory Note"** evidencing the claimed indebtedness, entitling Counterclaim Defendants (Trustees) and/or the agent it represents to a right to payment and as such is unlawfully, encumbering and clouding the TITLE of subject property.

Plaintiffs alleges and asserts THE MONEY SOURCE Inc et al, at the inception of the contract violated numerous sections of the Statutes at Large (13 Stat 99). One such section states Financial Institutions cannot enter into mortgage agreements for real estate beyond a 5-year period. The note referenced herein was for a 30-year mortgage, which by operation of law is Fraudulent.
Plaintiffs specifically challenges the debt instrument that give rise to any lien instrument. Plaintiffs pursuant to UCC 3-308 hereby denies the validity of signature on any photocopy of a Promissory Note and hereby requests the issuance of a subpoena for the Authentic Original Unaltered Promissory Note to be produced for and on the record.
THE MONEY SOURCE Inc et al, and Its' Attorney et al. in its communication to Plaintiffs was acting as a **debt collector**, which violates the Statutes at Large as defined at Public Law 95-109, 91 Stat 874 Sec 803 (6)(F).

Due to lack standing they are not a real party of interest but debt collectors. Under **FederalRules of Civil Procedure Rule 17** "An action must be pursued by a real party of interest."
**DLJ Capital, Inc. v. Parsons, Case No. 07-MA-17 (2008).** A genuine issue of material fact existed as to whether or not appellee was the real party in interest as there was no evidence on the record of an assignment. Reversed for lack of standing.
**Lasalle Bank v. Ahearn, 875 N.Y.S.2d 595 (2009).** Dismissed with prejudice. Lack of standing.
The mortgage was converted to stock and was being traded as such without notifying owner of such nor giving him full disclosure as to what was being transpired. Under the accounting Rule FAS 140 Once an asset has been sold, the lender forever loses control of the asset, they merely act as a servicer (i.e. Debt Collector.)
In determining whether the plaintiffs come before this Court with clean hands, the primary factor to be considered is whether the plaintiffs sought to mislead or deceive the other party, not whether that party relied upon plaintiffs' misrepresentation. **Stachnik v. Winkel, 394 Mich. 375, 387; 230 N.W.2d 529, 534 (1975).**

THE MONEY SOURCE Inc et al, and it's Attorney's et al are not the holders in due course of the note.
**Wells Fargo v. Reyes, 867 N.Y.S.2d 21 (2008).** Case dismissed with prejudice, fraud on the Court and Sanctions because Wells Fargo never owned the Mortgage.
**Wells Fargo, Litton Loan v. Farmer, 867 N.Y.S.2d 21 (2008).** "Wells Fargo does not own the mortgage loan... Therefore, the... matter is dismissed with prejudice."

> Plaintiff hereby reserves the right to amend claim to add additional violation of law. Plaintiffs further notices the Court that if Plaintiff's **remedy** pursuant to the Statutes at Large, Commercial Law and Constitutional Law is violated, Plaintiffs will file an action quo warranto for the law supporting such denial of remedy and/or remove action to Federal Court.

WHEREFORE, Plaintiffs demands that the title of Plaintiff's property at 635 Pristine Place Jonesboro, GA 30238 be confirmed and quieted. That any lien interests and rights thereof, asserted by Defendants (Trustees) or the agent it represents be forever declared invalid, unenforceable and an unjust cloud on the title, and declared null and void by Order of the Court. Plaintiffs requests that the scheduled foreclosure conducted prior to the adjudication of this case by the Defendants that it be vacated. Plaintiffs also requests that by Order of the Court a Forensic Audit of Securitization of said "Authentic Original Unaltered Promissory Note" be done for further Recoupment. Plaintiffs also requests any and all other just and proper relief, not specifically requested but appropriately due in the interest of justice.

Respectfully Submitted,


By: *[signature]*
Jermaine Wendell Bradley

## IN THE SUPERIOR COURT OF CLAYTON COUNTY, GEORGIA

Jermaine Wendell Bradley

PLAINTIFF(S)

VS.

THE MONEY SOURCE et al

DEFENDANT

Case No.: 2022CV03807-09

### NOTICE OF LIS PENDENS

You are hereby notified that on the 21 day of, 2022, suit was instituted by the undersigned in the above captioned and styled cause in The Court Of Common Pleas Clayton County, Georgia and that the following Defendants listed above are parties to said suit.

The following described real estate situated in 635 Pristine place Jonesboro Ga 30238 is involved in said suit, to-wit:

The nature of the illegal foreclosure, auction, lien, right or interest sought to be enforced is as follows;

- Plaintiff brings this action to Quite/confirm title, remove clouds from title and to compel Defendants to convey legal title back based on the fact that Defendants:
- Failed to give Plaintiff Full Disclosure, Breach Of Contract & Fraud

_____
Jermaine-Wendell: Bradley

Return Recorded Document to:
Marr Law Firm, LLC
2989 Piedmont Road NE
Atlanta, GA 30305
File #: 20-0254
Parcel ID: 05210A B046

COPY EXHIBIT A

## WARRANTY DEED

STATE OF GEORGIA
COUNTY OF CLAYTON

THIS INDENTURE, made the 2nd day of July, 2020, between

David Cairo and Mary Cairo

of the County of Clayton, and State of Georgia, as parties of the first part, hereinafter called Grantors, and

Jermaine Wendell Bradley

of the County of Clayton, and State of Georgia, as party of the second part, hereinafter called Grantee (the words "Grantor(s)" and "Grantee(s)" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH that: Grantors, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, aliened, conveyed and confirmed, and by these presents do grant, bargain, sell alien, convey and confirm unto the said Grantee,

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 210 OF THE 5TH DISTRICT, CLAYTON COUNTY, GEORGIA, BEING LOT 44, WHISPERING HOLLOW SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 38, PAGES 19-20, CLAYTON COUNTY, GEORGIA RECORDS, WHICH RECORDED PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantors will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantors have signed and sealed this deed, the day and year first above written.

Signed, sealed and delivered in the presence of:

_____        _____
Witness                                                       David Cairo

                                                              _____
                                                              Mary Cairo

_____
Notary Public

COPY