# EXHIBIT "A"

Case 1:23-mi-99999-UNA   Document 580-1   Filed 02/23/23   Page 2 of 11

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00158-S4**
**1/10/2023 10:19 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JULES OUEMBE,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING and AMERICAN STRATEGIC INSURANCE CORP.,**<br><br>　　**Defendants.** | **CIVIL ACTION FILE NO.**<br>　　23-C-00158-S4<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, JULES OUEMBE (hereinafter referred to as "Plaintiff") by and through his undersigned counsel, and files this Complaint for Damages against Defendants, NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING and AMERICAN STRATEGIC INSURANCE CORP., (hereinafter referred to as "Defendant Shellpoint Mortgage" and "Defendant American Strategic Insurance") and respectfully shows this Honorable Court as follows:

## THE PARTIES

1.

Plaintiff is, and at all times material to this action, a resident of the State of Georgia.

2.

Defendant Shellpoint Mortgage is a foreign limited liability company, which is authorized to transact business in Georgia. Defendant Shellpoint Mortgage may be served with a Summons and Complaint via its Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

3.

Defendant American Strategic Insurance is a foreign insurance company, which is authorized to transact business in Georgia. Defendant American Strategic Insurance may be served with a Summons and Complaint via its Registered Agent, Corporate Creations Network, Inc., 2985 Gordy Parkway, 1st Floor, Marietta, GA 30066.

4.

Venue as to Defendants is proper in this Court because such Defendants has transacted business within the state of Georgia and within the venue of this Court and currently transact business within the state of Georgia and within the venue of this Court.

## FACTUAL BACKGROUND

5.

In or around 2021, Plaintiff purchased a house and real property located at 2658 Bateleur Court, Grayson, GA 30017 (hereinafter referred to as "the property").

6.

In connection with the purchase of his property, Plaintiff received a mortgage loan from Defendant Shellpoint.

7.

Through Defendant Shellpoint Mortgage, Plaintiff obtained homeowner's insurance for the subject property with American Strategic Insurance.

8.

Plaintiff's $2,524.66 monthly mortgage payment to Defendant Shellpoint includes $209.04 for payment toward Plaintiff's homeowners' insurance policy through American Strategic Insurance. Defendant Shellpoint had the responsibility to pay American Strategic Insurance directly each month for Plaintiff's homeowner's insurance.

9.

On November 12, 2022, Plaintiff's property was substantially damaged by fire.

10.

Plaintiff promptly and timely reported the fire loss to the property to Defendant American Strategic Insurance.

11.

Plaintiff was then notified by Defendant American Strategic Insurance that Plaintiff's homeowner's insurance policy was not in effect on the day of loss. Defendant American Strategic Insurance, therefore, denied any insurance coverage for Plaintiff's loss.

## **BREACH OF CONTRACT**

12.

Plaintiff re-alleges and incorporates paragraphs one through 11 of this Complaint as if fully set forth herein.

13.

Defendant Shellpoint received timely mortgage payments in full from Plaintiff which included payment toward Plaintiff's homeowner's insurance through American Strategic Insurance. Defendant Shellpoint had the responsibility to pay Defendant American Strategic

Insurance directly each month for Plaintiff's homeowner's insurance.

14.

Plaintiff complied with all the terms of the mortgage agreement, including making payments on time every month, and was unaware that his homeowner's insurance policy was not in effect on the date of loss.

15.

Defendant Shellpoint failed to uphold its duty to pay for Plaintiff's homeowner's insurance. As a result, Defendant American Strategic Insurance denied coverage for Plaintiff's loss.

16.

By failing to pay Plaintiff's homeowner's insurance with the funds received from Plaintiff every month, Defendant Shellpoint has breached its contract with Plaintiff.

17.

Accordingly, Defendants should be liable to pay for Plaintiff's losses and damages stemming from the fire loss to the property.

WHEREFORE, Plaintiff respectfully prays for relief from this Court as follows:

(a)  That Plaintiff have a trial by jury on all issues;

(b)  That this Court enter judgment in favor of Plaintiff and against Defendants, jointly and severally, on all Counts of this Complaint;

(c)  That Plaintiff be awarded damages from Defendants, jointly and severally, in the amount of all his direct and consequential losses caused by the fire referred to in this Complaint

and which should be covered by American Strategic insurance policy as outlined in this Complaint in such amounts as may be proven at trial;

(d) That Plaintiff be awarded general compensatory damages against the Defendant(s);

(e) That this Court provide Plaintiff with such other and further relief as it deems just, equitable and proper.

Respectfully submitted this 10th day of January 2023.

| | |
|---|---|
| PEARSON LAW GROUP, LLC | */s/Romero Pearson* |
| 16 Towne Park Drive | Romero Pearson |
| Lawrenceville, GA 30044 | Georgia Bar No. 355228 |
| (770) 277-0272 (Telephone) | Attorney for Plaintiff |
| (770) 277-0273 (Facsimile) | |
| plg@pearsonlawgroup.com | |

Case 1:23-mi-99999-UNA   Document 580-1   Filed 02/23/23   Page 7 of 11

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00158-S4**
**1/10/2023 10:19 AM**

TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of  Gwinnett State Court  County

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____ MM-DD-YYYY | **Case Number** 23-C-00158-S4 _____ |

**Plaintiff(s)**
Ouembe, Jules
Last          First          Middle I.     Suffix     Prefix

Last          First          Middle I.     Suffix     Prefix

Last          First          Middle I.     Suffix     Prefix

Last          First          Middle I.     Suffix     Prefix

**Defendant(s)**
Newrez, LLC d/b/a/ Shellpoint Mortgage Servicing
Last          First          Middle I.     Suffix     Prefix

American Strategic Insurance Corp.
Last          First          Middle I.     Suffix     Prefix

Last          First          Middle I.     Suffix     Prefix

Last          First          Middle I.     Suffix     Prefix

**Plaintiff's Attorney** Romero Pearson   **State Bar Number** 355228   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____         _____
Case Number                    Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Case 1:23-mi-99999-UNA   Document 580-1   Filed 02/23/23   Page 8 of 11

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00158-S4**
**1/10/2023 10:19 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**JULES OUEMBE**

PLAINTIFF

23-C-00158-S4

CIVIL ACTION NUMBER: _____

VS.

**NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING and American STRATEGIC INSURANCE CORP.**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

PEARSON LAW GROUP, LLC
16 TOWNE PARK DRIVE
LAWRENCEVILLE, GEORGIA 30044

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____, 20____.    10th day of January, 2023

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 23-C-00158-S4

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☑ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed 1/10/2023

Georgia, Gwinnett COUNTY

Jules Ouembe

Attorney's Address

Pearson Law Group, LLC
16 Towne Park Drive
Lawrenceville, GA 30044

_____
Plaintiff

VS.

Name and Address of Party to Served

NewRez, LLC d/b/a Shellpoint Mortgage Servicing
Registered Agent: Corporation Service Company
2 Sun Court, Suite 400, Peachtree Corners,
Georgia, 30092

NewRez, LLC d/b/a Shellpoint Mortgage Servicing & American Strategic Insurance
Defendant

_____
Garnishee

**SHERIFF'S ENTRY OF SERVICE**

☐ **PERSONAL**
I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about ___ years; weight ___ pounds; height ___ feet and ___ inches, domiciled at the residence of defendant.

☒ **CORPORATION**
Served the defendant NewRez, LLC d/b/a Shellpoint Mortgage Servicing a corporation by leaving a copy of the within action and summons with Alisha Smith
In charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST**
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 24 day of January, 2023.

J. Williams S01139
DEPUTY

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

23-C-00158-S4
1/31/2023 7:57 AM
TIANA P. GARNER, CLERK

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 23-C-00158-S4

**KEEP**    B 1494 E

Superior Court ☐
State Court ☑
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Date Filed 1/10/2023

Georgia, <mark>Gwinnett</mark> COUNTY

Jules Ouembe

Attorney's Address

Pearson Law Group, LLC
16 Towne Park Drive
Lawrenceville, GA 30044

_____ Plaintiff

VS.

Name and Address of Party to Served

American Strategic Insurance Corp.
Registered Agent: Corporate Creations Network
2985 Gordy Parkway, 1st Floor,
Marietta, GA 30066

NewRez, LLC d/b/a Shellpoint
Mortgage Servicing & American
Strategic Insurance _____ Defendant

_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☑ Served the defendant American Strategic Insurance Co. a corporation
by leaving a copy of the within action and summons with ANNA Marie Corporate Creations Network
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This 24 day of JANUARY, 2023.

341/02072

DEPUTY

(Stamp: COBB CO. SHERIFF'S OFF CIVIL SECTION JAN 24 2023 PM)

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/7473e81f27c35663a22fdc9d7d4d8ae6

# Case Information

## OUEMBE vs NEWREZ LLC et al
23-C-00158-S4

| | | | |
|---|---|---|---|
| **Location** | **Case Category** | **Case Type** | **Case Filed Date** |
| Gwinnett - State Court | Civil | Contract/Account | 1/10/2023 |
| **Judge** | **Case Status** | | |
| Colvin, Ronda S. | Open (Pending) | | |

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | JULES OUEMBE | | ROMERO T PEARSON |
| Defendant | NEWREZ LLC | SHELLPOINT MORTGAGE SERVICING | Pro Se |
| Defendant | AMERICAN STRATEGIC INSURANCE CORP | | Pro Se |

## Events [5]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 1/10/2023 | Filing | Summons | | Gwinnett State Court Summons.pdf |
| 1/10/2023 | Filing | Complaint/Petition | | Complaint.pdf |
| 1/10/2023 | Filing | General Civil/Dom Relations Case Filing Form | | General Civil/Dom Relations Case Filing Form.pdf |
| 1/27/2023 | Filing | Sheriff/Marshall's Service | NEWREZ, LLC | Sheriffs Entry of Service.tif |
| 1/31/2023 | Filing | Sheriff/Marshall's Service | American Strategic Insurance | 3656_001.pdf |

© 2023 Tyler Technologies, Inc. | All Rights Reserved
Version: 2023.1.0.10138

