# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULES OUEMBE,<br><br>    Plaintiff,<br><br>v.<br><br>NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING and AMERICAN STRATEGIC INSURANCE CORP.,<br><br>    Defendants | CIVIL ACTION FILE NO.: |

## CONSENT FOR REMOVAL

COMES NOW Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing, and, pursuant to 28 U.S.C. § 1446(b)(2), hereby notifies the Court and all parties of its consent to the removal of the lawsuit from the State Court of Gwinnett County, Georgia, Civil Action No. 23-C-00158-S4, in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division, by Defendant ASI Home Insurance Corp.

This 23rd day of February, 2023.

**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 5th Avenue N.

By: /s/*Keith S. Anderson*
KEITH S. ANDERSON
Georgia Bar No. 136246

90543022.2

Birmingham, Alabama 35203  *Attorneys for Defendant NewRez, LLC*
Telephone: 205.521.8714  *d/b/a Shellpoint Mortgage Servicing*
kanderson@bradley.com