IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAMELA OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| CONQUEROR TRANS, LLC; | ) | |
| CURTIS BRIGGS; and STATE | ) | |
| NATIONAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COMES NOW defendant Conqueror Trans, LLC ("Conqueror") and, pursuant to 28 U.S.C. §§ 1441 and 1446, files this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On August 31, 2022, plaintiff filed a complaint in the State Court of Gwinnett, County, Georgia, Civil Action No. 22-C-04935-S2, which county is within the Atlanta Division of the Northern District of Georgia. On January 26, 2023, plaintiff filed an amended complaint in the same court. On February 16, 2023, plaintiff served defendant Conqueror Trans, LLC ("Conqueror") with a copy of the summons

and Amended Complaint via the Illinois Secretary of State, Department of Business Services. (Exhibit A.)

2.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit B. These defendants have no knowledge of any other process, pleadings, or orders served in connection with this action, other than those attached hereto.

3.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

4.

There is complete diversity among the parties.

5.

Plaintiff is a citizen of the State of Georgia. (Am. Compl., ¶ 3.)

6.

Defendant Curtis Briggs is a citizen of the State of Texas. (Am. Compl., ¶ 4.)

7.

Defendant Conqueror was a limited liability company formed and existing under the laws of the State of Illinois with its principal place of business in the a

"state other than Georgia." (Am. Compl., ¶ 10; Illinois Secretary of State, *Business Search results* attached hereto as Exhibit C.) Defendant Conqueror was involuntarily dissolved on July 8, 2022. (Am. Compl., ¶ 10.)

8.

Defendant State National Insurance Company is incorporated in the State of Texas with its principal place of business in the State of Texas. (Compl., ¶ 17; *see also* Georgia Secretary of State, *Business Search results* attached hereto as Exhibit D.)

9.

The amount in controversy meets the jurisdictional requirements. Plaintiff seeks in excess of $75,000, exclusive of interest and costs; specifically, plaintiff seeks over $338,373.26 for past medical expenses, plus future medical expenses, past and future lost income, past and future pain and suffering, and punitive damages. (Am. Compl., ¶¶ 66, 70.)

10.

All defendants consent to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(C).

11.

The undersigned has read this notice of removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this notice of removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, and no further proceedings shall be held in said case in the State Court of Gwinnett County.

STONE KALFUS LLP

*/s/ Shawn N. Kalfus*
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227
Aleksandra Mitchell
Georgia Bar No. 136019
Attorneys for Defendants
Curtis Briggs and Conqueror Trans, LLC

One Midtown Plaza
1360 Peachtree Street NE, Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing *Notice of Removal* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

> J. Martin Futrell, Esq.
> WLG Atlanta, LLC
> Bank of America Plaza
> 600 Peachtree Street, NE, Suite 4010
> Atlanta, GA 30308
>
> Jennifer W. Wolak, Esq.
> Fields Howell LLP
> 655 8th St. NW
> Atlanta, GA 30318

This 23rd day of February, 2023.

>                    */s/ Shawn N. Kalfus*
>                    Shawn N. Kalfus
>                    Georgia Bar No. 406227

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE, Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)