E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04935-S2**
**2/22/2023 9:10 AM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

| Case: 22-C-04935-S2 | Court: Gwinnett County State Court, State of Georgia | County: Gwinnett, GA | Job: 7604775 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Pamela Oliver | | **Defendant / Respondent:** Conqueror Trans LLC, Curtis Briggs, and State National Insurance Company | |
| **Received by:** CGA Solutions | | **For:** Witherite Law Group, LLC | |
| **To be served upon:** Conqueror Trans LLC c/o Illinois Secretary of State, Department of Business Services | | | |

I, Joe Wahcowski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Juliet Avila, Clerk, Illinois Department of Business Services: 69 W Washington St, Chicago, IL 60602

**Manner of Service:** Secretary of State, Feb 16, 2023, 1:45 pm EST

**Documents:** Affidavit of Compliance for Service on Secretary of State, Affidavit of Non Service, Notice of Service Upon Illinois Secretary of State, Summons, Amended Complaint for Damages, Plaintiff's First Interrogatories, First Requests for Production of Documents and First Requests for Admission to Defendant Conqueror Trans LLC. (Received Sep 2, 2022 at 10:55am EDT)

**Additional Comments:**
1) Successful Attempt: Feb 16, 2023, 1:45 pm EST at Illinois Department of Business Services: 69 W Washington St, Chicago, IL 60602 received by Juliet Avila, Clerk. Age: 35-40; Ethnicity: Hispanic; Gender: Female; Weight: 240; Hair: Brown; Eyes: Brown;

_____   2-17-23
Joe Wahcowski, #117-001705    Date

CGA Solutions
723 Main Street
Stone Mountain, GA 30083
866-217-8581

Subscribed and sworn to before me by the affiant who is personally known to me.

_____   9-27-24
Notary Public                Commission Expires
2-17-23
Date

| | | |
|---|---|---|
| Form **LLC-1.50** September 2017 [illegible stamp] Secretary of State Department of Business Services Limited Liability Division 501 S. Second St., Rm. 351 Springfield, IL 62756 217-524-8008 www.ilsos.gov Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void. | **Illinois Limited Liability Company Act** **Affidavit of Compliance for Service on Secretary of State** SUBMIT IN DUPLICATE Type or Print Clearly This space for use by Secretary of State. Filing Fee: $5 Approved: | FILED This space for use by Secretary of State. **TENDERED CHICAGO CORP. DEPARTMENT** FEB 15 2023 ACCEPTANCE AND FILED DATE ESTABLISHED ONLY AFTER REVIEW |

1. Name of Limited Liability Company being served: __Conqueror Trans LLC__

2. Title of Case and Case Number:

   Pamela Oliver _____ First Named Plaintiff
   
   v.
   
   Conqueror Trans LLC, et al. _____ First Named Defendant
   
   Number: __22-C-04935-S2__

3. Title of Court in which an action, suit or proceeding has been commenced: __State Court of Gwinnett County (GA)__

4. Title of Instrument being served: __Amended Complaint for Damages, Summons__

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: __Sywia Szot, 3100 Boyle Terrace, Apt. 2F, River Grove, IL 60171__

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☐ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☐ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☑ The Limited Liability Company was dissolved on __July 8, 2022__; the conditions of paragraphs a and b above exist; and the action, suit or preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____; the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____.

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _/s/ J. Martin Futrell_   February 15, 2023
   Signature of Affiant

   J. Martin Futrell
   Name (print)

   (470) 881-8806
   Telephone Number

**RETURN TO:** (Please type or print clearly.)
J. Martin Futrell, WLG Atlanta LLC
Name
800 Peachtree St. NE, Suite 4010
Street
Atlanta, GA 30308
City, State, ZIP

Printed by authority of the State of Illinois. December 2017 — LLC 1.50