

cyberdriveillinois.com is now ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 06695019 |
| Entity Name | CONQUEROR TRANS LLC |
| Status | INVOLUNTARY DISSOLUTION on Friday, 8 July 2022 |

### Entity Information

**Principal Office**
3100 BOYLE TERRACE, 2F
RIVER, IL 601710000

**Entity Type**
LLC

**Type of LLC**
Domestic

**Organization/Admission Date**
Friday, 12 January 2018

**Jurisdiction**
IL

**Duration**
PERPETUAL

### Agent Information

| | |
|---|---|
| Name | SYLWIA SZOT |
| Address | 3100 BOYLE TER APT 2F<br>RIVER GROVE , IL 60171 |
| Change Date | Tuesday, 31 August 2021 |

## Annual Report

| | |
|---|---|
| For Year | 2022 |
| Filing Date | 00/00/0000 |

## Managers

| | |
|---|---|
| Name<br>Address | ALEJANDRO CASTILLO<br>1420 RENAISSANCE DR<br>PARK RIDGE, IL 60068 |

## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.   Thu Nov 10 2022

https://apps.ilsos.gov/corporatellc/CorporateLlcController                2/2