

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

**HOME (/)**

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **STATE NATIONAL INSURANCE COMPANY, INC.** |
| Business Type: | **Foreign Insurance Company** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **1900 L. DON DODSON DR, BEDFORD, TX, 76021, USA** |
| Jurisdiction: | **Texas** |
| Control Number: | **K218809** |
| Business Status: | **Active/Compliance** |
| Date of Formation / Registration Date: | **9/22/1992** |
| Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S. Culver St., Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| DAVID M. CLEFF | Secretary | 1900 L. Don Dodson Drive, Bedford, TX, 76021, USA |
| Matthew A. Freeman | CEO | 1900 L. Don Dodson Dr, Bedford, TX, 76021, USA |

Back        Filing History        Name History
             Return to Business Search