UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| LEIGH WHITE, <br><br> *Plaintiff,* <br> VS. <br><br> AK CARRIER LLC, MIDWEST FAMILY MUTUAL INSURANCE  COMPANY, COMPANY, AURJIT SINGH, JOHN DOE, ABC CORP., AND XYZ CORP <br><br> *Defendants*. | CIVIL ACTION NO. <br><br><br> JUDGE |

## **DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the Defendants, AK Carrier, LLC Midwest Family Mutual Insurance Company and Aurjit Singh, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of Removal of the above-captioned action from the Superior Court of Cobb County, Georgia, in which court it is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division.  This removal is predicated upon this Honorable Court's original

jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## PROCEDURAL HISTORY

1. On December 20, 2022, the Plaintiff filed a Complaint for Damages ("Complaint") in the Superior Court of Cobb County, Georgia, in the case styled *Leigh White vs. AK Carrier, LLC, Midwest Family Mutual Insurance Company, Surjit Singh, et al.,* Civil Action File No. 2022-0163045-CV.

2. An executed Affidavit of Service for Defendant, Midwest Family Mutual Insurance Company was served and filed with the Superior Court of Cobb County on January 27, 2023.

3. An executed Affidavit of Service for Defendant, Surjit Singh was served and filed with the Superior Court of Cobb County on January 26, 2023.

4. An executed Affidavit of Service for Defendant, AK Carrier, LLC via register agent Ranjit Kaur was served and filed with the Superior Court of Cobb County on January 26, 2023

5. Pursuant to 28 U.S.C. § 1466(b), this Notice of Removal is timely filed.

6. This Court is the district and division "embracing the place where [the

Superior court] action is pending" under 28 U.S.C. § 1441(a), as the Superior Court of Cobb County is located in the Atlanta Division of the Northern District of Georgia.

7. Attached to this Notice of Removal are copies of all pleadings and orders on file in the Superior court proceeding. *See* Superior Court Record attached *in globo* as Exhibit A.

## DIVERSITY JURISDICTION

This suit is removable to this Court under and by virtue of 28 U.S.C. § 1332, which provides federal district courts with original jurisdiction in cases where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

8. Plaintiff, Leigh White alleged he is a citizen of the State Georgia and resides in Georgia and id subject to the jurisdiction of the court. *See* Plaintiff's Complaint, ¶ 1. Thus, Plaintiff is a citizen of the State of Georgia.

9. Defendant, Midwest Family Mutual Insurance Company, is a Foreign Insurance Company organized under the laws of the State of Iowa with its principal place of business in the State of Iowa. Thus Defendant, Midwest Family Mutual Insurance Company is not a citizen or domiciled in the State of Georgia. *See* Plaintiff's Complaint, ¶ 3.

10. Defendant, AK Carrier, LLC, is a foreign corporation Corporation, with its principle place of business in the State of Wisconsin. Thus, Defendant, AK Carrier, LLC, is not a citizen of Georgia. *See* Plaintiff's Complaint, ¶ 2.

11. Defendant, Surjit Singh, is a citizen of the State of Wisconsin. Thus, Defendant, Surjit Singh, is not a citizen in Georgia. *See* Plaintiff's Complaint, ¶ 4.

12. Accordingly, complete diversity exists under 28 U.S.C. § 1332 and all relevant case law.

## AMOUNT IN CONTROVERSY

13. Pursuant to 28 U.S.C. § 1332(a), the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, for the following reasons.

14. Plaintiff seeks damages relating to a motor vehicle accident that took place on Interstate 75, Cobb County, Georgia. The relief that the Plaintiff seeks includes past and future medical expenses, past and future injuries and damages, and other relief the court deems just and proper such as punitive damages, attorney's fees and expenses of litigation, court costs, discretionary costs, and pre-judgment interest. *See* Plaintiff's Complaint.

15. Upon information and belief, Plaintiff seeks damages that exceed $75,000 as Plaintiff made a pre-suit settlement demand well in excess of that

amount in which he also claimed medical expenses in excess of $300,000.

16. While Defendant deny the allegations of the Plaintiff's Complaint, and deny liability to the Plaintiff, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

17. A Notice of Filing Notice of Removal will be filed in state court as required by 28 U.S.C. § 1446(d) and served on all counsel of record upon the filing of this Notice of Removal.

WHEREFORE, Defendants AK Carrier, LLC, Midwest Family Mutual Insurance Company, Surjit Singh, prays that this Notice of Removal be filed in accordance with applicable law and that it be deemed good and sufficient, and that the above-captioned matter filed in the Superior Court of Cobb County, Georgia, be removed to this Honorable Court for discovery, trial, and determination as provided by law, and that this Court enter such orders and issue process as may be proper to bring before it copies of all records and proceedings from the Superior Court of Cobb County, Georgia, and take jurisdiction of this civil action as if it had originally commenced in this Honorable Court to the exclusion of any further proceedings in state court.

> Respectfully submitted,
>
> /s/ Tujuana S. McGee

5

                                              _____
                                              TUJUANA S. MCGEE
                                              GEORGIA BAR NO.: 185766
                                              tmlgaservice@gallowayjohnson.com

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
990 Hammond Drive, Suite 210
Atlanta, Georgia  30328
Telephone:  (678) 951-5100
Facsimile:   (678) 951-1510
**Attorney for Defendant, United Property**
**& Casualty Insurance Company**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| LEIGH WHITE,<br><br>        *Plaintiff,*<br>VS.<br><br>AK CARRIER LLC, MIDWEST FAMILY MUTUAL INSURANCE COMPANY, COMPANY, AURJIT SINGH, JOHN DOE, ABC CORP., AND XYZ CORP<br><br>        *Defendants*. | CIVIL ACTION NO.<br><br><br>JUDGE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 23rd day of February, 2023, as follows:

**DEOCHAND & JAYWAL LAW GROUP, LLC**
Karina Deochand, Esq.
Georgia Bar No.: 957703
Romi K. Jayswal, Esq.

7

Georgia Bar No.: 761444

**CUADRA & PATEL, LLC**
Chirag Patel, Esq.
Georgia Bar No.: 763713

1430 W. Peachtree Street, Suite 100
Atlanta, GA 30309
T: 678-667-8420
F: 678-829-0713
Email: litigation@djlawteam.com
Attorneys for the Plaintiff

/s/ Tujuana S. McGee
_____
TUJUANA S. MCGEE
GEORGIA BAR NO.: 185766
Tmlgaservice@gallowayjohnson.com

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A Professional Law Corporation
990 Hammond Drive, Suite 210
Atlanta, Georgia  30328
Telephone:  (678) 951-5100
Facsimile:   (678) 951-1510
**Attorney for Defendant, United Property
& Casualty Insurance Company**