2022-0163049-CV

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**

LEONARD - 53

**DEC 20, 2022 04:13 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

### General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of __Cobb__ County

| **For Clerk Use Only** | |
|---|---|
| Date Filed __12-20-2022__ <br> MM-DD-YYYY | Case Number __22108838__ |

**Plaintiff(s)**

White , Leigh
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**

AK Carrier, LLC
Last    First    Middle I.    Suffix    Prefix

Midwest Family Mutual Insurance Company
Last    First    Middle I.    Suffix    Prefix

Singh , Surjit
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** Deochand, Karina     **Bar Number** 957703     **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

**General Civil Cases**

- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number              Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

# EXHIBIT A

Version 1.1.20

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2023-0016208-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**

LEONARD - 53
FEB 01, 2023 04:01 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  22108838

$0.00 COST PAID

WHITE, LEIGH

**PLAINTIFF**

**VS.**

AK CARRIER LLC
MIDWEST FAMILY MUTUAL INS CO
ABC CORP
XYZ CORP
SINGH, SURJIT
DOE, JOHN

**DEFENDANTS**

### SUMMONS

TO: GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Karina Deochand**
> **Deochand & Jayswal Law Group, LLC**
> **1430 W Peachtree St NW**
> **Suite 10**
> **Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 1st day of February, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0763048-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**
**LEONARD - 53**
DEC 20, 2022 04:13 PM

*Connie Taylor, Clerk of Superior Court*
*Cobb County, Georgia*

CIVIL ACTION NUMBER   22108838

$214.00 COST PAID

White , Leigh
_____

**PLAINTIFF**

**VS.**

AK Carrier, LLC
Midwest Family Mutual Insurance Company
Singh , Surjit
_____

**DEFENDANTS**

## SUMMONS

TO: SINGH , SURJIT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Karina Deochand**
**Deochand & Jayswal Law Group, LLC**
**1430 W Peachtree St NW**
**Suite 10**
**Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 20th day of December, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0163048-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**
LEONARD - 53
DEC 20, 2022 04:13 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  <u>22108838</u>

$214.00 COST PAID

White , Leigh

**PLAINTIFF**

**VS.**

AK Carrier, LLC
Midwest Family Mutual Insurance Company
Singh , Surjit

**DEFENDANTS**

## SUMMONS

TO: SINGH , SURJIT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Karina Deochand**
> **Deochand & Jayswal Law Group, LLC**
> **1430 W Peachtree St NW**
> **Suite 10**
> **Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 20th day of December, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0163047-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**
LEONARD - 53
DEC 20, 2022 04:13 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   <u>22108838</u>

$214.00 COST PAID

White , Leigh
_____
**PLAINTIFF**

**VS.**

AK Carrier, LLC
Midwest Family Mutual Insurance Company
Singh , Surjit
_____
**DEFENDANTS**

### SUMMONS

TO: MIDWEST FAMILY MUTUAL INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Karina Deochand**
> **Deochand & Jayswal Law Group, LLC**
> **1430 W Peachtree St NW**
> **Suite 10**
> **Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 20th day of December, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

# SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

ID# 2022-0163046-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**
LEONARD - 53
DEC 20, 2022 04:13 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER   <u>22108838</u>

$214.00 COST PAID

White , Leigh
_____

**PLAINTIFF**

**VS.**

AK Carrier, LLC
Midwest Family Mutual Insurance Company
Singh , Surjit
_____

**DEFENDANTS**

### SUMMONS

TO: AK CARRIER, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Karina Deochand**
> **Deochand & Jayswal Law Group, LLC**
> **1430 W Peachtree St NW**
> **Suite 10**
> **Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 20th day of December, 2022.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

ID# 2023-0024388-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**
LEONARD - 53
FEB 16, 2023 02:03 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

LEIGH WHITE,

    **Plaintiff,**

**vs.**

**AK CARRIER LLC, MIDWEST FAMILY MUTUAL INSURANCE COMPANY, SURJIT SINGH, JOHN DOE, ABC CORP., AND XYZ CORP.,**

    **Defendants.**

CIVIL ACTION FILE NO.

22108838

### ANSWER AND CROSS-CLAIM OF GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

COMES NOW **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY,** served as Uninsured Motorist Carrier of the Plaintiff, Leigh White, and makes its answer by respectfully showing the Court:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted as to **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**.

### SECOND DEFENSE

**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** shows that, to the best of its knowledge and belief, the named Defendant herein was in fact insured by applicable automobile liability insurance at the time of the incident forming the basis of the Complaint.  Under these circumstances, the Plaintiff is barred from any recovery whatsoever against **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** pursuant to the provisions of O.C.G.A. § 33-7-11.

### THIRD DEFENSE

**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** shows that, to the extent the liability coverage available to the named Defendant is equal to or exceeds any

coverage claimed by Plaintiff through **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**, Plaintiff is barred from any recovery whatsoever against **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**.

### FOURTH DEFENSE

**GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** denies that the named Defendant is "uninsured motorists" within the meaning of applicable Georgia law, and on account thereof the Plaintiff are barred from any recovery whatsoever against **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY**.

### FIFTH DEFENSE

The Plaintiff is barred from pleading or recovering any amount of economic loss for which benefits are available pursuant to the medical payments coverage provided to Plaintiff under the terms of the automobile policy at issue herein provided by **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY.**

### SIXTH DEFENSE

The Plaintiff is barred from pleading or recovering any amount of economic loss for which benefits for medical bills or wage loss have been paid either to Plaintiff or on behalf of Plaintiff under the terms and provisions of any worker's compensation law.

### SEVENTH DEFENSE

Further answering the allegations of the Plaintiff's Complaint, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** shows:

1.    For lack of specific information upon which to base a belief as to the truth of any of the specific allegations of the Complaint, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** can neither admit nor deny any of the allegations of the Complaint.

2.    **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** denies being indebted in any sum whatsoever to the Plaintiff.

### CROSSCLAIM OF GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

1.    Defendants, **AK CARRIER LLC, MIDWEST FAMILY MUTUAL INSURANCE COMPANY, SURJIT SINGH, JOHN DOE, ABC CORP., AND XYZ CORP.** is subject to the jurisdiction of this Court.

2.     Defendants, **AK CARRIER LLC, MIDWEST FAMILY MUTUAL INSURANCE COMPANY, SURJIT SINGH, JOHN DOE, ABC CORP., AND XYZ CORP.** is liable over to **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** for any and all sums **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** may be required to pay under any uninsured motorist coverage to Plaintiff, by judgment, settlement or otherwise.

**WHEREFORE,** having answered the allegations of the Plaintiff's Complaint, **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** prays that it be dismissed with its costs, that the Plaintiff take nothing, and for judgment over and against Defendants, **AK CARRIER LLC, MIDWEST FAMILY MUTUAL INSURANCE COMPANY, SURJIT SINGH, JOHN DOE, ABC CORP., AND XYZ CORP.** for any and all sums **GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY** is required to pay herein.

This 16th day of February, 2023.

                                **LAW OFFICES OF KELLY GOODWIN**


                                By: _____

                                    Rashawn N. Jones, Esquire
                                    Georgia Bar No. 937314
                                    Phone: 470-922-5118
                                    Email: rashawn.jones@usaa.com
                                    Attorney for Unnamed UM Carrier

5 Concourse Pkwy. NE.
Suite 2440
Atlanta, GA 30328



WHITE LEIGH V AK CARRIER
22108838   LLCMIDWEST FAMILY MUTUAL   COBB SUPERIOR   AUTOMOBILE TORT
INS COSINGH SURJITDOE
JOHNABC CORPXYZ CORP

# Case Docket

**Case Initiation Date**
12/20/2022

**Assigned Judge**
LEONARD

Why subscribe to PeachCourt+? Well, for one thing... you could get an automagic email alert when anyone files anything into this case. You don't have to come back here day after day after day just to check the docket. We'll take care of that for you. All you have to do is subscribe!

## Party Information

Plaintiff:

**WHITE, LEIGH**

Defendants:

**AK CARRIER LLC**

**MIDWEST FAMILY MUTUAL INS CO**

**SINGH, SURJIT**

**DOE, JOHN**

**ABC CORP**

**XYZ CORP**

## Attorney/Filer Information

**DEOCHAND, KARINA**

**PATEL, CHIRAG**

| Docket # | Document Type | Description | Filer | Filing Date | Source |
|---|---|---|---|---|---|
| 1 | Complaint | | Deochand, Karina | 12/20/2022 | EFile: PeachCourt |
| 2 | Summons | | Deochand, Karina | 12/20/2022 | EFile: PeachCourt |
| 3 | Summons | | Deochand, Karina | 12/20/2022 | EFile: PeachCourt |
| 4 | Summons | | Deochand, Karina | 12/20/2022 | EFile: PeachCourt |
| 5 | Miscellaneous | GEN CV FILING INFO FORM | Deochand, Karina | 12/20/2022 | EFile: PeachCourt |
| 6 | Disclosure Statement | | Deochand, Karina | 12/20/2022 | EFile: PeachCourt |
| 7 | Service | | | 01/26/2023 | EFile: PeachCourt |
| 8 | Service | | | 01/26/2023 | EFile: PeachCourt |
| 9 | Service | | | 01/27/2023 | EFile: PeachCourt |
| 10 | Miscellaneous | | | 02/01/2023 | EFile: PeachCourt |
| 11 | Miscellaneous | | | 02/08/2023 | EFile: PeachCourt |
| 12 | Miscellaneous | | | 02/16/2023 | Manual |
| 13 | Miscellaneous | | | 02/16/2023 | Manual |
| 14 | Miscellaneous | | | 02/16/2023 | Manual |
| 15 | Miscellaneous | | | 02/16/2023 | Manual |
| 16 | Miscellaneous | | | 02/16/2023 | Manual |
| 17 | Miscellaneous | | | 02/16/2023 | EFile: PeachCourt |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

Printed from www.peachcourt.com on Feb 23, 2023 2:48 PM

ID# 2023-0019839-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**

LEONARD - 53
FEB 08, 2023 01:32 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

LEIGH WHITE,

    **Plaintiff,**

vs.

AK CARRIER, LLC; MIDWEST FAMILY
MUTUAL INSURANCE COMPANY; SURGIT
SINGH; JOHN DOE; ABC CORP and XYZ
CORP,

    **Defendants.**

**CIVIL ACTION NO.**

**22108838**

### AFFIDAVIT OF SERVICE OF PROCESS

COMES NOW the undersigned, Steven M. Barney, Jr. and gives this his affidavit of service of process testifying and deposing as follows:

1.

I am the age of majority and laboring with no mental disabilities. I give this affidavit based upon personal knowledge. I have no personal or financial interest in the outcome of this case. I am a Court appointed process server authorized to serve process in the above Court.

2.

I personally served upon GARRISON PROPERTY & CASUALTY the following documents by serving Corporation Service Company, registered agent, via Alicia Smith, authorized to accept service on behalf of Corporation Service Company, at the address of 2 Sun Court, Suite 400, Peachtree Corners, Georgia on February 7, 2023 at 1:05 p.m.

- Case Initiation Sheet
- Summons
- Complaint for Damages

DATED this ____ day of February, 2023.

_____
STEVEN M. BARNEY, JR.

Sworn to and subscribed before me
This ___ day of _____, 2023.

_____
Notary Public, State of Georgia
My Commission Expires _____

MARY JO BARNEY
Notary Public, Georgia
Cobb County
My Commission Expires
February 24, 2023

ID# 2023-0012906-CV
📧 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22108838**
LEONARD - 53
JAN 26, 2023 02:33 PM

*Connie Taylor, Clerk of Superior Court*
*Cobb County, Georgia*

**Cobb County**

| | |
|---|---|
| LEIGH WHITE | Case No.  **22108838** |
| Plantiff | |
| V. | |
| AK CARRIER LLC % RANJIT KAUR | |
| Defendant | |

## AFFIDAVIT OF PERSONAL SERVICE

I, **Rob Robinson**  being duly sworn that I am an adult resident of Wisconsin and I am not a party to the legal action of the attached document(s) which was/were personally served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2).

That on 1/5/2023 at 8:20 AM at 9875 S 76TH ST, FRANKLIN, WI 53132 I served AK CARRIER LLC % RANJIT KAUR with the following list of documents: **SUMMONS AND COMPLAINT,CIVIL GENERAL FILING FORM,REQUEST FOR ADMISSION,INTERROGATORIES,REQUEST FOR PRODUCTION OF DOCUMENTS**by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with AK CARRIER LLC % RANJIT KAUR.

Final Results: 1/5/2023 at 8:20 AM

That the fee for this Service is  $ .00

Rob Robinson
State Process Service, Inc
11430 West Bluemound Rd, 11
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary
Public. this 6th day of January, 2023

*Gladys Hernandez*

Gladys Hernandez
Notary Public
My Commision expires on: 4/12/2023

Order #:P365964
Their File 675232



ID# 2023-0012918-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**22108838**
LEONARD - 53
JAN 26, 2023 02:38 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**Cobb County**

LEIGH WHITE

                    Plantiff

        v.

SURJIT SINGH

                    Defendant

Case No.: **22108838**

## AFFIDAVIT OF SUBSTITUTED PERSONAL SERVICE

### SUBSTITUTED PERSONAL SERVICE & NOT SUCCESSFUL PERSONAL SERVICE ATTEMPTS PRIOR TO SUBSTITUTED PERSONAL SERVICE**

That I, **Vincent Sammataro** hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the foregoing documents are true and do affirm I am a competent person over 18 years of age and not a party to this action

That on 1/6/2023 at 8:30 AM at 2536 W WARNIMONT AVE, # 214 MILWAUKEE, WI 53221 I served SURJIT SINGH with the following list of documents: **SUMMONS AND COMPLAINT,; PLAINTIFFS FIRST SET OF WRITTEN INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Gurbreed Sinan whose relationship is co hab, and is over the age of fourteen years old.

Attempted at 2536 W WARNIMONT AVE, 214 MILWAUKEE, WI 53221 **On 1/4/2023 at 6:01 PM**
    **Results: no answer left card**

Attempted at 2536 W WARNIMONT AVE, 214 MILWAUKEE, WI 53221 **On 1/5/2023 at 9:02 AM**
    **Results: no answer**

Final Results: 1/6/2023 at 8:30 AM

That the fee for this Service is  $ .00

Vincent Sammataro
State Process Service, Inc
11430 West Bluemound Rd, 11
Wauwatosa, WI 53226
(414) 256-7000

Subscribed and sworn before me, a Notary
Public. this 12th day of January, 2023

Gladys Hernandez
Notary Public
My Commision expires on: 4/12/2023

Order #:P365963
Their File 675213



**POLK COUNTY SHERIFF'S OFFICE**

*SHERIFF KEVIN J. SCHNEIDER*

Civil Division | 222 – 5ᵗʰ Avenue Des Moines, IA, 50309

Sheriff's Office (515) 286-3940 | Fax (515) 323-5053

ID# 2023-0013498-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

22108838
(LEONARD)

JAN 27, 2023 01:00 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## RETURN OF SERVICE
### In the GA District Court for COBB COUNTY

| LEIGH WHITE | VS | MIDWEST FAMILY MUTUAL INSURANCE CO |
| --- | --- | --- |

Sheriff #: 23000151
Case #: 22108839
Received: 1/3/2023
Service Number: 159064

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X Summons/Complaint CIVIL GENERAL FILING FORM/REQUEST FOR ADMISSION/INTERROGATORIES/REQUEST FOR PRODUCTION OF DOCUMENTS

On: 1/3/2023 2:59:00 PM
To: MIDWEST FAMILY MUTUAL INSURANCE CO by delivering a copy to KELLY
        a person at least 18 years of age described as REGISTERED AGENT
Manner Served: REGISTERED AGENT
Address of Service: 666 GRAND AVE STE 2000 REG AGENT KELLY D HAMBORG, Des Moines, IA 50309
Notes: Served registered agent Kelly Hamborg

|  | Attempts |
| --- | --- |

Date: 1/3/2023 2:59:00 PM
Address: 666 Grand Ave STE 2000 REG AGENT KELLY D HAMBORG, Des Moines, IA 50309
Note: SERVED REGISTERED AGENT KELLY HAMBORG

| FEES | | Kevin J Schneider, Sheriff of Polk County, Iowa |
| --- | --- | --- |
| | Total: $31.25 | |
| | | Deputy/Server: Patrick McIlhon |

ID# 2022-0163045-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**22108838**
LEONARD - 53
DEC 20, 2022 04:13 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

LEIGH WHITE,

           Plaintiff,

vs.

AK CARRIER LLC, MIDWEST FAMILY
MUTUAL INSURANCE COMPANY, SURJIT
SINGH, JOHN DOE, ABC CORP., and XYZ
CORP.,

           Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.:

## COMPLAINT

COME NOW Leigh White, Plaintiff, and files this complaint against Defendants AK

Carrier LLC, Midwest Family Mutual Insurance Company, and Surjit Singh as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Leigh White is a citizen of the State of Georgia and resides in Georgia and is

subject to the jurisdiction of this court.

2.

Defendant AK Carrier LLC ("AK Carrier") is a foreign corporation, existing under the

laws of the State of Wisconsin and is subject to the jurisdiction and venue of this Court pursuant

to Georgia law, including O.C.G.A. § 9-10-91, the Georgia Long Arm Statute, in that it

transacted business within the State of Georgia. This Defendant can be served with process by

service upon their **registered agent** for service of process: Ranjit Kaur, 9875 S 76th Street,

Franklin, Wisconsin, 53132.

3.

Defendant Midwest Family Mutual Insurance Company ("Midwest Family Mutual") is a foreign corporation, existing under the laws of the State of Iowa and is subject to the jurisdiction and venue of this Court pursuant to Georgia law, including O.C.G.A. § 9-10-91, the Georgia Long Arm Statute, in that it transacted business within the State of Georgia. This Defendant can be served with process by service upon their **registered agent** for service of process: Kelly D. Hamborg, 666 Grand Avenue, Suite 2000, Des Moines, Iowa 50309.

4.

Defendant Surjit Singh ("Singh") is a citizen of the State of Wisconsin and is subject to the jurisdiction and venue of this Court pursuant to Georgia law, including O.C.G.A. § 9-10-91, the Georgia Long Arm Statute, in that he committed a tortious act within the State of Georgia, and may be served with a copy of the Summons and Complaint at his home address of 2536 W Warnimont Avenue, Unit 214, Milwaukee, WI 53221.

5.

Defendants ABC Corp., and John Doe are entities or persons that owned and/or operated the vehicle involved in the subject collision and/or employed the driver of the vehicle involved in the subject collision and are subject to the jurisdiction and venue of this Court. Plaintiff incorporates by reference all claims made in this Complaint against any other Defendant against Defendants ABC Corp., and John Doe. Defendants ABC Corp., and John Doe will be named and served with the Summons and Complaint once their identities are revealed.

6.

Defendant XYZ Corp. is an entity that insured the vehicle involved in the subject collision and is subject to the jurisdiction and venue of this Court. Plaintiff incorporates by

reference all claims made in this Complaint against any other Defendant against Defendant XYZ Corp. Defendant XYZ Corp. will be named and served with the Summons and Complaint once its identity is revealed.

7.

Venue is proper in Cobb County, Georgia pursuant to the Georgia Long Arm Statute O.C.G.A. § 9-10-93 because the tortious act occurred in Cobb County, Georgia.

## BACKGROUND

8.

On or about January 30, 2021, Plaintiff Leigh White was a driver, traveling Northbound on I-75 in the center lane in Cobb County, GA.

9.

At the same time, Defendant Singh was also traveling Northbound on I-75, while operating a tractor-trailer immediately behind Plaintiff's vehicle.

10.

Defendant Singh followed too closely in his lane of travel in violation of O.C.G.A. 40-6-49, and Defendant's tractor trailor collided into Plaintiffs' vehicle.

11.

As a result of the collision, Plaintiff suffered severe injuries.

## COUNT I – NEGLIGENCE

12.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 11 above as if fully restated.

13.

Defendant Singh was negligent by following too closely in violation of O.C.G.A. 40-6-49, failing to keep a proper lookout, and failing to act with due care for the vehicles around him.

14.

Defendant Singh was negligent for colliding with Plaintiff's vehicle.

15.

Defendant Singh's negligence is the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT II – IMPUTED LIABILITY

16.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

At the time of the subject collision, Defendant Singh was under dispatch for Defendant AK Carrier.

18.

At the time of the subject collision, Defendant Singh was operating his vehicle on behalf of Defendant AK Carrier.

19.

At the time of the subject collision, Defendant AK Carrier was an interstate or intrastate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant

Singh in regard to the collision described in this complaint under the doctrine of lease liability, agency, or apparent agency.

## COUNT III – NEGLIGENT HIRING, TRAINING & SUPERVISION

20.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 19 above as if fully restated.

21.

Defendant AK Carrier was negligent in hiring Defendant Singh and entrusting him to drive a commercial vehicle.

22.

Defendant AK Carrier was negligent in failing to properly train Defendant Singh.

23.

Defendant AK Carrier was negligent in failing to properly supervise Defendant Singh.

24.

Defendant AK Carrier's negligence in hiring Defendant Singh and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT IV – DIRECT ACTION

25.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 24 above as if fully restated.

26.

Defendant Midwest Family Mutual is subject to a direct action as the insurer for Defendant AK Carrier pursuant to O.C.G.A. § 40-2-140.

27.

Defendant Midwest Family Mutual was the insurer of Defendant AK Carrier at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

28.

Defendant AK Carrier and Defendant Midwest Family Mutual are subject to the filing requirements outlined in O.C.G.A. § 40-2-140.

29.

Defendant Midwest Family Mutual is responsible for any judgment rendered against Defendant AK Carrier.

## COUNT V – DAMAGES

30.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 29 above as if fully restated.

31.

As a result of Defendants' negligence, Plaintiff Leigh White suffered a permanent and severe injuries.

32.

As a result of Defendants' negligence, Plaintiff has incurred past medical expenses and will continue to incur future medical expenses.

-6-

33.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

## COUNT VI – PUNITIVE DAMAGES

34.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 33 above as if fully restated.

35.

Defendants' conduct was reckless, willful and wanton, and demonstrates a conscious indifference to the consequences of their actions and entitles Plaintiff to an award of punitive damages.

**WHEREFORE, Plaintiff prays that she have a trial on all issues and judgment against Defendants as follows:**

a. That Plaintiff recover the full value of her past and future medical expenses and past and future lost wages in an amount to be proven at trial;

b. That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

c. That Plaintiff recover for her injuries and loss of enjoyment of life in an amount to be determined by the enlightened conscience of a jury;

d. That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of a jury; and

e. That Plaintiff recover such other and further relief as is just and proper.

This 20th day of December, 2022.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted,

**DEOCHAND & JAYWAL LAW GROUP, LLC**

By: */s/ Karina Deochand*
**Karina Deochand, Esq.**
Georgia Bar No. 957703
**Romi K. Jayswal, Esq.**
Georgia Bar No. 761444

**CUADRA & PATEL, LLC**

By: */s/ Chirag Patel*
**Chirag Patel, Esq.**
Georgia Bar No. 763713

**ATTORNEYS FOR PLAINTIFF**

1430 W. Peachtree Street
Suite 100
Atlanta, Georgia 30309
T: 678-667-8420
F: 678-829-0713
Litigation@djlawteam.com