**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| NURIA WING, Individually and as Executrix of the Estate of JOHN WING | ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | FILE NO. _____ |
| | ) | [On removal from the State |
| v. | ) | Court of Gwinnett County, |
| | ) | Georgia, Civil Action |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | File No. 22-C-04218-S7] |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF REMOVAL**

I hereby certify that I am counsel for Defendant State Farm Fire and Casualty Company in the above-styled proceeding and this day have filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the State Court of Gwinnett County, Georgia, the Court from which said action was removed.

Respectfully submitted this 24th day of February, 2023.

[Signature on next page]

- 1 -

- 2 -

 

                 **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                 /s/ *Jessica M. Phillips*
                 Jessica M. Phillips, Esq.
                 Georgia Bar No. 922902
                 Kyle A. Ference, Esq.
                 Georgia Bar No. 683043
                 ***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## <u>LOCAL RULE 5.1C CERTIFICATION</u>

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this <u>24th</u> day of February, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

/s/ *Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com

## CERTIFICATE OF SERVICE

This is to certify that this day I have electronically filed ***Defendant State Farm Fire and Casualty Company's Certificate of Removal*** with the Clerk of Court by e-filing same using the CM/ECF  System, which will automatically send e-mail notification of said filing to the following attorneys of record:

Andrew Holliday, Esq.
Andrew W. Holliday, P.C.
11175 Cicero Drive, Ste. 100
Alpharetta, GA 30022
andrew@hollidayfirm.com
*Counsel for Plaintiff*

This 24th day of February, 2023.

/s/ *Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
***Attorneys for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Jessica.Phillips@swiftcurrie.com
Kyle.Ference@swiftcurrie.com