**Wolters Kluwer**

**CT Corporation**
**Service of Process Notification**
01/25/2023
CT Log Number 543091435

## Service of Process Transmittal Summary

**TO:**     Jack Tamburello
MARRIOTT INTERNATIONAL, INC.
7750 WISCONSIN AVE
BETHESDA, MD 20814-3522

**RE:**     **Process Served in Georgia**

**FOR:**    MARRIOTT INTERNATIONAL, INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: David Mitchell // To: MARRIOTT INTERNATIONAL, INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Case Filing Information Form |
| **COURT/AGENCY:** | Gwinnett County State Court, GA<br>Case # 23C00420S2 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/07/2021 |
| **PROCESS SERVED ON:** | C T Corporation System, Lawrenceville, GA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 01/25/2023 at 10:47 |
| **JURISDICTION SERVED:** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Roger W. Orlando<br>THE ORLANDO FIRM, P.C.<br>315 West Ponce De Leon Ave., Suite 400<br>Decatur, GA 30030<br>(404) 373-1800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/26/2023, Expected Purge Date: 01/31/2023 |
| | Image SOP |
| | Email Notification,  Randi Neches  Randi.Neches@Marriott.com |
| | Email Notification,  Reine Blackwell-Moore  reine.blackwell@marriott.com |
| | Email Notification,  Eleni Planzos  eleni.planzos@marriott.com |
| | Email Notification,  Matthew Casassa  matthew.casassa@marriott.com |
| | Email Notification,  Margaret Dakan  margaret.dakan@marriott.com |
| | Email Notification,  Michael Martinez  michael.martinez@marriott.com |
| | Email Notification,  Theresa Coetzee  Theresa.Coetzee@marriott.com |
| | Email Notification,  Dave Bell  dave.bell@marriott.com |
| | Email Notification,  Margot Metzger  margot.metzger@marriott.com |

**EXHIBIT A**



**CT Corporation**
**Service of Process Notification**
01/25/2023
CT Log Number 543091435

Email Notification,  Jack Tamburello  jack.tamburello@marriott.com

| | |
|---|---|
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 289 S. Culver St. |
| | Lawrenceville, GA 30046 |
| | 800-448-5350 |
| | MajorAccountTeam1@wolterskluwer.com |
| | |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT A



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Wed, Jan 25, 2023
**Server Name:**                             Drop Service

| Entity Served | MARRIOTT INTERNATIONAL, INC. |
|---------------|------------------------------|
| Case Number   | 23-C-00420-S2                |
| Jurisdiction  | GA                           |

| Inserts | | |
|---|---|---|
| | | |



EXHIBIT A

E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-00420-S2
1/23/2023 3:37 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**David Mitchell**

**12803 Rexford Avenue**

**Cleveland, OH 44105**

CIVIL ACTION
NUMBER:_____ **23-C-00420-S2**

PLAINTIFF

VS.

**Marriott International, Inc.**

**c/o Corporation Service Company**

**289 S. Culver Street, Lawrenceville, GA 30046**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Roger W. Orlando
315 West Ponce De Leon Ave., Suite 400
Decatur, GA 30030

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **23rd**_____ day of **January**_____, 20**23** .

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

**EXHIBIT A**

CLERK OF STATE COUP
GWINNETT COUNTY, GEORG
23-C-00420-S
1/20/2023 4:35 PI
TIANA P. GARNER, CLEF

## IN THE STATE COURT OF GWINETTE COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **DAVID MITCHELL,** | } | |
| | } | |
| **Plaintiff,** | } | **CIVIL ACTION FILE** |
| | } | |
| **v.** | } | No. 23-C-00420-S2 |
| | } | |
| **MARRIOTT HOTEL SERVICES,** | } | |
| **INC., dba ATLANTA MARRIOTT** | } | |
| **SUITES MIDTOWN, MARRIOTT** | } | |
| **INTERNATIONAL, INC., AND** | } | |
| **JOHN DOES 1 to 50** | } | |
| | } | |
| | } | **JURY TRIAL DEMANDED** |
| **Defendant.** | } | |

## COMPLAINT

**COMES NOW**, Plaintiff David Mitchell, by his attorneys, **The ORLANDO Firm,**

**P.C.,** and hereby files his Complaint, showing this Honorable Court as follows:

1.

Marriott Hotel Services, Inc., (MHS) dba Atlanta Marriott Suites Midtown is a Delaware

limited liability company licensed to do business in Georgia and may be served with process via

its Registered Agent, CT Corporation System, located at 289 S. Culver Street, Lawrenceville,

Gwinnett County, Georgia 30046.

2.

Jurisdiction is proper in this Court.

3.

Venue is proper in this Court.

EXHIBIT A

4.

On March 7, 2021, Mr. David Mitchell was a business invitee, staying at Atlanta Marriott Suites Midtown, at 35 14th Street NE, Atlanta, GA 30309.

5.

At the above date and location, Mr. Mitchell sustained serious injury when the ceiling collapsed above him while he was utilizing the room's shower.

6.

Defendant was negligent in the operation and maintenance of its premises and approaches.

7.

Defendant knew of the hazardous/unsafe condition of its premises.

8.

In the alternative, Defendant should have known of the hazardous/unsafe condition of its premises.

9.

Mr. Mitchell did not have equal knowledge of the hazardous/unsafe condition of the Defendant's premises.

10.

The aforesaid incident was caused solely and wholly through the negligence of the Defendant and its employees/agents, without any negligence on the part of the Mr. Mitchell contributing thereto.

EXHIBIT A

11.

As the direct and proximate result of the Defendant's negligence, as aforesaid, Mr. Mitchell has suffered and continues to suffer from personal injuries, was forced to seek medical treatment and incurred expenses therefrom, suffered loss of earnings and suffered pain.

12.

The Defendant is indebted to Mr. Mitchell in an amount to be shown by the evidence at trial for Mr. Mitchell's medical expenses, loss of earnings, pain and suffering caused by the Defendant's negligence.

13.

As a direct and proximate result of the Defendant's negligence, Defendant is indebted to Mr. Mitchell for his medical bills, pain and suffering, and future medical bills.

**WHEREFORE**, Plaintiff prays:

(a)   That summons issue requiring Defendants to be and appear in this Court within the time provided by law to answer this Complaint.

(b)   That Plaintiff have Judgment against Defendants for a just and equitable sum that will fairly and adequately compensate Plaintiff for the loss and damages Plaintiff has sustained and will sustain, plus interest as provided by law and costs of Court; and

(c)     For such other and further relief as the Court deems just and proper.


This 16th day of January 2023.


THE ORLANDO FIRM, P.C.


_/s/ Roger W. Orlando_
**ROGER W. ORLANDO**
Ga. State Bar No. 554295


Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800


EXHIBIT A

CLERK OF STATE COU
GWINNETT COUNTY, GEORG
**23-C-00420-:**
1/20/2023 4:35 F
TIANA P. GARNER, CLE

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of <u>Gwinnett State Court</u> County

| For Clerk Use Only | | |
|---|---|---|
| Date Filed _____ | Case Number | 23-C-00420-S2 |
| MM-DD-YYYY | | |

**Plaintiff(s)**
Mitchell, David

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Marriott Hotel Services, Inc dba Atlanta Marriott Suites Midtown
Marriott International, Inc

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** <u>Roger W. Orlando</u>     **State Bar Number** <u>554295</u>     **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Contract**
- ☐ **Garnishment**
- ☒ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**
- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**          **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

**EXHIBIT A**

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00420-S2**

**2/24/2023 12:44 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DAVID MITCHELL, | |
| Plaintiff, | CIVIL ACTION FILE NO. 23-C-00420-S2 |
| v. | |
| MARRIOTT HOTEL SERVICES, INC., dba ATLANTA MARRIOTT SUITES MIDTOWN, MARRIOTT INTERNATIONAL, INC., and JOHN DOES 1-50 | *Jury Trial Demanded* |
| Defendants. | |

### DEFENDANT MARRIOTT HOTEL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Marriott Hotel Services, Inc. ("Defendant"), having been named as a Defendant in the above-styled civil action, hereby files its Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint ("Complaint"), showing this Honorable Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

To the extent as may be shown by the evidence through discovery, Defendant avers the affirmative defenses found in O.C.G.A. § 9-11-8(c).

### THIRD DEFENSE

Defendant asserts that any alleged hazard was open and obvious and, therefore, Plaintiff is barred from recovery.

**EXHIBIT A**

## FOURTH DEFENSE

To the extent shown in discovery, Defendant asserts that Plaintiff's recovery must be reduced or barred based on Plaintiff's own comparative negligence.

## FIFTH DEFENSE

To the extent shown in discovery, Defendant asserts that Plaintiff assumed the risk of injury and is, therefore, barred from recovery.

## SIXTH DEFENSE

To the extent shown in discovery, Plaintiff had equal or superior knowledge of the alleged hazard and is, therefore, barred from recovery.

## SEVENTH DEFENSE

The damages that Plaintiff seek to recover were caused in whole or in part by the acts or omissions of persons other than Defendant, over whom Defendant has no control, or by the superseding intervention of causes outside of Defendant's control. In compliance with O.C.G.A. § 51-12-33(d), Defendant hereby gives notice of its intent to assert at trial that a nonparty or nonparties were wholly or partially at fault. Defendant is not aware of specific information related to the role of said nonparties, if any, but will supplement this defense as information becomes available in the course of discovery.

## EIGHTH DEFENSE

Defendant asserts that it is improperly identified in the Complaint.

## NINTH DEFENSE

Defendant gives notice that it intends to rely upon and invoke any other defense that may become available or appear during the discovery proceedings in this case and reserves its right to amend this Answer to assert any such defense.

EXHIBIT A

## ANSWER

1.

Defendant denies the allegations contained in Paragraph 1 as stated. Defendant's correct name is Marriott Hotel Services, LLC, and may be served through its registered agent CT Corporation System located at 289 S. Culver Street, Lawrenceville, Georgia 30046.

2.

Defendant denies the allegations contained in Paragraph 2 as stated.

3.

Defendant denies the allegations contained in Paragraph 3 as stated.

4.

In response to Paragraph 4, Defendant admits, upon information and belief, that Plaintiff was staying at the Atlanta Marriott Midtown Suites located at 35 14th Street NE, Atlanta, Georgia, 30309. The remaining allegations contained in Paragraph 4 draw a legal conclusion that do not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

5.

Defendant is without sufficient information to form a belief as to the allegations contained in Paragraph 5 and, therefore, denies same as stated.

6.

Paragraph 6 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

7.

Defendant denies the allegations contained in Paragraph 7 as stated.

**EXHIBIT A**

8.

Defendant denies the allegations contained in Paragraph 8 as stated.

9.

Defendant denies the allegations contained in Paragraph 9 as stated.

10.

Paragraph 10 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

11.

Paragraph 11 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

12.

Paragraph 12 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

13.

Paragraph 13 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

14.

To the extent that the allegations contained in the unnumbered paragraph beginning "WHEREFORE" (including subparts (a) through (c)) require a response, the allegations are denied. Furthermore, each and every allegation and inference contained in Plaintiff's Complaint, which is not specifically admitted, is denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant respectfully requests the following:

**EXHIBIT A**

(a)     that Plaintiff's Complaint be dismissed;

(b)     that Defendant be discharged from this action and from all liability arising

hereunder;

(c)     that all costs be cast upon Plaintiff;

(d)     that a trial by jury of twelve (12) be had on all issues triable, including liability,

causation and damages; and

(e)     that the Court renders such other and further relief that it deems just and proper.

Respectfully submitted this 24th day of February, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/Paul B. Trainor*
Paul B. Trainor
Georgia Bar No. 641312
Billy Fawcett
Georgia Bar No. 528289
*Attorneys for Defendants Marriott Hotel*
*Services, Inc. and Marriott International, Inc.*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
ptrainor@hallboothsmith.com
bfawcett@hallboothsmith.com

Page 5 of 7

**EXHIBIT A**

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DAVID MITCHELL, | |
| Plaintiff, | CIVIL ACTION FILE<br>NO. 23-C-00420-S2 |
| v. | |
| MARRIOTT HOTEL SERVICES, INC.,<br>dba ATLANTA MARRIOTT SUITES<br>MIDTOWN, MARRIOTT<br>INTERNATIONAL, INC., and JOHN DOES<br>1-50 | *Jury Trial Demanded* |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT MARRIOTT HOTEL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Roger W. Orlando
The Orlando Firm, P.C.
Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
Roger@orlandofirm.com
*Counsel for Plaintiff*

Respectfully submitted this <u>24th</u> day of February, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Paul B. Trainor*
Paul B. Trainor
Georgia Bar No. 641312

**EXHIBIT A**

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
ptrainor@hallboothsmith.com
bfawcett@hallboothsmith.com

Billy Fawcett
Georgia Bar No. 528289
*Attorneys for Defendants Marriott Hotel
Services, Inc. and Marriott International, Inc.*

**EXHIBIT A**

Case 1:23-mi-99999-UNA   Document 592-3   Filed 02/24/23   Page 17 of 23

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00420-S2**

**2/24/2023 12:44 PM**
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DAVID MITCHELL, | |
| Plaintiff, | CIVIL ACTION FILE NO. 23-C-00420-S2 |
| v. | |
| MARRIOTT HOTEL SERVICES, INC., dba ATLANTA MARRIOTT SUITES MIDTOWN, MARRIOTT INTERNATIONAL, INC., and JOHN DOES 1-50 | *Jury Trial Demanded* |
| Defendants. | |

## DEFENDANT MARRIOTT INTERNATIONAL, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Marriott International, Inc. ("Defendant"), having been named as a Defendant in the above-styled civil action, hereby files its Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint ("Complaint"), showing this Honorable Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

To the extent as may be shown by the evidence through discovery, Defendant avers the affirmative defenses found in O.C.G.A. § 9-11-8(c).

### THIRD DEFENSE

Defendant asserts that any alleged hazard was open and obvious and, therefore, Plaintiff is barred from recovery.

**EXHIBIT A**

### FOURTH DEFENSE

To the extent shown in discovery, Defendant asserts that Plaintiff's recovery must be reduced or barred based on Plaintiff's own comparative negligence.

### FIFTH DEFENSE

To the extent shown in discovery, Defendant asserts that Plaintiff assumed the risk of injury and is, therefore, barred from recovery.

### SIXTH DEFENSE

To the extent shown in discovery, Plaintiff had equal or superior knowledge of the alleged hazard and is, therefore, barred from recovery.

### SEVENTH DEFENSE

The damages that Plaintiff seek to recover were caused in whole or in part by the acts or omissions of persons other than Defendant, over whom Defendant has no control, or by the superseding intervention of causes outside of Defendant's control. In compliance with O.C.G.A. § 51-12-33(d), Defendant hereby gives notice of its intent to assert at trial that a nonparty or nonparties were wholly or partially at fault. Defendant is not aware of specific information related to the role of said nonparties, if any, but will supplement this defense as information becomes available in the course of discovery.

### EIGHTH DEFENSE

Defendant asserts that it is not a proper party to this action.

### NINTH DEFENSE

Defendant gives notice that it intends to rely upon and invoke any other defense that may become available or appear during the discovery proceedings in this case and reserves its right to amend this Answer to assert any such defense.

EXHIBIT A

## ANSWER

### 1.

Defendant denies the allegations contained in Paragraph 1 as stated.

### 2.

Defendant denies the allegations contained in Paragraph 2 as stated.

### 3.

Defendant denies the allegations contained in Paragraph 3 as stated.

### 4.

In response to Paragraph 4, Defendant admits, upon information and belief, that Plaintiff was staying at the Atlanta Marriott Midtown Suites located at 35 14th Street NE, Atlanta, Georgia, 30309.  The remaining allegations contained in Paragraph 4 draw a legal conclusion that do not require a response from Defendant.  To the extent a response is required, Defendant denies same as stated.

### 5.

Defendant is without sufficient information to form a belief as to the allegations contained in Paragraph 5 and, therefore, denies same as stated.

### 6.

Paragraph 6 draws a legal conclusion that does not require a response from Defendant.  To the extent a response is required, Defendant denies same as stated.

### 7.

Defendant denies the allegations contained in Paragraph 7 as stated.

### 8.

Defendant denies the allegations contained in Paragraph 8 as stated.

EXHIBIT A

9.

Defendant denies the allegations contained in Paragraph 9 as stated.

10.

Paragraph 10 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

11.

Paragraph 11 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

12.

Paragraph 12 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

13.

Paragraph 13 draws a legal conclusion that does not require a response from Defendant. To the extent a response is required, Defendant denies same as stated.

14.

To the extent that the allegations contained in the unnumbered paragraph beginning "WHEREFORE" (including subparts (a) through (c)) require a response, the allegations are denied. Furthermore, each and every allegation and inference contained in Plaintiff's Complaint, which is not specifically admitted, is denied.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant respectfully requests the following:

(a)    that Plaintiff's Complaint be dismissed;

**EXHIBIT A**

(b)      that Defendant be discharged from this action and from all liability arising

hereunder;

(c)      that all costs be cast upon Plaintiff;

(d)      that a trial by jury of twelve (12) be had on all issues triable, including liability,

causation and damages; and

(e)      that the Court renders such other and further relief that it deems just and proper.

Respectfully submitted this <u>24th</u> day of February, 2023.

**HALL BOOTH SMITH, P.C.**

<u>*/s/Paul B. Trainor*</u>
Paul B. Trainor
Georgia Bar No. 641312
Billy Fawcett
Georgia Bar No. 528289

191 Peachtree Street NE, Suite 2900      *Attorneys for Defendants Marriott Hotel*
Atlanta, GA  30303-1775                          *Services, Inc. and Marriott International, Inc.*
T:  404.954.5000
F:  404.954.5020
ptrainor@hallboothsmith.com
bfawcett@hallboothsmith.com

**EXHIBIT A**

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DAVID MITCHELL, | |
| Plaintiff, | CIVIL ACTION FILE NO. 23-C-00420-S2 |
| v. | |
| MARRIOTT HOTEL SERVICES, INC., dba ATLANTA MARRIOTT SUITES MIDTOWN, MARRIOTT INTERNATIONAL, INC., and JOHN DOES 1-50 | *Jury Trial Demanded* |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT MARRIOTT INTERNATIONAL, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Roger W. Orlando
The Orlando Firm, P.C.
Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
Roger@orlandofirm.com
*Counsel for Plaintiff*

Respectfully submitted this <u>24th</u> day of February, 2023.

**HALL BOOTH SMITH, P.C.**

<u>*/s/ Paul B. Trainor*</u>
Paul B. Trainor
Georgia Bar No. 641312

**EXHIBIT A**

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
ptrainor@hallboothsmith.com
bfawcett@hallboothsmith.com

Billy Fawcett
Georgia Bar No. 528289
*Attorneys for Defendants Marriott Hotel
Services, Inc. and Marriott International, Inc.*

**EXHIBIT A**