

Statement Date: 10/21/2021
Guarantor Name: David Mitchell
Medical Record Number:
Payor Plan: MEDICAID - MEDICAID /OOS CMO HMO OUT OF STATE

Interested in staying well? Get the latest health tips, news and more on our new health information website at www.wellstar.org

**GUARANTOR INFORMATION:**
David Mitchell

CLEVELAND, OH 44105-2673

**This is not a bill. This is an itemization of your services for:**

| | | | |
|---|---|---|---|
| Patient Name: | David Mitchell | Admission Date: | 03/09/21 |
| Account ID: | | Discharge Date: | 03/09/21 |
| Guarantor ID: | | Location: | WS Cobb Hospital |

Current Account Charges: 4,049.40

**Hospital Charges**

| Rev Code | Service Date | Description | Qty | Amount |
|---|---|---|---|---|
| 0250 | 03/09/2021 | FLUORESCEIN 0.6 MG STRP | 1 | 4.60 |
| 0250 | 03/09/2021 | KETOROLAC 10 MG TAB | 1 | 16.50 |
| 0250 | 03/09/2021 | METHOCARBAMOL 750 MG TAB | 1 | 4.60 |
| 0250 | 03/09/2021 | TETRACAINE (PF) 0.5 % DROP 4 ML DROP BTL | 1 | 80.70 |
| 0320 | 03/09/2021 | HC XR SHOULDER COMPLETE 2+VW | 1 | 741.00 |
| 0320 | 03/09/2021 | HC XR SPINE CERVICAL 4+VW | 1 | 1,175.00 |
| 0450 | 03/09/2021 | HC ER SERVICE CLASS IV | 1 | 2,027.00 |

Total hospital charges: 4,049.40



Mail Processing Center
PO Box 3475 Toledo, OH 43607-0475

Please contact us at 470-245-9998 if you have questions regarding this document.
Office hours: 8 AM to 8 PM Mon-Thurs; 8 AM to 5:00 PM on Fri                Page 1

EXHIBIT B