Control Number : K314482

# STATE OF GEORGIA

### Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## AMENDED CERTIFICATE OF AUTHORITY
### NAME CHANGE

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**MARRIOTT HOTEL SERVICES, INC.**
a Foreign Profit Corporation

formed under the laws of the State of **Delaware** and authorized to transact business in Georgia on **06/28/1993**, has amended its application to transact business in this state by the filing of an amendment changing its name to

**Marriott Hotel Services, LLC**
a Foreign Limited Liability Company

and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said application.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **01/27/2023**.



Brad Raffensperger
Secretary of State

EXHIBIT C



Secretary of State

OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, GA 30334
(404) 656-2817
sos.georgia.gov/corporations

2023 JAN 26 PM 3: 20

SECRETARY OF STATE
CORPORATIONS DIVISION

## APPLICATION FOR AMENDED CERTIFICATE OF AUTHORITY OF A FOREIGN ENTITY

An amended certificate of authority is obtained by filing an application for amended certificate of authority if a foreign entity changes its name or its jurisdiction of organization. If any other information required in the original application has changed, please use this form, attaching additional pages if necessary, to inform the Secretary of State of said changes. Complete (where applicable) and return this form with a check or money order payable to "Secretary of State" in the amount of $30.00 ($20.00 filing fee plus $10 paper filing service charge).

1. **Entity Name:** MARRIOTT HOTEL SERVICES, INC.

2. **Entity Control Number:** K314482

3. **Entity Type** (check one only):
   - [X] Corporation (choose one type)  [ ] Profit  [ ] Nonprofit  [ ] Professional  [ ] Benefit
     (Corporation must provide certificate of existence from home state with new name, if applicable.)
   - [ ] Limited Liability Company (LLC)
   - [ ] Limited Partnership/Limited Liability Limited Partnership (LP/LLLP)
   - [ ] Limited Liability Partnership (LLP)

4. **State/Country of Home Jurisdiction:** Delaware

5. **Date of Authorization in Georgia:** 06/28/1993

6. **New Entity Type** (if applicable):
   - [ ] Corporation (choose one type)  [ ] Profit  [ ] Nonprofit  [ ] Professional  [ ] Benefit
     (Corporation must provide certificate of existence from home state with new name, if applicable.)
   - [X] Limited Liability Company
   - [ ] Limited Partnership/Limited Liability Limited Partnership
   - [ ] Limited Liability Partnership

7. **New Name of Entity** (if applicable): Marriott Hotel Services, LLC

8. **New Home Jurisdiction** (if applicable): _____

9. **Effective Date:** (Choose one)  [X] Upon filing   [ ] Delayed effective date and/or time: _____
   (A delayed effective date must be within 90 days of the filing date.)

10. **Signature:** /s/ Joe Davis     **Date:** 01/24/2023

    **Print Name*:** JOE DAVIS

    **Email Address:** courtney.bleakley@marriott.com

    **Signer's Capacity** (check one only):
    - Corporation: [ ] Officer  [ ] Chairperson of Board of Directors  [X] Attorney-in-fact  [ ] Attorney
                   [ ] Director  [ ] Court-Appointed Fiduciary  [ ] Incorporator  [ ] Authorized Person
    - LLC: [ ] Member  [ ] Manager  [ ] Organizer  [ ] Attorney-in-fact  [ ] Attorney  [ ] Court-Appointed Fiduciary  [ ] Authorized Person
    - LP/LLLP: [ ] General Partner  [ ] Attorney-in-fact  [ ] Attorney
    - LLP: [ ] General Partner  [ ] Managing Partner  [ ] Partner  [ ] Attorney-in-fact  [ ] Attorney  [ ] Authorized Person

* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.

FORM CD 518
(Rev. 12/2020)

EXHIBIT C



**OFFICE OF SECRETARY OF STATE
CORPORATIONS DIVISION**
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

Secretary of State

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOR FOREIGN LIMITED LIABILITY COMPANY

**IMPORTANT**: Please provide the entity's primary email address when completing this form.
Primary Email Address: courtney.bleakley@marriott.com

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1. Marriott Hotel Services, LLC
   Name of Limited Liability Company                                                  Name Reservation Number (Optional)

   Upon Filing
   Date business commenced (or proposed) in Georgia (NOTE: If date provided here is more than 30 days prior to the effective date of this application, a $500 penalty plus fees must be paid. Penalty is statutory and cannot be waived by Secretary of State.)

2. Courtney Bleakley
   Name* of Filing Person

   7750 Wisconsin Avenue          Bethesda                  MD       20814
   Address                        City                      State    Zip Code

   courtney.bleakley@marriott.com                 301-380-1117
   Filer's Email Address                          Telephone Number

3. Marriott Hotel Services, LLC
   Name of Limited Liability Company in State or Country of Formation

   Delaware                            03/23/1976                                Perpetual
   Jurisdiction (Home State or Country) Date of Formation in Home State or Country  Period of Duration

4. 7750 Wisconsin Avenue                Bethesda            MD       20814
   Address of Principal Place of Business  City              State    Zip Code

5. C T Corporation System                         FFInboxATL@wolterskluwer.com
   Name* of Registered Agent in Georgia           Registered Agent's Email Address

   289 S Culver St
   Registered Office Street Address in Georgia (post office box or mail drop not acceptable for registered office address)

   Lawrenceville           Gwinnett                         GA       30046-4805
   City                    County                           State    Zip Code

6. Marriott International, Inc., 7750 Wisconsin Avenue    Bethesda    MD    20814
   Manager's Name* & Address (person with substantial responsibility for managing LLC's business activities)  City  State  Zip Code

7. 7750 Wisconsin Avenue                Bethesda            MD       20814
   Address Where Limited Liability Company's Records Are Maintained  City  State  Zip Code

8. Effective Date: (Choose one) [X] Upon filing  [ ] Delayed effective date and/or time: _____
   (A delayed effective date must be within 90 days of the filing date.)

9. NOTICE: Mail the following items to the Secretary of State at the above address
   (1) This application;
   (2) Fee of $235.00 ($225 filing fee + $10 paper filing service charge) payable to "Secretary of State." Filing fees are non-refundable.

This application is signed by a person duly authorized to sign such instruments by the laws of the jurisdiction under which the foreign limited liability company is organized. The foreign limited liability company undertakes to keep its records at the address shown in #7 above until its registration in Georgia is canceled or withdrawn. The foreign limited liability company, in accordance with Title 14 of the Official Code of Georgia Annotated, appoints the Secretary of State as agent for service of process if no agent has been appointed in Georgia or, if appointed, the agent's authority has been revoked or the agent cannot be found or served by the exercise of reasonable diligence.

*Joe Davis* [signature]                    01/24/2023
Signature of Authorized Person             Date

JOE DAVIS                                  Authorized Person
Print Name*                                Title

**EXHIBIT C**

* Enter individual's legal name, i.e. first and last name without use of initials or titles. Middle names or initials may be included.

FORM CD 241