# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 03/08/2022 10:05:07

## BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : MARRIOTT INTERNATIONAL, INC. |
| **CONTROL NUMBER** | : K738438 |
| **BUSINESS TYPE** | : Foreign Profit Corporation |
| **JURISDICTION** | : Delaware |
| **ANNUAL REGISTRATION PERIOD** | : 2022 |

## BUSINESS INFORMATION CURRENTLY ON FILE

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 10400 Fernwood Road, Bethesda, MD, 20817, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S. Culver Street, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Arne M. Sorenson | CEO | 10400 FERNWOOD ROAD, BETHESDA, MD, 20817, USA |
| CAROLYN B HANDLON | CFO | 10400 FERNWOOD ROAD, BETHESDA, MD, 20817, USA |
| Wright Andrew P.C. | Secretary | 10400 FERNWOOD ROAD, BETHESDA, MD, 20817, USA |

## UPDATES TO ABOVE BUSINESS INFORMATION

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 10400 Fernwood Road, Bethesda, MD, 20817, USA |
| **REGISTERED AGENT NAME** | : C T Corporation System |
| **REGISTERED OFFICE ADDRESS** | : 289 S. Culver Street, Lawrenceville, GA, 30046, USA |
| **REGISTERED OFFICE COUNTY** | : Gwinnett |

| OFFICER | TITLE | ADDRESS |
|---|---|---|
| Grissen J David | CEO | 10400 FERNWOOD ROAD, BETHESDA, MD, 20817, USA |
| CAROLYN B HANDLON | CFO | 10400 FERNWOOD ROAD, BETHESDA, MD, 20817, USA |
| Wright Andrew P.C. | Secretary | 10400 FERNWOOD ROAD, BETHESDA, MD, 20817, USA |

## AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Kelly Lettmann |
| **AUTHORIZER TITLE** | : Attorney In Fact |

EXHIBIT D