IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| DAVID MITCHELL,<br><br>      Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., dba ATLANTA MARRIOTT SUITES MIDTOWN, MARRIOTT INTERNATIONAL, INC., and JOHN DOES 1-50<br>      Defendants. | CIVIL ACTION FILE<br>NO. 23-C-00420-S2<br><br><br><br>*Jury Trial Demanded* |

**DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

COME NOW, Defendants **MARRIOTT HOTEL SERVICES, INC. AND MARRIOTT INTERNATIONAL, INC.**, (collectively "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.  Defendants have filed a Notice of Removal to United States District Court. A true and correct copy of the Notice is attached as Ex. "A".

2.  As a result thereof, this matter is automatically stayed and the action removed to United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq*.

Respectfully submitted this 24th day of February, 2023.

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/Paul B. Trainor*
                                        Paul B. Trainor
                                        Georgia Bar No. 641312
                                        Billy Fawcett
                                        Georgia Bar No. 528289
191 Peachtree Street NE, Suite 2900     *Attorneys for Defendants Marriott Hotel*
Atlanta, GA  30303-1775                 *Services, Inc. and Marriott International, Inc.*

T:  404.954.5000
F:  404.954.5020
ptrainor@hallboothsmith.com
bfawcett@hallboothsmith.com

EXHIBIT E

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DAVID MITCHELL,<br><br>  Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., dba ATLANTA MARRIOTT SUITES MIDTOWN, MARRIOTT INTERNATIONAL, INC., and JOHN DOES 1-50<br>  Defendants. | CIVIL ACTION FILE<br>NO. 23-C-00420-S2<br><br><br><br>*Jury Trial Demanded* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Roger W. Orlando
The Orlando Firm, P.C.
Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
Roger@orlandofirm.com
*Counsel for Plaintiff*

Respectfully submitted this 24th day of February, 2023.

**HALL BOOTH SMITH, P.C.**

*/s/ Paul B. Trainor*
Paul B. Trainor
Georgia Bar No. 641312

Page 3 of 4

**EXHIBIT E**

|  |  |
|---|---|
| 191 Peachtree Street NE, Suite 2900<br>Atlanta, GA  30303-1775<br>T:  404.954.5000<br>F:  404.954.5020<br>ptrainor@hallboothsmith.com<br>bfawcett@hallboothsmith.com | Billy Fawcett<br>Georgia Bar No. 528289<br>*Attorneys for Defendants Marriott Hotel Services, Inc. and Marriott International, Inc.* |

**EXHIBIT E**