June 9, 2022

**PRIVILEGED AND CONFIDENTIAL:**
**RELATING TO ATTEMPT TO COMPROMISE DISPUTED CLAIMS**

**VIA FACSIMILE:**
**VIA EMAIL:**
**VIA CERTIFIED MAIL:**

Nichole Nisson
Marriott Claim Services
P.O. Box 29202
Hot Springs, AR 71903

| RE: | Your Insured | : | MARRIOTT |
|---|---|---|---|
| | Our Client | : | DAVID MITCHELL |
| | Premises | : | ATLANTA MARRIOTT SUITES MIDTOWN |
| | | | 35 14TH STREET NE |
| | | | ATLANTA, GA 30309 |
| | Date of Loss | : | MARCH 7, 2021 |

Dear Ms. Nisson:

**A.   INADMISSIBILITY OF OFFER OF COMPROMISE**

Pursuant to O.C.G.A § 24-3-37, statements made with a view towards compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies by permitting parties to discuss their cases candidly with the assurance that admissions and proposals for compromise made in the course of their good faith settlement negotiations may not be used against them in any subsequent lawsuit. Benn v. McBride, 140 Ga. App. 698 (1976). This entire letter and all the exhibits attached are submitted with a view towards compromise of this claim. If you do not agree that everything that follows is inadmissible during the litigation of this matter, please stop reading and immediately destroy this letter and its attachments, and immediately notify us of your refusal to review our attempt to compromise this claim.

This notice and demand is directed to you as the insurer of Atlanta Marriott Suites Midtown as of February 1, 2021. This letter is written to submit a demand for compromise of Mr. David Mitchell's claim(s) against Atlanta Marriott Suites Midtown in the above-referenced matter and to establish a claim for prejudgment interest pursuant to the Georgia Unliquidated Damages Interest Act, O.C.G.A. § 51-12-14.

**B.   FACTS**

On March 7, 2021, Mr. David Mitchell was staying at Atlanta Marriott Suites Midtown at 35 14TH Street NE, Atlanta, GA 30309. Mr. Mitchell was in the shower when the ceiling collapsed on top of him. Mr. Mitchell was struck in his face and back by the dry wall in the ceiling, which caused him to fall out of the shower. As Mr. Mitchell was falling, he struck the toilet and floor.

The entire experience left Mr. Mitchell in a significant amount of pain.

Nichole Nisson
Marriott Claim Services
June 9, 2022
Page 2 of 5

Where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe. O.C.G.A. § 51-3-1. Atlanta Marriott Suites Midtown has a duty to its invitees to keep their premises safe.

    **C.  INJURIES**

On March 9, 2021, Mr. Mitchell presented to WS Cobb Hospital. Mr. Mitchell reported experiencing neck and left shoulder pain and a scratchy sensation in his right eye. Mr. Mitchell believed that a foreign body, which fell from the ceiling, was stuck in his right eye. A thorough medical examination revealed paraspinal cervical tenderness and positive fluorescein uptake for a corneal abrasion at 5'o clock position. Mr. Mitchell received X-rays of his cervical spine and left shoulder and was diagnosed with abrasion of the right cornea and cervical strain. Mr. Mitchell was administered oral medication and eye drops. He was discharged from the emergency with prescription and instructions to follow up with an orthopedist and an ophthalmologist.

On March 11, 2021, Mr. Mitchell presented to University Hospitals Eye institute. Mr. Mitchell reported that at the time of his incident, plaster fell into his right eye, and he experienced right eye pain and photophobia. Mr. Mitchell was unable to open his right eye due to his corneal abrasion. Mr. Mitchell was diagnosed with corneal abrasion and hydrocystoma. He was recommended to use warm compresses and E-mycin ointment.

On March 15, 2021, Mr. Mitchell presented to Broadway Orthopaedics & Sports Medicine. Mr. Mitchell reported neck, left shoulder, and left wrist injuries, which resulted from his incident. Upon his initial evaluation, Mr. Mitchell began a conservative course of active rehabilitation exercises designed to restore his ADLs, increase his strength and range of motion, and reduce his inflammation. These modalities included, but were not limited to chiropractic manipulative treatment, electrical muscle stimulation, and therapeutic exercises. He eventually completed 13 visits of treatment.

On April 5, 2021, Mr. Mitchell returned to University Hospitals Eye institute. Mr. Mitchell reported being bothered by his right eye lesion as it caused irritation and tearing. At the time, Mr. Mitchell was administered an excision and removal procedure of his right eye hydrocystoma, without complications. He was instructed to use E-mycin ointment following his procedure.

On April 14, 2021, Mr. Mitchell presented to Circle Health Services. Mr. Mitchell reported that since his fall, he experienced carpal tunnel syndrome to his left wrist and hand and wasn't as physically active. Mr. Mitchell was prescribed medication and was referred for an orthopedic evaluation.

On May 4, 2021, Mr. Mitchell presented to Cleveland Clinic. Mr. Mitchell reported experiencing left wrist and hand pain with numbness and tingling. Mr. Mitchell received X-rays of his left wrist. He was dispensed a wrist brace and was recommended an EMG test to assess where he had carpal tunnel.

On May 10, 2021, Mr. Mitchell returned to University Hospitals Eye institute. Despite his procedure, Mr. Mitchell continued to experience right eye irritation. He was recommended to use artificial tears and was provided with samples.

**EXHIBIT F**

Nichole Nisson
Marriott Claim Services
June 9, 2022
Page 3 of 5

On May 14, 2021, Mr. Mitchell returned to Cleveland Clinic for EMG testing.

On May 28, 2021, Mr. Mitchell had a virtual follow up visit with Cleveland Clinic. Mr. Mitchell reported no changes in his symptoms. Based on his EMG test findings, Mr. Mitchell did not have carpal tunnel. Therefore, he was referred to the neurology department for further evaluation.

On June 18, 2021, Mr. Mitchell returned to Cleveland Clinic. Mr. Mitchell reported that after the incident, he developed neck pain with radiation to his left arm/hand. Mr. Mitchell associated his pain with weakness and numbness and tingling. Upon his evaluation, Mr. Mitchell's clinical presentation was most consistent with cervical radiculopathy. He was recommended non-invasive treatments first, including physical therapy and stretching.

On July 10, 2021, Mr. Mitchell returned to University Hospitals Eye institute. Mr. Mitchell reported improvement with his artificial tears. Howver, he continued to experience right eye irritation. He was recommended to use E-mycin ointment and refresh tears.

On July 30, 2021, Mr. Mitchell returned to Cleveland Clinic with complaints of worsening symptoms. Mr. Mitchell stated that his left arm pain intensified, and his physical therapy failed to relief his left arm pain and numbness. Mr. Mitchell was recommended a cervical spine MRI scan prior to considering more advanced therapies like epidural steroid injections.

On August 22, 2021, Mr. Mitchell returned to Cleveland Clinic for an MRI scan of his cervical spine.

On September 1, 2021, Mr. Mitchell returned to Cleveland Clinic. Bases on his triage, Mr. Mitchell was recommended surgical consultation.

On September 17, 2021, Mr. Mitchell had a virtual follow up visit with Cleveland Clinic. Despite his previous treatments, Mr. Mitchell continued to suffer from neck pain with radiating symptoms into his arms and hands. He was recommended X-rays of his cervical spine.

On September 21, 2021, Mr. Mitchell returned to Cleveland Clinic. Mr. Mitchell reported experiencing neck pain with radiating symptoms into his left hand, secondary to his incident. Mr. Mitchell had difficulty performing fine motor tasks with his left hand. Additionally, he complained of low back pain and balance issues. At the time, Mr. Mitchell received X-rays of his cervical spine and was recommended surgery, specifically a cervical 3-5 laminoplasty.

On October 27, 2021, Mr. Mitchell returned to Cleveland Clinic for his pre-operative assessment. Mr. Mitchell continued to suffer from cervical spondylosis with myelopathy. Mr. Mitchell had a discussion with his surgeon regarding his imaging and recommended surgical procedure, including the risks, benefits, and alternatives. Given that Mr. Mitchell never tried Gabapentin, his surgery was cancelled, and he was prescribed Gabapentin to try for a month to see if it helped with his symptoms.

On November 1, 2021, Mr. Mitchell returned to University Hospitals Eye institute. Mr. Mitchell continued to experience right eye irritation and dryness. Mr. Mitchell had trouble opening his right eye due to his persistent symptoms. He was recommended to use baby shampoo for blepharitis and was referred for ongoing care.

On January 18, 2022, Mr. Mitchell returned to Cleveland Clinic. Mr. Mitchell advised that he previously cancelled his surgery due to the lack of a support system at home and concerns for his

EXHIBIT F

Nichole Nisson
Marriott Claim Services
June 9, 2022
Page 4 of 5

recovery postoperatively. However, at the time, he experienced worsening symptoms and wished to proceed with surgery in the treatment of his unresolved cervical myelopathy.

On February 2, 2022, Mr. Mitchell returned to Cleveland Clinic. Mr. Mitchell failed to improve with Gabapentin and stated that he stopped taking his Gabapentin due to the lack of efficacy. Mr. Mitchell reported endorsing pain 24/7. Therefore, he was recommended a cervical 3-5 laminoplasty with undercutting of his cervical 2 and 6. Regarding his chronic pain syndrome, Mr. Mitchell was referred to pain management.

On March 2, 2022, Mr. Mitchell returned to Cleveland Clinic for his pre-operative evaluation. Mr. Mitchell reported that since last being seen, he experienced similar symptoms to his last clinic visit. Mr. Mitchell continued to endure burning sensations in his fingers and toes along with pain in his back. Mr. Mitchell stated that he felt the need to keep his left hand clenched due to his shooting pain. Additionally, he continued to experience issues with fine motor movements with his left hand and balance. He was cleared to proceed with a cervical 3-5 laminoplasty with undercutting of his cervical 2 and 6 and was once again referred to pain management for his chronic pain syndrome.

On March 18, 2022, Mr. Mitchell returned to Cleveland Clinic his pre-operative testing. Mr. Mitchell received several lab tests.

On March 21, 2022, Mr. Mitchell was admitted to Cleveland Clinic. After being optimized for surgery by the IMPACT teams, Mr. Mitchell was identified and brought into the Operating Room by the anesthesia and nursing teams. Prior to his surgery, Mr. Mitchell was treated with antibiotics and continued with antibiotics postoperatively. Mr. Mitchell underwent C3, C4, C5 laminoplasties with C6 partial laminectomy, under general anesthesia. Mr. Mitchell tolerated the procedure and was taken to PACU, and then to the hospital surgical floor when PACU criteria was made. Mr. Mitchell was then transferred up to H060 003/H060-03 hospital room for postoperative management. Mr. Mitchell was fitted with sequential compression devices and used Heparin for DVT prophylaxis. During his hospitalization, Mr. Mitchell's pain was well controlled with oral pain medications and I.V. pain medication, and he participated in physical therapy. Mr. Mitchell progressed satisfactorily through his physical therapy until discharge. Based upon the appropriate milestones Mr. Mitchell met during his hospital course, his physical therapist recommended that he be discharged to a skilled nurse facility for rehabilitation.

On April 6, 2022, Mr. Mitchell had a virtual follow up visit with Cleveland Clinic. Mr. Mitchell was 16 days post his surgery. Although Mr. Mitchell reported doing better overall, he experienced pain and stiffness. Mr. Mitchell was advised to present to the clinic for staple removal.

Copies of the available medical notes/reports for Mr. Mitchell are attached hereto for your review.

### D. **DAMAGES**

The following are the medical specials to date for Mr. Mitchell:

EXHIBIT F

Nichole Nisson
Marriott Claim Services
June 9, 2022
Page 5 of 5

| | |
|---|---|
| WS Cobb Hospital (03/09/2021) | $ 4,049.40 |
| The Bortolazzo Group (03/09/2021) | $ 935.00 |
| Quantum Radiology PC (03/09/2021) | $ 117.00 |
| University Hospitals Medical Group, Inc (03/11/2021-11/01/2021) | $ 2,193.00 |
| Broadway Orthopaedics & Sports Medicine (03/15/2021-10/11/2021) | $ 2,750.00 |
| Cleveland Clinic (05/04/2021-04/06/2022) | $ 97,207.43 |
| **TOTAL PAST MEDICAL SPECIALS** | **$ 107,251.83** |

Copies of the available billings for Mr. Mitchell are attached hereto for your review.

### E.  DEMAND

**Please submit an offer within thirty (30) days from the date of this correspondence.** If you have any questions, please do not hesitate to contact me directly.

We have supplied you with all information necessary to evaluate this demand; however, should you have any questions regarding this demand, please do not hesitate to contact me at (770) 837-3207.  Of course, this letter is written in furtherance of settlement, and nothing contained herein shall be deemed admissible except to enforce a claim for prejudgment interest.

Best,


Enclosures

Cc:     File
        Client