# EXHIBIT A



**Gordon Company Inc.**
105 Kaylan Lane
Thomasville, NC 27360
336-382-2536
Fax 775-890-4598
GordonCompany101@aol.com

# Proposal

July 11, 2022

Briggs Inc.:

Gordon Company Inc. would like to propose that we supply all necessary equipment, supplies, personnel, certification, and insurance, needed for a Fibrecrete spall repair of PCC and Gray hot seal project 48400-DOT0002424. We would like to contract a week at a time.

The price per pound of Fibrecrete spall repair : $3.05 per pound

The price per pound of Gray hot pour is: $3.30 per pound

Payable as follows: net 30 days

Thanks for your consideration,

Everette M Gordon

President

Gordon Company Inc