# EXHIBIT B

Appendix 5
Georgia Security and Immigration Compliance Act Affidavit (Subcontractor)
48400-DOT0002424



23

# GEORGIA SECURITY AND IMMIGRATION COMPLIANCE ACT AFFIDAVIT

| | |
|---|---|
| Contractor's Name: | Briggs Brothers Enterprises Corp. |
| Subcontractor's (Your) Name | Gordon Company inc. |
| Subcontractor's Address: | 105 Kaylan lane Thomasville NC 27360 |
| Solicitation/Contract No.: | 48400DOT0002424 |
| Solicitation /Contract Name: | Concrete and Porland Cement repair (PCC) |

## SUBCONTRACTOR AFFIDAVIT

By executing this affidavit, the undersigned subcontractor verifies its compliance with O.C.G.A. §13-10-91, stating affirmatively that the individual, entity or corporation which is engaged in the physical performance of services under a contract with Briggs Brothers Enterprises Corp. (name of Contractor) on behalf of the Georgia Department of Transportation has registered with, is authorized to use and uses the federal work authorization program commonly known as E-Verify, or any subsequent replacement program, in accordance with the applicable provisions and deadlines established in O.C.G.A. § 13-10-91.

Furthermore, the undersigned subcontractor will continue to use the federal work authorization program throughout the contract period and the undersigned subcontractor will contract for the physical performance of services in satisfaction of such contract only with sub-subcontractors who present an affidavit to the subcontractor with the information required by O.C.G.A. § 13-10-91(b).

Additionally, the undersigned subcontractor will forward notice of the receipt of an affidavit from a sub-subcontractor to the Contractor within five business days of receipt. If the undersigned subcontractor receives notice that a sub-subcontractor has received an affidavit from any other contracted sub-subcontractor, the undersigned subcontractor must forward, within five business days of receipt, a copy of the notice to the Contractor. Subcontractor hereby attests that its federal work authorization user identification number and date of authorization are as follows:

255046

Federal Work Authorization User Identification Number

(EEV/E-Verify Company Identification Number)

Gordon Company Inc.

Name of Sub-Contractor

9/21/2009

Date of Authorization

I hereby declare under penalty of perjury that the foregoing is true and correct

Everette M Gordon

Printed Name (of Authorized Officer or Agent of Contractor)

_[signature]_

Signature (of Authorized Officer or Agent)

President

Title (of Authorized Officer or Agent of Contractor)

7/14/2022

Date Signed

SUBSCRIBED AND SWORN BEFORE ME ON THIS THE 14 DAY OF July, 2022

_[signature]_ Sandra B Smith

Notary Public

My Commission Expires: 04-24-2024

[NOTARY SEAL]

Version 4.1 (12/1/2021)

