# EXHIBIT C



# Gordon Company Inc.
"Miles Ahead!"
105 Kaylan Lane
Thomasville, NC 27360

**Invoice No.** 82222

## INVOICE

**Customer**

| | |
|---|---|
| Name | Briggs Brothers Enterprises Corp. |
| Address | 413 Odell Industrial Way |
| City | Griffin    State GA    ZIP 30224 |
| Phone | 832-723-2697 |

| | |
|---|---|
| Date | 8/22/2022 |
| PO # | |
| Solicitation # | |
| Snap Req # | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | Quantities in pounds | | |
| 9450 | Fibrecrete installed 7/20/2022 | 3.05 | $28,822.50 |
| 40 | Gray hot pour installed 7/22/2022 | 3.30 | $132.00 |
| 8200 | Fibrecrete installed 7/22/2022 | 3.05 | $25,010.00 |
| 40 | Gray hot pour installed 8/01/2022 | 3.30 | $132.00 |
| 10300 | Fibrecrete installed 8/01/2022 | 3.05 | $31,415.00 |
| 100 | Gray hot pour installed 8/02/2022 | 3.30 | $330.00 |
| 6200 | Fibrecrete installed 8/02/2022 | 3.05 | $18,910.00 |
| 80 | Gray hot pour installed 8/03/2022 | 3.30 | $264.00 |
| 8950 | Fibrecrete installed 8/03/2022 | 3.05 | $27,297.50 |
| 80 | Gray hot pour installed 8/04/2022 | 3.30 | $264.00 |
| 7050 | Fibrecrete installed 8/04/2022 | 3.05 | $21,502.50 |
| 5950 | Fibrecrete installed 8/09/2022 | 3.05 | $18,147.50 |
| 5200 | Fibrecrete installed 8/10/2022 | 3.05 | $15,860.00 |
| 3200 | Fibrecrete installed 8/11/2022 | 3.05 | $9,760.00 |
| 7950 | Fibrecrete installed 8/12/2022 | 3.05 | $24,247.50 |
| 9300 | Fibrecrete installed 8/13/2022 | 3.05 | $28,365.00 |
| 5400 | Fibrecrete installed 8/14/2022 | 3.05 | $16,470.00 |
| | 48400-DOT0002424 | | |
| | | **TOTAL** | **$266,929.50** |

*We greatly appreciate your business!*

~~50~~ lbs          87,150 lbs

# FIBRECRETE, CRACKS SEALING
# ATLANTA GEORGIA

| DATE | LBS CRACK SEALING | LBS FIBRECRETE | ROAD | EXIT | COUNTY |
|---|---|---|---|---|---|
| 07/20/2022 | | 9450 | SR 166 EAST | greenbriar off on ramp | Fulton |
| 07/22/2022 | 40 | 8200 | SR 166 EAST | greenbriar on ramp / stanton rd on ramp | Fulton |
| 08/01/2022 | 40 | 10300 | 285 NORTH | 78 EAST EXIT | DEKALB |
| 08/02/2022 | 100 | 6200 | 285 NORTH | 78 EXIT EAST | DEKALB |
| 08/03/2022 | 80 | 8950 | 285 NORTH | 78 EXIT WEST | DEKALB |
| 08/04/2022 | 80 | 7050 | 285 NORTH | 78 EXIT WEST | DEKALB |
| 08/09/2022 | | 5950 | 285 SOUTH ~~285~~ INTERCHANGE | 78 EXIT EAST 85 SOUTH | DEKALB |
| 08/10/2022 | | 5200 | I-75 SOUTH | 285 EB | COBB |
| 08/11/2022 | | 3200 | I-75 SOUTH | 285 EB | COBB |
| 08/12/2022 | | 7950 | 280 EB | 285 SB | COBB |
| 08/13/2022 | | 9300 | INTERCHANGE I-285 166 WEST | 85 SOUTH STANTON EXIT | DEKALB |
| 08/14/2022 | | 5400 | | | Fulton |