EXHIBIT 1

IN THE STATE COURT OF GWINNETT COUNTY

**FILED IN OFFICE**
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00584-S**
1/26/2023 12:11 PM
TIANA P. GARNER, CLERK

STATE OF GEORGIA

**Arshanti Williams**

CIVIL ACTION NUMBER: 23-C-00584-S6

PLAINTIFF

VS.

**CHIPOTLE MEXICAN GRILL, INC.**
**2 Sun Court Suite 400**
**Peachtree Corners, Georgia 30092**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

The Nick Schnyder Law Firm
351 Atlanta Street SE
Marietta GA 30060
Phone: 404-999-1111

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of 26th day of January, 2023 _____, 20____.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011