Exhibit 5

CLERK OF STATE COURT
GWINNETT COUNTY, GEORG
**23-C-00584-S**
1/26/2023 12:11 P
TIANA P. GARNER, CLER

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ARSHANTI WILLIAMS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO: |
| CHIPOTLE MEXICAN GRILL, INC. | ) |
| | )     23-C-00584-S6 |
| Defendant. | ) |
| | ) |

### NOTICE TO TAKE 30(b)(6) VIDEO DEPOSITION OF WITNESS

TO:   30(b)(6) Witness
      Through Counsel

PLEASE TAKE NOTICE that, pursuant to O.C.G.A. § 9-11-29 and § 9-11-30(b)(6), the deposition of 30(b)(6) of Defendant CHIPOTLE MEXICAN GRILL, INC. witness with the most knowledge of the areas of inquiry stated in Appendix A attached hereto to be taken on September 20, 2022 at 2 p.m. at the offices of Nick Schnyder Law Firm, 351 Atlanta Street SE Marietta GA 30060. The deposition will be recorded by video and stenographic transcription before an officer duly authorized or designated by law to administer oaths. Said deposition shall be taken for use in evidence, discovery, preservation of evidence, and for all purposes authorized by the Georgia Civil Practice Act. Said deposition shall continue from day to day until its completion.

This 19th day of December, 2023.

**NICK SCHNYDER LAW FIRM, LLC**

By: ___Drew Gilliland_____

Drew Gilliland, Esq.
Georgia Bar No. 116570
Attorney for Plaintiff

351 Atlanta Street SE
Marietta GA 30060
Phone: 404-902-3553
Fax:  404-341-9969
nick@schnyderlawfirm.com

## APPENDIX A:

1. All policies and procedures followed by Defendant for investigating and inspecting the subject store, dining area, and parking lot for safety hazards;
2. All policies and procedures followed by Defendant pertaining to the creation, storage, and destruction of all video recordings at the subject store;
3. All policies and procedures followed by Defendant for the cleaning and maintaining of the subject store and parking lot including the subject area where the Plaintiff's injury occurred;
4. Knowledge of all management, employees, associates, or other agents of Defendant who were present when Plaintiff's injury occurred in the subject store;
5. All policies and procedures followed by Defendant for incident report creation and the preservation of evidence after an injury occurs in Defendant subject store;
6. All policies and procedures followed by Defendant for the hiring, training, and retention of employees and managers for the subject store;
7. Any and all information about the purchase, cleaning, and maintenance of the subject parking lot that caused Plaintiff's injuries; and/or
8. Defendant's agent's specific actions taken on the date of Plaintiff's injury and thereafter relating to the cause of actions for this claim.