EXHIBIT 6

CIVIL ACTION NO. **23-C00584-S6**

[ ] MAGISTRATE [X] STATE [ ] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

DATE FILED _____

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

Arshanti Williams

Arshanti Williams

**PLAINTIFF(S)**
VS.

CHIPOTLE MEXICAN GRILL, INC.)

**DEFENDANT(S)**

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

CHIPOTLE MEXICAN GRILL, INC.)

2 Sun Court

Suite 400

Peachtree Corners, Georgia 30092

**GARNISHEE**

Other attached documents to be served: _____

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL** Upon the following named defendant: _____

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.
Delivered the same to _____ described as follows: approximate age
____ yrs; approximate weight ____ pounds; approximate height ____ feet and ____ inches, domiciled at residence of the defendant.

[X] **CORPORATION** Upon corporation **Chipotle Mexican Grill, Inc** _____, in charge of the office and place of business of the corporation in this county.
By serving **Alisha Smith** _____, its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This **3** day of **February**, 20**23**

**J. Williams S01139**
DEPUTY

SHERIFF DOCKET _____ PAGE _____

TIME: _____ . M.

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:** 23003855

**Person Served:** CHIPOTLE MEXICAN GRILL INC
2 SUN COURT, SUITE 400
PEACHTREE CORNERS GA 30092
PHONE:

## Process Information:

| | | | |
|---|---|---|---|
| Date Received: | 02/02/2023 | | |
| Assigned Zone: | 2 Sun Court | Court Case #: | 23-C-00584-S6 |
| Expiration Date: | | Hearing Date: | |
| Paper Types: | COMPLAINT AND JURY DEMAND | | |
| Notes/Alerts: | | | |

**Notes:**

_____
_____
_____
_____
_____
_____
_____