IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARSHANTI WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br>Removed from the State Court of Gwinnett County, Georgia; Civil Action File No.: 23-C-00584-S6 |

## **CERTIFICATION OF NOTICE OF REMOVAL TO PLAINTIFF**

CHIPOTLE MEXICAN GRILL, INC., defendant in the case Arshanti Williams v. Chipotle Mexican Grill, Inc., Civil Action File No. 23-C-00584-S6, in the State Court of Gwinnett County, State of Georgia, has given notice of the filing of the foregoing notice of removal to the plaintiff by mailing a copy of the notice of removal to the plaintiff's attorney at their addresses in Atlanta, Georgia. Defendant has also filed a copy of said notice of removal with the Clerk of the State Court of Gwinnett County, State of Georgia in accordance with the provisions of 28 U.S. C. § 1446.  The undersigned, Bridgette E. Eckerson, counsel of record for defendant, hereby certifies to the truthfulness and correctness of the above statement.

Respectfully submitted this 24th day of February, 2023.

                                */s/ Bridgette E. Eckerson*
                                John L. McKinley, Jr.
                                Georgia Bar No. 495513
                                Bridgette E. Eckerson
                                Georgia Bar No. 591733

                                Attorneys for defendant
                                Chipotle Mexican Grill, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA  30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
beckerson@mfllaw.com
#546959

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARSHANTI WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br>Removed from the State Court of Gwinnett County, Georgia; Civil Action File No.: 23-C-00584-S6 |

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed the foregoing *Certification of Notice of Removal to Plaintiff* with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following attorneys of record:

Drew Gilliland, Esq.
NICK SCHNYDER LAW FIRM, LLC
351 Atlanta Street SE
Marietta, GA  30060
nick@schnyderlawfirm.com

Pursuant to Local Rule 5.1, N.D.Ga., the foregoing pleading is prepared in Times New Roman, 14 point.

This 24th day of February, 2023.

                                           */s/ Bridgette E. Eckerson*
                                           Bridgette E. Eckerson