IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARSHANTI WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.: |

## DEFENDANT CHIPOTLE MEXICAN GRILL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, defendant Chipotle Mexican Grill, Inc., submits this Certificate of Interested Persons and Corporate Disclosure statement, showing as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   **Plaintiff Arshanti Williams; and**

   **Chipotle Mexican Grill, Inc.**

   **Chipotle Mexican Grill, Inc. is a publicly-traded corporation with no parent entity and is the sole member of Chipotle Mexican Grill of**

**Colorado, LLC.  The Vanguard Group, Inc., a Delaware corporation,**

**owns 10% or more of the stock of Chipotle Mexican Grill, Inc.**

2.  The undersigned further certifies that the following is a full and complete list

of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially

affected by the outcome of this case:

> **Chipotle Mexican Grill of Colorado, LLC**
>
> **Safety National Insurance**

3.  The undersigned further certifies that the following is a full and complete list

of all persons serving as attorneys for the parties in this case:

> **For plaintiff:**     **Drew Gilliland, Esq.**
> **Nick Schnyder Law Firm, LLC**
> **351 Atlanta Street SE**
> **Marietta, Georgia 30060**
> **nick@schnyderlawfirm.com**
>
> **For defendant:**     **John L. McKinley, Jr., Esq.**
> **Bridgette E. Eckerson, Esq.**
> **MOZLEY, FINLAYSON & LOGGINS LLP**
> **1050 Crown Pointe Parkway, Suite 1500**
> **Atlanta, Georgia 30338-7704**
> **jmckinley@mfllaw.com**
> **beckerson@mfllaw.com**

4.  The undesigned further certifies that the following is a full and complete list

of the citizenship of every individual or entity whose citizenship is attributed

to a party on whose behalf this certificate is filed:

**Chipotle Mexican Grill, Inc. is a Delaware corporation with its principal place of business in Newport Beach, California.**

This 24th day of February, 2023.

/s/ Bridgette E. Eckerson
John L. McKinley, Jr.
Georgia Bar No. 495513
Bridgette E. Eckerson
Georgia Bar No. 591733

Attorneys for defendant
Chipotle Mexican Grill, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA  30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
beckerson@mfllaw.com
#546955

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARSHANTI WILLIAMS,

       Plaintiff,

    vs.

CHIPOTLE MEXICAN GRILL, INC.,

       Defendant.

CIVIL ACTION FILE
NO.:

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which, pursuant to Local Rule

5.1(A)(2), constitutes service on all counsel of record:

Drew Gilliland, Esq.
NICK SCHNYDER LAW FIRM, LLC
351 Atlanta Street SE
Marietta, GA  30060
nick@schnyderlawfirm.com

Pursuant to Local Rule 5.1, NDGa., the foregoing pleading is prepared in

Times New Roman, 14 point.

This 24th day of February, 2023.

                                       */s/ Bridgette E. Eckerson*
                                       Bridgette E. Eckerson