IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARSHANTI WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br>Removed from the State Court of Gwinnett County, Georgia; Civil Action File No.:23-C-00584-S6 |

## ANSWER OF CHIPOTLE MEXICAN GRILL, INC. TO PLAINTIFF'S COMPLAINT

COMES NOW defendant CHIPOTLE MEXICAN GRILL, INC., and, in answer to plaintiff's complaint in this action, shows this Court as follows:

### First Defense

Plaintiff's complaint, in whole or in part, fails to state a claim upon which relief may be granted and therefore should be dismissed.

### Second Defense

Defendant, or anyone for whom defendant could be held liable, has not been guilty of any negligence, fault, or other wrongful conduct, and, therefore, defendant has no liability to plaintiff.

### Third Defense

Defendant, or anyone for whom defendant could be held liable, did not

breach any duty owed to plaintiff. Defendant is not liable or responsible to plaintiff for negligence and/or violation of any code, statute, or section of law.

### Fourth Defense

Any acts or omissions of defendant, or anyone for whom defendant could be held liable, were not the proximate cause of any alleged damages to plaintiff and defendant therefore has no liability to plaintiff.

### Fifth Defense

Any injuries, losses, and damages that may have been sustained by plaintiff, as alleged in the complaint, resulted from the acts or omissions of persons, firms or corporations other than defendant and for whom defendant is not liable.

### Sixth Defense

No action or failure to act on the part of defendant was the proximate cause of the incident at issue.

### Seventh Defense

There is a bona fide controversy between the parties hereto, and defendant has at no time acted in bad faith or been stubbornly litigious or caused plaintiff any unnecessary trouble and expense; therefore, plaintiff is not entitled to recover any attorney's fees or expenses of litigation pursuant to any cognizable legal theory against defendant.

**Eighth Defense**

Defendant reserves the right to assert any additional defenses as may be revealed by further investigation and discovery.

**Ninth Defense**

Defendant further responds to the numbered paragraphs of plaintiff's complaint as follows:

1.

Paragraph no. 1 of plaintiff's complaint does not contain any allegations against defendant.  To the extent a response is required, paragraph no. 1 of plaintiff's complaint is admitted.

2.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph no. 2 of plaintiff's complaint and can neither admit nor deny same.

3.

Paragraph no. 3 of plaintiff's complaint is admitted.

4.

Defendant admits that it is subject to the venue of this Court.  Except as specifically admitted herein, paragraph no. 4 of plaintiff's complaint is denied.

5.-10.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph nos. 5, 6, 7, 8, 9, and 10 of plaintiff's complaint and can neither admit nor deny same.

11.-12.

Paragraph nos. 11 and 12 of plaintiff's complaint are denied.

13.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph no. 13 of plaintiff's complaint and can neither admit nor deny same.

14.

Answering paragraph no. 14 of plaintiff's complaint, defendant admits that is owed only those duties prescribed by applicable statutory, regulatory, and common law, but denies that it is liable to plaintiff under any theory. Except as specifically admitted herein, paragraph no. 14 of plaintiff's complaint is denied.

15.-18

Paragraph nos. 15, 16, 17, and 18 of plaintiff's complaint are denied.

19.-20.

Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations in paragraph nos. 19 and 20 and can neither admit nor deny same.

21.

Paragraph no. 21 of plaintiff's complaint is denied.

22.

Answering paragraph no. 22 of plaintiff's complaint, defendant adopts and incorporates by reference its responses to paragraph nos. 1 through 21 as if fully stated verbatim herein.

23.-25.

Paragraph nos. 23, 24, and 25 of plaintiff's complaint are denied.

### Tenth Defense

Any and all allegations, claims, contentions, demands, and prayers for relief contained in plaintiff's complaint which have not been expressly admitted by defendant in this answer are hereby expressly denied.

### DEMAND FOR JURY TRIAL

Defendant demands a trial by jury.

WHEREFORE, defendant Chipotle Mexican Grill, Inc., having fully responded to plaintiff's complaint against it, prays that it be henceforth discharged and that all costs be cast upon plaintiff.

This 24th day of February, 2023.

                                            */s/ Bridgette E. Eckerson*
                                            John L. McKinley, Jr.
                                            Georgia Bar No. 495513
                                            Bridgette E. Eckerson
                                            Georgia Bar No. 591733

                                            Attorneys for defendant
                                            Chipotle Mexican Grill, Inc.

MOZLEY, FINLAYSON & LOGGINS LLP
1050 Crown Pointe Parkway, Suite 1500
Atlanta, GA  30338-7704
(404) 256-0700 (telephone)
(404) 250-9355 (facsimile)
jmckinley@mfllaw.com
beckerson@mfllaw.com
#546962

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARSHANTI WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.:<br>Removed from the State Court of Gwinnett County, Georgia; Civil Action File No.: 23-C-00584-S6 |

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that on this date I electronically filed the foregoing *Answer of Chipotle Mexican Grill, Inc. to Plaintiff's Complaint* with the Clerk of Court using the CM/ECF system, which, pursuant to Local Rule 5.1(A)(2), constitutes service on all counsel of record:

Drew Gilliland, Esq.
NICK SCHNYDER LAW FIRM, LLC
351 Atlanta Street SE
Marietta, GA  30060
nick@schnyderlawfirm.com

Pursuant to Local Rule 5.1, N.D.Ga., the foregoing pleading is prepared in Times New Roman, 14 point.

This 24th day of February, 2023.

                                             */s/ Bridgette E. Eckerson*
                                             Bridgette E. Eckerson