

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WAL-MART STORES EAST, LP (DELAWARE)** | Control Number: | **0150520** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **11/16/2001** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

## GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| WSE MANAGEMENT,, LLC | General Partner | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back

Filing History    Name History

Return to Business Search



Exhibit F

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

001

Report a Problem?

Exhibit C



**GEORGIA CORPORATIONS DIVISION**

GEORGIA SECRETARY OF STATE
**BRAD RAFFENSPERGER**

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **WSE MANAGEMENT, LLC** | Control Number: | **0206279** |
| Business Type: | **Foreign Limited Liability Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **702 SW 8th St., Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **2/5/2002** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |
| Principal Record Address: | **NONE** | | |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

Back                Filing History        Name History
                        Return to Business Search

Delaware.gov                                                                                         Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3455667 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
| Entity Name: | WSE INVESTMENT, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

**Department of State: Division of Corporations**

Allowable Characters

HOME

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3455667 | Incorporation Date / Formation Date: | 11/9/2001 (mm/dd/yyyy) |
| Entity Name: | WSE INVESTMENT, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 11/9/2001 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

[Back to Entity Search]  [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Walmart INC.** | Control Number: | **J151025** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **708 SW 8th Street, Bentonville, AR, 72716, USA** | Date of Formation / Registration Date: | **7/20/1981** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **THE CORPORATION COMPANY (FL)** |
| Physical Address: | **106 Colony Park Drive Ste. 800-B, Cumming, GA, 30040-2794, USA** |
| County: | **Forsyth** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| C. Douglas McMillon | CEO | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| Jessica Rancher | Secretary | 708 SW 8th Street, Bentonville, AR, 72716, USA |
| M. Brett Biggs | CFO | 708 SW 8th Street, Bentonville, AR, 72716, USA |

Back    Filing History    Name History

Return to Business Search



### Search Incorporations, Cooperatives, Banks and Insurance Companies

This is only a preliminary search and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed Please review our NAME AVAILABILITY GUIDELINES HERE prior to searching for a new entity name.

Printer Friendly Version

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

Begin New Search

For service of process contact the Secretary of State's office.

| | |
|---|---|
| Corporation Name | WAL-MART STORES EAST, LLC |
| Fictitious Names | |
| Filing # | 800192618 |
| Filing Type | Limited Liability Company |
| Filed under Act | Domestic LLC; 1003 of 1993 |
| Status | Good Standing |
| Principal Address | 702 SW 8TH STREET<br>MS#0215<br>BENTONVILLE, 72716 |
| Reg. Agent | C T CORPORATION SYSTEM |
| Agent Address | 124 WEST CAPITOL AVENUE, SUITE 1900 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 01/25/2011 |
| Officers | TIM SKINNER , Manager<br>GORDON Y ALLISON , Incorporator/Organizer |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing for this Entity**         Pay Franchise Tax for this corporation