# EXHIBIT B

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| BRITTANY SIMON<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIPS EDISON & COMPANY LTD.; SPIVEY JUNCTION STATION LLC; THE KROGER CO.; JOHN DOE #1; AND JOHN DOES # 2-4,<br><br>    Defendants. | CAFN: 23-C-00653-S4 |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on February 27, 2023, Defendants Phillips Edison & Company LTD. and Spivey Junction Station LLC, filed a Notice of Removal with the United States District Court for the Northern District of Georgia, Atlanta Division (the "District Court") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  This Court is respectfully requested to proceed no further in this action, unless and until the District Court remands the case for further proceedings.  A copy of the Notice of Removal for filing with the United State District Court removing this Civil Action from the State Court of Gwinnett County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, which was timely filed, is attached hereto as Exhibit A.

Respectfully submitted this 27th day of February, 2023.


(SIGNATURE ON FOLLOWING PAGE)


1

|  | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
|---|---|
| 3348 Peachtree Road NE<br>Suite 1400<br>Atlanta, GA 30326<br>(470) 419-6650<br>Fax- (470) 419-6651<br>Michael.manfredi@wilsonelser.com<br>Anna.Wyatt@wilsonelser.com | */s/ Michael P. Manfredi*<br>Michael P. Manfredi<br>Georgia Bar No. 784682<br>Anna H. Wyatt<br>Georgia Bar No. 401977<br>*Counsel for Defendants Phillips Edison & Company LTD and Spivey Junction Station, LLC* |

2

**CERTIFICATE OF SERVICE**

This is to certify that a copy of I filed foregoing **Notice of Filing Notice of Removal** via the Odyssey eFile GA e-filing system, which will send electronic notification to the following counsel of record:

Morgan L. Medders
The Medders Kaw Firm, LLC
2870 Peachtree Road, #104
Atlanta, GA 30305
morgan@medderslawfirm.com
*Counsel for Plaintiff*

The Kroger Co.
c/o CSC of Cobb County, Inc.
192 Anderson Street SE, Suite 125
Marietta, GA 30060

Dated: February 27, 2023.

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

*/s/ Michael P. Manfredi*
Michael P. Manfredi
Georgia Bar No. 784682