EXHIBIT "1"

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| SHERRY ADAMS, | § § § | |
| Plaintiff, | § § | Civil Action |
| v. | § § | File No. 2023CV375242 |
| HOLLER LAW FIRM, LLC | § § | |
| Defendant. | § § | |

## STATEMENT OF CLAIM

**COMES NOW** the Plaintiff, Sherry Adams, Pro Se and files this *Statement of Claim* against the Defendant, HOLLER LAW FIRM, LLC, the Plaintiff shows as follows:

### PROCEDURAL HISTORY

1.

Defendant conspired with REFUND REALTY LLC, who won a judgment against the Plaintiff on June 7, 2017, in the amount of $14,274.00 and created a WRIT OF FIERI FACIAS on July 7, 2017.

2.

Defendant conspired with REFUND REALTY LLC who placed two garnishments on Plaintiff for this judgment. Garnishment began in September 2020 and continued until October 2022.

3.

Defendant conspired with REFUND REALTY LLC who cancelled the Writ of Fieri Facias on June 15, 2022 but continued the garnishment payments until Plaintiff was made aware of a fraudulent plot to deceive the courts.

4.

Defendant conspired with REFUND REALTY LLC and Plaintiff's ex-husband, Andre Adams, who derived a fraudulent scheme to cancel the WRIT OF FIERI FACIAS by stating $20,291.52 was paid to Refund Realty via Najarian Capital on or about June 14, 2022, apparently in connection with a home refinancing in Douglas County, address 2480 Greythorne Commons, Douglasville, GA 30135.

5.

Defendant conspired with REFUND REALTY LLC and Plaintiff's ex-husband by deriving a fraudulent plot to have Plaintiff put in jail until this amount was paid which was being connected to a Motion For Contempt Case filed in Douglas County and served upon Plaintiff on September 24, 2022.

6.

To date, a cancelled check paying this judgment has never surfaced and Defendant's representative named, Adrianna Champagne stated via a phone call made to the Holller Law Firm on January 4, 2023, at around 10am.that The Holler Law Firm received payment from Andre Adams in August 2020 due to a refinancing of 2480 Greythorne Commons, Douglasville, GA 30135 and received a check on or about June 14, 2022 of which this check was a stop payment. This call was made in front of a witness to this conversation.

7.

Defendant conspired with REFUND REALTY LLC to receive garnishment payments from Plaintiff five months after the Writ of Fieri Facias had been cancelled without Plaintiff's knowledge the judgment had been paid.

8.

Plaintiff has been aggrieved as this was civil racketeering behavior due to the Defendant having a pattern of deceiving residents of Georgia which will be proven with witness testimony and court documents in addition to this planned act to deceive the courts.

9.

Emails were disseminated and relied upon with this false information in regard to Plaintiffs judgment and Motion For Contempt.

10.

An entire lawsuit was filed against Plaintiff requesting she be jailed due to this "refinancing/check stop payment" that was never paid or proof of a canceled check for this judgment.

11.

This was an organized plot created on false and deceptive tactics which were intentional misstatements of material present facts of this judgment which was never paid.

12.

This plot to have Plaintiff jailed on this fraudulent act of civil racketeering caused intentional infliction of emotional distress on Plaintiff and extreme and outrageous behavior beyond all bounds of decency.

13.

Defendant having knowledge, with substantial certainty, this judgment had not been paid and was being used in this plot caused the Plaintiff fright, humiliation, anxiety, loss of sleep and nervous shock.

14.

The Defendant intended consequences for the Plaintiff was for her to have to pay the judgement by continuing garnishments even after the judgment had been cancelled in legal court documents.

15.

The Defendant defamed the Plaintiff by participating in a plot which put fraudulent information in court documents which are available to the public.

16.

Defendant caused negligent infliction by not exercising reasonable care in having a garnishment in place on the Plaintiff and not acting according to the rules of this garnishment. Plaintiff's reputation was harmed by this being public knowledge and Defendant working with ex-husband of Plaintiff to have Plaintiff served these fraudulent court papers in front of her family and friends.

17.

Defendant never asked the Plaintiff about the judgment, and he created an intentional act to defraud the courts creating malicious prosecution towards the Plaintiff in creating a fraudulent case on baseless facts.

WHEREFORE, Plaintiff prays that:

(a) That the Court, read and consider Plaintiff's Claim;

(b) The Defendant is found guilty of fraud;

(c) The Defendant is found guilty of intentional infliction of emotional distress;

(d) The Defendant is found guilty of libel defamation;

(e) The Defendant is found guilty of negligent infliction;

(f) The Defendant is found guilty of making false statements;

(g) The Defendant is found guilty of perjury;

(h) The Defendant is found guilty of civil racketeering (RICO);

(i) The Defendant is found guilty of malicious prosecution;

(j) The Defendant has to refund all monies paid toward judgment in the amount of $4611.23.

(k) The Plaintiff is awarded $250,000 for this heinous act and treble punitive damages for concocting a plot to jail the Plaintiff in the amount of a total of $750,000.00.

This ___18___ day of _____January_____, 2023.

**SHERRY ADAMS**

Pro Se Defendant

_____

Georgia Address:

4046 Whistler Drive

Douglasville, GA 30135

770-262-4677
scmdelta30@aol.com