EXHIBIT "2"

Fulton County Superior Court
\*\*\*EFILED\*\*\*JT
Date: 2/13/2023 12:49 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY

### STATE OF GEORGIA

**PLAINIFF:**

Sherry Adams

-Versus-                                  Civil Action No.   2023CV375242

**DEFENDANT:**

Holler Law Firm, LLC

## AFFIDAVIT OF SERVICE

Personally appeared before the undersigned officer duly authorized by law to administer oaths, Danny Davidson, Who, after being duly sworn, deposes and states the following.

Affiant states that he is over 18 years of age, a citizen of the United States, and not related to the Parties herein. Affiant also states he is appointed in the SUPERIOR COURT OF FULTON COUNTY. Statements made are true and correct and are based upon my personal knowledge.

I served Holler Law Firm, LLC with a Statement of Claim by leaving said documents with Ashley Navarro- office manager for Northwest Registered Agent as Registered Agent for Holler Law Firm, LLC at said person's place of Business located at 300 Colonial Center Parkway, Ste# 100N, Roswell, Ga 30076 on 1/26/2023 at 11:04 AM.

Sworn to and subscribed to before me
This ___1st___ day of _February_, 2023

Danny Davidson - Affiant

Notary Public

