## **CERTIFICATE OF SERVICE**

I, Charles Eric Burkett, Esq., hereby certify that on February 27, 2023, a copy of Defendant's Notice of Removal, Exhibits, Certificate of Interested Persons and Corporate Disclosure Statement, and this Certificate of Service were served via by depositing the same in the U. S. Postal Mail, and via electronic mail to the following *pro se* party:

> Sherry Adams
> 4046 Whistler Dr.
> Douglasville, GA 30135
> Scmdelta30@aol.com

  /s/ Charles Eric Burkett, Esq.
Charles Eric Burkett, Esq.
Georgia Bar No. 142557
Holler Law Firm, LLC
185 Plains Rd.; Suite 100W
Milford, CT, 06461
Tel. (203) 301-4333
EBurkett@Hollerlawfirm.com

Deborah P. Everett, Esq.
Admitted in Texas (*pro hac vice* application forthcoming)
Holler Law Firm, LLC
185 Plains Rd.; Suite 100W
Milford, CT, 06461
Tel. (203) 301-4333
Deborah.Everett@Hollerlawfirm.com

Timothy J. Wilson, Esq.
Admitted in Delaware (*pro hac vice* application forthcoming)
Holler Law Firm, LLC
185 Plains Rd.; Suite 100W
Milford, CT, 06461
Tel. (203) 301-4333
TWilsonEsq@Hollerlawfirm.com

*Attorneys for Defendant*

This 27 day of February, 2023.