# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>Plaintiffs,<br><br>vs.<br><br>Sidley Austin LLP,<br><br>Defendant. | CIVIL ACTION NO. |

## DECLARATION OF LINTON J. CHILDS

I, Linton J. Childs, declare as follows:

1. I am the General Counsel of Defendant Sidley Austin LLP ("Sidley"). I submit this declaration regarding Sidley's Notice of Removal. I have personal knowledge of the facts set forth herein.

2. Sidley is a limited liability partnership that maintains its headquarters in Chicago, Illinois.

3. The following is a complete list of Sidley's partners who reside in Illinois: Chris Abbinante, Kelechi Adibe, Suresh Advani, Richard Astle, Elizabeth

Austin, Alina Azizian, Karim Basaria, Beth Berg, Jonathan Blackburn, Mark Blocker, Bruce Braun, Andrew Cardonick, Kathleen Carlson, Sean Carney, Thomas Cauley, Richard Cederoth, John Chamberlin, Elizabeth Chiarello, Linton Childs, Paul Choi, Matthew Clemente, Dennis Coghlan, Joshua Cohen, Neil Conrad, Alexis Cooper, Daniel Craig, James Croke, Thomas Cunningham, Elizabeth Curtin, Meenakshi Datta, Beth Dickstein, Stephanie Dobecki, Joseph Dosch, Charles Douglas, Bradley Drake, Jim Ducayet, Peter Edgerton, Brian Fahrney, Frank Favia Jr., Erin Felchner, Tacy Flint, Lawrence Fogel, Lauren Gallagher, Gary Gerstman, Michael Goldman, T.J. Gordon, David Gordon, Ankur Gupta, Christopher Hale, Teresa Harmon, Michael Heinz, Ian Helmuth, Robert Hochman, David Hoffman, Steven Horowitz, Bradley Howard, Anny Huang, Janelle Ibeling, Pran Jha, Matthew Johnson, Jaime Jones, Kenneth Kansa, Seth Katz, Mark Kaufmann, Brian Kavanaugh, John Kelsh, Colleen Kenney, Sean Keyvan, Benjamin Kirschner, Stephanie Koh, Thomas Labuda Jr., Kelly Lazaroff, Christopher Lee, Robert Lewis, Marketa Lindt, Eileen Liu, Christopher Lokken, Nathaniel Love, Geeta Malhotra, Gregory Marrs, Eric Mattson, John McBride, Elizabeth McCloy, Donielle McCutcheon, Melissa McGrory, Patrick Mellon, Chris Meyer, Joseph Michaels, Tracey Nicastro, Mary Niehaus, Bridget O'Neill, Joseph Paral, Timothy Payne, Corey Perry, Christian Pilhofer, Scott Pollock, Kevin Pryor,

Imad Qasim, Beth Quintana, Michelle Ramirez, Andrea Reed, Thomas Rein, Teresa Reuter, Anthony Ribaudo, Megan Roberts, Daniel Rubinstein, Simon Saddleton, Allison Satyr, Robert Scarborough, Charles Schafer, John Schaff, Charles Schrank, Elizabeth Schubert, Joseph Schwartz, Kristen Seeger, Steven Sexton, Hille Sheppard, Perry Shwachman, Richard Silverman, John Skakun III, Lindsey Smith, Jeffrey Smith, James Snyder, David Solow, Cameron Stanton, Catherine Starks, Kendra Stead, Brent Steele, Scott Stein, Matthew Stoker, Heather Sultanian, Byron Taylor, Amanda Todd, Joanna Travalini, Dennis Twomey, Nilofer Umar, Chad Vance, Paul Veith, Annie Wallis, Jeremy Watson, Trevor Wear, Mark Werner, Roger Wilen, Tracy Williams, Scott Williams, Jack Yamin, and David Zampa.

4. Each of the individuals listed in paragraph 3 of this declaration was a resident of Illinois at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Illinois, with the exception of Thomas Cauley, who is no longer a partner at Sidley.

5. The following is a complete list of Sidley's partners who reside in Utah: Nathan Howell.

6. The individual listed in paragraph 5 of this declaration was a resident of Utah at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Utah.

7. The following is a complete list of Sidley's partners who reside in Indiana: Kara McCall.

8. The individual listed in paragraph 7 of this declaration was a resident of Indiana at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Indiana.

9. The individuals listed in paragraphs 3, 5, and 7 of this declaration represent the complete universe of Sidley's partners. To the best of my knowledge, all of Sidley's partners are residents and citizens of Illinois, Utah, and Indiana.

10. To the extent the Plaintiffs' Complaint purports to name Sidley Austin (NY) LLP, which also does business under the Sidley Austin LLP name, the following is a complete list of partners of that partnership who reside in New York: Daniel Altman, Azad Assadipour, Jim Badke, Adam Barber, Jay Baris, Giselle Barth, Laura Barzilai, Scott Bass, Christian Brause, Francesca Brody, Nicholas Brown, Ram Burshtine, Thomas Califano, Nicholas Cassin, Christina Chianese, Benson Cohen, Melissa Colón-Bosolet, Jennifer Coplan, Alexander Csordas, Sona De, Michael Devins, Ellen Dunn, Tony Feuerstein, Blake Fillion, Pietro Fontana,

Jason Friedhoff, Ching-Lee Fukuda, Samir Gandhi, Oren Gertner, Jeffrey Glick, Robert Golub, Isaac Greaney, Nathan Greene, Alyssa Grikscheit, Istvan Hajdu, Stephen Hessler, Andrew Holland, Neil Horner, Martin Jackson, Grace Jamgochian, Eamon Joyce, Alex Kaplan, David Katz, Jesse Kean, Joseph Kelly, Jonathan Kelly, Asi Kirmayer, Laurin Kleiman, Michael Kohler, Steven Kolyer, Steven Koppel, John Kuster, Richard Leavy, Sharon Lee, Geoffrey Levin, Heidi Levine, Michael Levy, Kai Liekefett, Kirk Lipsey, Joan Loughnane, Scott Macdonald, Justin Macke, William Mahouski, Michael Mann, Lara Mehraban, Patrick Michel, David Mollo-Christensen, James Munsell, Patricia Murphy, Benjamin Nagin, Simon Navarro, Charlotte Newell, David Ni, Anthony Norris, Michele Nudelman, Jonathan Nunes, James O'Connor, Vincent Onorato, Tom Paskowitz, Leslie Plaskon, Alexa Poletto, Alexi Poretz, Barry Rashkover, Christopher Rile, Alan Rothman, Joshua Rovine, Alex Rovira, Steven Rutkovsky, Zuza Savoff, Michael Schmidtberger, Nicholas Schwartz, Daniel Serota, Bartholomew Sheehan III, Yoshiki Shimada, Eli Shindelman, Jennifer Spiegel, David Sylofski, Carla Teodoro, Kenny Terrero, Chaim Theil, Joshua Thompson, Lara Thyagarajan, Timothy Treanor, Clinton Uhlir, Eno Usoro, Adam Verstandig, Michiel Visser, Brien Wassner, Alan Weil, Adam Weinstein, Jessica Wood, Aviva Yakren, and Aryeh Zarchan.

11. Each of the individuals listed in paragraph 10 of this declaration was a resident of New York at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of New York, with the exceptions of Nicholas Cassin, who joined the Sidley partnership after January 13, 2023, and David Mollo-Christensen, who is no longer a partner at Sidley.

12. The following is a complete list of Sidley Austin (NY) LLP partners who reside in New Jersey: Ayo Badejo, Kevin Blauch, Michael Burke, Daniel Choi, Nancy Chung, Nicholas Crowell, Gerard Cummins, William Curtin, David Form, Joseph Gottlieb, Holly Gregory, Tara Higgins, Robert Kao, Robert Kreitman, William Massey, Prabhat Mehta, Edward Petrosky, Mark Poole, Robert Ryan, Gabriel Saltarelli, Michael Schiavone, Sara Shouse, Andrew Stern, Noam Waltuch, Eric Wolf, and Hagai Zaifman.

13. Each of the individuals listed in paragraph 12 of this declaration was a resident of New Jersey at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of New Jersey.

14. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Connecticut: Charles Baker, Christopher Barbuto, Kevin Burke, John Butler, James Heyworth, Brian Krisberg, Diane McEnroe, Daniel O'Shea, Myles Pollin, and Johnny Skumpija.

15. Each of the individuals listed in paragraph 14 of this declaration was a resident of Connecticut at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Connecticut.

16. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Illinois: Michael Gordon.

17. The individual listed in paragraph 16 of this declaration was a resident of Illinois at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Illinois.

18. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Maryland: Anthony Grossi.

19. The individual listed in paragraph 18 of this declaration was a resident of Maryland at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Maryland.

20. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Michigan: Daniel Spies.

21. The individual listed in paragraph 20 of this declaration was a resident of Michigan at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Michigan.

22. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Maine: Corin Swift.

23. The individual listed in paragraph 22 of this declaration was a resident of Maine at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Maine.

24. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Pennsylvania: Elizabeth Tabas Carson.

25. The individual listed in paragraph 24 of this declaration was a resident of Pennsylvania at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Pennsylvania.

26. The following is a complete list of Sidley Austin (NY) LLP partners who reside in Nevada: R.J. Carlson.

27. The individual listed in paragraph 26 of this declaration was a resident of Nevada at the time the underlying complaint in this action was filed on January 13, 2023, and remains a resident of Nevada.

28. The individuals listed in paragraphs 10, 12, 14, 16, 18, 20, 22, 24, and 26 of this declaration represent the complete universe of Sidley Austin (NY) LLP partners. To the best of my knowledge, all of the Sidley Austin (NY) LLP partners

are residents and citizens of New York, New Jersey, Connecticut, Illinois, Maryland, Michigan, Maine, Pennsylvania, and Nevada.

29.     Neither of these partnerships, nor any of their affiliated partnerships, has any partners who are citizens of Georgia or Puerto Rico.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 27, 2023, at Chicago, Illinois.

*/s/ Linton J. Childs*
Linton J. Childs
