UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Luis Alfredo Cáceres and Luis Angel Cáceres, Individually, as executor of the Estate of Alfredo Cáceres, and as trustee of the Luis Angel Cáceres Charitable Remainder Unitrust,<br><br>Plaintiffs,<br><br>vs.<br><br>Sidley Austin LLP,<br><br>Defendant. | CIVIL ACTION NO. |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Sidley Austin LLP ("Sidley") submits its certificate of interested persons and corporate disclosure statement:

(1)     The undersigned counsel of record for Defendant certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

<u>Plaintiffs:</u>

Luis Alfredo Cáceres
Luis Angel Cáceres

<u>Defendant:</u>

Sidley Austin LLP

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this case.

None.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For Plaintiffs</u>

Michael E. Brooks
Jill Warner
Brookes & Warner LLC

Scott F. Hessell
Clayton Faits
Sperling & Slater, P.C.

<u>For Defendant</u>

Michael A. Caplan
Jarred A. Klorfein
Caplan Cobb LLC

Brad D. Brian
Xiaonan April Hu
Munger, Tolles & Olson LLP

(4a)   Based on the allegations in the Complaint, the undersigned further certifies that the following is a complete list of the citizenship of the Plaintiffs:

Plaintiffs

Luis Alfredo Cáceres – Puerto Rico
Luis Angel Cáceres – Puerto Rico

(4b)   The undersigned further certifies that the following is a complete list of all Sidley partners and their places of residence, and that Sidley is not a citizen of Puerto Rico.

Defendant

Chris Abbinante – Illinois
Kelechi Adibe – Illinois
Suresh Advani – Illinois
Richard Astle – Illinois
Elizabeth Austin – Illinois
Alina Azizian – Illinois
Karim Basaria – Illinois
Beth Berg – Illinois
Jonathan Blackburn – Illinois
Mark Blocker – Illinois
Bruce Braun – Illinois
Andrew Cardonick – Illinois
Kathleen Carlson – Illinois
Sean Carney – Illinois
Richard Cederoth – Illinois
John Chamberlin – Illinois
Elizabeth Chiarello – Illinois

3

Linton Childs – Illinois
Paul Choi – Illinois
Matthew Clemente – Illinois
Dennis Coghlan – Illinois
Joshua Cohen – Illinois
Neil Conrad – Illinois
Alexis Cooper – Illinois
Daniel Craig – Illinois
James Croke – Illinois
Thomas Cunningham – Illinois
Elizabeth Curtin – Illinois
Meenakshi Datta – Illinois
Beth Dickstein – Illinois
Stephanie Dobecki – Illinois
Joseph Dosch – Illinois
Charles Douglas – Illinois
Bradley Drake – Illinois
Jim Ducayet – Illinois
Peter Edgerton – Illinois
Brian Fahrney – Illinois
Frank Favia Jr. – Illinois
Erin Felchner – Illinois
Tacy Flint – Illinois
Lawrence Fogel – Illinois
Lauren Gallagher – Illinois
Gary Gerstman – Illinois
Michael Goldman – Illinois
T.J. Gordon – Illinois
David Gordon – Illinois
Ankur Gupta – Illinois
Christopher Hale – Illinois
Teresa Harmon – Illinois
Michael Heinz – Illinois
Ian Helmuth – Illinois
Robert Hochman – Illinois
David Hoffman – Illinois
Steven Horowitz – Illinois
Bradley Howard – Illinois

Nathan Howell – Utah
Anny Huang – Illinois
Janelle Ibeling – Illinois
Pran Jha – Illinois
Matthew Johnson – Illinois
Jaime Jones – Illinois
Kenneth Kansa – Illinois
Seth Katz – Illinois
Mark Kaufmann – Illinois
Brian Kavanaugh – Illinois
John Kelsh – Illinois
Colleen Kenney – Illinois
Sean Keyvan – Illinois
Benjamin Kirschner – Illinois
Stephanie Koh – Illinois
Thomas Labuda Jr. – Illinois
Kelly Lazaroff – Illinois
Christopher Lee – Illinois
Robert Lewis – Illinois
Marketa Lindt – Illinois
Eileen Liu – Illinois
Christopher Lokken – Illinois
Nathaniel Love – Illinois
Geeta Malhotra – Illinois
Gregory Marrs – Illinois
Eric Mattson – Illinois
John McBride – Illinois
Kara McCall – Indiana
Elizabeth McCloy – Illinois
Donielle McCutcheon – Illinois
Melissa McGrory – Illinois
Patrick Mellon – Illinois
Chris Meyer – Illinois
Joseph Michaels – Illinois
Tracey Nicastro – Illinois
Mary Niehaus – Illinois
Bridget O'Neill – Illinois
Joseph Paral – Illinois

Timothy Payne – Illinois
Corey Perry – Illinois
Christian Pilhofer – Illinois
Scott Pollock – Illinois
Kevin Pryor – Illinois
Imad Qasim – Illinois
Beth Quintana – Illinois
Michelle Ramirez – Illinois
Andrea Reed – Illinois
Thomas Rein – Illinois
Teresa Reuter – Illinois
Anthony Ribaudo – Illinois
Megan Roberts – Illinois
Daniel Rubinstein – Illinois
Simon Saddleton – Illinois
Allison Satyr – Illinois
Robert Scarborough – Illinois
Charles Schafer – Illinois
John Schaff – Illinois
Charles Schrank – Illinois
Elizabeth Schubert – Illinois
Joseph Schwartz – Illinois
Kristen Seeger – Illinois
Steven Sexton – Illinois
Hille Sheppard – Illinois
Perry Shwachman – Illinois
Richard Silverman – Illinois
John Skakun III – Illinois
Lindsey Smith – Illinois
Jeffrey Smith – Illinois
James Snyder – Illinois
David Solow – Illinois
Cameron Stanton – Illinois
Catherine Starks – Illinois
Kendra Stead – Illinois
Brent Steele – Illinois
Scott Stein – Illinois
Matthew Stoker – Illinois

    Heather Sultanian – Illinois
    Byron Taylor – Illinois
    Amanda Todd – Illinois
    Joanna Travalini – Illinois
    Dennis Twomey – Illinois
    Nilofer Umar – Illinois
    Chad Vance – Illinois
    Paul Veith – Illinois
    Annie Wallis – Illinois
    Jeremy Watson – Illinois
    Trevor Wear – Illinois
    Mark Werner – Illinois
    Roger Wilen – Illinois
    Tracy Williams – Illinois
    Scott Williams – Illinois
    Jack Yamin – Illinois
    David Zampa – Illinois

    4(c)    To the extent the Complaint purports to name Sidley Austin (NY) LLP, which also does business under the Sidley Austin LLP name, the undersigned further certifies that the following is a complete list of all partners of that partnership and their places of residence, and that Sidley Austin (NY) LLP is not a citizen of Puerto Rico.

    Daniel Altman – New York
    Azad Assadipour – New York
    Ayo Badejo – New Jersey
    Jim Badke – New York
    Charles Baker – Connecticut
    Adam Barber – New York
    Christopher Barbuto – Connecticut
    Jay Baris – New York
    Giselle Barth – New York
    Laura Barzilai – New York

Scott Bass – New York
Kevin Blauch – New Jersey
Christian Brause – New York
Francesca Brody – New York
Nicholas Brown – New York
Kevin Burke - Connecticut
Michael Burke – New Jersey
Ram Burshtine – New York
John Butler – Connecticut
Thomas Califano – New York
R.J. Carlson – Nevada
Elizabeth Tabas Carson – Pennsylvania
Nicholas Cassin – New York
Christina Chianese – New York
Daniel Choi – New Jersey
Nancy Chung – New Jersey
Benson Cohen – New York
Melissa Colón-Bosolet – New York
Jennifer Coplan – New York
Nicholas Crowell – New Jersey
Alexander Csordas – New York
Gerard Cummins – New Jersey
William Curtin – New Jersey
Sona De – New York
Michael Devins – New York
Ellen Dunn – New York
Tony Feuerstein – New York
Blake Fillion – New York
Pietro Fontana – New York
David Form – New Jersey
Jason Friedhoff – New York
Ching-Lee Fukuda – New York
Samir Gandhi – New York
Oren Gertner – New York
Jeffrey Glick – New York
Robert Golub – New York
Michael Gordon – Illinois
Joseph Gottlieb – New Jersey

Isaac Greaney – New York
Nathan Greene – New York
Holly Gregory – New Jersey
Alyssa Grikscheit – New York
Anthony Grossi – Maryland
Istvan Hajdu – New York
Stephen Hessler – New York
James Heyworth – Connecticut
Tara Higgins – New Jersey
Andrew Holland – New York
Neil Horner – New York
Martin Jackson – New York
Grace Jamgochian – New York
Eamon Joyce – New York
Alex Kaplan – New York
Robert Kao – New Jersey
David Katz – New York
Jesse Kean – New York
Joseph Kelly – New York
Jonathan Kelly – New York
Asi Kirmayer – New York
Laurin Kleiman – New York
Michael Kohler – New York
Steven Kolyer – New York
Steven Koppel – New York
Robert Kreitman – New Jersey
Brian Krisberg – Connecticut
John Kuster – New York
Richard Leavy – New York
Sharon Lee – New York
Geoffrey Levin – New York
Heidi Levine – New York
Michael Levy – New York
Kai Liekefett – New York
Kirk Lipsey – New York
Joan Loughnane – New York
Scott Macdonald – New York
Justin Macke – New York

William Mahouski – New York
Michael Mann – New York
William Massey – New Jersey
Diane McEnroe – Connecticut
Lara Mehraban – New York
Prabhat Mehta – New Jersey
Patrick Michel – New York
James Munsell – New York
Patricia Murphy – New York
Benjamin Nagin – New York
Simon Navarro – New York
Charlotte Newell – New York
David Ni – New York
Anthony Norris – New York
Michele Nudelman – New York
Jonathan Nunes – New York
James O'Connor – New York
Daniel O'Shea – Connecticut
Vincent Onorato – New York
Tom Paskowitz – New York
Edward Petrosky – New Jersey
Leslie Plaskon – New York
Alexa Poletto – New York
Myles Pollin – New Jersey
Mark Poole – New Jersey
Alexi Poretz – New York
Barry Rashkover – New York
Christopher Rile – New York
Alan Rothman – New York
Joshua Rovine – New York
Alex Rovira – New York
Steven Rutkovsky – New York
Robert Ryan – New Jersey
Gabriel Saltarelli – New Jersey
Zuza Savoff – New York
Michael Schiavone – New Jersey
Michael Schmidtberger – New York
Nicholas Schwartz – New York

Daniel Serota – New York
Bartholomew Sheehan III – New York
Yoshiki Shimada – New York
Sara Shouse – New Jersey
Eli Shindelman – New York
Johnny Skumpija – Connecticut
Jennifer Spiegel – New York
Daniel Spies – Michigan
Andrew Stern – New Jersey
Corin Swift - Maine
David Sylofski – New York
Carla Teodoro – New York
Kenny Terrero – New York
Chaim Theil – New York
Joshua Thompson – New York
Lara Thyagarajan – New York
Timothy Treanor – New York
Clinton Uhlir – New York
Eno Usoro – New York
Adam Verstandig – New York
Michiel Visser – New York
Noam Waltuch – New Jersey
Brien Wassner – New York
Alan Weil – New York
Adam Weinstein – New York
Eric Wolf – New Jersey
Jessica Wood – New York
Aviva Yakren – New York
Hagai Zaifman – New Jersey
Aryeh Zarchan – New York

Respectfully submitted this 27th day of February, 2023.

DATED:  February 27, 2023          CAPLAN COBB LLC

By:     /s/ Michael A. Caplan

MICHAEL A. CAPLAN (GA Bar No. 601039)
mcaplan@caplancobb.com
JARRED A. KLORFEIN (GA Bar No. 562965)
jklorfein@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street, N.E.
Suite 2700
Atlanta, Georgia 30309
Telephone:  (404) 596-5600
Facsimile:   (404) 596-5604

DATED:  February 27, 2023          MUNGER, TOLLES & OLSON LLP

By:     /s/ Brad D. Brian
BRAD D. BRIAN (*pro hac vice* forthcoming)
brad.brian@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

XIAONAN APRIL HU (*pro hac vice* forthcoming)
April.Hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW.
Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:   (202) 220-2300

*Attorneys for Defendant*

12

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared in Times New Roman font, 14-point type, and complies with Local Rule 5.1(C).

>  */s/ Michael A. Caplan*
> Michael A. Caplan

# CERTIFICATE OF SERVICE

On February 27, 2023, I electronically filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT through the Court's CM/ECF system. I hereby certify that on that same date, I served a true and correct copy of the foregoing document on Plaintiffs' counsel of record via certified mail, return receipt requested, to the below listed addresses:

Michael E. Brooks
Jill Warner
Brooks & Warner LLC
1768 Century Boulevard NE, Suite B
Atlanta, Georgia 30345

Scott F. Hessell
Clayton Faits
Sperling & Slater, P.C.
55 West Monroe St., Suite 3200
Chicago, Illinois 60603

Counsel for Plaintiffs

/s/ Michael A. Caplan
Michael A. Caplan