## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ALBERT MANDRILL TOOMBS, | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## Certificate of Compliance

    I certify that the documents to which this certificate is attached have been prepared with the font of Book Antigua and point selections of 13 point, which is approved by the Court in LR 5.1C for documents prepared by computer.

                                         /s/ *Howard D. Olinsky*
                                         Howard D. Olinsky, Esq.
                                         Attorney for Plaintiff