# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALBERT MANDRILL TOOMBS, ) | |
|         Plaintiff, ) | Civil Action No. |
| v. ) | |
| ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
|         Defendant. ) | |

## Certificate of Interested Persons and Corporate Disclosure Statement

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A) Albert Mandrill Toombs, Plaintiff

    B) Olinsky and Associates, PLLC (d/b/a Olinsky Law Group), representing Plaintiff;

    C) Commissioner of Social Security, Defendant

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A) Albert Mandrill Toombs (Plaintiff);

B) Olinsky and Associates, PLLC (d/b/a Olinsky Law Group) (representing Plaintiff);

C) Commissioner of Social Security (Defendant);

**(3)** The undersigned further certifies there are no known interested persons other than the plaintiff, defendant, and their respective counsel.

**(4)** The undersigned further certifies that, to date, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

A) Howard D. Olinsky, Esq., Attorney for Plaintiff.

Submitted this 28th day of February, 2023.

BY: **/s/ *Howard D. Olinsky***
Howard D. Olinsky, Esq.
GA Bar No. 865591
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Phone: (315) 701-5780
Fax: (315) 701-5781
holinsky@windisability.com