# EXHIBIT A

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

## This docket is current through 02/28/2023

Today's Date: 2/28/2023
Source: Superior Court, Fulton COUNTY, Georgia

**DISCLAIMER**

This Data is provided for informational purposes only and it is not the official record. For copies of the official record (of an incarceration, conviction or court filing record) contact the source agency or court. In addition to any obligations under your Subscriber Agreement, your use of this data may be governed by the Supplier Additional Terms (see Footer).

**CASE INFORMATION**

| | |
|---|---|
| Case Title: | Joseph A. Patton v. Siri Networks America, LLC |
| Court: | Superior Court, Fulton COUNTY |
| Case Number: | 2023CV375496 |
| Case Type: | Civil |
| Case Subtype: | Contract/Account |
| Date Filed: | 01/27/2023 |
| Judge: | Melynee Leftridge |
| Location: | Ej11 |
| Case Status: | Open |
| Case Status Date: | 01/27/2023 |

**PARTICIPANT INFORMATION**

### Joseph A. Patton

| | |
|---|---|
| Type: | Plaintiff |
| Attorney: | Todd J. Poole |
| Attorney Status: | Retained |

### Siri Networks America, LLC

| | |
|---|---|
| Type: | Defendant |

**DOCKET PROCEEDINGS (3)**

| Date: | Entry #: | Description: | Date Docketed: | Party: | | |
|---|---|---|---|---|---|---|
| 02/02/2023 | | Docket Entry: Acknowledgment Of Service | | | View | Add to request |
| 01/27/2023 | | Docket Entry: Case Initiation Form | | | View | Add to request |

| 01/27/2023 | **Docket Entry:** Plaintiff's Original Petition | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document** © 2023 Thomson Reuters. No claim to original U.S. Government Works.



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH A. PATTON,<br><br>Plaintiff,<br><br>v.<br><br>SIFI NETWORKS AMERICA, LLC,<br><br>Defendant. | Civil Action File No. 2023CV375496 _____ |

## COMPLAINT

Plaintiff Joseph A. Patton files this Complaint against Defendant SiFi Networks America, LLC ("SiFi"), and respectfully shows this Court the following:

### PARTIES AND JURISDICTION

1. Plaintiff is an individual resident of Georgia and is subject to the jurisdiction of this Court.

2. SiFi is a foreign corporation formed under Delaware law with a principal place of business in New Jersey. SiFi may be served with process by serving its registered agent Corporation Service Company, at 251 Little Falls Drive, Wilmington, DE 19808.

3. This Court has jurisdiction under the Georgia Long Arm Statute over all claims raised in this case because SiFi committed torts in Georgia and conducts

business in Georgia. *See* O.C.G.A. § 9-10-91(2), (3).

4. Venue is proper in this Court.

## STATEMENT OF FACTS

5. SiFi's parent company, SiFi Networks n/k/a NetPMD Design and Integration Limited, a corporation organized under the laws of the United Kingdom, is in the business of installing fiberoptic communication networks, and related business pursuits, throughout the world.

6. SiFi was created to market its parent company's business activities and to install fiberoptic communications networks in municipalities in the United States.

7. Prior to October 2021, SiFi personnel, including CEO Ben Bawtree-Jobson, began discussions with Mr. Patton regarding his leaving his prior employer and joining SiFi as an employee.

8. SiFi personnel made representations to Mr. Patton that induced him to leave his prior employer and join SiFi as an employee.

9. Specifically, SiFi personnel represented to Mr. Patton that he would be designated as a member of the "key man" group, which SiFi estimated at a value of about $1,000,000.

10. The value of the key man group is based in large part on the company's claimed ownership of the physical network assets.

11. This representation was made to Mr. Patton with fraudulent intent and under false pretenses to induce him to leave his prior employer and join SiFi as an employee, because Mr. Patton had significant options, bonuses, and other compensation benefits at his prior employer.

12. In fact, Mr. Patton was never compensated as a member of the key man group during his employment with SiFi.

13. In discussing his leaving his prior employer, SiFi personnel also represented to Mr. Patton that SiFi owned all the assets that it was engaged in installing in the United States.

14. This representation was significant, because in the industry, a company's value—and thus the value of the incentives, bonuses, and employment relationship Mr. Patton was being offered—is significantly impacted by, and directly correlated to, its ownership of the physical network assets.

15. This representation was false, and SiFi personnel were aware that it was false and that SiFi did not, in fact, own any of the physical network assets it installed. Instead, as its standard business practice, SiFi created single-purpose entities to be wholly owned and controlled by a funding company, not SiFi.

16. Mr. Patton was induced by the false statements and other representations to leave his prior employer, and he signed an employment contract with SiFi on October 4, 2021. A copy of the contract is attached as Exhibit 1.

17. Mr. Patton began working for SiFi on November 1, 2021.

18. Soon after joining SiFi as an employee, Mr. Patton discovered that the representations that had been made to him were false.

19. Mr. Patton then raised his concerns about the false representations to SiFi management.

20. Further, Mr. Patton had managerial responsibility for George Tempelman, one of SiFi's Europe-based employees, but found working with her to be exceptionally difficult, and he requested that she be terminated.

21. Mr. Patton's management and requested termination of Ms. Tempelman was, in fact, prohibited by SiFi management, because founder Mike Harris and Ms. Tempelman were involved in a romantic relationship together.

22. Mr. Patton raised concerns about the difficulties working with Ms. Tempelman to management.

23. Mr. Patton also raised concerns about certain conflict of interest issues with company projects that were being created by SiFi founder Michael Harris.

24. In response to Mr. Patton's raising these concerns, SiFi terminated Mr. Patton in a telephone call on July 22, 2022, which was confirmed by letter dated July 25, 2022. A copy of the termination letter is attached as Exhibit 2.

25. Although SiFi claimed that it was terminating Mr. Patton for cause, there is no support for its claim, as SiFi never raised any performance issues prior

to the termination letter.

26. Moreover, the termination letter was in response to, and retaliation for, Mr. Patton's raising concerns to management.

27. In the weeks and months following Mr. Patton's termination, SiFi closed at least two deals that Mr. Patton and his team had been working on, in amounts that would have generated significant commissions or bonuses to Mr. Patton.

28. SiFi has never paid commissions to Mr. Patton in accordance with the terms of the employment contract.

## COUNT ONE
## BREACH OF CONTRACT

29. The employment contract requires that SiFi pay "any earned but unpaid Commission and Base Compensation for a period of up to but not exceeding twenty-four (24) months from the Start Date." *See* Exhibit 2, ¶ 6.a.

30. Moreover, the employment contract requires that Sifi give one year notice prior to terminating the employment arrangement for its own convenience. *See* Exhibit 2, ¶ 6.a.

31. Because there was no justification for the termination, SiFi's termination of Mr. Patton was solely for its own convenience.

32. SiFi breached the employment contract, and the implied duty of good faith and fair dealing, by terminating Mr. Patton "with cause," solely for its own

convenience and to avoid paying compensation and commissions owed to him under the plain terms of the employment contract.

33. As a result of SiFi's unjustified breach of the employment contract, Mr. Patton has been damaged in an amount equal to the amount of unpaid compensation and commissions that he should have been paid by SiFi.

## COUNT TWO
## FRAUD IN THE INDUCEMENT

34. Through its personnel, SiFi made representations to Mr. Patton regarding the value of his key man designation and its ownership of the physical network assets that it was engaged in the business of installing in the U.S.

35. SiFi was aware that these representations were false.

36. SiFi knowingly made these false representations to induce Mr. Patton to sign the employment contract.

37. If Mr. Patton had known that SiFi's representations were false, he would not have signed the employment contract.

38. As a result of SiFi's fraudulent inducement of Mr. Patton to sign the employment contract, Mr. Patton has been damaged in an amount equal to the lost options, bonuses, and other compensation benefits he had at his prior employer.

## COUNT THREE
## ATTORNEY'S FEES AND EXPENSES OF LITIGATION

39. SiFi has acted in bad faith, have been stubbornly litigious and has

caused Mr. Patton unnecessary trouble and expense, through their actions prior to this lawsuit.

40.   Based on SiFi's conduct, Mr. Patton is entitled to reasonable attorney's fees and expenses of litigation under O.C.G.A. § 13-6-11.

### **PRAYER FOR RELIEF**

Plaintiff respectfully requests that this Court:

- Conduct a trial by jury on all issues so triable;

- Enter an order awarding damages under Count One in an amount to be determined by the evidence at trial;

- Enter an order awarding damages under Count Two in an amount to be determined by the evidence at trial;

- Enter an order awarding attorney's fees and costs of litigation under Count Three under O.C.G.A. § 13-6-11 against Defendant; and

- For such other relief as this Court may deem just and proper.

Respectfully submitted this 27th day of January, 2023.

/s/ Bret Moore
Todd J. Poole
Georgia Bar No. 583755
Bret S. Moore
Georgia Bar No. 601608
Counsel for Plaintiff
POOLE HUFFMAN, LLC
3562 Habersham at Northlake

Building J, Suite 200
Tucker, Georgia 30084
(404) 373-4008
(888) 709-5723 fax
todd@poolehuffman.com
bret@poolehuffman.com

Fulton County Superior Court
***EFILED***LW
Date: 1/27/2023 3:36 PM
Cathelene Robinson, Clerk

**General Civil and Domestic Relations Case Filing Information Form**

■ **Superior or** ☐ **State Court of** ___Fulton_____ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** __1/27/2023__ | **Case Number** __2023CV375496__ |
| MM-DD-YYYY | |

**Plaintiff(s)**

| Patton | Joseph | A. | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

| SiFi Networ | America, LL | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** __Todd Poole_____ **State Bar Number** __583755____ **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☑ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**                                **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH A. PATTON,<br><br>Plaintiff,<br><br>v.<br><br>SIFI NETWORKS AMERICA, LLC,<br><br>Defendant. | Civil Action File No. 2023CV375496 |

**ACKNOWLEDGMENT OF SERVICE AND STIPULATION**

Pursuant to O.C.G.A. § 9-10-73, Defendant SiFi Networks America, LLC, in the above-styled civil action, by and through its below counsel of record, hereby acknowledges service of the Summons and Complaint as of the date set forth below. Defendant SiFi Networks America, LLC acknowledges, by signing this document, that Plaintiff has complied with all service of process requirements under Georgia law as of the date set forth below, while reserving any and all other defenses herein. The Parties stipulate that any responsive pleading in this action will be timely filed on or before March 6, 2023.

This 2nd day of February, 2023.

/s/ Bret Moore
Todd J. Poole
Georgia Bar No. 583755

/s/ Kathryn McConnell
Kathryn McConnell
Georgia Bar No. 265509

| | |
|---|---|
| Bret S. Moore | Philip L. Lu |
| Georgia Bar No. 601608 | Georgia Bar No. 890037 |
| Counsel for Plaintiff | Counsel for Defendants |
| POOLE HUFFMAN, LLC | LITTLER MENDELSON, P.C. |
| 3562 Habersham at Northlake | 3424 Peachtree Road |
| Building J, Suite 200 | Suite 1200 |
| Tucker, Georgia 30084 | Atlanta, GA 303326 |
| (404) 373-4008 | (404) 233-0330 |
| (888) 709-5723 fax | (404) 233-2361 fax |
| todd@poolehuffman.com | kmcconnell@littler.com |
| bret@poolehuffman.com | plu@littler.com |