# EXHIBIT B

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH A. PATTON,<br><br>Plaintiff,<br><br>v.<br><br>SIFI NETWORKS AMERICA, LLC,<br><br>Defendant. | Civil Action File No. 2023CV375496 |

**ACKNOWLEDGMENT OF SERVICE AND STIPULATION**

Pursuant to O.C.G.A. § 9-10-73, Defendant SiFi Networks America, LLC, in the above-styled civil action, by and through its below counsel of record, hereby acknowledges service of the Summons and Complaint as of the date set forth below. Defendant SiFi Networks America, LLC acknowledges, by signing this document, that Plaintiff has complied with all service of process requirements under Georgia law as of the date set forth below, while reserving any and all other defenses herein. The Parties stipulate that any responsive pleading in this action will be timely filed on or before March 6, 2023.

This 2nd day of February, 2023.

/s/ Bret Moore
Todd J. Poole
Georgia Bar No. 583755

/s/ Kathryn McConnell
Kathryn McConnell
Georgia Bar No. 265509

| | |
|---|---|
| Bret S. Moore | Philip L. Lu |
| Georgia Bar No. 601608 | Georgia Bar No. 890037 |
| Counsel for Plaintiff | Counsel for Defendants |
| POOLE HUFFMAN, LLC | LITTLER MENDELSON, P.C. |
| 3562 Habersham at Northlake | 3424 Peachtree Road |
| Building J, Suite 200 | Suite 1200 |
| Tucker, Georgia 30084 | Atlanta, GA 303326 |
| (404) 373-4008 | (404) 233-0330 |
| (888) 709-5723 fax | (404) 233-2361 fax |
| todd@poolehuffman.com | kmcconnell@littler.com |
| bret@poolehuffman.com | plu@littler.com |