# EXHIBIT  E

### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

JOSEPH A. PATTON,

          Plaintiff,

v.

SIFI NETWORKS AMERICA, LLC,

          Defendant.

CASE NO. 2023cv375496

### NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL

TO:    Clerk of Court
        141 Pryor St. SW
        Atlanta, GA 30303

PLEASE TAKE NOTICE that SiFi Networks America, LLC ("SiFi"), Defendant in the above-captioned case, has filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, for removal of the above-captioned action to that United States District Court. A true and correct copy of that Notice of Removal (without exhibits) is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of that Notice with this Court, immediately effects the removal of this action, and this Court may proceed no further unless the case is remanded.

Respectfully submitted this 28th day of February, 2023.

/s/*Kathryn McConnell*
Kathryn McConnell
Georgia Bar No. 265509
kmcconnell@littler.com

Philip L. Lu
Georgia Bar No. 890037
plu@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road, NE, Suite 1200
Atlanta, Georgia  30326
Telephone:     (404) 233-0330
Facsimile:      (404) 233-2361

*Counsel for Defendant SiFi Networks America,
LLC.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of February, 2023, I served a copy of the foregoing

**NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL** by electronically filing

the same with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all attorneys of record, including:

Todd J. Poole
Bret S. Moore
Poole Huffman, LLC
3562 Habersham at Northlake
Building J, Suite 200
Tucker, Georgia 30084
todd@poolehuffman.com
bret@poolehuffman.com

/s/ *Kathryn McConnell*
Kathryn McConnell
Georgia Bar No. 265509