# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOSEPH A. PATTON,<br><br>　　　　　Plaintiff,<br>v.<br><br>SIFI NETWORKS AMERICA, LLC,<br><br>　　　　　Defendant. | Civil Action No. |

## DEFENDANT SIFI NETWORKS AMERICA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant SiFi Networks America, LLC ("SiFi" or "Defendant") by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, N.D. Ga., hereby submits its Certificate of Interested Persons and Corporate Disclosure statement.

(1)　The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.

SiFi Networks America, LLC (a fully owned subsidiary of SiFi Networks America Limited); SiFi Networks America Limited; Joseph A. Patton.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

- Counsel for Plaintiff, Poole Huffman, LLC:

  Bret S. Moore and Todd J. Poole
  POOLE HUFFMAN, LLC
  3562 Habersham at Northlake
  Building J, Suite 200
  Tucker, Georgia 30084

- Counsel for Defendant SiFi Networks America, LLC:

  Kathryn McConnell and Philip L. Lu
  LITTLER MENDELSON, P.C.
  3424 Peachtree Road, N.E.
  Suite 1200
  Atlanta, GA 30326

Dated: February 28, 2023.                Respectfully submitted,

                                         /s/Kathryn McConnell
                                         Kathryn McConnell
                                         Georgia Bar No. 265509
                                         kmcconnell@littler.com
                                         Philip L. Lu

Georgia Bar No. 890037
plu@littler.com
LITTLER MENDELSON, P.C.
3424 Peachtree Road, N.E., Suite 1200
Atlanta, GA 30326
Telephone:   404.233.0330
Facsimile:    404.233.2361

Attorneys for Defendant
SiFi Networks America, LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH A. PATTON,<br><br>   Plaintiff,<br>v.<br>SIFI NETWORKS AMERICA, LLC,<br><br>   Defendant. | Civil Action No. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing **DEFENDANT SIFI NETWORKS AMERICA, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court via the CM/ECF system, and a copy of same will be sent via U.S. Mail upon the following counsel:

Todd J. Poole
Bret S. Moore
Poole Huffman, LLC
3562 Habersham at Northlake
Building J, Suite 200
Tucker, Georgia 30084
todd@poolehuffman.com
bret@poolehuffman.com

      */s/ Kathryn McConnell*
      Kathryn McConnell
      Georgia Bar No. 265509
      Attorney for Defendant

4