| | |
|---|---|
| Civil Action: 23-C-00397-S5<br>Date Filed: January 20, 2023 | IN THE STATE COURT OF GWINNETT COUNTY;<br>STATE OF GEORGIA |

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

23-C-00397-S5
2/1/2023 10:13 AM
TIANA P. GARNER, CLERK

**Attorney's or Plaintiff's Address & Telephone Number:**

Rosamunde Epstein

c/o Michael B. Weinstein; MBW Law, LLC

3050 Amwiler Road, Suite 200-C

Atlanta, Georgia 30360

(404) 228-2629

**Rosamunde Epstein**

PLAINTIFF

vs.

**Safeco Insurance Company of Indiana**

DEFENDANT

**Name and Address of Defendant to be served:**
Safeco Insurance Company of Indiana
c/o Corporation Service Company

2 Sun Court, Suite 400

Peachtree Corners, Georgia 30092

GARNISHEE

COST OF SERVICE $ 50.00
**SPECIAL AGENT'S AFFIDAVIT OF ENTRY OF SERVICE**

DATE OF SERVICE:  January 30, 2023 @ 2:40 pm EDT   (This date must be written and clearly legible on def./garnishee's copy)

[ ] **PERSONAL** Place of Service [ ] same as above; [ ] other, as follows: _____
I served this def./garnishee with a copy of the action & summons:

[ ] **NOTORIOUS** I served Def./Garnishee by leaving a copy of the action and summons at the most notorious place of abode in the county:
Delivered the same to _____ described as follows: approximate age_ years; approximate weight_pounds; approximate height___feet and ___inches, living at the residence of the defendant.

[ X ] **CORPORATION** Upon corporation: **Safeco Insurance Company of Indiana, 175 Berkeley Street, Boston, MA 02116**

By serving:_____ in charge of the office and place of business of the corporation in this county.

By serving **Alisha M. Smith, c/o Corporation Service Company**, its registered agent.

[ ] **TACK & MAIL** I served the defendant by posting a copy to the door of the defendant's premises designated above in the affidavit and, on the same day, by depositing a true copy in the mail with first class postage in an envelope properly addressed to the address shown in the summons with adequate notice to answer the summons at the place stated in the summons. (Dispossessory only)

[ ] **NON EST** Did not serve because after a diligent search the def/garnishee could not be found in the jurisdiction of the court

(This portion shall be completed, under oath, after service and before filing with the Clerk of this Court, except for printed name.) I, the undersigned, and being duly sworn, and under penalty of law, swear that I have personally effectuated service of process on the date, time, place and manner as set forth above and that all the facts set forth herein are true and correct and that I have served a copy of this document which bore my printed name, exclusive of my signature under oath, upon the def./garnishee simultaneous with service of all documents connected with this action. (Please use a blue ink which clearly indicates this is an original affidavit.)

Sworn to before me this 31st day of
January, 2023
_____
Notary Public, my commission expires:/Clerk
Notary shall affix seal  10/14/25

Signature of Process Server (signed only before notary public/clerk)

Print Name:__Lee J. Gauthreaux_____
(Must be clearly legible on **def./garnishee copy** to indicate who made service at the time service was made.)

(L. G.)

**EXHIBIT "C"**

MBWAffidavit-SafecoGwinnettState.doc