IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **ROSAMUNDE EPSTEIN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | **23-C-00397-S5** |
| **vs.** | ) | |
| | ) | |
| **SAFECO INSURANCE COMPANY** | ) | |
| **OF INDIANA,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

To:    Tiana P. Garner
       Clerk, State Court of Gwinnett County
       75 Langley Drive
       Lawrenceville, GA 30046

       Michael B. Weinstein
       Weinstein & Black, LLC
       3050 Amwiler Road, Ste. 200-C
       Atlanta, GA 30360
       mike@wblegal.net

       You are hereby notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Rosamunde Epstein v. Safeco Insurance Company of Indiana*, Civil Action No. 23-C-00397-S5, in the State Court of Gwinnett County, Georgia, in accordance with the provisions of Section 1331, Title 28 of the United States Code. Copy of said Notice filed is attached hereto.

       Respectfully submitted this 28th day of February, 2023.

                                         CHARTWELL LAW, LLP

                                         */s/ Karen K. Karabinos*
                                         Karen K. Karabinos
                                         Georgia Bar No. 423906



Page 1 of 3

2

|  |  |
|---|---|
| | */s/ Katelyn E. Fischer* <br> Katelyn E. Fischer <br> Georgia Bar No. 491302 |
| 3200 Cobb Galleria Parkway <br> Bldg. 200, Suite 250 <br> Atlanta, GA 30339 <br> Tel: (404) 410-1151 <br> Fax: (404) 738-1632 <br> kkarabinos@chartwelllaw.com <br> kfischer@chartwelllaw.com | *Counsel for Safeco* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and forgoing *Notice of Filing Notice of Removal* upon all parties to this matter by utilizing the Court's e-filing system, which will automatically remit a copy of the within and foregoing to counsel of record as follows:

Michael B. Weinstein<br>
WEINSTEIN & BLACK, LLC<br>
3050 Amwiler Road, Ste. 200-C<br>
Atlanta, GA 30360<br>
mike@wblegal.net

This 28th day of February, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

3200 Cobb Galleria Parkway
Bldg. 200, Suite 250            *Counsel for Safeco*
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com