**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ROSAMUNDE EPSTEIN,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE NO.:** |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| **SAFECO INSURANCE** | ) | |
| **COMPANY OF INDIANA,** | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

1.

The undersigned counsel of record for Safeco Insurance Company of Indiana ("Safeco") certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    **Plaintiff:**    Rosamunde Epstein

    **Defendant:**  Safeco Insurance Company of Indiana

1

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Plaintiff:** Rosamunde Epstein

**Defendant: Safeco Insurance Company of Indiana is 100% owned by General Insurance Company of America, which is 100% owned by Safeco Corporation, which is 100% owned by Liberty Mutual Agency Corporation, which is 100% owned by Liberty Insurance Holdings, Inc., which is 100% owned by Liberty Mutual Insurance Company, which is 100% owned by Liberty Mutual Group Inc., which is 100% owned by LMHC Massachusetts Holdings Inc., which is 100% owned by Liberty Mutual Holding Company, Inc. No individual or corporation owns 10% or more of the stock of Liberty Mutual Holding Company, Inc.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**Counsel for Plaintiff:**

>Michael B. Weinstein
>Weinstein & Black, LLC
>3050 Amwiler Road, Ste. 200-C
>Atlanta, GA 30360
>mike@wblegal.net

**Counsel for Defendant:**

>Karen K. Karabinos
>Katelyn E. Fischer
>Chartwell Law, LLP
>3200 Cobb Galleria Parkway
>Bldg. 200, Ste. 250
>Atlanta, GA 30339
>kkarabinos@chartwelllaw.com
>kfischer@chartwelllaw.com

4.

The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff:** Rosamunde Epstein is a citizen and resident of Georgia.

**Defendant:** Safeco Insurance Company of Indiana is organized under the laws of the State of Indiana and maintains its principal place of business at 175 Berkeley Street, Boston, Massachusetts.

Served this 28th day of February, 2023.

CHARTWELL LAW, LLP

<u>/s/ Karen K. Karabinos</u>
Karen K. Karabinos
Georgia Bar No. 423906

<u>/s/ Katelyn E. Fischer</u>
Katelyn E. Fischer
Georgia Bar No. 491302

*Counsel for Safeco*

3200 Cobb Galleria Parkway
Bldg. 200, Suite 250
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com
kfischer@chartwelllaw.com

I hereby certify that the foregoing has been prepared with Times New Roman, 14-point font, in compliance with L.R. 5.1(b).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of *Safeco Insurance Company of Indiana's Certificate of Interested Persons and Corporate Disclosure Statement*, on opposing counsel by using this Court's CM/ECF electronic filing system, which will automatically distribute a copy of the within and foregoing to opposing counsel at:

Michael B. Weinstein
WEINSTEIN & BLACK, LLC
3050 Amwiler Road, Ste. 200-C
Atlanta, GA 30360
mike@wblegal.net

This 28th day of February, 2023.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

3200 Cobb Galleria Parkway
Bldg. 200, Suite 250              *Counsel for Safeco*
Atlanta, GA 30339
Tel: (404) 410-1151
Fax: (404) 738-1632
kkarabinos@chartwelllaw.com