IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RYAN AUSTIN, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED POOL MAINTENANCE, LLC,<br><br>　　　　Defendant. | Case No. |

### CONSENT TO SERVE AS A PLAINTIFF REPRESENTATIVE UNDER THE FAIR LABOR STANDARDS ACT

I, **Ryan Austin**, a current or former employee of **United Pool Maintenance, LLC**, consent to serve as a Plaintiff and Class Representative in an action[1] against **United Pool Maintenance, LLC**, and related entities to vindicate rights afforded me and other employees under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* and to fairly represent the interests of all class members with respect to all cognizable claims for minimum wage and overtime compensation and any other

---

[1] In the event that this case is dismissed without prejudice, my claim is dismissed without prejudice or any class in this case is decertified, I consent to serve as a Plaintiff, Class Representative and/or Opt-In Plaintiff in any subsequent action brought against any and/or all Defendants and any other defendants to recover under the FLSA as part of collective action or individually. I reserve the right to revoke this Consent in part or in its entirety upon written notice to my Attorneys or the Court.

1

benefits available under the Fair Labor Standards Act and other applicable laws, in accordance with the Fee Agreement executed by the undersigned for such purpose.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This __27__ day of February 2023

DocuSigned by:

*Ryan Austin*

98B8077B34FF42E...

Ryan Austin