**EXHIBIT 2**

| | |
|---|---|
| **From:** | noreply@ains.com |
| **Sent:** | Monday, January 30, 2023 8:48 PM |
| **To:** | Sheeran, Andrew |
| **Subject:** | Status Update for Request #2023-00397-FOIA-OS |

Dear Andrew Sheeran,

The status of your FOIA request #2023-00397-FOIA-OS has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services