**EXHIBIT 3**

**From:** Hill, Kathy <foiarequest@hhs.gov>
**Sent:** Friday, February 10, 2023 6:04:51 PM
**To:** Sheeran, Andrew <Andrew.Sheeran@ahca.myflorida.com>
**Subject:** HHS FOIA Expedited Processing Response Letter - 2023-00397-FOIA-OS
**Attachments:** HHS Expedited Processing Grant Letter 2023-00397-FOIA-OS, Andrew T. Sheeran.pdf

Dear Andrew T. Sheeran:

Please see the attached HHS Expedited Processing Grant Letter, for your FOIA Request submitted to the Department of Health and Human Services (HHS), via PAL, on January 31, 2023.

The letter contains the Department's response to your request for expedited processing of your FOIA request, which has been assigned tracking number **2023-00397-FOIA-OS**.

For status updates or other inquiries, please contact our office via email at FOIARequest@hhs.gov.  *Please include your tracking number in the subject line of your inquiry.*

Sincerely,

Kathy Hill
OS FOIA Division Intake
Assistant Secretary for Public Affairs (ASPA)
Office of the Secretary (OS)
U.S. Department of Health and Human Services (HHS)