**EXHIBIT 4**

🇺🇸 An official website of the United States government
Here's how you know



 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 560521

# Success!

## Your FOIA request has been created and is being sent to the Office of the Secretary.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

Arianne Perkins, Acting FOIA Officer

202-690-7453

FOIA Requester Service Center

202-690-7453

Beth Kramer, FOIA Public Liaison

202-690-7453

FOIA Officer/Director, Freedom of Information and Privacy Acts Division, Hubert H. Humphrey Bldg, Suite 729H
200 Independence Avenue, SW
Washington, DC 20201

FOIARequest@hhs.gov

# Request summary

Request submitted on **January 30, 2023**.

The confirmation ID for your request is **560521**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Andrew Sheeran

**Mailing address**
2727 Mahan Drive MS #3
Tallahassee, FL 32308
United States

**Phone number**
8504123670

**Company/organization**
Florida Agency for Health Care Administration

**Email**
Andrew.Sheeran@ahca.myflorida.com

## Your request

See attached letter.

## Additional information

FOIA HHS.pdf

## Fees

**What type of requester are you?**
other

**Fee waiver**
yes

**Fee waiver justification**
Public interest - see attached letter.

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
See attached letter.



**CONTACT**

Office of Information Policy (OIP)

U.S. Department of Justice

441 G St, NW, 6th Floor

Washington, DC 20530

E-mail: National.FOIAPortal@usdoj.gov

Hero image credit, CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV

# Request - TBD                                       Create Appeal ← Back

## Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Andrew T Sheeran**
General Counsel
Florida Agency for Health Care Administration
2727 Mahan Dr. MS #3
Tallahassee, FL  32308
Phone 8504123670
Andrew.Sheeran@ahca.myflorida.com

Requester Default Category: General Public

## Request Details

| | |
|---|---|
| Date Requested | 01/30/2023 |
| Status | To be Processed |

## General Information

| | |
|---|---|
| Action Office | Office of the Secretary |
| Request Type | FOIA |

Note: For Privacy Act Requests further verification of identity may be required.

| | |
|---|---|
| Delivery Mode | E-mail |

Note: For fastest response time use the Download Via PAL Account option.

| | |
|---|---|
| Payment Mode | --------------Select--------- |

## Request Information

(Please do not include personal information such as your Social Security Number. The FOIA Office will inform you if such information is necessary.)

| | |
|---|---|
| Request Description | This request is directed to HHS Office of Civil Rights. Please see attached letter. |
| Date Range for Record Search: From(mm/dd/yyyy) | 01/20/2022 |
| To (mm/dd/yyyy) | 01/30/2023 |
| Description Document | 📎 Add Attachment -FOIA HHS.pdf |

## Fee Information

| | |
|---|---|
| Willing Amount ($) | 25.00 |

Not Required for FOIA Appeals

Willing to Pay All Fees  ☐

[Privacy Policy](#)