**EXHIBIT 5**



**DEPARTMENT OF HEALTH & HUMAN SERVICES** Office of the Secretary

Assistant Secretary for Public Affairs
Washington, D.C. 20201

**Case No. 2023-00397-FOIA-OS**

**February 10, 2023**

***Sent via email:***

Andrew T. Sheeran
General Counsel
Florida Agency for Health Care Administration
2727 Mahan Dr. MS #3
Tallahassee, FL 32308
**andrew.sheeran@ahca.myflorida.com**

Dear Andrew T. Sheeran:

This is an interim response to your January 30, 2023, Freedom of Information Act (FOIA) request. You requested the following:

“This letter is submitted on behalf of the Florida Agency for Health Care Administration ("AHCA" or the "Requester")… The Requester requests records related to the U.S. Department of Health and Human Services' ("HHS") March 2, 2022 Notice and Guidance on Gender Affirming Care, Civil Rights and Patient Privacy (the "March 2022 HHS Guidance")[1] and regarding the subject matter of litigation that was recently brought against AHCA, Dekker, et al. v. Weida, et al., No. 4:22-cv-325-RLH (N.D. Fla.), challenging the adoption of a rule, Florida Administrative Code 590-1.050(7), prohibiting Medicaid coverage of certain services for treating gender dysphoria.

“Specifically, the Requester requests the following Records[2] in the possession of HHS and/or the HHS Office for Civil Rights from January 20, 2022, through the date of production of the Records:

“1. Records related to the March 2022 HHS Guidance, including, but not limited to, any inter- or intra-agency communications by HHS regarding the March 2022 HHS Guidance.

2. Records related to the Florida Department of Health's April 20, 2022 Guidance titled "Treatment of Gender Dysphoria for Children and Adolescents" ("April 2022 DOH Guidance").[3]

"3. Records related to AHCA's June 2022 Generally Accepted Professional Medical Standards Determination on the Treatment of Gender Dysphoria ("June 2022 AHCA GAPMS") report.[4]

4. Records related to AHCA's adoption of Rule 590-1.050(7) of the Florida Administrative Code, titled "Gender Dysphoria."

5. Records related to the Dekker, et al. v. Weida, et al., No. 4:22-cv-325-RLH (N.D. Fla.) litigation challenging AHCA's adoption of Florida Administrative Code 590-1.050(7).

6. Records containing communications with or about Equality Florida regarding the March 2022 HHS Guidance, the April 2022 DOH Guidance, the June 2022 AHCA GAPMS, or AHCA's adoption of Florida Administrative Code 590-1.050(7).

7. Records containing communications with or about Florida Health Justice Project, Southern Legal Counsel, Lambda Legal, National Health Law Program, or Pillsbury Winthrop Shaw Pittman LLP regarding the March 2022 HHS Guidance, the April 2022 DOH Guidance, the June 2022 AHCA GAPMS, or AHCA's adoption of Florida Administrative Code 590-1.050(7).

8. Records containing communications with or about the American Academy of Pediatrics, the Endocrine Society, or the World Professional Association for Transgender Health regarding the March 2022 HHS Guidance, the April 2022 DOH Guidance, the June 2022 AHCA GAPMS, or AHCA's adoption of Florida Administrative Code 590-1.050(7).

9. Records containing communications with or about the American Academy of Pediatrics, the Endocrine Society, or the World Professional Association for Transgender Health regarding gender dysphoria.

10. Records related to pending litigation involving HHS, or its components, regarding gender dysphoria.

11. Records related to any subpoena issued or investigation commenced regarding gender dysphoria.

"(Date Range for Record Search: From 01/20/2022 To 01/30/2023)".

As a result of our review of your request for expedited processing, as documented in this letter and on behalf of the Department as a whole, I have determined that your request for expedited processing meets the requirements under the FOIA and is granted. The FOIA requires that an

agency expedite processing of a request only when the requester demonstrates a "compelling need." The subject matter of your request demonstrates that there is an "urgency to inform the public concerning actual or alleged Federal activity."

The Department of Health and Human Services regulations state that fees may be waived if the disclosure of the information meets both of the following tests: (1) It is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government, and (2) it is not in the commercial interest of the requester. It was determined that your request will be processed under the "General Public" category and your request may be subject to duplication fees at 10 cents per page after the first 100 pages of duplication. Your request for a fee waiver will be addressed, once our office ascertains that the billable costs will exceed our $25.00 billing threshold.

Sincerely yours,

Arianne Perkins
Director, Initial FOIA Requests
FOI/Privacy Acts Division