# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY, a/s/o CENIE TRAMMELL and DOUGLAS SHARP,**<br><br>       Plaintiff,<br><br>v.<br><br>**DELL TECHNOLOGIES, INC.,**<br><br>       Defendant. | **Civil Action File No.** |

## **PETITION AND NOTICE OF REMOVAL**

COMES NOW, Defendant Dell Technologies, Inc., pursuant to Title 28 U.S.C.A. §§ 1332, 1441 and 1446, and files this Petition and Notice of Removal of the case now pending in the Superior Court of Newton County, Civil Action File No. SUCV-2022-000709, and shows the Court as follows:

1.

The Plaintiff is a corporation. It was incorporated in Illinois, and has its principal place of business in Bloomington, Illinois.

2.

Defendant Dell Technologies Inc. is a corporation, formed in Delaware and having its principal place of business in Round Rock, Texas.

3.

State Farm has sued Defendant in tort to recover for sums it paid to its insureds for property damage from a fire at a rental home located at 55 Dogwood Lane, Covington Georgia 30014. The fire occurred on March 3, 2021. Douglas Sharp owned the home, and rented it to Cenie Trammell, who lived there with her son James. Following investigation and adjustment, State Farm paid Mr. Sharp $167,000 and Ms. Trammell $41,000.

4.

Plaintiff filed two Complaints in the Superior Court of Newton County on April 28, 2022. One was as subrogee of Cenie Trammell, civil action number SUCV-2022-000709, and the other was as subrogee of Douglas Sharp, civil action number SUCV-2022-000734. Defendant filed Answers. (Exhibit A)

5.

In addition to naming Dell, plaintiff also named the Newton County [Georgia] School System as a defendant, so complete diversity was not present. On June 20, 2022 the School District filed a Motion for Judgment on the Pleadings,

arguing that sovereign immunity barred the claim as to the School district. On October 27, 2022, the parties filed a Consent Motion to Dismiss the School District, without prejudice. (Exhibit B)

6.

On July 11, 2022, the parties filed a Consent Motion to Consolidate the Cases for Discovery. On July 14, 2022 the Court entered an Order consolidating the two cases for discovery, as they arose from the same facts and occurrence. (Exhibit C).

7.

On February 20. 2021 the Court entered an Order granting the Consent Motion to Dismiss Newton County School District, without prejudice. (Exhibit D). With the voluntary dismissal of the school district, complete diversity of citizenship of the parties is present.

8.

This matter seeks damages in excess of the threshold amount specified in Title 28 U.S.C.A. § 1332.

9.

This removal is filed timely following the Order dismissing Newton County School District, because complete diversity is present, and under 28 U.S.C.A. § 1446(c)(1).

10.

A copy of the Complaint filed April 1, 2019 in Mitchell County and the Answer of the Defendant, are attached hereto as required by Title 28 U.S.C.A. § 1446(a). (Exhibit A).

7.

THEREFORE, the Defendant hereby gives notice of removal of this action from the Superior Court of Newton County, Georgia based upon diversity of citizenship and amount in controversy pursuant to Title 28 U.S.C.A. §§ 1332, 1441 and 1446.

This 1st day of March 2023.

                                            **MCLAUGHLIN LAW FIRM**

                                            /s/Charles R. Beans

                                            Charles R. Beans

11575 Great Oaks Way, Suite 100     Georgia Bar No. 006720
Atlanta, Georgia 30022                     *Attorneys for Defendant*
(470) 415-5500
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com

# CERTIFICATE OF SERVICE

I certify service of this **PETITION AND NOTICE OF REMOVAL** by EMAIL and EFILING which will provide delivery to:

>Eric D. Miller, Esq.
>Miller Insurance Law Enterprise
>115 Perimeter Center Place
>South Terraces, Suite 430
>Atlanta, Georgia 30346

This 1st day of March 2023.

>**MCLAUGHLIN LAW FIRM**
>
>**/s/Charles R. Beans**
>_____
>Charles R. Beans
>Georgia Bar No. 006720
>*Attorneys for Defendant*

11575 Great Oaks Way, Suite 100
Atlanta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com