EFILED IN OFFICE
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA

**SUCV2022000734**

W. KENDALL WYNNE, JR
JUN 20, 2022 02:36 PM

Linda D. Hays, Clerk
Newton County, Georgia

## SUPERIOR COURT OF NEWTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o DOUGLAS SHARP, ) ) ) Plaintiff, ) ) v. ) ) DELL TECHNOLOGIES INC., AND ) NEWTON COUNTY SCHOOL SYSTEM ) ) Defendants. ) | CIVIL ACTION FILE NO.: SUCV-2022-000734 |

# MOTION FOR JUDGMENT ON THE PLEADINGS[1] ON BEHALF OF DEFENDANT NEWTON COUNTY SCHOOL SYSTEM[2]

Defendant Newton County School District, for the reasons stated in the accompanying supporting brief and for other good and sufficient cause, files this Motion for Judgment on the Pleadings, pursuant to O.C.G.A. § 9-11-12(c), on the grounds that Plaintiff's claims against the School District are barred by the doctrine of sovereign immunity, as more fully explained in Defendant Newton County School District's Brief in Support of this Motion.

Respectfully submitted, this 20th day of June, 2022.

**HARBEN, HARTLEY & HAWKINS, LLP**

*/s/ Hieu M. Nguyen*

Hieu M. Nguyen
Georgia Bar No. 382526
Aparesh Paul
Georgia Bar No. 362648

---

[1] This Motion is filed by *special appearance* and this Defendant does not waive the right to raise defenses regarding personal jurisdiction, improper service or any other procedural defenses.

[2] The Newton County School System is not a proper party capable of being sued. By filing this Motion, this Defendant is not waiving the right to assert that the "Newton County School System" is not a proper party capable of being sued. The proper party is the Newton County School District, and this Defendant will refer throughout this Motion to Defendant "Newton County School District."

ATTORNEYS FOR DEFENDANT NEWTON COUNTY SCHOOL DISTRICT

340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Fax: (770) 532-0399
Email: hnguyen@hhhlawyers.com
Email: apaul@hhhlawyers.com

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that he has this date electronically filed the *Defendant Newton County School District's Motion for Judgment on the Pleadings* with the Clerk of the Court using the e-filing system, which will automatically send notification of such filing to the attorney(s) of record.

This 20th day of June, 2022.

HARBEN, HARTLEY & HAWKINS, LLP

 */s/ Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No.  382526

ATTORNEY FOR DEFENDANT NEWTON COUNTY SCHOOL DISTRICT

Gateway Professional Center
340 Jesse Jewell Parkway Ste. 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: hnguyen@hhhlawyers.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA
**SUCV2022000709**
W. KENDALL WYNNE, JR
OCT 27, 2022 12:03 PM

Linda D. Hays, Clerk
Newton County, Georgia

IN THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o CENIE TRAMMELL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: SUCV-2022-000709 |
| DELL TECHNOLOGIES INC., AND NEWTON COUNTY SCHOOL SYSTEM | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION TO DISMISS DEFENDANT**
**NEWTON COUNTY SCHOOL SYSTEM WITH PREJUDICE**

Plaintiff and Defendant Newton County School System, with the consent of the remaining Defendant, move to dismiss Defendant Newton County School System with prejudice, pursuant to O.C.G.A. § 9-11-21. Plaintiff's claims against the remaining Defendant shall remain pending and shall not be affected by this dismissal. This dismissal does not affect any other obligations of the other Defendant to this action. A proposed Order is attached hereto.

This 27th day of October, 2022.

HARBEN, HARTLEY & HAWKINS, LLP

 */s/ Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No.: 382526

ATTORNEY FOR DEFENDANT
NEWTON COUNTY SCHOOL SYSTEM

**Consented To:**

**MILLER INSURANCE LAW ENTERPRISE**

*/s/ Eric D. Miller*
Eric D. Miller, Esq.
Georgia Bar No. 506574
***Attorney for Plaintiff***

115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
Telephone: 404-923-7599
Facsimile: 404-855-4091
emiller@mileatlanta.com


**MCLAUGHLIN LAW FIRM**

*/s/Charles R. Beans*

Charles R. Beans Georgia Bar No. 006720

***Attorney for Defendant Dell Technologies***

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com

## IN THE SUPERIOR COURT OF NEWTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o CENIE TRAMMELL,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>DELL TECHNOLOGIES INC., AND NEWTON COUNTY SCHOOL SYSTEM  )<br><br>Defendants.  ) | CIVIL ACTION FILE NO.: SUCV-2022-000709 |

### CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that he has this date electronically filed the *Consent Motion to Dismiss Defendant Newton County School System With Prejudice* with the Clerk of the Court using the e-filing system, which will automatically send notification of such filing to the attorney(s) of record.

This 27th day of October, 2022.

                                    HARBEN, HARTLEY & HAWKINS, LLP

                                    ***/s/ Hieu M. Nguyen***
                                    Hieu M. Nguyen
                                    Georgia Bar No. 382526

                                    FOR DEFENDANT NEWTON COUNTY SCHOOL SYSTEM

Gateway Professional Center
340 Jesse Jewell Parkway Ste. 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: hnguyen@hhhlawyers.com