EFILED IN OFFICE
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA
**SUCV2022000709**
W. KENDALL WYNNE, JR
JUL 09, 2022 06:41 PM

Linda D. Hays, Clerk
Newton County, Georgia

# BEFORE THE SUPERIOR COURT OF NEWTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o CENIE TRAMMELL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: SUCV-2022-000709 |
| DELL TECHNOLOGIES INC., AND NEWTON COUNTY SCHOOL SYSTEM | ) ) ) | |
| Defendants. | ) | |

## CONSENT MOTION TO CONSOLIDATE CASES FOR DISCOVERY

Pursuant to O.C.G.A. § 9-11-42, the Parties hereby consent and agree, through counsel, and ask the Court to consolidate this case with SUCV-2022-000734, State Farm Fire and Casualty Co a/s/o Douglas Sharp, Plaintiff, v. Dell Technologies et al., for purposes of discovery, as these cases arise from the same facts and occurrence.

**CONSENTED TO:**

**MILLER INSURANCE LAW ENTERPRISE**

*/s/ Eric D. Miller*
Eric D. Miller, Esq.
Georgia Bar No. 506574

*Attorneys for Plaintiff*

115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
Telephone: 404-923-7599
Facsimile: 404-855-4091
emiller@mileatlanta.com

**MCLAUGHLIN LAW FIRM**

*/s/Charles R. Beans*

Charles R. Beans Georgia Bar No. 006720

Attorneys for Defendant Dell Technologies

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500
(470) 415-5510 (fax)
Charles.Beans@mgmesq.com

**HARBEN, HARTLEY & HAWKINS, LLP**

*/s/ Hieu M. Nguyen*
Hieu M. Nguyen
Georgia Bar No.  382526

ATTORNEY FOR DEFENDANT NEWTON COUNTY SCHOOL DISTRICT

Gateway Professional Center
340 Jesse Jewell Parkway Ste. 750
Gainesville, Georgia 30501
Telephone: (770) 534-7341
Facsimile: (770) 532-0399
Email: hnguyen@hhhlawyers.com

## CERTIFICATE OF SERVICE

I certify that I have served the following with a copy of the **CONSENT MOTION TO CONSOLIDATE CASES FOR DISCOVERY** by EFILING:

**Eric D. Miller, Esq.**
**Miller Insurance Law Enterprise**
**115 Perimeter Center Place**
**South Terraces, Suite 430**
**Atlanta, Georgia 30346**

**Hieu M. Nguyen, Esq.**
**Harben, Hartley & Hawkind, LLP**
**340 Jesse Jewell Parkway Ste. 750**
**Gainesville, Georgia 30501**

This 11th day of July 2022.

|  |  |
|---|---|
|  | **MCLAUGHLIN LAW FIRM** |
|  | /s/Charles R. Beans |
| 11575 Great Oaks Way, Suite 100 | _____ |
| Alpharetta, Georgia 30022 | Charles R. Beans |
| (470) 415-5500 | Georgia Bar No. 006720 |
| (470) 415-5510 (fax) | *Attorneys for Defendant* |
| Charles.Beans@mgmesq.com |  |

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA
**SUCV2022000709**
W. KENDALL WYNNE, JR
JUL 14, 2022 02:03 PM

Linda D. Hays, Clerk
Newton County, Georgia

BEFORE THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o CENIE TRAMMELL, <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., AND NEWTON COUNTY SCHOOL SYSTEM <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE NO.: <br> ) SUCV-2022-000709 |

## ORDER CONSOLIDATING CASES FOR DISCOVERY

The parties have consented and moved pursuant to O.C.G.A. § 9-11-42 to consolidate this case with SUCV-2022-000734, State Farm Fire and Casualty Co a/s/o Douglas Sharp, Plaintiff, v. Dell Technologies et al., for purposes of discovery, as these cases arise from the same facts and occurrence. The Court having considered the Motion and the entire files in these matters,

IT IS HEREBY ORDERED that the two cases be consolidated for discovery under this the lower file number, and the style shall read "State Farm, a/s/o Cenie Trammell and Douglas Sharp, Plaintiff, v. Dell Technologies, Inc. and Newton County School System, Defendants."

This 13th day of July 2022.

_____
Hon. W. Kendall Wynne, Jr.
Judge, Superior Court of Newton County

Proposed Order submitted by
Charles R. Beans
Ga Bar No 006720
Counsel for Dell