EFILED IN OFFICE
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA

**SUCV2022000709**
W. KENDALL WYNNE, JR
FEB 20, 2023 12:33 PM

Linda D. Hays, Clerk
Newton County, Georgia

## BEFORE THE SUPERIOR COURT OF NEWTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY a/s/o CENIE TRAMMELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL TECHNOLOGIES INC., AND )<br>NEWTON COUNTY SCHOOL SYSTEM )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.:<br>SUCV-2022-000709 |

### ORDER DISMISSING NEWTON COUNTY SCHOOL SYSTEM WITHOUT PREJUDICE

The Court previously consolidated this case with SUCV-2022-000734, State Farm Fire and Casualty Co a/s/o Douglas Sharp, Plaintiff, v. Dell Technologies et al., pursuant O.C.G.A. § 9-11-42 to for purposes of discovery, as these cases arise from the same facts and occurrence.

Subsequently, the parties filed another consent motion, to dismiss Defendant Newton County School System, without prejudice.

The Court having considered the Motion and the entire files in these two matters,

IT IS HEREBY ORDERED that Newton County School System shall be dismissed without prejudice in both of the two cases. The style of the consolidated case shall read "State Farm, a/s/o Cenie Trammell and Douglas Sharp, Plaintiff, v. Dell Technologies, Inc, Defendant."

This __17th__ day of February 2023.

_____
Hon. W. Kendall Wynne, Jr.
Judge, Superior Court of Newton County

Proposed Order submitted by
Charles R. Beans
Ga Bar No 006720
Counsel for Dell