UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, a/s/o CENIE TRAMMELL and DOUGLAS SHARP,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action File No.<br>_____ |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 3.3 and FRCP 7.1, Defendant Dell Technologies Inc. shows the following:

**(1) A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by FRCP 7.1.**

State Farm Fire and Casualty Company is an Illinois insurance corporation with its principal place of business in Illinois. Its subrogees are its insureds Cenie Trammell and Douglas Sharp, who are persons who are citizens of the State of Georgia.

Dell Technologies Inc. is a Delaware corporation with its principal place of business in Round Rock, Texas. Dell Technologies Inc. is a publicly traded

-1-

-2-

company. Dell Technologies Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case.**

Dell Technologies Inc. is a publicly traded company. Dell Technologies Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Defendant is being defended and indemnified in this matter by Chubb Insurance.

**(3) A complete list of each person serving as an attorney in the case.**

For Plaintiff, Eric D. Miller, Miller Insurance Law Enterprise, 115 Perimeter Center Place, South Terraces, Suite 430,      Atlanta, Georgia 30346.

For Defendant, Charles R. Beans, McLaughlin Law Firm, 11575 Great Oaks Way, Suite 100, Alpharetta, Georgia 30022.

**(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.**

 Dell Technologies Inc. is a Delaware corporation with its principal place of business in Round Rock, Texas.

Respectfully submitted.

                                      MCLAUGHLIN LAW FIRM

                                      /s/Charles R. Beans

                                      Charles R. Beans
                                      Ga Bar No. 006720

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500 Telephone
(470) 415-5510 Facsimile
Charles.Beans@mgmesq.com

                                      **ATTORNEYS FOR DEFENDANT**
                                      **DELL TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANT DELL TECHNOLOGIES INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Eric D. Miller, Esq.
> MILLER INSURANCE LAW ENTERPRISE
> 115 Perimeter Center Place
> South Terraces, Suite 430
> Atlanta, Georgia 30346
> emiller@mileatlanta.com

This 1ˢᵗ day of March 2023.

          MCLAUGHLIN LAW FIRM

          /s/Charles R. Beans
          _____
          Charles R. Beans
          Ga Bar No. 006720

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
(470) 415-5500 Telephone
(470) 415-5510 Facsimile
Charles.Beans@mgmesq.com