## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **MJ MODERN TRUCKING, INC.,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | **2023CV00237** |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., and SPEEDCO, INC.,** | |
| **Defendants.** | |

### DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,** and SPEEDCO, INC., (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1.       Defendant has filed a Notice of Removal to United States District Court. A true and correct copy of the Notice is attached as Ex. "A".

2.       As a result thereof, this matter is automatically stayed and the action removed to United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted, this 1st day of March, 2023.

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Mark D. Christopher*
                                        SCOTT H. MOULTON
                                        Georgia State Bar No. 974237
                                        MARK D. CHRISTOPHER
                                        Georgia State Bar No. 82138
                                        *Counsel for Defendant*

**EXHIBIT B**

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
smoulton@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS**
**TRIAL BY JURY**

EXHIBIT B

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **WADONNA COOPER,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| **v.** | **2023CV00237** |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,** | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record and/or filing said document electronically which will automatically send electronic notification to the following:

A. Zakiya Watson-Caffe
Watson Law LLC
800 Kennesaw Avenue NW, Ste. 220
Marietta, Georgia 30060
Zak@zwatsonlaw.com
Attorney for Plaintiff

This 1st day of March, 2023.

HALL BOOTH SMITH, P.C.

*/s/ Mark D. Christopher*
SCOTT H. MOULTON
Georgia State Bar No. 974237
MARK D. CHRISTOPHER
Georgia State Bar No. 82138
*Counsel for Defendant*

EXHIBIT B

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
smoulton@hallboothsmith.com
mchristopher@hallboothsmith.com
**DEFENDANT DEMANDS
TRIAL BY JURY**

75690181-1

EXHIBIT B