# EXHIBIT A

2/27/23, 12:39 PM                   Case 1:23-mi-99999-UNA   Document 647-2   Filed 03/01/23   Page 2 of 20
https://portal-garockdale.tylertech.cloud/PublicAccess/CaseDetail.aspx?CaseID=5099646

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                              Location : All Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. 2023-CV-1127

---

#### RELATED CASE INFORMATION

**Related Cases**
   2023-CV-1126 (Related Cases)

---

#### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **Defendant** | Bank Of America |  |
| **Plaintiff** | FASHION GROUP, LLC | Pro Se |

---

#### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** FASHION GROUP, LLC | | | |
| | Total Financial Assessment | | | 254.00 |
| | Total Payments and Credits | | | 254.00 |
| | **Balance Due as of 02/27/2023** | | | **0.00** |
| 01/26/2023 | Transaction Assessment | | | 204.00 |
| 01/26/2023 | Payment | Receipt # 2023-403 | FASHION GROUP, LLC | (204.00) |
| 01/26/2023 | Transaction Assessment | | | 50.00 |
| 01/26/2023 | Payment | Receipt # 2023-412 | FASHION GROUP, LLC | (50.00) |



# Special Cases Fax Cover Sheet

If transmission problems occur, please call 1.213.580.0702

Fax special case documentation to:  Legal Order Processing **1.302.525.3078** (this form is only to be used for documents indicated in the Special Case section in PRO)

**Instructions to Financial Centers:**

**Fax all pages:** Enter total pages, including cover sheet, serving party's business card and envelopes: 17
- Fax double-sided if needed. Be sure to fax right side up. Please confirm fax successful.
- Print and attach fax confirmation document and mail original to DE5-024-02-08.
- Remember to retain a copy of the legal document, fax cover sheet, and confirmation in the Financial Center Legal file.

Please complete all fields below. Comment "refused" if the serving party will not provide the information

## Financial Center Information

| | |
|---|---|
| Financial Center Name: | Conyers South Side |
| Cost Center Number: | 233370 |
| Telephone Number: | 770-929-5615 |
| | 7709185609 |
| Fax Number: | |
| **URGENT / RESPONSE NEEDED (check box)** | ☐ I have an Officer/Agent in Financial Center waiting for immediate response |

## Service Information

Complete the serving party information and request a business card.
- If business card obtained, fax a copy along with the fax transmittal form.

| | |
|---|---|
| Serving Party Name: | G.A. Tate #2671 |
| Agency: | Office of The Sheriff Rockdale County |
| Telephone Number: | 770-278-8000 |
| Mailing Address: Include city, state, zip code | 911 Chambers Drive Conyers, GA 30012 |
| Date Served: | 02/06/2023 |
| Accepting Associate: | Meyia Hughes-Alabi |
| How were the documents served to you? (check one) | ☒ Personal by Agent/Officer / Attorney  ☐ Personal by Accountholder<br>☐ Regular First Class Mail  ☐ Certified &/or Registered Mail<br>☐ Express Delivery (UPS / FedEx / Etc.)  ☐ Other - **explain below** |

☐ **Saturday's only:** If served a Seizure Warrant for a Safe Deposit Box on a Saturday review PRO for instructions. Checking this box prompts LOP to contact the serving party the following business day, using the information above.

## Message:

00-53-8122NSBW 05-2020



**OFFICE OF THE SHERIFF**
**ROCKDALE COUNTY**

G.A. TATE # 2671
DEPUTY SHERIFF

911 CHAMBERS DRIVE
CONYERS, GA 30012

OFFICE 770-278-8000
FAX 770-785-2494

AARON.TATE@ROCKDALECOUNTYGA.GOV

| SHERIFF'S ENTRY OF SERVICE | SC-85-2 |

Civil Action No. _____

Superior Court ☑   Magistrate Court ☐
State Court ☐   Probate Court ☐
Juvenile Court ☐

Date Filed _____

Georgia, _____ COUNTY

Attorney's and/or Plaintiff's Address

_____

_____ Plaintiff

VS.

_____

Name and Address of Party to be Served

_____ Defendant

_____

_____

_____ Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant not to be found in the jurisdiction of this Court.

This _____ day of _____, 20 ___.

_____ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

MCRC-114(REVISED 5-05)MP

# General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of Rockdale County

2023 JAN 26 PM 1:06
OFFICE SUPERIOR COURT ROCKDALE CO., GA

**For Clerk Use Only**

Date Filed: 1/26/2023 (MM-DD-YYYY)

Case Number: 2023-CV-1127

Clerk: Janice [signature]

**Plaintiff(s):** Fashion Group LLC

**Defendant(s):** Bank of America

Plaintiff's Attorney: _____  Bar Number: _____  Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☒ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☒ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

Case Number: 2023-CV-1126

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18



# JANICE MORRIS, CSC
## SUPERIOR AND STATE COURT CLERK
*Rockdale Judicial Circuit*
Post Office Box 937
Conyers, Georgia 30012
770- 278-7900
FAX 770-278-7921
www.RockdaleClerk.Com

---

~~Veronica Non~~ Fashion Group LLC
Plaintiff(s)

Civil Action # 2023-CV-1127

Vs.
Bank OF America
Defendant(s)

## NOTICE TO PRO SE LITIGANTS

You are about to file a petition pro se, that is representing yourself without the benefit of an attorney's training and experience. The procedure for a case is not a simple matter. The law requires certain steps be followed in order to authorize a court to grant a decision in a civil lawsuit. Therefore, although you have the right to represent yourself, we strongly urge you to consult with an attorney in this matter.

If you represent yourself, you alone are responsible for knowing and following the correct procedures. If you fail to follow the correct procedures, the Court may dismiss your case. In that event, the fees you paid to file the papers will be lost. The office of the Clerk of Superior and State Courts is an administrative office charged with the duties of receiving and filing papers required to be filed with the Court, recording judgments, and maintaining indexes. **No member of this office is qualified or licensed to practice law.** State law forbids any person other than a duly licensed attorney at law to render or furnish legal services or advice. Therefore, no one in this office will be able to answer any questions you may have regarding the correct procedures to follow. The judges of the Superior and State Courts must remain impartial, and also may not practice law. If you are uncertain of the procedures to follow, you should not file your papers until you have resolved those uncertainties.

If you intend to file a petition without the benefit of any attorney's representation, you must answer, under oath the questions on the attached page, which are required under court order.

Thank you for your attention to this matter.

Janice Morris, Clerk
Rockdale Superior/State Courts

---

**PRESERVING THE PAST WHILE PREPARING FOR THE FUTURE**

1. Does an attorney at law represent you in connection with this matter, even if his/her name does not appear on the pleadings?   Yes / (No)

2. Did any person assist you in the preparation and/or typing of these pleadings?
   Yes / (No)

3. If the answer to question number 2 is yes, what is the name, address, and telephone number of each person who assisted you in the preparation and/or typing of these pleadings?

   Name: _N/A_____        Name: _____

   Address: _____     Address: _____

   City, State: _____    City, State: _____

   Telephone: _____      Telephone: _____

4. Did you pay a fee or any form of compensation to any of the persons named Above?   Yes / (No)   If so, how much? _____
   To whom? _____.

I hereby swear and affirm that the answers given to the above questions are true and correct.

_Veronica Mondragon_
Plaintiff's Signature

_1500 Broad St_                              _Bank of America._
_Conyers GA 30012_                           _1540 Hwy 138 S-B. Conyers_
Plaintiff's Address                          Defendant's Address    _GA 30013_
_(910) 676-3295_                             _(770) 929-5615_
Plaintiff's Phone Number                     Defendant's Phone Number
_Veronica3mon@gmail.com_
Plaintiff's Email Address                    Defendant's Email Address

Sworn to and subscribed before me
This _26th_ day of _January_ 20_23_
_Chela Roey_
Clerk/Deputy Clerk/Notary Public

**PRESERVING THE PAST WHILE PREPARING FOR THE FUTURE**

## IN THE SUPERIOR COURT OF ROCKDALE COUNTY

## STATE OF GEORGIA

Fashion Group LLC

1500 Broad St NE

Conyers GA 300112

PLAINTIFF

CIVIL ACTION NUMBER: 2023-CV-1127

VS.

Bank of America

1540 HWY 138 SE.

Conyers GA 30013

DEFENDANT

FILED IN OFFICE
CLERK SUPERIOR COURT
ROCKDALE CO. GA
2023 JAN 26 PM 1:06
Janice Morris
CLERK

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: BANK OF AMERICA

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **26th** day of **January**, 20**23**.

Janice Morris,
Clerk of Superior Court

By _____
    Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

Fashion Group LLC
Plaintiff,
v.

Bank of America
Defendant.

CASE NO. 2023-CV-1127

## MOTION FOR HEARING AND OTHER RELIEF

I am requesting the court hold a hearing and grant me relief. I would like the court to take the following action: *(Explain in your own words what you want the court to do.)*

Ena Beatriz Lopez , she transfer herself $82,000.00 thousand dollars, from my business bank account in bank of america . I call the froud deparment on 01/04/2023 arount 9 am the froud was same day, they told me , that they could hold the money because it was transferred to accounts of the b ank of america. I also told them that she has a friend working in the bank , the bank released the money to her, knowing that she stole it from me, the damage caused is very serious because of that i lost 2 contracts of 1,828,520.00 dollars , because i had to verify i had money in my bank acount .

Date: 01/26/2023

**NOTE:** You must send the other side a copy of this motion.
A certificate of service is attached for you to complete.

Veronica Mondragon Morales
1500 Broad St. Conyers
GA: 30012

Veronica Mondragon
Signed and printed name and address

EMail: Veronica3mon@Gmail.com

11:40   •ll LTE


Menu


Inbox


Products


Log Out

**Accounts**   Dashboard

 **Did you overlook something?**
We noticed your Unlimited Cash Rewards Visa Signature - 3584 is past due.

View Payment Details

Unlimited Cash Rewards Visa Signature - 3584

## $1,565.75

**VIEW**

CORP Account - Business Adv Unlimited Cash Rewards - 9898

## $23,735.33

**VIEW**

Business Adv Unlimited Cash Rewards - 8758

## $5,991.88

**VIEW**

**OPEN NEW ACCOUNT**

APPOINTMENT

## Let's meet

We'll connect you with a specialist at a time that works for you.

**SCHEDULE**

 Accounts
 Transfer | Zelle®
 Bill Pay
 Deposit Checks
 Invest

4:13   .ıl LTE

  Inbox    Products    Log Out

🔍 How can we help?   

# BUSINESS ADV RELATIONSHIP - 5224   EDIT

## $290.13
Available balance 

Account & Routing #

RECENT TRANSACTIONS

| | |
|---|---|
| Processing<br>Online Banking Transfer<br>CONF# DFE3UPH0A; LOPEZ | -$7,000.00<br>$290.13 |
| Processing<br>Online Banking Transfer<br>CONF# HQMGI9WI9; LOPEZ | -$6,000.00<br>$7,290.13 |
| Processing<br>Zelle Transfer CONF#<br>HRUR0SX1Q; ENA | -$6,000.00<br>$13,290.13 |
| Processing<br>WIRE TRANSFER HOLD ON<br>01/04 FOR WIRE<br>#00104218264 | -$63,000.00<br>$19,290.13 |

 Accounts    Transfer | Zelle®    Bill Pay   Deposit Checks    Services

4:13     LTE 

     Inbox    Products    Log Out

 How can we help?    

Routing Numbers

**Paper & Electronic**     061000052

Use this routing number to order checks, set up direct deposits and outgoing payments to other financial institutions.

**Wires**     026009593

Use this routing number for all incoming wire transfers.

RECENT TRANSACTIONS

Processing
**Online Banking Transfer**
CONF# DFE3UPH0A; LOPEZ
-$7,000.00
$290.13

Processing
**Online Banking Transfer**
CONF# HQMGI9WI9; LOPEZ
-$6,000.00
$7,290.13

Processing
**Zelle Transfer CONF# HRUR0SX1Q; ENA**
-$6,000.00
$13,290.13

Processing
**WIRE TRANSFER HOLD ON 01/04 FOR WIRE #00104218264**
-$63,000.00
$19,290.13

Processing
**CHECKCARD Mister Car Wash # Convers GA ON 01/03**
-$29.99
$82,290.13

 Accounts    Transfer | Zelle®    Bill Pay    Deposit Checks    Services

**CBG Florida Builders LLC**
4401 Fairfax Drive
Suite 800
Arlington VA 22203

Truist Bank
Vienna, Virginia 20814

65-270/550

**5581**

DATE 12/27/2022

Pay: ***********Seventy-five thousand seven hundred five dollars and 58 cents        $ ****75,705.58

TO THE ORDER OF

Fashion Group LLC
1500 Broad Street
Conyers, GA 30012

*(signature)*

⑈000005581⑈ ⑆055002707⑆ 1000049592990⑈

---

*111012822*
01/05/2023
2338112345

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-A
NOT SUFFICIENT
FUNDS

*19330001*
*3057*
*1*
*06975*

NSF

**2108**

D-3 FLOORING SERVICES, INC.
81 KELLI CLARK CT. SE
CARTERSVILLE, GA 30121
(470) 315-2730

AMERIS BANK

12/29/2022

FIVE THOUSAND ONE HUNDRED EIGHTY-SEVEN AND 12/100 DOLLARS        $5,187.12

FASHION GROUP LLC
1500 BOARD STREET,
CONYERS, GA 30012

*(signature)*
AUTHORIZED SIGNATURE

⑈002108⑈ ⑆061201754⑆ 204926342 5⑈

⑈002108⑈ ⑆061201754⑆ 204926342 5⑈ ⑈000051871 2⑈



**BANK OF AMERICA**
PO Box 15284
Wilmington, DE 19850

Account Balance Update

Account ending in 5224
Date January 19, 2023

IM 0120    142 989    03677 #@01 AB 0.491
FASHION GROUP LLC
1500 BROAD ST NE
CONYERS GA 30012-3704

Unfortunately, you didn't have enough money in your Business Advantage Checking account ending in 5224 on January 17, 2023, to cover your transaction(s) below.

Your account balance after your transaction(s) and fees: -$4,033.36. We recommend you check your balance and if it's negative, make a deposit right away to bring it above $0 and to have enough money to cover any upcoming transactions.

| Transaction type | Amount | Was it paid? | Fee |
|---|---|---|---|
| ELECTRONIC PAYMENT | $250.00 | No, Returned | $0.00 |

Since you have an unpaid transaction(s), you may want to reach out to the recipient to make your payment.

How to avoid transactions being returned
- Check your accounts daily in the mobile app or Online Banking
- Make it automatic — set up daily balance and transaction alerts delivered to your phone or email
- Get notified if your account balance is trending toward $0. Turn on Balance Watch in the mobile app

Thank you for taking care of this right away.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.                                                                                                    TRNDEPDCL SBNA



**BANK OF AMERICA**
PO Box 15284
Wilmington, DE 19850

Account Balance Update

IN 0120    160 822       01011 #@01 AB 0.491
FASHION GROUP LLC
1500 BROAD ST NE
CONYERS GA 30012-3704

Account ending in 5224
Date January 20, 2023

## Unfortunately, you didn't have enough money in your Business Advantage Checking account ending in 5224 on January 18, 2023, to cover your transaction(s) below.

Your account balance after your transaction(s) and fees: -$4,033.36. We recommend you check your balance and if it's negative, make a deposit right away to bring it above $0 and to have enough money to cover any upcoming transactions.

| Transaction type | Amount | Was it paid? | Fee |
|---|---|---|---|
| ELECTRONIC PAYMENT | $257.17 | No, Returned | $0.00 |

Since you have an unpaid transaction(s), you may want to reach out to the recipient to make your payment.

### How to avoid transactions being returned

- Check your accounts daily in the mobile app or Online Banking
- Make it automatic — set up daily balance and transaction alerts delivered to your phone or email
- Get notified if your account balance is trending toward $0. Turn on Balance Watch in the mobile app

### Thank you for taking care of this right away.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

TRNDEPDCL SBNA

**BANK OF AMERICA**

TX1-160-04-01
PO Box 655961
Dallas, TX 75265-9502

Research Completed

FASHION GROUP LLC
1500 BROAD ST NE
CONYERS, GA 30012-3704

Date
January 18, 2023

Account ending in
5224

Claim Number
04JAN2023-567675

Reference Number

FASHION GROUP LLC

## We've completed our investigation of your fraud claim on the account listed above.

### What you need to know

Based on our research, we've determined that your claim can't be honored for the following reason(s)

- The Bank of America Deposit Agreement and Disclosures, which is the contract that governs your account, requires you to take care in protecting your account, including exercising reasonable control over your statements, checks, deposit slips, endorsement and signature stamps. It also recommends being cautious about accepting checks, or other items from strangers.

### We're here to help

We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.317.6345, Monday through Friday, 8 a.m. to 8 p.m. Eastern.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

Fifth Third Bank
5001 Kingsley Drive
MD 1MOB19
Cincinnati OH 45227


FIFTH THIRD BANK

VERONICA MORALES
1500 BROAD ST NE
CONYERS, GA 30012

Date: January 13, 2023
Account: *****8744

## Your Homeowner's Assistance Application: Action Required

Dear Borrower (s),

We appreciate your participation in our Homeowners Assistance Program and are contacting you because we need additional information from you to complete your file and process your request.

Please review the information below carefully and return the additional document(s) requested no later than 30 days from the date of this letter. If you need assistance while gathering the information to return, please contact us at 855-736-4578. It is important that we receive your documents in the time frame requested so that you do not lose your eligibility for this program.

**Documents still needed**
Please forward the documents listed below. We may also contact you for additional information and ask that you promptly return any calls from us so that we are able to continue processing your request. Once we have all requested items, your application will be complete.

**General:**

- Please complete, sign, date and return the Financial Form OR Request for Modification (RMA) OR Uniform Borrower Assistance Form (UBAF)
- Written explanation describing the details of your hardship signed and dated.
- Any type of supporting document that shows the reason for the hardship, excluding medical reasons. (documentation must show the decrease in income or the increase in expenses)

**VERONICA MORALES:**

- Copy of the most recent pay stub with year to date earnings or a copy of the two most recent bank statements showing income deposit amounts.

If IRS Form 4506-T is needed and you need another copy, go to irs.gov and search "4506-T" in the search window.

**Forwarding your documents**
We'll need to have your documents within 30 days of the date of this letter. You can use one of the following methods:

- Online:  53.com/mortgagerelief
- Fax:     513-358-8786
- Mail:    Fifth Third Bank
           5001 Kingsley Drive
           MD 1MOB19
           Cincinnati OH 45227

LIDN 1244
Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

IN THE SUPERIOR COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

*FILED SUPERIOR COURT
ROCKDALE CO., GA*

**2023 JAN 26 PM 2:45**

*/s/ Janice Morris*
CLERK

Veronica Mondragon Morales,
          Petitioner,

vs.

Civil Action Case No: 2023-CV-1127

Ena Beatriz Lopez,
          Respondent.

## VERIFICATION

Personally appeared \_\_Veronica Mondragon Morales\_\_, who, after being duly sworn, states that the facts alleged in the foregoing

_____ *[fill in name of document being verified]* are true and correct.

*/s/ Veronica Mondragon*
[✓] Plaintiff [ ] Defendant
*[Check one & sign.]*

Sworn to and subscribed before me this 26th day of Jan, 2023

*/s/ Kavindra Pathak* 1/26/2023
Notary Public

My Commission Expires: 09/17/2026

*[Notary seal: KAVINDRA PATHAK, NOTARY PUBLIC, ROCKDALE COUNTY, GA]*

SHERIFF'S ENTRY OF SERVICE                    SC-85-2

Civil Action No. __2023-CV-1127__

Date Filed __1/26/2023__

Superior Court ✓  Magistrate Court ☐
State Court ☐    Probate Court ☐
Juvenile Court ☐
Georgia, __Rockdale__ COUNTY

Attorney's and/or Plaintiff's Address
__1500 Broad St__
__Conyers GA 30012__

__Veronica Mondragon Morales__
Plaintiff

VS.

__Bank of America__
Defendant

Name and Address of Party to be Served
__Bank of America__
__1540 Hwy 138 S.E.__
__Conyers GA 30013__

Garnishee

[Rockdale County Sheriff stamp: JAN 30 2023 Civil Received]

SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __Bank of America__, a corporation
by leaving a copy of the within action and summons with __Meyia Hughes - Alab.__
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This __6__ day of __Feb__, 20__23__.

_____ 2671 DEPUTY

SCANNED

SHERIFF DOCKET _____ PAGE _____
WHITE-CLERK  CANARY-PLAINTIFF  PINK-DEFENDANT

MCRC-114(REVISED 5-05)MP