*Jesse Ireland v. The Kroger Co. et al*
*State Court of Fulton County, State of Georgia*
*Civil Action File Number:  23EV000665*

*Jesse Ireland v. The Kroger Co. et al*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number:  TBA (Removal # 1:23-mi-99999)*

# EXHIBIT A:  PETITION FOR REMOVAL

## PLAINTIFF'S DEMAND LETTER
## DATED SEPTEMBER 19, 2022

PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309



TELEPHONE: (404) 574-2205
FACSIMILE:  (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

September 19, 2022

*VIA EMAIL: David.Lickdyke@sedgwick.com*
*VIA FACSIMILE: (877) 498-8441*
*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*
Mr. David Lickdyke
Sedgwick Claims Management Services
P.O. Box 14452
Lexington, KY 40512

### TIME LIMITED SETTLEMENT DEMAND TO SEDGWICK CLAIMS MANAGEMENT SERVICES

| | |
|---|---|
| Our Client: | Jesse Ireland |
| Date of Incident: | September 5, 2021 |
| Claim No.: | 4A21098C8DF-0001 |
| Location: | Kroger Fresh Fare<br>3330 Piedmont Rd NE<br>Atlanta, GA 30305 |

Dear Mr. Lickdyke:

I hope that this letter finds you well. As you are aware, we represent Jesse Ireland with respect to his personal injury claims arising out of an incident that occurred on September 5, 2021, while walking inside of a Kroger located at or around 3330 Piedmont Rd NE, Atlanta, GA 30305. It is our understanding that your available policy limits to protect your insured is $2,000,000.00, with umbrella limits of $5,000,000.00. We are providing to your client, a reasonable opportunity to settle Mr. Ireland's claims against your insured in the above-referenced case for an amount within policy limits. By timely accepting this offer, you will protect your insured from responsibility to pay an excess judgment; protracted litigation (not including that which may be necessary to make other insurance claims); the time and expense of attending depositions, participating in discovery and attending trial; the emotional cost attendant to reliving the incident and the harm caused to others by your insured's negligence; litigation costs and attorneys' fees; and other losses typically caused by a failure to timely settle claims.

Our client sustained significant injuries in this incident. Thus, on behalf of Jesse Ireland, we are submitting this time limited settlement demand to Sedgwick Claims Management Services for payment under Kroger's bodily injury liability policy for $1,000,000.00.

THE FOWLER FIRM, LLC



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:   (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

The following exhibits are attached:

1. Kroger Incident Report (Exhibit 1).
2. Medical Reports and Billing Statement from Atlanta Urgent Care at Peachtree (Exhibit 2).
3. Medical Reports and Billing Statement from Dr. Duane C. Moody (Exhibit 3).
4. Medical Reports and Billing Statement from American Health Imaging (Exhibit 4).
5. Medical Reports and Billing Statement from Peachtree Spine Physicians (Exhibit 5).
6. Medical Reports and Billing Statement from Piedmont Atlanta Hospital (Exhibit 6).
7. Medical Reports and Billing Statement from Piedmont Urgent Care by Wellstreet Buckhead South (Exhibit 7).
8. Medical Reports and Billing Statement from Arthritis & Total Joint Specialist (Exhibit 8).
9. Medical Reports and Billing Statement from Northside Forsyth Hospital (Exhibit 9).
10. Medical Reports and Billing Statement from Northside Hospital (Exhibit 10).
11. Out of Pocket Expenses (Exhibit 11).
12. Lost Wages Verification Form (Exhibit 12).

### STATEMENT OF FACTS

On September 5, 2021, our client, Jesse Ireland, entered the Kroger located at 3330 Piedmont Road NE, Atlanta, GA 30305. Mr. Ireland was shopping in a safe and prudent manner when, suddenly and unexpectedly, a Kroger employee came rushing around a corner with a cart and negligently struck him in the back with the cart. The force of the impact pushed Mr. Ireland into a grocery display in front of him, causing multiple items to then fall on him. Mr. Ireland suffered significant injuries as a result of the negligent actions of Kroger and immediately sought medical care.



### DISCUSSION OF LIABILITY

Liability is clear on the part of Kroger for the failure to properly safeguard and prevent the injuries suffered by Mr. Ireland. Georgia law imposes a clear and unequivocal duty on owners and occupiers of land who invite persons onto their premises:

> Where an owner and occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in

THE FOWLER FIRM, LLC



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:  (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe.  O.C.G.A. §51-3-1.

In addition, Kroger is liable for the harms caused by its employee under the theory of respondeat superior since he was acting in the course and scope of his employment at the time of the incident. **Allen Kane's v. Major Dodge, Inc. v. Barnes**, 243 Ga. 776, 257, S.E.2d 186 (1979).

Kroger demonstrated negligence in its failure to secure the premises and ensure that its customers would not suffer harm at the hands of its employees. The failure to do so has caused bodily injury to Mr. Ireland for which Kroger is liable.

### INJURIES

Immediately after the incident, Mr. Ireland experienced severe pain and he sought emergency medical care at Atlanta Urgent Care at Peachtree. He subsequently sought treatment at numerous other facilities and was ultimately diagnosed with suffering from the following:

1. Osteoarthritis of hips, bilateral  (M16.0)
2. Osteoarthritis of hip  (M16.9)
3. Unilateral primary osteoarthritis, right hip  (M16.11)
4. Unspecified osteoarthritis  (M19.90)
5. Right hip pain  (M25.551)
6. Left hip pain  (M25.552)
7. Displacement of intervertebral disc of lumbosacral region  (M51.27)
8. Cervicalgia  (M54.2)
9. Low back pain  (M54.5)
10. Pain in thoracic spine  (M54.6)
11. Avascular necrosis of bone of right hip  (M87.051)
12. Other osteonecrosis, right femur  (M87.851)
13. Shortness of breath  (R06.02)
14. Disc Herniation at L5-S1

ADDITIONAL COMPLAINTS
1. Back Pain
2. Neck Pain
3. Leg Pain
4. Hip Pain
5. Left Knee Pain
6. Groin Pain



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:   (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

This incident has resulted in severe physical pain for Mr. Ireland. He experiences constant pain when performing simple tasks such as sitting, standing and walking. The violent impact with the carts resulted in a great amount of pain to his back, neck, leg, hip, knee and groin. As a result of this incident, Mr. Ireland has been forced to endure doctor visits, take numerous pain medications and participate in physical therapy. His injuries were so severe that he was even forced to undergo **several invasive procedures, such as epidural injections and a *total replacement of his left and right hips*** in order to alleviate his pain. The pain that is felt from these types of injuries is insurmountable but easily appreciated. The majority of the medical bills incurred by Mr. Ireland are as follows:

### PROVIDERS FOR JESSE IRELAND

1. Atlanta Urgent Care at Peachtree

AMOUNT INCURRED
Doctor Visits:                                                     $ 463.00

2. Dr. Dwayne Moody

AMOUNT INCURRED
Doctor Visit:                                                      $ 170.00

3. American Health Imaging

AMOUNT INCURRED
MRI Lumbar Spine:                                                  $ 2,370.00

4. Peachtree Spine Physicians

AMOUNT INCURRED
Doctor/Rehabilitation Visits:                                      $ 26,382.35
Injection (10/11/21):                                              $ 2,996.00
Optimum Spine Center (10/11/21):                                   $ 3,968.00
Injection (11/11/21):                                              $ 2,996.00
Optimum Spine Center (11/11/21):                                   $ 3,968.00



PEACHTREE 25TH BUILDING  
1720 PEACHTREE STREET  
SUITE 118  
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205  
FACSIMILE:   (404) 574-1518  
WWW.FOWLERFIRMLAW.COM  
INFO@FOWLERFIRMLAW.COM

| | |
|---|---|
| Injection (12/17/21): | $ 2,996.00 |
| Optimum Spine Center (12/17/21): | $ 3,968.00 |
| MRI Right Hip (1/27/22): | $ 2,637.00 |
| MRI Left Hip (1/27/22): | $ 2,637.00 |
| Injection/PRP (2/15/22): | $ 5,514.68 |

### 5. Piedmont Atlanta Hospital

<u>AMOUNT INCURRED</u>

| | |
|---|---|
| Emergency Room Fee: | $ 10,239.61 |
| Emergency Room Physician Fee: | $ 709.00 |
| Radiologist Fee: | $ 354.00 |

### 6. Piedmont Urgent Care by Wellstreet Buckhead South

<u>AMOUNT INCURRED</u>

| | |
|---|---|
| Doctor Visit: | $ 527.11 |

### 7. Arthritis & Total Joint Specialists

<u>AMOUNT INCURRED</u>

| | |
|---|---|
| Doctor Visits: | $ 939.00 |
| Arthroplasty Ttl Hip Left (5/10/22): | $ 4,344.00 |
| Arthroplasty Ttl Hip Right (6/16/22): | $ 4,344.00 |

### 8. Northside Forsyth Hospital

<u>AMOUNT INCURRED</u>

| | |
|---|---|
| Hip Total Arthroplasty Anterior Approach (Left): | $ 60,885.50 |
| Radiologist Fee: | $ 175.00 |
| Anesthesia Fee: | $ 2,988.00 |

### 9. Northside Hospital



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:   (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

| AMOUNT INCURRED | |
|---|---|
| Right Total Hip Arthroplasty: | $ 67,844.00 |
| Radiologist Fee: | $ 175.00 |
| Anesthesia Fee: | $ 3,000.00[1] |

**Total Medical Expenses To Date:**              **$ 217,590.25**

*This does not include the costs of future treatment and physical therapy.*

### TRAVEL EXPENSES

Mr. Ireland treated at Atlanta Urgent Care from September 6, 2021 to March 4, 2022. His treatment consisted of two (2) visits. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Atlanta Urgent Care is located at 2140 Peachtree Road, Suite 210, Atlanta, GA 30309. The total mileage for each trip visit was 15.5 miles. Therefore, the total miles traveled for treatment was 31 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$12.40** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated with Dr. Dwayne Moody on September 15, 2021. His treatment consisted of one (1) visit. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Dr. Dwayne Moody's office is located at 659 Auburn Ave., NE, Ste. 156, Atlanta, GA 30312. The total mileage for treatment was 5.4 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$2.16** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at American Health Imaging on September 20, 2021. His treatment consisted of one (1) visit. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. American Health Imaging is located at 60 Peachtree Park Drive, Suite 100, Atlanta, GA 30309. The total mileage for treatment was 14.5 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$5.80** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at Peachtree Spine Physicians from September 24, 2021 to March 30, 2022. His treatment consisted of 48 visits. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Peachtree Spine Physicians is located at 5555 Peachtree Dunwoody

---

[1] This is an estimated balance. Itemized billing will be supplemented once received from the Medical Provider.



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:   (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

Road NE, Suite G65, Atlanta, GA 30342. The total mileage for each trip visit was 28.8 miles. Therefore, the total miles traveled for treatment was 1,382.4 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$552.96** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at Piedmont Atlanta Hospital on March 7 2022. His treatment consisted of one (1) visit. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Piedmont Atlanta Hospital is located at 1968 Peachtree Rd., NW, Atlanta, GA 30309. The total mileage for treatment was 13.8 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$5.52** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at Piedmont Urgent Care by Wellstreet Buckhead South on March 15, 2022. His treatment consisted of one (1) visit. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Piedmont Urgent Care by Wellstreet Buckhead South is located at 2292 Peachtree Rd, Atlanta, GA 30309. The total mileage for treatment was 15.1 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$6.04** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at Arthritis & Total Joint Specialists from April 27, 2022 to July 5, 2022. His treatment consisted of six (6) visits. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Arthritis & Total Joint Specialists is located at 1110 West Peachtree St., NW, Ste. 940, Atlanta, GA 30309. The total mileage for each trip visit was 8.8 miles. Therefore, the total miles traveled for treatment was 52.8 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$21.12** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at Northside Forsyth Hospital on May 10, 2022. His treatment consisted of one (1) visit. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Northside Forsyth Hospital is located at 1200 Northside Forsyth Drive, Cumming, GA 30041. The total mileage for treatment was 78.0 miles. Based upon Georgia's reimbursement rate for medical treatment (40 cents per mile), Mr. Ireland is owed **$31.20** for travel expenses suffered as a result of your insured's negligence.

Mr. Ireland treated at Northside Hospital on June 16, 2022. His treatment consisted of one (1) visit. Mr. Ireland's residence is located at 400 Pryor Street, Unit 4464, Atlanta, GA 30302. Northside Hospital is located at 1000 Johnson Ferry Road NE, Atlanta, GA 30342. The total mileage for treatment was 29.1 miles. Based upon Georgia's reimbursement rate for medical



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:  (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

treatment (40 cents per mile), Mr. Ireland is owed **$11.64** for travel expenses suffered as a result of your insured's negligence.

Total Travel Expenses: **$648.84**

### OUT OF POCKET EXPENSES

Following the collision, Mr. Ireland was forced to spend additional personal funds for prescription costs. Mr. Ireland incurred **$108.85** in additional expenses as a result of Kroger's negligent acts.

### LOSS OF INCOME

Mr. Ireland has been employed as a Higher Education Contract Consultant with Leverette Consulting Group since January of 2009 and earns $78.13 per hour. As a result of the collision and the resulting injuries inflicted upon Mr. Ireland, he was forced to miss approximately 35 days of work. Thus, Mr. Ireland's estimated lost wages and opportunity costs total roughly **$35,625.00**.

### FUTURE MEDICAL EXPENSES OF JESSE IRELAND

One factor that is often overlooked in evaluating the settlement value in a personal injury case is the cost of future medical care. Once this case is settled, our client will no longer be able to look for compensation for any future disabilities or future medical expenses. Given the nature of this type of collision, he will need continuous medical treatment. He will have numerous follow up appointments and procedures to improve his overall condition. Our client only has one opportunity to settle for the full value of his injuries and he wishes to be adequately compensated for such expenses.

### LEGAL DAMAGES

**Negligent Infliction of Emotional Distress:** Although our client has undergone treatment for his injuries, he is still far from a full and complete recovery from this incident. He will always have the constant fear and apprehension of falling at another location and suffering injuries. Following the collision, Mr. Ireland experienced significant mental distress. Under Georgia Law, "[w]here there is a physical injury or pecuniary loss, compensatory damages include recovery for accompanying 'mental pain and suffering' even though the tortious conduct complained of is



PEACHTREE 25TH BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:   (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

merely negligent." *Westview Cemetary v. Blanchard,* 234 Ga. 540, 543(2)(B), 216 S.E.2d 776 (1975).

**Total Special Damages:** Mr. Ireland's special damages total **$253,972.94**. This amount does not include the cost of future treatment and pain and suffering. The special damages constitute only part of the damages that he has suffered as a result of this incident.

### SETTLEMENT DEMAND TO SEDGWICK CLAIMS MANAGEMENT SERVICES

Mr. Ireland sustained unfortunate injuries throughout his entire body, many of which required months of treatment and invasive injections and surgical intervention in order to remedy his pain. Turning to the value of this case, Mr. Ireland will make an excellent witness before a jury. He is a hardworking man, with a kind and endearing spirit. He is a likeable and credible person, who will not be impeached in any way. Further, Mr. Ireland experiences constant pain when walking, sitting and bending, and completing day-to-day tasks. This incident has truly altered his life. Mr. Ireland has continued to do everything that he can to recover from his injuries as quickly as possible, including doctor visits, physical therapy, and numerous other medical evaluations and surgical procedures. Jurors recognize and appreciate when injured patients sincerely try to get better, as Mr. Ireland has exhibited.

Mr. Ireland would like to resolve this matter amicably. Therefore, in the spirit of compromise, he will accept the sum of **$1,000,000.00 (one million dollars)** from Ace American Insurance Company in settlement of his claims against Kroger if that sum is tendered **within thirty days of receipt of this letter**. For the sum of $1,000,000.00 Mr. Ireland will execute a **general release** in favor of The Kroger Company and Ace American Insurance Company.

This settlement demand is being made to Sedgwick by way of adjuster David Lickdyke, pursuant to <u>Southern General Insurance Co. v. Holt,</u> 262 GA 267 (1992). Accordingly, on behalf of Sedgwick and Ace American Insurance Company, Mr. Lickdyke has a duty to exercise good faith and sound judgment in responding to settlement opportunities within the limits of coverage afforded by its insurance policies. As stated in the case frequently cited in Georgia concerning bad faith failure to settle claims:

> *"It is well established that the law imposes upon the insurer the duty to exercise diligence, intelligence, good faith, and honest and conscientious fidelity to the common interest of the insured as well as itself in determining whether to accept or reject an offer of settlement. While the insurer may properly give consideration to its own interest, it must in good faith give equal consideration to*



PEACHTREE 25ᵀᴴ BUILDING
1720 PEACHTREE STREET
SUITE 118
ATLANTA, GEORGIA 30309

TELEPHONE: (404) 574-2205
FACSIMILE:  (404) 574-1518
WWW.FOWLERFIRMLAW.COM
INFO@FOWLERFIRMLAW.COM

*the interest of the insured and if it fails to do so it acts in bad faith."* <u>State Farm Mutual Automobile Ins. Co. v. Smoot</u>, 381 F. 2d 331 (5ᵗʰ Cir.).

Again, we request that you make the settlement check payable to The Fowler Firm, LLC and Jesse Ireland **within thirty days of receipt of this letter**. If Ace American Insurance Company fails to pay the demanded amount by the stated deadline, Jesse Ireland will file suit with an eye towards obtaining a jury verdict well in excess of this demand.

You are hereby notified that in the event of a recovery at trial this settlement demand will serve as evidence that Sedgwick and Ace American Insurance Company have failed to negotiate in good faith to settle Mr. Ireland's personal injury claim within the policy limits of its insured.

In sum, the liability of Defendant Kroger is clear. The amount of damages has been properly presented to you. Of course, this letter relates to the compromise and settlement and shall not be admissible in evidence at trial other than to demonstrate bad faith upon obtaining an excess verdict.

I look forward to hearing from you.

        Sincerely,

        THE FOWLER FIRM, LLC


        */s/ Ronald D. Legette, Jr.*
        Ronald D. Legette, Jr., Esq.


Enclosures