# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JESSE IRELAND, | ) | |
| | ) | **Civil Action File No.** |
| Plaintiff, | ) | |
| | ) | _____ |
| v. | ) | |
| | ) | ***Removed from:*** |
| THE KROGER CO. AND JOHN DOE, | ) | State Court of Fulton County |
| | ) | Civil Action No. 23EV000665 |
| Defendants. | ) | |
| | ) | |

## DEFENDANT THE KROGER CO.'S
## DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant The Kroger Co., in the *Complaint for Damages* of

Plaintiff Jesse Ireland ("Plaintiff"), by and through undersigned counsel, pursuant to

Rule 38, and hereby demands that this case be tried by a jury of twelve persons.

Respectfully submitted, this the 1st day of March, 2023.


**GRAY, RUST, ST. AMAND,**          */s/ Camille N. Jarman_____*
**MOFFETT & BRIESKE, L.L.P.**       Matthew G. Moffett
950 East Paces Ferry Road, N.E.     Georgia Bar No.  515323
Suite 1700 – Salesforce Tower Atlanta   Camille N. Jarman
Atlanta, Georgia 30326              Georgia Bar No.  600736
Telephone:  (404) 870- 1054         *Attorneys for Defendant The Kroger*
Facsimile:   (404) 870-1030         *Co.*
Email: mmoffett@grsmb.com
Email: cjarman@grsmb.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JESSE IRELAND, | ) | |
| | ) | **Civil Action File No.** |
| Plaintiff, | ) | |
| | ) | _____ |
| v. | ) | |
| | ) | ***Removed from:*** |
| THE KROGER CO. AND JOHN DOE, | ) | State Court of Fulton County |
| | ) | Civil Action No. 23EV000665 |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

This is to certify that I have this day served the **DEFENDANT THE KROGER CO'S DEMAND FOR TWELVE PERSON JURY** upon all counsel of record by electronic mail and/or by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Stephen R. Fowler, Esq.
Ronald D. Legette, Jr., Esq.
THE FOWLER FIRM, LLC
Peachtree 25th Building
1720 Peachtree Street NW
Suite 118
Atlanta, GA 30309

Page 2 of 3

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

Respectfully submitted this the 1ˢᵗ day of <u>March</u>, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | <u>*/s/ Camille N. Jarman*</u> |
| **MOFFETT & BRIESKE, L.L.P.** | Matthew G. Moffett |
| 950 East Paces Ferry Road, N.E. | Georgia Bar No.  515323 |
| Suite 1700 – Salesforce Tower Atlanta | Camille N. Jarman |
| Atlanta, Georgia 30326 | Georgia Bar No.  600736 |
| Telephone:  (404) 870- 1054 | *Attorneys for Defendant The Kroger Co.* |
| Facsimile:   (404) 870-1030 | |
| Email: mmoffett@grsmb.com | |
| Email: cjarman@grsmb.com | |