IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Ernetta Pace,** )<br>)<br>Plaintiff,  ) C/A No.:<br>)<br>v.  )<br>)<br>)<br>**Ur M. Jaddou**, Director, U.S.  )<br>Citizenship and Immigration  )<br>Services,  )<br>)<br>Defendant.  )<br>_____ ) | |

**Certificate of Interested Persons and Corporate Disclosure Statement**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: N/A

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: N/A

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

1

<u>CHARLES H. KUCK</u>
Kuck Baxter Immigration, LLC

<u>JESSE M. BLESS</u>
Wasden Bless & Forney, LLC

March 2, 2023

Respectfully submitted,

*s/Charles H. Kuck*
CHARLES H. KUCK
GA Bar No. 429940
Kuck Baxter Immigration, LLC
365 Northridge Rd, Suite 300
Atlanta, GA 30350
(404) 816-8611
ckuck@immigration.net

*s/Jesse M. Bless*
JESSE M. BLESS
MA Bar No. 660713
Bless Litigation
6 Vineyard Lane
Georgetown MA 01833
781.704.3897
jesse@blesslitigation.com
*\* Motion to Appear Pro Hac Vice Forthcoming*

ATTORNEYS FOR PLAINTIFF