**Exhibit "A"**

Page 1
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002226637&Search_Code=REGS&PID=qZwbl6n0equcip0goCvDBj-K6Dx&SEQ=20230224093048&CNT=25&HIST=1
WebVoyage Record View 1



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002226637
Search Results: Displaying 1 of 1 entries

*2010 Published.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002226637 / 2020-10-21 |
| **Application Title:** | 2010 Published |
| **Title:** | 2010 Published. [Group registration of published photographs. 440 photographs. 2010-02-12 to 2010-12-18] |
| **Description:** | 440 photographs : Electronic file (eService) |
| **Copyright Claimant:** | William Arthur Streiber. Address: 2239 Camden Ave., Los Angeles, CA, 90064, United States. |
| **Date of Creation:** | 2010 |
| **Publication Date Range:** | 2010-02-12 to 2010-12-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | William Arthur Streiber; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Evan Mulling, studio@artstreiber.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.<br><br>Basis for Registration: Registration extends to corresponding photographs in contents titles and in deposit. |
| **Photographs:** | Published in October 2010 (66 photographs): Hedlund_0755_p.jpgHedlund_0659_p.jpgHedlund_0627_p.jpgHedlund_0252_p.jpgHedlund_0202_p.jpgMs_10-Pier_0536R1_p.jpgMs_08-Blue-Cover-Glasses_0368-Allsky_p.jpgMs_08-Blue-Cover-Glasses_0368_p.jpgMs_04-Abs-Workout-Tight_0159_p.jpgMs_06-White-Cover-Abs_0273_p.jpgMs_03-Abs-Workout-Wide_0119_p.jpgMs_02-Workout-Tight_0095_p.jpgMs_02-Workout-Tight_0064_p.jpgMs_02-Workout-Tight_0064-Ext_p.jpgBw_06-Pool_0573_p.jpgBw_06-Pool_0569_p.jpgBw_06-Pool_0510_p.jpgBw_06-Pool_0517_p.jpgBw_03-Cover-White-2_0238_p.jpgBw_03-Backyard_0365_p.jpgBw_06-Pool_0475_p.jpgBw_02-Living-Room_0159_p.jpgBw_03-Cover-White-2_0200_p.jpgBw_03-Cover-White-2_0237_p.jpgRw_02-Dk-Purple_0170_p.jpgRw_01-Dk-Tobacco_0091-2_p.jpgPt_14-Alice-P-Silhouette-2_1086_p.jpgPt_13-Alice-P-Silhouette_1034_p.jpgPt_13-Alice-P-Silhouette_1069_p.jpgPt_11-Alice-P-Boy-Scout_0862_p.jpgPt_04-Alice-C-Boxing_0381_p.jpgMb_05-Outdoor_0597_p.jpgMb_03-Bedroom_0303_p.jpgMb_04-Hallway_0569_p.jpgMb_02-Living-Room_0225_p.jpgMb_01-Staircase_0179_p.jpgMup_03-Piggy-Plates_0156_Crop-White_p.jpgMup_01-Morning-Plates_0050-Base-6_p.jpgMup_03-Piggy-Plates_0156_Crop_Texture_p.jpgLac_01-Lim_0052-5_p.jpgWw_04-Allison-Janney_0364_p.jpgWw_03-Cover_0281_294_p.jpgWest-Wing_0058_p.jpgMf_09-Mirror-Ed-Sofia_1158-Comp_p.jpgMf_01-Rico-Preppy_0020-2_p.jpgMf_03-Rico-Tux_0169-2_p.jpgMf_04-Blue-Eric-Jesse_0266-2W_214_p.jpgMf_05-Blue-Julie-Ty_0390_p.jpgMf_05-Blue-Julie-Ty_0411_p.jpgMf_05-Blue-Julie-Ty_0439_p.jpgMf_05-Blue-Julie-Ty_0502_p.jpgMf_06-Mirror-Eric-Jesse_0719-2_p.jpgMf_06-Mirror-Eric-Jesse_0750_p.jpgMf_07-Mirror-Julie-Ty_0864-2_p.jpgMf_07-Mirror-Julie-Ty_0896_p.jpgMf_07-Mirror-Julie-Ty_1009_0896Comp2_p.jpgMf_08-Blue-Ed-Sofia_1138_p.jpgMf_08-Blue-Ed-Sofia_1143_p.jpgMf_11-Group-Right_1319-Comp-Adjusted2-R1-Rev1_p.jpgMf_12-Kids-Wagon_1367-Comp_p.jpgMf_13-Kids-Laughing_1392_p.jpgMf_13-Kids-Laughing_1415_p.jpgModern-Family_266_p.jpgTs_05-Garden-Bench_0545_p.jpgTs_04-Studio-Guitar_0510_p.jpg<br><br>Published in October 2010 (44 photographs): Ts_03-Makeup_0387_p.jpgTs_01-Cover-Gold_0095_R1_p.jpgTs_01-Cover-Gold_0110_p.jpgTs_01-Cover-Gold_0150_p.jpgTs_02-Cover-Red_0225-2_p.jpgTs_01-Cover-Gold_0074_p.jpgMchale_0219_p.jpgMchale_0218_p.jpgMchale_0154_p.jpgMchale_0181_p.jpgMchale_0114_p.jpgMchale_0058_p.jpgMchale_0063_p.jpgMchale_0008_p.jpgMchale_0009_p.jpgJm_05-CableGuy_0173_p.jpgMljt_02-Shadow_0048-Comp-5_p.jpgMljt_01-Main-Floor_0020_p.jpgDb_04-Cover-Grey_1057-2_p.jpgDb_02-Workout-Canon_0643_p.jpgDb_03-Cover-Blue_1004-2_p.jpgDb_01-Workout_0183_p.jpgDb_01-Workout_0058_p.jpgWater-Polo_1105-Bw_p.jpgWater-Polo_0967-Bw_p.jpgWater-Polo_0904-Bw_p.jpgWater-Polo_1019-Bw_p.jpgWater-Polo_0774-Bw_p.jpgWater-Polo_0688-Bw_p.jpgWater-Polo_0485-Bw_p.jpgWater-Polo_0558-Bw_p.jpgWater-Polo_0255-Bw_p.jpgWater-Polo_0378-Bw_p.jpgUswp_15-Underwater_1327-Comp-5_p.jpgWater-Polo_0094-Bw_p.jpgUswp_13-Whitegroup-Horz_1215-Comp-3_p.jpgLk_06-Lane-Stadium_0614_p.jpgLk_03-Lane-Meeting_0402_p.jpgPt_04-Alice-Kiffin_0769_p.jpgHandler_Forbes_0774_p.jpgCh_09-Dressing-Room_0928R3_p.jpgCh_02-Cover-White-Mic_0152-Ext_p.jpg<br><br>Published in November 2010 (35 photographs): Cl_04-Television_0322_p.jpgCl_02-Cover-Grey-1_0227_p.jpgCl_02-Cover-Grey-1_0169_p.jpgCl_02-Cover-Grey-1_0147_p.jpgCl_01-Cover-White_0083_p.jpgCl_01-Cover-White_0039_p.jpgJb_10-Inner-Tube_0634_p.jpgJb_09-Picnic_0596_p.jpgJb_06-Checkers_0371_p.jpgJb_03-Bubbles_0154_p.jpgJb_05-Girls-In-Window_0319-Comp_p.jpgJb_01-White_0014-Comp-V3_p.jpgJb_01-White_0014-Comp_p.jpgJane-Tom_VF_0428_p.jpgJane-Tom_VF_0400_p.jpgJane-Tom_VF_0322_p.jpgJane-Tom_VF_0277_p.jpgJane-Tom_VF_0167_p.jpgAk_08-Elbow_0642-Bnw_p.jpgAk_08-Elbow_0642_p.jpgAk_07-Knee_0583-Bnw_p.jpgAk_07-Knee_0583_p.jpgAk_05-Stick_0480-Bnw_p.jpgAk_05-Stick_0480_p.jpgAk_04-Striking_0447-Bnw_p.jpgAk_04-Striking_0447_p.jpgAk_03-Kick_0429-Compbnw_p.jpgAk_03-Kick_0429-Comp_p.jpgAk_02-Cover-Blue_0256_p.jpgAk_02-Cover-Blue_0250_p.jpgAk_02-Cover-Blue_0175_p.jpgAk_01-Cover-Green_0070_p.jpgSm_05-Paint-Can_0307_p.jpgSm_02-Typewriter-Back_0137-Comp-C_p.jpgSm_01-Portrait_0027-3_p.jpg<br><br>Published in December 2010 (78 photographs): Sw_02-Library_0157_10In_p.jpgSw_02-Library_0150_10In_p.jpgSw_01-Bedroom_0108-Comp-V2-W_p.jpgSw_01-Bedroom_0097-W_p.jpgWb_01-Office-Left_0037-Comp-3_p.jpgAi_07-Limo-Lopez_0244_p.jpgAi_05-Limo-Horiz_0227_p.jpgAi_05-Limo-Horiz_0228_p.jpgAi_04-Limo-Vert_0175-2_p.jpgAi_04-Limo-Vert_0194-2_p.jpgAi_02-White-Horiz_0114-Comp2_p.jpgAi_02-White-Horiz_0122_p.jpgAi_01-Silos_0155_p.jpgAi_01-White-Vert_0075-Comp1-Origv_p.jpgAi_01-White-Vert_0076-Comp1-V2-As-R3_p.jpgAi_01-White-Vert_0011_p.jpgAi_01-White-Vert_0024_p.jpgLl_07-D-Reynolds_0304_p.jpgLl_06-B-White_0295_p.jpgLl_05-Group_0248-Cover-Rev2_p.jpgLl_04-L-Hagman_0199_p.jpgLl_03-E-Asner_0138_p.jpgLl_04-L-Hagman_0162_p.jpgLl_03-E-Asner_0098_p.jpgLl_02-E-M-Saint_0064_p.jpgLl_02-E-M-Saint_0066_p.jpgLl_01-M-Rooney_0021_p.jpgEl_08-R-Katespade-Stove-Front_0434_p.jpgEl_08-R-Katespade-Stove-Front_0416-Fs_p.jpgEl_05-Karenzambos-Oven_0283_p.jpgEl_05-Karenzambos-Oven_0283-Dkr_p.jpgEl_04-Karenzambos-Stove_0268-Dkr_p.jpgEl_03-Karenzambos-Cntrtop_0164-Dkr_p.jpgEl_04-Karenzambos-Stove_0268_p.jpgEl_02-Rachelroy-Cu_0117_p.jpgEl_03-Karenzambos-Cntrtop_0164_p.jpgTs_06-Couch_0358-Bnw_p.jpgTs_03-Ext-Wide_0155-3_p.jpgTs_02-Cover-Ext_0095-Cov-Comp-2_p.jpgTs_03-Ext-Wide_0155_Grey_p.jpgHr_01-Golfcart_0026-V2.jpgHr_01-Golfcart_0011-V2.jpgRr_04-Ranch_0259-Comp1-2.jpgRr_03-Theater_0210.jpgRr_04-Ranch_0225-Comp2.jpgRr_01-Prelight_0080.jpgRr_02-Movielight_0176.jpgWs_03-Mirrors_0580.jpgWs_02-Silver_0383.jpgWs_01-Gray_0234.jpgWs_01-Gray_0196.jpgWs_01-Gray_0175.jpgWs_01-Gray_0169.jpgBertinelli_1040_p.jpgBertinelli_1017_p.jpgBertinelli_0899_p.jpgBertinelli_0241_p.jpgBertinelli_0201_p.jpgGosling_0538_3_p.jpgGosling_0005_p.jpgGosling_0044_p.jpgGosling_0124_p.jpgGosling_0124-BNW_p.jpgGosling_0209_p.jpgGosling_0258_p.jpgGosling_0386_p.jpgGosling_0534_p.jpgGosling_0534-altdarker_p.jpgGosling_0610_p.jpgGosling_0610-warm_p.jpgGosling_0752_p.jpgGosling_0795_p.jpgGosling_0973_p.jpgGosling_1057-cool_p.jpg<br><br>Published in December 2010 (32 photographs): Gosling_1057-warm_p.jpgGosling_1072_p.jpgGosling_1078_p.jpgGosling_1086_p.jpgGosling_1092_p.jpgGosling-Ryan_0198_p.jpgAdli_08-Alex-Chairs-Smoke_0933Smoke.jpgAdli_06-Cover-Curtains_0797-2.jpgAdli_07-Dressing-Room_0839.jpgAdli_04-Bkstg-Stairs_0623-Comp_R1.jpgAdli_05-Cover-Stairs_0652-2.jpgAdli_03-Pilar-Beauty_0426.jpgAdli_01-Alex-Portrait_0111.jpgAdli_02-Maria-Beauty_0269.jpgDrt_08-Group_0780.jpgDrt_08-Group_0771.jpgDrt_07-T-Hooper_0708.jpgDrt_07-T-Hooper_0724.jpgDrt_07-T-Hooper_0674-Bw_p.jpgDrt_04-Aronofsky_0526.jpgDrt_05-D-Cianfrance_0557.jpgDrt_05-D-Cianfrance_0564.jpgDrt_06-L-Cholodenko_0596.jpgDrt_01-Roundtable_0376.jpgDrt_02-D-O-Russell_0443.jpgDrt_02-D-O-Russell_0460.jpgDrt_03-P-Weir_0492.jpgDrt_03-P-Weir_0510.jpgDrt_04-Aronofsky_0513.jpgDrt_01-Roundtable_0132.jpgDrt_01-Roundtable_0205.jpgDrt_01-Roundtable_0004.jpg<br><br>Published in February 2010 (5 photographs): Wsj_06-Dogs_0309-4.jpgWsj_05-Kitchen_0264-Rgb.jpgWsj_01-Office_0027-Rgb.jpgWsj_02-Cover-Gray_0128.jpgWsj_01-Office_0021.jpg<br><br>Published in March 2010 (20 photographs): vh_Finals_01-dinningroom-0068_p.jpgvh_Finals_01-dinningroom-0056_p.jpgvh_Finals_01-dinningroom-0035_p.jpgLost_02-Michael_0185-Rgb.jpgLost_01-Writersroom_0036-Rgb.jpgLost_01-Writersroom_0008V3-Rgb.jpgEo_03-Bolsa-Chica_0391-Fin_p.jpgEo_02-Signalhill-Brown_0146_p.jpgGd_01-Green_0023V2-Rgb_p.jpglm_Finals_05-lea-edith-1-0231cmp_p.jpglm_Finals_04-rollup-plate-3-0073_p.jpgBwc_03-Plates_0252-Rgbzs_Finals_04-food-0303_p.jpgzs_Finals_03-zoe-right-0284_p.jpgcd_Finals_14-c-underwood-0202_p.jpgcd_Finals_07-slash-0073-1-2_p.jpgzas_Finals_cd-16-group-0309-COMP2-2_p.jpgVd_01-Group_0083-Vday-Comp-2-Rgb_p.jpginstyle_Finals_03-ginny-right-0262_p.jpginstyle_Finals_01-salad-0072_p.jpg<br><br>Published in April 2010 (23 photographs): Glee_03-Matthew_0245.jpgGlee_01-Mat-Girl-Cover_0031-Comp2.jpgGlee_01-Mat-Girl-Cover_0033.jpgGlee_01-Mat-Girl-Cover_0114.jpgGlee_02-Lea_0159.jpgGlee_04-Jenna_0264.jpgGlee_06-Madonna-2-2_0445Comp-Rev1.jpgGlee_06-Madonna-2-4_0453.jpgGlee_07-Dianna_0494.jpgGlee_08-Jane_0521.jpgGlee_09-Amber_0568-2.jpgGlee_10-Vogue_0593-Comp-3.jpgGlee_11-Vogue-Cover_0683.jpgGlee_12-Lea-Vogue_0730.jpgFerguson_Jesse_0542_p.jpgFerguson_Jesse_0447_p.jpgFerguson_Jesse_0059_p.jpgFerguson_Jesse_0065_p.jpgFerguson_Jesse_0090_p.jpgFerguson_Jesse_0046_p.jpgFerguson_Jesse_0041_p.jpgFerguson_Jesse_0127_p.jpgFerguson_Jesse_0263_p.jpg<br><br>Published in May 2010 (36 photographs): Vw_04-Dog_0311.jpgVw_03-Beauty_0176.jpgVw_02-Dress-Cornercourt_0089_1-13.jpgRb_04-Tattoo_0490_1.jpgRb_01-Portrait_0082.jpgRb_03-Couch-Tattoo_0371-Rgb.jpgEw_02-Monique_0068.jpgEw_01-Bridges_0008.jpgEw_01-Bridges_0007.jpgEw_01-Bridges_0008-Bnw.jpgOscars2010_Finals_02-day02-0686_p.jpgOscars2010_04-Day04_1564_p.jpgOscars2010_04-Day04_1628_p.jpgOscars2010_04-Day04_1037_p.jpgOscars2010_04-Day04_1074_p.jpgOscars2010_04-Day04_1354_p.jpgOscars2010_04-Day04_0675_p.jpgOscars2010_04-Day04_0870_p.jpgOscars2010_04-Day04_0874_p.jpgOscars2010_04-Day04_0877_p.jpgOscars2010_04-Day04_0922_p.jpgOscars2010_04-Day04_0576_p.jpgOscars2010_04-Day04_0655_p.jpgOscars2010_04-Day03_0855_p.jpgOscars2010_04-Day04_0535_p.jpgOscars2010_04-Day03_0681_p.jpgTj_15-Shirtless-Sky-Cover_0833-2_p.jpgTj_13-White-Cover_0671_p.jpgTj_10-Shirtless-Cover_0459-2_p.jpgTj_09-Oblique_0332_p.jpgTj_07-Inverted-Row_0279_p.jpgTj_05-Pull-Up_0248-Fin_p.jpgTj_06-Pull-Up_0211_p.jpgTj_15-Speed-Skaters_0194_p.jpgTj_14-Speed-Skaters_0192-2_p.jpgTj_03-Single-Leg-Dead-Lift_0145_p.jpg<br><br>Published in June 2010 (33 photographs): pau_Finals_02-cotton-candy-0083_p.jpgCf_02-Tree_0679_p.jpgCf_02-Tree_0690-2_p.jpgCf_01-Field_0168_p.jpgCf_01-Field_0108_p.jpgCf_01-Field_0120_p.jpgRu-Still-Life_0772.jpgRu_01-Vip-Front_0248.jpgRu_05-Entry_0458.jpgRu_08-4-Rachel-Back_0686.jpgRu_09-5-Silhouette_0728.jpgRu_09-5-Silhouette_0730.jpgJs_03-Sky_0188-Rgb.jpgJs_03-Sky_0188-Bnw.jpgJs_01-Grey_0086-Bw.jpgJs_01-Grey_0093-Bw.jpgJs_02-Window_0168.jpgJs_01-Grey_0032-Bw.jpgJs_01-Grey_0057.jpgJs_01-Grey_0028-Bw.jpgJs_01-Grey_0008-Bw.jpgJs_01-Grey_0024.jpgBertinelli_V_0987_p.jpgBertinelli_V_0505_p.jpgBertinelli_V_0407_p.jpgBertinelli_V_0499_p.jpgBertinelli_V_0370_p.jpgBertinelli_V_0172_p.jpgkw_Finals_06-balloons-0717_p.jpgkw_Finals_04-beauty-3-0497_p.jpgkw_Finals_05-lawnmower-0562_p.jpgkw_Finals_03-kitchen-0467_p.jpgkw_Finals_01-beauty-1-0068_p.jpg<br><br>Published in July 2010 (9 photographs): Mwjb_01-Kitchen_0021-4C_p.jpgkk_Finals_06-red-silk-0979_p.jpgkk_Finals_02-white-swan-0581-1_p.jpgpau_Finals_07-bts-0341_p.jpgpau_Finals_05-basketball-0238-comp-3-CRP-nolines_p.jpgpau_Finals_06-photo-star-0284-1_p.jpgpau_Finals_05-basketball-0238-comp-3-CRP_p.jpgpau_Finals_03-ferris-wheel-0142_p.jpgpau_Finals_01-prizes-0032_p.jpg<br><br>Published in August 2010 (43 photographs): Cb_03-Close-Up_0397_p.jpgCb_02-Path_0266_Rev_12_13_p.jpgCb_02-Path_0266_p.jpgGb_02-Ontheset_0102-2_p.jpgGb_02-Ontheset_0066-2_p.jpgGb_02-Ontheset_0087-3_p.jpgGb_01-Cover_0046_Comp-Normalbkrnd_p.jpgGb_01-Cover_0046_Comp-Darkestbkrnd_p.jpgGb_01-Cover_0046_Comp-Lightestbkrnd_p.jpgGb_01-Cover_0046_Comp-Mid_Silverbkrnd_p.jpgFdb_01-Fiona-Ferrer_0088-Comp.jpgAa_02-Raft-Water_0173.jpgAd_01-Life-Preserver_0124.jpgAd_03-Chair-Double_0552.jpgAd_04-Boat-Double_0830-4Cover-Crop.jpgAd_04-Boat-Double_0830-Inside-4 2020-10-21 at 12.52.41 PM.pdfAd_04-Boat-Double_0830-Inside-4.jpgAo_01-Twin-Models_0058.jpgAo_01-Twin-Models_0291-Comp-2Lighter.jpgAo_03-Paparazzi_0456_Comp.jpgAo_04-Palm-Trees_0576-1.jpgAo_05-Parella_0640.jpgCmb_01-With-Driver_0125-Crop.jpgCmb_01-With-Driver_0137.jpgCmb_02-Front-Seat_0226.jpgMw_03-Golfing_0519_p.jpgMw_03-Golfing_0515_p.jpgMw_03-Golfing_0503_1_p.jpgMw_03-Golfing_0496_p.jpgMw_03-Golfing_0491_p.jpgMw_03-Golfing_0488_p.jpgMw_03-Golfing_0477_p.jpgMw_03-Golfing_0428-2_p.jpgMw_03-Golfing_0395_p.jpgMw_03-Golfing_0391_p.jpgMw_03-Golfing_0347-2-Rgb_p.jpgMw_03-Golfing_0347_p.jpgMw_03-Golfing_0301_p.jpgMw_03-Golfing_0223_p.jpgMw_03-Golfing_0212_p.jpgMw_02-Bluesky-Cover_0174-2_p.jpgMw_02-Bluesky-Cover_0174_1_Highc_p.jpgMw_01-White-Cover_0019_p.jpg<br><br>Published in September 2010 (16 photographs): Wg_05-Topless_0673-Cl_p.jpgWg_04-Jumping_0580-Cl_p.jpgWg_05-Topless_0673-Bnw_p.jpgWg_04-Jumping_0544-Cl_p.jpgWg_04-Jumping_0539-Cl_p.jpgWg_03-Dancing_0307-Cl_p.jpgWg_02-Bed-Hor_0179_p.jpgWg_01-Bed-Vert_0127_p.jpgDq_03-Table_0387_p.jpgDq_02-Creek_0262_p.jpgDq_02-Creek_0175_p.jpgDq_02-Creek_0198_p.jpgDq_01-Rock-Wall_0060_p.jpgDq_01-Rock-Wall_0004_p.jpgDq_01-Rock-Wall_0052_p.jpg |
| **Names:** | Streiber, William Arthur |



**Save, Print and Email (Help Page)**
Select Download Format | Full Record | Format for Print/Save
Enter your email address: [          ] Email

Captured by FireShot Pro: 24 February 2023, 08:31:27
https://getfireshot.com

Page 2
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA0002226637&Search_Code=REGS&PID=qZwbl6n0equcip0goCvDBj-K6Dx&SEQ=20230224093048&CNT=25&HIST=1
WebVoyage Record View 1

[Help](#) [Search](#) [History](#) [Titles](#) [Start Over](#)

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page