**Exhibit "D"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-303-859**

**Effective Date of Registration:**
January 29, 2018

---

## Title

**Title of Work:** Joe Pugliese Photographs 2017

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Joe Pugliese Photographs
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Joe Pugliese Photographs
6311 Romaine, Suite 7233, Los Angeles, CA, 90038, United States

## Rights and Permissions

**Name:** Joseph Pugliese
**Email:** studio@joepug.com
**Telephone:** (323)466-2120
**Address:** 6311 Romaine St
STE 7233
Los Angeles CA, CA 90038

## Certification

**Name:** Joe Pugliese
**Date:** January 29, 2018