**Exhibit "E"**



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Martin Schoeller 2018
Search Results: Displaying 1 of 1 entries



*Martin Schoeller 2018.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002209628 / 2020-06-19 |
| **Application Title:** | Martin Schoeller 2018 |
| **Title:** | Martin Schoeller 2018. [Group registration of published photographs. 342 photographs. 2018-03-01 to 2018-12-27] |
| **Description:** | 342 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Martin Schoeller. Address: 105 Hudson Street, Suite 300, New York NY 10013, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-03-01 to 2018-12-27 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Martin Schoeller; Domicile: United States; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST Image, LLC., 793 Broadway 2nd floor, New York NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The file must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2018 (1 photographs): AU294582<br>Published in November 2018 (45 photographs): AU11329293, AU11329292, AU11329291, AU11329289, AU11329288, AU11329287, AU11329286, AU11329285, AU11329282, AU11329283, AU11329281, AU11329280, AU11329278, AU11329279, AU11329277, AU11329276, AU11329274, AU11329272, AU11329269, AU11329270, AU11329268, AU11329267, AU11329265, AU11329264, AU11329263, AU11329262, AU11329260, AU11329261, AU11329259, AU11329258, AU11329257, AU11329256, AU11329254, AU11329252, AU11329251, AU11329250, AU11329249, AU11329248, AU11329247, AU11329246, AU11329245, AU11329244, AU11329243, AU11329290, AU11329176<br>Published in November 2018 (158 photographs): AU11447966, AU11447965, AU11329242, AU11329241, AU11329240, AU11329238, AU11329239, AU11329237, AU11329236, AU11329235, AU11329234, AU11329233, AU11329232, AU11329231, AU11329230, AU11329229, AU11329228, AU11329227, AU11329225, AU11329224, AU11329223, AU11329222, AU11329221, AU11329220, AU11329218, AU11329219, AU11329217, AU11329215, AU11329216, AU11329213, AU11329212, AU11329214, AU11329211, AU11329208, AU11329209, AU11329210, AU11329207, AU11329206, AU11329205, AU11329204, AU11329203, AU11329202, AU11329200, AU11329201, AU11329199, AU11329195, AU11329194, AU11329193, AU11329192, AU11329191, AU11329190, AU11329188, AU11329189, AU11329187, AU11329186, AU11329183, AU11329184, AU11329182, AU11329181, AU11329180, AU11329179, AU11329178, AU11329177, AU11329175, AU11329174, AU11329173, AU11329172, AU11329171, AU11329170, AU11329169, AU11329168, AU11329167, AU11329166, AU11329165, AU11329164, AU11329163, AU11329161, AU11329158, AU11329159, AU11329156, AU11329154, AU11329155, AU11329153, AU11329152, AU11329151, AU11329150, AU11329149, AU11329146, AU11329145, AU11328750, AU11328746, AU11328745, AU11328744, AU11328743, AU11328742, AU11328741, AU11328740, AU11328738, AU11328739, AU11328736, AU11328735, AU11328734, AU11328733, AU11328731, AU11328730, AU11328729, AU11454885, AU11328726, AU11328725, AU11328724, AU11328723, AU11328542, AU11328727, AU11454884, AU11406980, AU11406979, AU11406978, AU11406977, AU11406976, AU11406975, AU11406974, AU11406973, AU11406972, AU11406971, AU11406970, AU11406969, AU11406968, AU11406967, AU11406966, AU11406965, AU11406964, AU11406963, AU11406962, AU11406961, AU11396157, AU11384533, AU11384535, AU11384534, AU11351636, AU11351413, AU11351412, AU11351411, AU11329311, AU11329309, AU11329308, AU11329306, AU11329307, AU11329305, AU11329304, AU11329303, AU11329302, AU11329300, AU11329299, AU11329297, AU11329296, AU11329294, AU11329295<br>Published in December 2018 (53 photographs): AU294534, AU294599, AU294609, AU294610, AU294545, AU294544, AU294597, AU294600, AU294543, AU294541, AU294596, AU11338019, AU11337978, AU11337979, AU11337983, AU11337982, AU11337981, AU11337984, AU11337986, AU11337989, AU11337988, AU11337987, AU11337990, AU11337991, AU11337992, AU11337993, AU11338020, AU11338018, AU11338022, AU2116486, AU2116487, AU2116457, AU2116458, AU2116483, AU2116484, AU2116488, AU2116485, AU11325654, AU11325655, AU11325656, AU11325657, AU11325658, AU11325659, AU11325694, AU11325707, AU11325737, AU11325765, AU11326055, AU11326053, AU295080, AU294884, AU295082, AU295081<br>Published in March 2018 (5 photographs): AU11226255, AU11226261, AU11226226, AU11226227, AU11226229<br>Published in May 2018 (23 photographs): AU11230748, AU11230788, AU11230798, AU11234842, AU11234843, AU11234844, AU11234845, AU11234846, AU11234847, AU11234848, AU11234849, AU11234861, AU11234870, AU11234874, AU11234879, AU11234878, AU11234835, AU11234836, AU11234837, AU11234838, AU11234839, AU11234840, AU11234841<br>Published in June 2018 (16 photographs): AU11255686, AU11255690, AU11255687, AU11255684, AU11255668, AU11255665, AU11255664, AU11255663, AU11255806, AU11255805, AU11255804, AU11255803, AU11255808, AU11255810, AU11255807, AU11255809<br>Published in July 2018 (1 photographs): AU11230280<br>Published in August 2018 (25 photographs): AU294530, AU294529, AU294510, AU294509, AU294508, AU294507, AU294506, AU294488, AU294532, AU294539, AU294540, AU294542, AU294553, AU294554, AU294598, AU294578, AU294531, AU294479, AU294477, AU294538, AU294533, AU11259398, AU11259400, AU11259399, AU11259401<br>Published in September 2018 (15 photographs): AU11263277, AU11263292, AU11263291, AU11263287, AU11263286, AU11263284, AU11263273, AU11263303, AU11263302, AU11263294, AU11263276, AU11263275, AU11263274, AU11263278, AU11263283 |
| **Names:** | Schoeller, Martin |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:              Email

Help   Search   History   Titles   Start Over

Page 2
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=Martin+Schoeller+2018&Search_Code=TALL&PID=Vt-1wDVup1vkLPtJh35wPRMyof9&SEQ=20230224094206&CNT=25&HIS...
WebVoyage Record View 1

Contact Us  I  Request Copies  I  Get a Search Estimate  I  Frequently Asked Questions (FAQs) about Copyright  I  Copyright Office Home Page  I  Library of Congress Home Page