**Exhibit "F"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-156-010**
Effective Date of Registration:
June 05, 2019

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 01, 2012 to December 01, 2012

### Title
_____

| | |
|---|---|
| Title of Group: | Peter Yang 2012 |
| Number of Photographs in Group: | 121 |

- **Individual Photographs:** AU1214299, AU1226706
  **Published:** February 2012

- **Individual Photographs:** AU1226704, AU1226702, AU1226703, AU1226712, AU1243324, AU1243307, AU1243322, AU1226711, AU1226709, AU1226710, AU1243281, AU1243353, AU1243352, AU1243351, AU1243282, AU1243283, AU1243280, AU1243279, AU1233175, AU1233176
  **Published:** March 2012

- **Individual Photographs:** AU1249955, AU1249954, AU1249957, AU1249958, AU1249963, AU1249962, AU1249961, AU1174733, AU1251683, AU1242568, AU1242567, AU1242566, AU1249959, AU1249956, AU1249960, AU1242565, AU1242564
  **Published:** April 2012

- **Individual Photographs:** AU1248181, AU1248203, AU1248143, AU1248142, AU1248520, AU1248519, AU1248202, AU1248180, AU1251719, AU1251718, AU1251717, AU1251720, AU1251721, AU1251722, AU1251695, AU1251696, AU1265781, AU1267660
  **Published:** May 2012

- **Individual Photographs:** AU1265723, AU1265722, AU1265721, AU1265720, AU1265725, AU1265726, AU1265724, AU1265652, AU1607802, AU1607800, AU1607801, AU1607799, AU1607794, AU1607796, AU1607797, AU1607795, AU1265655, AU1265654, AU1265651, AU1265650, AU1252206
  **Published:** June 2012

- **Individual Photographs:** AU1265581, AU1265582, AU1265584, AU1265580, AU1265583, AU1266638, AU1266637, AU1265533, AU1265534, AU1265535, AU1265532
  **Published:** July 2012

- **Individual Photographs:** AU1308538, AU1308537, AU1308539, AU1398901

|  |  |
|---|---|
| **Published:** | August 2012 |
| • **Individual Photographs:** | AU1264939, AU1264937, AU1264936, AU1264935, AU1264934, AU1264933, AU1264930, AU1264931, AU1264932, AU1264938 |
| **Published:** | September 2012 |
| • **Individual Photographs:** | AU1287620, AU1290911, AU1290912, AU1290913, AU1290914, AU1290915, AU1290909, AU1290908, AU1290907, AU1290910 |
| **Published:** | November 2012 |
| • **Individual Photographs:** | AU1303980, AU1303979, AU1303981, AU1303982, AU1303978, AU1303977, AU1303976, AU1303975 |
| **Published:** | December 2012 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | February 01, 2012 |
| **Latest Publication Date in Group:** | December 01, 2012 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Peter Yang |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Peter Yang |
| | 3108 Glendale Blvd #464, Los Angeles, CA, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AUGUST IMAGE, LLC |
| **Name:** | Bill Hannigan |
| **Email:** | info@augustimage.com |
| **Telephone:** | (212)777-0088 |
| **Address:** | 793 Broadway, 2nd Floor |
| | New York, NY, 10003 United States |

## Certification

| | |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | June 05, 2019 |
| **Applicant's Tracking Number:** | USCO-05803 |



| | |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

Case 1:23-mi-99999-UNA   Document 658-6   Filed 03/02/23   Page 5 of 5