**Exhibit "G"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-227-643**

**Effective Date of Registration:**
November 11, 2020
**Registration Decision Date:**
December 14, 2020




## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    For Photographs Published:   January 21, 2020 to October 06, 2020

**Title** _____

| | |
|---|---|
| **Title of Group:** | Ramona Rosales 2020 Part 1 |
| **Number of Photographs in Group:** | 140 |
| • **Individual Photographs:** | AU2119579, AU2119578, AU2119584, AU2119581, AU2119582, AU2119586, AU2119576, AU2119587, AU2119583, AU2119580, AU2119577, AU2119585, AU2120017, AU2120023, AU2120015, AU2120013, AU2120022, AU2120020, AU2120019, AU2120025, AU2120012, AU2119888, AU2119891, AU2119886, AU2119887, AU2119890, AU2119893, AU2119889, AU2119419, AU2119416, AU2119413, AU2119415, AU2119414, AU2119417 |
| **Published:** | January 2020 |
| • **Individual Photographs:** | AU2119592, AU2119594, AU2119588, AU2119589, AU2119590, AU2119595, AU2119602, AU2119603, AU2119601, AU2119596, AU2119591, AU2119593, AU2119599, AU2119600, AU2119597, AU2119598, AU2119607, AU2148075, AU2148093, AU2148094, AU2148095, AU2148096, AU2148097, AU2148098, AU2148099, AU2148223, AU2148100, AU2148101, AU2148102, AU2148106, AU2148217, AU2148220, AU2148221, AU2119994, AU2119993 |
| **Published:** | February 2020 |
| • **Individual Photographs:** | AU2148139, AU2148138, AU2148418, AU2148425, AU2148428, AU2148456, AU2148426, AU2148427 |
| **Published:** | March 2020 |
| • **Individual Photographs:** | AU2169314, AU2169313, AU2169320 |
| **Published:** | April 2020 |
| • **Individual Photographs:** | AU2209328, AU2209338, AU2209337, AU2209339, AU2209340, AU2209341, AU2208939, AU2208940, AU2209611, AU2209612, AU2209628, AU2209630, AU2209590, AU2209595 |
| **Published:** | June 2020 |
| • **Individual Photographs:** | AU2208719, AU2208720, AU2208721, AU2208722, AU2208723, AU2208724, AU2208725, AU2208726, AU2208927, AU2208928, AU2208929, AU2208933, AU2209077, AU2209501, AU2209502, |

|  |  |
|---|---|
| Published: | AU2209503, AU2209518<br>August 2020 |
| • Individual Photographs: | AU2210656, AU2210657, AU2210658, AU2210659, AU2210661,<br>AU2210660, AU2210662, AU2210663, AU2210664, AU2210665,<br>AU2210666, AU2210667, AU2210668, AU2210669, AU2210670,<br>AU2210671, AU2210672, AU2210673, AU2210674, AU2210675,<br>AU2210677, AU2208937, AU2208938, AU2208934, AU2208935,<br>AU2208936, AU2209078, AU2209079, AU2209080 |
| Published: | October 2020 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Earliest Publication Date in Group: | January 21, 2020 |
| Latest Publication Date in Group: | October 06, 2020 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Ramona Rosales |
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Ramona Rosales<br>1833 N Garfield Avenue, Pasadena, CA 91104, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | AUGUST |
| Name: | Bill Hannigan |
| Email: | bill@augustimage.com |
| Telephone: | (121)777-7008x8 |
| Address: | 793 Broadway 2nd floor<br>New York NY 10003 United States |

## Certification

| | |
|---|---|
| Name: | Joe G. Naylor |
| Date: | November 11, 2020 |
| Applicant's Tracking Number: | USCO-06896 |

| | |
|---|---|
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |



Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.