**Exhibit "H"**

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-196-871

**Effective Date of Registration:**
February 05, 2020
**Registration Decision Date:**
March 26, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 08, 2019 to November 08, 2019

### Title _____

| | |
|---|---|
| **Title of Group:** | Mariah Carey by Ruven Afanador for Billboard (RAN19024) |
| **Number of Photographs in Group:** | 7 |
| • **Individual Photographs:** | 20191108_BILLBOARD_MARIAH_CAREY_S01_243_v2_v8, |
| | 20191108_BILLBOARD_MARIAH_CAREY_S02_124_v2_v7, |
| | 20191108_BILLBOARD_MARIAH_CAREY_S02_159_v2_v7, |
| | 20191108_BILLBOARD_MARIAH_CAREY_S03_015_v2_v7, |
| | 20191108_BILLBOARD_MARIAH_CAREY_S03_258_v2_v7, |
| | 20191108_BILLBOARD_MARIAH_CAREY_S04_120_v2_v7, |
| | 20191108_BILLBOARD_MARIAH_CAREY_S04_133_v2_v7 |
| **Published:** | November 2019 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | November 08, 2019 |
| **Latest Publication Date in Group:** | November 08, 2019 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | Ruven Adanador |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Ruven Adanador |
| | 420 West 25th Street. Apt 7B, NEW YORK, NY 10003, United States |

## Rights and Permissions _____

| | |
|---:|:---|
| **Organization Name:** | Creative Photographers Inc |
| **Name:** | Geoffrey Katz |
| **Email:** | geoff@cpi-ny.com |
| **Telephone:** | (212)683-1455 |
| **Address:** | 135 East 57th Street  14th Floor |
| | New York, NY 10022  United States |

## Certification _____

| | |
|---:|:---|
| **Name:** | Joe G. Naylor |
| **Date:** | February 05, 2020 |
| **Applicant's Tracking Number:** | USCO-06450 |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.