**Exhibit "I"**

 Subscribe Now to HERS Magazine

Her Heart   Her Flavor   Her Health   The Cover   Her Lessons   Her Work   Her Play


# HERS MAGAZINE

ABOUT   LATEST NEWS   MAGAZINE   EVENTS   HERS STORE   GIFT GUIDE   SUBSCRIBE   CONTACT

## SHARE BUTTONS



SUNDAY MAGAZINE

### FAVORITE

# 5 Famous Women You Didn't Know Were Great Cooks

By Avanti Tolbert | March 1, 2020

SHARE   TWEET   SHARE   SHARE   0 COMMENTS

Some women are famous for the talents that they bring to entertainment and others are famous for the talents that they bring to the kitchen—but a smaller number of women are famous for both. So often, famous women are praised for their singing, dancing, acting, etc. and no one ever notices that they are actually also great cooks. Here's a list of some of the talented women that we all know and love that have some pretty impressive culinary skills.

### JOANNA GAINES

Not only can this gifted woman build and decorate a kitchen, but she can also whip up some tasty meals in one as well! Her two cookbooks, "Magnolia Table: A Collection of Recipes for Gathering" and "Magnolia Table, Volume 2: A Collection of Recipes for Gathering," feature recipes suitable for breakfast, lunch and dinner. The first and second book are available on Amazon right now starting at just $16.59.

### JURNEE SMOLLETT

Best known for her roles in movies such as "Eve's Bayou" and "Tyler Perry's Temptation," Jurnee Smollett is a great actress on-screen, but there's no act involved in her cooking skills. The cookbook that she launched with her siblings, "The Family Table," $17.43,  is full of great recipes and wholesome discussions.

### EVA LONGORIA

This "desperate housewife's" cooking will make you desperate for a plate of her food. "Eva's Kitchen: Cooking with Love for Family and Friends," Longoria's first cookbook, is a special read that's full of Mexican and other fare recipes that takes readers on her "culinary journey." Hurry and get it before it's gone!

### CHARMAINE J.

Star of "Black Ink Crew: Chicago" and host of Chicago's 107.5 WGCI Charmaine J. is a bold, beautiful woman that knows how to handle business in a well-respected establishment and in the kitchen! Being that she's a Louisiana native, she's no stranger to homecooked meals. Her cookbook, "All Things Charmaine", is loaded with lots of Louisiana-inspired dishes that will "leave the reader drooling with each turn of the page."

### LADY GAGA

## CONNECT


Hers Magazine
6,399 followers

Follow Page   Share





## POPULAR STORIES

Our Favorite Barbara Walters Quotes

Megan Thee Stallion Gets Vindication in Shooting Case

Most Popular Christmas Party Dress Colors in Each State

'Ellen' Show DJ 'tWitch' Dies

## SPONSORED



Page 2
https://hers-magazine.com/5-famous-women-you-didnt-know-were-great-cooks/
5 Famous Women You Didn't Know Could Cook | HERS Magazine

Not only can she put a unique twist on her appearance, but Lady Gaga can also put a great unique taste on food as well. She and her father, Joe Germanotta, even published a cookbook together, "Joanne Trattoria Cookbook: Classic Recipes and Scenes from an Italian-American Restaurant", that features "a collection of recipes and anecdotes, inspired by the world-famous restaurant Joanna Trattoria," which is owned by Germanotta.



**RELATED ITEMS**

**Avanti Tolbert**

Avanti Tolbert is a freelance writer for Hers Magazine. She majored in Journalism at Georgia State University. When she is not busy writing, she enjoys shopping, catching up on her favorite shows and spending time with her precious daughter

| ← Previous Story | Next Story → |
|---|---|
| Bebe Rexha Opens Up About Struggle With Bipolar Disorder | The Evolution of Female Beauty Standards Throughout History |

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment



HOME    ABOUT    MANIFESTO    ADVERTISING    SUBSCRIBE TO HERS    SUBMISSIONS    CAREERS    GIFT GUIDE    CONTACT

© 2022 by Allerite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SEARCH

Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/aaa106e4ab70b9f4a0481e29d99b0523.jpeg
aaa106e4ab70b9f4a0481e29d99b0523.jpeg (650×366)



Page 1
https://hers-magazine.com/celebrity-reactions-to-kavanaugh-confirmation/
Reactions to Kavanaugh Confirmation | HERS Magazine



Subscribe Now to HERS Magazine

Her Heart    Her Flavor    Her Health    The Cover    Her Lessons    Her Work    Her Play



ABOUT    LATEST NEWS    MAGAZINE    EVENTS    HERS STORE    GIFT GUIDE    SUBSCRIBE    CONTACT



**FAVORITE**

# Reactions to Kavanaugh Confirmation

By Annette Johnson | October 7, 2018

SHARE    TWEET    SHARE    SHARE    0 COMMENTS

Once Brett Kavanaugh was confirmed to the U.S. Supreme Court on Saturday with a 50-48 vote, reactions from both those who opposed and supported his nomination flooded social media.

Every step of Kavanaugh's nomination process was contentious, though, triggering public protests and a distinct political party divide. All the Republican senators except one, Sen. Lisa Murkowski (Alaska), voted for him. Every Democrat except one, Sen. Joe Manchin (W.Va.), voted against him.

Social media was just as divided as the Senate with celebrities sounding off, mainly sharing their disapproval or disappointment.

**Ellen DeGeneres:**
"This tweet is for Dr. Ford. You put yourself through so much and I want you to know it wasn't in vain. You started a movement and we'll see it through. If they won't listen to our voices, then they'll listen to our vote."

**Alyssa Milano:**
"Kavanaugh moves it much, much further to the right. It has completely lost touch with the values of majority of Americans. And now its legitimacy is shot."

**Ava DuVernay:**
"I've been on a plane all morning. Just landed. Trying to make it home. Feel like I want to scream. And rage. And cry. I usually slip in and out of airports easily. Today, 3 different people came up to me — and gave me fuel. This just happened. First was a white man. Early 30s..."

Both reaching for our bags in the overhead he said: "I'm not usually this guy, but please keep doing what you do. We need to hear voices like yours. And I need to listen." I could feel his heart. Grappling with the moment in his own skin. We spoke for a bit and then deplaned.

## SHARE BUTTONS



## CONNECT




## POPULAR STORIES

 Rihanna Red is Back and Skyrocketing Online

 How to Invite Mindfulness into the Bedroom

 Super Bowl Soulful 2023 Celebration Highlights

Deepfakes: How Women Can Protect Themselves

## SPONSORED



Captured by FireShot Pro: 17 February 2023, 13:34:08
https://getfireshot.com

The second person was Latina. I'm walking through the terminal. She was young. Early 20s. She just walked right in front of me. And stopped. With tears in her eyes. All I could do was hug her and try to hold in my own. She just whispered thank you. I thanked her too. We parted.

Last was a white woman with an accent from somewhere far away. Early 40s. She said I'm sorry to disturb you on a day like this. I said something I've never said to a stranger. I said: I want to cry. She looked back at me and said: "Me too." Our eyes both welled up. And we did."

On Thursday, Sept. 27th, Dr. Christine Blasey Ford testified before the Senate Judiciary Committee that in 1982, Kavanaugh and his friend, Mark Judge, allegedly pinned her on a bed, groped her, tried to remove her clothes, and covered her mouth when she tried to scream. She testified that the only reason she escaped was because they fell off the bed, and she was then able to run out the room. Two other women came forward with sexual misconduct allegations against him from during their college years.

After a week-long FBI investigation, the Republican majority in the Senate voted to advance his nomination on Friday. Many opponents had hoped that either Susan Collins (R-Maine) or Jeff Flake (R-Ariz.) would provide a "no" vote, as they sought more information before making a decision.



Sen. Collins delivered a 40-minute speech on the Senate floor explaining her decision to support Kavanaugh. Since announcement of his nomination on July 9th, Collins said in her speech, "we have seen special interest groups whip their followers into a frenzy by spreading misrepresentations and outright falsehoods about Judge Kavanaugh's judicial record. Over-the-top rhetoric and distortions of his record and testimony at his first hearing produced short-lived headlines which, although debunked hours later, continue to live on and be spread through social media. Interest groups have also spent an unprecedented amount of dark money opposing this nomination."

Collins support of his nomination was a bitter pill for some women who saw it as an act of betrayal against Dr. Ford, as well as other sexual assault victims in general. MSNBC host Joy Reid, in fact, called her "the biggest fraud of the Me Too era."

Bette Middler went a bit further, perhaps too far, calling women "the n-word of the world." The reference to a 1972 John Lennon and Yoko Ono song was part of a since-deleted tweet.



She went on to apologize the next day, posting, "The too brief investigation of allegations against Kavanaugh infuriated me. Angrily I tweeted w/o thinking my choice of words would be enraging to black women who doubly suffer, both by being women and by being black. I am an ally and stand with you; always have. And I apologize."

Actvisits have already raised more than $3 million to defeat Collins in 2020. Meanwhile, Kavanaugh was sworn in as U.S. Supreme Court Justice on Saturday evening.



      

**RELATED ITEMS** | BRETT KAVANAUGH | CHRISTINE BLASEY FORD | ME TOO MOVEMENT | SUPREME COURT

Annette Johnson
 

← Previous Story
Music and Medicine Unite to Support Cancer Research

Next Story →
Taylor Swift's New Wins: Voter Registration

**YOU MAY ALSO LIKE...**



Do Gay Men Have More Rights Than Women?



Abortion Ruling to Affect Adoption and Foster Care



Should Women Be Angrier at Justice Amy Coney Barrett?

Page 4
https://hers-magazine.com/celebrity-reactions-to-kavanaugh-confirmation/
Reactions to Kavanaugh Confirmation | HERS Magazine



HOME    ABOUT    MANIFESTO    ADVERTISING    SUBSCRIBE TO HERS    SUBMISSIONS    CAREERS    GIFT GUIDE    CONTACT

© 2022 by Allwrite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SEARCH

Page 1
https://hers-magazine.com/tag/christine-blasey-ford/
Christine Blasey Ford | HERS Magazine

◀ Subscribe Now to HERS Magazine

Her Heart    Her Flavor    Her Health    The Cover    Her Lessons    Her Work    Her Play



☰    ABOUT ⌄    LATEST NEWS ⌄    MAGAZINE ⌄    EVENTS    HERS STORE ⌄    GIFT GUIDE 🎁    SUBSCRIBE ⌄    CONTACT ⌄    f  t  ▶  ⬚    🔍

## ALL POSTS TAGGED "CHRISTINE BLASEY FORD"



ANNETTE JOHNSON | October 7, 2018

### Reactions to Kavanaugh Confirmation

Ellen DeGeneres and other stars took to social media to express their thoughts on Supreme Court Justice Brett...



ANNETTE JOHNSON | September 27, 2018

### What We Learned from Christine Blasey Ford's Testimony

While testifying before the U.S. Senate Judiciary Committee on Thursday, Christine Blasey Ford said she was "100 percent"...



ANNETTE JOHNSON | September 22, 2018

### Will Christine Ford's Testimony Even Matter?

Senate Majority Leader Mitch McConnell (R-Ky) said Friday that Judge Brett Kavanaugh will be confirmed to the Supreme...

### SHARE BUTTONS




### CONNECT



**Hers Magazine**
6,406 followers

f Follow Page    ➤ Share

 **Hers Magazine** 
on Tuesday

#Miley is the first female artist to surpass 85 million monthly listeners in Spotify history

### POPULAR STORIES

 Nicki Minaj Drops a Verse for Trinidad Carnival's Return

 Boss Impact Fund Application Opens for Grant Program

 NYFW Fall-Winter 2023 Recap

 Rihanna Red is Back and Skyrocketing Online

### SPONSORED



HOME    ABOUT    MANIFESTO    ADVERTISING    SUBSCRIBE TO HERS    SUBMISSIONS    CAREERS    GIFT GUIDE    CONTACT

Captured by FireShot Pro: 24 February 2023, 07:43:01
https://getfireshot.com

Page 2
https://hers-magazine.com/tag/christine-blasey-ford/
Christine Blasey Ford | HERS Magazine

© 2022 by Allwrite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SEARCH

Search

Page 1
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine



⊘ Subscribe Now to HERS Magazine



☰    ABOUT ⌄    LATEST NEWS ⌄    MAGAZINE ⌄    EVENTS    HERS STORE ⌄    GIFT GUIDE ⓲    SUBSCRIBE ⌄    CONTACT ⌄    f    𝕏    ⊙    ◎    🔍




**FASHION**

# The Hollywood Reporter Names Top 10 Celebrity Stylists of the Decade

By Online Editor | March 18, 2020

SHARE    TWEET    SHARE    SHARE    0 COMMENTS

In their recent 10th Anniversary Stylist issue, The Hollywood Reporter highlighted the most influential and sought-after celebrity stylists of the past decade. These behind-the-scenes superstars are often forgotten, but they play a major role in the trend cycle of the fashion world. From the Met Gala to the Grammys, these stylists have created some of the decade's most-loved red carpet looks. Here are the stylists (and some of their most iconic looks) they chose to honor.

**WAYMAN BANNERMAN AND MICAH MCDONALD**



## SHARE BUTTONS

f    𝕏    G+    P    in    ⎙
✉

## CONNECT



## POPULAR STORIES

Our Favorite Barbara Walters Quotes

Megan Thee Stallion Gets Vindication in Shooting Case

Most Popular Christmas Party Dress Colors in Each State

'Ellen' Show DJ 'tWitch' Dies

## SPONSORED



McDonald (left) and Bannerman (right) pose in luxury clothing. (By Kwaku Alston / The Hollywood Reporter)

**CLIENTS: TESSA THOMPSON, REGINA KING, KIKI LAYNE, MARY J. BLIGE, JENNIFER HUDSON, LIZZY CAPLAN**



Tessa Thompson wearing Armani styled by McDonald and Bannerman. (By Kwaku Alston / The Hollywood Reporter)

**PETRA FLANNERY**

Page 3
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine



Petra Flannery (Via The Hollywood Reporter)

**CLIENTS: RENÉE ZELLWEGER, REESE WITHERSPOON, EMMA STONE, ZOE SALDANA, EMILIA CLARKE, HUNTER SCHAFER, CLAIRE DANES**



Page 4
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine



Renée Zellweger at the 2020 Oscars wearing Armani styled by Flannery. (By Amy Sussman / Getty Images)

### LESLIE FREMAR



Leslie Fremar (Via The Hollywood Reporter)

**CLIENTS: CHARLIZE THERON, JULIANNE MOORE, JENNIFER CONNELLY, LÉA SEYDOUX**



Page 5
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine



Julianne Moore at the 2015 Golden Globe Awards in Givenchy styled by Fremar. (By Jordan Strauss/Invision/AP)

**SAMANTHA MCMILLEN**



McMillen poses with client Brie Larson. (By Yuri Hasegawa / The Hollywood Reporter)

Page 6
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine

**CLIENTS: BRIE LARSON, ELLE FANNING, DAKOTA FANNING, DAISY RIDLEY, EVAN RACHEL WOOD, LIU YIFEI, CHRIS HEMSWORTH, NOAH CENTINEO, JOHN DAVID WASHINGTON**



Elle Fanning in Valentino styled by McMillen at the 2018 Berlin Film Festival. (Via Getty Images)

**LAW ROACH**



Page 7
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine



Law Roach (By Martin Schoeller)

**CLIENTS: ZENDAYA, KERRY WASHINGTON, TIFFANY HADDISH, DEMI LOVATO, ARIANA GRANDE, TOM HOLLAND, ANYA TAYLOR-JOY**



Zendaya at the 2020 Critics' Choice Awards in Tom Ford styled by Roach. (By George Pimentel/WireImage)

**ELIZABETH STEWART**



Elizabeth Stewart in a Givenchy suit. (By Ramona Rosales / The Hollywood Reporter)

Captured by FireShot Pro: 04 January 2023, 16:29:19
https://getfireshot.com

Page 8
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine

**CLIENTS: CATE BLANCHETT, JULIA ROBERTS, VIOLA DAVIS, GAL GADOT, JESSICA CHASTAIN, AMANDA SEYFRIED, ZOEY DEUTCH, REBEL WILSON**



Stewart with client Zoey Deutch. (By Romana Rosales / The Hollywood Reporter)

**ILARIA URBINATI**



Captured by FireShot Pro: 04 January 2023, 16:29:19
https://getfireshot.com

Page 9
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine

Ilaria Urbinati (By Austin Hargrave)

**CLIENTS: DWAYNE JOHNSON, ARMIE HAMMER, RAMI MALEK, DONALD GLOVER, RYAN REYNOLDS, BRADLEY COOPER, CHRIS EVANS, TOM HIDDLESTON, BEN AFFLECK**



Urbinati with client Dwayne "The Rock" Johnson. (By Austin Hargrave)

**KARLA WELCH**



Karla Welch (By Ramona Rosales)

Captured by FireShot Pro: 04 January 2023, 16:29:19
https://getfireshot.com

Page 10
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine

CLIENTS: TRACEE ELLIS ROSS, OLIVIA WILDE, SARAH PAULSON, RUTH NEGGA, PINK, ANA DE ARMAS, ELISABETH MOSS, AMERICA FERRERA, CAITRIONA BALFE, AMANDLA STENBERG, JUSTIN BIEBER



Welch with client Ana de Armas. (By Ramona Rosales)

### KATE YOUNG



Kate Young (Via The Wall Group)

Captured by FireShot Pro: 04 January 2023, 16:29:19
https://getfireshot.com

**CLIENTS: MARGOT ROBBIE, MICHELLE WILLIAMS, SELENA GOMEZ, SIENNA MILLER, RACHEL WEISZ, NINA DOBREV, DAKOTA JOHNSON**



Margot Robbie at the 2018 Oscars in Chanel styled by Young. (Via Getty Images)

### ROB ZANGARDI AND MARIEL HAENN



Mariel Haenn and Rob Zangardi. (By Joe Pugliese / The Hollywood Reporter)

CLIENTS: JENNIFER LOPEZ, ALEX RODRIGUEZ, GWEN STEFANI, JESSICA BIEL, RACHEL MCADAMS, HAILEE STEINFELD, LILY COLLINS, CIARA, CAMILA CABELLO



Jennifer Lopez at the 2020 Palm Springs Film Festival in Richard Quinn styled by Zangardi and Haenn. (By Steve Granitz / Getty Images)



| RELATED ITEMS | CELEBRITY STYLISTS | FASHION | RED CARPET FASHION |



### Online Editor

A staff report from the online editor of Hers Magazine.

| ← Previous Story | Next Story → |
| --- | --- |
| The Art of Biophilia: A Visual Practice for Creating Inner Calm | Who Can and Can't Get Tested for Coronavirus? |

## YOU MAY ALSO LIKE...



Hosiery Had a Long Run, Now We Call It Shapewear



Shapewear: Fashion to Die for—Literally



5 Modern Outfits Inspired by Historic Women

## LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

Page 13
https://hers-magazine.com/the-hollywood-reporter-names-top-10-celebrity-stylists-of-the-decade/
Top 10 Celebrity Stylists of the Decade | HERS Magazine



HOME    ABOUT    MANIFESTO    ADVERTISING    SUBSCRIBE TO HERS    SUBMISSIONS    CAREERS    GIFT GUIDE    CONTACT

© 2022 by Allwrite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SEARCH

Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/ah_dawyne_johnson_ilaria0719_v2-p_2020_thr.jpg
ah_dawyne_johnson_ilaria0719_v2-p_2020_thr.jpg (640×960)



Captured by FireShot Pro: 04 January 2023, 16:28:11
https://getfireshot.com

Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/ah_dawyne_johnson_ilaria1085_v3-embed_2020_thr-683x1024.jpg
ah_dawyne_johnson_ilaria1085_v3-embed_2020_thr-683x1024.jpg (683×1024)



Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/rob_zangardi__mariel_haenn_9962_06_0547.jpg
rob_zangardi__mariel_haenn_9962_06_0547.jpg (1350×760)



Captured by FireShot Pro: 04 January 2023, 16:35:51
https://getfireshot.com

Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/lawroach.jpg
lawroach.jpg (640×960)



Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/thr_-_rrosales_thr_stylist_20_0582_v2_-photographed_by_ramona_rosales_-_embed_-2020-683x1024.jpg
thr_-_rrosales_thr_stylist_20_0582_v2_-photographed_by_ramona_rosales_-_embed_-2020-683x1024.jpg (683×1024)



Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/thr_-_rrosales_thr_stylist_20_1096_v2-_photographed_by_ramona_rosales_-_embed_-2020_-793x1024.jpg
thr_-_rrosales_thr_stylist_20_1096_v2-_photographed_by_ramona_rosales_-_embed_-2020_-793x1024.jpg (793×1024)



Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/thr_-_20200302_thr_tessathompson_0243_v3_photographed_by_ramona_rosales_-_embed_-2020_-793x1024.jpg
thr_-_20200302_thr_tessathompson_0243_v3_photographed_by_ramona_rosales_-_embed_-2020_-793x1024.jpg (793×1024)



Page 1
https://hers-magazine.com/wp-content/uploads/2020/03/thr_-_rrosales_thr_stylist_20_1474_v2-_photographed_by_ramona_rosales_-_embed_-2020_.jpg
thr_-_rrosales_thr_stylist_20_1474_v2-_photographed_by_ramona_rosales_-_embed_-2020_.jpg (928×619)



 Subscribe Now to HERS Magazine

Her Heart    Her Flavor    Her Health    The Cover    Her Lessons    Her Work    Her Play



ABOUT ⌄    LATEST NEWS ⌄    MAGAZINE ⌄    EVENTS    HERS STORE ⌄    GIFT GUIDE 🎁    SUBSCRIBE ⌄    CONTACT ⌄        



**FAVORITE**

# How the House's Newest Women Voted on Impeachment

By Online Editor | December 18, 2019

 SHARE    TWEET    SHARE    SHARE    0 COMMENTS

President Trump was impeached earlier this evening. The votes fell almost exactly on party lines, 230 to 197 on Article 1 and 229 to 198 on article two in favor of the democrats.

The House Judiciary Committee approved two articles of impeachment against Trump last week. The first charged him with abuse of power for pressing Ukraine into investigating incriminating evidence against his Democratic competitors to help with secure the 2020 presidential election. The second was for obstruction of justice for not complying with Congress to supply testimony and documents for the impeachment hearings.

In the November 2018 issue of Hers, we featured women elected into the House of Representatives in the 2018 elections. Today, we're looking back to see where they stood on impeachment. Here's how they voted.

(Format: Article 1, Article 2)

Alexandria Ocasio-Cortez (D-N.Y.) — Yea, Aye

Cindy Axne (D-Iowa) — Yea, Aye

Angie Craig (D-Minn.) — Yea, Aye

Sharice Davids (D-Kan.) — Yea, Aye

Madeleine Dean (D-Pa.) — Yea, Aye

Veronica Escobar (D-Texas) — Yea, Aye

Abby Finkenauer (D-Iowa) — Yea, Aye

Lizzie Fletcher (D-Texas) — Yea, Aye

Sylvia Garcia (D-Texas) — Yea, Aye

Deb Haaland (D-N.M.) — Yea, Aye

SHARE BUTTONS




CONNECT



Hers Magazine
6,399 followers

 Follow Page      Share



POPULAR STORIES

 Our Favorite Barbara Walters Quotes

 Megan Thee Stallion Gets Vindication in Shooting Case

 Most Popular Christmas Party Dress Colors in Each State

 'Ellen' Show DJ 'Twitch' Dies

SPONSORED



Jahana Hayes (D-Conn.) — Yea, Aye

Kendra Horn (D-Okla.) — Yea, Aye

Chrissy Houlahan (D-Pa.) — Yea, Aye

Susie Lee (D-Nev.) — Yea, Aye

Elaine Luria (D-Va.) — Yea, Aye

Lucy McBath (D-Ga.) — Yea, Aye

Carol Miller (R-W. Va.) — Nay, No

Debbie Mucarsel-Powell (D-Fla.) — Yea, Aye

Ilhan Omar (D-Minn.) — Yea, Aye

Katie Porter (D-Calif.) — Yea, Aye

Ayanna Pressley (D-Mass.) — Yea, Aye

Kim Schrier (D-Wash.) — Yea, Aye

Donna Shalala (D-Fla.) — Yea, Aye

Mikie Sherrill (D-N.J.) — Yea, Aye

Elissa Slotkin (D-Mich.) — Yea, Aye

Abigail Spanberger (D-Va.) — Yea, Aye

Haley Stevens (D-Mich.) — Yea, Aye

Rashida Tlaib (D-Mich.) — Yea, Aye

Xochitl Torres Small (D-N.M.) — Yea, Aye

Lori Trahan (D-Mass.) — Yea, Aye

Lauren Underwood (D-Ill.) — Yea, Aye

Jennifer Wexton (D-Va.) — Yea, Aye

      





**Online Editor**

A staff report from the online editor of Hers Magazine

← **Previous Story**                    **Next Story** →
10 Female Politicians Obama Has          Gabbard Called Out for
Endorsed                                 Impeachment Vote

**L E A V E   A   R E P L Y**

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

Captured by FireShot Pro: 04 January 2023, 17:14:24
https://getfireshot.com



© 2022 by Allwrite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

Page 1
https://hers-magazine.com/wp-content/uploads/2019/12/abc.jpg
abc.jpg (846×635)



Captured by FireShot Pro: 04 January 2023, 17:13:47
https://getfireshot.com

◀ Subscribe Now to HERS Magazine

Her Heart    Her Flavor    Her Health    The Cover    Her Lessons    Her Work    Her Play



☰    ABOUT ⌄    LATEST NEWS ⌄    MAGAZINE ⌄    EVENTS    HERS STORE ⌄    GIFT GUIDE 🎁    SUBSCRIBE ⌄    CONTACT ⌄    f    t    ▶    ⊙    🔍



## Men May Soon Replace You in Bed with a Robot

By Robert Rygiel | May 10, 2018

SHARE    TWEET    SHARE    SHARE    0 COMMENTS

Is Robotic Sex the Way of the Future?   Six spots below LinkedIn in the global top 50 most popu

**Subscribe** or **log in** to read the rest of this content.

RELATED ITEMS

Robert Rygiel

### LEAVE A REPLY

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

Website

f    t    G+    P    in    🖨    ✉

### CONNECT



Hers Magazine
6,339 followers

f Follow Page    ➤ Share



### POPULAR STORIES

Our Favorite Barbara Walters Quotes

Megan Thee Stallion Gets Vindication in Shooting Case

Most Popular Christmas Party Dress Colors in Each State

'Ellen' Show DJ 'tWitch' Dies

### SPONSORED



Page 2
https://hers-magazine.com/article/men-may-soon-replace-you-in-bed-with-a-robot/
Men May Soon Replace You in Bed with a Robot | HERS Magazine

Save my name, email, and website in this browser for the next time I comment.

[ Post Comment ]

| HOME | ABOUT | MANIFESTO | ADVERTISING | SUBSCRIBE TO HERS | SUBMISSIONS | CAREERS | GIFT GUIDE | CONTACT |

© 2022 by Allwrite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SEARCH

[ Search ]

Page 1
https://hers-magazine.com/issue/spring-2018/page/2/
March/April 2018 | HERS Magazine - Part 2

◀ Subscribe Now to HERS Magazine

Her Heart    Her Flavor    Her Health    The Cover    Her Lessons    Her Work    Her Play



☰    ABOUT ⌄    LATEST NEWS ⌄    MAGAZINE ⌄    EVENTS    HERS STORE ⌄    GIFT GUIDE 🎁    SUBSCRIBE ⌄    CONTACT ⌄    f            ▶    ⚲



DESIRAE DIAZ | May 10, 2018

## How Women See God

Women experience life physically different than men, but do they experience God differently, too?  By: Merlene Purkiss  ...



NJERI DEAN | May 10, 2018

## The Right Fit Formula: Is It Right For You? Why "Regular Diets" Don't Work

Weight loss is a struggle for many people, especially women. Many diets and fitness programs don't work for many...



DESIRAE DIAZ | May 10, 2018

## 3 Ways Good Nutrition Protects and Heals

Fight the Flu Before it Starts with These Lifestyle Tips By: Dr. Sandra Moldovan  As another flu epidemic...



ANNETTE JOHNSON | May 10, 2018

## Women's Aims Grow in Government

How Will This Affect Vital Women's Issues Now and in the Future? By: Gene Hunter and Annette Johnson...



ONLINE EDITOR | May 10, 2018

## 'The Simone Biles Story' Soars Above Expectations

Great Movies Come in Tiny 4 Foot 9 Packages  With made-for-TV movies, you never really know what...



ROBERT RYGIEL | May 10, 2018

## Men May Soon Replace You in Bed with a Robot

Is Robotic Sex the Way of the Future?  Six spots below LinkedIn in the global top 50...

### SHARE BUTTONS




### CONNECT



### POPULAR STORIES

 Our Favorite Barbara Walters Quotes

 Megan Thee Stallion Gets Vindication in Shooting Case

 Most Popular Christmas Party Dress Colors in Each State

 'Ellen' Show DJ 'tWitch' Dies

### SPONSORED



Captured by FireShot Pro: 04 January 2023, 17:21:32
https://getfireshot.com



ANNETTE JOHNSON | May 10, 2018

### Top Travel Dating Destinations Inspired By 'The Bachelor'

As we watched "The Bachelor," with Arie Luyendyk Jr. as the contestant this season, whisk the ladies off...



DESIRAE DIAZ | May 10, 2018

### From Gentility to Grace: The Remarkable Women Who Shaped Me

How the Women Woven into my Life Made me a Better Man By: Vijay Eswaran   When you grow...



DESIRAE DIAZ | May 10, 2018

### Don't Let Social Media Get in the Way of You and Your Dream Job

How to Keep Your Social Media Safe for Employers By: Holly Caplan   Social media has been a major...



MANAGING EDITOR | May 10, 2018

### This New Beauty Device May Replace Nail Salons

How the Stedi Pedi is Making At Home Pedicures Crazy Easy   There are a variety of reasons...

Page 2 of 4   1   2   3   4

© 2022 by Allwrite Communications. All rights reserved. Reproduction in whole or in part without permission is prohibited.

SEARCH

Page 1
https://hers-magazine.com/wp-content/uploads/2018/05/Robetic-Love.jpg
Robetic-Love.jpg (769×521)



