# EXHIBIT D

## GREAT AMERICAN INSURANCE COMPANY

### NOTICE OF CLAIM AND PROOF OF LOSS

SHORT-TERM COMPREHENSIVE/SHORT-TERM POLITICAL RISK/SHORT-TERM COUNTRY LIMIT AND RECEIVABLE PURCHASE CREDIT INSURANCE POLICY

Please complete each section of this Proof of Loss form relevant to your claim.  A complete and accurate Proof of Loss will facilitate processing your claim.  Please contact your insurance agent or broker, or the Insurer's servicing company, FCIA Management Company, Inc., if you have any questions.

A.  NAMES AND ADDRESSES (please provide In full)

1.  Insured: Rhodium International Trading USA, Inc        Contact: Cheam Hing Lee

    Address: 16192 Coastal Highway Lewes, Delaware 19958, County of Sussex, United States

    Telephone: N/A        Fax: N/A        E-Mail: cheam@rhodiumresources.con

2.  Buyer/Issuing Bank: LONGVIEW RESOURCES (LABUAN) LTD        Contact: N/A

    Address: Unit No. B-1-003, Brumby House 1st Floor, Lot U0209, Jalan Bahasa Federal Territory of Labuan, 870

    Telephone: N/A        Fax: N/A        E-Mail: N/A

3.  Assignee : White Oak Trade Finance, LLC        Contact: N/A

    Address: 3 Embarcadero Center, 5th Floor, San Francisco, CA 94111

    Telephone: N/A        Fax: N/A        E-Mail: N/A

4.  Broker Name: Marsh USA Inc.        Contact: Dan Carrier

    Address: 1166 Ave of the Americas, New York, NY, 10036

    Telephone: +1 (718) 964 8920        Fax: N/A        E-Mail: Daniel.M.Carrier@marsh.com

B.  CERTIFICATIONS OF INSURED

I represent that the information on this Proof of Loss is complete and accurate.

NOTE: Several states require that we include a statement specified by statute and these appear at the end of this form.

Name: Cheam Hing Lee        Title: Director

Authorized Signature: *Cheam Hing Lee*        Date: 21-May-2021

C.  POLICY INFORMATION

Policy No.: GLMB-123147

Policy Period for Claimed Shipments: 08 / 01 / 2019 to 08 / 01 / 2020
                                    Month / Day / Year    Month / Day / Year

Deductible Amount: $ 0        DCL Amount: $ N/A        SBCL Amount: $ 3,000,000        Country Limit: $ 2,700,000

Any limits in effect are noncumulative.  Only one credit limit can be in effect for a buyer/issuing bank on the date of shipment.

D.  CLAIM INFORMATION
Please submit copies of the following documents if relevant to your claim.  Information concerning collection efforts is requested later in Item 8.

1.  Buyer Obligation

    (a)  Invoice                      ☒ Enclosed         ☐ Not Applicable

    (b)  Draft                        ☐ Enclosed         ☒ Not Applicable

    (c)  Acceptance Advice        ☐ Enclosed         ☒ Not Applicable

    (d)  Nonpayment Advice        ☐ Enclosed         ☒ Not Applicable

    (e)  Promissory Note          ☐ Enclosed         ☒ Not Applicable

    (f)  Letter of Credit             ☐ Enclosed         ☒ Not Applicable

    (g)  Contract of Sale/          ☒ Enclosed         ☐ Not Applicable
         Purchase Orders

2.  Other Documents

    (a)  Bill of Lading             ☒ Enclosed         ☐ Not Applicable

    (b)  Evidence of Interest       ☐ Enclosed         ☒ Not Applicable
         Obligation (if Interest
         Coverage Is Claimed)

    (c)  Copy of Payment Demand   ☒ Enclosed         ☐ Not Applicable
         to Buyer and Collection    Please List: _Please see attached_____
         documents.

3.  Special Conditions

    (a)  Security Interest          ☐ Enclosed         ☒ Not Applicable

    (b)  Guaranty                  ☐ Enclosed         ☒ Not Applicable

                                 Guarantor Name: _____

    (c)  Import Permit/License/      ☐ Enclosed         ☒ Not Applicable
         Registration

    (d)  Other Special Conditions   ☐ Enclosed         ☒ Not Applicable

4.  Please identify product(s) shipped under the claimed transaction(s): _see contracts attached_____

5.  If transactions claimed are under an SBCL, indicate SBCL amount: $ _3,000,000_____

    and effective date: _August 1, 2019_____.

6.  If transactions claimed are under your DCL, you must demonstrate compliance by submitting credit information or ledger experience.

    a)  Credit Information Option: Credit Information obtained from sources listed on your DCL endorsement must be dated within the 12 month period prior to shipment.  Please list each source of credit information and its date.

| Source | Date |
|--------|------|
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |

    b)  Ledger Experience Option: Section G (Ledger Experience Worksheet) maybe used to list ledger experience or you may submit other documents.  Please note instructions in Section G.

7.   Reason for non-payment.  Include all communications with buyer:_____

Buyer defaulted on payments on the payment due date and waiting period had lapsed.

8.   If the buyer disputes owing any amount claimed, please explain in a cover letter.

E.   SCHEDULE OF SHIPMENTS / RECEIVABLE PURCHASES

Include a listing of all outstanding shipments/receivable purchases made to the buyer.  If one is not available the outstandings must be listed on this form.

Interest calculations reflecting the dollar amount of the contract interest due for each Invoice must be included in the appropriate column below.

| Invoice Number | Shipment/ Purchase Date | Contract Amount | Payment Terms | Due Date(s) | Interest from Due Date to 180 Days After Due Date | Partial Payment(s) | Month Shipment/ Purchase Reported |
|---|---|---|---|---|---|---|---|
| | Please see att | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Are there any uninsured amounts with this buyer?     θ No   θ Yes

If yes, please complete: What is the amount? $_N/A_____

Why is the amount uninsured?_N/A_____

F.   CALCULATION OF ELIGIBLE LOSS

|  |  |
|---|---|
| Total contract amount of all shipments: | $1,697,982.77 |
| (+) Plus interest at _N/A_ to due date: | Nil |
| (Contract Rate) | |
| (+) Plus interest at _1% per mth_ from due date to 180 days after due date: | $100,554.54 |
| (Contract Rate) | |
| (-) Minus | |
| a)  Total buyer payments: | Nil |
| b)  Other credits, discounts and allowances: | Nil |
| c)  Funds received from other sources: | Nil |
| d)  Savings due to non-payment of agent's commission: | Nil |
| Net Loss: | $1,798,537.31 |
| Net loss @ Insured Percentage _90_ %: | $1,618,683.58 |

## G.  LEDGER EXPERIENCE WORKSHEET (DCL ONLY)

List all shipments made during the 12 months prior to the first claimed shipment.  You may submit your ledger experience on another document, such as a printout from your accounts receivable system, if it includes all information requested below.  Please include the highest credit balance and days to pay.

| Invoice No. | Amount | Payment Terms | Shipment Date | Original Due Date(s) | Amount Paid | Date Paid |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Please state the limit established based on 200% of the highest amount owed at any one time and paid promptly:  N/A

READ the applicable Fraud Warning Statement for the state in which your application or claim is being made before executing and submitting either attached document to the insurer or your agent.

**WARNINGS BY STATE**

| | |
|---|---|
| **ALABAMA** §27-12A-20 | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof. |
| **ALASKA** §21.36.380 | A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law. |
| **ARIZONA** §20-466.03 | For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties. |

| | |
|---|---|
| **ARKANSAS**<br>§23-66-503 | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **CALIFORNIA**<br>§1871.2<br>§1879.2 | For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. |
| **COLORADO**<br>§10-1-128 | It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policy- holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies. |
| **DELAWARE**<br>11§913 | Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony. |
| **DISTRICT OF COLUMBIA**<br>§22-3225.09 | WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| **FLORIDA**<br>§817.234 | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| **IDAHO**<br>§41-1331 | Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement containing any false, incomplete, or misleading information is guilty of a felony. |
| **INDIANA**<br>§27-2-16-3 | A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony. |

| | |
|---|---|
| **KENTUCKY**<br>§304.47-030 | Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.<br>Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| **LOUISIANA**<br>§40:1424 | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **MAINE**<br>§2186(3)(A) | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits. |
| **MARYLAND**<br>§27-805 | Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **MINNESOTA**<br>§60a.955 | A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime. |
| **NEW HAMPSHIRE**<br>§402:82 | Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA638:20. |
| **NEW JERSEY**<br>§17:33A-6 | Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. |
| NJAC 11:16-1.2 | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |
| **NEW MEXICO**<br>§59A-16C-8 | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties. |

| | |
|---|---|
| **NEW YORK**<br>§403(d) | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation. |
| **OHIO**<br>§3999.21 | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| Bulletin 92-3 | H.B. 259 permits insurers to comply with the warning requirement by using an addendum to an application or claim form, as long as it is actually attached to the form and otherwise satisfies the statute's requirements. An addendum may be used indefinitely, as may stamps and stickers. |
| **OKLAHOMA**<br>§3613.1 | WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| **PENNSYLVANIA**<br>§18-4117 | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. |
| **RHODE ISLAND**<br>§27-29-13.3 | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| **TENNESSEE**<br>§56-53-111 | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| **TEXAS**<br>§704.002(a) | Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison. |
| **VIRGINIA**<br>§52-40 | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| **WASHINGTON**<br>§48.135.080 | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |

**WEST VIRGINIA**
**§33-41-3**

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

# Bill of Lading
Multimodal Transport
or Port-to-Port Shipment



www.hamburgsud-line.com

**Shipper**
MINERA SPENCE S.A.
CERRO EL PLOMO 6000 PISO 15,
LAS CONDES SANTIAGO CHILE
FONO: (02) 2579 5000
FAX: (02) 2207 6517
R.U.T.: 86.542.100-1

B/L No. (also to be used as payment ref.)
**SUDUB0SCL0097281**

Booking No.
**0SCL009728**

Export References
**2299761**

**Vessel IMO No.:9146455**
**SC:ASWC0000028**
**INTBL:   S009728A**
Forwarding Agent-References

**Consignee**  (Not negotiable unless consigned to order)
TO ORDER

**Notify Party** (See clause)
C.STEINWEG LOGISTICS(SHANGHAI
WAIGAOQIAO BONDED LOGISTICS(*)
N89 SHENYA ROAD SHANGHAI WAIGAOQIAO
BONDED LOGISTICS ZONE,SHANGHAI,
CHINA,200137 ATTN:LILIAN ZHANG
TEL:86- 21-38751600-1069 (*)

Point and country of origin

Domestic Routing Instructions / Also Notify / Agent at Port of Discharge

| Place of Receipt | Pre-carriage by | | | |
|---|---|---|---|---|
| PUERTO ANGAMOS, CHILE | | | | |

| Port of Loading | Ocean Vessel | Voyage | Originals to be released at | Freight payable at |
|---|---|---|---|---|
| PUERTO ANGAMOS, CHILE | SINE MAERSK | 014 W | SINGAPORE, SG | HONG KONG HK |

| Port of Discharge | Place of Delivery | | Mode Load Area | Mode Disch. Area |
|---|---|---|---|---|
| SHANGHAI, CHINA | SHANGHAI, CHINA | | PIER | PIER |

| Marks & Nos. | Cont./Seal Nos. | No. of Pkgs. | Description of Goods | PARTICULARS FURNISHED BY SHIPPER | Gross Weight | Measurement |
|---|---|---|---|---|---|---|

120  BUNDLES

RED I

304.400 NMT LME REGISTERED GRADE A
COPPER CATHODES
BRAND: SPENCE
ORIGIN: CHILE

GROSS WEIGHT 304.640 MT
NET WEIGHT 304.400 MT

FREIGHT PREPAID
CLEAN ON BOARD 10.04.2020

*ZONE)CO.,LTD
**FAX: 86-21-38751611/22
USCC: 913100007G59948011

------------------------------------------------------------
                                                    304.640 MT
------------------------------------------------------------

| Container | Seal-Numbers | Type | Cnt.Ld. |
|---|---|---|---|
| MRKU8559236 | H6284819 | 20'DC | LCLFCL |
| MRKU8578998 | H6284823 | 20'DC | LCLFCL |
| MRKU8765617 | H6284821 | 20'DC | LCLFCL |
| MRKU9575421 | H6284824 | 20'DC | LCLFCL |
| MSKU2362051 | H6284826 | 20'DC | LCLFCL |
| MSKU2412548 | H6284827 | 20'DC | LCLFCL |
| MSKU2612422 | H6284830 | 20'DC | LCLFCL |

Page: 1 of 2

**ORIGINAL**

| Tariff Item No. | Total No. of Pkgs. | Declared value (See clause 4.2 (b)) | No. orig. B/L | |
|---|---|---|---|---|
| 740311 | | | 3 | Signed by RICHFIELD MARINE AGENCIES PTE LTD as agent for Hamburg Süd |

Place and date of issue
SINGAPORE, SG
10.04.20

as CARRIER

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated. The Goods to be delivered at above mentioned Port of Discharge or Place of Delivery, whichever applies, SUBJECT TO Terms and Conditions contained on reverse side hereof, to which Merchant agrees by accepting this Bill of Lading.
IN WITNESS WHEREOF the number of original Bills of Lading stated on this side next to the clause have been signed, one of which being accomplished, the others to stand void, unless comp. kindly applicable. See clause on reverse.
*Applicable only when used for MULTIMODAL TRANSPORTATION.

# TERMS AND CONDITIONS FOR CARRIAGE
**- ALSO AVAILABLE ON** www.hamburgsud-line.com

**1. DEFINITIONS**

**2. CARRIER'S TARIFF(S)**

**3. CHARGES**

**4. CARRIER'S RESPONSIBILITY**

**5. SUBCONTRACTING**

**6. METHODS AND ROUTES OF CARRIAGE**

**7. MATTERS AFFECTING PERFORMANCE**

**8. DECK CARGO**

**9. DELIVERY**

**10. NOTICE OF CLAIM AND TIME TO SUE**

**11. CARRIER'S LIEN**

**12. MERCHANT'S RESPONSIBILITY**

**13. DANGEROUS OR HAZARDOUS GOODS**

**14. REEFER CONTAINERS**

**15. BOTH-TO-BLAME COLLISION CLAUSE**

MINERA SPENCE S.A.

**16. GENERAL AVERAGE**

**17. LAW AND JURISDICTION**

**18. NON-WAIVER AND SEVERABILITY**

## Bill of Lading

Multimodal Transport
or Port-to-Port Shipment



www.hamburgsud-line.com

**Shipper**
MINERA SPENCE S.A.
CERRO EL PLOMO 6000 PISO 15,
LAS CONDES SANTIAGO CHILE
FONO: (02) 2579 5000
FAX: (02) 2207 6517
R.U.T.: 86.542.100-1

| B/L No. (also to be used as payment ref.) | Booking No. |
|---|---|
| SUDUB0SCL0097281 | 0SCL009728 |

**Export References**

2299761

Vessel IMO No.:9146455
SC:ASWC0000028
INTBL:     S009728A

**Consignee** (*Not negotiable unless consigned to order*)
TO ORDER

Forwarding Agent-References

**Notify Party** (see c. 9)
C.STEINWEG LOGISTICS(SHANGHAI
WAIGAOQIAO BONDED LOGISTICS(*)
N89 SHENYA ROAD SHANGHAI WAIGAOQIAO
BONDED LOGISTICS ZONE,SHANGHAI,
CHINA,200137 ATTN:LILIAN ZHANG
TEL:86- 21-38751600-1069 (*)

Point and country of origin

Domestic Routing Instructions / Also Notify / Agent at Port of Discharge

| Place of Receipt* | Pre-carriage by* |
|---|---|
| PUERTO ANGAMOS, CHILE | |

| Port of Loading | Ocean Vessel | Voyage | Originals to be released at | Freight payable at |
|---|---|---|---|---|
| PUERTO ANGAMOS, CHILE | SINE MAERSK | 014 W | SINGAPORE, SG | HONG KONG HK |

| Port of Discharge | Place of Delivery* | Mode Load Area | Mode Disch. Area |
|---|---|---|---|
| SHANGHAI, CHINA | SHANGHAI, CHINA | PIER | PIER |

**PARTICULARS FURNISHED BY SHIPPER**

| Marks & Nos. | Cont./Seal Nos. | No. of Pkgs. | Description of Goods | Gross Weight | Measurement |
|---|---|---|---|---|---|

```
Container    Seal-Numbers   Type  Cnt.Ld.
---------------------------------------------------------
MSKU7904216 H6284828       20'DC LCLFCL
MSKU3002804 H6284820       20'DC LCLFCL
MSKU3304492 H6284822       20'DC LCLFCL
MSKU4408315 H6284829       20'DC LCLFCL
MRKU7567448 H6284825       20'DC LCLFCL
```

0953460 3

A-19.

**Page: 2 of 2**

HS BL 01-19

**ORIGINAL**

| Tariff Item No. | Total No. of Pkgs. | Declared value (See clause 4.2 (b)) | No. orig. B/L |
|---|---|---|---|
| 740311 | | | 3 |

RECEIVED for shipment as specified above in apparent good order and condition unless otherwise stated. The Goods to be delivered at above mentioned Port of Discharge or Place of Delivery, whichever applies, SUBJECT TO Terms and Conditions contained on the reverse side hereof, to which Merchant agrees by accepting this Bill of Lading.
IN WITNESS WHEREOF the number of originals B/Ls of Lading stated on this side next to 5/3-5 clause have been signed, one of which being accomplished, the others to stand void, unless compulsorily applicable law provides otherwise.
*Applicable only when used for MULTIMODAL TRANSPORTATION.



Place and date of issue

SINGAPORE, SG
10.04.20

Signed by RICHFIELD MARINE AGENCIES (S) PTE LTD as agent for
Hamburg Süd

As CARRIER

# TERMS AND CONDITIONS FOR CARRIAGE

- ALSO AVAILABLE ON www.hamburgsud-line.com

**1. DEFINITIONS**

**2. CARRIER'S TARIFF(S)**

**3. CHARGES**

**4. CARRIER'S RESPONSIBILITY**

**5. SUBCONTRACTING**

**6. METHODS AND ROUTES OF CARRIAGE**

**7. MATTERS AFFECTING PERFORMANCE**

**8. DECK CARGO**

**9. DELIVERY**

**10. NOTICE OF CLAIM AND TIME TO SUE**

**11. CARRIER'S LIEN**

**12. MERCHANT'S RESPONSIBILITY**

**13. DANGEROUS OR HAZARDOUS GOODS**

**14. REEFER CONTAINERS**

**15. BOTH-TO-BLAME COLLISION CLAUSE**

**16. GENERAL AVERAGE**

**17. LAW AND JURISDICTION**

**18. NON-WAIVER AND SEVERABILITY**

MINERA SPENCE S.A.



**CONFIDENTIAL**



Lloyd's List Intelligence
Maritime intelligence | informa

✉ clientservices@lloydslistintelligence.com

# Vessel Report

Your vessel report for 'Sine Maersk'



*Downloaded by vivian@rhodiumresources.com
on 14 May 2020*

Customised to include:

✓ Movements

*This report is strictly confidential and supplied subject to our terms and conditions.
Lloyd's is the registered trademark of the Society incorporated by the Lloyd's Act 1871 by the name of Lloyd's.*

Lloyd's List Intelligence
Maritime Intelligence | Informa

Vessel Report - Sine Maersk

 CONFIDENTIAL

# Vessel Overview

## Sine Maersk – Summary
**Last Updated:** 14 May 2020

| | | | |
|---|---|---|---|
| LLI NO | 275577 | IMO | 9146455 |
| Flag: | 🇩🇰 Denmark (Int. Register) | Vessel Type | fully cellular containership |
| Status: | ● Live | Reg. Owner | Maersk A/S |
| Built | 1998 | DWT | 110387 |
| GT | 92198 | Hull Type | Single |
| Latest AIS message type | A | Teu Capacity | 7226 |

## Registration
**Last Updated:** 14 May 2020

Name: Sine Maersk

Name history:

| Name | From | Until |
|---|---|---|
| Yard No.163 Odense | Before 01 Feb 1996 | Before 01 Feb 1996 |

| | | | |
|---|---|---|---|
| Flag: | 🇩🇰 Denmark (Int. Register) | | |
| Flag Official Number: | D3658 | | |
| Call Sign | OZOK2 | IMO | 9146455 |
| MMSI | 219537000 | Port of registry | Kerteminde |

## Vessel Movements
**Last Updated:** 14/05/2020 07:50:00 (GMT)

| | | | |
|---|---|---|---|
| Region | Far East - China Sea | Lat/Lng: | 22° 10' 32" N 115° 12' 34" E |
| Nearest port | Shanwei, China 37.8142nm | Status | distancing |
| Destination | Ningbo, China | ETA | 16 May 2020 2 days from now |
| Voyage origin | Hong Kong, China 58.7944nm | | |

## Ports & Passings

| Status and Distance | Port | Type | From | To | Duration | Destination | Country | Details |
|---|---|---|---|---|---|---|---|---|
| ETA | Yokohama | Port | 13:30 (GMT) 27/05/20 | | | - | ● Japan (GMT +09H) | |
| ETA | Busan | Port | 01:00 (GMT) 24/05/20 | | | Yokohama ETA: 27/05/20 | ◦ South Korea (GMT +09H) | |
| ETA | Qingdao | Port | 08:30 (GMT) 21/05/20 | | | Busan ETA: 24/05/20 | China (GMT +08H) | |
| ETA | Shanghai | Port | 06:00 (GMT) 17/05/20 | | | Qingdao ETA: 21/05/20 | China (GMT +08H) | |
| ETA | Ningbo | Port | 18:00 (GMT) 16/05/20 | | | Shanghai ETA: 17/05/20 | China (GMT +08H) | |
| called at | Hong Kong | Port | 23:21 (GMT) 12/05/20 | 03:10 (GMT) 14/05/20 | 1 day | Ningbo ETA: 16/05/20 | China (GMT +08H) | |

© 2020 Informa UK Ltd, All rights reserved. Downloaded by: vivian@rhodiumresources.com

**Lloyd's List Intelligence**
Maritime Intelligence | Informa

**Vessel Report - Sine Maersk**

CONFIDENTIAL

| Status and Distance | Port | Type | From | To | Duration | Destination | Country | Details |
|---|---|---|---|---|---|---|---|---|
| called at | Tauranga Anch. | Anchorage | Before 01:59 (GMT) 30/04/20 | 14:27 (GMT) 01/05/20 | 1 day | Hong Kong ETA: 12/05/20 | New Zealand (GMT +12H) | Anchored |
| called at | Tauranga | Port | 23:34 (GMT) 27/04/20 | 01:20 (GMT) 30/04/20 | 2 days | Tauranga Anch. ETA: 30/04/20 | New Zealand (GMT +12H) | |
| called at | San Antonio(CHL) | Port | 11:19 (GMT) 12/04/20 | 02:43 (GMT) 14/04/20 | 1 day | Tauranga ETA: 27/04/20 | Chile (GMT -04H) | |
| called at | Puerto Angamos | Port | 16:25 (GMT) 09/04/20 | 18:31 (GMT) 10/04/20 | 1 day | San Antonio(CHL) ETA: 12/04/20 | Chile (GMT -04H) | |
| called at | Callao | Port | 08:35 (GMT) 06/04/20 | 14:17 (GMT) 07/04/20 | 1 day | Puerto Angamos ETA: 09/04/20 | Peru (GMT -05H) | |
| called at | Callao Anch. | Anchorage | 05:10 (GMT) 06/04/20 | 07:30 (GMT) 06/04/20 | 2 hours | Callao ETA: 06/04/20 | Peru (GMT -05H) | Anchored |
| called at | Balboa | Port | 08:54 (GMT) 30/03/20 | 18:57 (GMT) 31/03/20 | 1 day | Callao Anch. ETA: 06/04/20 | Panama (GMT -05H) | |
| called at | Panama Pacific Anch. | Anchorage | 04:25 (GMT) 30/03/20 | 06:53 (GMT) 30/03/20 | 2 hours | Balboa ETA: 30/03/20 | Panama (GMT -05H) | Anchored |
| called at | Buenaventura | Port | 22:20 (GMT) 27/03/20 | 01:14 (GMT) 29/03/20 | 1 day | Panama Pacific Anch. ETA: 30/03/20 | Colombia (GMT -05H) | |
| called at | Lazaro Cardenas | Port | 22:41 (GMT) 21/03/20 | 00:59 (GMT) 23/03/20 | 1 day | Buenaventura ETA: 27/03/20 | Mexico (GMT -05H) | |
| called at | Manzanillo(MEX) | Port | 12:57 (GMT) 20/03/20 | 11:52 (GMT) 21/03/20 | 22 hours | Lazaro Cardenas ETA: 21/03/20 | Mexico (GMT -05H) | |
| called at | Yokohama | Port | 04:08 (GMT) 04/03/20 | 14:06 (GMT) 04/03/20 | 9 hours | Manzanillo(MEX) ETA: 20/03/20 | Japan (GMT +09H) | |
| called at | Busan | Port | 00:26 (GMT) 01/03/20 | 05:03 (GMT) 02/03/20 | 1 day | Yokohama ETA: 04/03/20 | South Korea (GMT +09H) | |
| called at | Qianwan | Port | 09:18 (GMT) 27/02/20 | 07:54 (GMT) 28/02/20 | 22 hours | Busan ETA: 01/03/20 | China (GMT +08H) | |
| called at | Yangshan | Port | 00:19 (GMT) 24/02/20 | 16:11 (GMT) 24/02/20 | 15 hours | Qianwan ETA: 27/02/20 | China (GMT +08H) | |
| called at | Ningbo | Port | 04:04 (GMT) 22/02/20 | 13:02 (GMT) 22/02/20 | 8 hours | Yangshan ETA: 24/02/20 | China (GMT +08H) | |
| called at | Mawan | Port | 22:19 (GMT) 18/02/20 | 20:34 (GMT) 19/02/20 | 22 hours | Ningbo ETA: 22/02/20 | China (GMT +08H) | |
| called at | Hong Kong | Port | 10:08 (GMT) 17/02/20 | 06:37 (GMT) 18/02/20 | 20 hours | Mawan ETA: 18/02/20 | China (GMT +08H) | |
| called at | Hong Kong | Port | 15:58 (GMT) 13/02/20 | 12:33 (GMT) 14/02/20 | 20 hours | Hong Kong ETA: 17/02/20 | China (GMT +08H) | |
| called at | San Antonio(CHL) | Port | 11:59 (GMT) 19/01/20 | 09:15 (GMT) 22/01/20 | 2 days | Hong Kong ETA: 13/02/20 | Chile (GMT -04H) | |
| called at | Callao | Port | 03:38 (GMT) 13/01/20 | 13:46 (GMT) 14/01/20 | 1 day | San Antonio(CHL) ETA: 19/01/20 | Peru (GMT -05H) | |
| called at | Buenaventura | Port | 07:09 (GMT) 09/01/20 | 06:07 (GMT) 10/01/20 | 22 hours | Callao ETA: 13/01/20 | Colombia (GMT -05H) | |

© 2020 Informa UK Ltd, All rights reserved. Downloaded by: vivian@rhodiumresources.com



# Lloyd's List Intelligence
*Maritime Intelligence | Informa*

## Vessel Report - Sine Maersk


CONFIDENTIAL

| Status and Distance | Port | Type | From | To | Duration | Destination | Country | Details |
|---|---|---|---|---|---|---|---|---|
| called at | Balboa | Port | 06:30 (GMT) 06/01/20 | 20:06 (GMT) 07/01/20 | 1 day | Buenaventura ETA: 09/01/20 | Panama (GMT -05H) | |
| called at | Busan | Port | 01:52 (GMT) 17/12/19 | 22:45 (GMT) 17/12/19 | 20 hours | Balboa ETA: 06/01/20 | South Korea (GMT +09H) | |
| called at | Yangshan | Port | 13:26 (GMT) 14/12/19 | 17:14 (GMT) 15/12/19 | 1 day | Busan ETA: 17/12/19 | China (GMT +08H) | |
| called at | Ningbo | Port | 17:25 (GMT) 12/12/19 | 01:16 (GMT) 14/12/19 | 1 day | Yangshan ETA: 14/12/19 | China (GMT +08H) | |
| called at | Ningbo Anch. | Anchorage | 23:42 (GMT) 11/12/19 | 14:47 (GMT) 12/12/19 | 15 hours | Ningbo ETA: 12/12/19 | China (GMT +08H) | Anchored |
| called at | Lazaro Cardenas | Port | 17:34 (GMT) 23/11/19 | 07:22 (GMT) 24/11/19 | 13 hours | Ningbo Anch. ETA: 11/12/19 | Mexico (GMT -05H) | |
| called at | Manzanillo(MEX) | Port | 19:31 (GMT) 21/11/19 | 21:20 (GMT) 22/11/19 | 1 day | Lazaro Cardenas ETA: 23/11/19 | Mexico (GMT -05H) | |
| called at | Balboa | Port | 21:51 (GMT) 15/11/19 | 23:22 (GMT) 16/11/19 | 1 day | Manzanillo(MEX) ETA: 21/11/19 | Panama (GMT -05H) | |
| called at | Buenaventura | Port | 21:08 (GMT) 12/11/19 | 01:29 (GMT) 14/11/19 | 1 day | Balboa ETA: 15/11/19 | Colombia (GMT -05H) | |
| called at | Balboa | Port | 11:02 (GMT) 10/11/19 | 14:41 (GMT) 11/11/19 | 1 day | Buenaventura ETA: 12/11/19 | Panama (GMT -05H) | |
| called at | Lazaro Cardenas | Port | 13:13 (GMT) 04/11/19 | 11:43 (GMT) 05/11/19 | 22 hours | Balboa ETA: 10/11/19 | Mexico (GMT -05H) | |
| called at | Manzanillo(MEX) | Port | 15:53 (GMT) 02/11/19 | 15:13 (GMT) 03/11/19 | 23 hours | Lazaro Cardenas ETA: 04/11/19 | Mexico (GMT -05H) | |
| called at | Busan | Port | 02:00 (GMT) 17/10/19 | 03:21 (GMT) 18/10/19 | 1 day | Manzanillo(MEX) ETA: 02/11/19 | South Korea (GMT +09H) | |
| called at | Qianwan | Port | 04:54 (GMT) 15/10/19 | 21:06 (GMT) 15/10/19 | 16 hours | Busan ETA: 17/10/19 | China (GMT +08H) | |
| called at | Yangshan | Port | 05:37 (GMT) 13/10/19 | 21:16 (GMT) 13/10/19 | 15 hours | Qianwan ETA: 15/10/19 | China (GMT +08H) | |
| called at | Mawan | Port | 12:10 (GMT) 09/10/19 | 01:02 (GMT) 10/10/19 | 12 hours | Yangshan ETA: 13/10/19 | China (GMT +08H) | |
| called at | Hong Kong | Port | 17:38 (GMT) 07/10/19 | 18:59 (GMT) 08/10/19 | 1 day | Mawan ETA: 09/10/19 | China (GMT +08H) | |
| called at | Kaohsiung | Port | 06:35 (GMT) 06/10/19 | 21:09 (GMT) 06/10/19 | 14 hours | Hong Kong ETA: 07/10/19 | Taiwan (GMT +08H) | |
| called at | Tauranga | Port | 14:34 (GMT) 22/09/19 | 14:17 (GMT) 23/09/19 | 23 hours | Kaohsiung ETA: 06/10/19 | New Zealand (GMT +12H) | |
| called at | San Antonio(CHL) | Port | 08:29 (GMT) 08/09/19 | 17:33 (GMT) 09/09/19 | 1 day | Tauranga ETA: 22/09/19 | Chile (GMT -04H) | |
| called at | San Vicente | Port | 03:14 (GMT) 06/09/19 | 16:56 (GMT) 07/09/19 | 1 day | San Antonio(CHL) ETA: 08/09/19 | Chile (GMT -04H) | |
| called at | Antofagasta | Port | 11:37 (GMT) 31/08/19 | 13:09 (GMT) 02/09/19 | 2 days | San Vicente ETA: 06/09/19 | Chile (GMT -04H) | |

**Vessel Sightings**

© 2020 Informa UK Ltd, All rights reserved. Downloaded by: vivian@rhodiumresources.com

Lloyd's List Intelligence
Maritime Intelligence | Informa

**Vessel Report - Sine Maersk**


CONFIDENTIAL

| Status and Distance | Port | Type | From | To | Duration | Destination | Country |
|---|---|---|---|---|---|---|---|
| distancing 35.9nm | Guangdong Terminal | Port | 05:39 (GMT) 14/05/20 | 06:12 (GMT) 14/05/20 | 33 minutes | HKHKG=CNSGH ETA: 16/05/20 | China (GMT +08H) |
| distancing 30.6nm | Hong Kong Anch. | Anchorage | 03:10 (GMT) 14/05/20 | 05:32 (GMT) 14/05/20 | 2 hours | HKHKG=CNSGH ETA: 16/05/20 | China (GMT +08H) |
| distancing 5.3nm | Hong Kong | Port | 01:34 (GMT) 14/05/20 | 02:08 (GMT) 14/05/20 | 34 minutes | HKHKG=CNSGH ETA: 16/05/20 | China (GMT +08H) |
| nearing 2.9nm | Hong Kong | Port | 01:18 (GMT) 14/05/20 | 01:34 (GMT) 14/05/20 | 16 minutes | HKHKG=CNSGH ETA: 16/05/20 | China (GMT +08H) |
| distancing 3.8nm | Hong Kong | Port | 01:12 (GMT) 14/05/20 | 01:18 (GMT) 14/05/20 | 5 minutes | HKHKG=CNSGH ETA: 16/05/20 | China (GMT +08H) |
| nearing 3.4nm | Hong Kong | Port | 00:12 (GMT) 14/05/20 | 01:12 (GMT) 14/05/20 | 1 hour | HKHKG=CNSGH ETA: 16/05/20 | China (GMT +08H) |
| stopped 3.8nm | Hong Kong | Port | 00:00 (GMT) 13/05/20 | 00:12 (GMT) 14/05/20 | 1 day | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| distancing 3.8nm | Hong Kong | Port | 22:54 (GMT) 12/05/20 | 00:00 (GMT) 13/05/20 | 1 hour | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| nearing 3.2nm | Hong Kong | Port | 22:44 (GMT) 12/05/20 | 22:54 (GMT) 12/05/20 | 9 minutes | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| distancing 3.6nm | Hong Kong | Port | 22:28 (GMT) 12/05/20 | 22:44 (GMT) 12/05/20 | 16 minutes | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| nearing 2.7nm | Hong Kong | Port | 22:18 (GMT) 12/05/20 | 22:28 (GMT) 12/05/20 | 10 minutes | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| distancing 5.7nm | Hong Kong Anch. | Anchorage | 21:13 (GMT) 12/05/20 | 21:48 (GMT) 12/05/20 | 34 minutes | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| nearing 3.8nm | Hong Kong Anch. | Anchorage | 18:51 (GMT) 12/05/20 | 21:13 (GMT) 12/05/20 | 2 hours | NZUFX=HKHKG ETA: 12/05/20 | China (GMT +08H) |
| nearing 213.6nm | Tandac | Port | 23:46 (GMT) 10/05/20 | 00:57 (GMT) 11/05/20 | 1 hour | NZUFX=HKHKG ETA: 12/05/20 | Philippines (GMT +08H) |
| nearing 231.6nm | Tabaco | Port | 21:17 (GMT) 10/05/20 | 21:37 (GMT) 10/05/20 | 19 minutes | NZUFX=HKHKG ETA: 12/05/20 | Philippines (GMT +08H) |
| nearing 255.5nm | Calbayog | Port | 13:22 (GMT) 10/05/20 | 16:57 (GMT) 10/05/20 | 3 hours | NZUFX=HKHKG ETA: 12/05/20 | Philippines (GMT +08H) |
| nearing 301.1nm | Loreto(PHL) | Port | 06:41 (GMT) 10/05/20 | 09:25 (GMT) 10/05/20 | 2 hours | NZUFX=HKHKG ETA: 12/05/20 | Philippines (GMT +08H) |
| nearing 330.6nm | Carrascal Anch. | Anchorage | 05:23 (GMT) 10/05/20 | 05:53 (GMT) 10/05/20 | 29 minutes | NZUFX=HKHKG ETA: 12/05/20 | Philippines (GMT +08H) |
| distancing 333.1nm | Koror | Port | 13:46 (GMT) 09/05/20 | 04:50 (GMT) 10/05/20 | 15 hours | NZUFX=HKHKG ETA: 12/05/20 | Palau (GMT +09H) |
| nearing 68.5nm | Koror | Port | 17:37 (GMT) 08/05/20 | 10:46 (GMT) 09/05/20 | 17 hours | NZUFX=HKHKG ETA: 12/05/20 | Palau (GMT +09H) |
| distancing 334.5nm | Sarmi | Port | 08:19 (GMT) 08/05/20 | 17:04 (GMT) 08/05/20 | 8 hours | NZUFX=HKHKG ETA: 12/05/20 | Indonesia (GMT +09H) |
| distancing 236.9nm | Jayapura | Port | 04:37 (GMT) 08/05/20 | 07:36 (GMT) 08/05/20 | 2 hours | NZUFX=HKHKG ETA: 12/05/20 | Indonesia (GMT +09H) |
| distancing 191.0nm | Vanimo | Port | 23:58 (GMT) 07/05/20 | 03:32 (GMT) 08/05/20 | 3 hours | NZUFX=HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 151.1nm | Aitape | Port | 19:26 (GMT) 07/05/20 | 22:58 (GMT) 07/05/20 | 3 hours | NZUFX=HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |

© 2020 Informa UK Ltd, All rights reserved. Downloaded by: vivian@rhodiumresources.com

Lloyd's List Intelligence
*Maritime Intelligence | Informa*

## Vessel Report – Sine Maersk

 CONFIDENTIAL

| Status and Distance | Port | Type | From | To | Duration | Destination | Country |
|---|---|---|---|---|---|---|---|
| distancing 105.3nm | Wewak | Port | 14:26 (GMT) 07/05/20 | 17:57 (GMT) 07/05/20 | 3 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 83.4nm | Wewak | Port | 12:02 (GMT) 07/05/20 | 14:26 (GMT) 07/05/20 | 2 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 101.5nm | Alexishafen | Port | 05:49 (GMT) 07/05/20 | 10:56 (GMT) 07/05/20 | 5 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 38.6nm | Alexishafen | Port | 05:08 (GMT) 07/05/20 | 05:49 (GMT) 07/05/20 | 40 minutes | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing | Alexishafen | Port | 05:05 (GMT) 07/05/20 | | | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 42.1nm | Basamuk | Port | 04:06 (GMT) 07/05/20 | 04:58 (GMT) 07/05/20 | 52 minutes | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 39.2nm | Basamuk | Port | 02:04 (GMT) 07/05/20 | 04:06 (GMT) 07/05/20 | 2 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 60.6nm | Oligadu Anch. | Anchorage | 01:29 (GMT) 07/05/20 | 01:36 (GMT) 07/05/20 | 7 minutes | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 44.9nm | Mange | Port | 23:16 (GMT) 06/05/20 | 00:26 (GMT) 07/05/20 | 1 hour | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 35.5nm | Mange | Port | 21:28 (GMT) 06/05/20 | 23:16 (GMT) 06/05/20 | 1 hour | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 45.9nm | Murien Anch. | Anchorage | 20:38 (GMT) 06/05/20 | 21:21 (GMT) 06/05/20 | 43 minutes | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 42.7nm | Murien Anch. | Anchorage | 18:23 (GMT) 06/05/20 | 20:38 (GMT) 06/05/20 | 2 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 74.9nm | Wasum | Port | 13:36 (GMT) 06/05/20 | 17:13 (GMT) 06/05/20 | 3 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 137.9nm | Alotau | Port | 07:49 (GMT) 06/05/20 | 12:46 (GMT) 06/05/20 | 4 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| nearing 113.1nm | Alotau | Port | 21:54 (GMT) 05/05/20 | 07:49 (GMT) 06/05/20 | 9 hours | NZUFX→HKHKG ETA: 12/05/20 | Papua New Guinea (GMT +10H) |
| distancing 235.2nm | Rendova Is. | Land area | 20:37 (GMT) 05/05/20 | 21:40 (GMT) 05/05/20 | 1 hour | NZUFX→HKHKG ETA: 12/05/20 | Solomon Islands (GMT +11H) |
| nearing 232.3nm | Rendova Is. | Land area | 15:30 (GMT) 05/05/20 | 20:37 (GMT) 05/05/20 | 5 hours | NZUFX→HKHKG ETA: 12/05/20 | Solomon Islands (GMT +11H) |
| distancing 261.7nm | Lughughi Bay | Port | 08:56 (GMT) 05/05/20 | 15:23 (GMT) 05/05/20 | 6 hours | NZUFX→HKHKG ETA: 12/05/20 | Solomon Islands (GMT +11H) |
| nearing 229.7nm | Lughughi Bay | Port | 01:36 (GMT) 05/05/20 | 08:56 (GMT) 05/05/20 | 7 hours | NZUFX→HKHKG ETA: 12/05/20 | Solomon Islands (GMT +11H) |
| nearing 271.2nm | Rennell Is. | Port | 20:45 (GMT) 04/05/20 | 01:07 (GMT) 05/05/20 | 4 hours | NZUFX→HKHKG ETA: 12/05/20 | Solomon Islands (GMT +11H) |
| distancing 319.1nm | Tiebaghi | Port | 04:29 (GMT) 04/05/20 | 20:20 (GMT) 04/05/20 | 15 hours | NZUFX→HKHKG # ETA: 12/05/20 | New Caledonia (GMT +11H) |
| nearing 63.6nm | Tiebaghi | Port | 03:59 (GMT) 04/05/20 | 04:29 (GMT) 04/05/20 | 30 minutes | NZUFX→HKHKG ETA: 12/05/20 | New Caledonia (GMT +11H) |
| nearing 65.5nm | Karembe | Port | 02:48 (GMT) 04/05/20 | 03:19 (GMT) 04/05/20 | 30 minutes | NZUFX→HKHKG ETA: 12/05/20 | New Caledonia (GMT +11H) |

© 2020 Informa UK Ltd, All rights reserved. Downloaded by: vivian@rhodiumresources.com

## Lloyd's List Intelligence
Maritime Intelligence | Informa

**Vessel Report - Sine Maersk**

CONFIDENTIAL

| Status and Distance | Port | Type | From | To | Duration | Destination | Country |
|---|---|---|---|---|---|---|---|
| distancing  67.7nm | Vavouto | Port | 01:02 (GMT) 04/05/20 | 02:32 (GMT) 04/05/20 | 1 hour | NZUFX=HKHKG ETA: 12/05/20 | New Caledonia (GMT +11H) |
| nearing  65.6nm | Vavouto | Port | 00:18 (GMT) 04/05/20 | 01:02 (GMT) 04/05/20 | 44 minutes | NZUFX=HKHKG ETA: 12/05/20 | New Caledonia (GMT +11H) |
| distancing  68.1nm | Nepoui | Port | 23:52 (GMT) 03/05/20 | 23:56 (GMT) 03/05/20 | 4 minutes | NZUFX=HKHKG ETA: 12/05/20 | New Caledonia (GMT +11H) |

© 2020 Informa UK Ltd, All rights reserved. Downloaded by: vivian@rhodiumresources.com

 Lloyd's List Intelligence
Maritime Intelligence | Informa

**Vessel Report - Sine Maersk**

 CONFIDENTIAL

| Status and Distance | Port | Type | From | To | Duration | Destination | Country |
|---|---|---|---|---|---|---|---|
| distancing  67.7nm | **Vavouto** | **Port** | 01:02 (GMT) **04/05/20** | 02:32 (GMT) **04/05/20** | 1 hour | NZUFX=HKHKG **ETA: 12/05/20** | ▮▮ **New Caledonia (GMT +11H)** |
| nearing  65.6nm | **Vavouto** | **Port** | 00:18 (GMT) **04/05/20** | 01:02 (GMT) **04/05/20** | 44 minutes | NZUFX=HKHKG **ETA: 12/05/20** | ▮▮ **New Caledonia (GMT +11H)** |
| distancing  68.1nm | **Nepoui** | **Port** | 23:52 (GMT) **03/05/20** | 23:56 (GMT) **03/05/20** | 4 minutes | NZUFX  HKHKG **ETA: 12/05/20** | ▮▮ **New Caledonia (GMT +11H)** |

 **RHODIUM**
pure trade

Rhodium International Trading USA, Inc.

| Mailing address: | Registered address: | (p) +65 62399388 |
| P O Box 110 | 16192 Coastal Highway | (f) +65 6438 0946 |
| 3070 Windward Plaza | Lewes, Delaware 19958 | (w) www.rhodiumresources.com |
| Suite F | County of Sussex | Registration No. 7529127 |
| Alpharetta, GA 30005 | United States | |
| United States | | |

# PURCHASE CONTRACT

| Contract Number | PRITUSA1649-851 | | Date | 5 May 2020 |

**The Buyer:**
Rhodium International Trading USA, Inc.
16192 Coastal Highway
Lewes, Delaware 19958
County of Sussex
United States

**The Seller:**
Quant Impex Pte Ltd
24 Raffles Place
#25-02A
Clifford Centre
Singapore 048621

The Seller agrees to sell and deliver, whilst the Buyer agrees to buy and take delivery of the Commodity in accordance with the terms and conditions hereunder.

| **Commodity** | LME Registered Grade A Copper Cathodes |
| **Quantity** | 304.400 Metric Tons ("MT") |
| **Unit Price** | USD5,250.00 per MT |
| **Port of Loading** | Puerto Angamos, Chile |
| **Delivery Term** | Cost and Freight ("CFR") Shanghai, China (CFR shall be in accordance with Incoterms 2020, unless modified by this Contract).  The Commodity shall be discharged on Free Out ("FO") basis. |
| **Shipment Period** | By 31 May 2020 latest |

**Payment**
Upon shipment, the Seller shall present the following Documents to the Buyer:
1. Commercial Invoice for full value of the shipped commodity
2. Packing List
3. Bills of Lading made out To Order, Blank Endorsed and notify:
   C Steinweg Logistics (Shanghai Waigaoqiao Bonded Logistics Zone) Co Ltd, No. 89 Shenya Road Shanghai Waigaoqiao Bonded Logistics Zone Shanghai, China 2500137 Attn: Lilian Zhang Tel: 86-21-38751600-1069 Fax: 86-21-38751611/22

The aforementioned Documents must be issued in accordance with instructions to be provided by the Buyer.

Payment shall be made via Telegraphic Transfer to the Seller's Designated Account within 30 days after invoice date & after the documents have been accepted by the Buyer.

An additional certified true copy to be sent to the Buyer upon Buyer's request.

**Quality and Weight Determination**
Shipped weight shipped quality final at load port, with no claim basis.



Rhodium International Trading USA, Inc.
Mailing address:                    Registered address:             (p) +65 62399388
P O Box 110                         16192 Coastal Highway           (f) +65 6438 0946
3070 Windward Plaza                 Lewes, Delaware 19958           (w) www.rhodiumresources.com
Suite F                             County of Sussex                Registration No. 7529127
Alpharetta, GA 30005                United States
United States

**Insurance**
The Buyer or the ultimate buyer shall procure the necessary marine insurance coverage, provided the shipment has been executed in accordance with this Contract and the Seller has notified the Buyer of shipment within the timeline specified in this Contract. It is expressly understood that should the Seller not comply with the above, then any risk of loss shall be borne by the Seller until such time that the non-compliance is rectified or that the shipment arrives safely at the destination without any claims whatsoever.

**Force Majeure**
Force Majeure means any circumstance or event including without limitation: fire, explosion, flood, earthquake, tsunami, extreme adverse weather conditions, acts of God, riot, war or threat of war, civil commotion, act or threat of terrorism, unrest or disturbance, sabotage, blockade, embargo, legislation, prohibition, regulation or directive having the force of law, the effect of which results in prevention of a party ("the Affected Party") from carrying out its obligations under this Contract, and which subsists for at least 14 (fourteen) consecutive days.

The Affected Party shall notify the other party of such Force Majeure within 5 (five) days of knowing its occurrence. Should the Seller require an extension to the Shipment Period, the Seller shall provide a notice or certification from any government authority or chamber of commerce as evidence of the Force Majeure.

Neither party shall hold the other liable as a result of prevention in carrying out its obligations under this Contract, arising from Force Majeure. Notwithstanding this, Force Majeure shall not excuse or suspend any payment obligations of either party under this Contract.

If the Force Majeure subsists for more than 30 (thirty) days, the Affected Party may terminate this Contract with the agreement of the other party, and neither party shall hold the other liable for any losses it may sustain thereafter.

**Assignment**
Neither the Buyer nor the Seller may assign their obligations and/or rights under this Contract without the consent in writing of the other party. Any purported assignment without the aforesaid consent shall be void.

**Governing Law and Arbitration**
This Contract shall be governed by and construed in accordance with Singapore Law.
A party who is not a party to this Contract shall have no rights under the Contracts (Rights of Third Parties) Act 2001 to enforce any of the terms of this Contract.

Any dispute, difference or disagreement between the parties arising under or in relation to this contract, including (but not limited to) any dispute, difference or disagreement as to the meaning of the terms to this contract or any failure to agree on any matter required to be agreed upon under this contract shall, if possible, be resolved by negotiation and mutual agreement by the parties within 30 (thirty) days.

Any other terms and conditions are according to the Rules and Regulations of the London Metal Exchange Contract.



Rhodium International Trading USA, Inc.

| Mailing address: | Registered address: | (p) +65 62399388 |
| P O Box 110 | 16192 Coastal Highway | (f) +65 6438 0946 |
| 3070 Windward Plaza | Lewes, Delaware 19958 | (w) www.rhodiumresources.com |
| Suite F | County of Sussex | Registration No. 7529127 |
| Alpharetta, GA 30005 | United States | |
| United States | | |

This Contract represents the entire agreement between the Buyer and the Seller, and supersedes all prior agreements, communications and understanding, whether verbal or in writing and whether directly between the Buyer and Seller or through any broker or other third parties, pertaining to the subject matter hereof. Any changes to this Contract shall be in writing, and duly agreed to by both the Buyer and the Seller.

Agreed,

For the Buyer                                          For the Seller

**Rhodium International Trading USA, Inc**        **Quant Impex Pte Ltd**



# Quant Impex Pte Ltd

**(Subsidiary of Yeskey Enterprises Limited)**
UEN: 201629033Z

| SALE INVOICE |
|---|

| | | | |
|---|---|---|---|
| **NAME :** | RHODIUM INTERNATIONAL TRADING USA, INC | **INV.NO:** | QI/20-05/05-03 |
| **ADDRESS:** | 16192 COASTAL HIGHWAY | **DATE :** | 5/5/2020 |
| | LEWES, DELAWARE 19958 | **TERMS:** | TT  30 DAYS FROM INVOICE DATE |
| | COUNTY OF SUSSEX, UNITED STATES | **B.L.NO:** | SUDUB0SCL0097281 |
| | | **POL :** | PUERTO ANGAMOS, CHILE |
| | | **POD :** | SHANGHAI, CHINA |
| | | **INCOTREMS** | CFR |

| S.No. | DESCRIPTION | UNIT PRICE (USD) | QUANTITY (MTS) | VALUE (USD) |
|---|---|---|---|---|
| 1 | LME REGISTERED GRADE A COPPER CATHODES BRAND: SPENCE | 5,250.00 | 304.400 | 1,598,100.00 |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | 304.400 | 1,598,100.00 |

| Amount: US Dollars One Million Five Hundred Ninety Eight Thousand One Hundred Only |
|---|

| | **ACCOUNT DETAILS** |
|---|---|
| | BENEFICIARY NAME : QUANT IMPEX PTE LTD |
| | BENEFICIARY ACCOUNT NO: 631-904-666-3 |
| | BENEFICIARY BANK : UNITED OVERSEAS BANK LIMITED |
| | BANK ADDRESS : 80 RAFFLES PLACE, UOB PLAZA, SINGAPORE 048624 |
| | SWIFT : UOVBSGSG |

For QUANT IMPEX PTE LTD



**AUTHORISED SIGNATORY**

**24 RAFFLES PLACE, #25-02A CLIFFORD CENTRE, SINGAPORE 048621.**



# Quant Impex Pte Ltd

**(Subsidiary of Yeskey Enterprises Limited)**
UEN: 201629033Z

## PACKING LIST

| NAME : | RHODIUM INTERNATIONAL TRADING USA, INC | PACKING NO: | QI/20-05/05-03-P |
|---|---|---|---|
| ADDRESS : | 16192 COASTAL HIGHWAY<br>LEWES, DELAWARE 19958<br>COUNTY OF SUSSEX, UNITED STATES | DATE : | 5/5/2020 |
| | | B.L.NO: | SUDUB0SCL0097281 |
| | | POL: | PUERTO ANGAMOS, CHILE |
| | | POD: | SHANGHAI, CHINA |
| | | INCOTERMS | CFR |

| S.No. | DESCRIPTION | | QUANTITY (MTS) |
|---|---|---|---|
| 1 | LME REGISTERED GRADE A COPPER CATHODES BRAND: SPENCE | | 304.400 |
| | | | |
| | | | |
| | | | |
| | TOTAL | | 304.400 |

Net Weight (MTS) :                       304.400

For QUANT IMPEX PTE LTD



**AUTHORISED SIGNATORY**

**24 RAFFLES PLACE, #25-02A CLIFFORD CENTRE, SINGAPORE 048621.**

LVBP 601

 **RHODIUM** pure trade

Rhodium International Trading USA, Inc.
Mailing address:              Registered address:          +65 62399388
P O Box 110                   16192 Coastal Highway        +65 6438 0946
3070 Windward Plaza           Lewes, Delaware 19958        www.rhodiumresources.com
Suite F                       County of Sussex             Registration No. 7529127
Alpharetta, GA 30005          United States
United States

# SALES CONTRACT

| | | | |
|---|---|---|---|
| **Contract Number** | SRITUSA1650-851 | **Date** | 5 May 2020 |

**The Seller:**                                    **The Buyer:**
**Rhodium International Trading USA, Inc**          **Longview Resources (Labuan) Ltd**
16192 Coastal Highway                              Unit No. B-1-003, Brumby House
Lewes, Delaware 19958                              1st Floor, Lot U0209
County of Sussex, United States                    Jalan Bahasa Federal Territory of Labuan,
                                                   87000 Malaysia

The Seller agrees to sell and deliver, whilst the Buyer agrees to buy and take delivery of the Commodity in accordance with the terms and conditions hereunder.

| | |
|---|---|
| **Commodity** | LME Registered Grade A Copper Cathodes |
| **Quantity** | 304.400 Metric Tons ("MT") |
| **Unit Price** | USD5,578.13 per MT |
| **Port of Loading** | Puerto Angamos, Chile |
| **Delivery Term** | Cost and Freight ("CFR") Shanghai, China (CFR shall be in accordance with Incoterms 2020, unless modified by this Contract). The Commodity shall be discharged on Free Out ("FO") basis. |
| **Shipment Period** | By 31 May 2020 latest (Partial Shipment Allowed) |

**Payment**
After shipment, the Seller shall present the following Documents to the Buyer:
1. Commercial Invoice for full value of the shipped commodity
2. Blank back/Tanker/Charter Party Bills of Lading, made out To Order Blank Endorsed and notify C Steinweg Logistics (Shanghai Waigaoqiao Bonded Logistics Zone) Co Ltd, No. 89 Shenya Road Shanghai Waigaoqiao Bonded Logistics Zone Shanghai, China 2500137 Attn: Lilian Zhang Tel: 86-21-38751600-1069 Fax: 86-21-38751611/22

It is expressly agreed that the Seller's Commercial Invoice evidences the indebtedness of the Buyer towards the Seller. Payment will be due at 150 days after date of Commercial Invoice. Payment shall be made by the respective due date to the Seller's nominated account set out below without any set-off or deduction whatsoever and howsoever caused, including any claims and/or disputes as to Quality, Quantity and/or demurrage/despatch (unless expressly agreed to by the Seller in writing).

Bank: First Republic Bank, 44 Montgomery Street, San Francisco CA, 94104
ABA: 321081669
Acct Name: White Oak Trade Finance LLC
Account Number: 80007875448
Reference: WOTSF

It is expressly understood that title to the Commodity shall only transfer to the Buyer after the Seller has invoiced



Rhodium International Trading USA, Inc.
Mailing address:                Registered address:              ·· +65 62399388
P O Box 110                      16192 Coastal Highway            ·· +65 6438 0946
3070 Windward Plaza              Lewes, Delaware 19958            · www.rhodiumresources.com
Suite F                         County of Sussex                 Registration No. 7529127
Alpharetta, GA 30005            United States
United States

the Buyer under the abovementioned Commercial Invoice

Should the Buyer fail to pay by the due date, late payment penalty at the rate of 1% (One Percent) per month, fractions pro rata, calculated on the outstanding bill amount shall be levied on the Buyer.  The Seller has the option to either obtain payment of such late payment penalty at any time prior to settlement of the bill amount, or allow such late payment penalty to be paid together with the settlement of the bill amount.  For the avoidance of doubt, such provision shall not be construed as an extension of the due date, as the Buyer will be held to be in default until the bill, together with any late payment penalty, is settled in full.

The Buyer shall indemnify the Seller for all out-of-pocket costs, charges and expenses, including but not limited to legal costs, incurred by the Seller as a result of the Buyer's failure to accept the Documents, to honour Payment when due, or in connection with the Seller's enforcement, settlement or other disposition of claims with respect to the Documents.

**Quality and Weight Determination**
Shipped weight shipped quality final at load port, with no claim basis.

**Insurance**
The Buyer assumes all risks of damage or loss from the time that the Commodity is placed on board the shipment vessel at the load port.  Accordingly, the Buyer is responsible to procure marine insurance coverage to protect against any damage or loss to the Commodity during the entire period of transit.  The Seller shall be entitled to receive a copy of a valid open policy issued by the Buyer's insurers, or the insurance certificate issued for the shipment, as evidence of the Buyer's fulfilment of this Clause.

**Taxes**
The Buyer agrees to be liable for all taxes incurred or to be incurred in the destination country and/or the domicile country of the Buyer on account of the supply of Commodity in accordance with the terms and conditions of this Contract.  In the event that any payments from the Buyer should be subject to any withholding tax and/or any deduction as mandated by the Tax or Governmental authorities of the destination country and/or the domicile country of the Buyer, then the Buyer shall duly gross up the payment to the extent of the withholding tax and/or deduction such that the payment received by the Seller is equivalent to the amount had it not been subject to such withholding and/or deduction.

**Force Majeure**
Force Majeure means any circumstance or event including without limitation: fire, explosion, flood, earthquake, tsunami, extreme adverse weather conditions, acts of God, riot, war or threat of war, civil commotion, act or threat of terrorism, unrest or disturbance, sabotage, blockade, embargo, legislation, prohibition, regulation or directive having the force of law, the effect of which results in prevention of the Seller ("the Affected Party") from delivering the Commodity

Neither party shall hold the other liable as a result of prevention in carrying out its obligations under this Contract, arising from Force Majeure.  Notwithstanding this, the Buyer agrees that Force Majeure shall not excuse or suspend the Buyer's obligation to pay for the Commodity shipped under this Contract.

If the Force Majeure subsists for more than 30 (thirty) days, the Seller shall have the right to terminate this Contract, and neither party may hold the other liable for any losses it may sustain.



Rhodium International Trading USA, Inc.
Mailing address:          Registered address:          · +65 62399388
P O Box 110               16192 Coastal Highway        : +65 6438 0946
3070 Windward Plaza       Lewes, Delaware 19958        www.rhodiumresources.com
Suite F                   County of Sussex             Registration No. 7529127
Alpharetta, GA 30005      United States
United States

**Material Adverse Events**

It is expressly agreed that the Seller shall have the right to suspend, postpone or terminate its performance under this Contract, to require a Performance Assurance such as a secure payment instrument or Letter of Credit issued by a first class bank, as well as accelerate the due date(s) of outstanding bills under this Contract or any other contracts that may exist between the Buyer and the Seller should any Material Adverse Event(s) arise. Material Adverse Events shall be at the sole determination of the Seller, and shall include without limitation:

- Material change in the operating or financial condition of the Buyer;
- Material breach or default by the Buyer under this Contract, or any other contracts;
- Material change in the legal, economic or financial environment within the destination country and/or the domicile country of the Buyer;
- Material change in the global financial environment or macro economy.

The aforementioned rights of the Seller shall not be subject to penalty(ies) or further liabilities of whatsoever nature. Upon the determination of a Material Adverse Event(s) by the Seller, written notification together with the decision of the Seller shall be sent to the Buyer.

**Assignment**

The Buyer may not assign its obligations and/or rights under this Contract without the consent in writing of the Seller. Any purported assignment without the aforesaid consent shall be void.

The Seller may assign any of its obligations and/or rights under this Contract by written notification to the Buyer. Upon such assignment, the Buyer shall continue to fulfill those duties and responsibilities called for under the Assignment in favour of the Assignee, including adhering to any timelines and/or due dates as stipulated within this Contract. Any failure by the Buyer to fulfill its obligations and responsibilities in favour of the Assignee may be subject to remedy and/or penalties as stipulated within this Contract, and which may be imposed by either the Assignee or the Seller. The Assignee has the right to further assign any of its assigned rights to any other party, including the Seller.

The Buyer shall bear all out-of-pocket costs and expenses (including legal fees and stamp duties) incurred in connection with the execution of any documents in relation to the Assignment(s).

**Representations and Warranties**

The Buyer represents and warrants that:

- It has obtained all the authorities, approvals and licences, and done all acts necessary under applicable laws and regulations in force to ensure the legality, validity, enforceability and admissibility of obtaining credit under this Contract and the Documents;
- It is a duly organized and legally existing corporation in the country from which the Buyer is obligated to make payment under the terms of this Contract, has legal capacity to enter into this Contract and undertake all its obligations (including payment obligations) under the said Contract;
- It has obtained all the authorities, approvals and licences under the applicable laws and regulations in force to which the Buyer is subject, to import the Commodity and pay for it in accordance with this Contract;
- Its payment obligations under this Contract and the Documents are direct, unconditional, unsubordinated and will at all times rank at least pari passu with the Buyer's other unsecured and unsubordinated obligations at present and in the future.



Rhodium International Trading USA, Inc.
Mailing address:              Registered address:              +65 62399388
P O Box 110                   16192 Coastal Highway            +65 6438 0946
3070 Windward Plaza           Lewes, Delaware 19958            www.rhodiumresources.com
Suite F                       County of Sussex                 Registration No. 7529127
Alpharetta, GA 30005          United States
United States

**Governing Law and Arbitration**

This Contract shall be governed by and construed in accordance with Singapore Law.
A party who is not a party to this Contract shall have no rights under the Contracts (Rights of Third Parties) Act 2001 to enforce any of the terms of this Contract.

Any dispute, difference or disagreement between the parties arising under or in relation to this contract, including (but not limited to) any dispute, difference or disagreement as to the meaning of the terms to this contract or any failure to agree on any matter required to be agreed upon under this contract shall, if possible, be resolved by negotiation and mutual agreement by the parties within 30 (thirty) days.

Any other terms and conditions are according to the Rules and Regulations of the London Metal Exchange Contract.

This Contract represents the entire agreement between the Buyer and the Seller, and supersedes all prior agreements, communications and understanding, whether verbal or in writing and whether directly between the Buyer and Seller or through any broker or other third parties, pertaining to the subject matter hereof.  Any changes to this Contract shall be in writing, and duly agreed to by both the Buyer and the Seller

Agreed,
For the Seller                              For the Buyer

**Rhodium International Trading USA, Inc**      **Longview Resources (Labuan) Ltd**

 **RHODIUM** *pure trade*

| Rhodium International Trading USA, Inc. | | |
|---|---|---|
| Mailing address: | Registered address: | +65 62399388 |
| P O Box 110 | 16192 Coastal Highway | +65 6438 0946 |
| 3070 Windward Plaza | Lewes, Delaware 19958 | www.rhodiumresources.com |
| Suite F | County of Sussex | Registration No. 7529127 |
| Alpharetta, GA 30005 | United States | |
| United States | | |

## COMMERCIAL INVOICE

**INVOICE NO: SIRITUSA1035**

**INVOICE TO:**
LONGVIEW RESOURCES (LABUAN) LTD
UNIT NO. B-1-003, BRUMBY HOUSE
1ST FLOOR, LOT U0209
JALAN BAHASA FEDERAL TERRITORY OF
LABUAN, 87000 MALAYSIA

**VESSEL & VOYAGE:** SINE MAERSK 014W
**SHIPMENT DATE:** 10 APRIL 2020
**PORT OF LOADING:** PUERTO ANGAMOS, CHILE
**PORT OF DISCHARGE:** SHANGHAI, CHINA
**SALES CONTRACT NO:** SRITUSA1650-851

| DESCRIPTION OF GOODS | AMOUNT |
|---|---|
| **LME REGISTERED GRADE A COPPER CATHODES**<br>BL NO.: SUDUB0SCL0097281<br>QUANTITY: 304.400 MT<br>UNIT PRICE: USD5,578.13/MT CFR SHANGHAI, CHINA AS PER INCOTERMS 2020<br><br>PAYMENT TERMS: 150 DAYS AFTER DATE OF COMMERCIAL INVOICE (5 MAY 2020)<br>PAYMENT DUE DATE: 2 OCTOBER 2020 | |

| | TOTAL | USD 1,697,982.77 |
|---|---|---|

**PAYMENT INSTRUCTION**

Bank: First Republic Bank, 44 Montgomery Street, San Francisco CA, 94104
ABA: 321081669
Acct Name: White Oak Trade Finance LLC
Account Number: 80007875448
Reference: WOTSF

*For* **RHODIUM INTERNATIONAL TRADING USA INC**



5 MAY 2020



**Acknowledgement of Assignment**

To:     White Oak Trade Finance, LLC
3 Embarcadero Center, 5th Floor, San Francisco, CA 94111, United States America

Attention: James Chan/ Victoria Shih

Date: 5 May 2020

Dear Sirs

1       We acknowledge receipt of the notice from Rhodium International Trading USA, Inc. dated 5 May 2020, a copy of which is attached to this Acknowledgement (the **Notice**).

2       We have not received notice that any other person has an interest in the Contract.

3       We will comply with the instructions in the Notice.

4       We agree that no amendment or termination of the Contract, nor any waiver of its terms, will be effective unless it is approved by White Oak.

5       We will not exercise any right of set-off against payments owing by us under the Contract.

6       We do not have any dispute under or in relation to the Contract including in relation to invoice number [ SIRITUSA1035 ] issued under the Contract.

Executed and delivered as a            )

**DEED** by Richard Michael MAURER      )       ..................................................

Longview Resources (Labuan) Ltd        )       Director

acting by:                             )       ..................................................

                                               Director/Secretary

A witness is required if only one director signs

Signed by the Director in the presence of:

Witness name: Kelvin

Witness signature: 

Witness name/address: Unit D, 21/F, YHC Tower, 1 Sheung Yuet Road, Kowloon Bay, Kowloon, Hong Kong

**LONGVIEW RESOURCES (LABUAN) LTD**
**NO B-1-003, Brumby House, 1st Floor, Lot U0209, Jalan Bahasa, 87000 Labuan F.T., Malaysia**
**info@longviewresources.com**
**www.longviewresources.com**



| | | | |
|---|---|---|---|
| Rhodium International Trading USA, Inc. | | | |
| Mailing address: | Registered address: | (p) +65 62399388 | |
| P O Box 110 | 16192 Coastal Highway | (f) +65 6438 0946 | |
| 3070 Windward Plaza | Lewes, Delaware 19958 | (w) www.rhodiumresources.com | |
| Suite F | County of Sussex | Registration No. 7529127 | |
| Alpharetta, GA 30005 | United States | | |
| United States | | | |

**SCHEDULE 2**

**Form of Notice and Acknowledgement of Assignment of Sales Contract**

To: Longview Resources (Labuan) Ltd
Unit No. B-1-003, Brumby House
1st Floor, Lot U0209
Jalan Bahasa Federal Territory of Labuan,
87000 Malaysia

Date:     5 May 2020

Dear Sirs

**Notice of Assignment**

1       We give you notice that, under a Deed of Assignment dated 22 August 2019 entered into by us in favour of White Oak Trade Finance, LLC (**White Oak**), we have assigned to White Oak by way of security all of our rights in Sales Contract Number: SRITUSA1650-851 Dated 5 May 2020 (and in and to any other assets derived from any of those rights under any applicable law, including, without limitation, all amounts payable by you to us thereunder) (the **Contract**).

2       We will remain liable for our obligations under the Contract.  White Oak has no obligations under it.

3       We have agreed with White Oak not to terminate or amend the Contract or to waive any of its terms without the consent of White Oak.

4       We instruct you to:

(a)      make all payments due to us under the Contract to the following Collection Account:

Bank: First Republic Bank, 44 Montgomery Street, San Francisco CA, 94104
ABA: 321081669
Acct Name: White Oak Trade Finance LLC
Account Number: 80007875448
Reference: WOTSF
or otherwise as White Oak shall direct by notice; and

(b)      disclose to White Oak, without further approval from us, such information regarding the Contract as White Oak may from time to time request and to send White Oak copies of all notices issued by you under the Contract.

5       This instruction cannot be varied or terminated without the consent of White Oak.

6       This instruction is governed by English law.

Please sign the enclosed acknowledgement and return it to Rhodium International Trading USA, Inc. at:
Attn: Operations Department 9 Raffles Place #23-02/03 Republic Plaza Singapore 048619 Tel: +65 6239 9388

Rhodium International Trading USA, Inc. will subsequently forward the acknowledgement to White Oak's agent at:
Norton Rose Fulbright (Asia) LLP
9 Straits View, Marina One West Tower, #09-09, Singapore, 018937
Attn: Shernie See Tel: +65 6309 5320

..................................................
for and on behalf of
**Rhodium International Trading USA, Inc.**

| Company Name | Customer Name | Invoice Number | Invoice Number | Shipment Date | Invoice Date | Invoice Due Date | Invoice Currency | Invoice Value | Balance Due | Payment Number | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rhodium International Trading USA, Inc | LONGVIEW RESOURCES (LABUAN) LTD | SIXITUSA035 | 10.04.20 | 5/5/2020 | 2/10/2020 | USD | 1,697,982.77 | 1,697,982.77 | | | | 0 |

## GREAT AMERICAN INSURANCE COMPANY POLICY

### SPECIAL BUYER CREDIT LIMIT

| INSURED #7030987 | BUYER #389536 |
|---|---|
| RHODIUM INTERNATIONAL TRADING USA, INC.<br>12600 DEERFIELD PARKWAY<br>SUITE 100<br>ALPHARETTA, GA  30004<br>UNITED STATES | LONGVIEW RESOURCES (HK) LTD.<br>KOWLOON BAY<br>HONG KONG |

A Special Buyer Credit Limit is approved for the Buyer named above, subject to the following terms and conditions:

1.  Credit Limit Amount:  $ 6,000,000.00 (principal), plus interest as specified in the Declarations or in the Interest Coverage endorsement.

    Insured Percentage:  As stated in Declarations.

2.  Payment terms:  UP TO 150 DAYS OPEN ACCOUNT FROM THE DATE OF THE INVOICE.

3.  Final shipment date:  This Special Buyer Credit Limit shall cover shipments made on or before August 01, 2020.

4.  Special conditions:  See Attached. (#2073)

Effective date of
this Endorsement December 26, 2019    To form a part of Policy no. GLMB-123147
           12:01 A.M
Issued to RHODIUM INTERNATIONAL TRADING    FOR THE INSURER
          USA, INC.

                    By

Date of issue December 27, 2019

                      President
Endorsement no. 19    FCIA Management Company, Inc.

Broker no. 76400   Primary Insured no. 7030987

## SPECIAL CONDITIONS ATTACHMENT PAGE

2073 - SHIPMENTS TO SUBSIDIARIES, WITH SUBLIMITS AND THE SUBSIDIARY AS OBLIGOR

For transactions under this Credit Limit, shipments may be made to either the Buyer specified in this endorsement or to any of its subsidiaries named below.  For shipments made to the following subsidiaries the maximum Credit Limit for each subsidiary is as follows:

| Subsidiary | Country | Credit Limit |
|---|---|---|
| Longview Resources (SG) Pte. Ltd. | Singapore | $6,000,000. |
| Longview Resources (Labuan) Ltd. | Malaysia | $3,000,000. |

For shipments made to any above named subsidiary, the Insured must obtain a Buyer Obligation from either the Buyer specified in this endorsement or from the named subsidiary to which the shipment was made.

The overall maximum Credit Limit for the Buyer and all subsidiaries covered under this endorsement is $6,000,000.

SC2073 (0)  (03-10)

Effective date of
this Endorsement December 26, 2019
12:01 A.M
Issued to RHODIUM INTERNATIONAL TRADING
USA, INC.

Date of issue December 27, 2019

Endorsement no. 19

Broker no. 76400    Primary Insured no. 7030987

To form a part of Policy no. GLMB-123147

FOR THE INSURER

By

President
FCIA Management Company, Inc.

## GREAT AMERICAN INSURANCE COMPANY POLICY

### LOSS PAYEE ENDORSEMENT

Pursuant to Article 7.C. of the Policy, Assignment, and subject to the conditions below, the following Loss Payee is accepted under this policy:

White Oak Trade Finance, LLC
3 Embarcadero Center, 5th Floor
San Francisco, CA 94111

Conditions:

A.  The Loss Payee agrees that:

1.  this endorsement is not an assignment of the policy or a separate agreement between the Insurer and the Loss Payee, does not give the Loss Payee any right to file a claim or sue under the policy, and does not create any duty or obligation to the Loss Payee except as set forth in B. below; and

2.  all Losses shall be adjusted with the Insured and the Insured's execution of a release and assignment in favor of the Insurer shall bind the Loss Payee; and

3.  this endorsement shall not be construed as a waiver of any policy terms and conditions.

B.  The Insured agrees that this endorsement authorizes the Insurer:

1.  to release to the Loss Payee all information and records relating to the Insured's policy and claims; and

2.  to make all claim payments relating to this policy by check forwarded to the Loss Payee, made payable solely to the order of the Loss Payee;  and

3.  in the event of the insolvency of the Insured, to accept a claim filing from the Loss Payee subject to the terms and conditions of the policy including the Loss Payee's ability to file the required documents and assign a valid Buyer Obligation to the Insurer.  In the event that some other party claims a right to the Buyer Obligation or policy coverage, the Loss Payee shall demonstrate its rights to the satisfaction of the Insurer.

Effective date of
this Endorsement August 01, 2019          To form a part of Policy no. GLMB-123147
        12:01 A.M
Issued to RHODIUM INTERNATIONAL TRADING          FOR  THE  INSURER
        USA, INC.
                          By
Date of issue August 26, 2019

                             President
Endorsement no. 9                    FCIA Management Company, Inc.

Broker no. 76400     Primary Insured no. 7030987



| | Rhodium International Trading USA, Inc. | | |
|---|---|---|---|
| | Mailing address: | Registered address: | ☎ +65 62399388 |
| | P O Box 110 | 16192 Coastal Highway | ☎ +65 6438 0946 |
| | 3070 Windward Plaza | Lewes, Delaware 19958 | 🖥 www.rhodiumresources.com |
| | Suite F | County of Sussex | Registration No. 7529127 |
| | Alpharetta, GA 30005 | United States | |
| | United States | | |

## DEMAND LETTER FOR PAYMENT

**Longview Resources (Labuan) Ltd**
Unit No. B-1-003, Brumby House
1st Floor, Lot U0209, Jalan Bahasa
Federal Territory of
Labuan, 87000
Malaysia

Attn: Richard Michael Maurer
Date: 25 March 2021

**TOTAL AMOUNT DUE USD 1,697,982.77**

Dear Richard Michael Maurer
We refer to the following:

| Contract Number | Invoice Number | Currency | Invoice Value | Invoice Due Date |
|---|---|---|---|---|
| SRITUSA1650-851 | SIRITUSA1035 | USD | 1,697,982.77 | 02-Oct-2020 |

(Collectively, the "**Outstanding Invoice(s)**").

The Outstanding Invoice(s) was/were issued and became due on the respective invoice due date(s). Notwithstanding our repeated reminders and requests for payment under the Outstanding Invoice(s), you have refused and/or neglected to make payment of the outstanding sum due to us. The sum of **USD 1,697,982.77** is exclusive of interest which continues to accrue pursuant to relevant clause of the above-mentioned contract(s) which allows for interest on unpaid invoices.

In the circumstances, we **HEREBY DEMAND** that full payment of **the Outstanding Invoice(s)** be made to us **IMMEDIATELY**. Please make payment to the account listed in the above-mentioned invoice(s).

**TAKE NOTICE** that unless full payment is received within seven (7) business days from the date of this demand, we will proceed with such legal action against you as we deem fit without further reference to you.

All of our rights are reserved.

Sincerely,

Rhodium International Trading USA, Inc.



**RHODIUM**
pure trade

Rhodium International Trading USA, Inc.
Mailing address:
P O Box 110   3070 Windward Plaza
Suite F Alpharetta, GA 30005
United States

Registered address:
16192 Coastal Highway
Lewes. Delaware 19958
County of Sussex
United States

- +65 62399388
- +65 6438 0946
- www.rhodiumresources.com
Registration No. 7529127

---

**LONGVIEW RESOURCES (LABUAN) LTD**

**ATTENTION : ACCOUNTS DEPARTMENT**

**Statement Generated As At**
**31 March 2021**

| INVOICE NO | CURRENCY | INVOICE AMOUNT | INVOICE DATE | INVOICE DUE DATE | BALANCE DUE |
|---|---|---|---|---|---|
| CUSTOMER : CTLON002 | | LONGVIEW RESOURCES (LABUAN) LTD | | | |
| SIRITUSA1035 | USD | 1,697,982.77 | 05/05/2020 | 02/10/2020 | 1,697,982.77 |

| | Balance Due (USD) | Balance Due (EUR) |
|---|---|---|
| **Total** | **1,697,982.77** | **0.00** |

*"This is a computer generated statement and no signature is required"*
*Please verify the above statement promptly and notify us of any discrepancies. Any payments received after the end of the month will appear in next month's statement.*

From: Eliot Moussac
To: bhoussac@longviewresources.com; ben@longviewresources.com; gps@longviewresources.com; kelvin@longviewresources.com
Cc: TO7@rhodiumresources.com; rpishona.chan@rhodiumresources.com; risk@rhodiumresources.com
Subject: Overdue Reminder - Longview Resources (Labuan) Ltd - 07-Jan-21
Date: 7 January, 2021 9:38:58 AM

Dear team,

Good day.

Please be reminded that the below-mentioned Invoice(s) have now become overdue or past the due date. Kindly provide updates in regard to the payment made or being made. Please ignore this email if the payment had already been initiated/remitted to the respective beneficiary.

Appreciate your response in advance.

| Buyer | Contract No | Invoice Value (USD) | Invoice Value (EUR) | Invoice No | B/L date | Invoice Date | Due Date | Extension | Balance due | Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| Longview Resources (Labuan) Ltd | SDMCC2673-842 | | 1,020,092.46 | SIDMCC1594 | 08-Oct-19 | 15-Oct-19 | Fri 10-Apr-20 | Sun 23-Aug-20 | 1,020,092.46 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2079-819 | 879,749.49 | | SIRITL1259 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 879,749.49 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2081-810 | 908,395.97 | | SIRITL1280 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 908,395.97 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2083-842 | 4,421,017.10 | | SIRITL1281 | 25-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 4,421,017.10 | 0.00 |
| Longview Resources (Labuan) Ltd | SREL2160-851 | 1,973,561.76 | | SIREL1328 | 21-Dec-19 | 20-Jan-20 | Thu 18-Jun-20 | | 1,973,561.76 | 300,000.00 |
| Longview Resources (Labuan) Ltd | SRHLIT1664-865 | 2,065,262.91 | | SIRHLIT1032 | 27-Jan-20 | 25-Feb-20 | Fri 21-Aug-20 | | 2,065,262.91 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2932-856 | 2,446,480.00 | | SI-RTA1839 | 17-Mar-20 | 07-Apr-20 | Fri 04-Sept-20 | | 2,446,480.00 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITUSA1650-851 | 1,697,982.77 | | SIRITUSA1035 | 10-Apr-20 | 05-May-20 | Fri 02-Oct-20 | | 1,697,982.77 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2988-847 | 1,497,532.50 | | SI-RTA1876 | 07-May-20 | 26-May-20 | Fri 23-Oct-20 | | 1,497,532.50 | 0.00 |

Code: CHAxxTd

Best Regards,
Eliot Augier de Moussac
Rhodium Resources Pte Ltd
9 Raffles Place | #23-02/03 Republic Plaza | Singapore 048619
**Mobile:** +65-8448 1312
DID: +65-6671 0624
Fax: +65-6438 0945

From: Eliot Mousse;
To: Voyumi@longviewresources.com; hart@longviewresources.com; cost@longviewresources.com; tolvor@longviewresources.com;
Cc: TCP@rhodiumresources.com; weyhchong.chan@rhodiumresources.com; rate@rhodiumresources.com;
Subject: Overdue Reminder - Longview Resources (Labuan) Ltd - 11-Jan-21
Date: 11 January, 2021 10:42:27 AM

Dear team,

Good day,

Please be reminded that the below-mentioned invoice(s) have now become overdue or past the due date. Kindly provide updates in regard to the payment made or being made. Please ignore this email if the payment had already been initiated/remitted to the respective beneficiary.

Appreciate your response in advance.

| Buyer | Contract No | Invoice Value (USD) | Invoice Value (EUR) | Invoice No | B/L date | Invoice Date | Due Date | Extension | Balance due | Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| Longview Resources (Labuan) Ltd | SDMCC2673-842 | | 1,020,092.46 | SIDMCC1594 | 08-Oct-19 | 15-Oct-19 | Fri 10-Apr-20 | Sun 23-Aug-20 | 1,020,092.46 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2079-819 | 879,749.49 | | SIRITL1259 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 879,749.49 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2081-810 | 908,395.97 | | SIRITL1260 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 908,395.97 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2083-842 | 4,421,017.10 | | SIRITL1261 | 25-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 4,421,017.10 | 0.00 |
| Longview Resources (Labuan) Ltd | SREL2160-851 | 1,973,561.76 | | SIREL1328 | 21-Dec-19 | 20-Jan-20 | Thu 18-Jun-20 | | 1,673,561.76 | 300,000.00 |
| Longview Resources (Labuan) Ltd | SRHLIT1664-665 | 2,065,262.91 | | SIRHLIT1032 | 27-Jan-20 | 25-Feb-20 | Fri 21-Aug-20 | | 2,065,262.91 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2932-856 | 2,446,480.00 | | SI-RTA1839 | 17-Mar-20 | 07-Apr-20 | Fri 04-Sept-20 | | 2,446,480.00 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITUSA1650-851 | 1,697,982.77 | | SIRITUSA1035 | 10-Apr-20 | 05-May-20 | Fri 02-Oct-20 | | 1,697,982.77 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2988-847 | 1,497,532.50 | | SI-RTA1876 | 07-May-20 | 26-May-20 | Fri 23-Oct-20 | | 1,497,532.50 | 0.00 |

Code: CHAxxTd

Best Regards,
Eliot Augier de Moussac
Rhodium Resources Pte Ltd
9 Raffles Place | #23-02/03 Republic Plaza | Singapore 048619
Mobile: +65-8448 1312
DID: +65-6671 0624
Fax: +65-6438 0946

**From:** Eliot Moussac
**To:** btown@longviewresources.com; ham@longviewresources.com; eco@longviewresources.com; bbyer@longviewresources.com
**Cc:** TCF@rhodiumresources.com; eglobson.chan@rhodiumresources.com; rsls@rhodiumresources.com
**Subject:** Overdue Reminder - Longview Resources (Labuan) Ltd - 14-Jan-21
**Date:** 14 January, 2021 9:28:36 AM

Dear team,

Good day.

Please be reminded that the below-mentioned invoice(s) have now become overdue or past the due date. Kindly provide updates in regard to the payment made or being made. Please ignore this email if the payment had already been initiated/remitted to the respective beneficiary.

Appreciate your response in advance.

| Buyer | Contract No | Invoice Value (USD) | Invoice Value (SGD) | Invoice No | Bill date | Invoice Date | Due Date | Extension | Balance due | Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| Longview Resources (Labuan) Ltd | SD/ICC2673-842 | | 1,020,092.46 | SIDICC1594 | 08-Oct-19 | 15-Oct-19 | Fri 10-Apr-20 | Sun 23-Aug-20 | 1,020,092.46 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTL2079-819 | 879,749.49 | | SIRITL1259 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 879,749.49 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTL2081-810 | 908,395.97 | | SIRITL1260 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 908,395.97 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTL2083-842 | 4,421,017.10 | | SIRITL1261 | 25-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 4,421,017.10 | 0.00 |
| Longview Resources (Labuan) Ltd | SREL2160-851 | 1,973,561.76 | | SIREL1328 | 21-Dec-19 | 20-Jan-20 | Thu 18-Jun-20 | | 1,673,561.76 | 300,000.00 |
| Longview Resources (Labuan) Ltd | SRHLIT1664-865 | 2,065,262.91 | | SIRHLIT1032 | 27-Jan-20 | 25-Feb-20 | Fri 21-Aug-20 | | 2,065,262.91 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2932-856 | 2,446,480.00 | | SI-RTA1839 | 17-Mar-20 | 07-Apr-20 | Fri 04-Sept-20 | | 2,446,480.00 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITUSA1650-851 | 1,697,982.77 | | SIRITUSA1035 | 10-Apr-20 | 05-May-20 | Fri 02-Oct-20 | | 1,697,982.77 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2988-847 | 1,497,532.50 | | SI-RTA1876 | 07-May-20 | 26-May-20 | Fri 23-Oct-20 | | 1,497,532.50 | 0.00 |

Code: CHAxxTd

Best Regards,
Eliot Auglor de Moussac
Rhodium Resources Pte Ltd
9 Raffles Place | #23-02/03 Republic Plaza | Singapore 048619
**Mobile:** +65-8448 1312
DID: +65-6671 0624
Fax: +65-6438 0946

**From:** Eliot Moussac
**To:** lukori@longviewresources.com; baro@longviewresources.com; ops@longviewresources.com
**Cc:** TOD@rhodiumresources.com; philchong.chan@rhodiumresources.com; rsk@rhodiumresources.com
**Subject:** Overdue Reminder - Longview Resources (Labuan) Ltd - 18-Jan-21
**Date:** 18 January, 2021 10:51:08 AM

Dear team,

Good day.

Please be reminded that the below-mentioned Invoice(s) have now become overdue or past the due date. Kindly provide updates in regard to the payment made or being made. Please ignore this email if the payment had already been initiated/remitted to the respective beneficiary.

Appreciate your response in advance.

| Buyer | Contract No | Invoice Value (USD) | Invoice Value (EUR) | Invoice No | Bill date | Invoice Date | Due Date | Extension | Balance due | Payments |
|---|---|---|---|---|---|---|---|---|---|---|
| Longview Resources (Labuan) Ltd | SOMCC2673-842 | | 1,020,092.46 | SIDMCC1594 | 08-Oct-19 | 15-Oct-19 | Fri 10-Apr-20 | Sun 23-Aug-20 | 1,020,092.46 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2079-819 | 879,749.49 | | SIRITL1259 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 879,749.49 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2081-810 | 908,395.97 | | SIRITL1260 | 18-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 908,395.97 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITL2083-842 | 4,421,017.10 | | SIRITL1261 | 25-Nov-19 | 06-Dec-19 | Fri 15-May-20 | | 4,421,017.10 | 0.00 |
| Longview Resources (Labuan) Ltd | SREL2160-851 | 1,973,561.76 | | SIREL1328 | 21-Dec-19 | 20-Jan-20 | Thu 18-Jun-20 | | 1,673,561.76 | 300,000.00 |
| Longview Resources (Labuan) Ltd | SRHLIT1664-865 | 2,065,262.91 | | SIRHLIT1032 | 27-Jan-20 | 25-Feb-20 | Fri 21-Aug-20 | | 2,065,262.91 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2932-856 | 2,446,480.00 | | SI-RTA1839 | 17-Mar-20 | 07-Apr-20 | Fri 04-Sept-20 | | 2,446,480.00 | 0.00 |
| Longview Resources (Labuan) Ltd | SRITUSA1650-851 | 1,697,982.77 | | SIRITUSA1035 | 10-Apr-20 | 05-May-20 | Fri 02-Oct-20 | | 1,697,982.77 | 0.00 |
| Longview Resources (Labuan) Ltd | SRTA2988-847 | 1,497,532.50 | | SI-RTA1876 | 07-May-20 | 26-May-20 | Fri 23-Oct-20 | | 1,497,532.50 | 0.00 |

Code: CHAxxTd

Best Regards,
Eliot Augier de Moussac
Rhodium Resources Pte Ltd
9 Raffles Place | #23-02/03 Republic Plaza | Singapore 048619
Mobile: +65-8448 1312
DID: +65-6671 0624
Fax: +65-6438 0046