**SNAPTECH, LLC**

7305 Hunters Branch Dr
Atlanta, GA  30328 US
678-733-0136
https://snap.tech



**BILL TO**
QuantumRhino, Inc
10115 E. Bell Road
Suite 107-501
Scottsdale, AZ  85260

**INVOICE #** 5533
**DATE** 09/15/2022
**DUE DATE** 09/15/2022
**STATEMENT DATE** 12/08/2022
**TERMS** Retainer/Due on receipt

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 08/22/2022 | **Development**<br>Onboarding | 3 | 175.00 | 525.00 |
| 08/23/2022 | **Development**<br>Onboarding - team prep and project/business overview | 6 | 175.00 | 1,050.00 |
| 08/24/2022 | **Management**<br>Orientation, access, resource planning | 2 | 175.00 | 350.00 |
| 08/25/2022 | **Development**<br>Ramp up, code access/review, product installation | 9.50 | 175.00 | 1,662.50 |
| 08/26/2022 | **Development**<br>Continued ramp up, code access/review, product installation | 12.50 | 175.00 | 2,187.50 |
| 08/27/2022 | **Development**<br>Sorting out environment settings, going through microservices architecture and existing infrastructure | 8 | 175.00 | 1,400.00 |
| 08/29/2022 | **Development**<br>Meetings & week kickoff | 1 | 175.00 | 175.00 |
| 08/30/2022 | **Development**<br>DB schema familiarity, documenting env/setup, outlining work planning with Dan on NestJS structure, DB and services | 4 | 175.00 | 700.00 |
| 09/01/2022 | **SQL Development**<br>End of week meetings, Typeorm changes, adding migrations framework to project | 7 | 175.00 | 1,225.00 |
| 09/02/2022 | **SQL Development**<br>Adding migrations for code entities | 10 | 175.00 | 1,750.00 |
| 09/03/2022 | **SQL Development**<br>More code entity migrations | 4 | 175.00 | 700.00 |
| 09/05/2022 | **SQL Development** | 8 | 175.00 | 1,400.00 |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Cleanup and finalizing testing on migrations | | | |
| 09/06/2022 | **Development**<br>Account service | 12 | 175.00 | 2,100.00 |
| 09/07/2022 | **Development**<br>Account routes, services, and code cleanup. | 8 | 175.00 | 1,400.00 |
| 09/08/2022 | **Development**<br>Testing and bug fixes on account service | 9 | 175.00 | 1,575.00 |
| 09/09/2022 | **Development**<br>Initial docker effort on migrations, structure for seeding, tuning of patterns used on account module | 12 | 175.00 | 2,100.00 |
| 09/10/2022 | **Development**<br>Seed build out for various tables and test data, going over things with Marin, docker-compose testing | 10.50 | 175.00 | 1,837.50 |
| 09/11/2022 | **SQL Development**<br>Seed + Docker testing | 5 | 175.00 | 875.00 |
| 09/12/2022 | **Development**<br>Architecture + refactoring plan with team, evaluating CI/CD/Github actions and docker changes that will be folded in. Backlog review. | 9 | 175.00 | 1,575.00 |
| 09/13/2022 | **Development**<br>Notification service, NVM support, meetings | 7.75 | 175.00 | 1,356.25 |
| 09/14/2022 | **Development**<br>Meetings, Indian team code migrations, cursory front end review | 6 | 175.00 | 1,050.00 |
| 09/15/2022 | **Development**<br>Plan with Dan regarding use of single monolith to address all the issues with the 4 app setup without the proper backbone for microservices with a shared core. Ongoing code refactoring. Notification module | 17 | 175.00 | 2,975.00 |

Initial statement of services for SOW A provided through 9/15/2022.

BALANCE DUE **USD 29,968.75**

**SNAPTECH, LLC**

7305 Hunters Branch Dr
Atlanta, GA  30328 US
678-733-0136
https://snap.tech



| | | |
|---|---|---|
| **BILL TO** | **INVOICE #** | 5534 |
| QuantumRhino, Inc | **DATE** | 09/30/2022 |
| 10115 E. Bell Road | **DUE DATE** | 09/30/2022 |
| Suite 107-501 | **STATEMENT DATE** | 12/08/2022 |
| Scottsdale, AZ  85260 | **TERMS** | Retainer/Due on receipt |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/16/2022 | **Development** Upgrade to Nest v9 to fix vulnerabilities, as well as to v16 on Node, TypeORM migrations, and ongoing refactor and code cleanup of backend. System and Venue service modules. | 18.50 | 175.00 | 3,237.50 |
| 09/17/2022 | **Development** Docker compose work, venue, markdown docs, cross-env, migrations adjustments via docker, system module, architectural adjustments to single Nest app following meetings/approval from Dan, testing changes | 16 | 175.00 | 2,800.00 |
| 09/18/2022 | **Development** Console/migrations, nest framework for plural use, docker-compose testing/mods, PRs, nest global, system module routes and services | 17.25 | 175.00 | 3,018.75 |
| 09/19/2022 | **Development** Lazy/eager/join typeorm DB work, unifying project patterns, reviewing PRs, meetings, cleanup entities. Moving in code from outstanding PRs and added linting | 14 | 175.00 | 2,450.00 |
| 09/20/2022 | **Development** AWS review of authentication/secrets/infrastructure deploy, certificate/rank/qualification, typeorm entity/joins, meetings & sorting out Pankaj/Irving code structuring. Swagger docs & other pattern improvements | 15 | 175.00 | 2,625.00 |
| 09/21/2022 | **Development** PRs, team meetings, cleanup on qualifications, overtime availability PR | 11 | 175.00 | 1,925.00 |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | changes, testing | | | |
| 09/22/2022 | **Development**<br>Integrating all the PRs from Indian team, Nest triggers, adjusting PRs directly to reduce lost time going back and forth, admin password reset, notes, tiers, LV-599/648/521, venue search capability | 18 | 175.00 | 3,150.00 |
| 09/23/2022 | **Development**<br>Skills changes, testing, unify naming conventions & route/properties, docker adjustments, code reviews/cleanup | 8.75 | 175.00 | 1,531.25 |
| 09/24/2022 | **Development**<br>Prep/testing for major PR merge of refactored changes + infrastructure changes for Monday | 7 | 175.00 | 1,225.00 |
| 09/25/2022 | **Development**<br>Github actions and CI/CD changes for upcoming deployment | 4.50 | 175.00 | 787.50 |
| 09/26/2022 | **Development**<br>Merged significant new code to /develop, new github actions, migrations, testing, patches to endpoints, getting PRs from Irving pulled in, minor docker adj, working with Dan to finalize deployment | 11.50 | 175.00 | 2,012.50 |
| 09/27/2022 | **Development**<br>Global settings, PRs, testing and some patches | 7.50 | 175.00 | 1,312.50 |
| 09/28/2022 | **Development**<br>Swagger docs on API, unifying exception handling, testing, training the team on changes, resource planning with Dan + adj to AWS infrastructure | 8.50 | 175.00 | 1,487.50 |
| 09/29/2022 | **Development**<br>PRs, planning on event and preliminary work on the requested recurring implementation, serialization changes on Nest, overview of patterns with Irving, emailed invitations, migrations/AWS DB | 9 | 175.00 | 1,575.00 |
| 09/30/2022 | **Development**<br>Assist on Pinpoint/Templates, PR reviews, cleanup of codebase to remove deprecated code, full sort/pagination/order capability with related tables on user, some account service adjustments | 9.50 | 175.00 | 1,662.50 |

Statement of services for SOW A provided 9/16/2022 through 9/30/2022.

**BALANCE DUE**     **USD 30,800.00**

**SNAPTECH, LLC**

7305 Hunters Branch Dr
Atlanta, GA  30328 US
678-733-0136
https://snap.tech



**BILL TO**
QuantumRhino, Inc
10115 E. Bell Road
Suite 107-501
Scottsdale, AZ  85260

**INVOICE #** 5535
**DATE** 10/15/2022
**DUE DATE** 10/15/2022
**STATEMENT DATE** 12/08/2022
**TERMS** Retainer/Due on receipt

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/01/2022 | **Development** LV-50 business logic, DTOs, factories and services | 8.75 | 175.00 | 1,531.25 |
| 10/02/2022 | **Development** Qualifications routes & PRs. Event module. | 4.50 | 175.00 | 787.50 |
| 10/03/2022 | **Development** LV-50 template work for recurring | 8 | 175.00 | 1,400.00 |
| 10/04/2022 | **Development** Event template/recurring services | 11.50 | 175.00 | 2,012.50 |
| 10/05/2022 | **Development** Orientation/training Eban, work on overtime availability, disable user, swagger docs browsability from AWS, transactional feedback on pinpoint with Phil | 12.50 | 175.00 | 2,187.50 |
| 10/06/2022 | **Development** Eban q&a, minor PRs, LV-50, Event module, Testing docs, initial tests, mocking, code review, rank unit tests | 14.50 | 175.00 | 2,537.50 |
| 10/07/2022 | **Development** Cont. rank unit, skills unit tests, exploratory search tests, debugging tests. Event module. | 9.50 | 175.00 | 1,662.50 |
| 10/10/2022 | **Development** LV-50 various plus some automated test scripting | 10 | 175.00 | 1,750.00 |
| 10/11/2022 | **Development** LV-50 event template/recurring adjustments and instance structure. DTO changes, PR feedback, coverage checks | 9.25 | 175.00 | 1,618.75 |
| 10/12/2022 | **Development** LV-50 related code touch-up, testing and PR | 9.50 | 175.00 | 1,662.50 |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | prep | | | |
| 10/13/2022 | **Development** <br> PR reviews and code changes for team, assisting Phil with notifications, seeding & test automation | 6.50 | 175.00 | 1,137.50 |
| 10/14/2022 | **Development** <br> Testing & PRs, any field search capability, meetings, event template tests, Initial review & setup of front-end for full weekend evaluation. Meetings to discuss and review LVMPD product with QR senior team for proceeding to broader engagement. | 14.25 | 175.00 | 2,493.75 |
| 10/15/2022 | **Development** <br> Analysis of design components, Figma, and other UI/UX requirements and challenges of assuming responsibility for React app | 7.50 | 175.00 | 1,312.50 |

Statement of services for SOW A provided 10/01/2022 through 10/15/2022.

BALANCE DUE    **USD 22,093.75**

**SNAPTECH, LLC**

7305 Hunters Branch Dr
Atlanta, GA  30328 US
678-733-0136
https://snap.tech



**BILL TO**
QuantumRhino, Inc
10115 E. Bell Road
Suite 107-501
Scottsdale, AZ  85260

**INVOICE #** 5536
**DATE** 10/31/2022
**DUE DATE** 10/31/2022
**STATEMENT DATE** 12/08/2022
**TERMS** Retainer/Due on receipt

| DATE | ITEM | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/16/2022 | **Application Evaluation**<br>Note, schedule and template route tests. Further evaluation on Front-end / React code for takeover proposal, design components and control flow | 9.50 | 175.00 | 1,662.50 |
| 10/17/2022 | **Development**<br>Finalization of effort projections for LVMPD project and financials after meetings with team to get commitments for overtime/holiday changes if go-ahead is approved. Eban automation tests on notes, event/schedule. LV-110, LV-111, LV-115, LV-116 - segregated from event PR for seperate completion/review | 13.25 | 175.00 | 2,318.75 |
| 10/18/2022 | **Development**<br>Event shift module, PR reviews, meetings | 9 | 175.00 | 1,575.00 |
| 10/19/2022 | **Development**<br>Testing, correcting and merging PRs. LV-810 mods. LV-50, status change, join mappings | 11 | 175.00 | 1,925.00 |
| 10/20/2022 | **Development**<br>Event shift module/schema changes | 7.75 | 175.00 | 1,356.25 |
| 10/22/2022 | **Development**<br>Event shift PR | 8 | 175.00 | 1,400.00 |
| 10/25/2022 | **Development**<br>Cumulative PR assembled and tested with shift support that was split off from original LV-50 tasks. PR reviews/merging | 9.50 | 175.00 | 1,662.50 |
| 10/26/2022 | **Development**<br>Posting APIs/schema | 8.75 | 175.00 | 1,531.25 |
| 10/27/2022 | **Development**<br>Code reviews and performance | 8.50 | 175.00 | 1,487.50 |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/28/2022 | optimizations. Event module changes **Development** Mods to event shift, code cleanup | 6.50 | 175.00 | 1,137.50 |
| 10/31/2022 | **Development** Meetings, ticket updates, posting support | 8.50 | 175.00 | 1,487.50 |

Statement of services for SOW A provided 10/16/2022 through 10/31/2022.

**BALANCE DUE** USD 17,543.75

**SNAPTECH, LLC**

7305 Hunters Branch Dr
Atlanta, GA  30328 US
678-733-0136
https://snap.tech



**BILL TO**
QuantumRhino, Inc
10115 E. Bell Road
Suite 107-501
Scottsdale, AZ  85260

**INVOICE #** 5537
**DATE** 11/18/2022
**DUE DATE** 11/18/2022
**STATEMENT DATE** 12/08/2022
**TERMS** Retainer/Due on receipt

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/01/2022 | **Development**<br>Cognito services, Meetings, PR changes for Pankaj / search, PR changes for pinpoint | 11.50 | 175.00 | 2,012.50 |
| 11/02/2022 | **Development**<br>Cognito user rename support, PR reviews, significant refactors on Irving PR to get it ready to merge | 8.25 | 175.00 | 1,443.75 |
| 11/03/2022 | **Development**<br>PR fixes/merge + cognito handling of user name. AWS API research | 9 | 175.00 | 1,575.00 |
| 11/04/2022 | **Development**<br>PR reviews, meetings, swagger docs, system messaging architecture, search support on skill, counts on search result, status refactoring | 10.50 | 175.00 | 1,837.50 |
| 11/05/2022 | **Development**<br>PR reviews | 1.75 | 175.00 | 306.25 |
| 11/11/2022 | **Development**<br>Meetings, attachments | 5.75 | 175.00 | 1,006.25 |
| 11/14/2022 | **Development**<br>Meetings, PRs, attachment changes to organize into a single module and support all the different types of mappings. PRs for S3 lambda and triggers | 6.50 | 175.00 | 1,137.50 |
| 11/15/2022 | **Development**<br>Tidying up attachments, fixing some tests, prepping PRs, notes changes, schema on events | 8.50 | 175.00 | 1,487.50 |
| 11/16/2022 | **Development**<br>Meetings, looking over PRs & schema changes, assisting in transfer of work to new team members | 2 | 175.00 | 350.00 |

| DATE | ITEM | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 11/18/2022 | **Development**<br>Review of status, changes made in schema and housekeeping so there are no blockers related to transition of all remaining work to Jacob and the QR team through to UAT. Looked over open PRs | 2 | 175.00 | 350.00 |

Statement of services for SOW A provided 11/01/2022 through 11/18/2022 (end of SOW A)

**BALANCE DUE**     **USD 11,506.25**