



CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM - SOCIALIST REPUBLIC OF VIETNAM

HỘ CHIẾU / PASSPORT

Loại / Type: P
Mã số / Code: VNM
Số hộ chiếu / Passport Nº: B3287317

Họ và tên / Full name: NGUYỄN NHẬT CƯỜNG
Quốc tịch / Nationality: VIỆT NAM / VIETNAMESE
Ngày sinh / Date of birth:
Nơi sinh / Place of birth: KIÊN GIANG
Giới tính / Sex: NAM / M
Số GCMND / ID card Nº: 025124807
Ngày cấp / Date of issue: 29 / 06 / 2009
Có giá trị đến / Date of expiry: 29 / 06 / 2019
Nơi cấp / Place of issue: Cục Quản lý Xuất nhập cảnh

P<VNMNGUYEN<<NHAT<CUONG<<<<<<<<<<<<<<<<<<<<<
B3287317<6VNM▮▮▮▮▮▮▮1M1906291025124807<<<<<18

