IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK TANNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEITH CAREW, KLLM TRANSPORT SERVICES, LLC., TRANSPORT RISK SOLUTIONS RISK RETENTION GROUP, INC., ABC CORPORATIONS 1-99<br><br>　　　　Defendants. | Civil Action File No. _____ |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendants Keith Carew, KLLM Transport Services, LLC, and Transport Risk Solutions Risk Retention Group, Inc. (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, and by and through undersigned counsel, hereby provides this Certificate of Interested Persons and Corporate Disclosure Statement, and state as follows:

1.

The undersigned counsel of record for Defendants certifies that the following is a full and complete list of the parties in this action, including any parent

8558953v.1

corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A. Frank Tanner;

    B. Keith Carew;

    C. KLLM Transport Services, LLC; and

    D. Transport Risk Solutions Risk Retention Group, Inc.

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A. Jackson Hagood Injury Lawyers;

    B. Copeland, Stair, Valz, & Lovell, LLP; and

    C. Law Office Of Nancy W. Phillips

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    A. For Plaintiff Frank Turner:

        William L. Hagood, IV, Esq.

        Jacob M. Jackson, Esq.

8558953v.1

B. For Defendants Keith Carew and KLLM Transport Services, LLC:

Jessica F. Hubbartt, Esq.

Michael J. Yates, Jr., Esq.

C. For Unnamed Defendant Allstate:

Roberta L. Dural, Esq.

This 3rd day of March 2023.

COPELAND STAIR VALZ & LOVELL, LLP

By:   /s/  Jessica F. Hubbartt
JESSICA F. HUBBARTT
Georgia State Bar No. 932295
MICHAEL J. YATES JR.
Georgia State Bar No. 708897
*Counsel for Defendants Keith Carew, KLLM Transport Services, LLC and Transport Risk Solutions Risk Retention Group, Inc.*

191 Peachtree Street NE
Suite 3600
Atlanta, Georgia 30303-1740
Phone: (404) 522-8220
Fax: (404) 523-2345
jhubbartt@csvl.law
mjyates@csvl.law

8558953v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FRANK TANNER,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH CAREW, KLLM TRANSPORT SERVICES, LLC., TRANSPORT RISK SOLUTIONS RISK RETENTION GROUP, INC., ABC CORPORATIONS 1-99<br><br>    Defendants. | Civil Action File No. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and via e-mail to counsel of record and parties as follows:

William L. Hagood, IV
Jacob M. Jackson
JACKSON HAGOOD INJURY LAWYERS
900 Ashwood Pkwy., Ste. 170
Atlanta, GA  30338
whagood@jkhinjurylawyers.com
jjackson@jhinjurylawyers.com
*Counsel for Plaintiff*

Roberta L. Dural
LAW OFFICE OF NANCY W. PHILLIPS

8558953v.1

3200 Windy Hill Road SE., Ste. 1525E
Atlanta, GA 30339
Roberta.dural@allstate.com
*Counsel for Allstate*

This 3rd day of March 2023.

                                                      COPELAND STAIR VALZ & LOVELL, LLP

| | |
|---|---|
| | By:    /s/ Jessica F. Hubbartt |
| 191 Peachtree Street NE | JESSICA F. HUBBARTT |
| Suite 3600 | Georgia State Bar No. 932295 |
| Atlanta, Georgia 30303-1740 | MICHAEL J. YATES JR. |
| Phone: (404) 522-8220 | Georgia State Bar No. 708897 |
| Fax: (404) 523-2345 | *Counsel for Defendants Keith Carew,* |
| jhubbartt@csvl.law | *KLLM Transport Services, LLC and* |
| mjyates@csvl.law | *Transport Risk Solutions Risk* |
| | *Retention Group, Inc.* |

8558953v.1