**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |



| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | Notice Date<br>November 10, 2022 |
|---|---|
| **Case Type**<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | **A#**<br>A075 309 889 |
| **Receipt Number**<br>SRC0605154059 | **Received Date**<br>December 02, 2005 | **Priority Date** | **Page**<br>1 of 1 |

OUMAR SAIDOU
c/o SUSAN H COLUSSA ESQ
680 W PEACHTREE ST
ATLANTA GA 30308

A Number

Receipt Number



You are notified to appear before a USCIS officer regarding the application identified above and any supporting applications or petitions at the date, time, and place indicated below. Failure to appear for the scheduled appointment and/or failure to bring the below listed items will result in the denial of your application. (8 CFR 103.2 (b)(13))

> To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** - You may be limited in who may attend your appointment with you in person.
- If you do not speak English fluently, you should arrange to have an interpreter available by phone. If you need a Sign Language interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If you are a minor under 14 years old, a parent or guardian must come with you to the appointment.
- If you have a disability and have an individual who assists you, that individual may come with you.

***NOTE:*** Every adult who comes to the interview must bring Government-issued photo identification in order to enter the building and verify identity at the time of the interview. You should not bring your children or other family members unless otherwise instructed.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your government-issued photo identification.
- A completed medical examination (Form I-693) and/or vaccination supplement in a sealed envelope (unless you already submitted this). Please see Form I-693 Instructions for guidance on whether you need a complete medical examination or only an updated vaccine supplement.
- All documentation proving your asylee or refugee status, such as: Form I-94, Arrival/Departure Record, granting you asylee or refugee status; a court order from an immigration judge; Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; or Form I-571, Refugee Travel Document.
- Any immigration-related documentation ever issued to you.
- All travel documents you have used to enter the United States.
- Your birth certificate, if available.
- If you have children, a birth certificate for each of your children, if available.
- If you are married, a certified copy of your marriage document issued by the appropriate civil authority, if available.
- If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse, if available.
- If you have ever been arrested in the United States, bring the related Police Report and the original or certified final court disposition for each arrest, even if the charges were dismissed or expunged. If no court record is available, bring a letter indicating this from the court with jurisdiction.
- Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- A certified English translation for each foreign language document. The translator must certify that they are fluent in both languages and that the entire translation is complete and accurate.

If you have questions, please call the USCIS Contact Center at 1-800-375-5283 (hearing impaired TTY service is 1-800-767-1833)

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>2150 PARKLAKE DRIVE<br>ATLANTA, GA 30345<br><br>ACTION COMPLETED<br>APPROVED FOR FILING<br>Initials: 0659  Date:<br>FCO/Unit NBC  12/27/22 | ON: Thursday, December 15, 2022<br>AT: 10:15AM<br>ACTION COMPLETED<br>APPROVED FOR FILING<br>Initials: LX2431  Date: 1-30-23<br>FCO/Unit NBC |
|---|---|
| 1 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   10/13/21