Post Office Box 648005
Lee's Summit, Missouri 64002

FIRST CLASS

ZIP 64063 $ 000.60
02 4W
000113 699 FEB 01 2023

**U.S. Citizenship
and Immigration
Services**

OUMAR SAIDOU
2929 LANDRUM DRIVE APT 157
ATLANTA GA 30311

30311*4376 C032

---

Department of Homeland Security
National Benefits Center
Post Office Box 648005
Lee's Summit, Missouri 64002

FIRST CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE

ZIP 64063 $ 000.57
02 4W
000113 699 DEC 30 2022

**U.S. Citizenship
and Immigration
Services**

Received

JAN 25 2023

National Benefits Center #6

OUMAR SAIDOU
C/O SUSAN H COLUSSA ESQ
835 OGLETHORPE A
ATLANTA GA 30310      NIXIE       300   SE 1       0201/13/23

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC
64002>8005
30310*2789 C007

BC: 64002806505      *0323-05747-30-42

---

Department of Homeland Security
National Benefits Center
Post Office Box 648003
Lee's Summit, MO 64002

0100

042K02101612
11/16/2022
FIRST CLASS

US OFFICIAL MAIL
$ 300 Penalty
For Private Use

**U.S. Citizenship
and Immigration
Services**

NOI for
650 W. P'tree St

RECEIVED
DEC 23 2022
NATIONAL BENEFITS CENTER