# DECLARATION OF COUNSEL

1. My name is H. Glenn Fogle, Jr. I am responsible for the operations of The Fogle Law Firm, LLC, and have been an active immigration practitioner for over 31 years and am a member of the Georgia since June 19, 1991
2. I am well appraised of the consequences of failure to appear in any given step in the immigration process.
3. On February 20, 2023, our firm received notice that Mr. Oumar Saidou's application to adjust status had been denied.
4. Our office had received no notice of any interview on December 15, 2022, despite entering appearance as attorneys of record.
5. One of my associates had an entirely clear calendar on December 15, 2022, while the other took appointments and fielded phone calls. Neither had been assigned to Mr. Saidou's interview.
6. Such an assignment would be a routine matter within our firm, and well within the capabilities of our associates.

I hereby, under penalty of perjury and pursuant to 28 U.S.C. § 1746, affirm that the foregoing is true and correct to the best of my knowledge.

This __2nd__ day of March, 2023.

_____
H. Glenn Fogle, Jr.
Georgia Bar No. 266963
Attorney for the Plaintiff

55 Allen Plaza, Suite 830
55 Ivan Allen Jr. Boulevard
Atlanta, Ga 30308
Tel.: (404) 522-1852
Fax.: (470) 592-6989
Email: glenn@foglelaw.com

## **DECLARATION OF PLAINTIFF**

1. My name is Oumar Saidou. My A number with USCIS is A075-098-889. I was born on August 20, 1963 in Mauritania. I currently reside at 2929 Landrum Drive Apt. I-57, Atlanta, Georgia, in the United States.

2. A few weeks ago, in late February, I received notice that my application to adjust status had been denied.

3. I did not receive prior notice of an interview on December 15, 2022.

4. Had I been offered the opportunity, I would have appeared at any such interview.

5. I wish to be interviewed in support of my application to adjust status, and would happily attend a clearly scheduled interview.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

This __02__ day of March, 2023.

*Oumar Saidou*
Oumar Saidou,
Plaintiff