IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CECILIA LYNCH HAMMOND,<br><br>    Plaintiff,<br><br>v.<br><br>DE JESUS HERNANDEZ HIRAM, AVILES-ROBBINS TRUCK LEASING LLC, MANUEL MENDOZA SANTIAGO, AND STATE NATIONAL SPECIALTY INSURANCE COMPANY.<br><br>    Defendants. | Civil Action File No. _____ |

## NOTICE OF REMOVAL

COME NOW, Defendants De Jesus Hernandez Hiram, Aviles-Robbins Truck Leasing, LLC, Manuel Mendoza Santiago, and State National Specialty Insurance Company, (collectively "Defendants"), named defendants in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

1.

On November 30, 2022 Plaintiff Cecilia Hammond ("Plaintiff") filed suit against the above-named defendants in the State Court of Fulton County, State of

Georgia. This suit is styled as above and numbered Civil Action File No. 22EV006607. (See generally Plaintiff's Complaint, attached hereto as Exhibit "A").

2.

This Notice of Removal is being filed with the consent of all parties pursuant to the requirements of 28 U.S.C. § 1446(2)(A) and is being filed within thirty (30) days after receipt of service of the Complaint pursuant to 28 U.S.C. § 1446(2)(B).

3.

According to information and belief, Plaintiff is currently, and was at the time suit was filed in this case, a resident and citizen of the State of Georgia (See Plaintiff's Complaint ¶ 1).

4.

Defendant De Jesus Hernandez Hiram is currently, and was at the time suit was filed in this case, a resident and citizen of the State of Florida. (See Plaintiff's Complaint ¶ 2).

5.

Defendant Manuel Mendoza Santiago is currently, and was at the time suit was filed in this case, a resident and citizen of the State of Florida. (See Plaintiff's Complaint ¶ 8).

8541487v.1

6.

Defendant Aviles Robbins Truck Leasing LLC is a foreign corporation existing under the laws of the State of Florida with its principal place of business in the State of Florida. (See Plaintiff's Complaint ¶ 15).

7.

Defendant State National Insurance Company is a foreign corporation existing under the laws of the State of Texas with its principal place of business in the State of Texas. (See Plaintiff's Complaint ¶ 23).

8.

USI Insurance Services LLC, a foreign corporation existing under the laws of Delaware, was originally named as a party defendant, and on February 24, 2023, the Parties consensually moved to dismiss USI Insurance Services LLC without prejudice. (See Plaintiff's Complaint ¶ 20) (See Consent Motion to Dismiss Defendant USI Insurance Services LLC, attached hereto as Exhibit "B").

9.

Thus, complete diversity exists between Plaintiff and every named defendant. 28 U.S.C. § 1332(a)(1); Lincoln Prop. Co. v. Roche, 546 U.S. 81, 89 (2005).

10.

Plaintiff Cecilia Hammond agrees that the amount in controversy exceeds $75,000 in this case.

11.

Plaintiff Cecilia Hammond consents and agrees to the filing on this Notice of Removal.

12.

Therefore, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by Defendants pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states

13.

The Parties have attached hereto a copy of the process, pleadings, and/or order served upon them in this case, such copy being marked as "Exhibit C."

WHEREFORE, Defendants pray the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 6th day of March 2023.

[*Signatures on Following Page*]

8541487v.1

By:                                                        COPELAND STAIR VALZ & LOVELL, LLP

                                                         By:     */s/ Anna Beaton*

191 Peachtree Street NE                    ANNA K. BEATON
Suite 3600                                 State Bar No. 41320
Atlanta, Georgia 30303-1740                MICHAEL J. YATES JR.
Phone: (404) 522-8220                      State Bar No.: 708897
Fax: (404) 523-2345                        *Counsel for Defendants*
abeaton@csvl.law
mjyates@csvl.law

Consented to by:                           MITCHELL E. MCGOUGH LAW, LLC.

                                                         By:     */s/ Mitchell E. McGough*

945 E. Paces Ferry Road N.E.               MITCHELL E. MCGOUGH
Suite 2250                                 State Bar No. 4600942
Atlanta, GA 30326                          (*Signed by with express permission*)
Phone: (404) 994-4357                      *Counsel for Plaintiff*
Fax: (404) 600-1287
mitchell@mitchellmcgoughlaw.com

8541487v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CECILIA LYNCH HAMMOND,<br><br>Plaintiff,<br><br>v.<br><br>DE JESUS HERNANDEZ HIRAM, AVILES-ROBBINS TRUCK LEASING LLC, MANUEL MENDOZA SANTIAGO, AND STATE NATIONAL SPECIALTY INSURANCE COMPANY.<br><br>Defendants. | Civil Action File No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and via e-mail to counsel of record and parties as follows:

Mitchell E. McGough, Esq.
MITCHELL E. MCGOUGH LAW, LLC
945 E. Paces Ferry Road, N.E., Ste. 2250
Atlanta, Georgia 30326
*Counsel for Plaintiff*

This 6th day of March 2023.

8541487v.1

|  |  |
|---|---|
|  | COPELAND STAIR VALZ & LOVELL, LLP |
|  | By:    */s/ Anna Beaton* |
| 191 Peachtree Street NE | ANNA K. BEATON |
| Suite 3600 | State Bar No. 41320 |
| Atlanta, Georgia 30303-1740 | MICHAEL J. YATES JR. |
| Phone: (404) 522-8220 | State Bar No.: 708897 |
| Fax: (404) 523-2345 |  |
| abeaton@csvl.law | *Counsel for Defendants* |
| mjyates@csvl.law |  |

8541487v.1