**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

Shaw et al., et al. v. Telecon LLC

1. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.

2. I work/worked as a technician for Telecon LLC from on or about __8/9/2022__ (date) to __10/3/2022__ (date) in __Kentucky/Ohio__ (city, state).

3. During my employment, I was not classified as an employee. I did not receive overtime pay and there were many weeks in which my pay was below the minimum wage. I was also required to provide my own tools of the trade without reimbursement.

4. I hereby designate the law firms of Lichten & Liss-Riordan, P.C. and Jason L. Gunter, P.A. to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _Jermaine shaw (Feb 24, 2023 18:25 EST)_   Date: __Feb 24, 2023__

Name: __Jermaine shaw__

Address: _____

Telephone: _____   E-Mail: _____

**COMPLETE AND RETURN TO:**
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
claims@llrlaw.com