IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANT ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO.: _____ |
| 84 LUMBER COMPANY, ) | |
| LIMITED PARTNERSHIP; ABC ) | |
| CORPS. 1-2; and JOHN DOE ) | |
| EMPLOYEES ) | |
| ) | |
| Defendants. | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

**Plaintiff:**

1. Brant Robinson

**Defendant:**

1. 84 Lumber Company, Limited Partnership is a Pennsylvania limited partnership. Hardy Holdings, Inc., a Pennsylvania corporation, is the

general partner; Margaret Hardy Knox 2001 Irrevocable Trust, a Pennsylvania trust, is a limited partner (and Trustee Margaret Hardy Knox, the sole trustee and beneficiary of the Margaret Hardy Knox 1997 and 2001 Irrevocable Trusts, resides and is domiciled in Pennsylvania); and 84 Associates, Inc., a Pennsylvania S-Corporation, is a limited partner.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

1. Morgan & Morgan Atlanta, PLLC.

2. All entities listed above.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

1.  Benjamin J. Welch, attorney for Plaintiff;

2.  Mark A. Barber, and E. Wylly Killorin, III attorneys for Defendant.

Respectfully submitted, this 6th day of March, 2023.

| | |
|---|---|
| | **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC** |
| Monarch Plaza, Suite 1500 | |
| 3414 Peachtree Road NE | |
| Atlanta, Georgia 30326 | */s/ Mark A. Barber* |
| Telephone:  (404) 577-6000 | MARK A. BARBER |
| Facsimile:  (404) 221-6501 | Georgia State Bar No. 036875 |
| Email:  mbarber@bakerdonelson.com | E. WYLLY KILLORIN, III |
| ekillorin@bakerdonelson.com | Georgia State Bar No. 819291 |

*Attorneys for Defendant 84 Lumber*

## CERTIFICATION PURSUANT TO LOCAL RULE 5.1B

This is to certify that this Pleading was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

This 6th day of March, 2023.

                                          BAKER, DONELSON, BEARMAN
                                          CALDWELL & BERKOWITZ, PC

                                          */s/ Mark A. Barber*
                                          MARK A. BARBER
                                          Georgia State Bar No. 036875
                                          E. WYLLY KILLORIN, III
                                          Georgia State Bar No. 819291

                                          *Attorneys for Defendant 84 Lumber*

# CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorney of record to:

Benjamin J. Welch
MORGAN & MORGAN ATLANTA, PLLC
Post Office Box 57007
Atlanta, Georgia 30343-1007

*Attorney for Plaintiff*

This 6th day of March, 2023.

| | |
|---|---|
| Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>Email: mbarber@bakerdonelson.com<br>ekillorin@bakerdonelson.com | **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**<br><br> /s/ *Mark A. Barber*<br>MARK A. BARBER<br>Georgia State Bar No. 036875<br>E. WYLLY KILLORIN, III<br>Georgia State Bar No. 819291<br><br>*Attorneys for Defendant 84 Lumber* |