# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2023000287**
**VAL**
FEB 10, 2023 11:43 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER  STSV2023000287

Hovers, Gena
Gena Hovers as Parent and Next Friend of
Fisher, Hovers, a Minor Child

---

**PLAINTIFF**

VS.

The TJX Companies, Inc., DBA C/O C T Corporation System
T.J. Maxx, Inc., DBA C/O C T Corporation System

---

**DEFENDANTS**

## SUMMONS

TO: T.J. MAXX, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Frank Rigdon**
> **Monge & Associatrs**
> **8205 Dunwoody Place**
> **Building 19**
> **Atlanta, Georgia 30350**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of February, 2023.**

Clerk of State Court

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia