

# MONGE & ASSOCIATES

Julia Barbani
Alexander Brown ■ ♦
Ashley Crawley ▲ +
Kristina Ducos
Joseph Fleishman
Jason Green
Scott Harrison ■ *

Personal Injury & Wrongful Death Lawyers
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(800) 899-5750 telephone
(678) 579-0204 facsimile
www.BecauseYouWantToWin.com

Clark R Karell Jr
Kenneth Letsch ♦
Scott Monge
Amir Nowrooozzadeh ▲
Joseph Perrotta
Charles Rauton
Alex Zubrowski

■ Also Admitted in AL
♦ Also Admitted in FL
▲ Also Admitted in SC
+ Also Admitted in NC
* Also Admitted in TN

October 10, 2022

VIA CERITIFIED MAIL:
Zurich Services Corp.
ATTN: Cathy Morelli
PO Box 968064
Schaumburg, IL 60196

Re:    **Your Insured:**      **TJX Companies/ TJ Maxx**
       **Claim No.**          **9640444960**
       **Our Client:**        **Fisher Hovers**
       **Date of Loss:**      **3/29/2021**

## SETTLEMENT DEMAND

Dear Cathy,

Please accept this correspondence as our client's demand for settlement and compromise of this claim for damages arising from the referenced incident. While the following information should assist you in evaluating this claim and includes medical records, medical bills, and documentation showing the losses sustained by our client, this letter and the enclosed materials are submitted for the purpose of negotiation only. For this reason, nothing contained herein shall constitute an admission by our client, nor be admissible against our client at any hearing or trial.

***Clear Liability:***

On 3/29/2021, our client, Fisher Hovers (Age 3), was injured when a shopping cart located in a TJ Maxx Store collapsed on top of him while he and his mother were shopping. Our client immediately was rushed to Children's Healthcare of Atlanta. Under Georgia law, the doctrine of Res Ipsa Loquitur allows an inference of negligence to arise from the happening of an event causing an injury to another. Under the doctrine, a plaintiff must show that the defendant

owned, operated, and maintained, or controlled and was responsible for the management and maintenance of the thing doing the damage, and the accident was of a kind which does not ordinarily happen without negligence. *(See Exhibit 1,Turry et al. v. Hong Kong Delight, Inc., 215 Ga.App. 193, 449 S.E.2d 873 (1994)).*

In Turry, the plaintiff was injured when the sofa he was sitting on in the defendant's restaurant collapsed. The evidence showed that the defendant owned and operated the restaurant where the incident occurred, and that the defendant placed the sofa in the reception area for customers waiting for a table. In permitting the application of the doctrine of Res Ipsa Loquitur to these facts, the Court stated:

> **Since [defendant] owned and operated the restaurant and provided the sofa for customers waiting for a table and the evidence presented shows [plaintiff] sat on the sofa and it collapsed, a jury would be authorized to infer negligence from the evidence that the chair collapsed during ordinary use by the plaintiff.**

Here, there is no question that your insured owned and operated the premises, that the shopping cart involved was provided for customers of your establishment, and that the shopping cart collapsed on top of our client. Thus, it is our position that liability on this matter is **clear and absolute** and that our client has ample evidence to make a proper showing under the doctrine of Res Ipsa Loquitur at any trial which may arise as a result of this incident.

Georgia law further provides that an owner or occupier of land is liable for damages to an invitee "for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." *(See, Exhibit "2," O.C.G.A. ' 51-3-1*). Thus, your insured is under a statutory duty to keep the areas open to its customers in a safe condition. Because your insured's agents and employees allowed a defective shopping cart to remain on the property, our client sustained serious injuries when it collapsed on top of him.

*Nature of Personal Injuries:*

Due to the nature of his injuries, our client presented himself for emergency medical treatment at the Children's Healthcare of Atlanta-Egleston Hospital with complaints of hand injury. At this time, we are enclosing photographs of our client's injuries, a copy of his emergency room records, as well as copies of his subsequent medical records related to care that his received from various medical doctors, plus follow up therapy. Below is a highlight of the personal injuries sustained by our client: **Left-sided proximal phalanx thumb fracture (angulated and displaced), tissue swelling, and restricted movement.**

Furthermore, our client was unable to resume his normal activities as a three-year old toddler as a result of his injuries. To this date, our client continues to experience pain and suffering as a result of this incident. *(See Exhibit "3," Photographs, Emergency Room, and Follow Up Medical Records and Related Expenses).*

The special damages which our client incurred as a result of this serious incident would include, but are not limited to, the following:

| | | |
|---|---|---|
| 1. | Children's Hospital | $9,110.65 |
| 2. | Children's Urgent Care | $1,987.10 |
| 3. | Pediatric Orthopedic Associates | $2,019.00 |
| | **TOTAL SPECIAL DAMAGES** | **$13,116.75** |

*Settlement Demand:*

On the basis of medical and lost wage damages incurred by our client, as well as the extreme pain and suffering which our client has been forced to endure, all of which were caused by the clear negligence of your insured we are demanding a tender of **$100,000.00**. A reasonable jury, in our opinion, would have little difficulty in awarding the amount requested, if not a far greater award. The amount cited in this settlement demand assumes that a copy of your insured's applicable declaration page has been produced to our office and that there is no applicable excess, umbrella, or uninsured motorist coverage.

This is a time limited demand, and, at 4:30 p.m., 30 days from the date of this correspondence, it will be withdrawn and rescinded. The only payees listed on the settlement check should be our single client and Monge & Associates, P.C., tax id number is 58-2286270. This correspondence is written in the spirit of compromise and settlement. All of the enclosed materials shall remain the property of our client and shall be returned upon request.

With best regards, I remain,

Very truly yours,

*Jazzell C.*

Jazzell Carter
Attorney at Law

stances, we cannot say that the trial court was clearly erroneous in finding that appellant had not proven ineffective assistance of counsel. *Hall v. State*, supra 210 Ga.App. at 794, 437 S.E.2d 634.

[5] 3. We reject appellant's contention that the trial court applied an incorrect burden of proof during the hearing on the motion to withdraw the guilty plea. With regard to the claim of ineffective assistance of counsel, the trial court properly placed the burden of proof upon appellant. Id. at 793, 437 S.E.2d 634. However, as to whether appellant's guilty plea was entered voluntarily and intelligently, the State had the burden of proof, *Scurry v. State*, 194 Ga.App. 165, 166, 390 S.E.2d 255 (1990), and nothing in the record suggests that the trial court assigned the burden otherwise.

*Judgment affirmed.*

BIRDSONG, P.J., and BLACKBURN, J., concur.



215 Ga.App. 193

TURRY et al.

v.

HONG KONG DELIGHT, INC.

No. A94A1156.

Court of Appeals of Georgia.

Oct. 12, 1994.

Reconsideration Denied Nov. 14, 1994.

Restaurant patron brought personal injury suit against restaurant. The State Court, Fulton County, Vaughn, J., entered judgment for restaurant and appeal was taken. The Court of Appeals, Ruffin, J., held that doctrine of res ipsa loquitur would permit jury to find restaurant negligent in connection with collapse of sofa on which patron was sitting while waiting for his opportunity to be seated for meal.

Reversed.

1. Negligence ⚖=121.2(6, 8)

Under doctrine of res ipsa loquitur plaintiff must show defendant owned, operated and maintained or controlled and was responsible for management and maintenance of thing doing damage, and accident was of kind which, in absence of proof of some external cause, does not ordinarily happen without negligence.

2. Negligence ⚖=121.3

Under res ipsa loquitur doctrine jury could infer negligence from collapse of sofa on which restaurant patron was sitting while waiting opportunity to be seated for meal; sofa was placed in reception area for use by guests, and was under control of restaurant, and incident was kind not likely to happen without negligence.

---

Slater, King & Gross, Cary S. King, Atlanta, for appellants.

Bentley, Karesh & Seacrest, Gary L. Seacrest, Atlanta, Robin Depetrillo, Decatur, for appellee.

RUFFIN, Judge.

Plaintiff, Bruce Turry, appeals the grant of summary judgment to defendant, Hong Kong Delight, Inc. ("Hong Kong Delight"). Turry contends he was injured when the sofa he was sitting on in Hong Kong Delight's restaurant collapsed. The incident occurred when Turry was waiting in Hong Kong Delight's reception area to be seated for dinner. After Turry sat down, the portion of the sofa directly below him collapsed and Turry fell through the sofa to the floor.

It is uncontroverted that the Hong Kong Delight owns and operates the restaurant. It is also undisputed that Hong Kong Delight placed the sofa in the reception area for customers waiting for a table. There is no evidence that the sofa collapsed as a result of misuse by Turry.

[1] 1. Turry contends the trial court erred in ruling the doctrine of res ipsa loquitur does not apply to this case. The doctrine "is a rule of evidence which allows an infer-

ence of negligence to arise from the happening of an event causing an injury to another...." (Citations and punctuation omitted.) *Gresham v. Stouffer Corp.*, 144 Ga.App. 553, 554, 241 S.E.2d 451 (1978). Under the doctrine, the plaintiff must show "the defendant owned, operated, and maintained, or controlled and was responsible for the management and maintenance of the thing doing the damage, and the accident was of a kind which, in the absence of proof of some external cause, does not ordinarily happen without negligence." (Citations and punctuation omitted.) Id.

[2] In *Gresham*, the plaintiff was seated at the defendant's restaurant. He was injured when the chair he was sitting on collapsed. The defendant owned and operated the restaurant and the chair was furnished by the restaurant for plaintiff's use as a customer. The plaintiff presented no evidence at trial of any specific instances of negligence on the part of the defendant in keeping the premises safe for its customers. Under these limited facts, the court ruled a jury would be authorized to conclude that the chair was in the full control of the defendant and that it was responsible for its maintenance.

Since Hong Kong Delight owned and operated the restaurant and provided the sofa for customers waiting for a table and the evidence presented shows Turry sat on the sofa and it collapsed, "a jury would be authorized to infer negligence from the evidence that the chair collapsed during ordinary use by the plaintiff. [Cits.]" Id. Therefore, we find that the trial court erred in granting summary judgment to Hong Kong Delight.

2. Since we have determined that the trial court erred in failing to apply res ipsa loquitur, we need not consider whether Hong Kong Delight had knowledge of the defect or a duty to inspect, as further enumerated by Turry.

*Judgment reversed.*

BIRDSONG, P.J., and BLACKBURN, J., concur.



215 Ga.App. 102

**ELLERBEE**

v.

**The STATE.**

**No. A94A1575.**

Court of Appeals of Georgia.

Oct. 20, 1994.

Reconsideration Denied Nov. 2, 1994.

Defendant was convicted in the Fulton City Court, Tipton-Lane, J., of being less safe driver and driving with blood-alcohol level of .10 grams percent or greater, and he appealed. The Court of Appeals, McMurray, P.J., held that: (1) conviction would be reviewed as conviction for blood-alcohol level offense which was more serious charge; (2) trial court did not err in admitting photocopy of results of blood-alcohol test; (3) filing of two-count accusation did not constitute amendment of uniform traffic citation; (4) error in refusing to give charge on circumstantial evidence was harmless; (5) stop of defendant was justified; (6) statements made by defendant were voluntarily given; and (7) explanations given by prosecution for use of peremptory strikes following *Batson* challenge were valid race-neutral justifications.

Affirmed in part and vacated in part.

**1. Criminal Law ⚖=984(3.1)**

Conviction of defendant for being less safe driver and driving with blood-alcohol level of .10 grams percent or greater arising out of single incident would be treated on appeal as conviction for driving with prohibited blood-alcohol level, which poses more serious risk of injury to property or public. O.C.G.A. § 40–6–391(a)(1, 4).

**2. Automobiles ⚖=355(6)**

Defendant's conviction for driving with blood-alcohol level of .10 grams percent or

# Ga. Code § 51-3-1

Section 51-3-1 - Duty of owner or occupier of land to invitee

Where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe.

*OCGA § 51-3-1*



# C.H.O.A Urgent Care Hudson Bridge (03/29/2021) ($1,987.10)

# Pediatric Ortho Associates
# (03/31/21-04/28/21)
# ($2,019.00)

# C.H.O.A – Egleston
# (03/29/21-04/02/21)
# ($9,110.65)

# C.H.O.A – Egleston

# C.H.O.A – Urgent Care Hudson Bridge

# Pediatric Orthopaedics Associates

# Exhibit 3

# (Photos)

# Exhibit 2

# (O.C.G.A. '51-3-1)

# Exhibit 1
# (Turry v. Hong Kong Delight, Inc.)

CERTIFIED MAIL



||||||||| |||||||| |||||||||
7021 2720 0001 7734 5051



$020.90

ZIP 30350
04*M11296160

 **MONGE & ASSOCIATES**
BECAUSE YOU WANT TO WIN!

8205 Dunwoody Place
Building 19
Atlanta, GA 30350

VIA CERITIFIED MAIL:
Zurich Services Corp. ATTN  Cathy Morelli
PO Box 968064
Schaumburg, IL 60196



**Children's**
**Healthcare of Atlanta**

Marvin F Hovers                              Guarantor ID: 5000099740
166 Aubree Way
MCDONOUGH, GA 30252

Visit Coverages: Cigna - Cigna Network/hmo/pos/open Access Plus

This is not a bill. This is an itemization of your hospital services for:

| Patient: | Hovers,Fisher | Admission | 03/29/21 |
|---|---|---|---|
| Attending | | Type Of Stay: | Outpatient [2] |
| Hospital | 303595907 | Discharge Date: | **03/29/21** |

Current Hospital Account Balance: $380.20

## Professional Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/29/21 | | 73140 | RADIOLOGIC EXAM FINGER MINI 2 VIEWS | 1 | 62.80 |
| 03/29/21 | | 99204 | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | 1 | 605.92 |
| 03/29/21 | | 26720 | CLOS TX PHALANGEAL FX; W/O MANIP EA | 1 | 1,182.97 |
| 03/29/21 | | 73140 | RADIOLOGIC EXAM FINGER MINI 2 VIEWS | 1 | 135.41 |
| **Total professional charges:** | | | | | **1,987.10** |



**Children's**
**Healthcare of Atlanta**

Marvin F Hovers                                   Guarantor ID: 5000099740
166 Aubree Way
MCDONOUGH, GA 30252

Visit Coverages: Cigna - Cigna Network/hmo/pos/open Access Plus

This is not a bill. This is an itemization of your hospital services for:

| Patient: | Hovers,Fisher | Admission | 04/02/21 |
|---|---|---|---|
| Attending | CHAN, GILBERT | Type Of Stay: | Outpatient [2] |
| Hospital | 607367422 | Discharge Date: | 04/02/21 |

Current Hospital Account Balance: $1,222.62

**Hospital Charges**

| Svc Dt | Rev Code | CPT | Description | Qty | Amount |
|---|---|---|---|---|---|
| 04/02/2021 | 0250 | J8499 | MIDAZOLAM 2 MG/ML SYRP | 2 | 58.75 |
| 04/02/2021 | 0270 | Q4012 | CAST ARM SHORT FIBERGLASS | 2 | 0.02 |
| 04/02/2021 | 0278 | C1713 | KWIRE SMOOTH .035MM | 1 | 23.73 |
| 04/02/2021 | 0320 | 73140 | HCHG FINGER(S) MIN 2V | 1 | 479.00 |
| 04/02/2021 | 0360 | | HCHG OR TIME LEVEL B, EACH ADDL 15 MIN | 2 | 1,708.00 |
| 04/02/2021 | 0360 | | HCHG OR TIME LEVEL B, FIRST 15 MIN | 1 | 1,913.00 |
| 04/02/2021 | 0370 | | HCHG ANESTHESIA PER 15 MIN,TO 1HR | 3 | 868.50 |
| 04/02/2021 | 0636 | J0690 | CEFAZOLIN 500 MG INJECTION | 2 | 54.75 |
| 04/02/2021 | 0636 | J1885 | KETOROLAC 15 MG INJECTION | 2 | 38.50 |
| 04/02/2021 | 0636 | J2405 | ONDANSETRON HCL (PF) 1 MG INJECTION | 4 | 22.50 |
| 04/02/2021 | 0636 | J2704 | PROPOFOL 10 MG IV EMULSION | 10 | 53.00 |
| 04/02/2021 | 0636 | J3010 | FENTANYL (PF) 0.1 MG INJECTION | 1 | 59.50 |
| 04/02/2021 | 0636 | J3010 | FENTANYL (PF) 0.1 MG INJECTION | 1 | 59.50 |
| 04/02/2021 | 0710 | | HCHG PACU PER 15 MIN, 1ST HR | 3 | 817.50 |
| **Total hospital charges:** | | | | | **6,156.25** |



**Children's™**
**Healthcare of Atlanta**

Marvin F Hovers
166 Aubree Way
MCDONOUGH, GA 30252

Guarantor ID: 5000099740

Visit Coverages: Cigna - Cigna Network/hmo/pos/open Access Plus

This is not a bill. This is an itemization of your hospital services for:

| Patient: | Hovers,Fisher | Admission | 04/02/21 |
|----------|---------------|-----------|----------|
| Attending | | Type Of Stay: | Outpatient [2] |
| Hospital | **607371570** | Discharge Date: | **04/02/21** |

Current Hospital Account Balance: $683.94

**Professional Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|------|----------|----------------|-------------|-----|--------|
| 04/02/21 | | 01820 | ANES-CLOS RADIUS ULNA WRST/HND BONE | 6 | 904.50 |
| **Total professional charges:** | | | | | **904.50** |



# Children's™
## Healthcare of Atlanta

Marvin F Hovers
166 Aubree Way
MCDONOUGH, GA 30252

Guarantor ID: 5000099740

Visit Coverages: Cigna - Cigna Network/hmo/pos/open Access Plus

This is not a bill. This is an itemization of your hospital services for:

| Patient: | Hovers,Fisher | Admission | 04/02/21 |
| Attending | | Type Of Stay: | Outpatient [2] |
| Hospital | 607375748 | Discharge Date: | **04/02/21** |

Current Hospital Account Balance: $0.00

## Professional Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|------|----------|----------------|-------------|-----|--------|
| 04/02/21 | | 73140 | RADIOLOGIC EXAM FINGER MINI 2 VIEWS | 1 | 62.80 |
| **Total professional charges:** | | | | | **62.80** |

## Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Hovers, Fisher | 3302624 | Male | 08/31/17 (3 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| 166 Aubree Way MCDONOUGH GA 30252 | 404-621-7070 (H) 404-621-7070 (M) | — | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Davis, Jaime L, MD678-583-9071 | 03/29/21 | 04/28/21 | |

| Hovers, Fisher #3302624 (Acct: 607362913) (3y M) (Adm: 03/29/21) | | HBUC-UC 03-03 |
|---|---|---|

# Admission Information

## Admission Information

### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| Watkins, Elizabeth K, MD 404-785-8660 | | Urgent | Confirmed Discharge |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 03/29/21  11:41 AM | 03/29/21  12:30 PM | Urgent Care | Incomplete |

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|
| CHILDREN'S | HUDSON BRIDGE UC | UC 03/03 | |

| Procedure | | | |
|---|---|---|---|
| | | | |

| Diagnosis | | | |
|---|---|---|---|
| | | | |

| Discharge Disposition | Discharge Destination | |
|---|---|---|
| Home | Home | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 03/29/2021 1230 | Home | Home | Watkins, Elizabeth K, MD | Hudson Bridge Urgent Care |

## Events

### ED Arrival at 3/29/2021 1109

Unit: Hudson Bridge Urgent Care

### Admission at 3/29/2021 1141

| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
|---|---|---|
| Patient class: Urgent Care | Service: Urgent Care | |

### ED Roomed at 3/29/2021 1141

| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
|---|---|---|
| Patient class: Urgent Care | Service: Urgent Care | |

### Discharge at 3/29/2021 1230

| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
|---|---|---|
| Patient class: Urgent Care | Service: Urgent Care | |

## Admission Information (continued)

### Events (continued)

#### Discharge at 3/29/2021 1230

| | | |
|---|---|---|
| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
| Patient class: Urgent Care | Service: Urgent Care | |

### Allergy Information
No Known Allergies

### Problem List                                                                                    Never Reviewed
None

## History

### Family as of 3/29/2021
None

### Family Status as of 3/29/2021
None

### All Meds and Administrations

#### ibuprofen (MOTRIN) 176 mg suspension [210194066]

| | |
|---|---|
| Ordering Provider. Watkins, Elizabeth K, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 03/29/21 1144 | Starts/Ends: 03/29/21 1145 - 03/29/21 1145 |
| Dose (Remaining/Total): 10 mg/kg (0/1) | Route: Oral |
| Frequency: X1 | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 03/29/21 1145 | Given | 176 mg | Oral | Performed by:  Chapko, Tammy J, RN |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| cetirizine HCl (ZYRTEC PO) (Taking) | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |

### Outpatient Medications at End of Encounter as of 3/29/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| cetirizine HCl (ZYRTEC PO) (Taking) | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Ibuprofen (MOTRIN) 100 mg/5 mL suspension (Taking) | 354 mL | 0 | 3/29/2021 | |
| Sig - Route: Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain - Oral | | | | |
| Class. E-Prescribe | | | | |

### Hospital Medications as of 3/29/2021

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| Ibuprofen (MOTRIN) 176 mg suspension (Completed) | 10 mg/kg × 17.5 kg | X1 | 3/29/2021 | 3/29/2021 |
| Route: Oral | | | | |

### ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| | 3/29/2021 11:09 | |

## Admission Information (continued)

### ED Arrival Information (continued)

| Expected | Arrival | Service | Acuity |
|---|---|---|---|

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Walk In | Parent | Urgent Care | Urgent |

| Arrival complaint |
|---|
| Left thumb Injuries/Cuts |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| Discharge | | Fisher Hovers discharged to home/self care. |

Condition at discharge: Good

### KWIRE SMOOTH .035MM - LOG743671 - 380354

| Date & Time | Field | Old Value | New Value | User |
|---|---|---|---|---|
| 4/2/2021 9:37 AM EDT | IMPLANT NAME | | PRE-ALLOCATED - 380354 | Chambers, Lateesha M, RN |
| | | PRE-ALLOCATED - 380354 | KWIRE SMOOTH .035MM - LOG743671 | |
| 4/2/2021 9:37 AM EDT | INVENTORY ITEM | | KWIRE SMOOTH .035MM | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SUPPLY TYPE | | Implant | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | MANUFACTURER | | MICROAIRE SURGICAL INSTRUMENTS | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | MANUFACTURER NUMBER | | 1600-935X | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SUPPLIER CATALOG NUMBER | | 1600935X | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | INVENTORY LOCATION | | EG OR MAIN- OPTIMELOC | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CHARGEABLE? | | Yes | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | COST PER UNIT | | 2.58 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CHARGE PER UNIT | | 23.73213 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CHARGE CODE (EAP LINK) | | HCHG CHARGE - FIXATION - INTERNAL AND EXTERNAL | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | MODEL NUMBER | | 1600-935X | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | IMPLANTED BY | | Chan, Gilbert, MD | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | STATUS OT | | Implanted | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | STATUS | | Implanted | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | DATE IMPLANTED | | 4/2/2021 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | IMPLANT LOG NUMBER | | Log 743671 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | PATIENT ID | | HOVERS,FISHER | Chambers, Lateesha M, RN |

## Admission Information (continued)

**KWIRE SMOOTH .035MM - LOG743671 - 380354 (continued)**

| Date & Time | Field | Old Value | New Value | User |
|---|---|---|---|---|
| 4/2/2021 9:37 AM EDT | LATERALITY OF IMPLANTATION | | Left | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | NUMBER IMPLANTED | | 1 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CONTACT LOG | | Log 743671 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SURGERY CSN | | 49284281 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | LINKED TO UNFINISHED LOG? | | Yes | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | TISSUE? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | SMDA? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | AREA OF IMPLANTATION | | Thumb | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | IS TEMPORARY RECORD? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 2:31 PM EDT | LINKED TO UNFINISHED LOG? | Yes | No | Flack, Bonnie L, RN |

## Patient Flowsheet Data

## Flowsheets (all recorded)

### Ht/Wt - Mon March 29, 2021

| Row Name | 1140 | | | | | |
|---|---|---|---|---|---|---|
| Weight | 17.5 kg <br> -TC at 03/29/21 1140 | | | | | |
| Weight (Dosing) | 17.5 kg Filed from first-documented Weight (Recorded). <br> -TC at 03/29/21 1140 | | | | | |
| Weight (Actual) *To 3 Decimals* | 17.5 kg <br> -TC at 03/29/21 1140 | | | | | |
| Weight (Dosing) *To 3 Decimals* | 17.5 kg <br> -TC at 03/29/21 1140 | | | | | |

### Intake Questionnaire - Mon March 29, 2021

| Row Name | 1140 | | | | | |
|---|---|---|---|---|---|---|
| Weight | 17.5 kg <br> -TC at 03/29/21 1140 | | | | | |
| Kcal/kg/d | 0 <br> -TC at 03/29/21 1140 | | | | | |
| ml/kg/d | 0 <br> -TC at 03/29/21 1140 | | | | | |

### Custom Formula Rows Only - Mon March 29, 2021

| Row Name | 1140 | 1142 | | | | |
|---|---|---|---|---|---|---|
| Weight Change Since Admission | 0 <br> -TC at 03/29/21 1140 | — | | | | |
| Blood Cx Optimal Volume | 14 <br> -TC at 03/29/21 1140 | — | | | | |
| Appropriate Bottles | if >=6mL obtained, split between 2 Aerobic/Anaerobic bottles <br> -TC at 03/29/21 1140 | — | | | | |
| Weight (Dosing) *To 3 Decimals* | 17.5 kg <br> -TC at 03/29/21 1140 | — | | | | |
| 10/KG | 175 <br> -TC at 03/29/21 1140 | — | | | | |
| 15/KG | 262.5 <br> -TC at 03/29/21 1140 | — | | | | |
| 20/KG | 350 <br> -TC at 03/29/21 1140 | — | | | | |
| Weight | 17.4998582525372 7958 <br> -TC at 03/29/21 1140 | — | | | | |
| 5/KG | 87.5 <br> -TC at 03/29/21 1140 | — | | | | |
| Weight (Actual) *To 3 Decimals* | 17.5 kg <br> -TC at 03/29/21 1140 | — | | | | |
| Solids - Protein Gm/kg | 0 Gm/Kg <br> -TC at 03/29/21 1140 | — | | | | |
| Metric Temp | — | 36.9 <br> -TC at 03/29/21 1142 | | | | |

### Screening - Mon March 29, 2021

| Row Name | 1109 | 1140 | 1143 | | | |
|---|---|---|---|---|---|---|
| Do you immunize your child? | — | — | Yes <br> -TC at 03/29/21 1143 | | | |
| Has your child recently been exposed to any | — | — | No <br> -TC at 03/29/21 1143 | | | |

## Flowsheets (all recorded) (continued)

### Screening - Mon March 29, 2021 (continued)

| Row Name | 1109 | 1140 | 1143 | | | |
|---|---|---|---|---|---|---|
| contagious diseases (Measles, Meningitis, Hepatitis, Chicken Pox, TB, Pertussis or anything else)? | | | | | | |
| PPE used | — | Surgical mask;Goggles;Gloves<br>-TC at 03/29/21 1140 | — | | | |
| 3. Has the child or close contact of the child traveled outside the United States in the past 21 days? | No<br>-SC at 03/29/21 1109 | | No<br>-TC at 03/29/21 1143 | | | |
| 1. Does the child have or has the child had a cough WITH or WITHOUT a fever? | No<br>-SC at 03/29/21 1109 | — | — | | | |
| 2. Does the child have or has the child had a fever AND rash? | No<br>-SC at 03/29/21 1109 | — | — | | | |
| 4. Has the child had close contact with another ill person for 10 mins or more? | No<br>-SC at 03/29/21 1109 | — | — | | | |

### Screening Complete - Mon March 29, 2021

| Row Name | 1109 | 1144 | | | | |
|---|---|---|---|---|---|---|
| Screening | — | Screening Complete<br>-TC at 03/29/21 1144 | | | | |
| Destination | Fracture Care<br>-SC at 03/29/21 1109 | Fracture Care<br>-TC at 03/29/21 1144 | | | | |

### Arrival Documentation/ScreeningBegin - Mon March 29, 2021

| Row Name | 1140 | | | | | |
|---|---|---|---|---|---|---|
| Screening Start | Start<br>-TC at 03/29/21 1140 | | | | | |
| PPE used | Surgical mask;Goggles,Gloves<br>-TC at 03/29/21 1140 | | | | | |

### Charge Audit for Lab/Rad Techs - Mon March 29, 2021

| Row Name | 1708 | | | | | |
|---|---|---|---|---|---|---|
| Charge Audit Status | Rad Done<br>-SR at 03/29/21 1708 | | | | | |

### Last Seen - Mon March 29, 2021

| Row Name | 1142 | | | | | |
|---|---|---|---|---|---|---|
| Has the child been seen by a provider in the last 24 hours | No<br>-TC at 03/29/21 1142 | | | | | |

## Flowsheets (all recorded) (continued)

### Last Seen - Mon March 29, 2021 (continued)

| Row Name | 1142 | | | | | |
|---|---|---|---|---|---|---|
| for this complaint | | | | | | |

### Armbands - Mon March 29, 2021

| Row Name | 1142 | | | | | |
|---|---|---|---|---|---|---|
| Armband placement | Patient ID<br>-TC at 03/29/21 1142 | | | | | |

### Measurements - Mon March 29, 2021

| Row Name | 1140 | | | | | |
|---|---|---|---|---|---|---|
| Weight | 17.5 kg<br>-TC at 03/29/21 1140 | | | | | |
| Weight Measurement Method | Standing Scale<br>-TC at 03/29/21 1140 | | | | | |
| Weight (Dosing) | 17.5 kg Filed from first-documented Weight (Recorded).<br>-TC at 03/29/21 1140 | | | | | |

### Neurovascular/Musculoskeletal - Mon March 29, 2021

| Row Name | 1143 | 12:26:00 | | | | |
|---|---|---|---|---|---|---|
| Peripheral Vascular WDL | Yes<br>-TC at 03/29/21 1143 | Yes<br>-TP at 03/29/21 1226 | | | | |
| MS WDL | No<br>-TC at 03/29/21 1143 | — | | | | |
| ROM / Extremity Position | — left thumb injury<br>-TC at 03/29/21 1143 | — | | | | |

### Splinting - Mon March 29, 2021

| Row Name | 1143 | 12:26:00 | | | | |
|---|---|---|---|---|---|---|
| Splint Applied? | — | Yes<br>-TP at 03/29/21 1226 | | | | |
| Splint Types | — | Left;Thumb Spica<br>-TP at 03/29/21 1226 | | | | |
| Padding Applied with Application | — | Cotton<br>-TP at 03/29/21 1226 | | | | |
| Padding Applied to Bony Prominences? | — | Yes.<br>-TP at 03/29/21 1226 | | | | |
| Peripheral Vascular WDL | Yes<br>-TC at 03/29/21 1143 | Yes<br>-TP at 03/29/21 1226 | | | | |

### Discharge Information - Mon March 29, 2021

| Row Name | 1251 | | | | | |
|---|---|---|---|---|---|---|
| General Patient Family Education | After Visit Summary (AVS) Reviewed;DC Instructions Reviewed by Provider;Patient/Family verbalized understanding<br>-TP at 03/29/21 1252 | | | | | |
| Care Specific Patient and Family Education | Orthopedic injuries;Parent/guardian verbalized understanding<br>-TP at 03/29/21 1252 | | | | | |

## Flowsheets (all recorded) (continued)

### Destination - Mon March 29, 2021

| Row Name | 1109 | 1144 | | | |
|---|---|---|---|---|---|
| Destination | Fracture Care<br>-SC at 03/29/21 1109 | Fracture Care<br>-TC at 03/29/21 1144 | | | |

### Medication Preferences - Mon March 29, 2021

| Row Name | 1143 | | | | |
|---|---|---|---|---|---|
| Prefers medications | Liquid<br>-TC at 03/29/21 1143 | | | | |

### Symptom Screening - Mon March 29, 2021

| Row Name | 1109 | 1143 | | | |
|---|---|---|---|---|---|
| 1. Does the child have or has the child had a cough WITH or WITHOUT a fever? | No<br>-SC at 03/29/21 1109 | — | | | |
| 2. Does the child have or has the child had a fever AND rash? | No<br>-SC at 03/29/21 1109 | — | | | |
| 3. Has the child or close contact of the child traveled outside the United States in the past 21 days? | No<br>-SC at 03/29/21 1109 | No<br>-TC at 03/29/21 1143 | | | |
| 4. Has the child had close contact with another ill person for 10 mins or more? | No<br>-SC at 03/29/21 1109 | — | | | |

### Vitals/Pain/Provider Notification - Mon March 29, 2021

| Row Name | 1140 | 1142 | 12:52:39 | | |
|---|---|---|---|---|---|
| Temp | — | 36.9 °C<br>-TC at 03/29/21 1142 | — | | |
| Temp src | — | Temporal<br>-TC at 03/29/21 1142 | — | | |
| Pain Scale | — | FACES<br>-TC at 03/29/21 1142 | — | | |
| Pain Intensity Rating | — | 2<br>-TC at 03/29/21 1142 | 0<br>-TP at 03/29/21 1252 | | |
| PPE used | Surgical mask;Goggles;Gloves<br>-TC at 03/29/21 1140 | — | — | | |

### Charge Audit for Nurse/MA - Mon March 29, 2021

| Row Name | 1252 | | | | |
|---|---|---|---|---|---|
| Charge Audit Status | Nurse/MA Done<br>-TP at 03/29/21 1252 | | | | |

### Abuse/Neglect/Behavioral & Mental Health Screening - Mon March 29, 2021

| Row Name | 1143 | | | | |
|---|---|---|---|---|---|
| Introductory Statement: | Children's is committed to the health and safety of you and your child. It is important to us | | | | |

## Flowsheets (all recorded) (continued)

### Abuse/Neglect/Behavioral & Mental Health Screening - Mon March 29, 2021 (continued)

| Row Name | 1143 | | | | |
|---|---|---|---|---|---|
| | that we ask these questions to better understand your specific needs.<br>-TC at 03/29/21 1143 | | | | |
| Is there anyone in your life that poses a threat to the safety of you or anyone else in your home? | No<br>-TC at 03/29/21 1143 | | | | |
| Do you have safety concerns about your child hurting themself or others? | No<br>-TC at 03/29/21 1143 | | | | |
| Have you (CHOA staff) observed anything that prompts concerns of potential abuse/neglect (i.e. physical/behavioral signs of abuse or parent/guardian to child interactions)? | No<br>-TC at 03/29/21 1143 | | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| SC | Craig, Shaneka M, PCT | 09/10/20 - 03/31/21 |
| TP | Patterson Garner, Tara E, RN | 09/10/20 - |
| TC | Chapko, Tammy J, RN | 09/10/20 - |
| SR | Ritchie Johnson, Stacey Ann H, RT | 03/29/21 - 03/29/21 |

### Outpatient Fall Risk Score
No data filed

### Intrathecal Pump
No data filed

## Cardiac Services

### Pacemaker/ICD  General Parameters
No data filed

### HSD NIC INITIAL/FINAL PACER V3
No data filed

## Telephone Encounter Summary

### Call Information

| | Department | Center |
|---|---|---|
| 3/29/2021 11:41 AM | Hudson Bridge Uc | |

### Reason for Call

Telephone Encounter Summary (continued)

**Ed Notes**

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM

| | | |
|---|---|---|
| Author: Watkins, Elizabeth K, MD | Service: Urgent Care | Author Type: Physician |
| Filed: 3/29/2021 12:29 PM | Date of Service: 3/29/2021 11:58 AM | Status: Addendum |
| Editor Watkins, Elizabeth K, MD (Physician) | | |

Related Notes: Original Note by Watkins, Elizabeth K, MD (Physician) filed at 3/29/2021 12:21 PM
   Procedure Orders
     1. Splinting, Casting, Strapping [210194076] ordered by Watkins, Elizabeth K, MD

**Name: Fisher Hovers DOB: 8/31/2017 Age: 3y Sex: male**
**Hospital #: 607362913 MRN: 3302624 Room/Bed: UC 03/03**
**Attending Provider: Watkins, Elizabeth K, MD Admission Date/Time: 3/29/2021 11:41 AM**
Final diagnoses:
[W23.0XXA] Caught, crushed, jammed, or pinched between moving objects, initial encounter (Primary)
[S62.512A] Closed displaced fracture of proximal phalanx of left thumb, initial encounter

**Chief Complaint**

Chief Complaint
Patient presents with
  • Hand Complaint

**History of Present Illness**
3yo M here for evaluation of L thumb pain
onto himself, smashing his thumb.

No meds yet.

**Review of Systems**
Review of Systems
Constitutional: Negative for activity change, appetite change, fatigue and fever.
Gastrointestinal: Negative for vomiting.
Musculoskeletal: Positive for arthralgias and joint swelling.
Skin: Negative for color change and rash.

**Past Medical History**
No past medical history on file.
No past surgical history on file.
Social History

No family history on file.

**Ed Notes (continued)**

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM (continued)

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Watkins, Elizabeth K, MD | 3/29/2021 12:00 PM | Medical, Surgical, Family |
| Watkins, Elizabeth K, MD | 3/29/2021 11:47 AM | Medical, Surgical, Family |
| Chapko, Tammy J, RN | 3/29/2021 11:42 AM | Medical |

**Allergy and Medications**

ALLERGIES - No Known Allergies

Medications -

**Patient's Medications**

**New Prescriptions**

| | |
|---|---|
| IBUPROFEN (MOTRIN) 100 MG/5 ML SUSPENSION | Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain |

**Previous Medications**

CETIRIZINE HCL (ZYRTEC PO)

**Modified Medications**

No medications on file

**Discontinued Medications**

No medications on file

**Physical Exam**

Temp 36.9 °C (Temporal)  | Wt 17.5 kg

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
  General: He is active. He is not in acute distress.
  Appearance: Normal appearance.

HENT:
  Head: Normocephalic.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: Oropharynx is clear.

Eyes:
  Conjunctiva/sclera: Conjunctivae normal.

Cardiovascular:
  Pulses: Pulses are strong.

Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress, nasal flaring or retractions.

Abdominal:
  Tenderness: There is no abdominal tenderness. There is no guarding.

Musculoskeletal:
  General: Swelling, tenderness and signs of injury present. Normal range of motion.
  Comments: L thumb swelling, ecchymosis,

Skin:
  General: Skin is warm and moist.

## Ed Notes (continued)

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM (continued)
Capillary Refill: Capillary refill takes less than 2 seconds.
Findings: No rash.
Neurological:
  Mental Status: He is alert.
  Motor: No abnormal muscle tone.

## UC Course

### Splinting, Casting, Strapping

Date/Time: 3/29/2021 12:20 PM
Performed by: Patterson Garner, Tara E, RN
Authorized by: Watkins, Elizabeth K, MD

Consent:
  Consent obtained:  Verbal
  Consent given by:  Parent
  Risks discussed:  Pain, swelling, discoloration and numbness
  Alternatives discussed:  No treatment
Pre-procedure details:
  Sensation:  Normal
Procedure details:
  Laterality:  Left
  Location:  Finger
  Finger:  L thumb
  Splint type:  Thumb spica
  Supplies:  Cotton padding, elastic bandage and Ortho-Glass
Post-procedure details:
  Pain:  Improved
  Sensation:  Normal
  Patient tolerance of procedure:  Tolerated well, no immediate complications

Impression: Left-sided proximal phalanx thumb fracture, angulated and displaced, will place in a thumb spica splint and follow-up with hand.on call is Dr.  Mom to call in the next 3 to 5 days.  Ibuprofen for pain. Definitive care for stabilization and initial management was provided today for the patient  I have examined splint placed under my supervision.  The placement is appropriate.  The affected extremity has normal perfusion and there is normal movement of affected digits.  There is no numbness or tingling or pallor or cyanosis of affected extremity.

## Diagnosis

The primary encounter diagnosis was Caught, crushed, jammed, or pinched between moving objects, initial encounter. A diagnosis of Closed displaced fracture of proximal phalanx of left thumb, initial encounter was also pertinent to this visit.

**Ed Notes (continued)**

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM (continued)

**Results and Interpretations**

FINGER(S) MIN 2V
Final Result
IMPRESSION: Displaced and angulated fracture of
the proximal phalanx of
the thumb.

No results found for this visit on 03/29/21.

Watkins, Elizabeth K, MD
03/29/21 1221

Watkins, Elizabeth K, MD
03/29/21 1229

**All Other Notes**

No notes exist for this encounter.

**Patient Education**

**Patient Education**

No education to display

**Hovers, Fisher**

Hovers, Fisher does not have an active treatment plan of type CHEMOTHERAPY in this episode.

## All Orders

### cetirizine HCl (ZYRTEC PO) [210194062] Patient-reported historical medication

Ordering date: 03/29/21 1143                                    Authorized by: Admission, Medications Prior To
Ordering mode: Standard
Frequency    - Until Discontinued

### Neurovascular Assessment [210194063]

| | Status: Completed |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) |

Frequency: now 03/29/21 1144 - 1 occurrence
Order comments: Of effected extremity.

### Cold Pack [210194064]

| | Status: Completed |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) |

Frequency: now 03/29/21 1144 - 1 occurrence
Order comments: If injury is less than 24 hours old.

### Elevate Extremity [210194065]

| | Status: Completed |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) |

Frequency: ongoing 03/29/21 1144 - Until Specified
Order comments: When possible.

### ibuprofen (MOTRIN) 176 mg suspension [210194066]

| | Status: Completed |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) |
| Frequency: Once 03/29/21 1145 - 1 occurrence | Package: 45802-952-43 |

Medication Dose: 10 mg/kg × 17.5 kg

### FINGER(S) MIN 2V [210194070]

| | Status: Completed |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1148 | |
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1148 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard |

Frequency: Imaging Once 03/29/21 1149 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for Study: | finger injury L thumb |
| Left/Right? | left |
| On oxygen? | No |
| IV? | No |

Order comments: Supervising Provider.

### Thumb Spica Splint Application Left [210194072]

| | Status: Completed |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1211 | |

## All Orders (continued)

### Thumb Spica Splint Application Left [210194072] (continued)

| | |
|---|---|
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1211 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard |
| Frequency: now 03/29/21 1212 - 1 occurrence | |

Questionnaire

| Question | Answer |
|---|---|
| Left/Right/Bilateral: | Left |

### ibuprofen (MOTRIN) 100 mg/5 mL suspension [210194074]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1219 | | Status. Active |
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1219 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard | |
| PRN reasons: mild pain | | |
| Frequency: every 6 hours prn 03/29/21 - Until Discontinued | Medication Dose: 10 mg/kg × 17 5 kg (Dosing Weight) | |

### Splint Application [210194075]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1220 | | Status. Completed |
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1220 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard | |
| Frequency: Once 03/29/21 1221 - 1 occurrence | | |
| Order comments: This order was created via procedure documentation | | |

## Clinical Lab Results

## Lab, Radiology, ECG/EMG, and Cardiac Results

| FINGER(S) MIN 2V [210194071] | Resulted: 03/29/21 1150, Result status: In process |
|---|---|
| Resulted by: Tuburan, Smyrna, MD | Performed: 03/29/21 1150 - 03/29/21 1207 |
| Accession number: 6545024 | |

| FINGER(S) MIN 2V [210194071] | Resulted: 03/29/21 1212, Result status: In process |
|---|---|
| Resulted by: Tuburan, Smyrna, MD | Performed: 03/29/21 1150 - 03/29/21 1207 |
| Accession number: 6545024 | |

| FINGER(S) MIN 2V [210194071] | Resulted: 03/29/21 1217, Result status: Final result |
|---|---|
| Resulted by: Tuburan, Smyrna, MD | Performed: 03/29/21 1150 - 03/29/21 1207 |
| Accession number: 6545024 | Resulting lab: INBOUND IBEX LAB RAD QUESTIONS |

Narrative:
EXAMINATION: FINGER(S) MIN 2V

INDICATION: finger injury left thumb

PROCEDURE: PA view of the left hand and two views of the left thumb.

COMPARISON: None.

FINDINGS: Displaced fracture of the distal aspect of the proximal phalanx
of the thumb is present. There is approximately 45 degrees of dorsal
angulation of the distal fracture fragment. Vertical component lucency is
seen of the mid aspect of the proximal phalanx likely fracture
continuation. No definite dislocation. Regional soft tissue swelling is
present.

Impression:
IMPRESSION: Displaced and angulated fracture of the proximal phalanx of
the thumb.

### Testing Performed By

| Lab : Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1009 - IBEX ORDERS | INBOUND IBEX LAB RAD QUESTIONS | Unknown | Unknown | 08/05/09 1006 - Present |

## Pathology Reports

### Pathology Results

No results found

## Discharge Instructions

### AVS

After Visit Summary printed by Watkins, Elizabeth K, MD on 3/29/2021 12:21 PM

## Discharge Instructions (continued)

## AVS (continued)



AFTER VISIT SUMMARY

**Fisher Hovers** MRN: 3302624

📅 3/29/202   📍 Madison Bridge Urgent Care 404-785-5437

### Instructions
Your personalized instructions can be found at the end of this document.

🔧 See your updated medication list for details.

📋 Fracture, Thumb, Splinted, KidsHealth (English)

💊 ibuprofen
Address    3470 Herringer Rd East McDonough GA 30212
Phone      770-286-4855

### Today's Visit
Your care team included Elizabeth K. Watkins, MD
Diagnoses
· Caught, crushed, jammed, or pinched between moving objects, initial encounter
· Closed displaced fracture of proximal phalanx of left thumb, initial encounter

• Medications Given
ibuprofen (MOTRIN) Last given at 11:45 AM

Weight
17.5 kg

### What's Next
You currently have no upcoming appointments scheduled.

### Primary Care Provider
Primary Care Provider        Phone          Fax
Jaime L Davis, MD            678-583-9071   678-583-9319

Fisher Hovers (MRN: 3302624) • Printed at 3/29/21 12:21 PM        Page 1 of 12  *Epic*

## Discharge Instructions (continued)

## AVS (continued)

### Your Medication List

 Ibuprofen 100 mg/5 mL suspension (MOTRIN)      Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain

START

ZYRTEC PO

### MYchart Sign-Up

**What is MYchart?**
MYchart is our free tool that provides quick, convenient online access to your child's medical records using your computer or mobile device. With MYchart, you can:

- Access your child's medical records
- Request appointments
- Request prescription renewals
- Communicate with your child's healthcare team

**How do I sign up?**
To request an access code or find out more, go to choa.org/MYchart
For additional assistance, please call 404-785-7844.

### COVID-19 for Families

**COVID-19 Guidance for Families – adapted from CDC.gov**

**The best ways to prevent illness are to avoid being exposed through social distancing and to use hand hygiene frequently.**

The virus is thought to spread mainly from person-to-person.
- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs or sneezes.

These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

Older adults and others who have chronic medical conditions (like heart or lung disease or diabetes) may be more likely to have serious complications from COVID-19. Maintaining social distance and using hand hygiene can help to protect everyone.

**Take steps to protect yourself:**

**Clean your hands often**
- **Wash your hands often** with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing or sneezing.
- If you do not have soap and water, use an alcohol-based gel or foam that contains at least 60% alcohol. Cover all surfaces of your hands and rub them together until they feel dry.
- **Avoid touching your eyes, nose and mouth** with unwashed hands.

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**

## Discharge Instructions (continued)

### AVS (continued)

**Avoid close contact**
- **Avoid close contact** with people who are sick
- If you must leave home, be sure to follow "Social distancing" by staying at least 6 feet away from others. Also keep up with local, state and federal guidelines on where you are allowed to go during this time.

**Take steps to protect others:**

**Stay home if you are sick**
- **Stay home** if you are sick, except to get medical care. Call your pediatrician's office if you think you have been exposed or may have symptoms of COVID-19 for further guidance on the best way to receive care. Do not go to the emergency department simply to get tested. Please do use the emergency department for true health emergencies
- Most children can be cared for at home who have symptoms of a COVID-19 infection. You may visit our website www.choa.org and click on the COVID-19 hub for information. Within this hub, you may use our COVID-19 Pediatric Assessment tool. This is an online assessment tool that helps parents answer two questions: What should I do if my child has a fever and/or cough? What should I do if my child has been around someone with COVID-19, but my child has no symptoms?
- If you have children who are mildly symptomatic or ill and do not require medical treatment, the recommendation is to remain at home. At this time the recommendation for any individual who is ill or concerned they may have COVID-19 is to remain at home for 10 days from onset of symptoms provided there has been at least 1 day of no fever (without fever-reducing medication) and significantly improving symptoms.
- **Urgent concerns require immediate medical attention.** Other symptoms that may require medical attention include difficulty breathing, fast breathing even when there is no fever present, continued coughing with in-pulling of chest, inconsolable crying, decreased drinking of fluids with reduced urine output, no tears when crying or a change in behavior that is concerning.
  - If you have concerns regarding your child's symptoms, please call your pediatrician or call the Children's Nurse Advice Line at 404-785-KIDS.
  - If your child develops emergency warning signs, seek medical attention immediately. Emergency warning signs include difficulty breathing or shortness of breath, persistent pain or pressure in the chest, new confusion or inability to arouse, bluish lips or face.

**Cover coughs and sneezes**
- **Cover your mouth and nose** with a tissue when you cough or sneeze or use the inside of your elbow.
- **Throw** used tissues in the trash
- **Wash** your hands with soap and water for at least 20 seconds right away. If you do not have soap and water, use an alcohol-based gel or foam that contains at least 60% alcohol.

**Wear a facemask or cloth face covering**
- If you are sick: Wear a facemask when you are in close contact with other people (like in a room or car) and if you must leave your home. Remember to stay home, except to seek medical care.
- Even if you are not sick: Wear a cloth face covering over your nose and mouth in public. This is advised in addition to social distancing, frequent hand hygiene and other methods for preventing the spread of illness. Note that medical masks and N-95 respirators should only be used by health care providers and first responders.

**Clean and disinfect**
- **Clean AND disinfect** frequently touched surfaces every day. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets and sinks.
- If surfaces are dirty, clean them. Use detergent or soap and water before disinfecting them.

## Discharge Instructions (continued)

### AVS (continued)

It is still recommended that you:
- Have an adequate supply of medicine on hand.
- Continue routine medical care such as visits for chronic diseases and recommended vaccines. Doctors offices at Childrens and elsewhere in the community are prepared to care for children at this time.

For more information, you may go to shjoj.org/covid19

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**

## Discharge Instructions (continued)

## AVS (continued)

### Instructions

It was a pleasure taking care of Fisher in the Urgent Care Clinic today. Please follow up with your primary care provider as discussed, or if there are any questions or concerns.

**Hand Program**

When your patient has an injury or condition of the hands, arms, wrists or shoulders, early treatment can make all the difference. Our team specializes in diagnosing and treating pediatric hand and upper extremity conditions, including overuse injuries and sprains as well as the following:

- Amputation
- Brachial Plexus Injuries
- Burns
- Congenital hand deformities
- Fingertip crush
- Fractures
- Ganglions (cyst near joint or tendon)
- Nerve injuries
- Sport injuries of the hand and upper extremities
- Tendon lacerations
- Trigger thumb and fingers

**Pediatric orthopaedic hand surgeons**

- Bronwe Costas, MD, The Hand and Upper Extremity Center of Georgia, PC
- Bryce Gillespie, MD, The Hand and Upper Extremity Center of Georgia, PC
- Jeffrey Klugman, MD, The Hand and Upper Extremity Center of Georgia, PC
- Gary Laurie, MD, The Hand and Upper Extremity Center of Georgia, PC
- Allan Peljovich, MD, The Hand and Upper Extremity Center of Georgia, PC
- Joshua Ratner, MD, The Hand and Upper Extremity Center of Georgia, PC
- Erika Templeton, MD, The Hand and Upper Extremity Center of Georgia, PC

**Call 404-255-0226** to make an appointment at any one of the locations listed below.

**Locations**
The Hand and Upper Extremity Center of Georgia, PC offers clinics in the following locations:

| Atlanta | Forsyth | North Fulton | Midtown |
|---|---|---|---|
| 980 Johnson Ferry Rd | 2000 Howard Farm Dr | 3400A Old Milton Pkwy | 1110 West Peachtree St |
| Suite 1020 | Suite 310 | Suite 350 | Suite 1050 |
| Atlanta, GA 30342 | Cumming, GA 30041 | Alpharetta, GA 30005 | Atlanta, GA 30309 |

Call the Hand Program at **404-785-HAND** for more information.

Visit choa.org/hand for details about this program.

*Pediatric orthopaedic surgeons participating in the Children's Healthcare of Atlanta Hand Fracture Care Program are fellowship-trained orthopaedic surgeons and active members of the Children's Professional Staff.*

**Discharge Instructions (continued)**

AVS (continued)

*Some physicians and affiliated healthcare professionals on the Children's Healthcare of Atlanta team are independent providers and are not our employees.*

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**

## Discharge Instructions (continued)

## AVS (continued)

  Attached Information        Fracture Thumb, Splint with Health (English)

**Broken Thumb and a Splint: How to Care for Your Child**

A broken thumb means one or more of the bones of the thumb has a fracture or crack. A splint keeps the broken bone from moving while it heals. Taking good care of the splint or tape and treating pain will help keep your child comfortable while healing.



**To decrease swelling:**

- Prop up the hand on pillows when your child is sitting down or sleeping.
- If your child was given a sling, use it as directed. Don't use the sling during sleep.
- Remind your child to wiggle the uninjured fingers to keep blood circulating normally.

**If your child has pain:**

- When your child is awake, put ice in a plastic bag wrapped in a towel on the thumb for 20 minutes every 3 hours for up to 2 days. Don't put ice directly on the skin.
- Use these medicines exactly as directed:
  - acetaminophen (such as Tylenol® or a store brand)OR
  - ibuprofen (such as Advil®, Motrin® or a store brand). **Don't give to babies under 6 months old.**

**Daily care for the splint:**

- Don't remove or change the position of the splint unless the health care provider said it's OK.
- Check the area around the splint. Make sure the skin isn't scratched, and the thumb and fingers aren't pale, blue, numb or tingling.
- Make sure your child doesn't pick or scratch under the splint.
- Don't put anything in the splint. Make sure your child doesn't put toys, food or other objects into it.
- Keep dirt, sand lotion and powder away from the splint.
- Keep the splint dry:
  - Put a plastic covering over the splint when your child bathes.
  - If the splint is accidentally splashed, gently blow air onto it from a hair dryer on the cool setting

## Discharge Instructions (continued)

### AVS (continued)

Call Your Health Care Provider if:

- Pain doesn't improve with medicine.
- Blisters, rashes, or raw spots appear on the skin around the splint.
- A foul smell or drainage comes from the splint.
- Your child gets a fever while the thumb is healing.

Go to the ER if:

- The splint feels too tight, or your child's thumb is pale, cold, numb, or tingly.
- The splint is cracked, becomes loose, gets wet or falls off.

More to Know

**Which bone is broken in a thumb fracture?** A thumb fracture is a break or crack in one or more of three bones:

- Two of the bones (called phalanges) are in the thumb.
- One bone (called a metacarpal bone) is in the hand. It connects the phalanges to the wrist and helps give the thumb the ability to move around a lot.

**How long will it take a broken thumb to heal?** Most broken thumbs get better in 4–8 weeks with a splint. Your child will have one or more follow-up visits with a health care provider who specializes in the care of bones. During these follow-ups, the health care provider will check to make sure the thumb is healing well. Sometimes a fracture needs surgery to bring the broken pieces of bone together.

**When can my child return to sports?** The health care provider will tell you when it's OK for your child to return to sports. Your child may need to wear protective hand gear or taping for sports for a few weeks or possibly longer.



© 2020 The Nemours Foundation/KidsHealth® Used and adapted under license by your health care provider. This information is for general use only. For specific medical advice or questions, consult your health care professional. KH-1711

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**                              Page 25

**Discharge Instructions (continued)**

AVS (continued)

---

## Fisher Hovers

MRN: 3302624

Department: Hudson Bridge Urgent Care

Date of Visit: 3/29/2021

### Diagnostic Studies (lab and radiology)

If laboratory and/or radiographic studies were done during your child's visit to our urgent care center, the results are available to your child's doctor through "AccessCHOA". If your child's doctor cannot access the results through "AccessCHOA", please have them contact the urgent care facility where your child was seen

### Follow-up.

Please notify your child's Primary Care Physician of your visit to the Urgent Care Center  If you do not have a Primary Care Physician and would like one, please call: 404-785-KIDS
For more information on services that are offered at Children's Healthcare of Atlanta please visit www.choa.org

### GA Crisis Line / National Suicide Prevention Line

**Crisis Help Phone Line:**
The Georgia Crisis Access Line: 800-715-4225

**National Suicide Prevention Lifeline:**
National Suicide Prevention Lifeline: 800-273-8255

### Follow-up: Lab/Radiology Results

When you or your child has had lab work and/or xray's that require additional treatment, you will be contacted by our staff.

**Labs:**
If your child had lab tests done today, you will be contacted if any additional treatment is needed.
- Urine Culture (3 -5 days)
- Wound Culture (3 -5 days)
  Blood Culture (within a week)

*If lab results were sent to an Outside Lab, there may be a separate bill.*

**Radiology Test:**
If your child had an x-ray today, it will be reviewed within 24 hours by a radiologist. You will be contacted **ONLY** if a change in treatment is necessary.
*There will be a separate bill from the Radiologist*

### Care Everywhere ID

CHA-579-7937

### Instructions Reviewed with Verbalization of Understanding

Fisher Hovers (MRN: 3302624) • Printed at 3/29/21 12:21 PM

Page 9 of 12   *Epic*

---

## Discharge Instructions (continued)

### AVS (continued)

The discharge instructions have been reviewed with the parent/legal guardian assuming responsibility for care of the patient and a printed copy was given to him/her. All questions have been answered and the parent/legal guardian states that he/she will be able to provide the appropriate care. Medication teaching for the discharge medications listed on this form was provided.

The parent/legal guardian was reminded to discard old medications lists and update their records. The parent/legal guardian assuming responsibility for the patient states that he/she has read and understands the medication information and has had an opportunity to ask questions which have been answered to their satisfaction.

### Disclaimer

*I understand that my child has had acute treatment only and that he/she may be released before all medical problems are known or treated. I will arrange for follow-up care as needed.*

_____ total number pages of discharge instructions provided to the parent/legal guardian.

### Script to Family

"PLEASE LET US KNOW ABOUT YOUR VISIT. YOU MAY RECEIVE A SURVEY FROM US REGARDING YOUR VISIT TO THE EMERGENCY DEPARTMENT/ URGENT CARE CENTER. PLEASE SUBMIT YOUR RESPONSE AS YOUR FEEDBACK HELPS US TO IMPROVE OUR SERVICE."

Thanks for Choosing Us to Care for Your Child, visit us at www.choa.org/thankyou.

**Discharge Instructions (continued)**

**AVS (continued)**

Hudson Bridge Urgent Care
1510 Hudson Bridge Road
Stockbridge GA 30281
Phone: 404-785-5437

## Fisher Hovers

MRN: 3302624

Department: Hudson Bridge Urgent Care

Date of
Visit:
3/29/2021

### Medication Safety Information

Call the doctor if you have questions about the medicines.

· When you pick up medicines at the drug store:

··Read each label closely.
··Be sure to ask if you have any questions about the medicines or how to give it.

· Always read the label each time you give medicine to your child. Make sure you have the right medicine, the right amount and the right strength.

· Do not use a kitchen spoon to measure your child's liquid medicine. Use a medicine syringe or measuring spoon made just for giving liquid medicines to a child. You can get one at your drug store.

· Keep all medicines in their labelled containers. Store them in a locked cupboard that your child can not reach.

· Throw away all medicines once they expire. The date is on the container. Also, throw away all medicines once your child finishes the dose the doctor prescribes.

· Keep a current list of your child's medicines. Share the list with his doctors.

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**

**Discharge Instructions (continued)**

**AVS (continued)**

School Excuse

## Children's
### Healthcare of Atlanta

**Certificate to Return to School/Day Care/Work**
**(Certificado para regresar a la Escuela/Guardería Infantil/Trabajo)**

03/29/21
12:21 PM

Fisher Hovers has had a medical visit today in a Childrens Urgent Care Center.
Please take this into consideration when reviewing their absence.

_____

Physician or Nurse's Signature

**Patient-Level E-Signatures:**
   No documentation.

**Discharge Instructions (continued)**

<u>Encounter-Level E-Signatures:</u>
    No documentation.

<u>Hospital Account-Level E-Signatures:</u>
    No documentation.

## Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Hovers, Fisher | 3302624 | Male | 08/31/17 (3 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| 166 Aubree Way<br>MCDONOUGH GA<br>30252 | 404-621-7070 (H)<br>404-621-7070 (M) | — | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Davis, Jaime L,<br>MD678-583-9071 | 03/29/21 | 04/28/21 | |

**Hovers, Fisher #3302624 (Acct: 607367422) (3y M) (Adm: 04/02/21)** — EG PostOp-EG POSTOP POOL ROOM-NONE

## Admission Information

### Admission Information

#### Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| Chan, Gilbert, MD 404-321-9900 | Chan, Gilbert, MD 404-321-9900 | Elective | Confirmed Discharge |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 04/02/21  06:35 AM | 04/02/21  11:43 AM | Surgery | Incomplete |

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|
| CHILDREN'S HEALTHCARE<br>OF ATLANTA AT<br>EGLESTON | ZOPT-EG POSTOP | EG POSTOP POOL<br>ROOM/NONE | Chan, Gilbert, MD 404-321-9900 |

| Procedure | | | |
|---|---|---|---|
| CLOSED REDUCTION VS<br>OPEN REDUCTION LEFT<br>THUMB FRACTURE<br>26727 VS 26735 | | | |

| Diagnosis | |
|---|---|
| Closed displaced fracture of proximal phalanx of left thumb,<br>initial encounter | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home | Home |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/02/2021 1143 | Home | Home | Chan, Gilbert, MD | EG PostOp |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S62.512A<br>[Principal] | Displaced fracture of proximal phalanx of left thumb, initial<br>encounter for closed fracture | | | | |

### Events

Admission at 4/2/2021 0635

| | | |
|---|---|---|
| Unit: EG OR | Room: EG OR POOL RM | Bed: EG OR POOL RM |
| Patient class: Ambulatory Surgery | Service: Surgery | |

## Admission Information (continued)

### Events (continued)

Transfer Out at 4/2/2021 0708

| | | |
|---|---|---|
| Unit: EG OR | Room: EG OR POOL RM | Bed: EG OR POOL RM |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Transfer In at 4/2/2021 0708

| | | |
|---|---|---|
| Unit: EG PreOp | Room: EG PREOP POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Transfer Out at 4/2/2021 0913

| | | |
|---|---|---|
| Unit: EG PreOp | Room: EG PREOP POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Transfer In at 4/2/2021 0913

| | | |
|---|---|---|
| Unit: EG IntraOp | Room: EG INTRAOP POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Surgery at 4/2/2021 0913

| | |
|---|---|
| Unit: EG OR MAIN-OPTIMELOC | Room: OPT-MN-EG-OR09 |
| Patient class: Ambulatory Surgery | Service: Orthopaedic |

Transfer Out at 4/2/2021 0955

| | | |
|---|---|---|
| Unit: EG IntraOp | Room: EG INTRAOP POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Transfer In at 4/2/2021 0955

| | | |
|---|---|---|
| Unit: EG PACU | Room: EG PACU POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Transfer Out at 4/2/2021 1037

| | | |
|---|---|---|
| Unit: EG PACU | Room: EG PACU POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Transfer In at 4/2/2021 1037

| | | |
|---|---|---|
| Unit: EG PostOp | Room: EG POSTOP POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

Discharge at 4/2/2021 1143

| | | |
|---|---|---|
| Unit: EG PostOp | Room: EG POSTOP POOL ROOM | Bed: NONE |
| Patient class: Ambulatory Surgery | Service: Surgery | |

### Allergy Information
No Known Allergies

### Problem List                                                                                     Never Reviewed
None

### History

**Family as of 4/2/2021**
None

**Family Status as of 4/2/2021**
None

### All Meds and Administrations

midazolam (VERSED) 6 mg oral syrup [210194077]

| | |
|---|---|
| Ordering Provider: Huddleston, Amber, NP | Status: Completed (Past End Date/Time) |

## Admission Information (continued)

### All Meds and Administrations (continued)

| | |
|---|---|
| Ordered On: 04/02/21 0727 | Starts/Ends: 04/02/21 0728 - 04/02/21 0728 |
| Dose (Remaining/Total) 6 mg (0/1) | Route: Oral |
| Frequency: ON CALL TO OR | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 04/02/21 0728 | Given | 6 mg | Oral | Performed by: Maenner, Heidi, RN |

lactated ringers IV solution [210194085]

| | |
|---|---|
| Ordering Provider: Brosius, Keith K, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharged |
| Ordered On: 04/02/21 0958 | Starts/Ends: 04/02/21 0959 - 04/02/21 1344 |
| Dose (Remaining/Total). — (—/—) | Route: IV |
| Frequency: CONTINUOUS | Rate/Duration: 100 mL/hr / — |
| Admin Instructions: Continue infusion to a total volume of 300  ml  including intra-op fluids already given | |

| Line | Med Link Info | Comment |
|---|---|---|
| PIV: 04/02/21 0919 Right;Hand | 04/02/21 0956 by Gibbs, Michael S, RN | — |

| Timestamps | Action | Rate: | Route | Other Information |
|---|---|---|---|---|
| 04/02/21 0956 | Continued on Transfer | 100 mL/hr | IV | Performed by: Gibbs, Michael S, RN<br>Comments: Continued from OR, |

fentaNYL (SUBLIMAZE) 5 mcg injection solution [210194091]

| | |
|---|---|
| Ordering Provider: Brosius, Keith K, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharged |
| Ordered On: 04/02/21 0958 | Starts/Ends: 04/02/21 0958 - 04/02/21 1344 |
| Dose (Remaining/Total): 5 mcg (3/3) | Route: IV |
| Frequency: Q5MIN PRN | Rate/Duration: — / — |
| Admin Instructions: *For PACU or Post-Op Day Surgery use only*.  Order to be discontinued upon patient transfer<br>**HIGH ALERT MEDICATION**<br>**RN to reassess LOC, RR and Pain Intensity Rating at time of peak effect.** | |

(No admins scheduled or recorded for this medication)

morphine 0.5 mg injection [210194092]

| | |
|---|---|
| Ordering Provider: Brosius, Keith K, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharged |
| Ordered On. 04/02/21 0958 | Starts/Ends: 04/02/21 0958 - 04/02/21 1344 |
| Dose (Remaining/Total) 0.5 mg (3/3) | Route: IV |
| Frequency: Q5MIN PRN | Rate/Duration: — / — |
| Admin Instructions: *For PACU or Post-Op Day Surgery use only*.  Order to be discontinued upon patient transfer. | **HIGH ALERT MEDICATION**<br><br>**RN to reassess LOC, RR and Pain Intensity Rating at time of peak effect ** |

(No admins scheduled or recorded for this medication)

NS 0.9% irrigation solution [210194099]

| | |
|---|---|
| Ordering Provider: Chan, Gilbert, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Transferred |

## Admission Information (continued)

### All Meds and Administrations (continued)

Ordered On: 04/02/21 0936          Frequency: PRN

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 04/02/21 0935 | Given | 250 mL | Irrigation Incision Site | Performed by: Chan, Gilbert, MD Documented by: Chambers, Lateesha M, RN Comments: prn for procedure |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| cetirizine HCl (ZYRTEC PO) Class: Historical Med Route: Oral | | | | |
| ibuprofen (MOTRIN) 100 mg/5 mL suspension Sig - Route: Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain - Oral Class: E-Prescribe | 354 mL | 0 | 3/29/2021 | |

### Outpatient Medications at End of Encounter as of 3/31/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| HYDROcodone-acetaminophen (HYCET/LORTAB) 7.5-325 mg/15 mL oral solution (Taking) Sig - Route: Take 3.5 mL (1 75 mg) by mouth every 6 hours as needed for moderate pain - Oral Class: Print Earliest Fill Date: 4/2/2021 | 70 mL | 0 | 4/2/2021 | 4/7/2021 |
| cetirizine HCl (ZYRTEC PO) Class: Historical Med Route: Oral | | | | |
| ibuprofen (MOTRIN) 100 mg/5 mL suspension Sig - Route: Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain - Oral Class: E-Prescribe | 354 mL | 0 | 3/29/2021 | |

### Hospital Medications as of 3/31/2021

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| midazolam (VERSED) 6 mg oral syrup (Completed) Route: Oral Cosign for Ordering: Accepted by Brosius, Keith K, MD on 4/2/2021 9:31 AM | 6 mg | ON CALL TO OR | 4/2/2021 | 4/2/2021 |
| lactated ringers IV solution (Discontinued) Admin Instructions: Continue infusion to a total volume of 300 ml including intra-op fluids already given. Route: IV Reason for Discontinue: Patient Discharged | | CONTINUOUS | 4/2/2021 | 4/2/2021 |
| fentaNYL (SUBLIMAZE) 5 mcg injection solution (Discontinued) Admin Instructions: *For PACU or Post-Op Day Surgery use only*. Order to be discontinued upon patient transfer.<BR><BR>**HIGH ALERT MEDICATION**<BR><BR>**RN to reassess LOC, RR and Pain Intensity Rating at time of peak effect.** Route: IV Reason for Discontinue: Patient Discharged | 5 mcg | Q5MIN PRN | 4/2/2021 | 4/2/2021 |
| morphine 0.5 mg injection (Discontinued) Admin Instructions: *For PACU or Post-Op Day Surgery use only* Order to be discontinued upon patient transfer.<BR>**HIGH ALERT MEDICATION**<BR><BR>**RN to reassess LOC, RR and Pain Intensity Rating at time of peak effect.** Route: IV Reason for Discontinue: Patient Discharged | 0.5 mg | Q5MIN PRN | 4/2/2021 | 4/2/2021 |
| NS 0.9% irrigation solution (Discontinued) Reason for Discontinue: Patient Transferred | | PRN | 4/2/2021 | 4/2/2021 |

## Admission Information (continued)

Hospital Medications as of 3/31/2021 (continued)

### ED Arrival Information
Patient not seen in ED

### ED Disposition
None

| Fisher Hovers | | |
|---|---|---|
| MRN: 3302624 | | Log ID: 743671 |

### General Information

| | | |
|---|---|---|
| Date: 4/2/2021 | Time: 0850 | Status: Posted |
| Location: EG OR MAIN-OPTIMELOC | Room: EG OR09 | Service: Orthopaedic |
| Patient class: Ambulatory Surgery | Case classification: Elective | |

### Panel Information

Panel 1

| Surgeon | Role | Procedure | Laterality | Anesthesia |
|---|---|---|---|---|
| Chan, Gilbert, MD | Primary | CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE | Left | General |

# Intraop/PACU Documentation

### Case Tracking Events

| Event | Time In |
|---|---|
| Checked In | 0833 |
| Registration Complete | 0635 |
| On Floor | |
| Patient Sent For | |
| Patient In - Pre-op | 0708 |
| OR Holding | |
| Surgeon Seen | |
| Patient Ready for OR | 0843 |
| Patient In - OR | 0913 |
| Anesthesia Start | 0913 |
| Position/Prep/Drape | 0927 |
| Anesthesia Ready | 0925 |
| Incision/Procedure Start | 0934 |
| Procedure Complete | 0950 |
| Patient Out - OR | 0953 |
| Out of Periop Dept w/Anesthesia | |
| Return to Periop Dept | |
| Patient In - PACU | 0955 |
| Anesthesia Stop | 0957 |
| Patient Out - PACU | 1029 |
| PACU Transfer Care Complete | 1035 |
| Patient In - PACU Holding | |
| Patient Out - PACU Holding | |
| Patient In - Postop | 1037 |
| FastTrack | |
| Patient Out - Post-op/Care Complete | 1127 |
| Patient In - Postop Holding | |

## Admission Information (continued)

### Case Tracking Events (continued)

| Event | Time In |
|---|---|
| DC from Periop | 1143 |

### Analgesia/Sedation (From admission, onward)
None

### Nursing Notes
No notes of this type exist for this encounter.

# Intra-op Documentation

### Intra-op Care Plan/Verification

| Staff Name | Date | Time | Type |
|---|---|---|---|
| Chambers, Lateesha M, RN | 4/2/2021 | 0959 | Intra-Op |

### Timeout Verification

Chambers, Lateesha M, RN at Fri Apr 2, 2021 0931 EDT

#### Timeout Details
Timeout type: Preprocedure

#### Procedures
Panel 1: CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE with Chan, Gilbert, MD

#### Timeout Questions
Recipient unique identifier verified: Yes

#### Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Chan, Gilbert, MD | Fernandez, Victoria A, PA |
| | Bohm, Kelsey, PA |

Staff
Chambers, Lateesha M, RN
Waide, Chaka, Surg Asst
Barbeyto, Joseph, RT
Dry, Tonia G, PA

#### Verification History

| Staff | Performed | Verified |
|---|---|---|
| Chambers, Lateesha M, RN | Fri Apr 2, 2021 0931 EDT | Fri Apr 2, 2021 0933 EDT |

### Case Tracking Events

| Event | Time In |
|---|---|
| Checked In | 0633 |
| Registration Complete | 0635 |
| On Floor | |
| Patient Sent For | |
| Patient In - Pre-op | 0708 |
| OR Holding | |
| Surgeon Seen | |
| Patient Ready for OR | 0843 |
| Patient In - OR | 0913 |
| Anesthesia Start | 0913 |

## Admission Information (continued)

### Case Tracking Events (continued)

| Event | Time In |
|---|---|
| Position/Prep/Drape | 0927 |
| Anesthesia Ready | 0925 |
| Incision/Procedure Start | 0934 |
| Procedure Complete | 0950 |
| Patient Out - OR | 0953 |
| Out of Periop Dept w/Anesthesia | |
| Return to Periop Dept | |
| Patient In - PACU | 0955 |
| Anesthesia Stop | 0957 |
| Patient Out - PACU | 1029 |
| PACU Transfer Care Complete | 1035 |
| Patient In - PACU Holding | |
| Patient Out - PACU Holding | |
| Patient In - Postop | 1037 |
| FastTrack | |
| Patient Out - Post-op/Care Complete | 1127 |
| Patient In - Postop Holding | |
| DC from Periop | 1143 |

### Diagnosis Information

| Diagnoses |
|---|
| Closed displaced fracture of proximal phalanx of left thumb, initial encounter |

### Anesthesia Staff

| Name | Type | Time Period |
|---|---|---|
| Brosius, Keith K, MD | Anesthesiologist | |
| Fernandez, Victoria A, PA | Anesthetist | |
| Bohm, Kelsey, PA | Anesthetist | |

### Staff

| Name | Type | Time Period |
|---|---|---|
| Chambers, Lateesha M, RN | Circulator | 4/2/2021 0913 |
| Waide, Chaka, Surg Asst | Scrub | 4/2/2021 0913 |
| Barbeyto, Joseph, RT | Radiology Technologist | |
| Langford, Wilbert Jr. | Cast Tech | 4/2/2021 0913 |
| Dry, Tonia G, PA | Physician Assistant | 4/2/2021 0913 |

### Visitors

None

### Additional Personnel

None

No data filed

### Implants

Implant Details
Inventory item: 5399KWIRE SMOOTH .035MM90717
Inventory location: 21007EG OR MAIN-OPTIMELOC21007

Model/Cat. no: 1600-935X

Manufacturer name: MICROAIRE SURGICAL
INSTRUMENTS

SMDA?: No

Implant name: KWRE SMOOTH .035MM - LOG743671
Usage Details
Action: Implanted

Site: Thumb

## Admission Information (continued)

### Implants (continued)

| Number used: 1 | | Laterality: Left |
|---|---|---|
| Implanted date | | |

4/2/21
Tissue
Is this Implant a Tissue?. No
  Reception of the Tissue               Preparation
  Tissue Description
  Frozen Tissue Only                   Comment.

### Case Tracking Events

| Event | Time In |
|---|---|
| Patient In - PACU | 0955 |
| Patient Out - PACU | 1029 |
| PACU Transfer Care Complete | 1035 |
| Patient In - PACU Holding | |
| Patient Out - PACU Holding | |
| Patient In - Postop | 1037 |
| FastTrack | |
| Patient Out - Post-op/Care Complete | 1127 |
| Patient In - Postop Holding | |
| DC from Periop | 1143 |

### Nursing Comments

  None

### Timeout Verification

Chambers, Lateesha M, RN at Fri Apr 2, 2021 0931 EDT
  Timeout Details
    Timeout type: Preprocedure

  Procedures
    Panel 1: CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE with Chan, Gilbert, MD

  Timeout Questions
    Recipient unique identifier verified: Yes

  Staff Present

| Surgeons | Anesthesia Staff |
|---|---|
| Chan, Gilbert, MD | Fernandez, Victoria A, PA |
| | Bohm, Kelsey, PA |

Staff
Chambers, Lateesha M, RN
Waide, Chaka, Surg Asst
Barbeyto, Joseph, RT
Dry, Tonia G, PA

  Verification History

| Staff | Performed | Verified |
|---|---|---|
| Chambers, Lateesha M, RN | Fri Apr 2, 2021 0931 EDT | Fri Apr 2, 2021 0933 EDT |

## Anesthesia Encounters

**Anesthesia Encounters (continued)**

**Anesthesia Encounter - Episode ID 24205073**

**Clinical Complications**

None

| | |
|---|---|
| Anesthesia Record: Hovers, Fisher [4183891]  Male 04/02/21 OPT-MN-EG-OR09 / EG OR MAIN-OPTIMELOC | Procedure: CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE (Left Thumb) Responsible Provider: Brosius, Keith K, MD Surgeons: Chan, Gilbert, MD Anesthesia Type: general Age: 3y Height: 103 cm Weight: 17.3 kg BMI: 16.31 ASA Status: 1 |

**Airway Details**

Airway

Number of Other Approaches Attempted: 1

**Medications**

propofol (DIPRIVAN) BOLUS (mg) Total dose: 30 mg

| Date/Time | Rate/Dose/Volume | Action |
|---|---|---|
| 04/02/21  0920 | 30 mg | Given |

fentaNYL (SUBLIMAZE) BOLUS (mcg) Total dose: 25 mcg

| Date/Time | Rate/Dose/Volume | Action |
|---|---|---|
| 04/02/21  0920 | 15 mcg | Given |
| 0943 | 5 mcg | Given |
| 0948 | 5 mcg | Given |

ondansetron (ZOFRAN) BOLUS (mg) Total dose: 3 mg

| Date/Time | Rate/Dose/Volume | Action |
|---|---|---|
| 04/02/21  0942 | 3 mg | Given |

ceFAZolin (ANCEF) (mg) Total dose: 550 mg

| Date/Time | Rate/Dose/Volume | Action |
|---|---|---|
| 04/02/21  0925 | 550 mg | Given |

ketorolac (TORADOL) BOLUS (mg) Total dose: 9 mg

| Date/Time | Rate/Dose/Volume | Action |
|---|---|---|
| 04/02/21  0942 | 9 mg | Given |

lactated ringers IV (mL) Total volume: 200 mL

| Date/Time | Rate/Dose/Volume | Action |
|---|---|---|
| 04/02/21  0920 | | New Bag |
| 0945 | 150 mL | Anesthesia Volume Adjustment |
| 0956 | 50 mL | |

## Anesthesia Encounter - Episode ID 24205073 (continued)



04/02/2021

| | | 0910 | 0915 | 0920 | 0925 | 0930 | 0935 | 0940 | 0945 | 0950 | 0955 | 1000 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O2 | (L/min) | 0 | [3] | [0.7] | [0.7] | [0.7] | [0.7] | [2] | [2] | [2] | | | |
| N2O | (L/min) | 0 | [7] | [0] | [0] | [0] | [0] | [0] | [0] | [0] | | | |
| Air | (L/min) | 0 | [0] | [1.3] | [1.3] | [1.3] | [1.3] | [0] | [0] | [0] | | | |
| Sevoflurane | (%) | 0 | [5.5] | [2.9] | [2.5] | [2.6] | [2.6] | [2.3] | [2.1] | [1.3] | | | |
| Isoflurane | (%) | 0 | [0] | [0] | [0] | [0] | [0] | [0] | [0] | [0] | | | |
| propofol (DIP... | (mg) | | | 30 | | | | | | | | | 30 mg |
| fentaNYL (SU... | (mcg) | | | 15 | | | | 5 | 5 | | | | 25 mcg |
| ondansetron (... | (mg) | | | | | | | 3 | | | | | 3 mg |
| ceFAZolin (AN... | (mg) | | | | 550 | | | | | | | | 550 mg |
| ketorolac (TO... | (mg) | | | | | | | 9 | | | | | 9 mg |
| lactated ring... | (mL) | | | / | | | | | 150 | | 50 | | 200 mL |
| Temp (C) | | | | | [36.7] | [36.6] | [36.5] | [36.4] | | | | | |
| ETCO2 mmHg | (mmHg) | 0 | [24] | [48] | [60] | [59] | [56] | [47] | [57] | [41] | | | |
| FiO2 | | 0.21 | [0.28] | [0.81] | [0.47] | [0.47] | [0.85] | [0.96] | [0.96] | | | | |
| SpO2 (Monitor) | (%) | | [99] | [100] | [99] | [99] | [100] | [100] | 100 | | | | |
| EKG | | | Normal ... | | | Normal ... | | | Normal ... | | | | |
| Position Check | | | Ears Cl... | | | Ears Cl... | | | Ears Cl... | | | | |
| Vent Mode | | | Man/Spo... | [Man/Sp... | [SIMV-P... | [SIMV-P... | SIMV-P... | [SIMV-P... | [Man/Sp... | [Man/Sp... | [Man/Sp... | | |
| Measured Resp (Ava... | | | [45] | [13] | [10] | [14] | [13] | [19] | [18] | [5] | | | |
| Measured ... (cm H2O) | | 0 | [5] | [11] | [12] | [13] | [11] | [2] | [2] | [2] | | | |

| | 0910 | 0915 | 0920 | 0925 | 0930 | 0935 | 0940 | 0945 | 0950 | 0955 | 1000 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Measured ... (cm H2O) | 0 | [2] | [5] | [6] | [6] | [6] | [1] | [1] | [1] | | | |
| Set Tidal Vol... (mL) | 120 | [120] | [120] | [120] | [120] | [120] | [120] | [120] | [120] | | | |
| Measured Expi... (mL) | | [0] | [100] | [115] | [121] | [102] | [59] | [119] | [74] | | | |
| Set PEEP (cm H2O) | | | 4 | [4] | [4] | [4] | [4] | [4] | [4] | | | |
| Measured ... (cm H2O) | 0 | [5] | [4] | [4] | [4] | [4] | [1] | [1] | [2] | | | |
| Set Psupp... (cm H2O) | 8 | [8] | [8] | [8] | [12] | [12] | [12] | [12] | [12] | | | |

## Blood Products

None

## Preprocedure Note

Last edited 04/02/21 0928 by Brosius, Keith K, MD
Date of Service 04/02/21 0717
Status: Addendum

## Anesthesia Encounter - Episode ID 24205073 (continued)

Preprocedure Note (continued)

### History of Present Illness

Fisher Hovers is a 3y old male who presents with Closed displaced fracture of proximal phalanx of left thumb, initial encounter to the OR for the following procedure

Fisher Hovers has No Known Allergies.

**Procedure Information:**
Case: 743671 Date/Time: 04/02/21 0850
Procedure: CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE
Anesthesia type: General
Diagnosis: Closed displaced fracture of proximal phalanx of left thumb,
initial encounter [S62.512A]
Pre-op diagnosis: Closed displaced fracture of proximal phalanx of left
thumb, initial encounter [S62.512A]
Location: OPT-MN-EG-OR09 / EG OR MAIN-OPTIMELOC
Surgeons: Chan, Gilbert, MD

**Vitals:**
NIBP (3-4 yr). 98/69 (4/2/2021 7:09 AM)
Heart Rate (1-4 yr): 106 (4/2/2021 7:09 AM)
Temperature: 36.1 °C (4/2/2021 7:09 AM)
Respiratory Rate (1-4 yr): 26 (4/2/2021 7:09 AM)
Pulse Ox: 98 % (4/2/2021 7:09 AM)
Weight (Recorded): 17.3 kg (4/2/2021 7:09 AM)

Weight (Dosing): 17 3 kg (Filed from first-documented Weight (Recorded).) (4/2/2021 7:09 AM)

### Medications

Medications Prior to Admission

| Medication | Sig | Dispense | Refill | Last Dose |
|---|---|---|---|---|
| • cetirizine HCl (ZYRTEC PO) | | | | 4/1/2021 at Unknown time |
| • ibuprofen (MOTRIN) 100 mg/5 mL suspension | Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain | 354 mL | 0 | Unknown at Unknown time |

No current facility-administered medications for this encounter.

### Imaging, Labs, and Procedures of Note

### Anesthesia ROS, Physical Exam, and Plan

#### Anesthesia ROS/Med Hx

Review of systems negative for cardiovascular, respiratory, neurologic, HEENT, GI, renal, and endocrine systems except as noted below.

**Anesthesia Encounter - Episode ID 24205073 (continued)**

Preprocedure Note (continued)
Motrin last on 3/29/20. No tylenol.
**Anesthesia History:** Patient has not had previous anesthetics.
 Source of anesthesia information: family and records. Family history of no anesthetic complications. Patient is NPO compliant **(solids/clears 2130).**
**Perinatal:** He had no significant birth history.
**Cardiovascular:** Patient has no innocent murmur.
**Respiratory:** The patient does notsnore. The patient had a recent URI **(mild congestion and clear runny nose with allergies)** with rhinorrhea and dry cough. He has no reactive airway disease.
**HEENT:** He has no dental caries. Patient has allergic rhinitis **(zyrtec. Not given yesterday or today).**
**Neurological:** He does not have seizures .
**Musculoskeletal:** Patient has bone trauma **(left thumb fracture).**
**Integumentary:** no history of common skin conditions
**Gastrointestinal:** no history of common GI conditions no history of common liver diseases
**Genitourinary:** no renal insufficiency


**Physical Exam:**
**Cardiovascular:** The patient has a normal heart rate with regular rhythm. No murmur heard.
**Pulmonary:** Patient's breath sounds clear to auscultation bilaterally.
**Neurological:** Patient level of consciousness is alert.
**Airway:** Mouth opening: normal. Respiratory support is not present. Patient has normal neck range of motion
.
**Dental:** Dentition is normal.
**Additional findings:** Likes his blanket


**Anesthesia Plan:**
**ASA:** 1 The following preop plan was discussed: midazolam
**Anesthetic induction plan:** inhalational.
**Anesthetic maintenance plan:** general.
Previous anesthetic records, NPO status, allergies, relevant Hx, labs and imaging results reviewed.
**Monitoring plan:** routine.
**Postop recovery location:** PACU.
**Postop pain control plan:** routine per anesthesia.
**Discussed plan with:** attending anesthesiologist
**Anesthetic plan and risks discussed with:** parent.
**Comments:** Does not take liquid medication well. Gags and vomits


Revision History

| | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > | 4/2/2021  9:28 AM | Brosius, Keith K, MD | Anesthesiologist | Addend |
| | 4/2/2021  8:02 AM | Brosius, Keith K, MD | Anesthesiologist | Addend |
| | 4/2/2021  7:26 AM | Huddleston, Amber, NP | PA/NP | Addend |
| | 4/2/2021  7:19 AM | Huddleston, Amber, NP | PA/NP | Sign |

Intraprocedure I/O Totals
   None

**Anesthesia Encounter - Episode ID 24205073 (continued)**

**Postprocedure Note**

Last edited 04/02/21 1145 by Spoonhour, Erin C, CRNA
Date of Service 04/02/21 1145
Status: Signed

# Anesthesia Post-op Note

**Fisher Hovers**

**Procedure Information:**
Case: 743671 Anesthesia Start Date/Time: 04/02/21 0913
Procedure: CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE (Left
Thumb)
Anesthesia type: general
Diagnosis: Closed displaced fracture of proximal phalanx of left thumb,
initial encounter [S62.512A]
Pre-op diagnosis: Closed displaced fracture of proximal phalanx of left
thumb, initial encounter [S62.512A]
Location: OPT-MN-EG-OR09 / EG OR MAIN-OPTIMELOC
Surgeons: Chan, Gilbert, MD


**Anesthesia Post Evaluation**

Patient location during evaluation: **Phase 2**

Level of Consciousness: **Satisfactory level of consciousness: awake/alert/age-appropriate participation**

Post-op Vital Signs: **Stable and in patient's normal range**

Nausea and Vomiting: **Well Controlled**

Cardiovascular status: **Cardiovascular function stable**

Respiratory status: **Respiratory function stable, airway patent**

Hydration status: **Hydration status stable and Taking oral fluids**

Post-op Pain: **Well Controlled**

Anesthetic complications: **no anesthesia complication**

Disposition: **Discharge to home**

**Responsible Staff**                                                          04/02/21

| Name | Role | Begin | End |
|---|---|---|---|
| Bohm, Kelsey, PA | ANESTHETIST | 0913 | 0923 |
| Brosius, Keith K, MD | ANESTH | 0913 | 0957 |

## Anesthesia Encounter - Episode ID 24205073 (continued)

### Responsible Staff (continued)                                                              04/02/21

| Name | Role | Begin | End |
|------|------|-------|-----|
| Fernandez, Victoria A, PA | ANESTHETIST | 0923 | 0957 |

### Encounter Notes

#### Anesthesia Preprocedure Evaluation (1)
4/2/2021 7:17 AM     Brosius, Keith K, MD (Anesthesiology)

#### Anesthesia Postprocedure Evaluation (1)
4/2/2021 11:45 AM    Spoonhour, Erin C, CRNA (Anesthesiology)

#### Anesthesia Procedure Notes (2)
4/2/2021 9:34 AM     Airway from Fernandez, Victoria A, PA (Anesthesiology)
4/2/2021 9:33 AM     PIV from Fernandez, Victoria A, PA (Anesthesiology)

### Events

| Date | Time | Event |
|------|------|-------|
| 4/2/2021 | 0802 | Ready for Procedure |
| | 0913 | Anesthesia Start |
| | | The patient name displayed in the header of the electronic record matches the patient for this surgical procedure. |
| | 0913 | Scan Patient |
| | 0914 | Start Data Collection |
| | 0914 | Pre-Induction Assessment |
| | 0917 | Induction |
| | 0919 | PIV placed |
| | 0922 | Intubation/LMA Placed |
| | 0925 | End Induction |
| | 0946 | Emergence/Transport |
| | | Based upon assessment, existing PACU/Post-op orders may be released upon Anesthesia Stop. |
| | 0949 | Extubation/LMA Removed |
| | 0951 | Stop Data Collection |
| | 0955 | Anesthesia Handoff |
| | | Anesthesia provider has started the handoff to the receiving caregiver. |
| | 0957 | Anesthesia Stop |

### Additional Documentation

### Lines, Drains, and Airways

| Type | Details | Placement | Removal |
|------|---------|-----------|---------|
| Peripheral IV | Placement Date: 04/02/21; Placement Time: 0919 (created via procedure documentation); Date/Time Indicates: Insertion, Site Location: Right, Hand, PIV Catheter Size: 22g; Patient Prep Used: See Anesthesia Record; Site Prep Used: Chlorhexidine; Inserted By: Anesthesiologist; Removal Date 04/02/21; Removal Time: 1127 | 04/02/21 0919 by Fernandez, Victoria A, PA | 04/02/21 1127 by Maenner, Heidi, RN |
| LMA | Placement Date: 04/02/21; Placement Time: 0922 (created via procedure documentation); Date/Time Indicates: Insertion, Mask: | 04/02/21 0922 by Fernandez, Victoria A, PA | 04/02/21 0951 by Fernandez, Victoria A, PA |

## Anesthesia Encounter - Episode ID 24205073 (continued)

### Lines, Drains, and Airways (continued)

| Type | Details | Placement | Removal |
|------|---------|-----------|---------|
| | 1 - easy vent by mask, LMA Size: 2.5; ETT Confirmation: Bilateral and Equal Breath Sounds, Bilateral and Equal Chest Rise, End Tidal CO2, Condensation; Inserted By: Anesthetist; Number of Attempts: 1; Inserted in Dept: Operating Room; Removal Date: 04/02/21; Removal Time: 0951 | | |
| Procedure Site: | Right; Hand; 04/02/21; 0940; Telfa, Felt, Webril, Gauze, Cast Fiberglass; 04/02/21; 1244 | 04/02/21 0940 by Chambers, Lateesha M, RN | 04/02/21 1244 by Autouser, Cancelorder |
| Procedure Site: | Right; Arm; 04/02/21; 0940; Cast Fiberglass; 04/02/21; 1244 | 04/02/21 0940 by Chambers, Lateesha M, RN | 04/02/21 1244 by Autouser, Cancelorder |

### Attestation Information

| Staff Name | Date | Time | Type |
|------------|------|------|------|
| Brosius, Keith K, MD | 04/02/21 | 0917 | Induction |
| Chambers, Lateesha M, RN | 04/02/21 | 0931 | Time Out |
| Brosius, Keith K, MD | 04/02/21 | 0946 | Emergence/Transport |
| Brosius, Keith K, MD | 04/02/21 | 0958 | Availability Entire Case |
| Chambers, Lateesha M, RN | 04/02/21 | 0959 | Intra-Op |

### Allergies
Current as of 04/02/21 0802

No Known Allergies

### Preprocedure Vitals
Current as of 04/02/21 0802

BP: 98/69
Resp: 26
Temp: 36.1 °C
Height: 103 cm  (04/02/21)
BMI: 16.31
Last edited 04/02/21 0709 by NA

Pulse: 106
SpO2: 98

Weight: 17.3 kg  (04/02/21)
IBW:

### KWIRE SMOOTH .035MM - LOG743671 - 380354

| Date & Time | Field | Old Value | New Value | User |
|-------------|-------|-----------|-----------|------|
| 4/2/2021 9:37 AM EDT | IMPLANT NAME | | PRE-ALLOCATED - 380354 | Chambers, Lateesha M, RN |
| | | PRE-ALLOCATED - 380354 | KWIRE SMOOTH .035MM - LOG743671 | |
| 4/2/2021 9:37 AM EDT | INVENTORY ITEM | | KWIRE SMOOTH .035MM | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SUPPLY TYPE | | Implant | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | MANUFACTURER | | MICROAIRE SURGICAL INSTRUMENTS | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | MANUFACTURER NUMBER | | 1600-935X | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SUPPLIER CATALOG NUMBER | | 1600935X | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | INVENTORY LOCATION | | EG OR MAIN-OPTIMELOC | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CHARGEABLE? | | Yes | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | COST PER UNIT | | 2.58 | Chambers, Lateesha M, RN |

## Anesthesia Encounter - Episode ID 24205073 (continued)

### KWIRE SMOOTH .035MM - LOG743671 - 380354 (continued)

| Date & Time | Field | Old Value | New Value | User |
|---|---|---|---|---|
| 4/2/2021 9:37 AM EDT | CHARGE PER UNIT | | 23.73213 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CHARGE CODE (EAP LINK) | | HCHG CHARGE - FIXATION - INTERNAL AND EXTERNAL | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | MODEL NUMBER | | 1600-935X | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | IMPLANTED BY | | Chan, Gilbert, MD | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | STATUS OT | | Implanted | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | STATUS | | Implanted | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | DATE IMPLANTED | | 4/2/2021 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | IMPLANT LOG NUMBER | | Log 743671 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | PATIENT ID | | HOVERS,FISHER | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | LATERALITY OF IMPLANTATION | | Left | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | NUMBER IMPLANTED | | 1 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CONTACT LOG | | Log 743671 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SURGERY CSN | | 49284281 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | LINKED TO UNFINISHED LOG? | | Yes | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | TISSUE? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | SMDA? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | AREA OF IMPLANTATION | | Thumb | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | IS TEMPORARY RECORD? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 2:31 PM EDT | LINKED TO UNFINISHED LOG? | Yes | No | Flack, Bonnie L, RN |

## Patient Flowsheet Data

## Flowsheets (all recorded)

### Post-op Phone Questionnaire - Thu April 01, 2021

| Row Name | 0738 | | | | |
|---|---|---|---|---|---|
| Preferred Name | Fisher<br>-LA at 04/01/21 0739 | | | | |

### Pre-op Instructions - Thu April 01, 2021

| Row Name | 0738 | 0900 | | | |
|---|---|---|---|---|---|
| Contacted parent/guardian, spoke to: | 404-621-7070<br>-LA at 04/01/21 0738 | times to mom<br>4046217070<br>-TP at 04/01/21 0910 | | | |
| NPO time given<br>Solids/Milk Formula | — | mn<br>-TP at 04/01/21 0910 | | | |
| NPO time given.<br>Clears | — | 0630<br>-TP at 04/01/21 0910 | | | |
| Arrival time given: | — | 0630<br>-TP at 04/01/21 0910 | | | |
| Bath instructions given. | — | Yes<br>-TP at 04/01/21 0910 | | | |

### Pre-Anesthesia Form Status - Thu April 01, 2021

| Row Name | 0738 | | | | |
|---|---|---|---|---|---|
| Pre-Anesthesia Form Received | Yes<br>-LA at 04/01/21 0738 | | | | |
| Complete | Yes<br>-LA at 04/01/21 0738 | | | | |

### Pre-op Questionnaire - Thu April 01, 2021

| Row Name | 0738 | | | | |
|---|---|---|---|---|---|
| Exposures/MRO | No<br>-LA at 04/01/21 0739 | | | | |
| 3. Has the child or close contact of the child traveled outside the United States in the past 21 days? | No<br>-LA at 04/01/21 0739 | | | | |
| Previous Surgery/Procedure Requiring Anesthesia | No<br>-LA at 04/01/21 0739 | | | | |
| Malignant Hyperthermia Risk | No<br>-LA at 04/01/21 0739 | | | | |
| Current Illness | No<br>-LA at 04/01/21 0739 | | | | |
| Informant Name/Relationship to Patient | current H&P dated 03/29/2021<br>-LA at 04/01/21 0739 | | | | |
| Preferred Name | Fisher<br>-LA at 04/01/21 0739 | | | | |
| Name of Legal Guardian(s) | Gena Hover, mom<br>-LA at 04/01/21 0739 | | | | |

### Ht/Wt - Fri April 02, 2021

| Row Name | 0700 | | | | |
|---|---|---|---|---|---|
| Weight | 17.3 kg<br>-NA at 04/02/21 0714 | | | | |
| Weight (Dosing) | 17.3 kg Filed from<br>first-documented Weight<br>(Recorded)<br>-NA at 04/02/21 0714 | | | | |
| Height | 103 cm | | | | |

## Flowsheets (all recorded) (continued)

### Ht/Wt - Fri April 02, 2021 (continued)

| Row Name | 0709 | | | | |
|---|---|---|---|---|---|
| | -NA at 04/02/21 0714 | | | | |
| Weight (Actual) *To 3 Decimals* | 17.3 kg<br>-NA at 04/02/21 0714 | | | | |
| Weight (Dosing) *To 3 Decimals* | 17.3 kg<br>-NA at 04/02/21 0714 | | | | |

### Intake Questionnaire - Fri April 02, 2021

| Row Name | 0709 | | | | |
|---|---|---|---|---|---|
| Weight | 17.3 kg<br>-NA at 04/02/21 0714 | | | | |
| Kcal/kg/d | 0<br>-NA at 04/02/21 0714 | | | | |
| ml/kg/d | 0<br>-NA at 04/02/21 0714 | | | | |

### PACU Assessment - Fri April 02, 2021

| Row Name | 0708 | 0709 | 0913 | 0922 | 0953 |
|---|---|---|---|---|---|
| Temp | — | 36.1 °C<br>-NA at 04/02/21 0714 | — | — | — |
| Temp src | — | Temporal<br>-NA at 04/02/21 0714 | — | — | — |
| Pulse | — | 106<br>-NA at 04/02/21 0714 | — | — | — |
| Resp | — | 26<br>-NA at 04/02/21 0714 | — | — | — |
| BP | — | 98/69<br>-NA at 04/02/21 0714 | — | — | — |
| MAP | — | 73<br>-NA at 04/02/21 0714 | — | — | — |
| SpO2 | — | 98 %<br>-NA at 04/02/21 0714 | — | — | — |
| Oxygen Mode | — | — | Room Air<br>-LC at 04/02/21 0922 | — | Simple Mask<br>-LC at 04/02/21 0953 |
| SKIN WDL | — | — | — | Yes<br>-LC at 04/02/21 0922 | — |
| ID Band | Right Upper Extremity<br>-NA at 04/02/21 0709 | — | — | — | — |
| Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — |
| Latex Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — |

| Row Name | 0956 | 1006 | 1011 | 1014 | 1016 |
|---|---|---|---|---|---|
| Temp | 36.2 °C<br>-MG at 04/02/21 0957 | — | — | — | — |
| Temp src | Temporal<br>-MG at 04/02/21 0957 | — | — | — | — |
| Pulse | 90<br>-MG at 04/02/21 0958 | 90<br>-MG at 04/02/21 1007 | 102<br>-MG at 04/02/21 1013 | — | 100<br>-MG at 04/02/21 1019 |
| Resp | 20<br>-MG at 04/02/21 0958 | 20<br>-MG at 04/02/21 1007 | 20<br>-MG at 04/02/21 1013 | — | 22<br>-MG at 04/02/21 1019 |
| BP | (!) 102/49<br>-MG at 04/02/21 0958 | (!) 101/52<br>-MG at 04/02/21 1007 | — | — | (!) 99/51<br>-MG at 04/02/21 1019 |
| MAP | 65<br>-MG at 04/02/21 0958 | 66<br>-MG at 04/02/21 1007 | — | — | 64<br>-MG at 04/02/21 1019 |
| SpO2 | 98 %<br>-MG at 04/02/21 0958 | 96 %<br>-MG at 04/02/21 1007 | 97 %<br>-MG at 04/02/21 1013 | — | 97 %<br>-MG at 04/02/21 1019 |
| LOC/Movement | Unresponsive<br>-MG at 04/02/21 0958 | Unresponsive<br>-MG at 04/02/21 1007 | Sleeping (stirs)<br>-MG at 04/02/21 1013 | — | Sleeping (stirs);Moves extremities<br>-MG at 04/02/21 1019 |

## Flowsheets (all recorded) (continued)

### PACU Assessment - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1008 | 1011 | 1014 | 1016 |
|---|---|---|---|---|---|
| Pain WDL | No (Continue to Monitor Patient) -MG at 04/02/21 0958 | No (Continue to Monitor Patient) -MG at 04/02/21 1007 | Yes -MG at 04/02/21 1013 | — | Yes -MG at 04/02/21 1019 |
| Pain Intensity Rating | (!) Sedated -MG at 04/02/21 0958 | (!) Sedated -MG at 04/02/21 1007 | Asleep -MG at 04/02/21 1013 | — | Asleep -MG at 04/02/21 1019 |
| Artificial Airway | Yes -MG at 04/02/21 1005 | — | No -MG at 04/02/21 1013 | — | — |
| Airway Type: | Oral -MG at 04/02/21 1005 | — | — | — | — |
| Assisting Airway | No -MG at 04/02/21 1005 | — | — | — | — |
| Oxygen Mode. | Blow By;Anesthesia Bag -MG at 04/02/21 1005 | Room Air -MG at 04/02/21 1007 | — | — | — |
| Oxygen Flow (lpm) | 8 lpm -MG at 04/02/21 1005 | — | — | — | — |
| RESPIRATORY WDL | No (Plan of Care Goal) -MG at 04/02/21 1005 | No (Plan of Care Goal) -MG at 04/02/21 1007 | Yes -MG at 04/02/21 1013 | — | — |
| Respiratory Plan of Care | No artificial airway;No supplemental oxygen, or tolerates weaning;Breath sounds clear and equal -MG at 04/02/21 1005 | No artificial airway -MG at 04/02/21 1007 | — | — | — |
| Left Breath Sounds | Clear;Slightly Diminished -MG at 04/02/21 1005 | Anterior;Clear -MG at 04/02/21 1007 | Clear -MG at 04/02/21 1013 | — | — |
| Right Breath Sounds | Clear;Slightly Diminished -MG at 04/02/21 1005 | Anterior;Clear -MG at 04/02/21 1007 | Clear -MG at 04/02/21 1013 | — | — |
| Respiratory Effort | Easy;Slightly;Shallow -MG at 04/02/21 1005 | Easy -MG at 04/02/21 1007 | Easy -MG at 04/02/21 1013 | — | — |
| Chest Excursion | Equal -MG at 04/02/21 1005 | Equal -MG at 04/02/21 1007 | Equal -MG at 04/02/21 1013 | — | — |
| Cough | No Cough -MG at 04/02/21 1005 | No Cough -MG at 04/02/21 1007 | No Cough -MG at 04/02/21 1013 | — | — |
| PERIPHERAL VASCULAR WDL | No (Continue to Monitor Patient) -MG at 04/02/21 1005 | — | — | — | — |
| Left Upper Extremity Checks | Detailed Assessment Initiated by RN or Physician -MG at 04/02/21 1005 | — | — | — | — |
| LUE Pulse | (!) Unable to Assess -MG at 04/02/21 1005 | — | — | — | — |
| LUE Skin Temp | Warm -MG at 04/02/21 1005 | — | — | — | — |
| LUE Capillary Refill (sec) | 2 seconds -MG at 04/02/21 1005 | — | — | — | — |
| LUE Skin Color. | Pink -MG at 04/02/21 1005 | — | — | — | — |
| LUE Edema | None -MG at 04/02/21 1005 | — | — | — | — |
| LUE Sensation | Unable to Assess | — | — | — | — |

**Flowsheets (all recorded) (continued)**

PACU Assessment - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1006 | 1011 | 1014 | 1016 |
|---|---|---|---|---|---|
| LUE Numbness/Tingling | Unable to Assess -MG at 04/02/21 1005 | — | — | — | — |
| Right Upper Extremity Checks | RUE Peripheral Vascular Documentation Complete -MG at 04/02/21 1005 | — | — | — | — |
| RUE Pulse | — -MG at 04/02/21 1005 | — | — | — | — |
| RUE Skin Temp | — -MG at 04/02/21 1005 | — | — | — | — |
| RUE Capillary Refill (sec) | — -MG at 04/02/21 1005 | — | — | — | — |
| RUE Skin Color | — -MG at 04/02/21 1005 | — | — | — | — |
| RUE Edema | — -MG at 04/02/21 1005 | — | — | — | — |
| RUE Sensation | — -MG at 04/02/21 1005 | — | — | — | — |
| RUE Numbness/Tingling | — -MG at 04/02/21 1005 | — | — | — | — |
| Left Lower Extremity Checks | LLE Peripheral Vascular Documentation Complete -MG at 04/02/21 1005 | — | — | — | — |
| Right Lower Extremity Checks | RLE Peripheral Vascular Documentation Complete -MG at 04/02/21 1005 | — | — | — | — |
| Cardiac Monitor | Yes -MG at 04/02/21 1005 | — | — | — | — |
| Normal Sinus Rhythm | Yes -MG at 04/02/21 1005 | — | — | — | — |
| CV WDL | Yes -MG at 04/02/21 1005 | — | — | — | — |
| SKIN WDL | No (Continue to Monitor Patient) -MG at 04/02/21 1005 | — | — | — | — |
| Medication Patch | None -MG at 04/02/21 1005 | — | — | — | — |
| Skin Turgor | Elastic -MG at 04/02/21 1005 | — | — | — | — |
| Edema | None -MG at 04/02/21 1005 | — | — | — | — |
| Skin Color | Pink -MG at 04/02/21 1005 | — | — | — | — |
| Skin Note | Cast to LUE -MG at 04/02/21 1005 | — | — | — | — |
| Activity | Sedated -MG at 04/02/21 1005 | — | Sleeping;Sleepy, responsive to speech or touch -MG at 04/02/21 1013 | — | — |
| Event | — | — | — | Parent/Caregiver Communication -MG at 04/02/21 1016 | — |
| Event Note | — | — | — | Pt's mother called and updated on Pt's | — |

## Flowsheets (all recorded) (continued)

PACU Assessment - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1008 | 1011 | 1014 | 1016 |
|----------|------|------|------|------|------|
| | | | | status.<br>-MG at 04/02/21 1015 | |
| Anesthesia/Intraop Medications Reviewed | Yes<br>-MG at 04/02/21 1005 | — | — | — | — |
| ID/Allergy Band(s) in Place/ 2 Identifiers Verified | Yes<br>-MG at 04/02/21 1005 | — | — | — | — |
| ID Band | Right Upper Extremity<br>-MG at 04/02/21 1005 | — | — | — | — |
| Allergy Band | Not Applicable<br>-MG at 04/02/21 1005 | — | — | — | — |
| Latex Allergy Band | Not Applicable<br>-MG at 04/02/21 1005 | — | — | — | — |
| Bed | Stretcher<br>-MG at 04/02/21 1005 | — | — | — | — |
| Patient Position | Supine<br>-MG at 04/02/21 1005 | — | — | — | — |
| Bed Position | 10 Degrees<br>-MG at 04/02/21 1005 | — | — | — | — |
| Heating/Cooling | Warm Blankets (note Pt temps)<br>-MG at 04/02/21 1005 | — | — | — | — |
| Additonal Equipment | Cardiac/Respiratory monitor;Pulse Ox<br>-MG at 04/02/21 1005 | — | — | — | — |
| MS WDL | No (Continue to Monitor Patient)<br>-MG at 04/02/21 1005 | — | — | — | — |
| Range of Motion / Extremity Position | Limited Range of Motion;Left Arm;Elevated<br>-MG at 04/02/21 1005 | — | — | — | — |
| Muscle Tone | Normal<br>-MG at 04/02/21 1005 | — | — | — | — |
| Devices In Use | Cast 1<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Location | Left Arm<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Skin Integrity | Dry and Intact<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Fit | Snug<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Integrity | Intact<br>-MG at 04/02/21 1005 | — | — | — | — |

| Row Name | 1026 | 1032 | 1035 | 1100 | 1125 |
|----------|------|------|------|------|------|
| Temp | 36.5 °C<br>-MG at 04/02/21 1027 | 36.9 °C<br>-MG at 04/02/21 1035 | — | — | 37 °C<br>-HM at 04/02/21 1135 |
| Temp src | Temporal<br>-MG at 04/02/21 1027 | Temporal<br>-MG at 04/02/21 1035 | — | — | Temporal<br>-HM at 04/02/21 1135 |
| Pulse | 98<br>-MG at 04/02/21 1027 | 90<br>-MG at 04/02/21 1035 | — | — | 92<br>-HM at 04/02/21 1135 |
| Resp | 20<br>-MG at 04/02/21 1027 | 20<br>-MG at 04/02/21 1035 | — | — | 20<br>-HM at 04/02/21 1135 |
| BP | (!) 92/54<br>-MG at 04/02/21 1027 | (!) 91/48<br>-MG at 04/02/21 1035 | — | — | 100/68<br>-HM at 04/02/21 1137 |
| MAP | 65<br>-MG at 04/02/21 1027 | (!) 56<br>-MG at 04/02/21 1035 | — | — | |
| SpO2 | 97 %<br> | 98 %<br> | — | — | 99 %<br> |

## Flowsheets (all recorded) (continued)

### PACU Assessment - Fri April 02, 2021 (continued)

| Row Name | 1026 | 1032 | 1035 | 1100 | 1125 |
|---|---|---|---|---|---|
| | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | | | -HM at 04/02/21 1137 |
| LOC/Movement | Sleeping (stirs);Moves extremities;Headlift; Opens eyes/responds to voice;Follows commands -MG at 04/02/21 1027 | Sleeping (stirs) -MG at 04/02/21 1035 | Sleeping (stirs) -HM at 04/02/21 1107 | Drowsy;Headlift -HM at 04/02/21 1118 | Alert;Opens eyes/responds to voice;Moves extremities;Follows commands -HM at 04/02/21 1137 |
| Pain WDL | Yes -MG at 04/02/21 1027 | — | Yes -HM at 04/02/21 1107 | Yes -HM at 04/02/21 1118 | Yes -HM at 04/02/21 1137 |
| Pain Intensity Rating | 0 -MG at 04/02/21 1027 | — | 0 -HM at 04/02/21 1107 | 0 -HM at 04/02/21 1118 | 0 -HM at 04/02/21 1137 |
| Pain Scale | FLACC -MG at 04/02/21 1027 | — | FLACC -HM at 04/02/21 1107 | FLACC -HM at 04/02/21 1118 | FACES -HM at 04/02/21 1137 |
| Responds to Stimuli | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Airway Control | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Saturation | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Movement | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Pulse | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Respirations | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| BP-Systolic | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Temperature | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Pain | Met -MG at 04/02/21 1027 | — | — | — | Met -HM at 04/02/21 1138 |
| Discharge Criteria Met | — | — | — | — | Met -HM at 04/02/21 1138 |
| REASSESSMENT | Biophysical Assessment of Patient unchanged;Peripheral Vascular assessment unchanged, Except as noted -MG at 04/02/21 1027 | — | — | — | — |
| Oxygen Mode | — | — | — | — | Room Air -HM at 04/02/21 1137 |
| RESPIRATORY WDL | — | — | Yes -HM at 04/02/21 1107 | Yes -HM at 04/02/21 1118 | Yes -HM at 04/02/21 1137 |
| Respiratory Plan of Care | — | — | Breath sounds clear and equal -HM at 04/02/21 1107 | — | — |
| Left Breath Sounds | — | — | Anterior,Clear,Posterior -HM at 04/02/21 1107 | — | — |
| Right Breath Sounds | — | — | Anterior;Posterior;Clear -HM at 04/02/21 1107 | — | — |
| Respiratory Effort | — | — | Easy | — | — |

## Flowsheets (all recorded) (continued)

### PACU Assessment - Fri April 02, 2021 (continued)

| Row Name | 1028 | 1032 | 1035 | 1100 | 1125 |
|---|---|---|---|---|---|
| Chest Excursion | — | — | Equal<br>-HM at 04/02/21 1107 | — | — |
| Cough | — | — | No Cough<br>-HM at 04/02/21 1107 | — | — |
| PERIPHERAL VASCULAR WDL | — | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 |
| Left Upper Extremity Checks | — | — | Detailed Assessment Initiated by RN or Physician<br>-HM at 04/02/21 1107 | Detailed Assessment Initiated by RN or Physician<br>-HM at 04/02/21 1118 | Detailed Assessment Initiated by RN or Physician<br>-HM at 04/02/21 1137 |
| LUE Pulse | — | — | (!) Unable to Assess<br>-HM at 04/02/21 1107 | (!) Unable to Assess<br>-HM at 04/02/21 1118 | (!) Unable to Assess<br>-HM at 04/02/21 1137 |
| LUE Skin Temp | — | — | Warm<br>-HM at 04/02/21 1107 | Warm<br>-HM at 04/02/21 1118 | Warm<br>-HM at 04/02/21 1137 |
| LUE Capillary Refill (sec) | — | — | 2 seconds<br>-HM at 04/02/21 1107 | 2 seconds<br>-HM at 04/02/21 1118 | 2 seconds<br>-HM at 04/02/21 1137 |
| LUE Skin Color | — | — | Pink<br>-HM at 04/02/21 1118 | Pink<br>-HM at 04/02/21 1118 | Pink<br>-HM at 04/02/21 1137 |
| LUE Edema | — | — | None<br>-HM at 04/02/21 1107 | None<br>-HM at 04/02/21 1118 | None<br>-HM at 04/02/21 1137 |
| LUE Sensation | Present<br>-MG at 04/02/21 1027 | — | Present<br>-HM at 04/02/21 1107 | Present<br>-HM at 04/02/21 1118 | Present<br>-HM at 04/02/21 1137 |
| LUE Numbness/Tingling | Absent<br>-MG at 04/02/21 1027 | — | Absent<br>-HM at 04/02/21 1107 | Absent<br>-HM at 04/02/21 1118 | Absent<br>-HM at 04/02/21 1137 |
| LUE Motion | Present<br>-MG at 04/02/21 1027 | — | Present<br>-HM at 04/02/21 1107 | Present<br>-HM at 04/02/21 1118 | Present<br>-HM at 04/02/21 1137 |
| LUE Strength | Normal<br>-MG at 04/02/21 1027 | — | Normal<br>-HM at 04/02/21 1107 | Normal<br>-HM at 04/02/21 1118 | Normal<br>-HM at 04/02/21 1137 |
| LUE Hand DFlxn & PFlxn | Present<br>-MG at 04/02/21 1027 | — | Present<br>-HM at 04/02/21 1107 | Present<br>-HM at 04/02/21 1118 | Present<br>-HM at 04/02/21 1137 |
| Right Upper Extremity Checks | — | — | RUE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1107 | RUE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1118 | RUE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1137 |
| Left Lower Extremity Checks | — | — | LLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1107 | LLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1118 | LLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1137 |
| Right Lower Extremity Checks | — | — | RLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1107 | RLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1118 | RLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1137 |
| SKIN WDL | — | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 |
| Medication Patch | — | — | None<br>-HM at 04/02/21 1107 | — | — |
| Skin Turgor | — | — | Elastic<br>-HM at 04/02/21 1107 | — | — |
| Edema | — | — | None<br>-HM at 04/02/21 1107 | — | — |
| Skin Color | — | — | Pink<br>-HM at 04/02/21 1107 | — | — |
| Skin Note | — | — | Cast to LUE<br>-HM at 04/02/21 1107 | — | — |
| NEURO WDL | — | — | Yes | Yes | Yes |

## Flowsheets (all recorded) (continued)

### PACU Assessment - Fri April 02, 2021 (continued)

| Row Name | 1026 | 1032 | 1035 | 1100 | 1125 |
|---|---|---|---|---|---|
| | | | -HM at 04/02/21 1107 | -HM at 04/02/21 1118 | -HM at 04/02/21 1137 |
| Activity | — | — | Sleepy, responsive to speech or touch<br>-HM at 04/02/21 1107 | — | — |
| Event Note | — | Pt transported to Day Surgery without incident. Upon arrival, care transferred to RN. V/S assessed. Pt's mother at bedside. All questions answered.<br>-MG at 04/02/21 1035 | — | — | — |
| ID Band | — | — | Right Upper Extremity<br>-HM at 04/02/21 1107 | — | — |
| Allergy Band | — | — | Not Applicable<br>-HM at 04/02/21 1107 | — | — |
| Latex Allergy Band | — | — | Not Applicable<br>-HM at 04/02/21 1107 | — | — |
| MS WDL | — | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 |
| Range of Motion / Extremity Position | — | — | Limited Range of Motion<br>-HM at 04/02/21 1107 | Limited Range of Motion<br>-HM at 04/02/21 1118 | Contractures<br>-HM at 04/02/21 1137 |
| Muscle Tone | — | — | Normal<br>-HM at 04/02/21 1107 | Normal<br>-HM at 04/02/21 1118 | Normal<br>-HM at 04/02/21 1137 |
| Devices In Use | — | — | Cast 1<br>-HM at 04/02/21 1107 | Cast 1<br>-HM at 04/02/21 1118 | Cast 1<br>-HM at 04/02/21 1137 |
| Cast 1 Location | — | — | Left Arm<br>-HM at 04/02/21 1107 | Left Arm<br>-HM at 04/02/21 1118 | Left Arm<br>-HM at 04/02/21 1137 |
| Cast 1 Skin Integrity | — | — | Dry and Intact<br>-HM at 04/02/21 1107 | Dry and Intact<br>-HM at 04/02/21 1118 | Dry and Intact<br>-HM at 04/02/21 1137 |
| Cast 1 Fit | — | — | Snug<br>-HM at 04/02/21 1107 | Snug<br>-HM at 04/02/21 1118 | Snug<br>-HM at 04/02/21 1137 |
| Cast 1 Integrity | — | — | Intact<br>-HM at 04/02/21 1107 | Intact<br>-HM at 04/02/21 1118 | Intact<br>-HM at 04/02/21 1137 |
| GI WDL | — | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 |
| GU WDL | — | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 |

### Postop Assessment - Fri April 02, 2021

| Row Name | 0708 | 0709 | 0913 | 0922 | 0953 |
|---|---|---|---|---|---|
| Temp | — | 36.1 °C<br>-NA at 04/02/21 0714 | — | — | — |
| Temp src | — | Temporal<br>-NA at 04/02/21 0714 | — | — | — |
| Pulse | — | 106<br>-NA at 04/02/21 0714 | — | — | — |
| Resp | — | 26<br>-NA at 04/02/21 0714 | — | — | — |
| BP | — | 98/69<br>-NA at 04/02/21 0714 | — | — | — |
| SpO2 | — | 98 %<br>-NA at 04/02/21 0714 | — | — | — |
| Oxygen Mode | — | — | Room Air<br>-LC at 04/02/21 0922 | — | Simple Mask<br>-LC at 04/02/21 0953 |
| ID Band | Right Upper Extremity | — | — | — | — |

## Flowsheets (all recorded) (continued)

### Postop Assessment - Fri April 02, 2021 (continued)

| Row Name | 0708 | 0709 | 0913 | 0922 | 0953 |
|---|---|---|---|---|---|
| | -NA at 04/02/21 0709 | | | | |
| Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — |
| Latex Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — |
| SKIN WDL | — | — | — | Yes<br>-LC at 04/02/21 0922 | — |

| Row Name | 0956 | 1006 | 1011 | 1016 | 1026 |
|---|---|---|---|---|---|
| Temp | 36.2 °C<br>-MG at 04/02/21 0957 | — | — | — | 36.5 °C<br>-MG at 04/02/21 1027 |
| Temp src | Temporal<br>-MG at 04/02/21 0957 | — | — | — | Temporal<br>-MG at 04/02/21 1027 |
| Pulse | 90<br>-MG at 04/02/21 0958 | 90<br>-MG at 04/02/21 1007 | 102<br>-MG at 04/02/21 1013 | 100<br>-MG at 04/02/21 1019 | 98<br>-MG at 04/02/21 1027 |
| Resp | 20<br>-MG at 04/02/21 0958 | 20<br>-MG at 04/02/21 1007 | 20<br>-MG at 04/02/21 1013 | 22<br>-MG at 04/02/21 1019 | 20<br>-MG at 04/02/21 1027 |
| BP | (!) 102/49<br>-MG at 04/02/21 0958 | (!) 101/52<br>-MG at 04/02/21 1007 | — | (!) 99/51<br>-MG at 04/02/21 1019 | (!) 92/54<br>-MG at 04/02/21 1027 |
| Cardiac Monitor | Yes<br>-MG at 04/02/21 1005 | — | — | — | — |
| Normal Sinus Rhythm | Yes<br>-MG at 04/02/21 1005 | — | — | — | — |
| CV WDL | Yes<br>-MG at 04/02/21 1005 | — | — | — | — |
| SpO2 | 98 %<br>-MG at 04/02/21 0958 | 96 %<br>-MG at 04/02/21 1007 | 97 %<br>-MG at 04/02/21 1013 | 97 %<br>-MG at 04/02/21 1019 | 97 %<br>-MG at 04/02/21 1027 |
| Oxygen Mode | Blow By;Anesthesia Bag<br>-MG at 04/02/21 1005 | Room Air<br>-MG at 04/02/21 1007 | | | |
| Oxygen Flow (lpm) | 8 lpm<br>-MG at 04/02/21 1005 | | | | |
| LOC/Movement | Unresponsive<br>-MG at 04/02/21 0958 | Unresponsive<br>-MG at 04/02/21 1007 | Sleeping (stirs)<br>-MG at 04/02/21 1013 | Sleeping (stirs);Moves extremities<br>-MG at 04/02/21 1019 | Sleeping (stirs);Moves extremities;Headlift; Opens eyes/responds to voice;Follows commands<br>-MG at 04/02/21 1027 |
| Pain WDL | No (Continue to Monitor Patient)<br>-MG at 04/02/21 0958 | No (Continue to Monitor Patient)<br>-MG at 04/02/21 1007 | Yes<br>-MG at 04/02/21 1013 | Yes<br>-MG at 04/02/21 1019 | Yes<br>-MG at 04/02/21 1027 |
| Pain Scale | — | — | — | — | FLACC<br>-MG at 04/02/21 1027 |
| Pain Intensity Rating | (!) Sedated<br>-MG at 04/02/21 0958 | (!) Sedated<br>-MG at 04/02/21 1007 | Asleep<br>-MG at 04/02/21 1013 | Asleep<br>-MG at 04/02/21 1019 | 0<br>-MG at 04/02/21 1027 |
| REASSESSMENT | — | — | — | — | Biophysical Assessment of Patient unchanged;Periphe ral Vascular assessment unchanged, Except as noted<br>-MG at 04/02/21 1027 |
| ID Band | Right Upper Extremity<br>-MG at 04/02/21 1005 | — | — | — | — |
| Allergy Band | Not Applicable<br>-MG at 04/02/21 1005 | — | — | — | — |
| Latex Allergy Band | Not Applicable | | | | |

## Flowsheets (all recorded) (continued)

### Postop Assessment - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1006 | 1011 | 1016 | 1026 |
|---|---|---|---|---|---|
| | -MG at 04/02/21 1005 | | | | |
| SKIN WDL | No (Continue to Monitor Patient) -MG at 04/02/21 1005 | — | — | — | — |
| Medication Patch | None -MG at 04/02/21 1005 | — | — | — | — |
| Skin Turgor | Elastic -MG at 04/02/21 1005 | — | — | — | — |
| Edema | None -MG at 04/02/21 1005 | — | — | — | — |
| Skin Color | Pink -MG at 04/02/21 1005 | — | — | — | — |
| Skin Note | Cast to LUE -MG at 04/02/21 1005 | — | — | — | — |
| RESPIRATORY WDL | No (Plan of Care Goal) -MG at 04/02/21 1007 | No (Plan of Care Goal) -MG at 04/02/21 1007 | Yes -MG at 04/02/21 1013 | — | — |
| Respiratory Plan of Care | No artificial airway;No supplemental oxygen, or tolerates weaning,Breath sounds clear and equal -MG at 04/02/21 1005 | No artificial airway -MG at 04/02/21 1007 | — | — | — |
| Left Breath Sounds | Clear;Slightly Diminished -MG at 04/02/21 1005 | Anterior;Clear -MG at 04/02/21 1007 | Clear -MG at 04/02/21 1013 | — | — |
| Right Breath Sounds | Clear;Slightly Diminished -MG at 04/02/21 1005 | Anterior;Clear -MG at 04/02/21 1007 | Clear -MG at 04/02/21 1013 | — | — |
| Respiratory Effort | Easy;Slightly;Shallow -MG at 04/02/21 1005 | Easy -MG at 04/02/21 1007 | Easy -MG at 04/02/21 1013 | — | — |
| Chest Excursion | Equal -MG at 04/02/21 1005 | Equal -MG at 04/02/21 1007 | Equal -MG at 04/02/21 1013 | — | — |
| Cough | No Cough -MG at 04/02/21 1005 | No Cough -MG at 04/02/21 1007 | No Cough -MG at 04/02/21 1013 | — | — |
| Activity | Sedated -MG at 04/02/21 1005 | — | Sleeping;Sleepy, responsive to speech or touch -MG at 04/02/21 1013 | — | — |
| PERIPHERAL VASCULAR WDL | No (Continue to Monitor Patient) -MG at 04/02/21 1005 | — | — | — | — |
| Left Upper Extremity Checks | Detailed Assessment Initiated by RN or Physician -MG at 04/02/21 1005 | — | — | — | — |
| LUE Pulse | (!) Unable to Assess -MG at 04/02/21 1005 | — | — | — | — |
| LUE Skin Temp | Warm -MG at 04/02/21 1005 | — | — | — | — |
| LUE Capillary Refill (sec) | 2 seconds -MG at 04/02/21 1005 | — | — | — | — |
| LUE Skin Color | Pink -MG at 04/02/21 1005 | — | — | — | — |
| LUE Edema | None | — | — | — | — |

## Flowsheets (all recorded) (continued)

### Postop Assessment - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1006 | 1011 | 1016 | 1026 |
|---|---|---|---|---|---|
| | -MG at 04/02/21 1005 | | | | |
| LUE Sensation | Unable to Assess<br>-MG at 04/02/21 1005 | — | — | — | Present<br>-MG at 04/02/21 1027 |
| LUE Numbness/Tingling | Unable to Assess<br>-MG at 04/02/21 1005 | — | — | — | Absent<br>-MG at 04/02/21 1027 |
| LUE Motion | — | — | — | — | Present<br>-MG at 04/02/21 1027 |
| LUE Strength | — | — | — | — | Normal<br>-MG at 04/02/21 1027 |
| LUE Hand DFlxn & PFlxn | — | — | — | — | Present<br>-MG at 04/02/21 1027 |
| Right Upper Extremity Checks | RUE Peripheral Vascular Documentation Complete<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Pulse | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Skin Temp | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Capillary Refill (sec) | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Skin Color | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Edema | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Sensation | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| RUE Numbness/Tingling | —<br>-MG at 04/02/21 1005 | — | — | — | — |
| Left Lower Extremity Checks | LLE Peripheral Vascular Documentation Complete<br>-MG at 04/02/21 1005 | — | — | — | — |
| Right Lower Extremity Checks | RLE Peripheral Vascular Documentation Complete<br>-MG at 04/02/21 1005 | — | — | — | — |
| MS WDL | No (Continue to Monitor Patient)<br>-MG at 04/02/21 1005 | — | — | — | — |
| Range of Motion / Extremity Position | Limited Range of Motion;Left Arm;Elevated<br>-MG at 04/02/21 1005 | — | — | — | — |
| Muscle Tone | Normal<br>-MG at 04/02/21 1005 | — | — | — | — |
| Devices In Use | Cast 1<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Location | Left Arm<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Skin Integrity | Dry and Intact<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Fit | Snug<br>-MG at 04/02/21 1005 | — | — | — | — |
| Cast 1 Integrity | Intact<br>-MG at 04/02/21 1005 | — | — | — | — |
| Heating/Cooling | Warm Blankets | — | — | — | — |

## Flowsheets (all recorded) (continued)

### Postop Assessment - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1006 | 1011 | 1016 | 1026 |
|---|---|---|---|---|---|
| | (note Pt temps)<br>-MG at 04/02/21 1005 | | | | |
| Bed | Stretcher<br>-MG at 04/02/21 1005 | — | — | — | — |
| Additonal Equipment | Cardiac/Respiratory monitor;Pulse Ox<br>-MG at 04/02/21 1005 | — | — | — | — |

| Row Name | 1032 | 1035 | 1100 | 1125 | |
|---|---|---|---|---|---|
| Temp | 36.9 °C<br>-MG at 04/02/21 1035 | — | — | 37 °C<br>-HM at 04/02/21 1135 | |
| Temp src | Temporal<br>-MG at 04/02/21 1035 | — | — | Temporal<br>-HM at 04/02/21 1135 | |
| Pulse | 90<br>-MG at 04/02/21 1035 | — | — | 92<br>-HM at 04/02/21 1135 | |
| Resp | 20<br>-MG at 04/02/21 1035 | — | — | 20<br>-HM at 04/02/21 1135 | |
| BP | (!) 91/48<br>-MG at 04/02/21 1035 | — | — | 100/68<br>-HM at 04/02/21 1137 | |
| SpO2 | 98 %<br>-MG at 04/02/21 1035 | — | — | 99 %<br>-HM at 04/02/21 1137 | |
| Oxygen Mode | — | — | — | Room Air<br>-HM at 04/02/21 1137 | |
| LOC/Movement | Sleeping (stirs)<br>-MG at 04/02/21 1035 | Sleeping (stirs)<br>-HM at 04/02/21 1107 | Drowsy;Headlift<br>-HM at 04/02/21 1118 | Alert;Opens eyes/responds to voice;Moves extremites,Follows commands<br>-HM at 04/02/21 1137 | |
| Pain WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | |
| Pain Scale | — | FLACC<br>-HM at 04/02/21 1107 | FLACC<br>-HM at 04/02/21 1118 | FACES<br>-HM at 04/02/21 1137 | |
| Pain Intensity Rating | --- | 0<br>-HM at 04/02/21 1107 | 0<br>-HM at 04/02/21 1118 | 0<br>-HM at 04/02/21 1137 | |
| Post-op Standard Met | — | Yes<br>-HM at 04/02/21 1107 | — | — | |
| ID Band | — | Right Upper Extremity<br>-HM at 04/02/21 1107 | — | — | |
| Allergy Band | — | Not Applicable<br>-HM at 04/02/21 1107 | — | — | |
| Latex Allergy Band | — | Not Applicable<br>-HM at 04/02/21 1107 | — | — | |
| SKIN WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | |
| Medication Patch | — | None<br>-HM at 04/02/21 1107 | — | — | |
| Skin Turgor | — | Elastic<br>-HM at 04/02/21 1107 | — | — | |
| Edema | — | None<br>-HM at 04/02/21 1107 | — | — | |
| Skin Color | --- | Pink<br>-HM at 04/02/21 1107 | — | — | |
| Skin Note | — | Cast to LUE<br>-HM at 04/02/21 1107 | — | — | |
| RESPIRATORY WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | |
| Respiratory Plan of Care | — | Breath sounds clear and equal<br>-HM at 04/02/21 1107 | — | — | |

## Flowsheets (all recorded) (continued)

**Postop Assessment - Fri April 02, 2021 (continued)**

| Row Name | 1032 | 1035 | 1100 | 1125 | | |
|---|---|---|---|---|---|---|
| Left Breath Sounds | — | Anterior;Clear;Posterior<br>-HM at 04/02/21 1107 | — | — | | |
| Right Breath Sounds | — | Anterior;Posterior;Clear<br>-HM at 04/02/21 1107 | — | — | | |
| Respiratory Effort | — | Easy<br>-HM at 04/02/21 1107 | — | — | | |
| Chest Excursion | — | Equal<br>-HM at 04/02/21 1107 | — | — | | |
| Cough | — | No Cough<br>-HM at 04/02/21 1107 | — | — | | |
| NEURO WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | | |
| Activity | — | Sleepy, responsive to speech or touch<br>-HM at 04/02/21 1107 | — | — | | |
| PERIPHERAL VASCULAR WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | | |
| Left Upper Extremity Checks | — | Detailed Assessment Initiated by RN or Physician<br>-HM at 04/02/21 1107 | Detailed Assessment Initiated by RN or Physician<br>-HM at 04/02/21 1118 | Detailed Assessment Initiated by RN or Physician<br>-HM at 04/02/21 1137 | | |
| LUE Pulse | — | (!) Unable to Assess<br>-HM at 04/02/21 1107 | (!) Unable to Assess<br>-HM at 04/02/21 1118 | (!) Unable to Assess<br>-HM at 04/02/21 1137 | | |
| LUE Skin Temp | — | Warm<br>-HM at 04/02/21 1107 | Warm<br>-HM at 04/02/21 1118 | Warm<br>-HM at 04/02/21 1137 | | |
| LUE Capillary Refill (sec) | — | 2 seconds<br>-HM at 04/02/21 1107 | 2 seconds<br>-HM at 04/02/21 1118 | 2 seconds<br>-HM at 04/02/21 1137 | | |
| LUE Skin Color | — | Pink<br>-HM at 04/02/21 1118 | Pink<br>-HM at 04/02/21 1118 | Pink<br>-HM at 04/02/21 1137 | | |
| LUE Edema | — | None<br>-HM at 04/02/21 1107 | None<br>-HM at 04/02/21 1118 | None<br>-HM at 04/02/21 1137 | | |
| LUE Sensation | — | Present<br>-HM at 04/02/21 1107 | Present<br>-HM at 04/02/21 1118 | Present<br>-HM at 04/02/21 1137 | | |
| LUE Numbness/Tingling | — | Absent<br>-HM at 04/02/21 1107 | Absent<br>-HM at 04/02/21 1118 | Absent<br>-HM at 04/02/21 1137 | | |
| LUE Motion | — | Present<br>-HM at 04/02/21 1107 | Present<br>-HM at 04/02/21 1118 | Present<br>-HM at 04/02/21 1137 | | |
| LUE Strength | — | Normal<br>-HM at 04/02/21 1107 | Normal<br>-HM at 04/02/21 1118 | Normal<br>-HM at 04/02/21 1137 | | |
| LUE Hand DFlxn & PFlxn | — | Present<br>-HM at 04/02/21 1107 | Present<br>-HM at 04/02/21 1118 | Present<br>-HM at 04/02/21 1137 | | |
| Right Upper Extremity Checks | — | RUE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1107 | RUE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1118 | RUE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1137 | | |
| Left Lower Extremity Checks | — | LLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1107 | LLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1118 | LLE Peripheral Vascular Documentation Complete<br>-HM at 04/02/21 1137 | | |
| Right Lower Extremity Checks | — | RLE Peripheral Vascular Documentation | RLE Peripheral Vascular Documentation | RLE Peripheral Vascular Documentation | | |

## Flowsheets (all recorded) (continued)

### Postop Assessment - Fri April 02, 2021 (continued)

| Row Name | 1032 | 1035 | 1100 | 1125 | |
|---|---|---|---|---|---|
| | | Complete<br>-HM at 04/02/21 1107 | Complete<br>-HM at 04/02/21 1118 | Complete<br>-HM at 04/02/21 1137 | |
| GI WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | |
| GU WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | |
| MS WDL | — | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 | |
| Range of Motion /<br>Extremity Position | — | Limited Range of<br>Motion<br>-HM at 04/02/21 1107 | Limited Range of<br>Motion<br>-HM at 04/02/21 1118 | Contractures<br>-HM at 04/02/21 1137 | |
| Muscle Tone | — | Normal<br>-HM at 04/02/21 1107 | Normal<br>-HM at 04/02/21 1118 | Normal<br>-HM at 04/02/21 1137 | |
| Devices In Use | — | Cast 1<br>-HM at 04/02/21 1107 | Cast 1<br>-HM at 04/02/21 1118 | Cast 1<br>-HM at 04/02/21 1137 | |
| Cast 1 Location | — | Left Arm<br>-HM at 04/02/21 1107 | Left Arm<br>-HM at 04/02/21 1118 | Left Arm<br>-HM at 04/02/21 1137 | |
| Cast 1 Skin<br>Integrity | — | Dry and Intact<br>-HM at 04/02/21 1107 | Dry and Intact<br>-HM at 04/02/21 1118 | Dry and Intact<br>-HM at 04/02/21 1137 | |
| Cast 1 Fit | — | Snug<br>-HM at 04/02/21 1107 | Snug<br>-HM at 04/02/21 1118 | Snug<br>-HM at 04/02/21 1137 | |
| Cast 1 Integrity | — | Intact<br>-HM at 04/02/21 1107 | Intact<br>-HM at 04/02/21 1118 | Intact<br>-HM at 04/02/21 1137 | |

### I/O - Fri April 02, 2021

| Row Name | 0920 | 0945 | 0956 | 1026 | 1100 |
|---|---|---|---|---|---|
| Concentration<br>(mg/mL) | 10 mg/mL<br>-VF at 04/02/21 0920 | — | — | — | — |
| Dose (mg) | 30 mg<br>-VF at 04/02/21 0920 | — | — | — | — |
| Volume Infused<br>(mL) | — | — | 50 mL<br>-MG at 04/02/21 1026 | — | — |
| Infusion Site | — | — | [REMOVED] PIV<br>04/02/21 0919<br>Right;Hand<br>-MG at 04/02/21 1003 | — | — |
| Rate | — | — | 100 mL/hr Continued<br>from OR.<br>-MG at 04/02/21 1003 | — | — |
| Volume Infused<br>(mL) | — | — | — | 50 mL<br>-MG at 04/02/21 1026 | — |
| PO Volume (mL) | — | — | — | — | 30 mL Apple Juice<br>-HM at 04/02/21 1107 |

| Row Name | 1116 | 1130 | | | |
|---|---|---|---|---|---|
| PO Volume (mL) | 30 mL Apple Juice<br>-HM at 04/02/21 1117 | 100 mL Apple<br>Juice/Popcycles<br>-HM at 04/02/21 1135 | | | |

### Custom Formula Rows Only - Fri April 02, 2021

| Row Name | 0709 | 0956 | 1006 | 1011 | 1016 |
|---|---|---|---|---|---|
| Weight Change<br>Since Admission | 0<br>-NA at 04/02/21 0714 | — | — | — | — |
| Blood Cx Optimal<br>Volume | 14<br>-NA at 04/02/21 0714 | — | — | — | — |
| Appropriate Bottles | if >=6mL obtained,<br>split between 2<br>Aerobic/Anaerobic<br>bottles<br>-NA at 04/02/21 0714 | — | — | — | — |
| Weight (Dosing) | 17.3 kg | — | — | — | — |

## Flowsheets (all recorded) (continued)

### Custom Formula Rows Only - Fri April 02, 2021 (continued)

| Row Name | 0709 | 0956 | 1006 | 1011 | 1016 |
|---|---|---|---|---|---|
| *To 3 Decimals* | -NA at 04/02/21 0714 | | | | |
| 10/KG | 173<br>-NA at 04/02/21 0714 | — | — | — | — |
| 15/KG | 259.5<br>-NA at 04/02/21 0714 | — | — | — | — |
| 20/KG | 345.99<br>-NA at 04/02/21 0714 | — | — | — | — |
| Weight | | — | — | — | — |
| | 17.2997108351760<br>5035<br>-NA at 04/02/21 0714 | | | | |
| 5/KG | 86 5<br>-NA at 04/02/21 0714 | — | — | — | — |
| MAP | 79 MMHG<br>-NA at 04/02/21 0714 | 67 MMHG<br>-MG at 04/02/21 0958 | 68 MMHG<br>-MG at 04/02/21 1007 | — | 67 MMHG<br>-MG at 04/02/21 1019 |
| BSA | 0.7 sq meters<br>-NA at 04/02/21 0714 | | | | |
| BMI | 16.31<br>-NA at 04/02/21 0714 | — | — | — | — |
| Week's Total | -NA at 04/02/21 0714 | -MG at 04/02/21 0958 | -MG at 04/02/21 1007 | -MG at 04/02/21 1013 | -MG at 04/02/21 1019 |
| Weight (Actual) *To 3 Decimals* | 17.3 kg<br>-NA at 04/02/21 0714 | | | | |
| Treatment Completed Formula | -NA at 04/02/21 0714 | -MG at 04/02/21 0958 | -MG at 04/02/21 1007 | -MG at 04/02/21 1013 | -MG at 04/02/21 1019 |
| Treatment Completed Formula | -NA at 04/02/21 0714 | -MG at 04/02/21 0958 | -MG at 04/02/21 1007 | -MG at 04/02/21 1013 | -MG at 04/02/21 1019 |
| Treatment Completed Formula | -NA at 04/02/21 0714 | -MG at 04/02/21 0958 | -MG at 04/02/21 1007 | -MG at 04/02/21 1013 | -MG at 04/02/21 1019 |
| Solids - Protein Gm/kg | 0 Gm/Kg<br>-NA at 04/02/21 0714 | — | — | — | — |
| Metric Temp | 36.1<br>-NA at 04/02/21 0714 | 36 2<br>-MG at 04/02/21 0957 | — | — | — |
| Creatinine | 0<br>-NA at 04/02/21 0714 | — | — | — | — |
| GFR Height | 103<br>-NA at 04/02/21 0714 | — | — | — | — |
| Dias BP %ile | (!) 98 %<br>-NA at 04/02/21 0714 | 49 %<br>-MG at 04/02/21 0958 | 59 %<br>-MG at 04/02/21 1007 | — | 56 %<br>-MG at 04/02/21 1019 |
| Sys BP %ile | 74 %<br>-NA at 04/02/21 0714 | 85 %<br>-MG at 04/02/21 0958 | 83 %<br>-MG at 04/02/21 1007 | — | 77 %<br>-MG at 04/02/21 1019 |
| Capillary refill score row | — | 2<br>-MG at 04/02/21 1005 | — | — | — |
| BMI (Calculated) | 16.3<br>-NA at 04/02/21 0714 | | | | |
| Pulse Ox View Only | 98<br>-NA at 04/02/21 0714 | 98<br>-MG at 04/02/21 0958 | 96<br>-MG at 04/02/21 1007 | 97<br>-MG at 04/02/21 1013 | 97<br>-MG at 04/02/21 1019 |
| Week's Total | -NA at 04/02/21 0714 | -MG at 04/02/21 0958 | -MG at 04/02/21 1007 | -MG at 04/02/21 1013 | -MG at 04/02/21 1019 |
| Week's Total | -NA at 04/02/21 0714 | -MG at 04/02/21 0958 | -MG at 04/02/21 1007 | -MG at 04/02/21 1013 | -MG at 04/02/21 1019 |
| BMI | 16.34 kg/meter squared<br>-NA at 04/02/21 0714 | — | — | — | — |
| BSA | 0.7<br>-NA at 04/02/21 0714 | | | | |
| Boys Systolic BP Percentile | 74 %<br>-NA at 04/02/21 0714 | 85 %<br>-MG at 04/02/21 0958 | 83 %<br>-MG at 04/02/21 1007 | — | 77 %<br>-MG at 04/02/21 1019 |
| Boys Diastolic BP Percentile | (!) 98 %<br>-NA at 04/02/21 0714 | 49 %<br>-MG at 04/02/21 0958 | 59 %<br>-MG at 04/02/21 1007 | — | 56 %<br>-MG at 04/02/21 1019 |

## Flowsheets (all recorded) (continued)

### Custom Formula Rows Only - Fri April 02, 2021 (continued)

| Row Name | 1026 | 1032 | 1035 | 1100 | 1125 |
|---|---|---|---|---|---|
| MAP | 67 MMHG<br>-MG at 04/02/21 1027 | 62 MMHG<br>-MG at 04/02/21 1035 | — | — | 79 MMHG<br>-HM at 04/02/21 1137 |
| Week's Total | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | — | — | -HM at 04/02/21 1135 |
| Treatment Completed Formula | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | — | | -HM at 04/02/21 1135 |
| Treatment Completed Formula | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | — | | -HM at 04/02/21 1135 |
| Treatment Completed Formula | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | — | | -HM at 04/02/21 1135 |
| Metric Temp | 36.5<br>-MG at 04/02/21 1027 | 36.9<br>-MG at 04/02/21 1035 | — | — | 37<br>-HM at 04/02/21 1135 |
| Dias BP %ile | 69 %<br>-MG at 04/02/21 1027 | 46 %<br>-MG at 04/02/21 1035 | — | — | (!) 97 %<br>-HM at 04/02/21 1137 |
| Sys BP %ile | 51 %<br>-MG at 04/02/21 1027 | 46 %<br>-MG at 04/02/21 1035 | — | — | 80 %<br>-HM at 04/02/21 1137 |
| Capillary refill score row | — | — | 2<br>-HM at 04/02/21 1107 | 2<br>-HM at 04/02/21 1118 | 2<br>-HM at 04/02/21 1137 |
| Pulse Ox View Only | 97<br>-MG at 04/02/21 1027 | 98<br>-MG at 04/02/21 1035 | — | — | 99<br>-HM at 04/02/21 1137 |
| Week's Total | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | — | — | -HM at 04/02/21 1135 |
| Week's Total | -MG at 04/02/21 1027 | -MG at 04/02/21 1035 | — | — | -HM at 04/02/21 1135 |
| Boys Systolic BP Percentile | 51 %<br>-MG at 04/02/21 1027 | 46 %<br>-MG at 04/02/21 1035 | — | — | 80 %<br>-HM at 04/02/21 1137 |
| Boys Diastolic BP Percentile | 69 %<br>-MG at 04/02/21 1027 | 46 %<br>-MG at 04/02/21 1035 | — | — | (!) 97 %<br>-HM at 04/02/21 1137 |

### Child Life - Fri April 02, 2021

| Row Name | 0853 | | | | |
|---|---|---|---|---|---|
| Introduction to Services | .25<br>-AM at 05/03/21 0854 | | | | |

### Vitals & Measurements - Fri April 02, 2021

| Row Name | 0709 | 0913 | 0953 | 0956 | 1008 |
|---|---|---|---|---|---|
| Weight | 17.3 kg<br>-NA at 04/02/21 0714 | — | — | — | — |
| Weight Measurement Method | Standing Scale<br>-NA at 04/02/21 0714 | — | — | — | — |
| Height | 103 cm<br>-NA at 04/02/21 0714 | — | — | — | — |
| Height Measurement Method | Standing Scale<br>-NA at 04/02/21 0714 | — | — | — | — |
| Weight (Actual) *To 3 Decimals* | 17.3 kg<br>-NA at 04/02/21 0714 | — | — | — | — |
| Temp | 36.1 °C<br>-NA at 04/02/21 0714 | — | — | 36.2 °C<br>-MG at 04/02/21 0957 | — |
| Temp src | Temporal<br>-NA at 04/02/21 0714 | — | — | Temporal<br>-MG at 04/02/21 0957 | — |
| Pulse | 106<br>-NA at 04/02/21 0714 | — | — | 90<br>-MG at 04/02/21 0958 | 90<br>-MG at 04/02/21 1007 |
| Resp | 26<br>-NA at 04/02/21 0714 | — | — | 20<br>-MG at 04/02/21 0958 | 20<br>-MG at 04/02/21 1007 |
| BP | 98/69<br>-NA at 04/02/21 0714 | — | — | (!) 102/49<br>-MG at 04/02/21 0958 | (!) 101/52<br>-MG at 04/02/21 1007 |
| MAP | 73<br>-NA at 04/02/21 0714 | — | — | 65<br>-MG at 04/02/21 0958 | 66<br>-MG at 04/02/21 1007 |

## Flowsheets (all recorded) (continued)

### Vitals & Measurements - Fri April 02, 2021 (continued)

| Row Name | 0709 | 0913 | 0953 | 0956 | 1006 |
|---|---|---|---|---|---|
| Activity | — | | | Sedated<br>-MG at 04/02/21 1005 | |
| Oxygen Mode | — | Room Air<br>-LC at 04/02/21 0922 | Simple Mask<br>-LC at 04/02/21 0953 | Blow<br>By:Anesthesia Bag<br>-MG at 04/02/21 1005 | Room Air<br>-MG at 04/02/21 1007 |
| Oxygen Flow (lpm) | — | — | — | 8 lpm<br>-MG at 04/02/21 1005 | — |
| SpO2 | 98 %<br>-NA at 04/02/21 0714 | — | — | 98 %<br>-MG at 04/02/21 0958 | 96 %<br>-MG at 04/02/21 1007 |
| Pain Intensity Rating | — | — | — | (!) Sedated<br>-MG at 04/02/21 0958 | (!) Sedated<br>-MG at 04/02/21 1007 |

| Row Name | 1011 | 1016 | 1026 | 1032 | 1035 |
|---|---|---|---|---|---|
| Temp | — | — | 36 5 °C<br>-MG at 04/02/21 1027 | 36.9 °C<br>-MG at 04/02/21 1035 | — |
| Temp src | — | — | Temporal<br>-MG at 04/02/21 1027 | Temporal<br>-MG at 04/02/21 1035 | — |
| Pulse | 102<br>-MG at 04/02/21 1013 | 100<br>-MG at 04/02/21 1019 | 98<br>-MG at 04/02/21 1027 | 90<br>-MG at 04/02/21 1035 | — |
| Resp | 20<br>-MG at 04/02/21 1013 | 22<br>-MG at 04/02/21 1019 | 20<br>-MG at 04/02/21 1027 | 20<br>-MG at 04/02/21 1035 | — |
| BP | — | (!) 99/51<br>-MG at 04/02/21 1018 | (!) 92/54<br>-MG at 04/02/21 1027 | (!) 91/48<br>-MG at 04/02/21 1035 | — |
| MAP | — | 64<br>-MG at 04/02/21 1019 | 65<br>-MG at 04/02/21 1027 | (!) 56<br>-MG at 04/02/21 1035 | — |
| Activity | Sleeping;Sleepy, responsive to speech or touch<br>-MG at 04/02/21 1013 | — | — | — | Sleepy, responsive to speech or touch<br>-HM at 04/02/21 1107 |
| SpO2 | 97 %<br>-MG at 04/02/21 1013 | 97 %<br>-MG at 04/02/21 1019 | 97 %<br>-MG at 04/02/21 1027 | 98 %<br>-MG at 04/02/21 1035 | — |
| Pain Scale | — | — | FLACC<br>-MG at 04/02/21 1027 | — | FLACC<br>-HM at 04/02/21 1107 |
| Pain Intensity Rating | Asleep<br>-MG at 04/02/21 1013 | Asleep<br>-MG at 04/02/21 1019 | 0<br>-MG at 04/02/21 1027 | — | 0<br>-HM at 04/02/21 1107 |

| Row Name | 1100 | 1125 | | | |
|---|---|---|---|---|---|
| Temp | — | 37 °C<br>-HM at 04/02/21 1135 | | | |
| Temp src | — | Temporal<br>-HM at 04/02/21 1135 | | | |
| Pulse | — | 92<br>-HM at 04/02/21 1135 | | | |
| Resp | — | 20<br>-HM at 04/02/21 1135 | | | |
| BP | — | 100/68<br>-HM at 04/02/21 1137 | | | |
| Oxygen Mode | — | Room Air<br>-HM at 04/02/21 1137 | | | |
| SpO2 | — | 99 %<br>-HM at 04/02/21 1137 | | | |
| Pain Scale | FLACC<br>-HM at 04/02/21 1118 | FACES<br>-HM at 04/02/21 1137 | | | |
| Pain Intensity Rating | 0<br>-HM at 04/02/21 1118 | 0<br>-HM at 04/02/21 1137 | | | |

### I/O - Fri April 02, 2021

| Row Name | 1100 | 1116 | 1130 | | |
|---|---|---|---|---|---|
| PO Volume (mL) | 30 mL Apple Juice<br>-HM at 04/02/21 1107 | 30 mL Apple Juice<br>-HM at 04/02/21 1117 | 100 mL Apple Juice/Popcycles<br>-HM at 04/02/21 1135 | | |

### LDA/Packing - Fri April 02, 2021

## Flowsheets (all recorded) (continued)

### LDA/Packing - Fri April 02, 2021 (continued)

| Row Name | 0956 | 1026 | 1040 | 1100 | |
|---|---|---|---|---|---|
| REASSESSMENT | — | PIV(s), except as noted below, consistent with Last Filed Value for patient -MG at 04/02/21 1026 | Consistent with Last Filed Value for patient -HM at 04/02/21 1108 | Consistent with Last Filed Value for patient -HM at 04/02/21 1119 | |
| LINE PROPERTIES | DATE/TIME DOCUMENTED INDICATES: Insertion -VF, 04/02/21 0934 Placement Date: 04/02/21 -VF, 04/02/21 0934 Placement Time: 0919 -VF, created via procedure documentation , 04/02/21 0934 SITE LOCATION: Right;Hand -VF, 04/02/21 0934 Catheter Size: 22g -VF, 04/02/21 0934 Patient Prep: See Anesthesia Record -VF, 04/02/21 0934 Site Prep: Chlorhexidine -VF, 04/02/21 0934 Inserted By: Anesthesiologist -VF, 04/02/21 0934 Removal Date: 04/02/21 -HM, 04/02/21 1127 Removal Time: 1127 -HM, 04/02/21 1127 | | | | |
| LINE/SITE/DRESSING WNL | Yes -MG at 04/02/21 1026 | Yes -MG at 04/02/21 1026 | Yes -HM at 04/02/21 1108 | Yes -HM at 04/02/21 1119 | |
| STATUS | Fluids infusing -MG at 04/02/21 1026 | NS locked -MG at 04/02/21 1026 | NS locked -HM at 04/02/21 1108 | NS locked -HM at 04/02/21 1119 | |
| Line Intervention | Line Access Bundle Completed;Flushed ,Blood return checked;Connectio ns checked and tightened;Fluids/dri ps checked and verified -MG at 04/02/21 1026 | Line Access Bundle Completed;Flushed ;Connections checked and tightened;Converte d to Hep/NS lock -MG at 04/02/21 1026 | — | — | |
| Site Intervention | Continue to monitor -MG at 04/02/21 1026 | — | — | — | |
| Daily TLC education provided to pt/family | — | — | Yes -HM at 04/02/21 1108 | Yes -HM at 04/02/21 1119 | |
| Dressing Type | Transparent occlusive dressing;Tape -MG at 04/02/21 1026 | — | Transparent occlusive dressing -HM at 04/02/21 1108 | Transparent occlusive dressing -HM at 04/02/21 1119 | |

### Discharge Criteria - Fri April 02, 2021

| Row Name | 1026 | 1125 | | | | |
|---|---|---|---|---|---|---|
| Discharge Criteria Met | — | Met -HM at 04/02/21 1138 | | | | |
| Responds to Stimuli | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Airway Control | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Saturation | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Movement | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Pulse | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Respirations | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| BP-Systolic | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Temperature | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |
| Pain | Met -MG at 04/02/21 1027 | Met -HM at 04/02/21 1138 | | | | |

## Flowsheets (all recorded) (continued)

### Discharge Summary - Fri April 02, 2021

| Row Name | 1125 | | | | |
|---|---|---|---|---|---|
| Standard Discharge | Yes<br>-HM at 04/02/21 1138 | | | | |

### Transport - Fri April 02, 2021

| Row Name | 0913 | 0953 | 0956 | 1006 | 1029 |
|---|---|---|---|---|---|
| Transport from Pre-op to Intra-op | In stretcher, SR up<br>-LC at 04/02/21 0922 | — | — | — | — |
| Transport from Intra-op to PACU | — | In stretcher/Bed, SR up<br>-LC at 04/02/21 0953 | — | — | — |
| Transport from PACU to Post-op | — | — | — | — | In stretcher, SR up<br>-MG at 04/02/21 1032 |
| Transporting/Receiving | — | — | — | — | Michael/Heidi<br>-MG at 04/02/21 1032 |
| Destination Safety Criteria Met | Yes<br>-LC at 04/02/21 0922 | Yes<br>-LC at 04/02/21 0953 | — | — | Yes<br>-MG at 04/02/21 1032 |
| Transfer of Care Complete | Yes<br>-LC at 04/02/21 0922 | Yes<br>-LC at 04/02/21 0953 | — | — | Yes<br>-MG at 04/02/21 1032 |
| Oxygen Mode | Room Air<br>-LC at 04/02/21 0922 | Simple Mask<br>-LC at 04/02/21 0953 | Blow By:Anesthesia Bag<br>-MG at 04/02/21 1005 | Room Air<br>-MG at 04/02/21 1007 | — |
| Oxygen Flow (lpm) | — | — | 8 lpm<br>-MG at 04/02/21 1005 | — | — |

| Row Name | 1125 | | | | |
|---|---|---|---|---|---|
| Oxygen Mode | Room Air<br>-HM at 04/02/21 1137 | | | | |

### IP PreOp Checklist - Fri April 02, 2021

| Row Name | 0708 | 0709 | 0731 | 0757 | 0843 |
|---|---|---|---|---|---|
| ID Band | Right Upper Extremity<br>-NA at 04/02/21 0709 | — | — | — | — |
| Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — |
| Latex Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — |
| NPO Solids Date | 04/01/21<br>-NA at 04/02/21 0709 | — | — | — | — |
| NPO Solids Time | 2130<br>-NA at 04/02/21 0709 | — | — | — | — |
| NPO Clear Liquid Date | 04/01/21<br>-NA at 04/02/21 0709 | — | — | — | — |
| NPO Clear Liquid Time | 2130<br>-NA at 04/02/21 0709 | — | — | — | — |
| H/P Present | — | — | — | Yes<br>-HM at 04/02/21 0757 | — |
| Informed Surgical Consent to treatment dated within 30 days | — | — | — | Yes<br>-HM at 04/02/21 0757 | — |
| Site/Procedure verified with parent/guardian | — | — | — | Yes<br>-HM at 04/02/21 0757 | — |
| Site/Procedure verified with consent | — | — | — | Yes<br>-HM at 04/02/21 0757 | — |
| Site Marked | — | — | — | Yes<br>-HM at 04/02/21 0757 | — |
| Anesthesia | — | — | Yes | — | — |

## Flowsheets (all recorded) (continued)

**IP PreOp Checklist - Fri April 02, 2021 (continued)**

| Row Name | 0708 | 0709 | 0731 | 0757 | 0843 |
|---|---|---|---|---|---|
| evaluation on chart | | | -HM at 04/02/21 0732 | | |
| Anesthesiologist Verify Evaluation Prior to Surgery | — | — | Yes<br>-HM at 04/02/21 0732 | — | — |
| Code sheet on chart for Inpatients | — | Yes<br>-HM at 04/02/21 0709 | — | — | — |
| Patient identification stickers | — | Yes<br>-HM at 04/02/21 0709 | — | — | — |
| Jewelry removed | — | Not Applicable<br>-HM at 04/02/21 0732 | — | — | — |
| Glasses, contact lens removed | — | Not Applicable<br>-HM at 04/02/21 0732 | — | — | — |
| Does the patient have loose teeth? | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Hearing device | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Personal belongings with patient | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Pre-op Lab Status | — | Not Applicable<br>-HM at 04/02/21 0732 | — | — | — |
| COVID-19 Outside Lab Status | — | NA<br>-HM at 04/02/21 0732 | — | — | — |
| Lab need to be done in the OR | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Family/Caregiver location | — | Patient Room<br>-HM at 04/02/21 0709 | — | — | — |
| Family contact number | — | 404-621-7070;<br>Gena Hovers<br>(Mother)<br>-HM at 04/02/21 0709 | — | — | — |
| Implants in patient | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Pre-Op Medication | — | Ordered<br>-HM at 04/02/21 0735 | — | — | Given<br>-HM at 04/02/21 0843 |
| Medication Response | — | — | — | — | Relaxed<br>-HM at 04/02/21 0843 |
| Bath Completed | — | Yes<br>-HM at 04/02/21 0735 | — | — | — |

| Row Name | 0900 | 0956 | 1035 | | | |
|---|---|---|---|---|---|---|
| ID Band | — | Right Upper Extremity<br>-MG at 04/02/21 1005 | Right Upper Extremity<br>-HM at 04/02/21 1107 | | | |
| Allergy Band | — | Not Applicable<br>-MG at 04/02/21 1005 | Not Applicable<br>-HM at 04/02/21 1107 | | | |
| Latex Allergy Band | — | Not Applicable<br>-MG at 04/02/21 1005 | Not Applicable<br>-HM at 04/02/21 1107 | | | |
| Intraop Nurse Verify any required blood products, implants, devices and/or special equipment for the procedure are available | Yes<br>-LC at 04/02/21 0922 | — | — | | | |
| INTRAOP NURSE Verify **Pre-op | Yes<br>-LC at 04/02/21 0922 | — | — | | | |

## Flowsheets (all recorded) (continued)

### IP PreOp Checklist - Fri April 02, 2021 (continued)

| Row Name | 0900 | 0956 | 1035 | | |
|---|---|---|---|---|---|
| Checklist is correct & complete | | | | | |
| INTRAOP NURSE VERIFY DATE | 04/02/21<br>-LC at 04/02/21 0922 | — | — | | |
| INTRAOP NURSE VERIFY TIME | 0900<br>-LC at 04/02/21 0922 | — | — | | |

### Education - Fri April 02, 2021

| Row Name | 0855 | | | | | |
|---|---|---|---|---|---|---|
| Ambulatory Surgery/Outpatient | Yes<br>-HM at 04/02/21 0855 | | | | | |
| Standard Learner Profile | Yes<br>-HM at 04/02/21 0855 | | | | | |
| Learner Verbalizes Understanding | Yes<br>-HM at 04/02/21 0855 | | | | | |
| Applicable Teaching Sheets Given | Yes Anesthesia (Toddler/Child), Cast Care<br>-HM at 04/02/21 0855 | | | | | |

### OR PreOp Checklist - Fri April 02, 2021

| Row Name | 0708 | 0709 | 0731 | 0757 | 0843 | |
|---|---|---|---|---|---|---|
| ID Band | Right Upper Extremity<br>-NA at 04/02/21 0709 | — | — | — | — | |
| Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — | |
| Latex Allergy Band | Not Applicable<br>-NA at 04/02/21 0709 | — | — | — | — | |
| NPO Solids Date | 04/01/21<br>-NA at 04/02/21 0709 | — | — | — | — | |
| NPO Solids Time | 2130<br>-NA at 04/02/21 0709 | — | — | — | — | |
| NPO Clear Liquid Date | 04/01/21<br>-NA at 04/02/21 0709 | — | — | — | — | |
| NPO Clear Liquid Time | 2130<br>-NA at 04/02/21 0709 | — | — | — | — | |
| H/P Present | — | — | — | Yes<br>-HM at 04/02/21 0757 | — | |
| Informed Surgical Consent to treatment dated within 30 days | — | — | — | Yes<br>-HM at 04/02/21 0757 | — | |
| Site/Procedure verified with parent/guardian | — | — | — | Yes<br>-HM at 04/02/21 0757 | — | |
| Site/Procedure verified with consent | — | — | — | Yes<br>-HM at 04/02/21 0757 | — | |
| Site Marked | — | — | — | Yes<br>-HM at 04/02/21 0757 | — | |
| Anesthesia evaluation on chart | — | — | Yes<br>-HM at 04/02/21 0732 | — | — | |
| Anesthesiologist Verify Evaluation Prior to Surgery | — | — | Yes<br>-HM at 04/02/21 0732 | — | — | |
| Code sheet on chart for Inpatients | — | Yes<br>-HM at 04/02/21 0709 | — | — | — | |

## Flowsheets (all recorded) (continued)

### OR PreOp Checklist - Fri April 02, 2021 (continued)

| Row Name | 0708 | 0709 | 0731 | 0757 | 0843 |
|---|---|---|---|---|---|
| Patient identification stickers | — | Yes<br>-HM at 04/02/21 0709 | — | — | — |
| Jewelry removed | — | Not Applicable<br>-HM at 04/02/21 0732 | — | — | — |
| Glasses, contact lens removed | — | Not Applicable<br>-HM at 04/02/21 0732 | — | — | — |
| Does the patient have loose teeth? | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Hearing device | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Personal belongings with patient | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Pre-op Lab Status | — | Not Applicable<br>-HM at 04/02/21 0732 | — | — | — |
| COVID-19 Outside Lab Status | — | NA<br>-HM at 04/02/21 0732 | — | — | — |
| Lab need to be done in the OR | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Family/Caregiver location | — | Patient Room<br>-HM at 04/02/21 0709 | — | — | — |
| Family contact number | — | 404-621-7070;<br>Gena Hovers<br>(Mother)<br>-HM at 04/02/21 0709 | — | — | — |
| Implants in patient | — | No<br>-HM at 04/02/21 0732 | — | — | — |
| Pre-Op Medication | — | Ordered<br>-HM at 04/02/21 0735 | — | — | Given<br>-HM at 04/02/21 0843 |
| Medication Response | — | — | — | — | Relaxed<br>-HM at 04/02/21 0843 |
| Bath Completed | — | Yes<br>-HM at 04/02/21 0735 | | | |

| Row Name | 0900 | 0956 | 1035 | | | |
|---|---|---|---|---|---|---|
| ID Band | — | Right Upper Extremity<br>-MG at 04/02/21 1005 | Right Upper Extremity<br>-HM at 04/02/21 1107 | | | |
| Allergy Band | — | Not Applicable<br>-MG at 04/02/21 1005 | Not Applicable<br>-HM at 04/02/21 1107 | | | |
| Latex Allergy Band | — | Not Applicable<br>-MG at 04/02/21 1005 | Not Applicable<br>-HM at 04/02/21 1107 | | | |
| Intraop Nurse Verify any required blood products, implants, devices and/or special equipment for the procedure are available | Yes<br>-LC at 04/02/21 0922 | — | — | | | |
| INTRAOP NURSE Verify **Pre-op Checklist is correct & complete | Yes<br>-LC at 04/02/21 0922 | — | — | | | |
| INTRAOP NURSE VERIFY DATE | 04/02/21<br>-LC at 04/02/21 0922 | — | — | | | |
| INTRAOP NURSE VERIFY TIME | 0900<br>-LC at 04/02/21 0922 | — | — | | | |

## Flowsheets (all recorded) (continued)

### Skin Assessment - Fri April 02, 2021

| Row Name | 0922 | 0956 | 1035 | 1100 | 1125 |
|---|---|---|---|---|---|
| SKIN WDL | Yes<br>-LC at 04/02/21 0922 | No (Continue to Monitor Patient)<br>-MG at 04/02/21 1005 | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1118 | Yes<br>-HM at 04/02/21 1137 |
| Medication Patch | — | None<br>-MG at 04/02/21 1005 | None<br>-HM at 04/02/21 1107 | — | — |
| Skin Turgor | — | Elastic<br>-MG at 04/02/21 1005 | Elastic<br>-HM at 04/02/21 1107 | — | — |
| Edema | — | None<br>-MG at 04/02/21 1005 | None<br>-HM at 04/02/21 1107 | — | — |
| Skin Color | — | Pink<br>-MG at 04/02/21 1005 | Pink<br>-HM at 04/02/21 1107 | — | — |
| Skin Note | — | Cast to LUE<br>-MG at 04/02/21 1005 | Cast to LUE<br>-HM at 04/02/21 1107 | — | — |

### Procedure Site/Dressing - Fri April 02, 2021

| Row Name | 0956 | 1026 | 1040 | 1100 | 1125 |
|---|---|---|---|---|---|
| Procedure | Location Laterality : Right -LC, 04/02/21 0940  LOCATION: Hand -LC, 04/02/21 0940  Placement Date. 04/02/21 -LC, 04/02/21 0940  Placement Time: 0940 -LC, 04/02/21 0940  DRESSING TYPE: Telfa;Felt,Webril;Gauze;Cast Fiberglass -LC, 04/02/21 0940  Removal Date: 04/02/21 -CA, 04/02/21 1244  Removal Time: 1244 -CA, 04/02/21 1244 | | | | |
| PROCEDURE SITE/DRESSING WDL | Yes<br>-MG at 04/02/21 1026 | Yes<br>-MG at 04/02/21 1025 | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1119 | Yes<br>-HM at 04/02/21 1134 |
| Site Assessment | — | Unchanged<br>-MG at 04/02/21 1025 | Unchanged<br>-HM at 04/02/21 1107 | Unchanged<br>-HM at 04/02/21 1119 | Unchanged<br>-HM at 04/02/21 1134 |
| Dressing Appearance | Clean;Dry;Intact<br>-MG at 04/02/21 1026 | Clean;Dry;Intact<br>-MG at 04/02/21 1025 | Clean;Intact;Dry<br>-HM at 04/02/21 1107 | Clean,Dry;Intact<br>-HM at 04/02/21 1119 | Clean;Dry;Intact<br>-HM at 04/02/21 1134 |
| Procedure | Location Laterality : Right -LC, 04/02/21 0940  LOCATION: Arm -LC, 04/02/21 0940  Placement Date: 04/02/21 -LC, 04/02/21 0940  Placement Time: 0940 -LC, 04/02/21 0940  DRESSING TYPE; Cast Fiberglass -LC, 04/02/21 0940  Removal Date: 04/02/21 -CA, 04/02/21 1244  Removal Time: 1244 -CA, 04/02/21 1244 | | | | |
| PROCEDURE SITE/DRESSING WDL | Yes<br>-MG at 04/02/21 1026 | Yes<br>-MG at 04/02/21 1025 | Yes<br>-HM at 04/02/21 1107 | Yes<br>-HM at 04/02/21 1119 | Yes<br>-HM at 04/02/21 1134 |
| Site Assessment | — | Unchanged<br>-MG at 04/02/21 1025 | Unchanged<br>-HM at 04/02/21 1107 | Unchanged<br>-HM at 04/02/21 1119 | Unchanged<br>-HM at 04/02/21 1134 |
| Dressing Appearance | Clean,Dry;Intact<br>-MG at 04/02/21 1026 | Clean;Dry;Intact<br>-MG at 04/02/21 1025 | Clean;Dry;Intact<br>-HM at 04/02/21 1107 | Clean,Dry;Intact<br>-HM at 04/02/21 1119 | Clean,Dry;Intact<br>-HM at 04/02/21 1134 |

### Transport  - Fri April 02, 2021

| Row Name | 0913 | 0953 | 0956 | 1006 | 1029 |
|---|---|---|---|---|---|
| Transport from Pre-op to Intra-op | In stretcher, SR up<br>-LC at 04/02/21 0922 | — | — | — | — |
| Transporting/Receiving | — | — | — | — | Michael/Heidi<br>-MG at 04/02/21 1032 |
| Destination Safety Criteria Met | Yes<br>-LC at 04/02/21 0922 | Yes<br>-LC at 04/02/21 0953 | — | — | Yes<br>-MG at 04/02/21 1032 |
| Transfer of Care Complete | Yes<br>-LC at 04/02/21 0922 | Yes<br>-LC at 04/02/21 0953 | — | — | Yes<br>-MG at 04/02/21 1032 |
| Oxygen Mode | Room Air<br>-LC at 04/02/21 0922 | Simple Mask<br>-LC at 04/02/21 0953 | Blow By;Anesthesia Bag<br>-MG at 04/02/21 1005 | Room Air<br>-MG at 04/02/21 1007 | — |
| Oxygen Flow (lpm) | — | — | 8 lpm<br>-MG at 04/02/21 1005 | — | — |

| Row Name | 1125 | | | | |
|---|---|---|---|---|---|
| Oxygen Mode | Room Air<br>-HM at 04/02/21 1137 | | | | |

### Transport  - Fri April 02, 2021

## Flowsheets (all recorded) (continued)

### Transport - Fri April 02, 2021 (continued)

| Row Name | 0913 | 0953 | 0956 | 1006 | 1029 |
|---|---|---|---|---|---|
| Transport from Intra-op to PACU | — | In stretcher/Bed, SR up -LC at 04/02/21 0953 | — | — | — |
| Transporting/Receiving | — | — | — | — | Michael/Heidi -MG at 04/02/21 1032 |
| Destination Safety Criteria Met | Yes -LC at 04/02/21 0922 | Yes -LC at 04/02/21 0953 | — | — | Yes -MG at 04/02/21 1032 |
| Transfer of Care Complete | Yes -LC at 04/02/21 0922 | Yes -LC at 04/02/21 0953 | — | — | Yes -MG at 04/02/21 1032 |
| Oxygen Mode | Room Air -LC at 04/02/21 0922 | Simple Mask -LC at 04/02/21 0953 | Blow By;Anesthesia Bag -MG at 04/02/21 1005 | Room Air -MG at 04/02/21 1007 | — |
| Oxygen Flow (lpm) | — | — | 8 lpm -MG at 04/02/21 1005 | — | — |

| Row Name | 1125 | | | | |
|---|---|---|---|---|---|
| Oxygen Mode | Room Air -HM at 04/02/21 1137 | | | | |

### Nursing Communication - Fri April 02, 2021

| Row Name | 0938 | | | | |
|---|---|---|---|---|---|
| Family Contacted at: | 0938 -LC at 04/02/21 0939 | | | | |
| Nursing Communication Comments | called mom and verified name and DOB updated mom on procedure progress at 404-621-7070 -LC at 04/02/21 0939 | | | | |

### OR Log Debrief Form - Fri April 02, 2021

| Row Name | 0950 | | | | |
|---|---|---|---|---|---|
| OR Debrief Form Completed? | N/A -LC at 04/02/21 0950 | | | | |

### Intraop Nursing Care Plan - Fri April 02, 2021

| Row Name | 0950 | | | | |
|---|---|---|---|---|---|
| Did the patient sustain an alteration in skin and tissue integrity other than surgical incision? | No -LC at 04/02/21 0950 | | | | |
| Did the patient sustain an injury related to positioning, extraneous objects, chemicals, physical and electrical hazards? | No -LC at 04/02/21 0950 | | | | |
| Was there a break in technique related to surgical procedure that could result in potential infection? | No -LC at 04/02/21 0950 | | | | |
| Was there a | No | | | | |

## Flowsheets (all recorded) (continued)

### Intraop Nursing Care Plan - Fri April 02, 2021 (continued)

| Row Name | 0950 | | | | |
|---|---|---|---|---|---|
| deviation in Plan of Care? | -LC at 04/02/21 0950 | | | | |
| Was there a deviation in Expected Outcome? | No -LC at 04/02/21 0950 | | | | |

### Vitals Reassessment - Fri April 02, 2021

| Row Name | 0709 | 0956 | 1006 | 1011 | 1016 |
|---|---|---|---|---|---|
| Temp | 36.1 °C -NA at 04/02/21 0714 | 36 2 °C -MG at 04/02/21 0957 | — | — | — |
| Temp src | Temporal -NA at 04/02/21 0714 | Temporal -MG at 04/02/21 0957 | | | |
| Pulse | 106 -NA at 04/02/21 0714 | 90 -MG at 04/02/21 0958 | 90 -MG at 04/02/21 1007 | 102 -MG at 04/02/21 1013 | 100 -MG at 04/02/21 1019 |
| Resp | 26 -NA at 04/02/21 0714 | 20 -MG at 04/02/21 0958 | 20 -MG at 04/02/21 1007 | 20 -MG at 04/02/21 1013 | 22 -MG at 04/02/21 1019 |
| SpO2 | 98 % -NA at 04/02/21 0714 | 98 % -MG at 04/02/21 0958 | 96 % -MG at 04/02/21 1007 | 97 % -MG at 04/02/21 1013 | 97 % -MG at 04/02/21 1019 |
| BP | 98/69 -NA at 04/02/21 0714 | (!) 102/49 -MG at 04/02/21 0958 | (!) 101/52 -MG at 04/02/21 1007 | — | (!) 99/51 -MG at 04/02/21 1019 |
| MAP | 73 -NA at 04/02/21 0714 | 65 -MG at 04/02/21 0958 | 66 -MG at 04/02/21 1007 | — | 64 -MG at 04/02/21 1019 |
| Oxygen Flow (lpm) | — | 8 lpm -MG at 04/02/21 1005 | — | — | — |
| Automatic Restart Vitals Timer | Yes -NA at 04/02/21 0714 | Yes -MG at 04/02/21 0958 | Yes -MG at 04/02/21 1007 | Yes -MG at 04/02/21 1013 | Yes -MG at 04/02/21 1019 |

| Row Name | 1026 | 1032 | 1125 | | |
|---|---|---|---|---|---|
| Temp | 36 5 °C -MG at 04/02/21 1027 | 36.9 °C -MG at 04/02/21 1035 | 37 °C -HM at 04/02/21 1135 | | |
| Temp src | Temporal -MG at 04/02/21 1027 | Temporal -MG at 04/02/21 1035 | Temporal -HM at 04/02/21 1135 | | |
| Pulse | 98 -MG at 04/02/21 1027 | 90 -MG at 04/02/21 1035 | 92 -HM at 04/02/21 1135 | | |
| Resp | 20 -MG at 04/02/21 1027 | 20 -MG at 04/02/21 1035 | 20 -HM at 04/02/21 1135 | | |
| SpO2 | 97 % -MG at 04/02/21 1027 | 98 % -MG at 04/02/21 1035 | 99 % -HM at 04/02/21 1137 | | |
| BP | (!) 92/54 -MG at 04/02/21 1027 | (!) 91/48 -MG at 04/02/21 1035 | 100/68 -HM at 04/02/21 1137 | | |
| MAP | 65 -MG at 04/02/21 1027 | (!) 56 -MG at 04/02/21 1035 | — | | |
| Automatic Restart Vitals Timer | Yes -MG at 04/02/21 1027 | Yes -MG at 04/02/21 1035 | Yes -HM at 04/02/21 1135 | | |

### Abuse/Neglect/Behavioral & Mental Health Screening - Fri April 02, 2021

| Row Name | 0708 | 0734 | | | |
|---|---|---|---|---|---|
| Introductory Statement: | Children's is committed to the health and safety of you and your child. It is important to us that we ask these questions to better understand your specific needs. -HM at 04/02/21 0709 | Children's is committed to the health and safety of you and your child. It is important to us that we ask these questions to better understand your specific needs. -HM at 04/02/21 0734 | | | |
| Is there anyone in your life that poses a threat to the | No -HM at 04/02/21 0709 | No -HM at 04/02/21 0734 | | | |

## Flowsheets (all recorded) (continued)

### Abuse/Neglect/Behavioral & Mental Health Screening - Fri April 02, 2021 (continued)

| Row Name | 0708 | 0734 | | | |
|---|---|---|---|---|---|
| safety of you or anyone else in your home? | | | | | |
| Do you have safety concerns about your child hurting themself or others? | No -HM at 04/02/21 0709 | No -HM at 04/02/21 0734 | | | |
| Have you (CHOA staff) observed anything that prompts concerns of potential abuse/neglect (i.e. physical/behavioral signs of abuse or parent/guardian to child interactions)? | No -HM at 04/02/21 0709 | No -HM at 04/02/21 0734 | | | |

### Vitals - Fri April 02, 2021

| Row Name | 0709 | 0956 | 1006 | 1011 | 1016 |
|---|---|---|---|---|---|
| Weight (Dosing) | 17.3 kg Filed from first-documented Weight (Recorded). -NA at 04/02/21 0714 | — | — | — | — |
| Temp | 36.1 °C -NA at 04/02/21 0714 | 36.2 °C -MG at 04/02/21 0957 | — | — | — |
| Temp src | Temporal -NA at 04/02/21 0714 | Temporal -MG at 04/02/21 0957 | — | — | — |
| Pulse | 106 -NA at 04/02/21 0714 | 90 -MG at 04/02/21 0958 | 90 -MG at 04/02/21 1007 | 102 -MG at 04/02/21 1013 | 100 -MG at 04/02/21 1019 |
| Resp | 26 -NA at 04/02/21 0714 | 20 -MG at 04/02/21 0958 | 20 -MG at 04/02/21 1007 | 20 -MG at 04/02/21 1013 | 22 -MG at 04/02/21 1019 |
| BP | 98/69 -NA at 04/02/21 0714 | (!) 102/49 -MG at 04/02/21 0958 | (!) 101/52 -MG at 04/02/21 1007 | — | (!) 99/51 -MG at 04/02/21 1019 |
| MAP | 73 -NA at 04/02/21 0714 | 65 -MG at 04/02/21 0958 | 66 -MG at 04/02/21 1007 | — | 64 -MG at 04/02/21 1019 |
| SpO2 | 98 % -NA at 04/02/21 0714 | 98 % -MG at 04/02/21 0958 | 96 % -MG at 04/02/21 1007 | 97 % -MG at 04/02/21 1013 | 97 % -MG at 04/02/21 1019 |

| Row Name | 1026 | 1032 | 1125 | | |
|---|---|---|---|---|---|
| Temp | 36.5 °C -MG at 04/02/21 1027 | 36.9 °C -MG at 04/02/21 1035 | 37 °C -HM at 04/02/21 1135 | | |
| Temp src | Temporal -MG at 04/02/21 1027 | Temporal -MG at 04/02/21 1035 | Temporal -HM at 04/02/21 1135 | | |
| Pulse | 98 -MG at 04/02/21 1027 | 90 -MG at 04/02/21 1035 | 92 -HM at 04/02/21 1135 | | |
| Resp | 20 -MG at 04/02/21 1027 | 20 -MG at 04/02/21 1035 | 20 -HM at 04/02/21 1135 | | |
| BP | (!) 92/54 -MG at 04/02/21 1027 | (!) 91/48 -MG at 04/02/21 1035 | 100/68 -HM at 04/02/21 1137 | | |
| MAP | 65 -MG at 04/02/21 1027 | (!) 56 -MG at 04/02/21 1035 | — | | |
| SpO2 | 97 % -MG at 04/02/21 1027 | 98 % -MG at 04/02/21 1035 | 99 % -HM at 04/02/21 1137 | | |

### Post-op Phone Questionnaire - Mon April 05, 2021

| Row Name | 1053 | | | | |
|---|---|---|---|---|---|
| Call Status | Complete -AP at 04/05/21 1053 | | | | |
| Spoke with: | No Answer -AP at 04/05/21 1053 | | | | |

## Flowsheets (all recorded) (continued)

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| AM | McClain, Ashley G, Child Life | 09/10/20 - |
| LC | Chambers, Lateesha M, RN | 03/31/21 - 03/31/21 |
| LC | Chambers, Lateesha M, RN | 04/02/21 - 04/02/21 |
| NA | Acker, Nancy E, PCT | 09/10/20 - |
| AP | Park, Allison C, RN | 09/10/20 - |
| MG | Gibbs, Michael S, RN | 07/21/20 - |
| TP | Peoples, Tomeka, PCT | 09/10/20 - |
| HM | Maenner, Heidi, RN | 12/22/20 - |
| VF | Fernandez, Victoria A, PA | 03/31/21 - 04/04/21 |
| CA | Autouser, Cancelorder | — |
| LA | Adamson, Lori A, RN | 09/10/20 - |

### Outpatient Fall Risk Score
No data filed

### Intrathecal Pump
No data filed

## Cardiac Services

### Pacemaker/ICD General Parameters
No data filed

### HSD NIC INITIAL/FINAL PACER V3
No data filed

## Telephone Encounter Summary

### Call Information

| | Department | Center |
|---|---|---|
| 4/2/2021 6:35 AM | Zopt-Eg Postop | |

## Transfer Summary & Discharge Summary

### Discharge Summary by Chan, Gilbert, MD at 4/2/2021 9:47 AM

| | | |
|---|---|---|
| Author: Chan, Gilbert, MD | Service: Orthopedic Surgery | Author Type: Physician |
| Filed: 4/2/2021 9:47 AM | Date of Service: 4/2/2021 9:47 AM | Status: Signed |
| Editor: Chan, Gilbert, MD (Physician) | | |

## Day Surgery Discharge Summary

Preop Diagnosis:  Closed displaced fracture of proximal phalanx of left thumb, initial encounter [S62.512A]
Postop Diagnosis: Same
Procedure:  Procedure(s):
CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE
Final Diagnosis:  Closed displaced fracture of proximal phalanx of left thumb, initial encounter [S62.512A]
Active Problems:

**Transfer Summary & Discharge Summary (continued)**

Discharge Summary by Chan, Gilbert, MD at 4/2/2021 9:47 AM (continued)
* No active hospital problems. *

**Discharge Medications:**

Medication List at DISCHARGE

**Take these medicines as instructed below:**
**HYDROcodone-acetaminophen 7.5-325 mg/15 mL oral solution**
Take 3.5 mL (1.75 mg) by mouth every 6 hours as needed for moderate pain
Commonly known as: HYCET/LORTAB

---

**ibuprofen 100 mg/5 mL suspension**
Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain
Commonly known as: MOTRIN

---

**ZYRTEC PO**

**Where to Get Your Medications**

**You may get the following medications from a pharmacy.**
Bring a paper prescription for each of these medications
- HYDROcodone-acetaminophen 7.5-325 mg/15 mL oral solution

**Discharge Plan/Instructions**

**Discharge Procedure Orders**
***Follow Up With Specialist***

| Order Specific Question | Answer | Comments |
|---|---|---|
| When to follow up: | 4 weeks | |

***Cast/Spica Care***

Disposition: Home per anesthesia protocol.

Gilbert Chan, MD

## Transfer Summary & Discharge Summary (continued)

### Discharge Summary by Chan, Gilbert, MD at 4/2/2021 9:47 AM (continued)

## History and Physical

### H&P by Chan, Gilbert, MD at 4/2/2021 7:53 AM

| Author: Chan, Gilbert, MD | Service: Orthopedic Surgery | Author Type: Physician |
|---|---|---|
| Filed: 4/2/2021 7:54 AM | Date of Service: 4/2/2021 7:53 AM | Status: Signed |
| Editor: Chan, Gilbert, MD (Physician) | | |

### Orthopedic Surgery History and Physical

Name: Fisher Hovers           Admission Date: 4/2/2021 6:35 AM
Hospital #: 607367422    MRN: 3302624      Attending Provider: Chan, Gilbert, MD
Room/Bed: EG PREOP POOL ROOM/NONE    DOB: 8/31/2017   Age: 3y 7m

**Chief Complaint:** Closed displaced fracture of proximal phalanx of left thumb, initial encounter [s62.512a]

### History of Present Illness

Displaced thumb fracture

### Medications

Allergies: Patient has no known allergies.

**Medications Prior to Admission**

| Medication | Sig | Dispense | Refill | Last Dose |
|---|---|---|---|---|
| • cetirizine HCl (ZYRTEC PO) | | | | 4/1/2021 at Unknown time |
| • ibuprofen (MOTRIN) 100 mg/5 mL suspension | Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain | 354 mL | 0 | Unknown at Unknown time |

**Current Medication List**

| Medication | Frequency |
|---|---|
| • midazolam (VERSED) 6 mg oral syrup | On Call to OR |

### Medical / Surgical History

No past medical history on file.
No past surgical history on file.

### Family / Social History

Name of Legal Guardian(s): Gena Hover, mom

**History and Physical (continued)**

H&P by Chan, Gilbert, MD at 4/2/2021  7:53 AM (continued)

**Immunizations**

**Review of Systems: On Admission**
No fever, cold, or cough in last week.

**Physical Exam: On Admission**
Vitals: Blood pressure 98/69, pulse 106, temperature 36.1 °C, temperature source Temporal, resp. rate 26, height 103 cm, weight 17.3 kg, SpO2 98 %.

| | nml | abn | Abnormal or Pertinent Physical Finding |
|---|---|---|---|
| General | x | | |
| Head | x | | |
| Eyes | x | | |
| Ears | x | | |
| Nose | x | | |
| Neck | x | | |
| Lungs | x | | |
| Cardiac | | | |
| Abdomen | | | |
| Genitals | | | |
| Extremities | | x | Displaced fracture with malrotation |
| Neurological | x | | |
| Back | x | | |
| Skin | x | | |
| Rectal | | | |

*If blank, exam deferred*

**Laboratory and Xray Data: On Admission**
BMG: No Values to Display

CBC: No Values to Display

Radiology: see report

**Impression and Plan**
For closed reduction and pinning
Patient seen and evaluated, no significant changes noted. Plan discussed as mentioned above, the risks benefits and potential complications discussed along with the postoperative treatment. Patient's parents/caregiver in understanding and consent obtained. Patient taken to the operating room as planned.

**History and Physical (continued)**

H&P by Chan, Gilbert, MD at 4/2/2021 7:53 AM (continued)

Diagnosis and treatment plan discussed with family

Gilbert Chan, MD

Electronically signed by Chan, Gilbert, MD at 4/2/2021 7:54 AM

**OR Notes**

OR Op Note by Chan, Gilbert, MD at 4/2/2021 9:44 AM

| | | |
|---|---|---|
| Author: Chan, Gilbert, MD | Service: Orthopedic Surgery | Author Type: Physician |
| Filed: 4/2/2021 9:45 AM | Date of Service: 4/2/2021 9:44 AM | Status: Signed |
| Editor: Chan, Gilbert, MD (Physician) | | |

**Name: Fisher Hovers**
**MRN: 3302624**
**DOB: 8/31/2017**
**Age: 3y**

**Diagnosis:** Closed displaced fracture of proximal phalanx of left thumb, initial encounter [S62.512A]
**Postop diagnosis:** Same
**Procedure:** Procedure(s):
CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE
**Surgeon:** Surgeon(s):
Chan, Gilbert, MD
**Assistants:** Tonya Dry Pa-C was present throughout the entire case in the role of a first assist due to the nature that no resident or other qualified assistant was present to help with the case. The assistant assisted in the following aspects of surgery which include pinning and casting

**Anesthesia:** General

**Indications:**
The patient is a 3y male who presented for evaluation of his/her thumb. The patient was noted to have a displaced proximal phalanx fracture. After a complete evaluation was performed, operative and nonoperative treatment options were discussed. It was deemed appropriate for the patient to undergo closed versus open reduction and internal fixation. The risks and benefits and all the possible outcomes and complications were discussed in depth and the patient and his or her family had consented to the procedure. Patient was subsequently brought to the operating room for the procedure

**Procedure:**
After informed consent was obtained and the surgical site marked, the patient was taken to the operating room where induction of anesthesia was performed. A timeout was done to ensure the right procedure and operative site was confirmed by everyone in the room. Once this was done the site was prepped and draped in the usual sterile manner. We began by evaluating the fracture under image, gentle reduction was performed. At this point we felt that the fracture was unstable. We then decided to treat the fracture with pins. A single 0.35 pins were

**OR Notes (continued)**

OR Op Note by Chan, Gilbert, MD at 4/2/2021 9:44 AM (continued)

placed from distal to proximal. The site was cleaned, the pins were bent and cut, sterile dressing placed. A thumb spica cast was applied. Patient was brought to the pacu in good and stable condition.

Implants:

| Implant Name | Type | Inv. Item | Serial No. | Manufacturer | Lot No. | LRB | No. Used | Action |
|---|---|---|---|---|---|---|---|---|
| KWIRE SMOOTH .035MM - LOG743671 | | KWIRE SMOOTH .035MM | | MICROAIRE SURGICAL INSTRUMENTS | | Left | 1 | Implanted |

Findings: fracture

EBL: minimal
Specimen (s): none
Drains: none
Condition/Disposition: good

PLAN:
followup in 3 weeks for cast off and xrays, pins out if healing seen
Gilbert Chan, MD

---

**Interdisciplinary Progress Notes**

Progress Ancillary by McClain, Ashley G, Child Life at 4/2/2021 8:50 AM

| | | |
|---|---|---|
| Author: McClain, Ashley G, Child Life | Service: Family Support Services | Author Type: Child Life Specialist |
| Filed: 5/3/2021 8:52 AM | Date of Service: 4/2/2021 8:50 AM | Status: Signed |
| Editor: McClain, Ashley G, Child Life (Child Life Specialist) | | |

### Child Life Progress Note

Name: Fisher Hovers                    Admission Date: 4/2/2021 6:35 AM
Hospital #: 607367422   MRN: 3302624   Attending Provider: Chan, Gilbert, MD
Room/Bed: EG POSTOP POOL ROOM/NONE   DOB: 8/31/2017 Age: 3y
Gender: male

**5/3/2021 8:51 AM**

Referral for Child Life services received from: self
Interpreter used: No

Variance:
None

**Interdisciplinary Progress Notes (continued)**

Progress Ancillary by McClain, Ashley G, Child Life at 4/2/2021 8:50 AM (continued)

**Goal(s):**

Perform initial assessment

**Intervention(s):**

Introduction to Services

**Outcome:**

Met

**Progress Note and Plan:**

This child life specialist (CLS) introduced self and services to pt and family in holding room. No needs or concerns expressed at this time. This CLS will remain available for support if needed while pt is in day surgery unit.

PPE: procedure mask, goggles, handwashing

**Ashley G. McClain, Child Life**
Ashley McClain, CCLS
Certified Child Life Specialist
Day Surgery Unit at Egleston
Voalte: 41307

Electronically signed by McClain, Ashley G, Child Life at 5/3/2021 8:52 AM

**All Other Notes**

No notes exist for this encounter.

**Patient Education**

Patient Education

Title: First-Dose Education (Not Started)

Points For This Title

Point: Ringer's solution,lactated (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner    Not documented in this visit.
Progress:

Point: midazolam HCl (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner    Not documented in this visit.
Progress:

Point: morphine sulfate (Deleted)

**Patient Education (continued)**

Patient Education (continued)

Description:
Instruct learners on name and purpose of medications and possible side effects If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner        Not documented in this visit.
Progress:

Point: fentanyl citrate/PF (Deleted)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner        Not documented in this visit.
Progress:

**Hovers, Fisher**

**Hovers, Fisher does not have an active treatment plan of type CHEMOTHERAPY in this episode.**

## All Orders

### midazolam (VERSED) 6 mg oral syrup [210194077]

| | |
|---|---|
| Electronically signed by: Huddleston, Amber, NP on 04/02/21 0727 | Status: **Completed** |

Ordering user: Huddleston, Amber, NP 04/02/21 0727     Ordering provider: Huddleston, Amber, NP
Authorized by: Brosius, Keith K, MD     Ordering mode: Standard
Cosigning events
Electronically cosigned by Brosius, Keith K, MD 04/02/21 0931 for Ordering
Frequency: On Call to OR 04/02/21 0728 - 1 occurrence     Package: 99998009105
Medication Dose: 6 mg

### FINGER(S) MIN 2V [210194078]

| | |
|---|---|
| Electronically signed by: Barbeyto, Joseph, RT on 04/02/21 0801 | Status: **Completed** |

Ordering user: Barbeyto, Joseph, RT 04/02/21 0801     Ordering provider: Chan, Gilbert, MD
Authorized by: Chan, Gilbert, MD     Ordering mode: Standard
Frequency: Imaging Once 04/02/21 0801 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for Study: | Closed vs Open Reduction-OR CASE |
| Left/Right? | left |

Order comments: Supervising Provider:

### midazolam (VERSED) oral syrup [210194080]

| | |
|---|---|
| Electronically signed by: Maenner, Heidi, RN on 04/02/21 0842 | Status: **Completed** |

Ordering user: Maenner, Heidi, RN 04/02/21 0842     Ordering mode: Standard
Frequency: 04/02/21 0842 - 1 occurrence
Medication comments: Created by cabinet override
Package: 99998009105

### NS 0.9% irrigation solution [210194099]

| | |
|---|---|
| Electronically signed by: Chan, Gilbert, MD on 04/02/21 0948 | Status: **Discontinued** |

Mode: Ordering in Verbal RBAV (Doctor Cosign) mode     Communicated by: Chambers, Lateesha M, RN
Ordering user: Chambers, Lateesha M, RN 04/02/21 0936     Ordering provider: Chan, Gilbert, MD
Authorized by: Chan, Gilbert, MD     Ordering mode: Verbal RBAV (Doctor Cosign)
Frequency: as needed 04/02/21 0935 - 04/02/21 0953     Discontinued by: Chambers, Lateesha M, RN 04/02/21 0953
    [Patient Transferred]
Package: 0338-0048-03

### Outpatient May Be Discharged [210194102]

| | |
|---|---|
| Electronically signed by: Chan, Gilbert, MD on 04/02/21 0946 | Status: **Active** |

Ordering user: Chan, Gilbert, MD 04/02/21 0946     Ordering provider: Chan, Gilbert, MD
Authorized by: Chan, Gilbert, MD     Ordering mode: Standard
Frequency: ONCE 04/02/21 0946 - 1 occurrence
Order comments: Home with parent.

### Cast/Spica Care [210194103]

| | |
|---|---|
| Electronically signed by: Chan, Gilbert, MD on 04/02/21 0946 | Status: **Active** |

Ordering user: Chan, Gilbert, MD 04/02/21 0946     Ordering provider: Chan, Gilbert, MD
Authorized by: Chan, Gilbert, MD     Ordering mode: Standard
Frequency: 04/02/21 -

### Follow Up With Specialist [210194104]

| | |
|---|---|
| Electronically signed by: Chan, Gilbert, MD on 04/02/21 0946 | Status: **Active** |

Ordering user: Chan, Gilbert, MD 04/02/21 0946     Ordering provider: Chan, Gilbert, MD
Authorized by: Chan, Gilbert, MD     Ordering mode: Standard
Frequency: 04/02/21 -

Questionnaire

| Question | Answer |
|---|---|
| When to follow up: | 4 weeks |

### HYDROcodone-acetaminophen (HYCET/LORTAB) 7.5-325 mg/15 mL oral solution [210194105]

## All Orders (continued)

### HYDROcodone-acetaminophen (HYCET/LORTAB) 7.5-325 mg/15 mL oral solution [210194105] (continued)

Electronically signed by: Chan, Gilbert, MD on 04/02/21 0946        Status: Expired
Ordering user: Chan, Gilbert, MD 04/02/21 0946
Authorized by: Chan, Gilbert, MD
Ordering provider: Chan, Gilbert, MD
Ordering mode: Standard
PRN reasons: moderate pain
Frequency: every 6 hours prn 04/02/21 - 5 days
Questionnaire

| Question | Answer |
|---|---|
| Have you or your delegate reviewed patient prescription data from the PDMP? | Exempt - Order is for </= 10 days duration (outpatient post-op and </= 40 pills) |

Medication Dose: 3.5 mL

### Cardiac Apnea Monitoring [210194088]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930        Status: Discontinued
Ordering user: Brosius, Keith K, MD 04/02/21 0930
Authorized by: Brosius, Keith K, MD
Ordering provider: Brosius, Keith K, MD
Ordering mode: Standard
Frequency: ongoing 04/02/21 0959 - 24 hours
Released by: Gibbs, Michael S, RN 04/02/21 0958
Discontinued by: Autouser, Cancelorder 04/02/21 1544 [Patient Discharged ]
Order comments: If pt admitted for observation.  *For PACU or Post-Op Day Surgery use only*.  Order to be discontinued upon patient transfer.

### fentaNYL (SUBLIMAZE) 5 mcg injection solution [210194091]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930        Status: Discontinued
Ordering user: Brosius, Keith K, MD 04/02/21 0930
Authorized by: Brosius, Keith K, MD
Ordering provider: Brosius, Keith K, MD
Ordering mode: Standard
PRN reasons: moderate pain
Frequency: every 5 minutes prn 04/02/21 0958 - 3 occurrences
Discontinued by: Autouser, Cancelorder 04/02/21 1344 [Patient Discharged]
Released by: Gibbs, Michael S, RN 04/02/21 0958
Package: 0641-6027-25
Medication Dose: 5 mcg

### morphine 0.5 mg injection [210194092]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930        Status: Discontinued
Ordering user: Brosius, Keith K, MD 04/02/21 0930
Authorized by: Brosius, Keith K, MD
Ordering provider: Brosius, Keith K, MD
Ordering mode: Standard
PRN reasons: severe pain
Frequency: every 5 minutes prn 04/02/21 0958 - 3 occurrences
Discontinued by: Autouser, Cancelorder 04/02/21 1344 [Patient Discharged]
Released by: Gibbs, Michael S, RN 04/02/21 0958
Package: 0641-6125-25
Medication Dose: 0.5 mg

### Patient may be discharged from PACU [210194093]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930        Status: Completed
Ordering user: Brosius, Keith K, MD 04/02/21 0930
Authorized by: Brosius, Keith K, MD
Ordering provider: Brosius, Keith K, MD
Ordering mode: Standard
Frequency: ONCE 04/02/21 0959 - 1 occurrence
Released by: Gibbs, Michael S, RN 04/02/21 0958
Order comments: *For PACU or Post-Op Day Surgery use only*.  Order to be discontinued upon patient transfer.  CRITERIA: ASA I or II. All discharge criteria on PACU flowsheet met or reconciled with anesthesiologist input. Observe for 15 min after IV opioid. Monitor Spo2 for 10 min after oxygen weaned.

### lactated ringers IV solution [210194085]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930        Status: Discontinued
Ordering user: Brosius, Keith K, MD 04/02/21 0930
Authorized by: Brosius, Keith K, MD
Ordering provider: Brosius, Keith K, MD
Ordering mode: Standard
Frequency: continuous 04/02/21 0959 - 04/02/21 1344
Released by: Gibbs, Michael S, RN 04/02/21 0958
Discontinued by: Autouser, Cancelorder 04/02/21 1344 [Patient Discharged]
Package: 0338-0117-04

### Vital Signs [210194086]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930        Status: Discontinued

## All Orders (continued)

### Vital Signs [210194086] (continued)

| | |
|---|---|
| Ordering user: Brosius, Keith K, MD 04/02/21 0930 | Ordering provider: Brosius, Keith K, MD |
| Authorized by: Brosius, Keith K, MD | Ordering mode: Standard |
| Frequency: Every 10 min 04/02/21 0959 - Until Specified | Released by: Gibbs, Michael S, RN 04/02/21 0958 |

Discontinued by: Autouser, Cancelorder 04/02/21 1544 [Patient Discharged ]
Order comments: *For PACU or Post-Op Day Surgery use only*  Order to be discontinued upon patient transfer.

### Pulse Oximetry [210194087]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930                                          Status: Discontinued

| | |
|---|---|
| Ordering user: Brosius, Keith K, MD 04/02/21 0930 | Ordering provider: Brosius, Keith K, MD |
| Authorized by: Brosius, Keith K, MD | Ordering mode: Standard |
| Frequency: continuous 04/02/21 0959 - 24 hours | Released by: Gibbs, Michael S, RN 04/02/21 0958 |

Discontinued by: Autouser, Cancelorder 04/02/21 1544 [Patient Discharged ]
Order comments: If admitted for observation.  *For PACU or Post-Op Day Surgery use only*.  Order to be discontinued upon patient transfer.

### Warming/Cooling Blanket Bair Hugger (Warming); 38 [210194089]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930                                          Status: Discontinued

| | |
|---|---|
| Ordering user: Brosius, Keith K, MD 04/02/21 0930 | Ordering provider: Brosius, Keith K, MD |
| Authorized by: Brosius, Keith K, MD | Ordering mode: Standard |
| Frequency: ongoing 04/02/21 0959 - Until Specified | Released by: Gibbs, Michael S, RN 04/02/21 0958 |

Discontinued by: Autouser, Cancelorder 04/02/21 1544 [Patient Discharged ]

Questionnaire

| Question | Answer |
|---|---|
| Blanket Type: | Bair Hugger (Warming) |
| Desired Patient Temperature Set Point (Centigrade): | 38 |

Order comments: May use warming blanket PRN for axillary or temporal scanner temperature less than 36 C (96.8 F). *For PACU or Post-Op Day Surgery use only*. Order to be discontinued upon patient transfer.

### PACU Post-Op Oxygen [210194090]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930                                          Status: Discontinued

| | |
|---|---|
| Ordering user: Brosius, Keith K, MD 04/02/21 0930 | Ordering provider: Brosius, Keith K, MD |
| Authorized by: Brosius, Keith K, MD | Ordering mode: Standard |
| Frequency: prn 04/02/21 0959 - Until Specified | Released by: Gibbs, Michael S, RN 04/02/21 0958 |

Discontinued by: Autouser, Cancelorder 04/02/21 1544 [Patient Discharged ]
Order comments: PACU Post-Op Oxygen Routine. PACU  *For PACU or Post-Op Day Surgery use only.* Order to be discontinued upon patient transfer.  EXTUBATED PATIENTS: Begin with blow-by or mask oxygen. May change to nasal cannula. Flow rate appropriate for age, size, and condition. May humidify as indicated  Jackson-Rees circuit and mask at bedside  TRACHEOSTOMY PATIENTS: If spontaneously ventilating use humidified supplemental oxygen. Wean oxygen as tolerated to baseline saturation. If ventilator-dependent consult respiratory therapy to check patient and set up ventilator in PACU.  INTUBATED PATIENTS: Delivered to PACU on Jackson-Rees circuit or T-piece. If on T-piece, Jackson-Rees circuit available at bedside. May humidify gases if extended period of intubation anticipated

### Patient may be discharged from Day Surgery [210194094]

Electronically signed by: Brosius, Keith K, MD on 04/02/21 0930                                          Status: Discontinued

| | |
|---|---|
| Ordering user: Brosius, Keith K, MD 04/02/21 0930 | Ordering provider: Brosius, Keith K, MD |
| Authorized by: Brosius, Keith K, MD | Ordering mode: Standard |
| Frequency: ONCE 04/02/21 1117 - 1  occurrence | Released by: Maenner, Heidi, RN 04/02/21 1116 |

Discontinued by: Autouser, Cancelorder 04/02/21 1544 [Patient Discharged ]
Order comments: *For PACU or Post-Op Day Surgery use only*  Order to be discontinued upon patient transfer.

---

## Clinical Lab Results

## Lab, Radiology, ECG/EMG, and Cardiac Results

| FINGER(S) MIN 2V [210194079] | Resulted. 04/02/21 0916, Result status: In process |
|---|---|
| Resulted by: Richer, Edward J, MD | Performed: 04/02/21 0916 - 04/02/21 1013 |
| Accession number: 6549883 | |

| FINGER(S) MIN 2V [210194079] | Resulted: 04/02/21 1017, Result status: In process |
|---|---|
| Resulted by: Richer, Edward J, MD | Performed: 04/02/21 0916 - 04/02/21 1013 |
| Accession number: 6549883 | |

| FINGER(S) MIN 2V [210194079] | Resulted: 04/02/21 1021, Result status: Final result |
|---|---|
| Resulted by: Richer, Edward J, MD | Performed: 04/02/21 0916 - 04/02/21 1013 |
| Accession number: 6549883 | Resulting lab: INBOUND IBEX LAB RAD QUESTIONS |

Narrative:
INDICATION: Closed versus open reduction.

PROCEDURE. Three portable C-arm views of the left thumb. Fluoroscopic time
is .3 min.

COMPARISON: 3/29/2021.

FINDINGS: Intraoperative fluoroscopy provided for the ordering clinician.
A pin has been placed across the fracture of the proximal phalanx of the
thumb, with improved alignment.

Impression.
IMPRESSION: Fluoroscopic assistance for pinning of fracture of the
proximal phalanx of the thumb.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1009 - IBEX ORDERS | INBOUND IBEX LAB RAD QUESTIONS | Unknown | Unknown | 08/05/09 1006 - Present |

## Pathology Reports

### Pathology Results
No results found

## Discharge Instructions

### AVS
After Visit Summary printed by Maenner, Heidi, RN on 4/2/2021  9:56 AM

**Discharge Instructions (continued)**

**AVS (continued)**

AFTER VISIT SUMMARY
**Fisher Hovers** MRN 3302624



□ 4/2/2021   ♀ HG-PICU

## Your Child's Next Steps

🛒 - 5
└ Pick up these medications from any pharmacy with your child's printed prescription
  • HYDROcodone-acetaminophen

## Primary Care Provider Information

| Primary Care Provider | Phone | Fax |
|---|---|---|
| Jaime L Davis, MD | 678-583-9071 | 678-583-9319 |

## Attending Doctor at Discharge

| Provider | Service |
|---|---|
| Chen, Gilbert, MD | Orthopedic Surgery |

## Allergies
No Known Allergies

▦ Other Discharge Instructions
Cast/Spica Care

## Discharge Instructions
None

## Contact Information for follow-up

Provider Jamie Anna Beers Conn, MD          Pediatric Orthopaedic Associates PC
When to follow up: 4 weeks                  6 Executive Park Drive
                                            Suite 10
                                            Atlanta GA 30329
                                            404-321-9900

## Medicine Safety Information

• Call the doctor if you have questions about the medicines.
• When you pick up medicines at the drug store:

## Discharge Instructions (continued)

### AVS (continued)

Medicine Safety Information (continued)
--Read each label closely.
--Be sure to ask if you have any questions about the medicines or how to give it.

- Always read the label each time you give medicine to your child. Make sure you have the right medicine, the right amount and the right strength.
- Do not use a kitchen spoon to measure your child's liquid medicine. Use a medicine syringe or measuring spoon made just for giving liquid medicines to a child. You can get one at your drug store.
- Keep all medicines in their labeled containers. Store them in a locked cupboard that your child can not reach.
- Throw away all medicines once they expire. The date is on the container. Also, throw away all medicines once your child finishes the dose the doctor prescribes.
- Keep a current list of your child's medicines. Share the list with his doctors.

## Opioid Information
### How to handle and dispose of opioids safely

> This is general information only. Your child's doctor or a member of your child's healthcare team will talk with you about specific care for your child.

**What is an opioid?**
- An opioid is a type of medicine used to help relieve moderate to severe pain. It is often prescribed after a surgery or serious injury.
- Examples of opioids include:
  - Hydrocodone/acetaminophen. Some brand names are Norco, Lortab and Vicodin.
  - Oxycodone/acetaminophen. The brand name is Percocet.
  - Oxycodone. The brand name is Roxicodone.
  - Hydromorphone. The brand name is Dilaudid
  - Morphine
  - Tramadol. The brand name is Ultram
- When an opioid is used as prescribed by your doctor, there is a very low risk for addiction and it is a safe medicine for your child.

**What should I know if my child is prescribed opioids?**
- Follow the instructions your child's doctor gives you. NEVER give your child more opioids than prescribed! This includes giving the medicine more often or giving more pills at one time.
- If your child is still in pain, call your child's doctor for advice on next steps.
- You can help prevent misuse and abuse!
  - Never sell or share opioids, even with family members.
  - Never use another person's opioids.
- The number one way to prevent misuse and abuse is to store all opioids in a secure place where others cannot get to them. **The safest place to store all medicines is a lockbox** that is out of reach of children, family members, friends and visitors.

**What should I do if my child has unused opioids left?**

## Discharge Instructions (continued)

### AVS (continued)

Opioid Information (continued)

It is important that you dispose of unused opioids safely. Do not keep them just in case your child has more pain later on. This can lead to opioid misuse and abuse.

**How should I dispose of opioids?**
To safely and securely dispose of unused opioids, you may:

- Use a drug drop box; this is the best way to dispose of your child's unused opioids.
  - In most Georgia counties, there are drug drop boxes at the Sheriff's or Police Department. Most locations are always open.
  - To view a complete list of drug drop box locations and hours, visit stoprxabusega.org.

- Dispose of the opioids yourself:
  - Only use this method if there are no drug box programs near you.
  - All opioids EXCEPT TRAMADOL are approved by the FDA to flush down the toilet.
  - For any opioid, including Tramadol, you may dispose of your child's opioids as follows:
    - Take the medicine out of the original bottle.
    - Crush the medicines in a Ziploc bag.
    - In the bag with the crushed medicines, add something that no one would want to eat and reseal the bag. Examples include dirt, kitty litter or used coffee grounds.
    - The sealed bag and the empty drug bottle are now safe to throw away in your normal trash.

** **Make sure to scratch off or mark over the personal details from the medicine label by using a permanent marker or duct tape.**

**What should I do if I have more questions?**
- Visit deadiversion.usdoj.gov/drug_disposal.
- For a list of public disposal locations near you, visit rxdrugdropbox.org/map_search.
- Visit stoprxabusega.org.

In case of urgent concern or emergency, call 911 or go to the nearest emergency department right away

*Children's Healthcare of Atlanta has not reviewed all of the sites listed as resources and does not make any representations regarding their content or accuracy. Children's Healthcare of Atlanta does not recommend or endorse any particular products, services or the content or use of any third party websites, or make any determination that such products, services or websites are necessary or appropriate for you or for the use in rendering care to patients. Children's Healthcare of Atlanta is not responsible for the content of any of the above-referenced sites or any sites linked to these Sites. Use of the links provided on this or other sites is at your sole risk.*

## GA Crisis Line / National Suicide Prevention Line

**Crisis Help Phone Line:**
The Georgia Crisis Access Line. 800-715-4225

**National Suicide Prevention Lifeline:**
National Suicide Prevention Lifeline: 800-273-8255

## Discharge Instructions (continued)

### AVS (continued)

## Medication List

### Give your child these medications as directed

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|

ZYRTEC PO

### Give your child these medications as needed

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|

HYDROcodone-acetaminophen 7.5-325 mg/15 mL
oral solution
HYCET (ORTAB)
Take 3.5 mL (1.75 mg) by mouth every 6 hours as needed
for moderate pain

ibuprofen 100 mg/5 mL suspension
MOTRIN
Take 8.8 mL (176 mg) by mouth every 6 hours as needed
for mild pain

### Where to pick up your child's medications

Pick up these medications from any pharmacy you want with your child's printed prescription
HYDROcodone-acetaminophen

## COVID-19 for Families

**COVID-19 Guidance for Families – adapted from CDC.gov**

**The best ways to prevent illness are to avoid being exposed through social distancing and to use hand hygiene frequently.**

The virus is thought to spread mainly from person-to-person:
- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs or sneezes.

These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

Older adults and others who have chronic medical conditions (like heart or lung disease or diabetes) may be more likely to have serious complications from COVID-19. Maintaining social distance and using hand hygiene can help to protect everyone.

**Take steps to protect yourself:**

## Discharge Instructions (continued)

### AVS (continued)

COVID-19 for families (continued)

**Clean your hands often**
- **Wash your hands often** with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing or sneezing.
- If you do not have soap and water, use an alcohol-based gel or foam that contains at least 60% alcohol. Cover all surfaces of your hands and rub them together until they feel dry.
- **Avoid touching your eyes, nose and mouth** with unwashed hands.

**Avoid close contact**
- **Avoid close contact** with people who are sick
- If you must leave home, be sure to follow "Social distancing" by staying at least 6 feet away from others. Also keep up with local, state and federal guidelines on where you are allowed to go during this time.

**Take steps to protect others:**

**Stay home if you are sick**
- **Stay home** if you are sick, except to get medical care. Call your pediatrician's office if you think you have been exposed or may have symptoms of COVID-19 for further guidance on the best way to receive care. Do not go to the emergency department simply to get tested. Please do use the emergency department for true health emergencies.
- Most children can be cared for at home who have symptoms of a COVID-19 infection. You may visit our website www.choa.org and click on the COVID-19 hub for information. Within this hub, you may use our COVID-19 Pediatric Assessment tool. This is an online assessment tool that helps parents answer two questions: What should I do if my child has a fever and/or cough? What should I do if my child has been around someone with COVID-19, but my child has no symptoms?
- If you have children who are mildly symptomatic or ill and do not require medical treatment, the recommendation is to remain at home. At this time the recommendation for any individual who is ill or concerned they may have COVID-19 is to remain at home for 10 days from onset of symptoms provided there has been at least 3 day of no fever (without fever-reducing medication) and significantly improving symptoms.
- **Urgent concerns require immediate medical attention.** Other symptoms that may require medical attention include difficulty breathing, fast breathing even when there is no fever present, continued coughing with in-pulling of chest, inconsolable crying, decreased drinking of fluids with reduced urine output, no tears when crying or a change in behavior that is concerning.
  - If you have concerns regarding your child's symptoms, please call your pediatrician or call the Children's Nurse Advice Line at 404-785-KIDS.
  - If your child develops emergency warning signs, seek medical attention immediately. Emergency warning signs include difficulty breathing or shortness of breath, persistent pain or pressure in the chest, new confusion or inability to arouse, bluish lips or face.

**Cover coughs and sneezes**
- **Cover your mouth and nose** with a tissue when you cough or sneeze or use the inside of your elbow.
- **Throw used tissues** in the trash
- Wash your hands with soap and water for at least 20 seconds right away if you do not have soap and water, use an alcohol-based gel or foam that contains at least 60% alcohol

**Wear a facemask or cloth face covering**
- If you are sick. Wear a facemask when you are in close contact with other people (like in a room or car) and if you must leave your home. Remember to stay home, except to seek medical care.
- Even if you are not sick. Wear a cloth face covering over your nose and mouth in public. This is advised in addition to social distancing, frequent hand hygiene and other methods for preventing the spread of illness

---

**Discharge Instructions (continued)**

**AVS (continued)**

COVID-19 for Families (continued)

Note that medical masks and N-95 respirators should only be used by health care providers and first responders.

**Clean and disinfect**
- Clean AND disinfect frequently touched surfaces every day. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets and sinks.
- If surfaces are dirty, clean them. Use detergent or soap and water before disinfecting them.

**It is still recommended that you:**
- Have an adequate supply of medicine on hand.
- Continue routine medical care such as visits for chronic diseases and recommended vaccines. Doctors offices at Children's and elsewhere in the community are prepared to care for children at this time

For more information, you may go to choa.org/covid19

## MYchart Sign-up

**What is MYchart?**
MYchart is our free tool that provides quick, convenient online access to your child's medical records using your computer or mobile device. With MYchart, you can:

- Access your child's medical records
- Request appointments
- Request prescription renewals
- Communicate with your child's healthcare team

**How do I sign up?**
To request an access code or find out more, go to choa.org/MYchart
For additional assistance, please call 404-785-7844

## Care Everywhere ID
CHA-579-7932

## Instructions Reviewed with Verbilization of Understanding

**The discharge instructions have been reviewed with the parent/legal guardian assuming responsibility for care of the patient and a printed copy was given to him/her.** All questions have been answered and the parent/legal guardian states that he/she will be able to provide the appropriate care  Medication teaching for the discharge medications listed on this form was provided.

The parent/legal guardian was reminded to discard old medications lists and update their records. The parent/legal guardian assuming responsibility for the patient states that he/she has read and understands the medication information and has had an opportunity to ask questions which have been answered to their satisfaction.

**Discharge Instructions (continued)**

**AVS (continued)**

Disclaimer

*I understand that my child has had acute treatment only and that he/she may be released before all medical problems are known or treated. I will arrange for follow-up care as needed.*

_____ total number pages of AVS/Discharge Instructions (not including Teaching Sheets, etc.) provided to the parent/legal guardian.

**Patient-Level E-Signatures:**
   No documentation.

## Discharge Instructions (continued)

**Encounter-Level E-Signatures:**
> No documentation.

**Hospital Account-Level E-Signatures:**
> No documentation.



## Children's™
### Healthcare of Atlanta

Marvin F Hovers
166 Aubree Way
MCDONOUGH, GA 30252

Guarantor ID: 5000099740

Visit Coverages: Cigna - Cigna Network/hmo/pos/open Access Plus

This is not a bill. This is an itemization of your hospital services for:

| | | |
|---|---|---|
| Patient: | Hovers,Fisher | |
| Attending | | |
| Hospital | **303595907** | |

| | |
|---|---|
| Admission | 03/29/21 |
| Type Of Stay: | Outpatient [2] |
| Discharge Date: | **03/29/21** |

Current Hospital Account Balance: $380.20

## Professional Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/29/21 | | 73140 | RADIOLOGIC EXAM FINGER MINI 2 VIEWS | 1 | 62.80 |
| 03/29/21 | | 99204 | OFFICE/OUTPATIENT NEW MODERATE MDM 45-59 MINUTES | 1 | 605.92 |
| 03/29/21 | | 26720 | CLOS TX PHALANGEAL FX; W/O MANIP EA | 1 | 1,182.97 |
| 03/29/21 | | 73140 | RADIOLOGIC EXAM FINGER MINI 2 VIEWS | 1 | 135.41 |
| **Total professional charges:** | | | | | **1,987.10** |

## Patient Demographics

| Name | Patient ID | Legal Sex | Birth Date |
|---|---|---|---|
| Hovers, Fisher | 3302624 | Male | 08/31/17 (3 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| 166 Aubree Way<br>MCDONOUGH GA<br>30252 | 404-621-7070 (H)<br>404-621-7070 (M) | — | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Davis, Jaime L, MD 678-583-9071 | 03/29/21 | 04/28/21 | |

| Hovers, Fisher #3302624 (Acct: 607362913) (3y M) (Adm: 03/29/21) | HBUC UC 03-03 |
|---|---|

## Admission Information

### Admission Information

Current Information

| Attending Provider | Admitting Provider | Admission Type | Admission Status |
|---|---|---|---|
| Watkins, Elizabeth K, MD 404-785-8660 | | Urgent | Confirmed Discharge |

| Admission Date/Time | Discharge Date/Time | Hospital Service | Auth/Cert Status |
|---|---|---|---|
| 03/29/21  11:41 AM | 03/29/21  12:30 PM | Urgent Care | Incomplete |

| Hospital Area | Unit | Room/Bed | Referring Provider |
|---|---|---|---|
| CHILDREN'S | HUDSON BRIDGE UC | UC 03/03 | |

| Procedure | | | | |
|---|---|---|---|---|
| | | | | |

| Diagnosis | | | | |
|---|---|---|---|---|
| | | | | |

| Discharge Disposition | Discharge Destination |
|---|---|
| Home | Home |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 03/29/2021 1230 | Home | Home | Watkins, Elizabeth K, MD | Hudson Bridge Urgent Care |

### Events

ED Arrival at 3/29/2021 1109

| Unit: Hudson Bridge Urgent Care | | |
|---|---|---|

Admission at 3/29/2021 1141

| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
|---|---|---|
| Patient class: Urgent Care | Service: Urgent Care | |

ED Roomed at 3/29/2021 1141

| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
|---|---|---|
| Patient class: Urgent Care | Service: Urgent Care | |

Discharge at 3/29/2021 1230

| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
|---|---|---|
| Patient class: Urgent Care | Service: Urgent Care | |

## Admission Information (continued)

### Events (continued)

**Discharge at 3/29/2021 1230**

| | | |
|---|---|---|
| Unit: Hudson Bridge Urgent Care | Room: UC 03 | Bed: 03 |
| Patient class: Urgent Care | Service: Urgent Care | |

### Allergy Information
No Known Allergies

### Problem List                                                    Never Reviewed
None

## History

### Family as of 3/29/2021

None

### Family Status as of 3/29/2021

None

### All Meds and Administrations

**ibuprofen (MOTRIN) 176 mg suspension [210194066]**

| | |
|---|---|
| Ordering Provider: Watkins, Elizabeth K, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 03/29/21 1144 | Starts/Ends: 03/29/21 1145 - 03/29/21 1145 |
| Dose (Remaining/Total): 10 mg/kg (0/1) | Route Oral |
| Frequency: X1 | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 03/29/21 1145 | Given | 176 mg | Oral | Performed by: Chapko, Tammy J, RN |

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cetirizine HCl (ZYRTEC PO) (Taking)** | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |

### Outpatient Medications at End of Encounter as of 3/29/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cetirizine HCl (ZYRTEC PO) (Taking)** | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ibuprofen (MOTRIN) 100 mg/5 mL suspension (Taking)** | 354 mL | 0 | 3/29/2021 | |
| Sig - Route: Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain - Oral | | | | |
| Class: E-Prescribe | | | | |

### Hospital Medications as of 3/29/2021

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ibuprofen (MOTRIN) 176 mg suspension (Completed)** | 10 mg/kg × 17.5 kg | X1 | 3/29/2021 | 3/29/2021 |
| Route: Oral | | | | |

### ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 3/29/2021 11:09 | - |

## Admission Information (continued)

### ED Arrival Information (continued)

| Expected | Arrival | Acuity |
|---|---|---|

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Walk In | Parent | Urgent Care | Urgent |

| Arrival complaint |
|---|
| Left thumb Injuries/Cuts |

### ED Disposition

| ED Disposition | Condition | Comment |
|---|---|---|
| Discharge | | Fisher Hovers discharged to home/self care |
| | | Condition at discharge: Good |

### KWIRE SMOOTH .035MM - LOG743671 - 380354

| Date & Time | Field | Old Value | New Value | User |
|---|---|---|---|---|
| 4/2/2021 9.37 AM EDT | IMPLANT NAME | | PRE-ALLOCATED - 380354 | Chambers, Lateesha M, RN |
| | | PRE-ALLOCATED - 380354 | KWIRE SMOOTH .035MM - LOG743671 | |
| 4/2/2021 9.37 AM EDT | INVENTORY ITEM | | KWIRE SMOOTH .035MM | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | SUPPLY TYPE | | Implant | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | MANUFACTURER | | MICROAIRE SURGICAL INSTRUMENTS | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | MANUFACTURER NUMBER | | 1600-935X | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | SUPPLIER CATALOG NUMBER | | 1600935X | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | INVENTORY LOCATION | | EG OR MAIN- OPTIMELOC | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | CHARGEABLE? | | Yes | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | COST PER UNIT | | 2.58 | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | CHARGE PER UNIT | | 23.73213 | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | CHARGE CODE (EAP LINK) | | HCHG CHARGE - FIXATION - INTERNAL AND EXTERNAL | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | MODEL NUMBER | | 1600-935X | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | IMPLANTED BY | | Chan, Gilbert, MD | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | STATUS OT | | Implanted | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | STATUS | | Implanted | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | DATE IMPLANTED | | 4/2/2021 | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | IMPLANT LOG NUMBER | | Log 743671 | Chambers, Lateesha M, RN |
| 4/2/2021 9.37 AM EDT | PATIENT ID | | HOVERS,FISHER | Chambers, Lateesha M, RN |

## Admission Information (continued)

**KWIRE SMOOTH .035MM - LOG743671 - 380354 (continued)**

| Date & Time | Field | Old Value | New Value | User |
|---|---|---|---|---|
| 4/2/2021 9:37 AM EDT | LATERALITY OF IMPLANTATION | | Left | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | NUMBER IMPLANTED | | 1 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | CONTACT LOG | | Log 743671 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | SURGERY CSN | | 49284281 | Chambers, Lateesha M, RN |
| 4/2/2021 9:37 AM EDT | LINKED TO UNFINISHED LOG? | | Yes | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | TISSUE? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | SMDA? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | AREA OF IMPLANTATION | | Thumb | Chambers, Lateesha M, RN |
| 4/2/2021 9:38 AM EDT | IS TEMPORARY RECORD? | | No | Chambers, Lateesha M, RN |
| 4/2/2021 2:31 PM EDT | LINKED TO UNFINISHED LOG? | Yes | No | Flack, Bonnie L, RN |

## Patient Flowsheet Data

## Flowsheets (all recorded)

### Ht/Wt - Mon March 29, 2021

| Row Name | 1140 | | | | |
|---|---|---|---|---|---|
| Weight | 17.5 kg<br>-TC at 03/29/21 1140 | | | | |
| Weight (Dosing) | 17.5 kg Filed from<br>first-documented Weight<br>(Recorded).<br>-TC at 03/29/21 1140 | | | | |
| Weight (Actual) *To 3 Decimals* | 17.5 kg<br>-TC at 03/29/21 1140 | | | | |
| Weight (Dosing) *To 3 Decimals* | 17.5 kg<br>-TC at 03/29/21 1140 | | | | |

### Intake Questionnaire - Mon March 29, 2021

| Row Name | 1140 | | | | |
|---|---|---|---|---|---|
| Weight | 17.5 kg<br>-TC at 03/29/21 1140 | | | | |
| Kcal/kg/d | 0<br>-TC at 03/29/21 1140 | | | | |
| ml/kg/d | 0<br>-TC at 03/29/21 1140 | | | | |

### Custom Formula Rows Only - Mon March 29, 2021

| Row Name | 1140 | 1142 | | | |
|---|---|---|---|---|---|
| Weight Change Since Admission | 0<br>-TC at 03/29/21 1140 | — | | | |
| Blood Cx Optimal Volume | 14<br>-TC at 03/29/21 1140 | — | | | |
| Appropriate Bottles | if >=6mL obtained, split between 2 Aerobic/Anaerobic bottles<br>-TC at 03/29/21 1140 | — | | | |
| Weight (Dosing) *To 3 Decimals* | 17.5 kg<br>-TC at 03/29/21 1140 | — | | | |
| 10/KG | 175<br>-TC at 03/29/21 1140 | — | | | |
| 15/KG | 262.5<br>-TC at 03/29/21 1140 | — | | | |
| 20/KG | 350<br>-TC at 03/29/21 1140 | — | | | |
| Weight | 17.49985825253727958<br>-TC at 03/29/21 1140 | — | | | |
| 5/KG | 87.5<br>-TC at 03/29/21 1140 | — | | | |
| Weight (Actual) *To 3 Decimals* | 17.5 kg<br>-TC at 03/29/21 1140 | — | | | |
| Solids - Protein Gm/kg | 0 Gm/Kg<br>-TC at 03/29/21 1140 | — | | | |
| Metric Temp | — | 36.9<br>-TC at 03/29/21 1142 | | | |

### Screening - Mon March 29, 2021

| Row Name | 1109 | 1140 | 1143 | | |
|---|---|---|---|---|---|
| Do you immunize your child? | — | — | Yes<br>-TC at 03/29/21 1143 | | |
| Has your child recently been exposed to any | — | — | No<br>-TC at 03/29/21 1143 | | |

## Flowsheets (all recorded) (continued)

### Screening - Mon March 29, 2021 (continued)

| Row Name | 1109 | 1140 | 1143 | | | |
|---|---|---|---|---|---|---|
| contagious diseases (Measles, Meningitis, Hepatitis, Chicken Pox, TB, Pertussis or anything else)? | | | | | | |
| PPE used | — | Surgical mask,Goggles;Gloves -TC at 03/29/21 1140 | — | | | |
| 3. Has the child or close contact of the child traveled outside the United States in the past 21 days? | No -SC at 03/29/21 1109 | | No -TC at 03/29/21 1143 | | | |
| 1. Does the child or has the child had a cough WITH or WITHOUT a fever? | No -SC at 03/29/21 1109 | — | — | | | |
| 2. Does the child or has the child had a fever AND rash? | No -SC at 03/29/21 1109 | — | — | | | |
| 4. Has the child had close contact with another ill person for 10 mins or more? | No -SC at 03/29/21 1109 | — | — | | | |

### Screening Complete - Mon March 29, 2021

| Row Name | 1109 | 1144 | | | | |
|---|---|---|---|---|---|---|
| Screening | — | Screening Complete -TC at 03/29/21 1144 | | | | |
| Destination | Fracture Care -SC at 03/29/21 1109 | Fracture Care -TC at 03/29/21 1144 | | | | |

### Arrival Documentation/ScreeningBegin - Mon March 29, 2021

| Row Name | 1140 | | | | | |
|---|---|---|---|---|---|---|
| Screening Start | Start -TC at 03/29/21 1140 | | | | | |
| PPE used | Surgical mask,Goggles;Gloves -TC at 03/29/21 1140 | | | | | |

### Charge Audit for Lab/Rad Techs - Mon March 29, 2021

| Row Name | 1706 | | | | | |
|---|---|---|---|---|---|---|
| Charge Audit Status | Rad Done -SR at 03/29/21 1706 | | | | | |

### Last Seen - Mon March 29, 2021

| Row Name | 1142 | | | | | |
|---|---|---|---|---|---|---|
| Has the child been seen by a provider in the last 24 hours | No -TC at 03/29/21 1142 | | | | | |

## Flowsheets (all recorded) (continued)

### Last Seen - Mon March 29, 2021 (continued)

| Row Name | 1142 | | | | |
|---|---|---|---|---|---|
| for this complaint | | | | | |

### Armbands - Mon March 29, 2021

| Row Name | 1142 | | | | |
|---|---|---|---|---|---|
| Armband placement | Patient ID<br>-TC at 03/29/21 1142 | | | | |

### Measurements - Mon March 29, 2021

| Row Name | 1140 | | | | |
|---|---|---|---|---|---|
| Weight | 17.5 kg<br>-TC at 03/29/21 1140 | | | | |
| Weight Measurement Method | Standing Scale<br>-TC at 03/29/21 1140 | | | | |
| Weight (Dosing) | 17.5 kg Filed from first-documented Weight (Recorded).<br>-TC at 03/29/21 1140 | | | | |

### Neurovascular/Musculoskeletal - Mon March 29, 2021

| Row Name | 1143 | 12:26:09 | | | |
|---|---|---|---|---|---|
| Peripheral Vascular WDL | Yes<br>-TC at 03/29/21 1143 | Yes<br>-TP at 03/29/21 1226 | | | |
| MS WDL | No<br>-TC at 03/29/21 1143 | — | | | |
| ROM / Extremity Position | — left thumb injury<br>-TC at 03/29/21 1143 | — | | | |

### Splinting - Mon March 29, 2021

| Row Name | 1143 | 12:26:09 | | | |
|---|---|---|---|---|---|
| Splint Applied? | — | Yes<br>-TP at 03/29/21 1226 | | | |
| Splint Types | — | Left;Thumb Spica<br>-TP at 03/29/21 1226 | | | |
| Padding Applied with Application | — | Cotton<br>-TP at 03/29/21 1226 | | | |
| Padding Applied to Bony Prominences? | — | Yes.<br>-TP at 03/29/21 1226 | | | |
| Peripheral Vascular WDL | Yes<br>-TC at 03/29/21 1143 | Yes<br>-TP at 03/29/21 1226 | | | |

### Discharge Information - Mon March 29, 2021

| Row Name | 1251 | | | | |
|---|---|---|---|---|---|
| General Patient Family Education | After Visit Summary (AVS) Reviewed;DC Instructions Reviewed by Provider;Patient/Family verbalized understanding<br>-TP at 03/29/21 1252 | | | | |
| Care Specific Patient and Family Education | Orthopedic injuries;Parent/guardian verbalized understanding<br>-TP at 03/29/21 1252 | | | | |

## Flowsheets (all recorded) (continued)

### Destination - Mon March 29, 2021

| Row Name | 1109 | 1144 | | | | |
|---|---|---|---|---|---|---|
| Destination | Fracture Care -SC at 03/29/21 1109 | Fracture Care -TC at 03/29/21 1144 | | | | |

### Medication Preferences - Mon March 29, 2021

| Row Name | 1143 | | | | | |
|---|---|---|---|---|---|---|
| Prefers medications | Liquid -TC at 03/29/21 1143 | | | | | |

### Symptom Screening - Mon March 29, 2021

| Row Name | 1109 | 1143 | | | | |
|---|---|---|---|---|---|---|
| 1. Does the child have or has the child had a cough WITH or WITHOUT a fever? | No -SC at 03/29/21 1109 | — | | | | |
| 2. Does the child have or has the child had a fever AND rash? | No -SC at 03/29/21 1109 | — | | | | |
| 3. Has the child or close contact of the child traveled outside the United States in the past 21 days? | No -SC at 03/29/21 1109 | No -TC at 03/29/21 1143 | | | | |
| 4. Has the child had close contact with another ill person for 10 mins or more? | No -SC at 03/29/21 1109 | — | | | | |

### Vitals/Pain/Provider Notification - Mon March 29, 2021

| Row Name | 1140 | 1142 | 12:52:39 | | | |
|---|---|---|---|---|---|---|
| Temp | — | 36.9 °C -TC at 03/29/21 1142 | — | | | |
| Temp src | — | Temporal -TC at 03/29/21 1142 | — | | | |
| Pain Scale | — | FACES -TC at 03/29/21 1142 | — | | | |
| Pain Intensity Rating | — | 2 -TC at 03/29/21 1142 | 0 -TP at 03/29/21 1252 | | | |
| PPE used | Surgical mask;Goggles;Gloves -TC at 03/29/21 1140 | — | — | | | |

### Charge Audit for Nurse/MA - Mon March 29, 2021

| Row Name | 1252 | | | | | |
|---|---|---|---|---|---|---|
| Charge Audit Status | Nurse/MA Done -TP at 03/29/21 1252 | | | | | |

### Abuse/Neglect/Behavioral & Mental Health Screening - Mon March 29, 2021

| Row Name | 1143 | | | | | |
|---|---|---|---|---|---|---|
| Introductory Statement: | Children's is committed to the health and safety of you and your child. It is important to us | | | | | |

## Flowsheets (all recorded) (continued)

### Abuse/Neglect/Behavioral & Mental Health Screening - Mon March 29, 2021 (continued)

| Row Name | 1143 | | | | | |
|---|---|---|---|---|---|---|
| | that we ask these questions to better understand your specific needs.<br>-TC at 03/29/21 1143 | | | | | |
| Is there anyone in your life that poses a threat to the safety of you or anyone else in your home? | No<br>-TC at 03/29/21 1143 | | | | | |
| Do you have safety concerns about your child hurting themself or others? | No<br>-TC at 03/29/21 1143 | | | | | |
| Have you (CHOA staff) observed anything that prompts concerns of potential abuse/neglect (i.e. physical/behavioral signs of abuse or parent/guardian to child interactions)? | No<br>-TC at 03/29/21 1143 | | | | | |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| SC | Craig, Shaneka M, PCT | 09/10/20 - 03/31/21 |
| TP | Patterson Garner, Tara E, RN | 09/10/20 - |
| TC | Chapko, Tammy J, RIN | 09/10/20 - |
| SR | Ritchie Johnson, Stacey Ann H, RT | 03/29/21 - 03/29/21 |

### Outpatient Fall Risk Score
No data filed

### Intrathecal Pump
No data filed

## Cardiac Services

### Pacemaker/ICD General Parameters
No data filed

### HSD NIC INITIAL/FINAL PACER V3
No data filed

## Telephone Encounter Summary

### Call Information

| | Department | Center |
|---|---|---|
| 3/29/2021 11:41 AM | Hudson Bridge Uc | |

### Reason for Call

**Telephone Encounter Summary (continued)**

**Reason for Call (continued)**
    Hand Complaint

**Ed Notes**

**ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM**

| | | |
|---|---|---|
| Author: Watkins, Elizabeth K, MD | Service: Urgent Care | Author Type: Physician |
| Filed: 3/29/2021 12:29 PM | Date of Service: 3/29/2021 11:58 AM | Status: Addendum |
| Editor: Watkins, Elizabeth K, MD (Physician) | | |

Related Notes: *Original Note by Watkins, Elizabeth K, MD (Physician) filed at 3/29/2021 12:21 PM*
    Procedure Orders
      1. Splinting, Casting, Strapping [210194076] ordered by Watkins, Elizabeth K, MD

**Name: Fisher Hovers DOB: 8/31/2017 Age: 3y Sex: male**
**Hospital #: 607362913 MRN: 3302624 Room/Bed: UC 03/03**
**Attending Provider: Watkins, Elizabeth K, MD Admission Date/Time: 3/29/2021 11:41 AM**
Final diagnoses:
[W23.0XXA] Caught, crushed, jammed, or pinched between moving objects, initial encounter (Primary)
[S62.512A] Closed displaced fracture of proximal phalanx of left thumb, initial encounter

**Chief Complaint**

Chief Complaint
Patient presents with
  • Hand Complaint

**History of Present Illness**

3yo M here for evaluation of L thumb pain

No meds yet.

**Review of Systems**

Review of Systems
Constitutional: Negative for activity change, appetite change, fatigue and fever.
Gastrointestinal: Negative for vomiting.
Musculoskeletal: Positive for arthralgias and joint swelling.
Skin: Negative for color change and rash.

**Past Medical History**

No past medical history on file.
No past surgical history on file.
Social History

No family history on file.

**Ed Notes (continued)**

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM (continued)

**History**

| Reviewed By | Date/Time | Sections Reviewed |
|---|---|---|
| Watkins, Elizabeth K, MD | 3/29/2021 12:00 PM | Medical, Surgical, Family |
| Watkins, Elizabeth K, MD | 3/29/2021 11:47 AM | Medical, Surgical, Family |
| Chapko, Tammy J, RN | 3/29/2021 11:42 AM | Medical |

**Allergy and Medications**

ALLERGIES - No Known Allergies

Medications -

**Patient's Medications**

**New Prescriptions**

| | |
|---|---|
| IBUPROFEN (MOTRIN) 100 MG/5 ML SUSPENSION | Take 8.8 mL (176 mg) by mouth every 6 hours as needed for mild pain |

**Previous Medications**

CETIRIZINE HCL (ZYRTEC PO)

**Modified Medications**

No medications on file

**Discontinued Medications**

No medications on file

**Physical Exam**

Temp 36.9 °C (Temporal)  | Wt 17.5 kg

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
   General: He is active. He is not in acute distress.
   Appearance: Normal appearance.

HENT:
   Head: Normocephalic.
   Mouth/Throat:
   Mouth: Mucous membranes are moist.
   Pharynx: Oropharynx is clear.

Eyes:
   Conjunctiva/sclera: Conjunctivae normal.

Cardiovascular:
   Pulses: Pulses are strong.

Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress, nasal flaring or retractions.

Abdominal:
   Tenderness: There is no abdominal tenderness. There is no guarding.

Musculoskeletal:
   General: Swelling, tenderness and signs of injury present. Normal range of motion.
   Comments: L thumb swelling, ecchymosis,

Skin:
   General: Skin is warm and moist.

**Ed Notes (continued)**

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM (continued)
 Capillary Refill: Capillary refill takes less than 2 seconds.
 Findings: No rash.
Neurological:
 Mental Status: He is alert.
 Motor: No abnormal muscle tone.

**UC Course**

**Splinting, Casting, Strapping**

Date/Time: 3/29/2021 12:20 PM
Performed by: Patterson Garner, Tara E, RN
Authorized by: Watkins, Elizabeth K, MD

Consent:
 Consent obtained: **Verbal**
 Consent given by: **Parent**
 Risks discussed: **Pain, swelling, discoloration and numbness**
 Alternatives discussed: **No treatment**
Pre-procedure details:
 Sensation: **Normal**
Procedure details:
 Laterality: **Left**
 Location: **Finger**
 Finger: **L thumb**
 Splint type: **Thumb spica**
 Supplies: **Cotton padding, elastic bandage and Ortho-Glass**
Post-procedure details:
 Pain: **Improved**
 Sensation: **Normal**
 Patient tolerance of procedure: **Tolerated well, no immediate complications**

Impression: Left-sided proximal phalanx thumb fracture, angulated and displaced, will place in a thumb spica splint and follow-up with hand on call is Dr. Mom to call in the next 3 to 5 days. Ibuprofen for pain. Definitive care for stabilization and initial management was provided today for the patient. I have examined splint placed under my supervision. The placement is appropriate. The affected extremity has normal perfusion and there is normal movement of affected digits. There is no numbness or tingling or pallor or cyanosis of affected extremity.

**Diagnosis**

The primary encounter diagnosis was Caught, crushed, jammed, or pinched between moving objects, initial encounter. A diagnosis of Closed displaced fracture of proximal phalanx of left thumb, initial encounter was also pertinent to this visit.

**Ed Notes (continued)**

ED Provider Notes by Watkins, Elizabeth K, MD at 3/29/2021 11:58 AM (continued)

Results and Interpretations

FINGER(S) MIN 2V
Final Result
IMPRESSION: Displaced and angulated fracture of
the proximal phalanx of
the thumb.

No results found for this visit on 03/29/21.

Watkins, Elizabeth K, MD
03/29/21 1221

Watkins, Elizabeth K, MD
03/29/21 1229

**All Other Notes**

No notes exist for this encounter.

**Patient Education**

Patient Education

No education to display

Hovers, Fisher

Hovers, Fisher does not have an active treatment plan of type CHEMOTHERAPY in this episode.

## All Orders

### cetirizine HCl (ZYRTEC PO) [210194062] Patient-reported historical medication

| | |
|---|---|
| Ordering date: 03/29/21 1143 | Authorized by: Admission, Medications Prior To |
| Ordering mode: Standard | |
| Frequency: - Until Discontinued | |

### Neurovascular Assessment [210194063]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | | Status: Completed |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN | |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) | |

Frequency: now 03/29/21 1144 - 1 occurrence
Order comments: Of effected extremity.

### Cold Pack [210194064]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | | Status: Completed |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN | |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) | |

Frequency: now 03/29/21 1144 - 1 occurrence
Order comments: If injury is less than 24 hours old.

### Elevate Extremity [210194065]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | | Status: Completed |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN | |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) | |

Frequency: ongoing 03/29/21 1144 - Until Specified
Order comments: When possible.

### ibuprofen (MOTRIN) 176 mg suspension [210194066]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1147 | | Status: Completed |
| Mode: Ordering in ED/UC Caregiver Initiated Protocol (Doctor Cosign) mode | Communicated by: Chapko, Tammy J, RN | |
| Ordering user: Chapko, Tammy J, RN 03/29/21 1144 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: ED/UC Caregiver Initiated Protocol (Doctor Cosign) | |

Frequency: Once 03/29/21 1145 - 1 occurrence
Medication Dose: 10 mg/kg × 17.5 kg
Package: 45802-952-43

### FINGER(S) MIN 2V [210194070]

| | | |
|---|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1148 | | Status: Completed |
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1148 | Ordering provider: Watkins, Elizabeth K, MD | |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard | |

Frequency: Imaging Once 03/29/21 1149 - 1 occurrence

Questionnaire

| Question | Answer |
|---|---|
| Reason for Study: | finger injury L thumb |
| Left/Right? | left |
| On oxygen? | No |
| IV? | No |

Order comments: Supervising Provider.

### Thumb Spica Splint Application Left [210194072]

| | |
|---|---|
| Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1211 | Status: Completed |

## All Orders (continued)

### Thumb Spica Splint Application Left [210194072] (continued)

| | |
|---|---|
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1211 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard |
| Frequency: now 03/29/21 1212 - 1 occurrence | |

Questionnaire

| Question | Answer |
|---|---|
| Left/Right/Bilateral: | Left |

### ibuprofen (MOTRIN) 100 mg/5 mL suspension [210194074]

Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1219                    Status: Active

| | |
|---|---|
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1219 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard |
| PRN reasons: mild pain | |
| Frequency: every 6 hours prn 03/29/21 - Until Discontinued | Medication Dose: 10 mg/kg × 17.5 kg (Dosing Weight) |

### Splint Application [210194075]

Electronically signed by: Watkins, Elizabeth K, MD on 03/29/21 1220                    Status: Completed

| | |
|---|---|
| Ordering user: Watkins, Elizabeth K, MD 03/29/21 1220 | Ordering provider: Watkins, Elizabeth K, MD |
| Authorized by: Watkins, Elizabeth K, MD | Ordering mode: Standard |
| Frequency: Once 03/29/21 1221 - 1 occurrence | |
| Order comments: This order was created via procedure documentation | |

## Clinical Lab Results

## Lab, Radiology, ECG/EMG, and Cardiac Results

**FINGER(S) MIN 2V [210194071]**                    Resulted: 03/29/21 1150, Result status: In process
Resulted by: Tuburan, Smyrna, MD                Performed: 03/29/21 1150 - 03/29/21 1207
Accession number: 6545024

**FINGER(S) MIN 2V [210194071]**                    Resulted: 03/29/21 1212, Result status: In process
Resulted by: Tuburan, Smyrna, MD                Performed: 03/29/21 1150 - 03/29/21 1207
Accession number: 6545024

**FINGER(S) MIN 2V [210194071]**                    Resulted: 03/29/21 1217, Result status: Final result
Resulted by: Tuburan, Smyrna, MD                Performed  03/29/21 1150 - 03/29/21 1207
Accession number: 6545024                       Resulting lab  INBOUND IBEX LAB RAD QUESTIONS
Narrative:
EXAMINATION: FINGER(S) MIN 2V

INDICATION: finger injury left thumb

PROCEDURE: PA view of the left hand and two views of the left thumb.

COMPARISON: None.

FINDINGS: Displaced fracture of the distal aspect of the proximal phalanx
of the thumb is present. There is approximately 45 degrees of dorsal
angulation of the distal fracture fragment. Vertical component lucency is
seen of the mid aspect of the proximal phalanx likely fracture
continuation. No definite dislocation. Regional soft tissue swelling is
present.

Impression:
IMPRESSION: Displaced and angulated fracture of the proximal phalanx of
the thumb.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1009 - IBEX ORDERS | INBOUND IBEX LAB RAD QUESTIONS | Unknown | Unknown | 08/05/09 1008 - Present |

## Pathology Reports

### Pathology Results

No results found

## Discharge Instructions

### AVS

After Visit Summary printed by Watkins, Elizabeth K, MD on 3/29/2021 12:21 PM

## Discharge Instructions (continued)

## AVS (continued)

AFTER VISIT SUMMARY
**Fisher Hovers** MRN 3302624    3/29/202   Jebson Grange Urgent Care 404-785-5437   

Children's
Healthcare of Atlanta

### Instructions
Your personalized instructions can be found at the end of this document.

 See your updated medication list for details.

 Fracture, Thumb, Splinted, KidsHealth (English)

 ibuprofen
    3476 Hwy 155 East McDonough GA 30252
    770-780-4095

### Today's Visit
Your care team included Elizabeth K. Watkins, MD

Diagnoses
· Caught, crushed, jammed, or pinched between moving objects, initial encounter
· Closed displaced fracture of proximal phalanx of left thumb, initial encounter

● Medications given
ibuprofen (MOTRIN) Last given at 11 15 AM

Weight
17.5 kg

### What's Next
You currently have no upcoming appointments scheduled

### Primary Care Provider

| Primary Care Provider | Phone | Fax |
|---|---|---|
| Jaime L Davis, MD | 678-583-9071 | 678-583-9319 |

Fisher Hovers (MRN: 3302624) • Printed at 3/29/21 12:21 PM      Page 1 of 12   **Epic**

## Discharge Instructions (continued)

### AVS (continued)

### Your Medication List

 **Ibuprofen 100 mg/5 mL suspension**    Take 8.8 mL (176 mg) by mouth every 6 hours as
START    . . . . . . . MOTRIN)                              needed for mild pain

ZYRTEC PO

### MYchart Sign-Up

**What is MYchart?**
MYchart is our free tool that provides quick, convenient online access to your child's medical records using your
computer or mobile device. With MYchart, you can:

- Access your child's medical records
- Request appointments
- Request prescription renewals
- Communicate with your child's healthcare team

**How do I sign up?**
To request an access code or find out more, go to choa.org/MYchart
For additional assistance, please call 404-785-7844.

### COVID-19 for Families

**COVID-19 Guidance for Families – adapted from CDC.gov**

**The best ways to prevent illness are to avoid being exposed through social distancing and to use hand hygiene
frequently.**

The virus is thought to spread mainly from person-to-person.
- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs or sneezes.

These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

Older adults and others who have chronic medical conditions (like heart or lung disease or diabetes) may be more likely to
have serious complications from COVID-19. Maintaining social distance and using hand hygiene can help to protect
everyone.

**Take steps to protect yourself:**

**Clean your hands often**
- **Wash your hands** often with soap and water for at least 20 seconds especially after you have been in a public
place, or after blowing your nose, coughing or sneezing.
- If you do not have soap and water, use an alcohol-based gel or foam that contains at least 60% alcohol.
Cover all surfaces of your hands and rub them together until they feel dry.
- **Avoid touching your eyes, nose and mouth** with unwashed hands.

## Discharge Instructions (continued)

### AVS (continued)

**Avoid close contact**
- **Avoid close contact** with people who are sick
- If you must leave home, be sure to follow "Social distancing" by staying at least 6 feet away from others. Also keep up with local, state and federal guidelines on where you are allowed to go during this time.

**Take steps to protect others:**

**Stay home if you are sick**
- Stay home if you are sick, except to get medical care. Call your pediatrician's office if you think you have been exposed or may have symptoms of COVID-19 for further guidance on the best way to receive care. Do not go to the emergency department simply to get tested. Please do use the emergency department for true health emergencies
- Most children can be cared for at home who have symptoms of a COVID-19 infection. You may visit our website www.xxxx.org and click on the COVID-19 hub for information. Within this hub, you may use our COVID-19 Pediatric Assessment tool. This is an online assessment tool that helps parents answer two questions: What should I do if my child has a fever and/or cough? What should I do if my child has been around someone with COVID-19, but my child has no symptoms?
- If you have children who are mildly symptomatic or ill and do not require medical treatment, the recommendation is to remain at home. At this time the recommendation for any individual who is ill or concerned they may have COVID-19 is to remain at home for 10 days from onset of symptoms provided there has been at least 1 day of no fever (without fever-reducing medication) and significantly improving symptoms.
- **Urgent concerns require immediate medical attention.** Other symptoms that may require medical attention include difficulty breathing, fast breathing even when there is no fever present, continued coughing with in-pulling of chest, inconsolable crying, decreased drinking of fluids with reduced urine output, no tears when crying or a change in behavior that is concerning.
  - If you have concerns regarding your child's symptoms, please call your pediatrician or call the Children's Nurse Advice Line at 404-785-KIDS.
  - If your child develops emergency warning signs, seek medical attention immediately. Emergency warning signs include difficulty breathing or shortness of breath, persistent pain or pressure in the chest, new confusion or inability to arouse, bluish lips or face.

**Cover coughs and sneezes**
- Cover your mouth and nose with a tissue when you cough or sneeze or use the inside of your elbow.
- Throw used tissues in the trash.
- Wash your hands with soap and water for at least 20 seconds right away. If you do not have soap and water, use an alcohol-based gel or foam that contains at least 60% alcohol.

**Wear a facemask or cloth face covering**
- If you are sick: Wear a facemask when you are in close contact with other people (like in a room or car) and if you must leave your home. Remember to stay home, except to seek medical care.
- Even if you are not sick: Wear a cloth face covering over your nose and mouth in public. This is advised in addition to social distancing, frequent hand hygiene and other methods for preventing the spread of illness Note that medical masks and N-95 respirators should only be used by health care providers and first responders.

**Clean and disinfect**
- Clean AND disinfect frequently touched surfaces every day. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets and sinks
- If surfaces are dirty, clean them. Use detergent or soap and water before disinfecting them.

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**

**Discharge Instructions (continued)**

AVS (continued)

It is still recommended that you:
- Have an adequate supply of medicine on hand.
- Continue routine medical care such as visits for chronic diseases and recommended vaccines. Doctors offices at Children's and elsewhere in the community are prepared to care for children at this time.

For more information, you may go to choa.org/covid19

## Discharge Instructions (continued)

## AVS (continued)

### Instructions

It was a pleasure taking care of Fisher in the Urgent Care Clinic today. Please follow up with your primary care provider as discussed, or if there are any questions or concerns.

#### Hand Program

When your patient has an injury or condition of the hands, arms, wrists or shoulders, early treatment can make all the difference. Our team specializes in diagnosing and treating pediatric hand and upper extremity conditions, including overuse injuries and sprains as well as the following:

- Amputation
- Brachial Plexus Injuries
- Burns
- Congenital hand deformities
- Fingertip crush
- Fractures
- Ganglions (cyst near joint or tendon)
- Nerve injuries
- Sport injuries of the hand and upper extremities
- Tendon lacerations
- Trigger thumb and fingers

#### Pediatric orthopaedic hand surgeons

- Bronier Costas, MD, The Hand and Upper Extremity Center of Georgia, PC
- Bryce Gillespie, MD, The Hand and Upper Extremity Center of Georgia, PC
- Jeffrey Klugman, MD, The Hand and Upper Extremity Center of Georgia, PC
- Gary Laurie, MD, The Hand and Upper Extremity Center of Georgia, PC
- Allan Peljovich, MD, The Hand and Upper Extremity Center of Georgia, PC
- Joshua Ratner, MD, The Hand and Upper Extremity Center of Georgia, PC
- Erika Templeton, MD, The Hand and Upper Extremity Center of Georgia, PC

**Call 404-255-0226** to make an appointment at any one of the locations listed below.

#### Locations

The Hand and Upper Extremity Center of Georgia, PC offers clinics in the following locations.

| Atlanta | Forsyth | North Fulton | Midtown |
|---------|---------|--------------|---------|
| 980 Johnson Ferry Rd | 2000 Howard Farm Dr | 3400A Old Milton Pkwy | 1110 West Peachtree St |
| Suite 1020 | Suite. 310 | Suite 350 | Suite 1050 |
| Atlanta, GA 30342 | Cumming, GA 30041 | Alpharetta, GA 30005 | Atlanta, GA 30309 |

Call the Hand Program at **404-785-HAND** for more information.

Visit choa.org/hand for details about this program.

*Pediatric orthopaedic surgeons participating in the Children's Healthcare of Atlanta Hand Fracture Care Program are fellowship-trained orthopaedic surgeons and active members of the Children's Professional Staff.*

**Discharge Instructions (continued)**

**AVS (continued)**

*Some physicians and affiliated healthcare professionals on the Children's Healthcare of Atlanta team are independent providers and are not our employees.*

## Discharge Instructions (continued)

## AVS (continued)

 Attached Information    Fracture Thumb Splint and Childhealth (English)

**Broken Thumb and a Splint: How to Care for Your Child**

A broken thumb means one or more of the bones of the thumb has a fracture or crack. A splint keeps the broken bone from moving while it heals. Taking good care of the splint or tape and treating pain will help keep your child comfortable while healing.



**To decrease swelling:**

- Prop up the hand on pillows when your child is sitting down or sleeping
- If your child was given a sling, use it as directed. Don't use the sling during sleep.
- Remind your child to wiggle the uninjured fingers to keep blood circulating normally.

**If your child has pain:**

- When your child is awake, put ice in a plastic bag wrapped in a towel on the thumb for 20 minutes every 3 hours for up to 2 days. Don't put ice directly on the skin.
- Use these medicines exactly as directed:
    - acetaminophen (such as Tylenol® or a store brand)OR
    - Ibuprofen (such as Advil®, Motrin® or a store brand) **Don't give to babies under 6 months old.**

**Daily care for the splint:**

- Don't remove or change the position of the splint unless the health care provider said it's OK.
- Check the area around the splint. Make sure the skin isn't scratched, and the thumb and fingers aren't pale, blue, numb or tingling.
- Make sure your child doesn't pick or scratch under the splint.
- Don't put anything in the splint. Make sure your child doesn't put toys, food or other objects into it.
- Keep dirt, sand, lotion and powder away from the splint.
- Keep the splint dry:
    - Put a plastic covering over the splint when your child bathes
    - If the splint is accidentally splashed, gently blow air onto it from a hair dryer on the **cool setting**

## Discharge Instructions (continued)

### AVS (continued)

Call Your Health Care Provider If:

- Pain doesn't improve with medicine.
- Blisters, rashes, or raw spots appear on the skin around the splint.
- A foul smell or drainage comes from the splint.
- Your child gets a fever while the thumb is healing

Go to the ER if:

- The splint feels too tight, or your child's thumb is pale, cold, numb, or tingly.
- The splint is cracked, becomes loose, gets wet or falls off.

More to Know

**Which bone is broken in a thumb fracture?** A thumb fracture is a break or crack in one or more of three bones:

- Two of the bones (called phalanges) are in the thumb.
- One bone (called a metacarpal bone) is in the hand. It connects the phalanges to the wrist and helps give the thumb the ability to move around a lot.

**How long will it take a broken thumb to heal?** Most broken thumbs get better in 4–8 weeks with a splint. Your child will have one or more follow-up visits with a health care provider who specializes in the care of bones. During these follow-ups, the health care provider will check to make sure the thumb is healing well. Sometimes a fracture needs surgery to bring the broken pieces of bone together.

**When can my child return to sports?** The health care provider will tell you when it's OK for your child to return to sports. Your child may need to wear protective hand gear or taping for sports for a few weeks or possibly longer.


KidsHealth
from Nemours

© 2020 The Nemours Foundation/KidsHealth® Used and adapted under license by your health care provider. This information is for general use only. For specific medical advice or questions, consult your health care professional. KH-1711

---

## Discharge Instructions (continued)

### AVS (continued)

# Fisher Hovers

MRN: 3302624

Department: Hudson Bridge Urgent Care

Date of
Visit:
3/29/2021

## Diagnostic Studies (lab and radiology)

If laboratory and/or radiographic studies were done during your child's visit to our urgent care center, the results are
available to your child's doctor through "AccessCHOA". If your child's doctor cannot access the results through
"AccessCHOA", please have them contact the urgent care facility where your child was seen

## Follow-up.

Please notify your child's Primary Care Physician of your visit to the Urgent Care Center. If you do not have a Primary Care
Physician and would like one, please call: 404-785-KIDS
For more information on services that are offered at Children's Healthcare of Atlanta please visit www.choa.org

## GA Crisis Line / National Suicide Prevention Line

**Crisis Help Phone Line:**
The Georgia Crisis Access Line: 800-715-4225

**National Suicide Prevention Lifeline:**
National Suicide Prevention Lifeline: 800-273-8255

## Follow-up: Lab/Radiology Results

**When you or your child has had lab work and/or xray's that require additional treatment, you will be contacted by
our staff.**

**Labs:**
If your child had lab tests done today, you will be contacted if any additional treatment is needed.
- Urine Culture (3 -5 days)
- Wound Culture (3 -5 days)
- Blood Culture (within a week)

*If lab results were sent to an Outside Lab, there may be a separate bill.*

**Radiology Test:**
If your child had an x-ray today, it will be reviewed within 24 hours by a radiologist. **You will be contacted ONLY if a
change in treatment is necessary.**
*There will be a separate bill from the Radiologist.*

## Care Everywhere ID

CHA-579-7932

## Instructions Reviewed with Verbalization of Understanding

Fisher Hovers (MRN: 3302624) • Printed at 3/29/21 12:21 PM                    Page 9 of 12   *Epic*

## Discharge Instructions (continued)

### AVS (continued)

The discharge instructions have been reviewed with the parent/legal guardian assuming responsibility for care of the patient _and a printed copy was given to him/her._ All questions have been answered and the parent/legal guardian states that he/she will be able to provide the appropriate care. Medication teaching for the discharge medications listed on this form was provided

The parent/legal guardian was reminded to discard old medications lists and update their records. The parent/legal guardian assuming responsibility for the patient states that he/she has read and understands the medication information and has had an opportunity to ask questions which have been answered to their satisfaction.

### Disclaimer
_I understand that my child has had acute treatment only and that he/she may be released before all medical problems are known or treated. I will arrange for follow-up care as needed._

____ total number pages of discharge instructions provided to the parent/legal guardian.

### Script to Family
"PLEASE LET US KNOW ABOUT YOUR VISIT. YOU MAY RECEIVE A SURVEY FROM US REGARDING YOUR VISIT TO THE EMERGENCY DEPARTMENT/ URGENT CARE CENTER. PLEASE SUBMIT YOUR RESPONSE AS YOUR FEEDBACK HELPS US TO IMPROVE OUR SERVICE."

Thanks for Choosing Us to Care for Your Child, visit us at www.choa.org/thankyou.

CHOA**CONFIDENTIAL MEDICAL RECORD COPY**

## Discharge Instructions (continued)

### AVS (continued)

Hudson Bridge Urgent Care
1510 Hudson Bridge Road
Stockbridge GA 30281
Phone. 404-785-5437

## Fisher Hovers

MRN 3302624

Department  Hudson Bridge Urgent Care

Date of
Visit:
3/29/2021

### Medication Safety Information

· **Call the doctor if you have questions about the medicines.**

· **When you pick up medicines at the drug store.**

--Read each label closely.

--Be sure to ask if you have any questions about the medicines or how to give it.

· **Always read the label each time you give medicine to your child.  Make sure you have the right medicine, the right amount and the right strength.**

· **Do not use a kitchen spoon to measure your child's liquid medicine.  Use a medicine syringe or measuring spoon made just for giving liquid medicines to a child  You can get one at your drug store.**

· **Keep all medicines in their labelled containers.  Store them in a locked cupboard that your child can not reach.**

· **Throw away all medicines once they expire.  The date is on the container.  Also, throw away all medicines once your child finishes the dose the doctor prescribes.**

· **Keep a current list of your child's medicines.  Share the list with his doctors.**

---

**Discharge Instructions (continued)**

**AVS (continued)**

School Excuse



**Children's**
Healthcare of Atlanta

**Certificate to Return to School/Day Care/Work**
**(Certificado para regresar a la Escuela/Guardena Infantil/Trabajo)**

03/29/21
12:21 PM

Fisher Hovers has had a medical visit today in a Children's Urgent Care Center.
Please take this into consideration when reviewing their absence.

_____

Physician or Nurse's Signature

---

**Patient-Level E-Signatures:**
    No documentation.

**Discharge Instructions (continued)**

**Encounter-Level E-Signatures:**
    No documentation.

**Hospital Account-Level E-Signatures:**
    No documentation.

Remit payment to:

**Pediatric Orthopaedic Associates**
**6 Executive Park Dr**
**Suite 10**
**Atlanta, GA 30329-2224**
**USA**
**(404) 321-9900**

*Patient Receipt*
*Friday, May 7, 2021*

| Amount Due | Amount Paid |
|---|---|
|  |  |

Gena Hovers
166 Aubree Way
Loganville, GA 30352

Employer ID 582212065
Provider ID

| Date | Description | Check #: Fee | Units | Insurance | Patient |
|---|---|---|---|---|---|
|  | Fisher Hovers(234359)/Poh Lim NP/STO062162 |  |  |  |  |
|  | Displaced fracture of proximal phalanx of left thumb, initial encounter for closed fracture (S62.512A) |  |  |  |  |
| 03/31/2021 | Office or other outpatient visit for the evaluation and management of a new patient, which requires these three key components: a detailed history; a detailed examination; and medical decision making (99203) | $226.00 | 1.0 |  |  |
| 03/31/2021 | Payment from Hovers, Fisher |  |  |  |  |
| 04/12/2021 | Disallowed Adjustment from Cigna HMO | 210406090015 |  |  |  |
| 04/12/2021 | Payment from Cigna HMO | 210406090015 |  |  |  |
| 04/12/2021 | Transfer from Insurance | 210406090015 |  |  |  |
|  | Per your insurance company the balance is the patient's responsibility. |  |  |  |  |
| 04/12/2021 | Transfer from Insurance | 210406090015 |  |  |  |
|  | The remaining balance is your copayment. |  |  |  |  |
| 04/12/2021 | Payment from Hovers, Gena |  |  |  |  |
|  | Balance: |  |  |  | ($205.00) |
|  | Fisher Hovers(234359)/Poh Lim NP/STO062200 |  |  |  |  |
| 04/01/2021 | Payment from Hovers, Fisher |  |  |  |  |
|  | Balance: |  |  |  | ($261.15) |
|  | Fisher Hovers(234359)/Gilbert Chan MD/EGL018952 |  |  |  |  |
|  | Displaced fracture of left radial styloid process, initial encounter for closed fracture (S52.512A) |  |  |  |  |
| 04/02/2021 | Percutaneous skeletal fixation of unstable phalangeal shaft fracture, proximal or middle phalanx, finger or thumb; with manipulation, each (26727 FA) | $1,575.00 | 1.0 |  |  |
| 04/16/2021 | Disallowed Adjustment from Cigna HMO | 210410090019 |  |  |  |
| 04/16/2021 | Payment from Cigna HMO | 210410090019 |  |  |  |
| 04/16/2021 | Transfer from Insurance | 210410090019 |  |  |  |
|  | Per your insurance company the balance is the patient's responsibility. |  |  |  |  |
| 04/16/2021 | Transfer from Insurance | 210410090019 |  |  |  |
|  | This amount is applied to co insurance. The balance is your responsiblity. Thank you. |  |  |  |  |
|  | Balance: |  |  |  | $214.05 |
|  | Fisher Hovers(234359)/Poh Lim NP/STO062261 |  |  |  |  |
|  | Displaced fracture of proximal phalanx of left thumb, initial encounter for closed fracture (S62.512A) |  |  |  |  |
| 04/07/2021 | Radiologic examination, finger(s), minimum of two views (73140 LT) | $109.00 | 1.0 |  |  |

| | | | | |
|---|---|---|---|---|
| 04/07/2021 | Postoperative follow-up visit, included in global service (99024) | $0.00 | 1.0 | |
| 04/16/2021 | Disallowed Adjustment from Cigna HMO | 210410090019 | | |
| 04/16/2021 | Payment from Cigna HMO | 210410090019 | | |
| 04/16/2021 | Transfer from Insurance | 210410090019 | | |
| 04/16/2021 | Per your insurance company the balance is the patient's responsibility. Transfer from Insurance | 210410090019 | | |
| | This amount is applied to co insurance. The balance is your responsibility. Thank you. | | | |

Balance: **$14.44**

Fisher Hovers(234359)/Gilbert Chan MD/ATL168950
Displaced fracture of proximal phalanx of left thumb, subsequent encounter for fracture with routine healing (S62.512D)

| | | | | |
|---|---|---|---|---|
| 04/28/2021 | Radiologic examination, finger(s), minimum of two views (73140 LT) | $109.00 | 1.0 | |
| 04/28/2021 | Postoperative follow-up visit, included in global service (99024) | $0.00 | 1.0 | |

Balance:

*Your next appointment is on Wednesday, June 09, 2021  10:00AM with Poh Lim NP at Pediatric Orthopaedic Associates.*

Pediatric Orthopaedic Associates * 6 Executive Park Dr NE Suite 10 * Atlanta, GA  30329-2224 * (404) 321-9900



CIGNA PPO
P.O. BOX 182223
CHATTANOOGA, TN 37422 7223

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|

**1. MEDICARE** ☐ (Medicare#)  **MEDICAID** ☐ (Medicaid#)  **TRICARE** ☐ (ID#/DoD#)  **CHAMPVA** ☐ (Member ID#)  **GROUP HEALTH PLAN** ☐ (ID#)  **FECA BLK LUNG** ☐ (ID#)  **OTHER** ☒ (ID#)   **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
U3283620306

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
HOVERS, FISHER

**3. PATIENT'S BIRTH DATE** 08 31 2017  **SEX** M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
HOVERS, MARVIN

**5. PATIENT'S ADDRESS** (No., Street)
166 AUBREE WAY

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☒ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
166 AUBREE WAY

**CITY** MCDONOUGH  **STATE** GA

**8. RESERVED FOR NUCC USE**

**CITY** LOGANVILLE  **STATE** GA

**ZIP CODE** 30252  **TELEPHONE** (Include Area Code) (404) 6217070

**ZIP CODE** 30352  **TELEPHONE** (Include Area Code) (404) 6217070

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
3330002

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** 07 22 1980  **SEX** M ☒ F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO  **PLACE** (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
CIGNA PPO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 03 31 2021

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN JAIME DAVIS MD
17a.
17b. NPI 1538135454

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** ☐ YES ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. LS62 512A  B. ___  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

**22. RESUBMISSION CODE**   ORIGINAL REF. NO. 7692109506917

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | | | | |
| 1 | 03 31 2021 | 03 31 2021 | | | | 99203 | | | | 226 00 | 1 | | NPI | 1942234380 |
| 2 | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**   SSN ☐ EIN ☒
582212065

**26. PATIENT'S ACCOUNT NO.**
STO062162

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☒ YES ☐ NO

**28. TOTAL CHARGE**
$ 226 00

**29. AMOUNT PAID**
$ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
THOMAS F BYARS MD
SIGNED   DATE 05 03 2021

**32. SERVICE FACILITY LOCATION INFORMATION**
PEDIATRIC ORTHOPAEDIC ASSOCI
290 COUNTRY CLUB DRIVE SUITE
STOCKBRIDGE GA 30281-9022
1609036532

**33. BILLING PROVIDER INFO & PH #** (404) 3219900
PEDIATRIC ORTHOPAEDIC ASSOCIATES
6 EXECUTIVE PARK DR SUITE 10
ATLANTA GA 30329-2224
1609036532



CIGNA PPO
P.O. BOX 182223
CHATTANOOGA, TN 37422 7223

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | PICA |
|---|---|---|

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
U3283620306

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
HOVERS, FISHER

**3. PATIENT'S BIRTH DATE** 08 31 2017  **SEX** M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
HOVERS, MARVIN

**5. PATIENT'S ADDRESS** (No., Street)
166 AUBREE WAY

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☒ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
166 AUBREE WAY

**CITY** MCDONOUGH  **STATE** GA

**8. RESERVED FOR NUCC USE**

**CITY** LOGANVILLE  **STATE** GA

**ZIP CODE** 30252  **TELEPHONE** (Include Area Code) (404) 6217070

**ZIP CODE** 30352  **TELEPHONE** (Include Area Code) (404) 6217070

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
3330002

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** 07 22 1980  **SEX** M ☒ F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO  **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
CIGNA PPO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE  DATE 04 02 2021

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** QUAL.

**15. OTHER DATE** QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM  TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN JAIME DAVIS MD
17a.
17b. NPI 1538135454

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM  TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** ☐ YES ☒ NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0

A. LS52 512A  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO. 7682109803017

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 02 2021 | 04 02 2021 | 22 | | 26727 | FA | A | 1575 00 | 1 | | NPI | 1922263284 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 582212065  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** EGL018952

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 1575 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GILBERT CHAN MD
SIGNED 05 03 2021  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
OP CHILDRENS HEALTHCARE OF A
1405 CLIFTON ROAD NE
ATLANTA GA 30322-1060
a. 1689744450  b.

**33. BILLING PROVIDER INFO & PH #** (404) 3219900
PEDIATRIC ORTHOPAEDIC ASSOCIATES
6 EXECUTIVE PARK DR SUITE 10
ATLANTA GA 30329-2224
a. 1609036532  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)



## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CIGNA PPO
P.O. BOX 182223
CHATTANOOGA, TN 37422 7223

**CARRIER**

| PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
U3283620306

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
HOVERS, FISHER

3. PATIENT'S BIRTH DATE — 08 31 2017  SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
HOVERS, MARVIN

5. PATIENT'S ADDRESS (No., Street)
166 AUBREE WAY

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☒ Other ☐

7. INSURED'S ADDRESS (No., Street)
166 AUBREE WAY

CITY — MCDONOUGH  STATE GA

8. RESERVED FOR NUCC USE

CITY — LOGANVILLE  STATE GA

ZIP CODE 30252  TELEPHONE (Include Area Code) (404) 6217070

ZIP CODE 30352  TELEPHONE (Include Area Code) (404) 6217070

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
3330002

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH — 07 22 1980  SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
CIGNA PPO

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE  DATE 04 07 2021

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN JAIME DAVIS MD
17a.
17b. NPI 1538135454

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☐ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0

A. LS62 512A  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.
7682109906009

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04072021 | 04072021 | 11 | | 73140 | RT | | 109 00 | | | NPI | 1942234380 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
582212065  ☐ ☒

26. PATIENT'S ACCOUNT NO.
STO062261

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE
$ 109 00

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
THOMAS F BYARS MD
SIGNED  05 03 2021

32. SERVICE FACILITY LOCATION INFORMATION
PEDIATRIC ORTHOPAEDIC ASSOCI
290 COUNTRY CLUB DRIVE SUITE
STOCKBRIDGE GA 30281-9022
a. 1609036532  b.

33. BILLING PROVIDER INFO & PH # (404) 3219900
PEDIATRIC ORTHOPAEDIC ASSOCIATES
6 EXECUTIVE PARK DR SUITE 10
ATLANTA GA 30329-2224
a. 1609036532  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)



CIGNA PPO
P.O. BOX 182223
CHATTANOOGA, TN 37422 7223

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|------|------|------|------|------|------|------|------|------|

**1.** MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#) **1a. INSURED'S I.D. NUMBER** (For Program In Item 1) U3283620306

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
HOVERS, FISHER

**3. PATIENT'S BIRTH DATE** 08 31 2017 **SEX** M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
HOVERS, MARVIN

**5. PATIENT'S ADDRESS** (No., Street)
166 AUBREE WAY

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐ Spouse ☐ Child ☒ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
166 AUBREE WAY

**CITY** MCDONOUGH **STATE** GA

**8. RESERVED FOR NUCC USE**

**CITY** LOGANVILLE **STATE** GA

**ZIP CODE** 30252 **TELEPHONE** (Include Area Code) (404) 6217070

**ZIP CODE** 30352 **TELEPHONE** (Include Area Code) (404) 6217070

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
3330002

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** 07 22 1980 **SEX** M ☒ F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
CIGNA PPO

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES ☒ NO  *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE** DATE 04 28 2021

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DR JAIME DAVIS MD
17a.
17b. NPI 1538135454

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** ☐ YES ☒ NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) **ICD Ind.** 0

A. LS62 512D   B. _____   C. _____   D. _____
E. _____   F. _____   G. _____   H. _____
I. _____   J. _____   K. _____   L. _____

**22. RESUBMISSION CODE** _____ ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | To MM DD YY | | | | | | | | | | | |
| 1 | 04 28 2021 | 04 28 2021 | | 11 | | 73140 \| LT | | A | 109 00 | 1 | | NPI | 1922263284 |
| 2 | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 582212065 SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** ATL168950

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 109 00

**29. AMOUNT PAID** $ 0 00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GILBERT CHAN MD
SIGNED 05 05 2021 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
PEDIATRIC ORTHOPAEDIC ASSOCI
6 EXECUTIVE PARK DR NE SUITE
ATLANTA GA 30329-2224
a. 1609036532

**33. BILLING PROVIDER INFO & PH #** (404) 6219900
PEDIATRIC ORTHOPAEDIC ASSOCIATES
6 EXECUTIVE PARK DR SUITE 10
ATLANTA GA 30329-2224
a. 1609036532

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

Hovers, Fisher (MRN 3302624)

# Hovers, Fisher

MRN: 3302624

| Chan, Gilbert, MD | OR Op Note ⚠ ☒ | Date of Service: 4/2/2021 9:44 AM |
|---|---|---|
| Physician | Signed | |
| Orthopedic Surgery | | |

**Name: Fisher Hovers**
**MRN: 3302624**
**DOB: 8/31/2017**
**Age: 3y**

**Diagnosis:** Closed displaced fracture of proximal phalanx of left thumb, initial encounter [S62.512A]
**Postop diagnosis:** Same
**Procedure:** Procedure(s):
CLOSED REDUCTION VS OPEN REDUCTION LEFT THUMB FRACTURE
**Surgeon(s):** Surgeon(s):
Chan, Gilbert, MD
**Assistants:** Tonya Dry Pa-C was present throughout the entire case in the role of a first assist due to the nature that no resident or other qualified assistant was present to help with the case. The assistant assisted in the following aspects of surgery which include pinning and casting

**Anesthesia:** General

**Indications:**
The patient is a 3y male who presented for evaluation of his/her thumb. The patient was noted to have a displaced proximal phalanx fracture. After a complete evaluation was performed, operative and nonoperative treatment options were discussed. It was deemed appropriate for the patient to undergo closed versus open reduction and internal fixation. The risks and benefits and all the possible outcomes and complications were discussed in depth and the patient and his or her family had consented to the procedure. Patient was subsequently brought to the operating room for the procedure

**Procedure:**
After informed consent was obtained and the surgical site marked, the patient was taken to the operating room where induction of anesthesia was performed. A timeout was done to ensure the right procedure and operative site was confirmed by everyone in the room. Once this was done the site was prepped and draped in the usual sterile manner. We began by evaluating the fracture under image, gentle reduction was performed. At this point we felt that the fracture was unstable. We then decided to treat the fracture with pins. A single 0.35 pins were placed from distal to proximal. The site was cleaned, the pins were bent and cut, sterile dressing placed. A thumb spica cast was applied. Patient was brought to the pacu in good and stable condition.

**Implants:**

| Implant Name | Type | Inv. Item | Serial No. | Manufacturer | Lot No. | LRB | No. Used | Action |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Left | 1 | Implanted |

| KWIRE | KWIRE | MICROAIRE |
|-------|-------|-----------|
| SMOOTH .035M | SMOOTH .03 | SURGICAL |
| M - LOG743671 | 5MM | INSTRUMENT |
| | | S |

**Findings:** fracture

**EBL:** minimal
**Specimen (s):** none
**Drains:** none
**Condition/Disposition:** good

**PLAN:**
**followup in 3 weeks for cast off and xrays, pins out if healing seen**
Gilbert Chan, MD

Admission (Discharged) on 4/2/2021      *Note shared with patient*



**Referring Provider Line - 404-446-3825**
www.mypedsortho.com    www.nextlevelsportsmed.com

Phone- 404-321-9900    Fax- 404-321-4460



Thomas F. Byars, MD    Gilbert Chan, MD    Peter L. Meehan, MD    Timothy S. Oswald, MD    Albert M. Pendleton, MD    Steven P. Schulenborg, MD    Natalie A. Witte, MD
Edward Boos, PA-C    Toria Dry, PA-C    Poh Lim, CPNP    Courtni School, FNP    Taylor Surls, CPNP

Athens    Atlanta    Columbus    Douglasville    Hiram    Johns Creek    Kennesaw    Lawrenceville    Marietta    Stockbridge    Woodstock

PATIENT:    HOVERS, FISHER
MRN:        234359
DOB:        08/31/2017
DATE:       04/07/2021

## OFFICE NOTE

**HISTORY OF PRESENT ILLNESS:** The patient is here with his mother this morning as in the middle of sleep he pulled off his left thumb spica cast. He had a CRPP done on 04/02/2021, only had the cast on for 5 days.

**PAST MEDICAL HISTORY / FAMILY HISTORY / SOCIAL HISTORY / REVIEW OF SYSTEMS:** The patient's past medical/surgical history, including allergies and medications, as well as family/social history and a 15-point review of systems, is documented on the intake sheet completed today in clinic and was personally reviewed by me with the patient and/or parent/legal guardian.

**PHYSICAL EXAMINATION:** There is no sign of infection. Distal phalanx, left thumb has 30 degrees of forward flexion. No other deformity.

**RADIOGRAPHS:** Two-view left thumb shows a displaced proximal phalanx distal condyle, now in a better alignment.

**ASSESSMENT:** Postoperative left thumb closed reduction with percutaneous pinning. Unfortunately, the child pulled the cast off overnight.

**PLAN:** At this point, I placed him in a long-arm thumb spica cast. We will see him back in clinic with AP, lateral left thumb out of the cast.


Poh Lim CPNP


Thomas F. Byars, MD
Supervising Physician

PL/tv/ML
D: 04/07/2021   T: 04/07/2021   Job ID: 231145662

CC: Jaime Davis, MD



**Pediatric Orthopaedic** ASSOCIATES

Referring Provider Line - 404-446-3825
www.mypedsortho.com    www.nextlevelsportsmed.com

Phone- 404-321-9900    Fax- 404-321-4460

NEXT LEVEL SPORTSMEDICINE

Thomas F. Byars, MD    Gilbert Chan, MD    Peter L. Meehan, MD    Timothy S. Oswald, MD    Albert M. Pendleton, MD    Steven P. Schulenborg, MD    Natalie A. Wize, MD
Edward Boys, PA-C    Tonia Dry, PA-C    Poh Lim, CPNP    Courtni Schaal, FNP    Taylor Sutin, CPNP

Athens    Atlanta    Columbus    Douglasville    Hiram    Johns Creek    Kennesaw    Lawrenceville    Marietta    Stockbridge    Woodstock

PATIENT:    HOVERS, FISHER
MRN:    234359
DOB:    08/31/2017
DATE:    04/07/2021

## XRAY REPORT

**RADIOGRAPHS:** Two-view left thumb shows a displaced proximal phalanx distal condyle, now in a better alignment.


Poh Lim CPNP


Thomas F. Byars, MD
Supervising Physician

PL/tv
D: 04/07/2021   T: 04/07/2021   Job ID: 231162246



**Referring Provider Line - 404-446-3825**
www.mypedsortho.com     www.nextlevelsportsmed.com

Phone- 404-321-9900     Fax- 404-321-4460



Thomas F. Byars, MD    Gilbert Chan, MD    Peter L. Meehan, MD    Timothy S. Oswald, MD    Albert M. Pendleton, MD    Steven P. Schulenborg, MD    Natalie A. Wita, MD
Edward Boos, PA-C    Tonia Dry, PA-C    Peh Lim, CRNP    Courtni Schaaf, FNP    Taylor Surin, CRNP

Athens    Atlanta    Columbus    Douglasville    Hiram    Johns Creek    Kennesaw    Lawrenceville    Marietta    Stockbridge    Woodstock

PATIENT:  HOVERS, FISHER
MRN:      234359
DOB:      08/31/2017
DATE:     04/28/2021

### OFFICE NOTE

**HISTORY OF PRESENT ILLNESS:** I am seeing Fisher in followup today. He is a pleasant young man who comes in today for evaluation of a thumb fracture. He is doing well. He comes in today for reevaluation.

**REVIEW OF SYSTEMS:** A 15-point review of systems is documented on the intake sheet completed today in clinic and was personally reviewed by me with the patient and/or parent/legal guardian.

**PHYSICAL EXAMINATION:** Evaluation today shows mild radial deviation of the thumb. Otherwise, alignment is within acceptable limits. No rotational malalignment is noted.

**RADIOGRAPHS:** Radiographs taken of the thumb shows callus formation and progressive healing of the previously noted fracture.

**PLAN:** I am seeing Fisher in followup today. He was advised gentle range of motion exercises. We will see him back in 3 to 4 weeks. Repeat radiographs of the thumb will be taken for comparison.


Gilbert Chan, MD

GC/ML
D: 04/28/2021  T: 04/29/2021  Job ID: 232604629

CC: Jaime Davis, MD



**Referring Provider Line - 404-446-3825**
www.mypedsortho.com    www.nextlevelsportsmed.com

**Phone- 404-321-9900    Fax- 404-321-4460**



Thomas F. Byars, MD    Gilbert Chan, MD    Peter L. Meehan, MD    Timothy S. Oswald, MD    Albert M. Pendleton, MD    Steven P. Schutenberg, MD    Natalie A. Witte, MD
Edward Boos, PA-C    Tonia Dry, PA-C    Poh Lim, CFNP    Casubri School, FNP    Taylor Surin, CFNP

Athens    Atlanta    Columbus    Douglasville    Hiram    Johns Creek    Kennesaw    Lawrenceville    Marietta    Stockbridge    Woodstock

**PATIENT:**  HOVERS, FISHER
**MRN:**  234359
**DOB:**  08/31/2017
**DATE:**  04/28/2021

## XRAY REPORT

**RADIOGRAPHS:** Radiographs taken of the thumb shows callus formation and progressive healing of the previously noted fracture.

Gilbert Chan, MD

GC/ML
D: 04/28/2021  T: 04/29/2021  Job ID: 232663198

CC: Jaime Davis, MD

C.H.O.A Urgent Care
Hudson Bridge
(03/29/2021)
($1,987.10)

# Pediatric Ortho Associates
# (03/31/21-04/28/21)
# ($2,019.00)

# C.H.O.A – Egleston
# (03/29/21-04/02/21)
# ($9,110.65)

# C.H.O.A – Egleston

# C.H.O.A – Urgent Care Hudson Bridge

# Pediatric Orthopaedics Associates

# Exhibit 3

# (Photos)

# Exhibit 2

# (O.C.G.A. '51-3-1)

# Exhibit 1

# (Turry v. Hong Kong Delight, Inc.)

MONGE & ASSOCIATES
BECAUSE YOU WANT TO WIN!

8205 Dunwoody Place
Building 19
Atlanta, GA 30350

VIA CERTIFIED MAIL:
Zurich Services Corp. ATTN: Cathy Morelli
PO Box 968064
Schaumburg, IL 60196

7021 2720 0001 7734 5051



ZIP 30350
04 M 11296160

$020.90°

**CLAIM NUMBER:**

9640444960

**PART:**

_____ **OF** _____

**DOCUMENT TYPE:**

Settlement/Demand



# MONGE & ASSOCIATES

Julia Barbani
Alexander Brown ■ ♦
Ashley Crawley ▲ +
Kristina Ducos
Joseph Fleishman
Jason Green
Scott Harrison ■ *

Personal Injury & Wrongful Death Lawyers
8205 Dunwoody Place, Building 19
Atlanta, Georgia 30350
(800) 899-5750 telephone
(678) 579-0204 facsimile
www.BecauseYouWantToWin.com

Clark R. Karell Jr.
Kenneth Letsch ♦
Scott Monge
Amir Nowroozzadeh ▲
Joseph Perrotta
Charles Rauton
Alex Zubrowski

■ Also Admitted in AL
♦ Also Admitted in FL
▲ Also Admitted in SC
+ Also Admitted in NC
* Also Admitted in TN

October 10, 2022

VIA CERITIFIED MAIL:
Zurich Services Corp.
ATTN: Cathy Morelli
PO Box 968064
Schaumburg, IL 60196

| | Re: | | |
|---|---|---|---|
| | Your Insured: | **TJX Companies/ TJ Maxx** |
| | Claim No. | **9640444960** |
| | Our Client: | **Fisher Hovers** |
| | Date of Loss: | **3/29/2021** |

## SETTLEMENT DEMAND

Dear Cathy,

Please accept this correspondence as our client's demand for settlement and compromise of this claim for damages arising from the referenced incident. While the following information should assist you in evaluating this claim and includes medical records, medical bills, and documentation showing the losses sustained by our client, this letter and the enclosed materials are submitted for the purpose of negotiation only. For this reason, nothing contained herein shall constitute an admission by our client, nor be admissible against our client at any hearing or trial.

### *Clear Liability:*

On 3/29/2021, our client, Fisher Hovers (Age 3), was injured when a shopping cart located in a TJ Maxx Store collapsed on top of him while he and his mother were shopping. Our client immediately was rushed to Children's Healthcare of Atlanta. Under Georgia law, the doctrine of Res Ipsa Loquitur allows an inference of negligence to arise from the happening of an event causing an injury to another. Under the doctrine, a plaintiff must show that the defendant





**MONGE & ASSOCIATES**
BECAUSE YOU WANT TO WIN!

8205 Dunwoody Place
Building 19
Atlanta, GA 30350

VIA CERTIFIED MAIL:
Zurich Services Corp. ATTN: Cathy Morelli
PO Box 968064
Schaumburg, IL 60196

7021 2720 0001 7734 5051



ZIP 30350
041M11289160

$020.90°