IN THE STATE COURT OF HENRY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GENA HOVERS, Individually, and as Parent, Guardian, and Next Friend of FISHER HOVERS, a Minor Child,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TJX COMPANIES, INC, TJ MAXX, INC., ABC CORPORATION(S) 1-5, and JOHN DOE(S) 1-5, and<br><br>    Defendants. | Civil Action<br>File No.:   STSV2023000287 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant The TJX Companies, Inc., by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Henry County State Court are stayed.

This 7th day of March, 2023.

                                                        Chartwell Law
                                                        Attorneys for The TJX Companies, Inc.

                                                        By: */s/ Danielle N. Glover*
                                                        ROBERT A. LUSKIN
                                                        GA State Bar No.  004183
                                                        rluskin@chartwelllaw.com
                                                        DANIELLE N. GLOVER
                                                        GA State Bar No.  650569
                                                        dglover@chartwelllaw.com
                                                        3200 Cobb Galleria Pkwy Suite 250
                                                        Atlanta, GA 30339
                                                        (404) 410-1151 Phone
                                                        (404) 738-1632 Fax

IN THE STATE COURT OF HENRY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GENA HOVERS, Individually, and as Parent, Guardian, and Next Friend of FISHER HOVERS, a Minor Child,<br><br>     Plaintiffs,<br><br>v.<br><br>THE TJX COMPANIES, INC, TJ MAXX, INC., ABC CORPORATION(S) 1-5, and JOHN DOE(S) 1-5, and<br><br>     Defendants. | Civil Action<br>File No.:   STSV2023000287 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of **Notice of Removal** by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

F. Brady Rigdon, Esq.<br>
Monge & Associates<br>
8205 Dunwoody Place<br>
Building 19<br>
Atlanta, Georgia 30350<br>
brady@monge.lawyer.com

This 7th day of March, 2023.

By: <i>/s/ Danielle N. Glover</i><br>
DANIELLE N. GLOVER<br>
GA State Bar No.  650569<br>
dglover@chartwelllaw.com<br>
3200 Cobb Galleria Pkwy Suite 250<br>
Atlanta, GA 30339<br>
(404) 410-1151 Phone<br>
(404) 738-1632 Fax