# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **JEFFREY KITCHENS,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) )  Case No. _____ |
| **PEOPLESCOUT, INC.,** | ) ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant PeopleScout, Inc. ("PeopleScout" or "Defendant"), by and through its undersigned counsel, hereby gives notice that the civil action presently pending in the Superior Court of Gwinnett County, Georgia, identified as *Jeffrey Kitchens v. PeopleScout, Inc.*, Case No. 23-C-00791-S4, is removed to this Court without waiving any rights to which Defendant may be entitled.

As grounds for this notice, Defendant shows the following:

1. In accordance with 28 U.S.C. § 1446(a), copies of all record documents, including all orders, pleadings and service of process that have to date been served upon Defendant are attached as **EXHIBIT A**.

2. The Complaint in the above action was filed in the Superior Court of Gwinnett County, Georgia on February 3, 2023. Defendant received service of the Summons and Complaint on February 6, 2023. Pursuant to 28 U.S.C. § 1446(b), February 6, 2023 was the date of receipt by Defendant of the initial pleading.

3. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal was timely filed within thirty (30) days of Defendant's receipt of service of the Complaint.

4. Removal of this action is appropriate under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). The requirements of 28 U.S.C. § 1332(a) have been met because, as detailed below, there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

5. Plaintiff is a resident of the State of Georgia. (Exhibit A, Compl. ¶ 2.)

6. PeopleScout is a Delaware corporation with its principal place of business in Chicago, Illinois. (Exhibit A, Compl. ¶ 3.)

7. Therefore, PeopleScout is a citizen of Illinois.

8. Plaintiff alleges that the amount in controversy for Count 1 is "$1,560,000.000 (before net present value reduction)." (Exhibit A, Compl. ¶ 53.)

9. Likewise, Plaintiff alleges that the amount in controversy for Count 2 is "$1,560,000.000 (before net present value reduction), as well as damages for Kitchens' non-economic harm in an amount to be determined by the enlightened conscience of the jury." (Exhibit A, Compl. ¶ 53.)

10. Because this action is between citizens of different states and the amount in controversy clearly exceeds $75,000, exclusive of interest and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

11. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1332.

12. Venue is properly placed in the United States District Court for the Northern District of Georgia, Atlanta Division because it is the district court for the district within which the state action is pending (the Superior Court of Gwinnett County, Georgia), in accordance with 28 U.S.C. § 1446(a).

13. Undersigned counsel certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, Defendant's "Notice of Filing Notice of Removal" has been served upon counsel

for Plaintiff, William J. Smith & Louise N. Smith, Smith Law, LLC, 3611 Braselton Highway, Ste. 202, Dacula, GA 30019.

14. Undersigned counsel further certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, a copy of same, along with Defendant's "Notice of Filing Notice of Removal" has been filed with the Clerk of the Superior Court of Gwinnett County, Georgia. A copy of said Notice of Filing of Notice of Removal is attached hereto as **EXHIBIT B** (without duplicative attachments).

By filing this Notice of Removal, PeopleScout does not waive any defenses available at law, in equity, or otherwise. WHEREFORE, Defendant prays that said action now pending in the Superior Court of Gwinnett County, Georgia be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 7th day of March, 2023.

                                          */s/ Timothy R. Newton*
                                          Timothy R. Newton
                                          *tnewton@constangy.com*
                                          Georgia Bar No. 542200
                                          David N. Korsen
                                          *dkorsen@constangy.com*
                                          Georgia Bar No. 845200

**CONSTANGY, BROOKS, SMITH**
**& PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 230-6777
Facsimile: (404) 525-6955

Counsel for Defendant PeopleScout, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2023, I electronically filed the foregoing Notice of Removal using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record for Plaintiff and the same was also sent via U.S. mail, first-class postage prepaid and addressed to counsel of record as follows:

William J. Smith
Louise N. Smith
Smith Law, LLC
3611 Braselton Highway, Ste. 202
Dacula, GA 30019
william@smithlaw-llc.com
louise@smithlaw-llc.com

*/s/ Timothy R. Newton*
Timothy R. Newton
*tnewton@constangy.com*
Georgia Bar No. 542200

**CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP**
230 Peachtree Street, N.W., Suite 2400
Atlanta, Georgia 30303-1557
Telephone: (404) 230-6777
Facsimile: (404) 525-6955