# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

ANNIE COPELAND, O/B/O
CHARLES PRESCOTT COPELAND (DECEASED),

      Plaintiff,

v.                            Civil Action No.: _____

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## COMPLAINT

1. Annie Copeland is a resident of Ellenwood, Clayton County, Georgia.

2. This case is an appeal under 42 U.S.C. § 405(g) of a final administrative decision of Defendant, which denied Plaintiff, Charles Prescott Copeland, Disability Insurance Benefits (DIB) under Title II of the Social Security Act.

3. Plaintiff, Charles Prescott Copeland, is deceased; Annie Copeland brings this action as next of kin.

4. This action is an appeal from a final administrative decision dated July 8, 2022, denying Plaintiff's claim. Plaintiff's identifying designation is BNC # 21V5301H31671.

5. This action is commenced within the appropriate time period set forth in the

>   Action of Appeals Council on Request for Review, dated January 9, 2023, and received by Plaintiff on or about January 14, 2023.

6. Plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g).

7. Plaintiff is disabled.

8. Plaintiff was denied DIB by Defendant as it was her determination that Plaintiff is not disabled under the Social Security Act.

9. It is Plaintiff's contention that the denial of Charles Prescott Copeland's disability claim is not supported by substantial evidence under the standards set forth by 42 U.S.C. § 405(g) and all other applicable laws and regulations, including the weight of the evidence, Plaintiff's credibility, the medical evidence of record, and any and all other applicable evidentiary issues, both in law and in fact, and therefore the denial of the claim should be reversed or remanded for further administrative proceedings.

WHEREFORE the Plaintiff seeks judicial review by this Court and the entry of a judgment for such relief as may be proper, including reversal of the Agency's decision or, in the alternative remand for further proceedings, as well as costs.

*/s/ **Jonathan Ginsberg***
Jonathan Ginsberg, Esquire
Bar No: Bar No: 295690
Ginsberg Law Offices
1854 Independence Square
Atlanta, GA  30338
Telephone:  770-393-4985
Fax:  770-393-0240
ginsberg@gmail.com
*March 7, 2023*