EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | and EEOC |

State or local Agency, if any

**Name (Indicate Mr., Ms., Mrs.):** Jeanine Giampietro
**Home Phone (incl. Area Code):** 7707103427
**Date of Birth:**

**Street Address:** 2840 Aldrich Drive
**City, State and ZIP Code:** Cumming, Georgia 30040

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

**Name:** ADP
**No. Employees, Members:** 7,500
**Phone No. (incl. Area Code):** 9739745033

**Street Address:** One ADP Boulevard
**City, State and ZIP Code:** Roseland, New Jersey 07068

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 
Latest: 10/24/19
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above-mentioned employer for almost 20 years. Due to a series of events occurring in 2019 I made a claim of discrimination based on my gender (female) and advised the company that I was considering filing a charge of discrimination. Thereafter, I entered into an agreement to resolve my claim. The company did not fulfill all the terms of the agreement and I believe the company did so in retaliation for my claims of discrimination. I believe this retaliation was in violation of Title VII of the Civil Rights Act of 1964.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4/18/2020
Charging Party Signature: [signed] Jeanine P. Giampietro

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)