# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DOUGLAS JACKSON, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action File |
| vs. | ) ) | No. _____ |
| SENTINEL ELECTRIC, INC., and WILLIAM P. HANNON, | ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION AND CONSENT TO BECOME A PLAINTIFF

I hereby give my consent to be a party and opt-in plaintiff in this lawsuit *Jackson v. Sentinel Electric, Inc. and William P. Hannon*, United States District Court for the Northern District of Georgia, which is a collective action under the Fair Labor Standards Act ("FLSA") against my employer for unpaid wages, liquidated damages, costs and attorney's fees. I was employed at Sentinel Electric, Inc. and am similarly situated as other opt-in claimants. I agree to represent the Collective Class adequately. I agree to be bound by any settlement or judgment of the Court in this action.

DocuSigned by:
*D✓* /s/
05222B87A04B43B..._____
**Signature**

Doug Jackson
_____
**Printed Name**

3/7/2023
_____
**Date**