## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MICA BULLOCK, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO.: 2023CV00170 |
| BRADFORD RIDGE OWNER, LLC, BRADFORD RIDGE HOLDINGS, LLC, RADCO RESIDENTIAL, LLC, JOHN DOE OWNER 1, JOHN DOE PROPERTY MANAGER 2 and JOHN DOE SECURITY PROVIDER 3. | JURY TRIAL DEMANDED |
| Defendants. | |

## AFFIDAVIT OF MATTHEW HINRICHS

PERSONALLY APPEARED before the undersigned attesting officer duly authorized by law to administer oaths, Matthew Hinrichs, who after first being sworn, states and deposes as follows:

1.

My name is Matthew Hinrichs, I am over the age of eighteen (18), suffer from no disabilities, and am competent to give this affidavit.

2.

I worked with Bradford Ridge Holdings, LLC as an Agent and held this position on June 9, 2020 and at all times relevant to Plaintiff Mica Bullock's Complaint.

3.

I personally have knowledge of the matters stated herein and if called as a witness I could and would testify to them competently.

4.

Bradford Ridge Holdings LLC is a Delaware limited liability company which owned the property which is the subject of Plaintiff Mica Bullock's Complaint, Bradford Ridge Apartments is located at 392 and 415 Sylvia Drive, Forest Park, GA 30297. Bradford Ridge Holdings LLC owned the subject property on June 9, 2020.

5.

Bradford Ridge Holdings LLC does not actively manage the subject property and instead contracted with a third-party property management company to provide for management services.

5.

As of June 9, 2020 and at all times relevant to Plaintiff Mica Bullock's Complaint, Bradford Ridge Holdings, LLC was entered into a Property Management Agreement with American Management Services Central LLC. This Property Management Agreement was entered into on March 31, 2019. A true and correct copy of the Property Management Agreement is attached hereto as Exhibit A.

6.

American Management Services Central LLC is a Washington corporation with its principal office address in Frisco, TX. *See* Exhibit A, p. 28.

7.

Radco Residential, LLC, named as a defendant in Plaintiff Mica Bullock's Complaint did not own, operate, or manage the subject property as of June 9, 2020 nor any other time relevant to Plaintiff Mica Bullock's Complaint.

8.

Radco Residential, LLC did not begin managing the subject property until February 2022.

FURTHER AFFIANT SAYETH NOT.

This _7th_ day of March, 2023.


_____
Matthew Hinrichs

Sworn to and subscribed

before me this _7th_ day

of March, 2023.

Raakhi Patel
NOTARY PUBLIC

RAAKHI PATEL
Notary Public
State of Washington
Commission # 179909
My Comm. Expires Sep 4, 2023

3