# EXHIBIT D

e-Filed 1/23/2023 4:21 PM
2023CV00170
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __CLAYTON_____ County

**For Clerk Use Only**

Date Filed __1/23/2023_____
MM-DD-YYYY

Case Number __2023CV00170_____

**Plaintiff(s)**

Bullock, Mica
Last / First / Middle I. / Suffix / Prefix

**Defendant(s)**

Bradford Ridge Owner, LLC
Last / First / Middle I. / Suffix / Prefix

Bradford Ridge Holdings, LLC
Last / First / Middle I. / Suffix / Prefix

Radco Residential, LLC
Last / First / Middle I. / Suffix / Prefix

John Doe Owner 1, John Doe Property Manager 2 and John Doe Security Provider 3
Last / First / Middle I. / Suffix / Prefix

Plaintiff's Attorney __Daniel Adamson, Esq._____ Bar Number __563949_____ Self-Represented ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
Case Number                 Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

Case 1:23-mi-99999-UNA   Document 711-4   Filed 03/07/23   Page 3 of 18   e-Filed 1/23/2023 4:21 PM

2023CV00170

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Mica Bullock

**Plaintiff**

Vs.

Bradford Ridge Owner, LLC

40 Technology Parkway South, Suite 300

Norcross, GA 30092

**Defendant**

2023CV00170

Case Number

# SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Daniel Adamson, Esq.
4751 Best Road, Suite 272
Atlanta, Georgia 30337

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**TIKI BROWN**
**CLERK OF COURT**
**State Court of Clayton County**

By: W.Lawrence
Deputy Clerk

Case 1:23-mi-99999-UNA   Document 711-4   Filed 03/07/23   Page 4 of 18   e-Filed 1/23/2023 4:21 PM

2023CV00170

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Mica Bullock

**Plaintiff**

Vs.

Bradford Ridge Holdings, LLC

3475 Piedmont Road NE, Suite 1525

Atlanta, GA 30305

**Defendant**

2023CV00170

Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Daniel Adamson, Esq.
4751 Best Road, Suite 272
Atlanta, Georgia 30337

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**TIKI BROWN**
**CLERK OF COURT**
**State Court of Clayton County**

By: W. Lawrence
_____
Deputy Clerk

Case 1:23-mi-99999-UNA   Document 711-4   Filed 03/07/23   Page 5 of 18   e-Filed 1/23/2023 4:21 PM

2023CV00170

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

## IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA
9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

---

Mica Bullock

**Plaintiff**

Vs.

Radco Residential, LLC

3560 Lenox Road, Suite 2625

Atlanta, GA 30326

**Defendant**

2023CV00170

Case Number

# SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Daniel Adamson, Esq.
4751 Best Road, Suite 272
Atlanta, Georgia 30337

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**TIKI BROWN
CLERK OF COURT
State Court of Clayton County**

By: W. Lawrence
_____
Deputy Clerk

2023CV00170 eFiled 1/27/2023 9:03 AM

Tiki Brown
**Clerk of State Court**
**Clayton County, Georgia**
Hannah Lowery

# AFFIDAVIT OF SERVICE

| Case: 2023CV00170 | Court: IN THE STATE COURT OF CLAYTON COUNTY | County: CLAYTON, GA | Job: 8289443 (2023-1) |
|---|---|---|---|
| **Plaintiff / Petitioner:** MICA BULLOCK | | **Defendant / Respondent:** BRADFORD RIDGE OWNER, LLC, ) BRADFORD RIDGE HOLDINGS, LLC, ) RADCO RESIDENTIAL, LLC, ) JOHN DOE OWNER 1, JOHN DOE ) PROPERTY MANAGER 2, ) and JOHN DOE SECURITY PROVIDER 3, | |
| **Received by:** BT Process Services | | **For:** The Dixon Firm, PC | |
| **To be served upon:** RADCO RESIDENTIAL, LLC, | | | |

I, Berhane Tassaw, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** RADCO RESIDENTIAL, LLC, , Company: 3560 Lenox Rd NE SUITE 2625, Atlanta, GA 30326
**Manner of Service:** Authorized, Jan 26, 2023, 1:22 pm EST
**Documents:** Summons and Complaint for Damages. (Received Jan 26, 2023 at 11:00am EST)

**Additional Comments:**
1) Successful Attempt: Jan 26, 2023, 1:22 pm EST at Company: 3560 Lenox Rd NE SUITE 2625, Atlanta, GA 30326 received by RADCO RESIDENTIAL, LLC, . Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'7"; Hair: Brown;

_Berhane Tassaw_  1/26/2023
Berhane Tassaw    Date

BT Process Services
4514 Chamblee Dunwoody Rd 231
Atlanta, GA 30338
404-455-1603

Subscribed and sworn to before me by the affiant who is personally known to me.

_signature_
Notary Public
1/26/2023
Date    Commission Expires

KIFLOM AWETAHENG
Notary Public, Georgia
Dekalb County
My Commission Expires
May 09, 2025

Case 1:23-mi-99999-UNA Document 711-4 Filed 03/07/23 Page 7 of 18 e-Filed 2/2/2023 12:35 PM

2023CV00170

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MICA BULLOCK, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | FILE NO: 2023CV00170 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Jury Trial Demanded** |
| ) | |
| ) | |
| BRADFORD RIDGE OWNER, LLC, ) | |
| BRADFORD RIDGE HOLDINGS, LLC, ) | |
| RADCO RESIDENTIAL, LLC, ) | |
| JOHN DOE OWNER 1, JOHN DOE ) | |
| PROPERTY MANAGER 2, ) | |
| and JOHN DOE SECURITY PROVIDER 3,) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATION OF ATTEMPTED SERVICE**

TO:  Brad Raffensperger, Secretary of State
Georgia Secretary of State
2 Martin Luther King, Jr. Drive, SE
Suite 315
Floyd West Tower
Atlanta, Georgia 30334

This is to certify that I, Daniel Adamson, attorney for Plaintiff in the above-captioned action, on the 26th day of January, 2023 forwarded to BRADFORD RIDGE HOLDINGS, LLC, Defendant corporation, by private process server to serve the Defendant corporation with a copy of the Summons and Complaint at the registered agent's, Gregory B. Jones, address. That service was not perfected as the Defendant corporation no longer occupied the space at the last known registered agent's address. Service cannot be effected upon Defendant corporation at said registered agent's office. It appears that said Defendant corporation has failed either to maintain a registered office or to appoint a registered agent in Georgia.

This 2nd day of February, 2023.

                                      Respectfully submitted,

                                      **THE DIXON FIRM, PC**

                                      */s/ Daniel Adamson*
                                      Daniel Adamson
                                      Georgia Bar No. 563949
                                      4751 Best Road
                                      Suite 272
                                      Atlanta, Georgia 30337
                                      (770) 869-2584 (phone)
                                      (404) 478-7240 (fax)
                                      **Counsel for Plaintiff**

Sworn to and subscribed before me this
2nd day of February, 2023.

_____
Notary

Case 1:23-mi-99999-UNA Document 11-4 Filed 03/07/23 Page 9 of 18

2023CV00170
e-Filed 2/2/2023 12:35 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MICA BULLOCK, <br><br> Plaintiff, <br><br> vs. <br><br> BRADFORD RIDGE OWNER, LLC, <br> BRADFORD RIDGE HOLDINGS, LLC, <br> RADCO RESIDENTIAL, LLC, <br> JOHN DOE OWNER 1, JOHN DOE <br> PROPERTY MANAGER 2, <br> and JOHN DOE SECURITY PROVIDER 3, <br><br> Defendants. | CIVIL ACTION <br> FILE NO: 2023CV00170 <br><br> **Jury Trial Demanded** |

### PLAINTIFF CERTIFICATION FOR CORPORATE SERVICE OF PROCESS

I, DANIEL ADAMSON, the undersigned, am the attorney at law who represents the Plaintiff in the case of:

MICA BULLOCK

vs.

BRADFORD RIDGE OWNER, LLC, BRADFORD RIDGE HOLDINGS, LLC, RADCO RESIDENTIAL, LLC, JOHN DOE OWNER 1, JOHN DOE PROPERTY MANAGER 2 AND JOHN DOE SECURITY PROVIDER 3

CIVIL ACTION FILE NO. 2023CV00170

I do hereby certify that in accordance with O.C.G.A § 9-11-4(e)(1), I have forwarded by overnight, Federal Express mail the Summons and Complaint concerning the above-referenced case to the last registered office or agent of BRADFORD RIDGE HOLDINGS, LLC, the Defendant corporation as listed on the records of the Georgia Secretary of State. Said address is: Gregory B. Jones, 3475 Piedmont Road, NE, suite 1525, Atlanta, Georgia 30305.

I also certify that service has been attempted, but cannot be effected at such address or office and that it therefore appears that the Defendant corporation has failed either to maintain a registered office or to appoint a registered agent in this state.

This 2nd day of February, 2023.

Respectfully submitted,

**THE DIXON FIRM, PC**

*/s/ Daniel Adamson*
Daniel Adamson
Georgia Bar No. 563949
4751 Best Road
Suite 270
Atlanta, Georgia 30337
(770) 869-2584 (phone)
(404) 478-7240 (fax)
**Counsel for Plaintiff**

Sworn to and subscribed before me this
2nd day of February, 2023.

_____
Notary

Case 1:23-mi-99999-UNA   Document 711-4   Filed 03/07/23   Page 11 of 18

2023CV00170   Filed 2/2/2023 12:35 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

## AFFIDAVIT OF NON-SERVICE

| Case: 2023CV00170 | Court: IN THE STATE COURT OF CLAYTON COUNTY | County: CLAYTON, GA | Job: 8289533 (2023-2) |
|---|---|---|---|
| Plaintiff / Petitioner: MICA BULLOCK | | Defendant / Respondent: BRADFORD RIDGE OWNER, LLC, ) BRADFORD RIDGE HOLDINGS, LLC, ) RADCO RESIDENTIAL, LLC, ) JOHN DOE OWNER 1, JOHN DOE ) PROPERTY MANAGER 2, ) and JOHN DOE SECURITY PROVIDER 3, | |
| Received by: BT Process Services | | For: The Dixon Firm, PC | |
| To be served upon: BRADFORD RIDGE HOLDINGS, LLC, | | | |

I, Berhane Tassaw, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   BRADFORD RIDGE HOLDINGS, LLC,, Company: 3475 Piedmont Rd NE Suite 1525, Atlanta, GA 30305
Manner of Service:   Non-Service
Documents:   Summons and Complaint for Damages. (Received Jan 26, 2023 at 11:00am EST)

Additional Comments:
1) Unsuccessful Attempt: Jan 26, 2023, 1:09 pm EST at Company: 3475 Piedmont Rd NE Suite 1525, Atlanta, GA 30305
Per Milton Williams Owner @ Infinity Capital Partners no association with company Bradford Ridge Holdings LLC, company unknown.

Berhane Tassaw   1/26/2023
Date

BT Process Services
4514 Chamblee Dunwoody Rd 231
Atlanta, GA 30338
404-455-1603

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
1/26/2023
Date   Commission Expires

KIFLOM AWETAHENG
Notary Public, Georgia
Dekalb County
My Commission Expires
May 09, 2025

Case 1:23-mi-99999-UNA Document 711-4 Filed 03/07/23 Page 12 of 18

e-Filed 2/2/2023 12:35 PM

2023CV00170

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MICA BULLOCK,<br><br>Plaintiff,<br><br>vs.<br><br>BRADFORD RIDGE OWNER, LLC,<br>BRADFORD RIDGE HOLDINGS, LLC,<br>RADCO RESIDENTIAL, LLC,<br>JOHN DOE OWNER 1, JOHN DOE<br>PROPERTY MANAGER 2,<br>and JOHN DOE SECURITY PROVIDER 3,<br><br>Defendants. | CIVIL ACTION<br>FILE NO: 2023CV00170<br><br>**Jury Trial Demanded** |

### AFFIDAVIT AS TO COMPLIANCE IN SUBSTITUTED SERVICE UPON DEFENDANT CORPORATION

GEORGIA, FULTON COUNTY

PERSONALLY appeared before me, the undersigned officer, duly authorized to administer oaths, DANIEL ADAMSON, who, after being placed under oath, deposes and states as follows:

I, DANIEL ADAMSON, am the attorney of record for Plaintiff in the above-styled case, and I delivered or caused to be delivered a copy of the Summons and Complaint to Defendant Bradford Ridge Holdings, LLC to Defendant Bradford Ridge Holdings, LLC's last registered agent's, Gregory B. Jones, address as listed on the records of the Georgia Secretary of State via overnight, Federal Express mail on the 30th day of January, 2023, and to Brad Raffensperger, the Secretary of State of Georgia on the 2nd day of February, 2023.

This 2nd day of February, 2023.

                Respectfully submitted,

                **THE DIXON FIRM, PC**

                */s/ Daniel Adamson*
                Daniel Adamson
                Georgia Bar No. 563949
                4751 Best Road
                Suite 272
                Atlanta, Georgia 30337
                (770) 869-2584 (phone)
                (404) 478-7240 (fax)
                **Counsel for Plaintiff**

Sworn to and subscribed before me this
2nd day of February, 2023.

_____
Notary

[Notary Seal: BRIGETTE SMILEY, NOTARY PUBLIC, COWETA COUNTY, GEORGIA, MY COMMISSION EXPIRES MAY 18, 2024]

2023CV00170 Filed 2/8/2023 12:07 PM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

# AFFIDAVIT OF SERVICE

| Case: 2023CV00170 | Court: IN THE STATE COURT OF CLAYTON COUNTY | County: CLAYTON | Job: 8289680 (2023-3) |
|---|---|---|---|
| Plaintiff / Petitioner: MICA BULLOCK | | Defendant / Respondent: BRADFORD RIDGE OWNER, LLC, ) BRADFORD RIDGE HOLDINGS, LLC, ) RADCO RESIDENTIAL, LLC, ) JOHN DOE OWNER 1, JOHN DOE ) PROPERTY MANAGER 2, ) and JOHN DOE SECURITY PROVIDER 3, | |
| Received by: BT Process Services | | For: The Dixon Firm, PC | |
| To be served upon: BRADFORD RIDGE OWNER, LLC, | | | |

I, Berhane Tassaw, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: BRADFORD RIDGE OWNER, LLC, Alisha Smith/Process Specialist, Company: 2 Sun Ct Suite 400, Peachtree Corners, GA 30092

Manner of Service: Registered Agent, Feb 3, 2023, 12:44 am EST

Documents: Summons and Complaint for Damages. (Received Jan 26, 2023 at 11:00am EST)

Additional Comments:
1) Unsuccessful Attempt: Jan 26, 2023, 2:11 pm EST at Company: 40 Technology Pkwy, Peachtree Corners, GA 30092
Vacant suites

2) Successful Attempt: Feb 3, 2023, 12:44 am EST at Company: 2 Sun Ct Suite 400, Peachtree Corners, GA 30092 received by BRADFORD RIDGE OWNER, LLC, Alisha Smith/Process Specialist. Age: 40; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'8"; Hair: Brown;

_____  02/08/2023
Berhane Tassaw                Date

BT Process Services
4514 Chamblee Dunwoody Rd 231
Atlanta, GA 30338
404-455-1603

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

2/8/2023
Date         Commission Expires



KIFLOM AWETAHENG
Notary Public, Georgia
Dekalb County
My Commission Expires
May 09, 2025

Control Number : SOP-23033123

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF ACKNOWLEDGEMENT

I, Brad Raffensperger, Secretary of State of the State of Georgia, do hereby certify under the seal of my office that copies of legal documents regarding service of process upon:

**Bradford Ridge Holdings, LLC**

have been filed with the Secretary of State on 02/07/2023 pursuant to O.C.G.A. § 14-11-703(h) relating to the following matter:

Case: Mica Bullock v. Bradford Ridge Holdings, LLC
Court: State Court of Clayton County
Civil Action No.: 2023CV00170

Witness my hand and official seal in the City of Atlanta and the State of Georgia on 02/13/2023.



Brad Raffensperger
Secretary of State

Case 1:23-mi-99999-UNA   Document 11-4   Filed 03/07/23   Page 16 of 18

2023CV00170  eFiled 2/24/2023 11:12 AM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Hannah Lowery

**Quirk & Quirk, LLC**
**Attorneys At Law**
**6000 Lake Forrest Drive, N.W.**
**Suite 300, Century Springs West**
**Atlanta, Georgia 30328**

| | |
|---|---|
| \*    **Joseph P. Quirk, P.C.** | |
|      **Martin G. Quirk, P.C.** | Telephone Number: |
|      **Neal J. Quirk, P.C.** | **(404) 252-1425** |
|      **Kevin Quirk, P.C.** | |
|      **Brendan H. Parnell** | Facsimile Number: |
| \*\*  **Lawrence R. Landry** | **(404) 671-9135** |
|      **Joyce L. Rawls** | |
|      **Colleen Q. Johnston** | E-Mail Address: |
|      **Kellie T. Spalding** | **kq@quirklaw.com** |
| _____ | |
| \*    Also Adm. IL | |
| \*\*  Also Adm. TX | |

February 24, 2023

To:   All applicable Judges
      All applicable Clerks of Court
      All Counsel of Record

<u>**NOTICE OF LEAVE OF ABSENCE**</u>

COMES NOW, Kevin Quirk, and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all opposing Counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.1.

1. The periods of leave during which time Applicant will be away from the practice of law are:

   May 11, 2023 through and including May 12, 2023
   June 2, 2023 through and including June 23, 2023

   The purposes of these leaves are attending a graduation and family vacation.

2. All opposing Counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed and the Court does not deny the leave, the leave shall be granted without entry of an Order.

3. Applicant respectfully requests that this case not be calendared during the periods of absence.

/s/ Kevin Quirk
KEVIN QUIRK
Georgia State Bar No. 591458

QUIRK & QUIRK, LLC
6000 Lake Forrest Drive, NW
Suite 300, Century Springs West
Atlanta, Georgia 30328
(404) 277-3768 (telephone)
(404) 671-9135 (facsimile)
kq@quirklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing *Notice Of Leave Of Absence* upon all Judges, Clerks and opposing Counsel/Parties listed on the attached Exhibit "A" by depositing the same in the U.S. Mail with adequate postage affixed hereto **or** by using the appropriate electronic filing system, which will automatically send an email notification of such filing to the attorney of record.

This 24rd day of February, 2023.

/s/ Kevin Quirk
KEVIN QUIRK
Georgia State Bar No. 591458

QUIRK & QUIRK, LLC
6000 Lake Forrest Drive, NW
Suite 300, Century Springs West
Atlanta, Georgia 30328
(404) 277-3768 (telephone)
(404) 671-9135 (facsimile)
kq@quirklaw.com

**E**XHIBIT "A"
**S**TATE **C**OURT OF **C**LAYTON **C**OUNTY

| Name of Case<br>Case Number | Name of Judge<br>County/Court | Opposing Counsel/<br>Opposing Party |
|---|---|---|
| Mica Bullock v. Bradford Ridge Owner, LLC et al.; State Court of Clayton County; Civil Action File No. 2023CV00170 | The Honorable Shalonda Jones-Parker<br>State Court of Clayton County<br>9151 Tara Boulevard<br>Jonesboro, Georgia 30136 | Daniel Adamson, Esq.<br>S.K. Rod Dixon, Esq.<br>*The Dixon Firm, P.C.*<br>4751 Best Road<br>Suite 272<br>Atlanta, Georgia 30337 |