

## BUSINESS INFORMATION

Business Name:

COSTCO WHOLESALE CORPORATION

UBI Number:

601 024 674

Business Type:

WA PROFIT CORPORATION

Business Status:

ACTIVE

Principal Office Street Address:

999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES

Principal Office Mailing Address:

PO BOX 35005, SEATTLE, WA, 98124-3405, UNITED STATES

Expiration Date:

05/31/2021

Jurisdiction:

UNITED STATES, WASHINGTON

Formation/ Registration Date:

05/12/1987

Period of Duration:

PERPETUAL

Inactive Date:

Nature of Business:

RETAIL, WHOLESALE TRADE

## REGISTERED AGENT INFORMATION

**EXHIBIT C**

| | |
|---|---|
| Registered Agent Name: | JOHN SULLIVAN |
| Street Address: | 999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES |
| Mailing Address: | 999 LAKE DR, ISSAQUAH, WA, 98027-8990, UNITED STATES |

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MARGARET | MCCULLA |
| GOVERNOR | INDIVIDUAL | | GAIL | TSUBOI |
| GOVERNOR | INDIVIDUAL | | RICHARD | GALANTI |
| GOVERNOR | INDIVIDUAL | | JOHN | SULLIVAN |
| GOVERNOR | INDIVIDUAL | | PATRICK | CALLANS |
| GOVERNOR | INDIVIDUAL | | WALTER | JELINEK |
| GOVERNOR | INDIVIDUAL | | JEFFREY | ELLIOTT |

Back

Filing History    Name History    Print    Return to Business Search