

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **COSTCO WHOLESALE CORPORATION** | Control Number: | **K618658** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **P.O. Box 35005, Seattle, WA, 98124-3405, USA** | Date of Formation / Registration Date: | **6/12/1996** |
| Jurisdiction: | **Washington** | Last Annual Registration Year: | **2020** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **C T Corporation System** |
| Physical Address: | **289 S Culver St, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| John Sullivan | Secretary | 999 LAKE DRIVE, ISSAQUAH, WA, 98027, USA |
| RICHARD A. GALANTI | CFO | 999 LAKE DRIVE, ISSAQUAH, WA, 98027, USA |
| WALTER CRAIG JELINEK | CEO | 999 LAKE DRIVE, ISSAQUAH, WA, 98027, USA |

Back      Filing History      Name History

Return to Business Search

**EXHIBIT D**

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.11     **Report a Problem?**