### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| CATHY WILLIAMS, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| vs. | ) FILE NO.: 23-C-00094-S2 |
| | ) |
| COSTCO WHOLESALE CORPORATION, | ) |
| Defendant. | ) |

### DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on March 8, 2023 Defendant Costco Wholesale Corporation filed a Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned action from the State Court of Gwinnett County, State of Georgia to the United States District Court for the Northern District of Georgia. A true and correct copy of the Notice of Removal is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Northern District of Georgia, and filing copies thereof with the Clerk of the State Court of Gwinnet County, State of Georgia, the Defendant has effected removal and the State Court shall proceed no further action in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted this 8<u>th</u> day of March, 2023.

MCGREW MILLER BOMAR & BAGLEY, LLC

By: */s/ Colleen E. Callaghan*
HEATHER H. MILLER
Georgia Bar No. 506756
COLLEEN E. CALLAGHAN

**EXHIBIT E**

                                               Georgia Bar No. 176380
                                               *Counsel for Defendant*

50 Hurt Plaza, SE, Suite 1200
Atlanta, GA  30303
(404) 410-8410 (Phone)
hmiller@mmbblaw.com
ccallaghan@mmbblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter via the appropriate efiling system and/or by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Darl H. Champion, Jr.
Eric B. Funt
The Champion Firm
445 Franklin Gateway SE
Suite 100
Marietta, GA  30067
champ@thechampionfirm.com
eric@thechampionfirm.com

This 8th day of March, 2023.

MCGREW MILLER BOMAR & BAGLEY, LLC

*/s/ Colleen E. Callaghan*

HEATHER H. MILLER
Georgia Bar No. 506756
COLLEEN E. CALLAGHAN
Georgia Bar No. 176380
*Counsel for Defendant*

50 Hurt Plaza, SE, Suite 1200
Atlanta, GA  30303
(404) 410-8410 (Phone)
hmiller@mmbblaw.com
ccallaghan@mmbblaw.com