Case 1:23-mi-99999-UNA   Document 715-2   Filed 03/08/23   Page 1 of 2



**Exhibit 2**

| 2023CV00437-11 | WELLNESS AROUND THE WORLD CHIROPRACTIC, LLC V STATE FARM MUTUAL AUTOMOBILE… | CLAYTON SUPERIOR | OTHER GENERAL CIVIL |

## Case Docket

| Case Initiation Date | Assigned Judge |
|---|---|
| 01/20/2023 | Robert L. Mack |

Thanks for being a PeachCourt+ subscriber! If you need a refresher, check out this quick guide to getting the most out of your subscription (https://peachcourt.com/Subscription).

### Party Information

**Plaintiff:**
WELLNESS AROUND THE WORLD CHIROPRACTIC, LLC

**Defendants:**
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

STATE FARM FIRE AND CASUALTY COMPANY

### Attorney/Filer Information

Dean, Douglas

This court's online case dockets include only eFiled documents.

| Docket # | Document Type | Description | Filer | Filing Date | Source |
|---|---|---|---|---|---|
| 1 | Complaint | Verified Complaint For Declaratory Relief | Dean, Douglas | 01/20/2023 | EFile: PeachCourt |
| 2 | Summons | Summons For STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. | Dean, Douglas | 01/20/2023 | EFile: PeachCourt |
| 3 | Summons | Summons For STATE FARM FIRE AND CASUALTY COMPANY. | Dean, Douglas | 01/20/2023 | EFile: PeachCourt |
| 4 | Case Information Form | Case Information Form | Dean, Douglas | 01/20/2023 | EFile: PeachCourt |
| 5 | Affidavit | Affidavit Of Service - State Farm Mutual Auto | Dean, Douglas | 02/13/2023 | EFile: PeachCourt |
| 6 | Affidavit | Affidavit Of Service - State Farm Fire And Casualty | Dean, Douglas | 02/13/2023 | EFile: PeachCourt |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

Printed from www.peachcourt.com on Mar 8, 2023 1:51 PM