**Exhibit 3**

| | |
|---|---|
| **From:** | Douglas Dean |
| **To:** | Jonathan Adelman |
| **Subject:** | RE: Wellness Around the World v. State Farm |
| **Date:** | Friday, February 24, 2023 4:09:15 PM |
| **Attachments:** | image001.png |

Hey Jonathan –

Your first email went into the spam folder. I added you to our system so that shouldn't happen again. The answer to your below question is no. Please let me know if you'd like to chat further. Have a nice weekend.

Thanks,

**Douglas H. Dean**
Attorney at Law

**601 East 14th Avenue (31015)**
**P.O. Box 5005, Cordele, Georgia 31010**
**Office: (229) 271-9323 | Fax: (229) 271-9324**

www.lawsonreidlaw.com
WORLD-CLASS LAWYERS.SMALL TOWN VALUES.



**From:** Jonathan Adelman <JAdelman@wachp.com>
**Sent:** Friday, February 24, 2023 2:51 PM
**To:** Douglas Dean <douglas.dean@lawsonreidlaw.com>
**Subject:** Re: Wellness Around the World v. State Farm

Please let me know about below

Jonathan M. Adelman

(770) 933-7027 (direct)

(770) 933-9162 (fax)

(404) 702-7818 (cell)

www.wachp.com


This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.


> On Feb 24, 2023, at 7:01 AM, Jonathan Adelman <JAdelman@wachp.com> wrote:
>
> Doug,
> I left you a voicemail. I have been retained by State Farm. Can you let me know if Wellness Around the World has any members/owners who are not citizens of GA?
> Thanks, JMA
>
> **Jonathan M. Adelman | Partner**

(770) 933-7027 (direct)
(404) 702-7818 (cell)
(770) 933-9162 (fax)
[www.wachp.com](www.wachp.com)
<image001.gif>

This message and any attachments may contain confidential or privileged attorney-client communications or information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.