# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WELLNESS AROUND THE WORLD CHIROPRACTIC, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY <br><br> Defendants. | CASE NO. _____ <br><br> CASE BELOW: <br> Superior Court of Clayton County, Georgia, Case No. 2023CV00437-11 |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW STATE FARM MUTUAL AUTOMOBILE INSURANCE and STATE FARM FIRE AND CASUALTY COMPANY, Defendants in the above-styled action, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, file this Certificate of Interested Persons and Corporate Disclosure Statement, showing this Honorable Court as follows:

(1)    The undersigned counsel of record for a party or proposed intervenor in this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any

publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. **Wellness Around the World Chiropractic, LLC (Plaintiff)**

    b. **State Farm Mutual Automobile Insurance Company (Defendant)**

    c. **State Farm Fire and Casualty Company (Defendant)**

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    **None.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    **For Plaintiff:**

Douglas H. Dean
LAWSON, REID & DEAN LLC
601 East 14th Avenue (31015)
P.O. Box 5005
Cordele, Georgia 31010
(229) 271-9323
Douglas.dean@lawsonreidlaw.com

**For Defendants:**

Jonathan M. Adelman
WALDON ADELMAN CASTILLA

**HIESTAND & PROUD**
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jademan@wachp.com

**Joseph A. Cancila, Jr.** *(pro hac application to be submitted)*
**Nick Kahlon** *(pro hac application to be submitted)*
**Maegan McAdam** *(pro hac application to be submitted)*
**RILEY SAFER HOLMES & CANCILA LLP**
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
jcancila@rshc-law.com
nkahlon@rshc-law.com
mmcadam@rshc-law.com

(4)  The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff**: **Plaintiff is a Georgia citizen. Plaintiff is a Georgia limited liability company with places of business solely in Georgia. Plaintiff alleges it has a single owner/member, Dr. Roger Holloway. Dr. Holloway is a resident and citizen of the State of Georgia, which means Plaintiff is a Georgia citizen.**

**Defendant**: **Defendant State Farm Mutual Automobile Insurance is a mutual insurance company and is a citizen of Illinois. Defendant State Farm**

**Fire and Casualty Company is a stock insurance company and is a citizen of Illinois.**

This 8th day of March, 2023.

                                            WALDON ADELMAN CASTILLA
                                            HIESTAND & PROUT

                                            /s/ Jonathan M. Adelman
                                            Jonathan M. Adelman
                                            (State Bar No. 005128)
                                            *Attorney for Defendants*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia  30339
(770) 953-1710
jadelman@wachp.com

## CERTIFICATE OF COMPLIANCE

This certifies that the foregoing pleading is typed in 14-Point, Times New Roman font and is otherwise formatted in compliance with LR 5.1.

This 8th day of March, 2023.

                                        WALDON ADELMAN CASTILLA
                                      HIESTAND & PROUT

                                      /s/ *Jonathan M. Adelman*
                                      Jonathan M. Adelman
                                      (State Bar No. 005128)
                                      900 Circle 75 Parkway
                                      Suite 1040
                                      Atlanta, Georgia 30339
                                      (770) 953-1710
                                      jadelman@wachp.com

                                      *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this the 8th day of March, 2023, I electronically filed the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Douglas Dean
LAWSON, REID & DEAN, LLC
601 East 14th Avenue (31015)
P.O. Box 5005
Cordele, Georgia 31010
Douglas.Dean@lawsonreidlaw.com
*Attorney for Plaintiff*

.

WALDON ADELMAN CASTILLA
HIESTAND & PROUT

/s/ *Jonathan M. Adelman*
Jonathan M. Adelman
(State Bar No. 005128)
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
*Attorney for Defendants*