### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| ATLANTA HEART ASSOCIATES, P.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-A-00860-2 |
| | ) |
| INPHYNET CONTRACTING SERVICES, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant InPhyNet Contracting Services, LLC ("InPhyNet" or "Defendant") has this day filed a Notice of Removal of this action to the United States District Court for the Northern District of Georgia. A true and correct copy of the Notice of Removal is attached to this Notice of Filing as **Exhibit A**.

You are also advised that Defendant, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Georgia, also filed a copy thereof with the Clerk of the Superior Court of Henry County, Georgia to effect removal pursuant to 28, U.S.C. § 1446(d).

This 8th day of March, 2023.

           **BAKER, DONELSON, BEARMAN,**
           **CALDWELL & BERKOWITZ, P.C.**

           */s/ Ivy Cadle*
           Ivy Cadle
           Georgia Bar No. 353227
           Monarch Plaza, Suite 1600
           3414 Peachtree Road
           Atlanta, GA 30326
           (404) 577-6000
           (404) 221-6501 (facsimile)
           icadle@bakerdonelson.com

Exhibit C

**Certificate of Service**

I hereby certify under Rule 5 of the Federal Rules of Civil Procedure that a true and exact copy of the foregoing Notice of Filing Notice of Removal was served on the following counsel of record via operation of the Court's electronic filing system:

J. Mark Brittain
Mark Brittain, P.C.
245 Country Club Drive, Suite 200H
Stockbridge, GA  30281

This 8th day of March, 2023.

                                              **BAKER, DONELSON, BEARMAN,**
                                              **CALDWELL & BERKOWITZ, P.C.**

                                              */s/ Ivy Cadle*
                                              Ivy Cadle (Georgia Bar No. 353227)
                                              300 Mulberry Street, Suite 201
                                              Macon, GA 31201
                                              (478) 750.0777(phone)
                                              (478) 750.1777 (fax)
                                              icadle@bakerdonelson.com