# Exhibit "J"

**Molly Moyer**

| | |
|---|---|
| **From:** | Michael R. Baumrind <Baumrind@bmelaw.com> |
| **Sent:** | Friday, August 6, 2021 9:31 AM |
| **To:** | Molly Moyer; Sachin Varghese; Tiana S. Mykkeltvedt |
| **Cc:** | Amanda Kay Seals; mike.weinstein@mbwlaw.net; 'jtonge@atclawfirm.com'; 'Pat McDonough (pmcdonough@atclawfirm.com)'; Richard E. Zelonka; Shayla A. Lytle |
| **Subject:** | [EXTERNAL] RE: W.K., et al. v. Varahi Hotel, LLC, et al., Case No. 1:20-CV-05263-MHC - Agreement of No Coverage (Atain) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks, Molly.  We agree that the Atain Specialty Insurance Company Policy No. CIP250491 issued to Global Management for the period April 1, 2015 to December 6, 2015 does not cover the claims in this case.  Please let us know how you'd like to memorialize that.

**Michael R. Baumrind**

**BONDURANT MIXSON & ELMORE LLP**

One Atlantic Center | 1201 West Peachtree Street NW
Suite 3900 | Atlanta, GA 30309
P: 404.881.4195    F: 404.881.4111    E: baumrind@bmelaw.com
www.bmelaw.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately by telephone (404.881.4195) or by electronic mail (baumrind@bmelaw.com), and destroy the original message, any attachments thereto and all copies and backups thereof. Thank you.

**From:** Molly Moyer <MMoyer@wshblaw.com>
**Sent:** Tuesday, July 27, 2021 3:15 PM
**To:** Sachin Varghese <varghese@bmelaw.com>; Tiana S. Mykkeltvedt <mykkeltvedt@bmelaw.com>
**Cc:** Amanda Kay Seals <Seals@bmelaw.com>; mike.weinstein@mbwlaw.net; 'jtonge@atclawfirm.com' <jtonge@atclawfirm.com>; 'Pat McDonough (pmcdonough@atclawfirm.com)' <pmcdonough@atclawfirm.com>; Michael R. Baumrind <Baumrind@bmelaw.com>; Richard E. Zelonka <RZelonka@wshblaw.com>; Shayla A. Lytle <SLytle@wshblaw.com>
**Subject:** W.K., et al. v. Varahi Hotel, LLC, et al., Case No. 1:20-CV-05263-MHC - Agreement of No Coverage (Atain)

CAUTION:External Email.

All,

We are reaching out about the above referenced matter pending against Varahi Hotel, LLC in the Northern District.  As you know, we represent Atain Specialty Insurance Company who issued a commercial general liability policy to Global Management and Investment for the policy period April 1, 2015 to December 6, 2015.

For the reasons previously discussed in the Jane Doe 1 matter, we do not believe that Atain's policy provides coverage for this lawsuit.  Specifically, the policy does not expressly insure Varahi and also contains assault and battery and sexual abuse exclusions.  As such, we are writing to see if plaintiffs will consent to an agreement of no coverage for Varahi under Atain's policy before proceeding with another declaratory judgment action.  Please let us know.

Thank you,

**Molly Moyer**

Senior Counsel | Wood, Smith, Henning & Berman LLP
1230 Peachtree Street NE, Suite 925 | Atlanta, GA 30309
mmoyer@wshblaw.com | **T** (470) 552-1137 | **M** (404) 977-1765



**CALIFORNIA ● NEW YORK ● FLORIDA ● WASHINGTON ● ARIZONA ● COLORADO ● OREGON ● NEW JERSEY ● MASSACHUSETTS ● CONNECTICUT ● PENNSYLVANIA ● GEORGIA ● ILLINOIS ● NORTH CAROLINA ● SOUTH CAROLINA ● NEVADA ● TEXAS**

CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.