# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRCIT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **Charles H. Kuck,**          ) | |
|                                              ) | |
| **Plaintiff,**                     ) | |
| v.                                          ) | |
|                                              ) | CIVIL ACTION NO. |
| **UNITED STATES**          ) | |
| **CITIZENSHIP AND**     ) | |
| **IMMIGRATION SERVICE** ) | |
|                                              ) | |
| **Defendant.**                  ) | |
|                                              ) | |

## COMPLAINT FOR INJUICTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiff by Defendant United States Citizenship and Immigration Service ("USICS") ("DOJ")

## JURISDICTION AND VENUE

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B) and 5 U.S.C. §§ 701-706. This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this District under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e)(1), as Plaintiff is resident in this District.

3. Plaintiff Charles H. Kuck is an immigration attorney and managing partner of

Kuck Baxter LLC, located in Atlanta, Georgia.

4. Defendant USCIS is an agency of the Department of Homeland Security and part of the Executive Branch of the United States Government, The USICS is an agency within the meaning of 5 U.S.C. § 552(f).

## FACTS

### Plaintiff's FOIA Request

5. Plaintiff brings this action because USCIS has failed to timely release records sought on November 15, 2022, through its online FOIA account, as required by statute, as it pertains to a request for three very simple pieces of information that relates to its record keeping under the H-1B visa program.  It is virtually certain that this information exists in releasable form and would not require extra research, editing, or redaction.  See **Exhibit 1**.

6. Plaintiffs seeks this information because the Defendant's conduct of the H-1B lottery in 2022 seemed to invite H-1B lottery applications that were not bona fide job offers, and Defendant does not appear to have created any systems to avoid the acceptance of these baseless applications for the Fiscal Year 2024 lottery currently being conducted.

7. Specifically, Plaintiffs seeks the three following pieces of data which have never been produced publicly by USCIS:

A. The number of new (first time) H-1B petitions filed in FY 2022 after the employer was notified of their lottery selection in the FY 2022 lottery, preferably by month and total from April 2022 to present.

B. The number of new FY2022 H-1B petitions approved to date;

C. The number of new FY2022 H-1B petitions pending approval or denial to the date of response of the FOIA.

8. Plaintiff filed an administrative appeal on January 18, 2023, because the agency

had failed to provide the information provided within statutorily allowable time frame of 20 days, and has subsequently relegated this request to a waiting line such that as of the date of this filing the request is number 157 of 185 pending requests, with no estimated wait time for response. See **Exhibit 2.**

### FIRST CLAIM FOR RELIEF

9. Plaintiff incorporates by reference the allegations of paragraphs 1 to 18 of this Complaint.

10. Plaintiff has a statutory right under FOIA, 5 U.S.C. § 552(a)(3)(A), to the records it requested. No legal basis exists for the failure by Defendant to disclose the complete records to Plaintiff.

### SECOND CLAIM FOR RELIEF

11. Plaintiff incorporates by reference the allegations of paragraphs 1 to 20 of this Complaint.

12. Plaintiff has a statutory right under FOIA, 5 U.S.C. § 552(a)(6)(A)(ii), to the records it requested on appeal, specifically within the 20-day time frame allocated by FOIA regulations.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court:

(a) Declare that Defendant USCIS failed to respond to Plaintiff's FOIA request and administrative appeal within the time limits required by FOIA and that no unusual or exceptional circumstances exist;

(b) Declare that the withholding of the requested records by USCIS in response to

    Plaintiff's FOIA request is unlawful;

(c) Order Defendant USCIS to make the records available to Plaintiff without delay and at no cost;

(d) Award Plaintiff his costs and reasonable attorneys' fees pursuant to FOIA, 5 U.S.C. § 552(a)(4)(E), and the Equal Access to Justice Act, 28 U.S.C. § 2412, as applicable; and

(e) Award such other relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 8th day of February, 2023.

    KUCK BAXTER LLC,

    /s/ Charles H. Kuck
    Charles H. Kuck
    GA Bar Number: 429940
    365 Northridge Road, Suite 300
    Atlanta, GA 30350
    Phone: 404-816-8611
    Fax: 404-816-8615

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing **COMPLAINT** was served electronically, on:

Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

USCIS
Ryan K Buchanan, U.S. Attorney's Office for the Northern District of Georgia
c/o Civil Process Clerk
United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Dr., SW, Suite 600
Atlanta, GA 30303-3309

                        KUCK BAXTER LLC,

                        /s/ Charles H. Kuck
                        Charles H. Kuck
                        GA Bar Number: 429940
                        Danielle M. Claffey (Co-counsel)
                        GA Bar Number: 222292
                        365 Northridge Road, Suite 300
                        Atlanta, GA 30350
                        Phone: (404) 816-8611
                        Fax: (404) 816-8615

                        Attorneys for Plaintiff