# EXHIBIT "2"

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MTC CONSULTING, LLC and<br>MICHAEL CHAMBERLAIN,<br><br>   Plaintiffs,<br><br>v.<br><br>PROGRESSIVE MOUNTAIN INSURANCE<br>COMPANY,<br><br>   Respondent. | Civil Action File No.:<br>23-A-00956-9 |

**NOTICE OF FILING NOTICE OF REMOVAL TO
THE UNITED STATES DISTRICT COURT FOR THE
<u>NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION</u>**

TO:   **CLERK, SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA**

Please take notice that pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Progressive Mountain Insurance Company (hereinafter "Defendant"), by and through its undersigned counsel, files its Notice of Removal, a copy of which is attached hereto as <u>Exhibit A</u>, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

[*Signature appears on the following page*]

Respectfully submitted, this 9th day of March, 2023.

                                          LUEDER, LARKIN & HUNTER, LLC

                                          */s/ Samuel H. Sabulis*
                                          SAMUEL H. SABULIS
                                          Georgia Bar No. 339532
                                          *Attorneys for Defendant*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
T: (678) 359-6028
F: (678) 359-6028
ssabulis@luederlaw.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by:

  <u>  x  </u>  Electronically filing this document with PeachCourt / Odyssey which sends notice via that system to all parties and counsel pursuant to O.C.G.A. § 9-11-5(F) and/or U.S.C.R. 36.16(E)

  <u>    </u>  Electronically serving this document via email pursuant to O.C.G.A. § 9-11-5 (F) and/or U.S.C.R. 36.16(E) as follows:

  <u>    </u>  Depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

Robert D. Johnson, Esq.
John E. Alday, Esq.
Johnson & Alday, LLC
219 Roswell Street, NE
Marietta, Georgia 30060

Respectfully submitted, this 9th day of March, 2023.

            LUEDER, LARKIN & HUNTER, LLC


            */s/ Samuel H. Sabulis*
            SAMUEL H. SABULIS
            Georgia Bar No. 339532
            *Attorneys for Defendant*

3535 Piedmont Road NE
Building 14, Suite 205
Atlanta, Georgia 30305
T: (678) 359-6028
F: (678) 359-6028
ssabulis@luederlaw.com