**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BRIGGS BROTHERS ENTERPRISES CORP., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO.: |
| RLI INSURANCE COMPANY, | | |
| Defendant. | | |

**CERTIFICATE OF INTERESTED PARTIES AND**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant RLI Insurance Company hereby provides its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

(1) **The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more stock of a party or proposed intervenor:**

a. RLI Insurance Company ("RLI"), which is a wholly-owned subsidiary of the publicly held RLI Corp.

b. RLI Corp. is publicly traded on the New York Stock Exchange. Based on Securities and Exchange Commission Rules regarding beneficial ownership, State Street Corp., BlackRock, Inc., and The Vanguard Group, Inc. own ten percent (10%) or more of RLI Corp.'s stock in various fiduciary capacities.

c.  Briggs Brothers Enterprises Corporation ("Briggs").

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

a.  Terry Briggs.

b.  Shawna Briggs.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties including proposed intervenors, in this case:**

| Party and Party Type | | Attorneys |
| --- | --- | --- |
| Briggs Brothers Enterprises Corporation | Plaintiff | Jeffrey S. Leeper<br>jleeper@buschreed.com<br>BUSCH, REED, JONES & LEEPER P.C.<br>639 Whitlock Ave.<br>Marietta, Georgia 30064<br>Telephone:  (770) 424-1934<br>Facsimile:   (770) 424-5205 |
| RLI Insurance Company | Defendant | Anne Juntunen<br>ajuntunen@clarkhill.com<br>CLARK HILL PLC<br>One American Plaza<br>600 West Broadway, Ste 500<br>San Diego, California 92101<br>Telephone:   (619) 819-2409<br>Facsimile:    (619) 557-0460<br><br>And |

> GREGORY R. VEAL
> grv@boviskyle.com
> BOVIS, KYLE, BURCH & MEDLIN, LLC
> 200 Ashford Center North, Suite 500
> Atlanta, Georgia 30338-2680
> Telephone:   (770) 391-9100
> Facsimile:    (770) 668-0878

**(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

a.  RLI Insurance Company ("RLI") is an Illinois corporation with its principal place of business in Illinois. For purposes of diversity jurisdiction, RLI is a citizen of the State of Illinois; it is not a citizen of the State of Georgia.

b.  Briggs Brothers Enterprises Corporation is a Georgia corporation with its principal place of business in Smyrna, Georgia. For purposes of diversity jurisdiction, Briggs is a citizen of the State of Georgia; it is not a citizen of the State of Illinois.

Respectfully submitted,

*/s/ Anne Juntunen*
ANNE JUNTUNEN
Georgia Bar No. 104106
CLARK HILL PLC
One American Plaza
600 West Broadway, Ste 500
San Diego, California 92101
Telephone:  (619) 819-2409
Facsimile:  (619) 557-0460
Email:         ajuntunen@clarkhill.com

and

GREGORY R. VEAL
grv@boviskyle.com
Georgia Bar No. 726615
BOVIS, KYLE, BURCH & MEDLIN, LLC
200 Ashford Center North, Suite 500
Atlanta, Georgia 30338-2680
Telephone:  (770) 391-9100
Facsimile:  (770) 668-0878

***Attorneys for RLI Insurance Company***

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Removal has been served on all counsel listed below on this 9th day of March, 2023, via the Court's ECF system, certified mail, return receipt requested, facsimile, and/or email.

Jeffrey S. Leeper
jleeper@buschreed.com
Busch, Reed, Jones & Leeper, PC
639 Whitlock Ave.
Marietta, Georgia 30064
770-424-1934
***Attorneys for Briggs Brothers Enterprises Corporation***

                                            */s/ Anne Juntunen*
                                            Anne Juntunen