# LIST OF RELATED CASES

### District of Columbia

*Briggs Brothers Enterprises Corporation v. RLI Insurance Company*; United States District Court for the District of Columbia; Case No. 1:23-cv-00364-JEB

### Georgia

*Briggs Brothers Enterprises Corp., v. RLI Insurance Company*; United States District Court for the District of Atlanta; Civil Action No. Pending

*Briggs Brothers Enterprises Corp. v. RLI Insurance Company*; Superior Court of Fulton County; Case No. 2023CV375886

### Illinois

*RLI Insurance Company v. Terry Briggs, Shawna Briggs, Briggs Brothers Enterprises Corporation, a Pennsylvania Corporation, Briggs Brothers Enterprises Corporation, a Texas Corporation; Briggs Brothers Enterprises Corporation, a Louisiana Corporation; and Briggs Brothers Enterprises Corporation, a Georgia Corporation;* United States District Court for the Central District Court of Illinois, Peoria Division; Civil Action No. 1:23-cv-1079

### Louisiana

*Briggs Brothers Enterprises Corp., v. RLI Insurance Company and Ryan Issel*; United States District Court for the Middle District of Louisiana; Civil Action No. 3:23-cv-00132-SDD-RLB

### Oklahoma

*Brifen USA, Inc., v. Briggs Brothers Enterprises Corporation and RLI Insurance Company*; United States District Court for the Western District of Oklahoma; Case No. CIV-22-200-G

**Texas**

*Bobcat Concrete Services, Inc. v. Briggs Brothers Enterprises Corp., Massey Oaks Development, LP, and RLI Insurance Company;* 239th District Court, Brazoria County; Cause No. 120506-CV

*T3 Civil, Inc., v. Briggs Brothers Enterprises Corp., and RLI Insurance Company*; 434th District Court, Fort Bend County, Cause No. 23-DCV-300760

*T3 Civil, Inc., v. Briggs Brothers Enterprises Corp., and RLI Insurance Company;* 55th District Court, Harris County; Cause No. 202305675

*Briggs Brothers Enterprises Corporation v. RLI Insurance Company*; United States District Court for the Southern District of Texas, Houston Division; Case No. 4:23-cv-00724