

| | |
|---|---|
| | **Contract** |

**Date of Opening :** July 22, 2022

**Contract ID :** B1CBA2202212-0

**Call Order :** 011

**Projects :** M006110

**Project No. :** M006110

**Counties :** Fulton

**Awarded Vendor:** 00000000014801
BRIGGS BROTHERS ENTERPRISES CO.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B9E8-B47AA4228A26

**DEPARTMENT OF TRANSPORTATION**
**STATE OF GEORGIA**

In Process

8

**EXHIBIT 3**



**8/4/2022**

**Page:** 2

---

**Contract ID:** B1CBA2202212-0

BRIDGE REHABILITATION ON I-85/SR 403 AT VARIOUS LOCATIONS IN FULTON COUNTY. (E)

**DBE Goal:** 8.00%

| Time ID | Description | Completion Date or Number of Units | Time Type | Liquidated Damages / Rate | |
|---------|-------------|-----------------------------------|-----------|---------------------------|---|
| 00 | COMPLETE CONTRACT | 3/31/2024 | DT | $213.00 | Days |
| 01 | FAIL TO REOPEN TRAVEL LANES - SEE SPEC PROV SEC 108 | | AD | $5,000.00 | Days |

**(*) - Indicates Cost Plus Time Site. See Schedule of Items for Cost Per Unit**

In Process

8

# EXHIBIT 3

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

In Process

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B47AA4228A26

 Georgia Department of Transportation

**8/4/2022**

**Contract Schedule**

Page 1 of 3

| Contract ID: | B1CBA2202212-0 | Project(s): | M006110 |
| --- | --- | --- | --- |

| Awarded Vendor: | 00000000014801 | BRIGGS BROTHERS ENTERPRISES CO. |
| --- | --- | --- |

| SECTION  0001 | ROADWAY | $203,000.00 |
| --- | --- | --- |

| Proposal Line Number | Item ID<br>Description | Approximate Quantity and Units | Unit Price | | Bid Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Dollars | Cents | Dollars | Cents |
| 0005 | 150-1000<br>TRAFFIC CONTROL - M006110 | LUMP SUM | | | 179,000.00 | |
| 0015 | 632-0003<br>CHANGEABLE MESSAGE SIGN, PORTABLE, TYPE 3 | 4.000<br>EA | 6000 | | 24,000.00 | |

In Process

8

**EXHIBIT 3**

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

In Process

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B47AA4228A26



**8/4/2022**

**Contract Schedule**                                      Page 2 of 3

| Contract ID: B1CBA2202212-0 | Project(s): M006110 |
|---|---|

Awarded Vendor:   00000000014801          BRIGGS BROTHERS ENTERPRISES CO.

**SECTION  0002              BRIDGES                                    $1,168,191.06**

| Proposal Line Number | Item ID / Description | Approximate Quantity and Units | Unit Price | | Bid Amount | |
|---|---|---|---|---|---|---|
| | | | Dollars | Cents | Dollars | Cents |
| 0020 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 1 | 292.000 LF | 59 | | | 17,228.00 |
| 0025 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 2 | 448.000 LF | 59 | | | 26,432.00 |
| 0030 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 3 | 228.000 LF | 59 | | | 13,452.00 |
| 0035 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 4 | 273.000 LF | 59 | | | 16,107.00 |
| 0040 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 5 | 180.000 LF | 59 | | | 10,620.00 |
| 0045 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 6 | 255.000 LF | 59 | | | 15,045.00 |
| 0050 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 7 | 65.000 LF | 59 | | | 3,835.00 |
| 0055 | 449-1350 PREFORMED SILICONE JOINT SEAL, BR NO. - 8 | 58.000 LF | 59 | | | 3,422.00 |
| 0056 | 461-2000 RESEALING BRIDGE JOINTS, TP - D | 2,058.000 LF | 24.75 | | | 50,935.50 |
| 0060 | 504-0600 TWENTY-FOUR HOUR ACCELERATED STRENGTH CONC | 2.000 CY | 5500 | | | 11,000.00 |
| 0065 | 511-3000 SUPERSTR REINF STEEL, BR NO - 4 | LUMP SUM | | | | 3,550.00 |
| 0070 | 519-0515 SURFACE PREPARATION | 19,231.000 SY | 5.50 | | | 105,770.50 |

8

**EXHIBIT 3**

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

In Process

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B47AA4228A26



**8/4/2022**

**Contract Schedule**                                           Page 3 of 3

Contract ID:  B1CBA2202212-0        Project(s):  M006110

Awarded Vendor:   0000000014801        BRIGGS BROTHERS ENTERPRISES CO.

SECTION  0002          **BRIDGES**                          **$1,168,191.06**

| Proposal Line Number | Item ID / Description | Approximate Quantity and Units | Unit Price Dollars | Cents | Bid Amount Dollars | Cents |
|---|---|---|---|---|---|---|
| 0075 | 519-0530 POLYMER OVERLAY | 19,231.000 SY | 41 | | 788,471.00 | |
| 0076 | 540-1202 REMOVAL OF PARTS OF EXISTING BRIDGE, BR NO - 2 | LUMP SUM | | | 12,000.00 | |
| 0080 | 653-8026 WET WEATHER THERMOPLASTIC SOLID TRAFFIC STRIPE, 5 IN, WHITE | 2,709.000 LF | 4.50 | | 12,190.50 | |
| 0085 | 653-8031 WET WEATHER THERMOPLASTIC SOLID TRAFFIC STRIPE, 5 IN, YELLOW | 2,709.000 LF | 4.50 | | 12,190.50 | |
| 0090 | 653-8051 WET WEATHER THERMOPLASTIC SKIP TRAFFIC STRIPE, 5 IN, WHITE | 6,404.000 GLF | 1.99 | | 12,743.96 | |
| 0095 | 653-8070 WET WEATHER THERMOPLASTIC SOLID TRAFFIC STRIPE, 8 IN, WHITE | 1,540.000 LF | 1.99 | | 3,064.60 | |
| 0100 | 653-8073 WET WEATHER THERMOPLASTIC SKIP TRAFFIC STRIPE, 8 IN, WHITE | 2,152.000 GLF | 6 | | 12,912.00 | |
| 0105 | 653-8075 WET WEATHER THERMOPLASTIC SOLID TRAFFIC STRIPE, 10 IN, WHITE | 2,149.000 LF | 7.50 | | 16,117.50 | |
| 0110 | 653-8090 WET WEATHER THERMOPLASTIC TRAFFIC STRIPE, WHITE | 1,048.000 SY | 18 | | 18,864.00 | |
| 0115 | 654-1003 RAISED PVMT MARKERS TP 3 | 160.000 EA | 14 | | 2,240.00 | |

**Total Bid:**     **$1,371,191.06**

**EXHIBIT 3**

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

In Process

# EXHIBIT 3

## Georgia Department of Transportation
### DBE Goals

011 - First Use**:** March-23-1990

| **Vendor ID:** | 00000000014801 | | **Bidder's Company Name:** | BRIGGS BROTHERS ENTERPRISES CO. |
|---|---|---|---|---|
| **Project NO:** | M006110 | | **County:** | FULTON |
| **Let No:** | 011 | **Let Date:** Jul-22-2022 | **Total BID:** | $1,371,191.06 |
| **The Required DBE Goal on This Contract is:** | | 8 % | | |

I Propose To Utilize The Following DBE Contractors:

**List of DBE Participants**

| Vendor Number | DBE Name/Address (City, State) | Type of Work | CERT Type | Race Conscious | Amount |
|---|---|---|---|---|---|
| 00000000016180 | ATLANTA TRAFFIC CONTROL SERVICES ATLANTA,GA | TRAFFIC CONTROL | SUB | ☐ | $110,000.00 |
| | | | | | **$110,000.00** |

**\*For Departmental use only. Do not fill in Work codes.**

Please Note:  Only 60% of the participation of a DBE Supplier who does not manufacture or install the product will be counted toward the goal. See below for further instructions.

## EXHIBIT 3

## INSTRUCTIONS FOR LIST OF DBE PARTICIPANTS

If a DBE Goal is indicated, you must propose to achieve a goal that is equal or greater than the percentage required.   If no goal is indicated, you may propose your own goal.

The DBE firms to be utilized as counting toward the proposed goal must be listed on this form, along with their addresses, type of work and the amount to be paid to each of the minority firms.  The amount entered will not necessarily be the contract amount, but must be the actual amount that will be paid to the DBE firm.  In the case of a DBE supplier, the amount paid and 60% of that amount both will be entered; and only the 60% figure should be added to the total.   An example of this is shown in the example chart:

| Vendor Number | Company Name And Address (City and State) | Type Of Work | *Work Code | Race Neutral | Race Conscious | Amount |
|---|---|---|---|---|---|---|
| | ABC Oil Company Atlanta, GA | Diesel Fuel Supplier | | | | $80.000.00 (60% = $48,000.00) |

*For Departmental use ONLY. Do not fill in Work Codes.

The Contractor shall indicate for each DBE and Type of Work whether the DBE Participant is Race Neutral or Race Conscious by placing a checkmark in the appropriate column.

**Please Note:**  For 60% of the amount paid to a DBE supplier to be eligible to count toward fulfilling the DBE goal, the supplier must be an established "regular dealer' in the product involved, and not just a broker.   A "regular dealer" would normally sell the product to several customers and would usually have product inventory on hand.

# EXHIBIT 3

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

011

## FEDERAL AID CERTIFICATION
(English Project)

First Use Date 2021 Specifications: April 16, 2021

**Failure to complete appropriate certification requirements identified below or submission of a false certification shall render the bid non-responsive.**

### EQUAL EMPLOYMENT OPPORTUNITY

I further certify that I have ☒ / have not ☐ participated in a previous contract or subcontract subject to the equal

opportunity clause, as required by Executive Orders 10925, 11114, or 11246, and that I have ☒ / have not ☐ filed with the Joint Reporting Committee, the Director of the Office of Federal Contract Compliance, a Federal Government contracting or administering agency, or the former President's Committee on Equal Employment Opportunity, all reports due under the applicable filing requirements.

I understand that if I have participated in a previous Contract or Subcontract subject to the Executive Orders above and have not filed the required reports that 41 CFR 601.7 (b)(1) prevents the award of this Contract unless I submit a report governing the delinquent period or such other period specified by the Federal Highway Administration or by the Director, Office of Federal Contract Compliance, U. S. Department of Labor.

Reports and notifications required under 41 CFR 604, including reporting subcontract awards in excess of $10,000.00 should be addressed to:

        Samuel Maiden
        Regional Director, U. S. Department of Labor
        Office of Federal Contract Compliance Programs, Region 4
        Rm. 7B75
        61 Forsyth St. SW
        Atlanta, GA  30303

### EXAMINATION OF PLANS AND SPECIFICATIONS

I acknowledge that this Project will be constructed in English units.

I certify that I have carefully examined the Plans for this Project and the Standard Specifications, 2021 Edition, included in and made a part of this Proposal, and have also personally examined the site of the work.  On the basis of the said Specifications and Plans, I propose to furnish all necessary machinery, tools, apparatus and other means of construction, and do all the work and furnish all the materials in the manner specified.

I understand the quantities mentioned are approximate only and are subject to either increase or decrease and hereby propose to perform any increased or decreased quantities of work or extra work on the basis provided for in the Specifications.

# EXHIBIT 3

**DEPARTMENT OF TRANSPORTATION**
**STATE OF GEORGIA**

011

I also hereby agree that the State, or the Department of Transportation, would suffer damages in a sum equal to at least the amount of the enclosed Proposal Guaranty, in the event my Proposal should be accepted and a Contract tendered me thereunder and I should refuse to execute same and furnish bond as herein required, in consideration of which I hereby agree that, in the event of such failure on my part to execute said Contract and furnish bond within fifteen (15) days after the date of the letter transmitting the Contract to me, the amount of said Proposal Guaranty shall be and is hereby, forfeited to the State, or to the Department of Transportation, as liquidated damages as the result of such failure on my part.

I further propose to execute the Contract agreement described in the Specifications as soon as the work is awarded to me, and to begin and complete the work within the time limit provided.  I also propose to furnish a Contract Bond, approved by the State Transportation Board, as required by the laws of the State of Georgia.  This bond shall not only serve to guarantee the completion of the work on my part, but also to guarantee the excellence of both workmanship and materials until the work is finally accepted, as well as to fully comply with all the laws of the State of Georgia.

## CONFLICT OF INTEREST

By signing and submitting this Contract I hereby certify that employees of this company or employee of any company supplying material or subcontracting to do work on this Contract will not engage in business ventures with employees of the Georgia Department of Transportation (GA D.O.T.) nor shall they provide gifts, gratuities, favors, entertainment, loans or other items of value to employees of this department.

Also, by signing and submitting this Contract I hereby certify that I will notify the Georgia Department of Transportation through its District Engineer of any business ventures entered into between employees of this company or employees of any company supplying material or subcontracting to do work on this Contract with a family member of GA D.O.T. employees.

## DRUG FREE WORKPLACE

The undersigned certifies that the provisions of Code Sections 50-24-1 through 50-24-6 of the Official Code of Georgia Annotated, relating to the "Drug-free Workplace Act", have been complied with in full.  The undersigned further certifies that:

1.  A drug-free workplace will be provided for the Contractor's employees during the performance of the Contract; and

2.  Each Contractor who hires a Subcontractor to work in a drug-free workplace shall secure from that Subcontractor the following written certification:

    "As part of the subcontracting agreement with _____(Contractor's name)_____, _(Subcontractor's name)_ _____ certifies to the Contractor that a drug free workplace will be provided for the Subcontractor's employees during the performance of this Contract pursuant to paragraph (7) of subsection (b) of Code Section 50-24-3."

Also, the undersigned further certifies that he will not engage in the unlawful manufacture, sale distribution, dispensation, possession, or use of a controlled substance or marijuana during the performance of the Contract.

## BOYCOTT OF ISRAEL

By signing and submitting this Contract and Pursuant to O.C.G.A. Sec. 50-5-85, Contractor hereby certifies that is not currently engaged in, and agrees that for the duration of this contract, it will not engage in a boycott of Israel.

14

**EXHIBIT 3**

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

011

## NON-COLLUSION CERTIFICATION

I hereby certify that I have not, nor has any member of the firm(s) or corporation(s), either directly or indirectly entered into any agreement, participated in any collusion, nor otherwise taken any action in restraint of free competitive bidding in connection with this submitted bid.

It is understood and agreed that this Proposal is one of several competitive bids made to the Department of Transportation, and in consideration of mutual agreements of the bidders, similar hereto, and in consideration of the sum of One Dollar cash in hand paid, receipt whereof is hereby acknowledged, the under signed agrees that this Proposal shall be an option, which is hereby given by the undersigned to the Department of Transportation to accept or reject this Proposal at any time within thirty (30) calendar days from the date on which this sealed proposal is opened and read, unless a longer period is specified in the Proposal or the successful bidder agrees in writing to a longer period of time for the award, and in consideration of the premises, it is expressly covenanted and agreed that this Proposal is not subject to withdrawal by the Proposer or Bidder, during the term of said option.

I hereby acknowledge receipt of the following checked amendments of the Proposal, Plans, Specifications and/or other documents pertaining to the Contract.

Amendment Nos.: 2    I understand that failure to confirm the receipt of amendments is cause for rejection of bids.

## BRIGGS BROTHERS ENTERPRISES CO.

DocuSigned by:

*TERRY BRIGGS*

1AF80FE6496A4FC...

Signature of Contractor

(SEAL)

Terry Briggs

Printed Name of Signee

President

Title

# EXHIBIT 3

**CERTIFICATION OF COMPLIANCE WITH THE STATE OF GEORGIA'S**

**SEXUAL HARASSMENT PREVENTION POLICY**

The State of Georgia promotes respect and dignity and does not tolerate sexual harassment in the workplace. The State is committed to providing a workplace and environment free from sexual harassment for its employees and for all persons who interact with state government. All State of Georgia employees are expected and required to interact with all persons including other employees, contractors, and customers in a professional manner that contributes to a respectful work environment free from sexual harassment.  Furthermore, the State of Georgia maintains an expectation that its contractors and their employees and subcontractors will interact with entities of the State of Georgia, their customers, and other contractors of the State in a professional manner that contributes to a respectful work environment free from sexual harassment.

Pursuant to the State of Georgia's Statewide Sexual Harassment Prevention Policy (the "Policy"), all contractors who are regularly on State premises or who regularly interact with State personnel must complete sexual harassment prevention training on an annual basis.

A contractor, including its employees and subcontractors, who have violated the Policy, including but not limited to engaging in sexual harassment and/or retaliation may be subject to appropriate corrective action.  Such action may include, but is not limited to, notification to the employer, removal from State premises, restricted access to State premises and/or personnel, termination of contract, and/or other corrective action(s) deemed necessary by the State.

(i)     If Contractor is an individual who is regularly on State premises or who will regularly interact with State personnel, Contractor certifies that:

    (a)     Contractor has received, reviewed, and agreed to comply with the State of Georgia's Statewide Sexual Harassment Prevention Policy located at http://doas.ga.gov/human-resources-administration/board-rules-policy-and-compliance/jointly-issued-statewide-policies/sexual-harassment-prevention-policy;

    (b)     Contractor has completed sexual harassment prevention training in the last year; or will complete the Georgia Department of Administrative Services' sexual harassment prevention training located at http://doas.ga.gov/human-resources-administration/sexual-harassment-prevention/hr-professionals/employee-training (scroll down to section for entities without a LMS section) or this direct link https://www.youtube.com/embed/NjVt0DDnc2s?rel=0 prior to accessing State premises and prior to interacting with State employees; and on an annual basis thereafter; and,

    (c)     Upon request by the State, Contractor will provide documentation substantiating the completion of sexual harassment training.

# EXHIBIT 3

(ii)     If Contractor has employees and subcontractors that are regularly on State premises or who will regularly interact with State personnel, Contractor certifies that:

(a)     Contractor will ensure that such employees and subcontractors have received, reviewed, and agreed to comply with the State of Georgia's Statewide Sexual Harassment Prevention Policy located at http://doas.ga.gov/human-resources-administration/board-rules-policy-and-compliance/jointly-issued-statewide-policies/sexual-harassment-prevention-policy;

(b)     Contractor has provided sexual harassment prevention training in the last year to such employees and subcontractors  and will continue to do so on an annual basis; or Contractor will ensure that such employees and subcontractors complete the Georgia Department of Administrative Services' sexual harassment prevention training located at http://doas.ga.gov/human-resources-administration/sexual-harassment-prevention/hr-professionals/employee-training (scroll down to section for entities without a LMS section) or this direct link https://www.youtube.com/embed/NjVt0DDnc2s?rel=0 prior to accessing State premises and prior to interacting with State employees; and on an annual basis thereafter; and

(d)     Upon request of the State of the Georgia Department of Transportation, Contractor will provide documentation substantiating such employees and subcontractors' acknowledgment of the State of Georgia's Statewide Sexual Harassment Prevention Policy and annual completion of sexual harassment prevention training.

[Contractor Name]

DocuSigned by:

*Terry Briggs*

1AE60FE6196A4FC...

_____

Signature of Contractor


Terry Briggs

_____

Printed Name of Signee


President

_____

Title

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

## DEPARTMENT OF TRANSPORTATION
### STATE OF GEORGIA

In Process

PAGES 19 THROUGH 24 OMITTED

# EXHIBIT 3

DEPARTMENT OF TRANSPORTATION
STATE OF GEORGIA
PROPOSAL INDEX

**Call Order Number:** 011                                    **Counties:** Fulton
**Project No(s):**M006110

**Listed below are modifications and additions to the 2021 State of Georgia Standard Specifications Construction of Transportation Systems.**

DBE Requirements
Bid Opportunity List
Georgia Security and Immigration Compliance Act Affidavit
Request for Eligibility to Bid
Federal Aid Requirements
Certification/Drug Free Workplace
Signature Page
Sexual Harassment Prevention Policy
Proposal Index
Notice to All Bidders
Federal Labor Provisions (FHWA 1273)
Required Contract Provisions Federal-Aid Contracts
Notice to Contractors
Wage Rates
Standard EEO Specifications
Notice of Affirmative Action
Disadvantaged Business Enterprise Program
Prompt Payment
Buy America
Utility Conflicts
Sec. 105 – Control of Work (January 21, 2022)
Sec. 107 - Legal Regulations and Responsibilities to the Public (February 27, 2020)
Sec. 108 – Prosecution and Progress (June 18, 2021)
Sec. 110 - Electronic Delivery Management System (e_Ticketing) (April 16, 2021)
Sec. 153 - Field Engineer's Office (October 22, 2021)
Sec. 315 - Cement Stabilized Reclaimed Base Construction (CSRB) (June 18, 2021)
Sec. 415 - Asphaltic Concrete Open Graded Crack Relief Interlayer (January 21, 2022)
Sec. 423 - Surfacing For Shoulder Treatment (September 13, 2021)
Sec. 500 - Concrete Structures (January 27, 2022)
Sec. 561 - Renovating Existing Pipe (April 16, 2021)

Sec. 812 - Backfill Materials (April 16, 2021)
Sec. 815 – Graded Aggregate (September 2, 2021)
Sec. 820 – Asphalt Cement (September 2, 2021)
Sec. 821 – Cutback Asphalt (September 2, 2021)
Sec 828 – Hot Mix Asphaltic Concrete Mixtures (June 3, 2021)
Sec. 830 - Portland Cement (January 27, 2022)
Sec. 834 - Masonry Materials (March 4, 2022)
Sec. 920 - Lighting Standards and Towers (April 16, 2021)
Sec. 935 - Fiber Optic System (April 16, 2021)
Sec. 940 - NaviGator Advanced Transportation Management System Integration (April 16, 2021)

Letter Size Plans
Sec. 108 - Temporary Suspension of Work
Sec. 108 - Prosecution and Progress (Failure or Delay in Completing Work on Time)
Sec. 150 - Traffic Control
Sec. 449 – Bridge Deck Joint Seals
Sec. 519 - Fast Track Portland Cement Concrete Overlays with Hydrodemolition
Sec. 653 - Thermoplastic Traffic Stripe

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8F8-B474A4228A26

# NOTICE TO ALL BIDDERS

## To report bid rigging activities call:

## 1-800-424-9071

The U.S. Department of Transportation (DOT) operates the above toll-free "hotline" Monday through Friday, 8:00 AM to 5:00 PM, Eastern Time. Anyone with the knowledge of possible bid rigging, bidder collusion, or other fraudulent activities should use the "hotline" to report such activities.

The "hotline" is part of the DOT's continuing effort to identify and investigate highway construction contract fraud and abuse, and is operated under the direction of the DOT Inspector General. All information will be treated confidentially and caller anonymity will be respected.

**EXHIBIT 3**

FHWA-1273 -- Revised May 1,2012

**REQUIRED CONTRACT PROVISIONS**
**FEDERAL-AID CONSTRUCTIONCONTRACTS**

I.      General
II.     Nondiscrimination
III.    NonsegregatedFacilities
IV.     Davis-Bacon and Related ActProvisions
V.      Contract Work Hours and Safety Standards Act
        Provisions
VI.     Subletting or Assigning theContract
VII.    Safety: AccidentPrevention
VIII.   False Statements Concerning HighwayProjects
IX.     Implementation of Clean Air Act and Federal Water
        Pollution Control Act
X.      Compliance with Governmentwide Suspension and
        Debarment Requirements
XI.     Certification Regarding Use of Contract Funds for
        Lobbying

ATTACHMENTS

A. Employment and Materials Preference for Appalachian
Development Highway System or Appalachian Local Access
Road Contracts (included in Appalachian contractsonly)

**I.  GENERAL**

1.  Form FHWA-1273 must be physically incorporated in each
construction contract funded under Title 23 (excluding
emergency contracts solely intended for debris removal). The
contractor (or subcontractor) must insert this form in each
subcontract and further require its inclusion in all lower tier
subcontracts (excluding purchase orders, rental agreements
and other agreements for supplies orservices).

The applicable requirements of Form FHWA-1273 are
incorporated by reference for work done under any purchase
order, rental agreement or agreement for other services. The
prime contractor shall be responsible for compliance by any
subcontractor, lower-tier subcontractor or serviceprovider.

Form FHWA-1273 must be included in all Federal-aid design-
build contracts, in all subcontracts and in lower tier
subcontracts (excluding subcontracts for design services,
purchase orders, rental agreements and other agreements for
supplies or services). The design-builder shall be responsible
for compliance by any subcontractor, lower-tier subcontractor
or service provider.

Contracting agencies may reference Form FHWA-1273 in bid
proposal or request for proposal documents, however, the
Form FHWA-1273 must be physically incorporated (not
referenced) in all contracts, subcontracts and lower-tier
subcontracts (excluding purchase orders, rental agreements
and other agreements for supplies or services related to a
construction contract).

2.  Subject to the applicability criteria noted in the following
sections, these contract provisions shall apply to all work
performed on the contract by the contractor's ownorganization
and with the assistance of workers under the contractor's
immediate superintendence and to all work performed on the
contract by piecework, station work, or bysubcontract.

3.   A breach of any of the stipulations contained in these
Required Contract Provisions may be sufficient grounds for
withholding of progress payments, withholding of final
payment, termination of the contract, suspension / debarment
or any other action determined to be appropriate by the
contracting agency and FHWA.

4.  Selection of Labor: During the performance of this contract,
the contractor shall not use convict labor for any purpose
within the limits of a construction project on a Federal-aid
highway unless it is labor performed by convicts who are on
parole, supervised release, or probation. The term Federal-aid
highway does not include roadways functionally classified as
local roads or rural minorcollectors.

**II. NONDISCRIMINATION**

The provisions of this section related to 23 CFR Part 230 are
applicable to all Federal-aid construction contracts and to all
related construction subcontracts of $10,000 or more. The
provisions of 23 CFR Part 230 are not applicable to material
supply, engineering, or architecturalservicecontracts.

In addition, the contractor and all subcontractors must comply
with the following policies: Executive Order 11246, 41 CFR 60,
29 CFR 1625-1627, Title 23 USC Section 140, the
Rehabilitation Act of 1973, as amended (29 USC 794), Title VI
of the Civil Rights Act of 1964, as amended, and related
regulations including 49 CFR Parts 21, 26 and 27; and 23 CFR
Parts 200, 230, and 633.

The contractor and all subcontractors must comply with: the
requirements of the Equal Opportunity Clause in 41 CFR 60-
1.4(b) and, for all construction contracts exceeding $10,000,
the Standard Federal Equal Employment Opportunity
Construction Contract Specifications in 41 CFR 60-4.3.

Note: The U.S. Department of Labor has exclusive authority to
determine compliance with Executive Order 11246 and the
policies of the Secretary of Labor including 41 CFR 60, and 29
CFR 1625-1627. The contracting agency and the FHWA have
the authority and the responsibility to ensure compliance with
Title 23 USC Section 140, the Rehabilitation Act of 1973, as
amended (29 USC 794), and Title VI of the Civil Rights Act of
1964, as amended, and related regulations including 49 CFR
Parts 21, 26 and 27; and 23 CFR Parts 200, 230, and 633.

The following provision is adopted from 23 CFR 230, Appendix
A, with appropriate revisions to conform to the U.S.
Department of Labor (US DOL) and FHWA requirements.

**1. Equal Employment Opportunity:** Equal employment
opportunity (EEO) requirements not to discriminate and to take
affirmative action to assure equal opportunity as set forth
under laws, executive orders, rules, regulations (28 CFR 35,
29 CFR 1630, 29 CFR 1625-1627, 41 CFR 60 and 49 CFR 27)
and orders of the Secretary of Labor as modified by the
provisions prescribed herein, and imposed pursuant to 23
USC  140 shall constitute the EEO and specific affirmative
action standards for the contractor's project activities under

**EXHIBIT 3**

this contract. The provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 et seq.) set forth under 28 CFR 35 and 29 CFR 1630 are incorporated by reference in this contract. In the execution of this contract, the contractor agrees to comply with the following minimum specific requirement activities of EEO:

a. The contractor will work with the contracting agency and the Federal Government to ensure that it has made every good faith effort to provide equal opportunity with respect to all of its terms and conditions of employment and in their review of activities under the contract.

b. The contractor will accept as its operating policy the following statement:

"It is the policy of this Company to assure that applicants are employed, and that employees are treated during employment, without regard to their race, religion, sex, color, national origin, age or disability. Such action shall include: employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship, pre-apprenticeship, and/or on-the-job training."

**2. EEO Officer:** The contractor will designate and make known to the contracting officers an EEO Officer who will have the responsibility for and must be capable of effectively administering and promoting an active EEO program and who must be assigned adequate authority and responsibility to do so.

**3. Dissemination of Policy:** All members of the contractor's staff who are authorized to hire, supervise, promote, and discharge employees, or who recommend such action, or who are substantially involved in such action, will be made fully cognizant of, and will implement, the contractor's EEO policy and contractual responsibilities to provide EEO in each grade and classification of employment. To ensure that the above agreement will be met, the following actions will be taken as a minimum:

a. Periodic meetings of supervisory and personnel office employees will be conducted before the start of work and then not less often than once every six months, at which time the contractor's EEO policy and its implementation will be reviewed and explained. The meetings will be conducted by the EEO Officer.

b. All new supervisory or personnel office employees will be given a thorough indoctrination by the EEO Officer, covering all major aspects of the contractor's EEO obligations within thirty days following their reporting for duty with the contractor.

c. All personnel who are engaged in direct recruitment for the project will be instructed by the EEO Officer in the contractor's procedures for locating and hiring minorities and women.

d. Notices and posters setting forth the contractor's EEO policy will be placed in areas readily accessible to employees, applicants for employment and potential employees.

e. The contractor's EEO policy and the procedures to implement such policy will be brought to the attention of employees by means of meetings, employee handbooks, or other appropriate means.

**4. Recruitment:** When advertising for employees, the contractor will include in all advertisements for employees the notation: "An Equal Opportunity Employer." All such advertisements will be placed in publications having a large circulation among minorities and women in the area from which the project work force would normally be derived.

a. The contractor will, unless precluded by a valid bargaining agreement, conduct systematic and direct recruitment through public and private employee referral sources likely to yield qualified minorities and women. To meet this requirement, the contractor will identify sources of potential minority group employees, and establish with such identified sources procedures whereby minority and women applicants may be referred to the contractor for employment consideration.

b. In the event the contractor has a valid bargaining agreement providing for exclusive hiring hall referrals, the contractor is expected to observe the provisions of that agreement to the extent that the system meets the contractor's compliance with EEO contract provisions. Where implementation of such an agreement has the effect of discriminating against minorities or women, or obligates the contractor to do the same, such implementation violates Federal nondiscrimination provisions.

c. The contractor will encourage its present employees to refer minorities and women as applicants for employment. Information and procedures with regard to referring such applicants will be discussed with employees.

**5. Personnel Actions:** Wages, working conditions, and employee benefits shall be established and administered, and personnel actions of every type, including hiring, upgrading, promotion, transfer, demotion, layoff, and termination, shall be taken without regard to race, color, religion, sex, national origin, age or disability. The following procedures shall be followed:

a. The contractor will conduct periodic inspections of project sites to insure that working conditions and employee facilities do not indicate discriminatory treatment of project site personnel.

b. The contractor will periodically evaluate the spread of wages paid within each classification to determine any evidence of discriminatory wage practices.

c. The contractor will periodically review selected personnel actions in depth to determine whether there is evidence of discrimination. Where evidence is found, the contractor will promptly take corrective action. If the review indicates that the discrimination may extend beyond the actions reviewed, such corrective action shall include all affected persons.

d. The contractor will promptly investigate all complaints of alleged discrimination made to the contractor in connection with its obligations under this contract, will attempt to resolve such complaints, and will take appropriate corrective action within a reasonable time. If the investigation indicates that the discrimination may affect persons other than the complainant, such corrective action shall include such other persons. Upon completion of each investigation, the contractor will inform every complainant of all of their avenues of appeal.

**6. Training and Promotion:**

a. The contractor will assist in locating, qualifying, and increasing the skills of minorities and women who are

# EXHIBIT 3

applicants for employment or current employees. Such efforts should be aimed at developing full journey level status employees in the type of trade or job classification involved.

b. Consistent with the contractor's work force requirements and as permissible under Federal and State regulations, the contractor shall make full use of training programs, i.e., apprenticeship, and on-the-job training programs for the geographical area of contract performance. In the event a special provision for training is provided under this contract, this subparagraph will be superseded as indicated in the special provision. The contracting agency may reserve training positions for persons who receive welfare assistance in accordance with 23 U.S.C. 140(a).

c. The contractor will advise employees and applicants for employment of available training programs and entrance requirements for each.

d. The contractor will periodically review the training and promotion potential of employees who are minorities and women and will encourage eligible employees to apply for such training and promotion.

**7. Unions:** If the contractor relies in whole or in part upon unions as a source of employees, the contractor will use good faith efforts to obtain the cooperation of such unions to increase opportunities for minorities and women. Actions by the contractor, either directly or through a contractor's association acting as agent, will include the procedures set forth below:

a. The contractor will use good faith efforts to develop, in cooperation with the unions, joint training programs aimed toward qualifying more minorities and women for membership in the unions and increasing the skills of minorities and women so that they may qualify for higher paying employment.

b. The contractor will use good faith efforts to incorporate an EEO clause into each union agreement to the end that such union will be contractually bound to refer applicants without regard to their race, color, religion, sex, national origin, age or disability.

c. The contractor is to obtain information as to the referral practices and policies of the labor union except that to the extent such information is within the exclusive possession of the labor union and such labor union refuses to furnish such information to the contractor, the contractor shall so certify to the contracting agency and shall set forth what efforts have been made to obtain such information.

d. In the event the union is unable to provide the contractor with a reasonable flow of referrals within the time limit set forth in the collective bargaining agreement, the contractor will, through independent recruitment efforts, fill the employment vacancies without regard to race, color, religion, sex, national origin, age or disability; making full efforts to obtain qualified and/or qualifiable minorities and women. The failure of a union to provide sufficient referrals (even though it is obligated to provide exclusive referrals under the terms of a collective bargaining agreement) does not relieve the contractor from the requirements of this paragraph. In the event the union referral practice prevents the contractor from meeting the obligations pursuant to Executive Order 11246, as amended, and these special provisions, such contractor shall immediately notify the contracting agency.

**8. Reasonable Accommodation for Applicants / Employees with Disabilities:** The contractor must be familiar

with the requirements for and comply with the Americans with Disabilities Act and all rules and regulations established there under. Employers must provide reasonable accommodation in all employment activities unless to do so would cause an undue hardship.

**9. Selection of Subcontractors, Procurement of Materials and Leasing of Equipment:** The contractor shall not discriminate on the grounds of race, color, religion, sex, national origin, age or disability in the selection and retention of subcontractors, including procurement of materials and leases of equipment. The contractor shall take all necessary and reasonable steps to ensure nondiscrimination in the administration of this contract.

a. The contractor shall notify all potential subcontractors and suppliers and lessors of their EEO obligations under this contract.

b. The contractor will use good faith efforts to ensure subcontractor compliance with their EEO obligations.

**10. Assurance Required by 49 CFR 26.13(b):**

a. The requirements of 49 CFR Part 26 and the State DOT's U.S. DOT-approved DBE program are incorporated by reference.

b. The contractor or subcontractor shall not discriminate on the basis of race, color, national origin, or sex in the performance of this contract. The contractor shall carry out applicable requirements of 49 CFR Part 26 in the award and administration of DOT-assisted contracts. Failure by the contractor to carry out these requirements is a material breach of this contract, which may result in the termination of this contract or such other remedy as the contracting agency deems appropriate.

**11. Records and Reports:** The contractor shall keep such records as necessary to document compliance with the EEO requirements. Such records shall be retained for a period of three years following the date of the final payment to the contractor for all contract work and shall be available at reasonable times and places for inspection by authorized representatives of the contracting agency and the FHWA.

a. The records kept by the contractor shall document the following:

(1) The number and work hours of minority and non-minority group members and women employed in each work classification on the project;

(2) The progress and efforts being made in cooperation with unions, when applicable, to increase employment opportunities for minorities and women; and

(3) The progress and efforts being made in locating, hiring, training, qualifying, and upgrading minorities and women;

b. The contractors and subcontractors will submit an annual report to the contracting agency each July for the duration of the project, indicating the number of minority, women, and non-minority group employees currently engaged in each work classification required by the contract work. This information is to be reported on Form FHWA-1391. The staffing data should represent the project work force on board in all or any part of the last payroll period preceding the end of July. If on-the-job training is being required by special provision, the contractor

# EXHIBIT 3

will be required to collect and report training data. The employment data should reflect the work force on board during all or any part of the last payroll period preceding the end of July.

**III. NONSEGREGATED FACILITIES**

This provision is applicable to all Federal-aid construction contracts and to all related construction subcontracts of $10,000 or more.

The contractor must ensure that facilities provided for employees are provided in such a manner that segregation on the basis of race, color, religion, sex, or national origin cannot result. The contractor may neither require such segregated use by written or oral policies nor tolerate such use by employee custom. The contractor's obligation extends further to ensure that its employees are not assigned to perform their services at any location, under the contractor's control, where the facilities are segregated. The term "facilities" includes waiting rooms, work areas, restaurants and other eating areas, time clocks, restrooms, washrooms, locker rooms, and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing provided for employees. The contractor shall provide separate or single-user restrooms and necessary dressing or sleeping areas to assure privacy between sexes.

In Process

**IV. DAVIS-BACON AND RELATED ACT PROVISIONS**

This section is applicable to all Federal-aid construction projects exceeding $2,000 and to all related subcontracts and lower-tier subcontracts (regardless of subcontract size). The requirements apply to all projects located within the right-of-way of a roadway that is functionally classified as Federal-aid highway. This excludes roadways functionally classified as local roads or rural minor collectors, which are exempt. Contracting agencies may elect to apply these requirements to other projects.

The following provisions are from the U.S. Department of Labor regulations in 29 CFR 5.5 “Contract provisions and related matters” with minor revisions to conform to the FHWA-1273 format and FHWA program requirements.

**1. Minimum wages**

a. All laborers and mechanics employed or working upon the site of the work, will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics.

Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph 1.d. of this section; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in 29 CFR 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: Provided, That the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under paragraph 1.b. of this section) and the Davis-Bacon poster (WH–1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

b.(1) The contracting officer shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The contracting officer shall approve an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

(i) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

(ii) The classification is utilized in the area by the construction industry; and

(iii) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(2) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the contracting officer agree on the classification and wage rate (including the amount designated for fringe benefits where appropriate), a report of the action taken shall be sent by the contracting officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

(3) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the contracting officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the contracting officer shall refer the questions, including the views of all interested parties and the recommendation of the contracting officer, to the Wage and Hour Administrator for determination. The Wage and Hour Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the contracting officer or

EXHIBIT 3

will notify the contracting officer within the 30-day period that additional time is necessary.

(4) The wage rate (including fringe benefits where appropriate) determined pursuant to paragraphs 1.b.(2) or 1.b.(3) of this section, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

c. Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

d. If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, Provided, That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

## 2. Withholding

The contracting agency shall upon its own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the contractor under this contract, or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the contracting agency may, after written notice to the contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

## 3. Payrolls and basic records

a. Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-

Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

b.(1) The contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the contracting agency. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under 29 CFR 5.5(a)(3)(i), except that full social security numbers and home addresses shall not be included on weekly transmittals. Instead the payrolls shall only need to include an individually identifying number for each employee ( e.g. , the last four digits of the employee's social security number). The required weekly payroll information may be submitted in any form desired. Optional Form WH–347 is available for this purpose from the Wage and Hour Division Web site at http://www.dol.gov/esa/whd/forms/wh347instr.htm or its successor site. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors. Contractors and subcontractors shall maintain the full social security number and current address of each covered worker, and shall provide them upon request to the contracting agency for transmission to the State DOT, the FHWA or the Wage and Hour Division of the Department of Labor for purposes of an investigation or audit of compliance with prevailing wage requirements. It is not a violation of this section for a prime contractor to require a subcontractor to provide addresses and social security numbers to the prime contractor for its own records, without weekly submission to the contracting agency..

(2) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(i) That the payroll for the payroll period contains the information required to be provided under §5.5 (a)(3)(ii) of Regulations, 29 CFR part 5, the appropriate information is being maintained under §5.5 (a)(3)(i) of Regulations, 29 CFR part 5, and that such information is correct and complete;

(ii) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in Regulations, 29 CFR part 3;

(iii) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B858-B47AA422BA26

(3) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH–347 shall satisfy the requirement for submission of the "Statement of Compliance" required by paragraph 3.b.(2) of this section.

(4) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under section 1001 of title 18 and section 231 of title 31 of the United States Code.

c. The contractor or subcontractor shall make the records required under paragraph 3.a. of this section available for inspection, copying, or transcription by authorized representatives of the contracting agency, the State DOT, the FHWA, or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, the FHWA may, after written notice to the contractor, the contracting agency or the State DOT, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

**4. Apprentices and trainees**

a. Apprentices (programs of the USDOL).

Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bonafide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer and Labor Services, or with a State Apprenticeship Agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship Training, Employer and Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice.

The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed.

Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly

rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination.

In the event the Office of Apprenticeship Training, Employer and Labor Services, or a State Apprenticeship Agency recognized by the Office, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

b. Trainees (programs of the USDOL).

Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration.

The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration.

Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed.

In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

c. Equal employment opportunity. The utilization of apprentices, trainees and journeymen under this part shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR part 30.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B858-B474A4228A26

d.  Apprentices and Trainees (programs of the U.S.DOT).

Apprentices and trainees working under apprenticeship and skill training programs which have been certified by the Secretary of Transportation as promoting EEO in connection with Federal-aid highway construction programs are not subject to the requirements of paragraph 4 of this Section IV. The straight time hourly wage rates for apprentices and trainees under such programs will be established by the particular programs. The ratio of apprentices and trainees to journeymen shall not be greater than permitted by the terms of the particular program.

**5. Compliance with Copeland Act requirements.** The contractor shall comply with the requirements of 29 CFR part 3, which are incorporated by reference in this contract.

**6. Subcontracts.** The contractor or subcontractor shall insert Form FHWA-1273 in any subcontracts and also require the subcontractors to include Form FHWA-1273 in any lower tier subcontracts. The prime contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in 29 CFR 5.5.

**7. Contract termination: debarment.**  A breach of the contract clauses in 29 CFR 5.5 may be grounds for termination of the contract, and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

**8. Compliance with Davis-Bacon and Related Act requirements.** All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR parts 1, 3, and 5 are herein incorporated by reference in this contract.

**9. Disputes concerning labor standards.** Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

**10. Certification of eligibility.**

a. By entering into this contract, the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

b. No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

c. The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

## I.   CONTRACT WORK HOURS AND SAFETY STANDARDS ACT

The following clauses apply to any Federal-aid construction contract in an amount in excess of $100,000 and subject to the overtime provisions of the Contract Work Hours and Safety Standards Act. These clauses shall be inserted in addition to the clauses required by 29 CFR 5.5(a) or 29 CFR 4.6.  As used in this paragraph, the terms laborers and mechanics include watchmen and guards.

**1. Overtime requirements.** No contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics shall require or permit any such laborer or mechanic in any workweek in which he or she is employed on such work to work in excess of forty hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than one and one-half times the basic rate of pay for all hours worked in excess of forty hours in such workweek.

**2. Violation; liability for unpaid wages; liquidated damages.**  In the event of any violation of the clause set forth in paragraph (1.) of this section, the contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic, including watchmen and guards, employed in violation of the clause set forth in paragraph (1.) of this section, in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of forty hours without payment of the overtime wages required by the clause set forth in paragraph (1.) of this section.

**3. Withholding for unpaid wages and liquidated damages.** The FHWA or the contacting agency shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the contractor or subcontractor under any such contract or any other Federal contract with the same prime contractor, or any other federally-assisted contract subject to the Contract Work Hours and Safety Standards Act, which is held by the same prime contractor, such sums as may be determined to be necessary to satisfy any liabilities of such contractor or subcontractor for unpaid wages and liquidated damages as provided in the clause set forth in paragraph (2.) of this section.

**4. Subcontracts.** The contractor or subcontractor shall insert in any subcontracts the clauses set forth in paragraph (1.) through (4.) of this section and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the clauses set forth in paragraphs (1.) through (4.) of this section.

# EXHIBIT 3

## II.  SUBLETTING OR ASSIGNING THE CONTRACT

This provision is applicable to all Federal-aid construction contracts on the National Highway System.

1. The contractor shall perform with its own organization contract work amounting to not less than 30 percent (or a greater percentage if specified elsewhere in the contract) of the total original contract price, excluding any specialty items designated by the contracting agency. Specialty items may be performed by subcontract and the amount of any such specialty items performed may be deducted from the total original contract price before computing the amount of work required to be performed by the contractor's own organization (23 CFR 635.116).

   a.  The term "perform work with its own organization" refers to workers employed or leased by the prime contractor, and equipment owned or rented by the prime contractor, with or without operators. Such term does not include employees or equipment of a subcontractor or lower tier subcontractor, agents of the prime contractor, or any other assignees. The term may include payments for the costs of hiring leased employees from an employee leasing firm meeting all relevant Federal and State regulatory requirements. Leased employees may only be included in this term if the prime contractor meets all of the following conditions:

      (1) the prime contractor maintains control over the supervision of the day-to-day activities of the leased employees;
      (2) the prime contractor remains responsible for the quality of the work of the leased employees;
      (3) the prime contractor retains all power to accept or exclude individual employees from work on the project; and
      (4) the prime contractor remains ultimately responsible for the payment of predetermined minimum wages, the submission of payrolls, statements of compliance and all other Federal regulatory requirements.

   b.  "Specialty Items" shall be construed to be limited to work that requires highly specialized knowledge, abilities, or equipment not ordinarily available in the type of contracting organizations qualified and expected to bid or propose on the contract as a whole and in general are to be limited to minor components of the overall contract.

   2. The contract amount upon which the requirements set forth in paragraph (1) of Section VI is computed includes the cost of material and manufactured products which are to be purchased or produced by the contractor under the contract provisions.

3. The contractor shall furnish (a) a competent superintendent or supervisor who is employed by the firm, has full authority to direct performance of the work in accordance with the contract requirements, and is in charge of all construction operations (regardless of who performs the work) and (b) such other of its own organizational resources (supervision, management, and engineering services) as the contracting officer determines is necessary to assure the performance of the contract.

4. No portion of the contract shall be sublet, assigned or otherwise disposed of except with the written consent of the contracting officer, or authorized representative, and such consent when given shall not be construed to relieve the contractor of any responsibility for the fulfillment of the contract. Written consent will be given only after the contracting agency has assured that each subcontract is

evidenced in writing and that it contains all pertinent provisions and requirements of the prime contract.

5. The 30% self-performance requirement of paragraph (1) is not applicable to design-build contracts; however, contracting agencies may establish their own self-performance requirements.

## III.  SAFETY: ACCIDENT PREVENTION

T h i s  p r o v i s i o n is applicable to all Federal-aid construction contracts and to all related subcontracts.

1.  In the performance of this contract the contractor shall comply with all applicable Federal, State, and local laws governing safety, health, and sanitation (23 CFR 635). The contractor shall provide all safeguards, safety devices and protective equipment and take any other needed actions as it determines, or as the contracting officer may determine, to be reasonably necessary to protect the life and health of employees on the job and the safety of the public and to protect property in connection with the performance of the work covered by the contract.

2.  It is a condition of this contract, and shall be made a condition of each subcontract, which the contractor enters into pursuant to this contract, that the contractor and any subcontractor shall not permit any employee, in performance of the contract, to work in surroundings or under conditions which are unsanitary, hazardous or dangerous to his/her health or safety, as determined under construction safety and health standards (29 CFR 1926) promulgated by the Secretary of Labor, in accordance with Section 107 of the Contract Work Hours and Safety Standards Act (40 U.S.C. 3704).

3. Pursuant to 29 CFR 1926.3, it is a condition of this contract that the Secretary of Labor or authorized representative thereof, shall have right of entry to any site of contract performance to inspect or investigate the matter of compliance with the construction safety and health standards and to carry out the duties of the Secretary under Section 107 of the Contract Work Hours and Safety Standards Act (40 U.S.C. 3704).

## IV.  FALSE STATEMENTS CONCERNING HIGHWAY PROJECTS

T h i s  p r o v i s i o n is applicable to all Federal-aid construction contracts and to all related subcontracts.

   In order to assure high quality and durable construction in conformity with approved plans and specifications and a high degree of reliability on statements and representations made by engineers, contractors, suppliers, and workers on Federal-aid highway projects, it is essential that all persons concerned with the project perform their functions as carefully, thoroughly, and honestly as possible. Willful falsification, distortion, or misrepresentation with respect to any facts related to the project is a violation of Federal law. To prevent any misunderstanding regarding the seriousness of these and similar acts, Form FHWA-1022 shall be posted on each Federal-aid highway project (23 CFR 635) in one or more places where it is readily available to all persons concerned with the project:

18 U.S.C. 1020 reads as follows:



EXHIBIT 3

"Whoever, being an officer, agent, or employee of the United States, or of any State or Territory, or whoever, whether a person, association, firm, or corporation, knowingly makes any false statement, false representation, or false report as to the character, quality, quantity, or cost of the material used or to be used, or the quantity or quality of the work performed or to be performed, or the cost thereof in connection with the submission of plans, maps, specifications, contracts, or costs of construction on any highway or related project submitted for approval to the Secretary of Transportation; or

Whoever knowingly makes any false statement, false representation, false report or false claim with respect to the character, quality, quantity, or cost of any work performed or to be performed, or materials furnished or to be furnished, in connection with the construction of any highway or related project approved by the Secretary of Transportation; or

Whoever knowingly makes any false statement or false representation as to material fact in any statement, certificate, or report submitted pursuant to provisions of the Federal-aid Roads Act approved July 1, 1916, (39 Stat. 355), as amended and supplemented;

Shall be fined under this title or imprisoned not more than 5 years or both."

## V.  IMPLEMENTATION OF CLEAN AIR ACT AND FEDERAL WATER POLLUTION CONTROL ACT

This provision is applicable to all Federal-aid construction contracts and to all related subcontracts.

By submission of this bid/proposal or the execution of this contract, or subcontract, as appropriate, the bidder, proposer, Federal-aid construction contractor, or subcontractor, as appropriate, will be deemed to have stipulated as follows:

1. That any person who is or will be utilized in the performance of this contract is not prohibited from receiving an award due to a violation of Section 508 of the Clean Water Act or Section 306 of the Clean Air Act.
2. That the contractor agrees to include or cause to be included the requirements of paragraph (1) of this Section X in every subcontract, and further agrees to take such action as the contracting agency may direct as a means of enforcing such requirements.

## VI. CERTIFICATION REGARDING DEBARMENT, SUSPENSION, INELIGIBILITY AND VOLUNTARY EXCLUSION

This provision is applicable to all Federal-aid construction contracts, design-build contracts, subcontracts, lower-tier subcontracts, purchase orders, lease agreements, consultant contracts or any other covered transaction requiring FHWA approval or that is estimated to cost $25,000 or more – as defined in 2 CFR Parts 180 and 1200.

1. **Instructions for Certification – First Tier Participants:**

a. By signing and submitting this proposal, the prospective first tier participant is providing the certification set out below.

b. The inability of a person to provide the certification set out below will not necessarily result in denial of participation in this

covered transaction. The prospective first tier participant shall submit an explanation of why it cannot provide the certification set out below. The certification or explanation will be considered in connection with the department or agency's determination whether to enter into this transaction. However, failure of the prospective first tier participant to furnish a certification or an explanation shall disqualify such a person from participation in this transaction.

c. The certification in this clause is a material representation of fact upon which reliance was placed when the contracting agency determined to enter into this transaction. If it is later determined that the prospective participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the contracting agency may terminate this transaction for cause of default.

d. The prospective first tier participant shall provide immediate written notice to the contracting agency to whom this proposal is submitted if any time the prospective first tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

e. The terms "covered transaction," "debarred," "suspended," "ineligible," "participant," "person," "principal," and "voluntarily excluded," as used in this clause, are defined in 2 CFR Parts 180 and 1200. "First Tier Covered Transactions" refers to any covered transaction between a grantee or subgrantee of Federal funds and a participant (such as the prime or general contract). "Lower Tier Covered Transactions" refers to any covered transaction under a First Tier Covered Transaction (such as subcontracts). "First Tier Participant" refers to the participant who has entered into a covered transaction with a grantee or subgrantee of Federal funds (such as the prime or general contractor). "Lower Tier Participant" refers any participant who has entered into a covered transaction with a First Tier Participant or other Lower Tier Participants (such as subcontractors and suppliers).

f. The prospective first tier participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency entering into this transaction.

g. The prospective first tier participant further agrees by submitting this proposal that it will include the clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transactions," provided by the department or contracting agency, entering into this covered transaction, without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions exceeding the $25,000 threshold.

h. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant is responsible for ensuring that its principals are not suspended, debarred, or otherwise ineligible to participate in covered transactions. To verify the eligibility of its principals, as well as the eligibility of any lower tier prospective participants, each participant may, but is not required to, check the Excluded Parties List System website (https://www.epls.gov/), which is compiled by the General Services Administration.

# EXHIBIT 3

i.  Nothing contained in the foregoing shall be construed to require the establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of the prospective participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

j.  Except for transactions authorized under paragraph (f) of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause or default.

* * * * *

**2.  Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion – First Tier Participants:**

a.  The prospective first tier participant certifies to the best of its knowledge and belief, that it and its principals:

(1)  Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participating in covered transactions by any Federal department or agency;

(2)  Have not within a three-year period preceding this proposal been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(3)  Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State or local) with commission of any of the offenses enumerated in paragraph (a)(2) of this certification; and

(4)  Have not within a three-year period preceding this application/proposal had one or more public transactions (Federal, State or local) terminated for cause or default.

b.  Where the prospective participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

2.  **Instructions for Certification - Lower Tier Participants:**

(Applicable to all subcontracts, purchase orders and other lower tier transactions requiring prior FHWA approval or estimated to cost $25,000 or more - 2 CFR Parts 180 and 1200)

a.  By signing and submitting this proposal, the prospective lower tier is providing the certification set out below.

b.  The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department, or agency with which

this transaction originated may pursue available remedies, including suspension and/or debarment.

c.  The prospective lower tier participant shall provide immediate written notice to the person to which this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous by reason of changed circumstances.

d.  The terms "covered transaction," "debarred," "suspended," "ineligible," "participant," "person," "principal," and "voluntarily excluded," as used in this clause, are defined in 2 CFR Parts 180 and 1200. You may contact the person to which this proposal is submitted for assistance in obtaining a copy of those regulations. "First Tier Covered Transactions" refers to any covered transaction between a grantee or subgrantee of Federal funds and a participant (such as the prime or general contract). "Lower Tier Covered Transactions" refers to any covered transaction under a First Tier Covered Transaction (such as subcontracts). "First Tier Participant" refers to the participant who has entered into a covered transaction with a grantee or subgrantee of Federal funds (such as the prime or general contractor). "Lower Tier Participant" refers any participant who has entered into a covered transaction with a First Tier Participant or other Lower Tier Participants (such as subcontractors and suppliers).

e.  The prospective lower tier participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with which this transaction originated.

f.  The prospective lower tier participant further agrees by submitting this proposal that it will include this clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transaction," without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions exceeding the $25,000 threshold.

g.  A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant is responsible for ensuring that its principals are not suspended, debarred, or otherwise ineligible to participate in covered transactions. To verify the eligibility of its principals, as well as the eligibility of any lower tier prospective participants, each participant may, but is not required to, check the Excluded Parties List System website (https://www.epls.gov/), which is compiled by the General Services Administration.

h.  Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

i.  Except for transactions authorized under paragraph e of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the

**EXHIBIT 3**

department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

* * * * *

**Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion--Lower Tier Participants:**

1. The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participating in covered transactions by any Federal department or agency.

2. Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

* * * * *

**VII. CERTIFICATION REGARDING USE OF CONTRACT FUNDS FOR LOBBYING**

This provision is applicable to all Federal-aid construction contracts and to all related subcontracts which exceed $100,000 (49 CFR 20).

1. The prospective participant certifies, by signing and submitting this bid or proposal, to the best of his or her knowledge and belief, that:

a. No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

b. If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

2. This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by 31 U.S.C. 1352. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

3. The prospective participant also agrees by submitting its bid or proposal that the participant shall require that the language of this certification be included in all lower tier subcontracts, which exceed $100,000 and that all such recipients shall certify and disclose accordingly.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B858-B474A4228A26

**ATTACHMENT A - EMPLOYMENT AND MATERIALS PREFERENCE FOR APPALACHIAN DEVELOPMENT HIGHWAY SYSTEM OR APPALACHIAN LOCAL ACCESS ROAD CONTRACTS**
This provision is applicable to all Federal-aid projects funded under the Appalachian Regional Development Act of 1965.

1. During the performance of this contract, the contractor undertaking to do work which is, or reasonably may be, done as on-site work, shall give preference to qualified persons who regularly reside in the labor area as designated by the DOL wherein the contract work is situated, or the subregion, or the Appalachian counties of the State wherein the contract work is situated, except:

a. To the extent that qualified persons regularly residing in the area are not available.

b. For the reasonable needs of the contractor to employ supervisory or specially experienced personnel necessary to assure an efficient execution of the contract work.

c. For the obligation of the contractor to offer employment to present or former employees as the result of a lawful collective bargaining contract, provided that the number of nonresident persons employed under this subparagraph (1c) shall not exceed 20 percent of the total number of employees employed by the contractor on the contract work, except as provided in subparagraph (4) below.

2. The contractor shall place a job order with the State Employment Service indicating (a) the classifications of the laborers, mechanics and other employees required to perform the contract work, (b) the number of employees required in each classification, (c) the date on which the participant estimates such employees will be required, and (d) any other pertinent information required by the State Employment Service to complete the job order form. The job order may be placed with the State Employment Service in writing or by telephone. If during the course of the contract work, the information submitted by the contractor in the original job order is substantially modified, the participant shall promptly notify the State Employment Service.

3. The contractor shall give full consideration to all qualified job applicants referred to him by the State Employment Service. The contractor is not required to grant employment to any job applicants who, in his opinion, are not qualified to perform the classification of work required.

4. If, within one week following the placing of a job order by the contractor with the State Employment Service, the State Employment Service is unable to refer any qualified job applicants to the contractor, or less than the number requested, the State Employment Service will forward a certificate to the contractor indicating the unavailability of applicants. Such certificate shall be made a part of the contractor's permanent project records. Upon receipt of this certificate, the contractor may employ persons who do not normally reside in the labor area to fill positions covered by the certificate, notwithstanding the provisions of subparagraph (1c) above.

5. The provisions of 23 CFR 633.207(e) allow the contracting agency to provide a contractual preference for the use of mineral resource materials native to the Appalachian region.

6. The contractor shall include the provisions of Sections 1 through 4 of this Attachment A in every subcontract for work which is, or reasonably may be, done as on-site work.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

## GEORGIA DEPARTMENT OF TRANSPORTATION
## REQUIRED CONTRACT PROVISIONS FEDERAL-AIDCONSTRUCTION

**EFFECTIVE FEBRUARY 5, 2016**

The Cargo Preference Act (CPA) establishes certain requirements for the use of privately owned United States-flag commercial vessels in transporting equipment, materials, and commodities by ocean vessel. Contractors are required to comply with the CPA requirements and 46 CFR 381 and are required to insert the substance of these provisions into any subcontracts issued pursuant to this contract.

### Cargo Preference Act Requirements

All Federal-aid projects shall comply with 46 CFR 381.7 (a)–(b) as follows:

(a) *Agreement Clauses.* Use of United States-flag vessels:

(1) Pursuant to Pub. L. 664 (43 U.S.C. 1241(b)) at least 50 percent of any equipment, materials or commodities procured, contracted for or otherwise obtained with funds granted, guaranteed, loaned, or advanced by the U.S. Government under this agreement, and which may be transported by ocean vessel, shall be transported on privately owned United States-flag commercial vessels, if available.

(2) Within 20 days following the date of loading for shipments originating within the United States or within 30 working days following the date of loading for shipments originating outside the United States, a legible copy of a rated, 'on-board' commercial ocean bill-of-lading in English for each shipment of cargo described in paragraph (a)(1) of this section shall be furnished to both the Contracting Officer (through the prime contractor in the case of subcontractor bills-of-lading) and to the Division of National Cargo, Office of Market Development, Maritime Administration, Washington, DC 20590.

(b) *Contractor and Subcontractor Clauses.* Use of United States-flag vessels: The contractor agrees—

(1) To utilize privately owned United States-flag commercial vessels to ship at least 50 percent of the Gross tonnage (computed separately for dry bulk carriers, dry cargo liners, and tankers) involved, whenever shipping any equipment, material, or commodities pursuant to this contract, to the extent such vessels are available at fair and reasonable rates for United States-flag commercial vessels.

(2) To furnish within 20 days following the date of loading for shipments originating within the United States or within 30 working days following the date of loading for shipments originating outside the United States, a legible copy of a rated, 'on-board' commercial ocean bill-of-lading in English for each shipment of cargo described in paragraph (b) (1) of this section to both the Contracting Officer (through the prime contractor in the case of subcontractor bills-of-lading) and to the Division of National Cargo, Office of Market Development, Maritime Administration, Washington, DC 20590.

(3) To insert the substance of the provisions of this clause in all subcontracts issued pursuant to this contract.

The CPA requirements would be appropriate for oceanic shipments of materials or equipment that is

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

intended for use on a specific Federal-aid project, such as a precast concrete structural members, fabricated structural steel, tunnel boring machines, or large-capacity cranes.

The CPA requirements are not applicable for goods or materials that come into inventories independent of an FHWA funded-contract. For example, the requirements would not apply to shipments of Portland cement, asphalt cement, or aggregates, as industry suppliers and contractors use these materials to replenish existing inventories. In general, most of the materials used for highway construction originate from existing inventories and are not acquired solely for a specific Federal-aid project.

A test for whether CPA requirements apply or do not apply to shipped goods or materials would be if the goods or materials are what one would consider to be common inventory supplies for highway construction contractor, then CPA would **not apply**. If the materials or goods are considered to be supplies one would consider to be not common supplies of a highway construction contractor then CPA would **apply**.

In Process

**EXHIBIT 3**

First Use Date: April 16, 2021

# SPECIAL PROVISION

## Required Contract Provisions
## Federal-Aid ConstructionContracts

1. *Subsection I.4 Selection of Labor; Delete the last sentence in theparagraph.*

2. *Subsections IV Davis Bacon and Related Act Provisions; Delete the first paragraph in its entirety and substitute thefollowing:*

   "This section is applicable to all Federal-aid construction projects exceeding $2,000 and to all related subcontracts. The requirements apply to all projects located within the right-of-way of a roadway."

**EXHIBIT 3**

December 15, 2008

APPENDIX A
NOTICE TO CONTRACTORS
COMPLIANCE WITH TITLE VI OF THE CIVIL RIGHTS ACT OF 1964
FOR
FEDERAL-AID CONTRACTS

During the performance of this Contract, the Contractor, for itself, its assignees and successors in interest (hereinafter referred to as the "Contractor"), agrees as follows:

1.      Compliance with Regulations: The Contractor will comply with the Regulations of the Department of Transportation relative to nondiscrimination in Federally-assisted programs of the Department of Transportation (Title 49, Code of Federal Regulations, Part 21, hereinafter referred to as the "Regulations"), which are herein incorporated by reference and made a part of the Contract.

2.      Nondiscrimination: The Contractor, with regard to the work performed by it afterward and prior to completion of the contract work, will not discriminate on the ground of race, color, national origin, disability, sex, or age in the selection and retention of subcontracts including procurements of materials and leases of equipment. This will be done in accordance with Title VI of the Civil Rights Act of 1964 and other Non-Discrimination Authorities i.e., Section 504 of the 1973 Rehabilitation Act, the 1973 Federal-Aid Highway Act, the 1975 Age Discrimination Act, and the Americans with Disabilities Act of 1990. The Contractor will not participate either directly or indirectly in the discrimination prohibited by Section 21.5 of the Regulations, including employment practices when contract covers a program set forth in Appendix B of the Regulations. In addition, the Contractor will not participate either directly or indirectly in discrimination prohibited by 23 CFR 710.405 (b).

3.      Solicitations for subcontracts, including procurements of materials and equipment: In all solicitations, either by competitive bidding or negotiation made by the Contractor for work to be performed under a subcontract, including procurements of materials or equipment, each potential subcontractor or supplier shall be notified by the Contractor of the Contractor's obligations under this Contract and the Regulations relative to nondiscrimination on the ground of race, color, national origin, disability, sex or age.

A-1

42

**EXHIBIT 3**

4.      Information and Reports: The Contractor will provide all information and reports required by the Regulations, or orders and instructions issued pursuant thereto, and will permit access to its books, records, accounts, other sources of information, and its facilities as may be determined by the Department of Transportation or the Federal Highway Administration to be pertinent to ascertain compliance with such Regulations, orders and instructions. Where any information required of a Contractor is in the exclusive possession of another who fails or refuses to furnish this information, the Contractor shall so certify to the Department of Transportation, or the Federal Highway Administration as appropriate, and shall set forth what efforts it has made to obtain the information.

5.      Sanctions for Noncompliance: In the event of the Contractor's noncompliance with the nondiscrimination provisions of this Contract, the Department of Transportation shall impose such Contract sanctions as it or the Federal Highway Administration may determine to be appropriate, including, but not limited to:

(a)  withholding of payments to the Contractors under the Contract until the Contractor complies, and/or

(b)  Cancellation, termination or suspension of the Contract, in whole or in part.

6.      Incorporation of Provisions: The Contractor will include the provisions of paragraph (1) through (6) in every subcontract, including procurements of materials and leases of equipment, unless exempt by the Regulations, orders or instruction issued pursuant thereto. The Contractor will take such action with respect to any subcontract or procurement as the Department of Transportation or the Federal Highway Administration may direct as a means of enforcing such provisions including sanctions for noncompliance. Provided, however, that in the event a Contractor becomes involved in, or is threatened with, litigation with a subcontractor or supplier as result of such direction, the Contractor may request the State to enter into such litigation to protect the interests of the State, and, in addition, the Contractor may request the United States to enter into such litigation to protect the interest of the United States.

A-2

**EXHIBIT 3**

**DEPARTMENT OF TRANSPORTATION
STATE OF GEORGIA**

U. S. Department of Labor

"General Decision Number: GA20220247 02/25/2022

Superseded General Decision Number: GA20210247

State: Georgia

Construction Type: Highway

County: Fulton County in Georgia.

HIGHWAY CONSTRUCTION PROJECTS

Note: Contracts subject to the Davis-Bacon Act are generally
required to pay at least the applicable minimum wage rate
required under Executive Order 14026 or Executive Order 13658.
Please note that these Executive Orders apply to covered
contracts entered into by the federal government that are
subject to the Davis-Bacon Act itself, but do not apply to
contracts subject only to the Davis-Bacon Related Acts,
including those set forth at 29 CFR 5.1(a)(2)-(60).

**EXHIBIT 3**

| | |
|---|---|
| If the contract is entered into on or after January 30, 2022, or the contract is renewed or extended (e.g., an option is exercised) on or after January 30, 2022: | . Executive Order 14026 generally applies to the contract.<br>. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1, 2015 and January 29, 2022, and the contract is not renewed or extended on or after January 30, 2022: | . Executive Order 13658 generally applies to the contract.<br>. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination, if it is higher) for all hours spent performing on that contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. If this contract is covered by one of the Executive Orders and a classification considered necessary for performance of work on the contract does not appear on this wage determination, the contractor must still submit a conformance request.

Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.


Modification Number        Publication Date
        0                  01/07/2022
        1                  02/25/2022

*  SUGA2014-081 10/03/2016

**EXHIBIT 3**

|                                                                          | Rates       | Fringes |
|--------------------------------------------------------------------------|-------------|---------|
| CARPENTER, Includes Form Work....$ 15.74                                 |             | 0.00    |
| CEMENT MASON/CONCRETE FINISHER...$ 15.33                                 |             | 0.00    |
| FENCE ERECTOR....................$ 16.54                                 |             | 0.00    |
| HIGHWAY/PARKING LOT STRIPING:<br> Operator (Striping Machine).....$ 13.25 ** |         | 2.69    |
| INSTALLER - GUARDRAIL...........$ 14.95 **                               |             | 0.00    |
| INSTALLER - SIGN................$ 13.03 **                               |             | 0.00    |
| IRONWORKER, REINFORCING.........$ 14.64 **                               |             | 0.00    |
| IRONWORKER, STRUCTURAL..........$ 15.12                                  |             | 0.00    |
| LABORER:  Concrete Paving<br>Joint Sealer.....................$ 17.66    |             | 0.00    |
| LABORER:  Grade Checker.........$ 11.45 **                               |             | 0.00    |
| LABORER:  Mason Tender - Brick...$ 11.61 **                              |             | 0.00    |
| LABORER:  Mason Tender -<br>Cement/Concrete..................$ 12.32 **  |             | 0.00    |
| LABORER:  Pipelayer.............$ 12.34 **                               |             | 0.00    |
| LABORER: Asphalt (Includes<br>Distributor, Raker, Screed,<br>Shoveler, and Spreader)..........$ 13.87 ** | | 0.00 |
| LABORER: Common or General,<br>Includes Erosion Control........$ 11.21 ** |           | 0.00    |
| OPERATOR:<br>Backhoe/Excavator/Trackhoe.......$ 17.52                    |             | 2.70    |
| OPERATOR:  Bobcat/Skid<br>Steer/Skid Loader................$ 13.38 **    |             | 0.00    |

**EXHIBIT 3**

```
OPERATOR:   Broom/Sweeper.........$ 14.83 **          1.38

OPERATOR:   Bulldozer.............$ 15.68          1.25

OPERATOR:   Compactor.............$ 14.64 **          0.00

OPERATOR:   Concrete Saw..........$ 18.94          0.00

OPERATOR:   Crane.................$ 21.08          0.00

OPERATOR:   Distributor...........$ 16.69          1.01

OPERATOR:   Grader/Blade..........$ 18.48          0.00

OPERATOR:   Hydroseeder...........$ 15.20          0.00

OPERATOR:   Loader................$ 13.64 **          0.94

OPERATOR:   Mechanic..............$ 19.01          0.00

OPERATOR:   Milling Machine
Groundsman......................$ 13.43 **          1.24

OPERATOR:   Milling Machine.......$ 17.02          2.39

OPERATOR:   Paver  (Asphalt,
Aggregate, and Concrete)........$ 17.03          0.00

OPERATOR:   Piledriver............$ 16.70          0.00

OPERATOR:   Roller................$ 13.32 **          0.84

OPERATOR:   Scraper...............$ 12.64 **          0.00

OPERATOR:   Screed................$ 15.18          1.66

OPERATOR:   Shuttle Buggy.........$ 14.06 **          1.98

PAINTER:   Spray..................$ 23.30          0.00

TRAFFIC CONTROL:   Flagger.......$ 11.95 **          0.00

TRAFFIC CONTROL:
```

**EXHIBIT 3**

```
Laborer-Cones/
Barricades/Barrels -
Setter/Mover/Sweeper.............$ 12.66 **          0.00

TRAFFIC SIGNALIZATION:
Laborer.........................$ 14.00 **          1.08

TRAFFIC SIGNALIZATION:
Electrician.....................$ 24.72            5.26

TRUCK DRIVER:  Dump Truck........$ 16.41           0.00

TRUCK DRIVER:  Flatbed Truck.....$ 14.91 **        1.07

TRUCK DRIVER:  Hydroseeder
Truck...........................$ 16.74           0.00

TRUCK DRIVER:  Lowboy Truck......$ 18.98           0.00

TRUCK DRIVER:  Off the Road
Truck...........................$ 12.38 **         0.00

TRUCK DRIVER:  Pickup Truck......$ 13.29 **        0.00

TRUCK DRIVER:  Water Truck.......$ 13.23 **        0.00

TRUCK DRIVER: Semi/Trailer
Truck...........................$ 16.26           0.00
----------------------------------------------------------------
```

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.

================================================================

** Workers in this classification may be entitled to a higher
minimum wage under Executive Order 14026 ($15.00) or 13658
($11.25).  Please see the Note at the top of the wage
determination for more information.

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave
for Federal Contractors applies to all contracts subject to the
Davis-Bacon Act for which the contract is awarded (and any
solicitation was issued) on or after January 1, 2017.  If this

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B8F8-B474A4228A26

contract is covered by the EO, the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is a victim of, domestic violence, sexual assault, or stalking.  Additional information on contractor requirements and worker protections under the EO is available at https://www.dol.gov/agencies/whd/government-contracts.

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

**EXHIBIT 3**

**DEPARTMENT OF TRANSPORTATION
STATE OF GEORGIA**

**STANDARD FEDERAL EQUAL EMPLOYMENT OPPORTUNITY CONSTRUCTION
CONTRACT SPECIFICATIONS (EXECUTIVE ORDER 11246) (43 FR14895)**

1.   As used in these specifications:

   a.   "Covered area" means the geographical area described in the solicitation from which this contract resulted;

   b.   "Director" means Director, Office of Federal Contract Compliance Programs, United States Department of Labor, or any person to whom the Director delegated authority;

   c.   "Employer Identification Number" means the Federal Social Security number used on the Employer's Quarterly Federal Tax Return, U.S. Treasury Department Form 941.

   d.   "Minority" includes:

      (i)   Black (all persons having origins in any of the Black African racial groups not of Hispanic origin);

      (ii)   Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish Culture or origin, regardless of race);

      (iii)   Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands); and

      (iv)   American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

2.   Whenever the Contractor, or any Subcontractor at any tier, subcontracts a portion of the work involving any construction trade, it shall physically include in each subcontract in excess of $10,000 the provisions of these specifications and the Notice which contains the applicable goals for minority and female participation and which is set forth in the solicitations from which this contract resulted.

3.   If the Contractor is participating (pursuant to 41 CFR 60-4.5) in a Hometown Plan approved by the U.S. Department of Labor in the covered area either individually or through an association, its affirmative action obligations on all work in the Plan area (including goals and timetables) shall be in accordance with that Plan for those trades which have unions participating in the Plan. Contractors must be able to demonstrate their participation in and compliance with the provisions of any such Hometown Plan. Each Contractor or Subcontractor participating in an approved Plan is individually required to comply with its obligations under the EEO clause, and to make a good faith effort to achieve each goal under the Plan in each trade in which it has employees. The overall good faith performance by other Contractors or Subcontractors toward a goal in an approved Plan does not excuse any covered Contractor's or Subcontractor's failure to take good faith efforts to achieve the Plan goals and timetables.

4.   The Contractor shall implement the specific affirmative action standards provided in paragraphs 7a through p of these specifications. The goals set forth in the solicitation from which this contact resulted are expressed as percentages of the total hours of employment and training of minority and female utilization the Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. The Contractor is expected to make substantially uniform progress toward its goals in each craft during the period specified.

50

**EXHIBIT 3**

## DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

5.  Neither the provisions of any collective bargaining agreement, nor the failure by a union with whom the Contractor has a collective bargaining agreement, to refer either minorities or women shall excuse the Contractor's obligations under these specifications, Executive Order 11246, nor the regulations promulgated pursuant thereto.

6.  In order for the non-working training hours of apprentices and trainees to be counted in meeting the goals, such apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

7.  The Contractor shall take specific affirmative actions to ensure equal employment opportunity. The evaluation of the Contractor's compliance with these specifications shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully, and shall implement affirmative action steps at least as extensive as the following:

    a.  Ensure and maintain a working environment free of harassment, intimidation, and coercion at all sites, and in all facilities at which the Contractor's employees are assigned to work. The Contractor, where possible, will assign two or more women to each construction project. The Contractor shall specifically ensure that all foremen, superintendents, and other on-site supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at such sites or in such facilities.

    b.  Establish and maintain a current list of minority and female recruitment sources, provide written notification to minority and female recruitment sources and to community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organization's responses.

    c.  Maintain a current file of the names, addresses and telephone numbers of each minority and female off-the-street applicant and minority or female referral from a union, a recruitment source or community organization and of what action was taken with respect to each such individual. If such individual was sent to the union hiring hall for referral and was not referred back to the Contractor by the union or, if referred, not employed by the Contractor, this shall be documented in the file with the reason therefore, along with whatever additional actions the Contractor may have taken.

    d.  Provide immediate written notification to the Director when the union or unions with which the Contractor has a collective bargaining agreement has not referred to the Contractor a minority person or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

    e.  Develop on-the-job training opportunities and/or participate in training programs for the area which expressly include minority and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Contractor shall provide notice of these programs to the sources compiled under 7b above.

    f.  Disseminate the Contractor's EEO policy by providing the notice of the policy to unions and training programs and requesting their cooperation in assisting the Contractor in meeting its EEO obligations; by including it in any policy manual and collective bargaining agreement; by publicizing it in the company newspaper, annual report, etc.; by specific review of the policy with all management personnel and with all minority and female employees at least once a year, and by posting the company EEO policy on bulletin boards accessible to all employees at each location where construction work is performed.

# EXHIBIT 3

## DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

g.  Review, at least annually, the company's EEO policy and affirmative action obligations under these specifications with all employees having any responsibility for hiring, assignment, layoff, termination or other employment decisions including specific review of these items with onsite supervisory personnel such as Superintendents, General Foremen, etc. prior to the initiation of construction work at any job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

h.  Disseminate the Contractor's EEO policy externally by including it in any advertising in the news media, specifically including minority and female news media, and providing written notification to and discussing the Contractor's EEO policy with other Contractors and Subcontractors with whom the Contractor does or anticipates doing business.

i.  Direct its recruitment efforts, both oral and written, to minority, female and community organization, to schools with minority and female students and to minority and female recruitment and training organizations serving the Contractor's area and employment needs.  Not later than one month prior to the date for the acceptance of applications for apprenticeship or other training by any recruitment source, the Contractor shall send written notification to organizations such as the above, describing the openings, screening procedures, and test to be used in the selection process.

j.  Encourage present minority and female employees to recruit other minority persons and women and, where reasonable, provide after school, summer and vacation employment to minority and female youth both on the site and in other areas of a Contractor's workforce.

k.  Validate all tests and other selection requirements where there is an obligation to do so under 41 CFR Part 60-3.

l.  Conduct, at least annually, an inventory and evaluation of all minority and female personnel for promotional opportunities and encourage these employees to seek or to prepare for, through appropriate training, etc. such opportunities.

m.  Ensure that seniority practices, job classifications, work assignments and other personnel practices, do not have a discriminatory effect by continually monitoring all personnel and employment related activities to ensue that the EEO policy and the Contractor's obligations under these specifications are being carried out.

n.  Ensure that all facilities and company activities are non-segregated except that separate or single-user toilet and necessary changing facilities shall be provided to assure privacy between the sexes.

o.  Document and maintain a record of all solicitations of offers for subcontracts from minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

p.  Conduct a review, at least annually of all supervisors' adherence to and performance under the Contractor's EEO policies and affirmative action obligations.

8.  Contractors are encouraged to participate in voluntary associations which assist in fulfilling one or more of their affirmative action obligations (7a through p). The efforts of a contractor association, joint contractor-union, contactor-community, or other similar group of which the contractor is a member and participant, may be asserted as fulfilling any one or more of its obligations under 7a through p of these Specifications provided that the contractor actively participates in the group, makes every effort to assure that the group has a positive impact on the employment of minorities and women in the industry, ensures that the concrete

## EXHIBIT 3

## DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

benefits of the program are reflected in the Contractor's minority and female workforce participation, makes a good faith effort to met its individual goals and timetables, and can provide access to documentation which demonstrates the effectiveness of actions taken on behalf of the Contractor. The obligation to comply, however, is the Contractor's and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

9.   A single goal for minorities and a separate single goal for women have been established. The Contractor, however, is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and non-minority. Consequently, the Contractor may be in violation of the Executive Oder if a particular group is employed in a substantially disparate manner (for example, even though the Contractor has achieved its goals for women generally, the Contractor may be in violation of the Executive Order if a specific minority group of women is underutilized).

10.  The Contractor shall not use the goals and timetables or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

11.  The Contractor shall not enter into any subcontract with any person or firm debarred from Government contracts pursuant to Executive Order 11246.

12.  The Contractor shall carry out such sanctions and penalties for violation of these specifications and of the Equal Opportunity Clause, including suspension, termination and cancellation of existing subcontracts as may be imposed or ordered pursuant to Executive Order 11246, as amended, and its implementing regulations, by the Office of Federal Contract Programs. Any contractor who fails to carry out such sanctions and penalties shall be in violation of these specifications and Executive Order 11246, as amended.

13.  The Contractor, in fulfilling its obligations under these specifications, shall implement specific affirmative action steps, at least as extensive as those standards prescribed in paragraph 7 of these specifications, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of the Executive Order, the implementing regulations, or these specifications, the Director shall proceed in accordance with 41 CFR 60-4.8.

14.  The Contractor shall designate a responsible official to monitor all employment related activity to ensure that the company EEO policy is being carried out, to submit reports relating to the provisions hereof as may be required by the Government and to keep records. Records shall at least include for each employee the name, address, telephone numbers, construction trade, union affiliation if any, employee identification number when assigned, social security number, race, sex, status (e.g., mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, contractors shall not be required to maintain separate records.

15.  Nothing herein provided shall be construed as a limitation upon the application of other laws which establish different standards of compliance or upon the application of requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

# EXHIBIT 3

2/26/09

**FEDERAL REGISTER / VOL. 45, NO. 194 / FRIDAY, OCTOBER 3, 1980 / NOTICES**

NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE
EQUAL EMPLOYMENT OPPORTUNITY (EXECUTIVE ORDER 11246) (43 FR
14895)

1.  The Offeror's or Bidder's attention is called to the "Equal Opportunity Clause"
    and the "Standard Federal Equal Employment Opportunity Construction
    Contract Specifications" set forth herein.

2.  The goals and timetables for minority and female participation expressed in
    percentage terms for the Contractor's aggregate workforce in each trade on
    all construction work in the covered areas, are as follows:

GOALS FOR FEMALE

PARTICIPATION

APPENDIX A
(43 FR 19473)

The following goals and timetables for female utilization shall be included in all Federal and
federally assisted construction contracts and subcontracts in excess of $10,000. The goals are
applicable to the contractor's aggregate on-site construction workforce whether or not part of that
workforce is performing work on a Federal of federally-assisted construction contract or
subcontract.  Area covered:  Goals for Women apply nationwide.

Goals and timetables

| Timetable | | Goals (percent) |
|---|---|---|
| 4-1-78 | to 3-31-79 | 3.1 |
| 4-1-79 | to 3-31-80 | 5.0 |
| 4-1-80 | Until Further Notice | 6.9 |

GOALS FOR
MINORITY
PARTICIPATION

Appendix B-80

Until further notice, the following goals for minority utilization in each construction craft and
trade shall be included in all Federal or federally assisted construction contracts and
subcontracts in excess of $10,000 to be performed n the respective geographical areas. The
goals are applicable to each nonexempt contractor's total onsite construction workforce,
regardless of whether or not part of that workforce is performing wok on a Federal, federally
assisted or non- federally related project, contact or subcontract.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B858-B474A4228A26

**FEDERAL REGISTER / VOL. 45, NO. 194 / FRIDAY, OCTOBER 3, 1980 /NOTICES**

Construction contractors which are participating in an approved Hometown Plan (see 41 CFR 60-4-5) are required to comply with the goals of the Hometown Plan with regard to construction work they perform in the areas covered by the Hometown Plan. With regard to all their other covered construction work, such contractors are required to comply with the applicable SMSA or EA goal contained in this appendix B-80.

FEDERAL REGISTER / VOL. 45, NO. 194 / FRIDAY, OCTOBER 3, 1980 / NOTICES

| State | Goal (percent) |
|---|---|
| Georgia: | |
| 035 Augusta, GA: | |
| SMSA Counties: | |
| 0600 Augusta, GA-SC | 27.2 |
| GA Columbia; GA  Richmond, SC  Aiken; | |
| | |
| Non-SMSA Counties | 32.-8 |
| GA Burke; GA Emanuel; GA Glascock; GA Jefferson; GA Jenkins; GA Lincoln; GA McDuffie, GATalleferro; GA Warren; GA Wilkes; SC Allendale; SC Bamburg; SC Barnwell; SC Edgefield; SCMcCormick; | |
| | |
| 36  Atlanta, GA: | |
| SMSA Counties: | |
| 0520 Atlanta, GA | 21.2 |
| GA Butts; GA Cherokee; GA Clayton; GA Cobb; GA DeKalb; GA Douglas; GA Fayette, GA Forsyth; GA Fulton; GA Gwinnett; GA Henry;GA Newton; GA Paulding; GA Rockdale; GAWalton | |
| | |
| Non-SMSA Counties | 19.5 |
| GA Banks; GA Barrow; GA Bartow; GA Carroll; GA Clarke; GA Coweta; GA Dawson; GA Elbert; GAFannin; GA Floyd; GA Franklin; GA Gilmer; GAGordon; GA Greene; GA Habersham; GA Hall; GA Haralson; GA Hart; GA Heard; GA Jackson; GA Jasper; GA Lamar; GA Lampkin; GA Madison; GA Morgan; GA Oconee, GA Oglethorpe; GA Pickins, GA Pike; GA Polk; GA Rabun;GA Spalding; GA Stephens; GA Towns; GA; Union; GA Upson White | |
| | |
| 37  Columbus, GA: | |
| SMSA Counties: | |
| 1800 Columbus, GA – AL | 29.6 |
| Al Russell; GA Chattahoochee; GA Columbus | |

**EXHIBIT 3**

FEDERAL REGISTER / VOL. 45, NO. 194 / FRIDAY, OCTOBER 3, 1980 / NOTICES

Non-SMSA Counties.................................................................................................31.6
      Al Chambers; AJ Lee; GA Harris; GA Marion;GA
      Meriwether; GA Quitman; GA Schley; GA
      Stewart; GA Sumter; GA Talbot: GATroup;
      GA Webster

38  Macon, GA:
  SMSA Counties:
    4680 Macon, GA...........................................................................................27.5
  GA Bibb; GA Houston; GA Jones; GATwiggs
  Non-SMSA Counties.................................................................................31.7
      GA Baldwin; GA Bleckley; Crawford; GA Crisp;
      GA Dodge; GA Dooly; GA Hancock; GAJohnson;
      GA Laurens; GA Macon; GA Monroe; GA Peach;
      GA Pulaski; GA Putman; GA Taylor; GA Telfair;
      GA Treutlan; GA Washington; GAWheeler;
      GA Wilcox; GA Wilkinson

39  Savannah, GA:
  SMSA Counties:
    7520 Savannah, GA.......................................................................................30.6
  GA Bryan; GA Chatham; GA Effingham

Non-SMSA Counties.................................................................................29.8
      GA Appling; GA Atkinson;
      GA Bacon, GA Bulloch; GA Candler; GA
      Coffee; GA Evans; GA Jeff Davis; GA Liberty;
      GA Long; GA McIntosh; GA Montgomery; GA
      Screven; GA Tattnall; GA Toombs; GAWayne;
      SC Beaufort; SC Hampton; SCJasper

40  Albany, GA:
  SMSA Counties:
    0120 Albany, GA...........................................................................................32.1
  GA Dougherty; GA Lee

Non-SMSA Counties.................................................................................31.1
      GA Baker; GA Ben Hill; GA Berrien; GA
      Brooks; GA Calhoun; GA Clay; GA Clinch;
      GA Colquitt; GA Cook; GA Decatur; GA
      Early; GA Echols; GA Grady; GA Irwin; GA
      Lanier; GA Lowndes; GA Miller; GA Mitchell;
      GA Randolph; GA Seminole; GA Terrell; GA
      Thomas; GA Tift; GA Turner; GAWorth

Florida:
41  Jacksonville FL:
  Non-SMSA Counties.................................................................................22.2
      GA Brantley; GA Camden; GA Charlton; GA Glynn; GA Pierce; GAWare

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B858-B474A4228A26

Revised: July 09, 2018

## DEPARTMENT OF TRANSPORTATION

## STATE OF GEORGIA

## DISADVANTAGED BUSINESS ENTERPRISE PROGRAM

## CRITERIA FOR ACCEPTABILITY

The purpose of this special provision is to establish criteria for acceptability of DBE firms for work performed on this contract.  The intent is to ensure all participation counted toward fulfillment of the DBE goals is (1) real and substantial, (2) actually performed by viable, independent DBE owned firms, and (3) in accordance with the spirit of the applicable laws and regulations.

The policy of the Georgia Department of Transportation is to ensure compliance with Title VI of the Civil Rights Act of 1964, 49 Code of Federal Regulations, Part 26 and related statutes and regulations in all program activities.

To this end the Georgia Department of Transportation shall not discriminate on the basis of race, color, sex or national origin in the award, administration and performance of any Georgia Department of Transportation assisted contract or in the administration of its Disadvantaged Business Enterprise Program.   The Georgia Department of Transportation shall take all necessary and reasonable steps to ensure nondiscrimination.

The DBE Goal specified in the contract will be a percentage representing the DBE Race Conscious Participation. The Contractor will strive to achieve an additional percentage in his/her contracts for all projects during the course of the current State Fiscal Year, in order to meet the overall Georgia Department of Transportation DBE goal.

The DBE program applies to all Federal Aid projects regardless if a DBE Goal is established in the Contract or not. If no percentage goal is set forth in the proposal, the contractor may enter a proposed DBE participation.  This voluntary DBE participation will count as race neutral DBE participation. Prime Contractor shall report race-neutral participation in accordance with the DBE Monthly Report requirements shown in this document.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

Project DBE payments and commitments may not be transferred to or combined with another contract.

**DEFINITIONS:**  For the purposes of this provision, the following definitions will apply:

<u>Disadvantaged Business Enterprises</u> (DBE) are firms Certified by the Georgia Unified Certification program that are for-profit small business concerns:

      1)  Which is at least 51 percent owned by one or more individuals who are both socially and economically disadvantaged or, in the case of a corporation, in which 51 percent of the stock is owned by one or more such individuals; and

      2)  Whose management and daily business operations are controlled by one or more of the socially and economically disadvantaged individuals who own the business.

<u>Good Faith Efforts</u> means efforts to achieve a DBE goal or other requirement of this part which, by their scope, intensity, and appropriateness to the objective, can reasonably be expected to fulfill the program requirement.

<u>Joint Venture</u> means an association of a DBE firm and one or more other firms to carry out a single, for-profit business enterprise, for which the parties combine their property, capital, efforts, skills and knowledge, and in which the DBE is responsible for a distinct, clearly defined portion of the work of the contract and whose share in the capital contribution, control, management, risks, and profits of the joint venture are commensurate with its ownership interest.

<u>Socially and Economically Disadvantaged Individual</u> means any individual who is a citizen (or lawfully admitted permanent resident) of the United States and who is –

    (1)  Any individual who the Department finds to be a socially and economically disadvantaged individual on a case-by-case basis.

    (2)  Any individual in the following groups, members of which are reputably presumed to be socially and economically disadvantaged.

        (i)  "Black Americans," which includes persons having origins, in any of the Black racial groups of Africa;

        (ii)  "Hispanic Americans," which includes persons of Mexican, Puerto Rican, Cuban, Dominican, Central or South American, or other Spanish or Portuguese culture or origin, regardless of race;

        (iii)  "Native Americans," which includes persons who are American Indians, Eskimos, Aleuts, or Native Hawaiians;

**EXHIBIT 3**

    (iv)  "Asian-Pacific Americans," which includes persons whose origins are from Japan, China, Taiwan, Korea, Burma (Myanmar), Vietnam, Laos, Cambodia (Kampuchea), Thailand, Malaysia, Indonesia, the Philippines, Brunei, Samoa, Guam, the U.S. Trust Territories of the Pacific Islands (Republic of Palau), the Commonwealth of the Northern Marianas Islands, Macao, Fiji, Tonga, Kiribati, Juvalu, Nauru, Federated States of Micronesia, or Hong Kong;

    (v) "Subcontinent Asian Americans," which includes persons whose origins are from India, Pakistan, Bangladesh, Bhutan, the Maldives Islands, Nepal or Sri Lanka;

    (vi)  Women;

    (vii)  Any additional groups whose members are designated as socially and economically disadvantaged by the SBA, at such time as the SBA designation becomes effective.

  (3)  GDOT will presume that such persons are socially and economically disadvantaged only to the extent permitted by applicable federal law.

<u>Race-conscious measure</u> is one focused specifically on assisting only DBEs, including women-owned DBEs.

<u>Race-neutral measure</u> is one being, or can be, used to assist all small businesses.  For the purposes of this part, race-neutral includes gender-neutrality.

<u>Joint Check</u> is a two-party check written by a prime contractor, to a DBE firm and a regular dealer of material/supplies or another third party for items or services incorporated into a project. The prime contractor issues the check as payer to the DBE and the supplier jointly (to guarantee payment to the supplier) in payment for the material/supplies used by the DBE.

**DBE DIRECTORY:**  A DBE directory or source list is available to facilitate identifying DBEs with capabilities relevant to general contracting requirements and to particular solicitations.  The Department has made the directory electronically available to all bidders and proposers in their efforts to meet the DBE requirements. The directory or listing includes firms which the Department has certified to be eligible DBEs in accordance with 49 CFR Part 26.

**GOAL FOR PARTICIPATION:**  If a percentage goal for DBE participation in this contract is set forth elsewhere in this proposal, the Contractor shall complete the DBE GOALS – Commitment List form included in the proposal.

**EXHIBIT 3**

The Contractor is encouraged to make every effort to achieve the goal set by the Department. However, if the Contractor cannot find sufficient DBE participants to meet the goal established by the Department, the Department may consider for award a proposal with less participation than the established goal in accordance with GDOT Standard Specification 102.07.H Failure to List Disadvantaged Business Enterprise (DBE) Participants, 49 Code of Federal Regulations 26.53 Good Faith Effort Procedures, and 49 CFR Appendix A to Part 26—Guidance Concerning Good Faith Efforts.

To be eligible for award of this contract, all bidders are required to submit the following information, as well as Good Faith Effort supporting documentation when applicable, to the Department by the close of business on the 3rd working day following opening of the bid as a matter of bidder responsibility

      i.     The names and addresses of DBE firms committed to participate in the Contract;

      ii.    A description of the work each DBE will perform; The Contractor shall provide information with their bid showing that each DBE listed by the Contractor is certified in the NAICS code(s) for the kind of work the DBE will be performing.

     iii.   The dollar amount of participation for each DBE firm participating; Written documentation of the bidder's commitment to use a DBE subcontractor whose participation it submits to meet a contract goal;

     iv.   Written confirmation from the DBE committed to participating in the contract, as provided in the prime contractor's commitment.

     v.    If the contract goal is not met, evidence of good faith efforts must be provided.

Failure by a bidder to furnish the above information may subject the bid to disqualification. Also failure by the bidder to submit satisfactory evidence of good faith efforts may subject the bid to disqualification.

Award of a contract by the Department to a Prime Contractor who has listed DBE participants with the bid does not constitute final approval by the Department of the listed DBE. The Department reserves the right to approve or disapprove a Disadvantaged firm after a review of the Disadvantaged firm's proposal participation. Payment to the Contractor under the contract may be withheld until

**EXHIBIT 3**

final approval of the listed DBEs is granted by the Department.

If the Contractor desires to substitute a DBE in lieu of those listed in the proposal, a letter of concurrence shall be required from the listed DBE prior to approval of the substitution, unless this requirement is waived by the Department.

Agreements between bidder and a DBE promising not to provide Subcontracting quotations to other bidders are prohibited.

**SUBLETTING DISCRIMINATION PROHIBITED:**   No person shall be excluded from participation in, denied the benefits of, or otherwise discriminated against in connection with the award and performance of this contract on the grounds of race, color, sex or national origin.

The following assurance becomes a part of this contract and must be included in and made a part of each subcontract the prime contractor enters into with their subcontractors (49 CFR 26.13):

> "The contractor, and/or subcontractor shall not discriminate on the basis of race, color, national origin, or sex in the performance of this contract. The contractor shall carry out applicable requirements of 49 CFR Part 26 in the award and administration of DOT – assisted contracts. Failure by the contractor to carry out these requirements is (breach) of this contract which may result in the termination of this contract or such other remedy as the Department deems appropriate".

**FAILURE TO ACHIEVE REQUIREMENTS:**   Periodic reviews shall be made by the Department to determine the extent of compliance with the requirements set forth in this provision. If the Contractor is found to be in noncompliance, further payments for any work performed may be withheld until corrective action is taken.  If corrective action is not taken, it may result in termination of this contract. During the life of the contract, the contractor will be expected to demonstrate good faith efforts at goal attainment as provided by 49 CFR 26.

The contractor shall utilize the specific DBEs listed to perform the work and supply the materials for which each is listed unless the contractor obtains the Department's written consent to substitute and, unless the Department's consent is provided the contractor shall not be entitled to any payment for work or material unless it is performed or supplied by the listed DBE, in accordance with 49 CFR 26.53.

Participation will be counted toward fulfillment of the DBE goal as follows:

      (A)      When a DBE participates in a contract, the Contractor counts only the value of

**EXHIBIT 3**

the work actually performed by the DBE toward DBE goals.

(1) Count the entire amount of the portion of a construction contract (or other contract not covered by paragraph (A) (2) of this section) performed by the DBE's own forces. Include the cost of supplies and materials obtained by the DBE for the work of the contract, including supplies purchased or equipment leased by the DBE (except supplies and equipment the DBE subcontractor purchases or leases from the prime contractor or its affiliate).

(2) Count the entire amount of fees or commissions charged by a DBE firm for providing a bona fide service, such as professional, technical consultant, or managerial services, or for providing bonds or insurance specifically required for the performance of a DOT-assisted contract, toward DBE goals, provided the Department determines the fee is reasonable and not excessive as compared with fees customarily allowed for similar services.

(3) When a DBE subcontracts part of the work of its contract to another firm, the value of the subcontracted work may be counted toward DBE goals only if the DBE's subcontractor is itself a <u>DBE</u>. Work that a DBE subcontracts to a non-DBE firm <u>does not</u> count toward DBE goals.

(B) **Joint Venture:** When a DBE performs as a participant in a joint venture, count a portion of the total dollar value of the contract equal to the distinct, clearly defined portion of the work of the contract the <u>DBE</u> performs with own forces toward DBE goals.

(C) **Commercially Useful Function**: Count expenditures to a DBE contractor toward DBE goals only if the DBE is performing a commercially useful function (CUF) on that contract.

(1) A DBE performs a commercially useful function when responsible for execution of the work of the contract and carrying out responsibilities by actually performing, managing, and supervising the work involved. To perform a commercially useful function, the DBE must also be responsible, with respect to materials and supplies used on the contract, for negotiating price, determining quality and quantity, ordering the material, and installing (where applicable) and paying for the material itself.

# EXHIBIT 3

    **a. Joint Check Agreement:** <u>All two-party checks</u> written by a prime contractor, to a DBE firm and a third party must be approved by the Department prior to claiming DBE credit. After-the-fact requests may not be permitted toward the Goal.

(2) A DBE does not perform a commercially useful function if their role is limited to being an extra participant in a transaction, contract, or project through which funds are passed in order to obtain the appearance of DBE participation.

(3) If a DBE does not perform or exercise responsibility for at least 30 percent of the total cost of their contract with their own work force, or the DBE subcontracts a greater portion of the work of a contract than would be expected on the basis of normal industry practice for the type of work involved, the Department will presume the DBE is not performing a commercially useful function.

(4) When a DBE is presumed not to be performing a commercially useful function as provided in paragraph (C) (3) of this section, the DBE may present evidence to rebut this presumption.

(5) The Department's decisions on commercially useful function matters are subject to review by the US DOT, but are not administratively appealable to the US DOT.

(D)   **Trucking:** The following factors are to be used in determining whether a DBE trucking company is performing a commercially useful function:

  (1) The DBE must be responsible for the management and supervision of the entire trucking operation for which they are responsible on a particular contract, and there cannot be a contrived arrangement for the purpose of meeting DBE goals.

(2) The DBE must itself own and operate at least one fully licensed, insured, and operational truck used on the contract.

(3) The DBE receives credit for the total value of the transportation services it provides on the contract using trucks it owns, insures, and operates using drivers it employs.

(4) The DBE may lease trucks from another DBE firm, including an owner / operator who are certified as a DBE. The DBE who leases trucks from another DBE receives credit for the total value of the transportation services the lessee DBE provided on the contract.

(5) The DBE may also lease trucks from a non-DBE and is entitled to credit only for the fee or commission it receives as a result of the lease arrangement. The

**EXHIBIT 3**

DBE does not receive credit for the total value of the transportation services provided by the lessee, since these services are not provided by a DBE.

(6)  The DBE may lease trucks without drivers from a non-DBE bona-fide truck leasing agency. If the DBE leases trucks from a non-DBE truck leasing agency and uses its own employees as drivers, it is entitled to credit for the total value of these hauling services.

(7)  For purposes of this paragraph (D), a lease must indicate the DBE has exclusive use of and control over the truck.  This does not preclude the leased truck from working for others during the term of the lease with the consent of the DBE, so long as the lease gives the DBE absolute priority for use of the leased truck.   Leased trucks must display a "leased to" sign with the name and identification number of the DBE.

(E)  Count expenditures with DBEs for materials or supplies toward DBE goals as provided in the following:

(1)  (i)  If the materials or supplies are obtained from a DBE manufacturer, count 100 percent of the cost of the materials or supplies toward DBE goals.

(ii)  For purposes of this paragraph, a manufacturer is a firm that operates or maintains a factory or establishment that produces, on the premises, the materials, supplies, articles, or equipment required  under  the  contract  and of the  general  character described by the specifications.

(2) (i) If the materials or supplies are obtained from a DBE regular dealer, count 60 percent of the cost of the materials or supplies toward DBE goals. (ii) For purposes of this section, a regular dealer is a firm owning, operating, or maintaining a store, warehouse, or other establishment in which the materials, supplies, articles or equipment of the general character described by the specifications and required under the contract are bought, kept in stock, and regularly sold or leased to the public in the usual course of business.

(A)  To be a regular dealer, the firm must be an established, regular business engaging, as its principal business and under its own name, in the purchase and sale or lease of the products in question.

(B)  A person may be a regular dealer in such bulk items as petroleum products, steel, cement, gravel, stone, or asphalt without owning, operating, or maintaining a place of business as provided in this

# EXHIBIT 3

paragraph **(E)(2)(ii)** if the person both owns and operates distribution equipment for the products.   Any supplementing of regular dealers' own distribution equipment shall be by a long-term lease agreement and not on an ad hoc or contract-by-contract basis.

(C)   Packagers, brokers, manufacturers' representatives, or other persons who arrange or expedite transactions are not regular dealers within the meaning of this paragraph **(E)(2).**

(3)  With respect to materials or supplies purchased from a DBE which is neither a manufacturer nor a regular dealer, count the entire amount of fees or commissions charged for assistance in the procurement of the materials and supplies, or fees or transportation charges for the delivery of materials or supplies required on a job site, toward DBE goals, provided you determine the fees to be reasonable and not excessive as compared with fees customarily allowed for similar services.  Do not count any portion of the cost of the materials and supplies themselves toward DBE goals, however.

(4)  You must determine the amount of credit awarded to a firm for the provision of materials and supplies (e.g., whether a firm is acting as a regular dealer or a transaction expediter) on a contract-by-contract basis. Do not count the participation of a DBE subcontractor toward the prime contractor's DBE achievements until the amount being counted toward the goal has been paid to the DBE.

(5)   No participation will be counted  not in compliance with Special Provision entitled "Criteria for Acceptability" which is a part of this contract or with any provisions included in 49 CFR Part 26.

# EXHIBIT 3

(6)  If the contract amount overruns, the contractor will not be required to increase the dollar amount of DBE participation.  Likewise, if the contract amount under runs, the contractor will not be allowed to under run the dollar amount of DBE participation except when the DBE subcontracted items themselves under run. Contractor must demonstrate Good Faith Effort in meeting the goal during commission of the contract.

**REPORTS**

A.  The contractor shall submit a "DBE Participation Report" on this contract monthly which shall include the following:

1.  The name of each DBE participating in the contract.

2.  A description of the work to be performed, materials, supplies, and services provided by each DBE.

3.  Whether each DBE is a supplier, subcontractor, owner/operator, or other.

4.  The dollar value of each DBE subcontract or supply agreement.

5.  The previous, current, and total-to-date payments to each DBE participating in the contract, minus any credits not allowed.

6.  Must include Contractor's signature with the following statement: "I HEREBY CERTIFY THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. SUPPORTING DOCUMENTATION IS ON FILE AND IS AVAILABLE FOR INSPECTION BY DEPARTMENT                                    PERSONNEL AT ANY TIME. ALL PARTICIPATION COUNTED TOWARD FULFILLMENT OF THE DBE GOAL IS (1) REAL AND SUBSTANTIAL; (2) ACTUALLY PERFORMED BY VIABLE, INDEPENDENT DBE OWNED FIRMS; AND (3) IN ACCORDANCE WITH THE SPIRIT OF APPLICABLE LAWS AND REGULATIONS".

7.  The report shall be updated by the Prime Contractor whenever the approved DBE has performed a portion of the work that has been designated for the contract. Copies of this report should be transmitted promptly to the Engineer.  Failure to submit the report within 30 <u>calendar days following</u> <u>the end of the month</u> may cause payment to the contractor to be withheld.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

8.  The Prime Contractor shall notify the Project Engineer at least 24 hours prior to the time the DBE commences working on the project.  The DBE must furnish supervision of the DBE portion of the work, and the person responsible for this supervision must report to the Project Engineer when they begin work on the project.  They must also inform the Project Engineer when their forces will be doing work on the project.

B.  In order to comply with 49 CFR 26.11, the Prime Contractor shall submit documentation regarding all payments made from the Prime to all DBE subcontractors on federal aid projects in the form of copies of cancelled checks or bank electronic fund transfer (EFT) receipts which validate said payments made on the DBE Monthly Participation Reports.  This information shall be required monthly and submitted with the DBE Monthly Participation Report.

C.  Failure to respond within the time allowed in the request will be grounds for withholding all payments on all Contracts.

**SUBSTITUTION OF DBEs:**  The Contractor shall make reasonable efforts to replace a DBE Subcontractor unable to perform work for any reason with another DBE.  The Department shall approve all substitutions of Subcontractors in order to ensure the substitute firms are eligible DBEs.

When a DBE subcontractor is terminated, or fails to complete its work on the contract for any reason, the prime contractor must make good faith efforts to find another DBE subcontractor to substitute for the original DBE. These good faith efforts shall be directed at finding another DBE to perform at least the same amount of work under the contract as the DBE that was terminated, to the extent needed to meet the contract goal. The good faith efforts shall be documented by the contractor. If the recipient requests documentation under this provision, the contractor shall submit the documentation within 7 days, which may be extended for an additional 7 days if necessary at
the request of the contractor, and the recipient shall provide a written determination to the contractor stating whether or not good faith efforts have been demonstrated.

**CERTIFICATION OF DBEs:**  To ensure the DBE Program benefits only firms owned and controlled by Disadvantaged Individuals, the Department shall certify the eligibility of DBEs and joint ventures involving DBEs named by bidders.

Questions concerning DBE Certification/Criteria should be directed to the EEO Office at (404) 631-1972.

# EXHIBIT 3

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

First Use 2021 Specifications: April 16, 2021

# SPECIAL PROVISION

## PROMPT PAYMENT:

Prime Contractors, who sublet a portion of their work, shall pay their subcontractors for satisfactory performance of their contracts no later than 10 calendar days from receipt of each payment made to them. Any delay or postponement of payment among the parties may take place only for good cause with prior written approval from the Department. If the contractor is found to be in noncompliance with these provisions, it shall constitute a breach of contract and further payments for any work performed may be withheld until corrective action is taken. If corrective action is not taken, it may result in termination of the contract.

Prime contractors must maintain records and documents of payments to subcontractors, including DBEs, for a minimum of three (3) years after Contract Final Acceptance. These records shall be made available for inspection upon request by any authorized representative of the Georgia Department of Transportation or USDOT.

All subcontract agreements shall contain this requirement.

## EXHIBIT 3

### DEPARTMENT OF TRANSPORTATION
### STATE OF GEORGIA

## REQUIRED CONTRACT PROVISIONS FOR FEDERAL-AID CONTRACTS

## BUY AMERICA

April 16, 2021

All manufacturing processes for steel and iron materials and steel and iron coatings permanently incorporated into this project must occur in the United States of America. However, pig iron and processed, pelletized, or reduced iron ore used in the production of these products may be manufactured outside the United States.

This requirement, however, does not prevent a minimal use of foreign materials and coatings, provided the cost of materials and coatings used does not exceed one-tenth of one percent (0.1 percent) of the total contract cost or $2,500.00, whichever is greater.

NOTE: Coatings include: epoxy coating, galvanizing, painting and any other coating that protects or enhances the value of the material.



## CONVICT PRODUCED MATERIALS

April 16, 2021

Materials produced by convict labor after July 1, 1991, may not be used for Federal-Aid highway construction projects unless it meets the following criteria:

1.  The materials must be produced by convicts who are on parole, supervised release or probation from a prison; or,

2.  If produced in a qualified prison facility, the amount of such materials produced in any 12-month period shall not exceed the amount produced in such facility for such construction during the 12-month period ending July 1, 1987. A qualified prison is defined as one producing convict made materials prior to July 1, 1987.

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B8F8-B474A4228A26

First Use Date:  January 1, 2007
Revised:  March 26, 2008
March 5, 2009
September 30, 2009
August 6, 2012

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### Utility Conflicts

Utility companies having known facilities that conflict with the construction of this project will be directed by the Department to adjust or relocate their facilities and will be notified of the contract award.

Conform to all the requirements of the Specifications as they relate to cooperation with utility owners and the protection of utility installations that exist on the project. Refer to the requirements of Section 107, Legal Regulations and Responsibility to the Public, with particular attention to Subsection 107.21.

Coordinate The Work with any work to be performed by others in any right of way clearance and arrange a schedule of operations that will allow for completion of the Project within the specified contract time.  Where stage construction is required, notify the utility owner when each stage of work is completed and the site is available for utility work to proceed.

Information concerning utility facilities known to exist within the project limits, including the list of owners, is available for reference.

Under Georgia Code Section 32-6-171, utilities are required to remove or relocate their facilities. The Department is required to give the utility at least 60 days written notice directing the removal, relocation, or adjustment and the utility owner is required to begin work within the time specified in the utility's work plan or revised work plan.

Upon request, copies of all approved Work Plans submitted by utility companies having facilities on this project will be made available for examination by the Contractor at the Department's District Office. Utility Adjustment Schedules, when submitted to the Department by the utilities, will be made available to the Contractor after the Notice to Contractors has been posted by the Office of Construction Bidding Administration.    The Contractor is responsible for considering in its bid all existing and proposed utility locations and the removals, relocations, and adjustments specified in the Utility's Work Plan.

For this Project, Utility Owners that are required to remove, relocate, or adjust their facility to accommodate the construction of this Project may be liable to the Contractor for damages or delay costs resulting from the Utility Owner's failure to clear conflicts

## EXHIBIT 3

within the time specified in the approved Utility Work Plan. If the Utility Owner is unable to submit and obtain Department approval of a revised Work Plan or fails to complete the removal, relocation, or adjustment of its facilities in accordance with the approved Work Plan, the Utility Owner may be liable to the Department, or the Contractor, for damages or delay costs.

In accordance with Subsection 105.06 of the Specifications, the Department is not liable for payment of any claims due to utility delays, inconvenience or damage sustained by the Contractor due to interference of any utilities or appurtenances, or the operation of moving them.

In any case in which the Contractor believes that it will be entitled to damages or delay costs from the Utility Owner in accordance with O.C.G.A. 32-6-171, the Contractor shall provide written notice to the Utility Owner and the Department within ten (10) days from the time of the dispute or potential dispute is identified. The Contractor shall follow the Procedures for Utility Damages or Delay Costs outlined in the latest edition of The Utility Accommodation Policy and Standards Manual. Failure to follow the above will result in waiver of the Contractor's claim against the Utility Owner for damages or delay costs.

In accordance with Subsection 107.21.G delays by utilities will continue to be considered by the Department in charging Contract Time.  For purposes of applying provisions of this paragraph, railroads and the Metropolitan Atlanta Rapid Transit Authority(MARTA) are considered utilities.

Office of Utilities

**EXHIBIT 3**

January 21, 2022

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

## Section 105—Control of Work

*Replace Section 105 with the following:*

### 105.01  Authority of the Engineer

The Engineer will decide all questions that may arise as to the quality and acceptability of materials furnished, work performed, and the rate of progress of the Work; the interpretation of the Plans and Specifications, and all questions as to the acceptable fulfillment of the Contract on the part of the Contractor. The Engineer will determine the quantities of the several kinds of work performed and materials furnished which are to be paid for under the Contract and his determination shall be final.

The Engineer will have the authority to suspend the Work wholly or in part due to the failure of the Contractor to correct conditions unsafe for the workmen or general public; for failure to carry out provisions of the Contract, or for failure to carry out orders; for such periods as he may deem necessary due to unsuitable weather; for conditions considered unsuitable for the prosecution of the Work; or for any other condition or reason deemed to be in the public interest.

The Contractor may request and will receive written instructions from the Engineer upon any important items.

After the Contract has been executed, and before the Work begins, the Engineer may designate a time and place to hold a Preconstruction Conference with the Contractor. At such time, the Contractor shall furnish the Engineer with a Progress Schedule as provided in Subsection 108.03 unless this schedule has been specifically exempted by Special Provision. The Contractor will also be given a decision on any alternate Traffic Control Plan that he may have previously submitted.

Any matters pertaining to order of work, interpretation of Plans and Specifications, traffic control, utility adjustments, or others, may be discussed at the Preconstruction Conference.

### 105.02 Plans and Working Drawings

Plans will show details of all structures, lines, grades, typical cross sections of the roadway, location and design of all structures, and a summary of Items appearing in the Proposal.

The Plans will be supplemented by such Working Drawings as are necessary to adequately control the Work. Working Drawings for structures shall be furnished by the Contractor and shall consist of such detailed Plans as may be required to adequately control the Work and which are not included in the Plans furnished by the Department. They shall include stress sheets, shop drawings, erection plans, falsework plans, cofferdam plans, bending diagrams for reinforcing steel or any other supplementary plans, or similar data required of the Contractor. All Working Drawings must be approved by the Engineer before installation of these structures are permitted in the Work, and such approval shall not operate to relieve the Contractor of any responsibility under the Contract for the successful completion of the Work. The Contract Bid Prices shall include the cost of furnishing all Working Drawings.

Working Drawings shall be submitted using the electronic submission process used by the Department.  All submittals shall be in portable document format (pdf) unless otherwise stated.

**EXHIBIT 3**

**Section 105 – Control of Work**

## 105.03 Conformity with Plans and Specifications

All work performed and all materials furnished shall be in reasonably close conformity with the lines, grades, cross sections, dimensions, and material requirements, including tolerances, shown on the Plans or indicated in the Specifications.

Plan dimensions and contract specification values are to be considered as the target values to be strived for and complied with as the design values from which any deviations are allowed. It is the intent of the Specifications that the materials and workmanship shall be uniform in character and shall conform as nearly as realistically possible to the prescribed target value or to the middle portion of the tolerance range. The purpose of the tolerance range is to accommodate occasional minor variations from the median zone that are unavoidable for practical reasons. When either a maximum and minimum value or both are specified, the production and processing of the material and the performance of the Work shall be so controlled that material or work will not be preponderantly of borderline quality or dimension.

In the event the Engineer finds the materials or the finished product in which the materials are used not within reasonably close conformity with the Plans and Specifications, but that reasonably acceptable work has been produced, the Engineer shall then make a determination if the Work shall be accepted and remain in place. In this event, except in cases where the appropriate price adjustments are provided for in the Specifications covering the materials and/or the finished product, a Supplemental Agreement will be executed documenting the basis of acceptance that will provide for an appropriate price adjustment in the Contract Price for such work or materials as the Engineer deems necessary to conform to his determination based on engineering judgement.

In the event the Engineer finds the materials or the finished product in which the materials are used or the work performed are not in reasonably close conformity with the Plans and Specifications, and have resulted in an inferior or unsatisfactory product, the work or materials shall be removed and replaced or otherwise corrected by and at the expense of the Contractor.

## 105.04 Coordination of Plans, Specifications, Supplemental Specifications, and Special Provisions

The Standard Specifications, the Supplemental Specifications, the Plans, Special Provisions, and all supplementary documents are essential parts of the Contract, and a requirement occurring in one is as binding as though occurring in all. They are intended to be complementary and to describe and provide for a complete work.

In cases of discrepancy, the governing descending order will be as follows:

1. Project Specific Special Provision
2. Project Plans including Special Plan Details
3. Special Provisions
4. Supplemental Specifications
5. Standard Plans included in the Project Plans
6. Standard Plans included in the Construction Standards and Details Book (CS&D Book) as denoted in the Project Plans
7. Standard Specifications


*The following words when used herein shall have the following meanings:*

Special Plan Details: Special Design or Special Construction Details

Standard Plans: Construction Standards and/or Construction Details

Construction Standards and Details Book (CS&D Book): Annual compilation of the approved Construction Standards and Details for use on projects letting within a calendar year.

Calculated dimensions will govern over scaled dimensions.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

## Section 105 – Control of Work

The Contractor shall take no advantage of any apparent error or omission in the Plans or Specifications. In the event the Contractor discovers such an error or omission, he shall immediately notify the Engineer. The Engineer will then make such corrections and interpretations as may be deemed necessary for fulfilling the intent of the Plans and Specifications.

### A.  Specifications of Other Organizations

When work is specified to be done or when materials are to be furnished according to the published specifications of organizations other than the Department, the latest specifications published by those organizations at the time bids are received shall apply unless otherwise specified.

AASHTO Interim Specifications and ASTM Tentative Specifications will be considered effective on date of issue.

### B.  Item Numbers

The first three digits of any Item Number in the itemized proposal designates the Specification section under which the Item shall be constructed.

## 105.05 Cooperation by Contractor

The Contractor will be supplied with an electronic copy of approved Plans and contract assemblies including Special Provisions. The Contractor shall be responsible for maintaining one set of the approved Plans on the project site at all times.

The Contractor shall give the Work the constant attention necessary to facilitate the progress thereof, and shall cooperate with the Engineer, Inspectors, and other Contractors in every way possible.

The Contractor shall have access to the Engineer at all times, as his agent, a competent Superintendent, capable of reading and thoroughly understanding the Plans and Specifications, and thoroughly experienced in the type of work being performed, who shall receive instructions from the Engineer or his authorized representatives. The Superintendent shall have full authority to execute orders or directions of the Engineer without delay and to promptly supply such materials, equipment, tools, labor, and incidentals as may be required. Such superintendence shall be furnished irrespective of the amount of work sublet.

The Superintendent shall notify the Engineer prior to starting any Pay Item Work. The Prime Contractor shall coordinate and be responsible to the Engineer for all activities of subcontractors.

## 105.06 Cooperation with Utilities

The Department will notify all utility companies, all pipeline owners, all railroad companies, or other parties affected of Award of the Contract, giving the name and address of the Contractor, and will assist the Contractor in arranging for all necessary adjustments of the public or private utility fixtures, pipe lines, and other appurtenances within or adjacent to the limits of construction.

Water lines, gas lines, wire lines, service connections, water and gas meter boxes, water and gas valve boxes, light standards, cableways, signals, railroad facilities, and all other utility appurtenances within the limits of the proposed construction which are to be relocated or adjusted are to be moved by the owners at their expense, except as otherwise provided for elsewhere in the Contract.

It is understood and agreed that the Contractor has considered in his bid all of the permanent and temporary utility appurtenances in their present location or relocated positions, and that no additional compensation will be allowed for any delays, inconvenience, or damage sustained by him due to any interference from said utility appurtenances or the operation of moving them. Delays and interruptions to the controlling Item or Items of the Work are covered in Subsection 107.21.G.

It shall be the Contractor's responsibility to plan with each utility owner a schedule of operations which will clearly set forth at which stage of the Contractor's operations the utility owner will be required to perform his removal and relocation work.

## EXHIBIT 3

**Section 105 – Control of Work**

## 105.07 Cooperation Between Contractors

The Department reserves the right at any time to Contract for and perform other or additional work on or near the Work covered by the Contract.

When separate Contracts are let within the limits of any one project, each contractor shall conduct his work so as not to interfere with or hinder the progress or completion of the Work being performed by other Contractors. Contractors working on the same project shall cooperate with each other.

Each Contractor involved shall assume all liability, financial or otherwise, in connection with his Contract and shall protect and save harmless the Department from any and all damages or claims that may arise because of inconvenience, delay, or loss experienced by him because of the presence and operations of other Contractors working within the limits of the same project.

The Contractor shall arrange his work and shall place and dispose of the materials being used so as not to interfere with the operations of the other contractors within the limits of the same project. He shall join his work with that of the others in an acceptable manner and shall perform it in proper sequence to that of the others. At the request of the Structure Contractor, the Engineer will designate an area within the right-of-way, adjacent to each structure, to be reserved for use by the Structure Contractor for storage of equipment and materials necessary to construct the particular structure. So long as he occupies this area, the Structure Contractor shall be responsible for its maintenance. The Structure Contractor must relinquish this area, however, as it becomes practical to utilize completed portions of the structure.

## 105.08 Construction Stakes, Lines and Grades

(Subsection 105.08 Omitted)

## 105.09 Authority and Duties of the Resident Engineer

The Resident Engineer, regardless of his administrative title, is the Engineer designated by the Department to be the direct representative of the Chief Engineer. The Resident Engineer has immediate charge of the engineering details of each construction project and is responsible for contract administration. Such administration includes the designation of subordinates to represent him and make routine decisions. The Resident Engineer has the authority to reject defective material and to suspend any work that is being improperly performed.

## 105.10 Duties of the Inspector

Inspectors employed by the Department are authorized to inspect all work done and materials furnished. Such inspection may extend to all or any part of the Work and to the preparation, fabrication, or manufacture of the materials to be used. The Inspector will not be authorized to alter or waive the provisions of the Contract. The Inspector will not be authorized to issue instructions contrary to the Plans and Specifications or to act as foreman for the Contractor.

## 105.11 Inspection of the Work

All materials and each part of the detail of the Work shall be subject to inspection by the Engineer.

The Engineer shall be allowed access to all parts of the Work and shall be furnished with such information and assistance by the Contractor as is required to make a complete and detailed inspection.

Upon the Engineer's request, the Contractor, at any time before final acceptance of the project, shall remove or uncover such portions of the finished work as may be directed. After examination, the Contractor shall restore said portions of the Work to the standard required by the Specifications. Should the Work thus exposed or examined prove acceptable, the uncovering or removing and the replacing of the covering or making good of the parts removed will be paid for as extra work; but should the Work so exposed or examined prove unacceptable, the uncovering, or removing and the replacing of the covering or making good of the parts removed will be at the Contractor's expense.

Any work done or materials used without supervision or inspection by an authorized Department representative may be ordered removed and replaced at the Contractor's expense, unless the Department representative failed to inspect after having been given reasonable notice in writing that the Work was to be performed.

**EXHIBIT 3**

**Section 105 – Control of Work**

When any unit of government or political subdivision or any railroad corporation is to pay a portion of the cost of the Work covered by the Contract, its respective representatives shall have the right to inspect the Work. Such inspection shall in no sense make any unit of government or political subdivision or any railroad corporation a party to the Contract and shall in no way interfere with the rights of either party hereunder.

## 105.12 Removal of Unacceptable and Unauthorized Work

All work that does not conform to the requirements of the Contract will be considered unacceptable unless otherwise determined acceptable under the provisions in Subsection 105.03.

Unacceptable work, whether the result of poor workmanship, use of defective materials, damage through carelessness, or any other cause found to exist prior to the final acceptance of the Work, shall be removed immediately and replaced in an acceptable manner.

Except as elsewhere noted, no work shall be done without lines and grades having been given by the Engineer. Work done contrary to the instructions of the Engineer, work done beyond the lines shown on the Plans or as given, except as herein specified, or any extra work done without authority will be considered as unauthorized and will not be paid for under the provisions of the Contract. Work so done may be ordered removed or replaced at the Contractor's expense.

Upon failure on the part of the Contractor to comply forthwith with any order of the Engineer made under the provisions of this section, the Engineer will have authority to cause unacceptable work to be remedied or removed and replaced and to cause unauthorized work to be removed, and to deduct the costs from any monies due or to become due the Contractor.

## 105.13 Claims for Adjustments and Disputes

Whenever the Contractor believes that it is or will be entitled to additional compensation, whether due to delay, extra work, breach of contract, or other causes, the Contractor shall follow the procedures set forth in this Sub-Section.

**A.   Claims for Acceleration**

The Department shall have no liability for any constructive acceleration. If the Department gives express written direction for the Contractor to accelerate its effort, then both parties shall execute a Supplemental Agreement as provided in Subsection 104.03.

**B.   Claims for Delay and All Other Claims Except Acceleration**

1.   The Department shall have no liability for damages beyond those items which are specifically payable under this Sub-Section.

2.   The Department will be liable only for those delay damages caused by or arising from acts or omissions on the part of the Department which violate legal or contractual duties owed to the Contractor by the Department. The Contractor assumes the risk of damages from all other causes of delay.

3.   The parties recognize that delays caused by or arising from right of way problems, defects in plans or design, redesign, changes in the Work by the Department, the actions of suppliers or other Contractors, the shop-drawing approval process, injunctions, court orders and other such events, forces or factors are commonly experienced in highway construction work. Such delays shall not constitute breaches of the Contract. However, such delays may constitute a basis for a claim for delay damages, if found to be in accordance with Subsection 105.13.B.2 above and other provisions of the Contract, and/or a request for a time extension.

4.   The term "delay" shall be deemed to mean any event, action, force or factor which extends the Contractor's time of performance. This Subsection is intended to cover all such events, actions, forces or factors, whether they are styled "delay," "disruption," "interference," "impedance," "hindrance", "impact" or otherwise.

5.   Compliance with the provisions of Subsection 105.13 will be an essential condition precedent to any recovery of damages by the Contractor.

6.   The following items, and only the following items, may be recoverable by the Contractor as "damages":

**EXHIBIT 3**

## Section 105 – Control of Work

    **a.** Additional direct hourly rates paid to employees for job site labor, including payroll taxes, welfare, insurance, benefits and all other labor burdens.

    **b.** Documented additional costs for materials.

    **c.** Additional equipment costs, as determined in accordance with this Sub-Section.

    **d.** Documented costs of extended job-site overhead. (Not applicable for claims other than delay claims.)

    **e.** An additional 15 percent of the total of Subsections 105.13.B.6. a, b, c and d, which sum includes home office overhead and profit.

    **f.** Bond costs.

    **g.** Subcontractor costs, as determined by, and limited to, those items identified as payable under Subsection 105.13.B.6. a, b, c, d, e, and f.

**7.** For purposes of computing additional equipment costs, rates used shall be based on the Contractor's actual experienced cost for each piece of equipment. These rates shall be supported by equipment cost records furnished by the Contractor. In no case will equipment rates be allowed in excess of 70 percent of those determined utilizing the *Rental Rate Blue Book*, with the appropriate adjustments noted in Subsection 109.05.

**8.** The parties agree that, in any claim for damages, the Department will have no liability for the following items of damages or expense:

    **a.** Profit, in excess of that provided herein.

    **b.** Loss of profit.

    **c.** Labor inefficiencies, except as allowed under Subsection 105.13.B.6.a.

    **d.** Home office overhead in excess of that provided herein.

    **e.** Consequential damages, including but not limited to loss of bonding capacity, loss of bidding opportunities and insolvency.

    **f.** Indirect costs or expenses of any nature.

    **g.** Attorney's fees, claims preparation expenses, or costs of litigation.

    **h.** Interest of any nature.

**9.** NOTICE OF POTENTIAL CLAIM: In any case in which the Contractor believes that it will be entitled to additional compensation, the Contractor shall notify the Engineer in writing of its intent to claim such additional compensation. Such notice shall be given in order that the Department can assess the situation, make an initial determination as to who is responsible, and institute appropriate changes or procedures to resolve the matter.

    **a.** Claim prior to the filing of such written notice. Failure of the Contractor to give such written notice in a timely fashion will be grounds for denial of the claim.

    **b.** All Other Claims Except Acceleration and Delay - If the Contractor does not file such written notice before beginning the Work out of which such claim arises, then the Contractor hereby agrees that it shall have waived any additional compensation for that work and the Contractor shall have no claim thereto.

**10.** RECORDS:  After filing a *Notice of Potential Claim*, the Contractor shall keep daily records of all labor, material, and equipment costs incurred for operations affected. These daily records shall identify each operation affected and the specific locations where work is affected. The Department will also keep records of all labor, material, and equipment used on operations affected. At the time and place, as designated by the Engineer, on Monday, or the first work day, of each week following the date of filing a *Notice of Potential Claim*, the Contractor shall meet with the Department's representative and present the daily records for the preceding week. If the Contractor's records indicate costs greater than those kept by the Department, the Department will present its records to the Contractor. The Contractor shall notify the Engineer in writing within three (3) work days of any inaccuracies noted in, or disagreements with, the Department's records. Refusal or repeated failure by the Contractor to attend these weekly meetings and present its records will constitute a waiver by the Contractor of

# EXHIBIT 3

## Section 105 – Control of Work

any objections as to the accuracy of the Department's records. When the Contractor makes an objection as to the accuracy of the Department's records, the Engineer shall review the matter, and correct any inaccuracies he finds in the Department's records. For purposes of computing damages, the Department's records will control. In the event the Contractor wishes to contest the accuracy of the Department's records, it may file a petition pursuant to Rule 672-1-.05 of the Official Rules and Regulations of the Department of Transportation. The decision of the Engineer, or, if contested, the decision of the Agency, will be final and binding upon the parties as to any objections to the accuracy of the Department's records, subject to the Contractor's right to judicial review under O.C.G.A. Section 50-13-19.

**11.** On a weekly basis after filing a *Notice of Potential Claim* for delay damages, the Contractor shall prepare and submit to the Engineer written reports providing the following information:

   **a.** Potential effect to the schedule caused by the delay.

   **b.** Identification of all operations that have been delayed or are to be delayed.

   **c.** Explanation of how the Department's act or omission delayed each operation, and estimation of how much time is required to complete the project.

   **d.** Itemization of all extra costs being incurred, including:

   **1)** An explanation as to how those extra costs relate to the delay and how they are being calculated   and measured.

   **2)** Identification of all project employees for whom costs are being compiled.

   **3)** Identification of all manufacturer's numbers of all items of equipment for which costs are being compiled.

**C. Required Contents of Claims**

All claims shall be submitted in writing and shall be sufficient in detail to enable the Engineer to ascertain the basis and the amount of each claim. The claim submission shall be submitted through GDOT's electronic submission process.  All information submitted to the Department under this Subsection will be used exclusively for analyzing the claim, resolving the claim or any litigation which might arise from the claim. At a minimum, the following information shall be provided:

**1.** A description of the operations that were delayed, the reasons for the delay, how they were delayed, including the report of all scheduling experts or other consultants, if any.  (Not applicable for claims other than delay claims)

**2.** An as-built chart, CPM scheme or other diagram depicting in graphic form how the operations were adversely affected. (Not applicable for claims other than delay claims except where an extension of time is sought)

**3.** A detailed factual statement of the claim providing all necessary dates, locations and items of work affected by the claim.

**4.** The date on which actions resulting in the claim occurred or conditions resulting in the claim became evident.

**5.** A copy of the "Notice of Potential Claim" filed for the specific claim by the Contractor.

**6.** The name, function, and activity of each Department official, or employee, involved in, or knowledgeable about facts that gave rise to such claim.

**7.** The name, function, and activity of each Contractor or Subcontractor official, or employee, involved in, or knowledgeable about facts that gave rise to such claim.

**8.** The identification of any pertinent documents, and the substance of any material oral communication relating to such claim.

**9.** A statement as to whether the additional compensation or extension of time sought is based on the provisions of the Contract or an alleged breach of Contract.

**10.** The specific provisions of the Contract which support the claim, and a statement of the reasons why such provisions support the claim.

# EXHIBIT 3

## Section 105 – Control of Work

**11.** The amount of additional compensation sought and a break-down of that amount into the categories specified as payable under Subsection 105.13.B.6, above.

**12.** If an extension of time is also sought, the specific days for which it is sought and the basis for such request.

### D. Required Certification of Claims

When submitting the claim, the Contractor shall certify in writing, under oath in accordance with the formalities required by Georgia law, as to the following:

**1.** That the claim is made in good faith.

**2.** That supportive data is accurate and complete to the Contractor's best knowledge and belief that the amount of the claim accurately reflects what the Contractor in good faith believes to be the Department's liability.

The Contractor shall use the *CERTIFICATE OF CLAIM* form, which can be obtained from the Department, in complying with these requirements.

### E. Auditing of Claims

All claims filed against the Department shall be subject to audit at any time following the filing of such claim, whether or not such claim is part of a suit pending in the courts of this State. The audit may be performed by employees of the Department or by an independent auditor on behalf of the Department. The audit may begin on ten days' notice to the Contractor, Subcontractor, or Supplier. The Contractor, Subcontractor, or Supplier shall make a good faith effort to cooperate with the auditors. Failure to cooperate with the auditor shall constitute a waiver by the Contractor of the claim in its entirety. Failure of the Contractor, Subcontractor, or Supplier to maintain and retain sufficient records to allow the Department's auditor to verify the claim shall constitute a waiver of that portion of such claim that cannot be verified and shall bar recovery thereunder.  If the claim is part of a suit pending in a court of this state or if the claim becomes a part of a suit in a court of this state, the questions of whether the Contractor has cooperated with the auditor or failed to maintain and retain sufficient records to allow the auditor to verify the claim shall be questions for determination by the judge without the assistance of a jury.

Without limiting the generality of the foregoing, and as a minimum, the auditors shall have available to them the following documents:

**1.** Daily time sheets and foreman's daily reports.

**2.** Project payroll register.

**3.** Profit and loss statements for the project.

**4.** Payroll tax returns.

**5.** Material invoices, purchase orders, and all material and supply acquisition contracts for the project.

**6.** Material cost distribution worksheet for the project.

**7.** Equipment records (list of company equipment, rates, etc.)

**8.** Vendor rental agreements, and subcontractor invoices.

**9.** Subcontractor payment certificates.

**10.** Canceled checks (payroll and vendors) for the project.

**11.** Job cost report for the project.

**12.** Job payroll ledger for the project.

**13.** General ledger, general journal, (if used) and all subsidiary ledgers and journals together with all supporting documentation pertinent to entries made in these ledgers and journals.

**14.** Cash Disbursements journal for the project.

**15.** Certified financial statements for all years reflecting the operations on this project.

**16.** Depreciation records on all company equipment whether such records are maintained by the company involved, its accountant, or others.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

17. If a source other than depreciation records is used to develop costs for the Contractor's internal purposes in establishing the actual cost of owning and operating equipment, all such other source documents.

18. All documents which relate to each and every claim together with all documents which support the amount of damages as to each claim

19. Worksheets used to prepare the claim establishing the cost components for items of the claim including, but not limited to, labor, benefits and insurance, materials, equipment, subcontractors, and all documents which establish the time periods, individuals involved, the hours and the rates for the individuals.

### F. Mediation

After compliance by the Contractor with parts B., C., D. and E. of Subsection 105.13 and if the Contractor's claim has been disallowed in whole or in part, then the Contractor may, within 30 calendar days from receipt of the ruling of the Engineer, make a written request to the Engineer that the claim or claims be referred to mediation.

If requested in accordance with this specification, mediation shall be granted by the Department. In which case, within 30 days of receipt by the Department of the Contractor's request for mediation, the Contractor and the Department will meet to select a mediator. The mediator will then schedule the mediation at a place, time, and earliest date agreeable to the Contractor and the Department.

The Contractor and the Department mutually agree that mediation shall be a condition precedent to the filing of any lawsuit concerning claims or alleged breaches of the Contract. The costs and expenses of the mediator, selected by mutual agreement of the parties, will be divided equally between the Department and the Contractor.  Each party to the mediation shall bear its own costs of preparing for and participating in the mediation.

### G. Remedies Exclusive

In the event any legal action is instituted against the Department by the Contractor on account of any claim for additional compensation, whether on account of delay, acceleration, breach of contract, claimed extra work, or otherwise, the Contractor agrees that the Department's liability will be limited to those items which are specifically identified as payable in Sub-Section 105.13.

## 105.14 Maintenance During Construction

The Contractor shall maintain the project during construction and until the Project is accepted. This maintenance shall constitute the continuous and effective work prosecuted day by day, with adequate equipment and forces to the end that all areas of the project are kept in satisfactory condition at all times.

The Contractor's area of responsibility for maintenance is confined to the physical construction limits plus any areas affected by the Contractor's activities. Once maintenance acceptance or final acceptance has been made, the Contractor is no longer responsible for damage to the Work other than that attributable to the Contractor's actions or inadequate construction.

In case of separate contracts, each Contractor shall be responsible for any damage to the completed work of others caused by his actions or negligence. Where the work of one Contractor has been accepted by the Department, the Contractor performing subsequent work in the area shall be responsible for the maintenance and protection of all work previously completed.

If separate bridge contracts are let within the limits of a Roadway Project and the Bridge Contractor completes his Contract before the Roadway Contractor, the Bridge Contract may be accepted, and the Roadway Contractor will be responsible for maintenance of the new bridge until it is opened to traffic. If the Roadway Contractor hauls materials across the bridge the Roadway Contractor shall protect the end posts, deck surface, deck edges, joints, and all other vulnerable features of the bridge by use of adequate timber or earth cushions as directed by the Engineer. The Roadway Contractor shall repair all damage caused by such use, including resealing of joints and rerubbing of finish at his own expense.

All cost of maintenance work during construction and before the Project is accepted shall be included in the Unit Prices Bid on the various Pay Items and the Contractor will not be paid an additional amount for such work except as provided in Subsection 104.05.B.

## EXHIBIT 3

## Section 105 – Control of Work

The Contractor shall not allow vegetative growth at any time to obstruct signs, delineation, traffic movements, or sight distance. The Contractor shall at intervals not to exceed six months, clean up and remove litter and debris; remove weeds from around guardrail, barrier, poles, standards, utility facilities, and other structures; and cut or trim trees, bushes or tall grass. These requirements shall apply to all areas within the project termini and lateral limits.

## 105.15 Failure to Maintain Roadway or Structures

If at any time, the Contractor fails to comply with the provisions of Subsection 105.14, the Engineer will immediately notify the Contractor of such noncompliance. If the Contractor fails to remedy the unsatisfactory maintenance within 48 hours after receipt of such notice, the Engineer may immediately proceed to maintain the Work, and the entire cost of this maintenance will be deducted from monies due or to become due the Contractor under the Contract. As an alternative to the Engineer's maintaining the Work, all the Items and quantities of work done, but not properly maintained, may be deducted from the current progress estimate, even if such Items have been paid for in a previous estimate.

## 105.16 Final Inspection and Acceptance

### A. Corrective list

Excluding resurfacing projects, no less than 60 (Sixty) calendar days prior to the Contract completion date the Engineer will hold a closing conference and perform an inspection of the Work. Any items found unsatisfactory during this inspection will be detailed as necessary remedial work and provided to the Contractor in the form of a Corrective list. A Corrective list is intended to facilitate timely completion of the Work. Resurfacing projects necessitate the Engineer commence a closing conference and inspection no less than 14 calendar days to the Contract completion date unless otherwise arranged and agreed to by the Contractor.

The Contractor is encouraged to request additional inspections earlier in the project as major portions of the Work appear complete.

Production of a Corrective list does not, in any way, represent a Final Inspection having been performed.

### B. Final Inspection

Upon receipt of due written notice from the Contractor of completion of the entire project, the Engineer will schedule and make an inspection for acceptance within 7-business days. No time charges shall be applied to the Contractor for the Engineer's inability to meet the 7-business day allowance. If all construction provided for and contemplated by the Contract is found completed to the Engineer's satisfaction and all documents required in connection with the project have been submitted by the Contractor, the Engineer will consider this the Final Inspection. The Engineer will subsequently make the Final Acceptance and notify the Contractor in writing of this acceptance. The Engineer will have the final decision on when the project is complete.

If, however, the Inspection discloses any work, in whole or part, as being unsatisfactory, the Engineer will detail the remedial work required to achieve acceptance and provide the Contractor the necessary instructions for correction of same. Only one list of instructions will be generated by the Engineer. The Contractor shall immediately comply with and execute such instructions. Subsequent inspections will be made on the remedial work until the Engineer accepts all work. Such subsequent inspections are only for the purpose of assessing completion of the instructions provided. When all construction provided for and contemplated by the Contract is found completed to the Engineer's satisfaction, including submission of all documents required in connection with the project with the exception of final documents as defined in Section 108.07, the Engineer will make the Final Acceptance and notify the Contractor in writing of this acceptance.

When the Contractor has finished a major portion of the Contract, the Contractor may request that a semi-final inspection be made. At the discretion of the Engineer, who shall be sole judge as to making the inspection, if the Work is satisfactory, as described in the first paragraph of this Section, that portion of the Contract may be accepted, opened to traffic, if not already carrying traffic, and the Contractor relieved of the maintenance obligations as described elsewhere in these Specifications.

Such partial acceptance shall in no way relieve the Contractor of responsibility for satisfactory completion of the Contract, or for failure of any portion of the accepted work prior to Final Acceptance of the project.

## EXHIBIT 3

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### Section 105—Control of Work

*Replace Subsection 105.13.9.a with the following:*

**a.** Claims for Delay - The Department shall have no liability for any delay which occurred more than one week prior to the filing of such written notice.  Failure of the Contractor to give such written notice in a timely fashion will be grounds for denial of the claim.

In Process

---

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B8E8-B474A4228A26

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SPECIAL PROVISION

## Section 107 – Legal Regulations and Responsibility to the Public

*Delete Section 107.23.G and substitute the following:*

### 107.23 Environmental Considerations

### G. Protection of Migratory Birds and Bats

The following conditions apply to construction, demolition, and maintenance activities on bridges and box culverts. These conditions are intended as a minimum to protect nesting migratory birds and roosting bats.

All costs pertaining to any requirement contained herein shall be included in the overall bid submitted unless such requirement is designated as a separate Pay Item in the Proposal.

1. **General Information for Project Personnel**

   a. The Contractor shall notify project personnel about the potential presence and appearance of federally protected migratory birds, including without limitation the barn swallow (*Hirundo rustica*), cliff swallow (*Petrochelidon pyrrhonota*), and eastern phoebe (*Sayornis phoebe*), and that there are civil and criminal penalties for harassing, harming, pursuing, hunting, shooting, wounding, killing, capturing, or collecting these species in violation of the Migratory Bird Treaty Act of 1918. The law protects adults, fledglings, nestlings, eggs, and active nests. The Contractor shall notify project personnel about the potential presence and appearance of bats, all of which are protected under Georgia state law (Official Code of Georgia § 27-1-28).

   b. Prior to the commencement of work, the Contractor shall post detail sheets with photographs and information about these species in a conspicuous location in the project field office. The detail sheets shall be posted until such time that construction has been completed and time charges have stopped. If there is no project field office, the detail sheets shall be distributed directly to project personnel.

2. **Bridges**

   a. At least 30 calendar days prior to the start of construction activities, demolition activities, or maintenance activities on the underside of any bridges, the Contractor shall request the phone number and email address of the Animal and Plant Health Inspection Service (APHIS) Biologist from the GDOT Area Manager, and shall provide the APHIS Biologist with the following information via phone. Immediately following that phone call, the Contractor shall email this information to the APHIS Biologist and copy the GDOT Area Manager and GDOT State Environmental Liaison at birdreport@dot.ga.gov.

# EXHIBIT 3

First Use: June 2016
Revised: February 27, 2020

   i.    Date of call.
   ii.   GDOT Project Identification (PI) number.
   iii.  Number of bridges in project area that will be part of the Work.
   iv.  For each bridge:

      1.  Bridge serial number.
      2.  Expected start date of the activities.
      3.  Expected completion date of the activities.
      4.  If using a temporary detour and/or work bridge, expected start dates of construction and demolition.

b. The APHIS Biologist will develop an action plan in coordination with the GDOT Area Manager that will address nest prevention and removal. The Contractor shall comply with the action plan. Per the action plan, the APHIS Biologist may conduct routine surveys and perform timely removal of inactive nests. An inactive nest is a nest that does not contains any eggs or nestlings.

c. The Contractor shall afford the APHIS Biologist right-of-entry in order to access any bridge so that all nests can be inspected and inactive nests can be removed.

d. The Contractor shall not utilize exclusionary barriers on any bridge due to the risk of entanglement and entrapment of birds.

### 3. Box Culverts

a. The construction of box culvert extensions, or demolition or maintenance activities on any box culvert, shall take place outside of the breeding and nesting season of migratory birds, which begins April 1 and extends through August 31, unless exclusionary barriers are put in place to prevent birds from nesting. Exclusionary barriers consist of overlapping strips of flexible plastic (also called "PVC Strip Doors" or "Strip Curtains"). Due to the risk of entanglement, nets are not appropriate exclusionary barriers on a box culvert. Exclusionary barriers on any box culvert must be installed prior to March 15, but at no time between March 15 and August 31 unless the GDOT State Environmental Liaison provides written authorization.

b. Prior to the installation of any exclusionary barriers, the Contractor shall notify the GDOT Area Manager and the GDOT State Environmental Liaison at birdreport@dot.ga.gov of the decision to install exclusionary barriers. This email shall include the following information:

   i.    GDOT Project Identification (PI) number.
   ii.   Number of box culverts in project area that will be part of the Work.
   iii.  Expected date of installation on each box culvert.
   iv.  Location of each exclusionary barrier installed (station and offset).

c. For any box culvert being demolished, the Contractor shall install exclusionary barriers at both the inlet and outlet openings. For any box culvert being extended, demolished, or maintained, the Contractor shall install exclusionary barriers at the inlet or outlet opening where work will take place.

d. While installed, exclusionary barriers shall be inspected by the Contractor at least twice each week for gaps or other defects that could impair their ability to exclude migratory birds from nesting in a box culvert. If any gaps or defects are identified, they shall be repaired immediately unless active nests are present in the box culvert. The Contractor shall ensure no birds or bats are entrapped within a box culvert while exclusionary barriers are installed on both the inlet and outlet of a box culvert.

### 4. Reporting Requirements

a. In the instances listed below, the Contractor shall cease work (except for erosion control and traffic control) on the underside of the bridge or box culvert and notify the GDOT Area Manager as well as the GDOT State Environmental Liaison at 404-631-1817. Work shall not recommence until written authorization is received from the GDOT State Environmental Liaison if:

# EXHIBIT 3

      i.     migratory birds establish an active nest on a bridge or boxculvert,

      ii.    a migratory bird is harmed or injured,

      iii.   evidence of a significant bat colony is observed on a bridge or box culvert, such as a high number of bats (approximately 50 or more) or a large accumulation of guano (bat droppings), or

      iv.   a bat is harmed or injured.

b.  If the Work is suspended, the Contractor may submit a request for additional contract time as allowed under Section 108. The Department will review the request and may grant additional contract time as justified by the impact to the Contractor's schedule. Compensation for loss of productivity, rescheduling of crews, rental of equipment or delays to the Contractor's schedule will not be considered for payment. Additional contract time will be the only consideration granted to the Contractor.

c.  Within 30 calendar days of the completion of the Work and the stopping of time charges, the Contractor shall provide a report regarding exclusionary barriers to the GDOT State Environmental Liaison at birdreport@dot.ga.gov. The following information will be included in the report:

      i.     Contractor's name and address.

      ii.    Name and title of report preparer.

      iii.   GDOT Project Identification (PI) number.

      iv.   County(ies) in which the Project is located.

      v.    Construction start and end dates.

      vi.   Date GDOT was notified of intent to install barriers per # 107.23G.3.b.

      vii.  Quantity and location of structures on which exclusionary barriers were installed.

      viii.  Type of exclusion material used on each structure.

      ix.   Start and end date of installation of exclusionary barriers on each structure.

      x.    Start and end date of removal of exclusionary barriers from each structure.

      xi.   Photographs of each structure before and after installation of exclusionary barriers.

      xii.  Photographs of each structure after the removal of the exclusionary barriers.

      xiii. Description of any incidents of harm or injury to migratory birds during the Work. This should include incidents that were reported as required under 107.23G.4.a.

      xiv. Description of any incidents of harm or injury to any bat during the Work. This should include incidents that were reported as required under 107.23G.4.a.

      xv.  All other information that may be relevant regarding the protection of migratory birds and bats.

**EXHIBIT 3**

June 18, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 108—Prosecution and Progress

*Replace Section 108 with the following:*

### 108.01 Subletting of Contract

The Contractor shall not sublet, sell, transfer, assign, or otherwise dispose of the Contract or Contracts, or any portion thereof, or of his/her right, title, or interest therein, without written consent of the Engineer. For Subcontracts, consent of the Engineer will not be considered until after award of the Contract.

In case such consent is given, the Contractor will be permitted to sublet a portion thereof, but shall perform, with his/her own organization, work amounting to not less than thirty percent (30%) of the total Contract cost, including materials, equipment, and labor.

As further exception, any items designated as Specialty Items may be performed by Subcontract and the cost of any such Specialty Items so performed by Subcontract may be deducted from the total cost before computing the amount of work required to be performed by the Contractor with his/her own organization.

Purchase of materials by the Prime Contractor for use by a Subcontractor will not be allowed when computing the 30% requirement.

No Subcontracts, or transfer of Contract, shall in any case release the Prime Contractor of his/her liability under the Contract and Bonds. No Subcontractor shall commence work in advance of the written approval of the Subcontract by the Department. Except for certain items exempted by the State Transportation Board, each Subcontractor shall be prequalified or registered with the Department. Each Subcontract for a Registered Subcontractor shall not exceed $2,000,000.00 and Subcontracts for Prequalified Contractors shall not exceed their current capacity. Prequalified or Registered Subcontractors shall be qualified or registered with the Department in accordance with Chapter 672-5 of the Rules and Regulations Governing the Prequalification of Prospective Bidders adopted by the State Transportation Board.

In the event any portion of a Subcontract is further sublet, all of the provisions governing subletting, including registration and written approval by the Engineer, shall apply.

This Sub-Section shall not apply to Contracts between the Department and counties, municipalities, or other State agencies.

All subcontract agreements between the Prime Contractor and subcontractor shall be in writing and shall contain all of the Federal-Aid requirements and pertinent provisions of the Prime Contract. The Prime Contractor shall, upon request by the Engineer, furnish copies of any subcontract agreement to the Department within ten (10) days of such request. This provision applies to all subcontracts, including second or multi-tier subcontracts.

According to the provisions stated above, the following items are designated Specialty Items for general transportation system construction and building construction whenever they appear in the Contract:

General Transportation System Contracts

- Grassing items

---

1

86

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A422BA26

**Section 108 — Prosecution and Progress**

- Fencing items
- Highway lighting items
- Sign items
- Guardrail items (except bridge handrail)
- Utility items
- Comfort and convenience items in rest areas
- Landscaping items
- Pressure grouting, slab removal and replacement
- Permanent traffic markings
- Signal systems
- Railroad track work above sub-ballast

General Transportation System Contracts (continued)

- Drilled caisson foundations
- Construction layout
- Asphaltic concrete leveling and asphalt concrete patching (when used on surface treatment and slurry seal resurfacing contracts)

Building Contracts

- Structural Steel
- Plumbing
- Heating, ventilation, and air conditioning (HVAC)
- Electrical
- Telephone service
- Masonry
- Glass work
- Drywall
- Ceiling installation
- Roofing
- Carpentry
- Floor covering
- Raised flooring
- Landscaping
- Security system
- Fire protection
- Gutters
- Painting
- Insulation
- Doors
- Elevators
- Construction layout

The Contractor's cost for Construction Layout shall be fully documented prior to deduction from the original Contract amount.

2

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

## Section 108 — Prosecution and Progress

### 108.02 Notice to Proceed

The delivery to the Contractor of a notice, stating that construction is authorized, constitutes Notice to Proceed. The Contractor shall do no work under the Contract until receipt of the Notice to Proceed, and the Department will not be obligated to pay for work done prior to receipt of the Notice to Proceed.

Within 10 calendar days after the Notice to Proceed has been issued, the Contractor shall begin The Work. Contract Time charges for Available Day and Calendar Day projects will begin on the date the Contractor starts to work, or 10 days after the Notice to Proceed, whichever occurs first. For completion date projects contract time charges shall begin on the day after the Notice to Proceed.

Where the Contractor's access to part of the right-of-way is restricted, either the special provisions in the Contract or the conditional Notice to Proceed will indicate such restrictions. The Department may, at its option, issue a conditional Notice to Proceed if, in the opinion of the Engineer, a sufficient portion of the right-of-way is available to the Contractor to allow construction to proceed.

### 108.03 Prosecution and Progress

The Contractor shall provide sufficient materials, equipment, and labor to guarantee the completion of the Project in accordance with the Plans and Specifications within the time set forth in the Proposal. Unless otherwise required by the Engineer, each operation shall begin as soon after the Contract is awarded as conditions will permit. Each class of work will be expected to continue from the date it is begun until it is completed.

The Contractor shall furnish the Engineer, for approval, a progress schedule immediately following the receipt of the Notice to Proceed. Unless otherwise specified, the schedule shall be prepared on forms furnished by the Department or an acceptable critical path schedule will be used as the basis for establishing the controlling items of work and as a check on the progress of The Work. This schedule will not be required on resurfacing projects.

Approval of the progress schedule shall not be construed to imply approval of any particular method or sequence of construction or to relieve the Contractor of providing sufficient materials, equipment, and labor to guarantee the completion of the project in accordance with the plans, specifications, and special provisions within the time set forth in the proposal. Contract time as shown in the proposal is the allowable time. The Contractor's proposed progress schedule may indicate a completion date in advance of the Contract specified completion date; however, the Department will not be liable in any way for the Contractor's failure to complete the project prior to the Contract specified completion date.

At least 48 hours before commencing the work, the Contractor shall notify the Engineer of his intention to begin so that proper inspection may be provided. Should the prosecution of the work be discontinued for any reason, the Contractor shall notify the Engineer at least 24 hours in advance of resuming operations.

If the Contractor's operations are materially affected by changes in the plans or in the amount of work, or if he has failed to comply with the approved schedule, the Contractor shall submit a revised progress schedule, if requested by the Engineer, which schedule shall show how he proposes to prosecute the balance of the work. The Contractor shall submit the revised progress schedule within 10 days after the date of the request. The Contractor shall incorporate into every progress schedule submitted, any contract requirements regarding the order of performance of portions of the work.

No payments will be made to the Contractor while he is delinquent in the submission of a progress schedule or a revised progress schedule.

### 108.04 Limitation of Operations

The Contractor shall conduct the work at all times in such a manner and in such sequence as will assure the least interference with traffic and shall provide for smooth and safe traffic flow. It shall be the decision of the Engineer as to what will assure the least interference with traffic and smooth, safe traffic flow. Also, the Engineer may require the Contractor to finish a section on which work is in progress before work is started on any additional sections if the opening of such section is essential to public convenience.

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B858-B474A4228A26

## Section 108 — Prosecution and Progress

### 108.05 Character of Workers, Methods and Equipment

The Contractor shall at all times employ sufficient labor and equipment for prosecuting the several classes of work to full completion in the manner and time required by these Specifications.

All workers shall have sufficient skill and experience to perform properly the work assigned to them. Workers engaged in special or skilled work shall have sufficient experience in such work and in the operation of the equipment required to perform all work properly and satisfactorily.

Any person employed by the Contractor or by any Subcontractor who the Engineer determines does not perform work in a proper and skilled manner or is intemperate or disorderly shall, at the written request of the Engineer, be removed forthwith by the Contractor or Subcontractor employing such person, and shall not be employed again in any portion of the work without the approval of the Engineer.

Should the Contractor fail to remove such person or persons as required above or fail to furnish suitable and sufficient personnel for the proper prosecution of the work, the Engineer may suspend the work by written notice until such orders are complied with.

All equipment that is proposed to be used on the work shall be of sufficient size and in such mechanical condition as to meet the requirements of the work and to produce a satisfactory quality of work. Equipment used on any portion of the project shall be such that no injury to the roadway, adjacent property, or other highways will result from its use.

When the methods and equipment to be used by the Contractor in accomplishing the construction are not prescribed in the Contract, the Contractor is free to use any methods or equipment that he demonstrates to the satisfaction of the Engineer will accomplish the work in conformity with the requirements of the Contract.

When the Contract specifies that the construction be performed by the use of certain methods and equipment, such methods and equipment shall be used unless others are authorized by the Engineer. If the Contractor desires to use a method or type of equipment other than those specified in the Contract, he may request authority from the Engineer to do so. The request shall be in writing and shall include a full description of the methods and equipment proposed to be used and an explanation of the reasons for desiring to make the change. If approval is given, it will be on the condition that the Contractor will be fully responsible for producing construction work in conformity with Contract requirements. If, after trial use of the substituted methods or equipment, the Engineer determines that the work produced does not meet Contract requirements, the Contractor shall discontinue the use of the substitute method or equipment and shall complete the remaining construction with the specified methods and equipment. The Contractor shall remove the deficient work and replace it with work of specified quality or take such other corrective action as the Engineer may direct. No change will be made in basis of payment for the construction items involved nor in Contract Time as a result of authorizing a change in methods or equipment under these provisions.

### 108.06 Temporary Suspension of Work

The Engineer has the authority to suspend the work wholly or in part, for as long as he may deem necessary, because of unsuitable weather, or other conditions considered unfavorable for continuing the work, or for as long as he may deem necessary by reason of failure of the Contractor to carry out orders given, or to comply with any provisions of the Contract. No additional compensation will be paid the Contractor because of suspension. If it becomes necessary to stop the work for an indefinite period, the Contractor shall store all materials in such a way that they will not impede the traveling public unnecessarily or become damaged in any way, and he shall take every precaution to prevent damage or deterioration of the work done; provide suitable drainage of the roadway, and erect temporary structures where necessary. The work shall be resumed when conditions are favorable or when corrective measures satisfactory to the Engineer have been applied; when, and as ordered by the Engineer in writing. The Contractor shall not stop the work without authority.

If the work is stopped by any temporary or permanent injunction, court restraining order, process or judgment of any kind, directed to either of the parties hereto, then such period or delay will not be charged against the Contract Time nor shall the Department be liable to the Contractor on account of such delay or termination of work

## EXHIBIT 3

**Section 108 — Prosecution and Progress**

## 108.07 Determination of Contract Time

The definition of Contract time and when Contract time officially begins is stated in Subsection 101.19. After the Contract has been signed by all parties, Contract time becomes the specified period of time, agreed upon by the Contractor, the Surety, and the Department, during which all Items and quantities of work set forth in the Proposal and included in the original Contract will be completed.

### A. Available Day Contracts

An available day is defined in Subsection 101.04. The Engineer will furnish the Contractor a written monthly statement showing the total number of available days charged through the preceding month. The Contractor will be allowed one week in which to file a written protest setting forth in what respect said statement is incorrect, otherwise the statement shall be deemed to have been accepted by the Contractor as correct.

### B. Calendar Day Contracts

When the Contract time is on a calendar day basis it shall consist of the number of calendar days stated in the Contract counting from the date Contract time starts as defined in Subsection 108.02, including all Sundays, holidays, and non-work days.

### C. Completion Day Contracts

When the Contract completion time is a fixed date, it shall be the date on which all work on the project shall be completed.

### D. Settlement Periods

Settlement periods shall be computed in calendar days unless otherwise stated in the contract documents.

### E. Extension of Contract Time

If satisfactory fulfillment of the Contract requires performance of work in greater quantities than those set forth in the Proposal, the Contract time allowed for performance shall be extended on a basis commensurate with the amount and difficulty of the added work as determined by the Engineer, whose decision shall be final and conclusive.

If the estimated time for the consolidation of embankments at bridge ends is extended, the Contract time will be extended as provided in Subsection 208.3.05.B.3.

If the normal progress of the work is delayed for reasons beyond his control, the Contractor shall, within 15 days after the start of such delay, file a written request to the Engineer for an extension of time setting forth therein the reasons and providing complete documentation for the delay which he believes will justify the granting of his request. The Contractor's plea that insufficient time was specified is not a valid reason for extension of time. If the Engineer finds that the work was delayed because of conditions beyond the control and without the fault of the Contractor, he may extend the time for completion in such amount as the conditions justify.

Any authorized extension of the Contract Time will be in full force and effect the same as though it was the original Contract time.

### F. Suspension of Time Charges

If the Engineer suspends the work by reason of failure of the Contractor to carry out written orders given, or to comply with any provision of the Contract, time charges will continue through the period of such suspension.

If the Contractor is declared in default, time charges will continue.

Except on completion date Contracts, time charges will not be made against the Contract when the only remaining controlling items of work are shut down by the Engineer because of seasonal limitations or temperature controls.

### G. When Time Charges Cease

Time charges will cease when all work on Contract Items have been completed to the satisfaction of the Engineer. The only exceptions to this requirement are that a satisfactory growth of vegetative cover, application(s) of nitrogen

---

5

**EXHIBIT 3**

## Section 108 — Prosecution and Progress

and Final Documentation will not be required when time charges are stopped. Final documentation includes final DBE Report, Reflectivity testing Report, and NPDES Notice of Termination. Filling of all washes and repairs to planted areas have to be accomplished as a prerequisite of vegetative cover and nitrogen condition. Maintenance of planted areas in order to produce a satisfactory growth after time charges have stopped will be performed without assessment of liquidated damages provided this work is diligently prosecuted. If, during this waiting period, maintenance of any part of the project is inadequate, the Engineer may resume time charges 10 days after written notification to the Contractor and will continue time charges until the unsatisfactory conditions are corrected.  If final documentation associated with the project is not received within fifty (50) days of the final inspection, the Engineer may resume time charges 10 days after written notification to the Contractor and will continue time charges until necessary documentation is received.

## 108.08 Failure or Delay in Completing Work on Time

Time is an essential element of the Contract, and any delay in the prosecution of the work may inconvenience the public, obstruct traffic, or interfere with business. In addition to the aforementioned inconveniences, any delay in completion of the work will always increase the cost of engineering. For this reason, it is important that the work be pressed vigorously to completion. Should the Contractor or, in case of default, the Surety fail to complete the work within the time stipulated in the Contract or within such extra time that may be allowed, charges shall be assessed against any money due or that may become due the Contractor in accordance with the following schedule:

| Schedule of Deductions for Each Day of Overrun in Contract Time | | | |
|---|---|---|---|
| Original Contract Amount | | Daily Charges | |
| From More Than | To and Including | Available Day | Calendar Day or Completion Date |
| $0 | $2,000,000 | $298 | $213 |
| $2,000,000 | $4,000,000 | $893 | $638 |
| $4,000,000 | $7,000,000 | $1,636 | $1,169 |
| $7,000,000 | $12,000,000 | $2,826 | $2,019 |
| $12,000,000 | $20,000,000 | $4,759 | $3,399 |
| $20,000,000 | $30,000,000 | $7,436 | $5,311 |
| $30,000,000 | $40,000,000 | $8,328 | $5,949 |
| $40,000,000 | $50,000,000 | $10,707 | $7,648 |
| $50,000,000 | | $11,897 | $8,498 |

When the Contract time is on either the calendar day or completion date basis, the schedule for calendar days shall be used. When the Contract time is based on an available day basis, the schedule for available days shall be used.

For each calendar day or available day, as specified, that any work shall remain uncompleted after the contract time specified for the completion of  the work required by the Contract, the sum specified in the Contract will be deducted from any money due the Contractor, not as a penalty, but as liquidated damages; provided however, that due account shall be taken of any adjustment of the contract time for completion of the work granted under the provisions of Subsection 108.07.E.

The Department may waive such portions of the liquidated damages as may accrue after the work is in condition for safe and convenient use by the traveling public.

### A.   Liquidated Damages

The amount of such charges is hereby agreed upon as fixed liquidated damages due the Department after the expiration of the time for completion specified in the Contract. The Contractor and his Surety shall be liable for liquidated damages in excess of the amount due the Contractor on the final payment.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A422BA26

## Section 108 — Prosecution and Progress

These fixed liquidated damages are not established as a penalty but are calculated and agreed upon in advance by the Department and the Contractor due the uncertainty and impossibility of making a determination as to the actual and consequential damages which are incurred by the Department, the State, and the general public as a result of the failure on the part of the Contractor to complete the work on time.

1. **Deduction from Partial Payments:** Liquidated damages, as they accrue, will be deducted from periodic partial payments.

2. **Deduction from Final Payment:** The full amount of liquidated damages will be deducted from final payment to the Contractor and/or its Surety.

3. **No Liquidated Damages Charged for Delay by the Department:** In case of default of the Contract and the subsequent completion of the work by the Department as hereinafter provided, the Contractor and his Surety shall be liable for the liquidated damages under the Contract, but no liquidated damages shall be chargeable for any delay in the final completion of the work by the Department due to any unreasonable action, negligence, omission, or delay of the Department. In any suit for the collection of or involving the assessment of liquidated damages, the reasonableness of the amount shall be presumed. The liquidated damages referred to herein are intended to be and are cumulative and shall be in addition to every other remedy now or hereafter enforceable at law, in equity, by statute, or under the Contract.

### B. No Waiver of Department's Rights

Permitting the Contractor to continue and finish The Work or any part of it after the expiration of the time allowed for completion or after any extension of time, shall not operate as a waiver of the rights of the Department under the Contract.

## 108.09 Default of Contract

If the Contractor fails to begin the work within the time specified, or fails to perform the work with sufficient workers, equipment, or materials to ensure its prompt completion, or performs the work unsuitably, or neglects or refuses to remove materials or perform anew such work as shall be rejected as defective and unsuitable, or discontinues the prosecution of the work, or from any other cause whatsoever does not carry on the work in an acceptable manner, or becomes insolvent or is adjudicated a bankrupt, or commits any act of bankruptcy or insolvency, or allows any final judgement to stand against him unsatisfied for a period of 10 days, or makes an assignment for the benefit of creditors, or fails to comply with the contract requirements regarding wage payments or EEO requirements, or fails to sign the standard release form as stipulated in Subsection 109.08 *Final Payment*, the Engineer may give notice in writing by registered or certified mail to the Contractor and the Surety, stating the nature of the deficiencies and directing that The Work including its progress be remedied and made satisfactory.

If, within 10 days after such notice, the Contractor or its Surety does not proceed in satisfactory way to remedy the faults specified in said notice, the Engineer will notify the Contractor and its Surety by registered or certified mail that the Contractor is in default and, by the same message, direct the Surety to take over the work including all of the obligations pertaining to the Contract. If the Surety takes over the work in a satisfactory way within 10 days after such notice of default, the Department will thenceforth pay to the Surety the amounts due and to become due under the Contract, less all deductions provided herein including liquidated damages. The Department shall not be liable for any sums not due under the Contract and shall not be made a party to any dispute between the Contractor and the Surety.

If the Contractor is declared in default and the work and other Contract obligations are taken over by the Surety as required by its Bond, and when all parts of the work have been completed and found to be satisfactory by the Engineer, as provided for in Subsection 105.16 *Final Inspection and Acceptance*, the said Surety is hereby constituted the attorney in fact of the Contractor for the purpose of executing such final releases as may be required by the Department or to do any other act or thing, including the execution of any documents, necessary to the completion of the Contract and a final settlement of same, including but not limited to those documents required by the provisions regarding final payment and release as set forth in Subsection 109.08.

For all purposes, as herein set out and defined, including the execution of documents necessary to the final completion and settlement of the Contract, the Surety, under such circumstances, is hereby authorized and directed by the Contractor to perform such acts and execute such documents as fully and completely as though the same were performed or executed by such contractor, and to be lawfully binding upon such Contractor as though such acts had been performed or such documents executed by him in person.

## EXHIBIT 3

## Section 108 — Prosecution and Progress

If the Surety does not take over The Work in a satisfactory way within 10 days after the notice of default, or does not proceed to finish The Work according to the Contract, the Department shall have full power and authority, without impairing the obligation of the Contract or the Contract Bond, to take over the completion of The Work; to appropriate or use any or all material and equipment on the ground that may be suitable, to enter into agreements with others for the completion of the Contract according to the terms and provisions thereof; or to use such other methods as may be required for the completion of the Contract. In so assuming the obligations of the Contractor, the Department does so as the agent of the Contractor. Assumption of these duties and obligations by the Department will not act as a release of the Contractor or its Surety from any of the provisions of this Contract. The Contractor and its Surety shall be liable for all costs incurred by the Department in completing the work and also for all liquidated damages in conformity with the terms of the Contract. If the sum of such liquidated damages and the expense so incurred by the Department is less than the sum which would have been payable under this Contract if it had been completed by the Contractor or its Surety, the Contractor, or its Surety, shall be entitled to receive the difference; and if the sum of such expense and such liquidated damages exceeds the sum that would have been payable under the Contract, the Contractor and its Surety shall be liable and shall pay to the Department the amount of such excess. Notice to the Contractor shall be deemed to have been served when delivered to the person in charge of any office used by the Contractor, its representative at or near the work or by registered or certified mail addressed to the Contractor at the last known place of business.

Time charges shall continue through a period of a default in compliance with the provisions of Subsection 108.07.F.

## 108.10 Termination of Contractor's Responsibility

Except as specified in the Contract Bond and in Subsection 107.20, the Contractor's responsibility for the work shall terminate upon final acceptance of the work by the Department.

In Process

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B4T4A422BA26

First Use: June 2016
Revised: February 27, 2020
April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### Section 110 — Electronic Delivery Management System (e-Ticketing)

*Add the following to Subsection 110.3:*

**C.** This specification will be in effect for all asphaltic concrete pavement material delivered to the project under Sections 400, 402, 404, 409, 410, and 415.

Office of Construction

## EXHIBIT 3

First use May 20, 2022

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SPECIAL PROVISION

## Section 150—Traffic Control

*Delete Subsection 150.5 and add the following:*

## 150.5 Statewide or National Elections

### A. Lane Closures

In conformance with Executive Order 14019, Access to Voting, issued on March 7, 2021, no lane closures or activities that inhibit pedestrian travel shall be allowed with one (1) mile of any polling place between the hours of 6:00 AM and 7:00 PM during statewide or national elections.

Failure to adhere to the above restrictions specified will result in the assessment of non-refundable deductions as specified in Special Provision 150.7.01.

**EXHIBIT 3**

Revised October 22, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

## Section 153—Field Engineer's Office

*Replace Section 153 with the following:*

### 153.1 General Description

This work includes providing, furnishing, and maintaining field office buildings, when the Contract requires, before beginning construction and according to this Specification. The Contractor shall possess the building while the Department uses it. See Subsection 153.3.07, *Contractor Warranty and Maintenance*.

The Engineering personnel will use the building exclusively for as long as they consider necessary, but no longer than the date of Final Acceptance of the project.

#### 153.1.01 Definitions

General Provisions 101 through 150.

#### 153.1.02 Related References

**A.  Standard Specifications**

Section 636—Highways Signs

Section 643—Fence

Section 910—Sign Fabrication

Section 911—Sign Posts

Section 912—Sign Blanks and Panels

Section 913—Reflectorizing Materials

**B.  Referenced Documents**

NFPA-10A

#### 153.1.03 Submittals

Before installing Project Office signs, submit a signage plan for this work to the Engineer for approval.

### 153.2 Materials

Ensure that all materials are of commercial grade. Sampling and testing are not required.

#### 153.2.01 Delivery, Storage, and Handling

General Provisions 101 through 150.

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-F8C2-4B74-B8E8-B474A422BA26

## Section 153 — Field Engineer's Office

### 153.3 Construction Requirements

#### 153.3.01 Personnel

General Provisions 101 through 150.

#### 153.3.02 Equipment

General Provisions 101 through 150.

#### 153.3.03 Preparation

General Provisions 101 through 150.

#### 153.3.04 Fabrication

Install a sign at the Department of Transportation Project Office in the format shown in Figure 1. This sign shall be plainly visible from the Project roadway. Fabricate and install the sign according to Section 636, Section 910, Section 911, Section 912, and Section 913.



**FIGURE 1**

If the Project Office is not located adjacent to the Project roadway, install a second sign on the Project according to these specifications and as directed by the Engineer and enough guide signs to direct the traveling public to the Project Office.

Guide signs shall be 24 in. (600 mm) high by 42 in. (1050 mm) wide with 4 in. (100 mm) high lettering and shall include a directional arrow. The guide sign shall have a white legend with a blue background. Refer to Figures 2 and 3.

Before installing the signs, submit a signage plan to the Engineer for this work.

**EXHIBIT 3**

## Section 153 — Field Engineer's Office



| FIGURE 2 | FIGURE 3 |
|----------|----------|

### 153.3.05 Construction

**A.  Field Engineer's Office Location**

Current field office buildings are designated as Type 3. Type 1 and Type 2 field offices are obsolete.

**Office Building Type 3:**  Place this office either within the Project limits or near the Project at the Engineer's direction. Place the building within 1000 ft. (300 m) of a power line if possible. If power lines are farther than 1000 ft. (300 m) away, payment shall be made according to Subsection 153.5.

The preferred location for the field office is within the project limits.  Whether the field office is placed within the project limits or not, all locations shall meet all Federal, State, and Local laws and environmental codes and regulations. Field office request shall be submitted in writing to the Department for review prior to placement. The contractor shall be responsible for verifying that the location is not in an environmental sensitive area. The contractor shall be responsible for obtaining all permits.

**B.  Building Requirements**

The Field Engineer's office may be a building, house, mobile office, or trailer if it is approved and conforms closely to this specification. Ensure that the office building meets the following minimum requirements:

   **1.  Dimensions:** All measurements shown are clear inside dimensions.

|  | Constructed on Project | | | Commercially Produced | | |
|---|---|---|---|---|---|---|
|  | In Linear Feet (Meters) | | | In Linear Feet (Meters) | | |
| Building | Width | Length | Head-room | Width | Length | Head-room |
| Type 3 | 12 (3.66) | 50 (15.24) | 8 (2.44) | 11.5 (3.51) | 49.5 (15.09) | (2.13) |

   **2.  Doors and Windows:** Ensure that each building has at least two standard height solid entrance doors with locks. Provide the Department 6 sets of entry keys.  At least one of the doors shall have a covered entranced.

   Each wall, unless predominately occupied by a door, shall have at least one hinged, jalousied, or sliding window that is glazed, screened, and fitted with venetian blinds. Each window shall measure at least 6.5 ft.² (0.6 m²), except the window in the toilet area which may be 3.25 ft.² (0.3 m2).  Each Type 3 building shall have at least 8 windows.

   **3.  Walls and Roof:** If the building is constructed on the Project, construct the walls and roofs of all building types with studs and rafters measuring 2 in. by 4 in. (38 mm by 89 mm).

   Include in the walls and ceilings insulating material that is at least 1 1/4 in. (32 mm) thick and made of rock wool, fiberglass, or other non-flammable material. Ensure that this material is in all inner wall and ceiling cavities**.**

# EXHIBIT 3

## Section 153 — Field Engineer's Office

    **a.** Walls: Cover both sides of the walls with 3/8 in. (10 mm) plywood (exterior grade on the outside). No open cracks or knotholes are permitted. Standard wall construction is accepted if the walls are commercially produced.

    **b.** Roof: Ensure that the roof is watertight and has a minimum slope of 1:12 in one direction, away from the door. Ensure that the roof's eaves are at least 12 in. (300 mm). If the building is commercially produced, an arched roof without eaves is acceptable.

**4. Ceiling:** Cover the ceiling on all building types on the inside of the roof rafters with 3/8 in. (10 mm) plywood if constructed on the project. A standard ceiling will be accepted if the building is commercially produced.

**5. Floor:** Ensure that the floor is a minimum of 12 in. (300 mm) above the ground on 2 in. by 6 in. (38 mm by 152 mm) joists. The floor may be timber. No open cracks or knotholes are permitted.

**6. Heater:** Provide an oil fired, gas, or electric heater. But ensure that the heater can maintain an inside minimum temperature of 72 °F (22 °C).

Properly vent oil and gas units to the outside, provide adequate outside fuel storage, and connect with suitable feed lines.

Gas units may be connected to a commercial gas main, if available.

**7. Worktables:** Provide a minimum of four (4) standard dimension desks. They shall be provided with a minimum of 1 1/8 in. (28mm) wood grain laminated tops with 23 in. (575mm) deep files and heavy-duty steel ball bearing drawers and locking center drawer and keys. Provide one (1) 5 ft. by 3 ft. (1500mm by 900mm) adjustable from 0 to 45 degree and 38 in. (950mm) high drafting table. Provide two (2) 6 ft. by 2.5 ft. (1800mm by 750mm) standard height folding tables.

**8. Chairs and Stools:** Provide one (1) posture stool with supportive backrest, waterfall edge seat and instant height lever (26 in. to 30 in.) (650mm to 750mm). Provide a minimum of six (6) fully braced stackable full 2 in. (50mm) thick 16 in. X 15 in. (400mm by 375mm) seats with armrests and chrome frames. Provide six (6) standard folding metal chairs. Provide a minimum of four (4) swivel chairs with arms and a 19 in. X 19 in. (475mm X 475mm) foam cushion and upholstered seat adjustable from 16 ½ in. to 20 in. (415mm to 500mm) high.

**9. Miscellaneous Storage Shelves:** Provide 6 linear ft. (1800 linear mm) of storage shelves for books, etc. on each end of the building.  If two 3 ft. (900 mm) shelves are furnished, place them at least 1 ft. (300 mm) apart vertically.

**10. Toilet Facilities:** Provide indoor toilet facilities that meet local sanitary codes. Provide consumable and non-consumable goods (toilet paper, paper towels, hand soap, bathroom cleaning supplies, toilet brush, plunger, etc.) for the life of the project.

**11. Utilities:** Connect all utilities including water, sewage, gas, electricity, and telephone service to their service source, ready for use, before the Engineer's occupancy. Process and pay the monthly bills for all utility services.

**12. Electric Service:** Provide 120/240-volt electric service that meets code.

**13. Hot Water:** Provide hot water to the bathroom sink.

**14. Air Conditioner:** Provide an air conditioning unit capable of cooling the building to maintain an inside temperature at least 20 °F (7 °C) cooler than the outside temperature.

**15. Fire Extinguisher:** Equip each building with at least one approved fire extinguisher that meets the following requirements:

- Multipurpose dry chemical type extinguisher
- Underwriters Laboratory rating 4A-40BC

Mount the extinguisher(s) in a convenient and conspicuous location that is easily accessible from any part of the building.

# EXHIBIT 3

Maintain the extinguisher(s) according to the requirements of NFPA–10A.

**16. Telephone:** Provide two voice lines, with rollover capabilities, connected to two handsets (located on either end of the office). Install and maintain these lines for the life of the project. Provide telephone access to the Local Area Telephone Service (LATS) only for outgoing, credit card, collect and toll-free calls. Ensure that the telephones can receive incoming non-collect long-distance calls.

Provide the telephone with conference call capabilities; provide an automatic answering system that can give a greeting message, record incoming messages, and activate remotely.

**17. Project Sign:** Complete as shown in Subsection 153.3.04, *Fabrication*. Install at the Department of Transportation Project Office at a location plainly visible from the project roadway.

**18. Locking File Cabinets:** Provide two (2) four-drawer, letter size, steel, fireproof, lockable, and must have at least two keys.

**19. Plan Racks:** Provide rack(s) capable of holding one complete sets of project plans (not more than 100 sheets per hanger).

**20. Enclosed Closet:** Provide one closet at least 3 ft. by 3 ft. (900 mm by 900 mm) with a lockable door and at least two keys.

**21. Potable Water:** Provide potable drinking water by a water cooler or bottled water.

**22. Garbage:** Provide 6 office trash cans. Provide dumpster, or exterior garbage cans, with pickup for a minimum of twice monthly.

**23. Outside Electrical Receptacle:** Provide a weather-proof, exterior 220-volt electrical receptacle attached to a power source.

**24. Chain Link Fence:** Field office compound to be fenced in for the sole use and purpose for the Department's field Engineer's Office.  Provide a minimum of 600 ft. (180 m) of 6 ft. (1.8 m) high chain link fence with an extension arm and barbed wire as specified in Section 643. Equip the fence with matching gates and meeting the requirements of Section 643 and consisting of a double 7 ft. (2.1 m) by 6 ft. (1.8 m) and a single 4 ft. (1.2 m) by 6 ft. (1.8 m) gate. Include a positive-type locking devices, padlock and a minimum of two keys for each gate. Ensure the fence encompasses the entire compound.

**25. Security Light:** Provide two 150-watt high-pressure sodium, or LED equivalent, security lights with photoelectric controls. Place as directed by the Engineer.

**26. Aggregate Surface Course:** Place and spread 250 tons (225 Mg) of aggregate surface course on the Office grounds where indicated by the Engineer to facilitate parking. Remove aggregate and grass the area upon completion of the project or leave-in-place if property owner accepts the placed material as-is and provides an appropriate release waiver.

**27. Office Support:** The Office shall be supported with concrete blocks with mortar joints, and it shall be anchored with ten storm-tie-down anchors. Enclose the area between the ground and the bottom of the Office with a vinyl skirting that matches the Office's siding.

**28. Alarm System:** Install an alarm system that includes the following items and maintain in good operating condition:

- SRN-2000 Enforced Bisonic with NAPCO Magnum Alert 850 – control box or Honeywell Vista-10P Master Control Panel with Honeywell 6150RF keypad or equivalent. System shall be connected to a monitoring system via a telephone line, or via wireless connectivity.
- All doors and windows with contacts.
- Outside sirens with contacts.
- Tamper-proof box with contacts.
- Inside sirens with contacts.
- Two smoke and heat detectors.

---

# EXHIBIT 3

## Section 153 — Field Engineer's Office

Tie all of the above equipment to a 24-hour control monitoring system (BRK –2812TH or equivalent).

Process and pay the monthly bills for the alarm system and monitoring.

**29. Information Technology:**

Provide technology meeting the following minimum requirements:

**a.** Copying Machine / Printer:

Furnish the Field Office with one copying machine/printer with network printing abilities to be installed and maintained for the life of the Project. Furnish machine having the capability of scanning, printing, emailing, and copying letter-size (8 ½" x 11"), legal-size (8 ½"x 14"), ledger-size (11" x 17"), two-sided copies, at least thirty copies per minute, and possess an auto-feed feature.  Furnish all consumable and non-consumable supplies for the life of the Project.

**b.** Uninterruptible Power Supply:

American Power Conversion Corporation Back-UPS BE750G or Cyberpower OR750PFCLCD or equivalent (minimum 5 receptacles).

**c.** Cable, 4G/LTE Broadband, or DSL Internet Service:

Provide Cable, 4G/LTE Broadband, or DSL Internet Service with static IP address as approved by GDOT IT Infrastructure.   4G/LTE modem shall be compatible with Mobile Broadband Router.  This must be a turn-key solution that includes ISP modem/router capable of handoff to an unmanaged 16 port switch

**d.** Office to be punched-out and wired for CAT6:

CAT6 network jacks should be installed approximately every 10 feet along the walls of the trailer (restroom excluded), with a minimum of 4 network jacks per side office, and a minimum of 6 network jacks in the main room.  CAT6 cables will be run from the CAT6 network jacks back to field office closet and terminate into a patch panel.  All network jacks shall be terminated, tested, toned, and labeled.  Contractor to provide a 16-port unmanaged gigabit switch and cables to connect patch panel to switch.  Contractor shall also provide a shelf to support the equipment 5 feet off the floor, and a power source in the closet to power network equipment.

**e.** Available subnets for network:

Subnets configured must not overlap internal GDOT corporate subnets.  The below subnets are what GDOT currently uses for their corporate networks.

| | | | |
|---|---|---|---|
| · 10.28.0.0/16 | · 10.10.255.0/24 | · 10.10.52.0/24 | · 10.201.0.0/16 |
| · 10.38.0.0/16 | · 10.11.255.0/24 | · 10.10.51.0/24 | · 10.202.0.0/16 |
| · 143.100.0.0/16 | · 192.168.0.0/16 | · 10.2.105.0/24 | · 10.110.0.0/16 |
| · 10.90.0.0/15 | · 10.0.105.0/24 | · 10.251.0.0/16 | · 10.160.0.0/16 |
| · 10.99.0.0/15 | · 10.1.105.0/24 | · 10.255.0.0/16 | · 10.220.0.0/16 |
| · 10.100.0.0/16 | · 10.2.205.0/24 | · 10.252.0.0/15 | · 10.10.0.0/16 |
| · 172.20.0.0/16 | | | |

**30. Concrete Cylinder Curing Box:** Furnish a Concrete Curing Box for any project that requires the placement of concrete. The curing box and its components shall be constructed of non-corroding materials and shall be capable of storing a minimum of 22 test cylinders, 6 in. by 12 in. (150 mm by 300 mm) stored vertically with the lid closed. Additional capacity may be required on large projects at the direction of the Engineer. The curing box shall be equipped with heating/cooling capabilities, automatic temperature control, and a maximum/minimum (high/low) temperature readout. The curing box shall be capable of meeting the moisture and temperature requirements of AASHTO T 23.

**C. Installation timeframe**

The Field Engineer's Office location shall be submitted to the Engineer within 10 days of receiving the Notice to proceed. Upon approval of the location by the Department, the complete installation of the Field Engineer's Office shall occur within 60 days of the location approval.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## Section 153 — Field Engineer's Office

### 153.3.06 Quality Acceptance

General Provisions 101 through 150.

### 153.3.07 Contractor Warranty and Maintenance

Whether the building is owned, leased, or rented, the Contractor who provides the building retains possession of each office building. Contractor shall provide regular maintenance to the facility, to include weed control and pest control.

The Engineer will control the use, location, relocation, and removal of the building. When the building is no longer needed, remove each building from the Project at the Engineer's direction.

Retain possession of all items that are required as part of the Field Office when the Engineer determines that these items are no longer needed.

## 153.4 Measurement

Field Engineer's offices Type 3, as required by the Engineer, will be paid for per each; provided each was moved to or constructed on the Project according to the Specifications.

### 153.4.01 Limits

The offices are measured for payment on each project one time only regardless of the number of times they are moved at the Engineer's direction.

## 153.5 Payment

The use of each office building eligible for payment is paid for at the Contract Unit Price bid. Payment is full compensation for the cost of the location, materials, design, construction, furnishings, maintenance, fuel, water, sewage disposal, garbage service, electricity, telephone service, movements within the Project, and movement to and from the Project. Failure to completely install or maintain the Field Engineer's Office may result in the Department withholding progress payments on the project.

The cost of necessary transformers is included in the price bid for Type 3 office buildings. Any cost incurred for carrying electric current over 1000 ft. (300 m) from a power line is paid for by Force Account.

Payment for each Field Engineer's office is made in two installments:

- 65 percent of the Contract Price is paid when the office is completely installed and ready for occupancy.
- 35 percent is paid when the Department has finished using the office.

Payment will be made under:

| Item No. 153 | Field Engineer's Office Type 3 | Per each |
|---|---|---|

7

**EXHIBIT 3**

June 18, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 315—Cement Stabilized Reclaimed Base Construction (CSRB)

*Replace Section 315 with the following:*

### 315.1 General Description

This work includes constructing a cement stabilized base course by pulverizing the existing flexible pavement, underlying base and subgrade, and mixing with Portland cement. Construct according to these specifications and to the lines, grades, thickness, and typical cross-sections shown on the plans or established by the Engineer.

#### 315.1.01 Related References

General Provisions 101 through 150

**A.   Standard Specifications**

Section 109—Measurement and Payment

Section 301—Soil Cement Construction

Section 412—Bituminous Prime

Section 814—Soil Base Materials

Section 821—Cutback Asphalt

Section 824—Cationic Asphalt Emulsion

Section 830—Portland Cement

Section 880—Water

**B.   Referenced Documents**

GDT 19 – Determining Maximum Density of Soil-Cement mixtures

GDT 20 – Determining Field Density of soils with <45% retained on the No. 10 sieve and < 10% retained on the 1 in. sieve

GDT 21 - Determining Field Density of soils containing >45% retained on the No.10 sieve or >10% retained on the 1 in. sieve

GDT 59 - Testing Density of roadway materials with Nuclear Gauge

GDT 65 – Laboratory Design of Soil-Cement and Cement Stabilized Graded Aggregate

GDT 67 – Family of Curves Method for determining Maximum Density of soils

GDT 86 – Determining the compressive strength of Cement Stabilized Base cores taken from the roadway

**EXHIBIT 3**

## Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)

### 315.1.02 Submittals

Prior to construction, submit a Construction Work Plan to the Engineer consisting of the proposed equipment, materials, and operation procedures. If the Engineer determines that the work plan is not satisfactory, revise the procedures and augment or replace equipment, as necessary, to complete the work.

### 315.1.03 Mix Design

The Contractor shall submit a mix design to the Office of Materials and Testing for approval at least three weeks prior to construction. The Mix Design process shall be completed in accordance with GDOT Test Method/GDT 65 by an accredited materials laboratory. The sampling, testing, proportioning, and documentation shall be completed by an accredited materials laboratory. The Contractor will be responsible for ensuring that appropriate traffic control measures are in place during the sampling operations. In-place samples of the road structure shall be taken at a minimum frequency of 1000 ft. (300m) per two lanes; alternating the sample locations to achieve a sample every 500 lane-feet (152m). Additional samples may be needed to represent material changes and/or problem areas. Each sample shall contain at least 30 lbs. (14kg) of proportionally blended materials to be reclaimed. The Portland cement used in the design process must be from an approved source listed on GDOT's Qualified Products List/QPL3 and representative of the same material to be used in construction.

The mix design submittal to the Office of Materials and Testing shall include the following:

1. Approximately 100 lbs. (45kg) of proportionally blended material from all in-place samples taken from the roadway.
2. A one-gallon sample (plastic container) of the stabilizer used in the mix design.
3. All Test Data (charts, graphs, spreadsheets, etc.) along with design parameters. Test data should include the target gradation of the blended material, optimum moisture content of mixing, and application rate of the stabilizer to meet the design requirements.

Note: Since the Mix Design is based on source specific materials, any changes to materials or sources will render the design invalid.

## 315.2 Materials

Ensure that materials meet the requirements of the following GDOT Standard Specifications:

| Material | Section |
|---|---|
| Blotter material (sand) | 412.3.05.G.3 |
| Soil Base Material | 814.2.02 |
| Cutback asphalt, RC-30, RC-70, RC-250 or MC-30, MC-70, MC-250, CSS-1h, AE-P, CRS-2 | 821.2.01 |
| Portland Cement (Type I or Type II) | 830.2.01 |
| Water | 880.2.01 |

EXHIBIT 3

## Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)

### 315.3 Construction Requirements

#### 315.3.01 Personnel

Ensure that only experienced and capable personnel operate equipment.

#### 315.3.02 Equipment

Equipment used in CSRB construction must meet the following requirements and be approved by the Engineer prior to the beginning of construction. All equipment shall be in satisfactory condition and capable of its intended purpose. The Engineer may at any time reject any equipment that is deemed unsafe, erratic, or produces an inadequate performance.

Note: Equipment type, size, operation and condition are subject to the Engineer's approval and must be adjusted and/or replaced upon their request.

**A. Reclaimer**

CSRB will require a reclaimer unit that meets the following requirements:

1. Designed expressly for reclamation capable of pulverizing and mixing through asphaltic pavement, granular/soil base, Subbases, and subgrade down to depths of at least 12 in. (300mm).

2. Having a cutting drum with a minimum width of 8 ft. (2m).

3. Capable of continuously mixing materials to a homogenous blend and at a consistent depth.

4. Powered by an engine of at least 500 horsepower with steerable front and rear wheels.

5. Controlled by an electronic metering system capable of injecting mix water directly into the mixing chamber and has automatic sensors to monitor water application and mixing depth.

**B. Spreader**

For CSRB construction, use a cyclone-type mechanical spreader or its equivalent that will spread Portland cement in a relatively dust-free process. Spreader must have an electronic or mechanical metering system which monitors the application rate.

Note: The use of pneumatic tubes to transfer cement or lime directly onto the roadway will not be allowed.

**C. Additional Equipment (Water Truck, Compaction and Grading equipment, and Prime Distributer)**

Additional equipment necessary to complete the work must be in satisfactory condition and proper for its intended purpose. Compactive equipment includes a sheep's foot roller, vibratory steel wheel roller and a pneumatic rubber tire roller. Use the correct size/type rollers or combination thereof that is capable of achieving the required density. A pressure distributor that complies with GDOT Standard Specifications/Subsection 424.3.02.B will be required to apply the bituminous prime coat.

Note: Equipment type, size, operation and condition are subject to the Engineer's approval and must be adjusted and/or replaced upon their request.

#### 315.3.03 Preparation

Prior to commencing reclaiming operations, blade grass and excess soil a minimum of 12 in. (300mm) from the edge of pavement. Locate, mark and preserve existing centerline, manholes, and utilities (gas, water, and electric lines). Relocate mailboxes and other appurtenances within such proximity to the roadway as to risk damage or interfere with the work. Remove sections of driveway aprons in the right-of-way where necessary to permit the reclaimer to operate without damaging the machinery or driveway pavement. If necessary, saw-cut a neat parallel line to the proposed edge of pavement and remove the concrete along the road. After all work is complete, replace appurtenances to their original location as nearly as possible.

## EXHIBIT 3

## Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)

### 315.3.04 Construction

**A. Weather Limitations**

1. Mix only when the weather permits the course to be finished without interruption and within the time specified.

2. Mix materials only when the moisture of the materials to be used in the mixture meets the specified limits.

3. Begin mixing only when the air temperature is above 40°F in the shade and rising.

**B. Moisture Adjustment**

Adjust the moisture content of the roadway materials to within 100 to 120 percent of the optimum moisture immediately before spreading the cement. The optimum moisture content is determined by the Job Mix Design and can be adjusted by the Engineer.

**C. Cement Application**

1. Apply cement on days when wind will not interfere with spreading.

2. Apply cement at the rate specified on the Job Mix Design (as established by GDT-65) and mix to the depth shown on the Plans. The Engineer may alter the spread rate during the progress of construction if necessary. Maintain the application rate within $\pm$ 10 percent of that specified by the Engineer.

3. Provide both equipment and personnel to measure the application rate of cement placed. Each tanker of cement shall be checked by using a square yard cloth/certified scales and by determining the overall coverage area of each tanker. Multiple checks may be necessary to ensure that the spread rate is maintained within the ± 10 percent limit.

4. If the cement content falls below the 10 percent limit in the mixing area, add additional cement to bring the affected area within the tolerance specified, make necessary adjustments to the spreader, and perform additional checks to ensure the problem is corrected.  If the cement content is more than the 10 percent limit in the mixing area, the excess quantity will be deducted from the Contractor's pay for cement.

5. Regulate operations to limit the application of cement to sections small enough so that all of the mixing, compacting, and finishing operations can be completed within the required time limits.

6. Pass only spreading and mixing equipment over the spread cement and operate this equipment so that it does not displace cement.

7. Replace damaged cement at no cost to the Department when damage is caused by:

   a. Hydration due to rain, before or during mixing operations.

   b. Spreading procedures are contrary to the requirements stated above.

   c. Displacement by the Contractor's equipment or other traffic.

**D. Mixing**

1. Begin mixing as soon as possible after the cement is spread and continue until a homogeneous and uniform mixture is produced. The Engineer at any time may require adjustments or replacement of equipment if a homogeneous and uniform mixture conforming to these Specifications is not achieved.

2. Continue pulverizing until the base mixture is uniform in color and conforms to the following gradation requirements:

   a. 100 percent passing the 3 in. sieve (76.1mm) or the natural size of the in-situ aggregate.

   b. 55 percent of the roadway material, excluding gravel, passes the No. 4 sieve (4.75mm).

3. Add water as needed to maintain or bring the moisture content to within the moisture requirements immediately after the preliminary mixing of the cement and roadway material.

4. Mix the additional water homogeneously into the full depth of the mixture.

**E. Compaction and Finishing**

1. Test Section

**EXHIBIT 3**

**Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)**

    a.  A test section shall be constructed with the first tanker of cement delivered to the project. The length of the test section will be determined by area in which the entire tanker of cement will cover.

    b.  The Engineer will evaluate compaction, moisture, homogeneity of mixture, thickness of stabilization, and finished base surface. If the Engineer deems necessary, revise the compaction procedure or replace equipment.

2.  Time Limits

    a.  Complete compaction within 2 hours after the cement has been applied.

    b.  Do not perform vibratory compaction on materials more than 90 minutes old, measured from the time cement was added to the mixture.

    c.  Complete all operations within 4 hours from adding cement to finishing the surface.

3.  Moisture Control

    a.  During compaction, ensure that the moisture is uniformly distributed throughout the mixture at a level of between 100 and 120 percent of the optimum moisture content.

4.  Compaction Requirements

    a.  Use a sheep's foot roller, steel wheel roller or pneumatic-tired roller for initial compactive effort unless an alternate method is approved by the Engineer.

    b.  Compact the cement-stabilized base course to at least 98 percent of the maximum dry density established on the Job Mix Design.

    c.  Uniformly compact the mixture and then shape to the grade, line, and cross- section shown on the Plans.

    d.  Remove all loosened material accumulated during the shaping process. Do not use additional layers of cement-treated materials in order to conform to cross-sectional or grade requirements.

    e.  Use a pneumatic-tired roller to roll the finished surface until it is smooth, closely knit, and free from cracks or deformations, and conforming to the proper line, grade, and cross-section.

    f.  In places inaccessible to the roller, obtain the required compaction with mechanical tampers approved by the Engineer. Apply the same compaction requirements as stated above in Subsection 315.3.04.E.4.

    g.  Perform grading operations immediately after the placement and compaction operations. Roll the stabilized base course again with a pneumatic-tired roller.

**F.  Construction Joints**

1.  Form a straight transverse joint at the end of each day's construction or whenever the work is interrupted.

2.  Create the straight transverse joint by cutting back into the completed work to form a true vertical face free of loose or shattered material.

3.  Form the joint at least 2 ft. (0.6m) from the point where the spreader strike-off plate comes to rest at the end of the day's work, or at the point of interruption.

4.  Form a longitudinal joint as described above if cement-stabilized mixture is placed over a large area where it is impractical to complete the full width during one day's work. Use the procedure for forming a straight transverse joint. Remove all waste material from the compacted base.

**EXHIBIT 3**

**Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)**

**G. Priming the Base**

1. The surface of the completed base course must be moist cured until the bituminous prime is applied.

2. Apply prime only to an entirely moist surface. If weather delays prime application, apply prime as soon as the surface moisture is adequate.

3. Apply bituminous prime according to GDOT Standard Specifications/Section 412 as soon as possible and in no case later than 24 hours after completion of the finishing operations.

4. Protect finished portions of the cement-stabilized base course that are used by equipment in the construction of an adjoining section to prevent marring or damaging of the completed work. Protect the stabilized area from freezing during the curing period.

5. Apply cure coat depending on project ADT:
   • < 400 ADT: Prime and sand.
   • ≥ 400 ADT:  Apply single 89 surface treatment layer.

**H. Opening to Traffic**

1. Correct any failures caused by traffic at no additional cost to the Department.  Make repairs specified in GDOT Standard Specifications/Subsection 300.3.06.B whenever defects appear. This preservation action does not relieve the Contractor of his responsibility to maintain the work until final acceptance as specified in GDOT Standard Specifications/Section 105.

**315.3.05 Quality Acceptance**

**A. Compaction Tests**

1. Determine the maximum dry density from representative samples of compacted material, according to GDOT Test Method/GDT 19 or GDT 67.

2. Determine the in-place density of finished courses according to GDOT Test Method/GDT 20, GDT 21 or GDT 59  as soon as possible after compaction, but before the cement sets.

**B. Gradation Tests**

1. Ensure that the gradation of the completely mixed cement-stabilized base course meets the requirements as stated above in Subsection 315.3.04.D.2.

**C. Finished Surface Tests**

1. Check the finished surface of the cement-stabilized base course transversely using one of the following tools:
   a. A template, cut true to the required cross-section and set with a spirit level on non-super elevated sections.
   b. A system of ordinates measured from a string line.
   c. A surveyor' level.

2. Ensure the ordinates measured from the bottom of the template, string line, or straightedge, to the surface do not exceed ½ in. (12.5mm) at any point.

**EXHIBIT 3**

## Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)

**D.  Thickness Tolerances**

**1.**  Determine the thickness of the cement-stabilized base course by making as many checks as necessary to determine the average thickness, but not less than one check per 1000 ft. (300m) per 2 lanes. Checks shall be taken after the completion of the base course and prior to priming.

**2.**  If any measurement is deficient in thickness by more than ½ in. (12.5mm), make additional measurements to isolate the affected area. Correct any area deficient by more than ½ in. (12.5mm) to the design thickness by using one of the following methods:

**a.**  Apply GDOT approved asphaltic concrete 9.5mm Superpave.

**b.**  Reconstruct to the required thickness.

No payment will be made for any Asphaltic Concrete 9.5mm Superpave used to correct deficiencies nor will pavement be made for removing and reconstructing the deficient work.

**3**  If any measurement exceeds thickness by more than ½ in. (12.5mm), make additional measurements to isolate the affected area. If the basis of payment is per cubic yard and the average thickness for any mile increment exceeds the allowable ½ in. (12.5mm) tolerance the excess quantity in that increment will be deducted from the Contractor's payments. The excess quantity is calculated by multiplying the average thickness that exceeds the allowable ½ in. (12.5mm) tolerance by the surface area of the base, as applicable.

## 315.4 Measurement

**A.  Cement-Stabilized Base Course**

Measure the surface length along the centerline when payment is specified by the square yard. The width is specified on the plans. Measure irregular areas, such as turnouts and intersections, by the square yard.

**B.  Portland Cement**

Measure Portland cement by the ton.

**C.  Bituminous Prime**

Bituminous prime is not measured for separate payment. Include the cost of furnishing and applying bituminous prime according to the provisions of GDOT Standard Specifications/Section 412 in the Unit Price Bid for each individual base item.

## 315.5 Payment

**A.  Cement-Stabilized Base Course**

Cement-stabilized base, in-place and accepted, will be paid for at the Contract Unit Price per square yard. Payment will be full compensation for roadbed preparation, mixing on the road, shaping, pulverizing, watering, compaction, defect repair, bituminous prime and maintenance.

**B.  Portland Cement**

Portland cement will be paid for at the Contract Unit Price per ton. Payment is full compensation for furnishing, hauling, and applying the material. Only Type I or Type II Portland cement incorporated into the finished course will be paid for and no payment will be made for cement used to correct defects due to the Contractor's negligence, faulty equipment, or error.

# EXHIBIT 3

**Section 315 — Cement Stabilized Reclaimed Base Construction (CSRB)**

Payment will be made under:

| Item No. 315 | Cement Treated Base Course | Per square yard (meter) |
|---|---|---|
| Item No. 315 | Portland Cement | Per ton (megagram) |



**EXHIBIT 3**

January 21, 2022

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 415—Asphaltic Concrete Open-Graded Crack Relief Interlayer

*Delete Section 415 and substitute the following:*

## 415.1 General Description

The work includes constructing a bituminous plant produced Asphaltic Concrete Open-Graded Crack Relief Interlayer (OGI) over the existing roadway surface. The mixture shall serve as asphaltic concrete leveling over irregular surfaces and provide mitigation for reflective cracking prior to the placement of the final surface pavement. The mixture shall conform to the lines, grades, thicknesses, typical sections and cross sections shown on the plans or established by the Engineer.

This section includes the requirements for Asphaltic Concrete Open-Graded Crack Relief Interlayer mixtures regardless of the gradation of the aggregates, type and amount of bituminous material, or pavement use. Follow the requirements in Section 400, Section 402 and Section 828 for production and placement, materials, equipment, and acceptance plans except as noted or modified in this specification.

Acceptance of the work is on a lot-to-lot basis according to the requirements of this Section, Section 400, Section 402 and Section 106.

### 415.1.01 Definitions

Asphaltic Concrete Open-Graded Crack Relief Interlayer: an open graded mixture placed at a lift thickness that yields stone on stone contact that provides in-place air void content of 18 to 22 percent to mitigate existing cracking within asphaltic concrete pavements.

### 415.1.02 Related References

**A.  Standard Specifications**

Section 106—Control of Materials

Section 109—Measurement and Payment

Section 152—Field Laboratory Building

Section 400 – Hot Mix Asphaltic Concrete Construction

Section 402 – Hot Mix Recycled Asphaltic Concrete

Section 413—Bituminous Tack Coat

Section 800 – Coarse Aggregate

Section 802 - Aggregates for Asphaltic Concrete

Section 820 – Asphalt Cement

Section 828—Hot Mix Asphaltic Concrete Mixtures

Section 831 – Admixtures

Section 882 – Lime

Section 883 – Mineral Filler

**EXHIBIT 3**

**Section 415 — Asphaltic Concrete Open-Graded Crack Relief Interlayer**

B. **Referenced Documents**

AASHTO T 209

AASHTO T 202

AASHTO T 49

AASHTO T 315

Department of Transportation Standard Operating Procedure (SOP) 27

Department of Transportation Standard Operating Procedure (SOP) 15

Department of Transportation Standard Operation Procedure (SOP) 40

GDT 38

GDT 73

GDT 83

GDT 114

GDT 119

GDT 125

GDT 126

GSP 15

GSP 21

QPL 1

QPL 2

QPL 7

QPL 26

QPL 39

QPL 41

QPL 45

**415.1.03 Submittals**

A. **Invoices**

Furnish formal written invoices from a supplier for all materials used in production of HMA when requested by Department. Show the following on the Bill of Lading:

- Date shipped
- Quantity in tons (megagrams)
- Included with or without additives (for asphalt cement)

Purchase asphaltic cement directly from a supplier listed on Qualified Products List 7 and provide copies of Bill of Lading at the Department's request.

**EXHIBIT 3**

## Section 415 — Asphaltic Concrete Open-Graded Crack Relief Interlayer

**B.   Paving Plan**

Before starting asphaltic concrete construction, submit a written paving plan to the Engineer for approval. Include the following on the paving plan:

- Proposed starting date
- Location of plant(s)
- Rate of production
- Average haul distance(s)
- Number of haul trucks
- Paver speed feet (meter)/minute for each placement operation
- Mat width for each placement operation
- Number and type of rollers for each placement operation
- Sketch of the typical section showing the paving sequence for each placement operation
- Electronic controls used for each placement operation
- Temporary pavement marking plan

If staged construction is designated in the plans or contract, provide a paving plan for each construction stage.

If segregation is detected, submit a written plan of measures and actions to prevent segregation. Work will not continue until the plan is submitted to and approved by the Department.

**C.   Job Mix Formula**

Submit to the Engineer a written job mix formula proposed for each mixture type to be used based on an approved mix design. Furnish the following information for each mix:

- Specific project for which the mixture will be used
- Source and description of the materials to be used
- Mixture I.D. Number
- Proportions of the raw materials to be combined in the paving mixture
- Single percentage of the combined mineral aggregates passing each specified sieve
- Single percentage of asphalt by weight of the total mix to be incorporated in the completed mixture
- Single temperature at which to discharge the mixture from the plant
- Theoretical specific gravity of the mixture at the designated asphalt content
- Name of the person or agency responsible for quality control of the mixture during production

Do the following to have the formulas approved in accordance with SOP 40 *Approval of Contractor Job Mix Formulas* and to ensure their quality:

1. Submit proposed job mix formulas for review at least two weeks before beginning the mixing operations.

2. Do not start hot mix asphaltic concrete work until the Engineer has reviewed and approved a job mix formula for the mixture to be used. No mixture will be accepted until the job mix formula is approved.

3. Provide mix designs for all Asphaltic Concrete Open Graded Crack Relief Interlayer mixtures to be used. PG binder grades PG 64-22 and PG 67-22 may be used interchangeably but separate Job Mix Formulas must be submitted and approved for any PG Grade change.

4. After a job mix formula has been approved, assume responsibility for the quality control of the mixtures supplied to the Department according to Subsection 106.01, *Source of Supply and Quantity of Materials*.

**D.   Quality Control Program**

Submit a Quality Control Plan to the Office of Materials and Testing for approval. The Quality Control Program will be included as part of the certification in the annual plant inspection report.

## EXHIBIT 3

**Section 415 — Asphaltic Concrete Open-Graded Crack Relief Interlayer**

## 415.2 Materials

The requirements established in Section 400 are to be followed for Asphaltic Concrete Open-Graded Crack Relief Interlayer production and placement, materials, equipment, and acceptance plans except as noted or modified in this specification.

Ensure that materials comply with the specifications listed in Table 1.

### TABLE 1—MATERIALS SPECIFICATIONS

| Material | Subsection |
|---|---|
| Asphalt Cement, Grade Specified | 820.2 |
| Coarse Aggregates for Asphaltic Concrete | 802.2.02 |
| Fine Aggregates for Asphaltic Concrete | 802.2.01 |
| Mineral Filler | 883.1 |
| Heat Stable Anti-Stripping Additive | 831.2.04 |
| Hydrated Lime | 882.2.03 |
| Silicone Fluid (When approved by the Office of Materials and Testing) | 831.2.05 |
| Bituminous Tack Coat: PG 58-22, PG 64-22, PG 67-22 | 820.2 |
| Cationic emulsified asphalt CSS-1h, CRS-1h, CRS-2h, | 824.2.01 |
| Hot Mix Asphaltic Concrete Mixtures | 828 |

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## Section 415 — Asphaltic Concrete Open-Graded Crack Relief Interlayer

### 415.2.01 Mix Design Requirements

The Open Graded Crack Relief Interlayer Mixture shall be formulated to contain approximately 18 to 22 percent in-place air voids after compaction. Use approved mixtures that meet the following mixture control tolerances and design criteria:

**TABLE 2 – ASPHALTIC CONCRETE OPEN GRADED CRACK RELIEF
INTERLAYER MIXTURE DESIGN AND CONTROL**

| Sieve Size | Mixture Control Tolerance, % | Design Gradation Limits, % Passing |
|---|---|---|
| | | Open Graded Crack Relief Interlayer |
| 3/4 in. (19 mm) sieve | ±0.0 | 100 |
| 1/2 in. (12.5 mm) sieve | ±6.1 | 80 - 100 |
| 3/8 in. (9.5 mm) sieve | ±5.6 | 40 - 67 |
| No. 4 (4.75 mm) sieve | ±5.7 | 10 - 27 |
| No. 8 (2.36 mm) sieve | ±4.6 | 2 - 12 |
| No. 200 (75 µm) sieve | ±2.0 | 3 – 5 |
| Range for % AC | ±0.4 | 4.50 – 5.25 |
| Class of stone | | Section 802 |
| Drain-down (AASHTO T305), % | | <0.3 |
| Design optimum air voids (%) | | 20% ± 2% |
| Control Sieves used in Acceptance Schedule | | 3/8 in., No. 8 (9.5 mm, 2.36 mm) and Asphalt Cement |

**Notes:**

1. Use only PG 64-22 or PG 67-22 asphalt cement (specified in Section 820).

2. Use no less than 1.0% hydrated lime regardless of aggregates group or source(s) used.

3. Ensure no more than 10 percent Recycled Asphalt Pavement (RAP) is used in Asphaltic Concrete Open Graded Interlayer mixtures with the exception that RAP content can be increased to ≤ 15 percent when using fractionated + 4.75 mm sieve RAP.

4. Quality Acceptance Test Results for AC content deviating > ± 0.3 % from the approved Job Mix Formula (JMF) consistently over three Lots may subject the mix to a revised AC content on the project JMF at the discretion of the State Materials Engineer based on statistical trend.

5. Range for % AC is Original Optimum AC (OOAC) at 25 blow Marshall prior to the Corrected Optimum AC (COAC) calculation detailed in SOP 2 (Appendix D).

## 415.3 Construction Requirements

The requirements established in Section 400 are to be followed for asphaltic concrete mixture production and placement, materials, equipment, and acceptance plans except as noted or modified in this specification.

### 415.3.01 Personnel

General Provisions 101 through 150.

## EXHIBIT 3

## Section 415 — Asphaltic Concrete Open-Graded Crack Relief Interlayer

### 415.3.02 Construction

Asphaltic concrete plants that produce mix for Department use are governed by Quality Assurance for Hot Mix Asphaltic Concrete Plants in Georgia, Laboratory Standard Operating Procedure No. 27.

Follow requirements established in Section 400 for production and placement, materials, equipment, acceptance plans and adjustments except as noted or modified in this specification.

A. Apply a bituminous tack coat according to Section 413. The Engineer will determine the application rate, which must be within the limits of 0.08 gal/yd$^2$ to 0.10 gal/yd$^2$ (0.36 L/m$^2$ to 0.45 L/m$^2$) (residual asphalt cement).

B. The mix shall be produced and placed at a temperature of 270°F with a tolerance of ± 20°F.

C. Place the mix at a spread rate of 100 lb./yd$^2$.  The spread rate shall be controlled within +15 lbs./yd$^2$ (8 kg/m$^2$) to -10 lbs./yd$^2$ (6 kg/m$^2$).

D. Do not place mix at air temperatures below 50 °F (10 °C).

E. The mix shall be compacted in a manner to achieve 18 to 22 percent in-place air voids. Steel wheel rollers operating in static mode **only** will be used to seat the lift of Asphaltic Concrete Open Graded Crack Relief Interlayer mixture. Pneumatic tire rollers shall not be allowed on the Asphaltic Concrete Open Graded Crack Relief Interlayer mat.

### 415.4. Measurement

Asphaltic Concrete Open Graded Crack Relief Interlayer mixture, complete, in place and accepted, is measured in tons (megagrams). If the spread rate exceeds the upper limits outlined in Subsection 415.3.02.C by > 15 lbs./yd$^2$, the mix in excess will not be paid for. If the rate of the spread is ≤ 10 lbs./yd$^2$ than the lower limit, the deficient course is subject to correction by overlaying the entire lot. The mixture used for correcting deficient areas is paid for at the Contract Unit Price of the course being corrected and is subject to mixture control requirements established in Table 2 – Asphaltic Concrete Open Graded Crack Relief Interlayer Mixture Design and Control. After the deficient course has been corrected, the total spread rate for that lot is recalculated, and the mix in excess of the upper limits outlined in Subsection 415.3.02.C will not be paid for.

### 415.5 Payment

Asphaltic Concrete Open Graded Crack Relief Interlayer mix is paid for at the Contract Unit Price per ton (megagram). Payment is full compensation for furnishing and placing materials including asphalt cement, hydrated lime, approved additives, and for cleaning and repairing, preparing surfaces, hauling, mixing, spreading, rolling, and performing other operations to complete the Contract Item.

Payment will be made under:

| Item No. 415 | Asphaltic Concrete Open Graded Crack Relief Interlayer, group-blend, Including bituminous materials and hydrated lime | Per ton (megagram) |
|---|---|---|

### 415.5.01 Adjustments

#### A. Materials Produced and Placed During the Adjustment Period

Follow requirements established in Section 400 for production and placement, materials, equipment, acceptance plans and adjustments except as noted or modified in this specification.

Asphaltic Concrete Open Graded Crack Relief Interlayer shall be granted an adjustment period for the first Lot or day, whichever is less, produced for the Contract. A new adjustment period shall not be granted for a change of producer, mix design or asphalt plant location. The adjustment period is provided to adjust or correct the mix and to establish the construction procedures and sequence of operations. Test the mixture in accordance with Section 400.3.06. Maintain the asphalt cement content and gradation within the limits provided in Table 2 – Asphaltic Concrete Open Graded Interlayer Mixture Design and Control. The Engineer will not use these test results in the acceptance for payment decision, but production and placement operations shall cease for failure to meet mixture control tolerances established in Table 2 – Asphaltic Concrete Open Graded Interlayer Mixture Design and Control.

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

**Section 415 — Asphaltic Concrete Open-Graded Crack Relief Interlayer**

### 415.5.02 Determine Lot Acceptance

The Engineer will accept the mixture based on visual inspection. The mixture shall be inspected for texture, segregation, bleeding, fat spots, raveling, delamination, tearing, targeted in-place air void content and slippage areas. Remove and replace any areas determined to be unacceptable to the Engineer.



**EXHIBIT 3**

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SUPPLEMENTAL SPECIFICATION

## Section 423 - Surfacing For Shoulder Treatment

### 423.1 General Description

This work includes the materials, equipment, construction and application procedures for placing Surfacing For Shoulder Treatment (SFST) as a pavement preservation technique for extending the life of existing asphaltic concrete paved shoulder surfaces. SFST is also intended for use on micro-milled asphalt pavement shoulders in conjunction with a mainline micro-milling process when other asphalt pavement shoulder rehabilitation is not specified. Ensure the SFST is a mixture of fine aggregates blended with included specified grades of emulsified asphalt or polymeric cement meeting the requiremens for Type 1 or Type 2 SFST. All ingredients shall be properly proportioned, mixed and spread on the asphaltic concrete paved shoulder surfaces in accordance with the Specifications and as directed by the Engineer.

### 423.1.01 Definitions

General Provisions 101 through 150.

### 423.1.02 Related References

**A. Standard Specifications**

Section 106 Control of Materials

Section 109 Measurement and Payment

Section 802 Aggregates for Asphaltic Concrete

Section 822 Emulsified Asphalt

Section 824 Cationic Asphalt Emulsion

Section 830 Portland Cement

**B. Referenced Documents**

AASHTO T 49

AASHTO T 59

AASHTO T 111

ANSI B 74.8

ASTM C 109

ASTM C 128

ASTM C 170

ASTM C 496

ASTM C 882

ASTM C 1260

ASTM C 1326

**EXHIBIT 3**

## Section 423 – Surfacing for Shoulder Treatment

ASTM C 1353

ASTM C 1583

ASTM C 2939

ASTM D 1644

ASTM D 2172

ASTM D 2196

ASTM D 2486 (Modified)

ASTM D 2939

ASTM D 3960

ASTM D 3910

ASTM E 70

GDT 63

GDT 75

QPL 1

QPL 2

QPL 3

QPL 7

### 423.1.03 Submittals

#### A.   Invoices

Furnish formal written invoices from suppliers for all materials used in production of SFST when requested by the Department. Show the following on the Bill of Lading:

- Date shipped
- Quantity in tons (megagrams)
- Included with or without additives

Purchase emulsified asphalt and/or Portland cement materials directly from a supplier listed on the applicable Qualified Products List and provide copies of Bill of Lading at the Department's request.

#### B.   Placement Plan

Before starting the SFST application, submit a written placement plan to the Engineer for approval. Include the following on the placement plan:

- Proposed starting date
- Rate of production
- Mat width for each placement operation
- Placement Equipment used for the application
- Temporary pavement marking plan, if applicable

If visual surface defects are detected during placement operations, submit a written plan of measures and actions to prevent surface defects. Work shall  not continue until the plan is submitted to and approved by the Department.

#### C.   Mix Design

At least three weeks prior to beginning work, submit a mix design with certified test results from the most recent mix design verification testing to the State Materials Engineer. Furnish the following information for each mix:

- Specific project for which the mixture will be used

**EXHIBIT 3**

## Section 423 – Surfacing for Shoulder Treatment

- Type(s) of SFST to be used on the Project
- Source and description of the materials to be used
- Proportions of the raw materials to be combined in the SFST mixture
- Single temperature at which to discharge the SFST onto the asphaltic concrete paved shoulder surfaces
- Name of the person responsible for quality control of the mixture during production and placement
- Proposed spread rate for SFST placement
- Test results for SFST Mix Design Properties

Do not start SFST work until the Engineer has approved the mix design for the SFST to be used. No material will be accepted until the Engineer has given approval.

After a SFST mix design has been approved, assume responsibility for the quality control of the mixtures supplied to the Department according to Subsection 106.01, "Source of Supply and Quantity of Materials."

**Table 1 – All Types - Surfacing For Shoulder Treatment - General Mix Design Properties and Requirements**

| Test Method | Description | Criteria | Specification |
|---|---|---|---|
| ASTM D 3910 | Wet Track Abrasion Loss | 6 Day Soak | Maximum 1.5 lb/yd$^2$ (807 g/m$^2$) |
| | | 1 Hour Soak | Maximum 1.0 lb/yd$^2$ (538 g/m$^2$) |

**Table 1A – Type 1 - High Density Surfacing for Shoulder Treatment Mix Design Properties and Requirements**

| Test Method | Description | Specification |
|---|---|---|
| ASTM D 2172[1] | Asphalt Content | 17.0 – 20.0 % |
| ASTM D 1644[1] | Solids Content | 55.0 – 63.0 % |
| ASTM D 2196 | Initial Brookfield Viscosity at 77°F (RV-4, 20 rpm) | 5,500 – 9,000 cPs |
| ASTM C 2939[2] | Ash Content of wet mix | > 38.0 % |
| ASSHTO T111[2] | Ash Content of Solids | > 63.0 % |
| AASHTO T 59 | Density | > 11.0 lbs/gal (1318 g/l) |
| ASTM E 70 | pH | 6.0 – 8.0 |
| AASHTO T111[3] | Total Inorganic Aggregate Content | > 34.0 % |
| ASTM D 3960 | Maximum VOC | < 0.04 lbs/gal (5.0 g/l) |
| ASTM D 2939 | Resistance to Re-emulsification | No Re-emulsification |
| ASTM D 2486 Modified[4] | Wear Resistance | < 4.0 % |
| | Total Sand Content[5] | < 6.0 % |

1. Report Asphalt Content of Mixture prior to being loaded for install as % Solids minus % Ash.
2. Ash Content as a percentage of Solids Content.
3. Ash Content of completed HDMB minus Ash Content of HDMB Base Non-Ionic Emulsion. Total Inorganic Aggregate Content defined as slate, refined corundum, and sand.
4. ASTM D 2486 (Modified): Prepare samples at 48 Wet Mils on glass panel. Dry at 77 °F for 3 days. Immerse in water for 24 hours at 77 °F. Test scrub resistance with 1,000 gram brass brush for 12,000 cycles. Report % of dry film lost.
5. Total allowed sand content in Mix Design.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

**Section 423 – Surfacing for Shoulder Treatment**

**Table 1B – Type 2 - Cementitious Surfacing For Shoulder Treatment Mix Design Properties and Requirements**

| Test Method | Description | Criteria | Specification |
|---|---|---|---|
| ASTM C 109, | Compressive Strength | 3 Hours | 2000 PSI (13.7 MPa) |
| | | 28 Days | 6000 PSI (41.3 MPa) |
| ASTM C 496, Wet Cured | Tensile Strength | 1 Day | 300 PSI (2.1 MPa) |
| | | 7 Days | 450 PSI (3.9 MPa) |
| | | 28 Days | 600 PSI (4.2 MPa) |
| ASTM C 882 | Slant Shear Bond Strenght | 28 Days | 2000 PSI (17.2 MPa) |
| ASTM C 1353* | Abrasion Resistance | 1000 revolutions | ≤ 1% Loss |

*Note: ASTM C1353 specifies the use of the H-22 Calibrade wheels to be used for testing

## 423.2 Materials

Ensure materials comply with the specifications listed in Table 2.

**Table 2 - Materials Specifications**

| Materials | Specification |
|---|---|
| Emulsified Asphalt, Grade Specified | 822.2 |
| Cationic Emulsified Asphalt Emulsion, Grade Specified | 824.2 |
| Portland Cement | 830.2 |
| Fine Aggregates for Asphaltic Concrete | 802.2.01 |
| Mineral Filler | 883.1 |
| Hydrated Lime | 882.2.03 |

Submit a Quality Control Plan to the Office of Materials and Testing for approval.  The Quality Control Program will be included as part of the mix design approval process.

**EXHIBIT 3**

## Section 423 – Surfacing for Shoulder Treatment

### A. Aggregate

Use aggregates in SFST that meet the requirements of Subsections 423.2.A.1, and 423.2.A.2. Ensure that all aggregate sources are approved on QPL 1 and /or QPL 2.

1. Aggregates used in a high density SFST shall meet the requirements for Table 3A.

**Table 3A – Type 1 - High Density Surfacing For Shoulder Treatment  Aggregate Properties**

| Test Method | Test Name | Specification |
|---|---|---|
| ASTM C 128 | Specific Gravity (Slate) | > 2.600 |
| ASTM C 170 | Compression (Slate) | 11,000 Minimum psi |
| ASTM C 128 | Specific Gravity (Refined Corundum) | > 3.9 |
| ASTM C 1326 | Knoop 100 Hardness (Refined Corundum) | > 2,000 |
| ANSI B 74.8 | Ball Mill Fiability    (Refined Corundum) | 50 (14 grit) |

2. Use aggregate in cementitious material SFST mixtures that meets the requirements of Subsection 802.2.02 "Coarse Aggregates for Asphaltic Concrete".  Aggregates used in cementitious material SFST mixtures shall meet the requirements for Table 3B.

**Table 3B – Type 2-- Cementitious Material Surfacing For Shoulder Treatment  Aggregate Properties**

| Test Method | Test Name | Requirement |
|---|---|---|
| ASTM C 128 | Specific Gravity (Slate) | ≥ 2.670 |
| ASTM C 1260 | Alkali Reactivitity | Expansion < 0.10 % |
| GDT 75 | Durability Index | ≤ 70 |

3. Ensure the fine aggregate used in the cementitious material SFST is quartz silica sand.

### B. Bituminous Materials

Ensure the emulsified asphalt meets the requirements specified in 423.2.B.. Ensure bituminous materials are approved on QPL 7.

1. Ensure the Non-ionic Emulsified Asphalt meets the requirements specified in Table 4A.

**Table 4A – Type 1 - High Density Surfacing For Shoulder Treatment Non-ionic Emusion: Inorganic***

| Test Method | Test Name | Requirement |
|---|---|---|
| ASTM D 2196 | Brookfield Viscosity at 77 °F | 11,000 – 25,000 cPs |
| ASTM E 70 | pH | 5.0 – 7.5  pH |
| AASHTO T 59 | Density | 8.5 – 9.0 lbs./gal |
| AASHTO T 59 | Solids Content | 50.0 – 54.0 % |
| AASHTO T 111 | Ash Content | 7.0 – 11.0 % |

* Inorganic is defined as a non-carbon-based emulsifier

**EXHIBIT 3**

## Section 423 – Surfacing for Shoulder Treatment

**C.  Cementitious Material for Type 2– Cementitious Material Surfacing For Shoulder Treatment**

Ensure the cementitious material  meets the requirments for Type I and/or Type II in accordance with AASHTO M 85/ASTM C 150. Ensure the base Portland cement used in the cementitious material is approved on QPL 3.

### 423.2.01 Delivery, Storage, and Handling

Storage of material is allowed in a properly sealed and insulated system as recommended by the manufacturer. The Engineer may obtain SFST mixture samples for testing for compliance with specified requirements detailed in Table 1.

**A.  Containers for Transporting, Conveying, and Storing Bituminous Material or Portland Cement**

To transport, convey, and store bituminous or cementitious material, use containers free of foreign material and equipped with sample valves. Bituminous or cementitious material will not be accepted from conveying vehicles if material has leaked or spilled from the containers. If the Engineer determines a truck may be hazardous to the Project or adversely affect the quality of the work, remove the transport vehicle from the Project.

## 423.3 Construction Requirements

### 423.3.01 Personnel

General Provisions 101 through 150.

### 423.3.02 Equipment

The Engineer will approve the equipment, tools and machinery used to transport and construct SFST. Ensure the equipment is in satisfactory mechanical condition and can function properly during production and placement operations. No work will be performed with equipment that is not functioning properly.

**A.  Quality Control Testing Laboratory**

Use a GDOT approved Quality Control Testing Laboratory for SFST mix design and quality control/acceptance testing.

**B.  Mixing/Placing Equipment**

Prior to SFST placement, perform and provide to the Engineer a record of the placement equipment calibration using a test strip of 300 feet in length to determine the correct pump/flow settings at the bar or nozzle height, and ground speed intended for the SFST application. Provide a SFST self-propelled blending and/or placing machine that is:

- A continuous flow mixing/placing unit
- Able to accurately deliver and discharge a predetermined proportion of aggregate, mineral fillers, additives, water and bituminous and/or cementitious materials
- Able to provide an accurate means of determining the application rate
- Able to assure proper suspension of the fine aggregates in the SFST mixture

Uniformily place the SFST mixture using a self-propelled mechancial vehicle. Produce a free flow of material to the asphaltic concrete paved shoulder surfaces  without the presence of skips, lumps or tears in the finshied surface. Application by handheld devices are limited to isolated areas such as beginning or ending joints, around guardrail, sign structures and similar locations at the discretion of the Engineer. Ensure there is sufficient agitation/turbulence to the mixture to prevent the material from buildup, clumping or setting-up in the placement equipment. Provide a sealed application head to prevent loss of mixture at the road contact surface.  If necessary, provide an adjustable rear seal to act as a strike-off.

Thoroughly blend the SFST mixture so that no uncoated aggregate is visible upon discharge from the mixing/placing unit or in samples taken from the roadway.

When mixing onsite, provide equipment the meets the following criteria:

**EXHIBIT 3**

## Section 423 – Surfacing for Shoulder Treatment

- Provides individual volume or mass controls or other gauging devices for measuring and proportioning each material added to the mixture. Properly calibrate, mark and positively interlock each material control device.
- Ensure that the aggregate feed to the mixer unit is equipped with a revolution counter or similar device to determine the amount of bituminous or cemetitious material used at any time.

Before beginnning work, calibrate each mixing unit and provide a record of the calibration worksheet to the Engineer. Once calibrated, do not change the aggregate and bituminous or cementitious material flows without the Engineer's approval. Water and additives may be adjusted in the field to control the mix properties to produce an acceptable mixture.

### C.  Equipment at Project Site

Provide sufficient hand tools and power equipment to clean the roadway surface prior to placing the SFST mixture on the asphaltic concrete paved shoulder surface. Use power equipment complying with Subsection 424.3.02.F, "Power Broom and Power Blower."

## 423.3.03 Preparation

### A.  Prepare Existing Surface

Prepare the existing surface as follows:

Clean the Existing Surface. Before applying SFST to the asphaltic concrete paved shoulder surface, clean the existing surface to the Engineer's satisfaction. Ensure the asphaltic concrete paved shoulder surface to be covered is cleaned of all loose material, mud, dust, oil, vegetation and other detritus material. When specified in the contract, thoroughly clean all cracks, using air pressure only, and seal cracks according to Section 407. Provide a means for clean straight lines at the transition points of the installation area. Ensure an effective means to protect structures, walls, curbs, etc. from discoloration or splattering material.

1.  Patch and Repair Minor Defects

    When included as a part of the contract and before placing SFST:

    a.  Correct potholes and broken areas requiring patching in the existing surface and base as directed by the Engineer.

    b.  Cut out, trim to vertical sides, and remove loose material from the areas to be patched.

    c.  Tack the existing border area being patched. Compact patches to the Engineer's satisfaction. Material for patches does not require a job mix formula, but must meet the gradation range shown in Section 828. The Engineer must approve the asphalt content to be used. Use patching mix types as required in Table 3, Section 400.3.03.B.

    d.  Ensure the patches extend the full width and length of the affected area as determined by the Engineer.

## 423.3.04 Fabrication

General Provisions 101 through 150.

## 423.3.05 Construction

Provide the Engineer at least one day's notice prior to beginning construction, or prior to resuming production if operations have been temporarily suspended.

### A.  General

Produce, transport, and place the SFST mixture according to these specifications and as approved by the Engineer. Produce a finished SFST that has a uniform texture free of excessive scratch marks, tears or other surface irregularities or defects. Ensure that the cured mixture fully adheres to the underlying asphaltic concrete paved shoulder surface. The Engineer may reject any work due to poor workmanship, loss of texture, raveling or

## EXHIBIT 3

## Section 423 – Surfacing for Shoulder Treatment

apparent instability based on visual evaluation or tests' results. Remove and replace all rejected work to the satisfaction of the Engineer.

Ensure the approved spreadrate of in-place SFST necessary to meet the performance testing requirements established in 423.1.03.C. Table 1 is applied for each Lot of material placed by taking a measurement at a random location selected by the Engineer using a pre-weighed 1 square yard piece of felt material placed in the application area. Ensure the SFST spreadrate is maintained within ± 10% of the spreadrate approved in the original mix design submittal. Ensure the material temperature during application varies ≤ 5 ° F (3 °C) from the approved mix design temperature. Once the SFST has been applied to the felt material and it can safely be removed, weigh the coated felt material and calculate the square yard spread rate. Use the hand applicator to coat the area where the felt material had been placed.

### B.  Weather Limitations

- Ensure the surface and ambient temperature in the shade are 45 °F and rising. Ensure the temperature is taken in the shade.

- The placement shall be stopped a minimum 2 hours prior to forecasted rain.

- There is no forecast of temperatures below 32 °F within 48 hours from the time of placement

### C.  Maintain Continuity of Operations

Coordinate SFST mixture production, transportation, and placement operations to maintain a continuous operation. If the placing operations are interrupted, construct a straight transverse joint to tie to when placement operations resume.

### D.  Protect the Pavement

Protect sections of the newly placed SFST from traffic until the traffic will not mar the surface or alter the surface texture. Any damage occurring due to traffic, shall be repaired by the Contractor at no additional cost to the Department.

### E.  Modify the SFST Mix Design

If the Engineer determines that undesirable mixture or mat characteristics are being obtained, the SFST mix design and related proportions may require immediate adjustment.

## 423.3.06 Quality Acceptance

### A.  Quality Control

The contractor must have successfully demonstrated their expertise in this construction method by submitting documentation proving past experience with at least three (3) projects of similar size and nature. The contractor shall provide a list of three (3) projects using SFST mixtures that have demonstrated a five-year minimum proven performance (≥ 70 percent residual SFST coverage) on an asphaltic concrete paved shoulder surface or similar use.

The Contractor will randomly sample and test mixtures for acceptance on a lot basis. The Department will monitor the Contractor testing program and perform comparison and quality assurance testing. The Contractor's Quality Control Technicians shall participate in the Department's Independent Assurance Systems Basis Program.

### B.  Lot Determination and Testing

1.  A Lot is defined as the quantity of SFST placed in a single production day. For each Lot, the contractor shall provide a lot sheet containing the following information:

- Lot number
- Project number
- Date and weather
- Beginning and ending station numbers or other identifiable locations
- Length, width, and total area in square yards placed

# EXHIBIT 3

## Section 423 – Surfacing for Shoulder Treatment

- Recorded application rate and gallons/yards placed
- Contractors' authorized signature

2. Provide a Certificate of Analysis from the bituminous or cementitious materials manufacturer/supplier certifying that the base bituminous or cementitious material meets the requirements of the SFST base specified in Sub-sections 423.2.B.1, 423.2.B.2 and 423.2.C in this specification. A Certification from the SFST manufacturer, stating that the combined SFST mixture, if manufactured off site, met the requirements of Table 1, of this specification prior to being transported for placement shall also be provided.

3. Provide tests results from the tests required in Table 1, current for this project, shall be provided prior to SFST installation and anytime, the Engineer deems the material properties or proportions have varied from the original approved SFST mix design.

4. Mat appearance or surface defects may subject the SFST mixture to removal and replacement requirements. Acceptance of non-complying in-place SFST mixture may be subject to a price adjustment in lieu of removal and replacement at the Engineer's discretion. A minimum price adjustment of 5 percent to a maximum of 20 percent may be applied for non-compliant material. Deficiencies warranting price adjustments will still be compliant to all warranty requirements. Opening the SFST to traffic and observation of the Contractor's field quality control testing does not constitute acceptance.

### 423.3.07 Contractor Warranty and Maintenance

#### A. Contractor Warranty and Maintenance

Maintain and protect the surface course as specified in Section 105 unitl the Project has been accepted. Make repairs as directed by the Engineer. The cost of maintenance, protection, and repair is included in the Unit Prices Bid for the Item.

## 423.4 Measurement

SFST mixture is measured and accepted as completed by the in-place square yard (meter). In computing square yards (meters), the lengths and widths used shall be as specified in Section 109, "Measurement and Payment".

### 423.4.01 Limits

When the SFST mixture is paid for by the square yard (meter) and multiple lifts are used, the number and thickness of the lifts are subject to the Engineer's approval and are used to prorate the pay factor for the affected roadway section.

## 423.5 Payment

When materials or construction are not within the tolerances in this Specification, the Contract Price will be adjusted according to Subsection 106.03, "Samples, Tests, Cited Specifications" and Subsection 423.3.06, "Quality Acceptance."

SFST mixtures of the various types are paid for at the Contract Unit Price per square yard (meter). Payment is full compensation for furnishing and placing materials including bituminous or cementitious materials, approved additives, and for cleaning, repairing when specified, preparing surfaces, hauling, mixing, placing, and performing other operations to complete the Contract Item.

Payment will be made under:

| Item No. 423 | Surfacing For Shoulder Treatment, Including bituminous and/or cementitious materials | Sq. yard (square meter) |
|---|---|---|

If the Engineer determines the material is not acceptable to leave in place, remove and replace the materials at the Contractor's expense.

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

January 27, 2022

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 500—Concrete Structures

---

## 500.1 General Description

This Work consists of manufacturing and using Portland cement concrete to construct structures. See the Contract Plans for the specified color and locations for placing integrally colored concrete.

### 500.1.01 Definitions

General Provisions 101 through 150.

### 500.1.02 Related References

#### A.  Standard Specifications

Section 104—Scope of Work

Section 211—Bridge Excavation and Backfill

Section 431—Grind Concrete Pavement

Section 507—Prestressed Concrete Bridge Members

Section 511—Reinforcement Steel

Section 530—Waterproofing Fabrics

Section 531—Damp proofing

Section 621—Concrete Barrier

Section 800—Coarse Aggregate

Section 801—Fine Aggregate

Section 830—Portland Cement

Section 836—Special Surface Coating for Concrete

Section 838—Graffiti-Proof Coating for Concrete

Section 853—Reinforcement and Tensioning Steel

Section 865—Manufacture of Prestressed Concrete Bridge Members

#### B.  Referenced Documents

ASTM A 653/653M

ASTM A 924/924/M

ASTM C 685

ASTM C 979

ASTM D 260, Type I or Type II

---

**EXHIBIT 3**

**Section 500 — Concrete Structures**

AASHTO C 309

AASHTO C 171

AASHTO M 85

AASHTO M 240

AASHTO M 194M/M 194

AASHTO R 39

AASHTO T 23

AWS D 1.5

SOP 10

SOP 17

SOP 46

American Iron and Steel Institute Specification for the Design of Cold Formed Steel Structural Members

Federal Specification TT-P-641d, Type II

Georgia Standards 4941B and 4949 Series

QPL 3

QPL 10

QPL 17

QPL 100

GDT 134

DOT 525

## 500.1.03 Submittals

### A.  Concrete Mix Designs

The Contractor is responsible for all concrete mix designs. Ensure that concrete mixes contain enough cement to produce workability within the water-ratio specified in Table 1—Concrete Mix Table, below.

Design concrete mixes that meet the requirements of the Table 1—Concrete Mix Table, below. The Office of Materials and Testing will determine the concrete properties using the applicable method in Section 500 of the Sampling, Testing, and Inspection Manual.

**TABLE 1—CONCRETE MIX TABLE**

| English | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class of Concrete | (2)  Coarse Aggregate Size No. | (1 & 6) Minimum Cement Factor lb./yd$^3$ | Maximum Water/ Cement ratio lbs./lb. | (5) Slump Acceptance Limits (in) Lower - Upper | | (3 & 7) Entrained Air Acceptance Limits (%) Lower - Upper | | Minimum Compressive Strength at 28 days (psi) |
| "AAA" | 67,68 | 675 | 0.44 | 2 | 4 | 2.5 | 6 | 5000 |
| "AA1" | 67,68 | 675 | 0.44 | 2 | 4 | 2.5 | 6 | 4500 |
| "D" | 57, 67 | 650 | 0.445 | 2 | 4 | 3.5 | 7 | 4000 |
| "AA" | 56,57,67 | 635 | 0.445 | 2 | 4 | 3.5 | 7 | 3500 |

2

**EXHIBIT 3**

## Section 500 — Concrete Structures

| "A" | 56,57,67 | 611 | 0.49 | 2 | 4 | 2.5 (3) | 6 | 3000 |
| "B" | 56,57,67 | 470 | 0.66 | 2 | 4 | 0 | 6 | 2200 |
| "CS" | 56,57,67 Graded Agg.* | 280 | 1.4 | - | 3½ | 3 | 7 | 1000 (4) |

| Metric | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class of Concrete | (2)  Coarse Aggregate Size No. | (1 & 6) Minimum Cement Factor kg/m³ | Maximum Water/ Cement ratio kg/kg | (5) Slump Acceptance Limits (mm) Lower - Upper | | (3 & 7) Entrained Air Acceptance Limits (%) Lower-Upper | | Minimum Compressive Strength at 28 days MPa) |
| "AAA" | 67,68 | 400 | 0.44 | 50 | 100 | 2.5 | 6 | 35 |
| "AA1" | 67,68 | 400 | 0.44 | 50 | 100 | 2.5 | 6 | 30 |
| "D" | 57,67 | 385 | 0.445 | 50 | 100 | 3.5 | 7 | 28 |
| "AA" | 56,57,67 | 375 | 0.445 | 50 | 100 | 3.5 | 7 | 25 |
| "A" | 56,57,67 | 360 | 0.49 | 50 | 100 | 2.5 (3) | 6 | 20 |
| "B" | 56,57,67 | 280 | 0.66 | 50 | 100 | 0 | 6 | 15 |
| "CS" | 56,57,67 | 165 | 1.4 | - | 90 | 3 | 7 | 7 (4) |
|  | Graded Agg.* |  |  |  |  |  |  |  |

---

**NOTES:**

1. Portland cement or Blended Hydraulic Cement (Portland-limestone cement Type IL) may be partially replaced with fly ash as provided in Subsection 500.3.04.D.4 or with granulated iron blast furnace slag as provide for in Subsection 500.3.04.D.5.

2. Specific size of coarse aggregate may be specified.

3. Lower limit is waived when air entrained concrete is not required.

4. The mixture will be capable of demonstrating a laboratory compressive strength at 28 days of 1000 psi (7 MPa) + 0.18 R*. Compressive strength will be determined based upon result of six cylinders prepared and tested in accordance with AASHTO T 22 and R 39.

   * Where R = Difference between the largest observed value and the smallest observed value for all compressive strength specimens at 28 days for a given combination of materials and mix proportions prepared together.

5. Designed slump may be altered by the Office of Materials and Testing when Type "F" water reducers are used.

6. Minimum cement factor shall be increased by 50 lbs/yd³ (30 kg/m³) when size No. 7 coarse aggregate is used.

7. When Class A is specified for bridge deck concrete, the entrained air acceptance limits shall be 3.5% to 7.0%.

---

Submit all concrete mix designs to the Office of Materials and Testing (OMAT) for review. The Department will approve mixes that contain materials from approved sources and produce concrete that meets these Specifications.

Submit concrete mix design proportions for approval by one of the following methods:

1. Request Approval of Specific Proportions

---

3

# EXHIBIT 3

## Section 500 — Concrete Structures

When requesting approval of specific concrete mix design proportions for classes of concrete, include the following information:

- Source of each material
- Apparent specific gravity of the cement and the fly ash, if used
- Bulk specific gravity (saturated surface dry) of each aggregate
- Percent absorption of each aggregate
- Amount of each material required to produce a cubic yard (meter) of concrete
- Proportions of admixtures per cubic yard (meter) of concrete and any use limitations
- Proposed slump and air content of the design
- Evidence that the proposed mixture complies with Subsection 500.1.03, .

Concrete mix designs that do not have a proven performance record and have not been used by the Department must meet minimum laboratory strength requirements.

2. Obtain Ready-Mix Design Proportions for commonly used materials

Get approved concrete mix designs from authorized ready-mix concrete plants.

Ready-mix concrete plants approved according to Laboratory Standard Operating Procedure "Quality Assurance for Ready Mix Concrete Plants in Georgia" (SOP 10) are authorized to submit concrete mix designs for approval. See QPL 10 for a list of approved plants.

3. Use Laboratory-Designed Proportions for commonly used materials

Use laboratory-designed concrete mix proportions from either of the following sources:

a. Laboratory-designed proportions are available for commonly used combinations of materials. Request these mixes in writing from the Engineer. Request specific classes of concrete and specify the source of ingredients.

b. Select a combination of materials from approved sources and request that the laboratory determine a mix that meets requirements in the Table 1—Concrete Mix Table above. The laboratory will establish proportions for strength and workability under laboratory conditions.

### B. Delivery Tickets

Have the concrete plant transmit delivery tickets (DOT Form 525) with each load of concrete delivered to the work site. Give the Engineer one of these delivery tickets.

Ensure that the following information is on the delivery ticket:

- Project designation
- Date
- Time
- Class and quantity of concrete
- Actual batch proportions
- Free moisture content of aggregates
- Quantity of water withheld
- Concrete mixing revolutions

If available forms do not provide the required information, ask the Engineer to provide one.

### C. Formwork Plans

**The Engineer may require detailed formwork plans for review. If so prepare the formwork plans and submit them to the Engineer. In no case will the Contractor be relieved of responsibility for the formwork plans.**

When constructing permanent steel bridge deck forms, submit bar support details and types to the Department for approval before placing the deck form reinforcement.

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4238A26

**Section 500 — Concrete Structures**

**D.   Falsework Plans**

Submit, for review by the Engineer, detailed falsework plans for spans under which traffic flows.

The Engineer may require plans for spans that do not accommodate traffic.



---

5

**EXHIBIT 3**

## Section 500 — Concrete Structures

### E.   Shop and Erection Drawings

Submit fabricators' shop and erection drawings to the Engineer for review and approval. Indicate the following in the drawings:

- Grade of steel
- Physical and section properties for permanent steel bridge deck form sheets
- Locations where the forms are supported by steel beam flanges subject to tensile stresses

### F.   Hauling Vehicle Information

Before hauling starts on new bridges, submit the following information for each vehicle:

- Weight on each axle, empty
- Weight on each axle, fully loaded
- Center-to-center distances of axles
- Center-to-center distances of wheels measured parallel to each axle

### G.   Cold Weather Concrete Curing and Protection Plan

Secure the Engineer's approval of a "Cold Weather Concrete Curing and Protection Plan" for bridges and structures. Emphasize protection for the underside of bridge decks when using metal forms and include the protection procedures to be used.

Protection procedures shall keep the concrete above 50 °F (10 °C) for 72 hours after placement and above freezing for 6 days after placement. Choose the protection method from Table 2 based on the expected temperature within 48 hours after concrete placement. The contractor shall provide a suitable curing box for structural concrete to protect the cylinders. The box may be constructed of plywood and lined with insulation or a commercially made device.

### TABLE 2—COLD WEATHER PROTECTION

| Protection Procedure | Expected Temperatures Within 48 Hours |
|---|---|
| Heated enclosures | Below  25 °F (-4 °C) |
| Commercial blankets | Below  25 °F (-4 °C) |
| Batt insulation | Below  25 °F (-4 °C) |
| Heavy-duty polyethylene | 25 °F (-4°C) or above |

### H.   Color Additives

Submit to the Engineer the following:

1. Product Data: Manufacturer's specifications and instructions for color additives.
2. Samples for Concrete Color Selection: Submit sample chip of specified color indicating color additive number and required dosage rate. Submittals are for general verification of color.

# EXHIBIT 3

## Section 500 — Concrete Structures

### 500.2 Materials

Ensure that materials meet the Specification requirements of Table 3:

**TABLE 3—MATERIALS SPECIFICATIONS**

| Material | Section |
|---|---|
| Coarse Aggregate (1) | 800.2.01 |
| Fine Aggregate Size No. 10 | 801.2.02 |
| Damp proofing or Waterproofing Material (Bituminous) | 826.2.01 |
| Portland Cement and Blended Hydraulic Cement (Type IL Portland-limestone cement) (2) | 830.2.01 |
| Portland-Pozzolan Cement (2) | 830.2.03 |
| Admixtures: | |
| Air-Entraining Admixtures | 831.2.01 |
| Retarding Admixtures | 831.2.02 |
| Water Reducing Admixtures | 831.2.02 |
| Granulated Iron Blast-Furnace Slag | 831.2.03.A.3 |
| Fly Ash | 831.2.03.A.1 |
| Curing Agents | 832 |
| Joint Fillers and Sealers | 833 |
| Special Surface Coating | 836 |
| Linseed Oil | 870.2.06.A.1&2 |
| Mineral Spirits | 870.2.06.A.4 |
| Water | 880.2.01 |
| Graded Aggregate (3) | 815.2.01 |
| Graffiti Proof Coating | 838.2.01 |
| Concrete used in Bridge Construction | 500.3.04.F |

1. Use either Class A or Class B coarse aggregate of the designated size, except when using limestone or dolomite in bridge structures. When using limestone or dolomite, use Class A coarse aggregate.

2. Use Type I or Type II Portland cement, Blended Hydraulic Cement (Type IL Portland-limestone cement or Type IP Portland-Pozzolan cement) unless otherwise specified. Do not use air-entraining cement.

3. The gradation requirements of graded aggregate are modified to require 30% to 45% by weight passing the No. 10 (2.00 mm) sieve.

Construct bridge sections containing duct enclosures for stressing tendons using concrete with a maximum stone size of No. 7.

Use concrete manufactured at plants that qualify as approved sources according to the Standard Operating Procedure for Ready Mix Concrete (SOP 17). See QPL 10 for a list of approved plants.

# EXHIBIT 3

## Section 500 — Concrete Structures

Use colored concrete additive made with pure, concentrated mineral pigments especially processed for mixing into concrete and complying with ASTM C 979.

If adding color additives to the mix at the jobsite, furnish color additives in pre-measured Mix-Ready disintegrating bags to minimize jobsite waste.

Do not use accelerator admixtures containing calcium chloride in colored concrete mix.

### 500.2.01 Delivery, Storage, and Handling

#### A. Aggregate Stockpile

Stockpile aggregate as follows:

1. Keep stockpile areas firm, reasonably level, well-drained, clean, and free of sod or foreign matter.
2. Stockpile aggregate separately by type and source.
3. Form stockpiles using methods and equipment that do not cause the aggregate to segregate, become contaminated, or degrade. The Engineer may reject improperly formed stockpiles.
4. Stockpile aggregate long enough for the moisture content to stabilize.
5. Do not use aggregates stored in pits or silos that contain water.

#### B. Aggregate Handling

Operate aggregate handling equipment carefully to minimize segregation, breaks, spills, contamination, and mixing of the sizes and types of aggregates.

#### C. Cement Storage

Store cement as specified below. Reject all caked, lumpy, or contaminated cement.

1. Bulk Cement

   Use bulk cement unless the Engineer allows bag cement to be used.

   Store bulk cement in bins or silos designed for this purpose. Provide moisture-proof storage containers with a mechanism that allows cement to flow freely from the discharge opening.

2. Different Brands

   Store and use cement of different brands and types, or from different mills separately.

#### D. Admixture Storage and Handling

Carefully store and dispense admixtures as recommended by the manufacturer to prevent contamination.

#### E. Concrete Handling and Placing

Handle and place concrete according to the following:

1. Haul Time Limitations

   Ensure that concrete reaches its final position in the forms within one hour after adding the cement to the aggregates.

   If retarders or water reducers are used, the allowable time limit increases to 1-1/2 hours. Test concrete immediately for acceptance tolerances before placing in forms using limits established in Table 1—Concrete Mix Table.

2. Placement Limitations

   After delivering the concrete to the job site or the staging area at the site or after mixing the concrete at the site, transport it carefully to the placement point to prevent excessive slump loss or segregation. Use any of the following equipment:

   - Buckets
   - Buggies
   - Pumps
   - Other approved means

---

8

# EXHIBIT 3

## Section 500 — Concrete Structures

**F. Form Storage**

Store forms off the ground.

**G. Precast Unit Handling**

Except as noted below, the applicable portions of Subsections 507.2.01, *"Delivery, Storage, and Handling,"* 507.3.05.A, *Prepare Bearing Areas*, 507.3.05.B, *Erecting PSC Bridge Member* and 507.3.05.D, "*Concrete Finish*, shall govern.

Handle precast, non-prestressed units as follows:

**1.** Do not lift the units from the casting bed until the concrete reaches a strength of at least 1,500 psi (10 MPa).

**2.** Do not transport or erect the units until they reach a strength of at least 3,000 psi (20 MPa).

**3.** Restrict live loads (including erection equipment) on the units until they reach a minimum strength of 4,500 psi (30 MPa).

**H. Color Additives**

Comply with manufacturer's instructions. Deliver to site or batch plant in original, unopened packaging. Store color additives in dry conditions.

## 500.3 Construction Requirements

### 500.3.01 Personnel

**A. Supervision, Personnel, and Skilled Workers**

Provide enough supervision, personnel, and skilled workers to do the following:

**1.** Properly produce, place, and finish concrete in each pour unit according to Subsection 500.3.05.P, Table 5—Minimum Placement Rates or as required by the Plans.

**2.** Check screed clearances and tolerances before beginning deck pours.

**3.** Place concrete without delays.

**B. Plant Operator Certification**

Volumetric proportioning requires that the operator be certified by the Office of Materials and Testing. The volumetric truck may be approved on a per project basis or listed on the Qualified Products List (QPL-100).

### 500.3.02 Equipment

**A. Equipment Restrictions**

Do not use delivery, conveyance, or vibratory units that leak grout, water, oil, or gas.

Provide enough equipment, tools, and materials to properly produce, place, and finish concrete in each pour unit according to the Subsection 500.3.05.P, Table 5—Minimum Placement Rates or as required by the Plans.

The Engineer may prohibit equipment that delays concrete placement.

**B. Volumetric Proportioning Equipment**

When concrete ingredients are proportioned volumetrically, equipment needs to be listed on QPL-100 or obtain the Engineer's approval for the equipment and its calibration and operation.

Ensure the following:

• The equipment meets the specifications in ASTM C 685.

• The concrete producer conducts calibration tests at least every 6 months.

• The equipment is calibrated for each new concrete mix before production.

**EXHIBIT 3**

## Section 500 — Concrete Structures

### C.  Batching Plant Equipment

Ensure that batching plants have the following equipment and that the equipment meets the standards listed.

**1.**  Bins

Ensure that bins and bin compartments meet the following standards:

- Adequate capacity for the required concrete production
- Supported on a rigid framework on a stable foundation capable of holding the bins securely
- Designed to discharge efficiently and freely into the weigh hopper
- Positive means of control that slows down and shuts off the material flow when the weigh hopper has the correct quantity.
- Discharging mechanisms that prevent material leaks when closed
- Leak-free aggregate storage bins
- Divided aggregate storage bins for fine aggregate and each size of coarse aggregate
- Partitioned aggregate storage bin compartment that prevents the materials from mixing
- Leak-proof, moisture-proof cement bins with a vibrator or other mechanism to discharge cement

**2.**  Weigh Hoppers

Ensure that weigh hoppers meet the following standards:

- Have suitable containers freely suspended from scales
- Have adequate capacity to maintain the Subsection 500.3.05.P, Table 5—Minimum Placement Rates
- Have a discharge mechanism that prevents material leaks when closed
- Have vents to permit air to escape
- Have vibrators or other equipment that ensures complete and efficient discharge of materials
- Have a dust seal and a port or valve for sampling cement

**3.**  Scales

Scales used for weighing concrete materials shall have accuracy within plus or minus one percent under operating conditions.

Ensure the following:

- When directed by the Engineer, the owner demonstrates the accuracy of the scales.
- Scales are kept clean and in good operating condition.
- The scale operator can clearly see indicating devices.
- The scale operator can easily access controls.

### D.  Mixers and Agitators

Ensure that mixers and agitators meet the following requirements:

**1.**  General Requirements for Mixers and Agitators

Provide mixers and agitators that meet these requirements:

**a.**  Capacity Plates

Ensure that the mixer or agitator has a legible metal plate or plates attached in an easily visible location. The plates shall indicate the rated capacity in cubic yards (meters) for mixing and agitating.

**b.**  Concrete Production

The mixer shall produce concrete that meets the requirements in the Table 1—Concrete Mix Table.

**c.**  Mixer Performance Test

The mixer or agitator may be required to pass a mixer performance test. Mixer performance will be evaluated at the discretion of the Engineer.

Mixer performance tests will include the following by the OMAT:

**1)**  Taking samples of concrete at the one-quarter and three-quarter points of the batch discharge

---

# EXHIBIT 3

**Section 500 — Concrete Structures**

      **2)** Measuring the slumps of each concrete sample

      If the two slump values differ by more than 2 in. (50 mm), do not use the mixer or agitator until it meets the requirements of the test.

      The Engineer may permit the equipment to be used if the 2 in. (50 mm) tolerance can be met by using a longer mixing time or a smaller batch.

**2.** Mixing Speed

Follow these guidelines for mixing speed:

- Do not exceed 150 revolutions at mixing speed.
- Discharge all concrete from truck mixers before drum or blades reach 300 revolutions, including revolutions at agitating speed.
- Use the mixing speed defined by the manufacturer for the mixing equipment.
- If the manufacturer's definition of mixing speed is not available, use a mixing speed of 6 to 18 revolutions per minute.

**3.** Mixer and Agitator Maintenance

Maintain mixers and agitators as follows:

    **a.** When mixers and agitators are discharged, remove the entire contents before adding materials for the next batch.

    **b.** Clean mixers and agitators often to prevent concrete and grout accumulation.

    **c.** Do not discharge cleaning water into any pipe, catch basin, or structure.

    **d.** If cement or aggregates accumulate in mixers and agitators when cleaning water is discharged, remove them immediately at no expense to the Department.

**4.** Mixer Types

Use stationary mixers or truck mixers.

    **a.** Stationary Mixers

    Ensure that stationary mixers meet the following standards:

      **1)** Combine the concrete ingredients into a homogeneous, uniform mass within the specified time and when loaded to capacity.

      **2)** Efficiently and uniformly discharge the concrete within the tolerances allowed in Subsection 500.3.02.D.1.c, *Mixer Performance Test*.

      **3)** Permit discharge only after the specified mixing time has elapsed using a locking device.

    **b.** Truck Mixers

    Ensure that truck mixers meet the following standards:

- Meets the requirements listed in Subsection 500.3.02.D.4.a, *Stationary Mixers*
- Has an approved revolution counting device in good operating condition
- Does not haul more than the rated capacity in cubic yards (meters) as shown on the attached capacity plates

**5.** Agitator Types

Use truck agitators or truck mixers operating at agitating speed.

Ensure that agitators meet the following requirements:

    **a.** Keeps the mixed concrete in a homogeneous, uniform mass

    **b.** Efficiently and uniformly discharges the concrete within the tolerances allowed in Subsection 500.3.02.D.1.c, *Mixer Performance Test*

**E. Concrete Buckets**

Keep concrete buckets clean and in good working condition.

---

11

**EXHIBIT 3**

## Section 500 — Concrete Structures

**F.   Concrete Buggies**

Keep concrete buggies clean and in good working condition.

**G.   Concrete Pumps**

Concrete pumping equipment is subject to the Engineer's approval. Use pumping equipment that has adequate capacity and is suitable for the proposed work.

**H.   Chutes and Troughs**

Do not use chutes longer than 50 ft. (15 m) without the Engineer's permission.

Flush chutes and troughs with water after each run. Do not discharge this water into freshly placed concrete or into conveyance unit.

Promptly remove hardened concrete from chutes and troughs.

Ensure that chutes and troughs meet the following requirements:

**1.**   Metal or metal lined

**2.**   Slope not exceeding one vertical to three horizontal

**3.**   Baffles or a series of short lengths placed to reverse the direction of the concrete flow, when used on steep slopes

**I.   Pipes or Tubes**

Use pipes or tubes to place concrete when the operation requires dropping the concrete more than 5 ft. (1.5 m). Thoroughly clean the pipes or tubes after each pour.

Use pipes made of metal or other approved material and long enough to deposit the concrete as close to its final position as possible.

**J.   Vibrators**

Provide enough vibratory units, including at least one additional stand-by unit in good working condition, to compact concrete immediately after it is placed. Have a stand-by unit at the site before each pour is started.

On Projects consisting entirely of small pours (10 yd³ [8 m³] or less), the Engineer may waive the stand-by requirement.

Ensure that vibrators meet the following conditions:

•   Approved internal rotation-type design

•   A power supply that constantly vibrates the concrete at frequencies of not less than 4500 impulses per minute

•   A vibration intensity that visibly affects a mass of concrete with a 1 in. (25 mm) slump through at least a 18 in. (460 mm) radius

**K.   Screeds**

Do not use vibratory screeds (screeds that use a transverse strike-off motion) without the Engineer's approval. Use screeds that are:

•   Mechanically operated

•   Designed and constructed to screed with the strike-off parallel to the center line

•   Readily adjustable

•   Capable of maintaining proper adjustment throughout the screeding operation

The two screed types are:

**1.**   Longitudinal Screeds

Unless otherwise noted on the Plans, use longitudinal screeds only on pour lengths of 70 ft. (20 m) or less.

**2.**   Transverse Screeds

---

# EXHIBIT 3

## Section 500 — Concrete Structures

Use transverse screeds on any pour, unless otherwise noted on the Plans. However, transverse screeds are required on pour lengths above 70 ft. (20 m).

Support screeds outside the pour area that will receive a surface finish. Do not use intermediate supports or guides.

Adjust screeds to the camber specified on the Plans. Check the camber as often as necessary.

Have the Engineer approve the following for screeds and their supports:

- Weight
- Durability
- Adjustability
- Accuracy
- Mechanical condition
- Operational results

Furnish the equipment necessary to check screed clearances and tolerances before pouring decks.

### L. Underwater Placement Equipment

Place concrete under water using the following underwater placement equipment:

**1.** Tremie

Use a tremie when depositing concrete in water above 10 ft. (3 m) deep. Ensure that tremie is:

- At least 8 in. in (200 mm) diameter
- Constructed in sections with watertight couplings

**2.** Bottom Dump Bucket

Where the Engineer permits, use a bottom dump bucket in water up to 10 ft. (3 m) deep.

Ensure that the bottom of the bucket opens only when it touches the surface that receives the charge and that the top of the bucket has a lid or cover.

### M. Fogging Equipment

To supply additional moisture to the concrete, use fogging equipment with the following characteristics:

- A heavy-duty pump capable of delivering 2-gal (7.6 L) of water per minute to a 0.062 in. (1.6 mm) diameter tip at an air pressure of 100 psi (700 kPa).

    An example of a suitable pump is the Alemite Pump 7878-A.

- The ability to consume approximately 22 ft³/min. (0.6 m³/min) of compressed air
- A 3/8 in. (10 mm) inside diameter hose long enough to reach all areas of the deck
- An adjustable spray gun and tip to provide various patterns of atomized spray or fog for changing finishing conditions

    An example of a suitable spray gun is the Gun Jet No. 43 with a 120-2 Multi Jet Nozzle.

If necessary, substitute other equipment that is capable of equal performance.

### 500.3.03 Preparation

### A. Pre-Pour Conference

Before beginning deck placement operations on each Project, and for individual deck pours of an unusual nature, the Engineer will schedule a pre-pour conference with Project supervisory personnel, and a representative of the concrete supplier, if applicable. Project supervisory personnel will coordinate with a representative from the Concrete Branch of OMAT.

Conference topics of discussion include the following:

- Reinforcing steel support method

# EXHIBIT 3

**Section 500 — Concrete Structures**

- Final screed setting check
- Anticipated placement rate
- Personnel number
- Equipment type
- Curing methods
- Adverse weather placement procedures
- Emergency procedures
- Other Work-related details

### 500.3.04 Fabrication

**A.   Measure Materials**

Measure materials as follows:

1.   **Cement.** Weigh bulk cement on scales to plus or minus one percent of the designated weight. If the Engineer allows bag cement, proportion the batch to use only whole bags.

2.   **Aggregates.** Weigh all aggregates on scales to plus or minus two percent of the designated weight. Apply the proper corrections for aggregate surface moisture.

3.   **Water.** Measure water by volume or weight to within plus or minus one percent.

    a.   Construct the measuring system to be independent of water pressure fluctuation.

    b.   Ensure that measuring systems have outside taps and valves to facilitate plant calibrations.

    c.   You may use recycled wash water provided that it meets the requirements of Subsection 880.2.02.

4.   **Admixtures.** Measure admixtures by weight or volume within plus or minus three percent of the required amount.

**B.   Control Concrete Batching**

Control batching as follows:

1.   Mix batches of concrete according to the proportions of an approved mix design.

2.   Ensure that concrete materials are from the designated sources.

3.   Correct the batch weights to account for surface moisture in aggregates.

4.   Conduct batching control tests according to the procedures in the Sampling, Testing, and Inspection Manual.

**C.   Prestressed Concrete Deck Panel Requirements**

Do not use prestressed concrete deck panels unless approved by the Engineer.

**D.   Add Admixtures to Concrete**

Additives are required when specified herein or as directed by the Engineer.

1.   Air-Entraining Admixtures

    a.   All bridge structure concrete uses air-entraining additives, except for seal concrete and non-exposed footings.

    b.   The Contractor may use air-entraining additives in other concrete to improve workability when job or material conditions dictate.

When using air-entraining additives as an option to improve workability or when required, do not exceed the upper limit of the entrained air content requirement in the Table 1—Concrete Mix Table.

2.   Retarding Admixtures

Use concrete-retarding additives in bridge concrete when the average temperature is above 65 °F (18 °C) (the average of the expected high and the predicted low).

    a.   Normally, concrete-retarding additives are not required for bridge curbs, handrails, crosswalks, or other appurtenances constructed separately from the decks.

---

14

**EXHIBIT 3**

**Section 500 — Concrete Structures**

      **b.**  The Engineer may waive the use of retarders in substructure concrete when concrete can be placed within one hour after batching.

**3.**  Water-Reducing Admixtures

The Contractor may use water-reducing admixtures in Class AA or Class D concrete for bridge decks when conditions do not require a retarder. The Contractor may use water-reducing admixtures in other concrete when job or material conditions dictate a reduction in water requirements or when minimal set retardation is desired.

The laboratory may allow Type F water-reducing admixtures when the Contractor requests it. The Contractor may construct bridge sections containing duct enclosures for stressing tendons with concrete using Type F (AASHTO M 194/ M 194M) water reducer as approved by the laboratory.

**4.**  Fly Ash

The Contractor may use fly ash as an additive in concrete to promote workability and plasticity. The Contractor may use fly ash as a partial replacement for Portland cement in concrete if the following limits are met:

      **a.**  Replace no more than 15 percent of the cement by weight.
      **b.**  Replace cement with fly ash at the rate of 1.0 to 1.5 lbs. (1.0 to 1.5 kg) of fly ash to 1.0 lb. (1.0 kg) of cement.
      **c.**  Ensure that the fly ash mix meets the requirements of Subsection 500.1.03.A, Subsection 830.2.03, *Portland Pozzolan Cement* and Subsection 831.2.03.A, *Fly Ash*.
      **d.**  Calculate water-cement ratio based on the total cementitious material in the mix including fly ash.
      **e.**  Do not use Type IP cement in mixes containing fly ash.

**5.**  Granulated Iron Blast-Furnace Slag

If high-early strengths are unnecessary, the Contractor may use granulated iron blast-furnace slag as a partial replacement for Portland cement in concrete if the following limits are met:

      **a.**  Replace no more than 50 percent of the cement by weight.
      **b.**  Replace the cement with slag at the rate of 1.0 lb. (1.0 kg) of slag to 1.0 lb. (1.0 kg) of cement.
      **c.**  Ensure that the slag mix meets the requirements of Subsection 500.1.03.A.3, Subsection 830.2.02, *Portland Blast-Furnace Cement* and Subsection 831.2.03.A.3, *Granulated Iron Blast-Furnace Slag*
      **d.**  Calculate the water-cement ratio based on the total cementitious material in the mix including granulated iron-blast furnace slag.
      **e.**  Do not use Type IP cement or fly ash in slag mixes.

**E.**  **Mix Concrete**

**6.**  Central-Mixed Concrete

Mix central-mixed concrete as follows:

      **a.**  Establish the mixing time.
      The Engineer will determine the mixing time for central mixed concrete, but the minimum mixing time will be one minute for stationary mixers of up to 1 yd³ (1 m³) capacity. Mixing time may be adjusted in the following situations:

         • The Engineer will increase the minimum time by 15 seconds for each additional cubic yard (meter) or fraction thereof.

         • For mixers with a capacity above 3 yd³ (2 m³), the minimum mixing time may be 90 seconds if the resulting mixture is homogeneous and meets the requirements of Subsection 500.3.02.D.1.c, *Mixer Performance Test*.

         • The Engineer may waive mixing time requirements for stationary mixers of improved types or new designs that produce homogeneous concrete in less time than that established for a particular capacity by the foregoing. For these types of mixers, the Engineer may establish a minimum mixing time of one minute.

      **b.**  Start the mixing time when all cement and aggregates have been placed in the mixer.
      **c.**  Add some water to the mixer before adding the cement and aggregates, but ensure all water is in the mixer by the end of the first 1/4 of the specified mixing time.

15

**EXHIBIT 3**

**Section 500 — Concrete Structures**

    **7.** Shrink-Mixed Concrete

    Mix shrink-mixed concrete as follows:

       **a.** Mix the batches as specified in Subsection 500.3.02.D.2. *Mixers and Agitators*.

       **b.** Do the initial mixing in a stationary mixer for at least 30 seconds to thoroughly mix the ingredients. Do the final mixing in truck mixers.

       **c.** Discharge all concrete before the drum or blades exceed 300 revolutions.

       **d.** Do not allow truck mixing at mixing speed to exceed 100 drum or blade revolutions except as allowed when adding water according to Subsection 500.3.05.M, *Add Water to Concrete*.

    **8.** Transit-Mixed Concrete

    Mix transit-mixed concrete as follows:

       **a.** For concrete mixed completely in a truck mixer, place all concrete ingredients into the mixer at the concrete plant except the quantity of water that may be withheld according to Subsection 500.3.05.M, *Add Water to Concrete*.

       **b.** After loading the truck, begin operating at either agitating or mixing speed; however, start the mixing speed within 30 minutes after loading the truck mixer.

       **c.** Mix the concrete for 70 to 150 revolutions at mixing speed.

    For revolutions above those specified for mixing speed, use agitating speed.

       **d.** Discharge all concrete before exceeding 300 drum or blade revolutions.

    **9.** Colored-Mixed Concrete

       **a.** Proportion, batch and mix color additives in accordance with manufacturer's instructions. Mix until color additives are uniformly dispersed throughout mixture and disintegrating bags, if used, have disintegrated.

       **b.** If mixed at batch plant, schedule delivery of concrete to provide consistent mix times from batching until discharge.

**F.** **Concrete Used in Construction**

    **1.** Requirements

    Use Type I or Type II Portland cement, Type IL Portland-limestone Cement or Type IP Portland-Pozzolan cement for bridge construction, unless otherwise specified.

> **NOTES:**
>
> **1.** Do not use air-entraining cement.
>
> **2.** Do not use accelerators (24-hour accelerated strength concrete) that contain chlorides in any bridges where the concrete containing the additive will contact the reinforcing steel.
>
> **3.** Type IL Portland-limestone Cement may be used anywhere that Type I or Type II Portland cement is specified.

    Concrete Types: Use the tabulated results from the Table 1—Concrete Mix Table for the classes and specific requirements for each class of concrete. Use the appropriate class of concrete shown in the Plans or specifications for each component of a structure, of the type as follows:

       **a.** Class AAA–Prestressed concrete and precast concrete as called for on the plans.

       **b.** Class AA1–Precast concrete as called for on the plans

       If approved by the Engineer, you may use this class as high early-strength concrete and may use Type III cement in concrete used for this purpose.

       The Engineer may also specify the rate of compressive strength development when this concrete is used

> **NOTE: The Department will not add compensation to the Contractor for Class AA1 concrete when it is used at the request of the Contractor.**

       **c.** Class D – Bridge superstructure concrete as called for on the plans.

16

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## Section 500 — Concrete Structures

    **d.** Class AA–Bridge concrete, cast in place concrete, or precast concrete as called for on the plans

    **e.** Class A–General purposes

> **NOTE: Do not air-entrain Class A concrete deposited in water (seal concrete). Ensure that the concrete has 10 percent additional cement and sufficient water to provide a 6- to 8-in. (150- to 200-mm) slump.**

    **f.** Class B–Massive sections or lightly reinforced sections or miscellaneous non-structural concrete

    **g.** Class CS– (Portland cement concrete subbase). Use this class as a subbase where required by the Plans. Concrete subbase may be composed of a mixture of Portland cement and graded aggregate or Portland cement, aggregate, and sand.

**2.** Acceptance of Design

Determine laboratory acceptance strength by at least 8 compressive test specimens prepared and cured according to AASHTO R 39.

    **a.** Make the specimens from two or more separate trial batches.

    **b.** Make an equal number of specimens from each batch.

    **c.** Calculate the minimum average strength or acceptance strength (X) as follows:

X = f 'c + 2.0s

Where:

f 'c = required minimum compressive strength for each class of concrete from the Table 1—Concrete Mix Table

s = average standard deviation of all 28-day specimens made in the field representing concrete of a given class from all ready-mix plants

Use the standard deviations shown in Table 4:

### Table 4—Standard Deviations for Calculating Acceptance Strength

| Class of Concrete | Standard Deviation (s) | |
|---|---|---|
| | Psi | (MPa) |
| B | 370 | (2.5) |
| A | 650 | (4.5) |
| AA | 620 | (4.3) |
| D | 590 | (4.0) |
| AA1 | 540 | (3.7) |
| AAA | 500 | (3.4) |

## 500.3.05 Construction

### A. Meet General Responsibilities

General construction responsibilities include:

**1.** Batch, mix, deliver, and place concrete according to the Specifications.

**2.** Have enough production and placement capacity to continuously mix, place, and finish the concrete in each pour unit during daylight hours.

If necessary, place concrete at night when adequate lighting facilities exist, and the Engineer approves of the operations and facilities.

**3.** If a pour cannot be completed, do the following:

    **a.** Form an approved construction joint.

    **b.** Remove the partial pour.

    **c.** Take other remedial measures directed by the Engineer at no additional expense to the Department.

**EXHIBIT 3**

## Section 500 — Concrete Structures

4. Schedule placement to minimize exposure of freshly poured concrete to potentially harmful drying elements such as wind and sun before curing materials are applied and protect freshly poured concrete from exposure to excess moisture and freezing for a minimum of 24 hours when such weather conditions exist.

### B. Construct Falsework

Accept responsibility for the design, construction, protection, and performance of falsework. Repair or remove and replace (as the Engineer directs) concrete, other material, or portions of the structure that are damaged or destroyed due to falsework failure.

Construct falsework for prestressed post-tensioned concrete structures according to the Contract Special Provisions.

Construct falsework for structures other than post-tensioned box girders as follows:

1. Meet Design Criteria

   Ensure that falsework structural components that have similar functions in an individual permanent span have the same geometric properties and are made of the same materials.

   When designing and centering formwork, treat concrete as a liquid, and use the following weights:

   - 150 lbs./ft.³ (23.6 kN/m³) for vertical loading
   - 85 lbs./ft.³ (13.4 kN/m³) for horizontal loading
   - 75 lbs./ft.² (3.6 kN/m²) live load for deck placement operations

   Use the following falsework design criteria:

   - Design and construct falsework logically so the Bridge Design Office can analyze it using a commonly accepted structural design theory.
   - Avoid exceeding safe working values for material stresses.
   - Provide support for the imposed loads, without settling or deforming and a way to compensate for settlement, if it occurs.

2. Support Falsework

   Support falsework using one of these methods:

   - Support on piling driven and removed as directed
   - Found on a footing approved by the Engineer

3. Construct Falsework

   Construct and set falsework to provide the finished structure the specified camber and finished grade.

   Place "telltales" at locations directed by the Engineer to observe how much the falsework settles.

### C. Meet Form Design Criteria

Ensure that forms meet the following design criteria:

- Provide wet concrete and other loads and forces of construction support without bulging between the supports or bracing and without deviating from the lines and contours shown on the plans.
- Meet the design criteria for falsework in Subsection 500.3.05.B.1, *Meet Design Criteria*.
- Account for the use of retarded concrete.

Ensure that bracing, ties, and supports are placed accurately.

If the formwork appears to be inadequately supported, tied, or braced (before or during concrete placement), the Engineer may require that the Work stop until the defects are corrected.

### D. Use Acceptable Form Materials

Except as noted, fabricate forms from the following materials:

- Lumber

## EXHIBIT 3

## Section 500 — Concrete Structures

- Plywood
- Metal
- Plastic
- Combinations of these

Use material free of defects that materially affect form strength or materially impair the accuracy or appearance of the concrete surface.

Use the form materials as follows:

**1.** Lumber Forms

Construct wood forms as follows:

- **a.** Size and dress the lumber.
- **b.** Use lumber at least 1 in. (25 mm) thick.
- **c.** Use lumber for header forms used as screed supports and for curb face forms at least 2 in. (50 mm) thick.
- **d.** Avoid using scrap material or doing patchwork.
- **e.** Stagger all joints but those between abutting panels.
- **f.** Line the lumber used to form outside vertical surfaces of exterior beams or girders with an approved form liner.
- **g.** Use chamfer strips mill-produced from high-quality lumber, free of defects.
- **h.** Dress and finish chamfer strips on all three sides.
- **i.** Size chamfer strips to the proper dimensions.

**2.** Plywood Forms

Construct plywood forms as follows:

- **a.** If plywood is the type made for general concrete forms and is at least 5/8 in. (16 mm) thick, use it in place of 1 in. (25 mm) thick lumber to construct forms, if necessary.
- **b.** Ensure that plywood used to form open joints and to line forms is at least 1/4 in. (6 mm) thick.
- **c.** When nailing plywood directly to form studs, do not space the studs more than 16 in. (400 mm) apart.
- **d.** Use plywood in full sheets wherever practical. Do not do patchwork with small, irregular pieces.
- **e.** Have the Engineer inspect and approve plywood sheet layout.

**3.** Metal or Plastic Forms

- **a.** Construct metal or plastic forms as follows:
- **b.** Use metal or plastic to form concrete only if the Engineer approves the forms and if the forms produce satisfactory results.
- **c.** Use metal forms that produce finished concrete equal to or superior to concrete made from comparable wooden forms.
- **d.** Countersink bolts and rivets in the surfaces of metal forms that touch concrete.
- **e.** Grind welds smooth in the surfaces of metal forms to provide a smooth plane surface.

**4.** Other Material Uses

Use tempered fiberboard for form liners when necessary if it is at least 1/4 in. (6 mm) thick. Use tempered fiberboard 1/8 in. (3 mm) thick only to form open joints. Support the fiberboard with suitable spacers arranged properly.

Use approved synthetic materials for forming open joints and for other special uses, if necessary.

## EXHIBIT 3

Section 500 — Concrete Structures

**E.   Construct Form Supports**

Construct form supports using metal ties, anchors, and hangers as follows:

**1.**   Construct supports that will remain in the finished concrete so they can be removed from the concrete face to a depth of at least 1 in. (25 mm) without damaging the concrete.

**2.**   Weld form supports to girder or beam flanges in continuous or cantilever spans only in the flange areas which are in compression.

**3.**   When ordinary wire ties or snap ties are permitted, cut them back at least 3/8 in. (10 mm) from the face of the concrete.

**4.**   Design metal tie fittings that minimize the cavities made when they are removed. Fill all cavities after removing metal tie fittings.

**F.   Construct Temporary Forms**

Construct temporary forms as follows:

**1.**   Construct and maintain forms in a mortar-tight condition.

**2.**   Construct forms so that they can be removed easily without damaging the concrete, unless using forms that will remain in place.

**3.**   Build, line, and brace forms so that the formed concrete surface conforms with the dimensions, lines, and grades shown on the plans.

**4.**   Build headwall forms for skewed pipe parallel to the roadway centerline or at right angles to the radius on curves. Construct headwall forms as follows:

    **a.**   Lay enough pipe to extend through the headwall form.

    **b.**   After the concrete is poured and hardened, carefully cut and dress the protruding pipe ends so no ragged edges remain.

The Contractor may choose, as an alternate to the above method, to build a circular form that exactly fits the pipe circumference and face of the headwall form.

**5.**   Construct form liner using plywood or other approved form liner as follows:

    **a.**   Use form liner in large sheets. Do not do patchwork.

    **b.**   Avoid irregular joint location in form liners.

    **c.**   Have the Engineer inspect and approve the proposed liner layout.

**6.**   Bevel forms at beam copings, girders, and other projections to ease removal.

**7.**   Place chamfer strips to chamfer exposed edges of the concrete by the required amount. Use ¾ in. (19 mm) chamfers unless otherwise shown on the plans.

**8.**   Patch with tin or other metal only in those areas of the superstructure lying between and including the inside faces of the exterior beams.

**9.**   When shown on the plans, splice water stops to form continuous water-tight joints. Hold stops in position while placing concrete.

**10.**   Immediately before erecting forms or just before placing bar reinforcement steel, coat forms with a clear oil or other bond breaker to keep concrete from sticking to the forms.

    **a.**   Do not allow the substance to stain or soften the concrete surface.

    **b.**   Do not apply by reaching or pouring through previously placed reinforcement steel.

**11.**   Wait to place concrete in any form until the Department inspects and approves the form.

Inspection and approval does not diminish the responsibility to produce concrete surfaces free of warping, bulging, or other defects.

**12.**   When removing forms, remove chamfer strips, blocks, and bracing.

**13.**   Do not leave any part of a wooden form in the concrete.

**14.**   If concrete surfaces do not meet finish specifications, correct the problems with the following steps, as directed by the Engineer:

•   Repair the defects using approved methods.

EXHIBIT 3

## Section 500 — Concrete Structures

- Remove and replace the affected portion of the work.

### G. Reuse Forms

Reuse forms and form material in good condition and satisfactory as determined by the Engineer. Do not use forms or form materials that are warped, cracked, split, bulging, have separated plies, or have unsatisfactory form liner.

Ensure that used forms are mortar tight and produce a finished concrete equivalent to that produced by new forms.

### H. Construct Permanent Steel Bridge Deck Forms for Concrete Deck Slabs

Unless otherwise designated on the Plans, construct and use permanent steel bridge deck forms for concrete bridge deck slabs according to these Specifications. Do not use permanent steel bridge deck forms in panels where longitudinal deck construction joints are located between stringers.

Provide a structurally satisfactory slab when using permanent steel bridge deck forms.

1. Fabricate permanent steel bridge deck forms and supports from steel that conforms to ASTM A 653/653M Designation SS, Grade 80/550, Coating Designation G-165/Z-500  and ASTM A 924/924M.

2. Design permanent steel bridge deck forms as follows:

    a. Account for the dead load of the following:
       - Form
       - Reinforcement steel
       - Plastic concrete

    b. Add 50 lbs./ft² (2.4 kN/m²) for construction loads.

    c. Ensure that the unit working stress in the steel sheet does not exceed 0.725 of the specified minimum yield strength for the material furnished. However, do not allow the unit working stress to exceed 36,000 psi (250 MPa).

    d. Account for deflection under the weight of the forms, the plastic concrete, and the reinforcement as follows:
       1) If deflection exceeds 1/180 of the design span or 1/2 in. (13 mm), whichever is less, use intermediate supports.
       2) Do not base deflection on a total load of less than 120 lbs./ft² (5.7 kN/m²).

    e. Base the permissible form camber on the actual dead load condition.

    f. Do not use camber to compensate for deflection that exceeds the above limits.

    g. Compute the form sheets design span using the clear span of the form, plus 2 in. (50 mm), measured parallel to the form flutes.

    h. Compute physical design properties according to the requirements of the latest published edition of the American Iron and Steel Institute Specification for the Design of Cold Formed Steel Structural Members.

    i. Ensure that all bottom reinforcement has a minimum concrete cover of 1 in. (25 mm) as shown in Figure 1. (Figure 1 metric).



**FIGURE 1**

---

21

# EXHIBIT 3

## Section 500 — Concrete Structures

  **j.** Maintain the Plan dimensions of both layers of primary deck reinforcement from the top surface of the concrete deck.

  **k.** Do not use precast mortar blocks to support the deck reinforcement.

  **l.** Do not treat permanent steel bridge deck forms as lateral bracing for the compression flanges of supporting structural members.

 **3.** Do not weld to flanges in tension or to structural steel bridge elements fabricated from non-weldable steel grades.

  Have welders certified by the Department weld metal deck forms or supports for metal deck forms.

### I. Install Forms

Install and maintain forms in a mortar-tight condition and according to approved fabrication and erection Plans.

Place transverse construction joints at the bottom of a flute. Field drill 1/4 in. (6mm) weep holes no less than 12 in. (300 mm) on center along the line of the joint.

 **1.** Highway Bridge Forms

  Install highway bridge forms with a 1 in. (25 mm) minimum clearance between the top of the form and the bottom of the main deck reinforcement. See Figure 1.

 **2.** Railroad Bridge Forms

  Install railroad bridge forms as follows:

  **a.** Place the forms so the tops of the form ribs adjacent to the beam flange are at the bottom of the deck slab specified by the plans.

  **b.** Maintain the full slab depth detailed on the plans.

  **c.** Do not allow form ribs to project above the plan bottom of the deck slab.

  **d.** Do not place form sheets directly on top of the stringer or floor beam flanges.

  **e.** Securely fasten form sheets to form supports using self-drilling screw fasteners, not by welding. If the Engineer approves, use fastener pins driven into place by a power tool.

  **f.** Ensure that form sheets have a minimum bearing length of 1 in. (25 mm) at each end.

  **g.** Do not leave loose sheets or accessories on the deck at the end of a day's work.

  **h.** Place form supports so that they contact the flange of the stringer or floor beam.

  **i.** Attach form supports using welds, bolts, clips, or other approved means.

  **j.** Do not weld form supports to the flanges of non-weldable steel or to portions of the flange subject to tensile stresses.

  **k.** Ensure that welding and welds comply with AWS D 1.5 for fillet welds. However, 1/8 in. (3 mm) fillet welds are permitted.

### J. Repair Damaged Forms

Repair permanently exposed form metal to the Engineer's satisfaction if the galvanized coating is damaged.

 **1.** Clean the damaged area.

 **2.** Go over the damaged area with a wire brush.

 **3.** Paint the area with two coats of zinc oxide-zinc dust primer that meet Federal Specification TT-P-641d, Type II and has no color added.

 **4.** Do not touch up minor heat discoloration in weld areas.

### K. Construct Runways

Provide runways into a deck pour area for moving buggies. If the Engineer approves, use runways to bridge a previous pour that has not reached the minimum strength or age requirements in Subsection 500.3.05.AF.4, *Live Loads—Pouring Equipment*.

Construct and support runways to protect the forms and the reinforcement steel position.

## EXHIBIT 3

## Section 500 — Concrete Structures

### L. Construct Work Bridges

Provide a work bridge on deck pours. Support the bridge outside the area of the pour receiving a surface finish. If two or more spans will be poured on the same day, the Engineer may require two work bridges.

Design and construct work bridges to meet the following:

- Do not allow the bridge to sag into the fresh concrete.
- Construct the bridge so that transverse finish and curing material can be applied easily regardless of the screed type.

### M. Add Water to Concrete

Add water to the concrete at the concrete plant. Do not add indiscriminate amounts of water at the job site.

If placement conditions require concrete of a more workable consistency, add small amounts of water at the job site if approved by the Engineer.

Add water at the job site as follows:

1. Determine the quantity of water required to provide the necessary consistency.
   The Engineer will not approve additions of water that cause the total amount of water to exceed the maximum water/cement ratio established in the Table 1—Concrete Mix Table .
   The Engineer will reject concrete with water added to it that produces a higher slump than specified in the Table 1—Concrete Mix Table .
2. Do not add water to concrete that has begun to set because of excessive mixing or to concrete that has exceeded mixing or haul time limitations.
3. When adding the water, carefully control the conditions.
4. Position the delivery so the measuring operation is not affected.
5. Measure the water carefully.
6. Inject the water into the mixer forcefully to facilitate uniform mixing.
7. Add water before discharging an appreciable amount of concrete.
8. Do not add more water after concrete discharge begins.
9. After adding the water, mix the concrete an additional 30 revolutions.
10. Finish mixing the concrete before the total revolutions at mixing speed exceed 150.

### N. Volumetrically Proportion Concrete

Concrete ingredients may be proportioned volumetrically when non-air entrained concrete is used in miscellaneous concrete, non-exposed footings, culverts smaller than bridge culvert size, or when approved by the Engineer.

### O. Prepare for Concrete Placement

Prepare for concrete placement as follows:

1. Ensure that an adequate supply of concrete will be furnished and placed to meet the requirements specified in Subsection 500.3.05.P, Table 5—Minimum Placement Rates for Bridges, Culverts and Retaining Walls.
2. To ensure a full bond between prestressed concrete deck panels and the cast-in-place concrete, clean the panel before placing the slab concrete.
3. Immediately before placing cast-in-place slab concrete, saturate the prestressed concrete deck panels with water.
4. Immediately before placing concrete in the forms, the concrete will be measured for acceptance tolerances. Acceptance tolerances for each class of concrete are listed in the Table 1—Concrete Mix Table .
   Conduct the applicable tests according to the procedures in the Sampling, Testing, and Inspection information.

# EXHIBIT 3

## Section 500 — Concrete Structures

### P.  Meet the Minimum Placement Rates

If concrete is not produced, placed, and finished according to the minimum placement rates, the Engineer may reject the pour. Concrete pours of a similar nature and size will not be allowed until the problem is corrected and the placement rate met.

The minimum placement rates are listed in Table 5:

**TABLE 5—MINIMUM PLACEMENT RATES FOR BRIDGES, CULVERTS AND RETAINING WALLS**

**5.**  Bridge Substructure

| Pour Size in Cubic Yards (Meters) | Minimum Placement Rate in Cubic Yards (Meters) per Hour |
|---|---|
| 0-25 (0-19) | 10 (8) |
| 26-50 (20-39) | 15 (12) |
| 51-75 (40-59) | 20 (15) |
| 76-100 (60-75) | 25 (20) |
| 101 and over (76 and over) | 30 (25)or as designated on the Plans or in the Special Provisions |

The minimum placement rate for columns shall be the same as for culvert sidewalls and wingwalls.

**6.**  Bridge Superstructure

| Pour Size in Cubic Yards (Meters) | Minimum Placement Rate in Cubic Yards (Meters)per Hour |
|---|---|
| 0–25 (0-19) | 15 (12) |
| 26–50 (20–39) | 20 (15) |
| 51–75 (40–59) | 25 (20) |
| 76 and over (60 and over) | 30 (25) or as designated on the Plans or in the Special Provisions |

Pour handrail, parapet, curb, and barriers at a rate satisfactory to the Engineer.

**7.**  Culverts

| Structure | Minimum Placement Rate in Cubic Yards (Meters)per Hour |
|---|---|
| Footings and slabs | Same as for bridge substructures |
| Sidewalls and wingwalls | Use placement rates so that fresh concrete is not placed on concrete that has attained its initial set. Cover all concrete with fresh concrete within 45 minutes. |

**8.**  Retaining Walls

| Structure | Minimum Placement Rate in Cubic Yards (Meters)per Hour |
|---|---|
| Footings | Same as for bridge substructures |
| Walls | Same as for culvert sidewalls and wingwalls |

**EXHIBIT 3**

## Section 500 — Concrete Structures

**Q.  Place Concrete**

Place concrete as follows:

**1.**  Do not allow aluminum to touch the concrete while mixing, transporting, handling, or placing it.

**2.**  Transport, handle, and place concrete quickly so that it reaches its final position in the forms within the haul time limitations in Subsection 500.2.01.E.1, *Haul Time Limitations*.

**3.**  Manipulate the delivery or conveyance unit to avoid vibration damaging to partially set concrete.

**4.**  Immediately before placing the concrete, thoroughly clean and wet the forms.

**5.**  Place concrete as close as possible to its final position in the forms.

**6.**  Use chutes, troughs, or tubes to pour the concrete in the forms, without displacing reinforcement steel.

**7.**  Modify or stop using the equipment if chutes, troughs, or tubes cause honeycombed or otherwise inferior concrete.

**8.**  When placing concrete by pumping, operate the pumping equipment so that the concrete is produced in a continuous stream without air pockets.

> **NOTE: Convey and place concrete by pumping only when specified in the Contract or when authorized by the Engineer.**

**9.**  When concrete placement requires dropping the concrete more than 5 ft (1.5 m), use pipes or tubes to place the concrete.

Do not allow concrete to free-fall more than 5 ft. (1.5 m) from the pipe or tube.

**10.**  Place concrete in horizontal layers no more than 18 in. (0.5 m) thick.

**11.**  Place and compact succeeding batches in each layer before the preceding batch takes its initial set.

**12.**  Place each succeeding layer before the underlying layer sets.

**13.**  Consolidate the concrete to avoid cold joints between layers.

**14.**  If the forms sag or bulge while concrete is being placed, remove the concrete causing the distortion and the concrete in adjoining areas if the Engineer requires. Removal prevents cold joints and displaced or damaged reinforcement.

**15.**  Work the concrete around reinforcement bars without displacing them.

**16.**  Compact concrete using suitable tools and vibration.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-88E8-B474A4228A26

**Section 500 — Concrete Structures**

17. Vibrate concrete where it is deposited and vibrate other concrete while it is fresh. Vibrate as follows:

    **a.** Insert and withdraw vibrators slowly.

    **b.** Manipulate vibrators to work the concrete around reinforcement and embedded fixtures and into corners of forms.

    **c.** Vibrate sufficiently to compact the concrete but avoid causing the concrete to segregate.

    **d.** Stop vibrating before local areas of grout are formed.

    **e.** Apply vibrators no farther apart than twice the radius through which the vibration is visibly effective.

    **f.** Do not use vibrators or any other means that could cause segregation to move masses of concrete in the forms.

    **g.** Do not apply vibrators to sections of concrete that are no longer plastic.

    **h.** Vibrate concrete-filled steel grid floors by applying the vibrators to the steel.

    **i.** Vibrate concrete for precast or prestressed units as specified above in steps **a through g**, unless the Engineer approves alternate methods.

    **j.** Stop vibration when a mortar line appears on the face of the form and when the coarse aggregate particles are submerged in the concrete mortar.

18. Supplement vibration with spading to ensure smooth surfaces and dense concrete along form faces and in locations difficult to reach with vibrators.

19. After concrete sets initially, do not disturb the forms or the projecting reinforcing bars.

**R. Create Construction Joints**

Place construction joints according to the Plans or as directed by the Engineer.

If an emergency affects continuous placement, the Engineer will decide if a construction joint is allowed. If allowed, the Engineer will provide instructions about where and how to make the joint.

The Engineer may eliminate certain construction joints if placement, finishing and forming methods can produce satisfactory results.

Create construction joints as follows:

1. Remove mortar splashed on form surfaces and projecting reinforcement steel before concrete reaches its initial set.

    **a.** Do not puddle dried mortar chips and dust into the plastic concrete.

    **b.** If excess mortar is not removed from reinforcement steel before the concrete reaches its initial set, delay cleaning until the concrete is thoroughly hardened.

2. If joining fresh concrete and hardened concrete, clean the hardened surface of laitance and incompletely bonded, loose, or foreign material.

    Ensure that laitance is completely removed from the following:

    • Joints between decks and curbs

    • Tops of seal courses

    • Construction joints in concrete exposed to sea water

3. Ensure that the surface of the concrete is dry before pouring the concrete against it.

4. Immediately before placing fresh concrete, tighten the forms against the existing concrete.

5. Use tremies or pumps to coat areas where fresh concrete will be poured with mortar or cement grout.

6. Begin placing concrete immediately after placing the mortar or grout.

7. Apply enough vibration to blend the material with the concrete at the construction joint.

**S. Protect Fresh Concrete**

Do not drive pile, blast, or perform other operations that vibrate the formwork or the concrete noticeably before the concrete reaches a strength of 2,000 psi (15 MPa) and is 3 days old.

Protect fresh concrete from rainfall with waterproof material such as tarpaulins or plastic film. Ensure that the waterproof material is ready before pouring and is sufficient to cover the area of the pour.

26

**EXHIBIT 3**

## Section 500 — Concrete Structures

### T.  Place Bridge Deck Concrete

Do not use calcium chloride or any other admixture containing chloride salts in concrete placed on permanent steel bridge deck forms.

Ensure that the tolerances are accurate for bar reinforcement placement in cast-in-place concrete so the top clearance to the bar reinforcement complies with Subsection 511.3.05.G.6, *Bridge Deck Slab Tolerances*.

Place bridge deck concrete according to the Contract Specifications and as follows:

1.  Before pouring decks, set substantial bulkheads or headers and shape them to the required deck surface cross-section.

2.  Ensure that pouring sequences, procedures, and mixes comply with the plans and specifications.

3.  Pour the deck according to the numbered sequence as follows:

    a.  Unless otherwise shown on the Plans, pour each deck in one continuous operation.

    b.  When dividing deck pours within any one complete unit (a simple span or a continuous or cantilever unit), pour and finish the concrete in the numbered sequence shown on the plans, beginning with the lowest number.

    c.  Make pours with the same number before pours with higher numbers. Make pours with the same number in any sequence.

    d.  The numbered sequence shown on the plans also applies to sidewalk pours, but it need not apply to curb, parapet, and handrail pours.

    e.  Pour diaphragms between steel or prestressed concrete roadway beams at least 24 hours before pouring the deck slab.

    f.  Unless otherwise authorized by the Engineer, pour all diaphragms within a complete unit before pouring decks.

    g.  When constructing concrete T-Beams, place girder stems in uniform layers before placing slabs.

    h.  If T-Beam spans are supported without intermediate false bents, begin deck placement as soon as the first four stems are placed. After the first four stems, avoid getting more than three stems ahead of the advancing line of the deck pour and lagging by more than the space between stems.

    i.  If T-Beam spans are supported by intermediate false bents, place decks and stems the same as for T-Beam spans supported without intermediate false bents. However, ensure that the slab is placed before a cold joint develops between the stem and slab.

4.  Do not make the deck pour until any previously poured concrete in the complete unit has set for 24 hours.

    This requirement may be waived under certain conditions if the succeeding pour can be completed (except for final finishing) within four hours of the initial placement of the day. The Engineer must give written approval for this requirement to be waived.

    Unless otherwise shown on the plans, do not place handrail, sidewalks, parapets, and curbs in a complete unit until all the deck slabs in the unit have been poured.

5.  Ensure that the pour is the same as the overlap direction (as shown in the shop drawings).

6.  Use the following deck pour method:

    a.  If there is super-elevation, begin deck pours on either the high or the low side.

    b.  Dump each batch against previously placed concrete.

    c.  Pour at a rate that ensures fresh concrete along the advancing line of the pour.

    d.  Vibrate or tamp concrete dumped on fresh concrete to make the grout flow as follows:

        • Forward with or slightly ahead of the concrete

        • Along the bottoms and sides of the forms

        • Around the reinforcement steel

7.  Once the concrete is poured, vibrate it enough to avoid honeycomb and voids, especially at the following locations:

    • Construction joints

27

# EXHIBIT 3

**Section 500 — Concrete Structures**

- Expansion joints
- Valleys and ends of form sheets Screed the concrete as follows:
  a. Use finishing devices operating parallel to the center line. As pouring proceeds, keep the concrete surface screeded to the required grade.
  b. Fill depressions ahead of the screed, and keep a small roll of grout on the leading edge of the screed. Perform further screeding with minimum disturbance to the surface already brought to the grade.
  c. Take care during the placement and screeding to obtain sound concrete at the construction joint located where the slab joins the curb, parapet, or sidewalk.
  d. Do not place excess grout on the leading edge of the screed and do not allow it to remain in this area.
  e. Use either a longitudinal screed or a transverse screed.
    - Longitudinal Screed
      Before doing the final screeding, place enough concrete in front of the screeding position to deflect the dead load.
    - Transverse Screed
      On beam or girder-supported spans with skew angles of 65° or less, place and operate the truss or beam supporting the strike-off parallel to the skew and make the advancing pour line parallel to the skew.
      On beam or girder-supported spans with skew angles between 65° and 90°, position the screed either on the skew or at right angles to the bridge center line.
      On superstructures supported by non-deflecting falsework and on beam- or girder-supported spans with a total dead load deflection no more than 1/2 in. (13 mm), position the screed at right angles to the bridge center line and make the advancing line of pour at right angles to the bridge center line.
  f. As the pouring proceeds, keep the concrete surface screeded to the required grade.
  g. Fill depressions ahead of the screed. Keep a small roll of grout on the leading edge of the screed.
  h. Continue to screed without disturbing the surface already brought to the required grade.
  i. Avoid producing unsound concrete where the slab joins the curb, parapet, or sidewalk. Remove excess grout from the leading edge of the screed at these construction joints.
8. Edge joints to be sealed, including dummy joints, as follows:
  a. Edge before the initial set or after the final set.
  b. If edging before the initial set, use edging tools of the proper radius as shown on the plans.
  c. Carefully remove concrete from pouring operations on adjacent pours to achieve the required rounded edge.
  d. If edging after the final set, allow the joints to harden. After at least 12 hours, grind joints to approximate the plan radius either by hand or by mechanically operated grinding stones.
  e. To achieve full and uniform bearing, finish areas that are recessed for receiving joint members.
9. Finish bridge decks as follows:
  a. As soon as the concrete is hard enough and standing water and moisture sheen disappear, give the concrete a final finish by belting, brooming, or dragging.
    - Belt longitudinally using a wet canvas belt. Limit belting to spans no longer than 40 ft. (12 m).
    - Drag transversely or longitudinally with a wet burlap drag.
    - Broom transversely using a stiff-bristled broom.
  b. Finish the following areas carefully:
    - Gutter lines
    - Joints
    - Drains

28

**EXHIBIT 3**

## Section 500 — Concrete Structures

    **c.** After belting, dragging, or brooming and when shown on the plans, groove the bridge deck and approach slabs perpendicular to the center line as follows:

        **1)** Do not begin grooving until the bridge deck is cured according to Subsection 500.3.05.Z, *Cure Concrete*.

        **2)** If necessary, groove in conjunction with planing required to make the surface corrections specified in Subsection 500.3.06.D, *Bridge Deck Surface Check*. Wait until the concrete is hard enough to support the equipment without distorting.

        **3)** Cut grooves into the hardened concrete using a mechanical saw device capable of producing grooves 0.125 in. (3 mm) wide, 0.125 in. (3 mm) deep, and 0.50 in. (13 mm) apart, center-to-center.

        **4)** Extend the grooves across the slab to within 1ft. (300 mm) of the gutter lines.

        **5)** Do not groove within 3 in. (75 mm) of bridge joints, including "dummy" joints detailed in the plans.

### U. Place Concrete Parapet on Bridge Decks

Place concrete barrier or parapets on bridge decks. The slip form method with an approved self-propelled extrusion machine as specified in Section 621 is optional.

### V. Place Seal Concrete

Deposit concrete in water only when required by the Plans or when considered necessary by the Engineer.

When depositing the seal concrete, follow these guidelines:

- Keep the water as motionless as possible.
- Place the concrete continuously from beginning to end.
- Ensure that the concrete surface remains as horizontal as possible.

Place seal concrete as follows:

**1.** Place seal concrete carefully in a compacted mass as near to its final position as possible using a tremie, a bottom dump bucket, or other approved means.

    **a.** Use tremies to place seal concrete as follows:

        **1)** Support tremies so that the discharge end can move freely over the entire top surface of the work.

        **2)** Support tremies so that they can lower rapidly to stop or retard the flow of concrete.

        **3)** At the beginning of the work, close the discharge end to keep water out of the tube.

        **4)** Keep the tube sealed.

        **5)** Keep the tremie tube full to the bottom of the hopper.

        **6)** When dumping a batch into the hopper, induce concrete flow by slightly raising the discharge end and keeping it within the previously deposited concrete. This maintains a seal and forces the concrete to flow into position by hydraulic head.

    **b.** Use bottom-dump buckets to place seal concrete as follows:

        **1)** Ensure that the bottom-dump bucket is level full.

        **2)** Open the bucket only when it rests on the surface that will receive the charge.

        **3)** In lowering and raising the bucket, do not move the water unnecessarily.

    **c.** When approved by the Engineer, place seal concrete by pumping.

**2.** Wait at least 24 hours after placement to begin dewatering seal concrete, unless the Engineer determines a longer waiting period is necessary.

**3.** Remove laitance from the seal concrete before placing the footing.

**4.** Bore seals under spread footings the entire depth of the seal as specified for foundations in Subsection 211.3.05.C, *Boring of Foundations and Seals*.

**5.** If laitance buildup on seals under spread footings exceeds 1/4 in./ft. (20 mm/m) of seal depth, the Engineer may decide to core the seal to determine acceptability.

---

29

# EXHIBIT 3

## Section 500 — Concrete Structures

6. When placing concrete exposed to sea water, control the water content to produce concrete of maximum density and create construction joints and prepare their surfaces according to the requirements of Subsection 500.3.05.R, *Create Construction Joints*.

### W. Pour CS Concrete

Pour CS concrete as follows:

1. Meet CS concrete depth and surface finish requirements.

   - Ensure that the minimum depth is the same as shown on the plans.
   - Do not vary the depth variation more than 1 in. (25 mm).
   - Ensure that the surface finish is generally smooth and uniform.
   - Smooth or fill float marks, voids, and other deformities exceeding 1/2 in. (13 mm) before placing approach slabs.

2. To prevent bonding:

   a. Lay clean polyethylene sheeting uniformly over the CS concrete in the approach slab area before placing the slabs.
   b. Use new, unused polyethylene sheeting free of holes, rips, and tears.
   c. Use polyethylene bond-breaking material at least 8 mils (0.2 mm) thick with an overlap of at least 6 in. (150 mm).

3. Maintain polyethylene sheeting in good condition throughout the construction process.

   Repair or replace sheeting deemed unsatisfactory as directed by the Engineer.

4. Cure CS concrete with the polyethylene sheeting used for bond breaking.

### X. Pour Concrete in Cold Weather

When pouring concrete in cold weather, keep the concrete temperature at the point of delivery at least 50 °F (10 °C). Do not use accelerator-containing chlorides.

Mix and pour concrete in cold weather as follows:

1. Keep concrete materials at the right temperatures.

   - Do not use materials in concrete mix that contain frozen lumps.
   - Do not incorporate water and aggregates into the mix with temperatures more than 150 °F (65 °C).
   - If aggregates or water temperatures are above 100 °F (40 °C), discharge the aggregates and water into the mixer and allow the temperatures to equalize before adding the cement.
   - Heat aggregate with steam, hot water coils, or other methods that do not damage the aggregates. Do not heat aggregates with direct flame.

2. Protect the poured concrete.

   - Keep concrete above 50 °F (10 °C) for at least 72 hours after placement.
   - Protect concrete from freezing for 6 days after placement.

### Y. Pour Concrete in Hot Weather

Reduce hazards and difficulties related to placing and finishing concrete in hot weather before pouring. The Engineer may require measures to prevent concrete workability reduction, losses from cement hydration, evaporation, drying, or elevated concrete temperatures.

1. Place Concrete

   Cool forms and reinforcement with water immediately before placing concrete. Meet the minimum placement rates specified in Subsection 500.3.05.P, Table 5—Minimum Placement Rates for Bridges, Culverts, and Retaining Walls.

2. Keep Concrete Cool

   Keep concrete cool as follows:

---

30

# EXHIBIT 3

## Section 500 — Concrete Structures

    **a.** Keep the concrete used for construction at no more than 95 °F (35 °C) when measured at the point of discharge from the delivery unit.

    **b.** If the concrete temperature might exceed 95 °F (35°C) during concrete placement, begin placement when the air temperature cools if the Engineer requires.

    **c.** Cool the aggregates by fogging or other means that do not affect moisture content.

    **d.** Use chipped or crushed ice in the mix as a portion of the mixing water on a pound (kilogram) basis. If using ice, ensure that the ice melts before the batch is discharged from the mixing unit.

    **e.** If necessary, cool water by refrigeration to provide a lower concrete temperature.

**3.** Finish Concrete

Do not "splash on" water to aid screeding or finishing operations.

For bridge decks, fog the surface when required, according to Subsection 500.3.05.Z.3, *Bridge Deck Curing*.

If needed, use wind screens to prevent thermal or shrinkage cracks caused by rapid concrete surface drying.

### Z. Cure Concrete

Concrete curing is an integral part of the  concrete placement operation. Improperly cured concrete will be considered defective.

If the Engineer determines that curing procedures do not comply with these Specifications, stop placing concrete. Resume concrete placement after taking remedial measures to ensure proper curing.

Begin curing unformed surfaces when the water sheen disappears from the surface or immediately after applying the surface finish. Continue curing for 5 days.

Cure the formed surfaces after removing the forms. Remove them within 5 days after placing concrete. Continue curing until the concrete is 5 days old (from the time it is poured).

Cure concrete surfaces exposed to air using methods that prevent premature drying or moisture loss. Ensure that curing conditions are the same throughout separate curing areas.

Use either or a combination of the two methods specified for curing concrete except bridge decks. Cure bridge decks as described in Subsection 500.3.05.Z.3, *Bridge Deck Curing*.

Cure colored concrete in accordance with manufacturer's instructions.

**1.** General Curing—Supplying Additional Moisture

Do not use a method that causes the concrete to be alternately wet and dry.

Cure concrete properly by supplying additional moisture through ponding, sprinkling, or fogging and then retaining the moisture as follows:

    **a.** Use cotton mats, burlap, sand, hay, or straw coverings.

        Cover with at least 2 in. (50 mm) of sand. Cover with at least 3 in. (75 mm) of hay or straw.

    **b.** Do not use sawdust or coverings that cause unsightly discoloration of concrete.

    **c.** Place coverings after completing the finishing operations when there is no danger of surface damage.

    **d.** Keep coverings moist continuously.

**2.** General Curing—Preventing Moisture Loss

Keep concrete moist before and during the rubbing from the Type III—Rubbed Finish.

Start curing immediately after the rub using approved waterproof paper, plastic sheets, or membrane-forming curing compounds, except when curing compounds are prohibited.

    **a.** Waterproof Paper or Plastic Sheets

        Ensure that the sheets and paper meet the requirements of AASHTO C 171 and use them as follows:

- Use the widest possible widths.
- Lap adjacent sheets at least 6 in. (150 mm).
- Seal the laps with tape, mastic, glue, or other approved methods to form a waterproof cover of the entire area.

---

31

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-88E8-B474A4228A26

**Section 500 — Concrete Structures**

- Keep the curing material from being displaced by wind.
- Immediately replace or repair sheets or paper that tear, break, or become damaged during the curing period.

**b.** Membrane-Forming Curing Compounds

Use as the curing agent AASHTO C 309, membrane-forming curing compounds, Type 1-D, Class A or B, or Type 2, Class A or B, white pigmented. Use the curing agent as follows:

- Do not use membrane-forming curing compounds on bridge decks or prestressed concrete bridge members, or in construction joint areas.
- When the water sheen disappears from the concrete surface, apply the curing compound uniformly to unformed areas.
- Apply the compound to formed surfaces if the forms are removed during the 5-day curing period.
- Cure the areas to be rubbed with liquid membrane-forming compounds for curing concrete, Type1-D, Class A or B (non-acrylic).
- Apply curing compound with fine-spraying equipment.
- Thoroughly agitate the compounds just before using them.
- Spray the surface again immediately after the first application at right angles to the first application.

    Apply at least 1 gal (1 L) for each 150 ft.² (3.7 m²) of surface.

- Do not apply curing compound to the following:
    - Joints where a concrete bond is required
    - Reinforcement steel
    - Joints where joint sealer will be placed
- Close the surface to pedestrian or vehicular traffic for 7 days unless the surface is protected by planks, plywood, or a layer of sand at least 1 in. (25 mm) thick.

    Do not place this protection until at least 12 hours after applying the curing compound.

**3.** Bridge Deck Curing

Cure bridge deck concrete as follows:

**a.** Immediately after the water sheen disappears and the surface finish is applied, fog the surface to keep a film of water on the surface.

**b.** If surface damage occurs, delay fogging.

**c.** Keep the surface wet until after applying the sheet curing covers.

**d.** Thoroughly soak curing covers on the fabric side.

**e.** As soon as the concrete sets enough to prevent damage, apply the covers with the white-poly side up.

**f.** Use two-layer sheet curing material for bridge concrete according to AASHTO C 171.

For the bottom layer, use a polyethylene film. For the top layer, use a white, burlap polyethylene sheet or a white, co-polymer-coated, absorbent, non-woven synthetic fabric.

**g.** Ensure that sheet curing material for bridge concrete meets Specification requirements for reflection and moisture retention and has no holes or tears.

**h.** Use enough sheet curing material to cover the deck surface.

**i.** Place the curing covers so that adjoining sheets overlap at least 18 in. (450 mm).

**j.** Weight all laps and side edges to prevent cover displacement before curing is completed.

**k.** Weight and overlap covers so the curing sheets maintain intimate contact with the concrete surface.

**l.** If there is no moisture under the curing covers during the 5-day curing period, apply additional moisture.

**EXHIBIT 3**

## Section 500 — Concrete Structures

**4.** Parapet, Sidewalk, End Post, and Curb Face Curing

The surface of parapets, sidewalk, end post, and horizontal and vertical faces of curbs are not considered part of the bridge deck. Cure these structures using the general curing methods in Subsections 500.3.05.Z.1, *General Curing—Supplying Additional Moisture*, and 500.3.05.Z.2, *General Curing—Preventing Moisture Loss*, unless the surfaces will receive a special surface coating (Subsection 500.3.05.AB.4, *Type III—Special Surface Coating Finish*).

Do not cure surfaces receiving a special surface coating with membrane-forming curing compounds.

Do not cure surfaces receiving protection surface treatment (75 percent boiled linseed oil and 25 percent mineral spirits solution) with membrane-forming curing compounds that contain acrylics.

### AA.   Prevent Plastic Shrinkage Cracking

Take precautions to prevent plastic shrinkage cracking of concrete by doing the following:

• Provide wind screens

• Provide fogging equipment

• Apply temporary wet coverings before moisture loss begins

The Engineer will evaluate the effects of plastic shrinkage cracks and will require repair of cracks that create structural defects and corrode reinforcement steel.

### AB.   Finish Concrete

Concrete surface finishes are classified according to whether the surfaces are formed or unformed. Refer to Table 6.

When other Sections of the Specifications for concrete work state that the requirements of Section 500 apply, finish the concrete according to the other sections.

### TABLE 6—CONCRETE FINISH TYPES

| Surface | Finish Type |
|---------|-------------|
| Formed | Type I—Ordinary Formed Surface Finish |
| | Type II—Special Formed Surface Finish |
| | Type III—Rubbed Finish |
| | Type III—Special Surface Coating Finish |
| Unformed | Type IV–Floated Surface Finish |
| | Type V–Sidewalk Finish |
| | Type VI–Stair Tread Finish |

Except for bridge deck finishes, which are covered in Subsection 500.3.05.T, *Place Bridge Deck Concrete*, step 9, finish all structural concrete surfaces with one or more of the finishes described here, unless otherwise shown on the plans.

**1.**   Type I—Ordinary Formed Surface Finish

Complete formed concrete surfaces with this finish. However, leave concrete exposed directly to sea water undisturbed unless the Engineer requires additional work. See Subsection 500.3.05.V, *Place Seal Concrete*, step 6.

Achieve a Type I finish as follows:

**a.**   Immediately after removing the forms, remove fins and surface irregularities.

**b.**   Fill or point up the following:

## EXHIBIT 3

**Section 500 — Concrete Structures**

- Cavities produced by forms or ties
- Holes
- Broken corners or edges
- Defects
- Honeycombed edges

**c.** Remove and patch honeycombed areas to sound concrete.

**d.** Use patch mortar that consists of the same sand and cement as the concrete. Use the sand and cement in the same ratio as in the concrete.

Use epoxy mortars in areas where heat generation and moisture will not decrease patch performance.

**e.** Cure the patches using one of the general curing methods specified in Subsection 500.3.05.Z.1, *General Curing—Supplying Additional Moisture* and 500.3.05.Z.2, *General Curing—Preventing Moisture Loss*.

**f.** Produce a sound and uniform finish.

**g.** If the Type I finish is not satisfactory, give the surfaces a Type III—Rubbed Finish where the Engineer considers it necessary to achieve a uniform and pleasing appearance.

**2.** Type II—Special Formed Surface Finish

Give a Type II finish to the following:

- Exposed portions of pipe headwalls and culverts
- Parapets and wingwalls
- Ends of culvert slabs and walls

Achieve a Type II finish as follows:

**a.** Use a form liner unless the forms are made of plywood or steel.

**b.** Rub only when necessary if the surface has a pleasing, uniform appearance after completing the Type I finish and blending all pointed and patched areas.

**c.** If the surface finish is not satisfactory, give surfaces the Type III—Rubbed Finish where the Engineer considers it necessary to achieve a uniform and pleasing appearance.

**3.** Type III—Rubbed Finish

Apply a Type III finish to bridge areas checked in the table of Bridge areas Requiring a Type III Finish, below and to exposed areas of retaining walls, unless the Plans specify otherwise.

Achieve a rubbed finish as follows:

**a.** Begin the first rub immediately after removing forms, completing the Type I finish, and ensuring that all patches are thoroughly set, but before applying the required curing compound.

If finishing is postponed or there is not enough labor to keep it up-to-date, the Engineer will order a stop to any other work until the finishing is satisfactory.

**b.** Rub chamfered surfaces only once, but not during the first rubbing. Rub chamfered surfaces during either the second or the final rubbing.

**c.** To rub, wet the moist concrete on the curing surface with a brush and rub with a medium-coarse carborundum stone or equal abrasive until a paste comes to the surface.

Keep the entire concrete surface moist during rubbing to assure adequate curing.

**d.** Continue rubbing until all form marks and projections disappear, leaving a smooth, dense surface with no pits or irregularities.

**e.** Spread the paste material carefully and uniformly over the entire surface and leave it.

**f.** No earlier than 24 hours after the first rub, do the final rub with a fine carborundum stone or equal abrasive, leaving a smoothly textured surface that is uniform in color.

**g.** Finish the final rub before applying protective surface treatment required by the plans.

**h.** Do not "whitewash" finished areas by using separately mixed grout or paste on the rubbing stone or by spreading it on the surface to be rubbed.

---

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

**Section 500 — Concrete Structures**

i. Thoroughly clean and blend into the surrounding surfaces any areas that are disfigured by drips from concrete placement or rubbing.

| Bridge Areas Requiring a Type III Finish (X) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Single Bridge Over Stream | Multiple Bridges Over Stream | Single Bridge Over Railroad | Multiple Bridges over Railroad | Single Bridge over Traffic Artery | Multiple Bridges Over Traffic Artery | Railroad Bridge Over Traffic Artery | Pedestrian Bridge Over Traffic Artery |
| All exposed substructure areas, except tops and bottoms of caps. (5) | | | | | X | X | X | X |
| Outside surface of any exterior concrete beam, Lt. or Rt. (1), (2) | | X | | X | | | | |
| Outside surface of any exterior concrete beam, LT. and Rt. (1), (3) | | | | | X | X | X | X |
| Vertical surfaces of overhangs, curb, or sidewalk | X | X | X | X | X | X | X | X |
| All vertical surfaces outside exterior beam, Lt. or Rt. (2) | | X | | X | | | | |
| All vertical surfaces outside exterior beam, Lt. and Rt. (3) | | | | | X | X | X | X |
| End bent cap beyond outside beam or girder | X | X | X | X | | | | |
| End bent end walls beyond outside beam or girder | X | X | X | X | X | X | X | X |
| End bent posts and end bent wingwalls all exposed surfaces | X | X | X | X | X | X | X | X |
| Traffic face of curbs | | | X | X | X | X | | X |
| Entire handrails and posts, handrail parapets, and barriers (4), (5) | X | X | X | X | X | X | X | X |
| All other locations specified on Special Provisions | X | X | X | X | X | X | X | X |
| | | | | | | | | |
| Notes: | | | | | | | | |
| (1) - Including Prestressed Concrete Bridge Members | | | | | | | | |
| (2) - "Lt. or Rt." - Rub the applicable surface when it can be seen from any adjoining/adjacent bridges. | | | | | | | | |
| (3) - "Lt. and Rt." - Rub the applicable surfaces on both sides of centerline of each bridge. | | | | | | | | |
| (4) - Rubbing of bottom surface of rail not required. | | | | | | | | |
| (5) - Bottoms of Caps and handrails shall be given a Type II finish. | | | | | | | | |

**EXHIBIT 3**

## Section 500 — Concrete Structures

> For bridges using PSC Beams or PSC Deck Units, a Type III Special Surface Coating Finish shall be used where a Type III finish is required for exterior beams.  For bridges using PSC Beams or PSC Deck Units, a Type III Special Surface Coating Finish shall be used where a Type III finish is required for exposed substructure areas.  The Type III Special Surface Coating Finish shall also be used on the exterior vertical faces of the parapet, barrier, and overhangs where PSE Beams or PSC Deck Units are used.

   **4.** Type III—Special Surface Coating Finish

A Type III—Special Surface Coating Finish may be substituted for a Type III—Rubbed Finish.

The special surface coating finish consists of either a Class A or a Class B coating system, applied to produce a masonry-like textured finish on concrete surfaces.

For contiguous structures, whether in the same Contract or in separate Contracts, use the same brand of special surface coating.

If contiguous structures are in separate contracts, coordinate the Work with the other Contractor so that coating is applied as near as possible to the same time.

If contractors cannot coordinate Work, the one who finishes the work last shall use the same brand or shall recoat all contiguous areas to provide a uniform appearance.

Achieve a special surface coating finish as follows:

    **a.** Ensure that surface coating material meets the requirements of Section 836.

        Select coating material from the QPL 17.

    **b.** Do not use form oils that affect the bonding of surface coatings.

    **c.** Do not use wax-based or other curing compounds incompatible with surface coatings.

        Have the coating manufacturer or the laboratory determine compatibility.

    **d.** Use the coating color required in Section 836.

    **e.** On surfaces that will receive a coating finish, do not cure with membrane-curing compound or remove forms with bond-breaking agents or excessive oil.

    **f.** Apply coatings as follows:

- Class A coatings at a rate that develops a 1/16 in. (1.5 mm) thick coating.
- Apply Class B coatings at a maximum rate of 60 ft.² per gallon (1.5 m² per liter).
- Ensure that the temperatures of the air, concrete, and compound are above 50 °F (10 °C).
- Apply a test section as directed by the Engineer to determine the acceptance of a coating under field conditions.
- Apply the coatings using a method that produces an acceptable finish, such as spraying, rolling, or a combination of these.

    **g.** Protect coated surfaces from rain or freezing temperatures for 24 hours after application.

    **h.** Ensure that the final coating produces a smoothly textured surface that is uniform in color, thickness, and appearance.

    **i.** Remove and reapply coatings that chip, crack, blister, peel, or present an unsatisfactory appearance.

    **j.** If the final appearance is unsatisfactory, apply a rubbed finish to slip-formed and formed walls and barriers.

  **5.** Type IV—Floated Surface Finish

Use a Type IV finish only on the horizontal surfaces of the following:

- Curbs and sidewalks
- Tops of caps and footings
- Surface of slope paving
- Other similar structures

Apply the Type IV finish as follows:

---

# EXHIBIT 3

    **a.** After compacting the surface and screeding to the correct cross sections, float the surface with a wood float.

    **b.** While floating the surface, bring enough mortar to the surface to achieve the desired finish, but do not reduce the wearing quality of the surface.

    **c.** Make the final finish with a wood float or stiff-bristle broom.

    **d.** If brooming, make the marks transverse to the traffic.

**6.** Type V—Sidewalk Finish

Apply a Type V finish as follows:

    **a.** After placing and compacting the concrete, strike it off and give it a Type IV finish.

    **b.** Use an edging tool on all edges and along expansion joints unless the Plans require chamfers.

    **c.** Mark off sidewalk surfaces in blocks with suitable grooving tools when required by the plans or the Engineer.

    **d.** Extend the rubbed finish on the traffic face of the curb to include the horizontal area of sidewalk between the curb corner and the longitudinal sidewalk groove.

**7.** Type VI—Stair Tread Finish

Achieve a Type IV finish using a stiff-bristled broom.

**AC.** **Remove Forms**

Do not remove forms and their supports, including falsework, until the Engineer approves. Use a removal method approved by the Engineer. Approval does not relieve responsibility for the safety of the Work.

**1.** Form Removal Time

Use a removal time shown on the Plans or specified by the Engineer.

Use Table 7 to help establish when forms can be removed safely. However, do not count days where the temperature at any time during the day is at or below 40 °F (4 °C), unless the cold weather concrete protective measures described in Subsection 500.1.03.G, *Cold Weather Concrete Curing and Protection Plan* were used.

**TABLE 7—ESTIMATE OF FORM REMOVAL TIME**

| Form | Time Required |
|------|---------------|
| Bottom of beams | 10 days |
| Bottom of caps, trestle pile bents | 4 days |
| Bottom of all other caps | 7 days |
| Overhangs and slabs, including culverts | 7 days |
| Columns and retaining walls | 18 to 48 hours |
| Sides of beams, posts, rails, caps, footings, wingwalls, and parapets | 12 to 24 hours |
| Bottoms of cast-in-place rails and diaphragms | 48 hours |
| Front face of curbs | 3 hours |

If using high-early strength concrete, the Engineer may reduce the time limitations if the concrete develops satisfactory strengths.

**2.** Form Removal Method

Remove forms and falsework without injuring the concrete surface or overstressing the concrete members.

Ensure that the stress from the weight of the removal process is transferred gradually and uniformly to the concrete.

**EXHIBIT 3**

## Section 500 — Concrete Structures

At the Contractor's request, time of removal may be controlled by field tests on cylinders, subject to the following conditions:

   a.  No tests will be performed until concrete is a least 3 days old.

   b.  Required strengths will be shown on the Plans, as noted elsewhere in these Specifications, or as determined by the Engineer.

   c.  The Engineer may specify a minimum time in conjunction with minimum strength requirements.

   d.  Falsework and forms for culverts may be removed at such time as 75% of the concrete design strength is achieved.

### AD. Apply Protective Surface Treatment

When the Plans specify a protective surface treatment, apply a boiled linseed oil mixture of 75 percent boiled linseed oil and 25 percent mineral spirits by volume to the concrete surfaces.

Use linseed oil that meets the requirements of ASTM D 260, Type I or Type II. Use a quality commercial mineral spirit that passes infrared spectroscopic analysis to the satisfaction of the laboratory.

Unless otherwise noted on the Plans or the manufacturer's recommendations, apply the mixture as a preservative seal coat to the top surfaces of bridge decks, curbs, and sidewalks and to the inside vertical faces of curbs, parapets, and end posts. Protect metal handrailing and metal handrail posts from treatment.

Apply the protective surface treatment as follows:

> **CAUTION: Because the linseed oil-petroleum spirits mixture has a low flash point and is readily flammable, protect the mixture from fire, especially cigarettes and sparks. Prohibit traffic from the treated area until the Engineer determines the concrete has regained its dry appearance.**

1.  Do not place the protective surface treatment until concrete work, including final rubbing, is completed and expansion joint sealing compound is placed.

2.  Do not apply the treatment until the concrete is at least 14 days old.

3.  Unless otherwise permitted by the Engineer, apply the treatment when the temperature of the concrete and air is at least 50 °F (10 °C).

4.  Apply in time to allow the treatment to dry thoroughly before allowing traffic, including haul traffic, on the structure.

    If the structure meets the following exceptions, apply the treatment after using the structure for hauling.

    •  Temperature limitations prohibit application.

       The Engineer will send a written notification to the Contractor (or Bridge Contractor) if temperature requirements prohibit application.

    •  The structure is absolutely required for hauling to complete a Contract.

       Request a written approval from the Engineer if hauling across a structure before the treatment is placed.

5.  If applying the treatment after using the structure for hauling, thoroughly clean the surfaces to be treated to allow the treatment to penetrate completely.

6.  If there are separate bridge and roadway Contracts, have the roadway Contractor clean the surfaces immediately upon request by the Engineer.

7.  Prepare the surface for the treatment as follows:

    a.  Clean off oil, grime, and loose particles that prevent the mixture from penetrating.

    b.  Ensure that the concrete surfaces have at least 48 hours to dry after rainfall or wet cleaning operations.

    c.  Immediately before applying the treatment, direct an air blast over the surfaces to remove dust.

    d.  Mask the exposed plates of joints.

8.  Apply the mixture by hand or by spraying in one application at the rate of 1 gal (1 L) of mixture per 37.5 yd² (8.5 m²).

    a.  Thoroughly clean the inside of spraying equipment before putting the surface treatment in.

38

# EXHIBIT 3

## Section 500 — Concrete Structures

    **b.** Keep spray nozzles within 18 in. (600 mm) of the concrete unless otherwise directed by the Engineer, plans, or manufacturer.

**AE.** **Apply Graffiti-Proof Coating**

When the Plans specify a graffiti-proof coating, apply the coating system to concrete surfaces or over special surface coatings. Use material that complies with Section 838.

Apply the coating as follows:

**1.** Clean loose particles, dirt, grease, oil, and other foreign particles off the surface.

**2.** Apply the coating according to the manufacturer's recommendations for:

- Weather conditions
- Material preparation
- Coating application
- Number of coats

**AF.** **Expose New Concrete to Loads**

Prohibit dead or live loads during or after construction except as described in this section. If using high early strength concrete, the Engineer may reduce time limitations if the concrete develops adequate strength.

**1.** Dead Loads on the Substructure

After pouring footings, do not begin work on columns or piers for at least 12 hours.

After pouring columns, do not begin cap construction for at least 24 hours.

Do not place beams on caps or place falsework and forming for concrete T-Beam construction before the cap concrete reaches a minimum strength of 2,500 psi (17 MPa).

**2.** Dead Loads on the Superstructure

If necessary, stockpile construction materials on decks within a complete unit (a simple span or continuous or cantilever unit) if the following conditions exist:

- The deck concrete of the complete unit reaches its 28-day cylinder strength.
- The deck concrete is at least 10 days old.
- The curbs are at least 5 days old.

The Engineer must approve the location, height, and spread of the loads.

On composite-design bridges (those that have prestressed concrete beams or steel beams with shear connectors), do not pour curbs, parapets, or sidewalks until the deck concrete reaches a minimum strength of 1,500 psi (10 MPa) or is at least 3 days old.

**3.** Dead Loads on Concrete Box Culverts

Do not backfill any section of a concrete box culvert until the last concrete placed in that section is at least 14 days old, unless early cylinder breaks indicate otherwise.

If early cylinder breaks indicate that design strength has been achieved, backfill sections of culverts when the concrete placed last is at least 7 days old.

**4.** Live Loads—Pouring Equipment

Do not allow power-operated concrete buggies to cross a deck until the concrete reaches a minimum strength of 1,500 psi (10 MPa) or is at least 3 days old.

Allow hand-operated buggies to cross after the concrete is 24 hours old.

**5.** Live Loads—Mixing and Lifting Equipment

Do not place mixers on a deck in a complete unit (a simple span or continuous or cantilever unit) until the deck concrete of the complete unit reaches its 28-day cylinder strength and is at least 10 days old.

When deck concrete reaches its 28-day cylinder strength and is at least 10 days old, allow mixer trucks on the unit during the curb concrete pour only if the pour is completed within 45 minutes of being started.

Do not allow any equipment on the unit for 5 days after curb pours.

# EXHIBIT 3

**Section 500 — Concrete Structures**

The Engineer may allow concrete placement procedures that use heavy lifting equipment on the decks if the following conditions exist:

- The deck concrete reaches its 28-day cylinder strength.
- The deck concrete is at least 14 days old.
- The curbs on the deck are at least 10 days old.

6. Live Loads—Hauling over Bridges

Use a new bridge for hauling only if no other practical haul routes are available and only if the Engineer permits it.

a. Govern hauling by the restrictions and requirements listed in Table 8. If any of the restrictions and requirements are violated, the Engineer will limit loads to the following:

- Single 32,000 lb. (14 515 kg) axle when the bridge design loading is HL-93 or HS 20-44 Single 24,000 lb. (10 886 kg) axle when the bridge design loading is HS 15-44 or H 15-44

### TABLE 8—WEIGHT LIMITS FOR HAULING ON NEW BRIDGES

| Axle Criteria | Bridge Design Loading | |
|---|---|---|
| | HL-93 or HS 20-44 Loading | HS 15-44 or H 15-44 |
| Maximum Axle Load Per Axle | 60,000 lbs. (27 216 kg) | 44,000 lbs. (19 958 kg) |
| Maximum Axle Load on Dual Axles Per Axle | 45,000 lbs. (20 412 kg) | 33,000 lbs. (14 969 kg) |
| Maximum Total Load | 100,000 lbs. (45 360 kg) | 73,000 lbs. (33 113 kg) |

b. Ensure that bridge concrete, including curbs, parapets, barriers and sidewalks, is at least 14 days old and has a minimum compressive strength of 3,000 psi (20 MPa).

c. Apply the linseed oil special protective treatment, if required see (Subsection 500.3.05.AD, *Apply Protective Surface Treatment*).

d. After applying the protective treatment (if required), apply water-repellent silicone materials to the handrail, handrail posts, end posts, and curb faces before hauling begins.

e. Do not allow more than one vehicle at a time on a simple or multiple-span unit.

f. Ensure that vehicle speeds, loaded or unloaded, do not exceed 5 miles/hr. (8 km/hr.) when the following loads occur:

- Bridges designed for HL-93 or HS 20-44  Loading:
  — Loads on single axles exceed 32,000 lbs. (14 515 kg)
  — Loads on each dual axle exceed 24,000 lbs. (10 886 kg)
- Bridges designed for HS 15-44 or H 15-44 loading:
  — Loads on single axles exceed 24,000 lbs. (10 886 kg)
  — Loads on each dual axle exceed 16,000 lbs. (7257 kg)

When axle loads do not exceed these loads, ensure that vehicle speeds are 15 mph (24 kph) or less.

g. Place temporary guides on beams so wheels will track directly.

h. Keep earth approaches smooth and level with the bridge floor or approach slab to minimize impact.

Stabilize sandy and other unstable soils (at no expense to the Department) with crushed stone or other suitable material for at least 10 ft. (3 m) from the end of the bridge or approach slab.

i. Protect the ends of bridges or approach slabs with a timber strip at least 4 in. (100 mm) wide, cut to rest on either the paving rest of the bridge end or the pavement subgrade at the end of the approach slab. Keep the strip in place for protection during incidental hauling. Remove it before constructing the adjacent pavement.

**EXHIBIT 3**

## Section 500 — Concrete Structures

Keep the top of each timber strip flush with the top of the concrete surface. Fit the strip tightly against the end of the bridge or approach slab. If the timber strip is displaced, stop hauling until the strip is reset or replaced.

**j.** Clean spills off the bridge floor.

### AG. Complete Corrective Work

After the Department gives the deck surface a Ride Quality Test described in Subsection 500.3.06.E, "Ride Quality Test," complete corrective work at no cost to the Department and before doing the final surface texturing.

Complete corrective work as follows:

**1.** Plane the deck according to Section 431.

**2.** Limit concrete removal by planing so that the final bar cover is not less than the Plan cover minus 1/2 in. (13 mm).

**3.** If the final bar cover limits cannot be met, perform the corrective work as directed by the Engineer.

**4.** Ensure that the final riding surface complies with this Specification and the requirements for a grooved finish.

**5.** If necessary, use a bump grinder to correct bumps with a profile base line of 5 ft. (1.5 m) or less.

**6.** Have planed decks retested as described in Subsection 500.3.06.E, *Ride Quality Test*, to ensure that the ride quality meets the requirements of this Specification.

### AH. Plane the Deck

The Contractor shall schedule the ride quality test at least 7 days before needed by contacting the Office of Materials and Testing, Concrete Branch. Ensure that the area to be tested is clean and clear of obstructions.

When possible, delay expansion joint installation and temporarily bridge the joint to operate Lightweight Profiler and planing equipment across the joint.

Planing responsibilities are shown in Table 9:

### TABLE 9—PLANING RESPONSIBILITIES

| Area Planed | Person Responsible |
|---|---|
| Bridge decks | Bridge Contractor |
| Approach slabs constructed under the bridge Contract | Bridge Contractor |
| Approach slabs constructed under the roadway Contract | Roadway Contractor |

### AI. Perform Retaining Wall Incidentals

Retaining wall incidentals are as follows:

**1.** Drainage

Unless otherwise shown on the Plans or in the Special Provisions, ensure that drainage for retaining walls is either Alternate A or Alternate B on Georgia Standards 4941B and 4949 Series.

Ensure that the Number 10 concrete sand complies with Subsection 801.2.02, *Fine Aggregate for Portland cement Concrete of All Types and for Mortar* and has a permeability coefficient of at least 100 ft. (30 m) per day.

The Engineer may waive the grading requirement for Number 10 concrete sand if the permeability coefficient of the material does not exceed 500 ft. (150 m) per day.

Omit the drainage blanket and stone for retaining walls only when the height does not exceed 6 ft. (1.8 m).

When the Plans specify different drainage details, furnish, place, or build the various items according to the plan requirements.

**2.** Waterproofing and Damp proofing

When waterproofing and damp proofing are specified in the Plans, comply with the requirements of Sections 530 and 531.

---

41

# EXHIBIT 3

## Section 500 — Concrete Structures

**AJ.**   **Place Utility Installation Hardware**

When the Plans require placing utility installation hardware, the utility company involved will furnish the items.

Place the items as directed on the plans or Shop Drawings. All other work, including painting as required, is the utility company's responsibility.

**AK.**   **Widen Bases and Pavement**

When using narrow sections of Portland cement concrete to widen existing bases or bases and pavements, use Class B concrete as shown on the Plans or as directed by the Engineer.

**AL.**   **Open the Structure to Traffic**

Open a structure to traffic other than haul traffic after all concrete in the decks, parapets, or curbs (sidewalks) reaches its 28-day cylinder strength and is at least 14 days old.

## 500.3.06 Quality Acceptance

**A.**   **Strength Requirement Tests**

   **1.**   At the Contractor's request, the Department will determine the removal time for forms by conducting field tests on cylinders.

       Tests are subject to the following:

       **a.**   Tests will be performed when the concrete is at least three days old.

       **b.**   The Plans will show the required strengths.

       **c.**   At the Contractor's request, the Engineer may specify a minimum time with minimum strength requirements.

   **2.**   When job site test specimens fail to meet the 28-day strength requirements in the Table 1 – Concrete Mix Table, determine the Final Acceptance at a reduced price with a minimum of $1000 reduction (% of the contract price, if available, or the latest Item Mean Summary as unit cost) or rejection/removal of concrete in place by coring for structural concrete materials or by conducting non-destructive testing for non-structural concrete materials, as specified by the Engineer:

       **a.**   1.00 pay factor will be applied if the average 28-day strength of the cylinder set meets strength requirements in the Table 1 – Concrete Mix Table, or if cylinder strength does not meet 28-day cylinder requirements and the contractor elects, within 7 days upon notification of failure, to obtain cores (on structural concrete) or perform non-destructive testing (on non-structural concrete) and passes 28-day requirements.

       **b.**   If average strength of the cylinders set does not meet 28-day strength requirements in the Table 1, but meets these requirements at 56 days strength requirements, then the following pay factors for the amount the 28-day compressive strength is less than specified strength, will be applied:

| psi (below 28-day compressive strength) | Pay Factor |
|---|---|
| 1-499 | 0.90 (90%) |
| 500-549 | 0.80 (80%) |
| 550-599 | 0.70 (70%) |
| 600 or above | Remove & Replace |

       **c.**   If average strength of the cylinders set does not meet 28-day strength requirements in Table 1 (the cylinders marked with "A" and "B") and also does not meet them at 56 days (the cylinders marked with "C" and "D"), then core samples (for structural concrete), or non-destructive test (for non-structural concrete) should be obtained within 7 calendar days – three at a time, for each strength test/non-destructive test.  If the core or non-destructive test meets the strength requirements in the Table 1, then reduce price concrete with the pay factor in Section 500.3.06.A.2.b above may be accepted.

         **(1)**   Coring for Determination of Structural Adequacy:  Notify the Engineer 48 hours prior to taking core samples. The Engineer will select the size and location of the drilled cores so that the structure is

42

# EXHIBIT 3

## Section 500 — Concrete Structures

not impaired and does not sustain permanent damage after repairing the core holes.  Sample three undamaged cores taken from the same approximate location where the questionable concrete is represented by the low strength concrete test cylinders.  Repair core holes after samples are taken.

(2)  Core Testing:  Test the cores in accordance with ASTM C 42.  Test the cores after obtaining the samples within three calendar days.

d.  If average strength of the cores does not meet a minimum pay factor of 0.70 (or 70%), then concrete will be rejected, and will be removed and replaced at no additional cost to the Department. For all concrete materials including both structural concrete and non-structural concrete, core samples have to be obtained for testing and for the decision of rejection. Non-destructive test results will not be used for the decision of rejection of the concrete in-place.

### B. Honeycombed Area Check

If there are honeycombed areas that extend beyond the reinforcement steel, the Engineer may reject the entire pour with the honeycombed area.

### C. Bridge Deck Slab Concrete Inspection

The Engineer will carefully observe the construction methods used during all phases of the bridge deck slab construction. These phases include the following:

- Metal form installation
- Reinforcement location and fastening
- Concrete item composition
- Mixing procedures
- Concrete placement and vibration
- Bridge deck finishing

Provide the needed facilities for the Engineer to safely and conveniently inspect the concrete.

The concrete inspection procedure is as follows:

1.  After the deck concrete has been in place for at least two days, the Engineer will sound a hammer on at least two areas of the deck for each slab pour. This test checks for concrete soundness and form bonding.
    The two areas will encompass at least 10 percent of the total area of the deck pour.
2.  The Engineer will sound other areas of the deck randomly.
3.  If the Engineer doubts the soundness of an area, or if the Engineer decides that the concrete placement procedures used call for an inspection of the underside of the deck, remove at least one section of the forms for each span in the Contract.
4.  Remove the form section after the pour is strong enough and when the Engineer desires to provide visual evidence that the concrete mix and the placement procedures are acceptable.
5.  Remove another form section if the Engineer decides changes in the concrete mix or in the placement procedures warrant additional inspection.
6.  Where form sections are removed, do not necessarily replace the forms, but repair the adjacent metal forms and supports neatly and securely.
7.  When the form is removed, the Engineer will examine the concrete surfaces for cavities, honeycombing, and other defects.
8.  If the Engineer finds irregularities but determines that the irregularities do not justify rejection of the Work, repair the concrete as the Engineer directs and give it an ordinary surface finish according to the Contract Specifications.
9.  If the concrete where the form is removed is not acceptable, remove additional forms as necessary to inspect and repair the slab.
10. Modify the construction methods as required by the Engineer to create satisfactory slab concrete.
11. Remove or repair all unsatisfactory concrete as the Engineer directs.

43

# EXHIBIT 3

If the construction methods used and the inspection results indicate that the slabs have sound concrete, the Engineer may moderate the amount of random sounding and form removal after a substantial amount of slab has been constructed and inspected.

**D.  Bridge Deck Surface Check**

After the final strike-off of the concrete and as close behind the final strike-off as possible, the Engineer will check the surface with a 10 ft. (3 m) straightedge.

Attach the straightedge to a broom-type handle for easy control and use.

Bridges and approach slabs must meet a 1/8 in. in 10 ft. (3 mm in 3 m) straightedge check made longitudinally and transversely.

**E.  Ride Quality Test**

After the bridge decks and approach slabs are completed, the Contractor will contact the Department's Office of Materials and Testing, Concrete Branch to schedule to have a Ride Quality Test performed using the Lightweight Profiler and a profile index value determined according to GDT 134.

The Department will conduct the test as follows:

1. Obtain Profile Index Values for all bridge decks and approach slabs not detailed to include an overlay.

2. Bridges and approach slabs must meet the straightedge check limits described in Subsection 500.3.06.D, *Bridge Deck Surface Check*.

3. Obtain profiles in the wheel paths and in safety areas to within 6 ft. (1.8 m) of barrier or curb lines.

4. Average the profile index values for bridge decks including the approach slabs for the left and right wheel path for each lane.

   The average value must not exceed 15 in./mile (235 mm/km) for each lane.

After the test is complete, correct individual bumps or depressions that exceed 2/10 in. (5 mm) from the blanking band on the profiler trace.

The deck surface must then meet a 1/8 in. in 10 ft. (3 mm in 3 m) straightedge check made transversely.

Correct bridge decks and approach slabs that do not pass the Ride Quality Test as described in Subsection 500.3.05.AG, *Complete Corrective Work*.

**500.3.07 Contractor Warranty and Maintenance**

General Provisions 101 through 150.

# 500.4 Measurement

This work is measured for payment either per cubic yard (meter), per Lump Sum, or per linear foot (meter), whichever is shown on the plans.

- **Seal Concrete.** The quantity of seal concrete to be measured for payment is calculated using the horizontal seal dimensions specified on the Plans.
- **Grooving.** Grooving on bridge decks and approach slabs, completed acceptably according to Subsection 500.3.05.T, *Place Bridge Deck Concrete*, step 9.c, will be measured and paid for by the square yard (meter). Payment is full compensation for furnishing the necessary equipment and performing the Work.
- **Class B Concrete.** Class B concrete used for base and pavement widening will be measured and paid for by the cubic yard (meter) complete in place and accepted.

**500.4.01 Limits**

**A.  Measurement for Separate Payment**

There will be no separate measurement and payment for the following:

1. On permanent steel bridge deck forms for concrete deck slabs:

---

**EXHIBIT 3**

## Section 500 — Concrete Structures

- Extra reinforcing
- Extra concrete
- Other costs incurred because of the requirements of this specification

All costs are included in the Lump Sum prices bid for superstructure concrete and superstructure reinforcement.

### B.  Payment per Cubic Yard (Meter)

Measurement limits on payment per cubic yard (meter) are:

**1.**  Bridges, Concrete Culverts, Headwalls, and Retaining Walls

The quantity of concrete measured for payment is the algebraic summation of the Base Pay Quantity and authorized quantity changes.

If additional quantities are necessary because of any of the following, these quantities are measured separately for payment:

- Rocks were removed carefully but additional quantities are needed because footing depth and keyway dimension are irregular from unanticipated rock removal.
- Voids or crevices exist within the spread footing area.
- The Engineer authorized filling trenches cut in rock outside footing areas to ease dewatering.

These additional quantities will be paid as filler concrete per cubic yard (meter).

**2.**  Seals

When the Plans do not require a seal but a seal becomes necessary, or when the Plans do not show seal dimensions, the maximum pay dimensions in each direction will be the Plan dimension of the structural footing plus 3 ft. (1 m), with 18 in. (460 mm) on each side.

If the Contractor uses lesser dimensions, measurement is based on the lesser dimensions. Concrete placed beyond the maximum pay limits are not measured.

### C.  Payment per Lump Sum

For Lump Sum payment, determine the quantities required before submitting the bid.

The concrete quantity must conform to the Plan dimensions. Measurement is made as a unit, complete in place, and includes the following:

- Diaphragms
- Sidewalks
- Concrete parapets

Measurement does not include concrete in the following items that will be paid for separately:

- Concrete handrailing
- Barriers
- Prestressed bridge members.

Payments for parapets placed by slip-form method is included in the Lump Sum price bid for superstructure concrete.

Unless otherwise shown on the Plans, the cost of steel joints and metal bearing assemblies used in structures where there is no structural steel Pay Item are included in the Contract Price for superstructure concrete.

### D.  Retaining Wall Incidentals

Retaining wall incidentals will be measured for payment as follows:

**1.**  Drainage Systems

Drainage items required by Special Plans are measured for payment by the unit specified on the plans only when they are set up as specific Pay Items and are paid for separately. Otherwise, their costs are included in the Contract Price for concrete.

# EXHIBIT 3

Section 500 — Concrete Structures

Payment is full compensation for the costs of excavation and backfill necessary to place the drainage items required by Special Plans.

The following are not measured for separate payment. Costs are included in the Contract Price for concrete.

- Sand blankets
- Crushed or broken stone
- Weep holes

2. Miscellaneous

The following are not measured for separate payment. Costs are included in the Contract Price for concrete.

- Expansion material
- Rubber or polyvinyl plastic water stops

E. **Utility Installation Hardware**

The cost of placing utility hardware items is included in the Contract Price for the class of concrete the items are placed in.

## 500.5 Payment

This Work will be paid for at the Contract Price per cubic yard (meter), per Lump Sum, or per linear foot (meter), each complete in place and accepted.

Payment is full compensation for all things, including incidentals, and direct and indirect costs, to complete the Work.

Payment will be made under:

| Item No. | Item | Payment |
|---|---|---|
| 500 | Superstructure concrete class_____, Bridge no._____ | Per lump sum |
| 500 | Concrete handrailing (designation) | Per linear foot (meter) |
| 500 | Class_____concrete | Per cubic yard (meter) |
| 500 | Class_____concrete, high-early strength | Per cubic yard (meter) |
| 500 | Seal concrete | Per cubic yard (meter) |
| 500 | Class B concrete base or pavement widening | Per cubic yard (meter) |
| 500 | Class_____concrete including reinforcement steel | Per cubic yard (meter) |
| 500 | Class A concrete—filler | Per cubic yard (meter) |
| 500 | Class_____concrete—retaining wall | Per cubic yard (meter) |
| 500 | Grooved concrete | Per square yard (meter) |
| 500 | Concrete barrier | Per linear foot (meter) |

### 500.5.01 Adjustments

A. **Contractor Costs**

Assume the following costs:

1. Costs related to rejected concrete and removing rejected concrete
2. Costs of forming an approved construction joint, removing a partial pour, or completing other remedial measures requested by the Engineer unless the fault lies solely with the Department
3. Costs of repairing, removing, and replacing falsework as directed by the Engineer
4. Costs of repairing, removing, or replacing forms

**EXHIBIT 3**

## Section 500 — Concrete Structures

5. Costs of air-blown mortar to repair honeycombed areas, if required by the Engineer
6. Costs of using a higher class of concrete to widen existing bases or bases and pavements
7. Costs related to obtaining an approved specialty mix design.

### B. Ride Quality Testing

The Department will conduct ride quality testing of bridge decks and approach slabs only twice per bridge at no cost to the Contractor.

The Department will conduct additional ride quality testing at the cost of $2000 per test.

The Department may issue a pay reduction based on the square yards (meters) of the span not passing the required 15 in./mi (235mm/km), and not having any bumps or depressions greater than 2/10 in. (5mm) required in Subsection 500.3.06.E. This pay reduction will be calculated based on SOP 48 for Bridge and Approach Penalties. A minimum of $1500.00 per bridge will be assessed for any pay reductions.

### C. Plastic Shrinkage Crack Repair

The Engineer will determine how to repair cracks caused by plastic shrinking. Repair cracks at no cost to the Department.

### D. Plan Quantities

For all bridges (except seal concrete), concrete culverts, headwalls, and retaining walls, the quantities shown on the Contract Plans, including Standard Plans, will be considered the Base Pay Quantity.

For seal concrete, the Plan quantities are approximate and are for estimating purposes only. The quantities will not be considered as Base Pay Quantities.

Calculated additions or deductions will be applied to the Base Pay Quantity when the Engineer makes authorized changes. Changes include, but are not limited to, authorized changes in the following:

- Footing dimensions
- Lengthening or shortening of concrete culverts
- Correcting Plan Quantities
- Dimension errors
- Multi-barrel culvert wall thicknesses
- Lengthening or shortening bridge columns
- Raising or lowering foundations

Calculations of the Base Pay Quantity and any changes will be made as follows:

1. No deductions will be made for the volume of concrete used by scorings, panels, and chamfers if the individual areas are less than 1 in.² (645 mm²).
   The volume of concrete in fillets of the same area will be neglected.
2. The volume of structural steel and of steel and concrete piling encased in concrete will be deducted.
3. The volume of timber piling encased in concrete will be deducted on the basis of 0.8 ft.³/linear foot (0.07 m³/linear meter) of pile.
4. No deduction will be made for the volume of concrete displaced by the following:
   - Steel reinforcement
   - Shear connectors
   - Floor drains (unless they are paid for as separate Pay Items)
   - Incidentals such as expansion material
   - Joint sealing compound
   - Utility thimbles and hangers

## EXHIBIT 3

**Section 500 — Concrete Structures**

**E.  Filler Concrete**

Filler concrete, measured as described in Subsection 500.4.01.B.1, *Bridges, Concrete Culverts, Headwalls, and Retaining Walls*, will be paid at 40 percent of the Contract Price per cubic meter for Class A Concrete or Class AA Concrete.

**F.  Seal Concrete**

If there is no Contract Price for seal concrete, payment will be per cubic yard (meter), measured as described in Subsection 500.4.01.B.2, *Seals*, and will be paid at 60 percent of the Contract Price per cubic yard (meter) for Class A concrete.

**G.  Lump Sum Payment Adjustments**

Adjust the payment as follows:

**1.**  Authorized Change Adjustments

When authorized changes are made as described in Subsection 500.5.01.D, *Plan Quantities,* the lump sum payment may be adjusted on a pro rata basis or according to Section 104 and as determined by the Engineer. The Plans show tabulated quantities as a service. This does not relieve any responsibility to conform to plan details.

**2.**  Optional Plan Feature Adjustments

If exercising an optional Plan feature, the Base Pay Quantity will not be changed if it is the only quantity change involved.

However, if other changes are necessary, the quantity change resulting from the optional feature will be considered in the necessary quantity adjustments.

**3.**  Falsework for Post-Tensioned Box Girder Bridge Adjustments

When the falsework is completed for post-tensioned box girder bridges, 20 percent of the Lump Sum superstructure concrete price will be paid.

Additional payments made as the concrete is placed must be adjusted for the payment for falsework. In other words, payment for concrete placed will be based on 80 percent of the superstructure bid price.

**4.**  When Metal Deck Forms are used and have been placed, payment in the amount of 5% of the Lump Sum Superstructure Concrete price will be made. For Post-Tensioned Box Girder Bridges, this percentage (5%) will apply to that part of the superstructure

**EXHIBIT 3**

April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 561—Renovating Existing Pipe

*Replace Section 561 with the following:*

### 561.1 General Description

This work includes furnishing and inserting helically corrugated metal pipe, smooth-lined corrugated polyethylene pipe, high density polyethylene profile wall pipe, centrifugal cast concrete, cure in place pipe (CIPP), and high density polyethylene solid wall pipe or a polyvinyl chloride pipe inside an existing pipe and pressure grouting the space between the two pipes.

### 561.1.1   Definitions

General Provisions 101 through 150.

### 561.1.2   Related References

**A.   Standard Specifications**

Section 801—Fine Aggregate

Section 830—Portland Cement

Section 831—Admixtures

Section 844—Steel Pipe

Section 845—Smooth Lined Corrugated Polyethylene (PE) Culvert Pipe

Section 880—Water

Section  882—Lime

Section 883—Mineral Filler

**B.   Referenced Documents**

GDT 84

### 561.1.3   Submittals

General Provisions 101 through 150.

### 561.2 Materials

Ensure that materials meet the requirements of the following Specifications:

# EXHIBIT 3

| Material | Section |
|---|---|
| Corrugated Steel Pipe (Helically Corrugated) | 844.2.01* |
| Smooth-Lined Corrugated Polyethylene (PE) Culvert Pipe | 845 |
| Portland Cement, Types I or II | 830 |
| Mineral Filler (Limestone Dust) | 883 |
| Fly Ash, Type A | 831 |
| Water | 880 |
| Fine Aggregate, Size No. 20 | 801.2.02 |
| Agricultural Lime | 882.2.02** |

*Use Georgia Standard 1030D to determine the metal thickness of the insert pipe.

**For this Work, use agricultural lime that has 90 percent minimum passing the No. 30 (600 µm) sieve and 30 percent minimum passing the No. 200 (75 µm) sieve.

## A. High Density Polyethylene (HDPE) Profile Wall Pipe

Use pipe liner that consists of a HDPE profile wall pipe that conforms to the requirements of ASTM F 894. Polyethylene material shall have polyethylene pipe liners material designation of PE 3408 and shall have a material cell classification per ASTM D 3350 of 334433C or higher.

Join HDPE profile wall pipe liner by thermal fusion (extrusion welding) per manufacturer specifications or provide a positive mechanical joint that meets the requirements of ASTM D 3212. The joint shall be able to be pulled or pushed into the host pipe without joint separation.

## B. High Density Polyethylene (HDPE) Solid Wall Pipe

Pipe liner shall consist of a HDPE solid wall pipe that conforms to the requirements of ASTM F 714 with an SDR of 32.5. Polyethylene material shall have polyethylene pipe liners material designation of PE 3408 and shall have a material cell classification per ASTM D 3350 of 345464C.

Join HDPE solid wall pipe liner by butt fusion per ASTM F 2620 and the manufacturer specifications or provide a positive mechanical joint that meets the requirements of ASTM D 3212. The joint shall be able to be pulled or pushed into the host pipe without joint separation.

## C. Polyvinyl Chloride (PVC) Pipe

Pipe liner shall consist of PVC corrugated pipe with a smooth interior that conforms to the requirements of ASTM F 949. PVC pipe shall have a minimum pipe stiffness of 46 psi (317 kPa) when tested according to ASTM D 2412. Use pipe made of PVC compound with a cell classification per ASTM D 1784 of 1245B.

Join the PVC pipe liner with a PVC coupling that uses elastomeric sealing gaskets. The assembled joint shall meet the performance requirements of ASTM D 3212. The joint shall be able to be pulled or pushed into the host pipe without joint separation. Ensure that elastomeric seals meet the requirements of ASTM F 477.

## D. Centrifugal Cast Concrete (Spin Cast)

The lining rehabilitation system shall be designed for and consist of spray applying and/or centrifugally spin-casting an engineered cementitious fine aggregate composite concrete lining material designed specifically for structural pipe rehabilitation. Application to the inside of an existing structure shall conform to the requirements of ASTM F-2414 and F-2551. Lining systems must be designed to adhere to culvert and storm sewer piping constructed from a variety of materials including, but not limited to; concrete, brick, and corrugated metal pipe (with either a galvanic, bituminous, aluminized, or plastic coating). Mortar materials must convey its uniqueness from an ordinary mortar mix containing sand, fine sand, cement, and water to provide a maximum possible crack width of 0.0625-inches (1.5875 mm) with a minimum factor of safety of 2.0.  The Contractor shall submit liner thickness calculations to the Project Engineer 14 days prior to work commencing for review. The wall thickness design shall be based upon the compressive and bending strength performance parameters of the liner material. The design loading shall be the sum of the cover depth dead load, appropriate highway truck loading taking into account

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

the soil type and the type of pavement. The minimum liner thickness at no point shall be less than 0.5-inch (12.7 mm) measured from the peaks of the wall surface for smooth wall pipe and the crests of the corrugations for corrugated pipe walls. Where the fabrication of the wall section utilizes nuts and bolts or rivets, the required minimum thickness must also insure that the projections of these fasteners will be covered at least 0.5-inch (12.7 mm) with lining material. These calculations will be performed by a registered professional engineer.

The completed liner shall be smooth and free from honeycomb and areas of segregation. Contractor shall employ an independent third party ACI certified testing agency to conduct and report compressive strength testing of the concrete utilized in the rehabilitation. At a minimum this shall include compressive strength (ASTM C39 or C-109) Min 8,000 psi (55158 kPa) at 28 days tests.

The net inside diameter of the reconstructed lined pipe shall maintain the lined pipe's final capacity as close as possible to its original capacity.

**E. Cure in Place Pipe (CIPP)**

Pipe liner shall consist of a solid wall pipe rehabilitation using a glass fiber reinforced felt tube and resin system, cured by Ultraviolet light system (UV) designed to requirements of ASTM F-1216 or ASTM F-1743.  At a minimum, the pipe lining shall meet ASTM D790 physical properties.

The net inside diameter of the reconstructed lined pipe shall maintain the lined pipe's final capacity as close as possible to its original capacity.

**F. Grout Mixtures**

Mix water with the dry ingredients to produce a grout with an efflux time from the flow cone of at least 16 seconds and no more than 22 seconds when tested according to GDT 84.

Add cement, cement and limestone dust, or cement and fine aggregate to the batch proportions to produce the required consistency.

| Table of Grout Mixtures | | | | | |
|---|---|---|---|---|---|
| Mix Proportions, Percent by Weight of Dry Materials | | | | | |
| Dry Materials | Grout Types | | | | |
| | 1 | 2 | 3 | 4 | 5 |
| Cement | 25 | 25 | 25 | 25 | 100 |
| Limestone dust | | 25 | 75 | 50 | |
| Fly ash | 25 | | | 25 | |
| Fine aggregate | 50 | 50 | | | |

## 561.2.01 Delivery, Storage, and Handling
General Provisions 101 through 150.

## 561.3 Construction Requirements

## 561.3.1   Personnel
General Provisions 101 through 150.

## 561.3.2   Equipment

**A. Batching**

Use weight hoppers and scales for each dry material or calibrated volumetric batch hopper. Calibrate volumetric batch hoppers in increments equivalent to one 94 lb. (42.6 kg) bag of cement.

**B. Mixing**

Use a watertight batch-type mixer capable of blending the various materials into a homogenous mixture.

**EXHIBIT 3**

**C.   Grout Pumping**

Use a positive-displacement, piston-type pump or a screw-type worm pump equipped with the following:

Discharge line with a positive cut-off valve at the nozzle end and a by-pass return line to recirculate the grout back into a holding tank or mixer

A nozzle or device at the end of the discharge line that will remain secure in the 1 in. (25 mm) grout pipe and free of leaks

**D.   Pulling**

Provide equipment capable of pulling the new helically corrugated metal pipe.

**E.   Spin Casting**

The necessary equipment and application methods to apply the liner materials shall be only as approved by the material Manufacturer. Material shall be mixed in accordance with Manufacturer's specifications to proper consistency, then the materials shall be pumped through a material plaster hose for delivery to the appropriate and / or selected application device.

- The mortar delivery hose shall be coupled to a high speed rotating applicator device.
- The rotating casting applicator shall then be positioned within the center, or positioned higher inside the pipe, as required by the diameter the pipe.
- The spin cast nozzle must be capable of bidirectional operation.

**F.   Cure in Place Pipe (CIPP)**

The necessary equipment and application methods to apply the liner materials shall be only as approved by the material Manufacturer. When inserting the curing equipment in the liner, care should be taken to not damage the inner film material. Approved UV light systems shall have the ability to record specific parameters during the curing process to ensure the liner is properly cured. The recording parameters will include:

- Project name
- Line section
- Date and time
- Curing speed
- Light source working & wattage
- Inner air pressure
- Inner temperatures
- Length of liner

## 561.3.3   Preparation

General Provisions 101 through 150.

## 561.3.4   Fabrication

General Provisions 101 through 150.

## 561.3.5   Construction

**A.   Grout Mixtures**

Use the Table of Grout Mixtures in Subsection 561.2.F, *Grout Mixtures*.

**B.   Installation**

Install pipe liner according to the manufacturer's guidelines and as specified in the plans, with the following requirements:

1.   Clean and inspect the existing pipe before pulling or pushing the new pipe through.
2.   Use a nose cone on all on all pipe liners. The nose cone shall have enough strength to withstand pulling or pushing of the new pipe liner. Weld or bolt the nose cone to the end of the liner. Use a nose cone that includes a ring for attaching the pulling cable.
3.   After pulling or pushing the new pipe through the old one, plug the space between the pipes at both ends with concrete or mortar. Insert a 1 in. (25 mm) grout pipe with threaded ends on the outside into the tops of the plugs at both ends of the pipes, and screw on a threaded cap.

**EXHIBIT 3**

4. After the pipe plugs have been in place long enough to develop strength to withstand pressure grouting, remove the grout pipe caps. Connect the grout pump to the downstream grout pipe and pump grout into the void until it flows freely from the upstream grout pipe.

5. After pumping is complete, replace the grout pipe caps.

**C.  Spin Cast Installation**

Install pipe liner according to the manufacturer's guidelines and as specified in the plans, with the following requirements:

1. All internal debris should be removed from the original pipeline. Gravity pipes should be cleaned with hydraulically powered equipment, high-velocity jet cleaners, or mechanically powered equipment.

2. All loose or defective concrete, brick, or grout shall be removed to provide an even surface prior to application of the lining material.

3. The Contractor will perform a pre-installation video inspection that meets NASSCO PACP requirements and verify that pipe and or manhole is clean and conditions are suitable for installation of the liner.

4. The floor and interior walls of the pipe shall be thoroughly cleaned and made free of all foreign materials including dirt, grit, roots, grease, sludge and all debris or material that may be attached to the wall or bottom of the pipe.

5. Active leaks must be sealed prior to application of the lining material. The use of quick-setting mortars or chemical grouts are approved methods for stoppage of active leaks. All products employed in the stoppage of active leaks should be preapproved by the Department QPL-27 and used in accordance with Manufacture's recommendations.

6. The Contractor shall accurately field measure and size each individual manhole and individual pipe section.

7. The Contractor shall provide flow maintenance around the section or sections of pipe designated for rehabilitation.

8. The Contractor shall mix material to Manufacture's recommended water cement ratio. Precision metering of water in a continuous mixing chamber is required to maintain the strict water to material ratio.

9. The mixing operations must be performed in a manner to control dust to a minimum into the surrounding environment.

10. Pumps must be equipped with multiple sensors that stop the pump if material either runs out or is overflowing.

11. Back-up spin casting units and spin cast nozzles should be onsite at all times during the lining process to address any application issues that arise, to include nozzles failures and achieving required thickness or finish of the liner surface.

12. Beginning at one end of the pipe, controlled multiple passes shall then be made until the specified minimum finished thickness is attained as per Manufacturer's recommended rate of application. Lining material must be applied in multiple passes no more than 0.5-inch (12.7 mm) per single pass to accumulate to minimum lining thickness.

13. The lining material shall be applied to a damp surface, with no flowing water.

14. Follow Manufacturer's recommended cure schedule of the liner based on ambient temperature.

**D.  CIPP Installation**

1. Gliding Foil – A continuous heavy gauge (10mil) plastic sheet shall be pulled into place the entire length of host pipe, covering 1/3 – 1 /2 the diameter of lower portion of the host pipe, protecting liner during the pull in process.

2. Liner Installation – Liner shall be securely attached to winch and pulled into place taking care not to exceed pulling forces as stated in Manufacturer's installation protocol.

3. Liner Inflation – Liner shall be inflated per Manufactures inflation process. Once inflated to working pressures the liner shall fit tightly against the host pipe.

4. Pre-Curing Inspection – Once working inflation pressures are reached the liner shall be inspected by integrated CCTV on light assembly checking for proper fit and expansion of the liner.

5. Curing Speeds – Initial curing speeds will start off at a sufficient speed to ensure the first 15 feet (4.572 meter) of liner is cured properly, ramping up to working speed to properly cure the remainder of liner per Manufacturer's protocol. The same process will be adhered to during the last 15 feet (4.572 meter) of liner.

6. Integrated camera – The integrated CCTV camera on the light assembly will inspect post curing operations, fit of liner and any problems that may occur during the curing process.

**EXHIBIT 3**

### 561.3.6   Quality Acceptance

General Provisions 101 through 150.

### 561.3.7   Contractor Warranty and Maintenance

General Provisions 101 through 150.

## 561.4 Measurement

Renovating existing pipe is measured by the linear foot (meter) of the specified diameter of new pipe installed.

## 561.4.01 Limits

General Provisions 101 through 150.

## 561.5 Payment

Renovating existing pipe will be paid for at the Contract Unit Price bid per each diameter of existing pipe. This payment will be full compensation for completing all work described in this Section, including cleaning and restoring damaged areas.

Payment will be made under:

| Item No. 561 | Renovating existing pipe_____in. (mm) diameter | Per linear foot (meter) |
|---|---|---|

## 561.5.01 Adjustments

General Provisions 101 through 150.

**EXHIBIT 3**

April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SUPPLEMENTAL SPECIFICATION

## Section 812—Backfill Materials

*Replace Section 812 with the following:*

## 812.1 General Description

This section includes the requirements for material used as backfill: foundation backfill, Pipe, Types I and II, imperfect trench backfill, Type III, and mechanically stabilized embankment backfill.

### 812.1.1   Related References

**A.   Standard Specifications**

Section 810—Roadway Materials

Section 800—Coarse Aggregates

**B.   Referenced Documents**

AASHTO T 11

AASHTO T 21

AASHTO T 27

AASHTO T 96

AASHTO T 104

AASHTO T-267

AASHTO T-288

AASHTO T-289

ASTM C295

ASTM D4327

GDT 4

GDT 6

GDT 7

GDT 24a

GDT 24b

GDT 63

GDT 67

GDT 75

SOP 1

**EXHIBIT 3**

## 812.2 Materials

### 812.2.1   Foundation Backfill, Type I

**A.   Requirements**

1.   Use natural or artificial mixtures of materials consisting of hard, durable particles of sand or stone, mixed with silt, clay and/or humus material for Type I backfill.

2.   Have the final blend of material meet the requirements of Class I or II soils in Subsection 810.2.01.

**B.   Fabrication**

General Provisions 101 through 150.

**C.   Acceptance**

Test as follows:

| Test | Method |
|------|--------|
| Soil gradation | GDT 4 |
| Volume change | GDT 6 |
| Maximum density | GDT 7 or GDT 67 |

**D.   Materials Warranty**

General Provisions 101 through 150.

### 812.2.2   Foundation Backfill, Type II

**A.   Requirements**

1.   Type

Use material meeting the requirements of Section 800, Class A or B aggregate, and SOP 1. Crushed concrete may be used provided it meets the requirements of Section 800 that are applicable to Group 2 Aggregates.

Do not use backfill aggregate containing soil or decomposed rock.

2.   Gradation

Use material meeting the following gradation requirements:

| Sieve Size | % Passing by Weight |
|------------|---------------------|
| 1-1/2 in. (37.5 mm) | 100 |
| 1 in. (25 mm) | 80-100 |
| No. 8 (2.36 mm) | 0-5 |

**B.   Fabrication**

General Provisions 101 through 150.

**C.   Acceptance**

Test as follows:

| Test | Method |
|------|--------|
| Sieve analysis | AASHTO T 27 |

**D.   Materials Warranty**

General Provisions 101 through 150.

### 812.2.3   Imperfect Trench Backfill, Type III

**A.   Requirements**

1.   Type

182

**EXHIBIT 3**

Use material made from either of the following for Type III backfill:

- A natural soil with a density of less than 95 lb./ft.³ (1520 kg/m³) when tested with GDT 7
- An artificial mixture of soil and organic material, such as hay, leaves, or straw

**B. Fabrication**

General Provisions 101 through 150.

**C. Acceptance**

The laboratory will:

1. Test the soil density with GDT 7.
2. Review the mixture and the percentages of each material and approve a mixture suitable for the Project.

**D. Materials Warranty**

General Provisions 101 through 150.

## 812.2.4   Mechanically Stabilized Embankment Backfill

**A. Requirements**

Use material comprised of crushed stone, natural sand, or a blend of crushed stone and natural sand from sources listed on Qualified Products Lists 1 and 2, or approved by the Office of Materials and Testing. Ensure material is within the following limits for soils, organics or any other deleterious substances meeting the following additional requirements:

NOTE: Deleterious substances include but are not limited to: wood, brick, asphalt, shale recycled concrete, construction waste and shall meet the following limits:

| Substance | Maximum Percent by Weight |
|---|---|
| Sand Equivalent Group 1 | ≥ 20 |
| Sand Equivalent Group 2 | ≥ 28 |
| Any combination of Brick, Shale, Asphaltic Concrete, Recycled Concrete, Weathered Rock, Construction Waste, Soil, or Wood | 2 |

1. Crushed Stone

   Use a material manufactured from Class A or B stone that meets the requirements of Section 812.2.04.A, has a soundness loss of not more than 15 percent, and conforms to the stockpile requirements of SOP 1.

2. Natural Sand

   May be used in conjunction with an approved, non-corrodible, extensible reinforcement. Use non-plastic material consisting of strong, hard, durable particles having a durability index of at least 70 and meeting for class IIB3 or better in accordance with section 810.2.01.A.1. Use Natural Sand from an approved source on Qualified Products List – 1 or from a source approved by the Office of Materials and Testing. Requirements for approval will be provided by the Technical Assistance Bureau.

3. Gradation

| Sieve Size | % Passing by Weight |
|---|---|
| 4 in. (100 mm) | 100 |
| 2 in. (50 mm) | 80 -100 |
| No. 10 (2 mm) | 20 - 90* |
| No 200 (75 µm) | 0 - 15 |
| * Natural Sand may be 20 - 100 | |

4. Chemical

   Ensure the material meets the following chemical requirements:

## EXHIBIT 3

| Test Method | Requirement |
|---|---|
| pH | *5.0 – 9.5 |
| Resistivity | >3000 ohms/cm |
| Chlorides | <100 ppm |
| Sulfates | <200 ppm |

Note: These chemical requirements are not applicable to MSE walls stabilized with an approved, non-corrodible, extensible reinforcement.

*Sources of select backfill material having a pH between 4.5 and 5.0 may be used provided the interior face of the MSE wall panels have 3 inches of concrete cover over the reinforcement.

5. Maximum Dry Density

Use backfill material with a maximum dry density equal to or greater than the design unit weight shown on the plans.

B. Fabrication

General Provisions 101 through 150.

C. Acceptance

Test the material as follows:

| Test Method | Requirement |
|---|---|
| Percent Wear | AASHTO T96 ("A" Grading) |
| Sieve Analysis | AASHTO T 27 |
| Material Passing No. 200 (75 μm) Sieve | AASHTO T 11 |
| Organic Impurities | AASHTO T 21 |
| Durability Index | GDT 75 |
| Sand Equivalent | GDT 63 |
| Volume Change | GDT 6 |
| Petrographic Analysis | ASTM C295 |
| Maximum Dry Density | GDT 7 or GDT 24a, GDT 24b |
| Soundness (Magnesium Sulfate) | AASHTO T 104 |
| Determining Minimum Laboratory Soil Resistivity | AASHTO T-288 |
| Determining pH of Soil for Use in Corrosion Testing | AASHTO-289 |
| Chlorides | ASTM D4327 |
| Sulfates | ASTM D4327 |
| Organic Content | AASHTO-267 |

**EXHIBIT 3**

Revised: September 2, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SUPPLEMENTAL SPECIFICATION

## Section 815—Graded Aggregate

*Replace Section 815 with the following:*

## 815.1 General Description

This section includes the requirements for material to be used for base, subbase, or shoulder course material, and includes graded aggregate, unconsolidated limerock base, and recycled concrete base.

### 815.1.01 Related References

**A. Standard Specifications**

Section 800—Coarse Aggregate

**B. Referenced Documents**

AASHTO T 11

AASHTO T 27

AASHTO T 193

ASTM C 295

ASTM D 3042

FL DOT Method FM5-515

SOP–1

QPL-2

GDT 63

EPA Method 3050/6010

EPA Method 1311

EPA Polarized Light Microscopy Method

EPA Transmission Electron Microscopy Method

## 815.2 Materials

### 815.2.01 Graded Aggregate

**A. Requirements**

  **1.** Type

    Use graded aggregate base, subbase, or shoulder course material of uniform quality.

    **a.** Obtain the graded aggregate from an approved source or deposit that will yield a satisfactory mixture meeting all requirements of this specification.

---

1

# EXHIBIT 3

**Section 815 — Graded Aggregate**

**b.** Use material that is crushed or processed as a part of the mining operations, or, mix two grades of material so that when combined in the central mix plant, the mixture meets the specifications.

**c.** May use material that is a blend of not more than 20 percent (max) recycled crushed concrete from known sources (see 815.2.03.A.1.a) and virgin aggregate if approved by the Office of Materials and Testing.

**2.** Retained on the No. 10 (2 mm) sieve

Ensure the material retained on the No. 10 (2 mm) sieve is Class A or B aggregate that meets the requirements of Section 800.

**3.** Passing the No. 10 (2 mm) sieve

Ensure material passing the No. 10 (2 mm) sieve is relatively free of detrimental substances, such as soil overburden, decomposed rock, and/or swelling silts.

**4.** Stabilized Mixtures

Ensure mixtures to be stabilized react satisfactorily when mixed with Portland cement. The Engineer will specify the percentage of Portland cement to use.

**5.** Gradation

Grade the graded aggregate base, subbase, or shoulder material as follows:

| Sieve Size | Percent Passing By Weight |
|---|---|
| **Group I Aggregates** | |
| 2 in. (50 mm) | 100 |
| 1-1/2 in. (37.5 mm) | 95-100 |
| 3/4 in. (19.0 mm) | 60-95 |
| No. 10 (2 mm) | 25-50 (Note 1, 2 and 3) |
| No. 60 (250 μm) | 10-35 |
| No. 200 (75 μm) | 7-15 |
| **Group II Aggregates** | |
| 2 in. (50 mm) | 100 |
| 1-1/2 in. (37.5 mm) | 95-100 |
| 3/4 in. (19 mm) | 60-90 |
| No. 10 (2 mm) | 25-45 (Note 2 and 4) |
| No. 60 (250 μm) | 5-30 |
| No. 200 (75 μm) | 4-11 |

NOTE 1: Group I aggregates having less than 37% passing the No. 10 (2 mm) sieve, shall have at least 9 percent passing the No. 200 (75 μm) sieve.

NOTE 2: For graded aggregate stabilized with Portland Cement, 30-50 percent by weight shall pass the No. 10 (2 mm) sieve. All other requirements remain the same.

NOTE 3: Material passing the No. 10 (2 mm) sieve shall have a sand equivalent of at least 20 for Group I aggregates.

NOTE 4: Material passing the No. 10 (2 mm) sieve shall have a sand equivalent of at least 28 for Group II aggregates. Sand Equivalent values as low as 20 will be acceptable provided they are attributed exclusively to rock flour and the percent passing the No. 10 (2 mm) sieve does not exceed 40.

2

**EXHIBIT 3**

## Section 815 — Graded Aggregate

**B.  Fabrication**

General Provisions 101 through 150.

**C.  Acceptance**

Test as follows:

| Test | Method |
|------|--------|
| Material that passes a No. 200 (75µm) sieve | AASHTO T 11 |
| Gradation | AASHTO T 27 |
| Sand Equivalent | GDT 63 |

**D.  Materials Warranty**

General Provisions 101 through 150.

### 815.2.02 Unconsolidated Limerock Base

**A.  Requirements**

**1.**  Type

Use limerock base, subbase, or shoulder course material of uniform quality.

**a.**  To ensure uniform quality, the Department may restrict approved sources to specific mining areas, mining processes at a specific mining site, or both.

**b.**  Use a limerock base that yields a mixture to meet these specifications.

**c.**  Use material that is crushed or processed as a part of the mining operations, or mix two grades of material so that when combined in the central mix plant the mixture meets the specifications.

**d.**  Use limerock base, subbase, or shoulder material that has the following characteristics:

| Limerock bearing ratio | At least 100. |
|------------------------|---------------|
| Deleterious substances | Do not allow chert or other extremely hard pieces that will not pass the 2 in. (50 mm) sieve. Do not allow clay, sand, organics, or other materials in quantities that may damage bonding, finishing, or strength. All material passing the No. 40 (425 µm) sieve shall be non-plastic. |
| Carbonate content (magnesium or calcium) | At least 80%. |

**2.**  Gradation

Grade the limerock base so at least 97 percent by weight passes the 3-1/2 in. (90 mm) sieve.

**a.**  Grade the material uniformly to dust. The fine portion passing the No. 10 (2 mm) sieve shall all be dust of fracture.

**b.**  Crush or break the limerock base, if necessary to meet size requirements before placing the material on the road.

**c.**  Ensure materials having soundness losses of 20 percent or less, comply with the following gradation requirements:

**EXHIBIT 3**

## Section 815 — Graded Aggregate

**GRADATION REQUIREMENTS**

| Sieve Size | Percent Passing By Weight |
|---|---|
| 2 in. (50 mm) | 100 |
| 1-1/2 in. (37.5 mm) | 95-100 |
| ¾ in. (19 mm) | 60-95 |
| No. 10 (2.00 mm) | 25-45 |
| No. 60 (250 μm) | 10-30 |
| No. 200 (75 μm) | 7-20 |

**B.   Fabrication**

General Provisions 101 through 150.

**C.   Acceptance**

Test as follows:

| Test | Method |
|---|---|
| Material that passes a No. 200 (75μm) sieve | AASHTO T 11 |
| Gradation | AASHTO T 27 |
| Limerock bearing ratio | FL DOT Method FM5-515 |
| Petrographic analysis | ASTM C 295 |
| Total carbonates (insoluble residue) | ASTM D 3042 |

**D.   Materials Warranty**

General Provisions 101 through 150.

## 815.2.03 Recycled Concrete Base

**A.   Requirements**

**1.**   Sources

Use recycled concrete materials from sources approved by the Office of Materials and Testing and listed on Qualified Products List 2. The criteria for approval will be as outlined in Standard Operating Procedure No. 1, "Monitoring the Quality of Coarse and Fine Aggregates" except the raw material will be recyclable concrete as specified herein rather than a geological deposit of aggregate.

**2.**   Type

**a.   Recycled Concrete Base from Known Sources**

Use recycled concrete derived exclusively from Portland cement concrete pavement or structural concrete as a base, subbase, or shoulder course.

**b.   Recycled Concrete Base from Unknown Sources**

Use recycled concrete derived from sources of demolition materials that comply with the following requirements as a base, subbase or shoulder course. Due to the condition and type of raw material used to produce this base and the resulting difficulty in producing a consistent product, refer to SOP-1 for environmental requirements and preferred production procedures.

4

**EXHIBIT 3**

## Section 815 — Graded Aggregate

Ensure the finished product does not exceed the regulatory limit for asbestos of 1 percent (based on microscopy) and the regulatory limit for lead of 5 ppm. These determinations must be made prior to shipping.

Ensure the California Bearing Ratio (CBR) of the finished product is not less than 120.

3.  Gradation and Load-Bearing Capacity

Ensure the finished product meets the quality and gradation requirements of Subsection 815.2.01 for Group II aggregates, except the material finer than a No. 200 (75μm) sieve shall be 2 – 11 percent.

4.  Contaminants

Ensure the recycled concrete is substantially free of foreign materials such as steel reinforcement, wood, clay balls, soils, epoxy expansion material and non-construction materials.

Note – Substantially free, in the context of this specification, shall mean concentrations of the above-mentioned foreign materials individually shall not exceed 0.1 percent by weight, nor shall the total concentration of these materials exceed 0.5 percent by weight.

Ensure the finished product does not exceed the regulatory limit for asbestos of 1% (based on microscopy) and the regulatory limit for lead of 5 ppm.

Keep the following ancillary materials within these limits:

| Substance | Maximum Percent by Weight |
|---|---|
| Brick | 2 |
| Asphaltic Concrete | 5 |
| Weathered Rock | 2 |
| Any combination of Brick, Asphaltic Concrete or Weathered Rock | 7 |

B.  Fabrication

General Provisions 101 through 150.

C.  Acceptance

Test as follows:

| Test | Method |
|---|---|
| Gradation | AASHTO T 27 |
| Material that passes a #200 (75μm) sieve | AASHTO T 11 |
| Sand Equivalent | GDT 63 |
| California Bearing Ratio (CBR) | AASHTO T 193 |
| Petrographic Analysis | ASTM C 295 |
| Total Lead | EPA Method 3050/6010 |
| Toxicity Characteristic Leaching Procedure | EPA Method 1311 |
| Asbestos | EPA Polarized Light Microscopy Method or EPA Transmission Electron Microscopy Method |

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-88E8-B474A4238A26

**Section 815 — Graded Aggregate**

**D.   Materials Warranty**

General Provisions 101 through 150.

**EXHIBIT 3**

Revised: September 2, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SPECIAL PROVISION

## Section 820—Asphalt Cement

*Replace Section 820 with the following:*

### 820.1 General Description

This section includes the requirements for asphalt cements prepared from crude petroleum.

### 820.1.01 Related References

**A. Standard Specifications**

General Provisions 101 through 150.

**B. Referenced Documents**

AASHTO R 28
AASHTO R 92
AASHTO T 44
AASHTO T 48
AASHTO T 49
AASHTO T 51
AASHTO T 53
AASHTO T 179
AASHTO T 240
AASHTO T 313
AASHTO T 314
AASHTO T 315
AASHTO T 316
AASHTO T 350
AASHTO M 332
ASTM D 7173
SOP 4
SOP 15
QPL 7
QPL 65
QPL 98
QPL 106

1

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## Section 820 — Asphalt Cement

### C.  Definitions

Performance Grade (PG): Method of classifying an asphalt cement binder relative to its rated performance at different testing temperatures.

Polymer Modified Asphalt (PG 76-22 PMA): Engineered asphalt cement which incorporates Styrene-Butadiene-Styrene (SBS) or Styrene-Butadiene (SB) polymers.

Highly Modified Polymer Asphalt (PG 76E-22): Engineered asphalt cement which incorporates significantly higher levels of Styrene-Butadiene-Styrene (SBS) or Styrene-Butadiene (SB) polymers than PG 76-22 PMA.

Terminal Blended Polymer-Rubber Hybrid (PG 76-22 TBPRH): An engineered blended polymer-ground tire rubber modified hybrid asphalt cement which is fully compliant with PG binder (PG76-22 PMA) specifications. TBPRH is blended at a refinery or terminal that is approved on GDOT's QPL 7 "Georgia's List of Approved Bituminous Materials Facilities" and transported to the asphaltic concrete producer's asphalt plant in a tanker.

Asphalt Rubber Binders (PG 76-22 ARB): Engineered asphalt cement which incorporates Styrene-Butadiene-Rubber (SBR) or Ground Tire Rubber (GTR). The GTR may incorporated into the asphalt concrete mixtures via a dry method when approved by the Office of Materials and Testing.

Hot Applied Non-Tracking Bituminous Tack: A non-tracking engineered asphalt cement based bituminous tack coat material that is applied using a conventional heated distributor.

## 820.2 Materials

### 820.2.01 Asphalt Cement

#### A.  Requirements

1. Type

   Use a material homogeneous and water-free and will not foam when heated to 347 °F (175 °C).

   Ensure blend used to produce a specified performance grade meets the following requirements:

   - Is uniform and homogeneous without separation
   - Uses PG 64-22 or PG 67-22 described below for the base asphalt with the exception of PG76E-22, where a different base PG binder may be used with the approval of the Office of Materials and Testing.
   - Consists of production materials not being "air-blown".
   - Contains < 0.5% acid (including Polyphosphoric Acid (PPA) modification, when approved by the Office of Materials and Testing.
   - Only additives or modifiers approved by the Office of Materials and Testing are to be used.

2. Grade

   Use the various grades of asphalt cement meeting the requirements shown in the test requirements for Petroleum Asphalt Cements.

   Add Styrene-Butadiene-Styrene (SBS) or Styrene-Butadiene (SB) to neat asphalt to produce a binder meeting requirements for PG 76-22 PMA or PG 76E-22, when specified, when roadway ADT is equal to or greater than 100,000 for Stone Matrix Asphalt (SMA) and Porous European Mix (PEM) or Open Graded Friction Course (OGFC) Mixtures. When approved by the Office of Materials and Testing, PG 76-22 TBPRH meeting all the requirements for PG 76-22 PMA and subsection 820.2.01.2, Note g, may be used when roadway ADT is equal to or greater than 100,000 ADT for SMA, PEM and OGFC mixtures.

   Styrene Butadiene Rubber (SBR) or crumb rubber modified PG 76-22 are acceptable alternatives to SBS or SB modified asphalt cement at contractor's discretion, when roadway ADT is less than 100,000, provided the SBR or crumb rubber modified asphalt cement meets the tests' requirements specified in Table 8.

   For SBR modified PG 64-22 or PG 67-22 to meet PG 76-22 ARB, use only SBR currently approved on QPL 65 "Georgia's List of Approved Latex Suppliers". For crumb rubber modified PG 64-22 or PG 67-22 to meet PG 76-22 ARB, use only GTR approved on QPL 106 "Georgia's List of Approved Ground Tire Rubber Suppliers" at a minimum 10% of weight of neat asphalt cement content of the asphaltic concrete mixture. Ensure Trans-Polyoctenamer is added at 4.5% of the weight of the crumb rubber to achieve better particle distribution. Other workability additives approved on QPL 98 "Georgia's List of Approved Workability Additives" may be used,

2

# EXHIBIT 3

## Section 820 — Asphalt Cement

provided the end product meets the specified requirements of PG 76-22 ARB.  PG 76-22 ARB produced using ≥8%<10% GTR incorporating an approved GTR and workability additive combination is approved in accordance with Table 8 and Note c.  Ensure the end product is homogenous and shows no separation or coagulation. Percentage of ambient or cryogenic ground tire rubber is neat asphalt source dependent to meet specification requirements for PG 76-22 ARB.

Performance Graded Binders approved on QPL 7 "(Georgia's List of Approved Bituminous Materials)" shall conform to the following PG requirements.

### SUPERPAVE BINDER TABLE 1 – HOT APPLIED NON-TRACKING BITUMINOUS TACK

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Rotational Viscosity<br>AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 180 °F (82 °C) | Minimum 1.00 kPa | |
| Penetration, 100g, 5 sec,<br>AASHTO T 49 | 77 °F (25 °C) | Maximum 25 | |
| Softening Point (°F)<br>AASHTO T 53 | | Maximum 158 °F (70 °C) | |

3

# EXHIBIT 3

## Section 820 — Asphalt Cement

### SUPERPAVE BINDER TABLE 2 – PG 58-22

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point<br>AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity<br>AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 136 °F (58 °C) | Minimum 1.00 kPa | |
| Solubility of Bituminous Materials<br>AASHTO T 44 | Standard Test<br>77 ±0.5 °F (25 ±0.25 °C)<br>Re-test<br>100 ±0.5 °F (37.8 ±0.25 °C) | Minimum 99.0% | d |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss %<br>AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 136 °F (58 °C) | Minimum 2.20 kPa | |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 72 °F (22 °C) | Maximum 6000 kPa | |
| Creep Stiffness<br>AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness)<br>Maximum 300 MPA<br>m-value<br>Minimum 0.300 | |

4

# EXHIBIT 3

**Section 820 — Asphalt Cement**

**SUPERPAVE BINDER TABLE 3 – PG 64-22**

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point<br>AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity<br>AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 147 °F (64 °C) | Minimum 1.00 kPa | |
| Solubility of Bituminous Materials<br>AASHTO T 44 | Standard Test<br>77 ±0.5 °F (25 ±0.25 °C)<br>Re-test<br>100 ±0.5 °F (37.8 ±0.25 °C) | Minimum 99.0% | d |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss %<br>AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 147 °F (64 °C) | Minimum 2.20 kPa | |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 77 °F (25 °C) | Maximum 6000 kPa | |
| Creep Stiffness<br>AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness)<br>Maximum 300 MPA<br>m-value<br>Minimum 0.300 | |

5

**EXHIBIT 3**

**Section 820 — Asphalt Cement**

### SUPERPAVE BINDER TABLE 4 – PG 67-22

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point<br>AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity<br>AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 153 °F (67 °C) | Minimum 1.00 kPa | |
| Solubility of Bituminous Materials<br>AASHTO T 44 | Standard Test<br>77 ±0.5 °F (25 ±0.25 °C)<br>Re-test<br>100 ±0.5 °F (37.8 ±0.25 °C) | Minimum 99.0% | d |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss %<br>AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 153 °F (67 °C) | Minimum 2.20 kPa | |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 80 °F (26.5 °C) | Maximum 6000 kPa | |
| Creep Stiffness<br>AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness)<br>Maximum 300 MPA | |
| | | m-value<br>Minimum 0.300 | |

6

**EXHIBIT 3**

**Section 820 — Asphalt Cement**

**SUPERPAVE BINDER TABLE 5 – PG 76-22 PMA**

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point<br>AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity<br>AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a |
| Dynamic Shear, G*/sin $\delta$,<br>AASHTO T 315,<br>10 Rad/Sec | 169 °F (76 °C) | Minimum 1.00 kPa | |
| Dynamic Shear, Phase Angle $\delta$<br>AASHTO T 315, | 169 °F (76 °C) | Maximum 75° | e |
| Solubility of Bituminous Materials<br>AASHTO T 44 | Standard Test<br>77 ±0.5 °F (25 ±0.25 °C)<br>Re-test<br>100 ±0.5 °F (37.8 ±0.25 °C) | Minimum 99.0% | d |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss %<br>AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | |
| Dynamic Shear, G*/sin $\delta$,<br>AASHTO T 315,<br>10 Rad/Sec | 169 °F (76 °C) | Minimum 2.20 kPa | |
| Multiple Stress Creep Recovery,<br>$J_{nr}$, 3.2<br>AASHTO T 350 | 147 °F (64 °C) | Maximum 0.50 kPa$^{-1}$<br>Maximum $J_{nr\,diff}$ = 75% | h |
| Multiple Stress Creep Recovery,<br>% Recovery<br>AASHTO M 332 | 147 °F (64 °C) | %Recovery$_{3.2}$ > 29.37 $(J_{nr\,3.2})^{-0.2633}$ | |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin $\delta$,<br>AASHTO T 315,<br>10 Rad/Sec | 80 °F (26.5 °C) | Maximum 6000 kPa | |
| Creep Stiffness<br>AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness)<br>Maximum 300 MPA<br>m-value<br>Minimum 0.300 | |

7

187

**EXHIBIT 3**

**Section 820 — Asphalt Cement**

### SUPERPAVE BINDER TABLE 6 – PG 76E-22

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point<br>AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity<br>AASHTO T 316 | 275 °F (135 °C) | Maximum 5.0 Pa-s | a |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 169 °F (76 °C) | Minimum 3.00 kPa | |
| Solubility of Bituminous Materials<br>AASHTO T 44 | Standard Test<br>77 ±0.5 °F (25 ±0.25 °C)<br>Re-test<br>100 ±0.5 °F (37.8 ±0.25 °C) | Minimum 99.0% | d |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss %<br>AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 169 °F (76 °C) | Minimum 5.00 kPa | |
| Multiple Stress Creep Recovery,<br>$J_{nr}$, 3.2<br>AASHTO T 350 | 169 °F (76 °C) | Maximum 0.50 kPa$^{-1}$<br>Maximum $J_{nr\ diff}$ = 75% | f, h |
| Multiple Stress Creep Recovery,<br>% Recovery<br>AASHTO M 332 | 169 °F (76 °C) | %Recovery$_{3.2}$ ≥ 90 | f |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin δ,<br>AASHTO T 315,<br>10 Rad/Sec | 80 °F (26.5 °C) | Maximum 6000 kPa | |
| Creep Stiffness<br>AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness)<br>Maximum 300 MPA<br>m-value<br>Minimum 0.300 | |

**EXHIBIT 3**

**Section 820 — Asphalt Cement**

**SUPERPAVE BINDER TABLE 7 – PG 76-22 TBPRH**

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a |
| Dynamic Shear, G*/sin δ, AASHTO T 315, 10 Rad/Sec | 169 °F (76 °C) | Minimum 1.00 kPa | |
| Dynamic Shear, Phase Angle δ AASHTO T 315, | 169 °F (76 °C) | > 42 ≤ 75° | e |
| Solubility of Bituminous Materials AASHTO T 44 | Standard Test 77 ±0.5 °F (25 ±0.25 °C) Re-test 100 ±0.5 °F (37.8 ±0.25 °C) | Minimum 99.0% | d |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss % AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | |
| Dynamic Shear, G*/sin δ, AASHTO T 315, 10 Rad/Sec | 169 °F (76 °C) | Minimum 2.20 kPa | |
| Multiple Stress Creep Recovery, $J_{nr}$, 3.2 AASHTO T 350 | 147 °F (64 °C) | Maximum 0.50 kPa$^{-1}$ Maximum $J_{nr\,diff}$ = 75% | h |
| Multiple Stress Creep Recovery, % Recovery AASHTO M 332 | 147 °F (64 °C) | %Recovery$_{3.2}$ > 29.37 ($J_{nr\,3.2}$)$^{-0.2633}$ | f |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin δ, AASHTO T 315, 10 Rad/Sec | 80 °F (26.5 °C) | Maximum 6000 kPa | |
| Creep Stiffness AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness) Maximum 300 MPA / m-value Minimum 0.300 | |

9

189

**EXHIBIT 3**

## Section 820 — Asphalt Cement

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| OTHER TESTS | | | |
| Polymer Separation Test ASTM D 7173 | 325.4 ± 9 °F (163 ±5 °C) | Maximum 18 °F (10 °C) difference between top and bottom specimens | |
| All PG 76-22 TBPRH Materials must meet initial evaluation requirements detailed in Note g | | | |

### SUPERPAVE BINDER TABLE 8 – PG 76-22 ARB

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| Flash Point AASHTO T 48 | | Minimum 446 °F (230 °C) | |
| Rotational Viscosity AASHTO T 316 | 275 °F (135 °C) | Maximum 3.0 Pa-s | a, b |
| Dynamic Shear, G*/sin δ, AASHTO T 315, 10 Rad/Sec | 169 °F (76 °C) | Minimum 1.00 kPa | b |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 | | | |
| Mass Loss % AASHTO T 240 | 325 ±1.8 °F (163 ±1 °C) | Maximum 1.0 | b |
| Dynamic Shear, G*/sin δ, AASHTO T 315, 10 Rad/Sec | 169 °F (76 °C) | Minimum 2.20 kPa | b |
| ROLLING THIN FILM OVEN TEST RESIDUE (RTFO) AASHTO T 240 PG76-22 ARB USING ≥ 8 < 10% GTR | | | |
| Multiple Stress Creep Recovery, $J_{nr}$, 3.2 AASHTO T 350 | 147 °F (64 °C) | Maximum 0.50 $kPa^{-1}$ Maximum $J_{nr\ diff}$ = 75% | b, c, h |
| Multiple Stress Creep Recovery, % Recovery AASHTO M 332 | 147 °F (64 °C) | %Recovery$_{3.2}$ > 29.37 $(J_{nr\ 3.2})^{-0.2633}$ | b, c |
| PRESSURE AGING VESSEL (PAV) AASHTO R 28 | | | |
| Dynamic Shear, G*/sin δ, AASHTO T 315, 10 Rad/Sec | 80 °F (26.5 °C) | Maximum 6000 kPa | b |
| Creep Stiffness AASHTO T 313 @ 60 sec | 10 °F (-12 °C) | S (Stiffness) Maximum 300 MPA | b |
| | | m-value Minimum 0.300 | |

10

# EXHIBIT 3

## Section 820 — Asphalt Cement

| Test and Method | Test Temperature | Specification | Notes |
|---|---|---|---|
| | OTHER TESTS | | |
| Polymer Separation Test<br>ASTM D 7173 | 325.4 ±9 °F (163 ±5 °C) | Maximum 18 °F (10 °C) difference between top and bottom specimens | b |
| AASHTO T 51, 5 cm per min, cm | 77 °F (25 °C) | Ductility<br>Minimum 15 cm | b |
| All PG 76-22 ARB Materials must meet initial evaluation requirements detailed in Note g | | | |

**Notes:**

**a.** The Department may waive this requirement if the supplier warrants the asphalt binder can be adequately pumped and mixed at temperatures meeting all applicable safety standards.

**b.** PG 64-22 or PG 67-22 modified to meet PG 76-22 ARB using crumb rubber, via dry method, will be evaluated using complete analysis for compliance with PG 76-22 ARB requirements prior to mixture production using laboratory blended materials. PG 64-22 or PG 67-22 modified to meet PG 76-22 ARB using crumb rubber via dry method, will be evaluated for compliance with original DSR testing requirements for PG 76-22 during mixture production using abson recovery in accordance with GDT 119 in compliance with AC sampling frequencies established in GSP 21 sub-section A.9.

**c.** AASHTO T 350 and R 92 shall be used in lieu of AASHTO 51 for PG 76-22 ARB incorporating ≥ 8 < 10% GTR in accordance with Table 8.

**d.** Ensure Solubility testing results performed in accordance with AASHTO T 44 are included on all Performance Graded and TBPRH binders' Certificates of Analysis (COA) submitted with annual QPL 7 documents. The Department may sample and perform Solubility testing at greater than minimum required frequencies.

**e.** Phase Angle testing shall be conducted in lieu of AASHTO T 350 and R 92 for all "Start-up" samples which are required when an asphalt plant has not produced mixture for more than seven (7) calendar days,

**f.** MSCR testing in accordance with AASHTO T 350 and R 92, shall also be conducted for all "Start-up" samples which are required when an asphalt plant has not produced mixture for more than seven (7) calendar days in addition to the standard testing requirement use.

**g.** All asphalt binders incorporating GTR require three (3) successful minimum one (1) year trial test sections, for that GTR Modifier and Workability Additive combination, prior to approval on QPLs 98 and 106. Additionally, all GTR Modifier and Workability Additives combinations will be approved mix type specific, requiring a minimum of one (1) acceptable test section for each mix type, prior to its use in that mix type project wide.

**h.** The $J_{nr\ diff}$ requirement shall not apply to asphalt binders having a $J_{nr\ 3.2}$ value of 0.5 kPa$^{-1}$ or lower at the selected temperature.

Thoroughly blend the composite materials at the supply facility prior to being loaded into the transport vehicle if modification is required in accordance with 820.2.01. Ensure all blending procedures, formulation, and operations are approved by the Office of Materials and Testing.

**3.** Certification:

Provide certified test results from an approved, certified laboratory of blends for proposed PG asphalt for each specification characteristic of the asphalt cement proposed for shipment. Provide the certified results to the State Materials Engineer as required in Standard Operating Procedure (SOP 4).

The State Materials Engineer may interrupt production until test results are known in the event there is reason to suspect a sample will be outside specification limits. Mixture placed incorporating modified binders determined to not meet specification requirements may be subject to removal at the recommendation of the State Materials Engineer.

11

## EXHIBIT 3

## Section 820 — Asphalt Cement

**B.   Materials Warranty**

General Provisions 101 through 150.



# EXHIBIT 3

Revised: September 2, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SPECIAL PROVISION

## Section 821—Cutback Asphalt

*Replace Section 821 with the following:*

## 821.1 General Description

This section includes the requirements for asphalt cements that have been fluxed with petroleum distillates.

### 821.1.01 Related References

**A. Standard Specifications**

General Provisions 101 through 150.

**B. Referenced Documents**

AASHTO T 44

AASHTO T 48

AASHTO T 49

AASHTO T 51

AASHTO T 55

AASHTO T 78

AASHTO T 79

AASHTO T 201

AASHTO T 295

## 821.2 Materials

### 821.2.01 Cutback Asphalt

**A. Requirements**

1. Type: Use an asphalt cement that is uniformly consistent and shows no separation or curbing.
2. Grade: Use various grades of cutback asphalts that meet the requirements shown in Table 1 and Table 2.

**B. Fabrication**

General Provisions 101 through 150.

---

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4229A26

**Section 821 — Cutback Asphalt**

**C.   Acceptance**

Test as follow:

| Test | Method |
|------|--------|
| Water | AASHTO T 55 |
| Flash point | AASHTO T 79 & T 48 |
| Specific Gravity (API Method) | AASHTO T 295 |
| Viscosity | AASHTO T 201 |
| Distillation | AASHTO T 78 |
| Ductility | AASHTO T 51 |
| Solubility | AASHTO T 44 |
| Penetration | AASHTO T 49 |

**D.   Materials Warranty**

General Provisions 101 through 150.



**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## Section 821 — Cutback Asphalt

**TABLE 1—PROPERTIES OF MEDIUM CURING CUTBACK ASPHALTS**

| Requirements | Viscosity Grade | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | MC-30 | | MC-70 | | MC-250 | | MC-800 | | MC-3000 | |
| | Min. | Max. | Min. | Max. | Min. | Max. | Min. | Max. | Min. | Max. |
| Water percent | | 0.2 | | 0.2 | | 0.2 | | 0.2 | | 0.2 |
| Flash point, Cleveland Open Cup, ºF (°C) | 100 (38) | | 100 (38) | | 150 (65) | | 150 (65) | | 150 (65) | |
| Specific Gravity (API Method) | Report and Use for Distillation Test | | | | | | | | | |
| Kinematic viscosity at 140 ºF, centistokes (60 °C, mPa·s) | 30 | 60 | 70 | 140 | 250 | 500 | 800 | 1600 | 3000 | 6000 |
| Distillation test: Distillate, percentage by volume of total distillate to 680 ºF (360 °C) | | | | | | | | | | |
| to 437 ºF (225 °C) | | 25 | | 20 | | 10 | | | | |
| to 500 ºF (260 °C) | 40 | 70 | 20 | 60 | 15 | 55 | 35 | | | 15 |
| to 600 ºF (315 °C) | 75 | 93 | 65 | 90 | 60 | 87 | 45 | 80 | 15 | 75 |
| Residue from distillation to 680 ºF (360 °C) Volume percentages of sample by difference | 50 | | 55 | | 67 | | 75 | | 80 | |
| Tests on residue from distillation: | | | | | | | | | | |
| Penetration, 100g, 5 sec., at 77 ºF (25 °C), (dmm) | 80 | 250 | 80 | 250 | 80 | 250 | 80 | 250 | 80 | |
| Ductility at 77 ºF (25 °C), at 5 cm per min., (cm) | 100 | | 100 | | 100 | | 100 | | 100 | 250 |
| Solubility in trichloroethylene, percent by weight | 99.5 | | 99.5 | | 99.5 | | 99.5 | | 99.5 | |

**EXHIBIT 3**

## Section 821 — Cutback Asphalt

### TABLE 2—PROPERTIES OF RAPID CURING CUTBACK ASPHALTS

| Requirements | Viscosity Grade | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | RC-30 | | RC-70 | | RC-250 | | RC-800 | | RC-3000 | |
| | Min. | Max. | Min. | Max. | Min. | Max. | Min. | Max. | Min. | Max. |
| Water percent | | 0.2 | | 0.2 | | 0.2 | | 0.2 | | 0.2 |
| Flash point, Tagliabue Open Cup, °F (°C) | | | | | 80 (25) | | 80 (25) | | 80 (25) | |
| Specific Gravity (API Method) | Report and Use for Distillation Test | | | | | | | | | |
| Kinematic viscosity at 140 °F (60 °C, mPa·s) | 30 | 60 | 70 | 140 | 250 | 500 | 800 | 1600 | 3000 | 6000 |
| Distillation test: Distillate, percentage by volume of total distillate to 680 °F (360 °C) | | | | | | | | | | |
| to 374 °F (190°C) | 15 | | 10 | | | | | | | |
| to 437 °F(225°C) | 55 | | 50 | | 35 | | 15 | | | |
| to 500 °F (260 °C) | 75 | | 70 | | 60 | | 45 | | 25 | |
| to 600 °F (315 °C) | 90 | | 85 | | 80 | | 75 | | 70 | |
| Residue from distillation to 680 °F (360°C): Volume percentages of sample by difference | 50 | | 55 | | 65 | | 75 | | 80 | |
| Tests on residue from distillation: | | | | | | | | | | |
| Penetration, 100g, 5 sec., at 77 °F (25 °C), (dmm) | 60 | 120 | 60 | 120 | 60 | 120 | 60 | 120 | 60 | 120 |
| Ductility at 77 °F (25 °C), at 5 cm per min., (cm) | 100 | | 100 | | 100 | | 100 | | 100 | 250 |
| Solubility in trichloroethylene, percent by weight | 99.5 | | 99.5 | | 99.5 | | 99.5 | | 99.5 | |

4

**EXHIBIT 3**

June 3, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 828—Hot Mix Asphaltic Concrete Mixtures

*Delete Section 828 and substitute the following:*

### 828.1 General Description

This specification includes the requirements for hot mix asphaltic concrete mixtures, including:

- Open-graded surface mixtures (OGFC and PEM)
- Stone Matrix Asphalt mixtures (SMA)
- Superpave mixtures
- Fine-graded (4.75 mm) mixtures

### 828.1.01 Definitions

The Nominal Maximum Sieve Size is one standard sieve size larger than the first sieve to retain more than ten percent of the aggregate, per AASHTO R35. Mixture types in this section are identified according to Nominal Maximum Sieve Size.

### 828.1.02 Related References

**A. Standard Specifications**

Section 400-Hot Mix Asphaltic Concrete Construction

Section 402-Hot Mix Recycled Asphaltic Concrete

Section 800—Coarse Aggregate

Section 802–Aggregates for Asphaltic Concrete

Section 819–Fiber Stabilizing Additives

Section 820–Asphalt Cement

Section 831–Admixtures

Section 882–Lime

Section 883–Mineral Filler

**B. Referenced Documents**

AASHTO R30

AASHTO R35

AASHTO TP 108

AASHTO T 112

AASHTO T 209

AASHTO T 245

AASHTO T 305

---

1

## EXHIBIT 3

**Section 828 — Hot Mix Asphaltic Concrete Mixtures**

AASHTO T 312

AASHTO T 321

AASHTO T 324

AASHTO T 331

AASHTO T 340

SOP-2

SOP-36

GDT 1

GDT 56

GDT 63

GDT 66

GDT 114

GDT 115

GDT 123

QPL 1

QPL 2

QPL 7

QPL 26

QPL 41

QPL 77

QPL 81

## 828.2 Materials

**A.  Requirements**

Use approved hot mix asphalt concrete mixtures that meet the following requirements:

**1.**  Produce each asphalt mixture according to a Department approved Job Mix Formula and Asphalt Mix Design, see Subsection 400.1 for submittal and approval of Job Mix Formulas.

**2.**  Ensure individual acceptance test results meet the Mixture Control Tolerances specified in the appropriate table below, Subsections 828.2.01 through 828.2.04.

**3.**  Ensure the Engineer approves all materials used to prepare and place the mixtures before incorporating them into the Work. Use only the ingredients listed in the approved Asphalt Mix Design and Job Mix Formula. For virgin aggregates use sources meeting the requirements of Section 802 and are listed in QPL 1 or QPL 2; for mixes in which local sand is permitted, use the approved sand source identified in the mix design. For mixtures containing Reclaimed Asphalt Pavement (RAP), use only RAP from the approved stockpile identified in the mix design.  Use asphalt cement meeting the requirements of Section 820, from a source listed in QPL 7.

**4.**  Obtain approved Open-Graded Friction Course (OGFC), Porous European Mix (PEM), Stone Matrix Asphalt Mix (SMA), Superpave and 4.75 mm mix designs from a mix design laboratory certified by the Department. Ensure all SMA mix designs are designed in accordance with GDT-123 ("Determining the Design Proportions of Stone Matrix Asphalt Mixtures"). Ensure all OGFC and PEM mix designs are designed in accordance with GDT 114 "Determining Optimum Asphalt Content for Open-graded Bituminous Paving Mixtures and Sub-section 828.2.01.Ensure OGFC, PEM and SMA mix designs are verified and approved by the Department prior

2

**EXHIBIT 3**

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

to use. Batched materials, and gyrated specimens where applicable, for required mix design verification are to be submitted with the initial mix design approval request. Ensure Superpave and 4.75 mm mix designs are designed in accordance with SOP-2 ("Control of Superpave Bituminous Mixture Designs") and are approved by the Department as provided therein. Ensure all mixes are designed by a laboratory and technician certified in accordance with SOP-36, ("Certification of Laboratories and Personnel for Design of SMA and Superpave Asphalt Mixtures"). Mix Design Technicians certified to design SMA mixtures are approved to design OGFC and PEM mixtures. The Department approves submitted mix designs for compliance with specified requirements and laboratory performance test data. The contractor is responsible for the placement in accordance with Sections 400 and 402 for the GDOT approved mix designs.

Use only mixtures composed of the aggregate groups and blends indicated in the Proposal and Plans by their pay item designations, defined as follows:

### TABLE 1 – AGGREGATE GROUPS

| Pay Item Designation | Allowable Aggregate Groups |
|---|---|
| Group I or II | Group I, Group II, or Blend I |
| Group II only | Group II only |
| Blend I | Either 100% Group II material or a blend of Group I and Group II. Do not use Group I material for more than 60%, by weight, of the total aggregate nor more than 50%, by weight, of the coarse aggregate fraction. |

5. For patching or leveling use Group I, Group II, or Blend I. Mix types for patching and leveling are specified in Subsection 400.3.03.B.

6. Include lime (hydrated lime) from an approved source and meeting the requirements of Section 882 in all paving courses except as otherwise provided in the Contract. For a list of approved sources of lime, see QPL 41.

   a. Add lime to each mixture at the rate prescribed in the approved mix design.

   b. Ensure mix designs using only virgin aggregate include lime at a minimum rate of 1.00% of the total dry aggregate weight. Ensure mix designs using RAP include lime at a minimum rate equal to 1.00% of the virgin aggregate fraction plus 0.50% of the aggregate in the RAP fraction.

   c. Add more lime or add lime plus an approved Heat-Stable Anti-Stripping Additive meeting the requirements of Section 831, if necessary to meet requirements for mixture properties, and pursuant to an approved mix design. However, the Department will not make additional payment for these materials. For a list of sources of Heat-Stable Anti-Stripping Additives, see QPL 26.

   d. Where specifically allowed in the contract and pay item on local assistance, airport, and parking lot projects, an approved Heat-Stable Anti-Stripping Additive meeting the requirements of Section 831 may be substituted for hydrated lime. Ensure the mix gradation is adjusted to replace the lime with an equivalent volume of fines passing the 0.075 mm sieve. Add Heat-Stable Anti-stripping Additive at a minimum rate of 0.5 percent of the asphalt cement portion.

7. Use performance grade PG 64-22 or PG 67-22 asphalt cement in all mix designs and mixtures except as follows:

   a. The State Materials Engineer will determine the performance grade to be used, based on Table 2 – Binders Selection Guideline for Reclaimed Asphalt Pavement (RAP) Mixtures, AASHTO M323 and laboratory testing results as required in Section 828.2.B for mixtures containing ≥ 25% equivalent binder replacement for RAP/RAS mixtures.

---

3

# EXHIBIT 3

**Section 828 — Hot Mix Asphaltic Concrete Mixtures**

    **b.** Use only grade PG 76-22, excluding shoulder construction in the following mixes: all SMA, 12.5 mm PEM, 9.5 mm and 12.5 mm OGFC, 12.5 mm Superpave, on projects with two-way ADT greater than 25,000; and in all mixtures for which polymer-modified asphalt is specified in the pay item.

  **8.** Use of local sand is restricted as follows:

    **a.** Do not place mixtures containing local sand on the traveled way of the mainline or ramps of the Interstate System. Mixtures with local sand may be used for shoulder construction on these facilities.

    **b.** Ensure local sand will not constitute more than 20 % of the total aggregate weight of any mix design or production mix.

    **c.** Subject to the above limits, 19 mm, 12.5 mm, and 9.5 mm Superpave mix designs and 4.75 mm mix designs containing local sand may be used on projects with a current ADT not exceeding 4,000 VPD providing that all performance testing meets specified requirements.

    **d.** 25 mm Superpave mix designs containing not more than 20 % local sand may be used on all facilities except the main line and ramps of the Interstate System.

    **e.** Obtain local sand for use in asphalt mixtures from a source approved by the Department.

    **f.** Approval of local sand sources: The Department will sample, test, and approve sources of local sand. Ensure local sand contains no more than 7.0% clay by weight and is free of foreign substances, roots, twigs, and other organic matter. Ensure sand is free of clay lumps, as determined by AASHTO T 112, and has a sand equivalent value exceeding 25%, as determined by GDT 63.

**B.  Fabrication**

  **1.** Design procedures: For all Superpave and 4.75 mm mixes, ensure conformance with the Superpave System for Volumetric Design (AASHTO T 312 and AASHTO R30), as adapted in SOP-2. Ensure Superpave mixes are designed at a design gyration number ($N_{des}$) of 65 gyrations and initial gyration number ($N_{ini}$) of 6 gyrations. Ensure 4.75 mm mixes, ($N_{des}$) are designed at 50 gyrations, and ($N_{ini}$) at 6 gyrations. Open-graded mix designs will be designed by the Department in accordance with GDT 114. In all cases, the procedure for measuring Maximum Specific Gravity ($G_{mm}$) is AASHTO T 209. In addition to gradation and volumetric analysis, ensure mix designs include the following performance tests, as applicable.

  **2.** Performance Test:

    **a.** Permeability test: Ensure Superpave and Stone Matrix mix designs include testing according to GDT -1 Measurement of Water Permeability of Compacted Asphalt Paving Mixtures. Ensure specimen air voids for  this test are 6.0 ±1.0 %. The average permeability of three specimens may not exceed 3.60 ft per day (125 ×10−5cm per sec).

    **b.** Moisture Susceptibility test: For all mixtures excluding OGFC and PEM mixtures, fabricate and test specimens in accordance with GDT 66, when required by the Office of Materials and Testing due to visible signs of stripping in laboratory fabricated or plant produced asphaltic concrete mixtures. GDT 66 may also be used to evaluate moisture damage susceptibility for virgin asphaltic concrete 4.75 mm and 9.5 mm Types I and II Superpave surface mixtures failing to meet GDOT specified Hamburg Stripping Inflection Point requirements. These mixtures must comply with Hamburg Wheel Tracking Test rutting requirements. Ensure specimen air voids for this test are 7.0 ±1.0% for all mixes excluding Stone Matrix mixes. Ensure specimen air voids for this test are 6.0 ± 1.0% for Stone Matrix mixes. For all mix types, the minimum tensile splitting ratio is 0.80, except a tensile splitting ratio of no less than 0.70 may be acceptable if all individual strength values exceed 100 psi (690 kPa). Ensure individual splitting strength of the three conditioned and three controlled samples are not less than 60 psi (415 kPa). Ensure retention of coating as determined by GDT 56 is not less than 95%.

    **c.** Hamburg Wheel-Tracking Test for rutting and moisture susceptibility test: Ensure mix designs of all mix types except Open-graded Surface Mixes (OGFC and PEM), and Open-graded Crack Relief Interlayer (OGI) mix, include testing in accordance with AASHTO T 324. Ensure specimen air voids for this test are 7.0 ± 1.0% for all mix types, other than SMA mixes and at a testing temperature of 50°C (122°F). Ensure specimen air voids for this test are 6.0 ±1.0 % for SMA mixtures and at a testing temperature of 50°C (122°F). Use the testing and acceptance criteria established in Table 2.

**EXHIBIT 3**

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

**TABLE 2 – HAMBURG WHEEL TRACKING DEVICE TESTING AND ACCEPTANCE CRITERIA**

| Binder Performance Grade (PG) | Mix Type | Number of Passes | Maximum Rut Depth | Stripping Inflection Point |
|---|---|---|---|---|
| PG 64-22 and PG 67-22 | 4.75 mm, 9.5 mm SP Type I, and 9.5 mm SP Type II | 15,000 | ≤ 12.5 mm | > 15,000 |
| PG 64-22 and PG 67-22 | 12.5 mm SP, 19 mm SP and 25 mm SP | 20,000 | ≤ 12.5 mm | > 20,000 |
| PG 76-22 | All Mix types | 20,000 | ≤ 12.5 mm | > 20,000 |

Tested specimens shall be inspected for any visible signs of stripping and any mix design's tested specimens that fail to maintain 95% of asphalt cement coating, as described in GDT 56 section D.2.d, will be required to meet specified requirements for GDT 66 as detailed in 828.2.B.2.b.

**d.** Fatigue testing: The Department may verify dense-graded mix designs by fatigue testing according to AASHTO T 321 or other procedure approved by the Department.

**e.** Abrasion Loss of Asphaltic Mixture testing: The Department will evaluate Open-graded Friction Course, Porous European Mix and SMA Types in accordance with AASHTO TP 108. In accordance with AASHTO T 312, compact OGFC and PEM specimens using the Superpave Gyrator Compactor to a specimen height of 115 ± 5 mm and specimen air void content range specified in Sub-section 828.2.01.A. Specimen air voids for the SMA specimens shall be 6.0 % ± 1.0 % with a specimen height of 115 ± 5 mm. Bulk Specific Gravity of the compacted open-graded mixtures shall be determined using Corelok vacuum-sealing device in accordance with AASHTO T 331.  Individual specimen and average of three specimens for OGFC and PEM and SMA shall be reported for mix design acceptance.

### C. Acceptance

See Subsection 106.03 and Section 400. Ensure individual test results meet the Mixture Control Tolerances listed in Subsections 828.2,  828.2.01 ,828.2.02, 828.2.03, or 828.2.04, whichever applies with the following exception. Ensure field verification results for rutting susceptibility tests performed on laboratory fabricated and/or roadway cores obtained from asphalt plant produced mixtures meet specified requirements for AASHTO T 324 as detailed in Subsection 828.2.B.2.c.  All GDOT approved mix designs are required to have full field mix design verifications, using plant produced mixture, sampled by the contractor and submitted to the applicable GDOT laboratory (Central or District) at a minimum of once per two years. Field mix design verification results that fail to comply with performance testing specified in Subsection 828.2.B will require a complete laboratory mix design verification, to be completed by the original mix designer, for continued use of that design. If a mix design has not been produced within two years, a full field mix design verification will be sampled by the contractor and submitted to the applicable GDOT laboratory (Central or District) on the first Lot produced thereafter.  Any mix design that fails to meet performance test requirements established in Subsection 828.2.B, using laboratory fabricated specimens due to failing field mix design results, may subject that mix design to invalidation after the field mix design verification results are confirmed with a second field mix design verification. Field mix design verifications as specified in Section 402, Section 400, SOP 2 and GSP 21, are not precluded by the requirements specified herein.

### D. Materials Warranty

See General Provisions 101 through 150.

## 828.2.01 Open-Graded Surface Mixtures

### A. Requirements

Produce the mixture according to an approved mix design and Job Mix Formula.  Ensure Open-Graded Surface Mixtures meet the following mixture control tolerances and mix design criteria:

**EXHIBIT 3**

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

| Sieve Size | Mixture Control Tolerance, % | Design Gradation Limits, % Passing | | |
|---|---|---|---|---|
| | | 9.5 mm OGFC | 12.5 mm OGFC | 12.5 mm PEM |
| 3/4 in. (19 mm) sieve | ±0.0 | | 100* | 100* |
| 1/2 in. (12.5 mm) sieve | ±6.1 | 100* | 85-100 | 80-100 |
| 3/8 in. (9.5 mm) sieve | ±5.6 | 85-100 | 55-75 | 35-60 |
| No. 4 (4.75 mm) sieve | ±5.7 | 20-40 | 15-25 | 10-25 |
| No. 8 (2.36 mm) sieve | ±4.6 | 8-15 | 5-15 | 5-10 |
| No. 200 (75 µm) sieve | ±2.0 | 4 - 6 | 3-5 | 2-4 |
| Range for % AC | ±0.4 | 6.25-7.25 | 6.00-7.25 | 5.75-7.00 |
| Range for Mix Design Air Voids % | | 15 - 18 | 15 - 20 | 18 - 22 |
| Class of stone (Section 800) | | "A" only | "A" only | "A" only |
| Drain-down (AASHTO T305), % | | <0.3 | <0.3 | <0.3 |
| Abrasion Loss % (AASHT0 TP 108) | | Report | Report | Report |

  * Mixture control tolerance is not applicable to this sieve for this mix.

**1.** In 12.5 mm and 9.5 mm OGFC and 12.5 mm PEM mixes, use only PG 76-22 asphalt cement (specified in Section 820).

**2.** Ensure all OGFC and PEM mixes include a stabilizing fiber of the type (cellulose or mineral) specified in the mix design and meeting the requirements of Section 819. Ensure the dosage rate is as specified in the mix design and sufficient to prevent drain-down exceeding the above tolerance.

**B. Fabrication**

See Section 400.

### 828.2.02 Stone Matrix Asphalt Mixtures

**A. Requirements**

Produce the mixture according to an approved mix design and Job Mix Formula. Ensure Stone Matrix Asphalt mixtures meet the following mixture control tolerances and mix design criteria:

| Sieve Size | Mixture Control Tolerance | Design Gradation Limits, Percent Passing | | |
|---|---|---|---|---|
| | | 9.5 mm SMA | 12.5 mm SMA | 19 mm SMA |
| 1 in. (25 mm) sieve | ±0.0 | | | 100* |
| 3/4 in. (19 mm) sieve | ±7.0 | 100* | 100* | 90-100 |

**EXHIBIT 3**

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

| 1/2 in. (12.5 mm) sieve | ±6.1 | 98-100** | 85-100 | 44-70 |
|---|---|---|---|---|
| 3/8 in. (9.5 mm) sieve | ±5.6 | 70-100 | 50-75 | 25-60 |
| No. 4 (4.75 mm) sieve | ±5.7 | 28-50 | 20-28 | 20-28 |
| No. 8 (2.36) mm sieve | ±4.6 | 15-30 | 16-24 | 15-22 |
| No. 50 (300 µm) sieve | ±3.8 | 10-17 | 10-20 | 10-20 |
| No. 200 (75 µm) sieve | ±2.0 | 8-13 | 8-12 | 8-12 |
| Range for % AC (Note 1) | ±0.4 (Note 2) | 6.0-7.5 | 5.8-7.5 | 5.5-7.5 |
| Design optimum air voids (%) | | 3.5 ±0.5 | 3.5 ±0.5 | 3.5 ±0.5 |
| % aggregate voids filled with AC (VFA) | | 70-90 | 70-90 | 70-90 |
| Tensile splitting ratio after freeze-thaw cycle GDT-66 | | ≥ 80% | ≥ 80% | ≥ 80% |
| Drain-down (AASHTO T305), % | | <0.3 | <0.3 | <0.3 |
| Abrasion Loss % (AASHT0 TP 108) | | Report | Report | Report |

*Mixture control tolerance is not applicable to this sieve for this mix.

**Mixture control tolerance is ± 2.0% for this sieve for 9.5 mm SMA mixes placed at spread rates greater than 135 lb./yd². For 9.5 mm SMA mixes placed at spread rates of 135 lb./yd² or less, 100 % passing is required on this sieve.

**Note 1:** Range for % AC is Original Optimum AC (OOAC) at 35 gyrations (Gyratory compactor) or 50 blows (Marshall compactor) prior to Corrected Optimum AC (COAC) calculation detailed in GDT 123 (Appendix A)

**Note 2:** Quality Acceptance Test Results for AC content that deviate > ± 0.3% from the approved Job Mix Formula (JMF) consistently over three lots may subject the mix to a revised AC content on project JMF at the discretion of the State Materials Engineer based on statistical trend.

1. Ensure SMA mixtures are compacted at 35 gyrations with the Superpave Gyratory compactor or 50 blows with the Marshall compactor.

2. Ensure SMA mixtures contain mineral filler and fiber stabilizing additives and meet the following requirements:
   a. Asphalt cement grade PG-76-22 (specified in Section 820) is required in all SMA mixtures.
   b. Aggregates for SMA meet the requirements of Subsection 802.2.02.A.3.
   c. Use the approved mineral filler specified in the mix design and meeting the requirements of Section 883 Approved sources of mineral filler are listed in QPL 81.

   Use the approved Fiber Stabilizing Additive of the type (cellulose or mineral) specified in the mix design and meeting the requirements of Section 819. Approved sources of Fiber Stabilizing Additive are listed in QPL 77. The dosage rate will be as specified in the mix design and sufficient to prevent drain-down exceeding the above tolerance.

### B. Fabrication

See Section 400.

### 828.2.03 Superpave Asphalt Concrete Mixtures

### A. Requirements for Superpave Mixtures (except Parking Lot Mixtures)

Produce the mixture according to an approved mix design and Job Mix Formula. Ensure Superpave Asphalt Concrete mixtures meet the following mixture control tolerances and mix design limits:

# EXHIBIT 3

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

**1.** Gradation limits for Superpave mixtures are as follows:

| Sieve Size | Mixture Control Tolerance | Design Gradation Limits, Percent Passing | | | | |
|---|---|---|---|---|---|---|
| | | 9.5 mm Superpave Type I | 9.5 mm Superpave Type II | 12.5 mm Superpave (Note 1) | 19 mm Superpave | 25 mm Superpave |
| 1½ in. (37.5 mm) | | | | | | 100* |
| 1 in. (25.0 mm) | ± 8.0 | | | 100* | 100* | 90-100 |
| 3/4 in. (19.0 mm) | ±8.0** | 100* | 100* | 98-100**** | 90-100 | 55-89** |
| 1/2 in. (12.5 mm) | ±6.0*** | 98-100**** | 98-100**** | 90-100 | 60-89*** | 50-70 |
| 3/8 in. (9.5 mm) | ±5.6 | 90-100 | 90-100 | 70-89 | 55-75 | |
| No. 4 (4.75 mm) | ±5.6 | 65-85 | 55-75 | | | |
| No. 8 (2.36 mm) | ±4.6 | 48-55 | 42-47 | 38-46 | 32-36 | 30-36 |
| No. 200 (75 μm) | ±2.0 | 5.0-7.0 | 5.0-7.0 | 4.5-7.0 | 4.0-6.0 | 3.5-6.0 |
| Range for % AC (Note 3) | ± 0.4 (Note 2) | 5.50-7.25 | 5.25-7.00 | 5.00-6.25 | 4.25-5.50 | 4.00-5.25 |

*Mixture control tolerance is not applicable to this sieve for this mix.

**Ensure mixture control tolerance is within ± 10.0% for this sieve for 25 mm Superpave.

***Ensure mixture control tolerance is within ± 8.0% for this sieve for 19 mm Superpave.

****Ensure mixture control tolerance is within ± 2.0% for this sieve for 12.5 mm and 9.5 mm mixes.

**Note 1:** Use PG 76-22 in 12.5 mm Superpave, excluding shoulder construction, on all projects with ADT greater than 25,000 as detailed in the Contract Pay Item.

**Note 2:** Quality Acceptance Test Results for AC content deviating > ± 0.3 % from the approved Job Mix Formula (JMF) consistently over three Lots may subject the mix to a revised AC content on the project JMF at the discretion of the State Materials Engineer based on statistical trend.

**Note 3:** Range for % AC is Original Optimum AC (OOAC) at 65 gyrations prior to the Corrected Optimum AC (COAC) calculation detailed in SOP 2 (Appendix D).

**2.** Volumetric limits are as follows:

| Design Parameter | Mix Type | Limits |
|---|---|---|
| % of Max. Specific Gravity (Gmm) at design gyrations, (Ndes) | All | 96% |
| % Gmm at the initial number of gyrations, Ni | All | 91.5% maximum |
| | 9.5 mm Type I | Min. 72; Max. 80 |
| | 9.5 Type II and 12.5 mm | Min. 72; Max. 76 |

**EXHIBIT 3**

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

| | | |
|---|---|---|
| % voids filled with asphalt (VFA) at Ndes | 19 mm | Min. 71; Max 76 |
| | 25 mm | Min. 69; Max 76 |
| Fines to effective asphalt binder ratio (F/Pbe) | 9.5 mm Type I | 0.6 to 1.4 |
| | All other types | 0.8 to 1.6 |
| Minimum Film Thickness (microns) | All | > 7.00 |
| Minimum % Voids in Mineral Aggregate (VMA)<br>Note: VMA shall be calculated using the effective specific gravity of the aggregate (Gse).  See SOP-2SP. | 25 mm | 13.0 |
| | 19 mm | 14.0 |
| | 12.5 mm | 15.0 |
| | 9.5 Type I | 16.0 |
| | 9.5 Type II | 16.0 |

**B.   Requirements for Superpave Parking Lot Mixes (<u>NOT</u> FOR STANDARD HIGHWAY/STREET PAVING)**

**1.**   Surface layers for parking facilities:

| Sieve Size | Mixture Control Tolerance | Design Gradation Limits, Percent Passing | | |
|---|---|---|---|---|
| | | 4.75 mm Mix | 9.5 mm Superpave Type I | 9.5 mm Superpave Type II |
| 1 in. (25.0 mm) sieve | ± 8.0 | | | |
| 3/4 in. (19.0 mm) sieve | ±8.0** | | 100* | 100* |
| 1/2 in. (12.5 mm) sieve | ±6.0 | 100* | 98-100**** | 98-100**** |
| 3/8 in. (9.5 mm) sieve | ±5.6 | 90-100 | 90-100 | 90-100 |
| No. 4 (4.75 mm) sieve | ±5.6 | 75-95 | 65-85 | 55-75 |
| No. 8 (2.36 mm) sieve | ±4.6 | 60-65 | 48-55 | 42-47 |
| No. 50 (300 µm) sieve | +3.8 | 20-50 | | |
| No. 200 (75 µm) sieve | ±2.0 | 4-12 | 5.0-7.0 | 5.0-7.0 |
| Range for Total AC | + 0.4 | 6.00 - 7.50 | 5.50 - 7.25 | 5.25 - 7.00 |

**2.**   Subsurface layers for parking facilities:

| Sieve Size | Mixture Control Tolerance | Design Gradation Limits, Percent Passing | | |
|---|---|---|---|---|
| | | 12.5 mm Superpave | 19 mm Superpave | 25 mm Superpave |
| | | | | 100* |
| 1 in. (25.0 mm) sieve | ± 8.0 | 100* | 100* | 90-100 |

9

**EXHIBIT 3**

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

| | | | | |
|---|---|---|---|---|
| 3/4 in. (19.0 mm) sieve | ±8.0** | 98-100**** | 90-100 | 55-89** |
| 1/2 in. (12.5 mm) sieve | ±6.0*** | 90-100 | 60-89*** | 50-70 |
| 3/8 in. (9.5 mm) sieve | ±5.6 | 70-89 | 55-75 | |
| No. 8 (2.36 mm) sieve | ±4.6 | 38-46 | 32-36 | 30-36 |
| No. 200 (75 µm) sieve | ±2.0 | 4.5-7.0 | 4.0-6.0 | 3.5-6.0 |
| Range for Total AC | + 0.4 | 5.00 - 6.25 | 4.25 - 5.50 | 4.00 - 5.25 |

All * and notes apply to both 828.2.03.B.1 and 828.2.03.B.2.

*Mixture control tolerance is not applicable to this sieve for this mix.

**Ensure mixture control tolerance is within ±10.0% for this sieve for 25 mm Superpave mixes.

*** Ensure mixture control tolerance is within ±8.0% for this sieve for 19 mm Superpave mixes.

****Ensure mixture control tolerance is within ±2.0% for this sieve for 12.5 mm and 9.5 mm Superpave mixes.

**Note 1:** Quality Acceptance Test Results for AC content deviating > ± 0.3 % from the approved Job Mix Formula (JMF) consistently over three Lots may subject the mix to a revised AC content on the project JMF at the discretion of the State Materials Engineer based on statistical trend.

**Note 2:** Range for % AC is Original Optimum AC (OOAC) at 65 gyrations prior to the Corrected Optimum AC (COAC) calculation detailed in SOP 2 (Appendix D).

3.   Volumetric limits for parking facilities are as follows:

| Design Parameter | Mix Type | Limits |
|---|---|---|
| % of Max. Specific Gravity (Gmm) at design gyrations, Ndes) | All | 96% |
| % Gmm at the initial number of gyrations, Ni | All | 91.5 % maximum |
| % voids filled with asphalt (VFA) at Ndes | 9.5 mm Type I | Min. 72; Max. 80 |
| | 9.5 Type II and 12.5 mm | Min. 72; Max. 78 |
| | 19 and 25 mm | Min. 71; Max 76 |
| Fines to effective asphalt binder ration (F/Pbe) | 9.5 mm Type I | 0.6 to 1.4 |
| | All other types | 0.8 to 1.6 |
| Minimum Film Thickness (microns) | 4.75 mm | > 6.00 |
| | All other types | > 7.00 |
| Minimum % Voids in Mineral Aggregate (VMA)<br><br>Note: VMA shall be calculated using the effective specific gravity of the aggregate (Gse).  See SOP-2 | 25 mm | 13.0 |
| | 19 mm | 14.0 |
| | 12.5 mm | 15.0 |
| | 9.5 mm Types I, II | 16.0 |

**C.   Fabrication**

See Section 400.828.2.04 Fine-Graded Mixtures

---

## EXHIBIT 3

## Section 828 — Hot Mix Asphaltic Concrete Mixtures

### A. Requirements

Produce the mixture according to an approved mix design and Job Mix Formula. Ensure that fine-graded mixtures meet the following mixture control tolerances and design limits:

| ASPHALTIC CONCRETE - 4.75 mm Mix | | |
|---|---|---|
| Sieve Size | Mixture Control Tolerance | Design Gradation Limits, % passing |
| 1/2 in. (12.5 mm) sieve* | ±0.0 | 100* |
| 3/8 in. (9.5 mm) sieve | ±5.6 | 90-100 |
| No. 4 (4.75 mm) sieve | ±5.7 | 75-95 |
| No. 8 (2.36 mm) sieve | ±4.6 | 60-65 |
| No. 50 (300 $\mu$m) sieve | ±3.8 | 20-50 |
| No. 200 (75 $\mu$m) sieve | ±2.0 | 4-12 |
| Range for % AC | ±0.4 | 6.00 – 7.50 |
| Design optimum air voids (%) | | 4.0 – 7.0 |
| % Aggregate voids filled with AC | | 60 - 80 |
| Minimum Film Thickness (microns) | | > 6.00 |

* Mixture control tolerance is not applicable to this sieve for this mix.

**Note 1:** Quality Acceptance Test Results for AC content deviating > ± 0.3 % from the approved Job Mix Formula (JMF) consistently over three Lots may subject the mix to a revised AC content on the project JMF at the discretion of the State Materials Engineer based on statistical trend.

**Note 2:** Range for % AC is Original Optimum AC (OOAC) at 50 gyrations prior to the Corrected Optimum AC (COAC) calculation detailed in SOP 2 (Appendix D).

### B. Fabrication

See Section 400.

### C. Acceptance

See Subsection 106.3 and Section 400. Ensure individual test results meet the Mixture Control Tolerances listed in Subsections 828.2, 828.2.01, 828.2.02, 828.2.03, 828.2.04, whichever applies.

### D. Materials Warranty

See General Provisions 101 through 150.

EXHIBIT 3

January 27, 2022

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 830—Portland Cement

---

## 830.1 General Description

This section includes the requirements for Portland cement, including Portland-limestone cement, Portland blast-furnace slag cement and Portland-Pozzolan cement.

### 830.1.01 Related References

**A. Standard Specifications**

Section 831–Admixtures

**B. Referenced Documents**



AASHTO M 85

AASHTO M 240

QPL 3

## 830.2 Materials

### 830.2.01 Portland Cement

**A. Requirements**

Use only Portland cements that are listed in QPL 3.

   **1.** Type

Use Portland cement that meets the requirements in AASHTO M 85 or a Blended Hydraulic Cement that meets the requirements in AASHTO M 240.

Type IL Portland-limestone cement may be used anywhere that Type I or Type II Portland cement is specified.

Cement types include:

| Use | High Early Strength Concrete | Remaining Portland Cement Concrete |
|---|---|---|
| *Portland cement | Types I or III | Types I or II |
| **Portland-limestone cement | Type IL | Type IL |

*Portland cement – a hydraulic cement produced by pulverizing clinker consisting essentially of hydraulic crystalline calcium silicates, and usually containing one or more of the following: water, calcium sulfate, up to 5% limestone, and processing additions.

** Portland-limestone cement – a hydraulic cement produced by pulverizing clinker consisting essentially of hydraulic crystalline calcium silicates, and usually containing one or more of the following: water, calcium sulfate, up to 15% limestone, and processing additions.

---

EXHIBIT 3

## Section 830 — Portland Cement

2. Do not use cement that is damaged, partially set, lumpy, or caked.

3. Store cement in a weather-tight building to protect it from dampness.

4. Do not mix or store different brands or types of cement in the same bin. Do not mix or store the same brand of cement from different mills in the same bin.

**B. Fabrication**

General Provisions 101 through 150.

**C. Acceptance**

See the requirements in AASHTO M 85 or AASHTO M 240.

**D. Materials Warranty**

General Provisions 101 through 150.

### 830.2.02 Portland Blast-Furnace Slag Cement

**A. Requirements**

Use Portland blast-furnace slag cement in cement stabilization that meets the requirements of AASHTO M 240, Type IS.

**B. Fabrication**

General Provisions 101 through 150.

**C. Acceptance**

See requirements of AASHTO M 240, Type IS.

**D. Materials Warranty**

General Provisions 101 through 150.

### 830.2.03 Portland-Pozzolan Cement

**A. Requirements**

Use Portland-Pozzolan cement that meets the requirements of AASHTO M 240, Type IP, with the following modifications:

1. Limit the fly ash content to a maximum of 25 percent by weight.

2. Limit the Pozzolan to fly ash that meets the requirements of Subsection 831.2.03.

3. If grinding fly ash with Portland cement clinker to produce Portland-Pozzolan cement, do the following:

   Exclude the fineness and the loss-on-ignition requirements of Subsection 831.2.03.

   Ensure that the final blend of Portland-Pozzolan cement meets AASHTO M 240, Type IP requirements.

4. Wherever the Standard Specifications allow or specify Portland cement that meets the requirements of Subsection 830.2.01, you may substitute Portland-Pozzolan cement that meets the requirements of this Subsection.

5. If the substitute cement results in a higher cement factor than required for Type I cement, the cost of the additional cement will be borne by the Contractor.

**B. Fabrication**

General Provisions 101 through 150.

**C. Acceptance**

See the requirements of AASHTO M 240, Type IP.

**D. Materials Warranty**

General Provisions 101 through 150.

---

2

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

March 4, 2022

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

## Section 834—Masonry Materials

### 834.1 General Description

This section includes the requirements for masonry materials, including brick; clay or shale brick; masonry stone; and mortar and grout.

#### 834.1.01 Related References

**A.   Standard Specifications**

Section 801—Fine Aggregate

Section 830—Portland Cement

**B.   Referenced Documents**

AASHTO M 240

AASHTO T 96

AASHTO T 104

ASTM C 5

ASTM C 32

ASTM C 55

ASTM C 91

ASTM C 109 (ASTM C 109M)

### 834.2 Materials

#### 834.2.01 Brick

**A.   Requirements**

1. Use bricks that are relatively straight, sound, and uniform in quality.
2. Clay or Shale Brick: Use clay or shale bricks that meet the requirements of ASTM C 32, Grade MS or MM.
3. Concrete Brick: Use concrete bricks that meet the requirements of ASTM C 55.

**B.   Fabrication**

General Provisions 101 through 150.

**C.   Acceptance**

General Provisions 101 through 150.

**EXHIBIT 3**

## Section 834 — Masonry Materials

**D.   Materials Warranty**

General Provisions 101 through 150.

### 834.2.02 Masonry Stone

**A.   Requirements**

1.   Type: Use stone for rubble masonry that is sound, durable, and does not contain segregations, seams, cracks, pyrite intrusions, or other structural defects or imperfections that affect weather resistance.

   a.   Do not use stone with rounded, worn, or weathered surfaces. Exposed faces cannot show scars caused by quarrying. Weathered stone will be rejected.

   a.   Ensure that the stone has no more than 65 percent wear and no more than 15 percent loss after the magnesium sulfate soundness test.

   b.   Use stone that can be wrought truly to lines and surfaces (curved or plain).

   c.   Ensure that each stone is at least 6 in. (150 mm) thick and 1 ft. (300 mm) wide, except for fill stones used in wall interiors.

**B.   Fabrication**

General Provisions 101 through 150.

**C.   Acceptance**

Test as follows:

| Test | Method |
|------|--------|
| Percent Wear | AASHTO T 96 |
| Soundness | AASHTO T 104 |

**D.   Materials Warranty**

General Provisions 101 through 150.

### 834.2.03 Mortar and Grout

**A.   Requirements**

1.   Use mortar and grout that consists of fresh mixtures of one-part Portland or masonry cement and three parts mortar sand and water.

   You may add hydrated lime when using Portland cement in amounts not exceeding 10 percent of the weight of cement.

   a.   Cement: Use Portland cement that meets the requirements of Subsection 830.2.01 or masonry cement that meets the requirements of ASTM C 91.

   b.   Mortar Sand: Use mortar sand that meets the requirements of Subsection 801.2.02.

   c.   Mixing:  Mix dry in a mixer or in a clean, tight box, until a uniform mixture is produced.  Then add enough water to produce the desired consistency.

   Do not use mortar and grout that has been mixed for more than 45 minutes.

   Retempering of mortar is not permitted.

**B.   Fabrication**

General Provisions 101 through 150.

# EXHIBIT 3

**Section 834 — Masonry Materials**

**C.   Acceptance**

General Provisions 101 through 150.

**D.   Materials Warranty**

General Provisions 101 through 150.

In Process

282

**EXHIBIT 3**

April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SUPPLEMENTAL SPECIFICATION

## Section 920—Lighting Standards and Towers

*Replace Section 920 with the following:*

### 920.1 General Description

This section includes the requirements for the structural components of poles, towers, bases, anchor bolts, luminaires, and other attachments used for roadway, high mast, or other lighting.

In particular, the section covers the following:

- Steel lighting standards and towers
- Aluminum lighting standards
- Prestressed concrete standards
- Support and lowering assemblies
- Grounding

### 920.1.01 Related References

**A. Standard Specifications**

Section 105—Control of Work

Section 501—Steel Structures

Section 645—Repair of Galvanized Coatings

Section 682— Electrical Wire, Cable, and Conduit

Section 865—Manufacture of Prestressed Concrete Bridge Members

**B. Referenced Documents**

| ASTM | | | AASHTO |
|---|---|---|---|
| A 27/A 27M | A 153/A 153M | A 709/A 709M | M 222/M 222M |
| A 53/A 53M | A 193/A 193M | B 108 | M 314 |
| A 123/A 123M | A 588/A 588M | | |

MIL-W-83420

AISI 304

AISI 1020

AASHTO LRFD Specifications for Structural Supports for Highway Signs, Luminaires, and Traffic Signals, with Interims (SLTS)

ANSI C136.30, American National Standard for Roadway and Area Lighting Equipment-Pole Vibration

### 920.1.01 Submittals

Submit to the Engineer shop drawings and design calculations for each type of lighting standard, or tower to be used, for review and approval. Submission should be made electronically in a portable document format (pdf) and

**EXHIBIT 3**

include an index.  Format all drawings to fit 11 in. x 17 in. (279 mm x 432 mm) paper.  Present calculations to fit 8.5 in. x 11 in. (216 mm x 297 mm) paper. The submission shall be prepared and stamped by the Design Engineer who shall be registered as a Professional Engineer in the State of Georgia.

The Engineer will distribute submitted documents to the Bridge Engineer (SLTS@dot.ga.gov) for review.

## 920.2 Materials

Design lighting assemblies consisting of standard, tower, bracket arms, lowering assembly, and luminaire support and assemblies according to AASHTO SLTS

## 920.2.1   Steel Lighting Standards and Towers

### A.   Requirements

1.   Design

Poles shall be designed to the following wind speeds using a 1700 Mean Recurrence Interval (MRI) with Fatigue Category 1 for the listed counties:

150 mph: Bryan, Camden, Chatham, Effingham, Glynn, Liberty, McIntosh

140 mph: Brantley, Bulloch, Charlton, Evans, Long, Screven, Tattnall, Wayne

130 mph: Appling, Bacon, Brooks, Burke, Candler, Clay, Clinch, Decatur, Early, Echols, Emanuel, Grady, Jeff Davis, Jenkins, Lowndes, Miller, Pierce, Seminole, Thomas, Toombs, Ware

120 mph: For all counties not listed above

2.   Include the following in the makeup of lighting standards and towers:

- A pole and bracket arms as required on the Contract.
- A steel base welded to the other end complete with bolts for use as an anchor base pole, or attached to an approved breakaway device, such as slip base, aluminum transformer base, breakaway couplings, etc., when so specified.

3.   Steel Structures

Use structural carbon or structural low alloy steel that meets the requirements of AASHTO SLTS. However, do not use ASTM A 588/A 588M steel.

4.   Steel Pipe

When steel pipe is used, use steel pipe complying with ASTM A 53/A 53M Grade B or approved equal. No hydrostatic test is required.

### B.   Fabrication

1.   Roadway Standards

Unless otherwise specified, do the following:

*a.*   Make the shaft or appropriate shape continuously tapered with a base welded to the lower end.

*b.*   The welds of the base flange to the shaft shall be configured such that the weld joints are loaded in shear, never in tension.

*c.*   Construct the standard of steel at least 11 gauge (3.1 mm) thick to the dimensions required for the specified mounting height. Form the standard from one piece with one electrically full penetration welded longitudinal joint and no intermediate horizontal joints.

*d.*   After forming and welding, cold-roll the shaft longitudinally under sufficient pressure to flatten the weld and increase the physical characteristics of the metal in the shaft.

*e.*   Ensure that the shaft has a reinforced handhole with a cover, except where a transformer base is specified.

1)   Provide a 0.5 in. (13 mm) approved grounding connector in the shaft or base.

2)   Equip the top of the shaft with a removable pole cap held securely in place.

3)   Galvanize the shaft, base plate, bracket arm(s), handhole cover, and all elements of the pole with the hot-dipped method in ASTM A 123/A 123M.

f.   Equip the top of the shaft with a removable pole cap held securely in place with set screws. Cap shall match material and meet the same requirements as the pole.

2.   Lighting Towers

a.   Make the shaft to meet the requirements of the roadway standard (Subsection 920.2.1.B.1).

b.   Construct the standard to continuously taper 0.14 to 0.40 in./ft. (12 to 33 mm/m).

## EXHIBIT 3

c. Ensure that the standard has the necessary dimensions and metal quality to meet the requirements for the specified mounting height.

d. The shaft may be formed in sections with each section having no more than two longitudinal welded seams. Sections shall be a minimum of 30 feet in length.

e. Use intermediate horizontal welds only at section joints.

f. Make telescoped joints overlap at least 1-1/2 pole diameters, measured at the minimum diameter of the inner telescoping section.

g. Have field welding performed only by an approved certified welder who represents the manufacturer. Ensure the welding follows the requirements of Section 501.

h. Repair any damage to galvanized coating according to Section 645.

i. Match-mark all sections of the shaft so that the tapered sections are assembled properly.

3. Post Top or Other Standards for Special Installation

a. Make the post top and other standards meet the requirements for roadway standards (Subsection 920.2.01.B.1).

b. Make the top diameter of the shaft 2 in. (50 mm) or include a 2 in. (50 mm) tenon, unless otherwise specified, to insert the shaft or tenon into the luminaire.

4. Anchor Base

Do the following, unless otherwise specified:

a. Secure a steel base to the lower end of the shaft with two continuous electric welds. Ensure that the base develops the full strength of the adjacent shaft section to resist bending.

b. Provide removable cast or pressed steel covers with each base. Appropriately attach each cover to the base.

5. Steel Bracket Arms

Do the following, unless otherwise specified:

a. Use the design dimensions from the Contract.

b. Bracket arms shall be of the same material and meet the same requirements as the pole shaft.

c. Ensure that the installed bracket connects securely with the shaft and has a smooth wiring raceway.

d. Use stainless steel bolts and nuts that meet the requirements of ASTM A 193/A 193M, Type B8C or AISI 304 to attach the bracket arm assembly.

6. Transformer Bases

Do the following, unless otherwise specified:

a. Use the dimensions on the Contract to build the bases.

1) Make top and bottom plates that meet the requirements of ASTM A 709/A 709M, Grade 36 (250), and are fabricated to receive the shaft, anchor bolts, and the foundation bolts.

2) Make the side panels meet the requirements of AISI 1020.

3) Create a base thick enough for the height of the standard.

Fit the base with a handhole and cover that can be securely fastened.

7. Anchor Bolts

a. Provide bolts as follows:

| Lighting standard | 4 anchor bolts (minimum) |
|---|---|
| Lighting tower | 8 anchor bolts (minimum) |

b. Use the size indicated on the Contract or as required by the manufacturer's shop drawings.

c. Use anchor bolts, nuts, and washers that meet the requirements of AASHTO M 314, Grade 55(370). Supplementary requirement S 1 of AASHTO M 314 also applies.

NOTE: Do not use Grade 105 (724).

d. Install anchor bolts with a leveling nut and a flat washer between the leveling nut and the base plate.

1) Use a template to install the bolts.

2) Place a flat washer on top of the base plate.

3) Use a lock washer on top of the flat washer and secure the nut.

**EXHIBIT 3**

4)   Fully grout the space between the shoe base and the top of the footing with non-shrink grout.

e.   Galvanize threaded ends of anchor bolts, hexagonal nuts, flat washers, and lock washers according to ASTM A 153/A 153M and Contract details.

**8.**   Finish

Unless otherwise specified, galvanize all steel lighting standards and towers, including pole, base, transformer base, and bracket arm assembly according to ASTM A 123/A 123M.

**C.   Acceptance**

**1.**   The Engineer reserves the right to inspect and run tests as necessary to ensure compliance with these specifications and to reject items that fail testing.

**2.**   The Engineer will accept the steel lighting standards and towers based on:

The results of physical and chemical tests made by the Department.

The manufacturer's certification showing physical and chemical properties of the metal prior to forming.

**D.   Materials Warranty**

General Provisions 101 through 150.

## 920.2.2   Aluminum Lighting Standards

**A.   Requirements**

**1.**   Design

Poles shall be designed to the following wind speeds using a 1700 Mean Recurrence Interval (MRI) with Fatigue Category 1 for the listed counties:

150 mph: Bryan, Camden, Chatham, Effingham, Glynn, Liberty, McIntosh

140 mph: Brantley, Bulloch, Charlton, Evans, Long, Screven, Tattnall, Wayne

130 mph: Appling, Bacon, Brooks, Burke, Candler, Clay, Clinch, Decatur, Early, Echols, Emanuel, Grady, Jeff Davis, Jenkins, Lowndes, Miller, Pierce, Seminole, Thomas, Toombs, Ware

120 mph:  For all counties not listed above

**2.**   Include the following in making aluminum lighting standards:

**a.**   A pole and bracket arm(s) as required on the Contract.

**b.**   An aluminum base welded or bonded to the lower end, complete with bolts for use as an anchor base pole or attached to an approved breakaway device such as an aluminum transformer base, breakaway couplings, etc., when so specified.

**B.   Fabrication**

Use aluminum materials that meet the requirements of AASHTO SLTS

**3.**   Roadway Standards

**a.**   Make the shaft with a continuous taper formed from an extruded blank (preferably 6063-T6). Weld a base plate to the lower end.

**b.**   Give the shaft a reinforced handhole with a cover, except when a transformer base is specified.

**c.**   Provide a 0.5 in. (13 mm) approved grounding connection in the shaft or base.

**d.**   Equip the top of the shaft with a removable pole cap held securely in place with set screws. Cap shall match material and meet the same requirements as the pole.

**4.**   For Post Top or Other Standards for Special Installation,

Do the following, unless otherwise specified:

**a.**   Build the standard to meet the requirements for roadway standards (Subsection 920.2.01.B.1).

**b.**   Make the top diameter of the shaft 3 in. (75 mm) or include a 3 in. (75 mm) tenon to insert the shaft or tenon into the luminaire.

**5.**   Anchor Base

Do the following, unless otherwise specified:

**a.**   Secure the one-piece aluminum base to the lower end of the shaft by using two continuous welds.

**b.**   Ensure that the base develops the full strength of the adjacent shaft section to resist bending.

286

# EXHIBIT 3

    **c.** When the Contract call for a frangible or breakaway base, attach the base to an approved breakaway device with an approved number and type of bolts, or use a base that is an approved breakaway type.

    **d.** Provide removable cast or pressed aluminum covers with each base. Appropriately attach each cover to the base.

**6.** Aluminum Bracket Arms

    **a.** Use the Contract design and dimensions.

    **b.** Ensure that the installed bracket arm connects securely with the shaft and has a smooth wiring raceway.

    **c.** Use stainless steel bolts and nuts that meet the requirements of ASTM A 193/A 193M, Type B8C or AISI 304, to attach the bracket arm assembly.

**7.** Transformer Bases

    **a.** Form the base of cast aluminum that meets the requirements of ASTM B 108, Alloy A03560, T6 to dimensions on the Contract.

    **b.** Make the top so it can receive the anchor base bolts and the bottom so it can receive the anchor bolts.

**8.** Anchor Bolts

    Use bolts as described in Subsection 920.2.01.B.7.

**9.** Finish all aluminum lighting standards, including pole, base, transformer base, and bracket arm assembly in a natural aluminum color, unless otherwise specified.

**C.  Acceptance**

    **1.** The Engineer reserves the right to inspect and run tests as necessary to ensure compliance with these specifications and to reject items that fail tests.

    **2.** The Engineer will accept the aluminum lighting standards based on:

        **a.** The results of physical and chemical tests made by the Department

    The manufacturer's certification showing physical and chemical properties of the metal prior to forming the standard

**D.  Materials Warranty**

    General Provisions 101 through 150.

## 920.2.3   Prestressed Concrete Lighting Standard

Concrete poles are only to be used where approved and as specified within the Contract.

**A.  Requirements**

    **1.** Design

    Poles shall be designed to the following wind speeds using a 1700 Mean Recurrence Interval (MRI) with Fatigue Category 1 for the listed counties:

    150 mph: Bryan, Camden, Chatham, Effingham, Glynn, Liberty, McIntosh

    140 mph: Brantley, Bulloch, Charlton, Evans, Long, Screven, Tattnall, Wayne

    130 mph: Appling, Bacon, Brooks, Burke, Candler, Clay, Clinch, Decatur, Early, Echols, Emanuel, Grady, Jeff Davis, Jenkins, Lowndes, Miller, Pierce, Seminole, Thomas, Toombs, Ware

    120 mph:  For all counties not listed above

    **2.** Make the pre-stressed concrete lighting standard of the design and dimensions in the Contract. Make the standard with machines in steel forms by the centrifugal spinning process to ensure maximum density.

    **3.** Use a manufacturing method that produces a smooth cable raceway throughout the length of the standard.

    Make the raceway between 1.5 to 2 in. (38 to 50 mm) in diameter when measured at the top of the standard.

**B.  Fabrication**

    **1.** Use materials and manufacturing methods according to Section 865 with the following exceptions:

        **a.** Concrete: Use Class AAA concrete with a maximum aggregate size of 3/8 in. (10 mm) and a maximum slump of 0.5 in. (15 mm) after the spinning process.

        **b.** De-tension: You may de-tension the standards after 24 hours under a low-temperature steam process.

## EXHIBIT 3

However, if the standard does not reach a compression strength of 3,500 psi (25 MPa) in this 24-hour period, the Inspector will reject the standard.

   **c.**  Finish: Ensure that the standard has a smooth, uniform finish from a water carborundum mechanical process that removes the laitance and surface content revealing the aggregate.

**3.**  Bases

   **a.**  Furnish the standards with an anchor base or a precast butt base.

> **NOTE: If using the precast butt base, cast it as an integral part of the standard during the spinning process. Make a conduit entrance as shown on the Contract.**

   **b.**  Make the bolt-down anchor base have a cast steel anchor base that meets the requirements of ASTM A 27/A 27M, Grade 70-36 (485-250).

   **c.**  Secure the base to the primary pole reinforcement so it is strong enough to transmit the required loads to the anchor bolts.

   **d.**  Fit the base with a handhole and cover that can be securely fastened.

**C.**  **Acceptance**

**1.**  The Engineer reserves the right to make, inspect and run tests as necessary to ensure compliance with these specifications and to reject those items failing such tests.

**2.**  The Engineer will accept these standards based on tests made by representatives of the Department during the manufacturing process.

**3.**  Give sufficient notice to the Engineer prior to manufacture to arrange for the required inspection.

**D.**  **Materials Warranty**

General Provisions 101 through 150.

## 920.2.4  High Mast Luminaire Support and Lowering Assembly

**A.**  **Requirements**

**1.**  This assembly shall be a mechanical device capable of supporting the luminaire assembly at the required operating position and raising the assembly to the operating height and lowering the assembly to ground level for servicing.

**2.**  Furnish shop and working drawings or illustration sheets according to Section 105.

**3.**  Transfer to the Engineer all guarantees on materials and equipment that the manufacturer normally furnishes, together with all operating instructions and service manuals.

Include in the guarantees the provision that they are subject to such transfer.

**B.**  **Fabrication**

**1.**  Use AASHTO SLTS to build the assembly.

**2.**  Support Head Frame

Use a head frame with at least two supports for the suspension cables and a pulley for the power cable.

   **a.**  Place the suspension supports 120 degrees apart. Place the power cable pulley midway between two suspension supports.

   **b.**  Attach two pulleys to the inside of each support, one at each end. Construct the pulleys so that the suspension cables ride freely in the groove of the pulleys.

     Provide cable guides and retainers to keep the suspension cables and power cable inside the pulleys.

   **c.**  Supply a hood for the support head frame to protect against weather for all working components at the pole top. Ensure that the hood adequately ventilates the pole.

**3.**  Luminaire Mounting Ring

   **a.**  Equip the inner portion of the ring with approved roller-contact, spring loaded centering arms. The arms should center the luminaire ring while ascending or descending the pole, protect the pole and luminaires, and prevent jamming during the raising and lowering operations.

     Make the rollers for the centering arms of a water-resistant, non-marking composition material.

   **b.**  Design the mounting ring to symmetrically mount the number of luminaires indicated on the Contract.

     **1)**  Provide a weatherproof junction box and terminal board terminating the power cable and connecting the luminaire wiring.

     **2)**  Provide a weatherproof power receptacle to test the luminaires when the ring is in the lowered position.

**EXHIBIT 3**

4. Non-Latching Device Design
   a. If the design does not have a latching device at the top of the pole, position the luminaire mounting ring tightly against the support head frame.

   > NOTE: Use a positive, visible indication that the required force has been applied.

   b. Make sure the luminaire mounting ring and support head frame can hold the luminaire mounting ring in place and prevent rotation and unwanted movement while in the raised position.
   c. A spring-loaded arrangement is preferred to provide proper cable tension and hold the luminaire ring securely in place.

5. Latching Device Design
   a. Use a latching device at the top of the pole to latch all three suspension points and support the total weight of the ring including luminaires.
   b. Place all moving parts of the latching device in the luminaire mounting ring.

   > NOTE: Use a positive, visible indication of the latching position.

6. Miscellaneous Hardware
   Use non-corrosive miscellaneous fittings, fasteners, and hardware for the support head frame and luminaire mounting ring. Use an approved means for locking nuts.

7. Hoisting Systems
   a. Ensure that each pole has three suspension cables and one hoisting cable.
   b. Use cables that have 7 strands of 19 wires each, made of stainless-steel aircraft cable according to MIL-W-83420, Type 1, Composition B.
   c. Use at least 0.2 in. (5 mm) diameter suspension cables and at least a 0.25 in. (6 mm) diameter hoisting cable.
   d. Anchor the ends of the pole's suspension cables to the top of the suspension cable bracket or transition plate assembly. Pass the other ends through the pulleys on the support head frame and attach to the luminaire mounting ring.
   e. Secure the hoisting cable at the bottom center of the suspension cable bracket assembly. Attach the other end to the drum of the motor-driven winch.
      Prevent future twisting and eliminate any tension developed during initial installation of the hoisting cable system.
   f. Use a worm-gear reducing winch with a reduction ratio that is self-locking in both raising and lowering operations.
      Completely enclose the worm-gear in a lubricating reservoir.
   g. Make the winch operable with either an electric drill motor or a NEMA frame motor as described in Lowering Device Power Supply Unit.
   h. Provide a hand crank for raising and lowering.
   i. Include a cable guard/retainer for the winch drum. This will force the cable away from the ends of the drum for spooling and prevent the cable from coming off the drum.
   j. Design the entire hoisting system so that power cable, suspension cables, and hoisting cable may be replaced from the ground.

8. Lowering Device Power Supply Unit
   a. Use a lowering device power supply unit that is either an electric drill motor or a NEMA frame motor.
      1) Equip both motors with a factory-set torque limiter. Power each from a weatherproof outlet or receptacle located in the service area of the pole.
      2) You may use a step-down transformer to supply the required motor voltage.
   b. Make the transformer an integral part of the power supply unit, when required.
   c. Attach and lock in place the drill or motor at the pole handhole. Provide a remote-control system that works from at least 20 ft. (6 m) away.

9. High Mast Power Cable
   a. Use extra heavy-duty power cable in a jacket that resists oil and sunlight. Include in the cable the number and size of copper insulated conductors required on the Contract.

**EXHIBIT 3**

    b. Securely connect the power cable to the luminaire mounting ring and the suspension cable bracket assembly so it will not damage the cable and supports only its own weight.

10. Pole Disconnect

    a. Furnish each pole with a molded case circuit breaker in a NEMA enclosure of the size and type specified on the Contract.

    b. Make the breaker accessible through the pole handhole. Get the breaker from the manufacturer of the raising and lowering device.

**C.  Acceptance**

General Provisions 101 through 150.

**D.  Materials Warranty**

Submit guarantees on materials and equipment.

## 920.2.5  Grounding

**A.  Requirements**

General Provisions 101 through 150.

**B.  Fabrication and Construction**

1. In accordance with AASHTO recommendations, pole must be grounded independently from power system ground using a ground rod.

2. Ground rod and equipment must meet provisions set forth within Section 682.6.01 P.

3. Include a grounding conductor with the high mast power cable and connect it to the luminaire mounting ring.

**C.  Acceptance**

General Provisions 101 through 150.

**D.  Materials Warranty**

General Provisions 101 through 150.

**EXHIBIT 3**

April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SUPPLEMENTAL SPECIFICATION

## Section 935—Fiber Optic System

*Replace Section 935 with the following:*

## 935.1 General Description

Furnish, install, test, and provide warranty and training for a fiber optic system comprised of equipment and materials as specified herein and shown in the Contract documents.

### 935.1.1   Definitions, Acronyms, and Abbreviations

**A.   Definitions**

1. **Drop Fiber**: a smaller-strand count fiber optic cable that provides the interconnection of network equipment inside a field cabinet and/or a hub building to the trunk or backbone fiber optic cable.

2. **Encapsulate:** A resin or other material to prevent ingress of moisture into the fiber optic closure.

3. **Fiber Interconnect Cable**: a 12 or 24 fiber factory-connectorized cable from the splice tray to the back of the bulkhead connector panel.

4. **Fiber Pigtail Cable**: a single-fiber factory-connectorized cable from the splice tray or splice holder to the back of the bulkhead connector panel.

5. **FPP/FDU**: fiber termination at field cabinets and hub buildings to provide network connectivity for ITS devices. FPPs are defined as providing 6 to 36 connectors or ports, and FDUs are larger, providing 48 to 288 connectors or ports.

6. **Trunk Fiber**: a multi-fiber count fiber optic cable that provides the network interconnection and transport between field cabinets, hub buildings, the TMC, and other facilities.

**B.   Acronyms and Abbreviations**

Refer to Sections 101.01 and 942.1.01.B for a list of acronyms, abbreviations, and terminology used in this section.

### 935.1.2   Related References

**A.   Standard Specifications**

Section 631 – Dynamic Message Signs

Section 647 – Traffic Signal Installation

Section 682 – Electrical Wire, Cable, and Conduit

Section 694 – Weather Monitoring and Reporting System

Section 926 – Wireless Communications Equipment

Section 936 – Closed Circuit Television (CCTV)

Section 939 – Communications and Electronic Equipment

28

## EXHIBIT 3

Section 942 – ITS General Requirements

**B.   Referenced Documents**

Refer to Section 942.1.02.B for a list of standards and documents referenced in this section.

### 935.1.3   Submittals

Refer to Section 942.1.04 for submittal requirements. Requirements for fiber optic cables, components, and materials are specified herein.

## 935.2 Materials

### 935.2.1   Fiber Cable and Optical Requirements

**A.   General**

1. Comply with ISO 9001 or Six Sigma quality manufacturing requirements.

2. Provide only fiber optic cables and components that are new (manufactured no more than one year prior to the Notice to Proceed) and provided by one manufacturer using the same model, part number, and revision. Provide the manufacturer date as part of the submittal process in Section 942.1.04.

3. Provide SM fiber optic cable that is splice-compatible with the Department's existing legacy G.652 SM fiber and requires no electronic equipment for dispersion compensation between new and existing fiber.

4. Provide fiber optic cables ranging from 6 strands to 288 strands as shown in the Contract documents.

5. Provide cables that comply with NFPA 70.

6. Provide cables that comply with RoHS Directive 2011/65/EU.

**B.   Fiber Optical**

1. Provide fiber optic cables that comply with ICEA S-87-640.

2. Provide fiber optic cables that comply with Telcordia GR-20-CORE.

3. Provide fiber optic cables that comply with USDA RUS 7 CFR 1755.900, 901, and 902 (PE-90).

4. Provide SM fiber optic cables that comply with ITU-T G.652.D.

5. Provide SM fiber optic cables that comply with ITU-T G.657.A1.

6. Provide SM fiber optic cables that comply with TIA-492-CAAB (OS2).

7. Provide fibers that are 100% usable.

8. Provide SM fibers that meet the optical performance requirements when tested according to TIA-455:

   a. Provide a fiber section that has attenuation of ≤0.35 dB/km at 1,310 nm with a variability of ≤0.03 dB/km between 1,285 nm and 1,330 nm. Test according to FOTP-78-B.

   b. Provide a fiber section attenuation of ≤0.25 dB/km at 1,550 nm with a variability of ≤0.02 dB/km between 1,525 nm and 1,575 nm. Test according to FOTP-78-B.

   c. Provide fiber that has a mode field diameter of 9.2 μm ±0.4 μm at 1,310 nm and 10.4 μm ±0.5 μm at 1,550 nm. Test according to FOTP-191-B.

   d. Provide fiber that has uniform attenuation with no point discontinuities >0.05 dB at both 1,310 nm and 1,550 nm.

9. Provide a mechanically strippable, dual-layer, UV acrylate, color-coded protective coating.

**C.   Fiber Optic Cable Construction**

1. Provide OSP fiber optic cables with the following characteristics:

   a. Provide cable suitable for underground (i.e., in conduit) and aerial installation.

282

## EXHIBIT 3

b.  Provide cable with a single jacket that is unarmored.

c.  Provide cable with an outside diameter of no greater than one inch.

d.  Provide all-dielectric (no metal or electrically conductive) materials.

e.  Provide water-blocking materials that are gel-free, dry-type, non-nutritive to fungus, electrically non-conductive, and homogenous.

f.  Provide loose tube design that is SZ-stranded around an anti-buckling central strength member.

g.  Provide buffer tubes that contain 12 optical fibers placed inside each tube for cables 24 count and higher.

h.  Provide fibers and buffer tubes that are color coded according to TIA-598-D.

 i.  Colors shall be stable during temperature cycling and aging.

 ii.  Colors shall not fade or smear onto each other.

2.  Provide cable outer jacket or sheath meeting the following minimum requirements:

 a.  Provide a minimum medium-density polyethylene black outer jacket as defined by ASTM D1248, Type II, Class C, Category 4 or 5 and Grades J4, E7, and E8.

 b.  Provide a track-resistant polyethylene black outer jacket if the fiber optic cable is installed in an aerial application and the space potential is >12 kV.

 c.  Provide jacket that is smooth; concentric; free from holes; consistent thickness; free of splits, blisters, and any other surface flaws; and contains carbon black to provide UV protection and prevent the growth of fungus.

 d.  Provide a method for removal of the sheath.

3.  Provide labeling for the fiber optic cable meeting the following minimum requirements:

 a.  Label fiber optic cables (trunk and drop) using the following template, unless otherwise listed in the Contract:

  i.  Manufacturer's name – Optical Cable – Year – Telecommunication Handset Symbol – GA DOT (or as required by the AHJ) – Description (which consists of XX SM or MM, where XX denotes the fiber count).

  ii.  Sequentially mark the cable length reflecting the distance from the cable origin point in English units every 2 ft (0.6 m). Cable length markings shall be within 1% of the actual length of the cable.

  iii.  Provide cable marking that is contrasting in color to the cable jacket. Marking font height shall be no less than 0.10 in (2.5 mm).

 c.  Use cable marking that meets the following minimum requirements:

  i.  Use 2.5 in (64 mm) wide, 4 in (100 mm) long, wrap-around type cable markers suitable for underground and aerial use.

  ii.  Use UV-stabilized marker material and printing inks to provide an aerial durability of at least five years.

  iii.  Print text in bold black type on orange or yellow PVC markers.

  iv.  Fabricate markers from PVC base material with a minimum thickness of 0.015 in (0.38 mm).

  v.  Pre-print the following text, or alternate text shown in the Contract documents, legibly on markers used for the cables:

Cable ID: XXXXXXX
GA DOT
Optical Cable
Where XXXXXX is the cable ID as defined in the Contract documents.

**EXHIBIT 3**

    vi.    Print the text specified above twice on every cable marker with the text of the second image reversed and abutting the first image so that the text "reads right" when either short edge of the cable marker is held horizontally upright.

**D.   Cable Performance**

Provide fiber optic cable that has been tested in accordance with TIA-455 as shown in Table 1, resulting in no permanent change in attenuation, no signs of water leakage, no mechanical damage to the cable, and no adverse effects to the jacket or fibers. Upon the request of the Department, provide certification from an independent testing laboratory certifying the cable conforms to the following specifications and test procedures.

| ID | Parameter | Test Performed | Test Condition/ Specification |
|---|---|---|---|
| \multicolumn{4}{l}{Testing requirements that apply to all fiber optic cable} ||||
| 1 | Bend Test (Low and High Temperature) | FOTP-37-A | Four full turns around mandrel of 20 times cable outer diameter at 4 hours of −22°F and +140°F (−30°C and +60°C) |
| 2 | Impact Resistance | FOTP-25-D | 25 impact cycles (at 4.4 nm) at different points along the sample |
| 3 | Compressive Strength (Crush Resistance) | FOTP-41-A | 125 lb/in (220 N/cm) (short) |
| 4 | Tensile and Fiber Strain (Macro-bending) | FOTP-33-B | Maximum 600 lb (2,700 N) – during tensile load, Maximum 180 lb (800 N) – without tensile load |
| 5 | Cable Twist-Bend | FOTP-85-A | 10 cycles ±180 degrees of mechanical twisting |
| 6 | Cable Cyclic Flexing | FOTP-104-B | 25 times mechanical flexing cycles around a sheave of 20 times cable outer diameter |
| 7 | Temperature-Humidity Cycling | FOTP-3-B | −40°F to +158°F (−40°C to +70°C) |
| 8 | Water (Fluid) Penetration | FOTP-82-B | 1 m static head for 1 hour |
| 9 | Cable Freezing | FOTP-98 | Frozen on ice |
| Testing requirements that apply to aerial fiber optic cable ||||
| 1 | High Frequency (Aeolian) Vibration | IEEE P1222 | 100 million vibration cycles |
| 2 | Low Frequency (Galloping) Vibration | IEEE P1222 | 100 thousand vibration cycles |

**E.   Fiber Patch Cord**

1.   Provide the same glass type and performance requirements as the manufacturer of the backbone and drop fiber optic cable provided in the Contract.

2.   Provide factory pre-assembled, riser-rated, factory-tested, pre-terminated duplex patch cords with two fibers with connectors as described in Section 935.2.03.A on each end.

3.   Provide patch cords that meet UL 94-V0 flammability requirements.

4.   Provide lengths as listed in the Contract with a minimum of 1 ft (30 cm) slack between connected equipment.

5.   Provide optical fiber within the body of fiber optic connectors that are mechanically isolated from cable tension, bending, and twisting.

6.   Use yellow outer jackets for SM and orange for MM fiber optic cables.

7.   Use connector boots of two colors for all duplex patch cords, zip cord, or round to distinguish between the two zip legs of the duplex cord.

8.   Label duplex patch cords to distinguish between the two zip legs of the duplex cord. .

9.   Provide protective dust caps on the connector ferrules.

10.   No splices of any type shall be within a patch cord assembly.

11.   Provide qualification or certification data from the manufacturer upon request by the Department.

**EXHIBIT 3**

12. Package each assembly individually within a plastic bag and clearly mark on the outside of that bag the submitted manufacturer's part number.

**F. Environmental**

Provide fiber optic cables, connectors, and splice trays that meet Telcordia GR-20-CORE and ICEA S-87-640 temperature and humidity requirements.

## 935.2.2   Fiber Optic Components Requirements

**A. Fiber Optic Splice Closure**

1. House optical fiber splices within a fiber optic splice closure, complete with fiber splice trays and expressed buffer tube organizer, dome, grommets, end plate, mounting hardware and bracket, cable restraint hardware, buffer tube storage, splice protection, sealant materials, and any other materials and components needed to provide a completely sealed fiber splice closure installation.

2. Provide splice closures, organizers, cable end preparation tools, and procedures that are compatible with the fiber optic cable.

3. Provide splice closures that are stand-alone.

4. Use splice closures that are either "cylindrical dome" or "rectangular dome" type with cable entries at one end only and sealed, one-piece, high-density black UV-resistant polyethylene (thermoplastic) dome bodies.

5. Provide splice closures that are designed and tested in accordance with Telcordia GR-771-CORE requirements.

6. Use only RUS-listed splice closures.

7. Provide splice closures consisting of three types depending on the number of splices required that meet the following requirements:

   a. Up to 48 fiber splice capacity (including both trunk and drop cable splices): determine the number and type of splice trays by the number of splices required in the Contract documents. Provide splice closures that support up to four cable entries of at least 0.75 in (19 mm) diameter. These splice closures shall have maximum dimensions of 10 in (254 mm) diameter and 22 in (580 mm) length (smaller physical size is preferred).

   b. Greater than 48 and up to 144 fiber splice capacity (including both trunk and drop cable splices): determine the number and type of splice trays by the number of splices required in the Contract documents. Provide splice closures that support up to four cable entries of at least 1.0 in (25 mm) and at least two additional cable entries of at least 0.75 in (19 mm) diameters. These splice closures shall have maximum dimensions of 10 in (254 mm) diameter and 22 in (580 mm) length (smaller physical size is preferred).

   c. Greater than 144 and up to 288 fiber splice capacity (including both trunk and drop cable splices): determine the number and type of splice trays shall by the number of splices required in the Contract documents. Provide splice closures that support up to four cable entries of at least 1.0 in (25 mm) and at least two additional cable entries of at least 0.75 in (19 mm) diameters. These splice closures shall have maximum dimensions of 10 in (254 mm) diameter and 28 in (711 mm) length (smaller physical size is preferred).

8. Provide splice closures that are capable of storage and expressing through all unopened buffer tubes when configured for any number of splices as specified above.

9. Provide a flexible thermoplastic compression seal grommet for each end plate cable port that matches the required number and size of cables coming in and out of the splice closure without jeopardizing the weathertight characteristics of the splice closure.

10. Hermetically seal closures to protect fiber, splices, and internal components from water entry, including being submerged in standing water, without the use of an encapsulate material.

# EXHIBIT 3

11. Provide splice closures that are sealed from insects, rodent proof, airtight, crush resistant, chemical-resistant, and corrosion resistant.

12. Provide an external pressurization air valve or port for flash testing the splice closure.

13. Provide fiber organizers that comply with Telcordia GR-769-CORE and splice trays that organize fiber buffers, protect fiber splices, and provide fiber and buffer slack storage.

14. Provide splice closures that can be re-entered and resealed using no special tools.

15. Provide reusable sealing materials (grommets, O-rings, etc.) that allow multiple re-entries and closures without removal of any component and without disruption to the surrounding cables.

16. Provide splice closures that are suitable for mounting on the inside wall of an underground buried ECB, pull box, or aerial messenger or strand as listed in the Contract documents.

17. Use corrosion-resistant aluminum, hot-dipped steel, or stainless steel mounting brackets and hardware.

18. For aerial installation, provide closure that also meets the following minimum requirements:

    a. Provide universal mounting bracket with features to permit aerial strand mounting with strand clamps or as approved by the Department.

    b. Provide a product that is designed to eliminate the need for drip collars and sealing collars.

    c. Package the closure with all hardware required for aerial mounting.

B. **Fiber Splice Tray**

1. Hold each fiber strand and buffer tube in the tray so that no stress or tensile force is placed on completed and finished fusion splices within the tray.

2. Loop individual fibers one full turn within the splice tray to avoid micro bending.

3. Maintain minimum bend radius of fiber at all times.

4. Provide slack storage for exposed fibers and buffer tubes to prevent damage to fibers.

5. Provide splice trays that include a cover with a locking mechanism to hold it in place.

6. Provide access to individual fibers without disrupting other fibers in the tray.

7. Provide fiber that is capable of being visually inspected.

8. Package and protect each fusion-spliced fiber housed within the splice tray with a minimum 1.5 in (40 mm) reinforced, heat shrink, and weathertight sleeve.

C. **Fiber Optic Connector**

1. Provide certified LC fiber optic connectors for SFP optical transceivers for network switches and for FPPs and FDUs with greater than 12-port terminations.

2. Provide only ST-compatible, ceramic-insert couplers where barrel couplers are used in passive termination applications such as FPPs and FDUs with 6 and 12-fiber port terminations.

3. Provide connectors that comply with TIA-568-B.3.

4. Provide connectors that comply with TIA-604-10B (Type LC) and TIA-604-2B (Type ST) intermateability requirements.

5. Test connectors according to Telcordia GR-326-CORE.

6. Provide ceramic ferrule UPCs that are polished.

7. Mechanically isolate the optical fiber within the body of connectors from cable tension, bending, and twisting.

8. Provide connectors that are factory-assembled and tested. No field installed connectors are permitted.

286

**EXHIBIT 3**

9. Provide unmated connectors with protective dust caps installed. Provide dust caps for both sides of couplers at all times until permanent connector installation.

10. Provide industry standard approved connector for optical fiber that meets or exceeds the applicable provisions of TIA-455-X related to fiber optic connectors and interfaces and meets the following requirements:

   a. Insertion loss of ≤0.25 dB (typical) and ≤0.5 dB (maximum).

   b. Return loss (back reflection) ≤−55 dB (UPC) for SM and ≤−25 dB (UPC) for MM, typical.

   c. Mating durability ≤0.2 dB (typical) change, 500 mating cycles.

**D. FPP and FDU**

1. Provide FPPs (6 to 36 connectors) and FDUs (48 to 288 connectors) that meet the requirements presented in this section.

2. Provide FPPs and FDUs that comply with TIA-310-D standard 19-in rack-mounted or wall or panel-mounted installation.

3. For 6 to 36 connectors, use FPP enclosures that integrate the splice trays and connector modules into one compartment within one enclosure. For 48 connectors and larger, use FDU enclosures as one integrated compartment or house the splice trays and connector modules in separate compartments integrated into one enclosure.

4. Provide splice trays for storing the number of fusion splices as listed in the Contract documents. For FPPs with 12 connectors or less, splice holders within the FPP compartment may be used in lieu of splice trays.

5. Provide FPPs and FDUs that meet UL 94-V0 flammability requirements.

6. Provide wire management system at every FPP and FDU location for fiber optic cables and patch cords.

7. Provide access to fiber splicing trays and fiber termination couplers meeting the following minimum requirements:

   a. Provide access from the front or rear with removable, fold-down or swing-out doors, drawers, and covers.

   b. Provide physical protection when doors, drawers, and covers are in the closed position that encloses the fiber splicing trays, fiber interconnection cables, fiber pigtail cables, and fiber termination couplers.

   c. Provide storage space to house and protect the number of splice trays required to splice and terminate the fibers.

   d. Provide rubber grommets or similar material to prevent the cable from coming in contact with bare metal.

   e. Provide radius guides and strain relief for the incoming fiber optic cable(s) to maintain bend radius and protect the fibers.

   f. Provide bulkhead-mounted, termination coupling connectors that include locknuts for mounting the connectors in predrilled or punched holes in the connector panel.

   g. Provide bulkhead-mounted coupling connectors with dust caps.

8. Provide fiber interconnect cables and fiber pigtail cables meeting the following minimum requirements:

   a. Provide 12-fiber interconnect cables for FDUs with 12-splice capacity trays, and 24-fiber interconnect cables with FDUs with 24-splice capacity trays.

   b. Use only fiber-interconnect cables for FPPs and FDUs with 24 connectors or more.

# EXHIBIT 3

c. Provide single fiber pigtail cables or fiber interconnection cables for FPPs with less than 24 connectors.

d. Provide cables with factory installed connectors in accordance with Section 935.2.03.A.

e. Provide fiber pigtail cables with 900 micron tubing or 0.12 in (3 mm) fan out tubing as required for the application.

f. Use fiber pigtail cables with 900 micron tubing only when fully enclosed within the FPP from splice tray to the back of the bulkhead connector panel.

**E. Aerial Cable Lashing Materials**

1. Provide minimum 0.038 in (0.96 mm) diameter lashing wire to attach aerial fiber optic cable to the messenger or strand.

2. Provide lashing wire, attachment, and mounting hardware with sufficient tensile strength for the application and meeting the requirements of ASTM F593/F594 for corrosion resistance.

3. Use Type 302 stainless steel lashing materials in non-coastal regions and Type 316 along coastal regions within 5 miles (8 km) of the coast line.

**F. Aerial Snowshoe Storage**

1. Provide a factory-manufactured, UV-stabilized, snowshoe fiber storage unit that is designed to store excess or slack fiber optic cable or fiber optic cable and a splice closure in the span.

2. Provide fiber optic snowshoe that is constructed with plastic or aluminum bodies that maintain the minimum cable bend radius and have integral cable lashing strap slots or holes to secure cable attachments to the storage bracket.

3. Provide galvanized or stainless steel hanging and attachment hardware (bolts, nuts, washers) and strand clamps for attachment to messenger or strand according to ASTM A135 and ASTM B695.

4. Provide cable protection bracket that minimizes cable abrasion and organizes cable against the pole.

5. Provide cable channel to secure the cable that minimizes ice and leaf loading.

6. Provide snowshoe design that minimizes the number of cable ties needed.

7. Provide weathertight, UV-resistant cable ties designed for continuous outdoor use.

**G. Environmental**

Provide fiber splice closures that meet Telcordia GR-771-CORE temperature and humidity requirements.

## 935.2.3   MM Fiber Optic Cable Requirements

**A. General**

1. Meet the fiber optic cable and environmental requirements as specified herein.

2. Provide fiber optic cable that is splice-compatible with the Department's existing legacy 62.5/125 μm MM fiber optic cable as required.

**B. Fiber Optical**

1. Provide standard 62.5/125 μm graded index MM fiber optic cables that comply with TIA-492AAAA-A (OM1).

2. Comply with IEC EN 60793-2-10, Type A1b product specifications.

3. Provide MM fibers that meet the optical performance requirements when tested according to TIA-455:

a. Provide a fiber section attenuation of ≤3.5 dB/km at 850 nm. Test according to FOTP-78-B.

b. Provide a fiber section attenuation of ≤1.0 dB/km at 1,300 nm. Test according to FOTP-78-B.

288

# EXHIBIT 3

  c.  Provide fibers that have uniform attenuation with no point discontinuities >0.2 dB at both 850 nm and 1,300 nm.

4.  Provide an OFL bandwidth ≥200 MHz/km at 850 nm and ≥500 MHz/km at 1,300 nm.

## 935.3 Construction

The construction and installation of fiber optic cabling and components as specified herein shall meet the requirements in this section and the cable manufacturers' installation requirements and recommendations.

### 935.3.1   Construction Requirements

**A.   General Construction**

1.  Fiber Optic Installation Plan

    a.  Develop a fiber optic installation plan for review and approval by the Department prior to fiber optic cable installation, splicing, and termination work. Include at a minimum the following components:

        i.   Fiber running path line (route). Where not specifically shown in the Contract documents, show proposed trunk fiber and existing fiber (if any) to identify trunk to trunk fiber splice points, coordination of fiber allocation and associated splice details, and as-built drawings of the complete fiber system.

        ii.  Vendor and part numbers for proposed materials and equipment (i.e., fiber optic trunk and drop cables, splice closures and splice trays, splicer equipment, fiber patch panels, connectors and other materials required or needed).

        iii. Location of fiber drop cables and proposed splice locations.

        iv.  Location of fiber terminations.

        v.   Fiber splice details for each location, showing buffer/strand utilization and allocation plan.

2.  Pack the cable and wrap in weathertight and temperature resistant covering to prevent damage during shipment, to facilitate unloading, and to allow for outdoor storage as approved by the Department.

**B.   Cable Installation Guidelines**

1.  Before installation begins, inspect the cable reels for imperfections such as nails that might cause damage to the cable as it is unreeled.

2.  When unreeled cable is placed on the pavement or surface above a manhole, provide means of preventing vehicular or pedestrian traffic through the area in accordance with Section 150.

3.  Comply with the manufacturer's recommended procedures and these specifications for cable handling.

4.  Comply with the maximum recommended pulling tension during installation as specified by the cable manufacturer.

5.  Comply with the minimum recommended bend radius during installation as specified by the cable manufacturer. Use large diameter wheels, pulling sheaves, and cable guides to maintain the bend radius. Provide tension monitoring at all times during the pulling operation.

6.  Unless the manufacturer's recommendations are more stringent, use the following guidelines for minimum bend radius:

    a.  20 times the outside cable diameter during installation

    b.  10 times the outside cable diameter after installation

7.  If a mechanical pulling machine is used, equip the machine with a monitored or recording tension meter. At no time shall the manufacturer's recommended maximum pulling tension be exceeded. Submit the method of monitoring cable stress during installation to the Department for review and approval. The allowable pulling tension shall be the lesser of either of the two values below:

    a.  Cable manufacturer's recommended pulling tension from the outer jacket for the cable

**EXHIBIT 3**

8. 80% of the cable manufacturer's maximum pulling tension from the outer jacket

9. When using lubricants, comply with the cable manufacturer's recommendations for type, amount, application tools and method, and removal of the lubricant from the exposed cable. Pre-lubrication of cable is acceptable to provide uniform lubrication.

10. Use rollers and sheaves for difficult pulls to eliminate damage when entering and existing the conduit system.

11. During the installation of the fiber optic cable, record as-built fiber optic cable footage at riser locations, hand-holes, and slack storage locations.

12. Where messenger cable is required, as shown in the Contract documents, lash aerial fiber optic cable to a steel strand wire messenger cable of the size specified in the Contract documents that conforms to Section 647.

13. Select fiber optic cable installation method that meets the following requirements:

    a. If pulling is utilized:

        i. Install the fiber optic cable by hand and/or by using a mechanical pulling machine.

        ii. Attach the central strength member and aramid yarn directly to the pulling eye during cable pulling. Use pulling attachments such as "basket grip" or "Chinese finger" type so that the optical and mechanical characteristics are not degraded during the fiber optic cable installation.

        iii. Coil excess cable in a figure eight and feed manually when pulling through pull boxes by hand.

        iv. Provide a continuous section of cable throughout the pull. Cable breaks are permitted only at designated splice points.

    b. If air assisted/blowing is utilized:

        i. Use either the HASB method or the Piston method.

        ii. When using the HASB method, the volume of air passing through the conduit shall not exceed 600 ft$^3$/min or the conduit manufacturer's recommended air volume, whichever is more restrictive.

        iii. In cold temperatures, an air dryer accessory is recommended to avoid introducing water condensation into the HASB air inlet chamber or conduit/duct system. Condensation may result in frost. In hot temperatures, an air cooler is recommended to avoid excessive temperatures at the conduit/duct and cable.

        iv. When using the Piston method, comply with the conduit manufacturer's recommended air volume or limit to 300 ft$^3$/min, whichever is less.

## C. Cable End Sealing

1. Where a cable ends without termination in a fiber optic closure, seal the end of the cable by reusing a cable end cap shipped with a cable reel, or use a cap that is size-matched to the cable to be sealed.

2. Clean the end of the cable. Partly fill the cap with a weathertight silicone adhesive sealant and press the cap fully onto the cable end, rotating the cap to fully encapsulate the cable end with the sealant in the cap.

3. Apply a full sealant bead between the end of the cap and the cable jacket.

## D. Cable Slack Storage

1. For aerial installations, meet the following requirements.

    a. Where messenger strand or cable is required, as shown in the Contract documents, lash aerial fiber optic cable to a steel strand wire messenger cable of the size specified in the Contract documents that conforms to Section 647.

**EXHIBIT 3**

b. Store the excess or slack cable at storage loops in a "bow tie" configuration on the messenger strand using two fiber optic snowshoes (aerial fiber optic cable storage brackets) that maintain the proper bend radius in the fiber optic cable.

c. Install one fiber optic snowshoe for drop cable and trunk cable storage at aerial splice closures to maintain the bend radius in the fiber optic cable.

2. For underground applications, meet the following requirements.

   a. Pull Box Types 4, 4S, 5, 5S, 6, and 7: Apply the following storage requirements for the indicated cable/splice closure situations.

      i. Drop cable with no splice closure: 10 ft (3 m).

      ii. One or more trunk cables with no splice closure: 110 ft (34 m) of each cable.

      iii. Two or more trunk cables with one splice closure: Store 55 ft (17 m) of each trunk cable so that the splice closure can be removed from the pull box 55 ft (17 m). If a drop cable is spliced to the trunk cable at this point, store 55 ft (17 m) of each drop cable.

      iv. One trunk cable with one splice closure: 110 ft (34 m). Install splice closure in the center of the 110 ft (34 m) cable loop so that the splice closure can be removed from the ECB 55 ft (17 m). If a drop cable is spliced to the trunk cable at this point, store 55 ft (17 m) of each drop cable.

      v. One trunk cable with one splice closure and trunk cable ends: 95 ft (30 m). Install splice closure on the trunk cable at 55 ft (17 m) from the pull box. If a drop cable is spliced to the trunk cable at this point, store 55 ft (17 m) of each drop cable.

      vi. Trunk cable ends with no closure: 95 ft (30 m).

   b. Hub Building (interior): Do not store slack cable inside the hub building.

   c. Hub Building (exterior adjacent ECBs): 180 ft (55 m).

   d. Traffic Control Center and TMC (OSP splice vault): 180 ft (55 m).

   e. Traffic Control Center and TMC (Inside plant at equipment room): Cable entrance to distribution panel bay plus 20 ft (6 m).

   f. ECB Types 3, 4, 5, and 6: Apply the following storage requirements for the indicated cable/closure situations. More than one situation may occur in a single ECB, in which case apply each requirement.

      i. Trunk cable with no splice closure: 110 ft (34 m).

      ii. Trunk cable with one splice closure: 110 ft (34 m). Measure the storage amount from the top of the ECB manhole opening. Install closure in the center of the 110 ft (34 m) cable loop so that the splice closure can be removed from the ECB 55 ft (17 m). If a drop cable(s) is spliced to the trunk cable at this point, store 55 ft (17 m) of each drop cable.

      iii. Trunk cable with one splice closure and trunk cable ends: 95 ft (30 m). Install closure at 55 ft (17 m) from the ECB on the trunk cable. If a drop cable(s) is spliced to the trunk cable at this point, store 55 ft (17 m) of each drop cable.

      iv. Trunk cable ends with no closure: 95 ft (30 m).

3. Unless otherwise noted in the Contract documents, the following are the minimum requirements for cable storage for aerial applications.

   a. Install a minimum 150 ft (45 m) storage loop one-half the distance between every equipment drop or as shown in the Contract documents.

   b. Where equipment drops are >1,000 ft (300 m) apart, install a minimum 150 ft (45 m) storage loop for every 1,000 ft (300 m) of uninterrupted cable length.

   c. At aerial splice closures, install 75 ft (23 m) of drop cable storage and 150 ft (45 m) of trunk cable storage, unless otherwise noted in the Contract documents, to allow the fully assembled splice closure, including the trunk cable and drop cable, to be lowered to ground level for maintenance purposes.

**EXHIBIT 3**

E.  **Cable Splicing**

1.  Splice together each individual reel of fiber optic cable to provide a continuous length of installed cable.

2.  Splice cable only at splice points shown in the Contract documents.

3.  Make no splices within a fiber patch cord assembly or fiber drop cable.

4.  Use the fusion technique for splices and terminations. Use a fusion splicing machine (fusion splicer) to splice optical fiber. Mechanical splicing is not permitted.

5.  Provide fusion splicing equipment supported by calibration records indicating a factory calibration within three months preceding their use.

6.  Clean and calibrate fusion splicing equipment per the manufacturer's specifications, and specifically adjust the fiber and environmental conditions at the start of each splicing shift.

7.  Comply with the cable manufacturer's and fusion splicer's procedures, accepted standards, codes, and practices. Do not install mechanical splices.

8.  To prevent splice loss, meet the following requirements.

    a.  Splice SM optical fibers using the fusion splice method. The mean (average) splice loss shall not exceed 0.1 dB for new fiber to new fiber and 0.3 dB (per TIA-568.3-D) for new fiber to existing (legacy) fiber.

    b.  Splice MM optical fibers using the fusion splice method. The mean (average) splice loss shall not exceed 0.3 dB for new fiber to new fiber and for new fiber to existing (legacy) fiber.

    c.  Obtain the mean splice loss by measuring the loss through the splice in both directions and then averaging the resultant values.

9.  To protect splices, meet the following requirements.

    a.  Protect fusion splices in splice trays or organizers in a splice closure.

    b.  Provide the splice with strain relief and protection of the stripped fiber splice in a manner recommended by the splice tray or organizer manufacturer. Use splice types compatible with the tray design.

    c.  Protect fusion splices with heat shrink tubing that protects the splice and extends over the fiber coating.

    d.  Do not leave bare fiber exposed.

    e.  Do not use silicone in any splice tray.

F.  **Mid Span/Drop Access**

1.  At points where mid span/drop access is required, keep fibers intact except those being accessed for the equipment drop.

2.  Use a suitable tool for removing fibers from the buffer tube to prevent damage to the fibers remaining intact.

G.  **Connector Termination Procedures**

Comply with procedures for the termination of the connectors as required by the connector manufacturer's fiber optic installation standard operating procedure for the field installation.

H.  **Cable Marking Installation**

1.  Clean the installed cable of dirt and grease before applying any marker.

2.  Follow the marker manufacturer's recommended procedure for applying cable markers.

3.  Mark cables in or at every hub building, ECB, pull box, hand-hole, field cabinet, aerial or underground splice closure, pole attachment, aerial storage bracket, and pole conduit riser entrance.

**EXHIBIT 3**

4. At every trunk cable termination, reel end-to-reel end splice, ECB, pull box, hand-hole, field cabinet, aerial splice closure, and aerial storage bracket, record the cable distance markings from the print-line for the cable entry and exit, along with the exact location by station number or location name.

5. Record the cable distance markings in a tabular format approved by the Department or on a documentation form provided by the Department.

6. Place cable markers in the following locations:

   a. Within 18 in (450 mm) of every cable entry to a pull box, hand-hole, ECB, and hub building

   b. Within 6 in (150 mm) of every cable entry or termination in a field cabinet

   c. Within 18 in (450 mm) of every splice closure at cable entry points

   d. Within 6 in (150 mm) of every FPP/FDU or splice cabinet in a hub building in which a cable terminates or enters

   e. Every 20 ft (6 m) for the length of a cable in maintenance coils in ECBs or pull boxes

   f. Within 12 in (300 mm) of every pole attachment, aerial storage bracket, and pole conduit riser entrance

7. Use orange markers at all locations, except as noted below:

   a. Where a trunk cable enters and leaves a closure (mid-span cable entry or end-to-end splice), use orange markers for one leg of the trunk cable and yellow for the other leg, placing corresponding color labels at the closure end of a leg and at the conduit entrance (underground installation) or span attachment (aerial installation).

   b. Where two drop cables terminate in a closure, use orange markers for one drop cable and yellow markers for the other drop cable throughout the drop cable's length to its other termination.

## I.  Splice Closures

1. Install splice closures according to manufacturer's recommendations.

2. Install splice closures where shown in the Contract documents. and in the approximate center of fiber optic cable storage coils.

3. Mount splice closures in ECBs or pull boxes to cable rack hooks or mounting brackets.

## J.  FPP/FDU

1. Do not install mechanical splices or field installed connectors.

2. Equip unused panel slots with blank panels.

3. Provide inter-cabinet and inter-bay bend radius and jumper management on each side of the FDU.

4. Install hardware according to the manufacturer's recommended procedures and approved by the Department.

5. Determine specific hardware sizing from the Contract documents.

6. For rack-mount and wall-mount FPPs/FDUs, array connectors with fiber number one being at the top left or leftmost position.

7. Route and secure the drop cable beside or behind the field cabinet side panel such that it is fully strain-relieved, does not violate the manufacturer's recommended bending radius, and does not interfere with the operation of or access to any field cabinet equipment or electrical components.

## 935.3.2   Equipment Configuration and Integration Requirements

Not Applicable

## EXHIBIT 3

### 935.3.3   Testing Requirements

Refer to Section 942.3.04 for testing requirements.

### 935.3.4   Training Requirements

Refer to Section 942.3.05 for training requirements.

### 935.3.5   Warranty and Maintenance Support Services

**A.   Warranty Requirements**

1.   Provide a minimum warranty length of two years for fiber optic cable and associated components. If the manufacturer's warranties for the components are for a longer period, those longer period warranties shall apply.

2.   Refer to Section 942.3.02 for general warranty requirements.

**B.   Maintenance Support Services**

Refer to Section 942.3.02 for maintenance support services requirements.

## 935.4 Measurement

The fiber optic system and training that are complete, in place, accepted, and of the kind, size, and type specified will be measured as follows:

**A.   Outside Plant Fiber Optic Cable, Loose Tube, Single Mode, No. Fibers**

OSP fiber optic cable, loose tube, SM fiber will be measured in units of actual linear feet and paid for at the Contract price per linear feet, including cable slack. The price bid will include the length in feet of actual cable installed and tested as measured from the cable sequential length markings, cable print-lines, aerial snowshoes for storage (aerial segments), ancillary and incidental materials, documentation, and labor and equipment necessary to complete the work. No measurement for payment will be made for cable storage amounts in excess of that required in the Contract documents.

**B.   Fiber Optic Closure, Underground or Aerial, No. Splices**

Underground and aerial sealed fiber optic splice closures will be measured for payment by the number of units installed, complete, functional, tested and accepted. Fiber optic closures will be measured in units of each and paid for at the Contract unit price each, which will include, but not be limited to, splice closure, splice trays, splices, splice protection, organizer, dome, end plate, cable port sealing grommets, sealant material, cable end preparation tools, mounting hardware within the pull box or on the messenger strand, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**C.   Fiber Patch Panel or Fiber Distribution Unit, Rack or Wall Mount, No. Ports**

FPPs and FDUs will be measured for payment by the number of units installed, complete, functional, tested and accepted. The number of ports is equal to the number of fibers. FPPs and FDUs will be measured in units of each and paid for at the Contract price each, which will include, but not be limited to, housing, splice trays or splice holders, fiber interconnect cables, fiber pigtail cables, splices between the incoming cable fibers and fiber interconnect/pigtail cables, splice protection, connector modules, connectors, wire management, mounting hardware within field cabinet/hub rack and wall mounting hardware, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**D.   Fiber Optic Splice, Fusion**

Fiber optic fusion splices will be measured for payment by the number of splices made, complete, tested and accepted. Fiber optic fusion splices will be measured in units of each and paid for at the Contract unit price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work. Fiber optic splices associated with the use of fiber interconnector cables and fiber pigtail cables, in accordance with Section 935.2.03, will not be measured separately for payment. The price bid

**E.   Fiber Optic Patch Cord, SM**

Fiber optic patch cord, SM will be measured for payment by the number of patch cords provided, installed, tested and accepted. Patch cords will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

284

## EXHIBIT 3

**F.   Fiber Pigtail Cable, SM**

Fiber pigtail cables, SM will be measured for payment by the number of pigtails provided, installed, tested and accepted, and only when separately denoted by pay item in the Contract. Fiber pigtail cables will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**G.   Fiber Interconnect Cable, SM**

Fiber interconnect cable, SM will be measured for payment by the number of interconnect cables provided, installed, tested and accepted, and only when separately denoted by pay item in the Contract. Fiber interconnect cables will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**H.   Fiber Optic Connectors, SM**

Fiber optic connectors, SM will be measured for payment by the number of connectors provided, installed, tested and accepted. Fiber connectors will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**I.   Outside Plant Fiber Optic Cable, Loose Tube, Multimode, No. of Fibers**

OSP fiber optic cable, loose tube, MM fiber will be measured in units of actual linear feet and paid for at the Contract price per linear feet, including cable slack. The price bid will include the length in feet of actual cable installed and tested as measured from the cable sequential length markings, cable print-lines, aerial snowshoes for storage (aerial segments), ancillary and incidental materials, documentation, and labor and equipment necessary to complete the work. No measurement for payment will be made for cable storage amounts in excess of that required in the Contract documents.

**J.   Fiber Optic Patch Cord, MM**

Fiber optic patch cord, MM will be measured for payment by the number of patch cords provided, installed, tested and accepted. Patch cords will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**K.   Fiber Pigtail Cable, MM**

Fiber pigtail cables, MM will be measured for payment by the number of pigtails provided, installed, tested and accepted, and only when separately denoted by pay item in the Contract. Fiber pigtail cables will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**L.   Fiber Interconnect Cable, MM**

Fiber interconnect cable, MM will be measured for payment by the number of interconnect cables provided, installed, tested and accepted, and only when separately denoted by pay item in the Contract. Fiber interconnect cables will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**M.   Fiber Optic Connectors, MM**

Fiber optic connectors, MM will be measured for payment by the number of connectors provided, installed, tested and accepted. Fiber connectors will be measured in units of each and paid for at the Contract price per each, which will include, but not be limited to, ancillary and incidental materials, testing, documentation, and labor and equipment necessary to complete the work.

**N.   Training**

Training will be measured as a lump sum for supplies, equipment, materials, handouts, travel, and subsistence necessary to conduct the training.

## 935.5 Payment

### 935.5.1   Fiber Optic System

Fiber optic cable, splice closures, fiber splices, interconnect cables, pigtails, fiber patch cords, and fiber optic connectors will be paid for at the Contract unit price. This price will include full compensation for labor, materials,

**EXHIBIT 3**

equipment, tools, test equipment, incidentals, installation, testing, and providing warranty necessary to complete the fiber optic system.

Payment Notes:

*Submittal*

Submittal requirements are included in Section 942.1.04 and will not be paid for separately. It will be considered incidental to the fiber optic system pay item.

*Testing*

Testing is defined in Section 942.3.04 and will not be paid for separately. It will be considered incidental to the fiber optic system pay item.

Payment for the fiber optic system will be made under:

| Item No. 935 | Outside Plant Fiber Optic Cable, Loose Tube, Single Mode, Fiber | Linear feet |
|---|---|---|
| Item No. 935 | Fiber Optic Connectors, SM | Per each |
| Item No. 935 | Fiber Optic Patch Cord, SM | Per each |
| Item No. 935 | Fiber Interconnect Cable, SM | Per each |
| Item No. 935 | Fiber Pigtail Cable, SM | Per each |
| Item No. 935 | Fiber Optic Splice, Fusion | Per each |
| Item No. 935 | Fiber Optic Closure, Underground, Splice | Per each |
| Item No. 935 | Fiber Optic Closure, Aerial, Splice | Per each |
| Item No. 935 | Fiber Patch Panel, Rack Mount, Port | Per each |
| Item No. 935 | Fiber Patch Panel, Wall Mount, Port | Per each |
| Item No. 935 | Fiber Distribution Unit, Rack Mount, Port | Per each |
| Item No. 935 | Fiber Distribution Unit, Wall Mount, Port | Per each |

The following pay items are eligible for use to maintain a legacy communication network that has existing multi mode fiber-optic cable. The pay items shall be used only when required and approved by the Department.

| Item No. 935 | Outside Plant Fiber Optic Cable, Loose Tube, Multi Mode, Fiber | Linear feet |
|---|---|---|
| Item No. 935 | Fiber Optic Connectors, MM | Per each |
| Item No. 935 | Fiber Optic Patch Cord, MM | Per each |
| Item No. 935 | Fiber Interconnect Cable, MM | Per each |
| Item No. 935 | Fiber Pigtail Cable, MM | Per each |

## 935.5.2   Training

Payment for training will be made under:

| Item No. 935 | Training | Lump sum |
|---|---|---|

**EXHIBIT 3**

April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SUPPLEMENTAL SPECIFICATION

### Section 940—NaviGator Advanced Transportation Management System Integration

Delete Section 940

In Process

**EXHIBIT 3**

# **Project Specific Special Provisions below****

In Process

**EXHIBIT 3**

# P.I. No.  M006110
# District 7
# Fulton County

**THE FOLLOWING PAGES CONTAIN SPECIFICATIONS AND DOCUMENTS WHICH ARE PECULIAR TO THIS PROJECT ONLY**

**U.S. Congressional District Number 5 = 100%**

**Fulton County Number = 121= 100%**

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

**P.I. No.  M006110**
**District 7**
**Fulton County**

This work entails applying a two-part polymer overlay and joint replacement on eight (8) bridges in Fulton County.

See location maps:

1.   I-85 over I-75 N&S HOV
     Fulton County
     Bridge Location ID: 121-00403D-084.58N
     Structure ID: 121-0547-0

2.   I-85 over Clear Creek
     Fulton County
     Bridge Location ID: 121-00403D-085.65N
     Structure ID: 121-0550-0

3.   I-85 over Peachtree Creek
     Fulton County
     Bridge Location ID: 121-00403D-087.29N
     Structure ID: 121-0553-0

4.   I-85 SB over SR 236 (Lindbergh Drive)
     Fulton County
     Bridge Location ID: 121-00403D-087.46N
     Structure ID: 121-0554-0

5.   I-85 NB over SR 236 (Lindbergh Drive)
     Fulton County
     Bridge Location ID: 121-00403D-087.48N
     Structure ID: 121-0555-0

6.   I-85 over I-75 Ramp to I-85 NB
     Fulton County
     Bridge Location ID: 121-00403D-084.85N
     Structure ID: 121-0608-0

7.   I-85 Ramp to SR 400 N over Buford Highway
     Fulton County
     Bridge Location ID: 121-00403D-087.90N
     Structure ID: 121-5355-0

8.   I-85 Ramp to SR 400 N over Sidney Marcus Boulevard
     Fulton County
     Bridge Location ID: 121-00403R-088.00N
     Structure ID: 121-5356-0

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

**P.I. No.  M006110**
**District 7**
**Fulton County**
**DETAILED ESTIMATE**

| Item No. | Quantity | Item | Unit Price |
|----------|----------|------|------------|
| 150-1000 | 1 | TRAFFIC CONTROL – M006110 | LS |
| 150-9011 | 448 | TRAFFIC CONTROL – WORKZONE LAW ENFORCEMENT | HR |
| 632-0003 | 4 | CHANGEABLE MESSAGE SIGN, PORTABLE, TYPE 3 | EA |
| **Bridge #1** | | | |
| 449-1350 | 292 | PREFORMED SILICONE JOINT SEAL BRIDGE ID: 121-0547-0 | LF |
| 461-2000 | 292 | RESEALING BRIDGE JOINTS, TP-D BRIDGE ID: 121-0547-0 | LF |
| 519-0515 | 3049 | SURFACE PREPARATION BRIDGE ID: 121-0547-0 | SY |
| 519-0530 | 3049 | POLYMER OVERLAY BRIDGE ID: 121-0547-0 | SY |
| 653-8026 | 361 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE BRIDGE ID: 121-0547-0 | LF |
| 653-8031 | 361 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW BRIDGE ID: 121-0547-0 | LF |
| 653-8051 | 1083 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE BRIDGE ID: 121-0547-0 | GLF |
| 653-8073 | 722 | WET WEATHER THERMO SKIP TRAF STRIPE, 8 IN, WHITE BRIDGE ID: 121-0547-0 | GLF |
| 654-1003 | 27 | RAISED PAVEMENT MARKERS, TYPE 3 BRIDGE ID: 121-0547-0 | EA |
| **Bridge #2** | | | |
| 449-1350 | 448 | PREFORMED SILICONE JOINT SEAL BRIDGE ID: 121-0550-0 | LF |
| 461-2000 | 448 | RESEALING BRIDGE JOINTS, TP-D BRIDGE ID: 121-0550-0 | LF |
| 519-0515 | 2999 | SURFACE PREPARATION BRIDGE ID: 121-0550-0 | SY |
| 519-0530 | 2999 | POLYMER OVERLAY BRIDGE ID: 121-0550-0 | SY |
| 653-8026 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE BRIDGE ID: 121-0550-0 | LF |
| 653-8031 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW BRIDGE ID: 121-0550-0 | LF |
| 653-8051 | 1799 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE BRIDGE ID: 121-0550-0 | GLF |

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

4

| | | | |
|---|---|---|---|
| 653-8070 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0550-0 | LF |
| 653-8073 | 514 | WET WEATHER THERMO SKIP TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0550-0 | GLF |
| 653-8075 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0550-0 | LF |
| 654-1003 | 45 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0550-0 | EA |

**Bridge #3**

| | | | |
|---|---|---|---|
| 449-1350 | 228 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0553-0 | LF |
| 461-2000 | 228 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0553-0 | LF |
| 519-0515 | 2319 | SURFACE PREPARATION<br>BRIDGE ID: 121-0553-0 | SY |
| 519-0530 | 2319 | POLYMER OVERLAY<br>BRIDGE ID: 121-0553-0 | SY |
| 653-8026 | 301 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0553-0 | LF |
| 653-8031 | 301 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0553-0 | LF |
| 653-8051 | 602 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0553-0 | GLF |
| 653-8070 | 602 | WET WEATHER THERMO SOLID TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0553-0 | LF |
| 653-8075 | 301 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0553-0 | LF |
| 653-8090 | 361 | WET WEATHER THERMO TRAFFIC STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0553-0 | SY |
| 654-1003 | 15 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0553-0 | EA |

**Bridge #4**

| | | | |
|---|---|---|---|
| 449-1350 | 273 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0554-0 | LF |
| 461-2000 | 275 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0554-0 | LF |
| 504-0600 | 2 | 24-HR ACCELERATED STRENGTH CONCRETE<br>BRIDGE ID: 121-0554-0 | CY |
| 511-3000 | 166 | SUPERSTRUCTURE REINFORCING STEEL<br>BRIDGE ID: 121-0554-0 | LB |
| 519-0515 | 2508 | SURFACE PREPARATION<br>BRIDGE ID: 121-0554-0 | SY |

# EXHIBIT 3

| 519-0530 | 2508 | POLYMER OVERLAY<br>BRIDGE ID: 121-0554-0 | SY |
| 653-8026 | 212 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8031 | 212 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8051 | 636 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0554-0 | GLF |
| 653-8070 | 424 | WET WEATHER THERMO SOLID TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8075 | 424 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8090 | 425 | WET WEATHER THERMO TRAFFIC STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0554-0 | SY |
| 654-1003 | 16 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0554-0 | EA |

**Bridge #5**

| 449-1350 | 180 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0555-0 | LF |
| 461-2000 | 180 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0555-0 | LF |
| 519-0515 | 1656 | SURFACE PREPARATION<br>BRIDGE ID: 121-0555-0 | SY |
| 519-0530 | 1656 | POLYMER OVERLAY<br>BRIDGE ID: 121-0555-0 | SY |
| 653-8026 | 226 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0555-0 | LF |
| 653-8031 | 226 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0555-0 | LF |
| 653-8051 | 452 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0555-0 | GLF |
| 653-8075 | 452 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0555-0 | LF |
| 653-8090 | 262 | WET WEATHER THERMO TRAFFIC STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0555-0 | SY |
| 654-1003 | 11 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0555-0 | EA |

**Bridge #6**

| 449-1350 | 255 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0608-0 | LF |
| 461-2000 | 510 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0608-0 | LF |

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

| 519-0515 | 4718 | SURFACE PREPARATION<br>BRIDGE ID: 121-0608-0 | SY |
| 519-0530 | 4718 | POLYMER OVERLAY<br>BRIDGE ID: 121-0608-0 | SY |
| 653-8026 | 458 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0608-0 | LF |
| 653-8031 | 458 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0608-0 | LF |
| 653-8051 | 1832 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0608-0 | GLF |
| 653-8073 | 916 | WET WEATHER THERMO SKIP TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0608-0 | GLF |
| 653-8075 | 458 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0608-0 | LF |
| 654-1003 | 46 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0608-0 | EA |

**Bridge #7**

| 449-1350 | 65 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-5355-0 | LF |
| 461-2000 | 65 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-5355-0 | LF |
| 519-0515 | 722 | SURFACE PREPARATION<br>BRIDGE ID: 121-5355-0 | SY |
| 519-0530 | 722 | POLYMER OVERLAY<br>BRIDGE ID: 121-5355-0 | SY |
| 653-8026 | 232 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-5355-0 | LF |
| 653-8031 | 232 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-5355-0 | LF |

**Bridge #8**

| 449-1350 | 58 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-5356-0 | LF |
| 461-2000 | 60 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-5356-0 | LF |
| 519-0515 | 1260 | SURFACE PREPARATION<br>BRIDGE ID: 121-5356-0 | SY |
| 519-0530 | 1260 | POLYMER OVERLAY<br>BRIDGE ID: 121-5356-0 | SY |
| 653-8026 | 405 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-5356-0 | LF |
| 653-8031 | 405 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-5356-0 | LF |

# EXHIBIT 3

**DEPARTMENT OF TRANSPORTATION**
**State of Georgia**
**P.I. No.  M006110**
**District 7**
**Fulton County**
**DESCRIPTION OF WORK**

## I.      GENERAL

The purpose of this Section is to provide the description of work to be done under this Contract.

## II.     DESCRIPTION OF WORK

The description of work on the eight (8) bridges in this Contract is as described herein. The work consists of joint header repair on Bridge #4 (See appendix A), placing a two-part polymer overlay on the bridge deck and joint replacement. The locations of the structures are shown in the attached excerpts from the County maps.

All cost associated with this work, including materials and labor, shall be included in the overall bid submitted.

## III.    GENERAL BRIDGE INFORMATION

Incidental Items – Include the cost incidental to the work that is not specifically covered by the Georgia Standard Specifications, Supplemental Specifications and/or Special Provisions in the overall bid submitted.  This includes the cost of other incidental items necessary to complete the work.

There is no suitable place to bury existing bridge / construction debris within the project's limits.  The Contractor shall provide an environmentally approved site to dispose of existing bridge / construction debris at no additional cost to the Department.

Waste material encountered on this project shall be removed and disposed of by the Contractor at an appropriate waste facility at no additional expense to the Department.

All borrow and waste sites for this project shall be environmentally approved prior to construction activities occurring in them. All common fill or excess material disposed outside the project right of way shall be placed in either a permitted solid waste facility, a permitted inert waste landfill or in an engineered fill.  See Section 201 of the Standard Specification and Supplements thereto for additional information.

Edges of existing or construction concrete or epoxy concrete joints shall be ground to a ½ inch radius prior to installation of joint sealing material in accordance with plan details.

Most bridges included in this project have utilities attached.  It shall be the Contractor's responsibility to protect existing utilities and lighting from damage caused by the blast cleaning operation, paint overspray, or any other related operations.  Any damage shall be repaired by the Contractor at no additional expense to the Department.

## IV.     NOTICE OF INTENT

Notice of Intent is not required.

**EXHIBIT 3**

## Bridge No. 1
### Bridge Location ID: 121-00403D-084.58N, I-85 over I-75 N&S HOV

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 27,436 ft$^2$ (3049 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30° F (in) | Opening Size at 60° F (in) | Opening Size at 90° F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Dummy | | 164 | | | | Resealing Bridge Joints, TP-D |
| Bent 1 | 3.16 | 164 | 2.30 | 1.87 | 1.44 | Preformed Silicone Joint Seal |
| Bent 5 | 2.69 | 128 | 1.99 | 1.65 | 1.30 | Preformed Silicone Joint Seal |
| Dummy | | 128 | | | | Resealing Bridge Joints, TP-D |

Existing bridge plans - All historical plans are now online for access at the following link: http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 710400.

## Bridge No. 2
### Bridge Location ID: 121-00403D-085.65N, I-85 over Clear Creek

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 26,985 ft$^2$ (2999 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30° F (in) | Opening Size at 60° F (in) | Opening Size at 90° F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | | 224 | | | | Resealing Bridge Joints, TP-D |
| Bent 2 | 2.46 | 224 | 2.12 | 1.95 | 1.78 | Preformed Silicone Joint Seal |
| Bent 3 | 3.16 | 224 | 2.30 | 1.87 | 1.44 | Preformed Silicone Joint Seal |
| Bent 4 | | 224 | | | | Resealing Bridge Joints, TP-D |

Existing bridge plans - All historical plans are now online for access at the following link: http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 710425.

# EXHIBIT 3

## Bridge No. 3
## Bridge Location ID: 121-00403D-087.29N, I-85 over Peachtree Creek

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 23,177 ft$^2$ (2576 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30$^o$ F (in) | Opening Size at 60$^o$ F (in) | Opening Size at 90$^o$ F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | | 114 | | | | Resealing Bridge Joints, TP-D |
| Bent 2 | 1.74 | 114 | 1.55 | 1.45 | 1.36 | Preformed Silicone Joint Seal |
| Bent 3 | 1.64 | 114 | 1.13 | 0.87 | 0.62 | Preformed Silicone Joint Seal |
| Bent 4 | | 114 | | | | Resealing Bridge Joints, TP-D |

Existing bridge plans - All historical plans are now online for access at the following link: http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 710436.

## Bridge No. 4
## Bridge Location ID: 121-00403D-087.46N, I-85 SB over SR 236 (Lindbergh Drive)

This work includes joint header repair at bent 3 (see appendix A for repair detail), preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 24,218 ft$^2$ (2691 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30$^o$ F (in) | Opening Size at 60$^o$ F (in) | Opening Size at 90$^o$ F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | | 119 | | | | Resealing Bridge Joints, TP-D |
| Bent 2 | 2.12 | 126 | 2.04 | 2.00 | 1.96 | Preformed Silicone Joint Seal |
| Bent 3 | 2.09 | 147 | 1.70 | 1.50 | 1.30 | Preformed Silicone Joint Seal (See appendix A for header repair) |
| Bent 4 | | 156 | | | | Resealing Bridge Joints, TP-D |

Existing bridge plans - All historical plans are now online for access at the following link: http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 712590.

# EXHIBIT 3

## Bridge No. 5
## Bridge Location ID: 121-00403D-087.48N, I-85 NB over SR 236 (Lindbergh Drive)

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 17,176 ft$^2$ (1909 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30$^O$ F (in) | Opening Size at 60$^O$ F (in) | Opening Size at 90$^O$ F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | | 90 | | | | Resealing Bridge Joints, TP-D |
| Bent 2 | 1.71 | 90 | 1.56 | 1.48 | 1.40 | Preformed Silicone Joint Seal |
| Bent 3 | 3.27 | 90 | 2.52 | 2.14 | 1.76 | Preformed Silicone Joint Seal |
| Bent 4 | | 90 | | | | Resealing Bridge Joints, TP-D |

Existing bridge plans - All historical plans are now online for access at the following link:
http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 710436.

## Bridge No. 6
## Bridge Location ID: 121-00403D-084.85N, I-85 over I-75 Ramp to I-85 NB

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 50,060 ft$^2$ (5563 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30$^O$ F (in) | Opening Size at 60$^O$ F (in) | Opening Size at 90$^O$ F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | | 261 | | | | Resealing Bridge Joints, TP-D |
| Bent 2 | 2.44 | 255 | 1.65 | 1.26 | 0.86 | Preformed Silicone Joint Seal |
| Bent 3 | | 249 | | | | Resealing Bridge Joints, TP-D |

Existing bridge plans - All historical plans are now online for access at the following link:
http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 710400.

# EXHIBIT 3

## Bridge No. 7
## Bridge Location ID: 121-00403D-087.90N, I-85 Ramp to SR 400 N over Buford Highway

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 6,496 ft$^2$ (722 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30° F (in) | Opening Size at 60° F (in) | Opening Size at 90° F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | 2.81 | 34 | 1.98 | 1.57 | 1.15 | Preformed Silicone Joint Seal |
| Bent 2 | | 33 | | | | Resealing Bridge Joints, TP-D |
| Bent 3 | | 32 | | | | Resealing Bridge Joints, TP-D |
| Bent 4 | 1.91 | 31 | 1.65 | 1.52 | 1.39 | Preformed Silicone Joint Seal (Fix spall in lane 1 as per special provision 519) |

Existing bridge plans - All historical plans are now online for access at the following link: http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 736880.

## Bridge No. 8
## Bridge Location ID: 121-00403R-088.00N, I-85 Ramp to SR 400 N over Sidney Marcus Blvd

This work includes preparation of the bridge deck, furnishing and placing of a two-part polymer bridge deck overlay in accordance with Georgia Standard Special Provisions Specifications, Section 519-Two-Part Polymer Bridge Deck Overlay, replacing the bridge joints, and restriping of the bridge deck. This bridge deck overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

The structure has an estimated area of bridge deck to be overlaid of 11,340 ft$^2$ (1260 yds$^2$). Prior to bidding it shall be the Contractor's responsibility to measure the areas of deck to be overlaid and the linear footage of bridge joint to be replaced.

| Joint Location | Maximum Joint Opening | Length of Jt. (ft.) | Opening Size at 30° F (in) | Opening Size at 60° F (in) | Opening Size at 90° F (in) | Type of Joint |
|---|---|---|---|---|---|---|
| Bent 1 | 3.64 | 29 | 2.45 | 1.85 | 1.25 | Preformed Silicone Joint Seal |
| Bent 2 | | 29 | | | | Resealing Bridge Joints, TP-D |
| Bent 3 | | 31 | | | | Resealing Bridge Joints, TP-D |
| Bent 4 | 2.61 | 29 | 1.91 | 1.56 | 1.21 | Preformed Silicone Joint Seal (Fix spall in lane 1 as per special provision 519) |

Existing bridge plans - All historical plans are now online for access at the following link: http://www.dot.ga.gov/BS/Projects/ProjectSearch.   The existing bridge was constructed under Project ID 736880.

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

Appendix A-Header Repair Detail
Bridge #4-Bent #3
Lanes 4, 5, & Shoulder
Estimated length=50 ft.



EXISTING CONDITION



FINAL CONDITION



BAR 400



BAR 401

NOTES:

1) BAR 401 MAY BE PLACED IN SECTIONS WITH 1'-2" MINIMUM LAP.

2) LENGTH OF HEADER IS MEASURED FROM GUTTER TO GUTTER ALONG BRIDGE SKEW.

| EQUIPMENT | | MATERIALS |
|---|---|---|
| PERSONAL SAFETY EQUIPMENT AS NEEDED | PNEUMATIC CHIPPING HAMMER MOBILE CONCRETE MIXER | TYPE II EPOXY RESIN ADHESIVE, IF REQUIRED TYPE VIII EPOXY |
| PORTABLE AIR COMPRESSOR | CONCRETE HAND TOOLS | BAR 400 |
| PORTABLE ELECTRIC GENERATOR | HAMMER DRILL W/ ⅝" CONC. BIT | BAR 401 |
| CONCRETE SAW | CHOP SAW W/ STEEL BLADES | RAPID SET CONCRETE OR |
| SAND BLASTER / AIR GUN | CIRCULAR SAW W/ WOOD BLADE | RAPID SET PATCHING MATERIAL |
| ANGLE GRINDER WITH DIAMOND WHEEL | MISC. BUCKETS & HAND TOOLS | MATERIALS FOR FORMWORK SANDBLAST MEDIA |

| | | | SHEET 1 OF 2 |
|---|---|---|---|
| GEORGIA DEPARTMENT OF TRANSPORTATION ENGINEERING DIVISION - OFFICE OF BRIDGES AND STRUCTURES | CONSTRUCTION DETAIL HEADER JOINT RECONSTRUCTION-CONCRETE DECK NO SCALE JULY 2016 | REVISION DATE | DRAWING NO. 805.03 |

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-F9C2-4874-B9F8-9474A4228A26    Case 1:23-mi-99999-UNA  Document 731-6  Filed 03/09/23  Page 255 of 350

14



☐ MATERIAL TO BE REMOVED



## STEP 1

1. SAW CUT AT EDGE OF JOINT HEADER AND 1" INTO DECK.

2. REMOVE JOINT HEADER AND 4" OF CONCRETE DECK WITHOUT DAMAGING REINFORCING STEEL.



## STEP 2

1. DRILL ⅝" DIAMETER HOLES 4" FROM EDGE OF CONCRETE AT 1'-6" SPACING.



## STEP 3

1. CLEAN ⅝"Ø HOLES OUT WITH COMPRESSED AIR.



## STEP 4

1. FIELD CUT LEGS OF BAR 400 TO MAINTAIN 2" CLEAR.

2. INSTALL TYPE VIII EPOXY INTO ⅝"HOLES IN ACCORDANCE TO THE MANUFACTURER'S SPECIFICATIONS.

3. PLACE BAR 400 INTO HOLES.

4. TWIST BAR 400 TO MAINTAIN 2"CLEAR.



## STEP 5

1. PLACE BAR 401.

2. TIE BAR 401 TO EACH BAR 400.



SANDBLAST, TYP.

## STEP 6

1. SANDBLAST AND BLOW CLEAN CONCRETE SURFACES AND REINFORCING STEEL.

2. APPLY TYPE II EPOXY RESIN ADHESIVE TO CONCRETE SURFACES.

3. FORM VERTICAL FACE OF JOINT HEADER WITH ½" CHAMFER.



## STEP 7

1. FILL AREAS WITH RAPID SET CONCRETE WHILE EPOXY IS STILL TACKY.

2. FINISH FLUSH TO EXISTING DECK. BROOM FINISH CONCRETE SURFACE.

3. ALLOW TO FULLY CURE FOLLOWING MANUFACTURER'S RECOMMENDATIONS.

4. REMOVE ALL FORMWORK.

5. INSTALL JOINT MATERIAL IN ACCORDANCE WITH ACTIVITY 800.01 OR 800.02.

| GEORGIA DEPARTMENT OF TRANSPORTATION | CONSTRUCTION DETAIL | REVISION DATE | SHEET 2 OF 2 |
| ENGINEERING DIVISION - OFFICE OF BRIDGES AND STRUCTURES | HEADER JOINT RECONSTRUCTION-CONCRETE DECK | | DRAWING NO. |
| | NO SCALE    JULY 2016 | | 805.03 |

EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-D47A44229A26



**EXHIBIT 3**

DocuSign Envelope ID: B6963DA9-FBC2-4B74-B858-BA7A4228A26

Fulton Co.

121-00403-085.65N

121-0550-0



EXHIBIT 3

DocuSign Envelope ID: B6963DA9-5BC2-4B74-B958-D47A4228A26
Case 1:23-mi-99999-UNA   Document 731-6   Filed 03/09/23   Page 258 of 350



Fulton Co.    [121-0553-0]    NBL

121-00403-087.29N

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA9-5BC2-4B74-B958-D474A4229A26
Case 1:23-mi-99999-UNA Document 731-6 Filed 03/09/23 Page 259 of 350



Fulton Co.   121-0554-0   SBL

121-00403-087.46N

**EXHIBIT 5**

DocuSign Envelope ID: B6963DA0-5BC2-4B74-B858-B474A4229A26

Fulton Co.          NBL

121-0555-0

121-00403-087.48N



**EXHIBIT 5**

DocuSign Envelope ID: B6963DA9-FBC2-4B74-B958-F474A4228A26
Case 1:23-mi-99999-UNA   Document 731-6   Filed 03/07/23   Page 261 of 350

*Fulton Co.*

121-0608-0

*121-00403-084.85N*



**EXHIBIT 3**



121-5355-0
Fulton County
121-00403D-087.90N

Bridge Location

COUNTY

DocuSign Envelope ID: B6963DA0-FBC2-4B71-B8E8-B47DA4228A26

121-5356-0
Fulton County
121-00403R-088.00N

Bridge Location



DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

First Use Date 2021 Specifications: April 16, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SPECIAL PROVISION

## Section 108—Prosecution and Progress
## (Federal Aid Projects)

*Delete Subsection 108.06 and substitute the following:*

The Engineer has the authority to suspend the Work wholly or in part, for as long as he may deem necessary, because of unsuitable weather, or other conditions considered unfavorable for continuing the Work, or for as long as he may deem necessary by reason of failure of the Contractor to carry out orders given, or to comply with any provisions of the Contract. If the performance of all or any portion of the Work is suspended or delayed by the Engineer, in writing, for an unreasonable period of time (not originally anticipated, customary, or inherent to the construction industry) and the Contractor believes that additional compensation and/or contract time is due as a result of such suspension or delay, the Contractor shall submit to the Engineer, in writing, a request for adjustment within 7 calendar days of receipt of the notice to resume work. The request shall set forth the reasons and support for such adjustment.

Upon receipt, the Engineer will evaluate the Contractor's request. If the Engineer agrees that the cost and/or time required for the performance of the Contract has increased as a result of such suspension and the suspension was caused by conditions beyond the control of, and not the fault of, the Contractor, its suppliers, or subcontractors at any approved tier, and not caused by weather, the Engineer will make an adjustment (excluding profit) and modify the Contract in writing accordingly. The Engineer will notify the Contractor of his/her determination whether or not an adjustment of the Contract is warranted.

No contract adjustment will be allowed unless the Contractor has submitted the request for adjustment within the time prescribed.

No contract adjustment will be allowed under this clause to the extent that performance would have been suspended or delayed by any other cause, or for which an adjustment is provided for or excluded under any other term or condition of this Contract.

**EXHIBIT 3**

January 11, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### FULTON COUNTY
### P.I. No.: M006110

## SECTION 108 – PROSECUTION AND PROGRESS

---

*Retain Sub-Section 108.08 as written and add the following:*

**C. Restrictive Work Hours**

1.  Failure to reopen travel lanes as specified in Special Provision Section 150.6.A, 150.6.B, and 150.6.C will result in the assessment of Liquidated Damages in the amount of $5,000.00 per hour or portion thereof.

**The above rates are cumulative and are in addition to any Liquidated Damages which may be for failure to complete the overall project.**

*Bridge Maintenance Unit*

---

# EXHIBIT 3

February 01, 2017
Revised October 22, 2018
Revised December 7, 2020

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### Section 150 — Traffic Control

#### 150.1 General Description

This section, as supplemented by the Plans, Specifications, and Manual on Uniform Traffic Control Devices (MUTCD) shall be considered the Temporary Traffic Control (TTC) Plan in accordance with Work Zone Safety and Mobility Policy. Activities shall consist of furnishing, installing, maintaining, and removing necessary traffic signs, pedestrian signs, barricades, lights, signals, cones, pavement markings and other traffic control devices and shall include flagging and other means for guidance and protection of vehicular and pedestrian traffic through the Work Zone. This Work shall include both maintaining existing devices and installing additional devices as necessary in construction work zones.

The Contractor shall be responsible for the maintenance of traffic signals and Advanced Traffic Management System (ATMs) devices from the time that the system is modified until final acceptance. The maintenance of traffic signals and ATMs devices that are not a part of the Work and that are not in conflict with any portion of the Work shall not be the responsibility of the Contractor. However, the Contractor is still responsible for damages to all devices that he or his subcontractors cause, in accordance with Section 107 and other Specifications.

When any provisions of this Specification or the Plans do not meet the minimum requirements of the MUTCD, the MUTCD shall control. The 2009 Edition of the MUTCD including revisions shall be in effect for the duration of the project.

All traffic control devices used during the construction of the project shall meet the standards utilized in the MUTCD, and shall comply with the requirements of these Specifications, Georgia Construction Standards and Details, Project Plans, Design Manuals, and Special Provisions.

The needs and control of all road users (motorists, bicyclists and pedestrians within the highway right-of-way and easements, including persons with disabilities in accordance with the Americans with Disabilities Act of 1990 (ADA), Title II, Paragraph 35.130) through a Temporary Traffic Control (TTC) zone shall be an essential part of highway construction, utility work, maintenance operations and management of traffic incidents.

Utilities included in the Contract are bound by Special Provision 150 and shall follow its requirements. For utilities not included in the Contract but working within the project limits, they shall, at a minimum follow the MUTCD. Moreover, in accordance with Utility Accommodation Policy and Standards Manual dated 2016, the Engineer reserves the right to require additional certified flaggers, signs, warning lights, channelization devices, and other safety devices as may be necessary to properly protect, warn, and

**EXHIBIT 3**

safeguard the traveling public. In addition, the Department reserves the right to place time restrictions or moratoriums on all utility work covered under a permit when, in the opinion of the Department, the continuance of the Work would seriously hinder traffic flow, be needlessly disruptive, or would unnecessarily inconvenience the traveling public. In case of emergencies, Utilities shall be provided access in accordance with Utility Accommodation Policy and Standards Manual.

### 150.1.1   Definitions

For Special Provision 150, the definitions for "shall", " should", and "may" will be in accordance with MUTCD (1A.13).

Shall (Standard) - a statement of required, mandatory, or specifically prohibitive practice regarding a traffic control device.

Should (Guidance) - a statement of recommended, but not mandatory, practice in typical situations, with deviations allowed if engineering judgment or engineering study indicates the deviation to be appropriate.

May (Option) - a statement of practice that is a permissive condition and carries no requirement or recommendation.

### 150.1.2   Content

150.1 General Description

    150.1.1   Definitions

    150.1.2   Content

    150.1.3   Related References

        A.   Standard Specification
        B.   Reference Documents

    150.1.4   Submittals/Preconstruction

        A.   Worksite Traffic Control Supervisor
        B.   Sequence of Operations
        C.   Pedestrian Considerations

            1.   Pedestrian Signage
            2.   Temporary Pedestrian Facilities

150.2 Materials and Traffic Control Devices

    150.2.1   Traffic Control Devices

        A.   NCHRP 350 and MASH
        B.   Approval
        C.   Quality Guidelines for All Temporary Traffic Devices

    150.2.2   Reflectorization Requirements

        A.   Signs

        B.   Channelization Devices

    150.2.3   Arrow Panels

    150.2.4   Channelization Devices

        A.   General

**EXHIBIT 3**

B.  Drums

  1.  Design
  2.  Application
  3.  Longitudinal Channelization
  4.  Removal

C.  Vertical Panels

  1.  Design
  2.  Application

D.  Cones

  1.  Design
  2.  Applications

E.  Barricades

  1.  Design
  2.  Application

F.  Warning Lights

  1.  Design
  2.  Application

150.2.5  Flashing Beacon

150.2.6  Guardrail

150.2.7  Interim Signs

  A.  Posts
  B.  Sign Blanks and Panels

150.2.8  Pavement Markings

  A.     All Traffic Striping for Forty-Five (45) Days or Less (≤45 Days)
  B.     All Temporary Striping Beyond Forty-Five (45) days (>45 Days)
  C.     All Temporary Traffic Striping on Final Surface

150.2.9  Portable Changeable Message Signs

150.2.10  Portable Impact Attenuators

150.2.11  Portable Temporary Traffic Control Signals

150.2.12  Raised Pavement Markers

150.2.13  Rumble Strips

150.2.14  Temporary Barriers

  A.  Design
  B.  Application

150.2.15  Temporary Guardrail Anchorage- Type 12

150.2.16  Temporary Traffic Signal

150.3  Construction Requirements

  150.3.1  General



284

**EXHIBIT 3**

A.   Implementation Requirements
B.   Maintenance of Traffic Control Devices
C.   Traffic Interruption Restrictions
D.   Work Zone Restrictions

1.   Interstate
2.   Non-Interstate Divided Highways
3.   Non-Divided Highways

E.   Work Zone Geometric Restrictions
F.   Clear Zone
G. Milled Surface Restrictions
H.   Construction Vehicle
I. Environmental Impacts
J.   Existing Street Lights
K.   Nighttime Work Lighting
L.   Removal/Reinstallation of Miscellaneous Items

150.3.2   Personnel – Worker Safety Apparel

150.3.3   Signage – General

A.  Signing Requirements of the Temporary Traffic Control (TTC) Plan
B.  Conflicting or Non-Applicable Signs
C.  Removal of Existing Signs and Supports
D.  Interim Guide, Warning and Regulatory Signs
E.  Existing Special Guide Signs

1.  Special Guide Signs
2.  Interim Special Guide Signs
3.  Interim Overhead Guide Sign Structures
4.  Permanent Special Guide Signs

F.  Stop Sign Regulated Intersections

G. Low Shoulder Signage

1.  Low Shoulder for Construction/Reconstruction/Resurfacing Projects
2.  Shoulder Drop-Off for Construction/Reconstruction/Resurfacing Project

H.  Bump Signage
I.   Sign Visibility

150.3.4   Advance Warning Signs

A.  Project  Signs - All Type of Highways

1.   State Routes
2.   Interstate, Limited Access and Multilane Divided Highways
3.   Ramp Work on Limited Access Highways

B.  Highway Work Zone

1.  No Reduction in the Existing Posted Speed Limit in Highway Work Zone
2.  Reducing the Speed Limit in a Highway Work Zone
3,  Variable Speed Limit Zones

C.  Installation/Removal of Work Area Signage

150.3.5   Shoulder/Lane Closure

A.  Approval/Restrictions

**EXHIBIT 3**

1. Closure Length
2. Duration

B.  Shoulder Closure
C.  Lane Closure

1.  Advance Warning Signs
2. Transition Area – Taper
3.  Activity Area
4.  Termination Area

D. Removal of Lane Closures
E.  Exit and Entrance Ramps

150.3.6   Traffic Pacing Method

A.  Pacing of Traffic
B.  Methods of Signing for Traffic Pacing

150.3.7   Flagging Operation

A.  Flaggers
B.  Flagger Certification
C.  Flagger Appearance and Equipment
D.  Flagger Warning Signs
E.  Pilot Vehicle Requirements
F.  Automated Flagger Assistance Devices
G.  Portable Temporary Traffic Control Signals

150.3.8   Traffic Signals

A.  Responsibility/Cost
B.  Law Enforcement Officer Requirement

150.3.9   Mobile Operations

150.3.10  Pavement Markings

A.  General

1.  Resurfacing Projects
2.  Widening and Reconstruction Projects
3.  New Location Construction Projects

B.  Installation and Removal of Pavement Markings

1.  Installation
2.  Removal
3.  Intermediate Surface
4.  Final Surface
5.  Pay Factor Reduction for Asphaltic Concrete Final Surfaces
6.  Preparation and Planning for Traffic Shifts

C.  Raised Pavement Markers

1.  Supplementing Lane Lines
2.  Supplementing Ramp Gore Lines
3.  Other Lines

D.  Exceptions for Interim Markings

1.  Two-Lane, Two-Way Roadway
2.  Multi-Lane Highway - with No Paved Shoulder(s) or Paved Shoulder(s) Four Feet or Less (≤ 4')

286

**EXHIBIT 3**

3. Limited Access Roadways and Roadways with Paved Shoulder Greater than Four Feet (>4')
4. Ramps for Multi-lane Divided Highways
5. Miscellaneous Pavement Markings

150.3.11 Differences in Elevation between Travel Lanes and Shoulders

A. Differences in Elevations

1. Difference of Two Inches (≤ 2") or Less Between Adjacent Travel Lanes
2. Difference of Two Inches (≤ 2") or Less Between Adjacent Travel Lane and Paved Shoulder
3. Difference of Greater Than Two Inches (>2") is Permitted for Continuous Operations
4. Difference of Greater Than Two Inches (>2") Between Travel Lanes and/or Shoulders for Non-Continuous Operations

B. Healed Section
C. Emergency Situations
D. Plating
E. Asphaltic Concrete Resurfacing Projects

1. Shoulder Construction Included as a Part of the Contract
2. Shoulder Construction Not Included as a Part of the Contract

150.3.12 Work Zone Law Enforcement

150.4 Measurement

150.4.1 Traffic Control Items

A. Traffic Control
B. Changeable Message Sign, Portable
C. Flashing Beacon Assembly
D. Pavement Markings
E. Portable Impact Attenuators
F. Signs

1. Interim Ground Mounted or Interim Overhead Special Guide Signs
2. Remove and Reset Existing Special Guide Signs, Ground Mount or Overhead
3. Modify Special Guide Signs, Ground Mount or Overhead

G. Temporary Audible Information Device
H. Temporary Barrier
I. Temporary Curb Cut Wheelchair Ramps
J. Temporary Guardrail Anchorage, Type 12
K. Temporary Walkways with Detectable Edging
L. Traffic Signal Installation - Temporary
M. Work Zone Law Enforcement

150.5 Reserved

150.6 Special Conditions

150.7 Payment

150.7.1 Enforcement and Adjustments

### 150.1.3   Related References

A.  Standard Specifications

Section 104 - Scope of Work

**EXHIBIT 3**

Section 105 - -Control of Work-Legal Regulations and Responsibility to the Public

Section 107 - Legal Regulations and Responsibility to the Public

Section 108 - Prosecution and Progress

Section 209 - Subgrade Construction

Section 400 - Hot Mix Asphaltic Concrete Construction

Section 441 - Miscellaneous Concrete

Section 429 - Rumble Strips

Section 620 - Temporary Barrier

Section 632 - Portable Changeable Message Signs

Section 641 - Guardrail

Section 647 - Traffic Signal Installation

Section 648 - Traffic Impact Attenuator

Section 652 - Painting Traffic Stripe

Section 653 - Thermoplastic Traffic Stripe

Section 654 - Raised Pavement Markers

Section 656 - Removal of Pavement Markings

Section 657 - Preformed Plastic Pavement Markings

Section 658 - Polyurea Traffic Strip

Section 659 - Hot Applied Preformed Plastic Pavement Markings

Section 911 - Sign Posts

Section 912 - Sign Blanks and Panels

Section 913 - Reflectorizing Materials


B.   Referenced Documents

ASTM D4956-13 (Retro-reflectivity)

American Traffic Safety Services Association (ATSSA)

Construction Detail A-3 Curb Cut (Wheelchair) Ramps Concrete Sidewalk Details

Construction Detail A-4 Detectable Warning Surface Truncated Dome Size, Spacing and Alignment Requirements

Construction Detail T-3A (Type 7, 8, and 9 Square Tube Post Installation Detail)

GDOT Signing and Marking Design Guidelines

Georgia Standard 4000W "Lengths of Advancement, Clear Zone Distances, Fill Height Embankment"

Georgia Standard 4960 "Temporary Barrier (End Treatment Options)"

Georgia Standard 9102 "Traffic Control Detail for Lane Closure on Two-Lane Highway"

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4238A26

Georgia Standard 9106 "Traffic Control Detail for Lane Closure on Multi-Lane Divided Highway"

Georgia Standard 9107 "Traffic Control Detail for Lane Closure on Multi-Lane Undivided Highway"

Georgia Standard 9121 "Tapers, Signs, and Markings for Passing Lanes"

Manual for Assessing Safety Hardware (MASH)

Manual on Uniform Traffic Control Devices (MUTCD)

National Cooperative Highway Research Program (NCHRP) 350

National Safety Council

Qualified Product List #29 (QPL-29) Reflective Sheeting

Qualified Product List #34 (QPL-34) Work Zone Traffic Control Devices (Drums, Type III Barricades, Vertical Panels, and Portable Sign Systems)

Qualified Product List #35 (QPL-35) Drive Type Galvanized Steel Sign Posts

Qualified Product List #46 (QPL-46) Traffic Pavement Markings

Qualified Product List #64 (QPL-64) Attenuator Units (Compression Crash Cushion) and Guardrail End Treatments

Qualified Product List #76 (QPL-76) Raised Pavement Markers and Channel Markers

Qualified Product List #79 (QPL-79) Portable Arrow Boards

Qualified Product List #82 (QPL-82) "Portable Changeable Message Signs"

Utility Accommodation Policy and Standards Manual

Work Zone Safety and Mobility Policy

### 150.1.4   Submittals/Preconstruction

**A.   Worksite Traffic Control Supervisor**

The Contractor shall designate a qualified individual as the Worksite Traffic Control Supervisor (WTCS). The WTCS shall be responsible for selecting, installing and maintaining all traffic control devices in accordance with the Plans, Specifications, Special Provisions and the MUTCD. The WTCS shall be currently certified by the American Traffic Safety Services Association (ATSSA) Work Site Traffic Supervisor Certification program or the National Safety Council Certification program.  On-line classes will not be accepted.

The WTCS shall be available on a twenty-four (24) hour basis to perform his duties. If the Work requires traffic control activities to be performed during the daylight and nighttime hours, it may be necessary for the Contractor to designate an alternate WTCS. An alternate WTCS must meet the same requirements and qualifications as the primary WTCS and be accepted by the Engineer prior to beginning any traffic control duties. The Worksite Traffic Control Supervisor's traffic control responsibilities shall have priority over all other assigned duties.

As the representative of the Contractor, the WTCS shall have full authority to act on behalf of the Contractor in administering the TTC Plan. The WTCS shall have appropriate training in safe traffic control practices in accordance with Part 6 of the MUTCD.  In addition to the WTCS, all other individuals making decisions regarding traffic control shall meet the training requirements of the Part 6 of the MUTCD.

The Worksite Traffic Control Supervisor (WTCS) shall have a copy of Part 6 of the MUTCD and the Contract on the job site. Copies of the current MUTCD may be obtained from the FHWA web page at http://mutcd.fhwa.dot.gov.

The WTCS shall supervise the initial installation of traffic control devices. The Engineer, prior to the beginning of construction, will review the initial installation.  Modifications to traffic control devices as required by sequence

**EXHIBIT 3**

of operations or staged construction shall be reviewed by the WTCS.

Any work performed on the interstate or limited access highway right-of-way that requires traffic control shall be supervised by a submitted/approved certified Worksite Traffic Control Supervisor. No work requiring traffic control shall be performed unless the certified WTCS is on the worksite. Failure to maintain a Certified Worksite Traffic Control Supervisor on the Work will be considered as non-performance under Subsection 150.7.01.

The WTCS or alternate WTCS shall be available on a full-time basis to maintain traffic control devices with access to all personnel, materials, and equipment necessary to respond effectively to an emergency situation within forty-five (45) minutes of notification of the emergency.

The WTCS shall perform inspections, at a minimum once a month, to ensure that traffic control is maintained. For all interstate and limited access highways, the WTCS shall perform, as a minimum, weekly traffic control inspections. The inspections will start with the installation of the advance warning signs and will stop when a maintenance acceptance is issued or when the corrective list is completed.

An inspection shall include both daytime and nighttime reviews. The inspection shall be reported to the Engineer on a Traffic Control Inspection Report, (TC-1). Unless modified by the special conditions or by the Engineer, routine deficiencies shall be corrected within a twenty-four (24) hour period. Failure to comply with these provisions shall be grounds for dismissal from the duties of WTCS and/or removal of the WTCS from the project. Failure of the WTCS to execute his duties shall be considered as non-performance under Subsection 150.7.01.

In Process

**EXHIBIT 3**

## **TRAFFIC CONTROL INSPECTION REPORT (TC-1)**

Project No.:_____County:_____

Contractor:_____Date:_____Daytime:  _____

Nighttime:   _____

PURPOSE: To provide adequate warning, delineation, and channelization to assist in guiding road users in advance of and through the work zone by utilizing proper pavement markings, signs, and other MUTCD compliant devices.

RESPONSIBILITY: The Worksite Traffic Control Supervisor (WTCS) has the duty of ensuring that all traffic control devices are installed and maintained according to the requirements of the Traffic Control Plan.

DEFICIENCIES: Items noted below require corrective measures be performed within the next

hours/days.

LOCATION                         DESCRIPTION                        ACTION REQUIRED

_____

_____

_____

_____

_____(use additional sheets if needed)

Signature:_____WTCS  or  DOT  performing  inspection

DOT inspection presented to WTCS          Date:_____Time:_____

TO BE COMPLETED BY THE WTCS

The attached deficiencies were corrected by Date:_____        Time:_____

Signature_____        Return TC-1 to DOT inspector.

The WTCS certifies that all traffic control devices in use on the project are MASH/NCHRP 350 crashworthy compliant.

Page 1 of 2 (TC-1)

## **EXHIBIT 3**

Traffic Control Checklist                    Satisfactory  Unsatisfactory  Non-applicable

Signs                                        [ S ]          [ U ]          [ N ]

- Are the signs correctly installed?
- Signs are in place according to TTC Plans.  Signs are plumb and level. Signs are at the proper height.
- Are the signs visible and readable to the public both daytime and nighttime?
- Is retroreflectivity good?
- Are signs not in use including PCMS properly stored?

TTC Devices                                  [ S ]          [ U ]          [ N ]

- Are they MASH/NHCRP 350 approved?  Do they meet MUTCD and Special Provision 150 requirements?
- Are they installed according to manufacture recommendation?
- Are they in acceptable/marginal condition? Are they stable? Is the retroreflectivity good?

Clear Zone                                   [ S ]          [ U ]          [ N ]

- Are all material and equipment stored beyond the clear zone?
- If stored in clear zone, are they protected by positive barrier?
- Are drop-offs marked and healed according to Special Provision 150?

Positive Barriers                            [ S ]          [ U ]          [ N ]

- Are the barriers in acceptable/marginal condition and FHWA approved?
- Are the barrier reflectors proper and in good condition?
- Do the barriers extend to the proper advancement length?  Are the tapers according to GA Standards?

Attenuators and Guardrails                   [ S ]          [ U ]          [ N ]

- Are the proper attenuator assemblies in use?
- Gating - Is the recovery area free of debris and provide the necessary recovery area?
- Is the assembly in accordance with manufacture's recommendation?
- Are the guardrails properly anchored and/or attached to the barrier?
- Are shoes and transition sections in accordance with Standards?

Pavement Markings                            [ S ]          [ U ]          [ N ]

- Are the pavement makings visible and legible?
- Can they be seen during the daytime and nighttime?
- Are there no conflicting pavement markings?
- Are the pavement markings including RPM installed and maintained according to section 150?

Page 2 of 2 (TC-1)

EXHIBIT 3

The Engineer will periodically review the Work for compliance with the requirements of the TTC plan.

On projects where traffic control duties will not require full time WTCS supervision, the Engineer may allow the Contractor's Project superintendent, foreman, subcontractor, or other designated personnel to serve as the WTCS as long as satisfactory results are obtained. Nevertheless, the individual shall meet the requirements and perform the duties of a WTCS.

**B. Sequence of Operations**

Any Sequence of Operations provided in this Contract in conjunction with any staging details which may be shown in the Plans, is a suggested sequence for performing the Work. It is intended as a general staging plan for the orderly execution of the Work while minimizing the impact on pedestrian facilities, mainline, cross-streets and side streets. The Contractor shall develop detailed staging and temporary traffic control plans for performing specific areas of the Work including but not limited to all traffic shifts, detours, bridge widenings, paces, or other activities that disrupt traffic or pedestrian flow. The Engineer may require detailed staging and TTC Plans for lane closures or disruption to pedestrian facilities. These Plans shall be submitted for approval at least two (2) weeks prior to the scheduled date of the activity.  Activities that have not been approved at least seven (7) days prior to the scheduled date shall be rescheduled.

Where traffic is permitted through the work area under stage construction, the Contractor may choose to construct, at no additional expense to the Department, temporary on-site bypasses or detours in order to expedite the Work.  Plans for such temporary bypasses or detours shall be submitted to the Engineer for review and approval thirty (30) calendar days prior to the proposed construction. Such bypasses or detours shall be removed promptly when in the opinion of the Engineer; they are no longer necessary for the satisfactory progress of the Work.  Bypasses and detours shall meet the minimum requirements of Subsection 150.3.01.E.

As an option to the Sequence of Operations in the Contract, the Contractor may submit an alternative Sequence of Operations for review and approval. Alternate Sequence of Operations for pedestrian facilities shall be in compliance with the MUTCD and ADA. Pedestrian needs identified in the preconstruction phase shall be included in the proposed alternate plan.

The Department will not pay, or in any way, reimburse the Contractor for claims arising from the Contractor's inability to perform the Work in accordance with the Sequence of Operations provided in the Contract or from an approved Contractor alternate.

The Contractor shall secure the Engineer's approval of the Contractor's proposed plan of operation, sequence of work and methods of providing for the safe passage of vehicular and pedestrian traffic before it is placed in operation. The proposed plan of operation shall supplement the approved traffic control plan. Any major changes to the approved TTC plan, proposed by the Contractor, shall be submitted to the Department for approval.

Some additional traffic control details will be required prior to any major shifts or changes in traffic. The traffic control details shall include, but not be limited to, the following:

1.   A detailed drawing showing traffic locations and lanes for each step of the change.

2.   The location, size, and message of all signs required by the MUTCD, Plan, Special Provisions, and other signs as required to fit conditions. Any portable changeable message signs used shall be included in the details.

3.   The method to be used in, and the limits of, the obliteration of conflicting lines and markings.

4.   Type, location, and extent of new lines and markings.

5.   Horizontal and vertical alignment and superelevation rates for detours, including cross-section and profile grades along each edge of existing pavement.

6.   Drainage details for temporary and permanent alignments.

7.   Location, length, and/or spacing of channelization and protective devices (temporary barrier, guardrail, barricades, etc.)

8.   Starting time, duration and date of planned change.

**EXHIBIT 3**

9. For each traffic shift, a paving plan, erection plan, or work site plan, as appropriate, detailing workforce, materials, and equipment necessary to accomplish the proposed Work. This will be the minimum resource allocation required in order to start the Work.

The above details shall be submitted to the Engineer for approval at least fourteen (14) days prior to the anticipated traffic shift. Submission should be made electronically in a portable document format (pdf). The Contractor shall have traffic control details for a traffic shift which has been approved by the Engineer prior to commencement of the physical shift. All preparatory work relative to the traffic shift, which does not interfere with traffic, shall be accomplished prior to the designated starting time. The Engineer and the Contractor's representative will verify that all conditions have been met prior to the Contractor obtaining materials for the actual traffic shift.

## C. Pedestrian Considerations

All existing pedestrian facilities, including access to transit stops, shall be maintained. Where pedestrian routes are closed, alternate routes shall be provided. Closures of existing, interim and final pedestrian facilities shall have the prior written approval of the Engineer. When existing pedestrian facilities are disrupted, closed or relocated in a TTC zone, the temporary facilities shall be detectable and shall include accessibility features consistent with the features present in the existing pedestrian facility. Pedestrian facilities are considered improvements and provisions made to accommodate or encourage walking. Whenever a sidewalk is to be closed, the Engineer shall notify the maintaining agency two (2) weeks prior to the closure. Prior to closure, detectable barriers (that are detectable by a person with a visual disability traveling with the aid of a long cane), as described by the MUTCD, shall be placed across the full width of the closed sidewalk. Barriers and channelizing devices used along a temporary pedestrian route shall be in compliance with the MUTCD.

Temporary Traffic Control devices used to delineate a Temporary Traffic Control Zone Pedestrian Walkway shall be in compliance with Subsection 150.3.01.A. Appropriate signs as described in the MUTCD shall be maintained to allow safe passage of pedestrian traffic or to advise pedestrians of walkway closures (Refer to MUTCD Figures TA-28 and TA-29 for guidance). Advance closure signing should be placed at intersections rather than midblock locations so that pedestrians are not confronted with midblock work sites that will induce them to attempt skirting the work site or making a midblock crossing. Temporary Traffic Control devices and construction material shall not intrude into the usable width of the pedestrian walkway. Signs and other devices shall be placed such that they do not narrow or restrict any pedestrian passage to less than forty-eight inches (≥ 48").

### 1. Pedestrian Signage

A pedestrian walkway shall not be severed or relocated for non-construction activities, such as parking for construction vehicles and equipment. Movement by construction vehicles and equipment across designated pedestrian walkways should be minimized. When necessary, construction activities shall be controlled by flaggers. Pedestrian walkways shall be kept free of mud, loose gravel or other debris.

When temporary covered walkways are used, they shall be lighted during nighttime hours. When temporary traffic barrier is used to separate pedestrian and vehicular traffic, the temporary barrier shall meet NCHRP-350 Test Level Three. The barrier ends shall be protected in accordance with Georgia Standard 4960. Curbing shall not be used as a substitute for temporary traffic barriers when temporary traffic barriers are required. Tape, rope or plastic chain strung between temporary traffic control devices are not considered as detectable and shall not be used as a control for pedestrian movements.

The WTCS shall inspect the activity area daily to ensure that effective pedestrian TTC is being maintained. The inspection of TTC for pedestrian traffic shall be included as part of the TC-1 report.

### 2. Temporary Pedestrian Facilities

Temporary pedestrian facilities shall be detectable and include accessibility features consistent with the features present in the existing pedestrian facility. The geometry, alignment and construction of the facility should meet the applicable requirements of the "Americans with Disabilities Act Accessibility Guidelines for Buildings and Facilities (ADAAG)".

#### a. Temporary Walkways with Detectable Edging

A smooth, continuous hard surface (firm, stable and slip resistant) shall be provided throughout the entire length of the temporary pedestrian facility. Compacted soils, sand, crushed stone or asphaltic pavement millings shall not be used as a surface course for walkways.

Temporary walkways shall include detectable edging as defined in the MUTCD. When temporary traffic

## EXHIBIT 3

barrier is included as a pay item in the Contract and where locations identified on the Plans for positive protection will also allow them to serve as pedestrian detectable edging, payment will be made for the temporary traffic barrier in accordance with Section 620. No payment will be made for temporary walkways with Detectable Edging where existing pavements or existing edging (that meets the requirements of MUTCD) are utilized as temporary walkways. Payment for temporary detectable edging, including approved barriers and channelizing devices, installed on existing pavements shall be included in Traffic Control-Lump Sum.

Regardless of the materials used, temporary walkways shall be constructed with sufficient thickness and durability to withstand the intended use for the duration of the construction project. If concrete or asphalt is used as the surface course for the walkway, it shall be a minimum of one and one-half inches (≥ 1-1/2") thick. Temporary walkways constructed across unimproved streets and drives shall be a minimum thickness of four inches (≥ 4") for concrete and three inches (≥ 3") for asphalt. Joints formed in concrete sidewalks shall be in accordance with Section 441 Concrete surfaces shall have a broom finish.

If plywood is used as a walkway, it must be a minimum of three quarters of an inch (≥ 3/4") thick, pressure treated and supported with pressure treated longitudinal joists spaced a maximum of sixteen inches (≤ 16") on center. The plywood shall be secured to the joist with galvanized nails or galvanized deck screws. Nails and screws shall be countersunk to prevent snagging or tripping the pedestrians. A slip resistant friction course shall be applied to any plywood surface that is used as a walkway. Any slip resistant material used shall have the prior written approval of the Engineer.

The Contractor may propose alternate types of Temporary Walkways provided that the Contractor can document that the proposed walkway meets the requirements of the "Americans with Disabilities Act Accessibility Guidelines for Buildings and Facilities (ADAAG)". Alternate types of Temporary Walkways shall have the prior written approval of the Engineer.

Temporary walkways shall be constructed and maintained so there are no abrupt changes in grade or terrain that could cause a tripping hazard or could be a barrier to wheelchair use. The Contractor shall construct and maintain the walkway to ensure that joints in the walkway have a vertical difference in elevation of no more than one quarter (≤ 1/4") of an inch and that the horizontal joints have gaps no greater than one half (≤ 1/2") of an inch. The grade of the temporary walkway should parallel the grade of the existing walkway or roadway and the cross slope should be no greater than two percent (≤ 2%). A width of sixty inches (60"), if practical, should be provided throughout the entire length of any temporary walkway. The temporary walkway shall be a minimum width of forty eight inches (48"). When it is not possible to maintain a minimum width of sixty inches (60") throughout the entire length of temporary walkway, a sixty inch (60") by sixty inch (60") passing space should be provided at least every two hundred feet (200 ft.), to allow individuals in wheelchairs to pass.

Temporary walkways shall be constructed on firm subgrade. Compact the subgrade according to Section 209. Furnish and install any needed temporary pipes prior to constructing any walkway to ensure positive drainage away from or beneath the temporary walkway. Once the walkway is no longer required, remove any temporary materials and restore the area to the original conditions or as shown in the Plans.

**b.** Temporary Curb Cut Wheelchair Ramps

Temporary curb cut wheelchair ramps shall be constructed in accordance with Section 441 and Construction Detail A-3 Curb Cut (Wheelchair) Ramps Concrete Sidewalk Details. Ramps shall also include a detectable warning surface in accordance with Construction Detail A-4 Detectable Warning Surface Truncated Dome Size, Spacing and Alignment Requirements. Other types of material for the construction of the temporary curb cut wheelchair ramps, including the detectable warning surface, may be used provided the Contractor can provide documentation that the material to be used meets the requirements of the "Americans with Disabilities Act Accessibility Guidelines for Buildings and Facilities (ADAAG)". When a wheelchair ramp is no longer required, remove the temporary materials and restore the area to existing conditions or as shown in the Plans. For the items required to restore the area to original conditions or as shown in the Plans, measures for payment shall be covered by Contract pay items. If pay items are not included in the Contract, then payment for these items shall be included in Traffic Control-Lump Sum.

**c.** Temporary Audible Information Device

Temporary audible information devices, when shown in the Plans, shall be installed in compliance with

**EXHIBIT 3**

the "Americans with Disabilities Act Accessibility Guidelines for Buildings and Facilities (ADAAG)". The devices shall be installed in accordance with the manufacturer's recommendations. Prior to installation, the Contractor shall provide the Engineer with a set of manufacturer's drawings detailing the proper installation procedures for each device. When no longer required, the devices shall remain the property of the Contractor.

## 150.2 Materials and Traffic Control Devices

### 150.2.1   Traffic Control Devices

**A.   NCHRP 350 and MASH**

All devices shall be certified in accordance with the Manual for Assessing Safety Hardware (MASH) Test Level 3 and/or the National Cooperative Highway Research Program (NCHRP) 350 Test Level 3 as applicable unless modified by this Special Provision. In addition, temporary work zone devices, including portable barriers, manufactured after December 31, 2019, must have been successfully tested under 2016 edition of MASH requirements. Such devices manufactured on or before this date, and successfully tested under either NCHRP Report 350 or the 2009 edition of MASH, may continue to be used throughout their normal service lives.

**B.   Approval**

All traffic control devices with applicable Qualified Products List (QPL) categories shall come from the appropriate QPL list. Products not on the QPL may be used with an approval letter from the Georgia Department of Transportation Office of Materials and Testing. If there is no applicable QPL, the Contractor shall provide proof of MASH/NCHRP 350 certification. The proof may be a letter or written statement from the manufacturer that the product is MASH/NCHRP 350 approved.  Decal certifications are not proof of certification and are not required.

**C.   Quality Guidelines for All Temporary Traffic Devices**

All traffic control devices found to be unacceptable in accordance with the current ATSSA, "Quality Guidelines for Temporary Traffic Devices and Features" regardless of total numbers shall be replaced within  twenty-four (24) hours unless stated otherwise in the Specifications, in the Contract, or as directed by the Engineer.

### 150.2.2   Retroreflectivity Requirements

**A.   Signs**

Reflective sheeting shall meet the requirements of Section 913 and QPL-29

All construction warning signs (black on fluorescent orange) shall meet the minimum reflectivity and color requirements of ASTM D4956 Type XI regardless of the mounting height. All other signs reflectorization shall be in accordance with the Plans, Contract, and "GDOT Signing and Marking Design Guidelines".

**EXHIBIT 3**

**B.  Channelization Devices**

Reflective sheeting shall meet the requirements of Section 913 and QPL-29

All channelization devices (white/ fluorescent orange and white/red) shall meet the minimum retroreflectivity requirements of ASTM D4956 Type VI.

## 150.2.3   Arrow Panels

Arrow panels shall meet the requirements for MUTCD (6F.61) and QPL-79.

Portable sequential arrow, sequential chevron, or flashing arrow panels shall be a minimum size of forty-eight inches (48") high by ninety-six inches (96") wide with not less than fifteen (15) lamps used for the arrow. The arrow shall occupy virtually the entire size of the arrow panel and shall have a minimum legibility distance of one (1) mile. The minimum legibility distance is the distance at which the arrow panel can be comprehended by an observer on a sunny day, or clear night.  Arrow panels shall be equipped with automatic dimming features for use during hours of darkness. The arrow panels shall also meet the requirements for a Type C panel as shown in the MUTCD (6F.61). The sequential or flashing arrow panels shall not be used for lane closure on two-lane, two-way highways when traffic is restricted to one-lane operations in which case, appropriate signing, flaggers and when required, pilot vehicles will be deemed sufficient.

The arrow panels shall be placed on the shoulder at or near the point where the lane closing transition begins. The panels shall be mounted on a vehicle, trailer, or other suitable support. Vehicle mounted panels shall be provided with remote controls. Minimum mounting height shall be seven feet (7') above the roadway to the bottom of the panel, except on vehicle mounted panels which should be as high as practical.

For emergency situations, arrow display panels that meet the MUTCD requirements for Type A or Type B panels may be used until Type C panels can be located and placed at the site. The use of Type A and Type B panels shall be held to the minimum length of time possible before having the Type C panel(s) in operation. The Engineer shall determine when conditions and circumstances are considered to be emergencies. The Contractor shall notify the Engineer, in writing, when any non-specification arrow display panel(s) is being used in the Work.

## 150.2.4   Channelization Devices

**A.  General**

Channelization shall clearly delineate the travel way through the work zone and alert drivers and pedestrians to conditions created by work activities in or near the travel way. Channelization shall be in accordance with the Plans, Specifications, MUTCD, QPL-34, and the following requirements.

**B.  Drums**

**1.**  Design

Drums shall meet the minimum requirement of the MUTCD ( 6F.67). Drums shall have six inch (6") wide stripes – white/fluorescent orange.

**2.**  Application

Drums shall be used as the required channelizing device to delineate the full length of a lane closure, shift, or encroachment, except as modified by this Subsection.

**3.**  Longitudinal Channelization

Drums shall be spaced as listed below for various roadside work conditions except as modified by Subsection 150.3.11.  Spacing shall be used for situations meeting any of the conditions listed as follows:

**a.**  FORTY FOOT (40') SPACING MAXIMUM

- For difference in elevation exceeding two inches (> 2").
- For healed sections no steeper than 4:1 as shown in Subsection 150.3.11, Detail 150-H..

# EXHIBIT 3

   **b.** EIGHTY FOOT (80') SPACING MAXIMUM

- For difference in elevation of two inches (≤ 2") or less.

- Flush areas where equipment or workers are within ten feet (≤ 10') of the travel lane.

   **c.** 200 FOOT SPACING MAXIMUM: Where equipment or workers are more than ten feet (> 10') from travel lane.  Lateral offset clearance to be four feet (4') from the travel lane.

- For paved areas, eight feet (> 8') or greater in width that are paved flush with a standard width travel lane.

- For disturbed shoulder areas not completed to typical section that are flush to the travel lane and considered a usable shoulder.

**4.** Removal of Drums

Drums may be removed after shoulders are completed to typical section and grassed. Guardrail and other safety devices shall be installed and appropriate signs advising of conditions such as soft or low shoulder shall be posted before the drums are removed.

**C.  Vertical Panels**

**1.** Design

All vertical panels shall meet the minimum requirements of the MUTCD (6F.66). All vertical panels shall have a minimum of 270 square inches of retroreflective area facing the traffic and be a minimum of thirty-six inches (≥ 36") high. The vertical panels shall be in addition a minimum eight inches (≥ 8") wide with a stripe width of six inches (6") – white/fluorescent orange.

**2.** Application

Vertical panels with retroreflectivity less than Type VI can only be used when traffic drums reduce the travel lane to less than ten feet (≤ 10'); vertical panels shall be used to restore the travel lane to ten feet (≥ 10') or greater. No other application of vertical panels with retroreflectivity less than type VI will be permitted.

Vertical panels with a minimum type VI retroreflectivity and six inch (6") stripe may be used for longitudinal channelization in the activity zone where work takes place for short-term stationary lane closures and intermediate-term stationary lane closures. They can be used for lane closures lasting three (3) days and with Engineer approval up to seven (7) days. They shall not be used in the transition zone including the tapers and the tangent lengths between tapers.

**D.  Cones**

**1.** Design:

All cones shall be a minimum of twenty-eight inches (≥ 28") in height regardless of application and shall meet the requirements of the MUTCD (6F.64).

Retroreflectivity may be deleted from all cones.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

   2.   Application

On interstates, cones shall be prohibited. On all other routes, cones may only be used for longitudinal channelization in the activity zone where work takes place for short-term stationary lane closures. They shall not be used in the transition zone including the tapers and the tangent lengths between tapers. The use of cones for nighttime work will not be permitted. Cones shall not be stored or allowed to be visible on the worksite during nighttime.

Cones may be used for daytime flagging operations including tapers at flagging stations.

**E.  Barricades**

   1.   Design

Type 3 barricades shall meet the minimum requirements of the MUTCD (6F.68). The Contractor has the option of choosing Type 3 barricades from the QPL-34 or the Contractor may utilize generic barricades that are approved by the Federal Highway Administration (FHWA). When barricades have been specifically crash tested with signs attached, the Contractor has the responsibility to attach the signs as per the manufacturer's recommendations to ensure crashworthiness. If the barricades were not tested with the signs, crashworthy compliance may require that rigid signs be mounted separate from the Type 3 barricade.

The use of Type 1 and Type 2 barricades will not be permitted.

   2.   Application

Type 3 barricades shall be placed as required by the Plans, the Standards, and as directed by the Engineer.

When a barricade is placed so that it is subject to side impact from a vehicle, a drum shall be placed at the side of the barricade to add target value to the barricade.

**F.  Warning Lights**

   1.   Design

All warning lights shall meet the requirements of the MUTCD (6F.83).

   2.   Application:

   a.   Type A low-intensity flashing lights shall be used as shown in the Plans, the Standards, and as directed by the Engineer.

   b.   Type C Steady-Burn lights shall be used as shown in the Plans, the Standards, and as directed by the Engineer.

## 150.2.5   Flashing Beacon

The flashing beacon assembly, when specified, shall be used in conjunction with construction warning signs, regulatory, or guide signs to inform traffic of special road conditions which require additional driver attention. The flashing beacon assembly shall be installed in accordance with the requirements of Section 647.

## 150.2.6   Guardrail

Guardrail shall comply with Section 641 Guardrail and the guardrail standards.

When the removal and installation of guardrail is required, as a part of the Work, the following time restrictions shall apply unless modified by the special conditions:

From the time that the existing guardrail or temporary positive barrier protection is removed, the Contractor has fourteen (14) days to install the new guardrail and anchors. During the interim, the location without guardrail shall be protected with drums placed at a maximum spacing of twenty feet (20'). The guardrail blunt end is to be treated as a fixed object and shall be protected.  The maximum length of rail that can be removed at any time without being replaced with positive barrier protection is a total of 2000 linear feet of existing rail or the total length of one run   of

## EXHIBIT 3

existing rail, whichever is less. Based on existing field conditions, the Engineer may review the Work and require that the guardrail be installed earlier than the maximum time allowed.

The Contractor shall install new guardrail, such that traffic exposure to fixed objects is minimized. Within the same workday, temporary attenuators, as defined in Subsection 150.2.10, should be installed on the approach to fixed objects that can't be protected with guardrail. Truck mounted attenuators may be used to shield exposed fixed objects for periods not to exceed fourteen (14) days. No separate payment will be made for truck mounted attenuators, attenuators, or other methods unless provided for in the Contract.

When the roadway is open to traffic, guardrail panels shall be lapped to comply with the directional flow of traffic. Should the staging of the Work require that the lap of the guardrail be changed, this Work shall be completed before the roadway is opened to traffic. The Work to change the lap of any guardrail shall be included in Traffic Control-Lump Sum.

The laps on anchors shall be in accordance with the manufacturer's recommendations and installation instructions. As a result, a trailing anchor may be lapped opposing the flow of traffic.

Failure to comply with the above time and quantity restrictions shall be considered as non-compliance under Subsection 150.7.01.

## 150.2.7   Interim Signs

### A.  Posts

Permanent mounting height to the bottom of sign shall be seven (7) feet to eight (8) feet measured vertically from the bottom of the sign to the elevation of the near edge of the pavement or from the walkway. Posts for all interim signs should be square tubular post meeting the requirements of Section 911, QPL-35, and Construction Detail T-3A (Type 7, 8, and 9 Square Tube Post Installation Detail). Ground mounted sign(s) that are 48" wide or greater shall be mounted on two posts. For barrier mounted sign, single post mount is allowed. The post(s) shall not extend beyond the top of the sign(s).  The sign(s) shall be substantially plumbed and leveled.

Unprotected interim posts shall be spliced as shown in Detail 150-A, unless full length unspliced posts are used. Unprotected post splices will not be permitted any higher than four inches above the ground line to lessen the possibility of affecting the undercarriage of a vehicle. Installation of posts may require establishment of openings in existing pavements, islands, shoulders, etc.

**EXHIBIT 3**



DETAIL 150-A

**B. Sign Blanks and Panels**

All TTC sign blanks and panels should conform to <u>Section 912</u> of the Specifications. Alternative sign blank materials (composites, polycarbonates, fiberglass reinforced plastics, recycled plastics, etc.) shall have a letter of approval from the Office of Materials and Testing for use as interim construction signs before these materials are allowed to be incorporated into the Work, unless these rigid sign blanks are currently approved as a crashworthy sign blank material under <u>QPL-34</u>.

Unless specified elsewhere in the Contract, Specifications, Plans, and/or directed by the Engineer, sign sizes are according to the following:

**1.** All construction signs sizes shall follow the dimensions provided in the MUTCD Table 6F-1 "Temporary Traffic Control Zone Sign and Plaque Sizes" under the column for "Freeway or Expressway".

**2.** For all other signs used just for staging, the sign sizes shall follow the dimensions provided in the MUTCD Table 2B-1 "Regulatory Sign and Plaque Sizes" for the largest size.

**3.** Permanent signs used for staging shall be according to Plans.

Plywood blanks or panels will not be permitted.

The use of flexible signs will not be permitted.

For utility work not included in the Contract, the utility Contractor may use flexible signs within the project limits.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

### 150.2.8   Pavement Markings

All temporary traffic striping shall conform to the applicable requirements of Section 652, Section 653, Section 657, Section 658, Section 659, and QPL-46.

**A.   All Traffic Striping for 45 Days or Less (≤45 Days)**

All traffic striping that will be in place for 45 days or less shall be 4 inches or greater in width.

**B.   All Temporary Striping Beyond 45 days (>45 Days)**

All traffic striping applied on intermediate surfaces shall be a minimum 5 inches in width or as shown on the Plans. On final surfaces when temporary striping will be overlaid or eradicated, the temporary striping shall be a minimum 5 inches in width.

**C.   All Temporary Traffic Striping on Final Surface**

All temporary traffic striping applied to final surfaces which will not be overlaid or grinded may be 4 inches in width or as shown on the Plans.

### 150.2.9   Portable Changeable Message Signs

When specified, a portable changeable message sign (PCMS) shall meet the minimum requirements of Section 632, MUTCD (6F.60) and be on QPL-82. The maximum amount of messages allowed to be flashed on one PCMS is two phases (flashes). The language and the timing of the messages shall comply with the MUTCD and Section 632. When used as an advanced device, the PCMS should typically be placed ahead of the construction activities. If the PCMS is used as a substitute for another device, then the requirements for the other device apply.

Any PCMS in use, which is not protected by positive barrier protection, shall be delineated by a minimum of three drums that meet the requirement of Subsection 150.2.04.B. The drum spacing shall not exceed a maximum of ten (10') feet as shown in Detail 150-B. When the PCMS is within twenty (20') feet of the opposing traffic flow, the trailing end of the PCMS shall be delineated with a minimum of three drums spaced in the same manner as the approach side of the PCMS.

# EXHIBIT 3



When not in use, the PCMS shall be removed from the roadway, unless protected by positive barrier protection. If the PCMS is protected by positive barrier protection, the sign panel shall be turned away from traffic when not in use.

### 150.2.10 Portable Impact Attenuators

This work consists of the furnishing (including spare parts), installation, maintenance, relocation, reuse as required, and removal of Portable Impact Attenuator Units/Arrays.

Portable Impact Attenuator Unit/Arrays installation shall conform to the requirements of Section 648, Manufacturer's recommendations and "(Georgia Standard 4960 "Temporary Barrier (End Treatment Options)" and shall be installed at locations designated by the Engineer, and/or as shown on the Plans. When gating attenuators are used, the Contractor shall maintain the appropriate recovery area in accordance with the manufacturers' recommendations.

Generic sand/water loaded modules are prohibited. Manufacturers' sand/water loaded modules with specific arrays that have been NCHRP 350/MASH approved can be used in appropriate locations.

The test level of protection provided shall equal or exceed the speed limit. Test level 3 shall be used for forty-five (45) mph or above.

### 150.2.11 Portable Temporary Traffic Control Signals

The use of Portable Temporary Traffic Control Signals shall meet the following minimum requirements:

Only two-lane, two-way roadways will be allowed to utilize Portable Temporary Traffic Control Signals.

All portable traffic control signals shall meet the physical display and operational requirements of conventional traffic signals described in the MUTCD.

Each signal face shall have at least three lenses. The lenses shall be red, yellow, and green in color and shall give

**EXHIBIT 3**

a circular type of indication. All lenses shall be twelve (12") inches nominal in diameter. A minimum of two signal faces shall face each direction of traffic.  A minimum of one signal head shall be suspended over the roadway travel lane in a manner that will allow the bottom of the signal head housing to be not less than seventeen (17') feet above and not more than nineteen (19') feet above the pavement grade at the center of the travel lane.  The second signal head may be located over the travel lane with the same height requirements or the second signal head may be located on the shoulder. When the signal head is located on the shoulder, the bottom of the signal head housing shall be at least eight (8') feet but not more than (15') feet above the pavement grade at the center of highway.

Advance warning signage and appropriate pavement markings shall be installed as part of the temporary signal operation.

The signals shall be operated in a manner consistent with traffic requirements. The signals may be operated in timed-mode or in a vehicle-actuated mode. The signals shall be interconnected in a manner to ensure that conflicting movements cannot occur.  To ensure that the appropriate operating pattern, including timing is displayed to the traveling public, regular inspections, including the use of accurate timing devices shall be made by the WTCS. If, at any time, any part of the system fails to operate within these requirements then the use of the signal shall be suspended, and the appropriate flagging operation shall begin immediately.

The (WTCS) shall continuously monitor the portable traffic control signal to ensure compliance with the requirements for maintenance under the MUTCD. The signal shall be maintained in a manner consistent with the intention of the MUTCD, with emphasis on cleaning of the optical system. Timing changes shall be made only by the WTCS. The WTCS shall keep a written record of all timing changes.

The portable temporary traffic signal shall have two power sources and shall be capable of running for seven calendar days continuously.

The Contractor shall have an alternate temporary traffic control plan in the event of failure of the signal.

## 150.2.12 Raised Pavement Markers

Raised pavement markers (RPMs) shall meet the requirements of Section 654 and QPL-76 .

## 150.2.13 Rumble Strips

Rumble strips incorporated into the Work shall meet the requirements of Section 429 and the MUTCD. Existing rumble strips that are positioned in the traveled way to warn traffic of a stop condition shall be reinstalled prior to opening to traffic. Based on the following requirements:

Intermediate surfaces that will be in use for more than forty-five (45) calendar days shall have rumble strips reinstalled on the traveled way in the area of a stop condition. Non-refundable deductions in accordance with Subsection 150.7.01 will be assessed for any intermediate surface in place for greater than 45 days without rumble strips.

Rumble strips shall be installed on the final surface within fourteen (14) calendar days of the placement of the final surface in the area of the stop condition.  Failure to install within fourteen (14) calendar days will result in assessment of non-refundable deductions in accordance with Subsection150.7.01.

Prior to the removal of any rumble strips located in the travel lane, stop ahead (W3-1) warning signs shall be double indicated ahead of the stop condition. These warning signs shall be a minimum of 48 inches by 48 inches. These warning signs shall remain in place until the rumble strips have been reinstalled on the traveled way. Any existing warning signs for the stop ahead condition shall be removed or covered while the 48" X 48" (W3-1) signs are in place. When the rumble strips have been reinstalled, these warning signs should be promptly removed and any existing signage placed back in service.

## 150.2.14 Temporary Barriers

A.  **Design:**

Temporary barriers shall meet the requirements of Sections 620. The lengths of advancement should be in accordance with Georgia Standard 4000W "Lengths of Advancement, Clear    Zone Distances, and Fill Height

## EXHIBIT 3

Embankment". The approach end of the taper should have 10:1 or flatter ground slope. Temporary barriers shall not be used as a channelization device.  Their use is in accordance with MUTCD (6F.85).

**B.  Application:**

Temporary barriers shall be placed as required by the Plans, Standards, and as directed by the Engineer.  When Temporary barrier is located twenty feet (≤ 20') or less from a travel lane, yellow reflectors shall be fixed to the top of the barrier at intervals not greater than forty feet (≤ 40') in the longitudinal section and twenty feet (20') in the taper section and shall be mounted approximately two inches (2") above the barrier. If both lanes of a two-lane two-way roadway are within twenty feet (≤ 20') or less of the barrier then the reflectors shall be installed for both directions of traffic.

The reflectors shall be one hundred (100) square inches (ASTM Type VII or VIII/ Type XI) reflective sheeting mounted on flat-sheet blanks. The reflectors shall be mounted approximately two inches above the top of the barrier. The reflectors shall be attached to the barrier with adhesive or by a drilled-in anchor type device. The reflectors shall not be attached to a post or board that is placed between the gaps in the barrier sections.

Approach end of Temporary barrier shall be protected according to Georgia Standard 4960 "Temporary Barrier (End Treatment Options)" or by a portable impact attenuator.

On interstates or other controlled access highways where lane shifts or crossovers cause opposing traffic to be separated by less than forty feet (<40'), portable barrier should be used as a separator.

## 150.2.15 Temporary Guardrail Anchorage- Type 12

This work consists of the furnishing, installation, maintenance and removal of Temporary Guardrail Anchorage- Type 12 used for Portable Barrier or temporary guardrail end treatment.  Materials used in the Temporary Guardrail Anchorage- Type 12 shall meet the requirements of Section 641 of the Specifications and current Georgia Standards and may be new or used. Materials salvaged from the Project, which meet the requirements of Standards, may be utilized if available.  The use of any salvaged materials will require prior approval of the Engineer.

Installation of the Temporary Guardrail Anchorage- Type 12 shall conform to the requirements of the Plans, current Georgia Standards and Section 641 of the Specifications. Installation shall also include sufficient additional guardrail and appurtenances to effect the transition and connection to Temporary Concrete Barrier as required by the details in Georgia Standard 4960 "Temporary Barrier (End Treatment Options)".

## 150.2.16 Temporary Traffic Signals

Temporary traffic signals shall meet the requirements of Section 647 and the MUTCD.

**EXHIBIT 3**

## 150.3 Construction Requirements

### 150.3.1   General

#### A.  Implementation Requirements

No work shall be started on any project phase until the appropriate traffic control devices have been placed in accordance with the Project requirements. Changes to traffic flow shall not commence unless all labor, materials, and equipment necessary to make the changes are available on the Project.

When any shift or change is made to the location of traffic or to the flow patterns of traffic, including pedestrian traffic, the permanent safety features shall be installed and fully operational before making the change. If staging or site conditions prevent the installation of permanent features, then the equivalent interim devices shall be utilized. This work shall also include any necessary removal and reinstallation of guardrail panels to achieve the required panel lap to accommodate the appropriate shift and traffic flow including the final traffic flow configuration. The cost of performing this work shall be included in Traffic Control-Lump Sum.

Any section of the Work that is on a new location shall have all permanent safety features installed and fully operational before the Work is opened to traffic.  Safety features shall include, but are not limited to the following items:

Guardrails including anchors and delineation with properly lapped panels
1)   Cable Barrier
2)  Impact attenuators
3)  Traffic signals
4)  Warning devices
5)  Pavement markings including words, symbols, stop bars, and crosswalks
6)  Roadway signs including regulatory, warning, and guide

Outdoor lighting shall be considered as a safety feature for welcome centers, rest areas, and weigh station projects. For typical roadway type projects, new street lighting is not considered a safety feature, unless specifically noted in the Plans or in the special conditions.

#### B.  Maintenance of Traffic Control Devices

Traffic control devices shall be in acceptable condition when first erected on the Project and shall be maintained in accordance with Section 104 throughout the construction period. All unacceptable traffic control devices shall be replaced within twenty-four (24) hours. When not in use, all traffic control devices shall be removed, placed or covered so as not to be visible to traffic.  All construction warning signs shall be removed within seven (7) calendar days after time charges are stopped or pay items are complete. If traffic control devices are left in place for more than ten (10) calendar days after completion of the Work, the Department shall have the right to remove such devices, claim possession thereof, and deduct the cost of such removal from any monies due, or which may become due, from the Contractor.

#### C.  Traffic Interruption Restrictions

The Department reserves the right to restrict construction operations when, in the opinion of the Engineer, the continuance of the Work would seriously hinder traffic flow, be needlessly disruptive or unnecessarily inconvenience the traveling public. The Contractor shall suspend and/or reschedule any work when the Engineer deems that conditions are unfavorable for continuing the Work.

Advanced notification requirements to the Contractor to suspend work will be according to the events and the time restrictions outlined below:

Incident management - No advanced notice required

Threatening/Inclement weather - twenty-four (24) hours

Holiday, sporting events, unfavorable conditions - Three (3) calendar days

If the Work is suspended, the Contractor may submit a request for additional Contract time as allowed    under

## EXHIBIT 3

Section 108. The Department will review the request and may grant additional Contract time as justified by the impact to the Contractor's schedule. Compensation for loss of productivity, rescheduling of crews, rental of equipment or delays to the Contractor's schedule will not be considered for payment. Additional Contract time will be the only consideration granted to the Contractor.

**D. Work Zone Restrictions**

**1.** Interstate

The Contractor should not simultaneously perform work on both the inside shoulder and outside shoulder on either direction of traffic flow when the Work is within 12 feet of the travel-way. Shoulders can be alternated if areas are separated by at least one-half mile of distance.

**2.** Non-Interstate Divided Highways

The Contractor should not simultaneously perform work on both the inside shoulder and outside shoulder on either direction of traffic flow when the Work is within 12 feet of the travel-way. Shoulders can be alternated if areas are separated by at least one-half mile distance in rural areas or at least 500 feet of distance in urban areas.

**3.** Non-Divided Highways

**a.** The Contractor should not simultaneously perform work on opposite sides of the roadway when the Work is within 12 feet of the travel-way. Shoulders can be alternated if areas are separated by at least one-half mile of distance in rural areas or at least 500 feet of distance in urban areas.

**b.** On two-lane projects where full width sections of the existing subgrade, base or surfacing are to be removed, and new base, subgrade, or surfacing are to be constructed, the Contractor should maintain one-lane of traffic through the construction area by removing and replacing the undesirable material for half the width of the existing roadway at a time. Replacement should be made such that paving is completed to the level of the existing pavement in the adjacent lane by the end of the workday or before opening all the roadway to traffic.

**E.  Work Zone Geometric Restrictions**

There should be no reduction in the total number of available traffic lanes including turning lanes that existed prior to construction, except as specifically allowed by the Contract and as approved by the Engineer.

Travel lane Clearances: All portions of the Work should maintain the following minimum requirements:

Horizontal:  The combined dimensions of the paved shoulder and the roadway surface remaining outside   the Work Zone should be no less than sixteen feet (≥ 16') in width at any location.

Vertical: The overhead clearance should not be reduced to less than fifteen feet (≥ 15') at any location.

The restrictions above apply to all shifts, lane closures, on-site detours and off-site detours whether shown in the Contract or proposed by the Contractor. It shall be the responsibility of the Contractor to verify that these minimum requirements have been met before proceeding with any phase of the Work. Two-lane, two-way roadways may have temporary horizontal restrictions of less than sixteen feet (≥ 16') during flagging operations. The minimum horizontal clearance should be restored before the flagging operation is removed.

**EXHIBIT 3**

**F. Clear Zone**

At the end of the workday, all equipment, materials, and TTC devices not in use should be moved out of the clear zone or behind positive protection. The clear zone is defined by Georgia Standard 4000W "Lengths of Advancement, Clear Zone Distances, Fill Height Embankment". For urban roadway with curb, the minimum set back is six (6') feet from the curb face. If stored behind positive protection, proper lengths of advancement should be maintained. If stored behind guardrail the items shall be a minimum five feet (≥ 5') from the face of the guardrail and not in the recovery zone of the anchor.

The WTCS shall monitor the Work to ensure that all the rocks, boulders, construction debris, stockpiled materials, equipment, tools and other potential hazards are kept clear of the travel lane.

**G. Milled Surface Restrictions**

Unless modified by the special conditions, a milled surface on any asphaltic concrete surface shall not be allowed to remain open to traffic for a period of time that exceeds thirty (> 30) calendar days.

**H. Construction Vehicles**

The Contractor's vehicles shall travel in the direction of normal roadway traffic and shall not reverse direction except at intersections, interchanges, or approved temporary crossings. The Contractor may submit a plan requesting that construction traffic be allowed to travel in the opposite direction of normal traffic when it would be desirable to modify traffic patterns to accommodate specific construction activities.

Prior approval of the Engineer shall be obtained before any construction traffic is allowed to travel in a reverse direction. If the Contractor's submittal is approved, the construction traffic shall be separated from normal traffic by appropriate traffic control devices.

The parking of Contractor's and/or workers' personal vehicles within the work area or adjacent to traffic is prohibited. It shall be the responsibility of the WTCS to ensure that any vehicle present at the worksite is necessary for the completion of the Work.

**I. Environmental Impacts**

The Contractor shall ensure that dust, mud, and other debris from construction activities do not interfere with normal traffic operations or adjacent properties.

**J. Existing Street Lights**

Existing street lighting shall remain lighted as long as practical and until removal is approved by the Engineer.

**K. Nighttime Work Lighting**

Adequate temporary lighting shall be provided at all nighttime work sites where workers will be immediately adjacent to traffic.

**L. Removal/Reinstallation of Miscellaneous Items**

In the prosecution of the Work, if it becomes necessary to remove any existing signs, markers, guardrail, etc. not covered by specific pay item, they shall be removed, stored and reinstalled, when directed by the Engineer, to line and grade, and in the same condition as when removed.

**EXHIBIT 3**

### 150.3.2   Personnel – Worker Safety Apparel

In accordance with MUTCD (6D.03) all workers, within the right-of-way who are exposed either to traffic or to work vehicles and construction equipment within the TTC zone, shall wear high-visibility safety apparel that meets the Performance Class 2 or better.

### 150.3.3   Signage - General

#### A.   Signing Requirements of the Temporary Traffic Control (TTC) Plan

When existing regulatory, warning or guide signs are required for proper traffic and pedestrian control, the Contractor shall maintain these signs in accordance with the TTC plan. The Contractor shall review the status of all existing signs, interim signs added to the Work, and permanent sign installations that are part of the work to eliminate any conflicting or non-applicable signage in the TTC Plan. The Contractor's review of all signs in the TTC Plan shall establish compliance with the requirements of the MUTCD and Section 150. Any conflicts shall be reported to the Engineer immediately and the WTCS shall take the necessary measures to eliminate the conflict.

The Contractor shall make every effort to eliminate the use of interim signs as soon as the Work allows for the installation of permanent signs.

All existing illuminated signs shall remain lighted and be maintained by the Contractor.

Existing street name signs shall be maintained at street intersections.

Refer to section **150.2.05.B. Sign Blanks and Panels** for size and material requirements**.**

#### B.   Conflicting or Non-Applicable Signs

Any sign(s) or portions of a sign(s) that are not applicable to the TTC plan shall be covered so as not to be visible to traffic or shall be removed from the roadway when not in use. The WTCS shall review all traffic shifts and changes in the traffic patterns to ensure that all conflicting signs have been removed. The review shall confirm that the highest priority signs have been installed and that signs of lesser significance are not interfering with the visibility of the high priority signs. High priority signs include signs for road closures, shifts, detours, lane closures and curves. Any signs, such as speed zones and speed limits, passing zones, littering fines and litter pick up, that reference activities that are not applicable due to the presence of the Work shall be removed, stored and reinstalled when the Work is completed.

Failure to promptly eliminate conflicting or non-applicable signs shall be considered as non-performance under Subsection 150.7.01.

#### C.   Removal of Existing Signs and Supports

The Contractor shall not remove any existing signs and supports without prior approval from the Engineer. All existing signs and supports which are to be removed shall be stored and protected if this material will be required later in the Work as part of the TTC plan. If the signs are not to be utilized in the Work, then the signs will become the property of the Contractor unless otherwise specified in the Contract documents.

#### D.   Interim Guide, Warning and Regulatory Signs

Interim guide, warning, or regulatory signs required to direct traffic and pedestrians shall be furnished, installed, reused, and maintained by the Contractor in accordance with the MUTCD, the Plans, Special Provisions, Special Conditions, or as directed by the Engineer. These signs shall remain the property of the Contractor. When the signs are used for long-term stationary operations as defined MUTCD (6G.02), the bottom of all interim signs shall be mounted seven feet (7') to eight feet (8') above the level of the pavement edge or sidewalk. The signs offset should be six feet (6') to twelve feet (12') from the pavement edge or two feet (≥ 2') minimum for sidewalks according to MUTCD (6F-1). Special Conditions under Subsection 150.6 may modify this requirement.

Portable signs may be used when the duration of the Work is less than three (3) days or as allowed by the special conditions in Subsection 150.6.  Portable interim signs shall be mounted a minimum of one foot (≤  1')

## EXHIBIT 3

above the level of the pavement edge for directional traffic of two (2) lanes or less and at seven feet (7') for directional traffic of three (3) or more lanes according to MUTCD (6F-2). Signs shall be mounted at the height recommended by the manufacturer's crashworthy testing requirements.

All sign blanks shall be rigid whether the sign is mounted as a portable sign, on a Type III barricade or as a permanent mount height sign. Utilities and their subcontractors working in the project limits, and not included in the project Contract, may use non-rigid signs.

**E. Existing Special Guide Signs**

Existing special guide signs on the Project shall be maintained until conditions require a change in location or legend content. When change is required, existing signs shall be modified and continued in use if the required modification can be made within existing sign borders using design requirements (legend, letter size, spacing, border, etc.) equal to that of the existing signs, or of Subsection 150.3.E.2. Differing legend designs shall not be mixed in the same sign.

**1.** Special Guide Signs

Special guide signs are those expressway or freeway guide signs that are designed with message content (legend) that applies to a particular roadway location. When an existing special guide sign is in conflict with work to be performed, the Contractor shall remove the conflicting sign and reset it in a new, non-conflicting location which has been approved by the Engineer.

**2.** Interim Special Guide Signs

When it is not possible to utilize existing signs, either in place or relocated, the Contractor shall furnish, erect, maintain, modify, relocate, and remove new interim special guide signs in accordance with the Plans or as directed by the Engineer. Interim special guide signs that may be required in addition to, or a replacement for, existing expressway and freeway (interstate) signs shall be designed and fabricated in compliance with the minimum requirements for guide signing contained in Part 2E "Guide Signs – Freeway and Expressway" of the MUTCD. All interstate shields on these signs shall be 48 inches and 60 inches for two-numeral and three-numeral routes, respectively.

The road name of the exit or route shield shall be placed on the exit gore sign.

**3.** Interim Overhead Guide Sign Structures

Interim overhead special guide sign structures are not required to be lighted unless specifically required by the Plans. If lighting is required, the sign shall be lighted as soon as erected and shall remain lighted, during the hours of darkness, until the interim sign is no longer required. The Contractor shall notify the Power Company at least thirty (30) days prior to desire connection to the power source.

**4.** Permanent Special Guide Signs

The installation of new permanent special guide signs and the permanent modification or resetting of existing special guide signs, when included in the Contract, shall be accomplished as soon as practical to minimize the use of interim special guide signs. If lighting is required by the Plans, all new permanent overhead special guide signs shall be lighted as soon as erected.

# EXHIBIT 3

## F.  Stop Sign Regulated Intersections

For intersections that utilize stop sign(s) to control the flow of traffic and to restrict the movement of vehicles, the stop sign(s) shall be maintained for the duration of the Work or until such time that the stop condition is eliminated or until an interim or permanent traffic signal can be installed to provide proper traffic control. The traffic signal shall be installed and properly functioning before the removal of the existing stop sign(s) is permitted. If the existing intersection is enhanced traffic control features, such as stop lines, double indicated stop signs, oversized signs, advanced warning stop ahead signs, rumble strips on the approaches or flashing beacons located overhead or on the shoulders then these features shall be maintained for the duration of the project or until the permanent traffic control plan has been implemented.

Whenever the staging of the Work requires that the traveled way be relocated or realigned the Contractor shall reinstall all enhanced traffic control features noted above on the newly constructed sections of the Work. The cost of relocating the stop lines, stop signs, advanced warning signs, the rumble strips and the flashing beacons shall be included in the price bid for Traffic Control - Lump Sum unless individual pay items are included in the Contract for rumble strips and/or flashing beacons. When pay items are included in the Contract for rumble strips or flashing beacons then these items will be paid per each.

When staging requires the relocation or realignment of an existing stop condition, it may be necessary to consider the addition of enhanced traffic control features even though none existed at the original location. Horizontal and vertical alignment changes at a new location may have decreased or restricted sight distance or the stop condition may occur sooner than in the previous alignment.  If these conditions occur, then the Engineer and/or the WTCS should consider additional measures to enhance the motorist's awareness of the changes even though the staging plans may not address enhanced features. Stop signs should be a minimum of 36 inches for interim situations.  The use of 48 inch stop signs may be warranted under project specific conditions. Flags may be used on interim/permanent stop signs that are mounted at seven (7') feet in height for a short duration in order to direct additional attention to a new or relocated stop sign(s). Flags should not be used for durations exceeding two weeks unless unusual or site specify conditions warrant a longer period of time. The use of Type "A" flashing red light(s) attached to the stop sign(s) may be appropriate during the same period that the flags are in use to increase attention.

The use of rumble strips and/or PCMS may be considered. The use of new rumble strips, where none previously existed, shall have the prior approval of District Traffic Operations before being included as part of the temporary traffic control plan. The message(s) displayed on any PCMS shall have the prior approval of the Engineer and the message(s) shall be included as part of the TTC plan for the interim staging.

The placement of any additional interim ground mounted signs and posts or stop lines shall be considered as incidental to the price bid for Traffic Control - Lump Sum. The installation of rumble strips, flashing beacons or the use of Portable Changeable Message Signs (PCMS) shall be considered as Extra Work unless pay items are included in the Contract.

## G.  Low Shoulder Signage

1.  Low Shoulder for Construction/Reconstruction/Resurfacing Projects

"Low Shoulder" (W8-9) signs shall be erected when a difference in elevation less than four (< 4') feet from the traveled way, exceeds one inch (> 1") but does not exceed three inches (≤3") between the travel lane and any type of shoulder.

The spacing of the signs shall not exceed one (1) mile and the signs shall be placed immediately past each crossroad intersection. The "Low Shoulder" signs shall remain in place until the difference in elevation is eliminated and the shoulder has been dressed and permanently grassed for a minimum of thirty (30) calendar days. These signs shall be furnished, installed, maintained and removed by the Contractor as part of Traffic Control-Lump Sum.  These signs shall be fluorescent orange with black borders.

2.  Shoulder Drop-Off for Construction/Reconstruction/Resurfacing Project

"Shoulder Drop-Off" (W8-17) signs shall be used when a difference in elevation, less than four feet (< 4') from the traveled way, exceeds three inches (> 3") and is not protected by positive barrier protection.  These warning signs shall be placed in advance of the drop-off.

The spacing of the signs shall not exceed one (1) mile and the signs shall be placed immediately past each crossroad intersection. The "Shoulder Drop-Off" signs shall remain in place until the difference in elevation is eliminated and the shoulder has been dressed and permanently grassed for a minimum of thirty (30)

# EXHIBIT 3

calendar days. These signs shall be furnished, installed, maintained, and removed by the Contractor as part of Traffic Control-Lump Sum. These signs shall be black borders on fluorescent orange background.

## H. Bump Signage

A bump sign (W8-1) shall be utilized when a transverse joint in the pavement structure has a vertical difference in elevation of three quarters (≥ 3/4") of an inch or greater in depth with no horizontal taper to ramp the traffic from one elevation to the other. This condition typically occurs at approach slabs during pavement milling operations and at transverse joints in asphaltic pavement lifts. Other conditions include utility and storm drainage repairs that require concrete placement for patching and/or steel plating.

The W8-1 sign shall be placed sufficiently in advance to warn the motorist of the condition.

## I. Sign Visibility

All existing, interim and new permanent signs shall be installed to be completely visible and legible for an advance distance in compliance with the MUTCD. Any clearing required for maintaining the line of sight to existing, interim or permanent signs shall be done as part of the requirements of the TTC plan. The clearing shall include any advance warning signs, both interim and permanent, that are installed as a part of the Work including advance warning signs that are installed outside the limits of the project. Limbs, brush, construction equipment and materials shall be kept clear of the driver's line of sight to all signs that are part of the TTC plan.

## 150.3.4  Advance Warning Signs

### A.  Project Signs - All Type of Highways

Advance warning signs shall be placed ahead of the work area in accordance with Part 6 of the MUTCD and unless noted below shall include a series of at least three advance road work (W20-1) signs placed at the termini of the project. The series shall have the legend ROAD WORK (1500 FEET, 1000 FEET, AND 500 FEET).

At grade intersecting roadways and on-ramps shall be signed with a minimum of one ROAD WORK AHEAD sign.

When work terminates at a "T" intersection, a minimum of one "ROAD WORK AHEAD" sign shall be placed in advance of the intersection and one "END ROAD WORK" sign shall be placed at the termination end of the intersection.  Field conditions may require the use of additional warning signage.

1.  State Routes

Advanced Warning Signs on State Routes shall be a minimum dimension of forty-eight inches by forty-eight inches (48" x 48"). When a State Route intersects a project which consists of adding travel lanes, reconstructing an existing roadway or new location work, the State Route approaches shall have a minimum of three (W20-1) advanced warning signs (1500 ft., 1000 ft., 500 ft.).  The termination end of an intersecting State Route shall have END ROAD WORK signage.

The W20-1 signs shall be placed at the termini of the project or sufficiently in advance of the termini to allow for lane shifts, lane closures and other activities which may also require advanced warning signs. The advanced warning signs for the project should not overlap with the advanced warning signs for lane shifts, lane closures, etc.

The length of a work zone should be held to the minimum length required to accomplish the Work. If a project has multiple individual worksites within the overall limits of the project, each site should be signed individually      if the advance warning signs for each site can be installed without overlapping an adjacent worksite.  As soon      as the work is completed at any individual site, the warning signs shall be  removed from that site.

Project mileage indicated on the G20-1 sign shall be the actual project mileage rounded up to the nearest whole mile. Projects less than two (< 2) miles in length or individual worksites that are part of a multiple worksite project may delete this sign.  The G20-1 sign shall be forty-eight inches by twenty-four inches (48" x 24") and the G20-2 sign shall be forty-eight inches by twenty-four inches (48" x 24").

382

# EXHIBIT 3

2. Interstate, Limited Access and Multilane Divided Highways

In addition to the W20-1 signs required at 500 ft., 1000 ft. and 1500 ft., multi-lane divided highways shall also have additional advanced warning signs installed with the legend "ROAD WORK (2 MILES, 1 MILE and 1/2 MILE). All construction warning signs on divided highways shall be double indicated (i.e., on the left and right sides of the roadway.) If the use of the half (½) mile, one (1) mile and two (2) mile advanced warning signs cause an overlap with other work or do not benefit field conditions then the Engineer may review the use of these signs and eliminate their installation. When the posted speed limit is fifty (≤ 50) mph or less, the one-half (½) mile, one (1) mile and two (2) mile signs should be eliminated especially in urban areas.

The W20-1 advance warning signs for ROAD WORK 500 FEET; 1000 FEET; and 1500 FEET shall be temporarily covered when work involving the advanced warning signs for lane shifts and lane closures overlap these signs. The ROAD WORK ½ MILE, ROAD WORK 1 MILE, and ROAD WORK 2 MILES shall be in place when the 500, 1000 and 1500 feet signs are temporarily covered.

When the Temporary Traffic Control zone already has advanced warning (W20-1) signs installed the W20-1 signs required for lane closures under Standard 9106 should be eliminated.

3. Ramp Work on Limited Access Highways

The work zone shall not be signed for the entire length of the mainline of a limited access highway when only short individual worksites, interchange or ramp work is being performed.

When work is restricted to ramp reconstruction or widening activities, the advance warning signs on the mainline section of the limited access highway shall be limited to the use of portable advance warning signs. These portable advance warning signs shall only be utilized when work activity is within the gore point of the ramp and the mainline traveled way or work is active in the acceleration/deceleration lane adjacent to the mainline traveled way. Portable advance warning signs (W20-1: 1500 ft. /1000 ft. /500 ft.) shall be installed on the traveled way of the limited access highway when the above conditions are present. The advance warning signs shall be installed only in one direction where work is active. All portable signs shall be double indicated. When work is not active, the ramp work shall be advanced warned by the use of a single forty-eight inches by forty-eight inches (48" x 48") "ROAD WORK AHEAD" (W20-1) with an "ON RAMP" plaque (W13-4p) sign along the right shoulder of the mainline traveled way prior to the beginning of the taper for the deceleration lane.  Differences in elevation shall be in compliance with the requirements of Subsection 150.3.11 prior to the removal of the portable (W20-1) advanced warning signs from the mainline.

B. Highway Work Zone

In accordance with Georgia Code, O.C.G.A. § 40-6-188, all sections or segments of the roadway under construction or reconstruction shall be signed as a Highway Work Zone except non-state highway two-lane two-way resurfacing projects. Two conditions can be applied to a Highway Work Zone. Condition 1 is when no reduction in the existing speed limit is required. Condition 2 is when worksite conditions require a reduction of the speed limit through the designated Work Zone. Properly marking a Highway Work Zone shall include the following minimum requirements:

1. No Reduction in the Existing Posted Speed Limit in Highway Work Zone

   a. Signage shall be posted at the beginning point of the Highway Work Zone warning the traveling public that increased penalties for speeding violations are in effect. The beginning point of Highway Work Zone is at the project limits, start of work zone, or at the start of the first taper. The HWZ-2 sign shall be placed a minimum of 600 feet in advance of the Highway Work Zone and shall not be placed more than 1000 feet in advance of the Work Zone.  If no speed reduction is required, it is recommended that the HWZ-2 be placed at 750 feet from the work area between the ROAD WORK 500 FT. and the ROAD WORK 1000 FT. signs.

   HWZ-2 signs shall be placed at intervals not to exceed one mile for the length of the project. HWZ-2 signs should be placed on the mainline after all major intersections except State Routes.  State Routes shall be signed as per the requirements for intersecting roadways below.

   b. The existing speed limit shall be posted at the beginning of the Work Zone.  Existing Speed Limit signs (R2-1) shall be maintained.

383

# EXHIBIT 3

**c.** Intersecting state routes shall be signed in advance of each intersection with the Work Zone with an HWZ-2 sign to warn motorists that increased fines are in effect. All other intersecting roadways that enter into a designated Highway Work Zone may be signed in advance of each intersection with the Work Zone. When construction equipment and personnel are present in the intersection on the mainline of a multi-lane roadway, the intersecting side roads shall be signed in advance with HWZ-2 signs.  As soon as the work operation clears the intersection, the signage may be removed.

**d.** Sign HWZ-3 shall be posted at the end of the Highway Work Zone indicating the end of the zone and indicating that increased penalties for speeding violations are no longer in effect.

**e.** When a designated Highway Work Zone is no longer necessary, all signs shall be removed immediately.

**2.** Reducing the Speed Limit in a Highway Work Zone

Highway Work Zone signs shall be posted as required in Condition 1 above and in accordance with Detail 150-C.

A "Reduce Speed Limit Ahead" (W3-5) sign shall be posted 600 feet prior to the reduced speed limit.

Then a "Speed Limit" signage (R2-1) for the reduced speed limit shall be erected at the beginning of the Work Zone.  Additional signs shall be placed at whichever is least:

**a.** on non-interstate roads after every junction with a numbered (state or U.S.) route.

**b.** on interstates entrance ramp 1,500 feet from the end of the entrance taper. Detail 150-D

**c.** on non-interstate and interstate, a maximum spacing of no greater than one (1) mile apart.

On multi-lane divided highways, the speed limit signs shall be double indicated when the reduced speed is in use.

Additional signs may be necessary to adjust for actual field conditions.

For limited access (interstate) highways and controlled access multi-lane divided highways, the posted speed limit shall be reduced as required below.

When any one or more of the following conditions exist and the existing speed limit is sixty-five (65) mph or seventy (70) mph, the speed limit shall be reduced by ten (10) mph.  If   the existing speed limit is sixty (60) mph, the speed limit should be reduced by five (5) mph. If the existing speed limit is fifty-five (≤ 55) mph or less, the Contractor can only reduce the speed limit with the prior approval of the Engineer. The reduction in the speed limit shall be no greater than ten (10) mph:

**a)** Lane closure(s) of any type and any duration.
**b)** The difference in elevation exceeds two inches (> 2") adjacent to a travel lane as shown in Subsection 150.3.11, Detail 150-E, Detail 150-F.
**c)** Any areas where equipment or workers are within ten feet (10') of a travel lane.
**d)** Temporary portable concrete barriers located less than two feet (2') from the traveled way.
**e)** As directed by the Engineer for conditions distinctive to this project.

When the above conditions are not present, the speed limit shall be immediately returned to the existing posted speed limit. A speed reduction shall not be put in place for the entire length of the project unless conditions warranting the speed reduction are present for the entire project length. All existing speed limit signs within the temporary speed reduction zone shall be covered or removed while the temporary reduction in the speed limit is in effect. All signs shall be erected to comply with the minimum requirements of the MUTCD.

At a minimum, the following records shall be kept by the WTCS:

**a)** Identify the need for the reduction.
**b)** Record the time of the installation and removal of the temporary reduction.
**c)** Fully describe the location and limits of the reduced speed zone.
**d)** Document any accident that occurs during the time of the reduction.

A copy of the weekly records for reduced speed zones shall be submitted to the Engineer.

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

When a pilot vehicle is used on a two-lane two-way roadway, the speed limit should not be reduced. For special conditions specific to the Work, on two-lane two-way roadways or multi-lane highways, the Contractor may reduce the posted speed limit with the prior approval of the Engineer.

3.  Variable Speed Limit Zones

Projects that are within or extends into variable speed limit zones shall be posted according to condition 1 with HWZ-1, HWZ-2, and HWZ-3 signs. No additional "speed limit" signs, (R2-1), shall be posted. Any reduction or increase in speed limits will be controlled by the normal operation of the variable speed limit system.

Upon request, a maximum speed limit of fifty-five (55) mph **may** be set for the project limits.

In Process

**EXHIBIT 3**



COLORS
TOP PANEL
LEGEND & BORDER – BLACK (NON–REFL)
BACKGROUND       – FLUORESENT ORANGE

        MIDDLE & BOTTOM PANELS
LEGEND & BORDER – BLACK
BACKGROUND       – WHITE

NOTES:
1. ALL HWZ–2 SIGN PANELS SHALL BE RIGID.
2. THE SIZE OF THE HWZ–2 SIGN SHALL NOT BE REDUCED FOR USE
   ON TWO–LANE ROADWAYS.

**EXHIBIT 3**



COLORS
TOP PANEL
LEGEND & BORDER – BLACK (NON–REFL)
BACKGROUND      – FLUORESENT ORANGE

BOTTOM PANEL
LEGEND & BORDER – BLACK (NON–REFL)
BACKGROUND      – WHITE

NOTES:
1. ALL HWZ–3 SIGN PANELS SHALL BE RIGID.
2. THE SIZE OF THE HWZ–3 SIGN SHALL NOT BE REDUCED FOR USE
   ON TWO–LANE ROADWAYS.

**EXHIBIT 3**





**EXHIBIT 3**

**C.  Installation/Removal of Work Area Signage**

No payment will be made for Traffic Control-Lump Sum until the Work has actually started on the Project. The installation of traffic control signage does not qualify as the start of work. Advanced warning signs shall not be installed until the actual beginning of work activities. Any permanent mount height signs installed as the work is preparing to start shall be covered until all signs are installed unless all signs are installed within seven (≤ 7) calendar days after beginning installation.

All temporary traffic control devices shall be removed as soon as practical when these devices are no longer needed. When work is suspended for short periods of time, temporary traffic control devices that are no longer appropriate, shall be removed or covered.

All construction warning signs shall be removed within seven (≤ 7) calendar days after time charges are stopped or pay items are complete.  If traffic control devices are left in place for more than ten (> 10) calendar days after completion of the Work, the Department shall have the right to remove such devices, claim possession thereof, and deduct the cost of such removal from any monies due, or which may become due, the Contractor.

CORRECTIVE LIST WORK: Portable signs shall be utilized to accomplish the completion of all corrective list items, if the corrective list is the only work being performed. The portable signs shall be removed daily. All permanent mount height signs shall be removed prior to the beginning of the corrective list only work, except "Low/Soft Shoulder" signs and any signs that have the prior written approval of the Engineer to remain in place while the corrective list work is in progress.

Failure to promptly remove the construction warning signs within the seven (7) calendar days after the completion of the Work or failure to remove or cover signs when work is suspended for short periods of time shall be considered as non-performance under Subsection 150.7.01.

## 150.3.5   Shoulder/Lane Closures

**A.  Approval/Restrictions**

All shoulder closures and lane closures of any type or duration shall have the prior approval of the Engineer.

**1.**  Closure Length

The length of a shoulder closure and a lane closure shall not exceed two (2) miles in length excluding the length of the tapers unless the prior approval of the Engineer has been obtained. The Engineer may extend the length of the closure based upon field conditions; however, the length of a work zone should be held to the minimum length required to accomplish the Work. Shoulder closure and Lane Closures shall not be spaced closer than one mile. The advanced warning signs for the Project should not overlap with the advanced warning signs for lane shifts, lane closures, etc.

**2.**  Duration

The first (7) calendar days in an Urban area and the first three (3) calendar days in a Rural area of any lane closure shall be signed and marked as per Georgia Standard 9106 "Traffic Control Detail for Lane Closure on Multi-Lane Divided Highway" or Georgia Standard 9107 "Traffic Control Detail for Lane Closure on Multi-Lane Undivided Highway".  However, lane closures that exist for a duration longer than three (> 3) calendar days may be signed and marked as per the details in Georgia Standard 9121 "Tapers, Signs, and Markings for Passing Lanes", provided the prior approval of the Engineer is obtained. The approved lane drop shall utilize a PCMS and only the signs and markings shown for the termination end of the lane drop in Georgia Standard 9121.  All warning signs in the lane drop sequence shall be used.  Drums may be substituted for the Type I Crystal Delineators at the same spacing.

**EXHIBIT 3**

### B. Shoulder Closures

In accordance with MUTCD 6G.07, when paved shoulders, having a width of eight feet (≥ 8') or more are closed, at least one (1) advance warning sign shall be used. The sign(s) should read SHOULDER CLOSED (W21-5a). The signs are only posted on the side with the shoulder closure. Where the downstream end of the shoulder closure extends beyond the distance that can be perceived by road users, a supplementary plaque bearing the message NEXT XX FEET(W16-4P) or MILES (W7-3aP) should be placed below the SHOULDER CLOSED (W21-5a) sign. These signs shall be placed 500 feet prior to the shoulder closure. For multi-shoulder closures, the Shoulder Closed sign shall be repeated after two (2) miles at 500 feet prior to the next shoulder closure.

A shoulder closure will require a shoulder taper of (1/3) L (L=merging taper length). Traffic drums shall be used for the taper.  Arrow boards are not required.

If positive barriers are used to close the shoulder, the taper and drums shall be in accordance with Standard 4960, Temporary Barrier (End Treatment Options). The approach end of the barrier taper should be 10:1 or flatter slope.

### C. Lane Closure

#### 1. Advance Warning Signs

The Advance Warning signs shall be in accordance with MUTCD and Georgia Standard 9106 "Traffic Control Detail for Lane Closure on Multi-Lane Divided Highway" and Georgia Standard 9107 "Traffic Control Detail for Lane Closure on Multi-Lane Undivided Highway".

When the Temporary Traffic Control zone already has advanced warning (W20-1) signs installed the W20-1 signs required for lane closures under Standard 9106 and 9107 should be eliminated.

For Interstate, Limited Access and Multi-lane Divided Highways, an additional PCMS shall be placed  one (1) mile in advance of a lane closure with a message denoting the appropriate lane closure one (1) mile ahead. No other message shall be displayed on this PCMS. The PCMS shall be placed on the outside shoulder in accordance with Detail 150-B [PCMS]. This is in addition to the other traffic control devices required by Standard 9106.

At the discretion of the Engineer, the Contractor may start placing advance warning signs a half-hour (1/2 hr.) prior to the lane closure.

#### 2. Transition Area – Taper

Drums shall be used on all transition tapers. If traffic drums with retroreflectivity of less than type VI are used for a merge taper that exists into the night, all drums located in the taper shall have, for the length of the taper only, a six inch (6") fluorescent orange (ASTM Type VI, VII, VIII, IX or X) reflectorized top stripe on each drum. The top six inch (6") stripe may be temporarily attached to the drum while in use in a taper. The Engineer may allow the fluorescent orange reflectorized six inch (6") top stripe on each drum in a merging taper to remain in place during daylight hours provided there is a lane closure(s) with a continuous operation that begins during one nighttime period and ends during another nighttime period. All drums that have the six inch (6") top stripe permanently attached shall not be used for any other conditions.

In accordance with MUTCD (6C.08), the minimum length for a merging taper for a lane closure on the travel way shall be as shown in Table 150-1:

## EXHIBIT 3

**TABLE 150-1**

| Posted Speed Limit, MPH | Lane Width 9 Feet | Lane Width 10 Feet | Lane Width | Lane Width 12 Feet | Maximum Drum Spacing in Tapers, (Feet) |
|---|---|---|---|---|---|
| | | | **Minimum Taper Length (L) in Feet** | | |
| 20 | 60 | 70 | 75 | 80 | 20 |
| 25 | 95 | 105 | 115 | 125 | 25 |
| 30 | 135 | 150 | 165 | 180 | 30 |
| 35 | 185 | 205 | 225 | 245 | 35 |
| 40 | 240 | 270 | 295 | 320 | 40 |
| 45 | 405 | 450 | 495 | 540 | 45 |
| 50 | 450 | 500 | 550 | 600 | 50 |
| 55 | 495 | 550 | 605 | 660 | 55 |
| 60 | 540 | 600 | 660 | 720 | 60 |
| 65 | 585 | 650 | 715 | 780 | 65 |
| 70 | 630 | 700 | 770 | 840 | 70 |
| 75 | 675 | 750 | 825 | 900 | 75 |

If site conditions require a longer taper, then the taper shall be lengthened to fit particular individual situations.

The length of shifting tapers should be at least one-half (1/2) L.

Multiple Lane Closures:

a. A maximum of one (1) lane at a time shall be closed with each merging taper.

b. A minimum tangent length of two (≥ 2) L shall be installed between each individual lane closure taper. The tangent length is part of the transition area. Therefore, only traffic drums can be used in the tangent.

3. Activity Area

The activity area consists of a buffer and the work space. Georgia Standard 9106 "Traffic Control Detail for Lane Closure on Multi-Lane Divided Highway" states "Buffer zones of 300' minimum, 500' desirable are required for tangent sections and shall be increased for horizontal or vertical curves due to sight distance considerations"

Georgia Standard 9107 "Traffic Control Detail for Lane Closure on Multi-Lane Undivided Highway" requires a fifty feet (50') buffer. The buffer shall be increased for horizontal or vertical curves due to sight distance considerations"

The channelization devices are spaced at a maximum of eighty feet (80').

4. Termination Area

Georgia Standard 9106 "Traffic Control Detail for Lane Closure on Multi-Lane Divided Highway" requires a 150 feet buffer and a minimum 200 feet downstream taper.

Georgia Standard 9107 "Traffic Control Detail for Lane Closure on Multi-Lane Undivided Highway" requires 150 feet downstream taper.

**D. Removal of Lane Closures**

To provide the greatest possible convenience to the public in accordance with Section 107, the Contractor shall remove all signs, lane closure markings, and devices immediately when lane closure work is completed or temporarily suspended for any length of time or as directed by the Engineer. All portable signs and portable sign mounting devices shall be removed from the roadway to an area which will not allow the sign to be visible

**EXHIBIT 3**

and will not allow the sign or sign mounting device to be impacted by traffic.  All devices shall be stored beyond the clear zone or behind positive protection.

**E. Exit and Entrance Ramps**

On multi-lane highways, where traffic has been shifted to the inside lanes, the exit and entrance ramps shall have drums placed on both sides of the ramp. This requirement will apply to any situation where traffic is shifted to contra flows or inside staging lanes to facilitate reconstruction work in the vicinity of exit and entrance ramps. The temporary ramp taper length should be greater than, or equal to, the existing taper length. Interim EXIT gore signs shall be placed at the ramp divergence. The "EXIT OPEN" sign shown in Figure TA-42 of the MUTCD shall be utilized. For exit ramps, drums spacing shall be decreased to ten feet (10') for 200 feet in advance of the temporary gore and be decreased to ten feet (10') for the first 100 feet of the temporary gore, and throughout the exit ramp. For on-ramps, drums should be used 200 feet prior to the ramp and end 100 feet past the merge taper. The drum spacing for the on ramp may be decreased but should not obstruct the view of the drivers i.e. for the ramp vehicles.

## 150.3.6   Traffic Pacing Method

**A. Pacing of Traffic**

With prior approval from the Engineer, traffic may be paced allowing the Contractor up to twenty (20) minutes maximum to work in or above all lanes of traffic for the following purposes:

**1.**   Placing bridge members or other bridge work.

**2.**   Placing overhead sign structures.

**3.**   Other work items requiring interruption of traffic.

The Contractor shall provide a uniformed law enforcement officer with patrol vehicle and blue flashing light for each direction of pacing. The law enforcement officer, Engineer, and flaggers at ramps shall be provided with a radio which will provide continuous contact with the Contractor.

When ready to start the work activity, the law enforcement vehicle will act as a pilot vehicle slowing the traffic, thereby providing a gap in traffic allowing the Contractor to perform the Work.  Any on-ramps between the pace and the work area shall be blocked during pacing of traffic, with a flagger properly dressed and equipped with a Stop/Slow paddle.  Each ramp should be opened after the law enforcement vehicle has passed.

Pilot vehicles shall travel at a safe pace speed.  The Contractor shall provide a vehicle to proceed in front of the law enforcement vehicle and behind the other traffic in order to inform the Contractor's work force when all vehicles have cleared the area.

Traffic should not be permitted to stop during pacing unless approved by the Engineer.

**B. Methods of Signing for Traffic Pacing**

At a point not less than 1,000 feet in advance of the beginning point of the pace, the Contractor shall place a PCMS sign with the message "TRAFFIC SLOWED AHEAD **EXPECT** SHORT DELAY".

## 150.3.7   Flagging Operations

**A. Flaggers**

Flaggers shall be provided as required to handle traffic, as specified in the Plans or Special Provisions, and as required by the Engineer.

# EXHIBIT 3

**B.  Flagger Certification**

All flaggers shall meet the requirements of the MUTCD and shall have received training and a certificate upon completion of the training from one of the following organizations:

National Safety Council
American Traffic Safety Services Association (ATSSA)

On-line classes are not accepted.

Failure to provide certified flaggers as required above shall be reason for the Engineer suspending work involving the flagger(s) until the Contractor provides the certified flagger(s). Flaggers shall have proof of certification and valid identification (photo I.D.) available any time they are performing flagger duties.

**C.  Flagger Appearance and Equipment**

Flaggers shall wear Performance Class 2 or better for day time activities. Flaggers shall wear Performance Class 3 or better high-visibility clothing for night time activities. Flagger stations shall be illuminated at night according to MUTCD (6F.82). They shall use a Stop/Slow paddle meeting the requirements of the MUTCD (6E.03) for controlling traffic. The Stop/Slow paddles shall have a shaft length of seven feet (≥ 7') minimum. The Stop/Slow paddle shall be retroreflectorized for both day and night usage. In addition to the Stop/Slow paddle, a flagger may use a flag as an additional device to attract attention. This flag shall meet the minimum requirements of the MUTCD (6E.03). The flag shall, as a minimum, be twenty-four inches (≥ 24") square and red or red/orange in color.

**D.  Flagger Warning Signs**

Signs for flagger traffic control shall be placed in advance of the flagging operation, in accordance with the MUTCD and Georgia Standard 9102 "Traffic Control Detail for Lane Closure on Two-Lane Highway". In addition, signs at regular intervals, warning of the presence of the flagger shall be placed beyond the point where traffic can reasonably be expected to stop under the most severe conditions for that day's work.

**E.  Pilot Vehicle Requirements**

Pilot vehicles should be required during placement of bituminous surface treatment or asphaltic concrete on two-lane roadways unless otherwise specified. Pilot vehicles shall meet the requirements of the MUTCD (6C.13).

**F.  Automated Flagger Assistance Devices**

The Contractor may request, in writing, the use of Automated Flagger Assistance Devices (AFAD). The equipment shall meet the requirements of MUTCD (6E.04). As a part of this request, the Contractor shall also submit an alternate temporary traffic TTC plan in the event of a failure of the AFAD. Any alternate plan that requires the use of flaggers shall include the use of certified flaggers. The Contractor shall obtain the approval of the Engineer before the use of any AFAD will be permitted.

**G.  Portable Temporary Traffic Control Signals**

The Contractor may request, in writing, the substitution of portable temporary traffic control signals for flaggers on two-lane two-way roadways provided the temporary signals meets the requirements of the MUTCD, Section 647, and subsection 150.2.11.  As a part of this request, the Contractor shall also submit an alternate TTC plan in the event of a failure of the signals. Any alternate plan that requires the use of flaggers shall include the use of certified flaggers. The Contractor shall obtain the approval of the Engineer before the use of any portable temporary traffic control signals will be permitted.

# EXHIBIT 3

### 150.3.8   Traffic Signals

#### A.   Responsibility/Cost

If the sequence of operations, staging, or the TTC plan requires the relocation or shifting of any components of an existing traffic signal system then any work on these traffic signals will be considered as part of Traffic Control – Lump Sum.

#### B.   Law Enforcement Officer Requirement

In accordance with Georgia law § 40-6-20, law enforcement officers shall be used to regulate and maintain traffic control at functioning signalized intersections when lane closures or traffic shifts block or restrict movements causing interference with road user flows and will not allow the activated traffic signal to guide the traffic through the signal site.

### 150.3.9   Mobile Operations

A mobile operation is defined by a minimum speed of three (3) mph. When pavement markings (centerlines, lane lines, and edge lines) are applied in a continuous operation by moving vehicles and equipment, the following minimum equipment and warning devices shall be required. These devices and equipment are in addition to the minimum requirements of the MUTCD.

All vehicles shall be equipped with the official slow moving vehicle symbol sign. All vehicles shall have a minimum of two (2) flashing or rotating beacons visible in all directions. All protection vehicles shall have an arrow panel mounted on the rear. All vehicles requiring an arrow panel shall have, as a minimum, a Type B panel. All vehicle mounted signs shall be mounted with the bottom of the sign a minimum height of forty-eight inches (48") above the pavement. All sign legends shall be covered or removed from view when work is not in progress.

The lead vehicle may be a separate vehicle or the work vehicle applying the pavement markings may be used as the lead vehicle.  The lead vehicle shall have an arrow panel mounted so that the panel is easily visible to oncoming (approaching) traffic.  The arrow panel should operate in the caution mode.

The work vehicle(s) applying markings shall have an arrow panel mounted on the rear. The arrow panel should typically operate in the caution mode. The work vehicle placing cones shall follow directly behind the work vehicle applying the markings.

A protection vehicle shall follow the last work vehicle at all times and shall be equipped with a truck mounted attenuator that shall be certified for impacts not less than sixty-two (62) mph in accordance with MASH/NCHRP350 Test Level Three (3).

### 150.3.10  Pavement Markings

#### A.   General

Full pattern pavement markings in conformance with Section 3A and 3B, except 3B.02, of the MUTCD are required on all courses before the roadway is opened to traffic, unless noted in this section. No passing zones shall be marked to conform to Subsection 150.3.10.D.1.b.. During construction and maintenance activities on all highways open to traffic, both existing markings and markings applied under this Section shall be fully maintained until Final Acceptance. If the pavement markings are, or become, unsatisfactory in the judgment of the Engineer due to wear, weathering, or construction activities, they shall be restored immediately.

Markings on the final surface course, which must be removed, shall be a removable type. The Contractor will be permitted to use paint, thermoplastic, or tape on pavement which is to be overlaid as part of the Project, unless otherwise directed by the Engineer. Partial (skip) reflectorization (i.e. reflectorizing only a portion of a stripe) will not be allowed.

1.   Resurfacing Projects

Pavement markings shall be provided on all surfaces that are placed over existing markings. Interim and final markings shall conform in type and location to the markings that existed prior to resurfacing unless

**EXHIBIT 3**

changes or additions are noted in the Contract. The replacement of parking spaces will not be required unless a specific item or note has been included in the Contract. Any work to make additions to the markings that existed prior to resurfacing is to be considered as extra work.

**2.** Widening and Reconstruction Projects

If the lane configuration is altered from the preconstruction layout then pavement markings will be as required by the Plans or the Engineer.

**3.** New Location Construction Projects

Pavement marking plans will be provided.

**B. Installation and Removal of Pavement Markings**

**1.** Installation

All pavement markings, both interim and permanent, shall be applied to a clean surface. The Contractor shall furnish the layout and preline the roadway surface for the placement of pavement markings applied as part of the TTC plan. All interim marking tape and RPM's on the final surface shall be removed prior to the placement of the final markings.

The Contractor shall sequence the Work in such a manner as to allow the installation of markings in the final lane configuration at the earliest possible stage of the Work.

**2.** Removal

Markings no longer applicable shall be removed in accordance with Section 656.
The elimination of conflicting pavement markings by overpainting with unapproved paint or any type of liquid asphalt is not acceptable.

**3.** Intermediate Surface

Interim markings shall be removed by methods that will cause minimal damage to the pavement surface, while also ensuring that traveling public will not be confused or misdirected by any residual markings remaining on the intermediate surface. The use of approved black-out tape and black-out paint (manufactured for the sole purpose of covering existing pavement markings) may be permitted on some interim surfaces, provided the results are satisfactory to the Engineer.

**4.** Final Surface

No interim paint or thermoplastic markings will be permitted on any final surface unless the interim markings are in alignment with the location of the permanent markings and the interim marking will not interfere or adversely affect placement of the permanent markings. The proposed method of removal for layout errors that require markings to be removed from the final surface shall have the prior approval of the Engineer. Any damage to the final pavement surface caused by the pavement marking removal process shall be repaired at the Contractor's expense by methods acceptable and approved by the Engineer. Section 400 shall apply when corrective measures are required.  The use of black-out tape or black-out paint will not be permitted under any circumstance to correct layout errors on any final surface.

Traffic shifts that are done on the final surface shall be accomplished using interim traffic marking tape that can be removed without any blemishing of the final surface. Interim traffic marking tape shall be used on any of the following final surfaces; asphaltic concrete, Portland cement concrete, and bridge deck surfaces. The Contractor may propose alternate traffic markings and removal methods on the final surface. Submitted proposals shall include the type of material, method of removal and a cost comparison to the traffic marking tape method. Prior to any approval, the Contractor shall field demonstrate to the satisfaction of the Engineer that the proposed traffic markings can be removed without any blemishing of the final surface. If the proposal is determined to be acceptable, a supplemental agreement will be executed prior to the installation of the proposed alternate traffic markings. The supplemental agreement shall denote the type of traffic marking materials, method of removal and any cost and/or time savings to the Department. The Department will not consider or participate in any cost increase that may result from implementing the proposed alternate method.

**5.** Pay Factor Reduction for Asphaltic Concrete Final Surfaces

**EXHIBIT 3**

When the correction of an error in the layout of the final pavement markings requires the final surface to be grounded, blemished, scarred, or polished the pay factor shall be reduced to 0.95 for the entire surface area of the final topping that has a blemish, polished or a scarred surface. The reduced pay factor shall not be confined to only the width and length of the stripe or the dimensions of the blemished areas, the whole roadway surface shall have the reduced pay factor applied. The area of the reduced pay factor shall be determined by the total length and the total width of the roadway affected. If the affected area is not corrected, the reduction in pay shall be deducted from the final payment for the topping layer of asphaltic concrete. The Engineer shall make the final determination whether correction or a reduced pay factor is acceptable.

The eradication of pavement markings on intermediate and final concrete surfaces shall be accomplished by a method that does not grind, polish, or blemish the surface of the concrete. The method used for the removal of the interim markings shall not spall chip the joints in the concrete and shall not damage the sealant in the joints. Any joint or sealant repairs shall be included in the bid price for Traffic Control-Lump Sum.  The proposed method of removal shall have the prior approval of the Engineer.

Failure to promptly remove conflicting or non-applicable pavement markings shall be considered as non-performance under Subsection 150.7.01.

6.   Preparation and Planning for Traffic Shifts

When shifting of traffic necessitates removal of centerline, lane lines, or edge lines, all such lines shall be removed prior to, during, or immediately after any change to present the least interference with traffic. Interim traffic marking tape shall be used as a temporary substitute for the traffic markings being removed.

Before any change in traffic lane(s) alignment, marking removal equipment shall be present on the project for immediate use. If marking removal equipment failures occur, the equipment shall be repaired or replaced (including leasing equipment if necessary), so that the removal can be accomplished without delay.

Except for the final surface, markings on asphaltic concrete may be obliterated by an overlay course, when approved by the Engineer.  When an asphaltic concrete overlay is placed for the sole purpose of eliminating conflicting markings and the in place asphaltic concrete section will allow, said overlay will be eligible for payment only if designated in the Plans. Overlays to obliterate lines will be paid for only once and further traffic shifts in the same area shall be accomplished with removable markings.  Only the minimum asphaltic concrete thickness required to cover lines will be allowed. Excessive build-up will not be permitted. When an overlay for the sole purpose of eliminating conflicting markings is not allowed, the markings no longer applicable shall be removed in accordance with Section 656.

**C.  Raised Pavement Markers**

Retroreflective raised pavement markers (RPMs) shall be placed as listed below for all asphaltic concrete pavements before the roadway is open to traffic, unless noted this section.  On the final surface, RPMs shall be placed according to the timeframes specified in Subsection 150.3.10.D for full pattern pavement markings. When Portland Cement Concrete is an intermediate or final surface and is open to traffic, one (1) calendar day is allowed for cleaning and drying before the installation of RPMs is required.

Raised pavement markers are not allowed on the right edge lines under any situation.

Retroreflective raised pavement markers (RPMs) shall be placed and/or maintained on intermediate pavements surfaces on all highways that the final ride surface is not completed within 45 calendar days which is open to traffic. This includes all resurfacing projects along with widening and reconstruction projects. The RPMs shall be placed as follows:

1.   Supplementing Lane Lines:

   **a.**  Eighty foot (80') center on skip lines with curvature less than three degrees. (Includes tangents)

   **b.**  Forty foot (40') centers on solid lines and all lines with curvature between three degrees and six degrees.

   **c.**  Twenty foot (20') centers on curves over six degrees.

   **d.**  Twenty foot (20') centers on lane transitions or shifts.

**EXHIBIT 3**

**2.**   Supplementing Ramp Gore Lines:

   **a.**   Twenty foot (20') centers, two each, placed side by side.

**3.**   Other Lines:

   **a.**   As shown on the Plans or directed by the Engineer.

**D.**   **Exceptions for Interim Markings**

Some exceptions to the time of placement and pattern of markings are permitted as noted below; however, full pattern pavement markings are required for the completed project.

**1.**   Two-Lane, Two-Way Roadways

   **a.**   Skip Lines

If used, interim temporary tape or paint skip (broken) stripe may only be used for a maximum of three (3) calendar days. The stripes shall be at least two feet (> 2') long with a maximum gap of thirty-eight feet (≤ 38'). On curves greater than six degrees (>6º), a one-foot (1') stripe with a maximum gap of nineteen feet (≤ 19') shall be used.  In lane shift areas, solid lines will be required.

Interim raised pavement markers may be substituted for the interim skip (broken) stripes. If raised pavement markers are substituted for the two foot (2') interim skip stripe, three (3) markers spaced at equal intervals over a two feet (2') distance will be required. No separate payment will be made if the interim raised pavement markers are substituted for interim skip lines.

Interim raised pavement markers shall be retro-reflective, shall be the same color as the pavement markers for which they are substituted, and shall be visible during daytime.

The type of interim marker and method of attachment to the pavement shall be approved by the Office of Materials and Testing but in no case will the markers be attached by the use of nails. Flexible reflective markers, Type 14 or Type 15, may be used for a maximum of three (3) calendar days as an interim marker.  Any flexible reflective markers in use shall be from the <u>QPL-76</u>.

The interim raised pavement markers shall be maintained until the full pattern pavement markings are applied. At the time full pattern markings are applied the interim raised markers shall be removed in a manner that will not interfere with application of the full pattern pavement markings.

   **b.**   No Passing Zones Two-Lane, Two-Way Roadways

Passing zones shall be re-established in the locations existing prior to resurfacing unless otherwise noted in the Contract. No changes to the location of passing zones shall be done without the written approval of the Engineer. For periods not to exceed three (3) calendar days where interim skip centerlines are in place, no-passing zones shall be identified by using post or portable mounted DO NOT PASS regulatory signs (R4-1) twenty-four inches by thirty inches ( 24" x 30") at the beginning and at intervals not to exceed one-half (≤½) mile within each no-passing zone.  A post or portable mounted PASS WITH CARE regulatory sign (R4-2) twenty-four inches by thirty inches (24" x 30") shall be placed at the end of each no-passing zone. Post mounted signs shall be placed in accordance with the MUTCD. Portable signs shall be secured in such a manner to prevent misalignment and minimize the possibility of being blown over by weather conditions or traffic.

On new location projects and on projects where either horizontal or vertical alignments has been modified, the location of No-Passing Zones will be identified by the Engineer.

   **c.**   Edge lines

     •   Bituminous Surface Treatment Paving

Edge lines will not be required on intermediate surfaces (including asphaltic concrete leveling for bituminous surface treatment paving) that are in use for a period of less than sixty (<60) calendar days except at bridge approaches, on lane transitions, lane shifts, and in such other areas as determined by the Engineer.   On the final surface, edge lines shall be placed within thirty    (≤30)

**EXHIBIT 3**

calendar days of the time that the final surface was placed.

- All Other Types of Pavement

  Edge lines will not be required on intermediate surfaces that are in use for a period of less than thirty (<30) calendar days except at bridge approaches, on lane transitions, lane shifts, and in such other areas as determined by the Engineer.  On the final surface, edge lines shall be placed within fourteen (≤ 14) calendar days of the time that the surface was placed.

2. Multi-Lane Highways – With No Paved Shoulder(s) or Paved Shoulder(s) Four Feet or Less (≤ 4')

   a. Undivided Highways (Includes Paved Center Turn Lane)

      - Centerlines and No-Passing Barrier-Full Pattern centerlines and no-passing barriers shall be restored before opening to traffic.

      - Lane lines- Interim skip (broken) stripe as described in Subsection 150.3.10.D.1.a. may be used for periods not to exceed three (≤ 3) calendar days. Skip lines are not permitted in lane shift areas. Solid lines shall be used.

      - Edge lines- Edge lines shall be placed on intermediate and final surfaces within three (3) calendar days of obliteration.

   b. Divided Highways (Grass or Raised Median)

      - Lane lines- Full pattern skip stripe shall be restored before opening to traffic. Skip lines are not permitted in lane shift areas.  Solid lines shall be required.

      - Centerline/Edge line- Solid lines shall be placed on intermediate and final surfaces within three calendar days of obliteration.

3. Limited Access Roadways and Roadways with Paved Shoulders Greater Than Four Feet (> 4')

   a. Same as Subsection 150.3.10.D.2 except as noted in (b) below.

   b. Edge lines-

      - Asphaltic Concrete Pavement- Edge lines shall be placed on intermediate and final surfaces prior to opening to traffic.

      - Portland Cement Concrete Pavement- Edge lines shall be placed on any surface open to traffic no later than one calendar day after work is completed on a section of roadway.  All water and residue shall be removed prior to daily striping.

4. Ramps for Multi-Lane Divided Highways

   A minimum of one solid line edge stripe shall be placed on any intermediate surface of a ramp prior to opening the ramp to traffic. The other edge stripe may be omitted for a maximum period of three (3) calendar days on an intermediate surface. Appropriate channelization devices shall be spaced at a maximum of twenty-five feet (25') intervals until the other stripe has been installed.

   The final surface shall have both stripes placed prior to opening the ramp to traffic.

5. Miscellaneous Pavement Markings

   a. Final Surface

      School zones, railroads, symbols, words and other similar markings shall be placed on final surfaces conforming to Section 652 within fourteen (14) calendar days of completion of the final surface. Final markings shall conform to the type of pay item in the Plans. When no pay item exists in the Plans the final markings shall conform to Section 652 for painted markings.

   b. Intermediate Surface

**EXHIBIT 3**

Intermediate surfaces that will be in use for more than forty-five (45) calendar days shall have the miscellaneous pavement markings installed to conform to the requirement of Section 652. Under Subsection 150.6, Special Conditions, or as directed by the Engineer these markings may be eliminated.

**c.** Stop Line

All stop signs and traffic signals shall have temporary twelve inch (12") stop lines placed in accordance with MUTCD (3B.16) on all surfaces prior to opening to traffic.  Temporary tape **may** be used.

### 150.3.11  Differences in Elevations Between Travel Lanes and Shoulders

All time frames and requirements may be changed with the Engineer's approval.

#### A.  Differences in Elevations

Difference in elevations due to construction between travel lanes and/or shoulders within the clear zone should be limited to the following:

**1.** Difference of two inches (≤ 2") or less between adjacent travel lanes should remain for a maximum period of fourteen (14) calendar days.

**2.** Difference of two inches (≤ 2") or less between adjacent travel lane and paved shoulder should remain for a maximum of thirty (30) calendar days.  Traffic control devices shall be in accordance with Detail 150-G.

**3.** Difference of greater than two inches (> 2") is permitted for continuous operations. Traffic control devices shall be in accordance with Detail 150-E.

**4.** Difference of greater than two inches (> 2") between travel lanes and/or shoulders for non-continuous operations will not be allowed for more than a twenty-four (24) hour period. For the first twenty-four (24) hours, traffic control shall be in accordance with Detail 150-E. After twenty-four (24) hours the section should be healed according to Detail 150 – H. This condition can exist for a maximum sixty (60) calendar days.

    **a.** A single length of area that does not exceed 1000 feet total length may be left open as a startup area for periods not to exceed forty-eight (48) hours provided the Contractor can demonstrate the ability to complete the Work in a proficient manner. Prior approval of the Engineer shall be obtained before any startup area may be allowed.

    **b.** For cement stabilized base, work adjacent to the travel lane and/or shoulders shall be healed as per Detail 150-H within forty-eight (48) hours after the seven (7) calendar day curing period is complete for each section placed. During the placement and curing period, traffic control shall be in accordance Detail 150-E.

Failure to meet these requirements shall be considered as non-performance of Work under Subsection 150.7.01.

#### B.  Healed Section

Healed section and traffic control devices should be placed in accordance with Detail 150-H. If crushed stone materials are used to provide a healed section no separate payment will be made for the material used to heal any section.  The Contractor may submit a plan to utilize existing pay items for crushed stone provided the plan clearly demonstrates that the materials used to heal an area will be incorporated into the Work with minimal waste. Handling and hauling of any crushed stone used to heal shall be kept to a minimum. The Engineer shall determine if the crushed stone used to heal meets the Specifications for gradation and quality when the material is placed in the final location.

#### C.  Emergency Situations

Inclement weather, traffic accidents, and other events beyond the control of the Contractor may prevent the Work from being completed as required above. The Contractor shall notify the Engineer in writing stating the conditions and reasons that have prevented the Contractor from complying with the time limitations. The

## EXHIBIT 3

Contractor shall also outline a plan detailing immediate steps to complete the Work. Failure to correct these conditions on the first calendar day that conditions will allow corrective work shall be considered as non-performance of Work under Subsection 150.7.01.

**D. Plating**

Plating for drainage structures, utility facilities, etc. is prohibited on the interstates. Plating on State Routes and secondary roads will require the prior approval of the project Engineer. Steel plates shall not be used on highways with a posted speed greater than forty-five (45) mph. The plate shall completely cover the pavement cut or excavation. The plate shall be adequately secured and shall provide a safe and reasonable transition to the adjoining roadway surface. An asphalt wedge can be used to provide a smooth transition over the plate(s). Temporary traffic control warning signs W8-24 shall be posted in advance warning motorist about plates in roadway in accordance with the MUTCD. Plating should not remain in place for more than four (4) calendar days.

**E. Asphaltic Concrete Resurfacing Projects**

**1.** Shoulder Construction Included as a Part of the Contract

When the placement of asphaltic concrete materials creates a difference in elevation greater than two inches (> 2") between the earth shoulder (grassed or un-grassed) and the edge of travel lane or between the earth shoulder and a paved shoulder that is less than four feet (< 4') in width, the Contractor shall place and maintain drums in accordance with the requirements of Subsection 150.2.04.B.3. When the edge of the paved surface is tapered with a safety edge, drums may be spaced at two (2) times the speed limit in MPH. Drums shall remain in place and be maintained until the difference in elevation has been eliminated by the placement of the appropriate shoulder materials.

**2.** Shoulder Construction Not Included as a Part of the Contract

When the placement of asphaltic concrete materials creates a difference in elevation greater than two inches (> 2") between the earth shoulder (grassed or un-grassed) and the edge of travel lane or between the earth shoulder and a paved shoulder that is less than four feet (< 4') in width, the Contractor shall notify the Engineer, in writing, when the resurfacing work including all corrective list items has been completed.

**EXHIBIT 3**





| | |
|---|---|
| Drums spaced at twenty foot (20') intervals. **Note**: If the travel way width is reduced to less than ten feet (< 10') by the use of drums, vertical panels shall be used in lieu of drums. | Location of drums when Elevation Difference exceeds four inches (> 4") |

ELEVATION DIFFERENCE GREATER THAN FOUR INCHES (> 4")

DETAIL 150-E

In Process

| | |
|---|---|
| Drums spaced at forty foot (40') intervals. | Location of drums when Elevation Difference is greater than two inches (> 2") to four inches (4") |

ELEVATION DIFFERENCE GREATER THAN TWO INCHES (> 2") TO FOUR INCHES (4")

DETAIL 150-F

**EXHIBIT 3**



| Drums spaced at eighty foot (80') intervals. | Location of drums when Elevation Difference is two inches (≤ 2") or less. |

4 feet ±

New Construction    Travel Lane

ELEVATION DIFFERENCE OF TWO INCHES (≤ 2") OR LESS

DETAIL 150-G



| Location of drums immediately after completion of healed sections spaced at 40 foot (40') intervals | Healed Section |

Compacted graded aggregate, subbase material

TOP OF DRUM TO BE LEVEL

NO STEEPER THAN 4:1

2 feet ±

New Construction    Travel Lane

HEALED SECTION

DETAIL 150-H

**EXHIBIT 3**

### 150.3.12  Work Zone Law Enforcement

Work zone law enforcement consists of utilizing a uniformed law enforcement officer equipped with patrol vehicle and blue flashing lights to enforce traffic laws in construction work zones and the administration of this service. Payment for work zone law enforcement will be made only for the utilization in work zones during lane closures, traffic pacing, or other activities that occur within travel lanes. The Contractor will be responsible for negotiating a rate of reimbursement and making reimbursement to that law enforcement agency.

The Contractor will be responsible for coordinating and scheduling the utilization of the work zone law enforcement. The Engineer may require the use of work zone law enforcement at specific times and locations.

Work zone law enforcement will be required in all work zones during lane closures, traffic pacing, or other activities that occur within travel lanes on the interstate.

## 150.4  Measurement

### 150.4.01 Traffic Control Items

**A.   Traffic Control**

When listed as a pay item in the Proposal, payment will be made at the lump sum price bid, which will include all traffic control not paid for separately, and will be paid as follows:

When the first Construction Report is submitted, a payment of twenty-five percent (25%) of the lump sum price will be made. For each progress payment thereafter, the total of the Project percent complete shown on the last pay statement plus twenty-five percent (25%) will be paid (less previous payments), not to exceed one hundred percent (100%).

When no payment item for Traffic Control-Lump Sum is shown in the Proposal, all of the requirements of Section 150 and the Temporary Traffic Control Plan shall be in full force and effect. The cost of complying with these requirements will not be paid for separately, but shall be included in the overall bid submittal.

**B.  Changeable Message Sign, Portable**

Portable changeable message sign will be measured as specified in Section 632.

**C.  Flashing Beacon Assembly**

Flashing beacon assemblies will be measured as specified in Section 647.

**D.  Pavement Markings**

Pavement markings will be measured as specified in Section 150.

**E.  Portable Impact Attenuators**

Each portable impact attenuator will be measured by the unit/array which shall include all material components, hardware, incidentals, labor, site preparation, and maintenance, including spare parts recommended by the manufacturer for repairing accident damage. Each unit will be measured only once regardless of the number of locations installed, moves required, or number of repairs necessary because of traffic damage. Upon completion of the project, the units shall be removed and retained by the Contractor.

# EXHIBIT 3

**F. Signs**

When shown as a pay item in the Contract, interim special guide signs will be paid for as listed below. All other regulatory, warning, and guide signs, as required by the Contract, will be paid for under Traffic Control Lump Sum or included in the overall bid submitted.

**1.** Interim ground mounted or interim overhead special guide signs will be measured for payment by the square foot. This payment shall be full compensation for furnishing the signs, including supports as required, erecting, illuminating overhead signs, maintaining, removing, re-erecting, and final removal from the Project. Payment will be made only one time regardless of the number of moves required.

**2.** Remove and reset existing special guide signs, ground mount or overhead, complete, in place, will be measured for payment per each. Payment will be made only one time regardless of the number of moves required.

**3.** Modify special guide signs, ground mount or overhead, will be measured for payment by the square foot. The area measured shall include only that portion of the sign modified. Payment shall include materials, removal from posts or supports when necessary, and remounting as required.

**G. Temporary Audible Information Device**

Temporary audible information devices are measured as the actual number furnished and installed in accordance with the manufacturer's recommendations, which shall include all necessary materials, equipment, labor, site preparation, maintaining and removal. Each temporary audible information device will be paid for only one time regardless of the number of times it's reused during the duration of the Work. These devices shall remain the property of the Contractor.

**H. Temporary Barrier**

Temporary barrier shall be measured as specified in Sections 620.

**I. Temporary Curb Cut Wheelchair Ramps**

Temporary curb cut wheelchair ramps are measured as the actual number formed and poured, complete and accepted, which shall include all necessary materials, equipment, labor, site preparation, maintenance and removal. No additional payment will be made for sawing existing sidewalk and removal and disposal of removed material for temporary wheelchair ramp construction. No additional payment will be made for constructing the detectable warning surface.

**J. Temporary Guardrail Anchorage, Type 12**

Temporary guardrail anchorage- Type 12 will be measured by each assembly, complete in place and accepted according to the details shown in the Plans, which shall also include the additional guardrail and appurtenances necessary for transition and connection to temporary concrete barrier. Payment shall include all necessary materials, equipment, labor, site preparation, maintenance and removal.

**K. Temporary Walkways with Detectable Edging**

Temporary walkways with detectable edging will be measured in linear feet (meters), complete in place and accepted, which shall include all necessary materials, equipment, labor, site preparation, temporary pipes, passing spaces, maintenance and removal. Excavation and backfill are not measured separately for payment. No payment will be made for temporary walkways where existing pavements or existing edging (that meets the requirements of MUTCD) are utilized for the temporary walkway. Payment for temporary detectable edging, including approved barriers and channelizing devices, installed on existing pavement shall be included in Traffic Control-Lump Sum.

**EXHIBIT 3**

**L.  Traffic Signal Installation- Temporary**

Temporary traffic signal installation will be measured as specified in Section 647.

**M.  Work Zone Law Enforcement**

When work zone law enforcement is shown as a pay item, work zone law enforcement will be measured for payment by the hour. The Contractor shall provide a daily work record containing the actual number of hours charged by the law enforcement officer. The daily work record shall be complied on a form provided by the Department, signed by the law enforcement officer, signed by the Contractor's Worksite Traffic Control Supervisor attesting that the law enforcement was utilized during the time recorded, and then submitted to the Engineer.

Work zone law enforcement will be measured for payment by the hour up to the maximum number of hours included in the Contract. The Engineer may at his discretion increase the maximum number of hours.

Payment shall be full compensation for reimbursing the law enforcement agency and for all cost incurred by the Contractor in coordinating, scheduling,  and administering the item work   zone law enforcement.

If no work zone law enforcement pay item is included in the Contract, then all work zone law enforcement cost shall be included in Traffic Control – Lump Sum.

## 150.5   Reserved

## 150.6   Special Conditions

Special Conditions, if used, will be included elsewhere in the Contract.

## 150.7   Payment

When shown in the Schedule of Items in the Proposal, the following items will be paid for separately. Payment will be made under:

| | | |
|---|---|---|
| Item No. 150 | Traffic control - | Lump Sum |
| Item No. 150 | Traffic control, solid traffic stripe      inch, (color) | Per linear mile |
| Item No. 150 | Traffic control, skip traffic stripe      Inch, (color) | Per linear mile |
| Item No. 150 | Traffic control, solid traffic stripe, thermoplastic 24 inch, color | Per linear mile |
| Item No. 150 | Traffic control, raised pavement markers –all types | Per each |
| Item No. 150 | Remove and reset, existing special guide signs, overhead, complete-in-place | Per each |
| Item No. 150 | Temporary walkways with detectable edging | Per linear foot |
| Item No. 150 | Temporary curb cut wheelchair ramps | Per each |
| Item No. 150 | Temporary audible information device | Per each |
| Item No. 150 | Work Zone Law Enforcement | Per hour |

## 150.7.01 Enforcement and Adjustments

The safe passage of pedestrians and traffic through and around the temporary traffic control zone, while minimizing confusion and disruption to traffic flow, shall have priority over all other Contractor activities. Continued failure of the Contractor to comply with the requirements of Section 150 - Traffic Control will result in non-refundable deductions of monies from the Contract as shown in this Subsection for non-performance of Work.

Failure of the Contractor to comply with this Specification shall be reason for the Engineer suspending all other work

385

**EXHIBIT 3**

on the Project except erosion control and traffic control, taking corrective action as specified in Section 105, and/or withholding payment of monies due to the Contractor for any work on the Project until traffic control deficiencies are corrected.  These other actions shall be in addition to the deductions for non-performance of traffic control.

| SCHEDULE OF DEDUCTIONS FOR EACH CALENDAR DAY OF DEFICIENCIES OF TRAFFIC CONTROL INSTALLATION AND/OR MAINTENANCE | | |
|---|---|---|
| ORIGINAL TOTAL CONTRACT AMOUNT | | |
| From More Than | To and Including | Daily Charge |
| $0 | $100,000 | $250 |
| $100,000 | $1,000,000 | $650 |
| $1,000,000 | $5,000,000 | $1,300 |
| $5,000,000 | $20,000,000 | $2,000 |
| $20,000,000 | $40,000,000 | $2,600 |
| $40,000,000 | $------------- | $4,000 |

**EXHIBIT 3**

January 11, 2021

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

# SPECIAL PROVISION

# FULTON COUNTY
# P.I. No.: M006110

## SECTION 150 – TRAFFIC CONTROL

*ADD the following:*

**150.6 SPECIAL CONDITIONS**

A.  Bridge Nos. 1, 2, & 6
    1.  Single Lane Closures
        i.   Single lane closures are allowed daily between the hours of 10:00 pm to 4:00 am, Monday through Thursday
        ii.  Sigle lane closures are allowed between the hours of 11:00 pm Friday to 4:00 am Monday.
    2.  Double Lane Closures (3 or more lanes)
        i.   Double lane closures are allowed daily between the hours of 10:00 pm to 4:00 am, Monday through Thursday.
        ii.  Double lane closures are allowed between the hours of 11:00 pm Friday to 4:00 am Monday
    3.  Triple Lane Closures (5 or more lanes)
        i.   Triple lane closures are allowed between the hours of 11:00 pm Friday to 4:00 am Monday.

B.  Bridge Nos. 3, 4, & 5
    1.  Single Lane Closures

        i.   Single lane closures are allowed daily between the hours of 10:00 pm to 4:00 am, Monday through Thursday

        ii.  Sigle lane closures are allowed between the hours of 11:00 pm Friday to 4:00 am Monday.

    2.  Double Lane Closures (3 or more lanes)

        i.   Double lane closures are allowed daily between the hours of 10:00 pm to 4:00 am, Monday through Thursday.

        ii.  Double lane closures are allowed between the hours of 11:00 pm Friday to 4:00 am Monday

C.  Bridge Nos. 7 & 8
    1.  Shoulder Closures

        i.   Shoulder closures are allowed daily between the hours of 11:00 pm to 5:00 am, Monday through Thursday

        ii.  Shoulder closures are allowed between the hours of 11:00 pm Friday to 5:00 am Monday.

*Bridge Maintenance Unit*

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

Date: May 13, 2019

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### P I No:  M006109
### Fulton County

## SECTION 449 – Bridge Deck Joint Seals

*Add the following Subsections to Section 449:*

### 449.1   General Description

- A preformed silicone joint seal, or

#### 449.1.03   Submittals

**C.  Submissions for Preformed Silicone Joint Seal**

The following Preformed Silicone Joint and Adhesive may not be used on this project under this Special Provision 449: Wabo®SPS, and Wabo®Sil Caltrans.

### 449.2 Materials

**J.      Preformed Silicone Joint Seal and adhesive.**

- The preformed silicone joint seal shall as a minimum:

- Be held in place by a non-sag, high modulus silicone adhesive.

- Be compatible with the following header material: Concrete, Elastomeric Concrete, Epoxy, and Steel.

- Withstand the effects of vertical and lateral movements, skew movements and rotational movement without adhesive or cohesive failure.

- The depth of the joint seal shall be recessed below the riding surface throughout the normal limits of joint movement.

- Resistant to ultraviolet rays.

- Resistant to abrasion, oxidation, oils, gasoline, salt, and other materials that may be spilled on or applied to the surface.

Office of Bridge Maintenance

# EXHIBIT 3

Ensure the joint meets the following physical properties:

| Test | Requirements | Test Method |
|------|--------------|-------------|
| Hardness Type A durometer | 53 ± 5 | ASTM D 2240 |
| Tensile Strength (min) | 550 psi (3.8 Mpa) | ASTM D 412 |
| Elongation at break (min) | 350% | ASTM D 412 |
| Tear Strength (min) | 80 lb/in (92 kg/cm) | ASTM D 624 |
| Compression set (max) | 30% at 350$^o$ F | ASTM D 395 |
| Operating temp range (min) | -60$^o$ F to 450$^o$ F (51$^o$ C to 232$^o$ C) | |

The adhesive shall also have the following properties:

| Test | Requirements | Test Method |
|------|--------------|-------------|
| Sag/flow (max) | 3/16" (4.8 mm) | ASTM C 639 |
| Hardness | 23 ± 3 | ASTM C 661 |
| Tack free time (max) | 30 minutes | ASTM C 679 |
| Skin over time (tooling Time) (max) | 5 minutes | AT 75$^o$ F/50% RH |
| Cure through to ¼" thickness (max) | 16 hours | AT 75$^o$ F/50% RH |
| Resistance to UV | No Degradation | ASTM C 793 |
| Peel Adhesion to substrates (min) | 50 lb/in (58kg/cm) | ASTM C 794 |

**449.3.03 Preparation**

**A. Surface Preparation**

   **2. Preparation for Joint Seal**

     **Remove:** "Saw-cutting of the concrete deck may be necessary to provide an acceptable attachment surface for the joint seal".

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## 449.3.05 Construction

**H.  Preformed Silicone Joint Seal**

1.  After the concrete, elastomeric concrete, or epoxy header material has developed enough strength to be traffic ready, remove the temporary joint filler (when called for) and thoroughly clean the joint faces of all joint filler.

2.  Remove all residue from the joint by lightly sandblasting the interior faces of the joint header.  Prior to silicone joint seal installation, ensure surfaces are completely dry and all recommendations of the manufacture have been completed.

3.  Clean the preformed silicone joint seal prior to installation by wiping it down with a cloth saturated with denatured alcohol.

4.  The Contractor at no additional cost to the Department, may install a filler material in the joint below the preformed silicone joint seal to support the seal while the adhesive cures. The filler material shall meet Georgia Standard Specifications 833.2.06.A.2 "Bond Breakers", or as specified in plan detail.

5.  Apply a 3/8" thick bead of adhesive along both sides of the joint at the depth recommended by the manufacture.

6.  Position the joint seal to the proper depth and profile according to manufacture recommendations.

7.  Apply a bead of adhesive along the top side of the joint on each side as recommended by the manufacture.

8.  Tool the adhesive twice to insure complete contact with the vertical edge.

9.  Use of unapproved waterproofing materials and practices not recommended by the joint seal manufacturer to seal post installation leaks is prohibited.

## 449.3.07 Contractor Warranty and Maintenance

Transmit a copy of the manufacture's standard five-year performance warranty on each installation to the Bridge Maintenance Unit and the Contractor.

The Contractor by acceptance of the work described in this Specification, shall guarantee, to replace defective joint installations due to adhesive or cohesive failure, and failure under normal traffic for a period of (3) three years. Commence the (3) year period on the date of the acceptance of the work. This guarantee shall cover all labor and materials required by the Department to satisfactorily repair and replace defective bridge joints. Transmit a copy of this agreement to the Bridge Maintenance.

## 449.5 Payment

Payment will be made under:

| Item No. 449 | Preformed Silicon Joint Seal, Bridge No. - _____ <br><br> Bent No - _____ | Per Linear Foot (meter) |
|---|---|---|

---

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

Date: November 7, 2019

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### P.I. No. M006109
### Fulton County

### Section 519 – Concrete Overlay

### Section 519—TWO-PART EPOXY POLYMER OVERLAY

## 519.1 General Description

This work includes preparation of the concrete surface and furnishing and placing of a two-part polymer overlay at the location and thickness as indicated on the plans. This overlay system consists of a minimum 3/8" (9.5mm) thick application to provide complete waterproofing as well as providing a non-skid surface that withstands continuous heavy traffic and extreme changes in weather conditions.

## 519.1.01 Definitions

General Provision 101 through 150

ICRI: International Concrete Repair Institute

CSP: Concrete Surface Profile

### 519.1.02 Related References

**A. Standard Specifications**

Section 107 – Legal Regulations and Responsibility to the Public

Section 504—Twenty-Four Hour Accelerated Strength Concrete

Section 886—Epoxy Resin Adhesives

Section 934—Rapid Setting Patching Materials for Portland Cement Concrete

B. **Referenced Documents**

ASTM C 1583

ASTM D 570

ASTM D 638

ASTM D 2240

ASTM D 2556

ASTM D 4263

AASHTO T 27

AASHTO T 255

GDT 58

## EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

## 519.2 Materials

**Submittals:** The Contractor must submit overlay materials for each Concrete Overlay project to the Office of Materials and Testing for approval a minimum of 30 days prior to beginning work. Any change to approved overlay materials during the project must be submitted for approval before continuing work. Sample requirements: Two Part Epoxy Polymer components, one gallon each, Part A and Part B. Aggregate, 20 lb. or one bag minimum. Each polymer overlay component product container shall be clearly labeled with the following: Manufacturer and Brand Names, mixing instructions, material data sheet, and a copy of this Special Provision. The Office of Materials and Testing will grant approval based on laboratory test results and on the system's performance during a 2 year field evaluation. The following Two-Part Epoxy Polymers may not be used on this project under this Special Provision 519: E-Bond 526 and Dayton Superior Corporation - Unitex Pro-Poxy Type III DOT.

A. **Concrete Surface Overlay:** Use an overlay consisting of a two-part epoxy polymer that is free of any fillers or volatile solvents and formulated to provide simple volumetric mixing ratio of two components such as one to one or two to one by volume. Use a two-part epoxy polymer system formulated to provide flexibility in the system without any sacrifice of the hardness, chemical resistance or strength of the system. Do not use external or conventional plasticizers. Introduce flexibility by interaction of elastomers to chemically link in the process of curing so that the flexibility of the molecule is minimally affected during the low temperature conditions that are confronted in actual use. Use a two-part polymer overlay system having the following physical properties when cured:

| PHYSICAL PROPERTIES FOR CURED TWO-PART EPOXY POLYMER OVERLAY SYSTEM | | |
|---|---|---|
| **TEST** | **REQUIREMENTS** | **TEST METHOD** |
| Compressive Strength w/aggregate @ 3 days | 5,000 PSI min. (35 MPa) | ASTM C 109 w/plastic inserts |
| Tensile Strength @ 3 days | 2,500 PSI min. (17 MPa) | ASTM D 638 |
| Tensile Elongation @ 3 days | 30% min. | ASTM D 638 |
| Water Adsorption @ 3 days | 0.20% max. | ASTM D 570 |
| Shore "D" Hardness @ 3 days | 60 min. | ASTM D 2240 |
| Viscosity (Mixed Polymer) | 1500 – 2500 cps | ASTM D 2556 |
| Pot Life (Mixed Polymer) | 15-40 minutes | GDT-58 |
| Concrete Briquette Bond Strength @ 24 hours | 400 PSI min. (2.76 MPa) | GDT-58 |
| Field Adhesion to Concrete @ 72 hours | 100% failure in concrete | ASTM C 1583 (Pull Out Method) |

B. **Aggregate:** The aggregate for all layers shall be angular, nonfriable, non-polishing, clean and free of dirt, clay, asphalt and other deleterious substances. The aggregate shall be dry to a maximum moisture content 0.2% by weight in accordance with AASHTO T 255. Use Basalt, Chert, or Flint aggregate tested according to AASHTO T 27 conforming to the following gradation.

| AGGREGATE GRADATION | |
|---|---|
| **SIEVE SIZE** | **% PASSING BY WEIGHT** |
| No. 4 | 100 |
| No. 20 | 0 – 5 |
| No. 200 | 0 –1.0 |

## 519.2.01 Delivery, Storage and Handling

Deliver all materials in their original containers, bearing the manufacturer's label, specifying date of manufacture, batch number, trade name brand, quantity and mixing ratio.

Store all materials to prevent damage from the elements and to insure the preservation of its quality and fitness for the work. Avoid contact with flame.

Inspect all stored materials, although accepted before storage, prior to their use in the work. Ensure that all stored materials meet the requirements of the Contract at the time of use.

# EXHIBIT 3

Remove from the site of the work immediately, any material rejected because of failure to meet the required tests or rejected because of damage. Replace all removed material at no additional cost to the Department.

## 519.3 Construction Requirements

### 519.3.1  Contractor Qualifications

Submit to the Engineer for approval written verification from the Contractor or Subcontractors proving at least three (3) years' experience in concrete preparation, cleaning, and application of two part epoxy polymer and aggregate overlay systems on concrete.  The Contractor or Subcontractor must also submit a list of at least three (3) successful two part epoxy polymer and aggregate overlay projects on concrete which have been in service for at least two (2) years without failure. List each project location including; total installed area of two part epoxy and aggregate concrete overlay, manufacturer of two part epoxy polymer and aggregate, and a reference contact for each project.

### 519.3.2  Preparation

#### A: Removal and Preparation of Repair Area

Sound all visual concrete surface defects of greater than 1 inch X 6 inch (25 mm X 150 mm) to determine the limits of the damaged areas. Strike the concrete surface around the defect with a hammer, chain drag, or other similar tool to detect unsound concrete having a "flat" or "hollow" sound. Mark the limits of the defective areas on the concrete surface by making a rectangular area 2 inches (50mm) beyond the outer limits of the unsound concrete area to serve as a guide for sawing. Mark spalled areas within less than 6 inches (150mm) of each other as one spall area.

Saw the rectangular marked areas with near vertical faces not less than one inch (25mm) in depth. Exercise extreme care not to saw or damage the reinforcing steel. Remove all unsound material within the sawed areas. Remove concrete to a minimum depth of $^1/_2$ inch (13mm) below the top mat of reinforcing steel by power chipping or hand tools. Do not use pneumatic hammers heavier than a 15 lb. class (nominal). Do not operate pneumatic hammers and chipping tools at an angle exceeding 60 degrees relative to the surface of the concrete surface. Such tools may be started in the vertical position but must be immediately tilted to a 60 degree operation angle. Clean all exposed reinforcing steel of all rust, corrosion products, oil, dirt, concrete fragments, loose scale and any other coating of any character that would destroy or inhibit the bond with the patching material. Exercise utmost care not to damage or fracture the sound concrete substrate left on the bottom of the spall repair area. Do not use sharp pointed bits.

Hold "over-cutting" of the concrete surface beyond marked areas to the minimum amount possible. Thoroughly clean all "over-cutting" of "saw slurry" and other contaminants. Then repair by filling full-depth with an approved Type II epoxy adhesive as specified in Section 886. Make such repairs as soon as possible.

Just prior to placing the patching material, thoroughly clean the surfaces within the repair areas by abrasive blasting and air blasting to remove any oil, dust, dirt, slurry from saw operation, and other contaminants. Remove abrasives from the blasting operation from the concrete surface. During blasting, protect traffic in adjacent lanes.

#### B. Placement of Patching Material

Ensure that the Contractor uses Repair Method No. 1 or Method No. 2 as described below. For both repair methods, ensure that the surface within the repair areas is dry and thoroughly cleaned of all contaminants immediately before placement. Ensure that air compressors used for cleaning repair areas are equipped with suitable traps capable of removing all surplus water and oil in the compressed air. Do not use contaminated air. Ensure that the compressor is capable of delivering compressed air at a continuous pressure of 90 psi (620kPa).

Ensure that the finished surface meets a surface tolerance of $^1/_{16}$ inch (1.6mm). Utilize such approved measures as necessary to keep the concrete surface adjacent to the patching operation reasonably clean of excess grout and other materials at all times. Unless otherwise specified, complete all patching operations and open all lanes to traffic before sunset each day.

1. **Repair Method No. 1 (24 Hour Accelerated Strength Concrete)**

   After the repair area preparation is complete, completely coat all concrete surfaces within the repair area with a film of Type II epoxy at a thickness of 10 to 20 mils (0.25 to 0.50mm).

   Use concrete that meets the requirements of Section 504. Mix the concrete on site. Use a mix design and mixing method approved by the Laboratory. Deposit concrete in the repair area while the epoxy is still tacky and vibrate sufficiently to form a dense, homogeneous mass of concrete, completely filling the area of the patch. Screed the

## EXHIBIT 3

concrete to the proper grade and allow to remain undisturbed until the water sheen disappears from the surface. Then cover the concrete with wet burlap or membrane curing compound. Ensure that curing continues for a minimum of 3 hours. The Engineer may require a longer curing time to ensure sufficient strength development of the concrete prior to opening to traffic.

2. **Repair Method No. 2 (Rapid Setting Patching Material)**

Follow the above requirements for Repair Method No. 1. Additionally, prepare the surfaces in the repair areas in accordance with the manufacturer's written recommendations. Ensure that handling, mixing, placement, consolidation, screeding, and curing of the patching material are in accordance with the manufacturer's written instructions as approved by the Laboratory. Ensure that curing continues for at least one hour and until the section is opened to traffic.

## 519.3.3 Construction

**A: Surface Preparation:** Clean the concrete surface by shot blasting to remove oil, dirt, rubber or any other potentially detrimental material such as curing compound and laitance which may prevent proper bonding and curing of the material. Clean concrete surface to International Concrete Repair Institute (ICRI), Concrete Surface Profile (CSP) standard CSP 6 (medium scarification) minimum. The Contractor will maintain a set of ICRI Concrete Surface Profile chips on the project. CSP chips will be made available to the Engineer to ensure the CSP 6 standard is maintained.

The Contractor is directed to Section 107 of the Standard Specifications giving the Contractor responsibility for the work site, and requiring conformance to all federal, state, and local laws relating to pollution control and worker protection. In particular, ensure that the Contractor is familiar with and in full compliance with the provisions of the laws concerning the management of waste and worker protection.

Do not allow construction traffic on any portion of the concrete surface that has been shotblasted or on the overlay without specific approval of the Engineer. Overlay the concrete surface within 24 hours of the surface preparation operation.

Ensure that all surfaces to be overlaid are dry at the time of application. Immediately before applying the overlay system, clean all prepared surfaces with compressed air (or vacuum) to remove dust and debris. Ensure that the compressor is equipped with a filter to prevent oil in the air supply. Do not apply the overlay system when rain is forecast to occur within 48 hours of application. Do not apply the overlay system unless the minimum ambient temperature is 50° and rising or when concrete surface temperature is expected to exceed 100 °F.

If, in the opinion of the Engineer, the surface has become soiled or contaminated prior to the application of the overlay, re-clean the surface to (ICRI) CSP 6 standard and the satisfaction of the Engineer at no additional cost to the Department.

**B. Field Test:** Prior to commencing the overlay operation, place a full depth overlay test area on the concrete surface of each bridge in this project. Prepare the area for the test overlay as described above. Ensure that the test is large enough so that the cleaning equipment and methods to be employed in the full-scale operation can be used for the field test. Ensure that the degree of cleaning used on the test area meets (ICRI) CSP-6 minimum. The application of the overlay system to the test area should be used to establish proper procedures and techniques for applying the overlay to the full structure.

After the test area has cured for 72 hours, the contractor will check adhesion in accordance with ASTM C 1583 (Pull Out Method). Test a minimum of three sample areas in the presence of the Engineer. Ensure that no adhesion test has an adhesive strength less than 250 psi (1.7 MPa) and that the minimum average value for the 3 tests is greater than 300 psi (2.0 MPa). Do not perform tensile test when surface temperature is at or above 90°F (32°C). Ensure that the polymer overlay thickness meets requirements of 519.3.02.C. Ensure that aggregate is broadcast evenly into polymer until refusal and that no epoxy bleed through is present.

If the Field Test of a sample area fails to meet the above requirements due to a cohesive failure of the concrete substrate, thickness of epoxy polymer overlay, or epoxy polymer bleed through is present, the sample area will be considered unacceptable. Successful completion of the Field test will be required before beginning full-scale overlay operations.

**Equipment:**

1. Mechanical Epoxy Polymer Application Equipment.

Ensure that each component of the two-part polymer is metered, mixed together, and distributed onto the concrete surface by machine. Ensure that the dispensing machine is capable of ratio check verification at the

# EXHIBIT 3

pump outlets as well as cycle counting to monitor output. Ensure that the in line mixing is motionless so as not to overly shear the material. Ensure that the machine makes maximum use of the working time of the polymer by mixing it immediately prior to dispensing onto the concrete surface. Adequate hand tools to facilitate the placement of the overlay according to this specification. Use V-Notched squeegees with 1/4 in. or 3/8 in. notches to spread the epoxy polymer to a consistent thickness. Discard worn squeegees when they are no longer capable of spreading the epoxy polymer at the specified spread rate.

2. Hand Epoxy Polymer Application Equipment.

Use calibrated containers for accurate measurement of epoxy polymer components. Use paddle type or other mixing device capable of accurate and complete mixing of epoxy resin and hardening components. Use V-Notched squeegees with 1/4 in. or 3/8 in. notches to spread the epoxy polymer to a consistent thickness. Discard worn squeegees when they are no longer capable of spreading the epoxy polymer at the specified spread rate.

3. Aggregate Application Equipment.

All methods of aggregate application shall distribute aggregate uniformly allowing aggregate to fall into the epoxy polymer to refusal. Aggregate spreaders similar to agricultural fertilizer spreaders shall be capable of accurate application of the aggregate over 100% of the work area. A sand blaster or venture system connected to an air compressor may be used to draw aggregate from bulk bags or cement tanker through hoses adequate to place aggregate into epoxy polymer. Aggregate may be broadcast by hand ("Chicken Feeding"). Methods of aggregate placement that displace or pushes the epoxy polymer will not be allowed.

C. **Application:** Provide suitable coverings, such as heavy duty drop cloths, to protect all exposed areas not to be overlaid, such as curbs, railings, parapets, deck drains, locations of expansion joints that are to receive expansion joint membranes, etc. Clean or repair any damage or defacement resulting from the application, at the Contractor's expense, to the satisfaction of the Engineer.

Ensure that application of the overlay system is done by the supplier, or by a factory trained or licensed applicator, with written approval from the manufacturer of the overlay system.

Ensure that the number of layers and the application rates of the materials in the various layers are adequate to achieve a minimum 3/8 in. (9.5mm) and maximum 1/2 in. (13mm) overlay thickness when measured from the top of the concrete substrate to the top of the polymer (not the peaks of the aggregate). Ensure that the application of the overlay system is as follows:

1. APPLICATION OF INITIAL EPOXY POLYMER LAYER:  Application of the initial epoxy polymer overlay layer shall not begin until the substrate is visibly surface dry, free of water and moisture. ASTM D 4263 modified for 2 hours may be used to verify dryness. After mixing of the epoxy polymer components, evenly distribute on the clean, dry concrete surface at the minimum rate of 40 ft$^2$/gal (.98 M$^2$/L).

2. APPLICATION OF AGGREGATE: Apply dry aggregate to epoxy polymer within ten minutes of placement of epoxy polymer and before it becomes tacky. The initial layer of aggregate shall be applied at a minimum rate of 10 lbs. /yd$^2$ (5.5 Kg/M$^2$) to refusal so that no wet spots are visible. If epoxy bleeds through the aggregate, the area should be immediately covered with additional aggregate prior to initial set.

3. CONSOLIDATION: If required by the manufacturer, use a hand operated roller as approved by the Engineer and the manufacturer within 10 minutes of the aggregate application to evenly consolidate the aggregate into the polymer.

4. REMOVAL OF EXCESS AGGREGATE: After initial cure, remove excess aggregate by a power vacuum or other Engineer approved method prior to the application of subsequent layers of polymer.

5. APPLICATION OF ADDITIONAL LAYERS: Additional layers may be applied immediately after the initial set of the preceding layer (as determined by the Manufacturer and Engineer) and removal of all excess aggregate. The maximum time allowed between each layer shall be at the discretion of the Engineer and the Manufacturer and may vary depending on the temperature and circumstances of the project. Ensure that joints are staggered and overlapped between successive layers so that no ridges will appear.

   a. Apply additional epoxy polymer components at a minimum rate of 22 ft$^2$/gal (.54 M$^2$/L).

   b. Apply aggregate to additional epoxy polymer at a minimum rate of 14 lbs. /yd$^2$ (7.6 Kg/M$^2$) to refusal so that no wet spots are visible. Apply additional aggregate to areas where epoxy polymer bleeds through immediately before epoxy polymer becomes tacky.

   c. Contact the epoxy polymer manufacture for minimum cure time estimates.

**EXHIBIT 3**

6. TRAFFIC CONSIDERATIONS: Traffic may be allowed on the final layer after the polymer has reached its final cure (as determined by the Manufacturer) and after removal of all excess, loose aggregate.

7. OVERLAY SURFACE: Ensure that the finished surface consists of a uniform coat of imbedded exposed aggregate.

### 519.3.4   Quality Acceptance

**A:   Thickness Verification**

Ensure that the overlay is at least $^3/_8$" (9.5mm) thick as measured from the concrete substrate to the top of the polymer at three random locations for every 1000 yd$^2$ (830 m$^2$) of surface area. Recoat thin areas as described above and re-verify thickness at no additional cost to the Department. This verification may consist of cores, holes, etc., but in all cases repair any areas tested to destruction before final acceptance.

In thin areas that have been recoated to obtain the required minimum thickness, the Engineer may require additional adhesion strength tests in accordance with ASTM C 1583 (Pull Out Method) to verify the Contractor's procedure for recoating existing overlay.

### 519.3.5   Contractor Warranty and Maintenance

The polymer manufacturer and the Contractor, by acceptance of the work described in this Specification, shall jointly agree to guarantee the wearing surface against all defects incurred during normal traffic use for a period of ten years. Commence the ten year period on the date of acceptance of the work. The guarantee shall cover all labor and materials required by the Department to satisfactorily repair and replace the wearing surface. Transmit a copy of this agreement to the Office of Bridge Maintenance.

## 519.4 Measurement

### 519.4.1   Surface Preparation:

Measure the area of the concrete surface acceptably repaired and blast cleaned prior to installation of the overlay in square yards (meters) computed from surface measurements taken to the nearest 0.1 foot (30mm). Do not measure the blast cleaning of any longitudinal or transverse construction joints or vertical surfaces for payment.

### 519.4.2   Epoxy Polymer Overlay:

Measure the area of the concrete surface acceptably overlaid with polymer and broadcast spread crushed aggregate in square yards (meters) computed from surface measurements taken to the nearest 0.1 foot (30mm).

## 519.5 Payment

### 519.5.1   Surface Preparation:

Surface preparation is paid for by the square yard (meter) of the concrete surface acceptably repaired and blast cleaned prior to installation of the overlay. Payment includes all expenses associated with removal of existing concrete, repair and blast cleaning operations.

### 519.5.2   Epoxy Polymer Overlay:

Epoxy polymer overlay is paid for by the square yard (meter) of the concrete surface overlaid, complete in place and accepted, provided, however, that the specified minimum overlay thickness requirement is met. The individual layers necessary to attain the specified thickness will not be paid for individually. Payment includes all labor and material cost, procurement, handling, hauling and processing, coring for thickness verification, guarantee, and includes all equipment, tools, labor, and incidentals necessary to complete the work.

Payment will be made under:

| Item No. 519 | Surface Preparation | Per square yard (meter) |
|---|---|---|
| Item No. 519 | Concrete Overlay | Per square yard (meter) |

Item No. 519-0515 Surface Preparation per Square Yard (Meter)

Item No. 519-0530 Polymer Overlay per Square Yard (Meter)

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4238A26

July 5, 2017

# DEPARTMENT OF TRANSPORTATION
# STATE OF GEORGIA

## SPECIAL PROVISION

### FULTON COUNTY
### P.I. No.: M006110

## Section 653—Thermoplastic Traffic Stripe

---

*Retain and add the following:*

**653.3.05 Construction**

3. Sealing Primer
   To ensure optimum adhesion, apply a binder-sealer material before installing the thermoplastic in each of the following cases:

   - Where directed by the Engineer for sprayed thermoplastic
   - Old asphaltic concrete pavements with exposed aggregates
   - Portland cement concrete pavements
   - Polymer bridge deck overlays

   Ensure that the binder-sealer material forms a continuous film that mechanically adheres to the pavement and dries rapidly. Use a binder-sealer currently in use and recommended by the thermoplastic material manufacturer according to QPL 46.

   Apply the binder-sealer immediately in advance of, but concurrent with, the application of the thermoplastic material. Apply in a continuous film over the pavement surface.

7. Thickness
   Maintain the following minimum average dry thicknesses above the surface on all types of pavement
   - 0.090 in (2.3 mm)* for lane lines
   - 0.060 in (1.5 mm)* for edge lines
   - 0.120 in (3.0 mm)* for gore area lines
   - 0.120 in (3.0 mm)* for polymer bridge deck overlays

     (See below for '*' reference.)

   Compute the minimums by the amount of material used each day, as follows:

| (For 5 in wide stripe) | |
|---|---|
| * Average Thickness (in) = | [(lbs used) ÷ (total linear feet )]   x  0.236 |
| **(For 125 mm wide stripe)** | |
| *Average Thickness (mm) = | [(kg used) ÷ (total linear meters )]   x  4.0 |
| **(For 10 in wide stripe)** | |
| * Average Thickness (in) = | [(lbs used)    (total linear feet )]   x  0.118 |

# EXHIBIT 3

| (For 250 mm wide stripe) | |
|---|---|
| * Average Thickness (mm) = | [(kg used)   (total linear meters )]   x   2.0 |

Office of Materials and Testing

In Process

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4228A26

July 12, 2022

AMENDMENT TO ADVERTISED CONTRACT

CONTRACT I.D. NUMBER:     B1CBA2202212-0

GEORGIA PROJECT NUMBER:   M006110

PCN:   M006110

COUNTY:   FULTON

AMENDMENT NUMBER:   1

LETTING DATE:   July 22, 2022

LETTING NUMBER:   011

THE FOLLOWING CHANGES ARE HEREBY MADE TO THIS CONTRACT.  THE BIDDER IS
RESPONSIBLE FOR MAKING ANY NECESSARY CHANGES IN INK IN THE PROPOSAL. BIDDER
SHALL ACKNOWLEDGE THIS AMENDMENT BY CHECKING THE APPROPRIATE SPACE ON THE
PROPOSAL SIGNATURE PAGE.
***********************************************************************
**DELETE:**

| LINE NO. | | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 0010 | 150-9011 | TRAFFIC CONTROL – WORKZONE LAW ENFORCEMENT  (CONTRACTOR BIDS) | 448 HR |

**ADD:**

| LINE NO. | | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 0076 | 540-1202 | REMOVAL OF PARTS OF EXISTING BRIDGE, BR NO – 2 | LUMP SUM |

1.**Delete** Proposal Pages 251 and 253 from the proposal, **and Substitute** the
attached revised/added pages 251 and 253 in the proposal.

WILLIAM DUNWOODY
STATE TRANSPORTATION OFFICE ADMINISTRATOR

**EXHIBIT 3**

**P.I. No.  M006110**
**District 7**
**Fulton County**
**DETAILED ESTIMATE**

| Item No. | Quantity | Item | Unit Price |
|---|---|---|---|
| 150-1000 | 1 | TRAFFIC CONTROL – M006110 | LS |
| 632-0003 | 4 | CHANGEABLE MESSAGE SIGN, PORTABLE, TYPE 3 | EA |
| **Bridge #1** | | | |
| 449-1350 | 292 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0547-0 | LF |
| 461-2000 | 292 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0547-0 | LF |
| 519-0515 | 3049 | SURFACE PREPARATION<br>BRIDGE ID: 121-0547-0 | SY |
| 519-0530 | 3049 | POLYMER OVERLAY<br>BRIDGE ID: 121-0547-0 | SY |
| 653-8026 | 361 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0547-0 | LF |
| 653-8031 | 361 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0547-0 | LF |
| 653-8051 | 1083 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0547-0 | GLF |
| 653-8073 | 722 | WET WEATHER THERMO SKIP TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0547-0 | GLF |
| 654-1003 | 27 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0547-0 | EA |
| **Bridge #2** | | | |
| 449-1350 | 448 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0550-0 | LF |
| 461-2000 | 448 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0550-0 | LF |
| 519-0515 | 2999 | SURFACE PREPARATION<br>BRIDGE ID: 121-0550-0 | SY |
| 519-0530 | 2999 | POLYMER OVERLAY<br>BRIDGE ID: 121-0550-0 | SY |
| 653-8026 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0550-0 | LF |
| 653-8031 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0550-0 | LF |
| 653-8051 | 1799 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0550-0 | GLF |
| 653-8070 | 514 | WET WEATHER THERMO SOLID TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0550-0 | LF |

**EXHIBIT 3**

| 540-1202 | LUMP | REMOVAL OF PARTS OF EXISTING BRIDGE<br>BRIDGE ID: 121-0554-0 | LS |
| 653-8026 | 212 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8031 | 212 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8051 | 636 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0554-0 | GLF |
| 653-8070 | 424 | WET WEATHER THERMO SOLID TRAF STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8075 | 424 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0554-0 | LF |
| 653-8090 | 425 | WET WEATHER THERMO TRAFFIC STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0554-0 | SY |
| 654-1003 | 16 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0554-0 | EA |

**Bridge #5**

| 449-1350 | 180 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0555-0 | LF |
| 461-2000 | 180 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0555-0 | LF |
| 519-0515 | 1656 | SURFACE PREPARATION<br>BRIDGE ID: 121-0555-0 | SY |
| 519-0530 | 1656 | POLYMER OVERLAY<br>BRIDGE ID: 121-0555-0 | SY |
| 653-8026 | 226 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0555-0 | LF |
| 653-8031 | 226 | WET WEATHER THERMO SOLID TRAF STRIPE, 5 IN, YELLOW<br>BRIDGE ID: 121-0555-0 | LF |
| 653-8051 | 452 | WET WEATHER THERMO SKIP TRAF STRIPE, 5 IN, WHITE<br>BRIDGE ID: 121-0555-0 | GLF |
| 653-8075 | 452 | WET WEATHER THERMO SOLID TRAF STRIPE, 10 IN, WHITE<br>BRIDGE ID: 121-0555-0 | LF |
| 653-8090 | 262 | WET WEATHER THERMO TRAFFIC STRIPE, 8 IN, WHITE<br>BRIDGE ID: 121-0555-0 | SY |
| 654-1003 | 11 | RAISED PAVEMENT MARKERS, TYPE 3<br>BRIDGE ID: 121-0555-0 | EA |

**Bridge #6**

| 449-1350 | 255 | PREFORMED SILICONE JOINT SEAL<br>BRIDGE ID: 121-0608-0 | LF |
| 461-2000 | 510 | RESEALING BRIDGE JOINTS, TP-D<br>BRIDGE ID: 121-0608-0 | LF |

**EXHIBIT 3**

July 14, 2022

AMENDMENT TO ADVERTISED CONTRACT

CONTRACT I.D. NUMBER:   B1CBA2202212-0

GEORGIA PROJECT NUMBER:   M006110

PCN:   M006110

COUNTY:   FULTON

AMENDMENT NUMBER:   2

LETTING DATE:   July 22, 2022

LETTING NUMBER:   011

THE FOLLOWING CHANGES ARE HEREBY MADE TO THIS CONTRACT.  THE BIDDER IS
RESPONSIBLE FOR MAKING ANY NECESSARY CHANGES IN INK IN THE PROPOSAL. BIDDER
SHALL ACKNOWLEDGE THIS AMENDMENT BY CHECKING THE APPROPRIATE SPACE ON THE
PROPOSAL SIGNATURE PAGE.
*************************************************************************

**ADD:**

| LINE NO. | | DESCRIPTION | QUANTITY |
|---|---|---|---|
| 0056 | 461-2000 | RESEALING BRIDGE JOINTS, TP - D | 2058 LF |

WILLIAM DUNWOODY
STATE TRANSPORTATION OFFICE ADMINISTRATOR

**EXHIBIT 3**

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B858-B474A4228A26

011

DEPARTMENT OF TRANSPORTATION                                                     STATE OF GEORGIA

**CONTRACT**

| | | | |
|---|---|---|---|
| **Contract Identification Number:** | B1CBA2202212-0 | **Date Contract Executed:** | |
| **Project Number(s):** | M006110 | **County(ies):** | FULTON |
| **Contractor:** | BRIGGS BROTHERS ENTERPRISES CO. | | |
| **Description of Improvements and Facility:** | BRIDGE REHABILITATION ON I-85/SR 403 AT VARIOUS LOCATIONS IN FULTON COUNTY. (E) | | |
| **Amount of Contract:** | $1,371,191.06 | | |

THIS AGREEMENT, made and entered into on the Date Contract Executed, specified above, by and between the Department of Transportation, an agency of the State of Georgia, hereinafter called the "Department", party of the first part; and the Contractor named above, hereinafter called the "Contractor", party of the second part;

WITNESSETH THAT:

Whereas, the Department desires to construct or improve the Facility described and identified above, and the Contractor desires to furnish and deliver material and to do and perform all the work and labor necessary to construct or improve this Facility;

Now, therefore, the parties here to, inconsideration of ONE DOLLAR ($1.00) in hand paid by the Department to the Contractor, receipt of which is hereby acknowledged, and in consideration of the premises and of the covenants of the other as hereinafter expressed and contained, do hereby agree each with the other as follows:

1.    The Contractor promises and agrees to furnish and deliver all the material and to do and perform all the work and labor required to be furnished and delivered, done and performed in and about the improvement or construction of the Facility described above in strict and entire conformity with the provisions of this contract, and the Advertisement, Notice to Contractors, and proposal, copies of which are hereto attached, and the plans and specifications prepared or approved for the project specified above by the Chief Engineer, or his authorized representative, the originals of which are on file in the Offices of the Department of Transportation, and which Advertisement, Notice to Contractors, Proposals and the plans and specifications are hereby made a part of this agreement as fully and to the same effect as if the same had been set forth at length in the body of this agreement.

2.    The Department agrees and promises to pay the Contractor for said work, when completed in accordance with the provisions of this contract, the prices set forth in the Proposal, amounting approximately to the Amount of Contract stated above, payments to be made as provided in said specifications Proposal.

3.    This work shall be done in accordance with the laws of the State of Georgia under the direct supervision and to the entire satisfaction of the Department of Transportation. All projects financed in whole or in part with Federal funds are subject at all times to the inspection and approval of the U.S. Secretary of Transportation, or his agents, and work thereon shall be done in accordance with Title 23, U. S. Code and the rules and regulations of the U. S. Department of Transportation and the Federal Highway Administration.

4.    The decision of the Chief Engineer or his authorized representative upon any questions connected with the execution and fulfillment of this agreement or any failure or delay in the prosecution of the work by the Contractor will be final and conclusive.

**EXHIBIT 3**

IN WITNESS WHEREOF, THIS AGREEMENT is being executed on the Date Contract Executed, specified above, in Fulton County, Georgia.

IN WITNESS WHEREOF THE PARTIES HAVE SET THEIR HANDS AND AFFIXED THEIR SEALS

**DEPARTMENT OF TRANSPORTATION STATE OF GEORGIA**

**BRIGGS BROTHERS ENTRPRISES CO.**

_____
Commissioner          (SEAL)

DocuSigned by:

PERRY BRIGGS
1AE60EE6196A4EC...
_____  (SEAL)

Name:

President

Title:

ATTEST:

In Process

_____

_____
Treasurer

FEDERAL ID NO./IRS NO
******5881

8

344

**EXHIBIT 3**

011

**DEPARTMENT OF TRANSPORTATION**
**PERFORMANCE AND PAYMENT BONDS**
**(GEORGIA RESIDENT CONTRACTOR)**
KNOW ALL MEN BY THESE PRESENTS, That we,
**BRIGGS BROTHERS ENTERPRISES CO.**
**GA**

as Principal, and the Corporation or Corporations hereinafter designated as Surety A or Surety A to Surety _____ inclusive, as Surety or Sureties, are held and firmly bound, both "jointly and severally" as well as "severally" only, unto the Department of Transportation in the penal sum of 120% of the Original Contract Amount of:

ONE MILLION THREE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED NINETY-ONE DOLLARS AND SIX CENTS
$1,371,191.06

for the use of the obligee herein named and of all persons doing work or furnishing skill, tools, machinery, or materials under or for the purpose of this contract hereinafter described; Provided, that it is mutually understood and agreed between the Principal and Surety and/or Sureties and the Obligee herein named that this bond is to be construed as being in compliance with and subject to the provisions of Sections13-10-1 and 36-82-101 of the Official Code of Georgia Annotated, as well as the other applicable provisions, and that in compliance with the aforesaid sections this instrument is intended and is to be construed as two separate bonds, namely, as a "performance bond" in the full penal sum heretofore set forth, and as a "payment bond", in an amount equal to 110 percent of the full penal sum heretofore named and that both bonds shall be construed to be in full force and effect at the same time, as the case may be, and that the obligations shall be several, in the full amount of said penal sum, as to each type of bond; and for the payment of which sums well and truly to be made we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally, firmly by these presents; Provided, that the Sureties bind themselves in such sums "jointly and severally", as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, and with each other, for 210percent of the penal sum of this bond, and provided further that, while each Surety binds itself, jointly and severally with the Principal, for 210 percent of the penal sum herein provided for, the total liability of all Sureties shall not exceed the total penal sum heretofore provided for as to each of the respective obligations herein provided for.

Signed and sealed this day of‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗.
9/28/2022

| Surety | Name and State of Incorporation | Name and Address of Bonding Agent | |
|---|---|---|---|
| A | RLI INSURANCE COMPANY - PA | Agent Name: | Karen Pecora-Barbour |
| B | | Agent Address | 909 Baltimore Blvd, Suite 144 |
| | | | Westminster, MD  21157 |
| C | | Agent Phone Number 410-876-9610 | |
| D | | *PLEASE PRINT ALL INFORMATION* | |
| Bond # | RCB0041897 | | |

Note: The Surety Company for Performance and Payment Bonds shall be a company acceptable as Surety on Federal Bonds and listed in the current Federal Register and licensed in the State of Georgia.

**EXHIBIT 3**

THE CONDITIONS OF THE FOREGOING OBLIGATIONS is such that whereas the above named Principal has entered into a contract with said Department of Transportation bearing even date herewith for the Construction of:

BRIDGE REHABILITATION ON I-85/SR 403 AT VARIOUS LOCATIONS IN FULTON COUNTY.
(E), OTHERWISE KNOWN AS FEDERAL AID PROJECT NO. M006110 IN  FULTON COUNTY(IES).

The surety hereby binds itself to provide performance bond and payment bond for work added by Supplemental Agreement(s) and/or Extension Agreement(s), whereby the original Contract amount or the total Project length may be increased by as much as twenty (20) percent without the written assent of the Surety.

Now, therefore, the condition of these obligations is such that if the above named bound Principal shall in all respects comply with the terms and conditions of said contract, including all modifications or extensions thereof, and his obligations thereunder, including the notice to contractors, the plans, general conditions, specifications, special provisions and proposals, therein referred to and made a part thereof, and shall complete the said contract in accordance with its terms and shall save obligee free from all cost and charge that may accrue on account of the doing of the work specified, then this bond, construed as a "performance bond" shall be void, otherwise of full force and effect.

Provided further, that upon the failure of the said Principal to promptly and efficiently prosecute said work, in any respect, in accordance with the contract, the above bound Surety or Sureties shall take charge of said work and complete the contracts at its own expense, pursuant to its terms, receiving, however, any balance of funds in the hands of said Department of Transportation under said contract.

And, further, the condition of these obligations is such that if the above bound Principal shall make prompt payment to all subcontractors and all other persons supplying labor, materials, machinery and equipment furnished for the performance of the work provided for in said contract, as well as all duly authorized modifications thereof which may hereafter be made, including any extension of time to complete the same, then this bond, as a "payment bond", shall be void, otherwise of full force and effect.

It is agreed that, in the event that this bond is executed by more than one surety company, the term "Surety" as used in this bond shall be construed to mean any one or all of such surety companies executing this bond. It is further agreed that such surety companies herein named and executing this bond as surety for the Principal, by mutual agreement between themselves, and with the Principal, and with the obligee herein named, do hereby designate and authorize:

_____ RLI INSURANCE COMPANY _____
as the  "controlling surety"

## EXHIBIT 3

It is further agreed that the term, "controlling surety", shall be defined as that one of such sureties herein designated and authorized by all of such sureties, upon whom any notice or other demand may be made by the obligee herein named, or other person having a claim against the Principal under the provisions of this bond, or with whom such obligee, or other such person, may negotiate or deal as to any matter pertaining to the obligations of this bond, and against whom any right of action growing out of this bond may be enforced, as provided for by Sections 36-82-102 through 36-82-105 of the Official Code of Georgia Annotated as fully and effectively as though the same were had or done with each of such named sureties individually, and with the right upon the part of such "controlling surety" to vouch such co-sureties into court to defend any action against it or them arising out of the obligations of this bond, as provided by Section 9-10-13 of the Official Code of Georgia Annotated, or to call upon such co-sureties, in accordance with the terms of any notice, demand, suit, suit at law, or other action, commenced or brought against it by the obligee named herein, or any other person having a claim against the Principal under the conditions and provisions of this bond, or in accordance with any private contract between the sureties executing this bond on behalf of said Principal, it being the purpose and intent of this contract that the obligee named in this bond, or such other person having a claim under the provisions of this bond, may enforce any right that it or they may have growing out of this bond by notice, demand, negotiation, suit, or other appropriate action against the controlling surety only, and such action shall be deemed to be binding upon all the sureties named herein; Provided however, the foregoing notwithstanding, the obligee, or such other person having a claim under this bond, at its or their option, may take such action against any or all of said surety companies.

It is agreed by the parties hereto that in the event the Department of Transportation in making the contract with the Principal herein shall be acting as Agent for the United States Government, or for the FULTON County(ies).

or for both, as well as for itself, then the said Department of Transportation shall have the right in the event of a breach of the contract resulting in loss to the said County or to the United States Government; or to itself, to maintain a suit hereon for the use of itself, or the United States Government, or said County as well as for itself; or said County and said United States Government shall have the right in their own names to maintain a suit herein in the same manner and to the same extent as the Department of Transportation has by virtue of Sections 36-82-104 and 36-82-105 of the Official Code of Georgia Annotated.

# EXHIBIT 3

IN WITNESS WHEREOF, the said "Authorized Signer" and the said "Surety" have duly executed this bond under seal this date _____9/28/2022_____.

Signed, Sealed, and Delivered in the presence of us.

IN WITNESS WHEREOF THE PARTIES HAVE SET THEIR HANDS AND AFFIXED THEIR SEALS

**BRIGGS BROTHERS ENTRPRISES CO.**        **RLI INSURANCE COMPANY**

_TERRY BRIGGS_____        _____
Signature of Contractor        (SEAL)        Signature of Attorney-In-Fact        (SEAL)

_Terry Briggs_____        _Karen Pecora-Barbour_____

Printed Name of Signee:        Printed Name of Signee:

**EXHIBIT 3**

# DEPARTMENT OF TRANSPORTATION
## STATE OF GEORGIA

In Process

# EXHIBIT 3

DocuSign Envelope ID: B6963DA0-FBC2-4B74-B8E8-B474A4239A26

# <u>NOTICE</u>

As per the mutual agreement reached between the Federal Highway Administration, The Georgia Department of Revenue and the Georgia Department of Transportation, we have now incorporated the Nonresident Contractor's Tax Bond ( 10 Percent) into our Contract Bond for Nonresident Contractors.

Also the Contract Bond for Resident Contractors has been revised to Include the same aggregate penal sum as for Nonresidential Contractors.

The Contractor is responsible for signing the appropriate Contract Bonds, either Georgia Residential Contractor or Nonresidential Contractor. The other bond is to be left blank in the document.

**EXHIBIT 3**

# POWER OF ATTORNEY

## RLI Insurance Company
## Contractors Bonding and Insurance Company

9025 N. Lindbergh Dr.  Peoria, IL 61615
Phone:  800-645-2402

*Know All Men by These Presents:*

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, each an Illinois corporation, (separately and together, the "Company") do hereby make, constitute and appoint:

Karen Pecora-Barbour, Hellietchs Vanessa Lopez, Josh Lopez, Zion Lopez, Audrey Barbour, Ana Pina, jointly or severally

in the City of _____ Westminster _____, State of _____ Maryland _____ its true and lawful Agent(s) and Attorney(s) in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds and undertakings in an amount not to exceed _____ **Twenty Five Million** _____ Dollars ( **$25,000,000.00** ) for any single obligation.

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon the Company as if such bond had been executed and acknowledged by the regularly elected officers of the Company.

**RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, as applicable, have each further certified that the following is a true and exact copy of a Resolution adopted by the Board of Directors of each such corporation, and is now in force, to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize.  The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company.  The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation.  The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, as applicable, have caused these presents to be executed by its respective _____ Vice President _____ with its corporate seal affixed this ___18th___ day of ___January___, ___2022___.

RLI Insurance Company
Contractors Bonding and Insurance Company

By: _____
Barton W. Davis                          Vice President

State of Illinois    }
                     } SS
County of Peoria     }

On this ___18th___ day of ___January___, ___2022___, before me, a Notary Public, personally appeared ___Barton W. Davis___, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____
Catherine D. Glover                          Notary Public

CATHERINE D. GLOVER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 24, 2024

### CERTIFICATE

I, the undersigned officer of **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force.  In testimony whereof, I have hereunto set my hand and the seal of the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company** this ___28th___ day of ___September___, ___2022___.

RLI Insurance Company
Contractors Bonding and Insurance Company

By: _____
Jeffrey D. Fick                          Corporate Secretary

*1969966020212*

A0058D19

# EXHIBIT 3

**DocuSign**

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: B6963DA0FBC24B74B8F8B474A4228A26 | | Status: Sent |
| Subject: B1CBA2202212-0/BRIGGS BROTHERS ENTERPRISE CORPORATION | | |
| Source Envelope: | | |
| Document Pages: 345 | Signatures: 5 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | GDOT DocuSign Admin |
| AutoNav: Enabled | | 600 W Peachtree St, NW |
| EnvelopeId Stamping: Enabled | | Atlanta, GA  30308 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | gdot_contracts@dot.ga.gov |
| | | IP Address: 143.100.53.12 |

| Record Tracking | | |
|---|---|---|
| Status: Original | Holder: GDOT DocuSign Admin | Location: DocuSign |
|      8/24/2022 8:19:51 AM |      gdot_contracts@dot.ga.gov | |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: Georgia Department of Transportation | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| TERRY BRIGGS | DocuSigned by: **TERRY BRIGGS** 1AF80FE6196A4FC... | Sent: 8/24/2022 8:27:10 AM |
| briggsbrotherscg@gmail.com | | Resent: 9/13/2022 1:33:27 PM |
| President | | Viewed: 9/28/2022 7:20:44 AM |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style | Signed: 9/28/2022 7:22:08 AM |
| | Using IP Address: 172.58.101.186 | |
| | Signed using mobile | |
| **Electronic Record and Signature Disclosure:** | | |
|   Accepted: 8/24/2022 9:07:03 AM | | |
|   ID: a86eda52-e08e-41de-8c8c-459b230cdbba | | |
| Karen Barbour | DocuSigned by: 0E7FCF8545B7450... | Sent: 9/28/2022 7:22:15 AM |
| karen@thebarbourgroup.com | | Viewed: 9/28/2022 9:01:03 AM |
| Attorney-in-fact | | Signed: 9/28/2022 9:56:47 AM |
| Berkley Insurance Company | Signature Adoption: Uploaded Signature Image | |
| Security Level: Email, Account Authentication (None) | Using IP Address: 73.88.217.80 | |
| **Electronic Record and Signature Disclosure:** | | |
|   Accepted: 7/5/2022 12:15:13 PM | | |
|   ID: 31948064-37b3-4965-a3a9-6fdd5d025d7c | | |
| Russell R McMurry | | Sent: 9/28/2022 9:56:54 AM |
| catscommissioner@dot.ga.gov | | |
| Security Level: In Session | | |
| **Electronic Record and Signature Disclosure:** | | |
|   Accepted: 7/26/2021 12:44:29 PM | | |
|   ID: 300af4e1-68da-47c5-887e-c649aaedd680 | | |
| Angela O. Whitworth | | |
| catstreasurerattest@dot.ga.gov | | |
| Security Level: In Session | | |
| **Electronic Record and Signature Disclosure:** | | |
|   Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

**EXHIBIT 3**

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Witness Events** | **Signature** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |
| **Envelope Summary Events** | **Status** | **Timestamps** |
| Envelope Sent | Hashed/Encrypted | 8/24/2022 8:27:10 AM |
| **Payment Events** | **Status** | **Timestamps** |
| **Electronic Record and Signature Disclosure** | | |

In Process

8

**EXHIBIT 3**

Electronic Record and Signature Disclosure created on 2/24/2016 6:37:22 PM
Parties agreed to: TERRY BRIGGS, Karen Barbour, Russell R McMurry

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Georgia Department of Transportation (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

# EXHIBIT 3

**How to contact Georgia Department of Transportation:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: gdot_contracts@dot.ga.gov

**To advise Georgia Department of Transportation of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at gdot_contracts@dot.ga.gov and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Georgia Department of Transportation**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to gdot_contracts@dot.ga.gov and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Georgia Department of Transportation**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to gdot_contracts@dot.ga.gov and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**EXHIBIT 3**

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Georgia Department of Transportation as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Georgia Department of Transportation during the course of my relationship with you.

**EXHIBIT 3**