UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| ANTHONY RUSSELL,<br><br>      Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ GROUP AG, and MERCEDES-BENZ USA, LLC,<br><br>      Defendants. | **Case No.** _____ |

## **PLAINTIFF'S L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Anthony Russell is the Plaintiff in this action.

-1-

Mercedes-Benz USA, LLC and Mercedes-Benz Group AG are Defendants in this action.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Attorneys for Plaintiffs and the Proposed Class:</u>

Ketan A. Patel
CORPUS LAW PATEL, LLC

Alan M. Feldman
Edward S. Goldis
Zachary Arbitman
FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP

Kimberly A. Justice
FREED KANNER LONDON & MILLEN, LLLC

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate

is filed.

<u>Plaintiff</u>:   Anthony Russell – Pennsylvania

<u>Defendants</u>:   Mercedes-Benz USA LLC - Georgia

Mercedes-Benz Group AG - Germany

Respectfully submitted this 9th day of March, 2023.

By: _____

Ketan A. Patel (State Bar Number 121099)
CORPUS LAW PATEL, LLC
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: (678) 597-8020
kp@corpus-law.com

Alan M. Feldman (*Pro Hac Vice* application forthcoming)
Edward S. Goldis (*Pro Hac Vice* application forthcoming)
Zachary Arbitman (*Pro Hac Vice* application forthcoming)
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
afeldman@feldmanshepherd.com
egoldis@feldmanshepherd.com
zarbitman@feldmanshepherd.com

Kimberly A. Justice (*Pro Hac Vice* application forthcoming)
**FREED KANNER LONDON & MILLEN LLLC**
923 Fayette Street
Conshohocken, PA 19428
T: (610) 234-6487
kjustice@fklmlaw.com

*Attorneys for Plaintiff and the Putative Class*