**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **50FLOOR, LLC,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO. |
| | ) |
| v. | ) |
| | ) |
| **LYNTON, LLC, d/b/a** | ) |
| **LYNTONWEB,** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LYNTON, LLC d/b/a LYNTONWEB'S**
**<u>NOTICE OF REMOVAL</u>**

COMES NOW, Defendant **LYNTON, LLC, d/b/a LYNTONWEB** ("Defendant"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, without waiving any defenses as to jurisdiction or proper party, hereby files this Notice of Removal to request removal of the above-captioned action from the Superior Court of DeKalb County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of this Notice of Removal, Defendant respectfully shows the Court as follows:

**Diversity of the Parties**

1.

Plaintiff **50FLOOR, LLC** ("Plaintiff") filed a civil action against Defendant in the Superior Court of DeKalb County, Georgia, Civil Action File No. 23CV1641 (the "Superior Court Action"). A Copy of Plaintiff's Complaint and all pleadings filed in the Superior Court Action are attached hereto as "Exhibit A."

2.

Plaintiff is a Georgia limited liability company, registered to transact business in the State of Georgia and maintains its principal office in DeKalb County, Georgia. (*See* Complaint, Ex. A at ¶ 1). Plaintiff maintains its registered agent in Gwinnett County, Georgia. (*See* 50Floor Georgia Secretary of State Filings, attached hereto as "Exhibit B"). As such, for purposes of diversity jurisdiction, Plaintiff is considered a citizen of the State of Georgia.

3.

Defendant is a South Dakota limited liability company, registered to transact business in the State of South Dakota and maintains its principal office in South Dakota. Defendant's registered agent is Business Filings Incorporated with an address of 319 S. Coteau Street, Pierre, SD 57501. (*See* 50Floor South Dakota Secretary of State Filing, attached hereto as "Exhibit C"). Defendant has no members

who are domiciled in or are citizens of the State of Georgia. Defendant's only member, Daniel Lynton, is a citizen of the State of Colorado. As such, for purposes of diversity jurisdiction, Defendant is considered a citizen of the State of South Dakota and the State of Colorado[1].

4.

Complete diversity of citizenship exists between Plaintiff and Defendant for purposes of 28 U.S.C. § 1332.

**Timeliness of Removal**

5.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days of notification of service on Defendant, which took place on February 7, 2023. (*See* Ex. A, Hughes County Sheriff's Office Return of Personal Service). This Notice of Removal is timely because it is filed within thirty (30) days after receipt by a defendant of a copy of the initial pleading setting forth the claim upon which this action is based. *See* 28 U.S.C. § 1446(b)(2)(B). The parties being fully diverse, this Court has jurisdiction pursuant

---

[1] On information and belief, Plaintiff does not have any members who are considered citizens of the State of South Dakota or the State of Colorado.

to 28 U.S.C. § 1332(a)(1). Defendant admits that venue in the Northern District of Georgia is proper.

## Amount in Controversy

6.

Upon information and belief, Plaintiff's Complaint seeks damages in excess of $75,000.00, exclusive of interests and costs. Specifically, among other relief, Plaintiff "seeks to recover (a) the fees it paid to Lynton, (b) the fees it paid for the HubSpot product, (c) the value of lost customer business attributable to the unavailability of the working solution that Lynton promised to deliver, and (d) such other damages that 50Floor may prove at trial." (*See* Ex. A at ¶ 21). At the time of Plaintiff's demand to Defendant, Plaintiff had allegedly paid Defendant $102,477 in fees and $110,706.57 in subscription fees to HubSpot from April 6, 2021 through July 21, 2022. Therefore, this case surpasses the jurisdictional threshold of $75,000.00 and warrants removal.

## Notice of Removal

7.

Defendant hereby gives notice within thirty (30) days after service and receipt of a copy of Plaintiff's Complaint filed in the Superior Court of DeKalb County,

Georgia, pursuant to 28 U.S.C. § 1446 and Rule 11 of the Federal Rules of Civil Procedure, of the removal of said action to this Court.

8.

Defendant has filed a Notice of Filing Notice of Removal in the Superior Court of DeKalb County, Georgia. A copy of the Notice of Filing Notice of Removal, exclusive of exhibits, filed with the Superior Court of DeKalb County is attached hereto as "Exhibit D."

9.

Good and sufficient defenses to Plaintiff's claims exist. *See* Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint for Damages, filed contemporaneously herewith.

10.

No previous application for the relief sought herein has been made to this Court or to any other Court.

WHEREFORE, Defendant hereby requests that this Court grant the removal of this case to the United States District Court for the Northern District of Georgia, Atlanta Division, in which district this suit is pending.

Respectfully submitted this 9th day of March 2023.

*[Signature on the following page.]*

- 6 -

        */s/ Kindu A. Walker*
        KINDU A. WALKER
        Georgia Bar No. 732284
        DERRON B. BOWLES
        Georgia Bar No. 928313
        *Counsel for Defendant Lynton, LLC d/b/a LyntonWeb*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
Fax: (770) 628-7101
walkerk@litchfieldcavo.com
bowles@litchfieldcavo.com

## **LOCAL RULE 7.1(D) CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This pleading has been prepared in 14-point, Times New Roman font.

Respectfully submitted this 9th day of March 2023.

                                           */s/ Kindu A. Walker*
                                           KINDU A. WALKER
                                           Georgia Bar No. 732284
                                           DERRON B. BOWLES
                                           Georgia Bar No. 928313
                                           *Counsel for Defendant Lynton, LLC*
                                           *d/b/a LyntonWeb*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
Fax: (770) 628-7101
walkerk@litchfieldcavo.com
bowles@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the foregoing pleading with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties indicated on the electronic filing receipt, addressed as follows:

Richard A. Mitchell, Esq.
J. Tucker Barr, Esq.
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
richard.mitchell@agg.com
tucker.barr@agg.com

Respectfully submitted this 9th day of March 2023.

    */s/ Kindu A. Walker*
    KINDU A. WALKER
    Georgia Bar No. 732284
    DERRON B. BOWLES
    Georgia Bar No. 928313
    *Counsel for Defendant Lynton, LLC*
    *d/b/a LyntonWeb*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
Fax: (770) 628-7101
walkerk@litchfieldcavo.com
bowles@litchfieldcavo.com