# EXHIBIT B



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **50FLOOR, LLC** |
| Business Type: | **Domestic Limited Liability Company** |
| NAICS Code: | **Any legal purpose** |
| Principal Office Address: | **4701 Granite Drive, Tucker, GA, 30084, USA** |
| State of Formation: | **Georgia** |

| | |
|---|---|
| Control Number: | **07030269** |
| Business Status: | **Active/Compliance** |
| NAICS Sub Code: | |
| Date of Formation / Registration Date: | **4/9/2007** |
| Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **National Registered Agents, Inc.** |
| Physical Address: | **289 S Culver Street, Lawrenceville, GA, 30046-4805, USA** |
| County: | **Gwinnett** |

Back

Filing History          Name History

Return to Business Search

---

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          **Report a Problem?**

Control Number : 07030269

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF CONVERSION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that articles of conversion have been filed on **12/21/2020** converting

**50FLOOR, INC.**
a **Domestic Profit Corporation**

to

**50FLOOR, LLC**
a **Domestic Limited Liability Company**

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **12/21/2020**.



Brad Raffensperger

Brad Raffensperger
Secretary of State

## CERTIFICATE OF CONVERSION
### OF
### 50FLOOR, INC.,
### a Georgia corporation
### INTO
### 50FLOOR, LLC,
### a Georgia limited liability company

The undersigned, pursuant to the provisions of Section 14-11-212 of the Georgia Limited Liability Company Act (the "Act"), and on behalf of 50Floor, LLC, a Georgia limited liability company (the "LLC"), and 50Floor, Inc., a Georgia corporation (the "Corporation"), hereby adopts and files this Certificate of Conversion for the purpose of converting the Corporation into the LLC whereby the LLC will be the surviving entity:

1.  The name of the entity to be converted is 50Floor, Inc., and the jurisdiction of its organization is the State of Georgia.

2.  The Corporation elects to become a Georgia limited liability company.

3.  The effective date of such election shall be the date this Certificate of Conversion is filed with the Secretary of State of the State of Georgia.

4.  The election has been approved as required by subsection (a) of Section 14-11-212 of the Act.

5.  Filed with this Certificate of Conversion are Articles of Organization in the form required by Section 14-11-204 of the Act, which Articles of Organization that set forth a name for the limited liability company that satisfies the requirements of Section 14-11-207 of the Act, and that shall be the Articles of Organization of the limited liability company formed pursuant to such election unless and until modified in accordance with Chapter 11 of Title 14 of the Act.

6.  The manner and basis for converting the shares in the Corporation into membership interests of the LLC is that each share of common stock of the Corporation that is issued and outstanding shall be converted into one (1) unit of membership interest of the LLC.

[*Signature Appears on the Following Page*]

15971751v1

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Conversion as of this 18th day of December, 2020.

**50FLOOR, INC.**

By: _____

Name: Jerel Verner

Title: Chief Executive Officer

20 DEC 21 AM 8:00
RECEIVED
SECRETARY OF STATE
INTAKE DIVISION

15971751



Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

RECEIVED
SECRETARY OF STATE
INTAKE DIVISION

20 DEC 21 AM 8:00

# Articles of Organization

## Article One

The name of the limited liability company is:

50Floor, LLC

## Article Two
(Check, and if applicable complete, one of the following)

☑ The articles of organization shall be effective upon filing with the Secretary of State.

☐ The articles of organization shall be effective on: _____ at _____.
                                      (Date)              (Time)

[Note: The delayed effective date may not be later than 90 days after the filing date.]

IN WITNESS WHEREOF, the undersigned has executed these Articles of Organization on

December 18, 2020
_____
(Date)

_____
Signature

Jerel Verner
_____
Print Name*

Capacity (choose one option only):  ☑ Organizer
                                                            ☐ Member
                                                            ☐ Manager
                                                            ☐ Attorney-in-fact

* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.



Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr. Dr. SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.ga.gov

RECEIVED
SECRETARY OF STATE
INTAKE DIVISION

20 DEC 21  AM 8:00

## TRANSMITTAL INFORMATION FORM
## GEORGIA LIMITED LIABILITY COMPANY

IMPORTANT: Please provide the entity's primary email address when completing this form.

Primary Email Address: jerel@50Floor.com

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1.
LLC Name Reservation Number (If one has been obtained; if articles are being filed without prior reservation, leave this line blank.)

50Floor, LLC
LLC Name (List exactly as it appears in articles.)

2. Rebecca Saferstein, Sr. Paralegal, Arnall Golden Gregory LLP
Name* of Person Filing Articles of Organization (Certificate will be emailed to this person at address listed below.)

171 17th Street NW, Suite 2100      Atlanta      GA            30363
Address                             City                State       Zip Code

Rebecca.Saferstein@AGG.com                         (404) 870-5604
Filer's Email Address                               Telephone Number

3. 4701 Granite Drive
Principal Office Mailing Address of LLC (Unlike registered office address, this may be a post office box.)

Tucker                                   GA            30084
City                                     State         Zip Code

4. National Registered Agents, Inc.
Name* of Registered Agent in Georgia
289 S. Culver St.
Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)

Lawrenceville          Gwinnett              GA        30046-4805
City                   County                State     Zip Code

reps@triadpros.com
Registered Agent's Email Address

5. Name* and Address of Each Organizer (Attach additional sheets if necessary.)

Jerel Verner           231 Montrose Drive    McDonough    GA      30253
Organizer              Address               City         State   Zip Code

Organizer              Address               City         State   Zip Code

6. Mail the following items to the Secretary of State at the above address:
   1) This Transmittal Information Form;
   2) The Articles of Organization; and
   3) Filing fee of $110.00 ($100 filing fee + $10 paper filing service charge) payable to Secretary of State.  Filing fees are non-refundable.

I understand that this Transmittal Information Form is included as part of my filing, and the information on this form will be entered in the Secretary of State business entity database. I certify that the above information is true and correct to the best of my knowledge.

December 18, 2020

Signature of Authorized Person                      Date

Jerel Verner
Print Name*

* Enter individual's legal name, i.e. first and last name without use of initials or nicknames. Middle names or initials may be included.

FORM CD 231
(Rev. 10/2019)