# EXHIBIT C



## South Dakota Secretary of State

Monae L. Johnson
Secretary of State

Thomas J. Deadrick
Deputy Secretary of State

# Filing Information

**Name:**  **Lynton LLC**

## General Information

**SOS Business ID**  DL142458
Filing Type:  Limited Liability Company - Domestic
  01/11/2018
Status:  Good Standing
Duration Term:  Perpetual
Managed By:  Member-Managed

**Registered Agent Address**
BUSINESS FILINGS INCORPORATED
319 S COTEAU STREET
PIERRE, SD  57501

**Principal Address**
101 S REID ST
SUITE 307
SIOUX FALLS, SD  57103

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 11/21/2022 | 2023 Annual Report | B0245-9545 |
| 11/03/2021 | 2022 Annual Report | B0197-6996 |
| 11/11/2020 | 2021 Annual Report | B0158-1388 |
| 11/04/2019 | 2020 Annual Report | B0118-7843 |
| 12/14/2018 | Registered Agent Change (by Agent) | *B0080-8843 |
| 11/02/2018 | 2019 Annual Report | B0078-9690 |
| 01/11/2018 | Initial Filing | B0049-8243 |

 

531605918

# ANNUAL REPORT
## Domestic Limited Liability Company
SDCL 47-34A-211; 59-11-24, 24.1

Secretary of State
500 E. Capitol Ave
Pierre, SD 57501-5070
(605) 773-4845

**2023**
FILING YEAR

Please Type or Print Clearly in Ink
Please submit one Original
Make payable to the SECRETARY OF STATE

Filing Fee: $50

Total Fee: $50

B0245-9545 11/21/2022 9:37AM Rec'd by SD SOS

1. Business ID and Name:

   **DL142458**
   BUSINESS ID

   **Lynton LLC**
   BUSINESS NAME

2. The jurisdiction under whose law it is formed **South Dakota**

3. The address of the principal executive office (business address):

   Actual Street Address
   **101 S REID ST**
   **SUITE 307**
   **SIOUX FALLS, SD  57103**

   Mailing Address
   **101 S REID ST**
   **SUITE 307**
   **SIOUX FALLS, SD  57103**

4. The South Dakota Registered Agent's Name:

   South Dakota law permits the registered agent to be either (a) a noncommercial registered agent, or (b) a commercial registered agent.

   (b) The South Dakota Commercial Registered Agent's name & CRA#

   CRA: **BUSINESS FILINGS INCORPORATED (2019348)**

   Actual Street Address in this State
   **319 S COTEAU STREET**
   **PIERRE, SD  57501**

   Mailing Address in this State

5. If the LLC is manager-managed, list the names and addresses of its Managers.  SDCL 59-11-24.  If the LLC is member-managed, this section may be left blank.

6. Beneficial Owners (optional): A beneficial owner is a person who has or in some manner controls an equity security. Please consult an attorney for legal advice if you have any questions concerning this entry. Any question under this heading is considered a request for legal advice and the secretary of state's office is, by statute, not permitted, to provide legal advice.

No person may execute this report knowing it is false in any material respect.  Any violation may be subject to a criminal penalty (SDCL 22-39-36).

B0245-9546 11/21/2022 9:37AM Rec'd by SD SOS

| | |
|---|---|
| 11/21/2022 | *Daniel Lynton* |
| Dated | Signature of an Authorized Person |
| | Daniel Lynton |
| Email (Optional) | Printed Name |

# ANNUAL REPORT

Secretary of State
500 E. Capitol Ave
Pierre, SD 57501-5070
(605) 773-4845

**2019**
FILING YEAR

Domestic Limited Liability Company
SDCL 47-34A-211; 59-11-24, 24.1

Please Type or Print Clearly in Ink
Please submit one Original
Make payable to the SECRETARY OF STATE

Filing Fee: $50

Total Fee: $50



530672424

1. Business ID and Name:
   **DL142458**
   BUSINESS ID

   **Lynton LLC**
   BUSINESS NAME

2. The jurisdiction under whose law it is formed __South Dakota__

3. The address of the principal executive office (business address):

   Actual Street Address
   **101 S REID ST**
   **SUITE 307**
   **SIOUX FALLS, SD  57103**

   Mailing Address
   **101 S REID ST**
   **SUITE 307**
   **SIOUX FALLS, SD  57103**

4. The South Dakota Registered Agent's Name:

   South Dakota law permits the registered agent to be either (a) a noncommercial registered agent, or (b) a commercial registered agent.

   (b) The South Dakota Commercial Registered Agent's name & CRA#

   CRA: __BUSINESS FILINGS INTERNATIONAL, INC. (0000012)__

   Actual Street Address in this State
   **319 S COTEAU ST**
   **PIERRE, SD  57501**

   Mailing Address in this State

5. If the LLC is manager-managed, list the names and addresses of its Managers. SDCL 59-11-24. If the LLC is member-managed, this section may be left blank.

6. Beneficial Owners (optional): A beneficial owner is a person who has or in some manner controls an equity security. Please consult an attorney for legal advice if you have any questions concerning this entry. Any question under this heading is considered a request for legal advice and the secretary of state's office is, by statute, not permitted, to provide legal advice.

No person may execute this report knowing it is false in any material respect.  Any violation may be subject to a criminal penalty (SDCL 22-39-36).

11/02/2018
Dated

Email (Optional)

*Daniel Lynton*
Signature of an Authorized Person

Daniel Lynton
Printed Name

Page 1 of 1