# EXHIBIT D

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **50FLOOR, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) **CIVIL ACTION FILE NO.** |
| | ) **23CV1641** |
| v. | ) |
| | ) |
| **LYNTON, LLC d/b/a LYNTONWEB,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT LYNTON, LLC'S NOTICE OF FILING NOTICE OF REMOVAL**

COMES NOW, Defendant **LYNTON, LLC d/b/a LYNTONWEB** ("Defendant"), by and through its undersigned counsel of record, and hereby files this Notice of Filing Notice of Removal of the above-captioned action to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal filed with the United States District Court, excluding pleadings previously filed in this matter, is attached hereto as "Exhibit 1." Pursuant to 28 U.S.C. § 1446(d), all future proceedings in this Court are stayed.

Respectfully submitted this 9th day of March 2023.

*/s/ Kindu A. Walker*
KINDU A. WALKER
Georgia Bar No. 732284
DERRON B. BOWLES
Georgia Bar No. 928313
*Counsel for Defendant Lynton, LLC
d/b/a LyntonWeb*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
Fax: (770) 628-7101
walkerk@litchfieldcavo.com
bowles@litchfieldcavo.com

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court via Odyssey e-File GA, which will automatically send notification of filing to counsel of record addressed as follows:

Richard A. Mitchell, Esq.
J. Tucker Barr, Esq.
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
richard.mitchell@agg.com
tucker.barr@agg.com

Respectfully submitted this 9th day of March 2023.

/s/ Kindu A. Walker
KINDU A. WALKER
Georgia Bar No. 732284
DERRON B. BOWLES
Georgia Bar No. 928313
*Counsel for Defendant Lynton, LLC d/b/a LyntonWeb*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
Fax: (770) 628-7101
walkerk@litchfieldcavo.com
bowles@litchfieldcavo.com