**Exhibit B**



## APPORTIONED REGISTRATION CAB CARD
### STATE OF CALIFORNIA
### DEPARTMENT OF MOTOR VEHICLES
P.O. Box 932320   MS H160   Sacramento, CA 94232-3200   (916) 657-7971

OPERATOR/LESSEE/REGISTRANT
BIKRAMJIT SINGH
1417 LECOURBE CT
MODESTO, CA 95356

OWNER/LESSOR

| ISSUED: 05/10/2022 | EFFECTIVE: 06/01/2022 | EXPIRES: 05/31/2023 |
|---|---|---|

| Account | Fleet | Supp | |
|---|---|---|---|
| 115413 | 001 | 0000 | |
| TYPE OF CARRIER | | | MX |
| FOR HIRE | | | |
| Plate | Unit | Yr-Model | Make |
| YP18610 | 06 | 2019 | MACK |
| Unladen Wt | Axles | Fuel Type | Body Type |
| 16000 | 03 | D | TR |
| VIN | Seats | | |
| 1M1AN4GY9KM008201 | | | |

THE VEHICLE DESCRIBED HEREIN HAS BEEN APPORTIONED BETWEEN THE STATE OF CALIFORNIA AND THE JURISDICTIONS SHOWN BELOW. Canadian Provinces are shown in kilograms, Quebec is shown in axles, all other jurisdictions are shown in pounds. Buses may be identified by the number of seats. No jurisdictions are to be listed after the row of asterisks, or the card is invalid.

| AL | 80000 | AB | 36287 | AZ | 80000 | AR | 80000 | BC | 36287 |
|---|---|---|---|---|---|---|---|---|---|
| CA | 80000 | CO | 80000 | CT | 80000 | DE | 80000 | DC | 80000 |
| FL | 80000 | GA | 80000 | ID | 80000 | IL | 80000 | IN | 80000 |
| IA | 80000 | KS | 80000 | KY | 80000 | LA | 80000 | ME | 80000 |
| MB | 36287 | MD | 80000 | MA | 80000 | MI | 80000 | MN | 80000 |
| MS | 80000 | MO | 80000 | MT | 80000 | NE | 80000 | NV | 80000 |
| NL | 36287 | NB | 36287 | NH | 80000 | NJ | 80000 | NM | 80000 |
| NY | 80000 | NC | 80000 | ND | 80000 | NS | 36287 | OH | 80000 |
| OK | 80000 | ON | 36287 | OR | 80000 | PA | 80000 | PE | 36287 |
| QC | 5 AXL | RI | 80000 | SK | 36287 | SC | 80000 | SD | 80000 |
| TN | 80000 | TX | 80000 | UT | 80000 | VT | 80000 | VA | 80000 |
| WA | 80000 | WV | 80000 | WI | 80000 | WY | 80000 | *** | ***** |
| *** | ***** | *** | ***** | *** | ***** | *** | ***** | *** | ***** |

This apportioned Cab Card must be carried in the vehicle at all times. All fees are due to the State of California on or before the expiration date listed above. The cab card is non-tranferable and must be surrendered with the license plate(s) if the vehicle is deleted from the fleet.

CARRIER RESPONSIBLE FOR SAFETY: USDOT 3664958
A & G CHEEMA TRANS INC
4001 BALLEN CT
MODESTO, CA 95356-9352



HE20510221A0003

CS Scanned with CamScanner

Scanned with CamScanner





**CLASS:** A - Veh, Comb of Veh, No M/C
**ENDORSEMENTS:** None
**RESTRICTIONS:** None



This license is issued as a license to drive a motor vehicle; it does not establish eligibility for employment, voter registration, or public benefits.

Rev 08/29/2017
20129Y78279990301

101935

Scanned with CamScanner

Scanned with CamScanner