

Exhibit C

# California Secretary of State
## Electronic Filing



## General Stock Corporation - Articles of Incorporation

| | |
|---:|:---|
| Entity Name: | A & G CHEEMA TRANS INC |
| Entity (File) Number: | C4741722 |
| File Date: | 05/20/2021 |
| Entity Type: | General Stock Corporation |
| Jurisdiction: | California |

### Detailed Filing Information

1. **Corporate Name:** A & G CHEEMA TRANS INC

2. **Business Addresses:**

   a. Initial Street Address of Corporation:
   4001 BALLEN CT
   MODESTO, California, 95356
   United States of America

   b. Initial Mailing Address of Corporation:
   4001 BALLEN CT
   MODESTO, California, 95356
   United States of America

3. **Agent for Service of Process:**

   California Registered Corporate Agent (1505): NEW INDIA INSURANCE & ALLIED SERVICES (C4589644)

4. **Shares:** 1000

5. **Purpose Statement:** The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

The incorporator affirms the information contained herein is true and correct.

Incorporator: BIKRAMJIT SINGH

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20230340984 |
| Date Filed: 2/28/2023 |

| Entity Details | |
|---|---|
| Corporation Name | A & G CHEEMA TRANS INC |
| Entity No. | 4741722 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 4001 BALLEN CT<br>MODESTO, CA 95356 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 4001 BALLEN CT<br>MODESTO, CA 95356 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 4001 BALLEN CT<br>MODESTO, CA 95356 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| BIKRAMJIT SINGH | 4001 BALLEN CT<br>MODESTO, CA 95356 | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Bikramjit Singh | 4001 Ballen Ct<br>Modesto, CA 95356 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| Agent Name | BIKRAMJIT SINGH |
| Agent Address | 4001 BALLEN CT<br>MODESTO, CA 95356 |

| Type of Business | |
|---|---|
| Type of Business | TRUCKING |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Labor Judgment |
|---|
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. |

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*BIKRAMJIT SINGH*

Signature

*02/28/2023*

Date

B1539-0080 02/28/2023 8:56 AM Received by California Secretary of State