IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BENJAMIN W. KITCHEN, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of Fulton |
| BIKRAMJIT SINGH and A&G | ) | County, Civil Action File No. |
| CHEEMA TRANS, INC. | ) | 22EV005046] |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT AND DISCLOSURE OF INTERESTED PERSONS

Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 hereby disclose the following:

**(1) A Complete List of Parties and Corporate Disclosure Statement Required by FRCP 7.1:**

Defendant Bikramjit Sinch ("Mr. Singh") is an individual and the CEO/CFO/Secretary of A&G Cheema Trans, Inc.  Mr. Singh is a resident of California.  A&G Cheema Trans, Inc., is a California general stock corporation with a principal place of business in California.  Neither Mr. Singh nor A&G Cheema Trans., Inc were citizens of the State of Georgia at the time of, or immediately prior to, the filing and service of this lawsuit, or at any time thereafter.

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Morgan and Morgan.

Security National Insurance Company, a subsidiary of AmTrust Financial.

**(3) A complete list of each person serving in this proceeding:**

Patrick C. Powell of Morgan and Morgan.

Jonathan M. Adelman and Benjamin H. Harbin of the law firm Waldon Adelman Castilla Hiestand & Prout, LLP.

This 9th day of March, 2023.

                                          WALDON ADELMA CASTILLA
                                          HIESTAND & PROUT

                                          /s/ Benjamin H. Harbin
                                          Jonathan M. Adelman
                                          Georgia Bar No. 005128
                                          Benjamin H. Harbin
                                          Georgia Bar No. 568864
                                          *Attorneys for Bikramjit Singh and*
                                          *A&G Cheema Trans., Inc.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
bharbin@wachp.com

## **CERTIFICATE OF COMPLIANCE**

On this date, the undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court pursuant to Local Rule 5.1B.  The foregoing pleading has been prepared in 14-point Times New Roman font.

This 9th day of March, 2023.

                                                  WALDON ADELMA CASTILLA
HIESTAND & PROUT

/s/ Benjamin H. Harbin
Jonathan M. Adelman
Georgia Bar No. 005128
Benjamin H. Harbin
Georgia Bar No. 568864
*Attorneys for Bikramjit Singh and A&G Cheema Trans., Inc.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
bharbin@wachp.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BENJAMIN W. KITCHEN, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [Removed from |
| | ) | The State Court of Fulton |
| BIKRAMJIT SINGH and A&G | ) | County, Civil Action File No. |
| CHEEMA TRANS, INC. | ) | 22EV005046] |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this the *9th* day of March, 2023, I electronically filed the foregoing *Corporate Disclosure Statement and Disclosure of Interested Persons* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

> Patrick C. Powell
> Morgan & Morgan
> 777 Gloucester Street
> Suite 400
> Brunswick., GA  31520
> ppowell@forthepeople.com

This 9th day of March, 2023.

                WALDON ADELMA CASTILLA
                HIESTAND & PROUT

                /s/ Benjamin H. Harbin
                Jonathan M. Adelman
                Georgia Bar No. 005128
                Benjamin H. Harbin
                Georgia Bar No. 568864
                *Attorneys for Bikramjit Singh and*
                *A&G Cheema Trans., Inc.*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
jadelman@wachp.com
bharbin@wachp.com