## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TO: | Mr. James N. Hatten, Clerk<br>United States District Court | DATE: March 10, 2023 |
| RE: | 19-63108-lrc | Carlos Demetrius Hendrix, Sr. and<br>Marie Harvey-Hendrix |
| | Bankruptcy Case No. | Debtor(s) |
| | AND/OR | Caliber Hole Loans, Inc.<br>Defendant/Appellant |
| | 20-6025. | |
| | Adversary Proceeding No. | |
| | | Cathy L. Scarver<br>Plaintiff/Appellee |

### S U B M I S S I O N   S H E E T

Submitted on:

☒ Notice of Appeal filed 03/02/2023- Doc. No. 45
File date of Order being appealed from 2/17/2023 Doc. No. 41,42
☐ Supplemental Record to USDC Case No. Click here to enter text.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Initial Documents 41,42,45,46, docket sheet
☐ Designated items of     ☐ Appellant(s)     ☐ Appellee
      Filing Fee Paid -  ☒ Yes    ☐ No
      In Forma Pauperis -  ☐ GRANTED     ☐ DENIED

If previous appeal filed, list:

FROM:  M. Regina Thomas, Clerk of Court
           United States Bankruptcy Court

By: _/s/_____
       Yahaira Lugo, Deputy Clerk