Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Caliber Home Loans, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ☒ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❏ Debtor
   ❏ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Corrected Order (Dkt 41) and Corrected Correected Judgment (Dkt 42)

2. State the date on which the judgment, order, or decree was entered: February 17, 2023

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Cathy L. Scarver, Chapter 7 Trustee   Attorney: Michael J. Bargar
   2897 Clairmont Road, Suite 350
   Atlanta, Georgia 30329
   404-410-1220

2. Party: Caliber Home Loans Inc   Attorney: J. Kelsey Grodzicki
   3490 Piedmont Road, Suite 800
   Atlanta, Georgia 30305
   404-844-5673

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

*Kelsey Grodzicki*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 03/02/2023

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
J. Kelsey Grodzicki
3490 Piedmont Road, Suite 800
Atlanta, Georgia 30305
404-844-5673

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]