**IT IS ORDERED as set forth below:**



Date: February 16, 2023

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBERS |
|---|---|---|
| | : | |
| CARLOS DEMETRIUS HENDRIX, | : | |
| SR. and MARIE HARVEY-HENDRIX, | : | BANKRUPTCY CASE |
| Debtors. | : | 19-63108-LRC |
| _____ | : | |
| CATHY L. SCARVER | : | |
| as Chapter 7 Trustee for the Estate of | : | ADVERSARY PROCEEDING |
| CARLOS DEMETRIUS HENDRIX, | : | |
| SR. and MARIE HARVEY-HENDRIX, | : | NO. 20-06025-LRC |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | IN PROCEEDINGS UNDER |
| CALIBER HOME LOANS, INC., | : | CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |
| | : | |

## **CORRECTED JUDGMENT**

Judgment is hereby entered for the Plaintiff against the Defendant in the above-styled adversary proceeding in accordance with the Order of the Court entered on

1

February 16, 2023.

**END OF DOCUMENT**

**Distribution List**

**J. Kelsey Grodzicki**
Winter Capriola Zenner, LLC
One Ameris Center, Suite 800
3490 Piedmont Road NE
Atlanta, GA 30305

**Caliber Home Loans, Inc.**
**c/o C T Corporation System**
289 S. Culver Street
Lawrenceville, GA 30046-4805

**Cathy L. Scarver**
P.O. Box 672587
Marietta, GA 30006

**Michael J. Bargar**
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

**William Dale Matthews**
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363