**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
## Adversary Proceeding #: 20−06025−lrc

*Assigned to:* Judge Lisa Ritchey Craig  
*Lead BK Case:* 19−63108  
*Lead BK Title:* Carlos Demetrius Hendrix, Sr. and Marie Harvey−Hendrix  
*Lead BK Chapter:* 7  
*Demand:* $218000  

*Date Filed:* 02/03/20

| *Nature[s] of Suit:* | 14 Recovery of money/property − other |
| | 12 Recovery of money/property − 547 preference |

*Plaintiff*
------------------------

**William J. Layng, Jr. Chapter 7 Trustee**     represented by **Michael J. Bargar**
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363
(404) 873−7030
Fax : (404) 873−7031
*LEAD ATTORNEY*

*Plaintiff*
------------------------

**Cathy L. Scarver,** *Chapter 7 Trustee for the Estates of Carlos Demetrius Hendrix, Sr. and Marie Harvey Hendrix*
P. O. Box 672587
Marietta, GA 30006
(404) 551−5142

represented by **Michael J. Bargar**
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329
404−410−1220
Email: mbargar@rlkglaw.com

**Michael J. Bargar**
(See above for address)

**William Dale Matthews**
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363
404−873−8500
Fax : 404−873−8671

V.

*Defendant*
------------------------

**CALIBER HOME LOANS, INC.**  represented by **J. Kelsey Grodzicki**
c/o C T Corporation System                                Winter Capriola Zenner LLC
289 S. Culver Street                                      One Ameris Center, Suite 800
Lawrenceville, GA 30046−4805                              3490 Piedmont Road NE
                                                          Atlanta, GA 30305
                                                          404−844−5673
                                                          Email: kgrodzicki@wczlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 02/03/2020 | 1 | Adversary case 20−06025. Complaint against CALIBER HOME LOANS, INC. , 14 (Recovery of money/property − other) 12 (Recovery of money/property − 547 preference) Filed by William J. Layng, Jr. Chapter 7 Trustee (Bargar, Michael) |
| 02/04/2020 | 2 | Summons Issued on CALIBER HOME LOANS, INC. Answer Due 03/5/2020 (jlc) |
| 02/05/2020 | 3 | Certificate of Service Filed by Michael J. Bargar on behalf of William J. Layng, Jr. Chapter 7 Trustee. (related document(s)1, 2) (Bargar, Michael) |
| 03/05/2020 | 4 | Answer to Complaint filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (Grodzicki, J.) |
| 12/16/2020 | 5 | Joint Motion to Set Case Deadlines filed by Michael J. Bargar on behalf of William J. Layng, Jr. Chapter 7 Trustee. (Bargar, Michael) Modified on 12/16/2020 (ngs). |
| 12/16/2020 | 6 | Order GRANTING Motion to Set Case Deadlines. ORDERED that this case is subject to a four (4) month discovery period and all discovery shall be completed on or before April 16, 2021; Further Ordered that deadline for filing dispositive motions is May 17, 2021. (Related Doc # 5) Service by BNC. Entered on 12/16/2020. (law) |
| 05/11/2021 | 7 | Stipulation Extending Time to File Dispositive Motions through and including June 16, 2021. Filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)5, 6) (Bargar, Michael) Modified on 5/12/2021 (ngs). |
| 05/13/2021 | 8 | Motion for Summary Judgment filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (Attachments: # 1 Exhibit Memo in Support of Motion for Summary Judgment # 2 Statement of Material Facts) (Grodzicki, J.) |
| 05/14/2021 | 9 | [WITHDRAWN] − Stipulation Extending Deadlines for Trustee to Respond to Defendant's Motion for Summary Judgment through and including June 16, 2021. Filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)8) (Bargar, Michael) Modified on 5/14/2021 (ngs). |
| 05/14/2021 | 10 | Withdrawal of Stipulation Extending Deadlines for Trustee to Respond to Defendants Motion for Summary Judgment filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)9) (Bargar, Michael) Modified on 5/14/2021 (ngs). |
| 05/14/2021 | 11 | Stipulation Extending Deadlines for Trustee to Respond to Defendant's Motion for Summary Judgment through and including June 16, 2021 filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related |

| | | | |
|---|---|---|---|
| | | | document(s)8) (Bargar, Michael) Modified on 5/14/2021 (ngs). |
| 06/16/2021 | | 12 | Plaintiff's Motion for Partial Summary Judgment filed by William D. Matthews on behalf of Cathy L. Scarver. (related document(s)1) (Matthews, William) Modified on 6/17/2021 (ngs). |
| 06/16/2021 | | 13 | Brief *in Support of Plaintiff's Motion for Partial Summary Judgment and in Response to Defendant's Motion for Summary Judgment* Filed by William D. Matthews on behalf of Cathy L. Scarver. (related document(s)8, 12) (Matthews, William) |
| 06/16/2021 | | 14 | Plaintiff's Response to Defendant's Statement of Facts Filed by William D. Matthews on behalf of Cathy L. Scarver. (Matthews, William). Related document(s) 8. Modified on 6/17/2021 (ngs). |
| 06/16/2021 | | 15 | Statement of Material Facts as to Which Plaintiff Contends There Is No Dispute Filed by William D. Matthews on behalf of Cathy L. Scarver. (Matthews, William) Modified on 6/17/2021 (ngs). |
| 06/16/2021 | | 16 | Unsworn Declaration of Trustee Cathy L. Scarver Filed by William D. Matthews on behalf of Cathy L. Scarver. (related document(s)12) (Matthews, William) Modified on 6/17/2021 (ngs). |
| 07/01/2021 | | 17 | Stipulation Extending Deadline for Defendant to Respond to Plaintiff's Motion for Summary Judgment and to Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment Filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)12, 14) (Grodzicki, J.) Modified on 7/6/2021 (law). |
| 07/16/2021 | | 18 | Defendant Caliber Home Loans, Inc.'s Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Partial Summary Judgment filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)8, 12)(Grodzicki, J.) Modified on 7/19/2021 (ngs). |
| 07/16/2021 | | 19 | Defendant Caliber Home Loans, Inc.'s Response to Plaintiff's Statement of Material Facts filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC. (Grodzicki, J.). Related document(s) 15 Modified on 7/19/2021 (ngs). |
| 07/23/2021 | | 20 | Stipulation Extending Deadline for Trustee to Reply to Response of Defendant through and including August 6, 2021. Filed by Michael J. Bargar on behalf of Cathy L. Scarver. (Bargar, Michael) Related document(s) 18. Modified on 7/23/2021 (ngs). |
| 08/05/2021 | | 21 | Trustee's Reply to Response of Defendant filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)18)(Bargar, Michael) Modified on 8/6/2021 (ngs). |
| 08/13/2021 | | 22 | Defendant Caliber Home Loans, Inc.'s Motion for Leave to File Sur−Reply filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)12)(Grodzicki, J.) Modified on 8/16/2021 (ngs). |
| 08/23/2021 | | 23 | Trustee's Response in Opposition to Motion to File Sur−Reply filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)22)(Bargar, Michael) Modified on 8/24/2021 (ngs). |
| 01/04/2022 | | 24 | |

| | | | |
|---|---|---|---|
| | | | Order on Defendant's Motion for Leave to File Sur−Reply and Plaintiffs Response in Opposition to Motion to File Sur−Reply. IT IS ORDERED that the Motion and the MSJ Motion are DEFERRED until further order of the Court. Service by BNC. Entered on 1/4/2022. (related document(s)22, 23) (jlc) |
| 01/06/2022 | | 25 | Certificate of Mailing by BNC of Order Notice Date 01/06/2022. (Admin.) (Entered: 01/07/2022) |
| 05/06/2022 | | 26 | Motion to Stay Proceedings filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (Grodzicki, J.) |
| 05/09/2022 | | 27 | Amended Certificate of Service for Motion to Stay Adversary Proceedings (Doc 26) Filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)26) (Grodzicki, J.) Modified on 5/11/2022 (jlc). |
| 05/20/2022 | | 28 | Trustee's Response in Opposition to Motion to Stay Adversary Proceeding filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)26)(Bargar, Michael) Modified on 5/20/2022 (jlc). |
| 07/05/2022 | | 29 | Order on Motion for Summary Judgment and Plaintiffs Motion for Partial Summary Judgment. IT IS FURTHER ORDERED THAT the parties shall have fourteen (14) days from the entry of this order to file supplemental briefs (not to exceed 25 pages each) on the Motions to address the effect of the holding in Lindstrom. The parties may file response briefs (not to exceed 15 pages each) no later than twenty−eight (28) days of the date of the entry of this Order.Service by BNC. Entered on 7/5/2022. (related document(s)8, 12, 26, 28) (jlc) |
| 07/07/2022 | | 30 | Certificate of Mailing by BNC of Order Notice Date 07/07/2022. (Admin.) (Entered: 07/08/2022) |
| 07/15/2022 | | 31 | Supplemental Brief *in Support of Caliber's Motion for Summary Judgment* Filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)8) (Grodzicki, J.) |
| 07/19/2022 | | 32 | Trustee's Supplemental Brief in Support of Motion for Partial Summary Judgment Filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s) 8,29) (Bargar, Michael) Modified on 7/20/2022 (jlc). |
| 08/02/2022 | | 33 | Trustee's Response to Supplemental Brief of Defendant Filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)31) (Bargar, Michael) Modified on 8/3/2022 (jlc). |
| 08/18/2022 | | 34 | Motion for Leave to File Sur−Reply in Opposition to Trustees Motion for Partial Summary Judgment filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)12)(Grodzicki, J.) Modified on 8/19/2022 (jlc). |
| 08/19/2022 | | 35 | Amended Certificate of Service *Regarding Doc 34* Filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)34) (Grodzicki, J.) |
| 08/22/2022 | | 36 | Trustee's Response in Opposition to Motion to File Sur−Reply filed by Michael J. Bargar on behalf of Cathy L. Scarver. (related document(s)34)(Bargar, Michael) Modified on 8/23/2022 (jlc). |

| | | | |
|---|---|---|---|
| 02/13/2023 | | 37 | ORDERED THAT the Motion for Leave is GRANTED. IT IS FURTHER ORDERED THAT the Plaintiffs MPSJ is GRANTED. The Court will enter judgment in favor of Plaintiff simultaneously with the entry of this Order. IT IS FURTHER ORDERED that the Transfer is avoided pursuant to 11 U.S.C. § 547(b). IT IS FURTHER ORDERED that Plaintiff is entitled to recover the Property or the proceeds of the same, or the value of that interest, transferred through the Transfer. IT IS FURTHER ORDERED THAT the Defendants MSJ is DENIED. Service by BNC. Entered on 2/13/2023. (related document(s)1, 8, 12, 34, 36) (cws) |
| 02/13/2023 | | 38 | Judgment is hereby entered for the Plaintiff against the Defendant in the above−styled adversary proceeding in accordance with the Order of the Court entered on February 13, 2023. Service by BNC Entered on 2/13/2023. (related document(s)37) (cws) |
| 02/15/2023 | | 39 | Certificate of Mailing by BNC of Order Notice Date 02/15/2023. (Admin.) (Entered: 02/16/2023) |
| 02/15/2023 | | 40 | Certificate of Mailing by BNC of Judgment Notice Date 02/15/2023. (Admin.) (Entered: 02/16/2023) |
| 02/17/2023 | | 41 | Corrected Order on Defendants Motion for Summary Judgment and Plaintiffs Motion for Partial Summary Judgment. ORDERED THAT the Motion for Leave is GRANTED. IT IS FURTHER ORDERED THAT the Plaintiffs MPSJ is GRANTED. The Court will enter judgment in favor of Plaintiff simultaneously with the entry of this Order. IT IS FURTHER ORDERED that the Transfer is avoided pursuant to 11 U.S.C. § 547(b). IT IS FURTHER ORDERED THAT the Defendants MSJ is DENIED Service by BNC. Entered on 2/17/2023. (related document(s)1, 8, 12, 34, 36, 37) (jlc) |
| 02/17/2023 | | 42 | Corrected Judgment is hereby entered for the Plaintiff against the Defendant in the above−styled adversary proceeding in accordance with the Order of the Court entered on February 16, 2023. Service by BNC Entered on 2/17/2023. (related document(s)38, 41) (jlc) Modified on 2/27/2023 (jlc). |
| 02/19/2023 | | 43 | Certificate of Mailing by BNC of Order Notice Date 02/19/2023. (Admin.) (Entered: 02/20/2023) |
| 02/19/2023 | | 44 | Certificate of Mailing by BNC of Judgment Notice Date 02/19/2023. (Admin.) (Entered: 02/20/2023) |
| 03/02/2023 | | 45 | Notice of Appeal to District Court, Fee $ 298 filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. Appellant Designation due by 3/16/2023, submission by USBC to USDC due by 4/03/2023 (related document(s)41, 42) (Grodzicki, J.) Modified on 3/3/2023 (mrw). Modified on 3/10/2023 (yl). |
| 03/02/2023 | | | Receipt of Notice of Appeal (FEE)( 20−06025−lrc) [appeal,97] ( 298.00) filing fee. Receipt Number A58521044. Fee Amount 298.00 (re: Doc# 45) (U.S. Treasury) |
| 03/02/2023 | | 46 | Motion for Leave to Appeal Fee $ 5, filed by J. Kelsey Grodzicki on behalf of CALIBER HOME LOANS, INC.. (related document(s)41, 42, 45) (Grodzicki, J.). Modified on 3/3/2023 (mrw). |
| 03/02/2023 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt of Motion for Leave to Appeal( 20−06025−lrc) [motion,96] ( 5.00) filing fee. Receipt Number A58521103. Fee Amount 5.00 (re: Doc# 46) (U.S. Treasury) |
| 03/10/2023 | | 47 | Notification of Appeal Requirements (related document(s)45) (yl) |
| 03/10/2023 | | | Notice that Document Number 47 − Notification of Appeal Requirements, was entered in error. (related document(s)47) (yl) |
| 03/10/2023 | | 48 | Notification of Appeal Requirements (related document(s)45) (yl) |