# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   Mr. James N. Hatten, Clerk                DATE: March 10, 2023
       United States District Court

RE:   19-63108-lrc                              Carlos Demetrius Hendrix, Sr. and
                                                 Marie Harvey-Hendrix
       Bankruptcy Case No.                       Debtor(s)

       AND/OR                                    Caliber Home Loans, Inc.
                                                 Defendant/Appellant
       20-6025.

       Adversary Proceeding No.
                                                 Cathy L. Scarver, Chapter 7 Trustee
                                                 Plaintiff/Appellee

## S U B M I S S I O N   S H E E T

<u>Submitted on:</u>
☒       Notice of Appeal filed 03/02/2023- Doc. No. 45
          File date of Order being appealed from 2/17/2023 Doc. No. 41,42
☐  Supplemental Record to USDC Case No. Click here to enter text.
☐  Other: Click here to enter text.

**Contents of Record:**
☒  Initial Documents 41,42,45,46, docket sheet
☐  Designated items of    ☐  Appellant(s)    ☐  Appellee
     Filing Fee Paid -  ☒  Yes    ☐  No
     In Forma Pauperis -  ☐  GRANTED    ☐  DENIED

If previous appeal filed, list:


FROM:   M. Regina Thomas, Clerk of Court
          United States Bankruptcy Court

By: _/s/_____
       Yahaira Lugo, Deputy Clerk


F08 (submusdc.roa) (Rev. 10-2009) – *mgs 10.20.14*