# Exhibit A

**E-FILED
22EV0050
9/9/2022 11:51 A
Donald Talley, Cle
Civil Divisi

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALOYSIUS TERRELL DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION FILE NO.: |
| | ) |
| JOHN DOE and | ) |
| PERFECT TIMING TRUCKING LLC., | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT FOR DAMAGES**

COMES NOW Plaintiff ALOYSIUS TERRELL DAVIS, by and through counsel, and files this Complaint for Damages against Defendants JOHN DOE and PERFECT TIMING TRUCKING LLC, and shows the Court as follows:

### **PARTIES AND JURISDICTION**

1.

Plaintiff is a resident of the State of Georgia and by bringing this action, subjects himself to the jurisdiction of this court.

2.

Defendant JOHNE DOE (hereinafter "Defendant JOHN DOE ") is fictitious party representing an unknown hit-and-run driver who injured Plaintiff on or about March 28, 2021, in a motor vehicle collison.

3.

Defendant PERFECT TIMING TRUCKING LLC., (hereinafter "Defendant PERFECT TIMING ") is a foreign corporation existing under the laws of the state of South Carolina with its principal place of business in South Carolina and may be served through PERFECT TIMING TRUCKING LLC, whose agent for service of process in Georgia is John P. Hendrickson, 41 Dogwood Court, Gillsville, GA 30543..

4.

Jurisdiction is proper in this Court.

5.

Venue is proper in this Court

## BACKGROUND

6.

On March 28, 2021, Plaintiff ALOYSIUS TERRELL DAVIS was parked waiting to leave the loading docks in, Douglas County, Georgia.

7.

At or about that same time, Defendant JOHN DOE was driving a 2013 International Prostar, when he negligently, recklessly, carelessly and unlawfully operated said vehicle so as to cause their trailer to back into the front of the plaintiff's vehicle.

8.

On the above-mentioned date and time, Defendant JOHN DOE was an agent or employee of Defendant PERFECT TIMING, and working within the scope of his employment.

9.

On this date, Defendant JOHN DOE was operating the 2013 International Prostar commercial truck ("commercial truck") on behalf of Defendant PERFECT TIMING.

10.

At the time of the incident, Defendant JOHN DOE had Defendant PERFECT TIMING's express or implied permission to drive the commercial truck on behalf of Defendant PERFECT TIMING.

11.

Defendant PERFECT TIMING should have been aware of Defendant JOHN DOE's unsafe driving habits.

12.

Defendant JOHN DOE negligently maintained the aforementioned 2013 International Prostar commercial truck and specifically fail to maintain a safe distance between his and the plaintiff's vehicle, causing the subject collision.

13.

By reason of the foregoing, Plaintiff ALOYSIUS TERRELL DAVIS suffered injuries and damages including but not limited to:

a. Personal injuries;

b. Pain and suffering;

c. Disability;

d. Mental anguish;

e. Loss of the capacity for the enjoyment of life;

f. Impaired ability to labor;

g. Loss of earnings and economic losses;

h. Past, present, and future medical expenses;

i. Permanent injuries;

j. Incidental expenses; and

k. Consequential damages to be proven at trial.

### COUNT 1: NEGLIGENCE – JOHNE DOE

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

The collision was caused by the negligence of Defendant JOHN DOE .

16.

The investigating police officer assigned contributing factors to Defendant JOHN DOE in regard to this wreck, due to the fact he was following too closely.

17.

At all times relevant hereto, Defendant JOHN DOE owed a duty of care to Plaintiff to operate his vehicle in accordance with ordinary care and diligence, as defined under O.C.G.A. § 51-1-2, and Defendant JOHN DOE breached that duty to which he owed to Plaintiff.

18.

Defendant JOHN DOE 's negligence is a proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT 2: NEGLIGENCE – PERFECT TIMING TRUCKING, LLC.

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

At all relevant times, Defendant JOHN DOE was an employee or agent of Defendant PERFECT TIMING and was acting within the scope and course of his employment at the time of the accident.

21.

Defendant PERFECT TIMING negligently maintained the aforementioned commercial truck.

22.

Defendant PERFECT TIMING had knowledge that Defendant JOHN DOE was incompetent to drive or habitually reckless and allowed him access their motor vehicle anyway.

23.

Defendant PERFECT TIMING failed to conduct a proper background check before hiring

Defendant JOHN DOE and allowed him to access its motor vehicle anyway.

24.

Defendant PERFECT TIMING is liable for the acts and omissions of Defendant JOHN DOE as Defendant PERFECT TIMING 's agent and employee at the time of the collision-in-suit under the theory of *respondeat superior* and the rules of agency.

25.

Defendant PERFECT TIMING 's negligent act of allowing Defendant JOHN DOE to operate the 2013 International Prostar commercial truck was the proximate cause of this wreck.

## COUNT 3: IMPUTED LIABILITY

26.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 25 above as if fully restated.

27.

At the time of the subject collision, Defendant JOHN DOE was an employee or agent of Defendant PERFECT TIMING .

28.

At the time of the subject collision, Defendant JOHN DOE was operating the 2013 International Prostar commercial truck on behalf of Defendant PERFECT TIMING .

29.

Liability is imputed to Defendant PERFECT TIMING as an interstate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant JOHN DOE in regard to the collision and incident described in this complaint under the doctrines of lease liability, agency or apparent agency and *respondeat superior*.

## **COUNT 4: NEGLIGENT HIRING, TRAINING & SUPERVISION**

30.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 29 above as if fully restated.

31.

Defendant PERFECT TIMING was negligent in hiring, screening, employing, training and supervising Defendant JOHN DOE and entrusting him to drive the 2013 International Prostar commercial truck.

32.

Defendant PERFECT TIMING 's negligence in hiring Defendant JOHN DOE and entrusting him with driving a commercial vehicle and failing to properly train and supervise him was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

33.

Defendant PERFECT TIMING is liable for tortuously failing to properly instruct, train and supervise Defendant JOHN DOE as its employee and/or agent.

34.

Defendant PERFECT TIMING is accountable for independent negligence in hiring, training, entrusting, supervising and retaining Defendant JOHN DOE in connection with his operation of the 2013 International Prostar commercial truck and for otherwise failing to act as a reasonable and prudent interstate motor carrier would under the same or similar circumstances.

35.

Defendant PERFECT TIMING is accountable for independent negligence in that it failed to provide safety management as required by various provisions of the Federal Motor Carrier Safety Regulations.

36.

Defendant PERFECT TIMING is accountable for independent negligence related to violations of such additional provisions of Georgia law and the Federal Motor Carrier Safety Regulations as may be determined through discovery and proven at trial.

## COUNT 6: DAMAGES

37.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 36 above as if fully restated.

38.

As a direct and proximate result of Defendants' negligence, Plaintiff suffered serious and permanent physical injuries and substantial and continuing pain, suffering, and discomfort. Plaintiff has incurred past medical expenses in excess of $4,595.00 and will continue to incur medical expenses in the future.

39.

As a direct and proximate result of the combined and concurrent negligent acts and omissions of all Defendants, Plaintiff is entitled to an award of special damages for past and future medical expenses and lost wages in an amount to be shown at trial and general damages in an amount to be determined by the trier of fact.

40.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

WHEREFORE, Plaintiff ALOYSIUS TERRELL DAVIS prays that she has a trial on all issues and judgment against Defendants JOHN DOE and PERFECT TIMING TRUCKING LLC, as follows:

(a) Summons and Complaint be served upon Defendants according to the law;

(b)   That Plaintiff recover from Defendants a sum of damages to compensate her for her injuries

and damages, including, but not limited to, her medical expenses (past and future), lost wages, and pain and suffering (past, present, and future), as aforesaid;

(c) That Plaintiff recover for physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

(d) All costs of this action be taxed against Defendants; and

(e) That Plaintiff recover such other and further relief as is just and proper.

Respectfully submitted this 9th day of September 2022.

/s/ John S. O'Briant III
John O'Briant, Esquire
Bar # 133201
Morgan & Morgan
178 S Main Street Suite 300
Alpharetta, GA 30009,
United States
Phone: (770) 576-7620
Fax: (770) 576-7670
Primary email: jobriant@forthepeople.com
Attorney for Plaintiff

**E-FILED
22EV0050
11/7/2022 2:31 F
Donald Talley, Cle
Civil Divisi

## AFFIDAVIT OF SERVICE

**State of Georgia**　　　　　　　　**County of Fulton**　　　　　　　　**State Court**

Case Number: 22EV005047

Plaintiff: **Aloysius Terrell Davis**
vs.
Defendant: **John Doe and Perfect Timing Trucking, LLC.**

For:
John O'Briant
Morgan & Morgan Atlanta, PLLC
178 South Main Street
Suite 300
Alpharetta, GA 30009

Received by Perma Investigations on the 31st day of October, 2022 at 2:25 pm to be served on **Perfect Timing Trucking LLC c/o John P. Hendrickson, Agent for Service of Process, 41 Dogwood Ct., Gillsville, GA 30543.**

I, Jason Garmon, being duly sworn, depose and say that on the **2nd day of November, 2022** at **7:00 pm, I:**

served Perfect Timing Trucking LLC c/o John P. Hendrickson, Agent for Service of Process by delivering a true copy of the **Summons, Complaint for Damages, Plaintiff's First Request for Admissions to Defendant Perfect Timing Trucking, LLC, Plaintiff's First Continuing Interrogatories to Defendant Perfect Timing Trucking, LLC, Plaintiff's First Request for Production of Documents and Notice to Produce to Defendant Perfect Timing Trucking LLC, Rule 5.2 Certificate of Service, General Civil and Domestic Relations Case Filing Information Form** to: **John Hendrickson as Authorized to Accept** for **Perfect Timing Trucking LLC,** at the address of: **41 Dogwood Ct., Gillsville, GA 30543.**

**Additional Information pertaining to this Service:**
11/2/2022  7:00 pm  Documents delivered into hands of John Hendrickson

~45 yo WM 5'10 185 bald brown eyes no glasses

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and I have been appointed by this Court to serve process.

Subscribed and Sworn to before me on the ___ day of NOVEMBER, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Jason Garmon
Perma

**Perma Investigations**
2020 Hembree Grove Drive
Roswell, GA 30076
(770) 664-8005

Our Job Serial Number: ANC-2022010583
Ref: Terrell Davis

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

**E-FILED
22EV00504
11/8/2022 12:58 PI
Donald Talley, Cler
Civil Divisio

## AFFIDAVIT OF SERVICE

**State of Georgia**          **County of Fulton**          **State Court**

Case Number: 22EV005047

Plaintiff: **Aloysius Terrell Davis**
vs.
Defendant: **John Doe and Perfect Timing Trucking, LLC.**

For:
John O'Briant
Morgan & Morgan Atlanta, PLLC
178 South Main Street
Suite 300
Alpharetta, GA 30009

Received by Perma Investigations on the 31st day of October, 2022 at 2:30 pm to be served on **Perfect Timing Trucking LLC on behalf of John Doe c/o John P. Hendrickson Agent for Service of Process, 41 Dogwood Ct., Gillsville, GA 30543.**

I, Jason Garmon, being duly sworn, depose and say that on the **2nd day of November, 2022** at **6:59 pm**, I:

served Perfect Timing Trucking LLC on behalf of John Doe c/o John P. Hendrickson Agent for Service of Process by delivering a true copy of the **Summons, Complaint for Damages, Plaintiff's First Request for Admissions to Defendant John Doe, Plaintiff's First Continuing Interrogatories to Defendant John Doe, Plaintiff's First Request for Production of Documents and Notice to Produce to Defendant John Doe, Rule 5.2 Certificate of Service, General Civil and Domestic Relations Case Filing Information Form to: John Hendrickson as Authorized to Accept for Perfect Timing Trucking LLC on behalf of John Doe, at the address of: 41 Dogwood Ct., Gillsville, GA 30543.**

**Additional Information pertaining to this Service:**
11/2/2022  6:59 pm  Perfected corporate service at 41 Dogwood Ct. Gillsville, GA 30543. Documents delivered into hands of John Hendrickson

~45 yo WM 5'10 185 bald brown eyes no glasses

I am an agent of Perma Investigations and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and I have been appointed by this Court to serve process.

Jason Garmon
Perma

Subscribed and Sworn to before me on the 4TH day of NOVEMBER, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

Perma Investigations
2020 Hembree Grove Drive
Roswell, GA 30076
(770) 664-8005

Our Job Serial Number: ANC-2022010584
Ref: Terrell Davis

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l