# Exhibit B

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 69318852
Case Number: 22EV005047
Date: Mar 10 2023 02:37PM
Donald Talley, Chief Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALOYSIUS TERRELL DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE and PERFECT TIMING TRUCKING LLC,<br><br>    Defendants. | Civil Action File No. 22EV005047 |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW Pursuant to 28 U.S.C. § 1446(d), Perfect Timing Trucking, named Defendant in the above-styled action, and hereby gives notice that it filed a Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, on March 10, 2023. Pursuant to the provision cited, the State Court of Fulton County shall not proceed further with the case unless or until it is remanded back to the State Court by Order of the United States District Court.

Respectfully submitted this 10th day of March, 2023.

By:  */s/ Elizabeth L. Bentley, Esq.*
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
beth.bentley@swiftcurrie.com
***Attorney for Defendant Perfect Timing Trucking LLC***

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 10th day of March, 2023 day served a copy of the within and foregoing ***Defendant's Notice of Filing Notice of Removal to Federal Court*** upon all parties via the Odyssey E-File & Serve System which will automatically send an e-mail notification to counsel of record as follows:

Greg Bosseler, Esq.
MORGAN & MORGAN
178 S. Main St.
Suite 300
Alpharetta, GA 30009
*gbosseler@forthepeople.com*
***Attorney for the Plaintiff***

Respectfully submitted this 10th day of March, 2023.

By: */s/ Elizabeth L. Bentley, Esq.*
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
*beth.bentley@swiftcurrie.com*
***Attorney for Defendant Perfect Timing Trucking LLC***

**SWIFT, CURRIE, McGHEE & HIERS, LLP**
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
(404) 874-8800 Phone
(470) 600-5990 Fax