# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALOYSIUS TERRELL DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE and PERFECT TIMING TRUCKING, LLC,<br><br>　　　　Defendants. | CAFN: _____ |

## DEFENDANT PERFECT TIMING TRUCKING, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　　a.  Aloysius Terrell Davis,

　　　b.  Perfect Timing Trucking, LLC.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially

affected by the outcome of this particular case:

    a. Other than individuals and entities who are parties to this case, there are no other persons, associations, firms, partnerships, or corporations known to Defendant which either have a financial interest in this litigation or other interest which could be substantially affected.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Elizabeth L. Bentley, Swift Currie McGhee & Hiers, LLP; and,

    b. Greg Bosseler, Esq., Morgan & Morgan, and

    c. John O'Briant, Morgan & Morgan.

This 10th day of March, 2023.

    Respectfully submitted,
    **SWIFT, CURRIE, McGHEE & HIERS, LLP**

    By: */s/ Elizabeth L. Bentley*
    ELIZABETH L. BENTLEY, ESQ.
    State Bar No.: 828730
    **Swift, Currie, McGhee & Hiers, LLP**
    1420 Peachtree Street NE, Suite 800
    Atlanta, Georgia 30309
    (404) 874-8800 Phone / (404) 888-6199 Fax
    beth.bentley@swiftcurrie.com
    ***Attorneys for Defendant***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALOYSIUS TERRELL DAVIS,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOE and PERFECT TIMING TRUCKING, LLC,<br><br>  Defendants. | CAFN: _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant's Certificate of Interested Persons and Corporate Disclosure Statement** by filing same with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send an electronic copy of same to all parties and counsel of record as follows:

Greg Bosseler, Esq.
MORGAN & MORGAN
178 S. Main Street, Suite 300
Alpharetta, Georgia 30009

This 10th day of March, 2023.

  */s/ Elizabeth L. Bentley*
By: _____
  ELIZABETH L. BENTLEY, ESQ.
  State Bar No.: 828730
  **SWIFT, CURRIE McGHEE & HIERS, LLP**