UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.:

FALCO ERMERT,

        Plaintiff,

v.

PATIENT ADVISOR LLC dba MEDADVISOR.CO

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FALCO ERMERT by and through his undersigned counsel, brings this Complaint against Defendant PATIENT ADVISOR LLC dba MEDADVISOR.CO for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff FALCO ERMERT ("Ermert") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Ermert's original copyright protected Work of authorship.

2. Ermert is a German journalist and photographer. During his studies at the University of Cologne, he worked as a photographer in the field of reporting and events. Now, based in Cologne, Ermert continues to work for magazines, photographs personal projects, and conducts workshops. Ermert uses a professional DJI drone and Nikon D5500 +DF for his editorial, travel, and commercial assignments throughout Europe and beyond.

3. Defendant PATIENT ADVISOR LLC dba MEDADVISOR.CO ("Medadvisor") is a technology-enabled healthcare consultancy, based in Atlanta, GA. At all times relevant herein, Medadvisor was the owner and operator of the internet website located at the URL https://www.medadvisor.co/ (the "Website").

4. Ermert alleges that Defendant copied Ermert's copyright protected Work from the internet in order to advertise, market and promote its business activities. Defendant committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Medadvisor is subject to personal jurisdiction in Georgia.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Medadvisor engaged in infringement in this district, Medadvisor resides in this district, and Medadvisor is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Patient Advisor LLC is a Georgia Limited Liability Company, with its principal place of business at 3365 Piedmont Road NE #1400, Atlanta, GA 30305, and can be served by serving its Registered Agent, Andrew Bate, 1285 Stillwood Drive, Atlanta GA 30306.

## THE COPYRIGHT PROTECTED WORK AT ISSUE

10.     In 2016, Ermert created a photograph of Panama City, Republic of Panama, entitled "Panama3073", which is shown below and referred to herein as the "Work".



11. Ermert registered the Work with the Register of Copyrights on December 5, 2016 and was assigned the registration number VA 2-024-779. The Certificate of Registration and the Deposit Copy are attached hereto as Exhibit 1.

12. On May 21, 2016, Ermert published his Work to his webpage on Flickr.com, at https://www.flickr.com/photos/132646954@N02/27057207512/, allowing further use of the Work provided that any end-user followed the requirements of the Creative Commons CC BY 2.0 license which conditions use on attribution to Ermert and a link to the applicable license.

13. Ermert's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting and other details is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

14. At all relevant times Ermert was the owner of the copyright protected Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

15. Medadvisor has never been licensed to use the Work at issue in this action for any purpose.

16. On a date after Ermert registered the copyright of the Work with the United States Copyright Office, Medadvisor accessed the Work, reproduced a copy

of the Work on its server, and displayed that altered copy of the Work publicly on its Website.

17. Medadvisor displayed the Work on its Website without any attribution to Ermert, his Flickr page, or the Creative Commons license.

18. On or about March 10, 2020, Ermert discovered the unauthorized use of his Work on the Website.

19. Medadvisor copied Ermert's copyright protected Work without Ermert's permission.

20. After Medadvisor copied the Work, it made further copies and distributed the Work on the internet to promote the sale of services as part of its healthcare consultancy business.

21. Medadvisor copied and distributed Ermert's copyright protected Work in connection with advertising and marketing its business, and in the course and scope of advertising and selling products and services.

22. Medadvisor committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

23. Ermert never gave Medadvisor permission or authority to copy, distribute or display the Work for any purpose without his attribution or a link to the Creative Commons license.

24. Ermert notified Medadvisor of the allegations set forth herein on July 5, 2022, and November 23, 2022. To date, Medadvisor has failed to respond to Plaintiff's Notices.

## COUNT I
## COPYRIGHT INFRINGEMENT

25. Ermert incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. Ermert owns a valid copyright in the Work at issue in this case.

27. Ermert registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28. Medadvisor copied, displayed, and distributed the Work without Ermert's authorization in violation of 17 U.S.C. § 501.

29. Medadvisor performed the acts alleged in the course and scope of its business activities.

30. Medadvisor's acts were willful.

31. Ermert has been damaged.

32. The harm caused to Ermert has been irreparable.

## COUNT II

## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

33. Ermert incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34. The Work at issue in this case contains copyright management information ("CMI") in the form of Ermert's attribution and license terms conveyed in connection with the Work on Ermert's Flickr account.

35. Medadvisor knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b), by failing to include any attribution to the Work whatsoever on its Website.

36. Medadvisor distributed the Work knowing that the CMI had been removed or altered without authority of the copyright owner or the law.

37. Medadvisor committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Ermert's rights in the Work under the Copyright Act.

38. Ermert has been damaged.

39. The harm caused to Ermert has been irreparable.

WHEREFORE, the Plaintiff Falco Ermert prays for judgment against the Defendant Patient Advisor LLC dba Medadvisor.co that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Medadvisor's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre- and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 10, 2023                    Respectfully submitted,

*/s/Evan A. Andersen*
EVAN A. ANDERSEN
Georgia Bar Number: 377422
Evan.andersen@sriplaw.com

**SRIPLAW, P.A.**
3372 Peachtree Road
Suite 115
Atlanta, GA 30326
404.496.6606 – Telephone
561.404.4353 – Facsimile

And

JOEL B. ROTHMAN
Georgia Bar Number: 979716
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21310 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff* Falco Ermert

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1.C

The undersigned does hereby certify that this pleading was prepared in Times New Roman font, 14-Point, in compliance with Local Rule 5.1.C.

Dated:  March 10, 2023            Respectfully submitted,


            */s/ Evan A. Andersen*
            EVAN A. ANDERSEN

**SRIPLAW**

CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ TENNESSEE ♦ NEW YORK