# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay n* (signature)

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-024-779

**Effective Date of Registration:**
December 05, 2016

---

## Title

**Title of Work:** Group Registration Photos, 2016 Work, Published Feb. 23, 2016 to Oct. 20, 2016; 436 photos.

**Content Title:** dresden-altstadt-old-town_25219979155_o, frauenkirche-dresden---church-of--our-lady_25193713526_o, dresden-altstadt-old-town_24924249950_o, dresden-altstadt-old-town_24924366370_o, frauenkirche-dresden---church-of--our-lady_24852324439_o, dresden-altstadt-old-town_25101614762_o, dresden-altstadt-old-town_24589186404_o, schsisches-staatsministerium-fr-kultus-smk-dresden_24924353150_o, dresden-altstadt-old-town_24593011603_o, goldener-reiter-dresden_24852252409_o, rote-ampel-am-bahnbergang-traffic-light_25126718991_o, frauenkirche-dresden---church-of--our-lady_24593356623_o (published February 23, 2016); Dresden-78, Dresden-77, Dresden-20, Dresden-19, Dresden-15, Dresden-14, Dresden-95, Dresden-94, Dresden-92, Dresden-83, Dresden-82, Dresden-81, Dresden-10, Dresden, Dresden-61, Dresden-63, Dresden-62, Dresden-64, Dresden-65, Dresden-66, Dresden-1, Dresden-7, Dresden-2, Dresden-9, Dresden-11, Dresden-4, Dresden-12, Dresden-76 (published February 26, 2016); KlnerDom2267, KlnerDom2249, KlnerDom2217, Dresden-6, KlnerDom2217-2, KlnerDom2218, KlnerDom2221, KlnerDom2224, KlnerDom2223, KlnerDom2228, KlnerDom2230, KlnerDom2231, KlnerDom2237, KlnerDom2238, KlnerDom2239, KlnerDom2247, KlnerDom2256, KlnerDom2259, KlnerDom2261, KlnerDom2262, KlnerDom2263, KlnerDom2265, KlnerDom2266, KlnerDom2271, KlnerDom2272 (published February 28, 2016); Panama city, Panama2341 (published April 11, 2016); Panama Stadt (published April 14, 2016); Panama2335, Panama2972, Panama3007, Panama2989 (published April 21, 2016); AlpenseeKnigssee, HinterseeKnigssee2302, AlpenseeKnigssee2, HinterseeKnigssee2305, HinterseeKnigssee2275, HinterseeKnigssee2303, Hintersee Alpensee, Alpensee Hintersee, HinterseeKnigssee2293 (published April 24, 2016); Panama2695, Panama2694, Panama2667, Panama2666, Panama2665, Panama2661, Panama2674, Panama2657, Panama2670, Panama2690, Panama2660 (published April 30, 2016).

Panama2680, Panama2676, Panama2956, Panama2876, Panama2866, Panama2863, Panama2861, Panama2699, Panama2908, Panama2895, Panama2881, Panama2907, Panama2960, Panama2941, Panama2682, Panama2684, Panama2685 (published April 30, 2016); Panama3353, Panama3322, Panama3326, Panama3393, Panama3380, Panama3368, Panama3331, Panama3344, Panama3307 (published May 05, 2016); Panama2927, Panama2561, Panama2843, Panama2847, Panama2374, Panama2391, Panama2650, Panama2522, Panama2540, Panama2395, Panama2396, Panama2403, Panama2413, Panama2432, Panama2450, Panama2451, Panama2476, Panama2541, Inselparadies Coiba, Panama2551,

Panama2594, Panama2621, Panama2612, Panama2637, Panama2727, Panama2732, Panama2736, Panama2747, Panama2766, Panama2817, Panama2836, Panama2848, Panama2857 (published May 19, 2016); Panama3625, Panama3199, Panama3197, Panama3087, Panama3079, Panama3073 (published May 21, 2016); Panama3713, Panama3536, Panama3574, Panama3554, Panama3701, Panama3135, Panama3102, Panama3093, Panama3089, Panama3621, Panama3604, Panama3601, Panama3614, Panama3584, Panama3582 (published May 22, 2016); Panama3524, Panama3504, Panama3398, Panama3397, Panama3401, Panama3400, Panama3405, Panama3436, Panama3437, Panama3476, Panama3458, Panama3423, Panama3517, Panama3520, Panama3496 (published May 28, 2016); _DSC1351, _DSC1391, _DSC1390, _DSC1380, _DSC1378, _DSC1372, _DSC1373, Strand Praia do Ana Lagos, _DSC1370, _DSC1359, Iberico Schwein, _DSC1356, _DSC1353, _DSC1348, _DSC1343, _DSC1341, _DSC1326, _DSC1324, _DSC1323, _DSC1319, _DSC1314, _DSC1311, _DSC1309, _DSC1308, _DSC1306, _DSC1295, _DSC1287, _DSC1286, _DSC1254, _DSC1213, _DSC1207, _DSC1206, _DSC1205, _DSC1195, _DSC1186, _DSC1159, _DSC1140, _DSC1136, _DSC1129, _DSC1123, _DSC1264, _DSC1224, _DSC1215, _DSC1214, _DSC1185, _DSC1168, _DSC1162, _DSC1148 (published June 16, 2016); Obersalzberg, Knigssee (published June 26, 2016).

Mozarts Geburtshaus Salzburg, Salzburg Altstadt-2, DeutscheSporthochschuleKlnStadion, DchervonKln, DeutscheSporthochschuleKlnStadion-2, DeutscheSporthochschuleKln, VerrcktterDeutschlandFan, Salzburgsterreich, MnchsbergHohensalzburg, Salzburg dunkle Wolken, KnigsseeBobbahn, Fan Walk Fanclub Nationalmannschaft, liebesschlsserSalzburg, Hauptbahnhof Lille, LilleffentlicherVerkehr, Englische Fans Euro 2016, Shopping center in Lille, Altstadt Theater Lille, Lille-7, Lille-17, Altstadt Lille Panorama, Lille Stadion Pierre Mauroy, Lille Altstadt (published June 26, 2016); Louvre Paris Panorama11_ Juli 2016, Malediven17, Notre Dame Paris Panorama 2, IMG_8809, ParisDcherLuftbild, Paris Euro-87, Paris Euro-89, VergngungsparkParis, Paris Luftbild, Louvre Paris_, FlugshowAufklrerNationalfeiertagFrankreich_, Boot Ausflug Paris, Notre Dame Paris, Marseille Frankreich 2, Marseille Bahnhof, Marseille Frankreich, Malediven Atoll Luftbild, Malediven Atoll, Champs Elysee Paris 2, Malediven Luftbild-86, Maledives Atoll Lhaviyani, Malediven Sonnenuntergang, Maledives sunset, Paris Euro-81, Malediven59, Malediven64, Malediven Atoll Lhaviyani, Eifelturm Europameisterschaft, Eifelturm Euro, Paris Euro-54, Public viewing Europameisterschaft 2016, Paris Euro-66, Malediven Sandbank, Malediven Wasserbungalow, Kuredo Resort Malediven, Malediven113, Malediven Kuredo, Malediven106, Malediven101, Malediven Resort Luftbild, Malediven Insel, Maledives aerial, Malediven Luftbild-6, Malediven93, Malediven85, Malediven57, Malediven55, Malediven52, Malediven49, Notre Dame Paris Panorama, Malediven42, Malediven40, Malediven7, Malediven9, Malediven10, Malediven13, Malediven16 (published August 07, 2016); Sandbank Malediven, Strand Sandbank Malediven, Strandurlaub Malediven, Entspannung Malediven, Wasserflugzeug Malediven, Malediven Panorama, Malediven150 (published September 04, 2016).

water bungalow Maledives_, Wasserbungalow Flitterwochen, Wasserbungalow Malediven Traum, Malediven117, HngematteChillenMalediven, Liebe Love, Liebe Strand Malediven, Wasserbungalows Malediven, Strandbett Malediven Traum, Himmelbett Malediven Strand, Strand Malediven Atoll, Beach bed Maledives, Pool Malediven-2, Infinity Pool Malediven Insel, Wasserflugzeug Malediven Pier, Malediven Strand, Poolbar Malediven, Wasserflugzeug Malediven Sonnenaufgang, Strand auf den Malediven, Strandbungalow auf den

Malediven, Tauchschule Malediven, weierSandMalediven, Restaurant Malediven, Strand Malediven, Infinity Pool Malediven, Malediven Strand_ (published September 04, 2016); Schildkrtenschwebenimwasser-2, Monsum Regen Unwetter (published September 18, 2016); Sigiriya Pano Sri Lanka26_ Juli 2016, Colombo sunset aerial Pano, Infinity Pool Colombo, Colombo Luftbild, View of Sigiriya Sri Lanka, Colombo Luftbild Sonnenuntergang, Mirissa Strand Sri Lanka, Elephant in Yala Nationalpark Sri Lanka, Crocodil in Yala National park Sri Lanka, Stockfischer Sri lanka, Stilt fishing Sri Lanka, SchildkrtennestSrilanka, SchildkrtenaufzuchtSrilanka, Galle Sri Lanka, Galle beach Sri Lanka, Bus fahren Sri Lanka, Mirissa beach Sri Lanka, Frischer Fisch und Hummer, Mirissa Sri Lanka, Sri Lanka-16, Sri Lanka-13, Mount Lavinia Hotel Sri Lanka, Sri Lanka-3, Colombo aerial Pano, Colombo Sonnenuntergang, Sigiriya Rock Sri Lanka pano, Hauptbahnhof Fort Sri Lanka, Sigiriya stairs Sri Lanka, Sigiriya Aussicht Sri Lanka_, Sigiriya Rock Sri Lanka 2, Sigiriya Rock Sri Lanka, Sigiriya View Sri Lanka, SigiriyaLwenfelsenSriLanka, Sigiriya Aufstieg Treppe Sri Lanka, Sigiriya Sri Lanka, Sri Lanka-386, Sri Lanka-382, Tee Ernte Ceyclon Sri Lanka, TeepflckenSriLanka, Ceylon Tee Sri Lanka, Tee growing Sri Lanka, Tee Ernte Sri Lanka, Teeanbaugebiete Sri Lanka, Bahn fahren in Sri Lanka (published October 02, 2016).

Zug Sri Lanka, Bahnhof Ella Sri Lanka, View Little Adam's Peak Sri Lanka, View Little Adam's Peak Sri Lanka Pano_, Thirsty dog, Little Adam's Peak Sri Lanka, PlastikmllinAsienSriLanka, EisenbahnbrckeEllaSriLanka, Tea factory Ella Sri Lanka, Ravana Wasserfall Sri Lanka, Affe mit Baby, GroerElefantimYalaNationalparkSriLanka, Safari im Yala Nationalpark Sri Lanka_, Yala National park Sri Lanka, Yala Nationalpark Sri Lanka, WasserbffelimYalaNationalparkSriLanka, Elefant im Yala Nationalpark Sri Lanka, Safari Yala Nationalpark Sri Lanka, Safari in Yala National park Sri Lanka (published October 02, 2016); Mirissa beach aerial, Sri Lanka-12, Mirissa Strand Luftbild, Sigiriya Luftbild, Sigiriya rock aerial, Sigiriya lion rock aerial, Sigiriya lion rock Luftbild, Mirissa aerial (published October 03, 2016); Dom Speyer, Alte Stadtmauer Speyer, Dom zu Speyer (published October 17, 2016); KlnDomDeutzerBrcke, KlnSeverinsbrckeKranhuser, Cologne Cathedral at night, Cologne Cathedral_, KlnerDomHohenzollernbrcke, KlnerDom, KlnNachtaufnahme, KlnDomNachtaufnahme, KlnerDomNachtaufnahme (published October 20, 2016).

## Completion/Publication

|                         |                   |
|-------------------------|-------------------|
| Year of Completion:     | 2016              |
| Date of 1st Publication:| February 23, 2016 |
| Nation of 1st Publication:| Germany         |

## Author

|                     |            |
|---------------------|------------|
| • Author:           | Falco Ermert |
| Author Created:     | photograph |
| Work made for hire: | No         |
| Citizen of:         | Germany    |
| Domiciled in:       | Germany    |

## Copyright Claimant

|                    |                                            |
|--------------------|--------------------------------------------|
| Copyright Claimant:| Falco Ermert                               |
|                    | Christian-Gau-Str.50, Koln, 50944, Germany |

## Rights and Permissions

|  |  |
|---:|:---|
| **Name:** | Falco Ermert |
| **Email:** | wildfaz@web.de |
| **Telephone:** | +4917660017079 |
| **Address:** | Christian-Gau-Str.50 |
|  | Koln, 50944  Germany |

## Certification

|  |  |
|---:|:---|
| **Name:** | Joe G. Naylor |
| **Date:** | December 05, 2016 |
| **Applicant's Tracking Number:** | USCO-02995 |





<div style="border:box">
USCO Registration #: **VA 2-024-779**

USCO Registration Date: **December 05, 2016**

USCO Application Case #: **1-4228925501**
</div>

# IMAGERIGHTS DEPOSIT COPY CERTIFICATE OF WARRANTY

## UNITED STATES COPYRIGHT OFFICE (USCO) REGISTRATION

**ImageRights International, Inc. (ImageRights) is the Applicant** of the aforementioned U.S. Copyright Office registration.

**ImageRights is the duly Authorized Agent** of the Author and Claimant cited in the aforementioned U.S. Copyright Office registration.

**Deposit Copy:** Per the *Compendium of Copyright Office Practices, Third Edition,* (www.copyright.gov/comp3/) the deposit copy is "a physical or electronic embodiment of a work. For copyright registration purposes, the deposit copy should be clear and should contain all of the authorship that the applicant intends to register."

**IMAGERIGHTS WARRANTS THAT THE IMAGES PRESENTED BELOW ARE RESCALED (AND OTHERWISE UNMODIFIED) COPIES OF THE DEPOSIT COPIES SUBMITTED TO THE U.S. COPYRIGHT OFFICE, ALONG WITH THE APPLICATION FOR THE AFOREMENTIONED COPYRIGHT REGISTRATION, AS REQUIRED BY THE *COMPENDIUM OF COPYRIGHT OFFICE PRACTICES, THIRD EDITION, CHAPTERS 1100 AND 1500*.**

This document was created on December 30, 2016.

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 1 of 19




**goldener-reiter-dresden_24852252409_o**
(Feb 23, 2016)


**dresden-altstadt-old-town_24593011603_o**
(Feb 23, 2016)


**schsisches-staatsministerium-fr-kultus-smk-dresden_24924353150_o**
(Feb 23, 2016)


**dresden-altstadt-old-town_24589186404_o**
(Feb 23, 2016)


**dresden-altstadt-old-town_24924366370_o**
(Feb 23, 2016)


**dresden-altstadt-old-town_24924249950_o**
(Feb 23, 2016)


**dresden-altstadt-old-town_25219979155_o**
(Feb 23, 2016)


**dresden-altstadt-old-town_25101614762_o**
(Feb 23, 2016)


**frauenkirche-dresden---church-of--our-lady_25193713526_o**
(Feb 23, 2016)


**rote-ampel-am-bahnbergang-traffic-light_25126718991_o**
(Feb 23, 2016)


**frauenkirche-dresden---church-of--our-lady_24593356623_o**
(Feb 23, 2016)


**frauenkirche-dresden---church-of--our-lady_24852324439_o**
(Feb 23, 2016)


**Dresden** (Feb 26, 2016)


**Dresden-61** (Feb 26, 2016)

**Dresden-63** (Feb 26, 2016)


**Dresden-62** (Feb 26, 2016)


**Dresden-64** (Feb 26, 2016)


**Dresden-65** (Feb 26, 2016)


**Dresden-66** (Feb 26, 2016)


**Dresden-1** (Feb 26, 2016)


**Dresden-7** (Feb 26, 2016)


**Dresden-2** (Feb 26, 2016)


**Dresden-9** (Feb 26, 2016)


**Dresden-11** (Feb 26, 2016)


**Dresden-4** (Feb 26, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 2 of 19



    

**Dresden-12** (Feb 26, 2016)   **Dresden-76** (Feb 26, 2016)   **Dresden-77** (Feb 26, 2016)   **Dresden-10** (Feb 26, 2016)   **Dresden-78** (Feb 26, 2016)

    

**Dresden-81** (Feb 26, 2016)   **Dresden-82** (Feb 26, 2016)   **Dresden-83** (Feb 26, 2016)   **Dresden-92** (Feb 26, 2016)   **Dresden-94** (Feb 26, 2016)

    

**Dresden-95** (Feb 26, 2016)   **Dresden-14** (Feb 26, 2016)   **Dresden-15** (Feb 26, 2016)   **Dresden-19** (Feb 26, 2016)   **Dresden-20** (Feb 26, 2016)

    

**Louvre Paris Panorama11_ Juli 2016** (Aug 07, 2016)   **Sigiriya Pano Sri Lanka26_ Juli 2016** (Oct 02, 2016)   **KlnerDomHohenzollernbr cke** (Oct 20, 2016)   **Cologne Cathedral_** (Oct 20, 2016)   **Cologne Cathedral at night** (Oct 20, 2016)

    

**KlnerDomNachtaufnahm e** (Oct 20, 2016)   **KlnDomNachtaufnahme** (Oct 20, 2016)   **KlnDomDeutzerBrcke** (Oct 20, 2016)   **KlnSeverinsbrckeKranhus er** (Oct 20, 2016)   **KlnerDom** (Oct 20, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 3 of 19



    

**KlnNachtaufnahme** (Oct 20, 2016)

**Dom zu Speyer** (Oct 17, 2016)

**Alte Stadtmauer Speyer** (Oct 17, 2016)

**Dom Speyer** (Oct 17, 2016)

**Wasserflugzeug Malediven Pier** (Sep 04, 2016)

    

**IMG_8809** (Aug 07, 2016)

**Wasserflugzeug Malediven** (Sep 04, 2016)

**Strandurlaub Malediven** (Sep 04, 2016)

**Malediven Luftbild-86** (Aug 07, 2016)

**Malediven Atoll Lhaviyani** (Aug 07, 2016)

    

**Maledives Atoll Lhaviyani** (Aug 07, 2016)

**Malediven Sonnenuntergang** (Aug 07, 2016)

**Maledives sunset** (Aug 07, 2016)

**Malediven Sandbank** (Aug 07, 2016)

**Malediven Wasserbungalow** (Aug 07, 2016)

    

**HngematteChillenMalediven** (Sep 04, 2016)

**Kuredo Resort Malediven** (Aug 07, 2016)

**Malediven113** (Aug 07, 2016)

**Entspannung Malediven** (Sep 04, 2016)

**Malediven Panorama** (Sep 04, 2016)

    

**Wasserbungalows Malediven** (Sep 04, 2016)

**Strandbett Malediven Traum** (Sep 04, 2016)

**Himmelbett Malediven Strand** (Sep 04, 2016)

**Strand Malediven Atoll** (Sep 04, 2016)

**Beach bed Maledives** (Sep 04, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 4 of 19













**Pool Malediven-2** (Sep 04, 2016)

**Infinity Pool Malediven Insel** (Sep 04, 2016)

**Malediven Kuredo** (Aug 07, 2016)

**Malediven Atoll** (Aug 07, 2016)

**Malediven Atoll Luftbild** (Aug 07, 2016)











**Malediven106** (Aug 07, 2016)

**Malediven101** (Aug 07, 2016)

**Malediven Resort Luftbild** (Aug 07, 2016)

**Malediven Insel** (Aug 07, 2016)

**Maledives aerial** (Aug 07, 2016)











**Malediven Luftbild-6** (Aug 07, 2016)

**Malediven93** (Aug 07, 2016)

**Malediven85** (Aug 07, 2016)

**Malediven64** (Aug 07, 2016)

**Malediven59** (Aug 07, 2016)











**Malediven57** (Aug 07, 2016)

**Malediven55** (Aug 07, 2016)

**Malediven52** (Aug 07, 2016)

**Malediven49** (Aug 07, 2016)

**Schildkrtenschwebenimw asser-2** (Sep 18, 2016)











**Malediven42** (Aug 07, 2016)

**Malediven40** (Aug 07, 2016)

**Malediven17** (Aug 07, 2016)

**water bungalow Maledives_** (Sep 04, 2016)

**Malediven150** (Sep 04, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 5 of 19



    

**Monsum Regen Unwetter** (Sep 18, 2016) | **Wasserbungalow Flitterwochen** (Sep 04, 2016) | **Wasserbungalow Malediven Traum** (Sep 04, 2016) | **Malediven117** (Sep 04, 2016) | **Strand Sandbank Malediven** (Sep 04, 2016)

    

**Sandbank Malediven** (Sep 04, 2016) | **Malediven Strand_** (Sep 04, 2016) | **Infinity Pool Malediven** (Sep 04, 2016) | **Liebe Love** (Sep 04, 2016) | **Liebe Strand Malediven** (Sep 04, 2016)

    

**Strand Malediven** (Sep 04, 2016) | **Restaurant Malediven** (Sep 04, 2016) | **weierSandMalediven** (Sep 04, 2016) | **Tauchschule Malediven** (Sep 04, 2016) | **Strandbungalow auf den Malediven** (Sep 04, 2016)

    

**Strand auf den Malediven** (Sep 04, 2016) | **Malediven16** (Aug 07, 2016) | **Poolbar Malediven** (Sep 04, 2016) | **Malediven Strand** (Sep 04, 2016) | **Wasserflugzeug Malediven Sonnenaufgang** (Sep 04, 2016)

    

**Malediven13** (Aug 07, 2016) | **Malediven10** (Aug 07, 2016) | **Malediven9** (Aug 07, 2016) | **Malediven7** (Aug 07, 2016) | **Hauptbahnhof Fort Sri Lanka** (Oct 02, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 6 of 19



    



**Bus fahren Sri Lanka** (Oct 02, 2016) · **Colombo sunset aerial Pano** (Oct 02, 2016) · **Infinity Pool Colombo** (Oct 02, 2016) · **Colombo aerial Pano** (Oct 02, 2016) · **Colombo Sonnenuntergang** (Oct 02, 2016)

   



**Colombo Luftbild** (Oct 02, 2016) · **View of Sigiriya Sri Lanka** (Oct 02, 2016) · **Colombo Luftbild Sonnenuntergang** (Oct 02, 2016) · **Sigiriya lion rock Luftbild** (Oct 03, 2016) · **Sigiriya Luftbild** (Oct 03, 2016)

    

**Sigiriya lion rock aerial** (Oct 03, 2016) · **Sigiriya stairs Sri Lanka** (Oct 02, 2016) · **Sigiriya rock aerial** (Oct 03, 2016) · **Sigiriya Aussicht Sri Lanka_** (Oct 02, 2016) · **Sigiriya Rock Sri Lanka pano** (Oct 02, 2016)

    

**Sigiriya Rock Sri Lanka 2** (Oct 02, 2016) · **Sigiriya Rock Sri Lanka** (Oct 02, 2016) · **Sigiriya View Sri Lanka** (Oct 02, 2016) · **SigiriyaLwenfelsenSriLanka** (Oct 02, 2016) · **Sigiriya Aufstieg Treppe Sri Lanka** (Oct 02, 2016)

  

**Sigiriya Sri Lanka** (Oct 02, 2016) · **Sri Lanka-386** (Oct 02, 2016) · **Sri Lanka-382** (Oct 02, 2016) · **Tee Ernte Ceyclon Sri Lanka** (Oct 02, 2016) · **TeepflckenSriLanka** (Oct 02, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 7 of 19









**Ceylon Tee Sri Lanka** (Oct 02, 2016)   **Tee growing Sri Lanka** (Oct 02, 2016)   **Tee Ernte Sri Lanka** (Oct 02, 2016)   **Teeanbaugebiete Sri Lanka** (Oct 02, 2016)   **Bahn fahren in Sri Lanka** (Oct 02, 2016)







**Zug Sri Lanka** (Oct 02, 2016)   **Bahnhof Ella Sri Lanka** (Oct 02, 2016)   **View Little Adam's Peak Sri Lanka** (Oct 02, 2016)   **View Little Adam's Peak Sri Lanka Pano_** (Oct 02, 2016)   **Thirsty dog** (Oct 02, 2016)







**Little Adam's Peak Sri Lanka** (Oct 02, 2016)   **PlastikmllinAsienSriLanka** (Oct 02, 2016)   **EisenbahnbrckeEllaSriLanka** (Oct 02, 2016)   **Tea factory Ella Sri Lanka** (Oct 02, 2016)   **Ravana Wasserfall Sri Lanka** (Oct 02, 2016)







**Affe mit Baby** (Oct 02, 2016)   **GroerElefantimYalaNationalparkSriLanka** (Oct 02, 2016)   **Safari im Yala Nationalpark Sri Lanka_** (Oct 02, 2016)   **Yala National park Sri Lanka** (Oct 02, 2016)   **Yala Nationalpark Sri Lanka** (Oct 02, 2016)







**WasserbffelimYalaNationalparkSriLanka** (Oct 02, 2016)   **Elefant im Yala Nationalpark Sri Lanka** (Oct 02, 2016)   **Safari Yala Nationalpark Sri Lanka** (Oct 02, 2016)   **Safari in Yala National park Sri Lanka** (Oct 02, 2016)   **Elephant in Yala Nationalpark Sri Lanka** (Oct 02, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 8 of 19









**Crocodil in Yala National park Sri Lanka** (Oct 02, 2016)

**Mirissa Strand Luftbild** (Oct 03, 2016)

**Sri Lanka-12** (Oct 03, 2016)

**Mirissa beach aerial** (Oct 03, 2016)

**Mirissa aerial** (Oct 03, 2016)







**Stockfischer Sri lanka** (Oct 02, 2016)

**Stilt fishing Sri Lanka** (Oct 02, 2016)

**SchildkrtennestSrilanka** (Oct 02, 2016)

**SchildkrtenaufzuchtSrilanka** (Oct 02, 2016)

**Galle Sri Lanka** (Oct 02, 2016)







**Galle beach Sri Lanka** (Oct 02, 2016)

**Mirissa Strand Sri Lanka** (Oct 02, 2016)

**Mirissa beach Sri Lanka** (Oct 02, 2016)

**Frischer Fisch und Hummer** (Oct 02, 2016)

**Mirissa Sri Lanka** (Oct 02, 2016)







**Sri Lanka-16** (Oct 02, 2016)

**Sri Lanka-13** (Oct 02, 2016)

**Mount Lavinia Hotel Sri Lanka** (Oct 02, 2016)

**Sri Lanka-3** (Oct 02, 2016)

**Marseille Frankreich** (Aug 07, 2016)







**Marseille Bahnhof** (Aug 07, 2016)

**Marseille Frankreich 2** (Aug 07, 2016)

**Notre Dame Paris** (Aug 07, 2016)

**Notre Dame Paris Panorama 2** (Aug 07, 2016)

**Notre Dame Paris Panorama** (Aug 07, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 9 of 19




**Boot Ausflug Paris** (Aug 07, 2016)


**FlugshowAufkIrerNationa IfeiertagFrankreich_** (Aug 07, 2016)


**Louvre Paris_** (Aug 07, 2016)


**Paris Luftbild** (Aug 07, 2016)


**VergngungsparkParis** (Aug 07, 2016)


**Paris Euro-89** (Aug 07, 2016)


**Paris Euro-87** (Aug 07, 2016)


**ParisDcherLuftbild** (Aug 07, 2016)


**Paris Euro-81** (Aug 07, 2016)


**Champs Elysee Paris 2** (Aug 07, 2016)


**Paris Euro-66** (Aug 07, 2016)


**Public viewing Europameisterschaft 2016** (Aug 07, 2016)


**Paris Euro-54** (Aug 07, 2016)


**Eifelturm Euro** (Aug 07, 2016)


**Eifelturm Europameisterschaft** (Aug 07, 2016)


**Fan Walk Fanclub Nationalmannschaft** (Jun 26, 2016)


**VerrckterDeutschlandFan** (Jun 26, 2016)


**Lille Altstadt** (Jun 26, 2016)


**Lille Stadion Pierre Mauroy** (Jun 26, 2016)


**Altstadt Lille Panorama** (Jun 26, 2016)


**Lille-17** (Jun 26, 2016)


**Lille-7** (Jun 26, 2016)


**Altstadt Theater Lille** (Jun 26, 2016)


**Shopping center in Lille** (Jun 26, 2016)


**Englische Fans Euro 2016** (Jun 26, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 10 of 19



    

**LilleffentlicherVerkehr** (Jun 26, 2016)    **Hauptbahnhof Lille** (Jun 26, 2016)    _DSC1391 (Jun 16, 2016)    _DSC1390 (Jun 16, 2016)    _DSC1380 (Jun 16, 2016)

    

_DSC1378 (Jun 16, 2016)    _DSC1372 (Jun 16, 2016)    _DSC1373 (Jun 16, 2016)    **Strand Praia do Ana Lagos** (Jun 16, 2016)    _DSC1370 (Jun 16, 2016)

    

_DSC1359 (Jun 16, 2016)    **Iberico Schwein** (Jun 16, 2016)    _DSC1356 (Jun 16, 2016)    _DSC1353 (Jun 16, 2016)    _DSC1351 (Jun 16, 2016)

    

_DSC1348 (Jun 16, 2016)    _DSC1343 (Jun 16, 2016)    _DSC1341 (Jun 16, 2016)    _DSC1326 (Jun 16, 2016)    _DSC1324 (Jun 16, 2016)

    

_DSC1323 (Jun 16, 2016)    _DSC1319 (Jun 16, 2016)    _DSC1314 (Jun 16, 2016)    _DSC1311 (Jun 16, 2016)    _DSC1309 (Jun 16, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 11 of 19



    

_DSC1308 (Jun 16, 2016)   _DSC1306 (Jun 16, 2016)   _DSC1295 (Jun 16, 2016)   _DSC1287 (Jun 16, 2016)   _DSC1286 (Jun 16, 2016)

    

_DSC1254 (Jun 16, 2016)   _DSC1264 (Jun 16, 2016)   _DSC1224 (Jun 16, 2016)   _DSC1215 (Jun 16, 2016)   _DSC1214 (Jun 16, 2016)

    

_DSC1213 (Jun 16, 2016)   _DSC1207 (Jun 16, 2016)   _DSC1206 (Jun 16, 2016)   _DSC1205 (Jun 16, 2016)   _DSC1195 (Jun 16, 2016)

    

_DSC1186 (Jun 16, 2016)   _DSC1185 (Jun 16, 2016)   _DSC1168 (Jun 16, 2016)   _DSC1162 (Jun 16, 2016)   _DSC1148 (Jun 16, 2016)

    

_DSC1159 (Jun 16, 2016)   _DSC1140 (Jun 16, 2016)   _DSC1136 (Jun 16, 2016)   _DSC1129 (Jun 16, 2016)   _DSC1123 (Jun 16, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 12 of 19










**DchervonKln** (Jun 26, 2016)   **DeutscheSporthochschul eKlnStadion-2** (Jun 26, 2016)   **DeutscheSporthochschul eKln** (Jun 26, 2016)   **DeutscheSporthochschul eKlnStadion** (Jun 26, 2016)   **Panama3713** (May 22, 2016)







**Panama3701** (May 22, 2016)   **Panama3007** (Apr 21, 2016)   **Panama2989** (Apr 21, 2016)   **Panama2972** (Apr 21, 2016)   **Panama2960** (Apr 30, 2016)







**Panama2941** (Apr 30, 2016)   **Panama2956** (Apr 30, 2016)   **Panama2927** (May 19, 2016)   **Panama3625** (May 21, 2016)   **Panama3621** (May 22, 2016)







**Panama3614** (May 22, 2016)   **Panama3604** (May 22, 2016)   **Panama3601** (May 22, 2016)   **Panama3584** (May 22, 2016)   **Panama3582** (May 22, 2016)







**Panama3574** (May 22, 2016)   **Panama3554** (May 22, 2016)   **Panama3536** (May 22, 2016)   **Panama2908** (Apr 30, 2016)   **Panama2907** (Apr 30, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 13 of 19





**Panama2895** (Apr 30, 2016)



**Panama2881** (Apr 30, 2016)



**Panama2876** (Apr 30, 2016)



**Panama2866** (Apr 30, 2016)



**Panama2863** (Apr 30, 2016)



**Panama2861** (Apr 30, 2016)



**Panama2857** (May 19, 2016)



**Panama2848** (May 19, 2016)



**Panama2847** (May 19, 2016)



**Panama2843** (May 19, 2016)



**Panama2836** (May 19, 2016)



**Panama2817** (May 19, 2016)



**Panama2766** (May 19, 2016)



**Panama2747** (May 19, 2016)



**Panama2736** (May 19, 2016)



**Panama2732** (May 19, 2016)



**Panama2727** (May 19, 2016)



**Panama2699** (Apr 30, 2016)



**Panama2695** (Apr 30, 2016)



**Panama2690** (Apr 30, 2016)



**Panama2694** (Apr 30, 2016)



**Panama2685** (Apr 30, 2016)



**Panama2684** (Apr 30, 2016)



**Panama3524** (May 28, 2016)



**Panama2682** (Apr 30, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 14 of 19









**Panama3520** (May 28, 2016)    **Panama3517** (May 28, 2016)    **Panama3505** (May 28, 2016)    **Panama3504** (May 28, 2016)    **Panama3496** (May 28, 2016)







**Panama3458** (May 28, 2016)    **Panama3476** (May 28, 2016)    **Panama3437** (May 28, 2016)    **Panama3436** (May 28, 2016)    **Panama3405** (May 28, 2016)







**Panama3423** (May 28, 2016)    **Panama3400** (May 28, 2016)    **Panama3401** (May 28, 2016)    **Panama3397** (May 28, 2016)    **Panama3398** (May 28, 2016)







**Panama2680** (Apr 30, 2016)    **Panama2676** (Apr 30, 2016)    **Panama2674** (Apr 30, 2016)    **Panama2670** (Apr 30, 2016)    **Panama2667** (Apr 30, 2016)







**Panama2666** (Apr 30, 2016)    **Panama2665** (Apr 30, 2016)    **Panama2661** (Apr 30, 2016)    **Panama3393** (May 05, 2016)    **Panama2660** (Apr 30, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 15 of 19



    

**Panama2657** (Apr 30, 2016)  **Panama3380** (May 05, 2016)  **Panama3368** (May 05, 2016)  **Panama3353** (May 05, 2016)  **Panama3344** (May 05, 2016)

    

**Panama3331** (May 05, 2016)  **Panama3326** (May 05, 2016)  **Panama3322** (May 05, 2016)  **Panama3307** (May 05, 2016)  **Panama2650** (May 19, 2016)

    

**Panama2637** (May 19, 2016)  **Panama2612** (May 19, 2016)  **Panama2621** (May 19, 2016)  **Panama2594** (May 19, 2016)  **Panama2561** (May 19, 2016)

    

**Panama2551** (May 19, 2016)  **Inselparadies Coiba** (May 19, 2016)  **Panama2541** (May 19, 2016)  **Panama2540** (May 19, 2016)  **Panama2522** (May 19, 2016)

    

**Panama2476** (May 19, 2016)  **Panama2451** (May 19, 2016)  **Panama2450** (May 19, 2016)  **Panama2432** (May 19, 2016)  **Panama2413** (May 19, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 16 of 19









**Panama2403** (May 19, 2016)   **Panama2396** (May 19, 2016)   **Panama2395** (May 19, 2016)   **Panama2391** (May 19, 2016)   **Panama2374** (May 19, 2016)







**Panama2341** (Apr 11, 2016)   **Panama2335** (Apr 21, 2016)   **Panama3199** (May 21, 2016)   **Panama city** (Apr 11, 2016)   **Panama Stadt** (Apr 14, 2016)







**Panama3197** (May 21, 2016)   **Panama3135** (May 22, 2016)   **Panama3102** (May 22, 2016)   **Panama3093** (May 22, 2016)   **Panama3089** (May 22, 2016)







**Panama3087** (May 21, 2016)   **Panama3079** (May 21, 2016)   **Panama3073** (May 21, 2016)   **Salzburgsterreich** (Jun 26, 2016)   **liebesschlsserSalzburg** (Jun 26, 2016)







**Salzburg Altstadt-2** (Jun 26, 2016)   **Mozarts Geburtshaus Salzburg** (Jun 26, 2016)   **Salzburg dunkle Wolken** (Jun 26, 2016)   **MnchsbergHohensalzburg** (Jun 26, 2016)   **Knigssee** (Jun 26, 2016)

ImageRights International, Inc.
51 Melcher Street, 1ˢᵗ Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 17 of 19













**KnigsseeBobbahn** (Jun 26, 2016)

**AlpenseeKnigssee2** (Apr 24, 2016)

**HinterseeKnigssee2305** (Apr 24, 2016)

**HinterseeKnigssee2303** (Apr 24, 2016)

**HinterseeKnigssee2302** (Apr 24, 2016)











**AlpenseeKnigssee** (Apr 24, 2016)

**Obersalzberg** (Jun 26, 2016)

**HinterseeKnigssee2293** (Apr 24, 2016)

**Alpensee Hintersee** (Apr 24, 2016)

**Hintersee Alpensee** (Apr 24, 2016)











**KlnerDom2272** (Feb 28, 2016)

**HinterseeKnigssee2275** (Apr 24, 2016)

**KlnerDom2271** (Feb 28, 2016)

**KlnerDom2267** (Feb 28, 2016)

**KlnerDom2266** (Feb 28, 2016)











**KlnerDom2265** (Feb 28, 2016)

**KlnerDom2263** (Feb 28, 2016)

**KlnerDom2262** (Feb 28, 2016)

**KlnerDom2261** (Feb 28, 2016)

**KlnerDom2259** (Feb 28, 2016)











**KlnerDom2256** (Feb 28, 2016)

**KlnerDom2249** (Feb 28, 2016)

**KlnerDom2247** (Feb 28, 2016)

**KlnerDom2239** (Feb 28, 2016)

**KlnerDom2238** (Feb 28, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 18 of 19



    

**KlnerDom2237** (Feb 28, 2016)   **KlnerDom2231** (Feb 28, 2016)   **KlnerDom2230** (Feb 28, 2016)   **KlnerDom2228** (Feb 28, 2016)   **KlnerDom2223** (Feb 28, 2016)

    

**KlnerDom2224** (Feb 28, 2016)   **KlnerDom2221** (Feb 28, 2016)   **KlnerDom2218** (Feb 28, 2016)   **KlnerDom2217-2** (Feb 28, 2016)   **Dresden-6** (Feb 28, 2016)



**KlnerDom2217** (Feb 28, 2016)

ImageRights International, Inc.
51 Melcher Street, 1st Floor
Boston, MA 02210
Phone: +1 617 505-1572
www.imagerights.com

Registration Number: VA 2-024-779
Registration Case Number: 1-4228925501
Page 19 of 19