# Exhibit 2

Case 1:23-mi-99999-UNA   Document 754-2   Filed 03/10/23   Page 2 of 5




HOME    STEM CELL TREATMENTS    ADVICE    SCHEDULING    CONTACT    FOR EMPLOYERS

Share:

**PANAMA CITY**

Panama City is the capital of Panama, a country on the isthmus linking Central and South America. The Panama Canal, a famous feat of human engineering, cuts through its center, linking the Atlantic and Pacific oceans to create an essential shipping route. Panama City has modern skyscrapers, casinos, and nightclubs that contrast with colonial buildings in the Casco Viejo district as well as the rainforest of Natural Metropolitan Park. There are 2 JCI hospitals in Panama City, Hospital Punta Pacifica and Clinica San Fernando. Scientific pioneers from the US as well as medical teams from the region continue to build the high quality healthcare system that is available here to residents and international visitors. The City of Knowledge is developing as a research park that can compete with the most prestigious in the world.



**HOSPITALS AND CLINICS IN PANAMA CITY**

RATE:

**LEAVE A REPLY**

MedAdvisor Comments (0)    Facebook Comments

**LEAVE A REVIEW**

CONNECT WITH:

☐ I agree to my personal data being stored and used as per Privacy Policy



 START THE DISCUSSION...

Subscribe

object(stdClass)#5741 (3) { ["error_message"]=> string(43) "Missing the placeid or reference parameter." ["html_attributions"]=> array(0) { } ["status"]=> string(15) "INVALID_REQUEST" }

**NEW CLINICS**
ADVANCED SPORT AND SPINE
AUSTIN ORTHO + BIOLOGICS
THRIVEMD
CENTENO-SCHULTZ CLINIC

**QUICK LINKS**
Frequently Asked Questions
Stem Cell Therapy in the News
Contact Us
Clinic Registration
Submit a Review

**OTHERS HAVE SEARCHED**
Atlanta
Dr Diaz Mexico
Wisconsin
stem cell for cancer
Atlanta, Georgia



STEM CELL TREATMENTS    CLINICS    SCHEDULING    COMMUNITY    FOR EMPLOYERS

**PANAMA CITY**

Panama City is the capital of Panama, a country on the isthmus linking Central and South America. The Panama Canal, a famous feat of human engineering, cuts through its center, linking the Atlantic and Pacific oceans to create an essential shipping route. Panama City has modern skyscrapers, casinos, and nightclubs that contrast with colonial buildings in the Casco Viejo district as well as the rainforest of Natural Metropolitan Park. There are 2 JCI hospitals in Panama City, Hospital Punta Pacifica and Clinica San Fernando. Scientific pioneers from the US as well as medical teams from the region continue to build the high quality healthcare system that is available here to residents and international visitors. The City of Knowledge is developing as a research park that can compete with the most prestigious in the world.



### HOSPITALS AND CLINICS IN PANAMA CITY

RATE: 

## LEAVE A REPLY

**MedAdvisor Comments (0)**   Facebook Comments

**LEAVE A REVIEW**

**CONNECT WITH:**

☐ I agree to my personal data being stored and used as per Privacy Policy



 **START THE DISCUSSION...**

✉ Subscribe ▾

object(stdClass)#5634 (3) { ["error_message"]=> string(43) "Missing the placeid or reference parameter." ["html_attributions"]=> array(0) { } ["status"]=> string(15) "INVALID_REQUEST" }

**NEW CLINICS**
ADVANCED SPORT AND SPINE
AUSTIN ORTHO + BIOLOGICS
THRIVEMD
CENTENO-SCHULTZ CLINIC

**QUICK LINKS**
Frequently Asked Questions
Stem Cell Therapy in the News
Contact Us
Clinic Registration
Submit a Review

**OTHERS HAVE SEARCHED**
Atlanta
Dr Diaz Mexico
Wisconsin
stem cell for cancer
Atlanta, Georgia

© 2020 **MedAdvisor** | By using our site, you agree to **MedAdvisor Terms and Conditions**. Patient Advisor LLC does not provide medical advice, diagnosis or treatment. The information provided on this site is designed to support, not replace, the relationship that exists between a patient/site visitor and his/her existing physician

Frequently Asked Questions   Stem Cell Therapy in the News   Contact Us   Clinic Registration   Submit a Review

  

