# EXHIBIT B

# PLAINTIFF'S RESPONSE TO DEFENDANT XAVIER S. FLEURIDOR'S FIRST REQUEST FOR ADMISSIONS

SUPERIOR COURT OF HENRY COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ALFREDA POWELL,<br><br>        Plaintiff,<br>vs.<br><br>XAVIER S. FLEURIDOR; LIGIT TRANSIT, INC.; HUNCHO XAY, LLC; JOHN DOES 1-5; AND RICHARD ROE CORPORATIONS 1-5,<br><br>        Defendants. | Civil Action<br>File No.: SUCV2022002781 |

**PLAINTIFF'S RESPONSE TO DEFENDANT XAVIER S. FLEURIDOR'S FIRST REQUEST FOR ADMISSIONS**

COMES NOW, **ALFREDA POWELL,** Plaintiff, in the above-styled Civil Action, and files these Answers/Responses to Defendant Xavier S. Fleuridor's First Request for Admissions as follows:

NOTE A: The information supplied in these answers is not based solely on the knowledge of the executing party but includes knowledge of the party, her agents, representatives and attorneys, unless privileged.

NOTE B: The word usage and sentence structure may be that of the attorneys assisting in the preparation of the answers and, thus, does not purport to be the precise language of the executing party.

Plaintiff generally objects to Defendant Xavier S. Fleuridor's First Request for Admission to the extent that the same seek disclosure of facts or information prepared by Plaintiff or her representatives in anticipation of litigation or preparation for trial.  Plaintiff further objects to the extent that these Requests for Admissions seek disclosure of information protected by the attorney-client privilege and the attorney work-product doctrine. Plaintiff objects to any obligation to supplement her responses to Defendant Xavier S. Fleuridor's First Request for Admissions other

than the requirements set forth in O.C.G.A. Sec. 9-11-26, and to any requirements sought to be imposed on Plaintiff greater than those imposed by the Civil Practice Act.

*Request No. 1:* Admit that you have been a citizen of Georgia continuously since March 13, 2021.

Response to No. 1:

    Admitted.

*Request No. 2:* Admit that you have resided within one or more of the counties comprising the Atlanta Division of the Northern District of Georgia (Cherokee, Clayton, Cobb, DeKalb, Douglas, Fulton, Gwinnett, Henry, Newton, and/or Rockdale) continuously since March 13, 2021.

Response to No. 2:

    Admitted.

*Request No. 3:* Admit that the amount in controversy in this case exceeds the sum or value of $75,000.00, exclusive of interest and costs.

Response to No. 3:

    Admitted.

*Request No. 4:* If your response to request no. 3 is anything other than an unqualified admission, admit that you or your counsel will not ask a judge or jury to award damages in the instant case in excess of $75,000, exclusive of interest and costs.

Response to No. 4:

    Denied.

*Request No. 5:* If your response to request no. 3 is anything other than an unqualified admission, admit that you will not amend your complaint to seek damages in excess of $75,000.00, exclusive of interest and costs, after the expiration of one year from the date this case was commenced.

Response to No. 5:

    Denied.

*Request No. 6:* If your response to request no. 3 is anything other than an unqualified admission, admit that in the event of a verdict or judgment in excess of $75,000, exclusive of interest and costs, you will agree not to execute on any portion of the verdict or judgment that exceeds $75,000.00, exclusive of interest and costs.

Response to No. 6:

    Denied.

*Request No. 7:* If your response to request no. 3 is anything other than an unqualified admission, admit that in the event of a verdict or judgment in excess of $75,000, exclusive of interest and costs, you will agree that the verdict or judgment shall be satisfied and canceled upon payment of $75,000.00, exclusive of interest and costs.

Response to No. 7:

    Denied.

Dated this 14th day of February 2023.

_____
VICTOR HAWK
HAWK LAW GROUP
338 Telfair Street
Augusta, GA 30901
(706) 722-3500
GA State Bar No. 338650
ATTORNEY FOR PLAINTIFF

## VERIFICATION

| | |
|---|---|
| STATE OF GEORGIA    ) | |
| ) | **VERIFICATION OF** |
| COUNTY OF HENRY    ) | **ALFREDA POWELL** |

PERSONALLY appeared before the undersigned Notary Public, an officer duly authorized by law to administer oaths **ALFREDA POWELL**, who on oath deposes and says that the facts stated in her Responses to Defendant Xavier S. Fleurdior's First Requests for Admissions, Interrogatories and Requests for Production of Documents are true and correct to the best of her knowledge, information and belief; that where the information contained in these Responses is within her own knowledge, it is true, and where derived from the information and knowledge of others, she believes the same to be true.

SUBSCRIBED AND SWORN TO )
before me this 12th day of February )
2023. )

_Clark Holloway_
Clark Holloway [Notary Public]
Columbia County, Georgia.
My Commission Expires: 3/29/26



_____(SEAL)
**ALFREDA POWELL**

SUPERIOR COURT OF HENRY COUNTY

STATE OF GEORGIA

| | |
|---|---|
| ALFREDA POWELL,<br><br>        Plaintiff,<br>vs.<br><br>XAVIER S. FLEURIDOR; LIGIT TRANSIT, INC.; HUNCHO XAY, LLC; JOHN DOES 1-5; AND RICHARD ROE CORPORATIONS 1-5,<br><br>        Defendants. | Civil Action<br>File No.: SUCV2022002781 |

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of the Plaintiff's Response to Defendant Xavier S. Fleuridor's First Request for Admissions has been served upon:

Lynn Leonard & Associates
Nicholas Roger, Esq.
2400 Century Parkway, Suite 200
Atlanta, Georgia 30345
Nick.roger@statefarm.com

Law Office of Kelly Goodwin
Rudy Harris, Esq.
5 Concourse Parkway, Suite 2440
Atlanta, Georgia 30328
Rudy.harris@usaa.com

Weinberg Wheeler Hudgins Gunn & Dial
Alex Prescott, Esq.
3344 Peachtree Road NE, Suite 2400
Atlanta, Georgia 30326
jprescott@wwhgd.com

Freeman Mathis & Gary, LLP
Wayne Melnick, Esq.
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
wmelnick@fmglaw.com

by email this 14th day of February 2023.

_____
VICTOR HAWK
HAWK LAW GROUP
338 Telfair Street
Augusta, GA 30901
(706) 722-3500
GA State Bar No. 338650
ATTORNEY FOR PLAINTIFF