# EXHIBIT C

# NOTICE OF FILING PETITION FOR REMOVAL

# IN THE SUPERIOR COURT OF HENRY COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ALFREDA POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER S. FLEURIDOR; LOVE TRANSIT, LLC; PRIME INSURANCE COMPANY; JOHN DOES 1-5; and RICHARD ROE CORPORATIONS 1-5<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>SUCV-2022-002781 |

## NOTICE OF FILING PETITION FOR REMOVAL

TO:   CLERK, STATE COURT OF HENRY COUNTY
       44 John Frank Ward Blvd
       McDonough GA 30253

PLEASE TAKE NOTICE that defendants Love Transit, LLC and Xavier S. Fleuridor ("defendants" or "these defendants"), by and through counsel, and by way of special appearance, without waiving but specifically reserving all jurisdictional defenses available to them, have on this date filed its Petition for Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "A."

This 10th day of March, 2023.

                                                            **FREEMAN MATHIS & GARY, LLP**

                                                            */s/ Wayne S. Melnick*
                                                            WAYNE S. MELNICK
                                                            Georgia Bar No. 501267
                                                            wmelnick@fmglaw.com
                                                            SANGEETHA KRISHNAKUMAR
                                                            Georgia Bar No. 394925
                                                            sangeetha.krishnakumar@fmglaw.com
                                                            *Attorneys for Defendants Xavier S. Fleuridor and Love Transit LLC*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing pleading to the Clerk of Court using the Court's electronic filing system which will automatically send electronic mail notification of such filing to the following counsel of record:

Victor Hawk
Marion Chace Hawk
HAWK LAW GROUP
338 Telfair Street
Augusta, GA 30901
vhawk@hawklawgroup.com
chawk@hawklawgroup.com
*Attorneys for Plaintiff*

Rudy T. Harris
LAW OFFICES OF KELLY GOODWIN
2002 Summit Blvd., Suite 300
Atlanta, GA 30319
rudy.harris@usaa.com
*Attorneys for USAA General Indemnity Company*

Nicholas J Roger
LYNN LEONARD ASSOCIATES
2400 Century Parkway. Suite 200
Atlanta GA 30345
nick.roger@statefarm.com
*Attorneys for State Farm Mutual Automobile Insurance Company*

Stephen J. Rapp
J. Alexander Prescott
Weinberg Wheeler Hudgins Gunn & Dial
334 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
srapp@wwhgd.com
jprescott@wwhgd.com
*Attorneys for Prime Insurance Company*

This 10th day of March, 2023.

                                              */s/ Wayne S. Melnick*
                                              WAYNE S. MELNICK
                                              Georgia Bar No. 501267
                                              wmelnick@fmglaw.com
                                              SANGEETHA KRISHNAKUMAR
                                              Georgia Bar No. 394925
                                              sangeetha.krishnakumar@fmglaw.com
                                              *Attorneys for Defendants Xavier S. Fleuridor and Love Transit LLC*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)