**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | June 03, 2022 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC2290130799 | May 20, 2022 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | 1980 |

ANDREW R. FUGGLE
C/O ANDREW FUGGLE
150 TRUEHEDGE TRACE
ROSWELL, GA  30076

3   00000648

**PAYMENT INFORMATION:**

Application/Petition Fee:  $0.00
Total Amount Received:  $0.00
Total Balance Due:  $0.00

NAME AND MAILING ADDRESS

**Eligibility Category: C09**

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed. If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if: (1) You have timely filed to renew your current employment authorization and/or EAD; (2) Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories); (3) The category on your current EAD matches the "Class Requested" listed on this notice (If you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); and (4) Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes. If eligible, your automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

**USCIS Office Address:**
USCIS
Texas Service Center
6046 N. Beltline Rd STE. 110
Irving, TX  75038

**USCIS Contact Center Number:**
(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21