UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Andrew Fuggle,        )<br>                               )<br>    Petitioner,          )<br>                               )    No._____<br>v.                             )<br>                               )<br>United States Citizenship and )<br>Immigration Services; United States )<br>Department of Homeland Security; )<br>Alejandro Mayorkas, Secretayr of the )<br>Department of Homeland Security; )<br>Ur Jaddou, Director of U.S. )<br>Citizenship and Immigration )<br>Services; and Kirt Thompson,<br>Director of U.S. Citizenship and<br>Immigration Services Texas Service<br>Center,<br><br>    Respondents. | |

## PETITIONER ANDREW FUGGLE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Petitioner Andrew Fuggle, by and through undersigned counsel, hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement.

1)   The undersigned counsel of record for Petitioner certifies that the following is a full and complete list of all parties in this action including any parent

corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Petitioner**: **Andrew Fuggle**

**Respondents:** **United States Citizenship and Immigration Services; United States Department of Homeland Security; Alejandro Mayorkas, Secretayr of the Department of Homeland Security; Ur Jaddou, Director of U.S. Citizenship and Immigration Services; and Kirt Thompson, Director of U.S. Citizenship and Immigration Services Texas Service Center.**

2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For Petitioner Andrew Fuggle: No additional persons or entities.**

3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Petitioner: Wayne Campbell, Fisher Phillips LLP; Ralph Hua, Fisher Phillips LLP (pro hac vice forthcoming)**

**For Respondents: Unknown at this time**

- 3 -

Respectfully submitted this 10th day of March, 2023.

*/s/Wayne Campbell*
Wayne Campbell
Fisher Phillips LLP
Georgia Bar No. 919899
1230 Peachtree Street, NE
Suite 3300
Atlanta, Georgia 30309
(404) 240-5871
wcampbell@fisherphillips.com

*/s/Ralph Hua (pro hac vice forthcoming)*
Ralph Hua
1201 3rd Avenue, Suite 2750
Seattle, Washington 98101
(206) 247-7014
rhua@fisherphillips.com

*Attorneys for Petitioner*
