EXHIBIT 1

| Work Infringed | Videos included in counter notification | UPLOADER | Uploader Email | Uploader Address and Phone |
|---|---|---|---|---|
| PA 2-360-287 | http://www.youtube.com/watch?v=uXSYXdr4YtE | NA Weather | Jasonbrownad@gmail.com | NGUYEN MINH CHIEN, 41 Avenue 3, Phuoc Binh Ward, District 9, Ho Chi Minh City, 716040, Vietnam, Phone: +84822812881 |
| | http://www.youtube.com/watch?v=8NIaf2NZBtQ | NA Weather | Jasonbrownad@gmail.com | NGUYEN MINH CHIEN, 41 Avenue 3, Phuoc Binh Ward, District 9, Ho Chi Minh City, 716040, Vietnam, Phone: +84822812881 |
| | http://www.youtube.com/watch?v=FFa0vs8Oi1M | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=0Yu1DXeeZk0 | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| PA 2-360-287 | http://www.youtube.com/watch?v=6VamfNt6WeI | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |

EXHIBIT 1

| Work Infringed | Videos included in counter notification | UPLOADER | Uploader Email | Uploader Address and Phone |
|---|---|---|---|---|
| | http://www.youtube.com/watch?v=zbm8EwmLYLY | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| PA 2-210-164 | http://www.youtube.com/watch?v=oAkrGWVGcac | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=Xv1O50eBxrg | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=OK3q6vmM2EQ | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=Uotf7SFkGZo | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |

EXHIBIT 1

| Work Infringed | Videos included in counter notification | UPLOADER | Uploader Email | Uploader Address and Phone |
|---|---|---|---|---|
| | http://www.youtube.com/watch?v=1zlD136hVZI | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=U2LXFs8I0K8 | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=ICQx3BYV_QQ | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| PA 2-210-164 | http://www.youtube.com/watch?v=2ncjErT9--g | Wahr | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=rgUMvJaHbME | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |

EXHIBIT 1

| Work Infringed | Videos included in counter notification | UPLOADER | Uploader Email | Uploader Address and Phone |
|---|---|---|---|---|
| | http://www.youtube.com/watch?v=2OOeszbG-C8 | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=cgillBcr60o | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=ro6fMkOPfN4 | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=FAbsM-aD62s | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| PA 2-369-592 | http://www.youtube.com/watch?v=uAV17mmiNo8 | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |

EXHIBIT 1

| Work Infringed | Videos included in counter notification | UPLOADER | Uploader Email | Uploader Address and Phone |
|---|---|---|---|---|
| | http://www.youtube.com/watch?v=fH-udjnk1LM | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=ibJ5cJbXhZ8 | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |
| | http://www.youtube.com/watch?v=K5nYKXFgyy4 | EXTREME WEATHER & NATURAL DISASTERS | extremeweatherwind@gmail.com | Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way, Birmingham,AL,35209 United States (256) 458-6981 |