# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-210-164

**Effective Date of Registration:**
October 01, 2019

**Registration Decision Date:**
November 06, 2019

---

**EXHIBIT 2**

## Title

**Title of Work:** Brandon Clement Hurricane Dorian Bahamas Impacts Full

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 08, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:** Michael Brandon Clement
**Date:** September 25, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-360-287**

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

## Title

    **Title of Work:**   04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

    **Year of Completion:**   2022
    **Date of 1st Publication:**   April 29, 2022
    **Nation of 1st Publication:**   United States

## Author

-     **Author:**   Reed Timmer
    **Author Created:**   entire motion picture
    **Work made for hire:**   No
    **Domiciled in:**   United States

## Copyright Claimant

    **Copyright Claimant:**   Reed Timmer
    23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

    **Name:**   Craig Sanders
    **Date:**   June 03, 2022

**Registration #:** PA0002360287
**Service Request #:** 1-11420424321



Craig Sanders
Sanders Law Group
100 Garden City Plaza, Suite 500
Garden City, New York 11530 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-369-592**

**Effective Date of Registration:**
August 07, 2022
**Registration Decision Date:**
September 09, 2022

---

## Title

**Title of Work:** 7.28.2022_Hindman KY underwater

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 28, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** August 07, 2022

Page 1 of 1

**Registration #:** PA0002369592
**Service Request #:** 1-11586332352



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States