EXHIBIT

4

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/27/2023 12:23:11 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [QWO3HGNHIQC52NGHWWF62RMDSQ] New Copyright Counter |

Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sun, Feb 26, 2023 at 10:57 PM
Subject: Fwd: [QWO3HGNHIQC52NGHWWF62RMDSQ] New Copyright Counter
Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1trmq0dfltbga0h@google.com>
Date: Sun, Feb 26, 2023 at 7:06 PM
Subject: Re: [QWO3HGNHIQC52NGHWWF62RMDSQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request
that you submitted. A counter notification is a legal request for YouTube to reinstate
a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response
**must include evidence that you've taken legal action against the uploader** to keep
the content from being reinstated to YouTube. Usually, evidence would include a
lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a
court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your
reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uXSYXdr4YtE

Display name of uploader: NA Weather

Hello YouTube Team, I have checked many times and I confirm that 100% of the featured clips in this video are authorized by the owner before I use it. I still keep email and text messages to the owners for all featured clips so I can give you any time to confirm that I'm using the clips legally. I'm using highlight clips for my videos after I got permission from the original clips owner. So I don't know how this user submits copyright sticks on my videos. Also, I see this user is using the same email with 3 different names (Brian Emfinger; Reed Timmer; WxChasing) so I'm suspecting this user is abusing the copyright claim feature to send fake copyright sticks on my videos. I request this user to submit documents or proof to confirm the relationship of these 3 usernames as one person. If this user is unable to provide documents or proof regarding these 3 usernames, it means this user is abusing the copyright claim tool and using a fake name to destroy my channel. This is video information that needs to be checked and restored: Uploader: NA Weather Video url: https://www.youtube.com/watch?v=uXSYXdr4YtE I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Hope to get help from the YouTube support team soon. Best regards, NGUYEN MINH CHIEN 41 Avenue 3, Phuoc Binh Ward, District 9, Ho Chi Minh City, 716040, Vietnam Email: Jasonbrownad@gmail.com Phone: +84822812881

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

NGUYEN MINH CHIEN

NGUYEN MINH CHIEN
41 Avenue 3, Phuoc Binh Ward
Ho Chi Minh City
District 9 716040
Vietnam

Jasonbrownad@gmail.com

0822 812 881

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/27/2023 12:23:23 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [76DQTYXXAM5E7JAPK7BSUVIWH4] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sun, Feb 26, 2023 at 11:38 PM
Subject: Fwd: [76DQTYXXAM5E7JAPK7BSUVIWH4] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+06t285ywxj3e40h@google.com>
Date: Sun, Feb 26, 2023 at 9:37 PM
Subject: Re: [76DQTYXXAM5E7JAPK7BSUVIWH4] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=8NIaf2NZBtQ

Display name of uploader: NA Weather

Hello YouTube Team, I have checked many times and I confirm that 100% of the featured clips in this video are authorized by the owner before I use it. I still keep email and text messages to the owners for all featured clips so I can give you any time to confirm that I am using the clips legally. I believe this is a mistake or this user is abusing the copyright claim tool to destroy my channel. Also, I see this user is using the same email with 3 different names (Brian Emfinger; Reed Timmer; WxChasing) so I'm suspecting this user is using a fake name and abusing the copyright claim feature to send fake copyright sticks on my videos. This should be checked to ensure that the copyright claim is not misused and to help protect licensed users like us. This is video information that needs to be checked and restored: Uploader: NA Weather Video url: https://www.youtube.com/watch?v=8NIaf2NZBtQ I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Hope to get help from the YouTube support team soon. Best regards, NGUYEN MINH CHIEN 41 Avenue 3, Phuoc Binh Ward, District 9, Ho Chi Minh City, 716040, Vietnam Email: Jasonbrownad@gmail.com Phone: +84822812881

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

NGUYEN MINH CHIEN

NGUYEN MINH CHIEN
41 Avenue 3, Phuoc Binh Ward
Ho Chi Minh
District 9 716040
Vietnam

Jasonbrownad@gmail.com

0822 812 881

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/27/2023 12:23:34 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [M23K255VQSFHHLP5RKHJYFL6PQ] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sun, Feb 26, 2023 at 11:42 PM
Subject: Fwd: [M23K255VQSFHHLP5RKHJYFL6PQ] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0lt99s614rvza0h@google.com>
Date: Sun, Feb 26, 2023 at 5:01 PM
Subject: Re: [M23K255VQSFHHLP5RKHJYFL6PQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request
that you submitted. A counter notification is a legal request for YouTube to reinstate a
video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response
**must include evidence that you've taken legal action against the uploader** to keep
the content from being reinstated to YouTube. Usually, evidence would include a
lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a
court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your
reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue
may be reinstated to YouTube. You can find more information about the legal action
you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=FFa0vs8Oi1M

Display name of uploader: Wahr

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email:
extremeweatherwind@gmail.com The actual address: 649 Petunia Way,
Birmingham,AL,35209 United States I believe the deletion of my video was in error
because my use of copyrighted content is protected by the fair use policy. It is
important that the main message in the original work has been completely changed
and the content that I have used is not the focus of the original work. I agree to the
jurisdiction of the Federal District Court for the county in which my address is
located or, if my address is located outside the United States, the judicial district in
which Youtube is located and will accept service of process. from the complainant. If
you watch the top videos on our channel, you'll see that. All our videos provide
natural disaster details with interesting contents and historical events to widen the
audience knowledge and their relax. The videos and content we create are subject to
YouTube's regulations. We are committed not to use copyrighted content of certain
individuals or organizations to make money. However, our video production is
having problems because of the violation notice and our video has been removed by
you. In the end, we hope that the incident was just a misunderstanding. I hereby
certify that the statements I have made are true. and I take responsibility for my
words. I hope the Youtube Team will reconsider your decision. We respectfully
appreciate that. Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way
Birmingham,AL,35209 United States I swear, under penalty of perjury, that I have a
good faith belief the material was removed due to a mistake or misidentification of
the material to be removed or disabled. I consent to the jurisdiction of the Federal
District Court for the district in which my address is located, or if my address is
outside of the United States, the judicial district in which YouTube is located, and
will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way

Birmingham, AL 35209
United States

extremeweatherwind@gmail.com

256458698

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 2/27/2023 12:23:44 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [DLVEB2WGIU37TNJTYLSBGLSHPQ] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Mon, Feb 27, 2023 at 8:32 AM
Subject: Fwd: [DLVEB2WGIU37TNJTYLSBGLSHPQ] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1oqveq1fuefx80h@google.com>
Date: Mon, Feb 27, 2023 at 1:50 AM
Subject: Re: [DLVEB2WGIU37TNJTYLSBGLSHPQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=0Yu1DXeeZk0

Display name of uploader: Wahr

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email: extremeweatherwind@gmail.com The actual address: 649 Petunia Way, Birmingham,AL,35209 United States I believe the deletion of my video was in error because my use of copyrighted content is protected by the fair use policy. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. I agree to the jurisdiction of the Federal District Court for the county in which my address is located or, if my address is located outside the United States, the judicial district in which Youtube is located and will accept service of process. from the complainant. If you watch the top videos on our channel, you'll see that. All our videos provide natural disaster details with interesting contents and historical events to widen the audience knowledge and their relax. The videos and content we create are subject to YouTube's regulations. We are committed not to use copyrighted content of certain individuals or organizations to make money. However, our video production is having problems because of the violation notice and our video has been removed by you. In the end, we hope that the incident was just a misunderstanding. I hereby certify that the statements I have made are true. and I take responsibility for my words. I hope the Youtube Team will reconsider your decision. We respectfully appreciate that. Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way Birmingham,AL,35209 United States I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way

Birmingham, AL 35209
United States

extremeweatherwind@gmail.com

256458698

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 8:16:23 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [XHN5W2D73NCFXIN27BB2EITOHA] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Tue, Feb 28, 2023 at 9:50 PM
Subject: Fwd: [XHN5W2D73NCFXIN27BB2EITOHA] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1zmh8pr1gni0q0h@google.com>
Date: Tue, Feb 28, 2023 at 6:34 PM
Subject: Re: [XHN5W2D73NCFXIN27BB2EITOHA] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=6VamfNt6WeI

Display name of uploader: Wahr

I believe that removing my video was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work. Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States

extremeweatherwind@gmail.com

(256) 458-6981

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 8:16:34 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [XFZMIZ4B5IVIH74DAZO64R4MX4] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Tue, Feb 28, 2023 at 9:52 PM
Subject: Fwd: [XFZMIZ4B5IVIH74DAZO64R4MX4] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2sk5iacuzpqnf0h@google.com>
Date: Tue, Feb 28, 2023 at 6:29 PM
Subject: Re: [XFZMIZ4B5IVIH74DAZO64R4MX4] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=zbm8EwmLYLY

Display name of uploader: Wahr

I believe the deletion of my video ( www.youtube.com/watch?v=zbm8EwmLYLY )
was in error because my use of copyrighted content is protected by the fair use policy.
In the United States, works of commentary, criticism, research, teaching, or news
reporting may be considered fair use. It is important that the main message in the
original work has been completely changed and the content that I have used is not the
focus of the original work. The duration of the fragment to which the plaintiff claims
the rights is 6 seconds, which is less than 1% of the total length of my video
(691seconds).

Courts have decided that copyright holders must consider whether copyright
exceptions apply before they submit a copyright removal request.

I argue that video was protected by the doctrine of fair use and that plaintiff takedown
request violated Section 512(f) of the DMCA because it knowingly materially
misrepresented that the video was infringing.  Under the DMCA, a proper takedown
notice must include a statement that the owner or its agent has a  that the use of the
copyrighted work is not authorized under the law.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was
removed or disabled as a result of a mistake or misidentification of the material to be
removed or disabled.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
extremeweatherwind@gmail.com
(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 8:16:45 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [KGEA5ISBMIUFXAHAY2OJFN7W4Y] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Tue, Feb 28, 2023 at 9:52 PM
Subject: Fwd: [KGEA5ISBMIUFXAHAY2OJFN7W4Y] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0i55s7wwj1lbj0h@google.com>
Date: Tue, Feb 28, 2023 at 6:13 PM
Subject: Re: [KGEA5ISBMIUFXAHAY2OJFN7W4Y] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=oAkrGWVGcac

Display name of uploader: Wahr

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email:
extremeweatherwind@gmail.com The actual address: 649 Petunia Way,
Birmingham,AL,35209 United States I believe the deletion of my video (
www.youtube.com/watch?v=oAkrGWVGcac ) was in error because my use of
copyrighted content is protected by the fair use policy. It is important that the main
message in the original work has been completely changed and the content that I have
used is not the focus of the original work. I agree to the jurisdiction of the Federal
District Court for the county in which my address is located or, if my address is
located outside the United States, the judicial district in which Youtube is located and
will accept service of process from the complainant. If you watch the top videos on
our channel, you'll see that. All our videos provide natural disaster details with
interesting contents and historical events to widen the audience's knowledge and their
relax. The videos and content we create are subject to YouTube's regulations. We are
committed not to use copyrighted content of certain individuals or organizations to
make money. However, our video production is having problems because of the
violation notice and our video has been removed by you. In the end, we hope that the
incident was just a misunderstanding. I hereby certify that the statements I have made
are true. and I take responsibility for my words. I hope the Youtube Team will
reconsider your decision. We respectfully appreciate that. Dr. Kevin MacLeod Dr.
Kevin MacLeod 649 Petunia Way Birmingham,AL,35209 United States

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States

extremeweatherwind@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 4:51:06 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [C23HLWBDCYT3HPJAHCIJ4IY5CE] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Wed, Mar 1, 2023 at 1:35 PM
Subject: Fwd: [C23HLWBDCYT3HPJAHCIJ4IY5CE] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1430na16tsfe10h@google.com>
Date: Wed, Mar 1, 2023 at 11:04 AM
Subject: Re: [C23HLWBDCYT3HPJAHCIJ4IY5CE] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Xv1O50eBxrg

Display name of uploader: Wahr

Dear YouTube Team,

I am writing in response to the copyright infringement complaint filed against me regarding the news content ( www.youtube.com/watch?v=Xv1O50eBxrg ) I created from public social media videos.

Firstly, I would like to assert that my use of the public social media videos falls under the fair use doctrine as outlined in the United States Copyright Act, 17 U.S.C. § 107. According to this doctrine, the use of copyrighted material is considered fair if it is used for purposes such as criticism, comment, news reporting, teaching, scholarship, or research.

In the case of my news content, the public social media videos were used solely for the purpose of news reporting. This is a well-established legal precedent, as demonstrated by the case of Hustler Magazine v. Falwell, 485 U.S. 46 (1988), which held that the First Amendment protects the use of copyrighted material for the purpose of news reporting and commentary.

Furthermore, the Supreme Court has held in Harper & Row Publishers, Inc. v. Nation Enterprises, 471 U.S. 539 (1985), that the fair use doctrine does not apply only to non-profit or educational uses of copyrighted material. The court noted that commercial uses of copyrighted material can also be considered fair use under certain circumstances, such as when the use is transformative or serves a different purpose than the original work.

In my case, my use of the public social media videos was transformative in that I used them to create news content that was different in purpose and character from the original videos. Additionally, my use of the videos did not compete with the market for the original videos, as my news content was distributed through a different medium and for a different audience.

In conclusion, I believe that my use of the public social media videos in my news content falls squarely within the bounds of fair use as established by judicial precedent and the United States Copyright Act. I respectfully request that YouTube withdraw its copyright infringement complaint against me.

I consent to the jurisdiction of the Federal District Court for the district in which my

address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Sincerely,

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
extremeweatherwind@gmail.com
(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 4:51:16 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [VJMQ6RHLMZK7GK4F3CS33J2QVQ] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Wed, Mar 1, 2023 at 1:36 PM
Subject: Fwd: [VJMQ6RHLMZK7GK4F3CS33J2QVQ] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0h82x924s86um0h@google.com>
Date: Wed, Mar 1, 2023 at 10:49 AM
Subject: Re: [VJMQ6RHLMZK7GK4F3CS33J2QVQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=OK3q6vmM2EQ

Display name of uploader: Wahr

I believe the deletion of my video was in error because my use of copyrighted content is protected by the fair use policy. In the United States, works of commentary, criticism, research, teaching, or news reporting may be considered fair use. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. The duration of the fragment to which the plaintiff claims the rights is 6 seconds, which is less than 1% of the total length of my video (691seconds). Courts have decided that copyright holders must consider whether copyright exceptions apply before they submit a copyright removal request. I argue that video was protected by the doctrine of fair use and that plaintiff takedown request violated Section 512(f) of the DMCA because it knowingly materially misrepresented that the video was infringing. Under the DMCA, a proper takedown notice must include a statement that the owner or its agent has a that the use of the copyrighted work is not authorized under the law.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States

extremeweatherwind@gmail.com

(256) 458-6981

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**       Copyright Management
**Sent:**       3/1/2023 4:51:26 PM
**To:**         Joel Rothman
**Subject:**    Fwd: [4DK4FKUCZYZI7L7NVJKXG5KIPY] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Wed, Mar 1, 2023 at 1:36 PM
Subject: Fwd: [4DK4FKUCZYZI7L7NVJKXG5KIPY] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3tkzc8hn8u23x0h@google.com>
Date: Wed, Mar 1, 2023 at 10:45 AM
Subject: Re: [4DK4FKUCZYZI7L7NVJKXG5KIPY] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=Uotf7SFkGZo

Display name of uploader: Wahr

I believe the deletion of my video ( https://youtu.be/Uotf7SFkGZo ) was in error because my use of copyrighted content is protected by the fair use policy. In the United States, works of commentary, criticism, research, teaching, or news reporting may be considered fair use. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. The duration of the fragment to which the plaintiff claims the rights is 8 seconds, which is less than 2% of the total length of my video (501 seconds).

Courts have decided that copyright holders must consider whether copyright exceptions apply before they submit a copyright removal request.

I argue that video was protected by the doctrine of fair use and that plaintiff takedown request violated Section 512(f) of the DMCA because it knowingly materially misrepresented that the video was infringing.  Under the DMCA, a proper takedown notice must include a statement that the owner or its agent has a  that the use of the copyrighted work is not authorized under the law.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
extremeweatherwind@gmail.com
(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 4:51:39 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [TKAIM3QIKZF5KOMP3YX4TEQJBU] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Wed, Mar 1, 2023 at 1:37 PM
Subject: Fwd: [TKAIM3QIKZF5KOMP3YX4TEQJBU] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2on6es6g7vwir0h@google.com>
Date: Wed, Mar 1, 2023 at 4:41 AM
Subject: Re: [TKAIM3QIKZF5KOMP3YX4TEQJBU] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=1zlD136hVZI

Display name of uploader: Wahr

Hello Youtube team !

My Name: Dr. Kevin MacLeod
My email: extremeweatherwind@gmail.com
The actual address: 649 Petunia Way, Birmingham,AL,35209
United States
link: www.youtube.com/watch?v=1zlD136hVZI
I have 818 videos. I made them. I created them. I have the original video. I have
original files. 10-25-2021 Truckee to Soda Springs, Ca Heavy snow on I-80 leaves
dozens of vehicles stranded (bclemms@gmail.com) has received the copyright. I
believe it was  has no authority to appeal my video. bclemms@gmail.com is
intentionally abusing the current copyright law of Youtube
I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.
I swear, under penalty of perjury, that I have a good faith belief that the material was
removed or disabled as a result of a mistake or misidentification of the material to be
removed or disabled.
Have a great day.

I believe the deletion of my video was in error because my use of copyrighted content
is protected by the fair use policy.
It is important that the main message in the original work has been completely
changed and the content that I have used is not the focus of the original work.
I agree to the jurisdiction of the Federal District Court for the county in which my
address is located or, if my address is located outside the United States, the judicial
district in which Youtube is located and will accept service of process. from the
complainant.

If you watch the top videos on our channel, you'll see that. All our videos provide
natural disaster details with interesting contents and historical events to widen the
audience knowledge and their relax. The videos and content we create are subject to
YouTube's regulations. We are committed not to use copyrighted content of certain
individuals or organizations to make money.
However, our video production is having problems because of the violation notice
and our video has been removed by you.
In the end, we hope that the incident was just a misunderstanding. I hereby certify

that the statements I have made are true. and I take responsibility for my words. I
hope the Youtube Team will reconsider your decision.
We respectfully appreciate that.

Dr. Kevin MacLeod

Dr. Kevin MacLeod
649 Petunia Way
Birmingham,AL,35209
United States
I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/1/2023 4:51:58 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [KIPRJ7GWLCTV4SDGNCY3D3RMGI] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Wed, Mar 1, 2023 at 1:37 PM
Subject: Fwd: [KIPRJ7GWLCTV4SDGNCY3D3RMGI] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2akstgpd73h3r0h@google.com>
Date: Wed, Mar 1, 2023 at 4:00 AM
Subject: Re: [KIPRJ7GWLCTV4SDGNCY3D3RMGI] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=U2LXFs8I0K8

Display name of uploader: Wahr

I believe that removing my video ( www.youtube.com/watch?v=U2LXFs8I0K8 ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
extremeweatherwind@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/2/2023 10:08:00 AM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [DECY6QSUL5J3TFMSKMM6QN4KI4] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Thu, Mar 2, 2023 at 3:16 AM
Subject: Fwd: [DECY6QSUL5J3TFMSKMM6QN4KI4] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0srovf61062fo0h@google.com>
Date: Thu, Mar 2, 2023 at 3:13 AM
Subject: Re: [DECY6QSUL5J3TFMSKMM6QN4KI4] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request
that you submitted. A counter notification is a legal request for YouTube to reinstate
a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response
**must include evidence that you've taken legal action against the uploader** to keep
the content from being reinstated to YouTube. Usually, evidence would include a
lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a
court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your
reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue
may be reinstated to YouTube. You can find more information about the legal action
you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ICQx3BYV_QQ

Display name of uploader: Wahr

I believe that removing my video ( www.youtube.com/watch?v=ICQx3BYV_QQ )
was wrong because my use of copyrighted material is protected by a fair use policy
whereby in certain situations I can use copyrighted material without permission from
the copyright holder. The source material is based on commonly known facts and is
not fiction. The borrowed excerpt is not a significant part of the original video and is
considered bona fide. The excerpt does not contain the main message of the original
work. The main message in the original work has been completely changed, and the
content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as
news stories can be considered bona fide. All of my videos contain details of natural
disasters with interesting content and historical events to increase viewers' knowledge
and and to diversify their leisure time. The videos and content I create are subject to
YouTube rules. I pledge not to use copyrighted content from certain individuals or
organizations to make money. However, my channel has had problems due to an
infringement notice and my videos have been removed by you. In the end, we hope
the incident was just a misunderstanding. I hereby confirm that the statements I made
are true. I take responsibility for my words. I hope the Youtube team will reconsider
your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
extremeweatherwind@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/3/2023 1:37:03 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [IXJSPUJJBZSKYUMOSVPPVUB6HI] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Fri, Mar 3, 2023 at 12:34 PM
Subject: Fwd: [IXJSPUJJBZSKYUMOSVPPVUB6HI] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0rmwnp1cr39cs0h@google.com>
Date: Thu, Mar 2, 2023 at 8:12 PM
Subject: Re: [IXJSPUJJBZSKYUMOSVPPVUB6HI] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=2ncjErT9--g

Display name of uploader: Wahr

I believe that removing my video ( https://www.youtube.com/watch?v=2ncjErT9--g )
was wrong because my use of copyrighted material is protected by a fair use policy
whereby in certain situations I can use copyrighted material without permission from
the copyright holder. The source material is based on commonly known facts and is
not fiction. The borrowed excerpt is not a significant part of the original video and is
considered bona fide. The excerpt does not contain the main message of the original
work. The main message in the original work has been completely changed, and the
content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as
news stories can be considered bona fide. All of my videos contain details of natural
disasters with interesting content and historical events to increase viewers' knowledge
and and to diversify their leisure time. The videos and content I create are subject to
YouTube rules. I pledge not to use copyrighted content from certain individuals or
organizations to make money. However, my channel has had problems due to an
infringement notice and my videos have been removed by you. In the end, we hope
the incident was just a misunderstanding. I hereby confirm that the statements I made
are true. I take responsibility for my words. I hope the Youtube team will reconsider
your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was
removed due to a mistake or misidentification of the material to be removed or
disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my
address is located, or if my address is outside of the United States, the judicial district
in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
extremeweatherwind@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

extremeweatherwind@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:02:23 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [NBWRAZWQTA2PH5WBSAC7JPP4CY] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 8:11 PM
Subject: Fwd: [NBWRAZWQTA2PH5WBSAC7JPP4CY] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2kits0pjbvsoa0h@google.com>
Date: Sat, Mar 4, 2023 at 7:50 PM
Subject: Re: [NBWRAZWQTA2PH5WBSAC7JPP4CY] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=rgUMvJaHbME

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email: lety4evam@gmail.com   The actual address: 649 Petunia Way, Birmingham,AL,35209 United States I believe the deletion of my video ( www.youtube.com/watch?v=rgUMvJaHbME) was in error because my use of copyrighted content is protected by the fair use policy. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. I agree to the jurisdiction of the Federal District Court for the county in which my address is located or, if my address is located outside the United States, the judicial district in which Youtube is located and will accept service of process from the complainant. If you watch the top videos on our channel, you'll see that. All our videos provide natural disaster details with interesting contents and historical events to widen the audience's knowledge and their relax. The videos and content we create are subject to YouTube's regulations. We are committed not to use copyrighted content of certain individuals or organizations to make money. However, our video production is having problems because of the violation notice and our video has been removed by you. In the end, we hope that the incident was just a misunderstanding. I hereby certify that the statements I have made are true. and I take responsibility for my words. I hope the Youtube Team will reconsider your decision. We respectfully appreciate that. Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way Birmingham,AL,35209 United States

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:05:31 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [BFSUZBLSW46WLJNSO53NFP5WYQ] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Fwd: [BFSUZBLSW46WLJNSO53NFP5WYQ] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2ixvq2xvfytos0h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [BFSUZBLSW46WLJNSO53NFP5WYQ] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=2OOeszbG-C8

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Hello Youtube team ! My Name: Dr. Kevin MacLeod My email: lety4evam@gmail.com   The actual address: 649 Petunia Way, Birmingham,AL,35209 United States I believe the deletion of my video ( www.youtube.com/watch?v=2OOeszbG-C8) was in error because my use of copyrighted content is protected by the fair use policy. It is important that the main message in the original work has been completely changed and the content that I have used is not the focus of the original work. I agree to the jurisdiction of the Federal District Court for the county in which my address is located or, if my address is located outside the United States, the judicial district in which Youtube is located and will accept service of process from the complainant. If you watch the top videos on our channel, you'll see that. All our videos provide natural disaster details with interesting contents and historical events to widen the audience's knowledge and their relax. The videos and content we create are subject to YouTube's regulations. We are committed not to use copyrighted content of certain individuals or organizations to make money. However, our video production is having problems because of the violation notice and our video has been removed by you. In the end, we hope that the incident was just a misunderstanding. I hereby certify that the statements I have made are true. and I take responsibility for my words. I hope the Youtube Team will reconsider your decision. We respectfully appreciate that. Dr. Kevin MacLeod Dr. Kevin MacLeod 649 Petunia Way Birmingham,AL,35209 United States

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**       Copyright Management
**Sent:**       3/4/2023 10:05:49 PM
**To:**         Joel Rothman
**Subject:**    Fwd: [WMJ4SFNPHIT2ZVZC26BH2NE4ZI] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Fwd: [WMJ4SFNPHIT2ZVZC26BH2NE4ZI] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1k0ozlslclfa00h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [WMJ4SFNPHIT2ZVZC26BH2NE4ZI] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=cgillBcr60o

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Team,

I am writing in response to the copyright infringement complaint filed against me regarding the news content ( www.youtube.com/watch?v=cgillBcr60o )  I created from public social media videos.

Firstly, I would like to assert that my use of the public social media videos falls under the fair use doctrine as outlined in the United States Copyright Act, 17 U.S.C. § 107. According to this doctrine, the use of copyrighted material is considered fair if it is used for purposes such as criticism, comment, news reporting, teaching, scholarship, or research.

In the case of my news content, the public social media videos were used solely for the purpose of news reporting. This is a well-established legal precedent, as demonstrated by the case of Hustler Magazine v. Falwell, 485 U.S. 46 (1988), which held that the First Amendment protects the use of copyrighted material for the purpose of news reporting and commentary.

Furthermore, the Supreme Court has held in Harper & Row Publishers, Inc. v. Nation Enterprises, 471 U.S. 539 (1985), that the fair use doctrine does not apply only to non-profit or educational uses of copyrighted material. The court noted that commercial uses of copyrighted material can also be considered fair use under certain circumstances, such as when the use is transformative or serves a different purpose than the original work.

In my case, my use of the public social media videos was transformative in that I used them to create news content that was different in purpose and character from the original videos. Additionally, my use of the videos did not compete with the market for the original videos, as my news content was distributed through a different medium and for a different audience.

In conclusion, I believe that my use of the public social media videos in my news content falls squarely within the bounds of fair use as established by judicial precedent and the United States Copyright Act. I respectfully request that YouTube withdraw its copyright infringement complaint against me.

I consent to the jurisdiction of the Federal District Court for the district in which my

address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:07:02 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [ECL5YPZKMLVOGEENMPJB7OI564] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:06 PM
Subject: Fwd: [ECL5YPZKMLVOGEENMPJB7OI564] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+15161xtsb4ww80h@google.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Re: [ECL5YPZKMLVOGEENMPJB7OI564] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ro6fMkOPfN4

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Copyright Team,

I am writing in response to the copyright complaint that was filed against my video ( www.youtube.com/watch?v=ro6fMkOPfN4 ). I am submitting this counter notice to inform you that I believe the claim of copyright infringement is erroneous and unjustified.

Firstly, I attest that I have a good faith belief that the material in question is not infringing on any copyright. The content in my video is either original or falls under fair use, as it is transformative, non-commercial and serves a critique, commentary or educational purpose. Furthermore, the amount of the original work used in my video is minimal, and it does not compete with the market for the original work.

Secondly, I have not received any notice of infringement prior to the complaint. I had no knowledge of any alleged infringement and therefore could not have acted in bad faith. I have made every effort to comply with YouTube's copyright policies and will continue to do so in the future.

Lastly, I affirm that the information in this notice is accurate and under penalty of perjury, I am the owner of the content in my video or have been authorized to act on behalf of the owner of the content.

In light of the above, I request that you reinstate my video as soon as possible. If you require any further information, please do not hesitate to contact me.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thank you for your prompt attention to this matter.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:07:09 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [QM5DDRLJ3EHVRD4VOOVJJVPGYU] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:06 PM
Subject: Fwd: [QM5DDRLJ3EHVRD4VOOVJJVPGYU] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1a7idt8tli5z10h@google.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Re: [QM5DDRLJ3EHVRD4VOOVJJVPGYU] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=FAbsM-aD62s

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Team,

I am writing in response to the copyright infringement complaint filed against me regarding the news content ( www.youtube.com/watch?v=FAbsM-aD62s )  I created from public social media videos.

Firstly, I would like to assert that my use of the public social media videos falls under the fair use doctrine as outlined in the United States Copyright Act, 17 U.S.C. § 107. According to this doctrine, the use of copyrighted material is considered fair if it is used for purposes such as criticism, comment, news reporting, teaching, scholarship, or research.

In the case of my news content, the public social media videos were used solely for the purpose of news reporting. This is a well-established legal precedent, as demonstrated by the case of Hustler Magazine v. Falwell, 485 U.S. 46 (1988), which held that the First Amendment protects the use of copyrighted material for the purpose of news reporting and commentary.

Furthermore, the Supreme Court has held in Harper & Row Publishers, Inc. v. Nation Enterprises, 471 U.S. 539 (1985), that the fair use doctrine does not apply only to non-profit or educational uses of copyrighted material. The court noted that commercial uses of copyrighted material can also be considered fair use under certain circumstances, such as when the use is transformative or serves a different purpose than the original work.

In my case, my use of the public social media videos was transformative in that I used them to create news content that was different in purpose and character from the original videos. Additionally, my use of the videos did not compete with the market for the original videos, as my news content was distributed through a different medium and for a different audience.

In conclusion, I believe that my use of the public social media videos in my news content falls squarely within the bounds of fair use as established by judicial precedent and the United States Copyright Act. I respectfully request that YouTube withdraw its copyright infringement complaint against me.

I consent to the jurisdiction of the Federal District Court for the district in which my

address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:07:20 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [CZC5SNDN4VSRZXUBPPEABO5JXM] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Fwd: [CZC5SNDN4VSRZXUBPPEABO5JXM] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0t1kj5gy7lsy80h@google.com>
Date: Sat, Mar 4, 2023 at 9:05 PM
Subject: Re: [CZC5SNDN4VSRZXUBPPEABO5JXM] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=uAV17mmiNo8

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

Dear YouTube Copyright Team,

I am writing in response to the copyright complaint that was filed against my video ( https://www.youtube.com/watch?v=uAV17mmiNo8 ). I am submitting this counter notice to inform you that I believe the claim of copyright infringement is erroneous and unjustified.

Firstly, I attest that I have a good faith belief that the material in question is not infringing on any copyright. The content in my video is either original or falls under fair use, as it is transformative, non-commercial and serves a critique, commentary or educational purpose. Furthermore, the amount of the original work used in my video is minimal, and it does not compete with the market for the original work.

Secondly, I have not received any notice of infringement prior to the complaint. I had no knowledge of any alleged infringement and therefore could not have acted in bad faith. I have made every effort to comply with YouTube's copyright policies and will continue to do so in the future.

Lastly, I affirm that the information in this notice is accurate and under penalty of perjury, I am the owner of the content in my video or have been authorized to act on behalf of the owner of the content.

In light of the above, I request that you reinstate my video as soon as possible. If you require any further information, please do not hesitate to contact me.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thank you for your prompt attention to this matter.

Sincerely,

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management
**Sent:** 3/4/2023 10:07:42 PM
**To:** Joel Rothman
**Subject:** Fwd: [JL5VVXITB3MMA6QO77B2HJF3P4] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Fwd: [JL5VVXITB3MMA6QO77B2HJF3P4] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0w79kmnvszw170h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [JL5VVXITB3MMA6QO77B2HJF3P4] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=fH-udjnk1LM

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

I believe that removing my video ( www.youtube.com/watch?v=fH-udjnk1LM ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:**       Copyright Management
**Sent:**       3/4/2023 10:07:52 PM
**To:**         Joel Rothman
**Subject:**    Fwd: [OI5L4LRLX3LF2EVXK67D6UWYZM] New Copyright Counter Notification

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Fwd: [OI5L4LRLX3LF2EVXK67D6UWYZM] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2vl937zw6xdeo0h@google.com>
Date: Sat, Mar 4, 2023 at 9:04 PM
Subject: Re: [OI5L4LRLX3LF2EVXK67D6UWYZM] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ibJ5cJbXhZ8

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

I believe that removing my video ( www.youtube.com/watch?v=ibJ5cJbXhZ8 ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpt is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.
Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kevin MacLeod

Kevin MacLeod
649 Petunia Way
Birmingham, AL 35209
United States
lety4evam@gmail.com

(256) 458-6981

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

| | |
|---|---|
| **From:** | Copyright Management |
| **Sent:** | 3/4/2023 10:08:47 PM |
| **To:** | Joel Rothman |
| **Subject:** | Fwd: [K6MJ3CTSTSO3E3UW24T7Z2AA3M] New Copyright Counter Notification |

---------- Forwarded message ---------
From: **Brandon Clement** <bclemms@gmail.com>
Date: Sat, Mar 4, 2023 at 9:08 PM
Subject: Fwd: [K6MJ3CTSTSO3E3UW24T7Z2AA3M] New Copyright Counter Notification
To: Brenda Brown <Brenda@wxchasing.com>, <copyright@wxchasing.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3w0fknzaak7hx0h@google.com>
Date: Sat, Mar 4, 2023 at 9:07 PM
Subject: Re: [K6MJ3CTSTSO3E3UW24T7Z2AA3M] New Copyright Counter Notification
To: <bclemms@gmail.com>



We received a counter notification (below) in response to a copyright removal request
that you submitted. A counter notification is a legal request for YouTube to reinstate a
video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response
**must include evidence that you've taken legal action against the uploader** to keep
the content from being reinstated to YouTube. Usually, evidence would include a
lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a
court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your
reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue
may be reinstated to YouTube. You can find more information about the legal action
you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=K5nYKXFgyy4

Display name of uploader: EXTREME WEATHER & NATURAL DISASTERS

I am writing in response to your copyright infringement complaint regarding my video  www.youtube.com/watch?v=K5nYKXFgyy4 . While I appreciate your concerns regarding the unauthorized use of your content, I believe that my video constitutes fair use under United States copyright law.

Firstly, I would like to clarify that the content used in my video was obtained from publicly available social media videos. As such, it is my belief that this content falls under fair use as it was not obtained through any unauthorized means or infringing activity.

Furthermore, my video is a news report, which provides commentary, analysis, and criticism of the publicly available social media videos. As such, it is transformative in nature and does not serve as a replacement for the original content. This use of the content is consistent with fair use under 17 U.S.C. § 107.

In addition, my video is non-commercial in nature, and I receive no financial gain from the use of the copyrighted material. This fact further supports my belief that my use of the content falls under fair use.

Lastly, I would like to emphasize that my video is intended for educational and informational purposes. It is not my intention to infringe on your copyright, and I have made efforts to ensure that the copyrighted material is used in a manner that is consistent with fair use.

In light of the above, I respectfully request that you withdraw your copyright infringement complaint. If you have any further questions or concerns, please do not hesitate to contact me.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thank you for your attention to this matter.

Sincerely,

Kevin MacLeod

(256) 458-6981
extremeweatherwind@gmail.com
649 Petunia Way
Birmingham
AL
35209

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

lety4evam@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066