UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CASE NO.:

VIRAL DRM LLC,

       Plaintiffs,

v.

UNKNOWN YOUTUBE UPLOADERS,

       Defendant.

### MOTION FOR DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

Plaintiff VIRAL DRM LLC by and through their undersigned counsel, bring this Motion for pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h), to issue a subpoena for documents and information identifying the persons or entities that uploaded plaintiff's copyrighted works to YouTube, operated by Google LLC, that is currently performing and displaying plaintiff's copyrighted works. Attached hereto are:

    **Exhibit 1:**    **Proposed Subpoena to Google LLC**

    **Exhibit 2:**    **Declaration in Support**

    **Exhibit 3:**    **DMCA Takedown Notices**

    **Exhibit 4:**    **Counter Notifications**

### MEMORANDUM OF LAW

**I.**    **Jurisdiction**

Pursuant to 17 U.S.C. § 512(h)(1), "[a] copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." Any United States district court has jurisdiction to entertain this motion and to

direct the Clerk of the Court to issue the subpoena sought so long as the motion includes the required contents of a DMCA subpoena request as set forth in 17 U.S.C. §§ 512(h)(2) and (4). See also 28 U.S.C. § 1338(a) ("The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to…copyrights.").

## II.     Legal Basis for DMCA Subpoena Request

Pursuant to 17 U.S.C. § 512(h)(2), a DMCA subpoena request must include: "(A) a copy of a notification described in [17 U.S.C. § 512] (c)(3)(A); (B) a proposed subpoena; and (C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title [i.e., Title 17 of the United States Code]."

Pursuant to 17 U.S.C. § 512(h)(4), "[i]f the notification filed satisfies the provisions of [17 U.S.C. § 512] (c)(3)(A), the proposed subpoena is in proper form, and the accompanying declaration is properly executed, the clerk shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider."

A DMCA take down notice satisfies 17 U.S.C. § 512(c)(3)(A) if it substantially includes the following: "(i) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; (ii) Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site; (iii) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material; (iv) Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and,

if available, an electronic mail address at which the complaining party may be contacted; A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; [and] (vi) A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

Here, the motion includes the filing of DMCA take down notices that satisfy the provisions of 17 U.S.C. § 512(c)(3)(A), a proposed subpoena, and a properly executed declaration that states that the purpose for which the subpoena is sought is to obtain the identities of the alleged persons or entities violating Viral DRM, LLC's copyrights, and such information will only be used for the purpose of protecting Viral DRM, LLC's copyright rights; therefore, "the clerk shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider." 17 U.S.C. § 512(h)(4).

### III. Northern District of Georgia, Atlanta Division is Procedurally Correct

The filing of this DMCA subpoena request in the Atlanta Division of the Northern District of Florida is procedurally correct because such a request can be filed in any United States district court. *See* 17 U.S.C. § 512(h)(1). Further, the subpoenant, Google LLC, has offices in this judicial district and has appointed an agent for service of process in this district and division. Therefore, the Northern District of Georgia, Atlanta Division is a proper division and district to issue the subpoena.

WHEREFORE, Viral DRM, LLC requests the Clerk be directed to issue the subpoena in the form attached.

DATED: March 11, 2023                     Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Georgia Bar Number: 979716
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Viral DRM, LLC*