AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

**EXHIBIT 1**

Viral DRM LLC )
*Plaintiff* )
v. ) Civil Action No.
Unknown YouTube Uploaders )
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Corporation Service Company as Registered Agent for Google LLC d/b/a YouTube
2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents and electronically stored information sufficient to identify the true name, address, telephone numbers, email addresses, and other identification information for the YouTube Uploaders listed on Schedule A hereto.

| Place: SRIPLAW<br>21301 Powerline Road, Suite 100<br>Boca Raton, FL  33433 | Date and Time:<br>03/17/2023 1:16 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff**
Viral DRM LLC , who issues or requests this subpoena, are:

Joel B. Rothman, SRIPLAW, 21301 Powerline Road, Suite 100, Boca Raton, FL 33433.   561.404.430

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

SCHEDULE A

| UPLOADER | Link to Infringement/Page |
| --- | --- |
| Climate Change | https://youtu.be/q2kf0tgR_Yw?t=241 |
| Climate Change | https://youtu.be/uzDhcHRNhQo?t=263 |
| Climate Change | https://youtu.be/fvpE7sx0N2c?t=57 |
| Climate Change | https://youtu.be/aOO57hHrftI?t=400 |
| Climate Change | https://youtu.be/DZIuqfZrWEg?t=163 |
| Climate Change | https://youtu.be/xrJTIHrb7c8?t=337 |
| Climate Change | https://youtu.be/xrJTIHrb7c8?t=477 |
| Climate Change | https://youtu.be/8z7QDr0Yl7A?t=155 |
| Climate Change | https://youtu.be/RRzNBoYZzsE?t=490 |
| Digital Reporter | https://youtu.be/rCS595_Fa1c?t=10 |
| Digital Reporter | https://youtu.be/GOaPlSaukjI?t=104 |
| Digital Reporter | https://youtu.be/H1yqg_-VuAs?t=36 |
| Digital Reporter | https://youtu.be/HmI6opZG5Bk?t=18 |
| Digital Reporter | https://youtu.be/-djamLXu_Ic?t=42 |
| Digital Reporter | https://youtu.be/rCS595_Fa1c?t=23 |
| Digital Reporter | https://youtu.be/-WflUSFIzyk?t=64 |
| Digital Reporter | https://youtu.be/1_ipGYA5FMY?t=14 |
| Digital Reporter | https://youtu.be/GOaPlSaukjI |
| Digital Reporter | https://youtu.be/F2WFnSXcW1k?t=5 |
| Digital Reporter | https://youtu.be/F2WFnSXcW1k |
| Digital Reporter | https://youtu.be/GOaPlSaukjI?t=95 |
| Digital Reporter | https://youtu.be/1_ipGYA5FMY?t=43 |
| Digital Reporter | https://youtu.be/Oj0jXgKSHz4?t=11 |
| Digital Reporter | https://youtu.be/-djamLXu_Ic |
| Digital Reporter | https://youtu.be/1_ipGYA5FMY?t=18 |
| Digital Reporter | https://youtu.be/-WflUSFIzyk?t=64 |

SCHEDULE A

| UPLOADER | Link to Infringement/Page |
| --- | --- |
| EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/cgillBcr60o?t=10 |
| EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/rgUMvJaHbME?t=1 |
| EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/ro6fMkOPfN4?t=76 |
| EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=FAbsM-aD62s |
| EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=fH-udjnk1LM&ab_channel=EXTREMEWEATHER%26NATURALDISASTERS |
| EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=K5nYKXFgyy4 |

2

SCHEDULE A

| UPLOADER | Link to Infringement/Page |
| --- | --- |
| EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=uAV17mmiNo8 |
| EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/ro6fMkOPfN4?t=76 |
| EXTREME WEATHER & NATURAL DISASTERS | https://www.youtube.com/watch?v=2OOeszbG-C8 |
| EXTREME WEATHER & NATURAL DISASTERS | https://youtu.be/ibJ5cJbXhZ8?t=13 |
| NA Weather | https://www.youtube.com/watch?v=uXSYXdr4YtE&ab_channel=NAWeather |
| NA Weather | https://www.youtube.com/watch?v=8NIaf2NZBtQ |
| NA Weather | https://youtu.be/Q8W8clxQDWo?t=66 |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=foktCRNHy5g&ab_channel=TheDailyUnseen2 |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=N_YEMYvf9pI&ab_channel=TheDailyUnseen2 |
| The Daily Unseen 2 | https://www.youtube.com/shorts/l7vRfNGp_zk |
| The Daily Unseen 2 | https://www.youtube.com/shorts/_BMsxQFFCms |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=jsDXweN8svE&ab_channel=TheDailyUnseen2 |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=F0dqJII50WY&ab_channel=TheDailyUnseen2 |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=h8lQkHQNEHI&ab_channel=TheDailyUnseen2 |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=jILFDyMpe84&ab_channel=TheDailyUnseen2 |

SCHEDULE A

| UPLOADER | Link to Infringement/Page |
|---|---|
| The Daily Unseen 2 | https://www.youtube.com/watch?v=ka8IyGEeTsk&ab_channel=TheDailyUnseen2 |
| The Daily Unseen 2 | https://www.youtube.com/watch?v=9M8d-_pnXZ4&ab_channel=TheDailyUnseen2 |
| WAHR | https://youtu.be/U2LXFs8I0K8?t=75 |
| WAHR | https://www.youtube.com/watch?v=6VamfNt6WeI |
| WAHR | https://www.youtube.com/watch?v=Xv1O50eBxrg |
| WAHR | https://www.youtube.com/watch?v=FFa0vs8Oi1M |
| WAHR | https://www.youtube.com/watch?v=1zlD136hVZI |
| WAHR | https://www.youtube.com/watch?v=zbm8EwmLYLY |
| WAHR | https://www.youtube.com/watch?v=0Yu1DXeeZk0 |
| WAHR | https://www.youtube.com/watch?v=Uotf7SFkGZo |
| WAHR | https://www.youtube.com/watch?v=ICQx3BYV_QQ |
| WAHR | https://www.youtube.com/watch?v=oAkrGWVGcac |
| WAHR | https://www.youtube.com/watch?v=2ncjErT9--g |
| WAHR | https://www.youtube.com/watch?v=OK3q6vmM2EQ |
| World is Dangerous | https://youtu.be/X7t8OIFKBaI?t=31 |
| World is Dangerous | https://youtu.be/z_qVhJC7ZTA?t=75 |
| World is Dangerous | https://youtu.be/6DoVXVGROq4?t=224 |
| World is Dangerous | https://youtu.be/X7t8OIFKBaI?t=31 |
| World is Dangerous | https://youtu.be/X7t8OIFKBaI |
| World is Dangerous | https://youtu.be/Y1THj216wLk?t=10 |
| World is Dangerous | https://youtu.be/RngDB58pB7M?t=103 |
| World is Dangerous | https://youtu.be/X7t8OIFKBaI?t=31 |
| حقائق مخفية وأحداث عالمية | https://youtu.be/FH0k3wrk_II?t=72 |
| حقائق مخفية وأحداث عالمية | https://youtu.be/z0ZKqmHq1Pc?t=15 |
| حقائق مخفية وأحداث عالمية | https://youtu.be/QGtIWPubhus?t=23 |
| حقائق مخفية وأحداث عالمية | https://youtu.be/fjMz03vm6dM?t=633 |
| حقائق مخفية وأحداث عالمية | https://youtu.be/TXkD8VvlCvs?t=140 |

# SCHEDULE A

| UPLOADER | Link to Infringement/Page |
|---|---|
| حقائق مخفية وأحداث عالمية | https://youtu.be/PfsTLkNpVG4?t=487 |
| حقائق مخفية وأحداث عالمية | https://youtu.be/nIXbtvIHedw?t=357 |