IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TODD D. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | :<br>:<br>:<br>:  Civil Action No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Todd D. Armstrong by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., hereby states:

1.　Plaintiff is an individual person and has no information relating to corporate stock ownership to disclose pursuant to Fed. R. Civ. P. 7.1.

2.　Plaintiff certifies that the following is a full and complete list of, to the best of her knowledge at this time, all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: (i) Plaintiff; and (ii) Defendant.

3.       The undersigned further certifies that the following is a full and complete list of all persons serving as lawyers for the parties in this proceeding:

a.       For Plaintiff:

CLIFF CARLSON LAW, P.C.

*Cliff Carlson*

THE KIM LAW FIRM LLC

*Richard H. Kim (Pro Hac Vice To Be Filed)*

b.       For Defendant Equifax Information Services LLC:

No appearance has been entered as of today's date.

                                  Respectfully submitted,

                                  **THE KIM LAW FIRM, LLC**

                        by: /s/ *Richard H. Kim*
                                Richard Kim (*Pro Hac Vice To Be Filed*)
                                Attorney I.D. No.: 2202618
                                rkim@thekimlawfirmllc.com
                                1635 Market St., Suite 1600
                                Philadelphia, PA 19103
                                855/996-6342 phone
                                855/235-5855 fax

**CLIFF CARLSON LAW, P.C.**

by: /s/ *Clifford Carlson*
Clifford Carlson, Esquire
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
730 Peachtree St NE #570
Atlanta, Georgia 30308
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

*Attorneys for Plaintiff Todd D. Armstrong*

Dated: March 8, 2023

## CERTIFICATE OF SERIVCE

I hereby certify that I have caused a true and correct copy of the foregoing Certificate of Interested Persons to be served on each Defendant in this matter.

**THE KIM LAW FIRM, LLC**

by: /s/ *Richard H. Kim*
Richard Kim (Pro Hac Vice To Be Filed)
Attorney I.D. No.: 2202618
rkim@thekimlawfirmllc.com
1635 Market St., Suite 1600
Philadelphia, PA 19103
855/996-6342 phone
855/235-5855 fax

**CLIFF CARLSON LAW, P.C.**

by: /s/ *Clifford Carlson*
Clifford Carlson, Esquire
Georgia Bar No. 227503
Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
730 Peachtree St NE #570
Atlanta, Georgia 30308
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

*Attorneys for Plaintiff Todd D. Armstrong*