THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN R. WALTER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE NO.: |
| | ) | |
| KILOLO KIJAKAZI, Acting COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Kevin R. Walter, hereinafter referred to as Plaintiff, by and through his attorney, John V. Hogan, and brings this action against the Defendant as captioned, and respectfully shows:

1.

Plaintiff is a citizen of the United States of America and a resident of DeKalb County, Georgia.

2.

Defendant is the (Acting) Commissioner of the Social Security Administration.

3.

Jurisdiction of this Court is evoked under Section 205(g) of the Social Security Act, as amended, (Section 405(g) of Title 42 of the United States Code) this being an action authorized by law for review of Defendant's final administrative decision denying Plaintiff disability benefits under the Social Security Act, as amended.

4.

Plaintiff applied for disability benefits under Title II of the Social Security Act by way of application filed September 25, 2019.

5.

Plaintiff alleged an onset of disability as of February 1, 2019.

6.

Plaintiff has not been engaged in substantial gainful activity at any time subsequent to his alleged onset date.

7.

Plaintiff met the insured status requirements for entitlement to disability benefits under Title II of the Social Security Act as of the alleged onset date and through December 31, 2021.

8.

Plaintiff shows that at all times from the alleged onset date, he was under a disability as defined in sections 216(i) and 223(d) of the Social Security Act, as amended [42 U.S.C. §§ 426(i) and 423(d)]. Plaintiff was disabled due to severe medically determinable impairments including degenerative disc disease of the lumbar spine and right shoulder rotator cuff tear.

9.

Plaintiff's aforesaid application was denied at the initial and reconsideration levels.

After an administrative law judge hearing, a written decision was issued May 16, 2022, denying the claim.

10.

Appeals council review was requested, and granted, as the ALJ decision had incorrectly calculated the Plaintiff's date last insured.

11.

After notifying Plaintiff it had granted review, the Plaintiff was given the opportunity to submit further evidence and arguments.

12.

The Appeals Council issued an unfavorable decision January 20, 2023. Said decision is the final administrative determination of the Defendant.

No BNC# was provided. The last four digits of Plaintiff's SSN are 6949.

13.

Defendant's decision is not supported by substantial evidence.

14.

Defendant's decision is based upon errors of law.

WHEREFORE, Plaintiff requests:

(a) That this Court find there was not substantial evidence to support Defendant's decision that Plaintiff was not disabled, and reverse said decision;

(b) That this Court find Defendant's decision that Plaintiff was not disabled is based upon error of law and reverse said decision; and

(c) That this Court grant such other and further relief as appears just and proper.

Respectfully submitted this 13th day of March 2023.

                                    */s/ John V. Hogan*
                                    John V. Hogan
                                    GA Bar No. 359936
                                    Attorney for Plaintiff

593 Main Street
Suwanee, GA 30024
678-546-1010
john@johnhoganlaw.com