EXHIBIT B

| U.S. PATENT NO. 7,480,637 | INFRINGING APPARATUS |
|---|---|
| 1. A biometric customer authentication apparatus for improving online transaction security and for assuring the identity of a customer, comprising: | Publix uses and/or encourages its customers to use a biometric customer authentication apparatus for improving online and in-app transaction security and for assuring the identity of a customer.<br><br>For example, Publix instructs its customers to pay for a sale by using Mobile Pay on a mobile device using its Publix app.<br><br>"You asked for it, and we're excited to deliver! Mobile Pay through our Publix app is here. With this feature, you can leave your cash and credit/debit cards at home and complete your shopping with just your mobile phone. Getting started using Mobile Pay is simple! To begin, you will need to download the Publix app onto your mobile phone. Once downloaded, use your Club Publix membership information to login. If you're not yet registered for Club Publix, registering takes just a few minutes.<br><br>Once registered with Club Publix, use the three bars in the top left-hand corner of the app to select 'My Wallet.' There you can add your preferred card to use with Mobile Pay. Do you use coupons? Great news for you! Digital coupons are integrated and connected to our Publix app.<br><br>Once your card has been added, you can use Mobile Pay! Your address in the Publix app for Mobile Pay needs to match your address on file with your banking institution.<br><br>1. At checkout, click on the Pay tab on the Publix app.<br>2. Enter your biometrics or Publix PIN (your Publix PIN is the four-digit PIN you created when you first set up Mobile Pay).<br>3. A camera will pop up. Center the QR Code, located in the bottom right hand corner of the computer screen displaying your order, in the square box. |

4. Make sure you let your cashier know you are using Mobile Pay and they will direct you from there!"

https://blog.publix.com/publix/your-guide-to-mobile-pay-at-publix/



2

| | |
|---|---|
| | Publix app. |
| an electronic enclosure including a fingerprint sensor disposed thereupon and further including an external communications interface; | The above-referenced biometric customer authentication apparatus includes an electronic enclosure including a fingerprint sensor disposed thereupon and further including an external communications interface. The Publix app utilizes such a fingerprint sensor, as well as an external communications interface.<br><br>"Once your card has been added, you can use Mobile Pay! Your address in the Publix app for Mobile Pay needs to match your address on file with your banking institution.<br><br>1. At checkout, click on the Pay tab on the Publix app.<br>2. Enter your biometrics or Publix PIN (your Publix PIN is the four-digit PIN you created when you first set up Mobile Pay).<br>3. A camera will pop up. Center the QR Code, located in the bottom right hand corner of the computer screen displaying your order, in the square box.<br>4. Make sure you let your cashier know you are using Mobile Pay and they will direct you from there!"<br><br>https://blog.publix.com/publix/your-guide-to-mobile-pay-at-publix/ |

3



Publix app.

"One method of protecting sensitive information or premium content within your app is to request biometric authentication, such as using face recognition or fingerprint recognition. This

4

| | |
|---|---|
| | guide explains how to support biometric login flows in your app..”<br>https://developer.android.com/training/sign-in/biometric-auth<br><br>"The beauty of fingerprint support now being a native element of Android is that it's simple for developers to bring it into their own apps. And once you get used to skipping over a sign-in screen simply by pressing your finger to your phone, well, it's hard to go back."<br>https://www.computerworld.com/article/3063544/android-apps-fingerprint-support.html<br><br>The above-referenced biometric customer authentication apparatus includes an external communications interface.<br><br>A typical smartphone contains the following MOS IC chips.<br><br>- Application processor (CMOS system-on-a-chip)<br>- Flash memory (floating-gate MOS memory)<br>- Cellular modem (baseband RF CMOS)<br>- RF transceiver (RF CMOS)<br>- Phone camera image sensor (CMOS image sensor)<br>- Power management integrated circuit (power MOSFETs)<br>- Display driver (LCD or LED driver)<br>- Wireless communication chips (Wi-Fi, Bluetooth, GPS receiver)<br>- Sound chip (audio codec and power amplifier)<br>- Gyroscope<br>- Capacitive touchscreen controller (ASIC and DSP)<br>- RF power amplifier (LDMOS)<br><br>Kim, Woonyun (2015). "CMOS power amplifier design for cellular applications: an EDGE/GSM dual-mode quad-band PA in 0.18 μm CMOS". In Wang, Hua; Sengupta, Kaushik (eds.). RF and mm-Wave Power Generation in Silicon. Academic Press. pp. 89–90. |
| at least one processor comprised within said | The above-referenced biometric customer authentication apparatus includes at least one processor comprised within said enclosure and coupled to said fingerprint sensor. |

| | |
|---|---|
| enclosure and coupled to said fingerprint sensor; | "Once your card has been added, you can use Mobile Pay! Your address in the Publix app for Mobile Pay needs to match your address on file with your banking institution.<br><br>1. At checkout, click on the Pay tab on the Publix app.<br>2. Enter your biometrics or Publix PIN (your Publix PIN is the four-digit PIN you created when you first set up Mobile Pay).<br>3. A camera will pop up. Center the QR Code, located in the bottom right hand corner of the computer screen displaying your order, in the square box.<br>4. Make sure you let your cashier know you are using Mobile Pay and they will direct you from there!"<br><br>https://blog.publix.com/publix/your-guide-to-mobile-pay-at-publix/ |



Publix app.

"Biometric login provides a convenient method for authorizing access to private content within your app. Instead of having to remember an account username and password every time they open your app, users can just use their biometric credentials to confirm their presence and

| | |
|---|---|
| | authorize access to the private content." https://developer.android.com/codelabs/biometric-login#0 |
| transaction security software resident within and executing on said at least one processor further comprising biometric fingerprint authentication software for authenticating authorized customers and also comprising cryptographic transaction authentication software for authenticating transactions; | The above-referenced biometric customer authentication apparatus includes transaction security software resident within and executing on said at least one processor further comprising biometric fingerprint authentication software for authenticating authorized customers and also comprising cryptographic transaction authentication software for authenticating transactions.<br><br>"Once your card has been added, you can use Mobile Pay! Your address in the Publix app for Mobile Pay needs to match your address on file with your banking institution.<br><br>1. At checkout, click on the Pay tab on the Publix app.<br>2. Enter your biometrics or Publix PIN (your Publix PIN is the four-digit PIN you created when you first set up Mobile Pay).<br>3. A camera will pop up. Center the QR Code, located in the bottom right hand corner of the computer screen displaying your order, in the square box.<br>4. Make sure you let your cashier know you are using Mobile Pay and they will direct you from there!"<br><br>https://blog.publix.com/publix/your-guide-to-mobile-pay-at-publix/ |



Publix app.

9

|  |  |
|---|---|
|  | 1. "A camera will pop up. Center the QR Code, located in the bottom right hand corner of the computer screen displaying your order, in the square box."<br><br>https://blog.publix.com/publix/your-guide-to-mobile-pay-at-publix/<br><br>"Are QR codes secure? As mentioned earlier, QR codes are inherently a secure technology. They simply direct users to the data encoded within their native smartphone camera apps or standalone QR code readers. This data can be in the form of a website URL, a PDF file, landing page, questionnaire, video or audio, and more. The use cases are almost endless."<br>https://learn.g2.com/qr-code-security<br><br>"When you add a card to your payment application or device, a virtual account number is created. This account number is used in place of your actual card number, along with a unique value for each transaction. This makes each transaction unique to assist with fraud protection."<br><br>https://www.publix.com/faq/contactless-payments |
| at least one of a memory and a communications buffer coupled to said at least one processor and further coupled to said external communications interface; and | The above-referenced biometric customer authentication apparatus includes at least one of a memory and a communications buffer coupled to said at least one processor and further coupled to said external communications interface.<br><br>A typical smartphone contains the following MOS IC chips.<br><br>- Application processor (CMOS system-on-a-chip)<br>- Flash memory (floating-gate MOS memory)<br>- Cellular modem (baseband RF CMOS)<br>- RF transceiver (RF CMOS) |

|  | <ul><li>Phone camera image sensor (CMOS image sensor)</li><li>Power management integrated circuit (power MOSFETs)</li><li>Display driver (LCD or LED driver)</li><li>Wireless communication chips (Wi-Fi, Bluetooth, GPS receiver)</li><li>Sound chip (audio codec and power amplifier)</li><li>Gyroscope</li><li>Capacitive touchscreen controller (ASIC and DSP)</li><li>RF power amplifier (LDMOS)</li></ul>Kim, Woonyun (2015). "CMOS power amplifier design for cellular applications: an EDGE/GSM dual-mode quad-band PA in 0.18 μm CMOS". In Wang, Hua; Sengupta, Kaushik (eds.). RF and mm-Wave Power Generation in Silicon. Academic Press. pp. 89–90. |
|---|---|

| | |
|---|---|
| a communications subsystem coupled into said external communications interface for relaying data messages between at least one external system and said apparatus. | The above-referenced biometric customer authentication apparatus includes a communications subsystem coupled into said external communications interface for relaying data messages between at least one external system and said apparatus.<br><br>"When you add a card to your payment application or device, a virtual account number is created. This account number is used in place of your actual card number, along with a unique value for each transaction. This makes each transaction unique to assist with fraud protection."<br><br>https://www.publix.com/faq/contactless-payments<br><br>"You asked for it, and we're excited to deliver! Mobile Pay through our Publix app is here. With this feature, you can leave your cash and credit/debit cards at home and complete your shopping with just your mobile phone. Getting started using Mobile Pay is simple! To begin, you will need to download the Publix app onto your mobile phone. Once downloaded, use your Club Publix membership information to login. If you're not yet registered for Club Publix, registering takes just a few minutes.<br><br>Once registered with Club Publix, use the three bars in the top left-hand corner of the app to select 'My Wallet.' There you can add your preferred card to use with Mobile Pay. Do you use coupons? Great news for you! Digital coupons are integrated and connected to our Publix app.<br><br>Once your card has been added, you can use Mobile Pay! Your address in the Publix app for Mobile Pay needs to match your address on file with your banking institution.<br><br>1. At checkout, click on the Pay tab on the Publix app.<br>2. Enter your biometrics or Publix PIN (your Publix PIN is the four-digit PIN you created when you first set up Mobile Pay).<br>3. A camera will pop up. Center the QR Code, located in the bottom right hand corner of the computer screen displaying your order, in the square box. |

> 4. Make sure you let your cashier know you are using Mobile Pay and they will direct you from there!"
>
> https://blog.publix.com/publix/your-guide-to-mobile-pay-at-publix/
>
> A typical smartphone contains the following MOS IC chips.
>
> - Application processor (CMOS system-on-a-chip)
> - Flash memory (floating-gate MOS memory)
> - Cellular modem (baseband RF CMOS)
> - RF transceiver (RF CMOS)
> - Phone camera image sensor (CMOS image sensor)
> - Power management integrated circuit (power MOSFETs)
> - Display driver (LCD or LED driver)
> - Wireless communication chips (Wi-Fi, Bluetooth, GPS receiver)
> - Sound chip (audio codec and power amplifier)
> - Gyroscope
> - Capacitive touchscreen controller (ASIC and DSP)
> - RF power amplifier (LDMOS)
>
> Kim, Woonyun (2015). "CMOS power amplifier design for cellular applications: an EDGE/GSM dual-mode quad-band PA in 0.18 μm CMOS". In Wang, Hua; Sengupta, Kaushik (eds.). RF and mm-Wave Power Generation in Silicon. Academic Press. pp. 89–90.