IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JABAA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIX SUPER MARKETS, INC., <br><br> Defendant. | Civil Action No. _____ <br><br> JURY TRIAL DEMANDED |

## **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Jabaa, LLC ("Plaintiff") states that:

1. Plaintiff is a limited liability company organized and existing under the laws of the State of Maine;

2. Plaintiff has no parent corporation; and

3. No publicly held corporation owns 10% or more of Plaintiff.

This 13th day of March, 2023

                                      Respectfully submitted,

                                      */s/ Cortney S. Alexander*
                                      Cortney S. Alexander
                                      Telephone: 404-855-3867
                                      Email: cortneyalexander@kentrisley.com
                                      KENT & RISLEY LLC
                                      5755 North Point Parkway
                                      Suite 57
                                      Alpharetta, Georgia 30022

                                      Attorneys for Plaintiff