**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| RONNIE CANTY; JOHNNY COOK; BETTY FAMBROUGH; REGINALD CONQUEST, JR.; JAPRONICA FAMBROUGH, as natural guardian of AKEMI A. FAMBROUGH-HOLLOWAY; TYANCA FAMBROUGH, individually and as parent and natural guardian of JUSTIN GARDNER; TERRELL FAMBROUGH; TIAMIYA FAMBROUGH; TYLA FAMBROUGH, Individually and as parent and natural Guardian of ANDONIS FAMBROUGH; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. _____ [On removal from the State Court of DeKalb County, Georgia, Civil Action File No. 23A00618.] |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TODD DANIELS; DIMENSIONALL TRANSPORTATION, LLC; AMERICAN ZURICH INSURANCE COMPANY; JOHN DOE 1-2; ABC CORP.; XYZ CORP.; | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF REMOVAL

I hereby certify that I am counsel for Defendant ZURICH AMERICAN

INSURANCE COMPANY, improperly named herein as "American Zurich

- 2 -

Insurance Company" ("Zurich"), in the above-styled proceeding and this day have filed a copy of the "Notice of Removal," including "Notice of Filing Notice of Removal," in the State Court of DeKalb County, Georgia, the court from which said action was removed.

Respectfully submitted this <u>13th</u> day of March, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ M. Brandon Howard*
Stephen M. Schatz
Georgia Bar No. 628840
M. Brandon Howard
Georgia Bar No. 550524
***Attorneys for Zurich American Insurance Company (improperly named as American Zurich Insurance Company)***

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
brandon.howard@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared

in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 13th day of March, 2023.

> **SWIFT, CURRIE, McGHEE & HIERS, LLP**
>
> */s/ M. Brandon Howard*
> Stephen M. Schatz
> Georgia Bar No. 628840
> M. Brandon Howard
> Georgia Bar No. 550524
> ***Attorneys for Zurich American Insurance Company (improperly named as American Zurich Insurance Company)***

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
brandon.howard@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that this day I have electronically filed this ***Certificate of***

***Removal*** with the Clerk of Court by e-filing same using the CM/ECF System, which

will automatically send e-mail notification of said filing to the following attorneys

of record:

Robert L. Poston, Esq.
The Angell Law Firm, LLC
3391 Peachtree Road, NE
Suite 110
Atlanta, Georgia 30326
*ecf@atlantalawyer.com*
*Attorney for Plaintiffs*

Respectfully submitted this <u>13th</u> day of March, 2023.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

<u>/s/ M. Brandon Howard</u>
Stephen M. Schatz
Georgia Bar No. 628840
M. Brandon Howard
Georgia Bar No. 550524
***Attorneys for Zurich American Insurance Company (improperly named as American Zurich Insurance Company)***

1420 Peachtree St., N.E., Suite 800
Atlanta, GA 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
steve.schatz@swiftcurrie.com
brandon.howard@swiftcurrie.com