# EXHIBIT B

AUG 2 1 2019



# SUBCONTRACT AGREEMENT
(V 07.30.18 PW/CM/GC)

| CDCC OFFICE USE | |
|---|---|
| Job No. | 19-115 |
| Code No. | 15-010 |
| Contract No. | 19-115-17S |

THIS AGREEMENT made this **5th** day of **July** in the year of **2019** by and between **All Systems, Inc.** of **Cumming, GA**, hereinafter called the Subcontractor, and **Carroll Daniel Construction Company** of Gainesville, GA, hereinafter called the Construction Manager/Contractor.

WITNESSETH, That the Subcontractor and Construction Manager/Contractor for the consideration hereinafter named agree as follows:

ARTICLE I. The Subcontractor agrees to furnish all material and perform all work as described in Article II hereof for **East Forsyth High School** for Carroll Daniel Construction Company at **8910 Jot Em Down Road, Gainesville, GA 30506** for **Forsyth County Board of Education**, hereinafter called the Owner, in accordance with this Agreement, the Agreement between the Owner and Construction Manager/Contractor, and the General Conditions of the Contract for Construction and the Supplementary Conditions, and in accordance with the Invitation to Bid, the General Information to Bidders, the Scope of Bid Package (stipulated in Article II below), and the Bid Proposal Form prepared by the Construction Manager/Contractor, and in accordance Project Manual and Drawings prepared by **BRPH Architects-Engineers, Inc.**, hereinafter called the Architect or Owner's authorized agent, and in accordance with the Addenda and Clarifications prepared by the Construction Manager/Contractor and/or Architect, all of which documents, signed by the parties thereto or identified by the Construction Manager/Contractor, Owner or Architect, form a part of a Contract between the Construction Manager/Contractor and the Owner executed, **March 27, 2019**, and hereby become a part of this Subcontract, and herein referred to as the Contract Documents (*See Attachment A*), and shall be made available to the Subcontractor upon his request prior to and at anytime subsequent to signing this Subcontract. Failure of the Subcontractor to thoroughly review the complete Contract Documents to determine the scope of work will not be considered sufficient cause to delete specified items in his phase of the work.

ARTICLE II. The Subcontractor shall furnish all labor, materials, equipment, freight, taxes, insurance and related costs required to completely **furnish and install entire division 23 HVAC system, roof curbs, controls, and EMS as described in the plans and specifications, install duct smoke detectors, and provide all related and miscellaneous material and labor associated with this scope where required by any part of the contract documents;** all in strict accordance with the Contract Documents. Subcontractor to have competent supervision onsite at all time capable of making commitments.

**Scope also includes but not limited to :**

**All hoisting as required for this scope of work.**
**Delivery and installation of equipment in penthouses prior to cold form framing and metal decking install**
**Equipment Identification**
**Vibration Isolation**
**All joint sealants and / or firestopping associated with mechanical system through wall penetrations, etc.**
**Owner training as required by specifications**
~~Provide all testing, balancing, adjusting as shown and required for a complete HVAC system.~~  *By Owner*

Subcontractor shall furnish and install all supports for mechanical work, including but not limited to; anchor bolts, hangers, isolators, channels, angles, unistrut, embeds, plates and accessories.

Subcontractor shall furnish and install all outlets to include, but not limited to; grilles, registers, diffusers, louvers, etc. as shown and required for a complete HVAC system.

**Fire protection systems indicated on mechanical plans**
**Coordination drawings for this scope of work.**

Subcontractor shall install blockouts for HVAC penetrations. Subcontractors responsibility to ensure blockouts are installed as needed.

**Safety will be strictly enforced and the following items will become part of this agreement:**
1. Subcontractor will be responsible for providing proper PP&E for their employees during the length of their work on this project.

#1456.1

2. The first safety violation by an employee, Carroll Daniel Construction has the right to either verbally notify of the infraction or has the right to remove that employee from the job site for the remainder of the day.
3. If Subcontractor's employee is removed from the project, they are expected to replace the employee at the project site to ensure no loss time of work occurs.
4. Subcontractor will keep a clean work area at all times. If this does not occur, Carroll Daniel Construction has the right to bring in labor to accomplish cleaning of the work area at the cost of the Subcontractor without notification.
5. No Smoking, Alcohol, or Firearms allowed on school campus (not even in locked cars).

ARTICLE III. Time is of the essence and the Subcontractor agrees to commence and to complete the work as described in Article II as follows:

1. The date of Substantial Completion and liquidated damages required for timely performance of the construction of the project is defined in the Contract Documents, and work under this subcontract is critical to the timely completion of the work and must be preformed and completed as scheduled. The Construction Manager/Contractor will cause construction to be scheduled in accordance with a Schedule of Work, which will be updated and may be changed from time to time as construction progresses. The initial Schedule of Work is the Original Project Schedule (**Attachment B**). Upon receipt of input from the subcontractors, suppliers and others involved in the construction efforts, which the subcontractor does hereby agree to provide to the Construction Manager/Contractor within 15 calendar days from the date of this agreement or accept those dates provided by the Construction Manager/Contractor, the Construction Manager/Contractor shall cause the Schedule of Work to be updated, as the Construction Manager/Contractor deems appropriate; the Schedule of Work, as updated time to time, is hereafter referred to as the "Schedule".

2. Initial scheduling for deliveries in preparation of the overall job schedule will be coordinated with the Construction Manager/Contractor's Project Manager. Final scheduling for deliveries and actual jobsite mobilization will be coordinated with the Construction Manager/Contractor's Superintendent.

3. The Subcontractor shall provide adequate and sufficient materials and manpower to perform all of his responsibilities in a timely manner and in accordance with the Schedule. If necessary to meet the Schedule requirements, Subcontractor at his own expense shall work overtime or take all such other actions as may be necessary to meet the schedule requirements; Construction Manager/Contractor shall accept no back charges on account thereof. Further, the Construction Manager/Contractor reserves the right to withhold all damage and/or delay costs from the Subcontractor as are incurred by failure of the Subcontractor to prosecute his work in a timely and efficient manner, and in accordance with the Schedule, including but not limited to any liquidated damages assessed or claimed against the Construction Manager/Contractor.

4. The Subcontractor shall and does hereby agree that should he at any time refuse or neglect to supply a sufficient number of properly skilled workmen, or a sufficient quantity of proper materials, or fail in any respect to diligently and promptly perform any provision of this Subcontract, the Construction Manager/Contractor may, at his option, and without prejudice to any other remedy he may have, after forty-eight (48) hours notice to the Subcontractor make good such deficiencies and may deduct the cost thereof from the payment then or thereafter due the Subcontractor under this or any other agreement; and/or the Construction Manager/Contractor may, at his option, increase the percentage of payments held in retention; and/or terminate the employment of the Subcontractor, and/or have the right take possession, for the purpose of completing the work included in this Subcontract, of all materials, equipment, tools and vehicles on the premises, and may employ any other person or persons to finish the work and provide materials for the same. In the case of any such action by the Construction Manager/Contractor, the Subcontractor shall not be entitled to receive any further payments under the Subcontract; and if the expenses incurred by the Construction Manager/Contractor to finish the work exceed the remaining balance, the Subcontractor shall pay the difference to the Construction Manager/Contractor.

In addition to any and all rights above, the Contractor shall be entitled to recover, and have the right to deduct or make a claim for, any expenses arising out of the Subcontractor's termination or failure to perform, including all of the Contractor's additional expenses, consequential damages, cost of litigation/arbitration and any attorney's fees arising out of the same.

5. No extension of time of this Subcontract will be recognized without the written consent of the Construction Manager/Contractor which consent shall not be withheld unreasonably consistent with Article X.1.h of this Subcontract, subject to the arbitration provisions herein provided.

ARTICLE IV. The Construction Manager/Contractor agrees to pay the Subcontractor for the performance of this work the sum of <u>**Nine Million One Hundred Seventy-Five Thousand and 00/100 Dollars ($9,175,000.00)**</u>, when received by the Construction Manager/Contractor from the Owner, subject to additions and deductions for changes as provided in the Contract Documents and/or as may be agreed upon in writing, and subject to deductions, set offs, retainage, damages, and abatements of the Owner.

To be payable during any given month if the Contract Documents provide for monthly payments, the Subcontractor's properly prepared and executed written request for payment and interim waiver and release upon payment form must be delivered to the Construction Manager/Contractor's office by the <u>25th</u> day of the preceding month. Requests for payment and interim waiver shall be made on the Construction Manager/Contractor's standard request for payment and interim waiver forms. (*See Subcontractor Request for Payment Form – Attachment C and Interim Waiver and Release Upon Payment – Attachment C-1.*)

The Construction Manager/Contractor shall have the right to require a joint check agreement with the Subcontractor and any supplier of any material or service of the Subcontractor, or to make joint checks to the Subcontractor and any supplier of any material or service of the Subcontractor at any time with or without such joint check agreement in satisfaction of the amounts due the Subcontractor hereunder.

#1456.2

Unless provided for otherwise in this document, progress payments, less retainage of **(10)%**, shall be made to the Subcontractor no later than 7 working days after receipt by the Construction Manager/Contractor of payment from the Owner for the Subcontractor's work.

ARTICLE V. Final payment shall be due when the work described in this Contract is fully completed and performed in accordance with the Contract Documents, and upon written acceptance from the Architect, and Construction Manager/Contractor has received payment for such work from the Owner. All payments due the Subcontractor by the Construction Manager/Contractor shall be subject to this Subcontract. Before the issuance of the final payments, the Subcontractor shall submit a final application for payment along with evidence satisfactory to the Construction Manager/Contractor that all payrolls, materials, bills, and all indebtedness connected with the Subcontractor's work have been paid in full. (*See "Waiver and Release Upon Final Payment" Form – Attachment D*).

ARTICLE VI. Performance and Payment Bonds.

In accordance with the Contract Documents, and for the faithful performance of this Subcontract and payment of all amounts due to be paid pursuant to this Subcontract, the Subcontractor shall provide performance and payment bonds in the amount of: **N/A. Subcontractor will be enrolled in Subcontractor Default Insurance (SDI) as defined in the next paragraph. Please complete Attachment J and return to Contractor's office.**

Construction Manager/Contractor may at its option elect to enroll Subcontractor in a Subcontractor Default Insurance (SDI) program in lieu of or in addition to Subcontractor providing payment & performance bonds. If Construction Manager/Contractor so notifies Subcontractor in writing, within this Agreement or elsewhere, of Subcontractor's inclusion in a SDI program, the Subcontractor will provide a letter from its surety confirming that Subcontractor is eligible for and qualified to receive bonds for its Work on the Project and provide any other required qualification information. No obligation to provide a bond is excused until Contractor provides a written notice of that waiver. The use of SDI does not limit Subcontractor's liability. *(See "Subcontractor Qualification Form" Attachment J)*

ARTICLE VII. Temporary Site Facilities

The following temporary facilities and services will be available on site for the use of all trades. Construction Manager/Contractor will pay the monthly costs, if any, for these services:

1. Temporary Power (Installed by Electrical Subcontractor)
2. Temporary Water (Installed by Plumbing Subcontractor)
3. Temporary Telephone (Installed by Construction Manager/Contractor) - Subcontractor may place calls and faxes at the discretion of Construction Manager/Contractor.
4. Trash Disposal Service (Installed by Construction Manager/Contractor) - Use may be limited at the discretion of the Construction Manager/Contractor

All other temporary facilities, utilities, equipment, etc. required by the Subcontractor will be furnished and paid for in full by that Subcontractor.

ARTICLE VIII. Indemnity, Insurance, and Wavier of Subrogation

1. **Indemnity.** To the fullest extent permitted by law, the Subcontractor shall fully indemnify, defend, and hold harmless the owner, Construction Manager/Contractor, Architect, Architect's consultants and agents, and all employees and agents of any of them, from and against any and all suits, claims, actions, judgments, damages, losses, and expenses (including but not limited to attorneys' fees and litigation expenses) arising directly or indirectly out of, or in connection with, the obligations herein undertaken, or resulting out of, or in connection with, operations performed by or conducted by (or in the work area of) the Subcontractor, the Subcontractor's subcontractors, anyone directly or indirectly employed by them, or anyone for whose acts and omissions they may be liable provided that such claim, loss, damage, or expense is attributable to bodily injury, sickness, disease or death to third parties and employees of the Construction Manager/Contractor, subcontractor, or anyone directly or indirectly employed by them or anyone for whose acts they may be liable. To the fullest extent permitted by law, all of Subcontractor's indemnity obligations agreed to herein shall be binding on Subcontractor without regard to whether such claim, damage, loss or expense is caused in part by a party indemnified hereunder. Such obligations shall not negate, abridge or otherwise reduce other rights or obligations of indemnity or agreements to procure insurance which otherwise exist as to a party or person described in this Paragraph.

2. **Insurance.** Upon execution of this Agreement, and prior to the commencing any work or services with regard to the Project, the Subcontractor shall purchase and maintain insurance protecting it from any claims which may arise from the Subcontractor's operations and completed operations under this Agreement for which the Subcontractor is legally liable, whether such operations be by the Subcontractor, or any of its consultants or subcontractors or anyone directly or indirectly employed by any of them, or by anyone whose acts any of them may be liable.

The insurance required shall be written for not less than the limits of liability specified below or required by law, whichever is greater. All coverage shall be procured and maintained with an insurance company duly admitted in the State of **Georgia** and shall be reasonably acceptable to the Construction Manager/Contractor. All Subcontractor insurance carriers must maintain an A.M. Best rating of "A-" or better.

Certificates of insurance acceptable to the Construction Manager shall be filed with the Construction Manager as proof of coverage prior to the commencement of the subcontracted work and thereafter upon renewal or replacement of each required policy of insurance. Each Certificate of Insurance shall provide that the insurer must give the Contractor at least 30 days prior written notice of cancellation and termination of the Contractor's coverage thereunder. Not less than two weeks prior to the expiration, cancellation or termination of any such policy, the

**#1456.3**

Subcontractor shall supply the Contractor with a new and replacement Certificate of Insurance and Additional Insured endorsement as proof of renewal of said original policy. Said new and replacement endorsements shall be similarly endorsed in favor of Contractor and Owner as set forth above.

SUBCONTRACTORS INSURANCE REQUIREMENTS

1) Commercial General Liability (CGL) insurance with limits not less than $1,000,000 each occurrence; $2,000,000 General Aggregate (subject to a per project general aggregate provision applicable to the project); $2,000,000 Products/Completed Operations Aggregate; and $1,000,000 Personal and Advertising Injury.

   a) If the CGL coverage contains a General Aggregate Limit, such General Aggregate shall apply separately to each project.
   b) CGL coverage shall be written on ISO form CG 00 01 10 01 (or a substitute form providing equivalent coverage) and shall cover liability arising from premises, operations, independent contractors, products-completed operations, and personal and advertising injury and liability assumed under an insured contract (including the tort liability of another assumed in a business contract). There shall be no endorsement or modification of the Commercial General Liability form arising from pollution, explosion, collapse, underground property damage or work performed by subcontractors.
   c) Construction Manager/Contractor, Owner and all other parties required of the Construction Manager/Contractor shall be included as additional insureds on the CGL. Subcontractor shall provide the contractor with a Certificate of Insurance and Additional Insured Endorsement on ISO form CG 20 10 11 85 (or a substitute form providing equivalent coverage) or on the combination of ISO forms CG 20 10 10 01 and CG 20 37 10 01 (or substitute forms providing equivalent coverage) naming the Contractor and the Owner as Additional Insureds thereunder. This insurance for the additional insureds shall be as broad as the coverage provided for the named insured subcontractor. It shall apply as primary insurance before any other insurance or self-insurance, including any deductible, maintained by, or provided to, the additional insured.
   d) Subcontractor shall maintain CGL coverage for itself and all additional insureds for the duration of the project and maintain Completed Operations coverage for itself and each additional insured for at least eight (8) years after completion of the Work.

2) Automobile Liability
   a) Business Auto liability with not less than $1,000,000 each accident.
   b) Business Auto coverage must include coverage for liability arising out of all owned, leased, hired and non-owned automobiles.
   c) Construction Manager/Contractor, owner and all other parties required of the Construction Manager/Contractor, shall be included as insureds on the auto policy.

3) Commercial Umbrella
   a) Umbrella limits must be not less than $1,000,000.
   b) Umbrella coverage must include as insureds all entities that are additional insureds on the CGL.

4) Workers Compensation and Employers Liability
   a) Employers Liability Insurance limits of not less than $1,000,000 for bodily injury caused by accident and $1,000,000 for bodily injury by disease.

5) Property Insurance
   a) The Subcontractor shall procure and maintain at the Subcontractor's own expense property and equipment insurance for the Subcontract Work, including portions of the Subcontract Work stored off the site or in transit, until such portions of the Subcontract Work are both installed and included in an application for payment.
   b) The Subcontractor shall be responsible for any deductible related for any claim related to the subcontract work made against the Construction Manager/Contractor's property insurance.

**3. Waiver of Subrogation.** Subcontractor waives all rights against Construction Manager/Contractor, owner and Architect and their agents, officers, directors and employees for recovery of damages to the extent these damages are covered by commercial general liability, commercial umbrella liability, business auto liability or workers compensation and employer's liability insurance maintained per requirements stated above. Subcontractor's Workers Compensation policy has WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT with Construction Manager/Contractor, Owner and Architect listed on SCHEDULE.

ARTICLE IX. Job Conditions

Subcontractor shall be liable and responsible for and shall at its expense comply with the Immigration Reform and Control Act of 1986, as amended, the Occupational Safety and Health Act of 1970, as amended, and the Construction Safety Act of 1969, as amended, and all standards, rules, and regulations which have or shall be promulgated by the parties or agencies which administer such acts.

Subcontractor shall be liable for any damages including, but not limited to, fines incurred by the Construction Manager/Contractor as a result of any violation of any rule, law, statute, regulation, or ordinance by the Subcontractor or its agents, servants, or employees.

Subcontractor shall be responsible for clean up of all debris created by performance of his phase of work.

ARTICLE X. In addition to the forgoing provisions the parties also agree:

#1456.4

1. That the Subcontractor shall:

a. Be bound to the Construction Manager/Contractor by the terms of the Contract Documents and this Agreement and assume toward the Construction Manager/Contractor all obligations and responsibilities that the Construction Manager/Contractor, by those documents, assumes toward the Owner, as applicable to this Subcontract.

b. Not discriminate against any employee or applicant for employment because of race, color, religion, sex, marital status, disability, national origin or age.

c. Attend and participate in periodic project progress meetings or owner meetings as requested by the Construction Manager/Contractor. Meetings shall be attended by a representative of subcontractor authorized to make any required decisions on behalf of the Construction Manager/Contractor.

d. Comply with Carroll Daniel Construction Company's safety plan, a copy of which is attached and made part of this agreement. (*See Attachment E.*)

e. Submit to the Construction Manager/Contractor applications for payment at such times as stipulated in Article IV so as to enable the Construction Manager/Contractor to apply for payment. If payments are made on valuations of work done, the Subcontractor shall, before the first application, submit the Construction Manager/Contractor a schedule of values of the various parts of the work, aggregating the total sum of the Contract, made out in such detail as the Subcontractor and Construction Manager/Contractor may agree upon, or as required by the Owner, and, if required, supported by such evidence as to its correctness as the Construction Manager/Contractor may direct. This schedule, when approved by the Construction Manager/Contractor, shall be used as a basis for Certificates for Payment. The subcontractor schedule of values may be revised by the Construction Manager/Contractor at any time but shall not be revised by the subcontractor without prior written consent from the Construction Manager/Contractor. In applying for payment, the Subcontractor shall submit a statement based upon this schedule. If payments are made on account of materials not incorporated in the work but suitably delivered and suitably stored at the site or at some other location agreed upon in writing, such payments shall be accordance with the terms and conditions of the Contract Documents.

f. Pay for all materials and labor used in, or in connection with, the performance of this Contract, through the period covered by previous payments received from the Construction Manager/Contractor and furnish satisfactory evidence when requested by the Construction Manager/Contractor, to verify compliance with the above requirements.

g. Be responsible for sleeves, fire safing and/or fire caulking at all wall or roof penetrations, if any, made by this Subcontractor.

h. Make all claims for extras, for extensions of time and for damages for delays or otherwise, promptly to the Construction Manager/Contractor consistent with the Contract Documents. The subcontractor agrees that no form of instruction or correspondence of any kind other than an official change order document shall constitute authorization to proceed with changes to this scope of work (including additional work at previously established unit prices), and that the Construction Manager/Contractor has no obligation to pay for such unauthorized work.

i. Take necessary precautions to properly protect the work of this Subcontractor and that of other trades.

j. Subcontractor will keep a clean work area at all times. If this does not occur, Carroll Daniel Construction has the right to bring in labor to accomplish cleaning of the work area at the cost of the Subcontractor without notification.

k. Comply with all statutory and/or contractual safety requirements applying to his work and/or initiated by the Construction Manager/Contractor and shall report within 3 days to the Construction Manager/Contractor any injury to the Subcontractor's employees at the site of the project.

l. Not sub-let, assign or transfer this Subcontract or any part thereof, or assign any payment to other parties without the written consent of the Construction Manager/Contractor.

m. Guarantee his work against all defects of materials and/or workmanship as called for in the plans, specifications, and addenda, or if no guarantee is called for, then for a period of one year from the dates of partial or total acceptance of the Subcontractor's work by the Owner. (*See attachment F.*)

n. Furnish periodic progress reports of the work as mutually agreed including the progress of materials or equipment under this agreement that may be in the course of preparation or manufacture.

o. Make any and all changes or deviations from the original plans and specifications without nullifying the original subcontract when specifically ordered to do so in writing by the Construction Manager/Contractor. The Subcontractor shall promptly submit to the Construction Manager/Contractor written copies of the cost or credit proposal for such revised work in a manner consistent with the Contract Documents. The Subcontractor must receive written approval in the form of an official change order document from the Construction Manager/Contractor prior to the commencement of this revised work.

p. Agree that any correspondence or direction from the Owner or Design Professionals including comments on shop drawings or submittals shall be specifically agreed to be an unacceptable basis for authorization or approval. The subcontractor shall respond to instruction that differs from the contract documents by submitting a change order proposal to the Construction Manager/Contractor.

q. Coordinate with the other subcontractors whose work might interfere with the Subcontractor's work and to prepare coordinated drawings in areas of congestion, specifically noting and advising the Construction Manager/Contractor of any such interference.

r. Cooperate with the Construction Manager/Contractor in scheduling his work so as not to conflict or interfere with the work of others. To promptly submit shop drawings, drawings, and samples, as required in order to carry on said work efficiently and at speed that will not cause delay in the progress of the Construction Manager/Contractor's work or other branches of the work carried on by other subcontractors.

s. Comply with all Federal, State, and Local laws and ordinances applying to the building or structure and to comply and give adequate notices relating to the work to proper authorities and to secure and pay for all necessary licenses or permits to carry on the work as described in the Contract Documents as applicable to this Subcontract.

t. Comply with Federal, State, and Local tax laws, Social Security laws and Unemployment Compensation laws, and Workmen's Compensation laws insofar as applicable to the performance of this Subcontract.

**#1456.5**

- u. Comply with Federal, State and Local regulations concerning pollution or contamination, and shall be responsible for any penalties, fees or clean up expense resulting from improper handling or exposure to materials deemed to be hazardous in any way and related to their scope of work.
- v. And does hereby agree that all work shall be done subject to the final approval of the Architect or Owner's authorized agent, and his decision in matters relating to artistic effect shall be final, if within the terms of the Contract Documents.
- w. Provide evidence of compliance with federal and state immigration law. *(See Attachments G)*
- x. Follow and comply with the Construction Manager/Contractor's written Submittal Process. *(See Attachment H)*
  The subcontractor will be responsible for providing fully detailed and documented submittals. Submittals requiring excessive time for corrections prior to being ready for submission to the Architect / Owner, will be charged at the rate of $75.00 per hour. This fee will be deducted from the aforementioned agreed upon subcontract amount.
- y. Subcontractor shall provide a full-time competent labor foreman to supervise all of subcontractor's forces and coordinate subcontractors work with the project superintendent.

2. That the Construction Manager/Contractor shall:

- a. Permit the Subcontractor to obtain direct from the Architect or Owner's authorized agents, evidence of percentages of completion certified on his account.
- b. Not issue or give any instructions, orders, or directions directly to employees or workmen of the Subcontractor other than to the persons designated as the authorized representative(s) of the Subcontractor.
- c. Give the Subcontractor an opportunity to be present and to submit evidence in any arbitration involving his rights.
- d. Name as arbiter under arbitration proceedings as provided in the General Conditions the person nominated by the Subcontractor, if the sole cause of dispute is the work, materials, rights, or responsibilities of the Subcontractor; or if, the Subcontractor and any other subcontractor jointly, to name as such arbiter the person upon whom they agree.

3. That the Construction Manager/Contractor and the Subcontractor agree:

- a. That in the matter of arbitration, their rights and obligations and all procedures shall be analogous to those set forth in the Contract Documents provided, however, that a decision by the Architect or Owner's authorized agent, shall not be a condition precedent to arbitration.
- b. This Subcontract is solely for the benefit of the signatories hereto.
- c. No payment made under this subcontract shall be conclusive evidence of performance of this Subcontract, either in whole or in part, and no payment shall be construed to be an acceptance of defective work or improper materials.
- d. Construction Manager/Contractor shall provide a minimum of one control line and bench mark on each structural slab or level as engineering control for the purpose of locating building elements. Subcontractor shall be responsible for the correct location, dimensions and elevations of his work. Subcontractor shall take care to preserve control points established, and shall replace, at his cost, any of these which might be lost or displaced through his neglect.
- e. This document shall take precedence over any subcontractor quote or attachment in the event of contradiction.
- f. In the event that the Subcontractor or his suppliers require payment by joint check, a charge of $50.00 per check written will be deducted from the subcontract sum to cover Construction Manager/Contractor's processing of the same. The parties requiring joint payment shall use the Construction Manager/Contractor's standard Joint Check Agreement Form.
- g. That all modifications, inclusions, and exclusions reflected in this Contract are acceptable to the Parties and constitute binding terms of the Contract Documents.

ARTICLE XI. IN WITNESS WHEREOF the parties hereto have executed this Agreement under seal, the day and year first above written.

Attest: *[signature: Brittany Hedge]*
(Seal)

All Systems, Inc
Subcontractor
By: *[signature: Casey Johnson]*   Title: President   Date: 8-15-19

Attest:

(Seal)

Carroll Daniel Construction Company
Construction Manager/Contractor
By: Cody Ledford *[signature]*   Title: **Project Manager**   Date: 8/25/19

#1456.6