# EXHIBIT C

**From:** "Cody Ledford" <cledford@carrolldaniel.com>
**To:** "Edward Williams" <edward@ecinc.us>
**Subject:** Fwd: East Forsyth RTU Potential Leak Issue Summary
**Date:** Fri, 12 Mar 2021 14:47:10 -0000
**Importance:** Normal

---

Sent from my iPhone

Begin forwarded message:

**From:** Cody Ledford <cledford@carrolldaniel.com>
**Date:** March 10, 2021 at 1:21:00 PM EST
**To:** Edward Williams <edward@ecinc.us>, scott <scott@rooftechnologypartners.com>
**Cc:** James Chance <jchance@carrolldaniel.com>, Rebecca Barber <rbarber@carrolldaniel.com>
**Subject: FW: East Forsyth RTU Potential Leak Issue Summary**


Edward / Scott,

The link below has the report from Trane on the units.  Take a look, review and when you get a chance to digest the information let's sit down and figure out the next steps.

(I will say right now CO is priority #1)

**Cody Ledford | Project Manager**
**Carroll Daniel Construction Co**.

---

**From:** James Chance <jchance@carrolldaniel.com>
**Sent:** Wednesday, March 10, 2021 12:05 PM
**To:** Cody Ledford <cledford@carrolldaniel.com>
**Subject:** Fwd: East Forsyth RTU Potential Leak Issue Summary

You seen this



**James Chance | General Superintendent**
**Carroll Daniel Construction Co**.
770.654.9326 - Mobile
jchance@carrolldaniel.com

Begin forwarded message:

**From:** terry crenshaw <terry@asihvac.net>
**Date:** March 10, 2021 at 7:45:49 AM EST
**To:** James Chance <jchance@carrolldaniel.com>
**Subject: Fwd: East Forsyth RTU Potential Leak Issue Summary**

#491.1

Sent from my iPhone

Begin forwarded message:

**From:** "Taylor, Ben" <BenD.Taylor@trane.com>
**Date:** March 9, 2021 at 6:33:01 PM EST
**To:** Casey Johnson <casey@asihvac.net>, 'Tommy Johnson' <tommy@asihvac.net>, Terry Crenshaw <terry@asihvac.net>, "paul (paul@asihvac.net)" <paul@asihvac.net>
**Cc:** "Polanco, Luis" <Luis.Polanco@trane.com>, "Wright, Michael" <MWright@trane.com>, "Landers, Bob" <Bob.Landers@trane.com>
**Subject: East Forsyth RTU Potential Leak Issue Summary**

Casey,

Luis helped us out a lot and gathered very detailed pictures and information for the potential issues on this job. Below is a list of the findings along with our standpoint from the factory on leak warranties. See the dropbox link below that has the pictures and detailed documentation of the RTU tag # and serial number associated with each.

- RTU-1, 2, 3, 4, 5, 6, 15, 20, 37, 42, 44, 45, 48, 53, 54, 77, 78, 81, 82, 84, 85, 86, 87 & 90 all will have the leak warranty voided due to the cuts that were made in the units. You can see in all pictures that the lips on the portion where the electrical comes up through the bottom of the unit are cut and will allow water in if the water level rises. Some have cuts that will let water in regardless because of how deep they are.
- RTU-34, 43 & 88 are covered with silicone so we cannot tell if there is damage or not below. These will need to be evaluated further to see if there is damage under the silicone.
- This is directly from the factory "After reviewing the TBUE base damage photos, I recommend that these units be changed out for the factory to cover any water leaks in the units. The base pan cannot be replaced in the field."
- The dropbox link also contains the quote to repair the damage from the roofers on the one electrical portion for RTU-89. Please include this when you send this information in.

https://www.dropbox.com/sh/5j72j3eaet210w6/AABBpHQ9EUmZfJIIFhq2Swpha?dl=0 [dropbox.com]

Thanks,

**Ben Taylor**
**Account Manager**
**Trane Climate Solutions**
**4000 Dekalb Technology Pwky.**
**Bldg. 100**
**Atlanta, GA, 30340**

Office: 678.775.4274
Mobile: 470.381.7371
E-mail: **BenD.Taylor@Trane.com**

[linkedin.com]  [facebook.com]  [twitter.com]  [youtube.com]

[trane.com]

#491.2

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments. CDCC BTS will never ask for your password or other personal information via email

**#491.3**