# EXHIBIT D

**Carroll Daniel Construction Co**
330 Main Street
Gainesville, GA 30501
**Phone:** 770 536-3241
**Fax:** 770 534-3799



# SUBCONTRACT CHANGE ORDER

| | | | |
|---|---|---|---|
| **Vendor Name:** | Electrical Contractor, Inc. | **Date:** | May 25, 2021 |
| **Address:** | 8141 Technology Dr. | | |
| **City, State, Zip:** | Covington, GA  30014 | **Project No.:** | 19-115 |
| **Phone:** | 770-788-8082 | **Project:** | East Forsyth High School |
| **Contact:** | Eric Hamilton | | |
| | | **Contract Number:** | 19-115-012 |
| | | **Change Order Number:** | 021 |
| **Vendor Code:** | ELEC001 | **Description:** | Electrical Contractors Incorporated |

In accordance with the terms and conditions of your Contract, provide all revisions to the scope of work as described below:
**Scope of Work:**

| PCI No. | PCI Name | PCI Detail Description | Days | Amount |
|---|---|---|---|---|
| BCH025 | RTU Replacment (27 Units) | Electrical - RTU Warranty Replacement (27 Units) - Units, Installation, Storage, Transport, Gas Connect and Disconnect (To be reconciled once work is complete) | 0 | $-758,336.51 |
| | | | **TOTAL** | **$-758,336.51** |

Subcontractor acknowledges, by its execution and acceptance of this change order, that the adjustments in contract price and/or time shown hereon constitute full and complete compensation and satisfaction for all Work associated with the performance of the changes described herein including the work performed under this Change Order by Subcontractor or by any of its Subcontractors, and that the adjusted contract price and/or time shown hereon is an accurate representation of the contract price and time.  All previous requests for a price and/or time adjustment associated with these changes are satisfied by this Change Order.

Furthermore, in consideration for the price and/or time adjustment made herein, the Subcontractor hereby releases and waives any and all claims, causes of action, for all costs, expenses or losses of any nature or description which have arisen or are in any manner related to any aspect of the Work described herein.  This release and waiver apply to all claims, disputes, and other matters through the date of this Change Order, including all claims for direct and indirect costs, impacts, inefficiencies, productivity losses, delays, accelerations, ripple effects, cumulative impacts, field and home office overhead, equipment costs, and all other consequential and incidental costs, losses, or damages associated with the work described herein.

The time allowed for this work is 0 days.

| | |
|---|---|
| Base Contract Price: | $10,526,800.00 |
| Total Previous Changes: | $43,191.45 |
| Previous Contract: | $10,569,991.45 |
| **Total This Change:** | **$-758,336.51** |
| Total Adjusted Contract: | $9,811,654.94 |

| **Carroll Daniel Construction Co** | | **Electrical Contractor, Inc.** | |
|---|---|---|---|
| Signature: | *Cody Ledford* | Signature: | *Edward Williams* |
| Name: | Cody Ledford | Name: | Edward Williams |
| Title: | Senior Project Manager | Title: | Vice President |
| Date: | 05/27/2021 | Date: | 5/26/21 |

#547.1