# EXHIBIT F

**East Forsyth HS**

## Approved

| ECI C O # | C O Date | Description | Amount | GC C O # | Approval Date |
|---|---|---|---|---|---|
| 1903-01RA | 11/1/2019 | ECI to make changes to contract drawings per ASI #1. | $ 10,554.00 | #1 | |
| 1903-02 | 8/5/2019 | ECI to make changes to contract drawings per ASI #3. | $ 1,381.00 | #1 | |
| 1903-06 | 11/11/2019 | ECI to extend the feeder conduits and fire alarm conduits for the Stadium restrooms and the visitor restrooms per PR#2. | $ 1,719.00 | #2 | 12/2/2019 |
| 1903-04 | 8/26/2019 | ECI to provide connections to 4 smoke vents above stage per RFI #30. | $ 1,369.00 | #3 | 12/9/2019 |
| 1903-09 | 1/3/2020 | ECI to give credit for controller wires and conduit per ASI002. | $ (326.00) | #4 | 2/25/2020 |
| 1903-11 | 2/6/2020 | ECI to provide a credit for not installing the second conduit from the data box to the cable tray in area's four and five on both levels. | $ (5,100.00) | #5 | 4/10/2020 |
| 1903-BC9 | 6/26/20 | CDCC Furnished Firecaulk | $ (2,328.39) | #6 | 6/26/2020 |
| 1903-10R | 4/15/2020 | ECI to provide power tie in for the coiling door at door 1500C per ASI #025. | $ 989.00 | #7 | 6/22/2020 |
| 1903-20 | 6/18/2020 | We are pleased to offer pricing to install a 2" conduit from the baseball concessions to the septic pump house with a pull string. | $ 3,073.00 | #8 | 7/20/2020 |
| 1903-12 | 3/23/2020 | ECI to provide 208v circuits to (3) boilers per RFI 0095. | $ 563.00 | #9 | |
| 1903-16 | 6/10/2020 | ECI is pleased to provide power to electric heater per RFI #109 response. | $ 1,782.00 | #9 | |
| 1903-18 | 6/10/2020 | ECI to provided additional type OF lights and type OG lights per ASI #39. | $ 84,739.00 | #9 | |
| 1903/19 | 6/18/2020 | We are pleased to offer pricing to add a receptacle for a drinking fountain as reviewed in RFI-116.  Wall is already built, so a new box has to be cut into the wall. | $ 975.00 | #9 | |
| 1903-21R | 6/24/2020 | ECI to provide additional data drops per the email from the GC on 06/05/20. | $ 4,646.00 | #9 | |
| 1903-14RA | 6/26/2020 | ECI to make changes FA changes per ASI 026. ECI cannot flush mount in any completed CIP walls. Tennis Court Lighting excluded. | $ 7,943.00 | #9 | |
| 1903-17RA | 7/15/2020 | ECI is to provide power for the range hoods associated with RFI #110 response. | $ 667.00 | #9 | |
| 1903-BC1 | 8/28/2020 | Backcharge for gas line that was hit | $ (2,690.00) | #10 | |
| 1903-BC2 | 8/31/2020 | Backcharge for damage to ERU's | $ (68,148.66) | #11 | |
| 1903-BC3 | 9/2/2020 | Backcharge for gas line that was hit | $ (1,943.00) | #12 | |
| 1903-BC4 | 9/8/2020 | Backcharge for gas line that was hit | $ (4,269.00) | #13 | |
| 1903-BC5 | 10/15/2020 | Current Clean Up of Unidentifiable and Dirt / Mud | $ (10,000.00) | #14 | |

6/7/2022

DEFENDANT'S EXHIBIT

7

ECI_00000122

| | | | | | |
|---|---|---|---|---|---|
| 1903-08R | 1/3/2020 | ECI to provide NEZDP433 smoke rated sleeves where the cable tray penetrates smoke rated walls and three 3 inch conduits where the tray passes thru non-rated walls. | $ (143.00) | #15 | 10/23/2020 |
| 1903-15 | 5/20/2020 | ECI to make changes per ASI 035. | $ 341.00 | #15 | 10/23/2020 |
| 1903-23 | 7/2/2020 | ECI to supply cabling and circuit changes per ASI 041. | $ 3,182.00 | #15 | 10/23/2020 |
| 1903-24 | 7/15/2020 | ECI to raise outlet boxes in masonry wall in the kitchen per RFI Response #0125. | $ 882.00 | #15 | 10/23/2020 |
| 1903-26 | 9/25/2020 | ECI to provide PA speakers and WAP's to the construction tech building per ASI #53. | $ 6,263.00 | #15 | 10/23/2020 |
| 1903-BC6 | 12/9/2020 | Backcharge for boom Lifts | $ (6,800.00) | #16 | |
| 1903-28 | 11/9/2020 | ECI to provide circuit for added heat trace per RFI #0162 response | $ 681.00 | #17 | 2/1120 |
| 1903-31 | 12/9/2020 | ECI to make changes to gym curtain power per RFI Response #167 | $ 1,487.00 | #17 | 2/11/2020 |
| 1903-BC5 | 2/11/2020 | Damage for ERU Penentrations | $ 6,272.50 | #17 | |
| 1903-29 | 11/11/2020 | ECI to provide a 480v control circuit to each control cabinet (Baseball & Football) as required by Musco, in addition to the 277v control already shown in the panel schedules. | $ 1,603.00 | #18 | 1/29/2021 |
| 1903-37 | 1/25/2021 | ECI to provide circuitry to exhaust fans per response to Question #1 of RFI #176. | $ 1,040.00 | #18 | 2/12/2021 |
| 1903-38 | 1/25/2021 | ECI to provide PA shutdown interface by Fire Alarm per RFI response #176 item #2. | $ 1,893.00 | #18 | 2/12/2021 |
| 1903-41 | 1/29/2021 | ECI to provide additional data drops to Mech Rm, Cooler/Freezer, Elevators & Wheelchair lift by Elevator #1. | $ 7,115.00 | #18 | 2/12/2021 |
| 1903-39R | 2/3/2021 | ECI to provide transformer for ALIC panel at the Baseball field. ALIC panel requires 120V EMG power and the only power at this location is 277/480V. | $ 1,920.00 | #18 | 2/12/2021 |
| 1903-BC7 | 2/12/2021 | Theater Slab Repairs | $ (14,127.00) | #18 | 2/12/2021 |
| 1903-40 | 1/29/2021 | ECI to make accomodations for ansul system at Pizza oven per RFI #173 response. | $ 1,930.00 | #19 | 4/5/2021 |
| 1903-32 | 12/9/2020 | ECI to provide circuitry to water heaters as noted in RFI #169 response. | $ 1,971.00 | #20 | 5/10/2021 |
| 1903-36R | 1/22/2021 | ECI to provide homerun circuits to (3) exhaust fans at welders and power for the louvers per RFI 0172. | $ 3,100.00 | #20 | 5/10/2021 |
| 1903-42 | 2/19/2021 | ECI to provide additional circuitry to plumbing equipment and sprinkler compressor per ASI #58. | $ 3,881.00 | #20 | 5/10/2021 |
| 1903-BC10 | 5/10/2021 | EPDM on parapet wall at weight room roof due to conduit on parapet | $ (4,895.00) | #20 | 5/10/2021 |
| 1903-BC11 | 5/25/2021 | RTU Replacment (27 Units) | $ (758,336.51) | #21 | 5/25/2021 |
| 1903-BC14 | | Backcharge for misc. ceiling and sheetrock repairs | $ (18,596.00) | #22 | 5/28/2021 |

6/7/2022

ECI_00000123

| | | | | | |
|---|---|---|---|---|---|
| 1903-35 | 1/8/2021 | ECI to provide circuitry to basketball shot clocks and intercept power to scoreboards and shot clocks to be controlled via switch installed adjacent to goal hoist switches. | $ 8,247.00 | #24 | 6/18/2021 |
| 1903-BC12 | | BC for State Elevator Re-inspection fee | $ (5,500.00) | #24 | 6/18/2021 |
| 1903-51 | 5/11/2021 | Shunt trip breaker and controls for elevator. | $ 5,355.00 | #25 | 8/6/2021 |
| 1903-60RA | 6/8/2021 | Add and relocate Cord reel and receptacles per ASI#60 | $ 12,801.00 | #25 | 8/6/2021 |
| 1903-BC13 | 8/6/2021 | Damaged Site Utility Lines | $ (2,798.11) | #25 | 8/6/2021 |
| 1903-66 | 8/20/2021 | ECI to provide a quad receptacle at the bleachers on each side of football field at the 50 yard line. | $ 4,658.27 | #26 | 10/5/2021 |
| 1903-62 | 6/23/2021 | the freezer man to rebuild panels. We started to reinstall lights and were asked to stop because | $ 5,532.00 | #27 | 10/6/2021 |
| 1903-33 | 12/23/2020 | ECI had to troubleshoot and repair (3) 4" and (2) 1.25" conduits that were damaged by the power company's installation of primary conductors. We were not notified of damages and had to find them. | $ 1,864.00 | #28 | 10/28/2021 |
| 1903-43 | 3/1/2021 | ECI to provide relay and smoke detectors for coiling smoke door at Prop Room 1670 on page ET-131. | $ 1,524.00 | #28 | 10/28/2021 |
| 1903-44 | 3/12/2021 | ECI to provide smoke detector at elevator penthouse per RFI #177 response to question #1. | $ 644.00 | #28 | 10/28/2021 |
| 1903-45 | 3/16/2021 | ECI to provide power for EWC's in corrider 2000 pg Ep-136 per RFI #177 response to question #2. | $ 2,218.00 | #28 | 10/28/2021 |
| 1903-47 | 5/11/2021 | Relocated receptacle in sheetrock wall from eighteen inches to forty eight inches.Room 1015 sequence B. | $ 238.00 | #28 | 10/28/2021 |
| 1903-48 | 5/11/2021 | Relocated receptacle in sheetrock wall from eighteen to forty eight inches.Room 1030 Sequence B. | $ 238.00 | #28 | 10/28/2021 |
| 1903-50 | 5/11/2021 | Circuitry for four TPDU's (trap primer) in corridor #1700 outside of toilet room 1716 EP-126, in room 3005 EZ-1002, in room 4082 (EX-101), and room 4072 (EX-101). | $ 1,386.00 | #28 | 10/28/2021 |
| 1903-52 | 5/11/2021 | Rewiring of equipment in kitchen that was supplied as 208V, but the prints called for 120V. Items #67, 58 and 71. | $ 969.00 | #28 | 10/28/2021 |
| 1903-55 | 5/11/2021 | Backcharge for damages to Fire Alarm panel when the county drilled holes into the enclosure | $ 1,344.00 | #28 | 10/28/2021 |
| 1903-56 | 5/12/2021 | Two exit lights were added on the second floor in sequence four in the main corridor per the Fire Marshal. | $ 1,055.00 | #28 | 10/28/2021 |
| 1903-57 | 5/13/2021 | Added Smoke detector in laptop storage room at owners request. | $ 449.00 | #28 | 10/28/2021 |
| 1903-63 | 8/3/2021 | Per James, ECI is adding a dedicated circuit for the Coke machine in the concessions in the gym. | $ 2,300.00 | #28 | 10/28/2021 |
| 1903-69 | 9/29/2021 | ECI to add raceways for the scoreboard control cables. | $ 1,272.00 | #28 | 10/28/2021 |
| 1903-68 | 9/20/2021 | ECI to replace and certify fieldhouse FA panel that was destroyed be a lighting strike. | $ 8,450.00 | #29 | 11/3/2021 |
| 1903-27 | 10/28/2020 | ECI to re-feed Boiler pumps P5, P6 & P7 from a 208v panel to match pumps that were installed. | $ 1,910.00 | #30 | 11/4/2021 |
| 1903-46 | 5/11/2021 | Circuitry for four different dry system sprinkler air compressors. Found in mech corridor 2115, 2520,2506 and 1420. | $ 518.00 | #30 | 11/4/2021 |

ECI_00000124

| 1903-49 | 5/11/2021 | Circuitry and connections to dishwasher solenoid. | $ | 659.00 | #30 | 11/4/2021 |
|---|---|---|---|---|---|---|
| 1903-54 | 5/11/2021 | Backcharge from Southern Signal for damage caused by HVAC condensation leakage | $ | 1,216.00 | #30 | 11/4/2021 |
| 1903-58 | 5/21/2021 | Replacement of Fire Alarm devices damaged by water from sprinkler pressure test. | $ | 2,860.00 | #30 | 11/4/2021 |
| 1903-59 | 5/28/2021 | ECI removed and re-installed 13 recessed can lights in sheetrock ceiling due to roof leak above cafeteria. | $ | 1,699.00 | #30 | 11/4/2021 |
| 1903-64 | 8/16/2021 | ECI repaired conduit and repulled wire between section 1 and 4 that was damaged by the grader. | $ | 3,708.00 | #30 | 11/4/2021 |
| 1903-65 | 8/16/2021 | ECI repaired conduit and wire for Tennis court pole lights that was damaged by the grader. | $ | 1,177.00 | #30 | 11/4/2021 |
| 1903-70 | 11/4/2021 | Credit for RTU work | $ | 93,401.00 | #30 | 11/4/2021 |

6/7/2022

ECI_00000125