# EXHIBIT H

# CDCC DAILY JOB REPORT

**JOB NAME:** East Forsyth        **JOB NO.:** 19-115        **DATE:** 7/13/20        **REPORT NO.:** Monday
**Weather Conditions:** Sunny                    **Temperature:** HIGH 88 LOW 67 WIND WNW @ 6mph
**Site Conditions:** Good

**CDCC WORK PEFORMED TODAY:**

| Personnel | Hours | Task |
|---|---|---|
| 1- Gen Super | 6:00 to 6:30 | Check erosion Control |
| 1- Super Caleb | 7:00 to 4:00 | |
| 1- Asst Clay | Out/vac | Check Rebar Caps |
| 1- Asst Jesse | 6:30 to 7:00 | |
| 1- Carpenter Mitch | 7:00 6:30 | Layout on Seg 5-6 |
| 1- Carpenter David | 7:00 5:30 | |
| 1- Carpenter Saul | 7:00 to 6:00 | Set door frames on Seg 5-6 |
| 1- Labor Papa | 7:00 to 6:00 | |
| 1- Labor Bobby | 7:00 to 5:00 | Clean up site |
| 1- Labor Weston | 7:00 to 4:00 | Clean Covid-19 |
| 1- Labor Whit | 7:00 to 3:30 | Clean up Main Bldg |

Demo the Fieldhouses
Cut off plates @ Seg 1 Curtain walls + Wall ties

**SUBCONTRACTORS ON PROJECT:**                **WORK PERFORMED AND CREW SIZE:**

AL Grading 4men Grading Berm @ Football field, Grade for sidewalks, Backfill curbs,
Montalvo 1men Prep to start Courtyard - Set batterboards, - 4men Left site
Polk Co 9men Rough in OH Can on Seg 6, Copper on Seg 4, Roughing out Bldgs, Rough in Gas Line on Seg 5
White Hawk - Out
Eci 4 men Rough in overhead on Seg 2-3-4-5-6 + pull wire, Check Muses lights, Build out Electrooms + pull wire
Olympic Masonry 3 lemen Lay CMU Blocks on Seg 2-3-4-5 + out Bldgs, Block fill walls - Rub walls
All systems 25 men Fly units on Roof, Rough in duct on Seg 3-4, Rough in drains on Seg 3-4,
Eastern Waterproofing 2men for Caulk top of CMU walls in Seg 3-4
Automatic Sprinkler 3men Rough in overhead on Seg 4-5, Drop heads on Seg 2,
Allied Paving 3men under Cut Driveway @ Seg 1 - Spread Gab, Haul in + Spread contract Rock, proof roll
Upstate Curb out
Simco 22men Frame Soffits on Seg 6 + hangers on Seg 3, install Ceilings on Seg 2-3, Hang wall top pour on Seg 3-4-5
Roof Tech 12men install base sheet on Seg 3 over aux Gym
Sturdi Steel out
Southern Roof deck 4men Prep + Pour Roof deck @ Seg 6
Busker 8men Build out MDF + IDF Rooms on Seg 4, pull Low Voltage Cable on Seg 3, install speakers @ press box
Sunbelt - Out
Natural Enclosures - Out
Athletic Con. 4men Layout irrigation + Start installing
Triscapes - Out
Southern Coatings 5men Block fill walls on out Bldgs, Caulk windows + Door frames,
Chambless 2men Spray Fireproofing on Beams + Columns on Seg 3-4

**MAJOR EQUIPMENT & MATERIALS RECEIVED:**

| ITEM | CARRIER | DESCRIPTION |
|---|---|---|
| Door Dr - out | | |
| D+B Glass - | Unload material | |
| Imc tile 7men Grind + prep Seg 1 1st + 2nd floors for tile | | |
| Bristol - Out | | |
| 11-400 3men install cooler freezer | | |
| Ernst - Syds. Block fill | Martin Materials | 16 Loads GAB for undercut @ Seg 1 W Rd |

**REMARKS:** (such as testing, conflicts, instructions, delays, safety problems, visitors)
Matrix on site for proof roll North side of Seg 1-2 - Failed- Need to undercut

※ Brick still stopped ※

Have Brick- Mortar Meeting With AL - Cody - Rebecca - Me + Charolee

Have Safe Start Meeting

**SUPERINTENDENT:** _____

**Inclement Weather Delay**
Forward: 1
Today: _____
Total: _____

#5187.10

# CDCC DAILY JOB REPORT

**JOB NAME:** East Forsyth   **JOB NO.:** 19-115   **DATE:** 7/14/20   **REPORT NO.:** Tues
**Weather Conditions:** Clear   **Temperature:** HIGH 90  LOW 69  WIND ESE @ 3mph
**Site Conditions:** Good

**CDCC WORK PERFORMED TODAY:**

| Personnel | Task |
|---|---|
| 1-Gen Super 6:00 to 6:30 | Check Erosion Control |
| 1-Super Caleb 7:00 to 6:30 | |
| 1-Asst Clay Out/vac | Check Rebar Caps |
| 1-Asst Jesse 6:30 to 7:00 | |
| 1-Carpenter Mitch out | Dewater & Clean up Gym |
| 1-Carpenter David 7:00 to 6:00 | Layout Courtyard |
| 1-Carpenter Saul 7:00 to 5:30 | Haul Soil out of Courtyard |
| 1-Labor Papa 7:00 to 5:30 | Install Window Nailers |
| 1-Labor Bobby 7:00 to 5:00 | Layout Seq 4-5 |
| 1-Labor Weston out | |
| 1-Labor Whit 7:00 to 5:00 | Set door Frames on Seq 5-6 |
| | Clean Covid-19 |

**SUBCONTRACTORS ON PROJECT:**   **WORK PERFORMED AND CREW SIZE:**

AL Grading 5 men Grade Courtyard, Grade @ Baseball-Softball Field, Clean out Silt Fence @ Septic Field
Montalvo out
Polk Co 10 men, Rough in OH Copper in Seq 4 & Const. Lab, Rough in Cast on Seq 4, Rough in Gas line on Seq 5
White Hawk out
Eci 4 men Rough in overhead on Seq 2-3-4-5 & pull wire, Buildout elect Rooms & pull wire, Drill Light poles Base & prep
Olympic Masonry 38 men Lay Block on Seq 2-3-4-5 & out Bldgs - Clean Brick - Brick delayed
All Systems 2 men Set RTUs on Seq 2-3-4, Rough in duct on Seq 3-4, Rough in drain on Seq 3-4
Eastern Waterproofing - out
Automatic Sprinkler 2 men Rough in overhead on Seq 5
Allied Paving 3 men Spread Gab @ Seq 1-2 Drive Lane - under Cut Parking lot + install Gab
Upstate Curb out
Simco 20 men Frame Soffits on Seq 6 & hang Soffits on Seq 3, Frame parapet walls on Seq 5 & install dens Glass, install Ceilings on Seq 3
Roof Tech - out
Sturdi Steel - out
Southeastern Roof 1 men Prep + Pour Seq 6 Roof deck.
Busker 4 men Buildout Id & MDF Rooms in Seq 4, Dress out Closets in Seq 1, pull Low Voltage Cable in Seq 3
Sunbelt out
Natural Enclosures out
Athletic Con. 4 men install irrigation / install in field mix on Baseball field
Triscapes out
Chambless 2 men Spray Fire proofing on Beams + Columns on Seq 3-4
Southern Coatings 5 men Block fill walls on out Bldgs, Caulk window & Door Frames, paint - 1st Coat on walls on Seq 2-3

**MAJOR EQUIPMENT & MATERIALS RECEIVED:**

| ITEM | CARRIER | DESCRIPTION |
|---|---|---|
| Door Dr 2 men install HM Doors on Seq 2-3-4 | | |
| D&B Glass - Unload window Frames | | |
| Inc tile 3 men install tile on 2nd floor of Seq 1 / Grind & prep floors for tile on Seq 1 - 1st floor | | |
| Bristol 4 men install ice + water shield on out Bldgs | | |
| H-400 3 men install Cooler Freezer | | |
| GMS 2-Loads CMU | Ernst | 8 yds Block fill |

**REMARKS:** (such as testing, conflicts, instructions, delays, safety problems, visitors)

Matrix - offsite

* Brick delayed

Have safety meeting
Have OA CM meeting

Have Safe Start meeting

**SUPERINTENDENT:** _____

Inclement Weather Delay
Forward: ____
Today: ____
Total: ____

#5187.11

# CDCC DAILY JOB REPORT

**JOB NAME:** East Forsyth   **JOB NO.:** 19-115   **DATE:** 7-15-20   **REPORT NO.:** Wed
**Weather Conditions:** P-Cloudy/Rain   **Temperature:** HIGH 90  LOW 70  WIND SE @ 6 mph
**Site Conditions:** Good

**CDCC WORK PERFORMED TODAY:**

- 1-Gen Super 6:30 to 5:00 — Check Rebar Caps
- 1-Super Caleb 7:00 to 5:00 — Check erosion Control
- 1-Asst. Clay out vac
- 1-Asst. Jesse 6:00 to 7:00 — install window Nailers
- 1-Carpenter Mitch Out
- 1-Carpenter David 7:00 to 5:30 — Cutout Soil from Courtyard
- 1-Carpenter Saul 7:00 to 5:30
- 1-Labor Papa 7:00 to 5:30 — Clean up Site @ Ball fields
- 1-Labor Bobby Out
- 1-Labor Weston Out — Lay out on Seq 5-6
- 1-Labor Whit 7:00 to 3:30
- Set door frames on Seq 5-6

**SUBCONTRACTORS ON PROJECT:**   **WORK PERFORMED AND CREW SIZE:**

HL Grading 5men Grade @ Baseball Field, Back fill curbs @ Football Field, Grade for curbs, move soil @ courtyard
Montalvo 6men Dig footings in Courtyard + Lay out - Set batter boards
Polkco 10men Rough in OH Copper on Seq 1 + Const. Lab, Rough in Gas line on Seq 5, Rough in Copper on Seq 4
White Hawk 2men Punch Bldg - field wire
E.ii 45men Rough in OH on Seq 1-2-3-4-5 + pull wire, Rough in Elect Rooms + pull wire, Rough in Light poles, Tie in units
Olympic Masonry 30men Lay Block on out Bldgs @ Seq 5-6, Block fill walls, Rub walls Delayed on Brick
AllSystems 20men Rough in duct on Seq 3-4 / Rough in drains on Seq 3-4 / Set RTU's on Seq 2-3-4
Eastern waterproofing out
Automatic Sprinkler 3men Rough in Seq 4-5 + Drop heads on Seq 2-3
Allied paving 3men install Grab @ parking-Drive Lane @ Seq 1-2 - Delayed Due to Showers
Upstate curb out
Simpco 23men Frame Soffits on Seq 4 + Hang on Seq 3, top out walls on Seq 3-4-5, install Ceilings on Seq 2-3, install Roof nailers
Rooftech - Out
Sturdi Steel - out
South eastern Roof deck 8men prep + pour Seq 6 Roof deck - Delayed-Showers
Busker 8men press out Chisels on Seq 1 / Build out Td 7 + MdF on Seq 4, pull low Voltage Cables on Seq 3, install speakers in Seq 2-3
Sunbelt - Offload material to finish curbs @ Ball field
Natural Enclosures out
Athletic Const. 4men install Root zone material @ Baseball + install irrigation - Delayed - showers
TriScapes - out
Chau bless 4men Spray fireproofing on Beams + Columns in Seq 3-4
Southern Coatings 5men Block fill walls @ out Bldgs, Caulk door frame - window frame, paint 1st Coat on Seq 1-2 + Soffits

**MAJOR EQUIPMENT & MATERIALS RECEIVED:**

| ITEM | CARRIER | DESCRIPTION |
|---|---|---|
| Door Dr's out | | |
| HB Glass 7men install frames d Glass in Seq 1-2-3-4 + Const. Lab | | |
| TMC Tile 5men install Tile on 2nd floor of Seq 1 / Prep Seq 1 1st floor for tile | | |
| Bristol 3men install ice & Water Shield on out Bldgs @ football field - Delayed-Showers | | |
| 11-400 out | | |
| Ernst | Syds Block fill | GMS 2 - Loads CMU |

**REMARKS:** (such as testing, conflicts, instructions, delays, safety problems, visitors)
Matrix off site

# Brick Still on hold #

* Pop up Rain Showers today total Rain fall today 1/8" = See above for delays

Have Safe Start meeting

**SUPERINTENDENT:** _____   **Inclement Weather Delay**
Forward: ____
Today: ____
Total: ____

#5187.12