# EXHIBIT I

GENERAL NOTES: - APPLIES TO ALL SHEETS

1. BRANCH DUCTWORK SHALL BE THE SAME SIZE AS THE AIR DISTRIBUTION DEVICE SERVED U.N.O.
2. ALL ROOF MOUNTED EQUIPMENT SHALL BE A MINIMIM OF 10' FROM THE EDGE OF THE ROOF.
3. DUE TO LONG DUCT RUNS FROM THE MECHANICAL CORRIDOR TO EXTERIOR SPACE, DUCTWORK SHALL BE ROUTED IN JOIST BAYS AND THROUGH JOIST WEB.
4. HVAC SYSTEM COMPONENT LOCATIONS ARE DIAGRAMMATIC IN NATURE. COORDINATE EQUPMENT LOCATIONS W/ DUCTWORK, PIPING, CONDUIT, CABLING, & STRUCTURAL MEMBERS TO INSURE THAT ALL MANUFACTURER'S REQUIRED ACCESS CLEARANCES ARE MET. COORDINATE ROOF MOUNTED EQUIPMENT LOCATIONS W/ STRUCTURAL MEMBERS TO AVOID DUCT/STRUCTURE CONFLICTS.
5. CONTRACTOR SHALL COORDINATE EQUIPMENT VOLTAGES WITH THE ELECTRICAL CONTRACTOR AND ELECTRICAL PLANS PRIOR TO ORDERING EQUIPMENT.
6. ALL EXHAUST FANS, RELIEF HOODS, FLUES AND PLUMBING VENTS SHALL BE A MINIMUM OF 10' FROM ANY OUTSIDE AIR INTAKES.

1 OVERALL ROOF PLAN - HVAC
3/64" = 1'-0"

BRPH
www.brph.com
Copyright © 2018

**Architects Engineers, Inc.**
2727 Paces Ferry Road | Bldg 1 | Suite 1800
Atlanta | Georgia | 30339
770-933-9242 | 770-933-9246 f

Offices in Melbourne, Orlando, Atlanta, Boca Raton, Lynnwood, and Charleston

Board of Architecture License No. AA C000149
Board of Professional Engineers License No.1439

These plans are protected by Federal Copyright protection. Unauthorized use may result in an infringement action.

**ISSUED FOR CONSTRUCTION**

DOCUMENT HISTORY

| REV | DATE | DESCRIPTION |
|---|---|---|
| 0 | 4/10/2019 | ADDENDA INCORPORATED |

**CONSTRUCTION RELEASE**

# EAST FORSYTH HIGH SCHOOL

## 8910 JOT EM DOWN ROAD, GAINESVILLE, GA 30506

FACILITY #: 6580112 | FY2020 | FTE: 2,100
PROJECT SQFT: 431,366

GEORGIA REGISTERED PROFESSIONAL ENGINEER No. 23289 GREGG COX

ARCH/ENGR OF RECORD
GREGG COX GA 23289

DESIGNED BY
RSB

DRAWN BY
RSB

CHECKED BY
GC

PROJECT NUMBER
C07543.001.00

DATE
01/29/19

TITLE
OVERALL ROOF PLAN - HVAC

KEYPLAN

MBA CONSULTING ENGINEERS
MBA# 18014
MATHESON-BALL & ASSOCIATES, INC.
11285 ELKINS RD. SUITE F-3
ROSWELL, GEORGIA 30076
PHONE: (770) 751-0773
WWW.MATHESONBALL.COM

DRAWING NO.
M-103

BIM 360://C07543.001 - East Forsyth High School/C07543001_M_2017_FORSYTH_CENTRAL.rvt
4/2/2019 3:08:45 PM