# EXHIBIT J

M-103 - OVERALL ROOF PLAN - HVAC

① OVERALL ROOF PLAN - HVAC
3/64" = 1'-0"

EAST FORSYTH HIGH SCHOOL

EXHIBIT
DEF 00017
WIT: C. Ledford
01.25.2023 (bb)