# EXHIBIT L



May 18, 2021

Electrical Contractor, Inc.
c/o Edward Williams
8141 Technology Dr.
Suite D
Covington, GA 30014

   Re:  Forsyth County Schools project
      Claim No.:  ZCP003296073
      Date of Loss:  11/1/2020

Dear Mr. Williams:

  Grange Insurance Company ("Grange") has been called upon to determine its coverage obligations under a commercial general liability policy of insurance (the "Policy") issued to Electrical Contractor, Inc. ("Electrical") for damages alleged to have been sustained when the insured cut holes in metal pans connected to rooftop air conditioning units as part of the construction of a new school building in Forsyth County, Georgia.

  Based on the information obtained to date, Grange has determined that coverage is likely not available under the Policy. Accordingly, we are writing to advise you that Grange maintains an ongoing reservation of rights on the terms explained below. Grange further states that because the facts revealed in Grange's claim investigation show that coverage does not exist, Grange will not contribute toward repair or replacement of the metal pans or the RTUs.

## CLAIM INVESTIGATION

  **Please note that the facts stated below are based on materials that have been provided to Grange for review. If you contend that the facts are stated incorrectly or are missing important items, please advise us at once so we can evaluate the claim appropriately.**

  Grange's claim investigation to date has revealed that Electrical was hired as a sub-contractor to do electrical work on a new school construction in Forsyth County, Georgia. The general contractor on the project is Carroll Daniel Construction. The sub-contract agreement is dated July 10, 2019. Electrical has not sub-contracted out any of the electrical work. The construction is now in the punch-list phase.

  Within the scope of the work, Electrical needed to feed conduits through metal pans incorporated into roof-top air conditioning systems manufactured by Trane ("RTUs"). To

Grange Mutual Casualty Co. | Grange Life Insurance Co. | Grange Indemnity Insurance Co. | Grange Property & Casualty Insurance Co.
Grange Insurance Co. of Michigan | Trustgard Insurance Co. | Integrity Mutual Insurance Co. | Integrity Property & Casualty Insurance Co.

9-114-HO (3-2010)

accomplish this, Electrical cut square holes in the pans using a reciprocating saw. The cover was then screwed on. The exact time frame in which these allegedly defective cuts were made is still unknown.

Trane contends that Electrical's actions voided the warranty and that all 27 RTUs must be replaced. Grange retained an engineer to inspect the units. This engineer found no damage to the RTUs nor any evidence that water has entered through the holes in the metal pans.

## COVERAGE ANALYSIS

As stated above, Grange has examined coverage under a commercial general liability policy numbered CPP 2811818-00 (the "Policy") with effective dates of June 25, 2020 through June 25, 2021. The Policy contains a Limit of Liability of $1,000,000 each occurrence. Please advise if you believe any other policies issued by Grange may apply to this claim.

Under the Commercial General Liability Coverage Form CG 00 01 04 13, Grange agreed to "pay those sums that the 'insured' becomes legally obligated to pay as damages because of . . . 'property damage' to which this insurance applies." The Policy further states, in pertinent part:

> We have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for . . . "property damage" to which this insurance does not apply. . .

The Policy further states, in pertinent part:

> This insurance applies to . . . "property damage" only if:
>
> (1) The . . . "property damage" is caused by an "occurrence" . . .
>
> (2) The . . . "property damage" occurs during a policy period . . .

The Policy contains the following definitions, in pertinent part:

> "Occurrence" means an accident, including continuous and repeated exposure to substantially the same general harmful conditions.
>
> "Property damage" means:

Grange Mutual Casualty Co. | Grange Life Insurance Co. | Grange Indemnity Insurance Co. | Grange Property & Casualty Insurance Co.
Grange Insurance Co. of Michigan | Trustgard Insurance Co. | Integrity Mutual Insurance Co. | Integrity Property & Casualty Insurance Co.

9-114-HO (3-2010)

> (1) Physical injury to tangible property, including all resulting loss of use of that property . . .
>
> (2) Loss of use of tangible property that is not physically injured . . .

The Policy contains the following exclusions:

> This insurance does not apply to:
>
> **j. Damage to Property**
>
> * * *
>
> (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations; or
>
> (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.
>
> **m. Damage to Impaired Property Or Property Not Physically Injured**
>
> "Property damage" to "impaired property" or property that has not been physically injured arising out of:
>
> (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work" . . .

The Policy also contains the following duty:

> **Duties In The Event of Occurrence, Offense, Claim, Or Suit**
>
> a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim . . .

This requirement is modified by the Contractors' Optimum Endorsement IL 20, which states that the above duty will not be considered breached "unless the breach occurs after such claim or "suit" is known to:

> 1. You, if you are an individual;

* * *

Grange Mutual Casualty Co. | Grange Life Insurance Co. | Grange Indemnity Insurance Co. | Grange Property & Casualty Insurance Co.
Grange Insurance Co. of Michigan | Trustgard Insurance Co. | Integrity Mutual Insurance Co. | Integrity Property & Casualty Insurance Co.

9-114-HO (3-2010)

   3. An officer of the corporation if you are a corporation;

* * *

   5. Your insurance manager . . .

  Based on Grange's understanding of the facts presented, the damages alleged to the RTUs are not "property damage" as defined in the Policy and may not have resulted from an "occurrence." In addition, some or all of the damages alleged may have occurred outside a policy period. To the extent any "property damage" is alleged, the damages clearly fall within exclusion J(6) and possibly exclusions J(5) and m. Finally, based on Grange's investigation to date, it is unclear whether the insured complied with its duty to notify Grange "as soon as practicable" of the occurrence.

  Because the facts as developed during Grange's coverage investigation point to no coverage for the claimed loss as it has been presented to Grange, Grange will not be contributing toward the cost of repairing or replacing the RTUs or any components thereof, including the metal pans.

<b><u>RESERVATION OF RIGHTS</u></b>

  Given these coverage concerns, Grange is continuing its investigation under a reservation of rights. As part of its handling of this matter, Grange may investigate the claims, participate in settlement negotiations, and/or undertake other action to bring these claims to a close. Grange reserves the right to deny the duty to defend or indemnity under the Policies. Grange further reserves the right to bring an action to declare the obligations and responsibilities of the parties under the contracts of insurance at any time after the date of this letter. In addition, Grange reserves the right to seek reimbursement of all monies advanced for any defense or resolution of any and all non-covered claims.

  Grange does not waive any of the terms, conditions or exclusions of the Policies. No action by Grange or by any agent, lawyer or representative of Grange shall be considered a waiver or estoppel of Grange's rights. Grange relies on all terms, conditions, and exclusions in the policies, whether in this letter or not.

  Under the policy, Electrical Contractor, Inc. must cooperate fully with Grange in providing the necessary information to investigate the claims and defend against both liability and damages, to the fullest extent permitted by the circumstances.

  Finally, the information contained in this correspondence is based on information provided to date and is not intended to be an exhaustive discussion of all policy language that might potentially apply to limit or eliminate coverage under the Policy. If you receive additional information or facts that may change our decision regarding coverage, you must

Grange Mutual Casualty Co. | Grange Life Insurance Co. | Grange Indemnity Insurance Co. | Grange Property & Casualty Insurance Co.
Grange Insurance Co. of Michigan | Trustgard Insurance Co. | Integrity Mutual Insurance Co. | Integrity Property & Casualty Insurance Co.

9-114-HO (3-2010)

immediately clarify and provide the same for our consideration and allow us the opportunity to reconsider our position. Also, if you are served with any demands, lawsuits, or other legal papers related to this matter, please forward them to us immediately as they could affect our analysis of coverage. Grange will require strict compliance with the policy conditions.

Please feel free to call me with any questions at the number listed below.

Sincerely,

Pete Sengos

Casualty Specialist
Phone: 800-422-0550 ext. 3279
Fax: 800-686-4689
Email: sengosp@grangeinsurance.com

CC: Skinner & Company

Grange Mutual Casualty Co. | Grange Life Insurance Co. | Grange Indemnity Insurance Co. | Grange Property & Casualty Insurance Co.
Grange Insurance Co. of Michigan | Trustgard Insurance Co. | Integrity Mutual Insurance Co. | Integrity Property & Casualty Insurance Co.

9-114-HO (3-2010)