# EXHIBIT M

**From:** Jill Steele <jill@skinnerandco.com>
**Sent:** Wednesday, April 21, 2021 11:31 AM
**To:** Sengos, Pete <sengosp@Grangeinsurance.com>
**Cc:** Mike Duvall <mike@duvallagency.com>
**Subject:** Electrical Contractor, Inc. - East Forsyth RTU Potential Leak Issue Summary; Grange claim ZCP003296073

Hi Pete,

Please see the Travelers claim number and claim representative contact information below:

**Claim #: EFS8093**
**Greg Kasbarian**
**813-357-2909**
**GKASBARI@travelers.com**

Let us know if you need anything further. Thank you!

Sincerely,

*Jill*



Jill Steele
Account Coordinator
P: 678-401-3212
F: 678-401-3448
Jill@skinnerandco.com
The Brumby Building at Marietta Station
127 Church Street, Suite 140 | Marietta | Georgia | 30060

This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message in part or whole is strictly prohibited.
If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
* Please note you cannot bind, amend or cancel coverage without speaking to an authorized representative of Skinner & Company. Coverage cannot be assumed to be bound without written confirmation from an authorized representative of Skinner & Company.

**From:** Sengos, Pete <sengosp@Grangeinsurance.com>
**Sent:** Wednesday, April 21, 2021 11:19 AM
**To:** Jill Steele <jill@skinnerandco.com>
**Subject:** RE: East Forsyth RTU Potential Leak Issue Summary; Grange claim ZCP003296073

Jill, do you have a claim acknowledgment from Travelers? Could you provide the claim number and the rep's contact info? Thanks.

Pete Sengos, AIC
Commercial Liability Technical Specialist
PO Box 183244
Columbus, OH 43218-3244
P: 614-445-3279
F: 866-256-9205

My office hours are Tuesday through Friday 8:00 am to 4:30 pm EST

grangeinsurance.com



---

**From:** Sengos, Pete
**Sent:** Tuesday, April 13, 2021 2:55 PM
**To:** jill@skinnerandco.com
**Subject:** FW: East Forsyth RTU Potential Leak Issue Summary; Grange claim ZCP003296073

Jill,

Per our conversation, the insured cut holes in the metal pans for the rooftop HVAC units to run electric conduit to the units. The allegations is that the insured's cuts were sloppy and now water is getting into the units. See the drop box link below for photos. The manufacturer of the rooftop units is alleging the entire units have to be replaced and there are 27 of them.

The insured is not sure when he made those defective cuts. He is pulling his daily logs. Some or all of them may have been cut during the Travelers policy term. This is a new construction high school building and they've been on site for the past two years. The project is still ongoing. Please notify Travelers of this loss and ask the assigned adjuster to contact me. Thank you.

### Pete Sengos, AIC
Commercial Liability Technical Specialist
PO Box 183244
Columbus, OH 43218-3244
P: 614-445-3279
F: 866-256-9205

My office hours are Tuesday through Friday 8:00 am to 4:30 pm EST

grangeinsurance.com



---

**From:** Priddy, Rebecca <PriddyR@grangeinsurance.com>
**Sent:** Tuesday, April 13, 2021 10:50 AM
**To:** Sengos, Pete <sengosp@Grangeinsurance.com>
**Subject:** FW: East Forsyth RTU Potential Leak Issue Summary

---

**From:** Edward Williams <e.williams@electricalcontractorinc.com>
**Sent:** Monday, April 12, 2021 3:43 PM
**To:** Priddy, Rebecca <PriddyR@grangeinsurance.com>
**Subject:** [External Sender] Fwd: East Forsyth RTU Potential Leak Issue Summary

Get Outlook for iOS [aka.ms]

---

**From:** Cody Ledford <cledford@carrolldaniel.com>
**Sent:** Friday, March 12, 2021 9:47:10 AM
**To:** Edward Williams <edward@ecinc.us>
**Subject:** Fwd: East Forsyth RTU Potential Leak Issue Summary


Sent from my iPhone

Begin forwarded message:

> **From:** Cody Ledford <cledford@carrolldaniel.com>
> **Date:** March 10, 2021 at 1:21:00 PM EST
> **To:** Edward Williams <edward@ecinc.us>, scott <scott@rooftechnologypartners.com>
> **Cc:** James Chance <jchance@carrolldaniel.com>, Rebecca Barber <rbarber@carrolldaniel.com>
> **Subject: FW: East Forsyth RTU Potential Leak Issue Summary**
>
> Edward / Scott,
>
> The link below has the report from Trane on the units. Take a look, review and when you get a chance to digest the information let's sit down and figure out the next steps.
>
> (I will say right now CO is priority #1)
>
> **Cody Ledford | Project Manager**
> **Carroll Daniel Construction Co**.
>
> ---
>
> **From:** James Chance <jchance@carrolldaniel.com>
> **Sent:** Wednesday, March 10, 2021 12:05 PM
> **To:** Cody Ledford <cledford@carrolldaniel.com>
> **Subject:** Fwd: East Forsyth RTU Potential Leak Issue Summary
>
> You seen this
>
> **James Chance | General Superintendent**
> **Carroll Daniel Construction Co**.
> 770.654.9326 - Mobile
> jchance@carrolldaniel.com
>
> Begin forwarded message:
>
>> **From:** terry crenshaw <terry@asihvac.net>
>> **Date:** March 10, 2021 at 7:45:49 AM EST
>> **To:** James Chance <jchance@carrolldaniel.com>
>> **Subject: Fwd: East Forsyth RTU Potential Leak Issue Summary**

Sent from my iPhone

Begin forwarded message:

**From:** "Taylor, Ben" <BenD.Taylor@trane.com>
**Date:** March 9, 2021 at 6:33:01 PM EST
**To:** Casey Johnson <casey@asihvac.net>, 'Tommy Johnson' <tommy@asihvac.net>, Terry Crenshaw <terry@asihvac.net>, "paul (paul@asihvac.net)" <paul@asihvac.net>
**Cc:** "Polanco, Luis" <Luis.Polanco@trane.com>, "Wright, Michael" <MWright@trane.com>, "Landers, Bob" <Bob.Landers@trane.com>
**Subject: East Forsyth RTU Potential Leak Issue Summary**

Casey,

Luis helped us out a lot and gathered very detailed pictures and information for the potential issues on this job. Below is a list of the findings along with our standpoint from the factory on leak warranties. See the dropbox link below that has the pictures and detailed documentation of the RTU tag # and serial number associated with each.

- RTU-1, 2, 3, 4, 5, 6, 15, 20, 37, 42, 44, 45, 48, 53, 54, 77, 78, 81, 82, 84, 85, 86, 87 & 90 all will have the leak warranty voided due to the cuts that were made in the units. You can see in all pictures that the lips on the portion where the electrical comes up through the bottom of the unit are cut and will allow water in if the water level rises. Some have cuts that will let water in regardless because of how deep they are.
- RTU-34, 43 & 88 are covered with silicone so we cannot tell if there is damage or not below. These will need to be evaluated further to see if there is damage under the silicone.
- This is directly from the factory "After reviewing the TBUE base damage photos, I recommend that these units be changed out for the factory to cover any water leaks in the units. The base pan cannot be replaced in the field."
- The dropbox link also contains the quote to repair the damage from the roofers on the one electrical portion for RTU-89. Please include this when you send this information in.


https://www.dropbox.com/sh/5j72j3eaet210w6/AABBpHQ9EUmZfJIIFhq2Swpha?dl=0 [dropbox.com]

**Thanks,**

**Ben Taylor**
Account Manager
Trane Climate Solutions
4000 Dekalb Technology Pwky.
Bldg. 100
Atlanta, GA, 30340

Office: 678.775.4274
Mobile: 470.381.7371
E-mail: BenD.Taylor@Trane.com

8

[linkedin.com] [facebook.com] [twitter.com] [youtube.com]

[trane.com]

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links attachments. CDCC BTS will never ask for your password or other personal information via email

WARNING:
All information contained in, and/or attached to, this message is privileged and/or confidential and is protected from disclosure. This email may contain non-public information that includes, but it not limited to personally identifiable information of a natural person. The unauthorized access, use, modification, alteration, or disclosure of such non-public information is prohibited. If you are not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately if you have received this email in error, and delete it from your computer.