# EXHIBIT B

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TANESHA BROWN,<br><br>  *Plaintiff*,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>  *Defendant*. | Case No. 23-M-04931 |

## NOTICE OF FILING NOTICE OF REMOVAL

### TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF:

Pursuant to 28 U.S.C. § 1446(d), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), gives notice to the Magistrate Court of Gwinnett County for the State of Georgia and to Plaintiff, Tanesha Brown, that Wells Fargo has filed a Notice of Removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division.

A copy of the Notice of Removal is attached hereto as **Exhibit 1**.

| | |
|---|---|
| Dated: March 13, 2023 | Respectfully submitted,<br><br>*/s/ Lindsay A. Fleming*<br>Lindsay A. Fleming<br>Georgia Bar No. 503940<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>3000 Bank of America Plaza<br>600 Peachtree Street, Suite 3000<br>Atlanta Georgia 30308-2216<br>Telephone: (404) 885-3000<br>Facsimile: (404) 885-3900<br>lindsay.fleming@troutman.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A.* |

1

### IN THE MAGISTRATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| TANESHA BROWN,<br><br>   *Plaintiff*,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>   *Defendant*. | Case No. 23-M-04931 |

### **CERTIFICATE OF SERVICE**

I certify that I have on this day filed a true and correct copy of the foregoing *Notice of Filing Notice of Removal* using the Odyssey e-file GA system, which automatically sends email notification of such filing all parties of record. I also certify that a true and correct copy of same was sent via U.S. mail, with adequate postage thereon, to the following:

Tanesha Brown<br>
2007 Preserve Creek Way<br>
Loganville, Georgia 30052

This 13th day of March, 2023.

                */s/ Lindsay A. Fleming*
                Lindsay A. Fleming