**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0910474857 | 069352984028 | N400 - APPLICATION FOR NATURALIZATION |
| **Received Date** | **Priority Date** | **Applicant** |
| 12/31/2020 | | A091 942 115 |
| | | IYORE  GUOBADIA |
| **Notice Date** | **Page** | |
| 05/19/2022 | 1 of 1 | |

IYORE GUOBADIA
c/o MARKO KARADZIE
THE FOGLE LAW FIRM LLC ATLANTA
55 IVAN ALLEN JR BLVD STE 830
ATLANTA  GA  30308

**Please come to:**

2150 PARKLAKE DRIVE, NE
ATLANTA, GA  30345
USA

**On (Date):** Friday, June 03, 2022
**At (Time):** 01:00PM

You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. *Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application.* (8 CFR 103.2)

To ensure visitor and employee health and safety, please pay special attention to the sections entitled, "COVID-19 Safety Precautions" and "Who should come with you?"

**YOU MUST APPEAR FOR THIS APPOINTMENT** - However, if you are under self-isolation or quarantine, are ill, have any symptoms of illness or are at heightened risk due to age or an underlying health condition and would like to reschedule your appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment. There is no penalty for requesting that your appointment be rescheduled.

**COVID-19 Safety Precautions** - To ensure the health and safety of all who enter USCIS facilities, you must take the following safety precautions when arriving for your appointment:
- DO NOT arrive more than 15 minutes prior to your appointment time. You will not be permitted entry into the office until 15 minutes before your appointment.
- Check www.cdc.gov for the county COVID-19 Community Level where you will appear for your appointment to understand the prevention steps for that location.
- Follow local USCIS guidance while inside USCIS facilities.
- You may have to answer health screening questions before entering.
- Bring a black or blue ink pen with you to your appointment.

**Who should come with you?** - You may be limited in who may attend your appointment with you in person.
- If you do not speak English fluently and are eligible to take the appointment in a language other than English, you should arrange to have an interpreter come with you to the appointment or be available via phone. If you need a Sign Language Interpreter or Certified Deaf Interpreter, call the USCIS Contact Center at 1-800-375-5283 as soon as possible.
- Your attorney or authorized representative may come with you to the appointment or be available via phone.
- If you have a disability and have an individual who assists you, that individual may come with you.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English; unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability.

If you filed your Form N-400, Application for Naturalization, on or after Dec. 1, 2020, and are required to take the 2020 version of the civics test, you may now have the option to take the 2008 version of the civics test. To learn if this option is available to you, visit the USCIS Citizenship Resource Center at uscis.gov/citizenship/2020test.

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card ("green card").
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at **1-800-375-5283** (TTY: **1-800-767-1833**) as soon as possible, **even if you indicated on your application that you require an accommodation.**

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the USCIS Contact Center TTY at 1-800-767-1833.



Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.

| USCIS FIELD OFFICE | A Number | Receipt Number |
|---|---|---|
| U. S. CITIZENSHIP & IMMIGRATION SVC | | |
| 2150 PARKLAKE DRIVE NE | | |
| ATLANTA GA 30345 | | |
| USCIS Contact Center: www.uscis.gov/contactcenter | | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.