**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | October 27, 2022 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| N-336, Request for a Hearing on a Decision in Naturalization | A091942115 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0918071023 | October 24, 2022 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | June 14, 1962 |

**PAYMENT INFORMATION:**

Application/Petition Fee: $700.00
Total Amount Received: $700.00
Total Balance Due: $0.00

SIMON I. GUOBADIA
C/O H G. FOGLE JR THE FOGLE LAW FIRM LLC
55 IVAN ALLEN JR BLVD NW STE 830
ATLANTA, GA 30308

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



RECEIVED NOV 03 REC'D By____

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  10/12/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>N/A | USCIS Online Account Number<br>049211658391 | Case Type<br>N336 - REQUEST FOR HEARING ON A DECISION IN NATURALIZATION PROCEEDINGS |
|---|---|---|
| Received Date<br>10/24/2022 | Priority Date<br>10/24/2022 | Applicant  A091 942 115<br>GUOBADIA, SIMON IYORE |
| Notice Date<br>10/27/2022 | Page<br>1 of 1 | |

FOGLE JR, H GLENN
THE FOGLE LAW FIRM LLC
55 IVAN ALLEN JR BLVD NW STE 830
ATLANTA  GA  30308

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 9C959-0932-16692

Welcome to USCIS!

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- Manage your clients' cases by checking case status, viewing USCIS notices, responding to requests for evidence, and uploading unsolicited evidence;
- Send us secure messages about a specific case and receive answers;
- File additional forms online for your clients; and
- Manage your account preferences and contact information.

Log on and confirm your account within 90 days.

To access your account, please follow the steps below:

1. Visit us online at *http://myaccount.uscis.gov*.
2. Click **"Create an account"** and follow the instructions for creating a new account.
3. Once you have created a new account, you will see the "Welcome to your USCIS Account" page. Select **"myUSCIS."**
4. On the "Account Type" page, select **"I am a Legal Representative"** and then **"Submit."** The next page will ask you to confirm that statement. Select **"I am a representative."**
5. On the "Representative Account Type" page, select **"Attorney"** or **"Accredited Representative,"** and enter your bar number or accreditation date. Click **"Continue."**
6. The next page will ask if you want to link your account using your Online Access Code. Click **"Yes"** and then **"Next."**
7. On the next page, enter your **"Online Access Code"** (see the box in the upper righthand side of this notice). The Online Access Code is case sensitive. Use capital letters when entering your code.
8. Click **"Link my account."** You will then add your profile information. After completing your profile, you can go to your homepage, where you can access information about your clients' cases.

NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter


RECEIVED NOV 03 REC'D By

