# EXHIBIT B

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| Wayne Emergency Group LLC; et al | Civil Action Number 22-A-10676-7 |
| **Plaintiff** | |
| VS. | |
| Humana Employers Health Plan Of Georgia Inc; Humana Inc | |
| **Defendant** | |

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Dabney D Ware
> Foley & Lardner LLP
> Suite 1300
> 1 Independent Dr
> Jacksonville FL  32202-5017

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 15th day of December, 2022

> Tiana P. Garner,
> Clerk of Superior Court

By: _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev. 2011