# EXHIBIT C

Case 1:23-mi-99999-UNA   Document 782-3   Filed 03/13/23   Page 2 of 3

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10676-7**
**2/15/2023 2:27 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| WAYNE EMERGENCY GROUP, L.L.C.; FANNIN EMERGENCY GROUP, LLC; SOUTHERN EMERGENCY PHYSICIANS LLP; MONTGOMERY EMERGENCY GROUP, LLC; PEACH EMERGENCY GROUP, LLC; COFFEE EMERGENCY GROUP, LLC; SOUTHERN EMERGENCY GROUP, LLC; WRIGHTSBORO EMERGENCY GROUP LLC; LAVONIA EMERGENCY GROUP, LLC; UNITED EMERGENCY SERVICES, INC.; BALDWIN EMERGENCY GROUP, LLC; EMERGENCY PHYSICIANS OF FORSYTH, PC; BELMONT PHYSICIAN SERVICES, PC; REID EMERGENCY GROUP, PC; HIGHTOWER EMERGENCY GROUP, PC; WALKER LAKE EMERGENCY GROUP, PC; and MADISON EMERGENCY GROUP, PC, *Plaintiffs*, v. HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC. and HUMANA, INC. *Defendants*. | Civil No.: 22-A-10676-7 |

## WAIVER OF SERVICE OF SUMMONS

To: Plaintiffs' attorney Dabney Ware (Ga. Bar No. 737511)

  I acknowledge receipt of your request that Defendants waive service of a summons in the above listed civil action for which the case number is set forth above, and which was filed in the

AUSTIN   DENVER   MADISON   ORLANDO   SILICON VALLEY
BOSTON   DETROIT   MEXICO CITY   SACRAMENTO   TALLAHASSEE
BRUSSELS   HOUSTON   MIAMI   SALT LAKE CITY   TAMPA
CHICAGO   JACKSONVILLE   MILWAUKEE   SAN DIEGO   TOKYO
DALLAS   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, D.C.

4854-6530-9511.1

Superior Court of the State of Georgia in and for the County of Gwinnett. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me or Defendants. Defendants understand that they are entitled to consult with their own attorney regarding the consequences of my signing this waiver on their behalf.

Defendants agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This 14th day of February 2023

_____
Signature

Chad Elliott Kirk, Sr. Counsel
Printed or typed name

Humana Inc. Legal
Title