# EXHIBIT D

## Case Information

22-A-10676-7 | WAYNE EMERGENCY GROUP LLC VS HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA INC et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| 22-A-10676-7 | Division 7 | Whitner, Tadia D |// 
| **File Date** | **Case Type** | **Case Status** |
| 12/15/2022 | Other General Civil* | Pending |

## Party

**Plaintiff**
WAYNE EMERGENCY GROUP LLC

Active Attorneys ▼
Lead Attorney
WARE, DABNEY D
Retained

**Plaintiff**
FANNIN EMERGENCY GROUP LLC

Active Attorneys ▼
Lead Attorney
WARE, DABNEY D
Retained

**Plaintiff**
SOUTHERN EMERGENCY PHYSICIANS LLP

Active Attorneys ▼
Lead Attorney
WARE, DABNEY D
Retained

**Plaintiff**
MONTGOMERY EMERGENCY GROUP LLC

Active Attorneys ▼
Lead Attorney

| | |
|---|---|
| | WARE, DABNEY D<br>Retained |
| Plaintiff<br>PEACH EMERGENCY GROUP LLC | Active Attorneys ▾<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>COFFEE EMERGENCY GROUP LLC | Active Attorneys ▾<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>SOUTHERN EMERGENCY GROUP LLC | Active Attorneys ▾<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>WRIGHTSBORO EMERGENCY GROUP LLC | Active Attorneys ▾<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>LAVONIA EMERGENCY GROUP LLC | Active Attorneys ▾<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>BALDWIN EMERGENCY GROUP LLC | Active Attorneys ▾<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |

| | |
|---|---|
| Plaintiff<br>EMERGENCY PHYSICIANS OF FORSYTH PC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>BELMONT PHYSICIAN SERVICES PC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>REID EMERGENCY GROUP PC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>HIGHTOWER EMERGENCY GROUP PC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>WALKER LAKE EMERGENCY GROUP PC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| Plaintiff<br>MADISON EMERGENCY GROUP PC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |

| Defendant | Active Attorneys ▾ |
|---|---|
| HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA INC | Pro Se |

| Defendant | Active Attorneys ▾ |
|---|---|
| HUMANA INC | Pro Se |

## Events and Hearings

12/15/2022 Complaint with Jury Demand

12/15/2022 General Civil/Domestic Relations Case Filing Info

12/15/2022 Summons

02/15/2023 Waiver ▾

**Comment**
Waiver of Service of Summons

02/16/2023 No Service Calendar ▾

**Judicial Officer**
Whitner, Tadia D

**Hearing Time**
9:30 AM

**Cancel Reason**
Other