# EXHIBIT D

## Case Information

22-A-10676-7 | WAYNE EMERGENCY GROUP LLC VS HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA INC et al

| | | |
|---|---|---|
| **Case Number** <br> 22-A-10676-7 | **Court** <br> Division 7 | **Judicial Officer** <br> Whitner, Tadia D |
| **File Date** <br> 12/15/2022 | **Case Type** <br> Other General Civil* | **Case Status** <br> Pending |

## Party

**Plaintiff** <br>
WAYNE EMERGENCY GROUP LLC

Active Attorneys ▼ <br>
Lead Attorney <br>
WARE, DABNEY D <br>
Retained

**Plaintiff** <br>
FANNIN EMERGENCY GROUP LLC

Active Attorneys ▼ <br>
Lead Attorney <br>
WARE, DABNEY D <br>
Retained

**Plaintiff** <br>
SOUTHERN EMERGENCY PHYSICIANS LLP

Active Attorneys ▼ <br>
Lead Attorney <br>
WARE, DABNEY D <br>
Retained

**Plaintiff** <br>
MONTGOMERY EMERGENCY GROUP LLC

Active Attorneys ▼ <br>
Lead Attorney

| | |
|---|---|
| | WARE, DABNEY D<br>Retained |
| **Plaintiff**<br>PEACH EMERGENCY GROUP LLC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| **Plaintiff**<br>COFFEE EMERGENCY GROUP LLC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| **Plaintiff**<br>SOUTHERN EMERGENCY GROUP LLC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| **Plaintiff**<br>WRIGHTSBORO EMERGENCY GROUP LLC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| **Plaintiff**<br>LAVONIA EMERGENCY GROUP LLC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |
| **Plaintiff**<br>BALDWIN EMERGENCY GROUP LLC | Active Attorneys ▼<br>Lead Attorney<br>WARE, DABNEY D<br>Retained |

Plaintiff
EMERGENCY PHYSICIANS OF FORSYTH PC

Active Attorneys
Lead Attorney
WARE, DABNEY D
Retained

Plaintiff
BELMONT PHYSICIAN SERVICES PC

Active Attorneys
Lead Attorney
WARE, DABNEY D
Retained

Plaintiff
REID EMERGENCY GROUP PC

Active Attorneys
Lead Attorney
WARE, DABNEY D
Retained

Plaintiff
HIGHTOWER EMERGENCY GROUP PC

Active Attorneys
Lead Attorney
WARE, DABNEY D
Retained

Plaintiff
WALKER LAKE EMERGENCY GROUP PC

Active Attorneys
Lead Attorney
WARE, DABNEY D
Retained

Plaintiff
MADISON EMERGENCY GROUP PC

Active Attorneys
Lead Attorney
WARE, DABNEY D
Retained

Defendant
HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA INC

Active Attorneys ▼
Pro Se

Defendant
HUMANA INC

Active Attorneys ▼
Pro Se

## Events and Hearings

12/15/2022 Complaint with Jury Demand

12/15/2022 General Civil/Domestic Relations Case Filing Info

12/15/2022 Summons

02/15/2023 Waiver ▼

Comment
Waiver of Service of Summons

02/16/2023 No Service Calendar ▼

Judicial Officer
Whitner, Tadia D

Hearing Time
9:30 AM

Cancel Reason
Other