# EXHIBIT E

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10676-7**
12/15/2022 10:55 AM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☒ **Superior** or ☐ **State Court of** Gwinnett Superior Court **County**

| For Clerk Use Only | |
|---|---|
| Date Filed _____ MM-DD-YYYY | Case Number 22-A-10676-7 |

**Plaintiff(s)**
WAYNE EMERGENCY GROUP, L.L.C.
Last       First       Middle I.       Suffix       Prefix
FANNIN EMERGENCY GROUP, LLC
Last       First       Middle I.       Suffix       Prefix
SOUTHERN EMERGENCY PHYSICIANS LLP
Last       First       Middle I.       Suffix       Prefix
MONTGOMERY EMERGENCY GROUP, LLC
Last       First       Middle I.       Suffix       Prefix

**Defendant(s)**
HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC.
Last       First       Middle I.       Suffix       Prefix
HUMANA, INC.
Last       First       Middle I.       Suffix       Prefix
_____
Last       First       Middle I.       Suffix       Prefix
_____
Last       First       Middle I.       Suffix       Prefix

**Plaintiff's Attorney** Dabney Ware   **State Bar Number** 737511   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                           Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Wayne Emergency Group LLC; et al**

**Civil Action Number 22-A-10676-7**

**Plaintiff**

VS.

**Humana Employers Health Plan Of Georgia Inc; Humana Inc**

**Defendant**

*[Filed stamp: TIANA P. GARNER, CLERK, 2022 DEC 15 PM 2: 21, GWINNETT]*

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Dabney D Ware
Foley & Lardner LLP
Suite 1300
1 Independent Dr
Jacksonville FL  32202-5017

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 15th day of December, 2022

Tiana P. Garner,
Clerk of Superior Court

Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notatio on t is sheet if addendum sheet is used.
SC-1 Rev. 2011

Case 1:23-mi-99999-UNA   Document 783-6   Filed 03/13/23   Page 4 of 5

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-10676-7**
**2/15/2023 2:27 PM**
TIANA P. GARNER, CLERK

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| WAYNE EMERGENCY GROUP, L.L.C.; FANNIN EMERGENCY GROUP, LLC; SOUTHERN EMERGENCY PHYSICIANS LLP; MONTGOMERY EMERGENCY GROUP, LLC; PEACH EMERGENCY GROUP, LLC; COFFEE EMERGENCY GROUP, LLC; SOUTHERN EMERGENCY GROUP, LLC; WRIGHTSBORO EMERGENCY GROUP LLC; LAVONIA EMERGENCY GROUP, LLC; UNITED EMERGENCY SERVICES, INC.; BALDWIN EMERGENCY GROUP, LLC; EMERGENCY PHYSICIANS OF FORSYTH, PC; BELMONT PHYSICIAN SERVICES, PC; REID EMERGENCY GROUP, PC; HIGHTOWER EMERGENCY GROUP, PC; WALKER LAKE EMERGENCY GROUP, PC; and MADISON EMERGENCY GROUP, PC, *Plaintiffs*, v. HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC. and HUMANA, INC. *Defendants*. | Civil No.: 22-A-10676-7 |

## **WAIVER OF SERVICE OF SUMMONS**

To: Plaintiffs' attorney Dabney Ware (Ga. Bar No. 737511)

I acknowledge receipt of your request that Defendants waive service of a summons in the above listed civil action for which the case number is set forth above, and which was filed in the

AUSTIN    DENVER       MADISON      ORLANDO         SILICON VALLEY
BOSTON    DETROIT      MEXICO CITY  SACRAMENTO      TALLAHASSEE
BRUSSELS  HOUSTON      MIAMI        SALT LAKE CITY  TAMPA
CHICAGO   JACKSONVILLE MILWAUKEE    SAN DIEGO       TOKYO
DALLAS    LOS ANGELES  NEW YORK     SAN FRANCISCO   WASHINGTON, D.C.

4854-6530-9511.1

Superior Court of the State of Georgia in and for the County of Gwinnett. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me or Defendants. Defendants understand that they are entitled to consult with their own attorney regarding the consequences of my signing this waiver on their behalf.

Defendants agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 40 days after that date if the request for the waiver was sent outside the United States.

This _____ day of February, 2023

_____
Signature

Chad Elliott Kirk, Sr. Counsel
Printed or typed name

Humana Inc. Legal
Title