# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WAYNE EMERGENCY GROUP, L.L.C.; FANNIN EMERGENCY GROUP, LLC; SOUTHERN EMERGENCY PHYSICIANS LLP; MONTGOMERY EMERGENCY GROUP, LLC; PEACH EMERGENCY GROUP, LLC; COFFEE EMERGENCY GROUP, LLC; SOUTHERN EMERGENCY GROUP, LLC; WRIGHTSBORO EMERGENCY GROUP LLC; LAVONIA EMERGENCY GROUP, LLC; BALDWIN EMERGENCY GROUP, LLC; EMERGENCY PHYSICIANS OF FORSYTH, PC; BELMONT PHYSICIAN SERVICES, PC; REID EMERGENCY GROUP, PC; HIGHTOWER EMERGENCY GROUP, PC; WALKER LAKE EMERGENCY GROUP, PC; and MADISON EMERGENCY GROUP, PC, <br><br> Plaintiffs, <br><br> v. <br><br> HUMANA EMPLOYERS HEALTH PLAN OF GEORGIA, INC. and HUMANA INC., <br><br> Defendants. | Civil Action No. |

**DECLARATION OF ANDREA HARVEL IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL**

I, Andrea Harvel, declare:

1.     I am over the age of 18 years old, have personal knowledge of the facts set forth in this Declaration, and, if called to testify, could and would testify competently thereto.

2.     I am the Commercial Resolution Director, Grievance & Appeal Operations, at Humana Insurance Company.

3.     Defendant Humana Employers Health Plan of Georgia, Inc. ("Humana Employers Health Plan") is a Georgia corporation. It is licensed to operate as a health maintenance organization in Georgia.

4.     Defendant Humana Inc. is a Delaware corporation.  Humana Inc. does not write commercial health plans in Georgia nor is it registered as health maintenance organization or preferred provider organization in Georgia.

5.     I have reviewed Plaintiffs' Complaint filed in the Superior Court of Gwinnett County, Civil Case No. 22-A-10676-7.  The Complaint attaches a 19-page list of claim numbers associated with the medical claims that Plaintiffs assert were underpaid.

6.     Based on the information provided in Exhibit A to the Complaint, I was able to locate medical claims submitted by Plaintiffs for members whose

health plans were self-funded employer plans governed by the Employee

Retirement Income Security Act ("ERISA").

7.      For example, Claim Number 202012046854757 (page 35 of Exhibit A

to the Complaint), is for services allegedly rendered to a member of a self-funded

employer group health plan sponsored by Northside Hospital, Inc. With respect to

this employer group plan, Humana Health Plan Inc. provided administrative services

only. Attached as Exhibit 1 is the Summary Plan Description ("SPD") for this plan.

The SPD contains the federal notices that the plan is governed by the Employee

Retirement Income Security Act.  *Id.* at 109. For this claim, SCP Health failed to

exhaust administrative remedies available under the member's plan.

8.      By way of another example, Claim Number 202108096563438 (page

39 of Exhibit A to the Complaint), is for services allegedly rendered to a member

of a self-funded employer group health plan sponsored by Hoffman Electric Co,

Inc. With respect to this employer group plan, Humana Health Plan, Inc. provided

administrative services only. Attached as Exhibit 2 is the SPD for this plan.  The

SPD contains the federal notices that the plan is governed by the Employee

Retirement Income Security Act.  *See id.* at 93. For this claim, SCP Health failed to

exhaust administrative remedies available under the member's plan.

2

9.     Yet, another example, is Claim Number 202011056247818 (page 35 of Exhibit A to the Complaint), for services allegedly rendered to a member of a self-funded employer group health plan sponsored by 4D Printing Co. With respect to this employer group plan, Humana Health Plan, Inc. provided administrative services only. Attached as Exhibit 3 is the SPD for this plan.  The SPD contains the federal notices that the plan is governed by the Employee Retirement Income Security Act.  *See id.* at 97. For this claim, SCP Health failed to exhaust administrative remedies available under the member's plan.

10.     Based on my review of the claim forms for three claims identified above, Plaintiffs represented that they had a valid Assignment of Benefits prior to submitting the claim.  *See, e.g.,* Ex. 4.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 13th day of March 2023, in De Pere, Wisconsin.

*Andrea K Harvel*

_____

Andrea K Harvel

# EXHIBIT 1

# Humana

# SUMMARY PLAN DESCRIPTION

## For the

# YELLOW MEDICAL AND PRESCRIPTION DRUG PLAN

## Sponsored by

# Northside Hospital, Inc.

**Group Number(s): 707361**

**Package ID(s): SFNSHYP1**

**Effective: January 1, 2020**

# Important! ─────────────────────────────────────────

## At Humana, it is important you are treated fairly.

Humana Inc. and its subsidiaries do not discriminate or exclude people because of their race, color, national origin, age, disability, sex, sexual orientation, gender identity, or religion. Discrimination is against the law. Humana and its subsidiaries comply with applicable Federal Civil Rights laws. If you believe that you have been discriminated against by Humana or its subsidiaries, there are ways to get help.

- You may file a complaint, also known as a grievance:
  Discrimination Grievances, P.O. Box 14618,
  Lexington, KY 40512-4618
  If you need help filing a grievance, call the number on your ID card or if you use a **TTY**, call **711**.
- You can also file a civil rights complaint with the **U.S. Department of Health and Human Services**, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at **https://ocrportal.hhs.gov/ocr/portal/lobby.jsf**, or by mail or phone at **U.S. Department of Health and Human Services**, 200 Independence Avenue, SW, Room 509F, HHH Building, Washington, DC 20201, **1-800-368-1019**, **800-537-7697 (TDD)**.

Complaint forms are available at **https://www.hhs.gov/ocr/office/file/index.html**.

## Auxiliary aids and services, free of charge, are available to you. Call the number on your ID card (TTY: 711)

Humana provides free auxiliary aids and services, such as qualified sign language interpreters, video remote interpretation, and written information in other formats to people with disabilities when such auxiliary aids and services are necessary to ensure an equal opportunity to participate.

Language assistance services, free of charge, are available to you.
Call the number on your ID card (TTY: 711)

ATTENTION: If you do not speak English, language assistance services, free of charge, are available to you. Call the number on your ID card **(TTY: 711)**... ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al número que figura en su tarjeta de identificación **(TTY: 711)**... 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電會員卡上的電話號碼 **(TTY: 711)**... CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số điện thoại ghi trên thẻ ID của quý vị **(TTY: 711)**... 주의 : 한국어를 사용하시는 경우 , 언어 지원 서비스를 무료로 이용하실 수 있습니다 . ID 카드에 적혀 있는 번호로 전화해 주십시오 **(TTY: 711)**... PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tawagan ang numero na nasa iyong ID card **(TTY: 711)**... ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Наберите номер, указанный на вашей карточке-удостоверении **(телетайп: 711)**... ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele nimewo ki sou kat idantite manm ou **(TTY: 711)**... ATTENTION: Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le numéro figurant sur votre carte de membre **(ATS: 711)**...UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Proszę zadzwonić pod numer podany na karcie identyfikacyjnej **(TTY: 711)**... ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para o número que aparece em seu cartão de identificação **(TTY: 711)**... ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero che appare sulla tessera identificativa **(TTY: 711)**... ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Wählen Sie die Nummer, die sich auf Ihrer Versicherungskarte befindet **(TTY: 711)**... 注意事項：日本語を話される場合、無料の言語支援をご利用いただけます。お手持ちの ID カードに記載されている電話番号までご連絡ください **(TTY: 711)**...

توجه: اگر به زبان فارسی گفتگو می کنید، تسهیلات زبانی بصورت رایگان برای شما فراهم می باشد. با شماره تلفن روی کارت شناسایی تان تماس بگیرید **(TTY: 711)**...

Díí baa akó nínízin: Díí saad bee yáníłti'go Diné Bizaad, saad bee áká'ánída'áwo'déé', t'áá jiik'eh, éí ná hólǫ́, námboo ninaaltsoos yézhí, bee néé ho'dólzin bikáá'ígíí bee hólne' **(TTY: 711)**...

ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم الهاتف الموجود على بطاقة الهوية الخاصة بك **(TTY: 711)** ·

Humana

---

# INTRODUCTION

## THE SUMMARY PLAN DESCRIPTION – YOUR HEALTH CARE PLAN GUIDE

Welcome to *your employer*-sponsored health care plan (Plan) administered by Humana Health Plan, Inc. (Humana). *Your employer* has provided *you* with this *Summary Plan Description* (*SPD*), which outlines *your* benefits, as well as *your* rights and responsibilities under this Plan.

This *SPD* is *your* guide to the benefits, provisions and programs offered by this Plan. *Services* are subject to all provisions of this Plan, including the limitations and exclusions. Please read this *SPD* carefully, paying special attention to the "Medical Schedule of Benefits," "Medical Covered Expenses," and "Limitations and Exclusions" sections to better understand how *your* benefits work. If *you* are unable to find the information *you* need, please contact Humana at the toll-free customer service telephone number listed on *your* Humana Identification (ID) card or visit our website at www.humana.com .

This *SPD* presents an overview of *your* benefits. In the event of any discrepancy between this *SPD* and the official Plan Document, the Plan Document shall govern.

## DEFINED TERMS

Italicized terms throughout this *SPD* are defined in the "Definitions" section. An italicized word may have a different meaning in the context of this *SPD* than it does in general usage. Referring to the "Definitions" section as *you* read through this document will help *you* have a clearer understanding of this *SPD*.

## PRIVACY

Humana understands the importance of keeping *your protected health information* private. *Protected health information* includes both medical information and individually identifiable information, such as *your* name, address, telephone number or Social Security number. Humana is required by applicable federal law to maintain the privacy of *your protected health information*.

## CONTACT INFORMATION

**Customer Service Telephone Number**:

Please refer to *your* Humana ID card for the applicable toll-free customer service telephone number.

**Website:** *You* can access Humana's online services at www.humana.com.

**Claims Submittal Address:**

Humana Claims Office
P.O. Box 14601
Lexington, KY 40512-4601

**Claims Appeal Address:**

Humana Grievance and Appeals
P.O. Box 14546
Lexington, KY 40512-4546

# TABLE OF CONTENTS

<u>**Page Number**</u>

**SECTION 1,** HEALTH RESOURCES AND PREAUTHORIZATION ........................................................4
HEALTH RESOURCES .........................................................................................................................5
PREAUTHORIZATION ..........................................................................................................................6
PREDETERMINATION OF BENEFITS ...............................................................................................7
**SECTION 2,** MEDICAL BENEFITS.......................................................................................................8
UNDERSTANDING YOUR COVERAGE ............................................................................................9
MEDICAL SCHEDULE OF BENEFITS..............................................................................................11
MEDICAL COVERED EXPENSES......................................................................................................48
LIMITATIONS AND EXCLUSIONS ...................................................................................................63
COORDINATION OF BENEFITS ........................................................................................................69
CLAIM PROCEDURES ........................................................................................................................71
**SECTION 3,** ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE ...........................................86
ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE ................................................................87
TERMINATION OF COVERAGE ........................................................................................................93
**SECTION 4,** GENERAL PROVISIONS AND REIMBURSEMENT/SUBROGATION ......................94
GENERAL PROVISIONS .....................................................................................................................95
REIMBURSEMENT/SUBROGATION .................................................................................................97
**SECTION 5,** NOTICES ..........................................................................................................................99
IMPORTANT NOTICE FOR EMPLOYEES AND SPOUSES AGE 65 AND OVER ......................100
PRIVACY OF PROTECTED HEALTH INFORMATION .................................................................101
CONTINUATION OF MEDICAL BENEFITS (COBRA).................................................................103
THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF
1994 (USERRA)...................................................................................................................................108
STATEMENT OF ERISA RIGHTS ....................................................................................................109
ADDITIONAL NOTICES....................................................................................................................111
PLAN DESCRIPTION INFORMATION ............................................................................................112
**SECTION 6,** DEFINITIONS ................................................................................................................114
**SECTION 7,** PRESCRIPTION DRUG BENEFITS.............................................................................132

# SECTION 1

# HEALTH RESOURCES AND PREAUTHORIZATION

## HEALTH RESOURCES

Health Resources is a comprehensive set of clinical programs and services available to help *you* better understand *your* health care benefits and how to use them, navigate the health care system when *you* need it, understand treatment options and choices, reduce *your* costs and enhance the quality of *your* life.

Each Health Resources program is tailored to meet different health care needs, from those who want to stay well when they are healthy, to those who are at risk for an illness, to those who are at chronic or acute stages of illness.  Health Resources offer a wide range of assistance including online educational tools, interventions, health assessments and personal discussions with registered *nurses*.

All Health Resources programs are subject to change without notice.  For additional information or questions regarding any of these programs, visit Humana's website at www.humana.com or call the toll-free customer service telephone number listed on *your* Humana ID card.

Version 19.3

# PREAUTHORIZATION

Humana will provide *preauthorization* as required by this Plan. *You* are responsible for informing *your qualified practitioner* of this Plan's *preauthorization* requirements. *You* or *your qualified practitioner* must contact Humana at the toll-free customer service telephone number listed on *your* Humana ID card or in writing, to request the appropriate authorization. If any required *preauthorization* of *services* is not obtained, *your* benefits may be reduced or a penalty may apply. *Preauthorization* and *preauthorization* penalties do not apply to *emergency services*.

After *you* or *your qualified practitioner* have contacted Humana and provided *your* diagnosis and treatment plan, Humana will:

- Advise *you* by telephone, electronically, or in writing if the proposed treatment plan is *medically necessary*; and

- Conduct *concurrent review* as necessary.

If *your admission* is *preauthorized*, benefits are subject to all Plan provisions. If it is determined at any time *your* proposed treatment plan, either partially or totally, is not a *covered expense* under the terms and provisions of this Plan, benefits for *services* may be reduced or *services* may not be covered.

The following *services* require *preauthorization*:

## INPATIENT MEDICAL AND SURGICAL ADMISSIONS (INCLUDES ACUTE HOSPITAL, LONG TERM ACUTE CARE, REHABILITATION FACILITY, SKILLED NURSING FACILITY AND INPATIENT HOSPICE)

Humana must be notified in advance of an inpatient *admission*. If the *admission* is on an *emergency* basis, notification must be received following the *emergency admission*.

## TRANSPLANTS

Humana must be notified prior to receiving transplant *services*.

## BARIATRIC SERVICES

Humana must be notified prior to receiving *bariatric services*.

## GENETIC MOLECULAR TESTING

Humana must be notified prior to receiving genetic molecular testing *services*.

6

**RADIOLOGY: OUTPATIENT ADVANCED IMAGING (MRI, MRA, PET AND CT SCANS; NUCLEAR STRESS TEST) (ONLY PERTAINS TO SERVICES OUTSIDE NORTHSIDE FACILITIES)**

Humana must be notified prior to receiving outpatient *advanced imaging services*.

**THERAPEUTIC REVIEW SERVICES: PAIN MANAGEMENT AND SPINAL MUSCULOSKELETAL**

Humana must be notified prior to receiving physical, occupational and speech therapy.

**INPATIENT BEHAVIORAL HEALTH**

Humana must be notified in advance of an inpatient *behavioral health admission*.

**PREAUTHORIZATION PENALTY**

If *preauthorization* is not received, benefits will not be covered.

Penalties do not apply to any applicable Plan *deductibles* or *out-of-pocket limits*.

**PREDETERMINATION OF BENEFITS**

*You* or *your qualified practitioner* may submit a written request for a *predetermination of benefits*. The written request should contain the treatment plan, specific diagnostic and procedure codes, as well as the expected charges. Humana will provide a written response advising if the *services* are a *covered* or non-*covered expense* under this Plan, what the applicable Plan benefits are and if the expected charges are within the *maximum allowable fee*. The *predetermination of benefits* is not a guarantee of benefits. *Services* will be subject to all terms and provisions of this Plan applicable at the time treatment is provided.

If treatment is to commence more than 180 days after the date treatment is authorized, Humana will require *you* to submit another treatment plan.

Version 19.3

# SECTION 2

# MEDICAL BENEFITS

## UNDERSTANDING YOUR COVERAGE

### PARTICIPATING AND NON-PARTICIPATING PROVIDERS

This Plan has three (3) levels of benefits – Tier 1 (Northside Hospital), Tier 2 *(PAR provider)* benefits and Tier 3 *(Non-PAR provider)* benefits, payable as shown in the "Medical Schedule of Benefits" section. *You* may select any provider to provide *your* medical care.

In most cases, if *you* receive *services* from a Tier 1 (Northside Hospital) or Tier 2 *(PAR)* provider, this Plan will pay a higher percentage of benefits and *you* will have lower out-of-pocket costs.  *You* are responsible for any applicable *deductibles*, *coinsurance* amounts.

If *you* receive *services* from a Tier 3 provider, this Plan will pay benefits at a lower percentage and *you* will pay a larger share of the costs.  Since Tier 3 *(Non-PAR providers)* do not have contractual arrangements with Humana to accept discounted or negotiated fees, they may bill *you* for charges in excess of the *maximum allowable fee*.  *You* are responsible for charges in excess of the *maximum allowable fee* in addition to any applicable *deductibles*, *coinsurance* amounts.  Any amount *you* pay to the provider in excess of *your coinsurance* or *copayment* will not apply to *your out-of-pocket limit* or *deductible*.

Not all *qualified practitioners* including, pathologists, radiologists, anesthesiologists, and emergency room physicians, who provide *services* at *PAR hospitals* are *PAR qualified practitioners*.  If *services* are provided to *you* by such *Non-PAR qualified practitioners* at a *PAR hospital,* this Plan will pay for those *services* at the *PAR provider* benefit percentage.  *Non-PAR qualified practitioners* may require payment from *you* for any amount not paid by this Plan.  If possible, *you* may want to verify whether *services* are available from a *PAR qualified practitioner.*

In the event that a specific medical *service* cannot be provided by or through a *PAR provider*, a *covered person* is entitled to coverage for *medically necessary covered expenses* obtained through a *Non-PAR provider* when approved by this Plan on a case by case basis.

### PAR PROVIDER DIRECTORY

*Your employer* will automatically provide, without charge, information to *you* about how *you* can access a directory of *PAR providers* appropriate to *your* service area.  An online directory of *PAR providers* is available to *you* and accessible via Humana's website at www.humana.com.  This directory is subject to change.  Due to the possibility of *PAR providers* changing status, please check the online directory of *PAR providers* prior to obtaining *services*.  If *you* do not have access to the online directory, call Humana at the toll-free customer service telephone number listed on *your* Humana ID card prior to *services* being rendered or to request a directory.

Version 19.3

---

**UNDERSTANDING YOUR COVERAGE (continued)**

---

## COVERED AND NON-COVERED EXPENSES

Benefits are payable only if *services* are considered to be a *covered expense* and are subject to the specific conditions, limitations and applicable maximums of this Plan.  The benefit payable for *covered expenses* will not exceed the *maximum allowable fee(s)*.

A *covered expense* is deemed to be incurred on the date a covered *service* is received. The bill submitted by the provider, if any, will determine which benefit provision is applicable for payment of *covered expenses*.

If *you* incur non-covered expenses, whether from a Tier 1 (Northside Hospital), Tier 2 (*PAR*) or a Tier 3 (*Non-PAR*) provider, *you* are responsible for making the full payment to the provider.  The fact that a provider has performed or prescribed a medically appropriate procedure, treatment, or supply, or the fact that it may be the only available treatment for a *bodily injury* or *sickness*, does not mean that the procedure, treatment or supply is covered under this Plan.

Please refer to the "Medical Schedule of Benefits", "Medical Covered Expenses" and the "Limitations and Exclusions" sections of this *Summary Plan Description* for more information about *covered expenses* and non-covered expenses.

## HEALTH SAVINGS ACCOUNT

A Health Savings Account (HSA) is a personal savings account established with a Custodian or Trustee to be used primarily for reimbursement of "eligible medical expenses" incurred by *you* and *your* eligible tax dependents (as defined in IRS Code Section 152), as set forth in IRS Code Section 223.  The HSA is administered by an HSA Custodian or Trustee, or its designee, and the terms of the HSA are set forth in the custodial or trust agreement.  An HSA is not a health benefit plan.

Only individuals who satisfy the following IRS guidelines are eligible for an HSA:
- *You* are enrolled in a qualifying High Deductible Health Plan (HDHP), such as the HDHP offered by *your employer*;
- *You* have opened an HSA with a qualified HSA Custodian;
- *You* are not covered (as a *dependent* or otherwise) under any other non-HDHP health plan (this includes a non-HSA compatible health flexible spending account); and
- *You* have certified that *you* are otherwise eligible to participate in the HSA (i.e., *you* (i) cannot be claimed as a tax dependent; (ii) are not enrolled in *Medicare* coverage; (iii) have qualifying HDHP coverage; and (iv) have no disqualifying coverage from any other source).

## MEDICAL SCHEDULE OF BENEFITS

**IMPORTANT INFORMATION ABOUT PLAN BENEFITS**

**Plan benefits and limits (e.g. visit or dollar limits) are applicable per *calendar year*, unless specifically stated otherwise.**

**When Plan benefit limits apply (e.g. visit or dollar limits), *PAR* and *Non-PAR provider* benefits accumulate together, unless specifically stated otherwise.**

This schedule provides an overview of the medical Plan benefits.  For a more detailed description of this Plan's medical benefits, refer to the "Medical Covered Expenses" section.

| MEDICAL AND PRESCRIPTION DRUG DEDUCTIBLES, MEDICAL COINSURANCE, OUT-OF-POCKET LIMITS AND MEDICAL OFFICE VISIT COPAYMENTS | | | |
|---|---|---|---|
| **BENEFIT FEATURES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Both medical and *prescription* drug *covered expenses* apply towards the medical and *prescription* drug *deductibles* outlined below and medical and *prescription* drug *out-of-pocket limits*.  Please see the "Prescription Drug Benefits" section of this *SPD* for a detailed description of *your prescription* drug coverage. | | | |
| Single Medical and *Prescription* Drug *Deductible* | $1,500 per *covered person* | $2,400 per *covered person* | $3,600 per *covered person* |
| Family Medical and *Prescription* Drug *Deductible* | $3,000 per covered family | $4,800 per covered family | $7,200 per covered family |
| Family medical *deductible* means a specified dollar amount that must be satisfied as a covered family, per *calendar year*, before this Plan pays benefits for certain specified *services*. | | | |
| Medical and *Prescription* Drug *Coinsurance* | The Plan pays100%, *you* pay 0% | The Plan pays 80%, *you* pay 20% | The Plan pays 60%, *you* pay 40% |

# MEDICAL AND PRESCRIPTION DRUG DEDUCTIBLES, MEDICAL COINSURANCE, OUT-OF-POCKET LIMITS AND MEDICAL OFFICE VISIT COPAYMENTS

| BENEFIT FEATURES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Single Medical and *Prescription* Drug *Out-of-Pocket Limit* | $1,500 per *covered person* | $4,800 per *covered person* | $7,200 per *covered person* |
| Family Medical and *Prescription* Drug *Out-of-Pocket Limit* | $3,000 per covered family | $8,150 per covered family | $14,400 per covered family |
| *Qualified Practitioner Primary Care Physician (PCP)* Office Visit *Copayment* | Not Applicable | Not Applicable | Not Applicable |
| *Qualified Practitioner* Specialist Office Visit *Copayment* | Not Applicable | Not Applicable | Not Applicable |
| *Retail Clinic Copayment* | Not Applicable | Not Applicable | Not Applicable |
| Primary Care Physician (PCP) is defined as a family practice physician, pediatrician, doctor of internal medicine, general practitioner, nurse practitioner, physician assistant and OB/GYN.  A specialist would be all other *qualified practitioners*. | | | |
| Lifetime Maximum Benefit | Unlimited | | |

15

MEDICAL SCHEDULE OF BENEFITS (continued)

## ROUTINE/PREVENTIVE CHILD CARE SERVICES
## BIRTH TO AGE 18
### (*Services* Received at a Clinic or Outpatient *Hospital*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Routine/Preventive Child Care Examination | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Child Care Vision Screening | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Child Care Hearing Screening | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Child Care Laboratory | 100% | 100% | 60% after *deductible* |
| Routine/Preventive Child Care X-ray | 100% | 100% | 60% after *deductible* |
| Routine/Preventive Child Care Immunizations (e.g. HPV Vaccine, Meningitis Vaccine, etc.) Immunizations are covered based on the recommendations by the Department of Health and Human Services - Centers for Disease Control and Prevention (www.cdc.gov) | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Child Care Flu/Pneumonia Immunizations | 100% | 100% | 60% after *deductible* |

15

**MEDICAL SCHEDULE OF BENEFITS (continued)**

### ROUTINE/PREVENTIVE ADULT CARE SERVICES
### AGE 18 AND OVER
### (*Services* Received at a Clinic or Outpatient *Hospital*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Routine/Preventive Adult Care Examination | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Adult Hearing Screening | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Adult Vision Screening | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Adult Care Laboratory | 100% | 100% | 60% after *deductible* |
| Routine/Preventive Adult Care X-ray | 100% | 100% | 60% after *deductible* |
| Routine/Preventive Adult Care Immunizations (e.g. Shingles Vaccine, Meningitis Vaccine, HPV Vaccine, etc.)<br><br>Immunizations are covered based on the recommendations by the Department of Health and Human Services - Centers for Disease Control and Prevention (www.cdc.gov) | Not Applicable | 100% | 60% after *deductible* |

15

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## ROUTINE/PREVENTIVE ADULT CARE SERVICES
## AGE 18 AND OVER
### (*Services* Received at a Clinic or Outpatient *Hospital*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Routine/Preventive Adult Care Flu/Pneumonia Immunizations | Not Applicable | 100% | 60% after *deductible* |
| Routine/Preventive Adult Care Mammograms<br><br>Routine Mammograms do not apply to child or adult age limits. | 100% | 100% | Not Covered |
| 3 D Mammography | 100% | 100% | Not Covered |
| 3 D Mammography Facility | 100% | 80% after *deductible* | Not Covered |
| 3 D Mammography Professional Claim | Not Covered | 100% | Not Covered |
| Routine/Preventive Mammogram Limits | One (1) per *covered person* annually age 40 and up or as *medically necessary* | | |
| Routine/Preventive Adult Care Pap Smears<br><br>Routine Pap Smears do not apply to child or adult age limits. | 100% | 100% | 60% after deductible |
| Routine/Preventive Pap Smear Limits | One (1) per *covered person* annually | | |

## ROUTINE/PREVENTIVE ADULT CARE SERVICES
## AGE 18 AND OVER
### (*Services* Received at a Clinic or Outpatient *Hospital*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Routine/Preventive Adult Care Colonoscopy, Proctosigmoidoscopy and Sigmoidoscopy Screenings (including related *services,* i.e. anesthesia) (performed at an outpatient facility, *ambulatory surgical center* or clinic location)<br><br>Colonoscopy, Proctosigmoidoscopy and Sigmoidoscopy Screenings are payable under this Routine/Preventive Adult Care Benefit when billed with a routine diagnosis. | 100% | 100% | 60% after deductible |
| Routine/Preventive Adult Care Colonoscopy, Proctosigmoidoscopy and Sigmoidoscopy Screening Limits | One (1) per *covered person* annually age 40 and up or as *medically necessary* | | |
| Routine/Preventive Prostate Specific Antigen (PSA) Testing | 100% | 100% | 60% after deductible |
| Routine/Preventive Adult Care Prostate Specific Antigen (PSA) Testing Limits | One (1) per *covered person* annually | | |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

### ROUTINE/PREVENTIVE ADULT CARE SERVICES
### AGE 18 AND OVER
#### (*Services* Received at a Clinic or Outpatient *Hospital*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Compression Stockings/Sleeves ( first pair) | 100% | 100% | 60% after deductible |
| Breast Feeding Counseling | 100% | 100% | Not Covered |
| Breast Feeding Support and Supplies | 100% | 100% | Not Covered |
| Contraceptive Methods - contraceptive devices (e.g. IUD or diaphragms), injections, implant insertion/removal, emergency contraceptives condoms; tubal ligation and tubal sterilization  Please refer to the Addendum in the Prescription Drug Benefits Section of this *Summary Plan Description (SPD.* | 100%  If *services* are not to prevent pregnancy, then they are payable the same as any other *sickness*. | 100%  If *services* are not to prevent pregnancy, then they are payable the same as any other *sickness*. | 60% after *deductible*  If *services* are not to prevent pregnancy, then they are payable the same as any other *sickness*. |
| Male Sterilization | Payable the same as any other *sickness*. | Payable the same as any other *sickness* | 60% after *deductible* |
| Male Contraceptives | Not covered | Not covered | Not covered |

17

| ROUTINE/PREVENTIVE ADULT CARE SERVICES AGE 18 AND OVER (*Services* Received at a Clinic or Outpatient *Hospital*) | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |

**Note:** If *services* are not to prevent pregnancy, then they will be payable the same as any other *sickness*.

**Note:** Excludes birth control pills/patches abortifacients and spermicide - refer to the Pharmacy Benefit for coverage for these and for *prescription* drug coverage for emergency contraceptives.

**Note:** To the extent required by the Affordable Care Act, age limits do not apply to breast feeding counseling, breast feeding support and supplies, contraceptive methods, male sterilization and male contraceptives.

| ROUTINE VISION SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Routine Vision Examination | Not Covered | Not Covered | Not Covered |
| Routine Vision Refraction | Not Covered | Not Covered | Not Covered |
| Eyeglass Frames and Lenses and Contact Lenses | Not Covered | Not Covered | Not Covered |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

### ROUTINE HEARING SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Routine Hearing Examination | Not Covered | 80% after *deductible* | 60% after *deductible* |
| Routine Hearing Testing | Not Covered | 80% after *deductible* | 60% after *deductible* |
| Hearing Aids and Fitting | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Routine Hearing Aids Limits | $3,000 every 24 months per covered Person | | |

### QUALIFIED PRACTITIONER SERVICES
### (Non-Routine/Non-Preventive Care *Services*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Diagnostic Office Examination at a Clinic – *Qualified Practitioner Primary Care Physician* | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Virtual Visit | Not Applicable | 80% after *deductible* | 60% after *deductible* |

19

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## QUALIFIED PRACTITIONER SERVICES
### (Non-Routine/Non-Preventive Care *Services*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Diagnostic Office Examination at a Clinic - *Qualified Practitioner Specialist* | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Office Examination at *Retail Clinic* including Second Surgical Opinion | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| If an office examination is billed from an outpatient location, the *services* will be payable the same as an office examination at a clinic. | | | |
| Diagnostic Laboratory at a Clinic | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Diagnostic X-ray at a Clinic (other than *advanced imaging*) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Independent Laboratory | Payable the same as diagnostic laboratory. | Payable the same as diagnostic laboratory. | Payable the same as diagnostic laboratory. |
| *Advanced Imaging* at a Clinic | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| 3D Mammography Professional Claim | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

<table>
<tr><td colspan="4" align="center"><strong>QUALIFIED PRACTITIONER SERVICES</strong><br>(<strong>Non-Routine/Non-Preventive Care</strong> <em>Services</em>)</td></tr>
<tr>
<th>MEDICAL SERVICES</th>
<th>TIER 1 PROVIDER (NORTHSIDE HOSPITAL)</th>
<th>TIER 2 BENEFIT (PAR PROVIDER)</th>
<th>TIER 3 BENEFIT (NON-PAR PROVIDER)</th>
</tr>
<tr>
<td>Allergy Testing at a Clinic</td>
<td>Not Applicable</td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td>Allergy Serum/Vials at a Clinic</td>
<td>Not Applicable</td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td>Allergy Injections at a Clinic</td>
<td>Not Applicable</td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td>Injections at a Clinic (other than routine immunizations, contraceptive injections for birth control reasons and allergy injections)</td>
<td>100% after <em>deductible</em></td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td>Anesthesia at a Clinic</td>
<td>100% after <em>deductible</em></td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td>Second Surgical Opinion</td>
<td>Not Applicable</td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td><em>Surgery</em> at a Clinic (including <em>Qualified Practitioner</em>, <em>Assistant Surgeon</em> and Physician Assistant)</td>
<td>Not Applicable</td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
<tr>
<td>Medical and Surgical Supplies</td>
<td>Not Applicable</td>
<td>80% after <em>deductible</em></td>
<td>60% after <em>deductible</em></td>
</tr>
</table>

**MEDICAL SCHEDULE OF BENEFITS (continued)**

### QUALIFIED PRACTITIONER SERVICES
### (Non-Routine/Non-Preventive Care *Services*)

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Eyeglasses or Contact Lenses after Cataract *Surgery* (initial pair only) | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Diabetic Nutritional Counseling (*Diabetes Self-Management Training*) (all places of *service*) | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| *Diabetes Supplies* | Payable under the *prescription* drug benefits. | Payable under the *prescription* drug benefits. | Payable under the *prescription* drug benefits. |

### DENTAL/ORAL SURGERIES COVERED UNDER THE MEDICAL PLAN

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Dental/Oral *Surgeries* | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |

**Please refer to the "Medical Covered Expenses section", Dental/Oral Surgeries Covered Under the Medical Plan, for a list of oral surgeries covered under this benefit.**

Version 19.3

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| REVERSAL OF STERILIZATION AND ABORTIONS | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Reversal of Sterilization | Not Covered | Not Covered | Not Covered |
| Life Threatening Abortions | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| Elective Abortions | Not Covered | Not Covered | Not Covered |

| MATERNITY (Normal, C-Section and Complications) | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Inpatient *Hospital Room and Board* and Ancillary Facility *Services* | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |
| Birthing Center *Room and Board* and Ancillary *Services* | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |
| *Qualified Practitioner Services* | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |

23

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| MATERNITY (Normal, C-Section and Complications) | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| *Dependent* Daughter Maternity | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |
| Newborn Inpatient *Qualified Practitioner Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Newborn Inpatient Facility *Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

| INPATIENT SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Inpatient *Hospital Room and Board* and Ancillary Facility *Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| *Qualified Practitioner* Inpatient *Hospital* Visit | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| *Qualified Practitioner* Inpatient *Surgery* and Anesthesia | Not Applicable | 80% after *deductible* | 60% after *deductible* |

24

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| INPATIENT SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| *Qualified Practitioner* Inpatient Pathology and Radiology | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Private Duty Nursing (inpatient *hospital* only) | Not Applicable | Not Covered | Not Covered |

| SKILLED NURSING SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Skilled Nursing *Room and Board* and Ancillary Facility *Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Skilled Nursing Facility Yearly Limits | 120 day(s) per *covered person* | | |
| Skilled Nursing *Qualified Practitioner* Visit | Not Applicable | 80% after *deductible* | 60% after *deductible* |

25

## OUTPATIENT AND AMBULATORY SURGICAL CENTER SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| *Ambulatory Surgical Center* Facility *Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| *Ambulatory Surgical Center* Ancillary *Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* Facility Surgical *Services* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* Facility Non-Surgical *Services* (e.g. clinic facility *services*; observation) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* Surgical and Non-Surgical Ancillary *Services* (e.g. supplies; medication; anesthesia) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Outpatient Hospital Facility Diagnostic Laboratory and X-ray (other than advanced imaging) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* Facility Diagnostic Mammogram | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

26

## OUTPATIENT AND AMBULATORY SURGICAL CENTER SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Outpatient *Hospital* Facility *Advanced Imaging* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* and *Ambulatory Surgical Center Qualified Practitioner* Visit | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* and *Ambulatory Surgical Center Surgery* (including surgeon; *assistant surgeon*; and physician assistant) and Anesthesia | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Outpatient *Hospital* and *Ambulatory Surgical Center* Pathology and Radiology | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Outpatient Diagnostic Clinic – 3D Mammography | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Independent Lab Facility – Labs | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| EMERGENCY AND URGENT CARE SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Emergency Room Facility *Services* (true *emergency*) | 90% after *deductible* | Same as Par Tier 1 | Same as Par Tier 1 |
| Emergency Room Ancillary *Services* (e.g. laboratory; x-ray; supplies) (true *emergency*) | 90% after *deductible* | Same as Par Tier 1 | Same as Par Tier 1 |
| Emergency Room All Physician *Services* (including Emergency Room Physician, Radiologist, Pathologist, Anesthesiologist and ancillary *services* billed by an Emergency Room Physician) (true *emergency*) | Not Applicable | 80% after *deductible* | 60% after *deductible* |

28

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| EMERGENCY AND URGENT CARE SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Emergency Room Facility *Services* (non-emergency) | 90% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Emergency Room Ancillary *Services* (e.g. laboratory; x-ray; supplies) (non-emergency) | 90% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Emergency Room All Physician *Services* (including Emergency Room Physician, Radiologist, Pathologist, Anesthesiologist and ancillary *services* billed by an Emergency Room Physician) (non-emergency) | 90% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Urgent Care Center (facility, and ancillary *services* and *qualified practitioner services*) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| HOSPICE SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Hospice Inpatient *Room and Board* and Ancillary *Services* | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Hospice Outpatient (including hospice home visits) | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Hospice *Qualified Practitioner* Visit | Not Applicable | 80% after *deductible* | 60% after *deductible* |

| HOME HEALTH CARE SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Home Health Care *Services* | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Home Health Care Yearly Limits | 100 visit(s) per *covered person* | | |

Home therapy benefits will be reimbursed under the home health care benefit.

If therapies are done in the home (such as physical or occupational therapy), these therapy *services* will apply to the home health care limits.

If therapies and home health visits are done on the same day the *services* will track as one visit per day.

Version 19.3

| HOME HEALTH CARE SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Home Health Care Ancillary *Services* (excluding *durable medical equipment*, prosthetics and private duty nursing) | Not Applicable | 80% after *deductible* | 60% after *deductible* |

| DURABLE MEDICAL EQUIPMENT (DME) | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| *Durable Medical Equipment (DME)* | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Prosthesis | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Wigs for cancer patients with hair loss resulting from chemotherapy and/or radiation therapy | 100% after *deductible* | 100% after *deductible* | 100% after *deductible* |
| Wig Limits | One (1) wig per *covered person* per *calendar year*. | | |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| **DURABLE MEDICAL EQUIPMENT (DME)** | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Cochlear Implants | Payable the same as other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |
| Therapeutic Shoes and/or Inserts | Not Applicable | 80% after *deductible* | Same as PAR Tier 2 |
| Therapeutic Shoes and/or Inserts Dollar Limits | One (1) pair per *covered person* per *calendar year* | | |
| Compression Stockings | 100% | Not Covered | Not Covered |

| **SPECIALTY DRUGS** | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| *Specialty Drugs* (*Qualified Practitioner's* Office Visit, Home Health Care, Freestanding Facility and Urgent Care) | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |
| Specialty Drugs administered for Home Health Care | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |

Version 19.3

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| SPECIALTY DRUGS | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| *Specialty Drugs* (Emergency Room, *Ambulance*, Inpatient *Hospital*, Outpatient *Hospital* and Skilled Nursing Facility) | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |

| AMBULANCE SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Ground *Ambulance* | Not Applicable | 80% after *deductible* | Same as PAR Tier 2 |
| Air *Ambulance* | Not Applicable | 80% after *deductible* | Same as PAR Tier 2 |
| Air *ambulance* is limited to a maximum benefit of $10,000 per *calendar year.* | | | |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| MORBID OBESITY SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| The following *services* will be covered under the *morbid obesity* benefit: examinations/qualified practitioner visits; laboratory and x-ray and other diagnostic testing, *bariatric surgery*; inpatient facility services; outpatient facility services, home health care, *durable medical equipment,* physical/occupational therapy and nutritional counseling. Facility *services* for Tier 3 are not covered. | | | |
| *Morbid Obesity* | Payable the same as any other *sickness* | 50% after *deductible* | Payable the same as any other *sickness* for the physician *services* listed above. Facility *services* are not covered. |
| *Morbid Obesity* Lifetime Limits | No Limits for Tier 1 only. $10,000 per *covered person* for Tier 2 and Tier 3.  The dollar limit applies to the following *morbid obesity* benefits: examinations/*qualified practitioner* visits; laboratory and x-ray, and other diagnostic testing; inpatient facility *services*; outpatient facility *services*; *durable medical equipment*; *bariatric surgery,* home health care, physical/occupational therapy and nutritional counseling. | | |

Version 19.3

## OBESITY SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| The following *services* will be covered under the *morbid obesity* benefit: examinations/qualified practitioner visits; laboratory and x-ray and other diagnostic testing; inpatient facility services; outpatient facility services, home health care, *durable medical equipment,* physical/occupational therapy and nutritional counseling. Facility *services* for Tier 3 are not covered. | | | |
| Obesity(excluding *bariatric surgery*) | Payable the same as any other *sickness* | 50% after *deductible* | Payable the same as any other *sickness* for the physician *services* listed above. Facility *services* are not covered. |
| *Morbid Obesity* Lifetime Limits | No Limits for Tier 1 only. $10,000 per *covered person* for Tier 2 and Tier 3.  The dollar limit applies to the following *morbid obesity* benefits: examinations/*qualified practitioner* visits; laboratory and x-ray, and other diagnostic testing; inpatient facility *services*; outpatient facility *services*; *durable medical equipment*; home health care, physical/occupational therapy and nutritional counseling. | | |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| TEMPOROMANDIBULAR JOINT DYSFUNCTION (TMJ) | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Temporomandibular Joint Dysfunction (TMJ) (Other than Splint/Appliances) | Payable the same as other *sickness* | Payable the same as any other *sickness* | Not Covered |
| Temporomandibular Joint Dysfunction (TMJ) Splint/Appliances | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any other *sickness* |
| Temporomandibular Joint Dysfunction (TMJ) *Surgery* Limits | Two (2) *surgeries* per *covered person* per *calendar year*. | | |

| DENTAL INJURY SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| *Dental Injuries* | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| **Please see the "Medical Covered Expenses" section, Dental Injury, for benefit details.** | | | |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| INFERTILITY SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Infertility Counseling and Treatment | Not Covered | Not Covered | Not Covered |
| Artificial Means of Achieving Pregnancy | Not Covered | Not Covered | Not Covered |
| Sexual Dysfunction/Impotence (with underlying medical condition) | Payable the same as any other *sickness* | Payable the same as any other *sickness* | Payable the same as any *other sickness* |
| Sexual Dysfunction/Impotence related to a *Mental Health Disorder* | Not Covered | Not Covered | Not Covered |

| THERAPY SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Chiropractic Examinations | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Chiropractic Laboratory | Not Applicable | 80% after *deductible* | 60% after *deductible* |

Version 19.3

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| THERAPY SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Chiropractic X-ray | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Chiropractic Manipulations | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Chiropractic Therapy | Not Covered | 80% after *deductible* | 60% after *deductible* |
| Chiropractic Limits | 10 visits per *covered person* per *calendar year*<br><br>The dollar limit applies to the following chiropractic benefits, office visit; therapies and manipulations. | | |
| Physical therapy, when provided by a chiropractor, will deplete the chiropractic limits. | | | |
| Physical Therapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Occupational Therapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Speech Therapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Cognitive Therapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Physical, occupational, speech and cognitive therapies are subject to medical necessity after 15 visits. | | | |

Version 19.3

**MEDICAL SCHEDULE OF BENEFITS (continued)**

| THERAPY SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Acupuncture | Not Covered | Not Covered | Not Covered |
| Respiratory Therapy and Pulmonary Therapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Vision Therapy (eye exercises to strengthen the muscles of the eye) (Clinic and Outpatient) | Not Covered | Not Covered | Not Covered |
| Chemotherapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Radiation Therapy (Clinic and Outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Aquatic Therapy | 100% after *deductible* | Not Covered | Not Covered |
| Cardiac Rehabilitation (Phase II)  Phase I is covered under the inpatient facility benefits.  Phase III, an unsupervised exercise program, is not covered. | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

39

**MEDICAL SCHEDULE OF BENEFITS (continued)**

# TRANSPLANT SERVICES

*Preauthorization* is required, if *preauthorization* is not received, organ transplant *services* will not be covered.

Effective January 1, 2012, the Plan will pay in network benefits only for procedures performed at facilities participating in Humana's Specialty Transplant Network. All other transplants will be paid at out of network level.

Procedures pre-approved to take place at a non-Humana Specialty Transplant Network facility prior to January 1, 2012 but that take place after the effective date of this amendment will be paid at in network levels if the facility participates in Humana's general network and at out of network levels if the facility does not participate in Humana's general network.

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL FACILITY) | TIER 2 BENEFIT (HUMANA NATIONAL TRANSPLANT NETWORK FACILITY) | TIER 3 BENEFIT (NON-HUMANA NATIONAL TRANSPLANT NETWORK FACILITY) |
|---|---|---|---|
| Organ Transplant Medical *Services* | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| Non-Medical *Services* – Lodging and Transportation | 100% | 100% | Not Covered |
| Organ Transplant Medical *Services* Limits | None | None | None |
| Non-Medical *Services* - Lodging and Transportation Combined Limits | $10,000 per covered transplant | $10,000 per covered transplant | Not applicable – lodging is not covered for a Non-Humana National Transplant Network provider |

*Covered expenses* for organ transplants performed at a Northside Hospital or Humana National Transplant Network facility will aggregate toward the Plan *out-of-pocket limits*. *Covered expenses* for organ transplants performed at a facility other than a Northside Hospital or Humana National Transplant Network facility do not aggregate toward the Plan *out-of-pocket limits*.

| TRANSGENDER COVERAGE | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Gender Conforming *Surgery*/Gender Reassignment (*Surgery* & Facility) | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| *Services* supporting *gender dysphoria* | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |

| BEHAVIORAL HEALTH INPATIENT SERVICES | | | |
|---|---|---|---|
| **MEDICAL SERVICES** | **TIER 1 PROVIDER (NORTHSIDE HOSPITAL)** | **TIER 2 BENEFIT (PAR PROVIDER)** | **TIER 3 BENEFIT (NON-PAR PROVIDER)** |
| Inpatient Behavioral Health Room and Board and Ancillary Services | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* |
| Inpatient *Behavioral Health* Professional *Services* | Not applicable | Payable the same as medical inpatient physician | Payable the same as medical inpatient physician |

41

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## BEHAVIORAL HEALTH INPATIENT SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| *Behavioral Health Residential Treatment Facility Services* | Not Covered | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| *Behavioral Health* Half-way House *Services* | Not Covered | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* |
| *Inpatient Nutritional Counseling for eating disorders* | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* |
| The inpatient *behavioral health coinsurance* amounts will reduce the Plan *out-of-pocket limits*. | | | |

## BEHAVIORAL HEALTH PARTIAL HOSPITALIZATION SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Behavioral Health Partial Hospitalization Services | Payable the same as medical outpatient non-surgical *hospital services*. | Payable the same as medical outpatient non-surgical *hospital services*. | Payable the same as medical outpatient non-surgical *hospital services*. |

Version 19.3

# BEHAVIORAL HEALTH CLINIC, OUTPATIENT AND INTENSIVE OUTPATIENT SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| *Behavioral Health* Therapy and Office Visit *Services* (Clinic, Outpatient, Intensive Outpatient and *Virtual Visit*) | Not Applicable | Payable the same as medical primary care physician office visit | 60% after *deductible* |

*Behavioral health services* not listed above, such as laboratory and x-ray, are payable the same as the *qualified practitioner* or facility, based on place of *service*.

*Prescription* drug expenses for the treatment of *behavioral health services* are covered under the Prescription Drug Benefit.

| | | | |
|---|---|---|---|
| Residential Treatment Outpatient Services | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| Outpatient Facility MRI, MRA, PET, CAT, SPECT Scans | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Clinic Injections, other than routine immunizations, flu or pneumonia, contraceptive for birth control reasons, and allergy injections | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## BEHAVIORAL HEALTH CLINIC, OUTPATIENT AND INTENSIVE OUTPATIENT SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Nutritional Counseling for Eating Disorders | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* | Payable the same as medical inpatient *hospital* |
| Autism (excludes *ABA therapy*) | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness* |
| *Applied Behavioral Analysis (ABA) Therapy* | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness* |

## BEHAVIORAL HEALTH SKILLED NURSING SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Skilled Nursing Room & Board and Ancillary Facility Services | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Skilled Nursing *Qualified Practitioner* visit | Not Applicable | 80% after *deductible* | 40% after *deductible* |

44

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## BEHAVIORAL HEALTH EMERGENCY AND URGENT CARE SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Emergency Room MRI, MRA, PET, CAT, SPECT scans | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Urgent Care Facility, Ancillary and *Qualified Practitioner* services | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

## BEHAVIORAL HEALTH HOME HEALTH SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Home Health Care | Not Applicable | 80% after *deductible* | 60% after *deductible* |
| Home Health Care Ancillary Services (excluding DME, Prosthetics and Private duty Nursing) | Not Applicable | 80% after *deductible* | 60% after *deductible* |

45

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## BEHAVIORAL HEALTH SPECIALTY DRUG MEDICAL BENEFIT

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| *Specialty drugs* administered at a *qualified practitioner* office visit, freestanding facility or urgent care facility | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |
| Specialty drugs administered for home health care | Payable the same as any other sickness- Humana Pharmacy home health care.<br><br>Payable the same as any other sickness- other home health care. | Payable the same as any other sickness. | Payable the same as any other sickness. |
| *Specialty drugs* administered in an emergency room, ambulance, inpatient *hospital*, skilled nursing facility or outpatient *hospital*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |

46

**MEDICAL SCHEDULE OF BENEFITS (continued)**

## BEHAVIORAL HEALTH THERAPY SERVICES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Physical therapy (clinical and outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Occupational therapy (clinical and outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Speech therapy (clinical and outpatient | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |
| Cognitive therapy (clinical and outpatient) | 100% after *deductible* | 80% after *deductible* | 60% after *deductible* |

## OTHER COVERED EXPENSES

| MEDICAL SERVICES | TIER 1 PROVIDER (NORTHSIDE HOSPITAL) | TIER 2 BENEFIT (PAR PROVIDER) | TIER 3 BENEFIT (NON-PAR PROVIDER) |
|---|---|---|---|
| Other Covered Expenses | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. | Payable the same as any other *sickness*. |

47

## MEDICAL COVERED EXPENSES

### HOW BENEFITS PAY

This Plan may require *you* to satisfy *deductible(s)* before this Plan begins to share the cost of most medical *services*. If a *deductible* is required to be met before benefits are payable under this Plan, when it is satisfied, this Plan will share the cost of *covered expenses* at the *coinsurance* percentage until *you* have reached any applicable *out-of-pocket limit*. After *you* have met the *out-of-pocket limit*, if any, this Plan will pay *covered expenses* at 100% for the rest of the *calendar year*, subject to the *maximum allowable fee(s)*, any *maximum benefits* and all other terms, provisions, limitations and exclusions of this Plan. Any applicable *deductible*, *coinsurance* and *out-of-pocket limits* amounts, medical *services* and medical *service* limits are stated on the Medical Schedule of Benefits.

### DEDUCTIBLE

A *deductible* is a specified dollar amount that must be satisfied, either individually or combined as a covered family, per *calendar year* before this Plan pays benefits for certain specified *services*. Only charges which qualify as a *covered expense* may be used to satisfy the deductible. The single and family *deductible* amounts are stated on the Medical Schedule of Benefits. *Preauthorization* penalties and *prescription* drugs payable under the Prescription Drug Benefit do not apply toward the *deductibles*.

*You* must satisfy the separate Tier 1, Tier 2 and Tier 3 deductibles before the Plan will pay any benefits. If *you* use a combination of Tier 2 and Tier 3 providers, the Tier 2 and Tier 3 deductible amounts will reduce each other. The Tier 2 and Tier 3 *deductible* amounts will reduce the Tier 1 *deductible*.

#### Single Deductible

The single *deductible* applies to each *covered person* each *calendar year*. Once a *covered person* meets their single *deductible*, this Plan will begin to pay benefits for that *covered person*.

#### Family Deductible

The family *deductible* is the total *deductible* applied to all *covered persons* in one family in a *calendar year*. Each *covered person* must first meet their own individual *deductible* until the total amount of *deductible* expenses paid by all family members meets the overall family *deductible*. Oncet the family *deductible is met*, this Plan will begin to pay benefits for all *covered persons* in the family.

#### PAR and Non-PAR Deductible Accumulation

If *you* and/or *your* covered *dependents* use a combination of Tier 1, Tier 2 and Tier 3 *providers*, the Tier 1, Tier 2 and Tier 3 *deductibles* will reduce each other and will reduce the *out-of-pocket limits*.

### COINSURANCE

*Coinsurance* means the shared financial responsibility for *covered expenses* between the *covered person* and this Plan.

*Covered expenses* are payable at the applicable *coinsurance* percentage rate shown on the Medical Schedule of Benefits after the *deductible*, if any, is satisfied each *calendar year*, subject to any *calendar year* maximums.

## OUT-OF-POCKET LIMIT

An *out-of-pocket limit* is a specified dollar amount that must be satisfied, either individually or combined as a covered family, per *calendar year* before a benefit percentage will be increased.  The single and family *out-of-pocket limits* are stated on the Medical Schedule of Benefits.

Any amount applied to the Prior Plan's *PAR provider out-of-pocket limit* or stop-loss limit will be credited toward the satisfaction of any *PAR provider out-of-pocket limit* of this Plan if the amount applied under the Prior Plan:

- Qualifies as a *covered expense* under this Plan and
- Would have served to partially or fully satisfy the *out-of-pocket limit* under this Plan for the *year* in which *your* coverage becomes effective.

**Single Out-of-Pocket Limits**

Once a *covered person* satisfies the separate single *deductible* and *out-of-pocket limits*, this Plan will pay 100% of *covered expenses* for the remainder of the *calendar year* for that *covered person*, unless specifically indicated, subject to any *calendar year* maximums.  The single *out-of-pocket limits* include the *deductible* and *coinsurance*.

**Family Out-of-Pocket Limit**

Once the family *out-of-pocket limit* is met by a combination of *you* and/or *your* covered *dependents*, this Plan will pay 100% of *covered expenses* for the remainder of the *calendar year* for the family, unless specifically indicated, subject to any *calendar year* maximums.  The family *out-of-pocket limits* include the *deductible* and *coinsurance*.

**PAR and Non-PAR Out-of-Pocket Limit Accumulation**

If *you* and/or *your* covered *dependents* use a combination of Tier 1, Tier 2 and Tier 3 *providers*, the Tier 1, Tier 2 and Tier 3 *out-of-pocket limits* will reduce each other.

Penalties, Tier 3 *specialty drugs* and Tier 3 transplant *services* are not applied to the Family Out-of-Pocket Limit.

## ROUTINE/PREVENTIVE SERVICES

*Covered expenses* are payable as shown on the Medical Schedule of Benefits and include the preventive *services* appropriate for *you* as recommended by the U.S. Department of Health and Human Services (HHS) for *your plan year* as follows:

- Services with an A or B rating in the current recommendations of the U. S. Preventive Services Task Force (USPSTF).

- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).

- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).

- Preventive care for women provided in the comprehensive guidelines supported by HRSA.

For the recommended preventive *services* that apply to *your plan year*, refer to website at the www.healthcare.gov website or call the toll-free customer service telephone number listed on *your* Humana ID card.

The exclusion for *services* which are not *medically necessary* does not apply to routine/preventive care *services*.

No benefits are payable under this routine/preventive care benefit for a medical examination for a *bodily injury* or *sickness*, a medical examination caused by or resulting from pregnancy, or a dental examination.

## QUALIFIED PRACTITIONER SERVICES

*Qualified practitioner services* are payable as shown on the Medical Schedule of Benefits.

### Second Surgical Opinion

If *you* obtain a second surgical opinion, the *qualified practitioners* providing the surgical opinions MUST NOT be in the same group practice or clinic.  If the two opinions disagree, *you* may obtain a third opinion.  Benefits for the third opinion are payable the same as for the second opinion.  The *qualified practitioner* providing the second or third surgical opinion may confirm the need for *surgery* or present other treatment options.  The decision whether or not to have the *surgery* is always *yours*.

### Multiple Surgical Procedures

If multiple or bilateral surgical procedures are performed during the same day, the *surgeries* will be paid according to the *provider contract* for a *participating provider*.  When a *non-participating provider* is utilized, the *surgery* with the highest *maximum allowable fee* monetary amount will be allowed at 100% of the *maximum allowable fee.*  For each additional *surgery* for a *non-participating provider* the amount allowed will be: a) 50% of the *maximum allowable fee* for the *surgery* with the second highest *maximum allowable fee* monetary amount; and b) 25% of the *maximum allowable fee* for all the other surgeries.

### Assistant Surgeon

Services for an *assistant surgeon.*  The *assistant surgeon* will be paid according to the *provider contract* if they are a *network provider*.  This Plan will allow the *assistant surgeon* 16% of the *maximum allowable fee* for the *surgery* that would apply if the *assistant surgeon* were the primary surgeon.

### Physician Assistant

Services for a physician assistant (P.A.), The P.A., will be paid according to the *provider contract* if they are a *network provider*.  This Plan will allow the P.A. 10% of the *maximum allowable fee* for the *surgery* that would apply if the P.A. were the primary surgeon.

## REVERSAL OF STERILIZATION AND ABORTIONS

Family planning *services* are payable as shown on the Medical Schedule of Benefits.

The exclusion for *services* which are not *medically necessary* does not apply to family planning *services*, except life-threatening abortions.

## DENTAL/ORAL SURGERIES COVERED UNDER THE MEDICAL PLAN

Oral surgical operations due to a *bodily injury* or *sickness* are payable as shown on the Medical Schedule of Benefits and include the following procedures:

- Excision of partially or completely unerupted impacted teeth;

- Excision of tumors and cysts of the jaws, cheeks, lips, tongue, roof / floor of the mouth in conjunction with a pathological examination;

- Surgical procedures required to correct accidental injuries of the jaws, cheeks, lips, tongue, roof and floor of the mouth;

- Reduction of fractures and dislocations of the jaw;

- External incision and drainage of cellulitis;

- Incision of accessory sinuses, salivary glands or ducts;

- Dental osteotomies.

## MATERNITY

Maternity *services*, including normal maternity, c-section and complications, are payable as shown on the Medical Schedule of Benefits.

Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any *hospital* length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following an uncomplicated vaginal delivery and 96 hours following an uncomplicated cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). An attending provider is defined as an individual who is licensed under applicable state law to provide maternal or pediatric care and who is directly responsible for providing such care to a mother or newborn child. The definition of attending provider does not include a plan, *hospital*, managed care organization or other issuer. In any case, plans may not, under Federal law, require that a provider obtain authorization from the Plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

**MEDICAL COVERED EXPENSES (continued)**

**Newborns**

*Covered expenses* incurred during a newborn child's initial inpatient *hospital confinement* include *hospital* expenses for nursery *room and board* and miscellaneous *services*, *qualified practitioner's* expenses for circumcision and *qualified practitioner's* expenses for routine examination before release from the *hospital*. *Covered expenses* also include *services* for the treatment of a *bodily injury* or *sickness*, care or treatment for premature birth and medically diagnosed birth defects and abnormalities.

Please refer to the "Eligibility and Effective Date of Coverage" section regarding newborn eligibility and enrollment.

**Birthing Centers**

A birthing center is a free standing facility, licensed by the state, which provides prenatal care, delivery, immediate postpartum care and care of the newborn child. *Services* are payable when incurred within 48 hours after *confinement* in a birthing center for *services* and supplies furnished for prenatal care and delivery.

## INPATIENT HOSPITAL

Inpatient *hospital services* are payable as shown on the Medical Schedule of Benefits, and include charges made by a *hospital* for daily semi-private, ward, intensive care or coronary care *room and board* charges for each day of *confinement* and *services* furnished for *your* treatment during *confinement*. Benefits for a private or single-bed room are limited to the *maximum allowable fee* charged for a semi-private room in the *hospital* while *confined*.

## SKILLED NURSING FACILITY

*Expenses incurred* for daily room and board and general nursing *services* for each day of *confinement* in a skilled nursing facility are payable as shown on the Medical Schedule of Benefits. The daily rate will not exceed the maximum daily rate established for licensed skilled nursing care facilities by the Department of Health and Social Services.

*Covered expenses* for a skilled nursing facility *confinement* are payable when the *confinement*:

- Occurs while *you* or an eligible *dependent* are covered under this Plan;

- Begins after discharge from a *hospital confinement* or a prior covered skilled nursing facility *confinement*;

- Is necessary for care or treatment of the same *bodily injury* or *sickness* which caused the prior *confinement*; and

- Occurs while *you* or an eligible *dependent* are under the regular care of a physician.

Skilled nursing facility means only an institution licensed as a skilled nursing facility and lawfully operated in the jurisdiction where located.  It must maintain and provide:

- Permanent and full-time bed care facilities for resident patients;

- A physician's *services* available at all times;

- 24-hour-a-day skilled nursing *services* under the full-time supervision of a physician or registered *nurse* (R.N.);

- A daily record for each patient;

- Continuous skilled nursing care for sick or injured persons during their convalescence from *sickness* or *bodily injury*; and

- A utilization review plan.

A skilled nursing facility is not except by incident, a rest home, a home for care of the aged, or engaged in the care and treatment of *mental health* or *substance abuse*.

## OUTPATIENT AND AMBULATORY SURGICAL CENTER

Outpatient facility and *ambulatory surgical center services* are payable as shown on the Medical Schedule of Benefits.

## EMERGENCY AND URGENT CARE SERVICES

*Emergency* and urgent care *services* are payable as shown on the Medical Schedule of Benefits.

## HOSPICE SERVICES

Hospice *services* are payable as shown on the Medical Schedule of Benefits, and must be furnished in a hospice facility or in *your* home.  A *qualified practitioner* must certify *you* are terminally ill with a life expectancy of 18 months or less.

For hospice *services* only, *your* immediate family is considered to be *your* spouse, children or step-children.

*Covered expenses* are payable for the following hospice *services*:

- *Room and board* and other *services* and supplies;

- Part-time nursing care by, or supervised by, a registered *nurse* for up to 8 hours in any one day;

- Counseling *services* by a *qualified practitioner* for the hospice patient and the immediate family;

**MEDICAL COVERED EXPENSES (continued)**

- Medical social *services* provided to *you* or *your* immediate family under the direction of a *qualified practitioner,* which include the following:
  - o   Assessment of social, emotional and medical needs, and the home and family situation; and
  - o   Identification of the community resources available.

- Psychological and dietary counseling;

- Physical therapy;

- Part-time home health aide service for up to 8 hours in any one day;

- Medical supplies, drugs and medicines prescribed by a *qualified practitioner* for *palliative care*.

Hospice care benefits do NOT include:

- A *confinement* not required for pain control or other acute chronic symptom management;

- Bereavement counseling services for family members that are not covered under this Plan.

- Funeral arrangements;

- Financial or legal counseling, including estate planning or drafting of a will;

- Homemaker or caretaker *services*, including a sitter or companion *services*;

- Housecleaning and household maintenance;

- *Services* of a social worker other than a licensed clinical social worker;

- *Services* by volunteers or persons who do not regularly charge for their *services*; or

- *Services* by a licensed pastoral counselor to a member of his or her congregation when *services* are in the course of the duties to which he or she is called as a pastor or minister.

Hospice care program means a written plan of hospice care, established and reviewed by the *qualified practitioner* attending the patient and the hospice care agency, for providing *palliative care* and supportive care to hospice patients.  It offers supportive care to the families of hospice patients, an assessment of the hospice patient's medical and social needs, and a description of the care to meet those needs.

Hospice facility means a licensed facility or part of a facility which principally provides hospice care, keeps medical records of each patient, has an ongoing quality assurance program and has a physician on call at all times.  A hospice facility provides 24-hour-a-day nursing *services* under the direction of a R.N. and has a full-time administrator.

Version 19.3

**MEDICAL COVERED EXPENSES (continued)**

Hospice care agency means an agency which has the primary purpose of providing hospice *services* to hospice patients.  It must be licensed and operated according to the laws of the state in which it is located and meets all of these requirements: (1) has obtained any required certificate of need; (2) provides 24-hours a day, 7 day-a-week service supervised by a *qualified practitioner*; (3) has a full-time coordinator; (4) keeps written records of *services* provided to each patient; (5) has a *nurse* coordinator who is a R.N., who has four years of full-time clinical experience, of which at least two involved caring for terminally ill patients; and, (6) has a licensed social service coordinator.

A hospice care agency will establish policies for the provision of hospice care, assess the patient's medical and social needs and develop a program to meet those needs.  It will provide an ongoing quality assurance program, permit area medical personnel to use its *services* for their patients, and use volunteers trained in care of, and *services* for, non-medical needs.

## HOME HEALTH CARE

*Expenses incurred* for home health care are payable as shown on the Medical Schedule of Benefits.  The maximum weekly benefit for such coverage may not exceed the maximum allowable weekly cost for care in a skilled nursing facility.

Each visit by a home health care provider for evaluating the need for, developing a plan, or providing *services* under a home health care plan will be considered one home health care visit.  Up to 4 consecutive hours of service in a 24-hour period is considered one home health care visit.  A visit by a home health care provider of 4 hours or more is considered one visit for every 4 hours or part thereof.

Home health care provider means an agency licensed by the proper authority as a home health agency or *Medicare* approved as a home health agency.

Home health care will not be reimbursed unless this Plan determines:

- Hospitalization or *confinement* in a skilled nursing facility would otherwise be required if home care were not provided;

- Necessary care and treatment are not available from a *family member* or other persons residing with *you*; and

- The home health care *services* will be provided or coordinated by a state-licensed or *Medicare*-certified home health agency or certified rehabilitation agency.

The home health care plan must be reviewed and approved by the *qualified practitioner* under whose care *you* are currently receiving treatment for the *bodily injury* or *sickness* which requires the home health care.

The home health care plan consists of:

- Care provided by *nurse*;

- Physical, speech, occupational and respiratory therapy; and

- Medical social work and nutrition services; and

- Medical appliances, equipment and laboratory services.

Home health care benefits do not include:

- Charges for mileage or travel time to and from the *covered person's* home;

- Wage or shift differentials for home health care providers;

- Charges for supervision of home health care providers.

## DURABLE MEDICAL EQUIPMENT (DME)

*Durable medical equipment (DME)* is payable as shown on the Medical Schedule of Benefits and includes *DME* provided within a *covered person's* home.  Rental is allowed up to, but not to exceed, the total purchase price of the *durable medical equipment (DME)*.  This Plan, at its option, may authorize the purchase of *DME* in lieu of its rental, if the rental price is projected to exceed the purchase price.  Oxygen and rental of equipment for its administration and insulin infusion pumps in the treatment of diabetes are considered *DME*.

Repair or maintenance of purchased *DME* is a *covered expense* if:

- The manufacturer's warranty is expired; and

- Repair or maintenance is not a result of misuse or abuse; and

- Maintenance is not more frequent than every 6 months; and

- The repair cost is less than the replacement cost.

Replacement of purchased *DME* is a *covered expense* if:

- The manufacturer's warranty is expired; and

- The replacement cost is less than the repair cost; and

- The replacement is not due to lost or stolen equipment or misuse or abuse of the equipment; or

- Replacement is required due to a change in condition that makes the current equipment non-functional.

Duplicate *DME* is not covered.

### Prosthetics

Initial prosthetic devices or supplies, including but not limited to, limbs and eyes are payable as shown on the Medical Schedule of Benefits.  Coverage will be provided for prosthetic devices necessary to restore minimal basic function.  Replacement is a *covered expense* if due to pathological changes.  . Repair of the basic prosthetic device, including replacing a part or putting together what is broken, is a *covered expense*.

MEDICAL COVERED EXPENSES (continued)

## SPECIALTY DRUG MEDICAL BENEFIT

*Specialty drugs* are payable as shown on the Medical Schedule of Benefits.  For more information regarding the specific *specialty drugs* covered under this Plan, please call the toll-free customer service telephone number listed on *your* Humana ID card or visit Humana's website at www.humana.com.

## AMBULANCE

Local professional ground or air *ambulance* service to the nearest *hospital* equipped to provide the necessary treatment is covered as shown on the Medical Schedule of Benefits.  *Ambulance* service must not be provided primarily for the convenience of the patient or the *qualified practitioner*.

*Ambulance* services for *emergency care* provided by a *Non PAR provider* will be covered at the *PAR provider* benefit, as specified in the Ambulance benefit on the "Schedule of Benefits", subject to the *maximum allowable fee*.  *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee*.  *You* may be required to pay any amount not paid by this Plan.

## MORBID OBESITY

*Morbid obesity services* are payable as shown on the Medical Schedule of Benefits.

*Covered persons* are eligible for *bariatric surgery* ONLY if:

- The patient is age 18 or older; and

- The patient meets the definition of *morbid obesity* as defined in the Definitions section; and

- Physician-supervised nutrition and exercise program; member has participated in physician-supervised nutrition and exercise program (including dietitian consultation, low calorie diet, increased physical activity, and behavioral modifications), documented in the medical record at each visit.

- The physician- supervised program must meet the following criteria:

  o   Member's participation documented in the medical record by attending physician who supervised the member.

  o   The program may be administered as part of the surgical preparative regimen, and can be supervised by the surgeon who will perform the surgery or by some other physician.

  o   The program must have a substantial face- to- face component.

  o   Nutrition and exercise program(s) must be for a cumulative total of four (4) months or longer in duration and occur within 2 years prior to surgery.

- The patient utilizes facilities/*qualified practitioners* designated by Humana as approved Bariatric Service Providers;

- Surgical procedures for the removal of excess skin and/or fat in conjunction with or resulting from weight loss or weight loss surgery are not covered.

- The hospital in which surgery is being performed must first be a Northside Facility, but, if this is not an option, it must be a Center of Excellence and the surgeon to participate in Center of Excellence program (through ASBS).

*Covered persons* MAY be eligible for repeat *bariatric surgery* if the standard criteria is met as listed on the Humana Coverage Policy.

## OBESITY

Obesity *services* are payable as shown on the Medical Schedule of Benefits.

## TEMPOROMANDIBULAR JOINT DYSFUNCTION (TMJ)

*Covered expenses* are payable as shown on the Medical Schedule of Benefits for any jaw joint problem including any temporomandibular joint disorder, craniomaxillary, craniomandibular disorder or other conditions of the joint linking the jaw bone and skull and treatment of the facial muscles used in expression and mastication functions, for symptoms including but not limited to, headaches.  These expenses do not include charges for orthodontic *services*.

## DENTAL INJURY

*Dental injury services* are payable as shown on the Medical Schedule of Benefits and include charges for initial extraction and initial replacement of a *sound natural tooth* lost due to a *dental injury*.

*Services* for teeth injured as a result of chewing are not covered. Biting or chewing injuries as a result of an act of domestic violence or a medical condition (including both physical and mental health conditions) are a *covered expense*.

*Services* must begin within 90 days after the date of the *dental injury*.  *Services* must be completed within 12 months after the date of the *dental injury*.

Benefits will be paid only for *expenses incurred* for the least expensive *service* that will produce a professionally adequate result as determined by this Plan.

## THERAPY SERVICES

Therapy *services* are payable as shown on the Medical Schedule of Benefits.

### Chiropractic Care

Chiropractic care for the treatment of a *bodily injury* or *sickness* is payable as shown on the Medical Schedule of Benefits.

## TRANSPLANT SERVICES

This Plan will pay benefits for the expense of a transplant as defined below for a *covered person* when approved in advance by Humana, subject to those terms, conditions and limitations described below and contained in this Plan.  Please call the customer service phone number listed on the back of *your* ID card when in need of these *services*.

### Preauthorization

*Preauthorization* is required.  If *preauthorization* is not received, transplant *services* will not be covered.

### Covered Organ Transplant

Only the *services*, care and treatment received for, or in connection with, the pre-approved transplant of the organs identified hereafter, which are determined by Humana to be *medically necessary services* and which are not *experimental, investigational or for research purposes* will be covered by this Plan.  The transplant includes: pre-transplant *services*, transplant inclusive of any integral chemotherapy and associated *services*, post-discharge *services* and treatment of complications after transplantation for or in connection with only the following procedures:

- Heart;

- Lung(s);

- Liver;

- Kidney;

- Bone Marrow;

- Intestine;

- Pancreas;

- Auto islet cell;

- Any combination of the above listed organs;

- Any organ not listed above required by federal law.

Corneal transplants and porcine heart valve implants, which are tissues rather than organs, are considered part of regular plan benefits and are subject to other applicable provisions of this Plan.

For a transplant to be considered fully approved, prior written approval from Humana is required in advance of the transplant.  *You* or *your qualified practitioner* must notify Humana in advance of *your* need for an initial transplant evaluation in order for Humana to determine if the transplant will be covered.  For approval of the transplant itself, Humana must be given a reasonable opportunity to review the clinical results of the evaluation before rendering a determination.

---

**MEDICAL COVERED EXPENSES (continued)**

---

Once the transplant is approved, Humana will advise the *covered person's qualified practitioner*.  Benefits are payable only if the pre-transplant *services*, the transplant and post-discharge *services* are approved by Humana.

## Exclusions

No benefit is payable for, or in connection with, a transplant if:

- It is *experimental, investigational or for research purposes* as defined in the "Definitions" section;

- Humana is not contacted for authorization prior to referral for evaluation of the transplant;

- Humana does not approve coverage for the transplant, based on its established criteria;

- Expenses are eligible to be paid under any private or public research fund, government program, except Medicaid, or another funding program, whether or not such funding was applied for or received;

- The expense relates to the transplantation of any non-human organ or tissue, unless otherwise stated in this Plan;

- The expense relates to the donation or acquisition of an organ for a recipient who is not covered by this Plan;

- A denied transplant is performed; this includes the pre-transplant evaluation, pre-transplant *services*, the transplant procedure, post-discharge *services*, immunosuppressive drugs and complications of such transplant;

- The *covered person* for whom a transplant is requested has not met pre-transplant criteria as established by Humana.

## Covered Services

For approved transplants, and all related complications, this Plan will cover only the following expenses:

- *Hospital* and *qualified practitioner services*, payable as shown on the Medical Schedule of Benefits.  If *services* are rendered at a Northside Hospital facility or a Humana National Transplant Network (NTN) facility, *covered expenses* are paid in accordance to the NTN contracted rates at the *participating* level.  *Hospital* and *qualified practitioner services* rendered at a facility other than a Northside Hospital or Humana National Transplant Network facility will be payable at the *non-participating* benefit level, even if the facility participates in Humana's general network payable as shown on the Medical Schedule of Benefits.

- Organ acquisition and donor costs.  Except for bone marrow transplants, donor costs are not payable under this Plan if they are payable in whole or in part by any other group plan, insurance company, organization or person other than the donor's family or estate.  Coverage for bone marrow transplants procedures will include costs associated with the donor-patient to the same extent and limitations associated with the *covered person;*

- Direct, non-medical costs for the *covered person*, when the transplant is performed at a Northside Hospital facility or a Humana National Transplant Network facility, will be paid as shown on the Medical Schedule of Benefits, for: (a) transportation to and from the *hospital* where the transplant is performed; and (b) temporary lodging at a prearranged location when requested by the *hospital* and approved by Humana.  These direct, non-medical costs are only available if the *covered person* lives more than 100 miles from the transplant facility;

- Direct, non-medical costs for one support person of the *covered person* (two persons if the patient is under age 18 years), when the transplant is performed at a Northside Hospital facility or a Humana National Transplant Network facility, will be paid as shown on the Medical Schedule of Benefits, for: (a) transportation to and from the approved facility where the transplant is performed; and (b) temporary lodging at a prearranged location during the *covered person's confinement* in the *hospital*.  These direct, non-medical costs are only available if the *covered person's* support person(s) live more than 100 miles from the transplant facility.

  Non-medical costs are not covered if a transplant is performed at a facility that is not a Northside Hospital facility or a Humana National Transplant Network facility.

## TRANSGENDER COVERAGE

Gender conforming surgery/gender reassignment is covered as listed in the Schedule of Benefits.  For additional details, go to www.humana.com to reference Humana's Medical Coverage Policy or call the toll-free customer service telephone number listed on *your* Humana ID card.

## BEHAVIORAL HEALTH SERVICES

*Expense incurred* by *you* during a plan of treatment for *behavioral health* is payable as shown on the Medical Schedule of Benefits for:

- Charges made by a *qualified practitioner*;

- Charges made by a *hospital*;

- Charges made by a *qualified treatment facility*;

- Charges for x-ray and laboratory expenses.

### Inpatient Services

*Covered expenses* while *confined* as a registered bed patient in a *hospital* or *qualified treatment facility* are payable as shown on the Medical Schedule of Benefits.

### Outpatient Services

*Covered expenses* for outpatient treatment received while not *confined* in a *hospital* or *qualified treatment facility* are payable as shown on the Medical Schedule of Benefits.

**Limitations**

No benefits are payable under this provision for marriage counseling, treatment of nicotine habit or addiction, or for treatment of being obese or overweight.

Treatment must be provided for the cause for which benefits are payable under this provision of the Plan.

## OTHER COVERED EXPENSES

The following are other *covered expenses* payable as shown on the Medical Schedule of Benefits:

- Blood and blood plasma are payable as long as it is NOT replaced by donation, and administration of blood and blood products including blood extracts or derivatives;

- Casts, trusses, crutches, *orthotics*, splints and braces. *Orthotics* must be custom made or custom fitted, made of rigid or semi-rigid material. Oral or dental splints and appliances must be custom made and for the treatment of documented obstructive sleep apnea. Unless specifically stated otherwise, fabric supports, replacement *orthotics* and braces, oral splints and appliances, dental splints and appliances, dental braces are not a *covered expense*;

- Reconstructive *surgery* due to *bodily injury*, infection or other disease of the involved part or congenital disease or anomaly of a covered *dependent* child which resulted in a *functional impairment*;

- Reconstructive *services* following a covered mastectomy, including but not limited to:
  - o  Reconstruction of the breast on which the mastectomy was performed;
  - o  *Surgery* and reconstruction of the other breast to achieve symmetrical appearance;
  - o  Prosthesis; and
  - o  Treatment of physical complications of all stages of the mastectomy, including lymphedemas;

- Routine costs associated with clinical trials, when approved by this Plan. For additional details, go to www.humana.com or call the toll-free customer service telephone number listed on *your* Humana ID card.

- Cranial banding, when approved by this Plan. For additional details, go to www.humana.com or call the toll-free customer service telephone number listed on *your* Humana ID card.

## LIMITATIONS AND EXCLUSIONS

This Plan does not provide benefits for:

- *Services*:
    - o    Not furnished by a *qualified practitioner* or *qualified treatment facility*;
    - o    Not authorized or prescribed by a *qualified practitioner*;
    - o    Not specifically covered by this Plan whether or not prescribed by a *qualified practitioner*;
    - o    Which are not provided;
    - o    For which no charge is made, or for which *you* would not be required to pay if *you* were not covered under this Plan unless charges are received from and reimbursable to the United States Government or any of its agencies as required by law;
    - o    Furnished by or payable under any plan or law through any government or any political subdivision (this does not include *Medicare* or Medicaid);
    - o    Furnished for a military service connected *sickness* or *bodily injury* by or under an agreement with a department or agency of the United States Government, including the Department of Veterans Affairs;
    - o    Performed in association with a *service* that is not covered under this Plan;

- Immunizations required for foreign travel;

- Radial keratotomy, refractive keratoplasty or any other *surgery* to correct myopia, hyperopia or stigmatic error;

- Cosmetic *surgery* and cosmetic *services* or devices, unless for reconstructive *surgery*:
    - o    Resulting from a *bodily injury*, infection or other disease of the involved part, when functional impairment is present; or
    - o    Resulting from a congenital disease or anomaly of a covered *dependent* child which resulted in a functional impairment;

- *Expense incurred* for reconstructive *surgery* performed due to the presence of a psychological condition is not covered, unless the condition(s) described above are also met;

- Hair prosthesis, hair transplants or hair implants;

- Dental *services* or appliances for the treatment of the teeth, gums, jaws or alveolar processes, including but not limited to, implants and related procedures, routine dental extractions and orthodontic procedures, unless specifically provided under this Plan;

- *Services* which are:
    - o    Rendered in connection with a *mental health disorder* not classified in the International Classification of Diseases of the U.S. Department of Health and Human Services;
    - o    Extended beyond the period necessary for evaluation and diagnosis of learning and behavioral disabilities or for mental retardation;

- Marriage counseling, with the exception of *services* provided as part of the EAP benefit;

- Education or training, unless otherwise specified in this Plan;

Version 19.3

## LIMITATIONS AND EXCLUSIONS (continued)

- Educational or vocational therapy, testing, services or schools, including therapeutic boarding schools and other therapeutic environments. Educational or vocational videos, tapes, books and similar materials are also excluded;

- Expenses for *services* that are primarily and customarily used for environmental control or enhancement (whether or not prescribed by a *qualified practitioner*) and certain medical devices including, but not limited to:
  - o Common household items including air conditioners, air purifiers, water purifiers, vacuum cleaners, waterbeds, hypoallergenic mattresses or pillows or exercise equipment;
  - o Motorized transportation equipment (e.g. scooters), escalators, elevators, ramps or modifications or additions to living/working quarters or transportation vehicles;
  - o Personal hygiene equipment including bath/shower chairs and transfer equipment or supplies;
  - o Personal comfort items including cervical pillows, gravity lumbar reduction chairs, swimming pools, whirlpools, spas or saunas;
  - o Medical equipment including blood pressure monitoring devices, unless prescribed by a *qualified practitioner* for *preventive services* and ambulatory blood pressure monitoring is not available to confirm diagnosis of hypertension, PUVA lights and stethoscopes;
  - o Communication system, telephone, television or computer systems and related equipment or similar items or equipment;
  - o Communication devices, except after surgical removal of the larynx or a diagnosis of permanent lack of function of the larynx;

- Any medical treatment, procedure, drug, biological product or device which is *experimental, investigational or for research purposes*, unless otherwise specified in this Plan;

- *Services* that are <u>not</u> *medically necessary*, except routine/preventive *services*;

- Charges in excess of the *maximum allowable fee* for the *service*;

- *Services* provided by a person who ordinarily resides in *your* home or who is a *family member*;

- Any *expense incurred* prior to *your* effective date under this Plan or after the date *your* coverage under this Plan terminates, except as specifically described in this Plan;

- *Expenses incurred* for which *you* are entitled to receive benefits under *your* previous dental or medical plan;

- *Services* relating to a *sickness* or *bodily injury* as a result of
  - o Engaging in an illegal profession or occupation; or
  - o Commission of or an attempt to commit a criminal act;

- Any loss caused by or contributed to:
  - o War or any act of war, whether declared or not;
  - o Insurrection; or
  - o Any act of armed conflict, or any conflict involving armed forces of any authority;

- Treatment of nicotine habit or addiction, including, but not limited to hypnosis, smoking cessation products, classes or tapes, unless otherwise determined by this Plan;

Version 19.3

## LIMITATIONS AND EXCLUSIONS (continued)

- Vitamins, except for *preventive services* with a *prescription* from a *qualified practitioner*, dietary supplements and dietary formulas except enteral formulas nutritional supplements or low protein modified food products for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU);

- *Prescription* drugs and *self-administered injectable drugs*, unless administered to *you*:
  - While inpatient in a *hospital*, *qualified treatment facility, residential treatment facility* or skilled nursing facility, or;
  - By the following, when deemed appropriate by this Plan:  a *qualified practitioner*, during an office visit, while outpatient, or at a *home health care agency* as part of a covered home health care plan approved by this Plan.

- Any drug prescribed, except:
  - FDA approved drugs utilized for FDA approved indications; or
  - FDA approved drugs utilized for *off-label drug indications* recognized in at least one compendia reference or peer-reviewed medical literature deemed acceptable to this Plan.

- *Off-evidence drug indications*;

- Over-the-counter, non-prescription medications, unless for drugs, medicines or medications on the Women's Healthcare Drug List with a *prescription* from a *qualified practitioner*.  See the Prescription Drug Benefit;

- Over-the-counter medical items or supplies that can be provided or prescribed by a *qualified practitioner* but are also available without a written order or *prescription*, except for preventive *services* (with a *prescription* from a *qualified practitioner*)

- Growth hormones, except as otherwise specified in the pharmacy services sections of this *SPD;*

- Therapy and testing for treatment of allergies including, but not limited to, *services* related to clinical ecology, environmental allergy and allergic immune system dysregulation and sublingual antigen(s), extracts, neutralization test and/or treatment UNLESS such therapy or testing is approved by:
  - The American Academy of Allergy and Immunology, or
  - The Department of Health and Human Services or any of its offices or agencies;

- Professional pathology or radiology charges, including but not limited to, blood counts, multi-channel testing, and other clinical chemistry tests, when:
  - The *services* do not require a professional interpretation, or
  - The *qualified practitioner* did not provide a specific professional interpretation of the test results of the *covered person*;

- *Services* that are billed incorrectly or billed separately, but are an integral part of another billed *service*;

- Expenses for health clubs or health spas, aerobic and strength conditioning, work-hardening programs or weight loss or similar programs, and all related material and product for these programs;

- *Alternative medicine*;

---

## LIMITATIONS AND EXCLUSIONS (continued)

- *Services* rendered in a premenstrual syndrome clinic or holistic medicine clinic;

- *Services* of a midwife, unless provided by a Certified Nurse Midwife;

- The following types of care of the feet:
  - Shock wave therapy of the feet.
  - The treatment of weak, strained, flat, unstable or unbalanced feet.
  - Hygienic care and the treatment of superficial lesions of the feet, such as corns, calluses or hyperkeratosis.
  - The treatment of tarsalgia, metatarsalgia, or bunion, except surgically.
  - The cutting of toenails, except the removal of the nail matrix.
  - The provision of heel wedges, lifts or shoe inserts.
  - The provision of arch supports or orthopedic shoes. Arch supports and orthopedic shoes are covered if *medically necessary* because of diabetes or hammertoe.

- *Custodial care* and *maintenance care*;

- Weekend non-emergency *hospital admissions*, specifically *admissions* to a *hospital* on a Friday or Saturday at the convenience of the *covered person* or his or her *qualified practitioner* when there is no cause for an *emergency admission* and the *covered person* receives no *surgery* or therapeutic treatment until the following Monday;

- *Hospital* inpatient *services* when *you* are in *observation status*;

- *Services* rendered by a standby physician, surgical assistant, *assistant surgeon*, physician assistant, registered *nurse* or certified operating room technician unless *medically necessary*;

- *Ambulance services* for routine transportation to, from or between medical facilities and/or a *qualified practitioner's* office;

- *Preadmission testing*/procedural testing duplicated during a *hospital confinement*;

- Lodging accommodations or transportation, unless specifically provided under this Plan;

- Communications or travel time;

- No benefits will be provided for the following, unless otherwise determined by this Plan:
  - Immunotherapy for recurrent abortion;
  - Chemonucleolysis;
  - Biliary lithotripsy;
  - Home uterine activity monitoring;
  - Sleep therapy;
  - Light treatments for Seasonal Affective Disorder (S.A.D.);
  - Immunotherapy for food allergy;
  - Prolotherapy;
  - Hyperhidrosis *surgery*; or
  - Sensory integration therapy;

Version 19.3

## LIMITATIONS AND EXCLUSIONS (continued)

- Any *covered expenses* to the extent of any amount received from others for the *bodily injuries* or losses which necessitate such benefits. Without limitation, "amounts received from others" specifically includes, without limitation but is not limited to, liability insurance, worker's compensation, uninsured motorists, underinsured motorists, "no-fault" and automobile med-pay payments or recovery from any identifiable fund regardless of whether the *beneficiary* was made whole;

- Any *bodily injury* or *sickness* arising from or sustained in the course of any occupation or employment for compensation, profit or gain for which:
  - Benefits are provided or payable under any Workers' Compensation or Occupational Disease Act or Law, or
  - Coverage was available under any Workers' Compensation or Occupational Disease Act or Law regardless of whether such coverage was actually purchased;

- Routine physical examinations and related *services* for occupation, employment, school, sports, camp, travel, purchase of insurance or premarital tests or examinations, unless specifically provided under this Plan;

- Surrogate parenting;

- Routine vision examinations, unless performed as part of a regular wellness screening/examination;

- Routine vision refraction;

- The purchase, fitting or repair of eyeglass frames and lenses or contact lenses, unless specifically provided under this Plan;

- Vision therapy;

- Routine hearing examinations;

- Routine hearing testing;

- Hearing aids, the fitting or repair of hearing aids or advice on their care; implantable hearing devices, except for cochlear implants and auditory brain stem implants as determined by this Plan;

- Elective medical or surgical abortion, unless:
  - The pregnancy would endanger the life of the mother; or
  - The pregnancy is a result of rape or incest; or
  - The fetus has been diagnosed with a lethal or otherwise significant abnormality;

- *Services* for a reversal of sterilization;

- Contraceptive pills and patches and spermicide (see the Prescription Drug Benefit for coverage);

- Private duty nursing;

Version 19.3

## LIMITATIONS AND EXCLUSIONS (continued)

- Wigs except for cancer patients with hair loss resulting from chemotherapy and/or radiation therapy;

- *Morbid obesity services* other than the covered *services* listed on the Medical Schedule of Benefits;

- Obesity *services* other than the covered *services* listed on the Medical Schedule of Benefits;

- No benefits will be provided for, or on account of, the following items:
  - Expenses for a *bariatric surgery* that are *experimental, investigational or for research purposes*;
  - Expenses for *bariatric surgery* performed outside of the United States;
  - Any care resulting from a non-covered *bariatric surgery*;

- Infertility counseling and treatment *services*;

- Artificial means to achieve pregnancy or ovulation, including, but not limited to, artificial insemination, in vitro fertilization, spermatogenesis, gamete intra fallopian transfer (GIFT), zygote intra fallopian transfer (ZIFT), tubal ovum transfer, embryo freezing or transfer and sperm banking;

- Acupuncture;

- Hormone Therapy

- Behavioral Counseling

- Frenectomy (the cutting of the tissue in the midline of the tongue);

- Sexual dysfunction, unless related to an underlying medical condition.

**NOTE:** These limitations and exclusions apply even if a *qualified practitioner* has performed or prescribed a *medically necessary* procedure, treatment or supply.  This does not prevent *your qualified practitioner* from providing or performing the procedure, treatment or supply, however, the procedure, treatment or supply will not be a *covered expense*.

## COORDINATION OF BENEFITS

**BENEFITS SUBJECT TO THIS PROVISION**

Benefits described in this Plan are coordinated with benefits provided by other plans under which *you* are also covered.  This is to prevent duplication of coverage and a resulting increase in the cost of medical or dental coverage.  *Prescription* drug coverage under the *Prescription* Drug benefit, if applicable, is not subject to these coordination provisions and will therefore only be coordinated with other *prescription* drug coverage.

For this purpose, a plan is one which covers medical or dental expenses and provides benefits or *services* by group, franchise or blanket insurance coverage.  This includes group-type contracts not available to the general public, obtained and maintained only because of the *covered person's* membership in, or connection with, a particular organization or group, whether or not designated as franchise, blanket, or in some other fashion.  Plan also includes any coverage provided through the following:

- Employer, trustee, union, employee benefit, or other association; or

- Governmental programs, programs mandated by state statute, or sponsored or provided by an educational institution.

This Coordination of Benefits provision does not apply to any individual policies or Blanket Student Accident Insurance provided by, or through, an educational institution.  Allowable expense means any eligible expense, a portion of which is covered under one of the plans covering the person for whom claim is made.  Each plan will determine what is an allowable expense according to the provisions of the respective plan.  When a plan provides benefits in the form of *services* rather than cash payments, the reasonable cash value of each *service* rendered will be deemed to be both an allowable expense and a benefit paid.

**EFFECT ON BENEFITS**

One of the plans involved will pay benefits first.  This is called the primary plan.  All other plans are called secondary plans.

When this Plan is the secondary plan, the sum of the benefit payable by this Plan when added to the primary plan's benefits will not exceed this Plan's normal liability.

**ORDER OF BENEFIT DETERMINATION**

In order to pay claims, it must be determined which plan is primary and which plan(s) are secondary.  A plan will pay benefits first if it meets one of the following conditions:

- The plan has no coordination of benefits provision;

- The plan covers the person as an *employee*;

- For a child who is covered under both parents' plans, the plan covering the parent whose birthday (month and day) occurs first in the *calendar year* pays before the plan covering the other parent. If the birthdates of both parents are the same, the plan which has covered the person for the longer period of time will be determined the primary plan;

  If a plan other than this Plan does not include provision 3, then the gender rule will be followed to determine which plan is primary.

- In the case of *dependent* children covered under the plans of divorced or separated parents, the following rules apply:
  - The plan of a parent who has custody will pay the benefits first;
  - The plan of a step parent who has custody will pay benefits next;
  - The plan of a parent who does not have custody will pay benefits next;
  - The plan of a step parent who does not have custody will pay benefits next.

There may be a court decree which gives one parent financial responsibility for the medical or dental expenses of the *dependent* children.  If there is a court decree, the rules stated above will not apply if they conflict with the court decree.  Instead, the plan of the parent with financial responsibility will pay benefits first.

- If a person is laid off or is retired or is a *dependent* of such person, that plan covers after the plan covering such person as an active employee or *dependent* of such *employee*.  If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule will be ignored.

If the above rules do not apply or cannot be determined, then the plan that covered the person for the longest period of time will pay first.

## GENERAL COORDINATION OF BENEFITS WITH MEDICARE

If you are covered under both *Medicare* and this Plan, federal law mandates that *Medicare* is the secondary plan in most situations.  When permitted by law, this plan is the secondary plan.  In all cases, coordination of benefits with *Medicare* will conform to federal statutes and regulations and benefits under this Plan will be coordinated to the extent benefits are payable under *Medicare*, as allowed by federal statutes and regulations. The benefits of this Plan may be reduced by the full amount of *Medicare* benefits the Participant is entitled to receive, whether or not actually enrolled in *Medicare*.

## RIGHT OF RECOVERY

This Plan reserves the right to recover benefit payments made for an allowable expense under this Plan in the amount which exceeds the maximum amount this Plan is required to pay under these provisions.  This right of recovery applies to this Plan against:

- Any person(s) to, for or with respect to whom, such payments were made; or

- Any other insurance companies, or organizations which according to these provisions, owe benefits due for the same allowable expense under any other plan.

This Plan alone will determine against whom this right of recovery will be exercised.

## CLAIM PROCEDURES

**SUBMITTING A CLAIM**

This section describes what a *covered person* (or his or her authorized representative) must do to file a claim for Plan benefits.

- A claim must be filed with Humana in writing and delivered to Humana by mail, postage prepaid. However, a submission to obtain preauthorization may also be filed with Humana by telephone;

- Claims must be submitted to Humana at the address indicated in the documents describing this Plan or *claimant's* Humana ID card.  Claims will not be deemed submitted for purposes of these procedures unless and until received at the correct address;

- Also, claims submissions must be in a format acceptable to Humana and compliant with any applicable legal requirements.  Claims that are not submitted in accordance with the requirements of applicable federal law respecting privacy of *protected health information* and/or electronic claims standards will not be accepted by this Plan;

- Claims submissions must be timely.  Claims must be filed as soon as reasonably possible after they are incurred, and in no event later than 12 months after the date the claim was incurred for *Non-PAR provider* claims, except if *you* were legally incapacitated.  Claims should be submitted by a *PAR provider* in accordance with the timely filing period outlined in that *provider's contract* with Humana (typically 180 days for physicians and 90 days for facilities and ancillary providers, however, a provider's contractual timely filing period may vary).  Plan benefits are only available for claims that are incurred by a *covered person* during the period that he or she is covered under this Plan;

- Claims submissions must be complete.  They must contain, at a minimum:
  o   The name of the *covered person* who incurred the *covered expense*;
  o   The name and address of the health care provider;
  o   The diagnosis of the condition;
  o   The procedure or nature of the treatment;
  o   The date of and place where the procedure or treatment has been or will be provided;
  o   The amount billed and the amount of the *covered expense* not paid through coverage other than Plan coverage, as appropriate;
  o   Evidence that substantiates the nature, amount, and timeliness of each *covered expense* in a format that is acceptable according to industry standards and in compliance with applicable law.

Presentation of a prescription to a pharmacy does not constitute a claim.  If a *covered person* is required to pay the cost of a covered prescription drug, however, he or she may submit a claim based on that amount to Humana.

A general request for an interpretation of Plan provisions will not be considered to be a claim.  Requests of this type, such as a request for an interpretation of the eligibility provisions of this Plan, should be directed to the *Plan Administrator*.

Mail medical claims and correspondence to:

Humana Claims Office
P.O. Box 14601
Lexington, KY 40512-4601

71

---

**CLAIM PROCEDURES (continued)**

---

## MISCELLANEOUS MEDICAL CHARGES

If *you* accumulate bills for medical items *you* purchase or rent *yourself*, send them to Humana at least once every three months during the year (quarterly).  The receipts must include the patient name, name of the item, date item was purchased or rented and name of the provider of *service*.

## CLAIMS PROCESSING EDITS

Payment of *covered expenses* for *services* rendered by a *qualified practitioner* is subject to this Plan's claims processing edits, as determined by this Plan.  The amount determined to be payable after this Plan applies claims processing edits depends on the existence and interaction of several factors.  Because the mix of these factors may be different for every claim, the amount paid for a *covered expense* may vary depending on the circumstances.  Accordingly, it is not feasible to provide an exhaustive description of the claims processing edits that will be used to determine the amount payable for a *covered expense*, but examples of the most commonly used factors are:

- The intensity and complexity of a *service*;

- Whether a *service* is one of multiple *services* performed at the same *service* session such that the cost of the *service* to the *qualified practitioner* is less than if the *service* had been provided in a separate *service* session.  For example:
  - Two or more *surgeries* during the same *service* session; or
  - Two or more radiologic imaging views performed during the same session;

- Whether an *assistant surgeon*, physician assistant, registered *nurse*, certified operating room technician or any other *qualified practitioner*, who is billing independently is involved;

- When a charge includes more than one claim line, whether any *service* is part of or incidental to the primary *service* that was provided, or if these *services* cannot be performed together;

- If the *service* is reasonably expected to be provided for the diagnosis reported;

- Whether a *service* was performed specifically for *you*; or

- Whether *services* can be billed as a complete set of *services* under one billing code.

This Plan develops claims processing edits in this Plan's sole discretion based on review of one or more of the following sources, including but not limited to:

- *Medicare* laws, regulations, manuals and other related guidance;
- Appropriate billing practices;
- National Uniform Billing Committee (NUBC);
- American Medical Association (AMA)/Current Procedural Terminology (CPT);
- Centers for Medicare and Medicaid Services (CMS)/Healthcare Common Procedure Coding System (HCPCS);
- UB-04 Data Specifications Manual, and any successor manuals;
- International Classification of Diseases of the U.S. Department of Health and Human Services and the Diagnostic and Statistical Manual of Mental Disorders;

---

**CLAIM PROCEDURES (continued)**

---

- Medical and surgical specialty societies and associations;
- This Plan's medical and pharmacy coverage policies; or
- Generally accepted standards of medical, behavioral health and dental practice based on credible scientific evidence recognized in published peer reviewed medical or dental literature.

Changes to any one of the sources may or may not lead this Plan to modify current or adopt new claims processing edits.

Subject to applicable law, *qualified practitioners* who are *non-participating providers* may bill *you* for any amount this Plan does not pay even if such amount exceeds the allowed amount after these claims processing edits. Any such amount paid by *you* will not apply to *your deductible*, *out-of-pocket limit* or *PAR provider Plan maximum out-of-pocket limit*, if applicable. *You* will also be responsible for any applicable *deductible*, *copayment*, or *coinsurance*.

*Your qualified practitioner* may access this Plan's claims processing edits and medical and pharmacy coverage policies at the "For Providers" link at www.humana.com. *You* or *your qualified practitioner* may also call the toll-free customer service number listed on *your* ID card to obtain a copy of a policy. *You* should discuss these policies and their availability with any *qualified practitioner*, who are *non-participating providers*, prior to receiving any *services*.

## PROCEDURAL DEFECTS

If a *pre-service claim* submission is not made in accordance with this Plan's procedural requirements, Humana will notify the *claimant* of the procedural deficiency and how it may be cured no later than within five (5) days (or within 24 hours, in the case of an *urgent care claim*) following the failure. A *post-service claim* that is not submitted in accordance with these claims procedures will be returned to the submitter.

## ASSIGNMENTS AND REPRESENTATIVES

A *covered person* may assign his or her right to receive Plan benefits to a health care provider only with the consent of Humana, in its sole discretion, except as may be required by applicable law. Assignments must be in writing. If a document is not sufficient to constitute an assignment, as determined by Humana, then this Plan will not consider an assignment to have been made. An assignment is not binding on this Plan until Humana receives and acknowledges in writing the original or copy of the assignment before payment of the benefit.

If benefits are assigned in accordance with the foregoing paragraph and a health care provider submits claims on behalf of a *covered person*, benefits will be paid to that health care provider.

In addition, a *covered person* may designate an authorized representative to act on his or her behalf in pursuing a benefit claim or *appeal*. The designation must be made by the *covered person* on Humana's Appointment of Representative (AOR) Form or on a form approved in advance by Humana. An assignment of benefits does not constitute designation of an authorized representative.

- Humana's AOR Form must be submitted to Humana at the time or prior to the date an authorized representative commences a course of action on behalf of a *claimant*. At the same time, the authorized representative should also provide notice of commencement of the action on behalf of the *claimant* to the *claimant*, which Humana may verify with the *claimant* prior to recognizing the authorized representative status.

- Any document designating an authorized representative must be submitted to Humana in advance, or at the time an authorized representative commences a course of action on behalf of a *claimant*. At the same time, the authorized representative should also provide notice of commencement of the action on behalf of the *claimant* to the *claimant*, which Humana may verify with the *claimant* prior to recognizing the authorized representative status.

- In any event, a health care provider with knowledge of a *claimant's* medical condition acting in connection with an *urgent care claim* will be recognized by this Plan as the *claimant's* authorized representative.

*Covered persons* should carefully consider whether to designate an authorized representative. An authorized representative may make decisions independent of the *covered person*, such as whether and how to *appeal* a claim denial.

## CLAIMS DECISIONS

After submission of a claim by a *claimant*, Humana will notify the *claimant* within a reasonable time, as follows:

### Pre-Service Claims

Humana will notify the *claimant* of a favorable or *adverse benefit determination* within a reasonable time appropriate to the medical circumstances, but no later than 15 days after receipt of the claim by this Plan.

However, this period may be extended by an additional 15 days, if Humana determines that the extension is necessary due to matters beyond the control of this Plan. Humana will notify the affected *claimant* of the extension before the end of the initial 15-day period, the circumstances requiring the extension, and the date by which this Plan expects to make a decision.

If the reason for the extension is because of the *claimant's* failure to submit information necessary to decide the claim, the notice of extension will describe the required information. The *claimant* will have at least 45 days from the date the notice is received to provide the specified information.

### Urgent Care Claims

Humana will determine whether a claim is an *urgent care claim*. This determination will be made on the basis of information furnished by or on behalf of a *claimant*. In making this determination, Humana will exercise its judgment, with deference to the judgment of a physician with knowledge of the *claimant's* condition. Accordingly, Humana may require a *claimant* to clarify the medical urgency and circumstances that support the *urgent care claim* for expedited decision-making.

Humana will notify the *claimant* of a favorable or *adverse benefit determination* as soon as possible, taking into account the medical urgency particular to the *claimant's* situation, but not later than 72 hours after receipt of the *urgent care claim* by this Plan.

**CLAIM PROCEDURES (continued)**

However, if a claim is submitted that does not provide sufficient information to determine whether, or to what extent, expenses are covered or payable under this Plan, notice will be provided by Humana as soon as possible, but not more than 24 hours after receipt of the *urgent care claim* by this Plan. The notice will describe the specific information necessary to complete the claim.

- The *claimant* will have a reasonable amount of time, taking into account his or her circumstances, to provide the necessary information but not less than 48 hours.

- Humana will notify the *claimant* of this Plan's *urgent care claim* determination as soon as possible, but in no event more than 48 hours after the earlier of:

  o This Plan's receipt of the specified information; or

  o The end of the period afforded the *claimant* to provide the specified additional information.

**Concurrent Care Decisions**

Humana will notify a *claimant* of a *concurrent care decision* that involves a reduction in or termination of benefits that have been pre-authorized. Humana will provide the notice sufficiently in advance of the reduction or termination to allow the *claimant* to *appeal* and obtain a determination on review of the *adverse benefit determination* before the benefit is reduced or terminated.

A request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that is a claim involving urgent care will be decided by Humana as soon as possible, taking into account the medical urgency. Humana will notify a *claimant* of the benefit determination, whether adverse or not within 24 hours after receipt of the claim by this Plan, provided that the claim is submitted to this Plan at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

**Post-Service Claims**

Humana will notify the *claimant* of a favorable or *adverse benefit determination* within a reasonable time, but not later than 30 days after receipt of the claim by this Plan.

However, this period may be extended by an additional 15 days if Humana determines that the extension is necessary due to matters beyond the control of this Plan. Humana will notify the affected *claimant* of the extension before the end of the initial 30-day period, the circumstances requiring the extension, and the date by which this Plan expects to make a decision.

If the reason for the extension is because of the *claimant's* failure to submit information necessary to decide the claim, the notice of extension will describe the required information. The *claimant* will have at least 45 days from the date the notice is received to provide the specified information. Humana will make a decision no later than 15 days after the earlier of the date on which the information provided by the *claimant* is received by this Plan or the expiration of the time allowed for submission of the additional information.

# TIMES FOR DECISIONS

The periods of time for claims decisions presented above begin when a claim is received by this Plan, in accordance with these claims procedures.

Version 19.3

---

**CLAIM PROCEDURES (continued)**

---

## PAYMENT OF CLAIMS

Many health care providers will request an assignment of benefits as a matter of convenience to both provider and patient. Also as a matter of convenience, Humana will, in its sole discretion, assume that an assignment of benefits has been made to certain *participating providers*. In those instances, Humana will make direct payment to the *hospital*, clinic or physician's office, unless Humana is advised in writing that *you* have already paid the bill. If *you* have paid the bill, please indicate on the original statement, "paid by *employee*," and send it directly to Humana. *You* will receive a written explanation of an *adverse benefit determination*. Humana reserves the right to request any information required to determine benefits or process a claim. *You* or the provider of *services* will be contacted if additional information is needed to process *your* claim.

When an *employee's* child is subject to a medical child support order, Humana will make reimbursement of eligible expenses paid by *you*, the child, the child's non-employee custodial parent, or legal guardian, to that child or the child's custodial parent, or legal guardian, or as provided in the medical child support order.

Payment of benefits under this Plan will be made in accordance with an assignment of rights for *you* and *your dependents* as required under state Medicaid law.

Benefits payable on behalf of *you* or *your* covered *dependent* after death will be paid, at this Plan's option, to any *family member(s)* or *your* estate.

Humana will rely upon an affidavit to determine benefit payment, unless it receives written notice of valid claim before payment is made. The affidavit will release this Plan from further liability.

Any payment made by Humana in good faith will fully discharge it to the extent of such payment.

Payments due under this Plan will be paid upon receipt of written proof of loss.

## NOTICES – GENERAL INFORMATION

A notice of an *adverse benefit determination* or *final internal adverse benefit determination* will include information that sufficiently identifies the claim involved, including:

- The date of service;

- The health care provider;

- The claim amount, if applicable;

- The reason(s) for the *adverse benefit determination* or *final internal adverse benefit determination* to include the denial code (e.g. CARC) and its corresponding meaning as well as a description of this Plan's standard (if any) that was used in denying the claim. For a *final internal adverse benefit determination*, this description must include a discussion of the decision;

- A description of available *internal appeals* and *external review* processes, including information on how to initiate an *appeal*; and

- Disclosure of the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman to assist individuals with internal claims and *appeals*, and *external review* processes.

The *claimant* may request the diagnosis code(s) (e.g. ICD-9) and/or the treatment code(s) (e.g. CPT) that apply to the claim involved with the *adverse benefit determination* or *final internal adverse benefit determination* notice. A request for this information, in itself, will not be considered a request for an *appeal* or *external review*.

## INITIAL DENIAL NOTICES

Notice of a claim denial (including a partial denial) will be provided to *claimants* by mail, postage prepaid, within the time frames noted above.

However, notices of adverse decisions involving *urgent care claims* may be provided to a *claimant* orally within the time frames noted above for expedited *urgent care claim* decisions. If oral notice is given, written notification will be provided to the *claimant* no later than 3 days after the oral notification.

A claims denial notice will state the specific reason or reasons for the *adverse benefit determination*, the specific Plan provisions on which the determination is based, and a description of this Plan's review procedures and associated timeline. The notice will also include a description of any additional material or information necessary for the *claimant* to perfect the claim and an explanation of why such material or information is necessary.

The notice will describe this Plan's review procedures and the time limits applicable to such procedures, including a statement of the *claimant's* right to bring a civil action under ERISA Section 502(a) following an *adverse benefit determination* on review.

The notice will also disclose any internal Plan rule, protocol or similar criterion that was relied on to deny the claim. A copy of the rule, protocol or similar criterion relied upon will be provided to a *claimant* free of charge upon request.

If the *adverse benefit determination* is based on *medical necessity, experimental, investigational or for research purposes,* or similar exclusion or limit, the notice will provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of this Plan to the *claimant's* medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the case of an adverse decision of an *urgent care claim*, the notice will provide a description of this Plan's expedited review procedures applicable to such claims.

## APPEALS OF ADVERSE BENEFIT DETERMINATIONS

A *claimant* must *appeal* an *adverse benefit determination* within 180 days after receiving written notice of the denial (or partial denial). With the exception of *urgent care claims* and *concurrent care decisions*, this Plan uses a two level *appeals* process for all *adverse benefit determinations*. Humana will make the determination on the first level of *appeal*. If the *claimant* is dissatisfied with the decision on this first level of *appeal*, or if Humana fails to make a decision within the time frame indicated below, the *claimant* may *appeal* to the *Plan Administrator*. *Urgent care claims* and *concurrent care decisions* (expedited *internal appeals*) are subject to a single level *appeal* process only, with Humana making the determination.

## CLAIM PROCEDURES (continued)

A first level and second level *appeal* must be made by a *claimant* by means of written application, in person, or by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

*Appeals* of denied claims will be conducted promptly, will not defer to the initial determination, and will not be made by the person who made the initial adverse claim determination or a subordinate of that person.  The determination will take into account all comments, documents, records, and other information submitted by the *claimant* relating to the claim.

A *claimant* may review relevant documents and may submit issues and comments in writing.  A *claimant* on *appeal* may, upon request, discover the identity of medical or vocational experts whose advice was obtained on behalf of this Plan in connection with the *adverse benefit determination* being appealed, as permitted under applicable law.

If the claims denial being appealed is based in whole, or in part, upon a medical judgment, including determinations with regard to whether a particular treatment, drug, or other item is *experimental, investigational, or for research purposes*, or not *medically necessary* or appropriate, the person deciding the *appeal* will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment.  The consulting health care professional will not be the same person who decided the initial *appeal* or a subordinate of that person.

### Time Periods for Decisions on Appeal -- First Level

*Appeals* of claims denials will be decided and notice of the decision provided as follows:

| | |
|---|---|
| *Urgent Care Claims* | As soon as possible, but not later than 72 hours after Humana receives the *appeal* request.  If oral notification is given, written notification will follow in hard copy or electronic format within the next 3 days. |
| *Pre-Service Claims* | Within a reasonable period, but not later than 15 days after Humana receives the *appeal* request. |
| *Post-Service Claims* | Within a reasonable period, but no later than 30 days after Humana receives the *appeal* request. |
| *Concurrent Care Decisions* | Within the time periods specified above, depending upon the type of claim involved. |

**CLAIM PROCEDURES (continued)**

**Time Periods for Decisions on Appeal -- Second Level**

*Appeals* of claims denials will be decided and notice of the decision provided as follows:

| | |
|---|---|
| *Pre-Service Claims* | Within a reasonable period, but not later than 15 days after Humana receives the *appeal* request. |
| *Post-Service Claims* | Within a reasonable period, but no later than 30 days after Humana receives the *appeal* request. |

## APPEAL DENIAL NOTICES

Notice of a benefit determination on *appeal* will be provided to *claimants* by mail, postage prepaid, within the time frames noted above.

A notice that a claim *appeal* has been denied will convey the specific reason or reasons for the *adverse benefit determination* and the specific Plan provisions on which the determination is based.

The notice will also disclose any internal Plan rule, protocol or similar criterion that was relied on to deny the claim.  A copy of the rule, protocol or similar criterion relied upon will be provided to a *claimant* free of charge upon request.

If the *adverse benefit determination* is based on *medical necessity*, *experimental, investigational, or for research purposes* or similar exclusion or limit, the notice will provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of this Plan to the *claimant's* medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the event of a denial of an appealed claim, the *claimant* on *appeal* will be entitled to receive, upon request and without charge, reasonable access to and copies of any document, record or other information:

- Relied on in making the determination;

- Submitted, considered or generated in the course of making the benefit determination;

- That demonstrates compliance with the administrative processes and safeguards required with respect to such determinations;

- That constitutes a statement of policy or guidance with respect to this Plan concerning the denied treatment, without regard to whether the statement was relied on.

## FULL AND FAIR REVIEW

As part of providing an opportunity for a full and fair review, this Plan shall provide the *claimant*, free of charge, with any new or additional evidence considered, relied upon, or generated by this Plan (or at the direction of this Plan) in connection with the claim. Such evidence shall be provided as soon as possible and sufficiently in advance of the date on which the notice of *final internal adverse benefit determination* is required to be provided to give the *claimant* a reasonable opportunity to respond prior to that date.

Before a *final internal adverse benefit determination* is made based on a new or additional rationale, this Plan shall provide the *claimant*, free of charge, with the rationale. The rationale shall be provided as soon as possible and sufficiently in advance of the date on which the notice of *final internal adverse benefit determination* is required to be provided to give the *claimant* a reasonable opportunity to respond prior to that date.

## RIGHT TO REQUIRE MEDICAL EXAMINATIONS

This Plan has the right to require that a medical examination be performed on any *claimant* for whom a claim is pending as often as may be reasonably required.  If this Plan requires a medical examination, it will be performed at this Plan's expense.  This Plan also has a right to request an autopsy in the case of death, if state law so allows.

## EXHAUSTION

Upon completion of the *appeals* process under this section, a *claimant* will have exhausted his or her administrative remedies under this Plan.  If Humana or the *Plan Administrator* fails to complete a claim determination or *appeal* within the time limits set forth above, the *claimant* may treat the claim or *appeal* as having been denied, and the *claimant* may proceed to the next level in the review process.  After exhaustion, a *claimant* may pursue any other legal remedies available to him or her which may include bringing a civil action under ERISA § 502(a) for judicial review of this Plan's determinations.  Additional information may be available from a local U.S. Department of Labor Office.

A *claimant* may seek immediate *external review* of an *adverse benefit determination* if Humana fails to strictly adhere to the requirements for internal claims and *appeals* processes set forth by the federal regulations, unless the violation was:  a) Minor; b) Non-prejudicial; c) Attributable to good cause or matters beyond the Plan's control; d) In the context of an ongoing good-faith exchange of information; and e) Not reflective of a pattern or practice of non-compliance.  The *claimant* is entitled, upon written request, to an explanation of the Plan's basis for asserting that it meets the standard, so the *claimant* can make an informed judgment about whether to seek immediate *external review*.  If the external reviewer or the court rejects the *claimant's* request for immediate review on the basis that the Plan met this standard, the *claimant* has the right to resubmit and pursue the internal appeal of the claim.

## LEGAL ACTIONS AND LIMITATIONS

No action at law or inequity may be brought with respect to Plan benefits until all remedies under this Plan have been exhausted and then prior to the expiration of the applicable limitations period under applicable law.

## STANDARD EXTERNAL REVIEW

### Request for an External Review

A *claimant* may file a request for an *external review* with Humana at the address listed below, within 4 months after the date the *claimant* received an *adverse benefit determination* or *final internal adverse benefit determination* notice that involves a medical judgment (excluding those that involve only contractual or legal interpretation without any use of medical judgment, as determined by the external reviewer) or a rescission of coverage. If there is no corresponding date 4 months after the notice date, the request must be filed by the first day of the 5th month following receipt of the notice. If the last filing date falls on a Saturday, Sunday or federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or federal holiday.

A request for an *external review* must be made by a *claimant* by means of written application, by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

### Preliminary Review

Within 5 business days following receipt of a request for *external review*, Humana must complete a preliminary review of the request to determine the following:

- If the *claimant* is, or was, covered under this Plan at the time the health care item or *service* was requested or provided;

- If the *adverse benefit determination* or *final internal adverse benefit determination* relates to the *claimant's* failure to meet this Plan's eligibility requirements;

- If the *claimant* has exhausted this Plan's *internal appeals* process, when required; and

- If the *claimant* has provided all the information and forms required to process an *external review*.

Within 1 business day after completion of the preliminary review, Humana must provide written notification to the *claimant* of the following:

- If the request is complete but not eligible for *external review*. The notice must include the reason(s) for its ineligibility and contact information for the Department of Labor (DOL) Employee Benefits Security Administration (EBSA), including this toll-free number: 1-866-444-EBSA (3272) and this e-mail address: www.askebsa.dol.gov.

- If the request is not complete. The notice must describe the information or materials needed to make it complete, and Humana must allow the *claimant* to perfect the *external review* request within whichever of the following two options is later:
  - The initial 4-month filing period; or
  - The 48-hour period following receipt of the notification.

**CLAIM PROCEDURES (continued)**

**Referral to an Independent Review Organization (IRO)**

Humana must assign an independent *IRO* that is accredited by URAC, or another nationally-recognized accreditation organization to conduct the *external review*. Humana must attempt to prevent bias by contracting with at least 3 *IROs* for assignments and rotate claims assignments among them, or incorporate some other independent method for *IRO* selection (such as random selection). The *IRO* may not be eligible for financial incentives based on the likelihood that the *IRO* will support the denial of benefits.

The contract between Humana and the *IRO* must provide for the following:

- The assigned *IRO* will use legal experts where appropriate to make coverage determinations.

- The assigned *IRO* will timely provide the *claimant* with written notification of the request's eligibility and acceptance of the request for *external review*. This written notice must inform the *claimant* that he/she may submit, in writing, additional information that the *IRO* must consider when conducting the *external review* to the *IRO* within 10 business days following the date the notice is received by the *claimant*. The *IRO* may accept and consider additional information submitted after 10 business days.

- Humana must provide the *IRO* the documents and any information considered in making the *adverse benefit determination* or *final internal adverse benefit determination* within 5 business days after assigning the *IRO*. Failure to timely provide this information must not delay the conduct of the *external review* - the assigned *IRO* may terminate the *external review* and make a decision to reverse the *adverse benefit determination* or *final internal adverse benefit determination* if this Plan fails to timely provide this information. The *IRO* must notify the *claimant* and Humana within 1 business day of making the decision.

- If the *IRO* receives any information from the *claimant*, the *IRO* must forward it to Humana within 1 business day. After receiving this information, Humana may reconsider its *adverse benefit determination* or *final internal adverse benefit determination*. If Humana reverses or changes its original determination, Humana must notify the *claimant* and the *IRO*, in writing, within 1 business day. The assigned *IRO* will then terminate the *external review*.

o   The *IRO* will review all information and documents timely received. In reaching a decision, the *IRO* will not be bound by any decisions or conclusions reached during Humana's internal claims and *appeals* process. The *IRO*, to the extent the information or documents are available and the *IRO* considers them appropriate, will consider the following when reaching a determination:
   o   The *claimant's* medical records;
   o   The attending health care professional's recommendation;
   o   Reports from the appropriate health care professional(s) and other documents submitted by Humana, *claimant*, or *claimant's* treating provider;
   o   The terms of the *claimant's* plan to ensure the *IRO's* decision is not contrary, unless the terms are inconsistent with applicable law;
   o   Appropriate practice guidelines, including applicable evidence-based standards that may include practice guidelines developed by the federal government, national or professional medical societies, boards, and associations;
   o   Any applicable clinical review criteria developed and used by this Plan, unless inconsistent with the terms of this Plan or with applicable law; and

**CLAIM PROCEDURES (continued)**

- o     The opinion of the *IRO's* clinical reviewer(s) after considering the information described above to the extent the information or documents are available and the reviewer(s) consider them appropriate.

- The assigned *IRO* must provide written notice of the *final external review decision* within 45 days after receiving the *external review* request to the *claimant* and Humana.  The decision notice must contain the following:

  - o     A general description of the reason an *external review* was requested, including information sufficient to identify the claim including:
    - ▪  The date(s) of service;
    - ▪  The health care provider;
    - ▪  The claim amount (if applicable); and
    - ▪  The reason for the previous denial.
  - o     The date the *IRO* received assignment to conduct the *external review* and the date of the *IRO* decision;
  - o     References to the evidence or documentation considered in reaching the decision, including the specific coverage provisions and evidence-based standards;
  - o     A discussion of the principal reason(s) for its decision, including the rationale and any evidence-based standards relied on in making the decision;
  - o     A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to either Humana or the *claimant*;
  - o     A statement that judicial review may be available to the *claimant*; and
  - o     Current contact information, including telephone number, for any applicable office of health insurance consumer assistance or ombudsman established under PPACA (*section 2793 of PHSA, as amended*).

- After a *final external review decision*, the *IRO* must maintain records of all claims and notices associated with the *external review* process for 6 years.   An *IRO* must make such records available for examination by the *claimant*, Humana, or state/federal oversight agency upon request, except where such disclosure would violate state or federal privacy laws.

**Reversal of this Plan's Decision**

If Humana receives notice of a *final external review decision* that reverses the *adverse benefit determination* or *final internal adverse benefit determination*, it must immediately provide coverage or payment for the affected claim(s).  This includes authorizing or paying benefits.

Version 19.3

## EXPEDITED EXTERNAL REVIEW

### Request for an Expedited External Review

Expedited *external reviews* are subject to a single level *appeal* process only.

Humana must allow a *claimant* to make a request for an expedited *external review* at the time the *claimant* receives:

- An *adverse benefit determination* involving a medical condition of the *claimant* for which the time frame for completion of an expedited *internal appeal* under the interim final regulations would seriously jeopardize the life or health of the *claimant*, or would jeopardize the *claimant's* ability to regain maximum function and the *claimant* has filed a request for an expedited *external review*; or

- A *final internal adverse benefit determination* involving a medical condition where:
  - The time frame for completion of a standard *external review* would seriously jeopardize the life or health of the *claimant*, or would jeopardize the *claimant's* ability to regain maximum function; or
  - The *final internal adverse benefit determination* concerns an *admission*, availability of care, continued stay, or health care item or *service* for which the *claimant* received *emergency services*, but has not been discharged from the facility.

A request for an expedited *external review* must be made by a *claimant* by means of written application, by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

### Preliminary Review

Humana must determine whether the request meets the reviewability requirements for a standard *external review* immediately upon receiving the request for an expedited *external review*. Humana must immediately send a notice of its eligibility determination regarding the *external review* request that meets the requirements under the "Standard External Review, Preliminary Review" section.

### Referral to an Independent Review Organization (IRO)

If Humana determines that the request is eligible for *external review*, Humana will assign an *IRO* as required under the "Standard External Review, Referral to an Independent Review Organization (IRO)" section. Humana must provide or transmit all necessary documents and information considered when making the *adverse benefit determination* or *final internal adverse benefit determination* to the assigned *IRO* electronically, by telephone/fax, or any other expeditious method.

The assigned *IRO*, to the extent the information is available and the *IRO* considers it appropriate, must consider the information or documents as outlined for the procedures for standard *external review* described in the "Standard External Review, Referral to an Independent Review Organization (IRO)" section. The assigned *IRO* is not bound by any decisions or conclusions reached during this Plan's internal claims and *appeals* process when reaching its decision.

---

**CLAIM PROCEDURES (continued)**

---

**Notice of Final External Review Decision**

The *IRO* must provide notice of the *final external review decision* as expeditiously as the *claimant's* medical condition or circumstances require, but no more than 72 hours after the *IRO* receives the request for an expedited *external review*, following the notice requirements outlined in the "Standard External Review, Referral to an Independent Review Organization (IRO)" section.  If the notice is not in writing, written confirmation of the decision must be provided within 48 hours to the *claimant* and Humana.

## IF YOU HAVE QUESTIONS ON INTERNAL CLAIMS AND APPEALS AND EXTERNAL REVIEW RIGHTS

For more information on *your* internal claims and appeals and external review rights, *you* can contact the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) at 1-866-444-EBSA or at www.askebsa.dol.gov.

## STATE CONSUMER ASSISTANCE OR OMBUDSMAN TO ASSIST YOU WITH INTERNAL CLAIMS AND APPEALS AND EXTERNAL REVIEW PROCESSES

A state office of consumer assistance or ombudsman is available to assist *you* with internal claims and appeals and external review processes.  The contact information is as follows:

Georgia Office of Insurance and Safety Fire Commissioner
Consumer Services Division
2 Martin Luther King, Jr. Drive
West Tower, Suite 716
Atlanta, Georgia 30334
(800) 656-2298
http://www.oci.ga.gov/ConsumerService/Home.aspx

Version 19.3

# SECTION 3

# ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE

## ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE

### OPEN ENROLLMENT

Once annually *you* will have a choice of enrolling *yourself* and *your* eligible *dependents* in this Plan. *You* will be notified in advance when the Open Enrollment Period is to begin and how long it will last. If *you* decline coverage for *yourself* or *your dependents* at the time *you* are initially eligible for coverage, *you* will be able to enroll *yourself* and/or eligible *dependents* during the Open Enrollment Period.

### EMPLOYEE ELIGIBILITY

*You* are eligible for coverage if the following conditions are met:

- *You* are an *employee* who meets the eligibility requirements of the *employer*; and

- You are performing on a regular, full-time or part-time basis all customary occupational duties working 30 hours or more per week for full-time *employees,* temporary *employees* working 30 hours or more per week in first 60 days,  16 to 23 hours per week for part-time C *employees*, 24 to 29 hours per week for part-time B *employees*, or worked 30 hours or more per week in a 12 month "look back" measurement period for a resource *employee*,  at the *employer's* business locations or when required to travel for the *employer's* business purposes; and

- *You* satisfy an eligibility period of 30 calendar days (except for management level *employees*).

*Your eligibility date* is the first of the month following *your* completion of any eligibility period.

### DEPENDENT ELIGIBILITY

Each *dependent* is eligible for coverage on:

- The date the *employee* is eligible for coverage, if he or she has *dependents* who may be covered on that date; or

- The first of the month following of the event of the *employee's* marriage for any *dependent* acquired on that date; or

- The date of birth of the *employee's* natural-born child; or

- The date a child is placed for adoption under the *employee's* legal guardianship, or the date which the *employee* incurs a legal obligation for total or partial support in anticipation of adoption; or

- The date a covered *employee's* child is determined to be eligible as an alternate recipient under the terms of a medical child support order.

Late enrollment will result in denial of *dependent* coverage until the next annual Open Enrollment Period.

No person may be simultaneously covered as both an *employee* and a *dependent*. If both parents are eligible for coverage, only one may enroll for *dependent* coverage.

## DEPENDENT EFFECTIVE DATE OF COVERAGE

No *dependent's* effective date will be prior to the covered *employee's* effective date of coverage.  If *your dependent* child becomes an eligible *employee* of the *employer*, he or she cannot be covered both as *your dependent* and as an eligible *employee*.

If the *employee* wishes to add a *dependent* to this Plan, enrollment must be completed and submitted to Humana.

The *dependent's* effective date of coverage is determined as follows:

**NEWBORN COVERAGE CANNOT BE COVERED UNLESS PERMANETLY ADDED TO THE SUBSCRIBER'S MEDICAL POLICY. MEMBERS SHOULD BE DIRECTED TO NORTHSIDE HR 404-851-8393 TO ADD NEWBORN. THERE IS NO TEMPORARY 30 DAY COVERAGE FOR NEWBORNS.**

- If the completed enrollment is received by Humana before the *dependent's eligibility date* or within 30 days after the *dependent's eligibility date*, that *dependent* is covered on the date he or she is eligible.

- If the completed enrollment is received by Humana more than 30 days after the *dependent's eligibility date*, the *dependent* is a *late applicant*.  The *dependent* will not be eligible for coverage under this Plan until the next annual Open Enrollment Period.

No *dependent's* effective date will be prior to the covered *employee's* effective date of coverage.  If *your dependent* child becomes an eligible *employee* of the *employer*, he or she cannot be covered both as *your dependent* and as an eligible *employee*.

## MEDICAL CHILD SUPPORT ORDERS

An individual who is a child of a covered *employee* shall be enrolled for coverage under this Plan in accordance with the direction of a Qualified Medical Child Support Order (QMCSO) or a National Medical Support Notice (NMSN).

A QMCSO is a state *court order* or judgment, including approval of a settlement agreement that: (a) provides for support of a covered *employee's* child; (b) provides for health care coverage for that child; (c) is made under state domestic relations law (including a community property law); (d) relates to benefits under this Plan; and (e) is "qualified" in that it meets the technical requirements of ERISA or applicable state law.  QMCSO also means a state *court order* or judgment that enforces a state Medicaid law regarding medical child support required by Social Security Act §1908 (as added by Omnibus Budget Reconciliation Act of 1993).

An NMSN is a notice issued by an appropriate agency of a state or local government that is similar to a QMCSO that requires coverage under this Plan for the *dependent* child of a non-custodial parent who is (or will become) a *covered person* by a domestic relations order that provides for health care coverage.

Procedures for determining the qualified status of medical child support orders are available at no cost upon request from the *Plan Administrator*.

## CREDITABLE COVERAGE

Once *you* or *your dependents* obtain health plan coverage, *you* are entitled to use evidence of that coverage to reduce or eliminate any pre-existing condition limitation period that might otherwise be imposed when *you* become covered under a subsequent health plan. Evidence may include a certificate of prior creditable coverage. The length of any pre-existing condition limitation period under the subsequent health plan must be reduced by the number of days of creditable coverage.

If *your* coverage and/or *your dependent's* coverage has terminated under this Plan, Humana will automatically issue *you* and/or *your dependent(s)* a certificate of prior creditable coverage. The certificate of prior creditable coverage will be mailed to *your* home address five (5) days after *your* termination date when Humana has been notified in advance of that date, otherwise it will be mailed five (5) days after the date Humana has been informed of *your* termination date. If *your employer* has terminated this Plan with Humana, a certificate of prior creditable coverage will be issued to all *employees* seven (7) to fourteen (14) business days after the termination date. *You* may also request a certificate of prior creditable coverage from Humana any time while *you* are covered under this Plan and up to twenty-four (24) months after the coverage ceases by calling the toll-free customer services phone number on the back of *your* ID card or visiting Humana's website at www.humana.com.

## SPECIAL PROVISIONS

If *your employer* continues to pay required contributions and does not terminate the Plan, *your* coverage will remain in force for:

- No longer than the end of the month during part-time status (less than the required full-time hours per week);

- No longer than the end of the month during an approved leave of absence (other than FMLA);

- No longer than 30 days during an approved military leave of absence (other than USERRA). Benefits will terminate after 31 days of military leave unless *you* notify Northside of *your* intent to remain enrolled and pay any premiums accordingly;

- No longer than the end of the month of a layoff;

- No longer than the end of the month during a period of *total disability*.

## REINSTATEMENT OF COVERAGE

If *your* coverage under the Plan was terminated after a period of *total disability*, approved leave of absence (other than FMLA), approved military leave of absence (other than USERRA) or during part-time status (now working required full-time hours), and *you* are now returning to work, *your* coverage is effective first of the month following return to work date. The eligibility period requirement will apply with respect to the reinstatement of *your* coverage.

If *your* coverage under the Plan was terminated after a period of layoff, and *you* are now returning to work, *your* coverage is effective the first of the month following return to work date.

89

**ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE (continued)**

If *your* coverage under the Plan was terminated due to a period of service in the uniformed services covered under the Uniformed Services Employment and Reemployment Rights Act of 1994, *your* coverage is effective immediately on the day *you* return to work. The eligibility period requirement limitation will be waived with respect to the reinstatement of *your* coverage.

## FAMILY AND MEDICAL LEAVE ACT (FMLA)

If *you* are granted a leave of absence (Leave) by the *employer* as required by the Federal Family and Medical Leave Act, *you* may continue to be covered under this Plan for the duration of the Leave under the same conditions as other *employees* covered by this Plan. If *you* choose to terminate coverage during the Leave, or if coverage terminates as a result of nonpayment of any required contribution, coverage may be reinstated on the first of the month following return to work date. Charges incurred after the date of reinstatement will be paid as if *you* had been continuously covered.

## SPECIAL ENROLLMENT

If *you* previously declined coverage under this Plan for *yourself* or any eligible *dependents*, due to the existence of other health coverage (including COBRA), and that coverage is now lost, this Plan permits *you*, *your dependent* spouse, and any eligible *dependents* to be enrolled for medical benefits under this Plan due to any of the following qualifying events:

Loss of eligibility for the coverage due to any of the following:
- Legal separation;
- Divorce;
- Cessation of *dependent* status (such as attaining the limiting age);
- Death;
- Termination of employment;
- Reduction in the number of hours of employment;
- Plan no longer offering benefits to a class of similarly situated individuals, which includes the *employee;*
- Any loss of eligibility after a period that is measured by reference to any of the foregoing.

  However, loss of eligibility after a period that is measured by reference does not include a loss due to any failure of the foregoing; individual or the participant to pay premiums on a timely basis or termination of coverage for cause (such as making a fraudulent claim or an intentional misrepresentation of a material fact in connection with the plan).

- Employer contributions towards the other coverage have been terminated. Employer contributions include contributions by any current or former employer (of the individual or another person) that was contributing to coverage for the individual.

- COBRA coverage under the other plan has since been exhausted.

The previously listed qualifying events apply only if *you* stated in writing at the previous enrollment the other health coverage was the reason for declining enrollment, but only if *your employer* requires a written waiver of coverage which includes a warning of the penalties imposed on late enrollees.

**ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE (continued)**

If *you* are a covered *employee* or an otherwise eligible *employee*, who either did not enroll or did not enroll *dependents* when eligible, *you* now have the opportunity to enroll *yourself* and/or any previously eligible *dependents* or any newly acquired *dependents* when due to any of the following family status changes:

- Marriage;

- Birth; or

- Adoption or placement for adoption.

*You* may elect coverage under this Plan as determined by the *employer*. Please refer to the grid below for additional information.

| Change | Timeframe to make change | Effective Date |
|---|---|---|
| Birth | 30days from date of birth | Date of Birth |
| Adoption | 30 days from the date of qualifying event | Date of final adoption |
| Placement of a Child or Guardianship | 30 days from the date of placement | Date of placement |
| Marriage | 30days from the date of marriage | 1st of the month following notification |
| Divorce or Legal Separation | 30 days from the date of divorce/separation | Date of divorce. |
| Death of any covered participant | 30 days from the date of death | Date of death for employee only coverage – coverage ends date of death; if employee has other than employee only coverage – coverage to go until end of month of death |
| Leave (on/off) | 30 days from the start/end of leave | Date of leave or return to work date. 1st of the month following 30 days. |

Version 19.3

## ELIGIBILITY AND EFFECTIVE DATE OF COVERAGE (continued)

| Change | Timeframe to make change | Effective Date |
|---|---|---|
| Employee status change | 30 days from the date of the status change | Date of status change. 1st of the month following 30 days. |
| Change in Spouse eligibility (employment status change) | 30 days from the date of qualifying event | 1st of the month following 30 days. |
| Change in child eligibility – Student Status | 30 days from the date of the qualifying event | 1st of the month following notification except graduation which we'll remove date child graduates so coverage goes until month end. At age 26 dependent coverage ends at the end of the month. |

92

## TERMINATION OF COVERAGE

Coverage terminates on the earliest of the following:

- The date this Plan terminates;

- The end of the period for which any required contribution was due and not paid;

- For all *employees* or *dependent* spouses the end of the calendar month they enter full-time military, naval or air service, except coverage may continue during an approved military leave of absence for an *employee* as indicated in the Special Provisions,

- The end of the calendar month *you* fail to be in an eligible class of persons according to the eligibility requirements of the *employer*;

- For all *employees*, the end of the calendar month in which you terminate employment with *your employer*;

- For all *employees*, the end of the calendar month you retire;

- The end of the calendar month *you* request termination of coverage to be effective for *yourself*;

- For any benefit, the date the benefit is removed from this Plan;

- For *your dependents*, the date *your* coverage terminates;

- For a *dependent* spouse, the end of the calendar month such *covered person* no longer meets the definition of *dependent*;

- For a *dependent* child, the end of the birth month they meet the limiting age as indicted in the *dependent* definition.

If *you* or any of *your* covered *dependents* no longer meet the eligibility requirements, *you* and *your employer* are responsible for notifying Humana of the change in status.  Coverage will not continue beyond the last date of eligibility even if notice has not been given to Humana.

# SECTION 4

# GENERAL PROVISIONS AND REIMBURSEMENT/ SUBROGATION

## GENERAL PROVISIONS

The following provisions are to protect *your* legal rights and the legal rights of this Plan.

### PLAN ADMINISTRATION

The *Plan Sponsor* has established and continues to maintain this Plan for the benefit of its *employees* and their eligible *dependents* as provided in this document.

Benefits under this Plan are provided on a self-insured basis, which means that payment for benefits is ultimately the sole financial responsibility of the *Plan Sponsor*. Certain administrative services with respect to this Plan, such as claims processing, are provided under a services agreement. Humana is not responsible, nor will it assume responsibility, for benefits payable under this Plan.

Any changes to this Plan, as presented in this *Summary Plan Description*, must be properly adopted by the *Plan Sponsor*, and material modifications must be timely disclosed in writing and included in or attached to this document. A verbal modification of this Plan or promise having the same effect made by any person will not be binding with respect to this Plan.

### RESCISSION

This Plan will rescind coverage only due to fraud or an intentional misrepresentation of a material fact. Rescission is a cancellation or discontinuance of coverage that has a retroactive effect. A cancellation or discontinuance is not a rescission if the cancellation or discontinuance of coverage has only a prospective effect, or the cancellation or discontinuance of coverage is effective retroactively, to the extent it is attributable to a failure to timely pay premium or costs of coverage.

### CONTESTABILITY

This Plan has the right to contest the validity of *your* coverage under the Plan at any time.

### RIGHT TO REQUEST OVERPAYMENTS

This Plan reserves the right to recover any payments made by this Plan (or any other Plan that Humana administers) that were:

- Made in error; or

- Made to *you* or any party on *your* behalf where this Plan determines the aggregate payment to *you* or any party is greater than the amount payable under this Plan.

This Plan has the right to recover against *you* if this Plan (or any other Plan that Humana administers) has paid *you* or any other party on *your* behalf.

### WORKERS' COMPENSATION NOT AFFECTED

This Plan is not issued in lieu of, nor does it affect any requirement for coverage by any Workers' Compensation or Occupational Disease Act or Law.

**GENERAL PROVISIONS (continued)**

## WORKERS' COMPENSATION

If benefits are paid by this Plan and this Plan determines *you* received Workers' Compensation for the same incident, this Plan has the right to recover as described under the Reimbursement/Subrogation provision.  This Plan will exercise its right to recover against *you* even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;

- No final determination is made that *bodily injury* or *sickness* was sustained in the course of, or resulted from, *your* employment;

- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by *you* or the Workers' Compensation carrier;

- The medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

*You* hereby agree that, in consideration for the coverage provided by this Plan, *you* will notify Humana of any Workers' Compensation claim *you* make, and that *you* agree to reimburse this Plan as described above.

## MEDICAID

This Plan will not take into account the fact that an *employee* or *dependent* is eligible for medical assistance or Medicaid under state law with respect to enrollment, determining eligibility for benefits, or paying claims.

If payment for Medicaid benefits has been made under a state Medicaid plan for which payment would otherwise be due under this Plan, payment of benefits under this Plan will be made in accordance with a state law which provides that the state has acquired the rights with respect to a covered *employee* to the benefits payment.

## CONSTRUCTION OF PLAN TERMS

The Plan *Manager* has the sole right to construe and prescribe the meaning, scope and application of each and all of the terms of this Plan, including, without limitation, the benefits provided thereunder, the obligations of the *beneficiary* and the recovery rights of this Plan; such construction and prescription by the Plan *Manager* shall be final and uncontestable.

## REIMBURSEMENT/SUBROGATION

The *beneficiary* agrees that by accepting and in return for the payment of *covered expenses* by this Plan in accordance with the terms of this Plan:

- Except as provided below, this Plan shall be repaid the full amount of the *covered expenses* it pays from any amount received from others for the *bodily injuries* or losses which necessitated such *covered expenses*. If, and only if, this Plan, in its sole discretion, determines that the *beneficiary* cannot be made whole by the limits of all sources of recovery which are, were, or will be available to the *beneficiary*, this Plan shall be repaid the pro-rata portion of the amount of the *covered expenses* it pays from any amount received from others for the *bodily injuries* or losses which necessitated such *covered expenses*; the "pro-rata portion" shall be determined by this Plan in its sole discretion. Without limitation, "amounts received from others" specifically includes, but is not limited to, liability insurance, worker's compensation, uninsured motorists, underinsured motorists, "no-fault" and automobile med-pay payments or recovery from any identifiable fund regardless of whether the *beneficiary* was made whole.

- This Plan's right to repayment is, and shall be, prior and superior to the right of any other person or entity, including the *beneficiary*.

- The right to recover amounts from others for the injuries or losses which necessitate *covered expenses* is jointly owned by this Plan and the *beneficiary*. This Plan is subrogated to the *beneficiary's* rights to that extent. Regardless of who pursues those rights, the funds recovered shall be used to reimburse this Plan as prescribed above; this Plan has no obligation to pursue the rights for an amount greater than the amount that it has paid, or may pay in the future. The rights to which this Plan is subrogated are, and shall be, prior and superior to the rights of any other person or entity, including the *beneficiary*.

- The *beneficiary* will cooperate with this Plan in any effort to recover from others for the *bodily injuries* and losses which necessitate *covered expense* payments by this Plan. The *beneficiary* will notify this Plan immediately of any claim asserted and any settlement entered into, and will do nothing at any time to prejudice the rights and interests of this Plan. Neither this Plan nor the *beneficiary* shall be entitled to costs or attorney fees from the other for the prosecution of the claim.

## RIGHT TO COLLECT NEEDED INFORMATION

*You* must cooperate with Humana and when asked, assist Humana by:

- Authorizing the release of medical information including the names of all providers from whom *you* received medical attention;

- Obtaining medical information and/or records from any provider as requested by Humana;

- Providing information regarding the circumstances of *your sickness* or *bodily injury*;

- Providing information about other insurance coverage and benefits, including information related to any *bodily injury* or *sickness* for which another party may be liable to pay compensation or benefits; and

- Providing information Humana requests to administer this Plan.

Failure to provide the necessary information will result in denial of any pending or subsequent claims, pertaining to a *bodily injury* or *sickness* for which the information is sought, until the necessary information is satisfactorily provided.

## DUTY TO COOPERATE IN GOOD FAITH

*You* are obliged to cooperate with Humana in order to protect this Plan's recovery rights.  Cooperation includes promptly notifying Humana that *you* may have a claim, providing Humana relevant information, and signing and delivering such documents as Humana reasonably request to secure this Plan's recovery rights.  *You* agree to obtain this Plan's consent before releasing any party from liability for payment of medical expenses.  *You* agree to provide Humana with a copy of any summons, complaint or any other process serviced in any lawsuit in which *you* seek to recover compensation for *your bodily injury* or *sickness* and its treatment.

*You* will do whatever is necessary to enable Humana to enforce this Plan's recovery rights and will do nothing after loss to prejudice this Plan's recovery rights.

*You* agree that *you* will not attempt to avoid this Plan's recovery rights by designating all (or any disproportionate part) of any recovery as exclusively for pain and suffering.

Failure of the *covered person* to provide Humana such notice or cooperation, or any action by the *covered person* resulting in prejudice to this Plan's rights will be a material breach of this Plan and will result in the *covered person* being personally responsible to make repayment.  In such an event, this Plan may deduct from any pending or subsequent claim under this Plan any amounts the *covered person* owes this Plan until such time as cooperation is provided and the prejudice ceases.

# SECTION 5

# NOTICES

## IMPORTANT NOTICES FOR EMPLOYEES AND SPOUSES AGE 65 AND OVER

Federal law may affect *your* coverage under this Plan.  The *Medicare* as Secondary Payer rules were enacted by an amendment to the Social Security Act.  Also, additional rules which specifically affect how a large group health plan provides coverage to employees (or their spouses) over age 65 were added to the Social Security Act and to the Internal Revenue Code.

Generally, the health care plan of an employer that has at least 20 employees must operate in compliance with these rules in providing plan coverage to plan participants who have "current employment status" and are *Medicare* beneficiaries, age 65 and over.

Persons who have "current employment status" with an employer are generally employees who are actively working and also persons who are NOT actively working as follows:

- Individuals receiving disability benefits from an employer for up to 6 months; or

- Individuals who retain employment rights and have not been terminated by the employer and for whom the employer continues to provide coverage under this Plan.  (For example, employees who are on an approved leave of absence).

If *you* are a person with "current employment status" who is age 65 and over (or the dependent spouse age 65 and over of an *employee* of any age), *your* coverage under this Plan will be provided on the same terms and conditions as are applicable to *employees* (or dependent spouses) who are under the age of 65.  *Your* rights under this Plan do not change because *you* (or *your* dependent spouse) are eligible for *Medicare* coverage on the basis of age, as long as *you* have "current employment status" with *your employer*.

*You* have the option to reject plan coverage offered by *your employer*, as does any eligible *employee*.  If *you* reject coverage under *your employer's* Plan, coverage is terminated and *your employer* is not permitted to offer *you* coverage that supplements *Medicare* covered services.

If *you* (or *your* dependent spouse) obtain *Medicare* coverage on the basis of age, and not due to disability or end-stage renal disease, this Plan will consider its coverage to be primary to *Medicare* when *you* have elected coverage under this Plan and have "current employment status".

If *you* have any questions about how coverage under this Plan relates to *Medicare* coverage, please contact *your employer*.

## PRIVACY OF PROTECTED HEALTH INFORMATION

This Plan is required by law to maintain the privacy of *your protected health information* in all forms including written, oral and electronically maintained, stored and transmitted information and to provide individuals with notice of this Plan's legal duties and privacy practices with respect to *protected health information*.

This Plan has policies and procedures specifically designed to protect *your* health information when it is in electronic format. This includes administrative, physical and technical safeguards to ensure that *your* health information cannot be inappropriately accessed while it is stored and transmitted to Humana and others that support this Plan.

In order for this Plan to operate, it may be necessary from time to time for health care professionals, the *Plan Administrator*, individuals who perform Plan-related functions under the auspices of the *Plan Administrator*, Humana and other service providers that have been engaged to assist this Plan in discharging its obligations with respect to delivery of benefits, to have access to what is referred to as *protected health information*.

A *covered person* will be deemed to have consented to use of *protected health information* about him or her for the sole purpose of health care operations by virtue of enrollment in this Plan. This Plan must obtain authorization from a *covered person* to use *protected health information* for any other purpose.

Individually identifiable health information will only be used or disclosed for purposes of Plan operation or benefits delivery. In that regard, only the minimum necessary disclosure will be allowed. The *Plan Administrator*, Humana, and other entities given access to *protected health information*, as permitted by applicable law, will safeguard *protected health information* to ensure that the information is not improperly disclosed.

Disclosure of *protected health information* is improper if it is not allowed by law or if it is made for any purpose other than Plan operation or benefits delivery without authorization. Disclosure for Plan purposes to persons authorized to receive *protected health information* may be proper, so long as the disclosure is allowed by law and appropriate under the circumstances. Improper disclosure includes disclosure to the *employer* for employment purposes, *employee* representatives, consultants, attorneys, relatives, etc. who have not executed appropriate agreements effective to authorize such disclosure.

Humana will afford access to *protected health information* in its possession only as necessary to discharge its obligations as a service provider, within the restrictions noted above. Information received by Humana is information received on behalf of this Plan.

Humana will afford access to *protected health information* as reasonably directed in writing by the *Plan Administrator*, which shall only be made with due regard for confidentiality. In that regard, Humana has been directed that disclosure of *protected health information* may be made to the person(s) identified by the *Plan Administrator*.

Individuals who have access to *protected health information* in connection with their performance of Plan-related functions under the auspices of the *Plan Administrator* will be trained in these privacy policies and relevant procedures prior to being granted any access to *protected health information*. Humana and other Plan service providers will be required to safeguard *protected health information* against improper disclosure through contractual arrangements.

In addition, *you* should know that the *employer / Plan Sponsor* may legally have access, on an as-needed basis, to limited health information for the purpose of determining Plan costs, contributions, Plan design, and whether Plan modifications are warranted.  In addition, federal regulators such as the Department of Health and Human Services and the Department of Labor may legally require access to *protected health information* to police federal legal requirements about privacy.

*Covered persons* may have access to *protected health information* about them that is in the possession of this Plan, and they may make changes to correct errors.  *Covered persons* are also entitled to an accounting of all disclosures that may be made by any person who acquires access to *protected health information* concerning them and uses it other than for Plan operation or benefits delivery.  In this regard, please contact the *Plan Administrator*.

*Covered persons* are urged to contact the originating health care professional with respect to medical information that may have been acquired from them, as those items of information are relevant to medical care and treatment.  And finally, *covered persons* may consent to disclosure of *protected health information*, as they please.

## CONTINUATION OF MEDICAL BENEFITS

## THE CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT OF 1986 (COBRA)

## CONTINUATION OF BENEFITS

On April 7, 1986, the Consolidated Omnibus Budget Reconciliation Act (COBRA) was signed into law. This federal law applies to employers with 20 or more employees.  The law requires that employers offer employees and/or their dependents continuation of medical coverage at group rates in certain instances where there is a loss of group insurance coverage.

## ELIGIBILITY

A qualified beneficiary under COBRA law means an *employee*, *employee's* spouse or *dependent* child covered by this Plan on the day before a qualifying event.  A qualified beneficiary under COBRA law also includes a child born to the *employee* during the coverage period or a child placed for adoption with the *employee* during the coverage period.

**EMPLOYEE:**  An *employee* covered by the *employer's* Plan has the right to elect continuation coverage if coverage is lost due to one of the following qualifying events:

- Termination (for reasons other than gross misconduct, as defined by *your employer*) of the *employee's* employment or reduction in the hours of *employee's* employment; or

- Termination of retiree coverage when the former *employer* discontinues retiree coverage within one year before or one year after filing for Chapter 11 bankruptcy.

**SPOUSE:**  A spouse covered by the *employer's* Plan has the right to elect continuation coverage if the group coverage is lost due to one of the following qualifying events:

- The death of the *employee*;

- Termination of the *employee's* employment (for reasons other than gross misconduct, as defined by *your employer*) or reduction of the *employee's* hours of employment with the *employer*;

- Divorce or legal separation from the *employee*;

- The *employee* becomes entitled to *Medicare* benefits; or

- Termination of a retiree spouse's coverage when the former *employer* discontinues retiree coverage within one year before or one year after filing for Chapter 11 bankruptcy.

**DEPENDENT CHILD:**  A *dependent* child covered by the *employer's* Plan has the right to continuation coverage if group coverage is lost due to one of the following qualifying events:

- The death of the *employee* parent;

- The termination of the *employee* parent's employment (for reasons other than gross misconduct, as defined by *your employer*) or reduction in the *employee* parent's hours of employment with the *employer*;

- The *employee* parent's divorce or legal separation;

- Ceasing to be a "*dependent* child" under this Plan;

- The *employee* parent becomes entitled to *Medicare* benefits; or

- Termination of the retiree parent's coverage when the former *employer* discontinues retiree coverage within one year before or one year after filing for Chapter 11 bankruptcy.

## LOSS OF COVERAGE

Coverage is lost in connection with the foregoing qualified events, when a covered *employee*, spouse or *dependent* child ceases to be covered under the same Plan terms and conditions as in effect immediately before the qualifying event (such as an increase in the premium or contribution that must be paid for *employee*, spouse or *dependent* child coverage).

If coverage is reduced or eliminated in anticipation of an event (for example, an *employer* eliminating an *employee's* coverage in anticipation of the termination of the *employee's* employment, or an *employee* eliminating the coverage of the *employee's* spouse in anticipation of a divorce or legal separation), the reduction or elimination is disregarded in determining whether the event causes a loss of coverage.

A loss of coverage need not occur immediately after the event, so long as it occurs before the end of the Maximum Coverage Period.

## NOTICES AND ELECTION

This Plan provides that coverage terminates for a spouse due to legal separation or divorce or for a child when that child loses *dependent* status. Under the law, the *employee* or qualified beneficiary has the responsibility to inform the *Plan Administrator* (see Plan Description Information) if one of the above events has occurred. The qualified beneficiary must give this notice within 60 days after the event occurs. (For example, an ex-spouse should make sure that the *Plan Administrator* is notified of his or her divorce, whether or not his or her coverage was reduced or eliminated in anticipation of the event). When the *Plan Administrator* is notified that one of these events has happened, it is the *Plan Administrator's* responsibility to notify the *COBRA Service Provider* who will in turn notify the qualified beneficiary of the right to elect continuation coverage.

For a qualified beneficiary who is determined under the Social Security Act to be disabled at any time during the first 60 days of COBRA coverage, the continuation coverage period may be extended 11 additional months. The disability that extends the 18-month coverage period must be determined under Title II (Old Age, Survivors, and Disability Insurance) or Title XVI (Supplemental Security Income) of the Social Security Act. To be entitled to the extended coverage period, the disabled qualified beneficiary must provide notice to the *COBRA Service Provider* and *Plan Administrator* within the initial 18 month coverage period and within 60 days after the date of the determination of disability under the Social Security Act. Failure to provide this notice will result in the loss of the right to extend the COBRA continuation period.

For termination of employment, reduction in work hours, the death of the *employee*, the *employee* becoming covered by *Medicare* or loss of retiree benefits due to bankruptcy, it is the *Plan Administrator's* responsibility to notify the *COBRA Service Provider* who will in turn notify the qualified beneficiary of the right to elect continuation coverage.

Under the law, continuation coverage must be elected within 60 days after Plan coverage ends, or if later, 60 days after the date of the notice of the right to elect continuation coverage. If continuation coverage is not elected within the 60 day period, the right to elect coverage under this Plan will end.

104

A covered *employee* or the spouse of the covered *employee* may elect continuation coverage for all covered *dependents*, even if the covered *employee* or spouse of the covered *employee* or all covered *dependents* are covered under another group health plan (as an *employee* or otherwise) prior to the election.   The covered *employee*, his or her spouse and *dependent* child, however, each have an independent right to elect continuation coverage.   Thus a spouse or *dependent* child may elect continuation coverage even if the covered *employee* does not elect it.

Coverage will not be provided during the election period.   However, if the individual makes a timely election, coverage will be provided from the date that coverage would otherwise have been lost.   If coverage is waived before the end of the 60 day election period and the waiver revoked before the end of the 60 day election period, coverage will be effective on the date the election of coverage is sent to the *COBRA Service Provider* or *Plan Administrator*.

On August 6, 2002, The Trade Act of 2002 (TAA), was signed in to law.   Workers whose employment is adversely affected by international trade (increased import or shift in production to another country) may become eligible to receive TAA.   TAA provides a second 60-day COBRA election period for those who become eligible for assistance under TAA.   Pursuant to the Trade Act of 1974, an individual who is either an eligible TAA recipient or an eligible alternative TAA recipient and who did not elect continuation coverage during the 60-day COBRA election period that was a direct consequence of the TAA-related loss of coverage, may elect continuation coverage during a 60-day period that begins on the first day of the month in which he or she is determined to be TAA-eligible individual, provided such election is made not later than 6 months after the date of the TAA-related loss of coverage.   Any continuation coverage elected during the second election period will begin with the first day of the second election period and not on the date on which coverage originally lapsed.

TAA created a new tax credit for certain individuals who became eligible for trade adjustment assistance (eligible individuals).   Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage.   If *you* have questions about these new tax provisions, *you* may call the Health Care Tax Credit Customer Contact Center toll-free at 1-866-628-4282.    TTD/TTY callers may call toll-free at 1-866-626-4282.

The *Plan Administrator* shall require documentation evidencing eligibility of TAA benefits.   The Plan need not require every available document to establish evidence of TAA.   The burden for evidencing TAA eligibility is that of the individual applying for coverage under this Plan.

## MAXIMUM COVERAGE PERIOD

Coverage may continue up to:

- 18 months for an *employee* and/or *dependent* whose group coverage ended due to termination of the *employee's* employment or reduction in hours of employment;

- 36 months for a spouse whose coverage ended due to the death of the *employee* or retiree, divorce, or the *employee* becoming entitled to *Medicare* at the time of the initial qualifying event;

- 36 months for a *dependent* child whose coverage ended due to the divorce of the *employee* parent, the *employee* becoming entitled to *Medicare* at the time of the initial qualifying event, the death of the *employee*, or the child ceasing to be a *dependent* under this Plan;

- For the retiree, until the date of death of the retiree who is on continuation due to loss of coverage within one year before or one year after the *employer* filed Chapter 11 bankruptcy.

## DISABILITY

An 11-month extension of coverage may be available if any of the qualified beneficiaries are determined by the Social Security Administration (SSA) to be disabled.  The disability has to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage.  The qualified beneficiary must provide notice of such determination prior to the end of the initial 18-month continuation period to be entitled to the additional 11 months of coverage.  Each qualified beneficiary who has elected continuation coverage will be entitled to the 11-month disability extension if one of them qualifies.  If a qualified beneficiary is determined by SSA to no longer be disabled, *you* must notify this Plan of that fact within 30 days after SSA's determination.

## SECOND QUALIFYING EVENT

An 18-month extension of coverage will be available to spouses and *dependent* children who elect continuation coverage if a second qualifying event occurs during the first 18 months of continuation coverage.  The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months.  Such second qualifying event may include the death of a covered *employee*, divorce or separation from the covered *employee*, the covered *employee's* becoming entitled to *Medicare* benefits (under Part A, Part B, or both), or a *dependent* child's ceasing to be eligible for coverage as a *dependent* under this Plan.  These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under this Plan if the first qualifying event had not occurred.  *You* must notify this Plan within 60 days after the second qualifying event occurs if *you* want to extend *your* continuation coverage.

## TERMINATION BEFORE THE END OF MAXIMUM COVERAGE PERIOD

Continuation coverage will terminate before the end of the maximum coverage period for any of the following reasons:

- The *employer* no longer provides group health coverage to any of its *employees*;

- The premium for continuation is not paid timely;

- The individual on continuation becomes covered under another group health plan (as an *employee* or otherwise);

- The individual on continuation becomes entitled to *Medicare* benefits;

- If there is a final determination under Title II or XVI of the Social Security Act that an individual is no longer disabled; however, continuation coverage will not end until the month that begins more than 30 days after the determination;

- The occurrence of any event (e.g. submission of a fraudulent claim) permitting termination of coverage for cause under this Plan.

## TYPE OF COVERAGE; PREMIUM PAYMENT

If continuation coverage is elected, the coverage must be identical to the coverage provided under the *employer's* Plan to similarly situated non-COBRA beneficiaries.  This means that if the coverage for similarly situated non-COBRA beneficiaries is modified, coverage for the individual on continuation will be modified.

The initial premium payment for continuation coverage is due by the 45th day after coverage is elected.  The initial premium includes charges back to the date the continuation coverage began.  All other premiums are due on the first of the month for which the premium is paid, subject to a 31 day grace period.  The *employer* or *COBRA Service Provider* must provide the individual with a quote of the total monthly premium.

Premium for continuation coverage may be increased, however, the premium may not be increased more than once in any determination period.  The determination period is a 12 month period which is established by this Plan.

The monthly premium payment to this Plan for continuing coverage must be submitted directly to the *employer* or *COBRA Service Provider*.  This monthly premium may include the *employee's* share and any portion previously paid by the *employer*.  The monthly premium must be a reasonable estimate of the cost of providing coverage under this Plan for similarly situated non-COBRA beneficiaries.  The premium for COBRA continuation coverage may include a 2% administration charge.  However, for qualified beneficiaries who are receiving up to 11 months additional coverage (beyond the first 18 months) due to disability extension (and not a second qualifying event), the premium for COBRA continuation coverage may be up to 150% of the applicable premium for the additional months.  Qualified beneficiaries who do not take the additional 11 months of special coverage will pay up to 102% of the premium cost.

## OTHER INFORMATION

Additional information regarding rights and obligations under this Plan and under federal law may be obtained by contacting the *Plan Administrator* or the *COBRA Service Provider*.

It is important for the *covered person* or qualified beneficiary to keep the *COBRA Service Provider, Plan Administrator* and Humana informed of any changes in marital status, or a change of address.

## PLAN CONTACT INFORMATION

Businessolver
P.O. Box 1517
Des Moines, Iowa 50305
Telephone: 1-877-547-6257

Northside Hospital
1000 Johnson Ferry Road NE
Atlanta, GA 30342
Telephone: 404-851-8000

Humana Health Plan, Inc.
Billing/Enrollment Department
101 E. Main Street
Louisville, KY 40202
Toll-Free: 1-800-872-7207

# THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994 (USERRA)

## CONTINUATION OF BENEFITS

Effective October 13, 1994 federal law requires that health plans must offer to continue coverage for *employees* who are absent due to service in the uniformed services and/or their *dependents*. Coverage may continue for up to twenty-four (24) months after the date the *employee* is first absent due to uniformed service.

## ELIGIBILITY

An *employee* is eligible for continuation under USERRA if absent from employment because of voluntary or involuntary performance of duty in the Armed Forces, Army National Guard, Air National Guard, the commissioned corps of the Public Health Service or any other category of persons designated by the President of the United States of America in a time of war or national emergency. Duty includes absence for active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty and for the purpose of an examination to determine fitness for duty.

An *employee's dependent* who has coverage under this Plan immediately prior to the date of the *employee's* covered absence are eligible to elect continuation under USERRA.

## PREMIUM PAYMENT

If continuation of Plan coverage is elected under USERRA, the *employee* or *dependent* is responsible for payment of the applicable cost of coverage. If the *employee* is absent for 30 days or less, the cost will be the amount the *employee* would otherwise pay for coverage. For absences exceeding 30 days, the cost may be up to 102% of the cost of coverage under this Plan. This includes the *employee's* share and any portion previously paid by the *employer*.

## DURATION OF COVERAGE

Elected continuation coverage under USERRA will continue until the earlier of:

- 24 months beginning the first day of absence from employment due to service in the uniformed services; or

- The day after the *employee* fails to apply for, or return to employment, as required by USERRA, after completion of a period of service.

Under federal law, the period of coverage available under USERRA shall run concurrently with the COBRA period available to an *employee* and/or eligible *dependents*.

## OTHER INFORMATION

*Employees* should contact their *employer* with any questions regarding coverage normally available during a military leave of absence or continuation coverage and notify the *employer* of any changes in marital status, or a change of address.

# STATEMENT OF ERISA RIGHTS

As a participant in the Northside Hospital, Inc Plan, *you* are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

## RECEIVE INFORMATION ABOUT THEIR PLAN AND BENEFITS

- Examine, without charge, at the *Plan Administrator's* office and at other specified locations, such as work sites and union halls, all documents governing this Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by this Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request from the *Plan Administrator*, copies of documents governing the operation of this Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated *Summary Plan Description*. The administrator may make a reasonable charge for copies.

- Receive a summary of this Plan's annual financial report. The *Plan Administrator* is required by law to furnish each participant with a copy of this summary annual report.

## CONTINUE GROUP HEALTH PLAN COVERAGE

Continue health care coverage for *yourself*, spouse or *dependents* if there is a loss of coverage under this Plan as a result of a qualifying event. *You* or *your dependents* may have to pay for such coverage. Review this *Summary Plan Description* and this Plan's documents on the rules governing *your* COBRA continuation coverage rights.

## PRUDENT ACTIONS OF PLAN FIDUCIARIES

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of employee benefit plans. The people who operate *your* Plan, called "fiduciaries" of this Plan, have a duty to do so prudently and in the interest of *you* and other Plan participants and beneficiaries. No one, including *your employer*, *your* union, or any other person, may fire *you* or otherwise discriminate against *you* in any way to prevent *you* from obtaining a welfare benefit or exercising *your* rights under ERISA.

## ENFORCE YOUR RIGHTS

If *your* claim for a welfare benefit is denied or ignored, in whole or in part, *you* have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to *appeal* any denial, all within certain time schedules.

---

**STATEMENT OF ERISA RIGHTS (continued)**

---

Under ERISA, there are steps *you* can take to enforce the above rights.  For instance, if *you* request a copy of Plan documents or the latest annual report from this Plan and do not receive them within 30 days, *you* may file suit in a Federal court.  In such a case, the court may require the *Plan Administrator* to provide the materials and pay *you* up to $110 a day until *you* receive the materials, unless the materials were not sent because of reasons beyond the control of the *Plan Administrator*.  If *you* have a claim for benefits which is denied or ignored, in whole or in part, *you* may file suit in a state or Federal court.  In addition, if *you* disagree with this Plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, *you* may file suit in Federal court.  If it should happen that Plan fiduciaries misuse the Plan's money, or if *you* are discriminated against for asserting *your* rights, *you* may seek assistance from the U.S. Department of Labor, or *you* may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If *you* are successful, the court may order the person *you* have sued to pay these costs and fees.  If *you* lose, the court may order *you* to pay these costs and fees, if for example, it finds *your* claim is frivolous.

## ASSISTANCE WITH QUESTIONS

If *you* have any questions about *your* Plan, *you* should contact the *Plan Administrator*.  If *you* have any questions about this statement or about *your* rights under ERISA, or if *you* need assistance in obtaining documents from the *Plan Administrator*, *you* should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in *your* telephone directory (or 1-866-444-3272), or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. *You* may also obtain certain publications about *your* rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration or visiting the U.S. Department of Labor web-site at http://www.dol.gov/ebsa.

## ADDITIONAL NOTICES

### THE WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998 (WHCRA)

If *you* have had or are going to have a mastectomy, *you* may be entitled to certain benefits under the Women's Health and Cancer Rights Act of 1998 (WHCRA).  For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and the patient, for:

- All stages of reconstruction of the breast on which the covered mastectomy was performed;

- *Surgery* and reconstruction of the other breast to produce a symmetrical appearance;

- Prostheses; and

- Treatment of physical complications of the mastectomy, including lymphedema.

Contact *your employer* if *you* would like more information on WHCRA benefits.

### THE NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT OF 1996

The Newborns' and Mothers' Health Protection Act of 1996 provides that group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any *hospital* length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section.  However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable).  An attending provider is defined as an individual who is licensed under applicable state law to provide maternal or pediatric care and who is directly responsible for providing such care to a mother or newborn child.  The definition of attending provider does not include a plan, *hospital*, managed care organization or other issuer.  In any case, plans may not, under Federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

Contact *your employer* if *you* would like more information on The Newborns' and Mothers' Health Protection Act.

## PLAN DESCRIPTION INFORMATION

- Proper Name of Plan:    Northside Hospital, Inc. Flexible Benefit Plan

- *Plan Sponsor*:

  Northside Hospital, Inc.
  1000 Johnson Ferry Road NE
  Atlanta, GA 30342
  Telephone: 404-851-8393

- *Employer*:

  Northside Hospital Inc.
  1000 Johnson Ferry Road NE
  Atlanta, GA 30342
  Telephone: 404-851-8393

  Common Name of *Employer*:  Northside

- *Plan Administrator* and Named Fiduciary:

  Northside Hospital, Inc.
  1000 Johnson Ferry Road NE
  Atlanta, GA 30342
  Telephone: 404-851-8393

- *Employer* Identification Number:  58-1954432

  The Plan number assigned for government reporting purposes is 501.

- This Plan provides medical and *prescription* drug benefits for participating *employees* and their enrolled *dependents*.

- Plan benefits described in this booklet are effective January 1, 2020.

- The *Plan year* is January 1 through December 31 of each year.

- The fiscal year is October 1 through September 30 of each year.

- Service of legal process may be served upon the *Plan Administrator* as shown above or the following agent for service of legal process:

  Northside Hospital, Inc.
  1000 Johnson Ferry Road NE
  Atlanta, GA 30342

112

**PLAN DESCRIPTION INFORMATION (continued)**

- The *Plan Manager* is responsible for performing certain delegated administrative duties, including the processing of claims.  The *Plan Manager* and Claim Fiduciary is:

  > Humana Health Plan, Inc.
  > 500 West Main Street
  > Louisville, KY 40202
  > Telephone: Refer to *your* ID card

- This is a self-insured and self-administered health benefit plan.  The cost of this Plan is paid with contributions shared by the *employer* and *employee*.  Benefits under this Plan are provided from the general assets of the *employer* and are used to fund payment of covered claims under this Plan plus administrative expenses.  Please see *your employer* for the method of calculating contributions and the funding mechanism used for the accumulation of assets through which benefits are provided under this Plan.

- Each *employee* of the *employer* who participates in this Plan receives a *Summary Plan Description,* which is this booklet.  This booklet will be provided to *employees* by the *employer*.  It contains information regarding eligibility requirements, termination provisions, a description of the benefits provided and other Plan information.

- This Plan's benefits and/or contributions may be modified or amended from time to time, or may be terminated at any time by the *Plan Sponsor*.  Significant changes to this Plan, including termination, will be communicated to participants as required by applicable law.

- Upon termination of this Plan, the rights of the participants to benefits are limited to claims incurred and payable by this Plan up to the date of termination.  Plan assets, if any, will be allocated and disposed of for the exclusive benefit of the participating *employees* and their *dependents* covered by this Plan, except that any taxes and administration expenses may be made from this Plan's assets.

- This Plan does not constitute a contract between the *employer* and any *covered person* and will not be considered as an inducement or condition of the employment of any *employee*.  Nothing in this Plan will give any *employee* the right to be retained in the service of the *employer*, or for the *employer* to discharge any *employee* at any time.

- This Plan is not in lieu of and does not affect any requirement for coverage by workers' compensation insurance.

# SECTION 6

# DEFINITIONS

## DEFINITIONS

Italicized terms throughout this *Summary Plan Description* have the meaning indicated below.  Defined terms are italicized wherever found in this *Summary Plan Description.*

# A

***Accident*** means a sudden event that results in a *bodily injury* and is exact as to time and place of occurrence.

***Admission*** means entry into a facility as a registered bed patient according to the rules and regulations of that facility.  An *admission* ends when *you* are discharged, or released, from the facility and are no longer registered as a bed patient.

***Advanced imaging***, for the purpose of this definition, means Magnetic Resonance Imaging (MRI), Magnetic Resonance Angiography (MRA), Positron Emission Tomography (PET), Single Photon Emission Computed Tomography (SPECT) and Computed Tomography (CT) imaging.

***Adverse benefit determination*** means a denial, reduction, or termination, or failure to provide or make payment (in whole or in part) for a benefit, including:

- A determination based on a covered person's eligibility to participate in this Plan;

- A determination that a benefit is not a covered benefit;

- The imposition of a source-of-injury exclusion, network exclusion, or other limitation on otherwise covered benefits; or

- A determination resulting from the application of any utilization review, such as the failure to cover an item or *service* because it is determined to be experimental/investigational or not *medically necessary*.

An *adverse benefit determination* includes any rescission of coverage (whether or not, in connection with the rescission, there is an adverse effect on any particular benefit at that time).   Rescission is a cancellation or discontinuance of coverage that has retroactive effect.  A cancellation or discontinuance is not a rescission if:

- The cancellation or discontinuance of coverage has only a prospective effect; or

- The cancellation or discontinuance of coverage is effective retroactively to the extent it is attributable to a failure to timely pay premium or costs of coverage.

***Alternative medicine*** means an approach to medical diagnosis, treatment or therapy that has been developed or practiced NOT using the generally accepted scientific methods in the United States of America.  For purposes of this definition, *alternative medicine* shall include, but is not limited to: acupressure, aromatherapy, ayurveda, biofeedback, faith healing, guided mental imagery, herbal medicine, holistic medicine, homeopathy, hypnosis, macrobiotics, naturopathy, ozone therapy, reflexotherapy, relaxation response, rolfing, shiatsu and yoga.

___

**DEFINITIONS (continued)**

___

***Ambulance*** means a professionally operated vehicle, provided by a licensed *ambulance* service, equipped for the transportation of a sick or injured person to or from the nearest medical facility qualified to treat the person's *sickness* or *bodily injury*.  Use of the *ambulance* must be *medically necessary* and/or ordered by a *qualified practitioner*.

***Ambulatory surgical center*** means an institution which meets all of the following requirements:

- It must be staffed by physicians and a medical staff which includes registered *nurses*;

- It must have permanent facilities and equipment for the primary purpose of performing *surgery*;

- It must provide continuous physicians' *services* on an outpatient basis;

- It must admit and discharge patients from the facility within a 24-hour period;

- It must be licensed in accordance with the laws of the jurisdiction where it is located.  It must be operated as an *ambulatory surgical center* as defined by those laws;

- It must not be used for the primary purpose of terminating pregnancies, or as an office or clinic for the private practice of any physician or dentist.

***Appeal*** (or ***internal appeal***) means review by this Plan of an *adverse benefit determination*.

***Applied behavioral analysis (ABA) therapy*** is an intensive behavioral treatment program that attempts to improve cognitive and social functioning.

***Assistant surgeon*** means a *qualified practitioner* who assists at *surgery* and is a Doctor of Medicine (MD), Doctor of Osteopathic Medicine (DO), Doctor of Podiatric Medicine (DPM).

# B

***Bariatric surgery*** means gastrointestinal *surgery* to promote weight loss for the treatment of *morbid obesity*.

***Behavioral health*** means *mental health services* and *substance abuse services*.

***Beneficiary*** means *you* and *your* covered *dependent(s)*, or legal representative of either, and anyone to whom the rights of *you* or *your* covered *dependent(s)* may pass.

***Bodily injury*** means bodily damage other than a *sickness*, including all related conditions and recurrent symptoms.  However, bodily damage resulting from infection or muscle strain due to athletic or physical activity is considered a *sickness* and not a *bodily injury*.

***Bone marrow*** means the transplant of human blood precursor cells.  Such cells may be derived from bone marrow, circulating blood, or a combination of bone marrow and circulating blood obtained from the patient in an autologous transplant, from a matched related or unrelated donor, or cord blood.  The term *bone marrow* includes the harvesting, the transplantation and the integral chemotherapy components

116

# C

*Calendar year* means a period of time beginning on January 1 and ending on December 31.

*Claimant* means a *covered person* (or authorized representative) who files a claim.

*COBRA Service Provider* means a provider of COBRA administrative services retained by Humana or the *employer* to provide specific COBRA administrative services.

*Coinsurance* means the shared financial responsibility for *covered expenses* between the *covered person* and this Plan, expressed as a percentage.

*Complications of pregnancy* means:

- Conditions whose diagnoses are distinct from pregnancy but adversely affected by pregnancy or caused by pregnancy. Such conditions include: acute nephritis, nephrosis, cardiac decompensation, hyperemesis gravidarum, puerperal infection, toxemia, eclampsia and missed abortion;

- A nonelective cesarean section surgical procedure;

- Terminated ectopic pregnancy; or

- Spontaneous termination of pregnancy which occurs during a period of gestation in which a viable birth is not possible.

*Complications of pregnancy* do not mean:

- False labor;

- Occasional spotting;

- Prescribed rest during the period of pregnancy;

- Conditions associated with the management of a difficult pregnancy but which do not constitute distinct *complications of pregnancy*; or

- An elective cesarean section.

*Concurrent care decision* means a decision by this Plan to reduce or terminate benefits otherwise payable for a course of treatment that has been approved by this Plan (other than by Plan amendment or termination) or a decision with respect to a request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that has been approved by this Plan.

*Concurrent review* means the process of assessing the continuing *medical necessity*, appropriateness, or utility of additional days of *hospital confinement*, outpatient care, and other health care *services*.

*Confinement* or *confined* means *you* are a registered bed patient in a *hospital* or a *qualified treatment facility* as the result of a *qualified practitioner's* recommendation. It does not mean detainment in *observation status*.

**Cosmetic surgery** means *surgery* performed to reshape structures of the body in order to change *your* appearance or improve self-esteem.

**Covered expense** means *medically necessary services* incurred by *you* or *your* covered *dependents* for which benefits may be available under this Plan, subject to any *maximum benefit* and all other terms, provisions, limitations and exclusions of this Plan.

**Covered person** means the *employee* or any of the *employee's* covered *dependents* enrolled for benefits provided under this Plan.

**Custodial care** means *services* provided to assist in the activities of daily living which are not likely to improve *your* condition.  Examples include, but are not limited to, assistance with dressing, bathing, preparation and feeding of special diets, transferring, walking, taking medication, getting in and out bed and maintaining continence.  These *services* are considered *custodial care* regardless if a *qualified practitioner* or provider has prescribed, recommended or performed the *services*.

# D

**Deductible** means a specified dollar amount that must be satisfied, either individually or combined as a covered family, per *calendar year* before this Plan pays benefits for certain specified *services*.

**Dental injury** means an injury to a *sound natural tooth* caused by a sudden, violent, and external force that could not be predicted in advance and could not be avoided.

**Dependent** means a covered *employee's*:

- Legally recognized spouse;

- Natural blood related child, step-child, legally adopted child or child placed with the *employee* for adoption, foster child or child for which the *employee* has legal guardianship whose age is less than the limiting age.

   The limiting age for each *dependent* child is the end of the birth month he or she attains the age of 26 years. *Your* child is covered to the limiting age regardless if the child is:
   o   Married;
   o   A tax dependent;
   o   A student;
   o   Employed;
   o   Residing or working outside of the network area;
   o   Residing with or receives financial support from *you;*
   o   Eligible for other coverage through employment.

- A covered *employee's* child whose age is less than the limiting age and is entitled to coverage under the provisions of this Plan because of a medical child support order;

*You* must furnish satisfactory proof, upon request, to Humana that the above conditions continuously exist.  If satisfactory proof is not submitted to Humana, the child's coverage will not continue beyond the last date of eligibility.

A covered *dependent* child who attains the limiting age while covered under this Plan will remain eligible for benefits if all of the following exist at the same time:

- Permanently mentally disabled or permanently physically handicapped;

- Incapable of self-sustaining employment;

- The child meets all of the qualifications of a *dependent* as determined by the United States Internal Revenue Service;

- Declared on and legally qualify as a *dependent* on the *employee's* federal personal income tax return filed for each year of coverage; and

- Unmarried.

*You* must furnish satisfactory proof to Humana that the above conditions continuously exist on and after the date the limiting age is reached.  Humana may not request such proof more often than annually after two years from the date the first proof was furnished.  If satisfactory proof is not submitted to Humana, the child's coverage will not continue beyond the last date of eligibility.

**Diabetes equipment** means blood glucose monitors, including monitors designed to be used by blind individuals, insulin infusion pumps and associated accessories, insulin infusion devices and podiatric appliances for the prevention of complications associated with diabetes.

**Diabetes self-management training** means the training provided to a *covered person* after the initial diagnosis of diabetes for care and management of the condition including nutritional counseling and use of *diabetes equipment* and supplies.  It also includes training when changes are required to the self-management regime and when new techniques and treatments are developed.

**Diabetes supplies** means test strips for blood glucose monitors, visual reading and urine test strips, lancets and lancet devices, insulin and insulin analogs, injection aids, syringes, prescriptive and nonprescriptive oral agents for controlling blood sugar levels, glucagons emergency kits and alcohol swabs.

**Distant site** means the location of a *qualified practitioner* at the time a *telehealth* or *telemedicine* service is provided.

**Durable medical equipment (DME)** means equipment that is *medically necessary* and able to withstand repeated use.  It must also be primarily and customarily used to serve a medical purpose and not be generally useful to a person except for the treatment of a *bodily injury* or *sickness*.

# E

**Eligibility date** means the date the *employee* or *dependent* is eligible to participate in this plan

**Emergency (true)** means an acute, sudden onset of a *sickness* or *bodily injury* which is life threatening or will significantly worsen without immediate medical or surgical treatment.

*Employee* means *you*, as an *employee*, when *you* are permanently employed and paid a salary or earnings at *your employer's* place of business.

*Employer* means the sponsor of this Group Plan or any subsidiary(s).

*Expense incurred* means the fee charged for *services* provided to *you*.  The date a *service* is provided is the *expense incurred* date.

***Experimental, investigational or for research purposes*** means a drug, biological product, device, treatment or procedure that meets any one of the following criteria, as determined by this Plan:

- Cannot be lawfully marketed without the final approval of the United States Food and Drug Administration (FDA) and which lacks such final FDA approval for the use or proposed use, unless:

  o Found to be accepted for that use in the most recently published edition of  Clinical Pharmacology, Micromedex DrugDex, National Comprehensive Cancer Network Drugs and Biologics Compendium, and the American Hospital Formulary Service (AHFS) Drug Information for drugs used to treat cancer, and is determined to be covered by this Plan (for additional details, go to www.humana.com, click on "Humana Websites for Providers" along the left hand side of the page, then click "Medical Coverage Policies" under Critical Topics, then click "Medical Coverage Policies" and search for Clinical Trials and Off-Label and Off-Evidence); or

  o Found to be accepted for that use in the most recently published edition of the Micromedex DrugDex or AHFS Drug Information for non-cancer drugs, and is determined to be covered by this Plan (for additional details, go to www.humana.com, click on "Humana Websites for Providers" along the left hand side of the page, then click "Medical Coverage Policies" under Critical Topics, then click "Medical Coverage Policies" and search for Clinical Trials and Off-Label and Off-Evidence); or

  o Identified by this Plan as safe, widely used and generally accepted as effective for that use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is a device required to receive Premarket Approval (PMA) or 510K approval by the FDA but has not received a PMA or 510K approval;

- Is not identified as safe, widely used and generally accepted as effective for the proposed use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is the subject of a National Institute of Health (NIH) Phase I, II or III trial or a treatment protocol comparable to a NIH Phase I, II or III trial, or any trial not recognized by NIH regardless of phase, except for:

  o Clinical trials approved by this Plan (for additional details, go to www.humana.com, click on  "Humana Websites for Providers" along the left hand side of the page, then click "Medical Coverage Policies" under Critical Topics, then click "Medical Coverage Policies" and search for Clinical Trials and Off-Label and Off-Evidence); or

     o     Transplants, in which case this Plan would approve requests for *services* that are the subject of a NIH Phase II, Phase III or higher when transplant *services* are appropriate for the treatment of the underlying disease;

- Is identified as not covered by the Centers for Medicare and Medicaid Services (CMS) Medicare Coverage Issues Manual, a CMS Operational Policy Letter or a CMS National Coverage Decision, except as required by federal law and excluding transplants.

**External review** means a review of an *adverse benefit determination* (including a *final internal adverse benefit determination*) conducted pursuant to the federal *external review* process or an applicable state *external review* process.


# F


**Family member** means *you* or *your* spouse, or *you* or *your* spouse's child, brother, sister, parent, grandchild or grandparent.

**Final external review decision** means a determination by an *independent review organization* at the conclusion of an *external review*.

**Final internal adverse benefit determination** means an *adverse benefit determination* that has been upheld by this Plan at the completion of the *internal appeals* process (or an *adverse benefit determination* with respect to which the internal appeals process has been exhausted under the deemed exhaustion rules).

**Functional impairment** means a direct and measurable reduction in physical performance of an organ or body part.


# G


**Gender dysphoria** refers to discomfort or distress that is caused by a discrepancy between a person's gender identity and that person's sex assigned at birth (and the associated gender role and/or primary and secondary sex characteristics).  For a person to be diagnosed with gender dysphoria, there must be a marked difference between the individual's expressed/experienced gender and the gender others would assign him or her and it must continue for at least six months.  This condition may cause clinically significant distress or impairment in social, occupational or other important areas of functioning.


# H


**Home health care agency** means a *home health care agency* or *hospital*, which meets all of the following requirements:

- It must primarily provide skilled nursing services and other therapeutic services under the supervision of physicians or registered *nurses*;
- It must be operated according to established processes and procedures by a group of medical

- professional, including *qualified practitioners* and *nurses*;
- It must maintain clinical records on all patients; and
- It must be licensed by the jurisdiction where it is located, if licensure is required.  It must be operated according to the laws of that jurisdiction, which pertains to agencies providing home health care.

*Hospital* means an institution which:

- Maintains permanent full-time facilities for bed care of resident patients;

- Has a physician and surgeon in regular attendance;

- Provides continuous 24 hour a day nursing *services*;

- Is primarily engaged in providing diagnostic and therapeutic facilities for medical or surgical care of sick or injured persons;

- Is legally operated in the jurisdiction where located; and

- Has surgical facilities on its premises or has a contractual agreement for surgical *services* with an institution having a valid license to provide such surgical *services*; or

- Is a lawfully operated *qualified treatment facility* certified by the First Church of Christ Scientist, Boston, Massachusetts.

*Hospital* does not include an institution which is principally a rest home, skilled nursing facility, convalescent home or home for the aged.  *Hospital* does not include a place principally for the treatment of *mental health* or *substance abuse*.

# I

*Independent review organization (or IRO)* means an entity that conducts independent *external reviews* of *adverse benefit determinations* and *final internal adverse benefit determinations*.

*Intensive outpatient* means outpatient *services* providing:

- Group therapeutic sessions greater than one hour a day, three days a week;

- *Behavioral health* therapeutic focus;

- Group sessions centered on cognitive behavioral constructs, social/occupational/educational skills development and family interaction;

- Additional emphasis on recovery strategies, monitoring of participation in 12-step programs and random drug screenings for the treatment of *substance abuse*; and

- *Qualified practitioner* availability for medical and medication management.

*Intensive outpatient program* does <u>not</u> include services that are for:

- *Custodial care*; or

- Day care.

# L

**Lifetime maximum benefit** means the maximum amount of benefits available while *you* are covered under this Plan.

# M

**Maintenance care** means any *service* or activity which seeks to prevent *bodily injury* or *sickness*, prolong life, promote health or prevent deterioration of a *covered person* who has reached the maximum level of improvement or whose condition is resolved or stable.

**Maximum allowable fee** for a *covered expense,* other than *emergency care services* provided by *Non-PAR providers* in a *hospital's* emergency department, is the lesser of:

- The fee charged by the provider for the *services*;

- The fee that has been negotiated with the provider whether directly or through one or more intermediaries or shared savings contracts for the *services*;

- The fee established by this Plan by comparing rates from one or more regional or national databases or schedules for the same or similar *services* from a geographical area determined by this Plan;

- The fee based upon rates negotiated by this Plan or other payors with one or more *participating providers* in a geographic area determined by this Plan for the same or similar *services*;

- The fee based upon the provider's cost for providing the same or similar *services* as reported by such provider in its most recent publicly available *Medicare* cost report submitted to the Centers for Medicare and Medicaid Services (CMS) annually; or

- The fee based on a percentage determined by this Plan of the fee *Medicare* allows for the same or similar *services* provided in the same geographic area.

Unless this Plan utilizes a higher paying shared savings network or pays the *Non-PAR provider* full billed rate, *maximum allowable fee* for a *covered expense* for *emergency care* services provided by *Non-PAR providers* in a *hospital's* emergency department is an amount equal to the greatest of:

- The fee negotiated with *PAR providers*;

- The fee calculated using the same method to determine payments for *Non-PAR provider* services; or
- The fee paid by *Medicare* for the same services.

**Note**:  The bill *you* receive for *services* from *non-participating providers* may be significantly higher than the *maximum allowable fee*.  In addition to *deductibles, copayments* and *coinsurance*, *you* are responsible for the difference between the *maximum allowable fee* and the amount the provider bills *you* for the *services*.  Any amount *you* pay to the provider in excess of the *maximum allowable fee* will <u>not</u> apply to *your out-of-pocket limit* or *deductible*.

**Maximum benefit** means the maximum amount that may be payable for each *covered person*, for *expense incurred*.  The applicable *maximum benefit* is shown in the "Medical Schedule of Benefits" section.  No further benefits are payable once the *maximum benefit* is reached.

**Medically necessary or medical necessity** means health care *services* that a *qualified practitioner* exercising prudent clinical judgment would provide to his or her patient for the purpose of preventing, evaluating, diagnosing or treating a *sickness* or *bodily injury* or its symptoms.  Such health care *service* must be:

- In accordance with nationally recognized standards of medical practice;

- Clinically appropriate in terms of type, frequency, extent, site and duration, and considered effective for the patient's *sickness* or *bodily injury*;

- Not primarily for the convenience of the patient, physician or other health care provider;

- Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of the patient's *sickness* or *bodily injury*; and

- Performed in the least costly site.

For the purpose of *medically necessary*, generally accepted standards of medical practice means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations, the views of physicians practicing in relevant clinical areas and any other relevant factors.

**Medicare** means a program of medical insurance for the aged and disabled, as established under Title 18 of the Social Security Act of 1965, as amended.

**Mental health** means a mental, nervous, or emotional disease or disorder of any type as classified in the Diagnostic and Statistical Manual of Mental Disorders, regardless of the cause or causes of the disease or disorder.

**Morbid obesity** (clinically severe obesity) means a body mass index (BMI) as determined by a *qualified practitioner* as of the date of *service* of:

- 40 kilograms or greater per meter squared ($kg/m^2$); or

124

- 35 kilograms or greater per meter squared (kg/m$^2$) with an associated comorbid condition such as hypertension, type II diabetes, life-threatening cardiopulmonary conditions; or joint disease that is treatable, if not for the obesity.

# N

**Non-participating (Non-PAR) provider** means a *hospital*, *qualified treatment facility*, *qualified practitioner* or any other health *services* provider who has <u>not</u> entered into an agreement with the *Plan Manager* to provide *participating provider services* or has <u>not</u> been designated by the *Plan Manager* as a *participating provider.*

**Nurse** means a registered nurse (R.N.), a licensed practical nurse (L.P.N.), or a licensed vocational nurse (L.V.N.).

# O

**Observation status** means *hospital* outpatient *services* provided to *you* to help the *qualified practitioner* decide if *you* need to be admitted as an *inpatient*.

**Off-evidence drug indications** mean indications for which there is a lack of sufficient evidence for safety and/or efficacy for a particular medication.

**Off-label drug indications** mean prescribing of an FDA-approved medication for a use or at a dose that is not included in the product indications or labeling. This term specifically refers to drugs or dosages used for diagnoses that are not approved by the FDA and may or may not have adequate medical evidence supporting safety and efficacy. Off-label prescribing of traditional drugs is a common clinical practice and many off-label uses are effective, well documented in peer reviewed literature and widely employed as standard of care treatments.

**Originating site** means the location of a *covered person* at the time a *telehealth* or *telemedicine* service is being furnished.

**Orthotic** means a custom-fitted or custom-made braces, splints, casts, supports and other devices used to support, align, prevent, or correct deformities or to improve the function of movable parts of the body when prescribed by a *qualified practitioner*.

**Out-of-pocket limit** is a specified dollar amount that must be satisfied, either individually or combined as a covered family, per *calendar year* before a benefit percentage will be increased.

# P

**Palliative care** means care given to a *covered person* to relieve, ease, or alleviate, but not to cure, a *bodily injury* or *sickness*.

***Partial hospitalization*** means services provided by a *hospital* or *qualified treatment facility* in which patients do not reside for a full 24-hour period:

- For a comprehensive and intensive interdisciplinary psychiatric treatment for minimum of 5 hours a day, 5 days per week;

- That provides for social, psychological and rehabilitative training programs with a focus on reintegration back into the community and admits children and adolescents who must have a treatment program designed to meet the special needs of that age range; and

- That has physicians and appropriately licensed *mental health* and *substance abuse* practitioners readily available for the emergent and urgent care needs of the patients.

The *partial hospitalization* program must be accredited by the Joint Commission of the Accreditation of Hospitals or in compliance with an equivalent standard.

Licensed drug abuse rehabilitation programs and alcohol rehabilitation programs accredited by the Joint Commission on the Accreditation of Health Care Organizations or approved by the appropriate state agency are also considered to be *partial hospitalization* services.

*Partial hospitalization* does not include *services* that are for *custodial care* or day care.

***Participating (PAR) provider*** means a *hospital*, *qualified treatment facility*, *qualified practitioner* or any other health *services* provider who has entered into an agreement with, or has been designated by, Humana to provide specified *services* to all *covered persons*.

***Pharmacist*** means a person who is licensed to prepare, compound and dispense medication and who is practicing within the scope of his or her license.

***Pharmacy*** means a licensed establishment where *prescription* medications are dispensed by a *pharmacist*.

***Plan Administrator*** means Northside Hospital, Inc.

***Plan Manager*** means Humana Health Plan, Inc. (HHP).  The *Plan Manager* provides services to the *Plan Administrator*, as defined under the Plan Management Agreement.  The *Plan Manager* is not the *Plan Administrator* or the *Plan Sponsor*.

***Plan Sponsor*** means Northside Hospital, Inc.

***Plan year*** means a period of time beginning on the Plan anniversary date of any year and ending on the day before the same date of the succeeding year.

***Post-service claim*** means any claim for a benefit under a group health plan that is not a *pre-service claim*.

***Preadmission testing*** means only those outpatient x-ray and laboratory tests made within seven days before *admission* as a registered bed patient in a *hospital*.  The tests must be for the same *bodily injury* or *sickness* causing the patient to be *hospital confined*.  The tests must be accepted by the *hospital* in lieu of like tests made during *confinement*.  *Preadmission testing* does not mean tests for a routine physical check-up.

**Preauthorization** means the process of assessing the *medical necessity*, appropriateness, or utility of proposed non-emergency *hospital admission*s, surgical procedures, outpatient care, and other health care *services*.

**Prescription** means a direct order for the preparation and use of a drug, medicine or medication.  The drug, medicine or medication must be obtainable only by *prescription*.  The *prescription* must be given to a *pharmacist* verbally, electronically or in writing by a *qualified practitioner* for the benefit of and use by a *covered person*.  The *prescription* must include at least:

- The name and address of the *covered person* for whom the *prescription* is intended;

- The type and quantity of the drug, medicine or medication prescribed, and the directions for its use;

- The date the *prescription* was prescribed; and

- The name and address of the prescribing *qualified practitioner*.

**Predetermination of benefits** means a review by Humana of a *qualified practitioner's* treatment plan, specific diagnostic and procedure codes and expected charges prior to the rendering of *services*.

**Pre-service claim** means a claim with respect to which the terms of the Plan condition receipt of a Plan benefit, in whole or in part, on approval of the benefit by Humana in advance of obtaining medical care.

**Protected health information** means individually identifiable health information about a *covered person*, including: (a) patient records, which includes but is not limited to all health records, physician and provider notes and bills and claims with respect to a *covered person*; (b) patient information, which includes patient records and all written and oral information received about a *covered person*; and (c) any other individually identifiable health information about *covered persons*.

**Provider contract** means a legally binding agreement between Humana and a *participating provider* that includes a provider payment arrangement.

# Q

**Qualified practitioner** means a practitioner, professionally licensed by the appropriate state agency to diagnose or treat a *bodily injury* or *sickness*, and who provides *services* within the scope of that license.

**Qualified treatment facility** means only a facility, institution or clinic duly licensed by the appropriate state agency, and is primarily established and operating within the scope of its license.

# R

**Residential treatment facility** means an institution which:

- Is licensed as a 24-hour residential facility for *mental health* and *substance abuse* treatment, although <u>not</u> licensed as a *hospital*;

- Provides a multidisciplinary treatment plan in a controlled environment, with periodic supervision of a physician or a Ph.D. psychologist; and

- Provides programs such as social, psychological and rehabilitative training, age appropriate for the special needs of the age group of patients, with focus on reintegration back into the community.

Residential treatment is utilized to provide structure, support and reinforcement of the treatment required to reverse the course of behavioral deterioration.

**Retail Clinic** means a *qualified treatment facility*, located in a retail store, that is often staffed by nurse practitioners and physician assistants who provide minor medical services on a "walk-in" basis (no appointment required).

**Room and board** means all charges made by a *hospital* or other *health care treatment facility* on its own behalf for room and meals and all general services and activities needed for the care of registered bed patients.

128

# S

**Serious mental illness (SMI)** means the following psychiatric illnesses as defined by the American Psychiatric Association in the Diagnostic and Statistical Manual:

- Bipolar disorders (hypomanic, manic, depressive, and mixed);

- Depression in childhood and adolescence;

- Major depressive disorders (single episode or recurrent);

- Obsessive-compulsive disorders;

- Paranoid and other psychotic disorders;

- Schizo-affective disorders (bipolar or depressive); and

- Schizophrenia.

**Services** mean procedures, surgeries, examinations, consultations, advice, diagnosis, referrals, treatment, tests, supplies, drugs, devices or technologies.

**Sickness** means a disturbance in function or structure of *your* body which causes physical signs or symptoms and which, if left untreated, will result in a deterioration of the health state of the structure or system(s) of *your* body.

**Sound natural tooth** means a tooth that:

- Is organic and formed by the natural development of the body (not manufactured);

- Has not been extensively restored;

- Has not become extensively decayed or involved in periodontal disease; and

- Is not more susceptible to injury than a whole natural tooth.

**Specialty care physician** means a *qualified practitioner* who has received training in a specific medical field other than those listed as primary care.

**Specialty drug** means a drug, medicine or medication, or biological used as a specialized therapy developed for chronic, complex *sicknesses* or *bodily injuries*. *Specialty drugs* may:

- Be injected, infused or require close monitoring by a *health care practitioner* or clinically trained individual;

- Require nursing services or special programs to support patient compliance;

- Require disease-specific treatment programs;

- Have limited distribution requirements; or

- Have special handling, storage or shipping requirements.

***Substance abuse*** means the abuse of, or psychological or physical dependence on, or addiction to alcohol or a controlled substance.

***Summary Plan Description (SPD)*** means this document which outlines the benefits, provisions and limitations of this Plan.

***Surgery*** means excision or incision of the skin or mucosal tissues, insertion for exploratory purposes into a natural body opening, insertion of instruments into any body opening, natural or otherwise, done for diagnostic or other therapeutic purposes, treatment of fractures or procedures to repair, remove or replace any body part or foreign object in or on the body.

# T

***Telehealth*** means services, other than *telemedicine*, provided via telephonic or electronic communications. *Telehealth* services must comply with the following, as applicable

- Federal and state licensure requirements;
- Accreditation standards; and
- Guidelines of the American *Telemedicine* Association or other qualified medical professional societies to ensure quality of care.

***Telemedicine*** means audio and video real-time interactive communication between a *covered person* at an *originating site* and a *qualified practitioner* at a *distant site*. *Telemedicine* services must comply with the following, as applicable:

- Federal and state licensure requirements;
- Accreditation standards; and
- Guidelines of the American *Telemedicine* Association or other qualified medical professional societies to ensure quality of care.

***Total disability*** *or* ***totally disabled*** means:

- During the first twelve months of disability *you* or *your* employed covered spouse are at all times prevented by *bodily injury* or *sickness* from performing each and every material duty of *your* respective job or occupation;

- After the first twelve months, *total disability* or *totally disabled* means that *you* or *your* employed covered spouse are at all times prevented by *bodily injury* or *sickness* from engaging in any job or occupation for wage or profit for which *you* or *your* employed covered spouse are reasonably qualified by education, training or experience;

- For a non-employed spouse or a child, *total disability* or *totally disabled* means the inability to perform the normal activities of a person of similar age and gender.

A *totally disabled* person also may not engage in any job or occupation for wage or profit.

# U

***Urgent care claim*** means any claim for medical care or treatment when the time periods for making non-urgent care determinations:

- Could seriously jeopardize the life or health of the *claimant* or the ability of the *claimant* to regain maximum function; or

- In the opinion of the physician with knowledge of the *claimant's* medical condition, would subject the *claimant* to severe pain that cannot be adequately managed without the care or treatment recommended.

# V

***Virtual visit*** means *telehealth* or *telemedicine* services.

# Y

***You and your*** means any *covered person*.

# SECTION 7

# PRESCRIPTION DRUG BENEFIT

Version 19.3

## PRESCRIPTION DRUG BENEFIT

All defined terms used in this "Prescription Drug Benefit" section have the same meaning given to them in the "Definitions" section of this *Summary Plan Description*, unless otherwise specifically defined below.

## DEFINITIONS

The following definitions are used in this "Prescription Drug Benefit" section:

***Brand name medication*** means a drug, medicine or medication that is manufactured and distributed by only one pharmaceutical manufacturer, or any drug product that has been designated as brand name by an industry-recognized source used by Humana.

***Copayment*** (*prescription* drug) means the amount to be paid by *you* toward the cost of each separate *prescription* or refill of a covered *prescription* drug when dispensed by a *pharmacy.*

***Cost share*** means any applicable medical and *prescription* drug *deductible*, *copayment* and/or percentage amount that *you* must pay per *prescription* drug or refill.

***Default rate*** means the rate or amount equal to the *Medicare* reimbursement rate for the *prescription* or refill.

***Dispensing limit*** means the monthly drug dosage limit and/or the number of months the drug usage is usually needed to treat a particular condition, as determined by Humana.

***Drug list*** means a list of *prescription* drugs, medicines, medications and supplies specified by Humana. The *drug list* identifies categories of drugs, medicines or medications and supplies by applicable levels, if any, and indicates applicable *dispensing limits* and/or any *prior authorization* or *step therapy* requirements.   There is also a Women's Healthcare Drug List.   Visit Humana's Website at www.humana.com or call the customer service telephone number on *your* identification card to obtain the *drug lists*.  The *drug lists* are subject to change without notice.

***Generic medication*** means a drug, medicine or medication that is manufactured, distributed, and available from a pharmaceutical manufacturer and identified by the chemical name, or any drug product that has been designated as generic by an industry-recognized source used by Humana.

***Legend drug*** means any medicinal substance the label of which, under the Federal Food, Drug and Cosmetic Act is required to bear the legend:   "Caution: Federal Law Prohibits dispensing without prescription".

***Level 1 drug*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by Humana as *Level 1 drugs*.

***Level 2 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by Humana as *Level 2 drugs*.

***Level 3 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by Humana as *Level 3 drugs*.

***Mail order pharmacy*** means a *pharmacy* that provides covered *mail order pharmacy* services, as defined by Humana, and delivers covered *prescriptions* or refills through the mail to *covered persons*.

Version 19.3

## PRESCRIPTION DRUG BENEFIT (continued)

***Non-participating pharmacy*** means a *pharmacy* that has <u>NOT</u> signed a direct agreement with Humana or has <u>NOT</u> been designated by Humana to provide covered *pharmacy* services or covered *specialty pharmacy* services, as defined by Humana, to *covered persons*, including covered *prescriptions* or refills delivered to *your* home.

***Off-evidence drug indications*** mean indications for which there is a lack of sufficient evidence for safety and/or efficacy for a particular medication.

***Off-label drug indications*** mean prescribing of an FDA-approved medication for a use or at a dose that is not included in the product indications or labeling.  This term specifically refers to drugs or dosages used for diagnoses that are not approved by the FDA and may or may not have adequate medical evidence supporting safety and efficacy.  Off-label prescribing of traditional drugs is a common clinical practice and many off-label uses are effective, well documented in peer reviewed literature and widely employed as standard of care treatments.

***Orphan drug*** means a drug or biological used for the diagnosis, treatment, or prevention of rare diseases or conditions, which:

- Affects less than 200,000 persons in the United States; or
- Affects more than 200,000 persons in the United States, however, there is no reasonable expectation that the cost of developing the drug and making it available in the United States will be recovered from the sales of that drug in the United States.

***Participating pharmacy*** means a *pharmacy* that has signed a direct agreement with Humana or has been designated by Humana to provide covered *pharmacy* services, covered *specialty pharmacy* services, as defined by Humana, to *covered persons*, including covered *prescriptions* or refills delivered to *your* home.

***Pharmacist*** means a person who is licensed to prepare, compound and dispense medication and who is practicing within the scope of his or her license.

***Pharmacy*** means a licensed establishment where *prescription* medications are dispensed by a *pharmacist*.

***Prescription*** means a direct order for the preparation and use of a drug, medicine or medication.  The *prescription* must be given by a *qualified practitioner* to a *pharmacist* for *your* benefit and used for the treatment of a *sickness* or *bodily injury* which is covered under this plan or for drugs, medicines or medications on the Women's Healthcare Drug List.  The drug, medicine or medication must be obtainable only by *prescription* or must be obtained by *prescription* for drugs, medicines or medications on the Women's Healthcare Drug List.  The *prescription* must be given to a *pharmacist* verbally, electronically or in writing by a *qualified practitioner*.  The *prescription* must include at least:

- *Your* name;
- The type and quantity of the drug, medicine or medication prescribed, and the directions for its use;
- The date the *prescription* was prescribed; and
- The name and address of the prescribing *qualified practitioner*.

Version 19.3

---

## PRESCRIPTION DRUG BENEFIT (continued)

**Prior authorization** means the required prior approval from Humana for the coverage of *prescription* drugs, medicines and medications, *specialty drugs,* including the dosage, quantity and duration, as *medically necessary* for the *covered person*.  Certain *prescription* drugs, medicines or medications may require *prior authorization*.  Visit Humana's Website at www.humana.com or call the toll-free customer service telephone number listed on *your* Humana ID card to obtain a list of *prescription* drugs, medicines and medications that require *prior authorization*.

**Self-administered injectable drug** means an FDA approved medication which a person may administer to himself/herself by means of intramuscular, intravenous, or subcutaneous injection, and is intended for use by *you*.

**Specialty drug** means a drug, medicine, medication or biological used as a specialized therapy developed for chronic, complex *sicknesses* or *bodily injuries*.  *Specialty drugs* may:

- Be injected, infused or require close monitoring by a *qualified practitioners* or clinically trained individual;
- Require nursing services or special programs to support patient compliance;
- Require disease-specific treatment programs;
- Have limited distribution requirements; or
- Have special handling, storage or shipping requirements.

**Specialty pharmacy** means a *pharmacy* that provides covered *specialty pharmacy* services, as defined by Humana, to *covered persons*.

**Step therapy** means a type of *prior authorization*.  This Plan may require *you* to follow certain steps prior to coverage medicines or medications, including *specialty drugs*.  This Plan may require *you* to try a similar drug, medicine or medication, including *specialty drugs* that has been determined to be safe, effective and less costly for most people with *your* condition.  Alternatives may include over-the-counter drugs, *generic medications* and *brand name medications*.

135

## SCHEDULE OF PRESCRIPTION DRUG BENEFITS

Additional drug information can be obtained by accessing Humana's website at www.humana.com or calling the toll-free customer service number on the back *your* ID card.

<table>
<tr><td colspan="3" align="center"><strong>RETAIL PHARMACY AND SPECIALTY PHARMACY</strong></td></tr>
<tr><td colspan="3">

*Prescription* drugs are subject to the medical and *prescription* drug *deductible* and *out-of-pocket limit* provisions outlined on the Medical Schedule of Benefits.  Once the combined medical and *prescription* drug *deductibles* are met, *prescription* drugs will be subject to the *copayments* as outlined below.

*Prescription* drug *copayments* will apply toward the combined medical and *prescription* drug *out-of-pocket limits*.

</td></tr>
<tr><td></td><td align="center"><strong>Northside Pharmacies</strong></td><td align="center"><strong>Humana Pharmacy Network</strong></td></tr>
<tr><td>*Level 1 Drugs*<br>(Preventive)<br><br>(Non-Preventive)</td><td>$20 *copayment* per *prescription* or refill per 30 day supply<br><br>100% after *deductible*</td><td>$25 *copayment* per *prescription* or refill per 30 day supply<br><br>100% after *deductible*</td></tr>
<tr><td>*Level 2 Drugs*<br>(Preventive)<br><br>(Non-Preventive)</td><td>$40 *copayment* per *prescription* or refill per 30 day supply<br><br>100% after *deductible*</td><td>$50 *copayment* per *prescription* or refill per 30 day supply<br><br>100% after *deductible*</td></tr>
<tr><td>*Level 3 Drugs*<br>(Preventive)<br><br>(Non-Preventive)</td><td>$80 *copayment* per *prescription* or refill per 30 day supply<br><br>100% after *deductible*</td><td>$100 *copayment* per *prescription* or refill per 30 day supply<br><br>100% after *deductible*</td></tr>
<tr><td>Covered Vaccines</td><td>No *cost share*</td><td>No *cost share*</td></tr>
<tr><td>Drugs, Medicines or Medications on the Women's Healthcare Drug List (with a *prescription* from a *qualified practitioner*)</td><td>No *cost share*</td><td>No *cost share*</td></tr>
</table>

136

**PRESCRIPTION DRUG BENEFIT (continued)**

| RETAIL PHARMACY AND SPECIALTY PHARMACY | | |
|---|---|---|
| Drugs, Medicines or Medications on the Preventive Medication Coverage Drug List with a *prescription* from a *qualified practitioner* | No *cost share* | No *cost share* |

| DRUG NAME/CATEGORY | COVERAGE DETAILS |
|---|---|
| Sexual Dysfunction Agents | -Excluded through age 17<br>-PA required for ages 18-49<br>-Covered age 50 and greater<br>Humana standard quantity protocols apply |
| Acne – Topical Retinoid | -Covered through age 30<br>-Prior Authorization required for ages 31 and greater |
| Non-sedating Antihistamines | Excluded |
| Proton Pump Inhibitors | Prior Authorization |
| Condoms, Diaphragms, Injectable/Implantable contraceptives, IUD, Contraceptives-Oral, Contraceptives-Ring, Contraceptives-Transdermal | See Addendum below |

Some retail *pharmacies* and *specialty pharmacies* participate in a program which allows *you* to receive a 90 day supply of a *prescription* or refill.  *Your* cost is two and a half (2.5) times the applicable retail *pharmacy* and *specialty pharmacy copayments* as outlined above.  *Self-administered injectable drugs* and *specialty drugs* may be limited to a 30 day supply from a retail *pharmacy* or *specialty pharmacy*, as determined by this Plan.

137

## PRESCRIPTION DRUG BENEFIT (continued)

---

**ADDENDUM – Northside Hospital Women's Preventive Custom List**

The drugs listed below will apply at $0 when obtained at a Northside Homecare Pharmacy. Contraceptive drugs and products not listed below will apply to the appropriate tier copay when obtained at Northside Homecare Pharmacy or Humana network locations.  Coverage is only available to female members.

Contraceptive drugs and products from the list below and obtained at Humana network pharmacies are not covered; they will only apply to Humana's discount program referenced above for non-covered items.

| **Drug Name** | **Type** | **Special Note** |
|---|---|---|
| APRI | BIRTH CONTROL | |
| AVIANE | BIRTH CONTROL | |
| BALZIVA | BIRTH CONTROL | |
| CAMILA | BIRTH CONTROL | |
| CRYSELLE | BIRTH CONTROL | |
| ENPRESSE | BIRTH CONTROL | |
| ERRIN | BIRTH CONTROL | |
| GIANVI | BIRTH CONTROL | |
| GILDESS FE | BIRTH CONTROL | |
| JOLESSA | BIRTH CONTROL | |
| JUNEL | BIRTH CONTROL | |
| JUNEL FE | BIRTH CONTROL | |
| KARIVA | BIRTH CONTROL | |
| KELNOR 1-35 | BIRTH CONTROL | |
| MICROGESTIN | BIRTH CONTROL | |
| MICROGESTIN FE | BIRTH CONTROL | |
| OCELLA | BIRTH CONTROL | |
| OGESTREL | BIRTH CONTROL | |
| PROTIA | BIRTH CONTROL | |
| SPRINTEC | BIRTH CONTROL | |
| TRI-SPRINTEC | BIRTH CONTROL | |
| MEDROXY SUBQ | INJECTABLE | |
| NUVARING | RING | |
| ORTHO FLEX | DIAPHARGM | |
| ORTHO EVRA | PATCH | |
| NEXT CHOICE | RU48/OTC CONTRACEPTIVES | MORNING AFTER PILL, SCRIPT REQUIRED, ID REQUIRED FOR UNDER 17 |
| FOLIC ACID | VITAMINS | GENERIC |

Version 19.3

**PRESCRIPTION DRUG BENEFIT (continued)**

| Drug Name | Type | Special Note |
|---|---|---|
| PNV COMB/IRON/FA | VITAMINS | GENERIC |
| PRENATAL COMPLE | VITAMINS | GENERIC |
| +CONDOMS | OTC CONTRACEPTIVES | COVERED ONLY FOR FEMALES. CLAIMS FOR THESE PRODUCTS WILL DENY AT POINT OF SALE; MEMBERS WILL HAVE OPTION FOR MEDICAL NECESSITY REVIEW AFTER AN APPEAL IS FILED. |
| VCF | SPONGE/OTC CONTRACEPTIVES | |
| FILMS | OTC CONTRACEPTIVES | |
| JELLIES | OTC CONTRACEPTIVES | |
| IUD'S | IUD'S | NOT COVERED THROUGH PHARMACY (SEE MEDICAL BENEFIT) |
| IMPLANTS | IMPLANTS | NOT COVERED |

*Self-administered specialty medications and Office-administered specialty drugs, when dispensed under the pharmacy benefit, must be filled at a Northside or Humana Specialty Pharmacy. This is a hard edit and no grace fills are allowed. If the specialty drug is not carried by Northside or Humana Specialty pharmacy it can then be filled by a Humana network pharmacy.

**Humana Specialty Pharmacy is not included in the Northside Pharmacy copay redirections, it will follow the Humana Pharmacy Network copay's.

| **OFFICE-ADMINISTERED SPECIALTY DRUGS** | |
|---|---|
| Up to a 30 day supply of a *prescription* or refill for office-administered *specialty drugs*, dispensed directly to the *qualified practitioner's* office through Humana Specialty Pharmacy | No *cost share* |
| Up to a 30 day supply of a *prescription* or refill for office-administered *specialty drugs*, dispensed directly to the *qualified practitioner's* office through a *pharmacy* other than Humana Specialty Pharmacy | Subject to the applicable Plan *cost share*. |
| *Specialty drugs* administered in a *qualified practitioner's* office do not include *self-administered injectable drugs*. | |

139

## ADDITIONAL PRESCRIPTION DRUG BENEFIT INFORMATION

If an *employee*/eligible *dependent* purchases a *brand name medication*, and an equivalent *generic medication* is available, the *employee*/eligible *dependent* must pay the difference between the *brand name medication* and the *generic medication* plus any applicable *deductible* and *coinsurance* amounts.  If the *qualified practitioner* indicates on the *prescription* "dispense as written", the drug will be dispensed as such, and the *employee*/eligible *dependent* will only be responsible for the *deductible* and *coinsurance* amounts.

**Participating Pharmacy**

When a *participating pharmacy* is used and *you* do not present *your* I.D. card at the time of purchase, *you* must pay the *pharmacy* the full price of the *prescription* or refill at the time it is dispensed and submit the *pharmacy* receipt to Humana at the address listed below.  *You* will be reimbursed at 100% of billed charges after the charge has been reduced by the applicable *cost share*.

**Non-participating Pharmacy**

When a *non-participating pharmacy* is used, *you* must pay the *pharmacy* the full price of the *prescription* or refill at the time it is dispensed and submit the *pharmacy* receipt to Humana at the address listed below. *You* will be reimbursed at the *default rate*, after the charge has been reduced by the applicable *cost share*. *You* are responsible for 100% of the difference between the *default rate* and the *non-participating pharmacy's* charge.  The charge received from a *non-participating pharmacy* for a *prescription* or refill may be higher than the *default rate*.

Mail *pharmacy* receipts to:

> Humana Claims Office
> Attention:  Pharmacy Department
> P.O. Box 14601
> Lexington, KY 40512-4601

## PRIOR AUTHORIZATION

Some *prescription* drugs may be subject to *prior authorization*.  To verify if a *prescription* drug requires *prior authorization*, call the toll-free customer service telephone number listed on *your* Humana ID card or by visiting Humana's website at www.humana.com.

## STEP THERAPY

Some *prescription* drugs may be subject to the *step therapy* process.  Call the toll-free customer service telephone number listed on *your* Humana ID card or by visiting Humana's website at www.humana.com for more information.

## DISPENSING LIMITS

Some *prescription* drugs may be subject to *dispensing limits*.  To verify if a *prescription* drug has *dispensing limits,* call the toll-free customer service telephone number on *your* Humana ID card or by visiting Humana's website at www.humana.com.

## RETAIL PHARMACY AND SPECIALTY PHARMACY

*Your* Plan provisions include a retail *prescription* drug benefit.

Present *your* Humana ID card at a *participating pharmacy* when purchasing a *prescription*. *Prescriptions* dispensed at a retail *pharmacy* or *specialty pharmacy* are limited to the day supply per *prescription* or refill as shown on the "Schedule of Prescription Drug Benefits".

## OFFICE-ADMINISTERED SPECIALTY DRUGS

*Your qualified practitioner* has access to *specialty drugs* used to treat chronic conditions. These drugs can be ordered by *your qualified practitioner* specifically for *you* through Humana Specialty Pharmacy for administration in his/her office setting. This allows *your qualified practitioner* a cost effective and convenient way to obtain high cost, high tech specialty medications and injectables. Additional information can be obtained by calling Humana at the toll-free customer service telephone number on *your* Humana ID card or by visiting Humana's website at www.humana.com.

## PRESCRIPTION DRUG COST SHARING

*Prescription* drug benefits are payable for covered *prescription expenses incurred* by *you* and *your* covered *dependents*. Benefits for expenses made by a *pharmacy* are payable as shown on the Schedule of Prescription Drug Benefits.

*You* are responsible for:

- Any and all *cost share*, when applicable;
- The cost of medication not covered under the prescription drug benefits ;
- The cost of any quantity of medication dispensed in excess of the day supply noted on the Schedule of Prescription Drug Benefits.

## PRESCRIPTION DRUG COVERAGE

Because Humana's *drug list* is continually updated with *prescription* drugs approved or not approved for coverage, *you* must contact Humana by calling the toll-free customer service telephone number listed on *your* Humana ID card or by visiting Humana's website at www.humana.com to verify whether a *prescription* drug is covered or not covered under the *prescription* drug benefits.

Covered *prescription* drugs, medicine or medications must:

- Be prescribed by a *qualified practitioner* for the treatment of a *sickness* or *bodily injury*; and

- Be dispensed by a *pharmacist*.

*Prescription* drug *covered expenses* aggregate toward any applicable medical *PAR deductibles* and *out-of-pocket limits* outlined in the "Medical Schedule of Benefits" section. Any *expenses incurred* under provisions of this "Prescription Drug Benefit" section do not apply toward *your* medical *Non-PAR deductibles* or *out-of-pockets limits*.

---

**PRESCRIPTION DRUG BENEFIT (continued)**

---

Humana may decline coverage of a specific *prescription* or, if applicable, *drug list* inclusion of any and all drugs, medicines or medications until the conclusion of a review period not to exceed six (6) months following FDA approval for the use and release of the drug, medicine or medication into the market.

## PRESCRIPTION DRUG LIMITATIONS

*Expense incurred* will not be payable for the following:

- Any drug, medicine, medication or supply not approved for coverage under this Plan.  Contact Humana by calling the toll-free customer service telephone number listed on *your* Humana ID card or by visiting Humana's website at www.humana.com to verify whether a *prescription* drug is covered or not covered under this Plan.  *Your* Humana ID card can be used as a discount card for *prescription* drugs not covered under this Plan;

- *Legend drugs* which are not deemed *medically necessary* by a *qualified practitioner*;

- Charges for the administration or injection of any drug;

- Any drug, medicine or medication labeled "Caution-limited by federal law to investigational use," or any drug, medicine or medication that is *experimental, investigational or for research purposes*, even though a charge is made to *you*;

- Any drug, medicine or medication that is consumed or injected at the place where the *prescription* is given, or dispensed by the *qualified practitioner*;

- *Prescriptions* that are to be taken by or administered to the *covered person*, in whole or in part, while he or she is a patient in a facility where drugs are ordinarily provided by the facility on an inpatient basis.  Inpatient facilities include, but are not limited to:
  - o   *Hospital*;
  - o   Skilled nursing facility; or
  - o   Hospice facility;

- Any drug prescribed, except:
  - o   FDA approved drugs utilized for FDA approved indications; or
  - o   FDA approved drugs utilized for *off-label drug indications* recognized in at least one compendia reference or peer-reviewed medical literature deemed acceptable to this Plan;

- *Off-evidence drug indications*;

- *Prescription* refills:
  - o   In excess of the number specified by the *qualified practitioner*; or
  - o   Dispensed more than one year from the date of the original order;

- Any drug for which a charge is customarily not made;

- Therapeutic devices or appliances, including, but not limited to:  hypodermic needles and syringes (except needles and syringes for use with insulin and covered *self-administered injectable drugs*, whose coverage is approved by this Plan); support garments; test reagents; mechanical pumps for delivery of medications; and other non-medical substances;

## PRESCRIPTION DRUG BENEFIT (continued)

- Dietary supplements (except enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease); nutritional products; fluoride supplements; minerals; herbs; and vitamins (except pre-natal vitamins, including greater than one milligram of folic acid, and pediatric multi-vitamins with fluoride);

- Drug delivery implants;

- Injectable drugs, including but not limited to: immunizing agents; biological sera; blood; blood plasma; *self-administered injectable drugs* or *specialty drugs* not covered under this Plan;

- Any drug prescribed for a *sickness* or *bodily injury* not covered under this Plan;

- Any portion of a *prescription* or refill that exceeds the day supply as shown on the "Schedule of Prescription Drug Benefits";

- Any drug, medicine or medication received by the *covered person*:
  o   Before becoming covered under this Plan; or
  o   After the date the *covered person's* coverage under this Plan has ended;

- Any costs related to the mailing, sending, or delivery of *prescription* drugs;

- Any intentional misuse of this benefit including *prescriptions* purchased for consumption by someone other than the *covered person*;

- Any *prescription* or refill for drugs, medicines, or medications that are lost, stolen, spilled, spoiled, or damaged;

- Repackaged drugs;

- Any drug or medicine that is:
  o   Lawfully obtainable without a *prescription* (over-the-counter drugs), except insulin; or
  o   Available in *prescription* strength without a *prescription*;

- Any drug or biological that has received designation as an *orphan drug*, unless approved by this Plan;

- Any amount *you* paid for a *prescription* that has been filled, regardless of whether the *prescription* is revoked or changed due to adverse reaction or change in dosage or *prescription*;

- Any portion of a *prescription* or refill that exceeds the drug specific *dispensing limit*, is dispensed to a *covered person* whose age is outside the drug specific age limits, is refilled early or exceeds the duration-specific *dispensing limit*;

- Any drug for which *prior authorization* or *step therapy* is required and not obtained;

**PRESCRIPTION DRUG BENEFIT (continued)**

- Based on the dosage schedule prescribed by the *qualified practitioner*, more than one *prescription* or refill for the same drug or therapeutic equivalent medication prescribed by one or more *qualified practitioners* and dispensed by one or more *pharmacies* until *you* have used, or should have used, at least 75% of the previous *prescription* or refill.  If the drug or therapeutic equivalent medication is purchased through a retail or *specialty pharmacy* that participates in the program which allows *you* to receive a 90 day supply of a *prescription* or refill at a retail or *specialty pharmacy*, until *you* have used, or should have used, at least 66% of the previous *prescription* or refill.;

Any amount exceeding the *default rate*;

144

*Administered by:*



Humana Health Plan
500 West Main Street
Louisville, KY  40202

Copyright 2020

Version 19.3

# EXHIBIT 2

# Important! _____

## At Humana, it is important you are treated fairly.

Humana Inc. and its subsidiaries do not discriminate or exclude people because of their race, color, national origin, age, disability, sex, sexual orientation, gender, gender identity, ancestry, marital status or religion. Discrimination is against the law. Humana and its subsidiaries comply with applicable Federal Civil Rights laws. If you believe that you have been discriminated against by Humana or its subsidiaries, there are ways to get help.

- You may file a complaint, also known as a grievance:
  Discrimination Grievances, P.O. Box 14618,
  Lexington, KY 40512-4618
  If you need help filing a grievance, call the number on your ID card or if you use a **TTY**, call **711**.
- You can also file a civil rights complaint with the **U.S. Department of Health and Human Services**, Office for Civil Rights electronically through their complaint portal, available at **https://ocrportal.hhs.gov/ocr/portal/lobby.jsf**, or by at **U.S. Department of Health and Human Services**, 200 Independence Avenue, SW, Room 509F, HHH Building, Washington, DC 20201, **1-800-368-1019**, **800-537-7697 (TDD)**. Complaint forms are available at **https://www.hhs.gov/ocr/office/file/index.html**.
- **California residents:** You may also call California Department of Insurance toll-free hotline number: **1-800-927-HELP (4357)**, to file a grievance.

## Auxiliary aids and services, free of charge, are available to you. Call the number on your ID card (TTY: 711)

Humana provides free auxiliary aids and services, such as qualified sign language interpreters, video remote interpretation, and written information in other formats to people with disabilities when such auxiliary aids and services are necessary to ensure an equal opportunity to participate.

## Language assistance services, free of charge, are available to you. Call the number on your ID card (TTY: 711)

ATTENTION: If you do not speak English, language assistance services, free of charge, are available to you. Call the number on your ID card **(TTY: 711)**... ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al número que figura en su tarjeta de identificación **(TTY: 711)**... 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電會員卡上的電話號碼 **(TTY: 711)**... CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số điện thoại ghi trên thẻ ID của quý vị **(TTY: 711)**... 주의 : 한국어를 사용하시는 경우 , 언어 지원 서비스를 무료로 이용하실 수 있습니다 . ID 카드에 적혀 있는 번호로 전화해 주십시오 **(TTY: 711)**... PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tawagan ang numero na nasa iyong ID card **(TTY: 711)**... ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Наберите номер, указанный на вашей карточке-удостоверении **(телетайп: 711)**... ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele nimewo ki sou kat idantite manm ou **(TTY: 711)**... ATTENTION: Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le numéro figurant sur votre carte de membre **(ATS: 711)**...UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Proszę zadzwonić pod numer podany na karcie identyfikacyjnej **(TTY: 711)**... ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para o número presente em seu cartão de identificação **(TTY: 711)**... ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero che appare sulla tessera identificativa **(TTY: 711)**... ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Wählen Sie die Nummer, die sich auf Ihrer Versicherungskarte befindet **(TTY: 711)**... 注意事項：日本語を話される場合、無料の言語支援をご利用いただけます。お手持ちの ID カードに記載されている電話番号までご連絡ください **(TTY: 711)**...

توجه: اگر به زبان فارسی گفتگو می کنید، تسهیلات زبانی بصورت رایگان برای شما فراهم می باشد. با شماره تلفن روی کارت شناسایی تان تماس بگیرید **(TTY: 711)**...

Díí baa akó nínízin: Díí saad bee yáníłti'go Diné Bizaad, saad bee áká'ánída'áwo'déé', t'áá jiik'eh, éí ná hólǫ́, námboo ninaaltsoos yézhí, bee néé ho'dólzin bikáá'ígíí bee hólne' **(TTY: 711)**...

ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم الهاتف الموجود على بطاقة الهوية الخاصة بك **(TTY: 711)**·

# SUMMARY PLAN DESCRIPTION

## For the

## CANOPY NPOS MEDICAL AND PRESCRIPTION DRUG PLAN

### Sponsored by

# Hoffman Electric Co, Inc.

**Group Number:** 781132
**Package ID:** SF501262

**Effective:**   01/01/2019

**This Summary Plan Description (SPD):**  Welcome to *your employer*-sponsored health care plan (Plan) administered by Humana Health Plan, Inc. (Humana).  *Your employer* has provided *you* with this *SPD*, which outlines *your* benefits, as well as *your* rights and responsibilities under this Plan.  This *SPD* is *your* guide to the benefits, provisions and programs offered by this Plan.  Services are subject to all provisions of this Plan, including the limitations and exclusions.  Please read this *SPD* carefully, paying special attention to the "Schedule of Benefits", "Covered Expenses", and "Limitations and Exclusions" sections to better understand how *your* benefits work.  If *you* are unable to find the information *you* need, please call Humana at the toll-free customer service telephone number on *your* Humana Identification (ID) card or visit Humana's Website at www.humana.com.   This *SPD* presents an overview of *your* benefits.  In the event of any discrepancy between this *SPD* and the official Plan Document, the Plan Document shall govern.

**Customer Service Telephone Number:** Please refer to *your* Humana Identification (ID)  card for  the applicable toll-free customer service telephone number.

**Website:**  *You* can access Humana's online services at www.humana.com.

**Claims Submittal Address:**

Humana Claims Office
P.O. Box 14601
Lexington, KY 40512-4601

**Claims Appeal Address:**

Humana Grievance and Appeals
P.O. Box 14546
Lexington, KY 40512-4546

# TABLE OF CONTENTS

**Page Number**

UNDERSTANDING YOUR COVERAGE ........................................................................................... 5
SCHEDULE OF BENEFITS ............................................................................................................. 8
SCHEDULE OF BENEFITS – BEHAVIORAL HEALTH ............................................................... 25
SCHEDULE OF BENEFITS - TRANSPLANT SERVICES ............................................................. 31
COVERED EXPENSES................................................................................................................... 33
COVERED EXPENSES – BEHAVIORAL HEALTH ...................................................................... 48
COVERAGE EXPENSES- TRANSPLANT SERVICES ................................................................... 51
LIMITATIONS AND EXCLUSIONS .............................................................................................. 53
COORDINATION OF BENEFITS ................................................................................................... 60
CLAIM PROCEDURES.................................................................................................................. 63
ELIGIBILITY DATE ..................................................................................................................... 76
OPEN ENROLLMENT .................................................................................................................. 80
EFFECTIVE DATE ........................................................................................................................ 81
MEDICAL CHILD SUPPORT ORDERS......................................................................................... 82
FAMILY AND MEDICAL LEAVE ACT (FMLA) .......................................................................... 82
REPLACEMENT OF COVERAGE ................................................................................................. 83
TERMINATION PROVISION......................................................................................................... 84
GENERAL PROVISIONS............................................................................................................... 85
REIMBURSEMENT/SUBROGATION............................................................................................ 87
IMPORTANT NOTICE FOR EMPLOYEES AND SPOUSES AGE 65 AND OVER ......................... 89
PRIVACY OF PROTECTED HEALTH INFORMATION ................................................................. 90
THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF
1994 (USERRA).............................................................................................................................. 92
STATEMENT OF ERISA RIGHTS.................................................................................................. 93
ADDITIONAL NOTICES ............................................................................................................... 95
PLAN DESCRIPTION INFORMATION ......................................................................................... 96
GLOSSARY ................................................................................................................................... 98
SCHEDULE OF BENEFITS – PHARMACY SERVICES................................................................. 119
COVERED EXPENSES – PHARMACY SERVICES ....................................................................... 123
LIMITATIONS/EXCLUSIONS PHARMACY SERVICES .............................................................. 125
GLOSSARY – PHARMACY SERVICES........................................................................................ 129

---

## UNDERSTANDING YOUR COVERAGE

---

As *you* read this *Summary Plan Description (SPD)*, *you* will see some words are printed in italics. Italicized words may have different meanings in this *SPD* than in general. Refer to the "Glossary" sections for the meaning of the italicized words as they apply to *your* plan.

The *SPD* gives *you* information about *your* plan. It tells *you* what is covered and what is not covered. It also tells *you* what *you* must do and how much *you* must pay for services. *Your* plan covers many services, but it is important to remember it has limits. Be sure to read *your SPD* carefully <u>before</u> using *your* benefits.

### Covered and non-covered expenses

This Plan will provide coverage for services, equipment and supplies that are *covered expenses*. All requirements of this Plan apply to *covered expenses*.

The date used on the bill Humana receives for *covered expenses* or the date confirmed in *your* medical records is the date that will be used when *your* claim is processed to determine the benefit period.

*You* must pay the health care provider any amount due that this Plan does not pay. Not all services and supplies are a *covered expense*, even when they are ordered by a *health care practitioner*.

Refer to the "Schedule of Benefits", the "Covered Expenses" and the "Limitations and Exclusions" sections and any amendment attached to the *SPD* to see when services or supplies are *covered expenses* or are non-covered expenses.

### How this Plan works

*You* may have to pay a *deductible* before this Plan will pay for certain *covered expenses*. If a *deductible* applies, and it is met, this Plan will pay *covered expenses* at the *coinsurance* amount. Refer to the "Schedule of Benefits" to see when the *deductible* applies and the *coinsurance* amount this Plan pay. *You* will be responsible for the *coinsurance* amount this Plan does not pay.

If an *out-of-pocket limit* applies and it is met, this Plan will pay *covered expenses* at 100% the rest of the *year*, subject to the *maximum allowable fee*.

This Plan's payment for *covered expenses* is calculated by applying any *deductible* and *coinsurance* to what this Plan will allow. For a *covered expense*, this Plan will allow the total amount billed by the *qualified provider*, <u>less</u> any amounts such as:

- Those negotiated by contract, directly or indirectly, between this Plan and the *qualified provider*;
- Those in excess of the *maximum allowable fee*; or
- Adjustments related to this Plan's claims processing procedures.

---

**UNDERSTANDING YOUR COVERAGE (continued)**

---

The service and diagnostic information submitted on the *qualified provider's* bill will be used to determine which provision of the "Schedule of Benefits" applies.

**Your choice of providers affects your benefits**

This Plan will pay a higher percentage most of the time if *you* see a *network provider,* so the amount *you* pay will be lower.  *You* must pay any *copayment*, *deductible* or *coinsurance* to the *network provider*.  Be sure to check if *your qualified provider* is a *network provider* before seeing them.

This Plan may appoint certain *network providers* for certain kinds of services.  If *you* do not see the appointed *network provider* for these services, this Plan may pay less.

This Plan will pay a lower percentage if *you* see a *non-network provider*, so the amount *you* pay will be higher.  *Non-network providers* have not signed an agreement with this Plan for lower costs for services and they may bill *you* for any amount over the *maximum allowable fee*.  *You* will have to pay this amount and any *copayment*, *deductible* and *coinsurance* to the *non-network provider*.  Any amount *you* pay over the *maximum allowable fee* will not apply to *your deductible* or any *out-of-pocket limit*.

Some *non-network providers* work with *network hospitals*.  This Plan will apply the *network provider copayment, deductible* and *coinsurance* to *covered expenses* received by non-network pathologists, anesthesiologists, radiologists and emergency room physicians working with *network hospitals*.  However, *you* may still have to pay these *non-network providers* any amount over the *maximum allowable fee*.  If possible, *you* may want to check if all health care providers working with *network hospitals* are *network providers*.

Refer to the "Schedule of Benefits" sections to see what *your network provider* and *non-network provider* benefits are.

**How to find a network provider**

*You* may find a list of *network providers* at www.humana.com.  This list is subject to change.  Please check this list before receiving services from a *qualified provider*.  *You* may also call *Humana's* customer service department at the number listed on *your* ID card to determine if a *qualified provider* is a *network provider*, or this Plan can send the list to *you*.  A *network provider* can only be confirmed by this Plan.

**How to use your point of service (POS) plan**

*You* may receive services from a *network provider* or a *non-network provider* without a referral.  Refer to the "Schedule of Benefits" for any *preauthorization* requirements.

**Seeking emergency care**

If *you* need *emergency care*:

- Go to the nearest *network hospital* emergency room; or
- Find the nearest *hospital* emergency room if *your* condition does not allow *you* to go to a *network hospital*.

6

---

**UNDERSTANDING YOUR COVERAGE (continued)**

---

*You*, or someone on *your* behalf, must call Humana within 48 hours after *your admission* to a *non-network hospital* for *emergency care*. If *your* condition does not allow *you* to call Humana within 48 hours after *your admission*, contact Humana as soon as *your* condition allows. This Plan may transfer *you* to a *network hospital* in the *service area* when *your* condition is stable. *You* must receive services from a *network provider* for any follow-up care for the *network provider copayment, deductible* or *coinsurance* to apply.

**Seeking urgent care**

If *you* need *urgent care*, go to the nearest network *urgent care center* to receive the *network provider* benefit. *You* must receive services from a *network provider* for any follow-up care for the *network provider copayment, deductible* or *coinsurance* to apply.

## This Plan's relationship with qualified providers

*Qualified providers* are <u>not</u> this Plan's agents, employees or partners. All providers are independent contractors. *Qualified providers* make their own clinical judgments or give their own treatment advice without coverage decisions made by this Plan.

This Plan will not change what is decided between *you* and *qualified providers* regarding *your* medical condition or treatment options. *Qualified providers* act on *your* behalf when they order services. *You* and *your qualified providers* make all decisions about *your* health care, no matter what this Plan covers. This Plan is not responsible for anything said or written by a *qualified provider* about *covered expenses* and/or what is not covered under this *SPD*. Call Humana's customer service department at the telephone number listed on *your* ID card if *you* have any questions.

## This Plan's financial arrangements with network providers

This Plan have agreements with *network providers* that may have different payment arrangements:

- Many *network providers* are paid on a discounted fee-for-services basis. This means they have agreed to be paid a set amount for each *covered expense*;

- Some *qualified providers* may have capitation agreements. This means the *qualified provider* is paid a set dollar amount each month to care for each *covered person* no matter how many services a *covered person* may receive from the *qualified provider*, such as a primary care physician or a specialist;

- *Hospitals* may be paid on a Diagnosis Related Group (DRG) basis or a flat fee per day basis for *inpatient* services. *Outpatient* services are usually paid on a flat fee per service or procedure or a discount from their normal charges.

## SCHEDULE OF BENEFITS

Reading this "Schedule of Benefits" section will help *you* understand:

- *Preauthorization* requirements;
- The level of benefits generally paid for *covered expenses* and what *you* may be responsible for, including:

  - *Copayments* that may apply for each *covered expense*. *You* may be responsible for more than one *copayment* during the same visit with the same provider;
  - The *covered expenses* that require *you* to meet a *deductible*, if any, before benefits are paid by this Plan; and
  - The *coinsurance you* are required to pay for *covered expenses*; and
  - *Your* maximum *out-of-pocket limit*.

This "Schedule of Benefits" outlines the coverage and limitations provided under this Plan. A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses" and "Limitations and Exclusions" sections of this *SPD*. Please refer to any applicable riders for additional coverage and limitations.

Benefits available under this *SPD* that have a day, visit, allowance or specific dollar limit will be applied to the same amounts.

The benefits outlined under the "Schedule of Benefits – Behavioral Health," "Schedule of Benefits – Transplant Services," "Schedule of Benefits – Pharmacy Services" sections are <u>not</u> payable under any other Schedule of Benefits of this *SPD*. However, all other terms and provisions of this Plan apply, including the *preauthorization* requirements, annual *deductible(s)* and any *out-of-pocket limit(s)*, unless otherwise stated.

**Network provider verification**

This *SPD* contains multiple benefit levels. Refer to each Schedule of Benefits to see what benefit levels apply to *covered expenses*.

Refer to the Online Provider Finder on Humana's Website at www.humana.com for a list of *network providers*. *You* may also contact Humana's customer service department at the telephone number shown on *your* ID card. This list is subject to change.

**Preauthorization requirements and penalty**

*Preauthorization* by this Plan is required for certain services and supplies. Visit Humana's Website at www.humana.com or call the customer service telephone number on *your* identification card to obtain a list of services and supplies that require *preauthorization*. The list of services and supplies that require *preauthorization* is subject to change. Coverage provided in the past for services or supplies that did not receive or require *preauthorization*, is not a guarantee of future coverage of the same services or supplies.

## SCHEDULE OF BENEFITS (continued)

*You* are responsible for informing *your health care practitioner* of the *preauthorization* requirements. *You* or *your health care practitioner* must contact Humana by telephone, or *electronic mail*, or in writing to request the appropriate authorization.  *Your* identification card will show the *health care practitioner* the telephone number to call to request authorization.  Benefits are <u>not</u> paid at all for services or supplies that are <u>not</u> *covered expenses*.

If any required *preauthorization* of services or supplies is not obtained, the benefit payable for any *covered expenses* incurred for the services, will be reduced to 50%, after any applicable *deductibles* or *copayments*.  If the rendered services are <u>not</u> *covered expenses*, <u>no</u> benefits are payable.  The out-of-pocket amounts incurred by *you* due to these benefit reductions may <u>not</u> be used to satisfy any *out-of-pocket limits*.  This *preauthorization* penalty will apply if *you* received the services from either a *network provider* or a *non-network provider* when *preauthorization* is required and <u>not</u> obtained.

### Annual deductible

An annual *deductible* is a specified dollar amount that *you* must pay for *covered expenses*, except for any *deductible* met for *prescriptions* or *specialty drugs* from a *pharmacy* or *specialty pharmacy*, per *year* before most benefits will be paid under this Plan.  There are individual and family *network provider* and *non-network provider deductibles*.  The *deductible* amount(s) for each *covered person* and each covered family are as follows, and must be satisfied each *year*, either individually or combined as a covered family.  Once the family *deductible* is met, any remaining *deductible* for a *covered person* in the family will be waived for that *year*.  *Copayments* do not apply toward the annual *deductible*.

Any expense incurred by *you* for *covered expenses* provided by a *network provider* will be applied to the *network provider deductible*.  Any expense incurred by *you* for *covered expenses* provided by a *non-network provider* will be applied to the *non-network provider deductible*.

| Deductible | Deductible amount |
|---|---|
| Individual *network provider deductible* | $6,000 |
| Family *network provider deductible* | $12,000 |
| Individual *non-network provider deductible* | $18,000 |
| Family *non- network provider deductible* | $36,000 |

### Maximum out-of-pocket limit

The *out-of-pocket limit* is the maximum amount of any *copayments*, *deductibles* and *coinsurance* for *covered expenses*, which must be paid by *you*, either individually or combined as a covered family, per *year* before a benefit percentage for *covered expenses* will be increased.  There are individual and family *network provider* and *non-network provider out-of-pocket limits*.

## SCHEDULE OF BENEFITS (continued)

After the individual *network provider out-of-pocket limit* has been satisfied in a *year*, the *network provider* benefit percentage for *covered expenses* for that *covered person* will be payable at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan.  After the family *network provider out-of-pocket limit* has been satisfied in a *year*, the *network provider* benefit percentage for *covered expenses* will be payable at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan.

| Maximum out-of-pocket limit | Maximum out-of-pocket limit amount |
|---|---|
| Individual *network provider out-of-pocket limit* | $7,350 |
| Family *network provider out-of-pocket limit* | $14,700 |
| Individual *non-network provider out-of-pocket limit* | $22,050 |
| Family *non-network provider out-of-pocket limit* | $44,100 |

---

## SCHEDULE OF BENEFITS (continued)

---

### Preventive services

Includes prostate screenings (PSA).  Does not include drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list*.  Refer to the Pharmacy Services sections in this *certificate*.

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Health care practitioner office services

### Health care practitioner office visit

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $20 *copayment* per visit |
| *Level 2 network health care practitioner* | 100% benefit payable after $80 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

### Diagnostic laboratory and radiology services when performed in the office and billed by the health care practitioner

Does not include *advanced imaging*.  Refer to "Advanced imaging when performed in a health care practitioner's office" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Advanced imaging when performed in a health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Allergy serum when received in the health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Allergy injections when received in a health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Injections other than allergy when received in a health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Surgery performed in the office and billed by the health care practitioner**

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Telehealth and telemedicine services**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $0 *copayment* per visit |
| *Level 2 network health care practitioner* | 100% benefit payable after $0 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

---

### SCHEDULE OF BENEFITS (continued)

---

## Health care practitioner services at a retail clinic

### Health care practitioner office visit in a retail clinic

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

### Diagnostic laboratory when performed by a health care practitioner in a retail clinic

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

### Injections other than allergy when received by a health care practitioner in a retail clinic

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## Hospital services

### Hospital inpatient services

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Health care practitioner inpatient services when provided in a hospital**

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Hospital outpatient surgical services**

Must be performed in a *hospital's outpatient* department.

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

**Health care practitioner outpatient services when provided in a hospital**

Includes *outpatient surgery*.

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Hospital outpatient non-surgical services**

Must be performed in a *hospital's outpatient* department.  Does not include diagnostic radiology, diagnostic laboratory and *advanced imaging*.  Refer to "Hospital outpatient diagnostic radiology and laboratory" and "Hospital outpatient advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

**Hospital outpatient diagnostic radiology and laboratory**

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

**Hospital outpatient advanced imaging**

Must be performed in a *hospital's outpatient* department.

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

**Pregnancy and newborn benefit**

Same as any other *sickness* based upon location of services and the type of provider.

16

---

### SCHEDULE OF BENEFITS (continued)

---

## Emergency services

Must be for *emergency care* as defined in the "Glossary" section.

### Hospital emergency room services

Does not include *advanced imaging*.  Refer to "Hospital emergency room advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 80% benefit payable after *network provider deductible* |

### Hospital emergency room advanced imaging

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 80% benefit payable after *network provider deductible* |

### Hospital emergency room health care practitioner services

| | |
|---|---|
| *Network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 80% benefit payable after *network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Ambulance services**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 80% benefit payable after *network provider deductible* |

# Ambulatory surgical center services

## Ambulatory surgical center for outpatient surgery

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Health care practitioner outpatient services when provided in an ambulatory surgical center

Includes *outpatient surgery*.

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

---

**SCHEDULE OF BENEFITS (continued)**

---

## Durable medical equipment

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Free-standing facility services

### Free-standing facility non-surgical services

Does not include *advanced imaging*.  Refer to "Free-standing facility outpatient advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Health care practitioner non-surgical services when provided in a free-standing facility

| | |
|---|---|
| *Level 1 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Level 2 network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

---

## SCHEDULE OF BENEFITS (continued)

---

**Free-standing facility advanced imaging**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Home health care services

Limited to a maximum of 100 visits per *year*.

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Hospice services

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Physical medicine and rehabilitative services

Physical therapy, occupational therapy, speech therapy, audiology and cognitive rehabilitation services are limited to a combined maximum 40 visits per *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Respiratory or pulmonary rehabilitation services**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Cardiac rehabilitation services**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Other therapy**

Includes radiation therapy and chemotherapy.

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

### Habilitative services

Physical therapy, occupational therapy, speech therapy and audiology services are limited to a combined maximum 40 visits per *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Spinal manipulations/adjustments

Limited to a maximum of 20 visits per *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Skilled nursing facility services

Limited to a maximum of 60 days per *year*.

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

---
**SCHEDULE OF BENEFITS (continued)**
---

**Health care practitioner services when provided in a skilled nursing facility**

| | |
|---|---|
| *Network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## Specialty drugs in a medical place of service

**Specialty drugs administered in a health care practitioner's office, free-standing facility and urgent care center**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Specialty drugs administered in home health care**

| | |
|---|---|
| *Network provider* designated by Humana as a preferred provider of *specialty drugs* | 100% benefit payable |
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Specialty drugs administered in a hospital, skilled nursing facility, ambulance or emergency room**

Same as any other *sickness* based upon location of services and the type of provider.

---

**SCHEDULE OF BENEFITS (continued)**

---

## Urgent care services

**Urgent care services**

| | |
|---|---|
| *Network provider* | 100% benefit payable after $100 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Diagnostic laboratory and radiology services, advanced imaging, injections of drugs or medicines, and surgery when performed in an urgent care center**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Additional covered expenses**

Same as any other *sickness* based upon location of services and the type of provider.

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH

Reading this "Schedule of Benefits – Behavioral Health" section will help *you* understand the level of benefits generally paid for the *mental health services* and *chemical dependency* services under this Plan;

This "Schedule of Benefits – Behavioral Health" outlines the coverage and limitations provided under this Plan.  A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses," "Covered Expenses – Behavioral Health" and "Limitations and Exclusions" sections of this *SPD*.  Refer to the "Schedule of Benefits" section for *behavioral health covered expenses* not listed in this section.

All services are subject to all the terms and provisions, limitations and exclusions of this Plan.

## Acute inpatient services

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

## Partial hospitalization services

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Residential treatment facility services

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Acute inpatient, partial hospitalization and residential treatment facility health care practitioner services**

| | |
|---|---|
| *Network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Acute inpatient telehealth and telemedicine services**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Urgent care services

| | |
|---|---|
| *Network provider* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Outpatient services

### Health care practitioner office visit

Does not include *behavioral health* therapy in a *health care practitioner's* office.  Refer to "Therapy" in the "Schedule of Benefits – Behavioral Health" section.

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Acute inpatient, partial hospitalization and residential treatment facility health care practitioner services**

| | |
|---|---|
| *Level 1 Network health care practitioner* | 100% benefit payable after $20 *copayment* per visit |
| *Level 2 network health care practitioner* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Health care practitioner office visit in a retail clinic**

| | |
|---|---|
| *Level 1 Network health care practitioner* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Injections when performed in a health care practitioner's office or retail clinic**

Does not include *preventive services* and allergy injections.  Refer to "Preventive services" and "Allergy injections when received in a health care practitioner's office" in the "Schedule of Benefits" section.

| | |
|---|---|
| *Network health care practitioner* | 80% benefit payable after *network provider deductible* |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Therapy**

Includes *outpatient behavioral health* therapy and *behavioral health* therapy in a *health care practitioner's* office.  Also includes *behavioral health* physical therapy, occupational therapy, speech therapy, audiology, and cognitive therapy.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Intensive outpatient program**

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Outpatient hospital services**

Does not include *outpatient* therapy.  Refer to "Therapy" in the "Schedule of Benefits – Behavioral Health" section.

Does not include *advanced imaging*.  Refer to the *advanced imaging* benefits in the "Schedule of Benefits" section.

| | |
|---|---|
| *Network hospital* | 80% benefit payable after *network provider deductible* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

### Skilled nursing facility services

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Home health care services

Does not include applied behavioral analysis therapy.  Refer to "Applied behavioral analysis therapy during a home health care visit" in this "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network provider* | 80% benefit payable after *network provider deductible* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Applied behavioral analysis therapy during a home health care visit

| | |
|---|---|
| *Network provider* | 100% benefit payable after $20 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

### Specialty drugs in a medical place of service

**Specialty drugs administered in a health care practitioner's office, free-standing facility and urgent care center**

| *Network provider* | 80% benefit payable after *network provider deductible* |
|---|---|
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Specialty drugs administered in a hospital, skilled nursing facility, ambulance or emergency room**

Same as any other *sickness* based upon location of services and the type of provider.

## SCHEDULE OF BENEFITS – TRANSPLANT SERVICES

Reading this "Schedule of Benefits – Transplant Services" section will help *you* understand the level of benefits generally paid for the transplant services covered under this Plan;

This "Schedule of Benefits – Transplant Services" outlines the coverage and limitations provided under this Plan. A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses – Transplant Services" and "Limitations and Exclusions" sections of this *SPD*.

All services are subject to all of the terms, provisions, limitations and exclusions of this Plan.

## Hospital services

*Hospital* benefits as shown under "Hospital services" in the "Schedule of Benefits" section of this Plan will be payable as follows:

| | |
|---|---|
| *Network hospital* designated by Humana as an approved transplant facility | Same as any other *sickness* based on location of services and type of provider |
| *Non-network hospital* | Same as any other sickness based on location of services and type of provider |

## Health care practitioner services

*Health care practitioner* benefits as shown under "Health care practitioner office services" in the "Schedule of Benefits" section of the *SPD* will be payable as follows:

| | |
|---|---|
| *Network health care practitioner* designated by Humana as an approved transplant *health care practitioner* | Same as any other *sickness* based on location of services and type of coverage of  provider |
| *Non-network health care practitioner* | Same as any other *sickness* based on location of services and type of provider |

## SCHEDULE OF BENEFITS – TRANSPLANT SERVICES (continued)

**Direct, non-medical costs**

Limited to a combined maximum of $10,000 per covered transplant.

- Transportation

| *Network hospital* designated by Humana as an approved transplant facility | 100% benefit payable |
|---|---|

- Temporary lodging

| *Network hospital* designated by *us* as an approved transplant facility | 100% benefit payable |
|---|---|

---

## COVERED EXPENSES

---

This "Covered Expenses" section describes the services that will be considered *covered expenses* under this Plan.  Benefits will be paid for covered medical services for a *bodily injury* or *sickness*, or for specified *preventive services*, on a *maximum allowable fee* basis and as shown on the "Schedules of Benefits", subject to any applicable:

- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *SPD*.  All terms and provisions of this Plan apply, including the *preauthorization* specified in this *SPD*.

### Preventive services

*Covered expenses* include the *preventive services* appropriate for *you* as recommended by the U.S. Department of Health and Human Services (HHS) for *your* plan *year*.  *Preventive services* include:

- Services with an A or B rating in the current recommendations of the U. S. Preventive Services Task Force (USPSTF).

- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).

- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).

- Preventive care for women provided in the comprehensive guidelines supported by HRSA.

For the recommended *preventive services* that apply to *your* plan *year*, refer to the www.healthcare.gov website or call the customer service telephone number on *your* identification card.

### Preventive services office visit

*Covered expenses* include charges incurred for an office visit made to a *health care practitioner* for examinations and physicals to detect or prevent *sickness* as recommended by the U.S. Preventive Services Task Force.

### Preventive screenings and immunizations

*Covered expenses* include charges incurred by *you* for the following *preventive services* as recommended by the United States Preventive Services Task Force:

- Laboratory, radiology or endoscopic services to detect or prevent *sickness*.
- A baseline mammogram for a female *covered person* between the ages of 35 and 40 and an annual mammogram for a female *covered person* 40 years of age or older.

---

## COVERED EXPENSES (continued)

---

- Routine pap smear.
- A prostate specific antigen (PSA) test for a male *covered person* 40 years of age or older.
- Routine immunizations for *covered persons* under the age of 18. TB tine tests and allergy desensitization injections are <u>not</u> considered routine immunizations.
- Immunizations against influenza and pneumonia.

## Health care practitioner office services

This Plan will pay the following benefits for *covered expenses* incurred by *you* for *health care practitioner* office visit services. *You* must incur the *health care practitioner's* services as the result of a *sickness* or *bodily injury*.

### Health care practitioner office visit

*Covered expenses* include:

- Office visits for the diagnosis and treatment of a *sickness* or *bodily injury*.
- Office visits for prenatal care.
- Office visits for *diabetes self-management training*.
- Diagnostic laboratory and radiology.
- Allergy testing.
- Allergy serum.
- Allergy injections.
- Injections other than allergy.
- *Surgery*, including anesthesia.
- Second surgical opinions

### Telehealth and telemedicine services

This Plan will pay benefits for *covered expenses* incurred by *you* for *telehealth* and *telemedicine* services for the diagnosis and treatment of a *sickness* or *bodily injury*. *Telehealth* or *telemedicine* services must be:

- Services that would otherwise be a *covered expense* if provided during a face-to-face consultation between a *covered person* and a *health care practitioner*;
- Provided to a *covered person* at the *originating site*; and
- Provided by a *health care practitioner* at the *distant site*.

*Telehealth* and *telemedicine* services must comply with:

- Federal and state licensure requirements;
- Accreditation standards; and
- Guidelines of the American Telemedicine Association or other qualified medical professional societies to ensure quality of care.

## COVERED EXPENSES (continued)

### Health care practitioner services at a retail clinic

This Plan will pay benefits for *covered expenses* incurred by *you* for *health care practitioner* services at a *retail clinic* for a *sickness* or *bodily injury*.

### Hospital services

This Plan will pay benefits for *covered expenses* incurred by *you* while *hospital confined* or for *outpatient* services. A *hospital confinement* must be ordered by a *health care practitioner*.

For *emergency care* benefits provided in a *hospital*, refer to the "Emergency services" provision of this section.

### Hospital inpatient services

*Covered expenses* include:

- Daily semi-private, ward, intensive care or coronary care *room and board* charges for each day of *confinement*. Benefits for a private or single-bed room are limited to the *maximum allowable fee* charged for a semi-private room in the *hospital* while *confined*.

- Services and supplies, other than *room and board*, provided by a *hospital* while *confined*.

### Health care practitioner inpatient services when provided in a hospital

Services that are payable as a *hospital* charge are not payable as a *health care practitioner* charge. If *you* receive services from a *non-network provider*, *you* may be responsible for any charges in excess of the *maximum allowable fee* and charges in excess of any percentages listed in this provision.

*Covered expenses* include:

- Medical services furnished by an attending *health care practitioner* to *you* while *you* are *hospital confined*.

- *Surgery* performed on an *inpatient* basis. If several *surgeries* are performed during the same day, the *surgeries* will be paid according to the provider contract for a *network provider*. For a *non-network provider*, the *surgery* with the highest *maximum allowable fee* monetary amount will be allowed at 100% of the *maximum allowable fee*. For each additional *surgery* for a *non-network provider*, this Plan will allow:

  - 50% of the *maximum allowable fee* for the *surgery* with the second highest *maximum allowable fee* monetary amount; and
  - 25% of the *maximum allowable fee* for all other surgeries.

  If two surgeons work together as primary surgeons performing distinct parts of a single reportable *surgery*, each surgeon will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow each surgeon 62.5% of the *maximum allowable fee* for the *surgery*.

## COVERED EXPENSES (continued)

- Services of an *assistant surgeon*.  The *assistant surgeon* will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the *assistant surgeon* 16% of the *maximum allowable fee* for the *surgery* that would apply if the *assistant surgeon* were the primary surgeon.

- Services of a *surgical assistant*.  The *surgical assistant* will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the *surgical assistant* 10% of the *maximum allowable fee* for the *surgery* that would apply if the *surgical assistant* were the primary surgeon.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant to a *surgery*.

- Consultation charges requested by the attending *health care practitioner* during a *hospital confinement*.  The benefit is limited to one consultation by any one *health care practitioner* per specialty during a *hospital confinement*.

- Services of a pathologist.

- Services of a radiologist.

- Services performed on an emergency basis in a *hospital* if the *sickness* or *bodily injury* being treated results in a *hospital confinement*.

For the purpose of this "Health care practitioner inpatient services when provided in a hospital" provision, provider contract means a written contract with a *network provider* that specifies reimbursement for a *covered expense*.

### Hospital outpatient services

*Covered expenses* include *outpatient* services and supplies, as outlined in the following provisions, provided in a *hospital's outpatient* department.

*Covered expenses* provided in a *hospital's outpatient* department will not exceed the average semi-private room rate when *you* are in *observation status*.

### Hospital outpatient surgical services

*Covered expenses* include services provided in a *hospital's outpatient* department in connection with *outpatient surgery*.

## COVERED EXPENSES (continued)

**Health care practitioner outpatient services when provided in a hospital**

Services that are payable as a *hospital* charge are not payable as a *health care practitioner* charge. If *you* receive services from a *non-network provider*, *you* may be responsible for any charges in excess of the *maximum allowable fee* and charges in excess of any percentages listed in this provision.

*Covered expenses* include:

- *Surgery* performed on an *outpatient* basis. If several *surgeries* are performed during the same day, the *surgeries* will be paid according to the provider contract for a *network provider,* the *surgery* with the highest *maximum allowable fee* monetary amount will be allowed at 100% of the *maximum allowable fee*. For a *non-network provider*, the *surgery* with the highest *maximum allowable fee* monetary amount will be allowed at 100% of the *maximum allowable fee*. For each additional *surgery* for a *non-network provider* this Plan will allow:

  - 50% of the *maximum allowable fee* for the *surgery* with the second highest *maximum allowable fee* monetary amount; and
  - 25% of the *maximum allowable fee* for all other *surgeries*.

  If two surgeons work together as primary surgeons performing distinct parts of a single reportable *surgery*, each surgeon will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow each surgeon 62.5% of the *maximum allowable fee* for the *surgery*.

- Services of an *assistant surgeon*. The *assistant surgeon* will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow the *assistant surgeon* 16% of the *maximum allowable fee* for the *surgery* that would apply if the *assistant surgeon* were the primary surgeon.

- Services of a *surgical assistant*. The *surgical assistant* will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow the *surgical assistant* 10% of the *maximum allowable fee* for the *surgery* that would apply if the *surgical assistant* were the primary surgeon.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant for a *surgery*.

- Services of a pathologist.

- Services of a radiologist.

For the purpose of this "Health care practitioner outpatient services when provided in a hospital" provision, provider contract means a written contract with a *network provider* that specifies reimbursement for a *covered expense*.

## COVERED EXPENSES (continued)

**Hospital outpatient non-surgical services**

*Covered expenses* include services provided in a *hospital's outpatient* department in connection with non-surgical services.

**Hospital outpatient advanced imaging**

This Plan will pay benefits for *covered expenses* incurred by *you* for *outpatient advanced imaging* in a *hospital's outpatient* department.

**Pregnancy and newborn benefit**

This Plan will pay benefits for *covered expenses* incurred by a *covered person* for a pregnancy.

*Covered expenses* include:

- A minimum stay of 48 hours following an uncomplicated vaginal delivery and 96 hours following an uncomplicated cesarean section.  If an earlier discharge is consistent with the most current protocols and guidelines of the American College of Obstetricians and Gynecologists or the American Academy of Pediatrics and is consented to by the mother and the attending *health care practitioner*, a post-discharge office visit to the *health care practitioner* or a home health care visit within the first 48 hours after discharge is also covered, subject to the terms of this Plan.

- For a newborn, *hospital confinement* during the first 48 hours or 96 hours following birth, as applicable and listed above for:

  - *Hospital* charges for *routine nursery care*;
  - The *health care practitioner's* charges for circumcision of the newborn child; and
  - The *health care practitioner's* charges for routine examination of the newborn before release from the *hospital*.

- If the covered newborn must remain in the *hospital* past the mother's *confinement*, services and supplies received for:

  - A *bodily injury* or *sickness*;
  - Care and treatment for premature birth; and
  - Medically diagnosed birth defects and abnormalities.

*Covered expenses* also include *cosmetic surgery* specifically and solely for:

- Reconstruction due to *bodily injury*, infection or other disease of the involved part; or
- *Congenital anomaly* of a covered *dependent* child that resulted in a *functional impairment*.

The newborn will not be required to satisfy a separate *deductible* and/or *copayment* for *hospital* facility charges for the *confinement* period immediately following birth.  A *deductible* and/or *copayment*, if applicable, will be required for any subsequent *hospital admission*.

## COVERED EXPENSES (continued)

### Emergency services

This Plan will pay benefits for *covered expenses* incurred by *you* for *emergency care,* including the treatment and stabilization of an emergency medical condition.

*Emergency care* provided by a *non-network hospital* or a *non-network health care practitioner* will be covered at the *network provider* benefit, as specified in the "Emergency services" benefit on the "Schedule of Benefits", subject to the *maximum allowable fee*. *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee*. *You* may be required to pay any amount not paid by this Plan.

*Covered expenses* also include *health care practitioner* services for *emergency care*, including the treatment and stabilization of an emergency medical condition, provided in a *hospital* emergency facility. These services are subject to the terms, conditions, limitations, and exclusions of this Plan.

Benefits under this "Emergency services" provision are not available if the services provided do not meet the definition of *emergency care*.

### Ambulance services

This Plan will pay benefits for *covered expenses* incurred by *you* for licensed *ambulance* services to, from or between medical facilities for *emergency care*.

*Ambulance* services for *emergency care* provided by a *non-network provider* will be covered at the *network provider* benefit, as specified in the "Ambulance services" benefit on the "Schedule of Benefits", subject to the *maximum allowable fee*. *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee*. *You* may be required to pay any amount not paid by this Plan.

### Ambulatory surgical center services

This Plan will pay benefits for *covered expenses* incurred by *you* for services provided in an *ambulatory surgical center* for the utilization of the facility and ancillary services in connection with *outpatient surgery*.

### Health care practitioner outpatient services when provided in an ambulatory surgical center

Services that are payable as an *ambulatory surgical center* charge are not payable as a *health care practitioner* charge. If *you* receive services from a *non-network provider*, *you* may be responsible for any charges in excess of the *maximum allowable fee* and charges in excess of any percentages listed in this provision.

---

## COVERED EXPENSES (continued)

---

*Covered expenses* include:

- *Surgery* performed on an *outpatient* basis.  If several *surgeries* are performed during the same day, the *surgeries* will be paid according to the provider contract for a *network provider*.  For a *non-network provider*, the *surgery* with the highest *maximum allowable fee* monetary amount will be allowed at 100% of the *maximum allowable fee*.  For each additional procedure for a *non-network provider*, this Plan will allow:

  - 50% of *maximum allowable fee* for the secondary procedure; and
  - 25% of *maximum allowable fee* for the third and subsequent procedures.

  If two surgeons work together as primary surgeons performing distinct parts of a single reportable *surgery*, each surgeon will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow each surgeon 62.5% of the *maximum allowable fee* for the *surgery*.

- Services of an *assistant surgeon*.  The *assistant surgeon* will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the surgical assistant or assistant surgeon 16% of the *maximum allowable fee* for the *surgery* that would apply if the *assistant surgeon* were the primary surgeon.

- Services of a *surgical assistant*.  The *surgical assistant* will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the *surgical assistant* 10% of the *maximum allowable fee* for the *surgery* that would apply if the *surgical assistant* were the primary surgeon.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant for a *surgery*.

- Services of a pathologist.

- Services of a radiologist.

For the purpose of this "Health care practitioner outpatient services when provided in an ambulatory surgical center" provision, provider contract means a written contract with a *network provider* that specifies reimbursement for a *covered expense*.

### Durable medical equipment

This Plan will pay benefits for *covered expenses* incurred by *you* for *durable medical equipment* and *diabetes equipment*.

At this Plan's option, *covered expense* includes the purchase or rental of *durable medical equipment* or *diabetes equipment*.  If the cost of renting the equipment is more than *you* would pay to buy it, only the purchase price is considered a *covered expense*.  In either case, total *covered expenses* for *durable medical equipment* or *diabetes equipment* shall <u>not</u> exceed its purchase price.  In the event this Plan determines to purchase the *durable medical equipment* or *diabetes equipment*, any amount paid as rent for such equipment will be credited toward the purchase price.

40

## COVERED EXPENSES (continued)

Repair and maintenance of purchased *durable medical equipment* and *diabetes equipment* is a *covered expense* if:

- Manufacturer's warranty is expired; and
- Repair or maintenance is not a result of misuse or abuse; and
- Maintenance is not more frequent than every six months; and
- Repair cost is less than replacement cost.

Replacement of purchased *durable medical equipment* and *diabetes equipment* is a *covered expense* if:

- Manufacturer's warranty is expired; and
- Replacement cost is less than repair cost; and
- Replacement is not due to lost or stolen equipment, or misuse or abuse of the equipment; or
- Replacement is required due to a change in your condition that makes the current equipment non-functional.

**Free-standing facility services**

**Free-standing non-surgical services**

This Plan will pay benefits for *covered expenses* for services provided in a *free-standing facility*.

### Health care practitioner non-surgical services when provided in a free-standing facility

This Plan will pay benefits for *outpatient* non-surgical services provided by a *health care practitioner* in a *free-standing facility*.

**Free-standing facility advanced imaging**

This Plan will pay benefits for *covered expenses* incurred by *you* for *outpatient advanced imaging* in a *free-standing facility*.

**Home health care services**

This Plan will pay benefits for *covered expenses* incurred by *you* in connection with a *home health care plan*. All home health care services and supplies must be provided on a part-time or intermittent basis to *you* in conjunction with the approved *home health care plan*.

The "Schedule of Benefits" shows the maximum number of visits allowed by a representative of a *home health care agency*, if any. A visit by any representative of a *home health care agency* of two hours or less will be counted as one visit. Each additional two hours or less is considered an additional visit.

Home health care *covered expenses* include:

- Care provided by a *nurse*;
- Physical, occupational, respiratory or speech therapy;
- Medical social work and nutrition services; and
- Medical appliances, equipment and laboratory services.

## COVERED EXPENSES (continued)

Home health care *covered expenses* do <u>not</u> include:

- Charges for mileage or travel time to and from the *covered person's* home;
- Wage or shift differentials for any representative of a *home health care agency*;
- Charges for supervision of *home health care agencies*;
- Charges for services of a home health aide;
- *Custodial care*; or
- The provision or administration of *self-administered injectable drugs*, unless otherwise determined by this Plan.

### Hospice services

This Plan will pay benefits for *covered expenses* incurred by *you* for a *hospice care program*. A *health care practitioner* must certify that the *covered person* is terminally ill with a life expectancy of 18 months or less.

If the above criteria is <u>not</u> met, <u>no</u> benefits will be payable under this Plan.

Hospice care benefits are payable as shown on the "Schedule of Benefits" for the following hospice services:

- *Room and board* at a hospice*, when it is for management of acute pain or for an acute phase of chronic symptom management;
- Part-time nursing care provided by or supervised by a registered nurse (R.N.) for up to eight hours in any one day;
- Counseling for the terminally ill *covered person* and his/her immediate covered *family members* by a licensed:

    - Clinical social worker; or
    - Pastoral counselor.

- Medical social services provided to the terminally ill *covered person* or his/her immediate covered *family member*s under the direction of a *health care practitioner*, including:

    - Assessment of social, emotional and medical needs, and the home and family situation; and
    - Identification of the community resources available.

- Psychological and dietary counseling;
- Physical therapy;
- Part-time home health aide services for up to eight hours in any one day; and
- Medical supplies, drugs, and medicines prescribed by a *health care practitioner* for *palliative care*.

---

## COVERED EXPENSES (continued)

---

Hospice care *covered expenses* do <u>not</u> include:

- A *confinement* not required for acute pain control or other treatment for an acute phase of chronic symptom management;
- Services by volunteers or persons who do not regularly charge for their services;
- Services by a licensed pastoral counselor to a member of his or her congregation.  These are services in the course of the duties to which he or she is called as a pastor or minister; and
- Bereavement counseling services for *family members* not covered under this Plan.

### Physical medicine and rehabilitative services

This Plan will pay benefits for *covered expenses* incurred by *you* for the following physical medicine and/or rehabilitative services for a documented *functional impairment*, pain, or developmental delay or defect as ordered by a *health care practitioner* and performed by a *health care practitioner*:

- Physical therapy services;
- Occupational therapy services;
- Speech therapy or speech pathology services;
- Audiology services;
- Cognitive rehabilitation services;
- Respiratory or pulmonary rehabilitation services; and
- Cardiac rehabilitation services.

The "Schedule of Benefits" shows the maximum number of visits for physical medicine and/or rehabilitative services, if any.

### Habilitative services

This Plan will pay benefits for *covered expenses* incurred by *you* for the following *habilitative services* ordered and performed by a *health care practitioner* for a *covered person* with a *congenital anomaly*, developmental delay or defect:

- Physical therapy services;
- Occupational therapy services;
- Speech therapy or speech pathology services; and
- Audiology services.

The "Schedule of Benefits" shows the maximum number of visits for *habilitative services*, if any.

### Spinal manipulations/adjustments

This Plan will pay benefits for *covered expenses* incurred by *you* for spinal manipulations/adjustments performed by a *health care practitioner*.

The "Schedule of Benefits" shows the maximum number of visits for spinal manipulations/adjustments, if any.

## COVERED EXPENSES (continued)

### Skilled nursing facility services

This Plan will pay benefits for *covered expenses* incurred by *you* for charges made by a *skilled nursing facility* for *room and board* and for services and supplies. *Your confinement* to a *skilled nursing facility* must be based upon a written recommendation of a *health care practitioner*.

The "Schedule of Benefits" shows the maximum length of time for which this Plan will pay benefits for charges made by a *skilled nursing facility*, if any.

### Health care practitioner services when provided in a skilled nursing facility

Services that are payable as a *skilled nursing facility* charge are not payable as a *health care practitioner* charge.

*Covered expenses* include:

- Medical services furnished by an attending *health care practitioner* to *you* while *you* are *confined* in a *skilled nursing facility*;
- Consultation charges requested by the attending *health care practitioner* during a *confinement* in a *skilled nursing facility*;
- Services of a pathologist; and
- Services of a radiologist.

### Specialty drugs in a medical place of service

This Plan will pay benefits for *covered expenses* incurred by *you* for *specialty drugs* that are administered in the following medical places of service:

- *Health care practitioner's* office;
- *Free-standing facility*;
- *Urgent care center*;
- Home health care;
- *Hospital*;
- *Skilled nursing facility*;
- Ambulance; and
- Emergency room.

Benefits for *specialty drugs* may be subject to *preauthorization* requirements, if any. Please refer to the "Schedule of Benefits" in this *SPD* for *preauthorization* requirements and contact this Plan prior to receiving *specialty drugs*.

Benefits for *specialty drugs* do not include the charge for the actual administration of the *specialty drug*. Payment for the administration of *specialty drugs* is addressed in the "Schedule of Benefits" section of this *SPD*.

---

## COVERED EXPENSES (continued)

---

### Urgent care services

This Plan will pay benefits for *covered expenses* incurred by *you* for charges made by an *urgent care center* for *urgent care* services.  *Covered expense* also includes *health care practitioner* services for *urgent care* provided at and billed by an *urgent care center*.

### Additional covered expenses

This Plan will pay benefits for *covered expenses* incurred by *you*, based upon the location of the services and the type of provider for:

- Blood and blood plasma, which is not replaced by donation; administration of the blood and blood products including blood extracts or derivatives.

- Oxygen and rental of equipment for its administration.

- Prosthetic devices and supplies, including but not limited to limbs and eyes.  Coverage will be provided for prosthetic devices to:

    - Restore the previous level of function lost as a result of a *bodily injury* or *sickness*; or
    - Improve function caused by a *congenital anomaly*.

  *Covered expense* for prosthetic devices includes repair or replacement, if not covered by the manufacturer, and if due to:

    - A change in the *covered person's* physical condition causing the device to become non-functional; or
    - Normal wear and tear.

- Cochlear implants, when approved by this Plan, for a *covered person* with bilateral severe to profound sensorineural deafness.

  Replacement or upgrade of a cochlear implant and its external components may be a *covered expense* if:

    - The existing device malfunctions and cannot be repaired;
    - Replacement is due to a change in the *covered person's* condition that makes the present device non-functional; or
    - The replacement or upgrade is not for cosmetic purposes.

- Orthotics used to support, align, prevent, or correct deformities.

  *Covered expense* does not include:

    - Replacement orthotics;
    - Dental braces; or
    - Oral or dental splints and appliances, unless custom made for the treatment of documented obstructive sleep apnea.

---

## COVERED EXPENSES (continued)

---

- The following special supplies, dispensed up to a 30-day supply, when prescribed by *your* attending *health care practitioner*:

  - Surgical dressings;
  - Catheters;
  - Colostomy bags, rings and belts; and
  - Flotation pads.

- The initial pair of eyeglasses or contacts needed due to cataract *surgery* or an *accident* if the eyeglasses or contacts were not needed prior to the *accident*.

- Dental treatment only if:

  - The charges are incurred for treatment of a *dental injury* to a *sound natural tooth*;
  - The treatment begins within 90 days after the date of the *dental injury*; and
  - The treatment is completed within 12 months after the date of the *dental injury*.

  However, benefits will be paid only for the least expensive service that will, in this Plan's opinion, produce a professionally adequate result.

- Certain oral surgical operations as follows:

  - Excision of partially or completely impacted teeth;
  - Surgical preparation of soft tissues and excision of bone or bone tissue performed with or without extraction or excision of erupted, partially erupted or completely un-erupted teeth;
  - Excisions of tumors and cysts of the jaws, cheeks, lips, tongue, roof, and floor of the mouth and related biopsy of bone, tooth, or related tissues when such conditions require pathological examinations;
  - Surgical procedures related to repositioning of teeth, tooth transplantation or re-implantation;
  - Services required to correct accidental injuries of the jaws, cheeks, lips, tongue, roof and floor of the mouth;
  - Reduction of fractures and dislocation of the jaw;
  - External incision and drainage of cellulitis and abscess;
  - Incision and closure of accessory sinuses, salivary glands or ducts;
  - Frenectomy (the cutting of the tissue in the midline of the tongue); and
  - Orthognathic *surgery* for a *congenital anomaly*, *bodily injury* or *sickness* causing a *functional impairment*.

- Orthodontic treatment for a *congenital anomaly* related to or developed as a result of cleft palate, with or without cleft lip.

- For a *covered person*, who is receiving benefits in connection with a mastectomy, service for:

  - Reconstructive *surgery* of the breast on which the mastectomy has been performed;
  - *Surgery* and reconstruction on the non-diseased breast to achieve symmetrical appearance; and
  - Prostheses and treatment of physical complications for all stages of mastectomy, including lymphedemas.

46

---

**COVERED EXPENSES (continued)**

---

- Reconstructive *surgery* resulting from:

  - A *bodily injury*, infection or other disease of the involved part, when a *functional impairment* is present; or
  - A *congenital anomaly* that resulted in a *functional impairment*.

  Expenses for reconstructive *surgery* due to a psychological condition are <u>not</u> considered a *covered expense*, unless the condition(s) described above are also met.

- Enteral formulas, nutritional supplements and low protein modified foods for use at home by a *covered person* that are prescribed or ordered by a *health care practitioner* and are for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU).

- Routine costs for a *covered person* participating in an approved Phase I, II, III or IV clinical trial.

  Routine costs include health care services that are otherwise a *covered expense* if the *covered person* were not participating in a clinical trial.

  Routine costs do not include services or items that are:

  - *Experimental*, *investigational* or *for research purposes*;
  - Provided only for data collection and analysis that is not directly related to the clinical management of the *covered person*; or
  - Inconsistent with widely accepted and established standards of care for a diagnosis.

  The *covered person* must be eligible to participate in a clinical trial according to the trial protocol and:

  - Referred by a *health care practitioner*; or
  - Provide medical and scientific information supporting their participation in the clinical trial is appropriate.

  For the routine costs to be considered a *covered expense*, the approved clinical trial must be a Phase I, II, III or IV clinical trial for the prevention, detection or treatment of cancer or other life threatening condition or disease and is:

  - Federally funded or approved by the appropriate federal agency;
  - The study or investigation is conducted under an investigational new drug application reviewed by the Federal Food and Drug Administration; or
  - The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

## COVERED EXPENSES - BEHAVIORAL HEALTH

This "Covered Expenses – Behavioral Health" section describes the services that will be considered *covered expenses* for *mental health services* and *chemical dependency* services under this Plan. Benefits for *mental health services* and *chemical dependency* services will be paid on a *maximum allowable fee* basis and as shown in the "Schedule of Benefits – Behavioral Health". Refer to the "Schedule of Benefits" for any service not specifically listed in the "Schedule of Benefits – Behavioral Health". Benefits are subject to any applicable:

- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *SPD*. All terms and provisions of this Plan apply, including *preauthorization* specified in this *SPD*.

### Acute inpatient services

This Plan will pay benefits for *covered expenses* incurred by *you* due to an *admission* or *confinement* for *acute inpatient services* for *mental health services* and *chemical dependency* services provided in a *hospital* or *health care treatment facility*.

### Partial hospitalization services

This Plan will pay benefits for *covered expenses* incurred by *you* for *partial hospitalization* for *mental health services* and *chemical dependency* services in a *hospital* or *health care treatment facility*.

### Residential treatment facility

This Plan will pay benefits for *covered expenses* incurred by *you* due to an *admission* or *confinement* for *mental health services* and *chemical dependency* services provided in a *residential treatment facility*.

### Acute inpatient, partial hospitalization and residential treatment facility health care practitioner services

This Plan will pay benefits for *covered expenses* incurred by *you* for *mental health services* and *chemical dependency* services provided by a *health care practitioner,* including *telehealth* or *telemedicine*, in a *hospital*, *health care treatment facility* or *residential treatment facility*.

### Emergency services

This Plan will pay benefits for *covered expenses* incurred by *you* for *emergency care,* including the treatment and stabilization of an emergency condition for *mental health services* and *chemical dependency* services.

## COVERED EXPENSES – BEHAVIORAL HEALTH (continued)

*Emergency care* provided by a *non-network hospital* or a *non-network health care practitioner* will be covered at the *network provider* benefit as specified in the "Emergency services" benefit on the "Schedule of Benefits – Behavioral Health," subject to the *maximum allowable fee*. *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee*. *You* may be required to pay any amount not paid by this Plan.

*Covered expenses* also include *health care practitioner* services for *emergency care*, including the treatment and stabilization of an emergency condition, provided in a *hospital* emergency facility. These services are subject to the terms, conditions, limitations, and exclusions of this Plan.

Benefits under this "Emergency services" provision are not available if the services provided do not meet the definition of *emergency care*.

### Urgent care services

This Plan will pay benefits for *covered expenses* incurred by *you* in an *urgent care center* for *mental health services* and *chemical dependency* services. *Covered expense* also includes *health care practitioner* services for *urgent care* provided at and billed by an *urgent care center*.

### Outpatient services

This Plan will pay benefits for *covered expense* incurred by *you* for *mental health services* and *chemical dependency* services, including services in a *health care practitioner* office or *retail clinic*, *outpatient* therapy, *outpatient* services provided as part of an *intensive outpatient program*, and other *outpatient* services, while <u>not</u> *confined* in a *hospital*, *residential treatment facility* or *health care treatment facility*.

### Skilled nursing facility services

This Plan will pay benefits for *behavioral health covered expenses* incurred by *you* for charges made by a *skilled nursing facility* for *room and board* and for services and supplies. *Your confinement* to a *skilled nursing facility* must be based upon a written recommendation of a *health care practitioner*.

*Covered expenses* also include *health care practitioner* services for *behavioral health* during *your confinement* in a *skilled nursing facility*.

### Home health care services

This Plan will pay benefits for *covered expenses* incurred by *you*, in connection with a *home health care plan*, for *mental health services* and *chemical dependency* services. All home health care services and supplies must be provided on a part-time or intermittent basis to *you* in conjunction with the approved *home health care plan*.

Home health care *covered expenses* include services provided by a *health care practitioner* who is a *behavioral health* professional, such as a counselor, psychologist or psychiatrist.

## COVERED EXPENSES – BEHAVIORAL HEALTH (continued)

**Specialty drugs in a medical place of service**

This Plan will pay benefits for *covered expenses* incurred by *you* for *specialty drugs* that are administered in the following medical places of service:

- *Health care practitioner's* office;
- *Free-standing facility*;
- *Urgent care center*;
- Home health care;
- *Hospital*;
- *Skilled nursing facility*;
- *Residential treatment facility*;
- *Ambulance*; and
- Emergency room.

Benefits for *specialty drugs* may be subject to *preauthorization* requirements, if any.  Please refer to the "Schedule of Benefits" in this *SPD* for *preauthorization* requirements and contact Humana prior to receiving *specialty drugs*.

Benefits for *specialty drugs* do not include the charge for the actual administration of the *specialty drug*. Payment for the administration of *specialty drugs* is addressed in the "Schedule of Benefits" section of this *SPD*.

# COVERED EXPENSES - TRANSPLANT SERVICES

This "Covered Expenses – Transplant Services" section describes the services that will be considered *covered expenses* for transplant services under this Plan.  Benefits for transplant services will be paid on a *maximum allowable fee* basis and as shown in the "Schedule of Benefits – Transplant Services," subject to any applicable:

- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *SPD* for transplant services <u>not</u> covered by this Plan.  All terms and provisions of this Plan apply.

## Transplant covered expenses

This Plan will pay benefits for *covered expenses* incurred by *you* for a transplant that is preauthorized and approved by Humana.  This Plan must be notified of the initial transplant evaluation and given a reasonable opportunity to review the clinical results to determine if the transplant will be covered.  *You* or *your health care practitioner* must contact Humana's Transplant Management Department by calling the Customer Service number on *your* ID card when in need of a transplant.  This Plan will advise *your health care practitioner* once coverage of the requested transplant is approved by this Plan.  Benefits are payable only if the transplant is approved by this Plan.

*Covered expenses* for a transplant include pre-transplant services, transplant inclusive of any integral chemotherapy and associated services, post-discharge services, and treatment of complications after transplantation for or in connection with only the following procedures:

- Heart;
- Lung(s);
- Liver;
- Kidney;
- *Bone marrow*;
- Intestine;
- Pancreas;
- Auto islet cell;
- Any combination of the above listed transplants; and
- Any transplant not listed above required by state or federal law.

Multiple transplantations performed simultaneously are considered one transplant surgery.

Corneal transplants and porcine heart valve implants are tissues, which are considered part of regular plan benefits and are subject to other applicable provisions of this Plan.

## COVERED EXPENSES - TRANSPLANT SERVICES (continued)

The following are *covered expenses* for an approved transplant and all related complications:

- *Hospital* and *health care practitioner* services.

- Acquisition for transplants and associated donor costs, including pre-transplant services, the acquisition procedure, and any complications resulting from the acquisition. Donor costs for post-discharge services and treatment of complications for or in connection with acquisition for an approved transplant will not exceed the transplant treatment period of 365 days from the date of *hospital* discharge following acquisition.

- Direct, non-medical costs for:

  - The *covered person* receiving the transplant, if he or she lives more than 100 miles from the transplant facility; and
  - One designated caregiver or support person (two, if the *covered person* receiving the transplant is under 18 years of age), if they live more than 100 miles from the transplant facility.

  Direct, non-medical costs include:

  - Transportation to and from the *hospital* where the transplant is performed; and
  - Temporary lodging at a prearranged location when requested by the *hospital* and approved by this Plan.

  All direct, non-medical costs for the *covered person* receiving the transplant and the designated caregiver(s) or support person(s) are payable as specified in the "Schedule of Benefits – Transplant Services" section in this *SPD*.

*Covered expenses* for post-discharge services and treatment of complications for or in connection with an approved transplant are limited to the transplant treatment period of 365 days from the date of *hospital* discharge following transplantation of an approved transplant received while *you* were covered by this Plan. After this transplant treatment period, regular plan benefits and other provisions of this Plan are applicable.

# LIMITATIONS AND EXCLUSIONS

These limitations and exclusions apply even if a *health care practitioner* has performed or prescribed a medically appropriate procedure, treatment or supply.  This does not prevent *your health care practitioner* from providing or performing the procedure, treatment or supply. However, the procedure, treatment or supply will not be a *covered expense*.

Unless specifically stated otherwise, no benefits will be provided for, or on account of, the following items:

- Treatments, services, supplies or *surgeries* that are <u>not</u> *medically necessary*, except *preventive services*.

- A *sickness* or *bodily injury* arising out of, or in the course of, any employment for wage, gain or profit.  This exclusion applies whether or not *you* have Workers' Compensation coverage.  This exclusion does not apply to an *employee* that is sole proprietor, partner, or corporate officer if the sole proprietor, partner or corporate officer is not eligible to receive Workers' Compensation benefits.

- Care and treatment given in a *hospital* owned or run by any government entity, unless *you* are legally required to pay for such care and treatment.  However, care and treatment provided by military *hospitals* to *covered persons* who are armed services retirees and their *dependents* are <u>not</u> excluded.

- Any service furnished while *you* are *confined* in a *hospital* or institution owned or operated by the United States government or any of its agencies for any military service-connected *sickness* or *bodily injury*.

- Any service *you* would <u>not</u> be legally required to pay for in the absence of this insurance.

- *Sickness* or *bodily injury* for which *you* are in any way paid or entitled to payment or care and treatment by or through a government program.

- Any service <u>not</u> ordered by a *health care practitioner*.

- Private duty nursing.

- Services rendered by a standby physician, surgical assistant, assistant surgeon, physician assistant, registered nurse or certified operating room technician unless *medically necessary*.

- Any service which is not rendered by the billing provider.

- Any service not substantiated in the medical records of the billing provider.

- Expenses for services, *prescriptions*, equipment or supplies received outside the United States or from a foreign provider, unless:

    - For *emergency care*;

    - The *employee* is traveling outside the United States due to employment with the *employer* sponsoring this Plan and the services are not covered under any Workers' Compensation or similar law; or

    - The *employee* and *dependents* live outside the United States and the *employee* is in *active status* with the *employer* sponsoring this Plan.

## LIMITATIONS AND EXCLUSIONS (continued)

- Education or training, except for *diabetes self-management training* and *habilitative services*.

- Educational or vocational therapy, testing, services or schools, including therapeutic boarding schools and other therapeutic environments.  Educational or vocational videos, tapes, books and similar materials are also excluded.

- Services provided by a *covered person's family member*.

- *Ambulance* services for routine transportation to, from, or between medical facilities and/or a *health care practitioner's* office.

- Any drug, biological product, device, medical treatment, or procedure which is *experimental*, *investigational* or *for research purposes*.

- Vitamins, except for *preventive services* with a *prescription* from a *health care practitioner*, dietary supplements, and dietary formulas, except enteral formulas, nutritional supplements or low protein modified food products for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU).

- Over-the-counter, non-prescription medications, unless for drugs, medicines or medications or supplies on the Preventive Medication Coverage *drug list* with a *prescription* from a *health care practitioner*.

- Over-the-counter medical items or supplies that can be provided or prescribed by a *health care practitioner* but are also available without a written order or *prescription*, except for *preventive services*.

- Immunizations required for foreign travel for a *covered person* of any age.

- Growth hormones, except as otherwise specified in the pharmacy services sections of this *SPD*.

- *Prescription* drugs and *self-administered injectable drugs*, except as specified in the "Covered Expenses – Pharmacy Services" section in this *SPD* or unless administered to *you*:

  - While an *inpatient* in a *hospital*, *skilled nursing facility*, *health care treatment facility* or *residential treatment facility*;
  - By the following, when deemed appropriate by this Plan:

    - A *health care practitioner*:

      - During an office visit; or
      - While an *outpatient*; or

    - A *home health care agency* as part of a covered *home health care plan*.

# LIMITATIONS AND EXCLUSIONS (continued)

- Hearing aids, the fitting of hearing aids or advice on their care; implantable hearing devices, except for cochlear implants as otherwise stated in this *SPD*.

- Services received in an emergency room, unless required because of *emergency care*.

- Weekend non-emergency *hospital admissions*, specifically *admissions* to a *hospital* on a Friday or Saturday at the convenience of the *covered person* or his or her *health care practitioner* when there is no cause for an emergency *admission* and the *covered person* receives no *surgery* or therapeutic treatment until the following Monday.

- *Hospital inpatient* services when *you* are in *observation status*.

- *Infertility services*; or reversal of elective sterilization.

- No benefit is payable for or in connection with a transplant if:

  - The expense relates to storage of cord blood and stem cells, unless it is an integral part of a transplant approved by this Plan.

  - This Plan does not approve coverage for the transplant, based on Humana's established criteria.

  - Expenses are eligible to be paid under any private or public research fund, government program except *Medicaid*, or another funding program, whether or not such funding was applied for or received.

  - The expense relates to the transplantation of any non-human organ or tissue, unless otherwise stated in the Plan.

  - The expense relates to the donation or acquisition of an organ for a recipient who is not covered by this Plan.

  - The expense relates to donor costs that are payable in whole or in part by any other group plan, insurance company, organization, or person other than the donor's family or estate.

  - The expense relates to a transplant performed outside of the United States and any care resulting from that transplant.

- No benefits will be provided for:

  - Immunotherapy for recurrent abortion;
  - Chemonucleolysis;
  - Biliary lithotripsy;
  - Sleep therapy;
  - Light treatments for Seasonal Affective Disorder (S.A.D.);
  - Immunotherapy for food allergy;
  - Prolotherapy; or
  - Sensory integration therapy.

---

## LIMITATIONS AND EXCLUSIONS (continued)

---

- *Cosmetic surgery* and cosmetic services or devices.

- Hair prosthesis, hair transplants or implants and wigs.

- Dental services, appliances or supplies for treatment of the teeth, gums, jaws or alveolar processes, including but not limited to, any *oral surgery*, *endodontic services* or *periodontics*, implants and related procedures, orthodontic procedures, and any dental services related to a *bodily injury* or *sickness* unless otherwise stated in this *SPD*.

- The following types of care of the feet:

  - Shock wave therapy of the feet;
  - The treatment of weak, strained, flat, unstable or unbalanced feet;
  - Hygienic care, and the treatment of superficial lesions of the feet, such as corns, calluses, or hyperkeratoses;
  - The treatment of tarsalgia, metatarsalgia, or bunion, except surgically;
  - The cutting of toenails, except the removal of the nail matrix;
  - Heel wedges, lifts, or shoe inserts; and
  - Arch supports (foot orthotics) or orthopedic shoes, except for diabetes or hammer toe.

- *Custodial care* and *maintenance care*.

- Any loss contributed to, or caused by:

  - War or any act of war, whether declared or not;
  - Insurrection; or
  - Any conflict involving armed forces of any authority.

- *Sickness* or *bodily injury* caused by the *covered person's*:

  - Engagement in an illegal occupation; or
  - Commission of or an attempt to commit a criminal act.

  This exclusion does not apply to any *sickness* or *bodily injury* resulting from an act of domestic violence or a medical condition (including both physical and mental health conditions).

- Expenses for any membership fees or program fees, including but not limited to health clubs, health spas, and strength conditioning, work-hardening programs, and weight loss or surgical programs, and any materials or products related to these programs.

## LIMITATIONS AND EXCLUSIONS (continued)

- Surgical procedures for the removal of excess skin and/or fat in conjunction with or resulting from weight loss or a weight loss *surgery*.

- Expenses for services that are primarily and customarily used for environmental control or enhancement (whether or not prescribed by a *health care practitioner*) and certain medical devices including, but not limited to:

    - Common household items including air conditioners, air purifiers, water purifiers, vacuum cleaners, waterbeds, hypoallergenic mattresses or pillows or exercise equipment;

    - Motorized transportation equipment (e.g. scooters), escalators, elevators, ramps or modifications or additions to living/working quarters or transportation vehicles;

    - Personal hygiene equipment including bath/shower chairs, transfer equipment or supplies or bed side commodes;

    - Personal comfort items including cervical pillows, gravity lumbar reduction chairs, swimming pools, whirlpools, spas or saunas;

    - Medical equipment including:

        - Blood pressure monitoring devices, unless prescribed by a *health care practitioner* for *preventive services* and ambulatory blood pressure monitoring is not available to confirm diagnosis of hypertension;

        - PUVA lights; and

        - Stethoscopes;

    - Communication system, telephone, television or computer systems and related equipment or similar items or equipment;

    - Communication devices, except after surgical removal of the larynx or a diagnosis of permanent lack of function of the larynx.

- Duplicate or similar rentals or purchases of *durable medical equipment* or *diabetes equipment*.

- Therapy and testing for treatment of allergies including, but not limited to, services related to clinical ecology, environmental allergy and allergic immune system dysregulation and sublingual antigen(s), extracts, neutralization tests and/or treatment <u>unless</u> such therapy or testing is approved by:

    - The American Academy of Allergy and Immunology; or
    - The Department of Health and Human Services or any of its offices or agencies.

## LIMITATIONS AND EXCLUSIONS (continued)

- Lodging accommodations or transportation.

- Communications or travel time.

- Bariatric *surgery*, any services or complications related to bariatric *surgery*, and other weight loss products or services.

- *Sickness* or *bodily injury* for which no-fault medical payment or expense coverage benefits are paid or payable under any automobile, homeowners, premises or any other similar coverage.

- Elective medical or surgical abortion unless:

    - The pregnancy would endanger the life of the mother; or
    - The pregnancy is a result of rape or incest.

- *Alternative medicine.*

- Acupuncture, unless:

    - The treatment is *medically necessary*, appropriate and is provided within the scope of the acupuncturist's license; and
    - *You* are directed to the acupuncturist for treatment by a licensed physician.

- Services rendered in a premenstrual syndrome clinic or holistic medicine clinic.

- Services of a midwife, unless the midwife is licensed.

- Vision examinations or testing for the purposes of prescribing corrective lenses.

- Orthoptic/vision training (eye exercises).

- Radial keratotomy, refractive keratoplasty or any other *surgery* or procedure to correct myopia, hyperopia or stigmatic error.

- The purchase or fitting of eyeglasses or contact lenses, except as the result of an *accident* or following cataract *surgery* as stated in this *SPD*.

## LIMITATIONS AND EXCLUSIONS (continued)

- Services and supplies which are:

  - Rendered in connection with mental illnesses not classified in the International Classification of Diseases of the U.S. Department of Health and Human Services; or
  - Extended beyond the period necessary for evaluation and diagnosis of learning and behavioral disabilities or for mental retardation.

- Marriage counseling.

- Expenses for employment, school, sport or camp physical examinations or for the purposes of obtaining insurance.

- Expenses for care and treatment of non-covered procedures or services.

- Expenses for treatment of complications of non-covered procedures or services.

- Expenses incurred for services prior to the *effective date* or after the termination date of *your* coverage under this Plan.

- *Pre-surgical/procedural testing* duplicated during a *hospital confinement*.

## COORDINATION OF BENEFITS

**BENEFITS SUBJECT TO THIS PROVISION**

Benefits described in this Plan are coordinated with benefits provided by other plans under which *you* are also covered.  This is to prevent duplication of coverage and a resulting increase in the cost of medical or dental coverage.

For this purpose, a plan is one which covers medical or dental expenses and provides benefits or services by group, franchise or blanket insurance coverage.  This includes group-type contracts not available to the general public, obtained and maintained only because of the *covered person's* membership in, or connection with, a particular organization or group, whether or not designated as franchise, blanket, or in some other fashion.  Plan also includes any coverage provided through the following:

- Employer, trustee, union, employee benefit, or other association; or
- Governmental programs, programs mandated by state statute, or sponsored or provided by an educational institution.

This Coordination of Benefits provision does not apply to any individual policies or Blanket Student Accident Insurance provided by, or through, an educational institution.  Allowable expense means any eligible expense, a portion of which is covered under one of the plans covering the person for whom claim is made.  Each plan will determine what is an allowable expense according to the provisions of the respective plan.  When a plan provides benefits in the form of services rather than cash payments, the reasonable cash value of each service rendered will be deemed to be both an allowable expense and a benefit paid.

**EFFECT ON BENEFITS**

One of the plans involved will pay benefits first.  This is called the primary plan.  All other plans are called secondary plans.

When this Plan is the secondary plan, the sum of the benefit payable will not exceed 100% of the total allowable expenses incurred under this Plan and any other plans included under this provision.

**ORDER OF BENEFIT DETERMINATION**

In order to pay claims, it must be determined which plan is primary and which plan(s) are secondary.  A plan will pay benefits first if it meets one of the following conditions:

- The plan has no coordination of benefits provision;
- The plan covers the person as an *employee*;
- For a child who is covered under both parents' plans, the plan covering the parent whose birthday (month and day) occurs first in the *calendar year* pays before the plan covering the other parent.  If the birthdates of both parents are the same, the plan which has covered the person for the longer period of time will be determined the primary plan.  If a plan other than this Plan does not include this provision, then the gender rule will be followed to determine which plan is primary.
- In the case of *dependent* children covered under the plans of divorced or separated parents, the following rules apply:

    - The plan of a parent who has custody will pay the benefits first;
    - The plan has no coordination of benefits provision;

## COORDINATION OF BENEFITS (continued)

- The plan of a step-parent who has custody will pay benefits next;
- The plan of a parent who does not have custody will pay benefits next;
- The plan of a step-parent who does not have custody will pay benefits next.

    There may be a court decree which gives one parent financial responsibility for the medical or dental expenses of the *dependent* children. If there is a court decree, the rules stated above will not apply if they conflict with the court decree. Instead, the plan of the parent with financial responsibility will pay benefits first.

- If a person is laid off or is retired or is a *dependent* of such person, that plan covers after the plan covering such person as an active *employee* or *dependent* of such *employee*. If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule will be ignored.

If the above rules do not apply or cannot be determined, then the plan that covered the person for the longest period of time will pay first.

## COORDINATION OF BENEFITS WITH MEDICARE

When an employer employs 20 or more persons, the benefits of this Plan will be payable first for a *covered person* who is under age 65 and eligible for *Medicare*. The benefits of *Medicare* will be payable second.

**MEDICARE PART A** means the Social Security program that provides hospital insurance benefits.

**MEDICARE PART B** means the Social Security program that provides medical insurance benefits.

## OPTIONS

Federal Law allows this Plan's actively working covered *employees* age 65 or older and their covered spouses who are eligible for *Medicare* to choose one of the following options:

**OPTION 1** - The benefits of this Plan will be payable first and the benefits of *Medicare* will be payable second.

**OPTION 2** - *Medicare* benefits only. The *covered person* and his or her *dependents*, if any, will not be covered by this Plan.

Each covered *employee* and each covered spouse will be provided with the choice to elect one of these options at least one month before the covered *employee* or the covered spouse becomes age 65. All new covered *employees* and newly covered spouses age 65 or older will also be offered these options. If Option 1 is chosen, its issue is subject to the same requirements as for a covered *employee* or *dependent* who is under age 65.

Under Federal law, there are two categories of persons eligible for *Medicare*. The calculation and payments of benefits by this Plan differs for each category.

**CATEGORY 1 -** *Medicare* Eligibles are actively working covered *employees* age 65 or older and their age 65 or older covered spouses, and age 65 or older covered spouses of actively working covered *employees* who are under age 65.

## COORDINATION OF BENEFITS (continued)

**CATEGORY 2 -** *Medicare* Eligibles are any other *covered persons* entitled to *Medicare*, whether or not they enrolled for it. This category includes, but is not limited to, retired covered *employees* and their spouses or covered *dependents* of a covered *employee* other than his or her spouse.

## CALCULATION AND PAYMENT OF BENEFITS

For *covered persons* in Category 1, benefits are payable by this Plan without regard to any benefits payable by *Medicare*. *Medicare* will then determine its benefits.

For *covered persons* in Category 2, *Medicare* benefits are payable before any benefits are payable by this Plan. The benefits of this Plan will then be reduced by the full amount of all *Medicare* benefits the *covered person* is entitled to receive.

## RIGHT OF RECOVERY

This Plan reserves the right to recover benefit payments made for an allowable expense under this Plan in the amount which exceeds the maximum amount this Plan is required to pay under these provisions. This right of recovery applies to this Plan against:

- Any person(s) to, for or with respect to whom, such payments were made; or
- Any other insurance companies, or organizations which according to these provisions, owe benefits due for the same allowable expense under any other plan.

This Plan alone will determine against whom this right of recovery will be exercised.

## CLAIM PROCEDURES

### SUBMITTING A CLAIM

This section describes what a *covered person* (or his or her authorized representative) must do to file a claim for Plan benefits.

- A claim must be filed with Humana in writing and delivered to Humana by mail, postage prepaid. However, a submission to obtain *preauthorization* may also be filed with Humana by telephone;
- Claims must be submitted to Humana at the address indicated in the documents describing this Plan or *claimant's* Humana ID card. Claims will not be deemed submitted for purposes of these procedures unless and until received at the correct address;
- Also, claims submissions must be in a format acceptable to Humana and compliant with any applicable legal requirements. Claims that are not submitted in accordance with the requirements of applicable federal law respecting privacy of *protected health information* and/or *electronic* claims standards will not be accepted by this Plan;
- Claims submissions must be timely. Claims must be filed as soon as reasonably possible after they are incurred, and in no event later than 6 months after the date the claim was incurred for *non-network provider* claims, except if *you* were legally incapacitated. Claims should be submitted by a *network provider* in accordance with the timely filing period outlined in that *provider's contract* with Humana (typically 180 days for physicians and 90 days for facilities and ancillary providers, however, a provider's contractual timely filing period may vary). Plan benefits are only available for claims that are incurred by a *covered person* during the period that he or she is covered under this Plan;
- Claims submissions must be complete. They must contain, at a minimum:

  - The name of the *covered person* who incurred the *covered expense*;
  - The name and address of the health care provider;
  - The diagnosis of the condition;
  - The procedure or nature of the treatment;
  - The date of and place where the procedure or treatment has been or will be provided;
  - The amount billed and the amount of the *covered expense* not paid through coverage other than Plan coverage, as appropriate;
  - Evidence that substantiates the nature, amount, and timeliness of each *covered expense* in a format that is acceptable according to industry standards and in compliance with applicable law.

Presentation of a *prescription* to a *pharmacy* does not constitute a claim. If a *covered person* is required to pay the cost of a covered *prescription* drug, however, he or she may submit a claim based on that amount to Humana.

A general request for an interpretation of Plan provisions will not be considered to be a claim. Requests of this type, such as a request for an interpretation of the eligibility provisions of this Plan, should be directed to the *Plan Administrator*.

Mail medical claims and correspondence to:

> Humana Claims Office
> P.O. Box 14601
> Lexington, KY 40512-4601

---

**CLAIM PROCEDURES (continued)**

---

## MISCELLANEOUS MEDICAL CHARGES

If *you* accumulate bills for medical items *you* purchase or rent *yourself*, send them to Humana at least once every three months during the *year* (quarterly). The receipts must include the patient name, name of the item, date item was purchased or rented and name of the provider of service.

## PROCEDURAL DEFECTS

If a *pre-service claim* submission is not made in accordance with this Plan's procedural requirements, Humana will notify the *claimant* of the procedural deficiency and how it may be cured no later than within five (5) days (or within 24 hours, in the case of an *urgent care claim*) following the failure. A *post-service claim* that is not submitted in accordance with these claims procedures will be returned to the submitter.

## ASSIGNMENTS AND REPRESENTATIVES

A *covered person* may assign his or her right to receive Plan benefits to a health care provider only with the consent of Humana, in its sole discretion, except as may be required by applicable law. Assignments must be in writing. If a document is not sufficient to constitute an assignment, as determined by Humana, then this Plan will not consider an assignment to have been made. An assignment is not binding on this Plan until Humana receives and acknowledges in writing the original or copy of the assignment before payment of the benefit.

If benefits are assigned in accordance with the foregoing paragraph and a health care provider submits claims on behalf of a *covered person*, benefits will be paid to that health care provider.

In addition, a *covered person* may designate an authorized representative to act on his or her behalf in pursuing a benefit claim or *appeal*. The designation must be explicitly stated in writing and it must authorize disclosure of *protected health information* with respect to the claim by this Plan, Humana and the authorized representative to one another. If a document is not sufficient to constitute a designation of an authorized representative, as determined by Humana, then this Plan will not consider a designation to have been made. An assignment of benefits does not constitute designation of an authorized representative.

- Any document designating an authorized representative must be submitted to Humana in advance, or at the time an authorized representative commences a course of action on behalf of a *claimant*. At the same time, the authorized representative should also provide notice of commencement of the action on behalf of the *claimant* to the *claimant*, which Humana may verify with the *claimant* prior to recognizing the authorized representative status.
- In any event, a health care provider with knowledge of a *claimant's* medical condition acting in connection with an *urgent care claim* will be recognized by this Plan as the *claimant's* authorized representative.

*Covered persons* should carefully consider whether to designate an authorized representative. An authorized representative may make decisions independent of the *covered person*, such as whether and how to *appeal* a claim denial.

**CLAIM PROCEDURES (continued)**

## CLAIMS DECISIONS

After submission of a claim by a *claimant*, Humana will notify the *claimant* within a reasonable time, as follows:

### Pre-Service Claims

Humana will notify the *claimant* of a favorable or *adverse benefit determination* within a reasonable time appropriate to the medical circumstances, but no later than 15 days after receipt of the claim by this Plan.

However, this period may be extended by an additional 15 days, if Humana determines that the extension is necessary due to matters beyond the control of this Plan. Humana will notify the affected *claimant* of the extension before the end of the initial 15-day period, the circumstances requiring the extension, and the date by which this Plan expects to make a decision.

If the reason for the extension is because of the *claimant's* failure to submit information necessary to decide the claim, the notice of extension will describe the required information. The *claimant* will have at least 45 days from the date the notice is received to provide the specified information.

### Urgent Care Claims

Humana will determine whether a claim is an *urgent care claim*. This determination will be made on the basis of information furnished by or on behalf of a *claimant*. In making this determination, Humana will exercise its judgment, with deference to the judgment of a physician with knowledge of the *claimant's* condition. Accordingly, Humana may require a *claimant* to clarify the medical urgency and circumstances that support the *urgent care claim* for expedited decision-making.

Humana will notify the *claimant* of a favorable or *adverse benefit determination* as soon as possible, taking into account the medical urgency particular to the *claimant's* situation, but not later than 72 hours after receipt of the *urgent care claim* by this Plan.

However, if a claim is submitted that does not provide sufficient information to determine whether, or to what extent, expenses are covered or payable under this Plan, notice will be provided by Humana as soon as possible, but not more than 24 hours after receipt of the *urgent care claim* by this Plan. The notice will describe the specific information necessary to complete the claim.

- The *claimant* will have a reasonable amount of time, taking into account his or her circumstances, to provide the necessary information but not less than 48 hours.
- Humana will notify the *claimant* of this Plan's *urgent care claim* determination as soon as possible, but in no event more than 48 hours after the earlier of:

    - This Plan's receipt of the specified information; or
    - The end of the period afforded the *claimant* to provide the specified additional information.

### Concurrent Care Decisions

Humana will notify a *claimant* of a *concurrent care decision* that involves a reduction in or termination of benefits that have been pre-authorized. Humana will provide the notice sufficiently in advance of the reduction or termination to allow the *claimant* to *appeal* and obtain a determination on review of the *adverse benefit determination* before the benefit is reduced or terminated.

## CLAIM PROCEDURES (continued)

A request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that is a claim involving urgent care will be decided by Humana as soon as possible, taking into account the medical urgency. Humana will notify a *claimant* of the benefit determination, whether adverse or not within 24 hours after receipt of the claim by this Plan, provided that the claim is submitted to this Plan at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

**Post-Service Claims**

Humana will notify the *claimant* of a favorable or *adverse benefit determination* within a reasonable time, but not later than 30 days after receipt of the claim by this Plan.

However, this period may be extended by an additional 15 days if Humana determines that the extension is necessary due to matters beyond the control of this Plan. Humana will notify the affected *claimant* of the extension before the end of the initial 30-day period, the circumstances requiring the extension, and the date by which this Plan expects to make a decision.

If the reason for the extension is because of the *claimant's* failure to submit information necessary to decide the claim, the notice of extension will describe the required information. The *claimant* will have at least 45 days from the date the notice is received to provide the specified information. Humana will make a decision no later than 15 days after the earlier of the date on which the information provided by the *claimant* is received by this Plan or the expiration of the time allowed for submission of the additional information.

## TIMES FOR DECISIONS

The periods of time for claims decisions presented above begin when a claim is received by this Plan, in accordance with these claims procedures.

## PAYMENT OF CLAIMS

Many health care providers will request an assignment of benefits as a matter of convenience to both provider and patient. Also as a matter of convenience, Humana will, in its sole discretion, assume that an assignment of benefits has been made to certain *network providers*. In those instances, Humana will make direct payment to the *hospital*, clinic or physician's office, unless Humana is advised in writing that *you* have already paid the bill. If *you* have paid the bill, please indicate on the original statement, "paid by *employee,*" and send it directly to Humana. *You* will receive a written explanation of an *adverse benefit determination*. Humana reserves the right to request any information required to determine benefits or process a claim. *You* or the provider of services will be contacted if additional information is needed to process *your* claim.

When an *employee's* child is subject to a medical child support order, Humana will make reimbursement of eligible expenses paid by *you*, the child, the child's non-employee custodial parent, or legal guardian, to that child or the child's custodial parent, or legal guardian, or as provided in the medical child support order.

Payment of benefits under this Plan will be made in accordance with an assignment of rights for *you* and *your dependents* as required under state *Medicaid* law.

Benefits payable on behalf of *you* or *your* covered *dependent* after death will be paid, at this Plan's option, to any *family member(s)* or *your* estate.

## CLAIM PROCEDURES (continued)

Humana will rely upon an affidavit to determine benefit payment, unless it receives written notice of valid claim before payment is made.  The affidavit will release this Plan from further liability.

Any payment made by Humana in good faith will fully discharge it to the extent of such payment.

Payments due under this Plan will be paid upon receipt of written proof of loss.

## NOTICES – GENERAL INFORMATION

A notice of an *adverse benefit determination* or *final internal adverse benefit determination* will include information that sufficiently identifies the claim involved, including:

- The date of service;
- The health care provider;
- The claim amount, if applicable;
- The reason(s) for the *adverse benefit determination* or *final internal adverse benefit determination* to include the denial code (e.g. CARC) and its corresponding meaning as well as a description of this Plan's standard (if any) that was used in denying the claim.  For a *final internal adverse benefit determination*, this description must include a discussion of the decision;
- A description of available *internal appeals* and *external review* processes, including information on how to initiate an *appeal*; and
- Disclosure of the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman to assist individuals with internal claims and *appeals*, and *external review* processes.

The *claimant* may request the diagnosis code(s) (e.g. ICD-9) and/or the treatment code(s) (e.g. CPT) that apply to the claim involved with the *adverse benefit determination* or *final internal adverse benefit determination* notice.  A request for this information, in itself, will not be considered a request for an *appeal* or *external review.*

## INITIAL DENIAL NOTICES

Notice of a claim denial (including a partial denial) will be provided to *claimants* by mail, postage prepaid, within the time frames noted above.

However, notices of adverse decisions involving *urgent care claims* may be provided to a *claimant* orally within the time frames noted above for expedited *urgent care claim* decisions.  If oral notice is given, written notification will be provided to the *claimant* no later than 3 days after the oral notification.

A claims denial notice will state the specific reason or reasons for the *adverse benefit determination*, the specific Plan provisions on which the determination is based, and a description of this Plan's review procedures and associated timeline.  The notice will also include a description of any additional material or information necessary for the *claimant* to perfect the claim and an explanation of why such material or information is necessary.

The notice will describe this Plan's review procedures and the time limits applicable to such procedures, including a statement of the *claimant's* right to bring a civil action under ERISA Section 502(a) following an *adverse benefit determination* on review.

---

**CLAIM PROCEDURES (continued)**

---

The notice will also disclose any internal Plan rule, protocol or similar criterion that was relied on to deny the claim. A copy of the rule, protocol or similar criterion relied upon will be provided to a *claimant* free of charge upon request.

If the *adverse benefit determination* is based on *medical necessity, experimental, investigational or for research purposes,* or similar exclusion or limit, the notice will provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of this Plan to the *claimant's* medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the case of an adverse decision of an *urgent care claim*, the notice will provide a description of this Plan's expedited review procedures applicable to such claims.

## APPEALS OF ADVERSE BENEFIT DETERMINATIONS

A *claimant* must *appeal* an *adverse benefit determination* within 180 days after receiving written notice of the denial (or partial denial). With the exception of *urgent care claims* and *concurrent care decisions*, this Plan uses a two level *appeals* process for all *adverse benefit determinations*. Humana will make the determination on the first level of *appeal*. If the *claimant* is dissatisfied with the decision on this first level of *appeal*, or if Humana fails to make a decision within the time frame indicated below, the *claimant* may *appeal* again to Humana. *Urgent care claims* and *concurrent care decisions* (expedited *internal appeals*) are subject to a single level *appeal* process only, with Humana making the determination.

A first level and second level *appeal* must be made by a *claimant* by means of written application, in person, or by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

*Appeals* of denied claims will be conducted promptly, will not defer to the initial determination, and will not be made by the person who made the initial adverse claim determination or a subordinate of that person. The determination will take into account all comments, documents, records, and other information submitted by the *claimant* relating to the claim.

A *claimant* may review relevant documents and may submit issues and comments in writing. A *claimant* on *appeal* may, upon request, discover the identity of medical or vocational experts whose advice was obtained on behalf of this Plan in connection with the *adverse benefit determination* being appealed, as permitted under applicable law.

If the claims denial being appealed is based in whole, or in part, upon a medical judgment, including determinations with regard to whether a particular treatment, drug, or other item is *experimental, investigational,* or *for research purposes*, or not *medically necessary* or appropriate, the person deciding the *appeal* will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The consulting health care professional will not be the same person who decided the initial *appeal* or a subordinate of that person.

## CLAIM PROCEDURES (continued)

**Time Periods for Decisions on Appeal -- First Level**

*Appeals* of claims denials will be decided and notice of the decision provided as follows:

| | |
|---|---|
| *Urgent Care Claims* | As soon as possible, but not later than 72 hours after Humana receives the *appeal* request. If oral notification is given, written notification will follow in hard copy or *electronic* format within the next 3 days. |
| *Pre-Service Claims* | Within a reasonable period, but not later than 15 days after Humana receives the *appeal* request. |
| *Post-Service Claims* | Within a reasonable period, but no later than 30 days after Humana receives the *appeal* request. |
| *Concurrent Care Decisions* | Within the time periods specified above, depending upon the type of claim involved. |

**Time Periods for Decisions on Appeal -- Second Level**

*Appeals* of claims denials will be decided and notice of the decision provided as follows:

| | |
|---|---|
| *Pre-Service Claims* | Within a reasonable period, but not later than 15 days after Humana receives the *appeal* request. |
| *Post-Service Claims* | Within a reasonable period, but no later than 30 days after Humana receives the *appeal* request. |

## APPEAL DENIAL NOTICES

Notice of a benefit determination on *appeal* will be provided to *claimants* by mail, postage prepaid, within the time frames noted above.

A notice that a claim *appeal* has been denied will convey the specific reason or reasons for the *adverse benefit determination* and the specific Plan provisions on which the determination is based.

The notice will also disclose any internal Plan rule, protocol or similar criterion that was relied on to deny the claim. A copy of the rule, protocol or similar criterion relied upon will be provided to a *claimant* free of charge upon request.

## CLAIM PROCEDURES (continued)

If the *adverse benefit determination* is based on *medical necessity*, *experimental, investigational,* or *for research purposes* or similar exclusion or limit, the notice will provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of this Plan to the *claimant's* medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the event of a denial of an appealed claim, the *claimant* on *appeal* will be entitled to receive, upon request and without charge, reasonable access to and copies of any document, record or other information:

- Relied on in making the determination;
- Submitted, considered or generated in the course of making the benefit determination;
- That demonstrates compliance with the administrative processes and safeguards required with respect to such determinations;
- That constitutes a statement of policy or guidance with respect to this Plan concerning the denied treatment, without regard to whether the statement was relied on.

## FULL AND FAIR REVIEW

As part of providing an opportunity for a full and fair review, this Plan shall provide the *claimant*, free of charge, with any new or additional evidence considered, relied upon, or generated by this Plan (or at the direction of this Plan) in connection with the claim. Such evidence shall be provided as soon as possible and sufficiently in advance of the date on which the notice of *final internal adverse benefit determination* is required to be provided to give the *claimant* a reasonable opportunity to respond prior to that date.

Before a *final internal adverse benefit determination* is made based on a new or additional rationale, this Plan shall provide the *claimant*, free of charge, with the rationale. The rationale shall be provided as soon as possible and sufficiently in advance of the date on which the notice of *final internal adverse benefit determination* is required to be provided to give the *claimant* a reasonable opportunity to respond prior to that date.

## RIGHT TO REQUIRE MEDICAL EXAMINATIONS

This Plan has the right to require that a medical examination be performed on any *claimant* for whom a claim is pending as often as may be reasonably required. If this Plan requires a medical examination, it will be performed at this Plan's expense. This Plan also has a right to request an autopsy in the case of death, if state law so allow.

## EXHAUSTION

Upon completion of the *appeals* process under this section, a *claimant* will have exhausted his or her administrative remedies under this Plan. If Humana fails to complete a claim determination or *appeal* within the time limits set forth above, the *claimant* may treat the claim or *appeal* as having been denied, and the *claimant* may proceed to the next level in the review process. After exhaustion, a *claimant* may pursue any other legal remedies available to him or her which may include bringing a civil action under ERISA § 502(a) for judicial review of this Plan's determinations. Additional information may be available from a local U.S. Department of Labor Office.

## CLAIM PROCEDURES (continued)

A *claimant* may seek immediate *external review* of an *adverse benefit determination* if Humana fails to strictly adhere to the requirements for internal claims and *appeals* processes set forth by the federal regulations, unless the violation was:   a) Minor; b) Non-prejudicial; c) Attributable to good cause or matters beyond the Plan's control; d) In the context of an ongoing good-faith exchange of information; and e) Not reflective of a pattern or practice of non-compliance.   The *claimant* is entitled, upon written request, to an explanation of the Plan's basis for asserting that it meets the standard, so the *claimant* can make an informed judgment about whether to seek immediate *external review*.   If the external reviewer or the court rejects the *claimant's* request for immediate review on the basis that the Plan met this standard, the *claimant* has the right to resubmit and pursue the *internal appeal* of the claim.

## LEGAL ACTIONS AND LIMITATIONS

No action at law or inequity may be brought with respect to Plan benefits until all remedies under this Plan have been exhausted and then prior to the expiration of the applicable limitations period under applicable law.

## STANDARD EXTERNAL REVIEW

### Request for an External Review

A *claimant* may file a request for an *external review* with Humana at the address listed below, within 4 months after the date the *claimant* received an *adverse benefit determination* or *final internal adverse benefit determination* notice that involves a medical judgment (excluding those that involve only contractual or legal interpretation without any use of medical judgment, as determined by the external reviewer) or a *rescission* of coverage.  If there is no corresponding date 4 months after the notice date, the request must be filed by the first day of the 5th month following receipt of the notice.  If the last filing date falls on a Saturday, Sunday or federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or federal holiday.

A request for an *external review* must be made by a *claimant* by means of written application, by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

### Preliminary Review

Within 5 business days following receipt of a request for *external review*, Humana must complete a preliminary review of the request to determine the following:

- If the *claimant* is, or was, covered under this Plan at the time the health care item or service was requested or provided;
- If the *adverse benefit determination* or *final internal adverse benefit determination* relates to the *claimant's* failure to meet this Plan's eligibility requirements;
- If the *claimant* has exhausted this Plan's *internal appeals* process, when required; and
- If the *claimant* has provided all the information and forms required to process an *external review*.

## CLAIM PROCEDURES (continued)

Within 1 business day after completion of the preliminary review, Humana must provide written notification to the *claimant* of the following:

- If the request is complete but not eligible for *external review*.  The notice must include the reason(s) for its ineligibility and contact information for the Department of Labor (DOL) Employee Benefits Security Administration (EBSA), including this toll-free number:  1-866-444-EBSA (3272) and this email address:  www.askebsa.dol.gov.

- If the request is not complete.  The notice must describe the information or materials needed to make it complete, and Humana must allow the *claimant* to perfect the *external review* request within whichever of the following two options is later:

    - The initial 4-month filing period; or
    - The 48-hour period following receipt of the notification.

### Referral to an Independent Review Organization (IRO)

Humana must assign an independent *IRO* that is accredited by URAC, or another nationally-recognized accreditation organization to conduct the *external review*.  Humana must attempt to prevent bias by contracting with at least 3 *IROs* for assignments and rotate claims assignments among them, or incorporate some other independent method for *IRO* selection (such as random selection).  The *IRO* may not be eligible for financial incentives based on the likelihood that the *IRO* will support the denial of benefits.

The contract between Humana and the *IRO* must provide for the following:

- The assigned *IRO* will use legal experts where appropriate to make coverage determinations.
- The assigned *IRO* will timely provide the *claimant* with written notification of the request's eligibility and acceptance of the request for *external review*.  This written notice must inform the *claimant* that he/she may submit, in writing, additional information that the *IRO* must consider when conducting the *external review* to the *IRO* within 10 business days following the date the notice is received by the *claimant*.  The *IRO* may accept and consider additional information submitted after 10 business days.
- Humana must provide the *IRO* the documents and any information considered in making the *adverse benefit determination* or *final internal adverse benefit determination* within 5 business days after assigning the *IRO*.  Failure to timely provide this information must not delay the conduct of the *external review* - the assigned *IRO* may terminate the *external review* and make a decision to reverse the *adverse benefit determination* or *final internal adverse benefit determination* if this Plan fails to timely provide this information.  The *IRO* must notify the *claimant* and Humana within 1 business day of making the decision.
- If the *IRO* receives any information from the *claimant*, the *IRO* must forward it to Humana within 1 business day.  After receiving this information, Humana may reconsider its *adverse benefit determination* or *final internal adverse benefit determination*.  If Humana reverses or changes its original determination, Humana must notify the *claimant* and the *IRO*, in writing, within 1 business day.  The assigned *IRO* will then terminate the *external review*.

**CLAIM PROCEDURES (continued)**

- The *IRO* will review all information and documents timely received.  In reaching a decision, the *IRO* will not be bound by any decisions or conclusions reached during Humana's internal claims and *appeals* process.  The *IRO*, to the extent the information or documents are available and the *IRO* considers them appropriate, will consider the following when reaching a determination:

   - The *claimant's* medical records;
   - The attending health care professional's recommendation;
   - Reports from the appropriate health care professional(s) and other documents submitted by Humana, *claimant*, or *claimant's* treating provider;
   - The terms of the *claimant's* plan to ensure the *IRO's* decision is not contrary, unless the terms are inconsistent with applicable law;
   - Appropriate practice guidelines, including applicable evidence-based standards that may include practice guidelines developed by the federal government, national or professional medical societies, boards, and associations;
   - Any applicable clinical review criteria developed and used by this Plan, unless inconsistent with the terms of this Plan or with applicable law; and
   - The opinion of the *IRO's* clinical reviewer(s) after considering the information described above to the extent the information or documents are available and the reviewer(s) consider them appropriate.

- The assigned *IRO* must provide written notice of the *final external review decision* within 45 days after receiving the *external review* request to the *claimant* and Humana.  The decision notice must contain the following:

   - A general description of the reason an *external review* was requested, including information sufficient to identify the claim including:

      - The date(s) of service;
      - The health care provider;
      - The claim amount (if applicable); and
      - The reason for the previous denial.

   - The date the *IRO* received assignment to conduct the *external review* and the date of the *IRO* decision;
   - References to the evidence or documentation considered in reaching the decision, including the specific coverage provisions and evidence-based standards;
   - A discussion of the principal reason(s) for its decision, including the rationale and any evidence-based standards relied on in making the decision;
   - A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to either Humana or the *claimant*;
   - A statement that judicial review may be available to the *claimant*; and
   - Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman established under PPACA (*section 2793 of PHSA, as amended*).

- After a *final external review decision*, the *IRO* must maintain records of all claims and notices associated with the *external review* process for 6 years.  An *IRO* must make such records available for examination by the *claimant*, Humana, or state/federal oversight agency upon request, except where such disclosure would violate state or federal privacy laws.

---

**CLAIM PROCEDURES (continued)**

---

**Reversal of this Plan's Decision**

If Humana receives notice of a *final external review decision* that reverses the *adverse benefit determination* or *final internal adverse benefit determination*, it must immediately provide coverage or payment for the affected claim(s).  This includes authorizing or paying benefits.

## EXPEDITED EXTERNAL REVIEW

**Request for an Expedited External Review**

Expedited *external reviews* are subject to a single level *appeal* process only.

Humana must allow a *claimant* to make a request for an expedited *external review* at the time the *claimant* receives:

- An *adverse benefit determination* involving a medical condition of the *claimant* for which the time frame for completion of an expedited *internal appeal* under the interim final regulations would seriously jeopardize the life or health of the *claimant*, or would jeopardize the *claimant's* ability to regain maximum function and the *claimant* has filed a request for an expedited *external review*; or
- A *final internal adverse benefit determination* involving a medical condition where:

    - The time frame for completion of a standard *external review* would seriously jeopardize the life or health of the *claimant*, or would jeopardize the *claimant's* ability to regain maximum function; or
    - The *final internal adverse benefit determination* concerns an admission, availability of care, continued stay, or health care item or service for which the *claimant* received *emergency* services, but has not be discharged from the facility.

A request for an expedited *external review* must be made by a *claimant* by means of written application, by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

**Preliminary Review**

Humana must determine whether the request meets the reviewability requirements for a standard *external review* immediately upon receiving the request for an expedited *external review*.  Humana must immediately send a notice of its eligibility determination regarding the *external review* request that meets the requirements under the "Standard External Review, Preliminary Review" section.

**Referral to an Independent Review Organization (IRO)**

If Humana determines that the request is eligible for *external review*, Humana will assign an *IRO* as required under the "Standard External Review, Referral to an Independent Review Organization (IRO)" section.  Humana must provide or transmit all necessary documents and information considered when making the *adverse benefit determination* or *final internal adverse benefit determination* to the assigned *IRO electronically*, by telephone/fax, or any other expeditious method.

## CLAIM PROCEDURES (continued)

The assigned *IRO*, to the extent the information is available and the *IRO* considers it appropriate, must consider the information or documents as outlined for the procedures for standard *external review* described in the "Standard External Review, Referral to an Independent Review Organization (IRO)" section. The assigned *IRO* is not bound by any decisions or conclusions reached during this Plan's internal claims and *appeals* process when reaching its decision.

**Notice of Final External Review Decision**

The *IRO* must provide notice of the *final external review decision* as expeditiously as the *claimant's* medical condition or circumstances require, but no more than 72 hours after the *IRO* receives the request for an expedited *external review*, following the notice requirements outlined in the "Standard External Review, Referral to an Independent Review Organization (IRO)" section. If the notice is not in writing, written confirmation of the decision must be provided within 48 hours to the *claimant* and Humana.

## IF YOU HAVE QUESTIONS ON INTERNAL CLAIMS AND APPEALS AND EXTERNAL REVIEW RIGHTS

For more information on *your* internal claims and *appeals* and *external review* rights, *you* can contact the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) at 1-866-444-EBSA or at www.askebsa.dol.gov.

## STATE CONSUMER ASSISTANCE OR OMBUDSMAN TO ASSIST YOU WITH INTERNAL CLAIMS AND APPEALS AND EXTERNAL REVIEW PROCESSES

A state office of consumer assistance or ombudsman is available to assist *you* with internal claims and *appeals* and *external review* processes. The contact information is as follows:

Georgia Office of Insurance and Safety Fire Commissioner
Consumer Services Division
2 Martin Luther King, Jr. Drive
West Tower, Suite 716
Atlanta, Georgia 30334
(800) 656-2298
http://www.oci.ga.gov/ConsumerService/Home.aspx (website)

# ELIGIBILITY AND EFFECTIVE DATES

## Eligibility date

### Employee eligibility date

The *employee* is eligible for coverage on the date:

- The *employee* meets the eligibility requirements of the *employer*;
- The *employee* satisfies a *waiting period* of 60 calendar days of employment; and
- The *employee* is in an *active status*.

### Dependent eligibility date

Each *dependent* is eligible for coverage on:

- The date the *employee* is eligible for coverage, if he or she has *dependents* who may be covered on that date;
- The date of the *employee's* marriage for any *dependents* (spouse or child) acquired on that date;
- The date of birth of the *employee's* natural-born child;
- The date of placement of the child for the purpose of adoption by the *employee*; or
- The date specified in a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN) for a child, or a valid court or administrative order for a spouse, which requires the *employee* to provide coverage for a child or spouse as specified in such orders.

The *employee* may cover his or her *dependents* <u>only</u> if the *employee* is also covered.

## Enrollment

*Employees* and *dependents* eligible for coverage under this Plan may enroll for coverage as specified in the enrollment provisions outlined below.

### Employee enrollment

The *employee* must enroll, within 31 days of the *employee's eligibility date* or within the time period specified in the "Special enrollment" provision.

The *employee* is a *late applicant* if enrollment is requested more than 31 days after the *employee's eligibility date* or later than the time period specified in the "Special enrollment" provision. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

Health status will <u>not</u> be used to determine premium rates. This Plan will <u>not</u> use *health status-related factors* to decline coverage to an eligible *employee* and this Plan will administer this provision in a non-discriminatory manner.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

**Dependent enrollment**

If electing *dependent* coverage, the *employee* must enroll eligible *dependents*, as agreed to by this Plan, within 31 days of the *dependent's eligibility date* or within the time period specified in the "Special enrollment" provision.

The *dependent* is a *late applicant* if enrollment is requested more than 31 days after the *dependent's eligibility date* or later than the time period specified in the "Special enrollment" provision. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

Health status will <u>not</u> be used to determine premium rates. This Plan will <u>not</u> use *health status-related factors* to decline coverage to an eligible *dependent* and this Plan will administer this provision in a non-discriminatory manner.

**Newborn and adopted dependent enrollment**

A newborn *dependent* will be covered from the date of birth to 31 days of age. An adopted *dependent* will be covered from the date of adoption or placement of the child with the *employee* for the purpose of adoption, whichever occurs first, for 31 days.

If additional premium is not required to add additional *dependents* and if *dependent* child coverage is in force as of the newborn's date of birth in the case of newborn *dependents* or the earlier of the date of adoption or placement of the child with the *employee* for purposes of adoption in case of adopted *dependents*, coverage will continue beyond the initial 31 days. *You* must notify Humana Plan to make sure this Plan has accurate records to administer benefits.

If premium is required to add *dependents you* must enroll the *dependent* child and pay the additional premium within 31 days:

- Of the newborn's date of birth; or
- Of the date of adoption or placement of the child with the *employee* for the purpose of adoption to add the child to *your* plan, whichever occurs first.

If enrollment is requested more than 31 days after the date of birth, date of adoption or placement with the *employee* for the purpose of adoption, and additional premium is required, the *dependent* is a *late applicant*. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

### Special enrollment

Special enrollment is available if the following apply:

- *You* have a change in family status due to:

  - Marriage;
  - Divorce;
  - A Qualified Medical Child Support Order (QMCSO);
  - A National Medical Support Notice (NMSN);
  - The birth of a natural born child; or
  - The adoption of a child or placement of a child with the *employee* for the purpose of adoption; and
  - You enroll within 31 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under this Plan, and:

  - You previously declined enrollment stating you were covered under another group health plan or other *health insurance coverage*; and
  - Loss of eligibility of such other coverage occurs, regardless of whether you are eligible for, or elect COBRA; and
  - You enroll within 31 days after the *special enrollment date*.

  Loss of eligibility of other coverage includes, but is not limited to:

  - Termination of employment or eligibility;
  - Reduction in number of hours of employment;
  - Divorce, legal separation or death of a spouse;
  - Loss of dependent eligibility, such as attainment of the limiting age;
  - Termination of your employer's contribution for the coverage;
  - Loss of individual HMO coverage because you no longer reside, live or work in the service area;
  - Loss of group HMO coverage because you no longer reside, live or work in the service area, and no other benefit package is available;
  - The plan no longer offers benefits to a class of similarly situated individuals; or

- You had COBRA continuation coverage under another plan at the time of eligibility, and:

  - Such coverage has since been exhausted; and
  - You stated at the time of the initial enrollment that coverage under COBRA was your reason for declining enrollment; and
  - You enroll within 31 days after the *special enrollment date*; or

- You were covered under an alternate plan provided by the *employer* that terminates, and:

  - You are replacing coverage with this Plan; and
  - You enroll within 31 days after the *special enrollment date*; or

## ELIGIBILITY AND EFFECTIVE DATES (continued)

- You are an *employee* or *dependent* eligible for coverage under this Plan, and:

  - Your *Medicaid* coverage or your Children's Health Insurance Program (CHIP) coverage terminated as a result of loss of eligibility; and
  - You enroll within 60 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under this Plan, and:

  - You become eligible for a premium assistance subsidy under *Medicaid* or CHIP; and
  - You enroll within 60 days after the *special enrollment date*.

The *employee* or *dependent* is a *late applicant* if enrollment is requested later than the time period specified above. A *late applicant* must wait to enroll for coverage during the *open enrollment period*.

### Dependent special enrollment

The *dependent* special enrollment is the time period specified in the "Special enrollment" provision.

If *dependent* coverage is available under this Plan an *employee* who is a *covered person* can enroll eligible *dependents* during the special enrollment. An *employee*, who is otherwise eligible for coverage and had waived coverage under this Plan when eligible, can enroll himself/herself and eligible *dependents* during the special enrollment.

The *employee* or *dependent* is a *late applicant* if enrollment is requested later than the time period specified above. A *late applicant* must wait to enroll for coverage during the *open enrollment period*.

### Open enrollment

Eligible *employees* or *dependents*, who do not enroll for coverage under this Plan following their *eligibility date* or *special enrollment date*, have an opportunity to enroll for coverage during the *open enrollment period*. The *open enrollment period* is also the opportunity for *late applicants* to enroll for coverage.

Eligible *employees* or *dependents*, including *late applicants*, must request enrollment during the *open enrollment period.* If enrollment is requested after the *open enrollment period*, the *employee* or *dependent* must wait to enroll for coverage during the <u>next</u> *open enrollment period*, unless they become eligible for special enrollment as specified in the "Special enrollment" provision.

### Effective date

The provisions below specify the *effective date* of coverage for *employees* or *dependents*, if enrollment is requested within 31 days of their *eligibility date* or within the time period specified in the "Special enrollment" provision. If enrollment is requested during an *open enrollment period*, the *effective date* of coverage is specified in the "Open enrollment effective date" provision.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

### Employee effective date

The *employee's effective date* provision is the first of the month following completion of the *waiting period*, if enrollment is requested within 31 days of the *employee's eligibility date*. The *special enrollment date* is the *effective date* of coverage for an *employee* who requests enrollment within the time period specified in the "Special enrollment" provision. The *employee effective dates* specified in this provision apply to an *employee* who is not a *late applicant*.

### Dependent effective date

The *dependent's effective date* is the date the *dependent* is eligible for coverage if enrollment is requested within 31 days of the *dependent's eligibility date*. The *special enrollment date* is the *effective date* of coverage for the *dependent* who requests enrollment within the time period specified in the "Special enrollment" provision. The *dependent effective dates* specified in this provision apply to a *dependent* who is not a *late applicant*.

In <u>no</u> event will the *dependent's effective date* of coverage be prior to the *employee's effective date* of coverage.

### Newborn and adopted dependent effective date

The *effective date* of coverage for a newborn *dependent* is the date of birth if the newborn is not a *late applicant*.

The *effective date* of coverage for an adopted *dependent* is the date of adoption or the date of placement with the *employee* for the purpose of adoption, whichever occurs first, if the *dependent* child is not a *late applicant*.

Premium is due for any period of *dependent* coverage whether or not the *dependent* is subsequently enrolled, unless specifically not allowed by applicable law. Additional premium may not be required when *dependent* coverage is already in force.

## OPEN ENROLLMENT

Eligible *employees* or *dependents*, who do not enroll for coverage under this Plan following their *eligibility date* or *special enrollment date*, have an opportunity to enroll for coverage during the *open enrollment period*. The *open enrollment period* is also the opportunity for *late applicants* to enroll for coverage.

Eligible *employees* or *dependents*, including *late applicants*, must request enrollment during the *open enrollment period*. If enrollment is requested after the *open enrollment period*, the *employee* or *dependent* must wait to enroll for coverage during the <u>next</u> *open enrollment period*, unless they become eligible for special enrollment as specified in the "Special Enrollment" provision.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

**EFFECTIVE DATE**

The provisions below specify the *effective date* of coverage for *employees* or *dependents* if enrollment is requested within 31 days of their *eligibility date* or within the time period specified in the "Special Enrollment" provision.  If enrollment is requested during an *open enrollment period*, the *effective date* of coverage is specified in the "Open Enrollment Effective Date" provision.

**Employee Effective Date**

The *employee's effective date* of coverage is the first of the month following completion of the *waiting period*, if enrollment is requested within 31 days of the *employee's eligibility date*.  The *special enrollment date* is the *effective date* of coverage for an *employee* that requests enrollment within the time period specified in the "Special Enrollment" provision.  The *employee effective dates* specified in this provision apply to an *employee* who is not a *late applicant*.

**Dependent Effective Date**

The *dependent's effective date* is the date the *dependent* is eligible for coverage if enrollment is requested within 31 days of the *dependent's eligibility date*.  The *special enrollment date* is the *effective date* of coverage for the *dependent* who requests enrollment within the time period specified in the "Special Enrollment" provision.  The *dependent effective dates* specified in this provision apply to a *dependent* who is not a *late applicant*.

In <u>no</u> event will the *dependent's effective date* of coverage be prior to the *employee's effective date* of coverage.

**Newborn and Adopted Dependent Effective Date**

The *effective date* of coverage for a newborn *dependent* is the date of birth if the newborn is not a *late applicant*.

The *effective date* of coverage for an adopted *dependent* is the date of adoption or the date of placement with the *employee* for the purpose of adoption, whichever occurs first, if the *dependent* child is not a *late applicant*.

Premium is due for any period of *dependent* coverage whether or not the *dependent* is subsequently enrolled, unless specifically not allowed by applicable law.  Additional premium may not be required when *dependent* coverage is already in force.

**Open Enrollment Effective Date**

The *effective date* of coverage for an *employee* or *dependent*, including a *late applicant*, who requests enrollment during an *open enrollment period*, is the first day of the Plan *year*.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

### MEDICAL CHILD SUPPORT ORDERS

An individual who is a child of a covered employee shall be enrolled for coverage under the group health plan in accordance with the direction of a Qualified Medical Child Support Order (QMCSO) or a National Medical Support Notice (NMSO).

A QMCSO is a state-court order or judgment, including approval of a settlement agreement that:

- Provides for support of a covered employee's child;
- Provides for health care coverage for that child;
- Is made under state domestic relations law (including a community property law);
- Relates to benefits under the group health plan; and
- Is "qualified," i.e., it meets the technical requirements of ERISA or applicable state law.

QMCSO also means a state court order or judgment enforcing state *Medicaid* law regarding medical child support required by the Social Security Act §1908 (as added by Omnibus Budget Reconciliation Act of 1993).

An NMSO is a notice issued by an appropriate agency of a state or local government that is similar to a QMCSO requiring coverage under the group health plan for a dependent child of a non-custodial parent who is (or will become) a covered person by a domestic relations order providing for health care coverage.

Procedures for determining the qualified status of medical child support orders are available at no cost upon request from the *Plan Administrator*.

### FAMILY AND MEDICAL LEAVE ACT (FMLA)

If an *employee* is granted a leave of absence (Leave) by the *employer* as required by the Federal Family and Medical Leave Act, s/he may continue to be covered under the plan for the duration of the Leave under the same conditions as other *employees* who are currently employed and covered by the plan.  If the *employee* chooses to terminate coverage during the Leave, or if coverage terminates as a result of nonpayment of any required contribution, coverage may be reinstated on the date the *employee* returns to work immediately following the end of the Leave.  Charges incurred after the date of reinstatement will  be paid as if the *employee* had been continuously covered.

## REPLACEMENT OF COVERAGE

### Applicability

This "Replacement of Coverage" section applies when an *employer's* previous group health plan not offered by this Plan or this Plan's affiliates (Prior Plan) is terminated and replaced by coverage under this Plan and:

- *You* are eligible to become insured for medical coverage on the effective date of this Plan; and
- *You* were covered under the *employer's* Prior Plan on the day before the effective date of this Plan.

Benefits available for *covered expense* under this Plan will be reduced by any benefits payable by the Prior Plan during an extension period.

### Deductible credit

Medical expense incurred while *you* were covered under the Prior Plan may be used to satisfy *your network provider deductible* amount under this Plan if the expense incurred:

- Was applied to the network deductible amount under the Prior Plan; and
- Will partially or fully satisfy the *network provider deductible* amount under this Plan for the *year* in which *your* coverage becomes effective.

### Waiting period credit

If the *employee* had not completed the initial *waiting period* under the *employer's* Prior Plan on the day that it ended, any period of time that the *employee* satisfied will be applied to the appropriate *waiting period* under this Plan, if any.  The *employee* will then be eligible for coverage under this Plan when the balance of the *waiting period* has been satisfied.

### Out-of-pocket limit

Any amount applied to the Prior Plan's network *out-of-pocket limit* or stop-loss limit will be credited toward the satisfaction of any *network provider out-of-pocket limit* of this Plan if the amount applied under the Prior Plan will partially or fully satisfy the *network provider out-of-pocket limit* under this Plan for the *year* in which *your* coverage becomes effective.

# TERMINATION PROVISIONS

## Termination of insurance

The date of termination, as described in this "Termination Provisions" section, is the end of that month in which the date specified has occurred.

*You* must notify *your employer* as soon as possible if *you* or *your dependent* no longer meets the eligibility requirements of this Plan.  Notice must be provided to this Plan within 31 days of the change.

When Humana receives notification of a change in eligibility status in advance of the effective date of the change, coverage will terminate on the end of that month in which the date specified has occurred.

Otherwise, coverage terminates on the earliest of the following:

- The date this Plan terminates;
- The end of the period for which required contribution was not paid;
- The date the *employee* terminated employment with the *employer*;
- The date the *employee* is no longer qualified as an *employee*;
- The date *you* fail to be in an eligible class of persons;
- The date *you* entered full-time military, naval or air service;
- The date the *employee* retired;
- The date of an *employee* request for termination of coverage for the *employee* or *dependents*;
- For a *dependent*, the date the *employee's* coverage terminates;
- For a *dependent*, the date the *employee* ceases to be in a class of *employees* eligible for *dependent* coverage;
- The date *your dependent* no longer qualifies as a *dependent*;
- For any benefit, the date the benefit is deleted from this Plan; or
- The date fraud or an intentional misrepresentation of a material fact has been committed by *you*.

## Termination for cause

This Plan will terminate *your* coverage for cause under the following circumstances:

- If *you* allow an unauthorized person to use *your* identification card or if *you* use the identification card of another *covered person*.  Under these circumstances, the person who receives the services provided by use of the identification card will be responsible for paying this Plan the *maximum allowable fee* for those services.

- If *you* perpetrate fraud or intentional misrepresentation on claims, identification cards or other identification in order to obtain services or a higher level of benefits.  This includes, but is not limited to, the fabrication or alteration of a claim, identification card or other identification.

## GENERAL PROVISIONS

The following provisions are to protect *your* legal rights and the legal rights of this Plan.

## PLAN ADMINISTRATION

The *Plan Sponsor* has established and continues to maintain this Plan for the benefit of its *employees* and their eligible *dependents* as provided in this document.

Benefits under this Plan are provided on a self-insured basis, which means that payment for benefits is ultimately the sole financial responsibility of the *Plan Sponsor*. Certain administrative services with respect to this Plan, such as claims processing, are provided under a services agreement. Humana is not responsible, nor will it assume responsibility, for benefits payable under this Plan.

Any changes to this Plan, as presented in this *Summary Plan Description* must be properly adopted by the *Plan Sponsor*, and material modifications must be timely disclosed in writing and included in or attached to this document. A verbal modification of this Plan or promise having the same effect made by any person will not be binding with respect to this Plan.

## RESCISSION

This Plan will *rescind* coverage only due to fraud or an intentional misrepresentation of a material fact. A cancellation or discontinuance is not a *rescission* if the cancellation or discontinuance of coverage has only a prospective effect, or the cancellation or discontinuance of coverage is effective retroactively, to the extent it is attributable to a failure to timely pay premium or costs of coverage.

## CONTESTABILITY

This Plan has the right to contest the validity of *your* coverage under the Plan at any time.

## RIGHT TO REQUEST OVERPAYMENTS

This Plan reserves the right to recover any payments made by this Plan that were:

- Made in error; or
- Made to *you* or any party on *your* behalf where this Plan determines the payment to *you* or any party is greater than the amount payable under this Plan.

This Plan has the right to recover against *you* if this Plan has paid *you* or any other party on *your* behalf.

## WORKERS' COMPENSATION NOT AFFECTED

This Plan is not issued in lieu of, nor does it affect any requirement for coverage by any Workers' Compensation or Occupational Disease Act or Law.

---

**GENERAL PROVISIONS (continued)**

---

## WORKERS' COMPENSATION

If benefits are paid by this Plan and this Plan determines *you* received Workers' Compensation for the same incident, this Plan has the right to recover as described under the Reimbursement/Subrogation provision.  This Plan will exercise its right to recover against *you* even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;
- No final determination is made that *bodily injury* or *sickness* was sustained in the course of, or resulted from, *your* employment;
- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by *you* or the Workers' Compensation carrier;
- The medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

*You* hereby agree that, in consideration for the coverage provided by this Plan, *you* will notify Humana of any Workers' Compensation claim *you* make, and that *you* agree to reimburse this Plan as described above.

## MEDICAID

This Plan will not take into account the fact that an *employee* or *dependent* is eligible for medical assistance or *Medicaid* under state law with respect to enrollment, determining eligibility for benefits, or paying claims.

If payment for *Medicaid* benefits has been made under a state *Medicaid* plan for which payment would otherwise be due under this Plan, payment of benefits under this Plan will be made in accordance with a state law which provides that the state has acquired the rights with respect to a covered *employee* to the benefits payment.

## CONSTRUCTION OF PLAN TERMS

The *Plan Manager* has the sole right to construe and prescribe the meaning, scope and application of each and all of the terms of this Plan, including, without limitation, the benefits provided thereunder, the obligations of the *beneficiary* and the recovery rights of this Plan; such construction and prescription by the *Plan Manager* shall be final and uncontestable.

**REIMBURSEMENT/SUBROGATION**

The *beneficiary* agrees that by accepting and in return for the payment of *covered expenses* by this Plan in accordance with the terms of this Plan:

- This Plan shall be repaid the full amount of the *covered expenses* it pays from any amount received from others for the *bodily injuries* or losses which necessitated such *covered expenses*. Without limitation, "amounts received from others" specifically includes, but is not limited to, liability insurance, workers' compensation, uninsured motorists, underinsured motorists, "no-fault" and automobile med-pay payments or recovery from any identifiable fund regardless of whether the *beneficiary* was made whole.
- This Plan's right to repayment is, and shall be, prior and superior to the right of any other person or entity, including the *beneficiary*.
- The right to recover amounts from others for the injuries or losses which necessitate *covered expenses* is jointly owned by this Plan and the *beneficiary*. This Plan is subrogated to the *beneficiary's* rights to that extent. Regardless of who pursues those rights, the funds recovered shall be used to reimburse this Plan as prescribed above; this Plan has no obligation to pursue the rights for an amount greater than the amount that it has paid, or may pay in the future. The rights to which this Plan is subrogated are, and shall be, prior and superior to the rights of any other person or entity, including the *beneficiary*.
- The *beneficiary* will cooperate with this Plan in any effort to recover from others for the *bodily injuries* and losses which necessitate *covered expense* payments by this Plan. The *beneficiary* will notify this Plan immediately of any claim asserted and any settlement entered into, and will do nothing at any time to prejudice the rights and interests of this Plan. Neither this Plan nor the *beneficiary* shall be entitled to costs or attorney fees from the other for the prosecution of the claim.

## RIGHT TO COLLECT NEEDED INFORMATION

*You* must cooperate with Humana and when asked, assist Humana by:

- Authorizing the release of medical information including the names of all providers from whom *you* received medical attention;
- Obtaining medical information and/or records from any provider as requested by Humana;
- Providing information regarding the circumstances of *your sickness* or *bodily injury*;
- Providing information about other insurance coverage and benefits, including information related to any *bodily injury* or *sickness* for which another party may be liable to pay compensation or benefits; and
- Providing information Humana requests to administer this Plan.

Failure to provide the necessary information will result in denial of any pending or subsequent claims, pertaining to a *bodily injury* or *sickness* for which the information is sought, until the necessary information is satisfactorily provided.

## DUTY TO COOPERATE IN GOOD FAITH

*You* are obliged to cooperate with Humana in order to protect this Plan's recovery rights. Cooperation includes promptly notifying Humana that *you* may have a claim, providing Humana relevant information, and signing and delivering such documents as Humana reasonably request to secure this Plan's recovery rights. *You* agree to obtain this Plan's consent before releasing any party from liability for payment of medical expenses. *You* agree to provide Humana with a copy of any summons, complaint or any other process serviced in any lawsuit in which *you* seek to recover compensation for *your bodily injury* or *sickness* and its treatment.

## REIMBURSEMENT/SUBROGATION (continued)

*You* will do whatever is necessary to enable Humana to enforce this Plan's recovery rights and will do nothing after loss to prejudice this Plan's recovery rights.

*You* agree that *you* will not attempt to avoid this Plan's recovery rights by designating all (or any disproportionate part) of any recovery as exclusively for pain and suffering.

Failure of the *covered person* to provide Humana such notice or cooperation, or any action by the *covered person* resulting in prejudice to this Plan's rights will be a material breach of this Plan and will result in the *covered person* being personally responsible to make repayment.  In such an event, this Plan may deduct from any pending or subsequent claim made under this Plan any amounts the *covered person* owes this Plan until such time as cooperation is provided and the prejudice ceases.

# IMPORTANT NOTICES FOR EMPLOYEES AND SPOUSES AGE 65 AND OVER

Federal law may affect *your* coverage under this Plan.  The *Medicare* as Secondary Payer rules were enacted by an amendment to the Social Security Act.  Also, additional rules which specifically affect how a large group health plan provides coverage to employees (or their spouses) over age 65 were added to the Social Security Act and to the Internal Revenue Code.

Generally, the health care plan of an employer that has at least 20 employees must operate in compliance with these rules in providing plan coverage to plan participants who have "current employment status" and are *Medicare* beneficiaries, age 65 and over.

Persons who have "current employment status" with an employer are generally employees who are actively working and also persons who are NOT actively working as follows:

- Individuals receiving disability benefits from an employer for up to 6 months; or
- Individuals who retain employment rights and have not been terminated by the employer and for whom the employer continues to provide coverage under this Plan.  (For example, employees who are on an approved leave of absence).

If *you* are a person with "current employment status" who is age 65 and over (or the dependent spouse age 65 and over of an *employee* of any age), *your* coverage under this Plan will be provided on the same terms and conditions as are applicable to *employees* (or dependent spouses) who are under the age of 65.  *Your* rights under this Plan do not change because *you* (or *your* dependent spouse) are eligible for *Medicare* coverage on the basis of age, as long as *you* have "current employment status" with *your employer*.

*You* have the option to reject plan coverage offered by *your employer*, as does any eligible *employee*.  If *you* reject coverage under *your employer's* Plan, coverage is terminated and *your employer* is not permitted to offer *you* coverage that supplements *Medicare* covered services.

If *you* (or *your* dependent spouse) obtain *Medicare* coverage on the basis of age, and not due to disability or end-stage renal disease, this Plan will consider its coverage to be primary to *Medicare* when *you* have elected coverage under this Plan and have "current employment status".

If *you* have any questions about how coverage under this Plan relates to *Medicare* coverage, please contact *your employer*.

## PRIVACY OF PROTECTED HEALTH INFORMATION

This Plan is required by law to maintain the privacy of *your protected health information* in all forms including written, oral and *electronically* maintained, stored and transmitted information and to provide individuals with notice of this Plan's legal duties and privacy practices with respect to *protected health information*.

This Plan has policies and procedures specifically designed to protect *your* health information when it is in *electronic* format.  This includes administrative, physical and technical safeguards to ensure that *your* health information cannot be inappropriately accessed while it is stored and transmitted to Humana and others that support this Plan.

In order for this Plan to operate, it may be necessary from time to time for health care professionals, the *Plan Administrator*, individuals who perform Plan-related functions under the auspices of the *Plan Administrator*, Humana and other service providers that have been engaged to assist this Plan in discharging its obligations with respect to delivery of benefits, to have access to what is referred to as *protected health information*.

A *covered person* will be deemed to have consented to use of *protected health information* about him or her for the sole purpose of health care operations by virtue of enrollment in this Plan.  This Plan must obtain authorization from a *covered person* to use *protected health information* for any other purpose.

Individually identifiable health information will only be used or disclosed for purposes of Plan operation or benefits delivery.  In that regard, only the minimum necessary disclosure will be allowed.  The *Plan Administrator*, Humana, and other entities given access to *protected health information*, as permitted by applicable law, will safeguard *protected health information* to ensure that the information is not improperly disclosed.

Disclosure of *protected health information* is improper if it is not allowed by law or if it is made for any purpose other than Plan operation or benefits delivery without authorization.  Disclosure for Plan purposes to persons authorized to receive *protected health information* may be proper, so long as the disclosure is allowed by law and appropriate under the circumstances.  Improper disclosure includes disclosure to the *employer* for employment purposes, *employee* representatives, consultants, attorneys, relatives, etc. who have not executed appropriate agreements effective to authorize such disclosure.

Humana will afford access to *protected health information* in its possession only as necessary to discharge its obligations as a service provider, within the restrictions noted above.  Information received by Humana is information received on behalf of this Plan.

Humana will afford access to *protected health information* as reasonably directed in writing by the *Plan Administrator*, which shall only be made with due regard for confidentiality.  In that regard, Humana has been directed that disclosure of *protected health information* may be made to the person(s) identified by the *Plan Administrator*.

Individuals who have access to *protected health information* in connection with their performance of Plan-related functions under the auspices of the *Plan Administrator* will be trained in these privacy policies and relevant procedures prior to being granted any access to *protected health information*. Humana and other Plan service providers will be required to safeguard *protected health information* against improper disclosure through contractual arrangements.

## PRIVACY OF PROTECTED HEALTH INFORMATION (continued)

In addition, *you* should know that the *employer/Plan Sponsor* may legally have access, on an as-needed basis, to limited health information for the purpose of determining Plan costs, contributions, Plan design, and whether Plan modifications are warranted. In addition, federal regulators such as the Department of Health and Human Services and the Department of Labor may legally require access to *protected health information* to police federal legal requirements about privacy.

*Covered persons* may have access to *protected health information* about them that is in the possession of this Plan, and they may make changes to correct errors. *Covered persons* are also entitled to an accounting of all disclosures that may be made by any person who acquires access to *protected health information* concerning them and uses it other than for Plan operation or benefits delivery. In this regard, please contact the *Plan Administrator*.

*Covered persons* are urged to contact the originating health care professional with respect to medical information that may have been acquired from them, as those items of information are relevant to medical care and treatment. And finally, *covered persons* may consent to disclosure of *protected health information*, as they please.

## THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994 (USERRA)

### CONTINUATION OF BENEFITS

Effective October 13, 1994 federal law requires that health plans must offer to continue coverage for *employees* who are absent due to service in the uniformed services and/or their *dependents*. Coverage may continue for up to twenty-four (24) months after the date the *employee* is first absent due to uniformed service.

### ELIGIBILITY

An *employee* is eligible for continuation under USERRA if absent from employment because of voluntary or involuntary performance of duty in the Armed Forces, Army National Guard, Air National Guard, the commissioned corps of the Public Health Service or any other category of persons designated by the President of the United States of America in a time of war or national emergency. Duty includes absence for active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty and for the purpose of an examination to determine fitness for duty.

An *employee's dependent* who has coverage under this Plan immediately prior to the date of the *employee's* covered absence are eligible to elect continuation under USERRA.

### PREMIUM PAYMENT

If continuation of Plan coverage is elected under USERRA, the *employee* or *dependent* is responsible for payment of the applicable cost of coverage. If the *employee* is absent for 30 days or less, the cost will be the amount the *employee* would otherwise pay for coverage. For absences exceeding 30 days, the cost may be up to 102% of the cost of coverage under this Plan. This includes the *employee's* share and any portion previously paid by the *employer*.

### DURATION OF COVERAGE

Elected continuation coverage under USERRA will continue until the earlier of:

- 24 months beginning the first day of absence from employment due to service in the uniformed services; or
- The day after the *employee* fails to apply for, or return to employment, as required by USERRA, after completion of a period of service.

Under federal law, the period of coverage available under USERRA shall run concurrently with the COBRA period available to an *employee* and/or eligible *dependents*.

### OTHER INFORMATION

*Employees* should contact their *employer* with any questions regarding coverage normally available during a military leave of absence or continuation coverage and notify the *employer* of any changes in marital status, or a change of address.

## STATEMENT OF ERISA RIGHTS

As a participant in the Hoffman Electric Co, Inc. Level Funded Plan, *you* are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all Plan participants shall be entitled to:

## RECEIVE INFORMATION ABOUT THEIR PLAN AND BENEFITS

- Examine, without charge, at the *Plan Administrator's* office and at other specified locations, such as work sites and union halls, all documents governing this Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by this Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
- Obtain, upon written request from the *Plan Administrator*, copies of documents governing the operation of this Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated *Summary Plan Description*.  The administrator may make a reasonable charge for copies.
- Receive a summary of this Plan's annual financial report.  The *Plan Administrator* is required by law to furnish each participant with a copy of this summary annual report.

## CONTINUE GROUP HEALTH PLAN COVERAGE

- Continue health care coverage for *yourself*, spouse or *dependents* if there is a loss of coverage under this Plan as a result of a qualifying event.  *You* or *your dependents* may have to pay for such coverage.  Review this *Summary Plan Description* and this Plan's documents on the rules governing *your* COBRA continuation coverage rights.

## PRUDENT ACTIONS OF PLAN FIDUCIARIES

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of employee benefit plans.  The people who operate *your* Plan, called "fiduciaries" of this Plan, have a duty to do so prudently and in the interest of *you* and other Plan participants and beneficiaries.  No one, including *your employer*, *your* union, or any other person, may fire *you* or otherwise discriminate against *you* in any way to prevent *you* from obtaining a welfare benefit or exercising *your* rights under ERISA.

## ENFORCE THEIR RIGHTS

If *your* claim for a welfare benefit is denied or ignored, in whole or in part, *you* have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

## STATEMENT OF ERISA RIGHTS (continued)

Under ERISA, there are steps *you* can take to enforce the above rights. For instance, if *you* request a copy of Plan documents or the latest annual report from this Plan and do not receive them within 30 days, *you* may file suit in a Federal court. In such a case, the court may require the *Plan Administrator* to provide the materials and pay *you* up to $110 a day until *you* receive the materials, unless the materials were not sent because of reasons beyond the control of the *Plan Administrator*. If *you* have a claim for benefits which is denied or ignored, in whole or in part, *you* may file suit in a state or Federal court. In addition, if *you* disagree with this Plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, *you* may file suit in Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if *you* are discriminated against for asserting *your* rights, *you* may seek assistance from the U.S. Department of Labor, or *you* may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If *you* are successful, the court may order the person *you* have sued to pay these costs and fees. If *you* lose, the court may order *you* to pay these costs and fees, if for example, it finds *your* claim is frivolous.

## ASSISTANCE WITH QUESTIONS

If *you* have any questions about *your* Plan, *you* should contact the *Plan Administrator*. If *you* have any questions about this statement or about *your* rights under ERISA, or if *you* need assistance in obtaining documents from the *Plan Administrator*, *you* should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in *your* telephone directory (or 1-866-444-3272), or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. *You* may also obtain certain publications about *your* rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration or visiting the U.S. Department of Labor web-site at http://www.dol.gov/ebsa.

## ADDITIONAL NOTICES

### THE WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998 (WHCRA)

If *you* have had or are going to have a mastectomy, *you* may be entitled to certain benefits under the Women's Health and Cancer Rights Act of 1998 (WHCRA).  For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and the patient, for:

- All stages of reconstruction of the breast on which the covered mastectomy was performed;
- *Surgery* and reconstruction of the other breast to produce a symmetrical appearance;
- Prostheses; and
- Treatment of physical complications of the mastectomy, including lymphedema.

Contact *your employer* if *you* would like more information on WHCRA benefits.

### THE NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT OF 1996

The Newborns' and Mothers' Health Protection Act of 1996 provides that group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any *hospital* length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section.  However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable).  An attending provider is defined as an individual who is licensed under applicable state law to provide maternal or pediatric care and who is directly responsible for providing such care to a mother or newborn child.  The definition of attending provider does not include a plan, *hospital*, managed care organization or other issuer.  In any case, plans may not, under Federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

Contact *your employer* if *you* would like more information on The Newborns' and Mothers' Health Protection Act.

## PLAN DESCRIPTION INFORMATION

Proper Name of Plan:          Hoffman Electric Co, Inc. Level Funded Plan

- *Plan Sponsor*, *Plan Administrator* and Named Fiduciary:

>    Hoffman Electric Co, Inc.
>    4119 Ogeechee Road
>    Savannah, GA 31405
>    Telephone: 912-236-2253

- *Employer*:          Hoffman Electric Co, Inc.
>    4119 Ogeechee Road
>    Savannah, GA 31405
>    Telephone: 912-236-2253

- *Employer* Identification Number:  581403874

- This Plan provides medical and *prescription* drug benefits for participating *employees* and their enrolled *dependents*.

- Plan benefits described in this booklet are effective January 01, 2019.

- The Plan *year* is January 01 through December 31 of each year.

- The fiscal year is January 01 through December 31 of each year.

- Service of legal process may be served upon the *Plan Administrator* as shown above or the following agent for service of legal process:

>    Lacey Garrastegui
>    Hoffman Electric Co, Inc.
>    4119 Ogeechee Road
>    Savannah, GA 31405

- The *Plan Manager* is responsible for performing certain delegated administrative duties, including the processing of claims.  The *Plan Manager* is:

>    Humana Health Plan, Inc.
>    500 West Main Street
>    Louisville, KY 40202
>    Telephone:  Refer to *your* Humana ID card

---

## PLAN DESCRIPTION INFORMATION (continued)

---

- This is a self-insured and self-administered health benefit plan. The cost of this Plan is paid with contributions shared by the *employer* and *employee*. Benefits under this Plan are provided from the general assets of the *employer* and are used to fund payment of covered claims under this Plan plus administrative expenses. Please see *your employer* for the method of calculating contributions and the funding mechanism used for the accumulation of assets through which benefits are provided under this Plan.

- Each *employee* of the *employer* who participates in this Plan receives a *Summary Plan Description*, which is this booklet. This booklet will be provided to *employees* by the *employer*. It contains information regarding eligibility requirements, termination provisions, a description of the benefits provided and other Plan information.

- This Plan's benefits and/or contributions may be modified or amended from time to time, or may be terminated at any time by the *Plan Sponsor*. Significant changes to this Plan, including termination, will be communicated to participants as required by applicable law.

- Upon termination of this Plan, the rights of the participants to benefits are limited to claims incurred and payable by this Plan up to the date of termination. Plan assets, if any, will be allocated and disposed of for the exclusive benefit of the participating *employees* and their *dependents* covered by this Plan, except that any taxes and administration expenses may be made from this Plan's assets.

- This Plan does not constitute a contract between the *employer* and any *covered person* and will not be considered as an inducement or condition of the employment of any *employee*. Nothing in this Plan will give any *employee* the right to be retained in the service of the *employer*, or for the *employer* to discharge any *employee* at any time.

- This Plan is not in lieu of and does not affect any requirement for coverage by workers' compensation insurance.

# GLOSSARY

Terms printed in italic type in this *SPD* have the meaning indicated below.  Defined terms are printed in italic type wherever found in this *SPD*.

# A

***Accident*** means a sudden event that results in a *bodily injury* or *dental injury* and is exact as to time and place of occurrence.

***Active status*** means the *employee* is performing all of his or her customary duties, whether performed at the *employer's* business establishment, some other location which is usual for the *employee's* particular duties or another location, when required to travel on the job:

- On a regular *full-time* basis or for the number of hours per week determined by the *employer*;
- For 48 weeks a year; and
- Is maintaining a bona fide *employer-employee* relationship on a regular basis with the *employer* sponsoring this Plan.

Each day of a regular vacation and any regular non-working holiday are deemed *active status*, if the *employee* was in *active status* on his or her last regular working day prior to the vacation or holiday.  An *employee* is deemed to be in *active status* if an absence from work is due to a *sickness* or *bodily injury*, provided the individual otherwise meets the definition of *employee*.

***Acute inpatient services*** mean care given in a *hospital* or *health care treatment facility*, which:

- Maintains permanent full-time facilities for *room and board* of resident patients;
- Provides emergency, diagnostic and therapeutic services with a capability to provide life-saving medical and psychiatric interventions;
- Has physician services, appropriately licensed behavioral health practitioners and skilled nursing services available 24-hours a day;
- Provides direct daily involvement of the physician; and
- Is licensed and legally operated in the jurisdiction where located.

*Acute inpatient services* are utilized when there is an immediate risk to engage in actions, which would result in death and harm to self or others or there is a deteriorating condition in which an alternative treatment setting is not appropriate.

***Admission*** means entry into a facility as a registered bed patient according to the rules and regulations of that facility.  An *admission* ends when *you* are discharged, or released, from the facility and are no longer registered as a bed patient.

***Advanced imaging***, for the purpose of this definition, includes Magnetic Resonance Imaging (MRI), Magnetic Resonance Angiography (MRA), Positron Emission Tomography (PET), Single Photon Emission Computed Tomography (SPECT), and Computed Tomography (CT) imaging.

# GLOSSARY (continued)

***Adverse benefit determination*** means a denial, reduction, or termination, or failure to provide or make payment (in whole or in part) for a benefit, including:

- A determination based on a *covered person's* eligibility to participate in this Plan;
- A determination that a benefit is not a covered benefit;
- The imposition of a pre-existing condition exclusion, source-of-injury exclusion, network exclusion, or other limitation on otherwise covered benefits; or
- A determination resulting from the application of any utilization review, such as the failure to cover an item or *service* because it is determined to be experimental/investigational or not *medically necessary*.

An *adverse benefit determination* includes any *rescission* of coverage (whether or not, in connection with the *rescission*, there is an adverse effect on any particular benefit at that time). A cancellation or discontinuance is not a *rescission* if:

- The cancellation or discontinuance of coverage has only a prospective effect; or
- The cancellation or discontinuance of coverage is effective retroactively to the extent it is attributable to a failure to timely pay premium or costs of coverage.

***Alternative medicine***, for the purposes of this definition, includes, but is not limited to: acupressure, aromatherapy, ayurveda, biofeedback, faith healing, guided mental imagery, herbal supplements and medicine, holistic medicine, homeopathy, hypnosis, macrobiotics, massage therapy, naturopathy, ozone therapy, reflexotherapy, relaxation response, rolfing, shiatsue, yoga and chelation therapy.

***Ambulance*** means a professionally operated vehicle, provided by a licensed ambulance service, equipped for the transportation of a sick or injured person to or from the nearest medical facility qualified to treat the person's *sickness* or *bodily injury*. Use of the *ambulance* must be *medically necessary* and/or ordered by a *health care practitioner*.

***Ambulatory surgical center*** means an institution which meets all of the following requirements:

- It must be staffed by physicians and a medical staff, which includes registered nurses.
- It must have permanent facilities and equipment for the primary purpose of performing *surgery*.
- It must provide continuous physicians' services on an *outpatient* basis.
- It must admit and discharge patients from the facility within a 24-hour period.
- It must be licensed in accordance with the laws of the jurisdiction where it is located. It must be operated as an *ambulatory surgical center* as defined by those laws.
- It must not be used for the primary purpose of terminating pregnancies, or as an office or clinic for the private practice of any physician or dentist.

***Appeal*** (or ***internal appeal***) means review by this Plan of an *adverse benefit determination*.

# B

***Behavioral health*** means *mental health services* and *chemical dependency* services.

***Beneficiary*** means *you* and *your* covered *dependent(s)*, or legal representative of either, and anyone to whom the rights of *you* or *your* covered *dependent(s)* may pass.

---

## GLOSSARY (continued)

**Bodily injury** means bodily damage other than a *sickness*, including all related conditions and recurrent symptoms. However, bodily damage resulting from infection or muscle strain due to athletic or physical activity is considered a *sickness* and not a *bodily injury*.

**Bone marrow** means the transplant of human blood precursor cells. Such cells may be derived from bone marrow, circulating blood, or a combination of bone marrow and circulating blood obtained from the patient in an autologous transplant, from a matched related or unrelated donor, or cord blood. The term *bone marrow* includes the harvesting, the transplantation and the integral chemotherapy components.

# C

**Chemical dependency** means the abuse of, or psychological or physical dependence on, or addiction to alcohol or a controlled substance.

**Claimant** means a *covered person* (or authorized representative) who files a claim.

**COBRA Service Provider** means a provider of COBRA administrative services retained by Humana or the *employer* to provide specific COBRA administrative services.

**Coinsurance** means the amount expressed as a percentage of the *covered expense* that *you* must pay. The percentage of the *covered expense* this Plan pays is shown in the "Schedule of Benefits" sections.

**Concurrent care decision** means a decision by this Plan to reduce or terminate benefits otherwise payable for a course of treatment that has been approved by this Plan (other than by Plan amendment or termination) or a decision with respect to a request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that has been approved by this Plan.

**Confinement** or **confined** means *you* are admitted as a registered bed patient as the result of a *health care practitioner's* recommendation. It does not mean *you* are in *observation status*.

**Congenital anomaly** means an abnormality of the body that is present from the time of birth.

**Copayment** means the specified dollar amount *you* must pay to a provider for *covered expenses*, regardless of any amounts that may be paid by this Plan, as shown in the "Schedule of Benefits" sections.

**Cosmetic surgery** means *surgery* performed to reshape normal structures of the body in order to improve or change *your* appearance or self-esteem.

**Covered expense** means:

- *Medically necessary* services to treat a *sickness* or *bodily injury*, such as:

  - Procedures;
  - *Surgeries*;
  - Consultations;

---

## GLOSSARY (continued)

---

- Advice;
- Diagnosis;
- Referrals;
- Treatment;
- Supplies;
- Drugs;
- Devices; or
- Technologies;

- *Preventive services*; or
- *Prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*.

To be considered a *covered expense*, services must be:

- Ordered by a *health care practitioner*;
- Authorized or prescribed by a *qualified provider*;
- Provided or furnished by a *qualified provider*;
- For the benefits described herein, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan; and
- Incurred when *you* are insured for that benefit under this Plan on the date that the service is rendered.

**Covered person** means the *employee* or the *employee's dependents*, who are enrolled for benefits provided under this Plan.

**Custodial care** means services given to *you* if:

- *You* need services including, but not limited to, assistance with dressing, bathing, preparation and feeding of special diets, walking, supervision of medication which is ordinarily self-administered, getting in and out of bed, maintaining continence;

- The services *you* require are primarily to maintain, and not likely to improve, *your* condition; or

- The services involve the use of skills which can be taught to a layperson and do not require the technical skills of a *nurse*.

Services may still be considered *custodial care* by this Plan even if:

- *You* are under the care of a *health care practitioner*;
- The *health care practitioner* prescribed services are to support or maintain *your* condition; or
- Services are being provided by a *nurse*.

# D

**Deductible** means the amount of *covered expenses* that *you*, either individually or combined as a covered family, must pay per *year* before this Plan pays benefits for certain specified *covered expenses*.

## GLOSSARY (continued)

***Dental injury*** means an injury to a *sound natural tooth* caused by a sudden and external force that could not be predicted in advance and could not be avoided. It does not include biting or chewing injuries, unless the biting or chewing injury is a result of an act of domestic violence or a medical condition (including both physical and mental health conditions).

***Dependent*** means a covered *employee's*:

- Legally recognized spouse or *domestic partner*;

- Natural born child, step-child, legally adopted child, or child placed for adoption, whose age is less than the limiting age;

- Child whose age is less than the limiting age and for whom the *employee* has received a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN) to provide coverage, if the *employee* is eligible for family coverage until:

  - Such QMCSO or NMSN is no longer in effect; or
  - The child is enrolled for comparable health coverage, which is effective no later than the termination of the child's coverage under this Plan.

- *Domestic partner's* natural born child, step-child, legally adopted child, or child placed for adoption whose age is less than the limiting age;

  The *domestic partner's* child cannot qualify as a *dependent* prior to the *employee's domestic partner* becoming a qualified *dependent*.

Under <u>no</u> circumstances shall *dependent* mean a grandchild, great grandchild, foster child or *emancipated minor*, including where the grandchild, great grandchild, foster child or *emancipated minor* meets all of the qualifications of a dependent as determined by the Internal Revenue Service.

The limiting age means the end of the birth month the *dependent* child attains age 26. Each *dependent* child is covered to the limiting age, regardless if the child is:

- Married;
- A tax dependent;
- A student;
- Employed;
- Residing or working outside of the network area;
- Residing with or receiving financial support from *you*; or
- Eligible for other coverage through employment.

A covered *dependent* child who attains the limiting age <u>while covered</u> under this Plan remains eligible if the covered *dependent* child is:

- Permanently mentally or physically handicapped;
- Incapable of self-sustaining employment; and
- Unmarried.

In order for the covered *dependent* child to remain eligible as specified above, this Plan must receive notification within 31 days prior to the covered *dependent* child attaining the limiting age.

## GLOSSARY (continued)

*You* must furnish satisfactory proof to this Plan, upon request, that the conditions, as defined in the bulleted items above, continuously exist on and after the date the limiting age is reached. After two years from the date the first proof was furnished, this Plan may not request such proof more often than annually. If satisfactory proof is not submitted to this Plan, the child's coverage will not continue beyond the last date of eligibility.

**Diabetes equipment** means blood glucose monitors, including monitors designed to be used by blind individuals; insulin pumps and associated accessories; insulin infusion devices; and podiatric appliances for the prevention of complications associated with diabetes.

**Diabetes self-management training** means the training provided to a *covered person* after the initial diagnosis of diabetes for care and management of the condition, including nutritional counseling and use of *diabetes equipment* and supplies. It also includes training when changes are required to the self-management regime and when new techniques and treatments are developed.

**Diabetes supplies** means test strips for blood glucose monitors; visual reading and urine test strips; lancets and lancet devices; insulin and insulin analogs; injection aids; syringes; prescriptive agents for controlling blood sugar levels; prescriptive non-insulin injectable agents for controlling blood sugar levels; glucagon emergency kits; and alcohol swabs.

**Distant site** means the location of a *health care practitioner* at the time a *telehealth* or *telemedicine* service is provided.

**Domestic partner** means an individual of the same or opposite gender, who resides with the covered *employee* in a long-term relationship of indefinite duration; and, there is an exclusive, mutual commitment in which the partners agree to be jointly responsible for each other's common welfare and share financial obligations. This Plan will allow coverage for only <u>one</u> *domestic partner* of the covered *employee* at any one time. The *employee* and *domestic partner* must each be at a minimum 18 years of age, competent to contract, and not related by blood to a degree of closeness, which would prohibit legal marriage in the state in which the *employee* and *domestic partner* both legally reside.

**Durable medical equipment** means equipment that meets all of the following criteria:

- It is prescribed by a *health care practitioner*;
- It can withstand repeated use;
- It is primarily and customarily used for a medical purpose, rather than being primarily for comfort or convenience;
- It is generally not useful to *you* in the absence of *sickness* or *bodily injury*;
- It is appropriate for home use or use at other locations as necessary for daily living;
- It is related to and meets the basic functional needs of your physical disorder;
- It is <u>not</u> typically furnished by a *hospital* or s*killed nursing facility*; and
- It is provided in the most cost effective manner required by *your* condition, including, at this Plan's discretion, rental or purchase.

# E

**Effective date** means the date *your* coverage begins under this Plan.

## GLOSSARY (continued)

***Electronic* or *electronically*** means relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities.

***Electronic mail*** means a computerized system that allows a user of a network computer system and/or computer system to send and receive messages and documents among other users on the network and/or with a computer system.

***Electronic signature*** means an electronic sound, symbol, or process attached to, or logically associated with, a record and executed or adopted by a person with the intent to sign the record.

***Eligibility date*** means the date the *employee* or *dependent* is eligible to participate in this Plan.

***Emancipated minor*** means a child, who has not yet attained full legal age, but who has been declared by a court to be emancipated.

***Emergency care*** means services provided in a *hospital* emergency facility for a *bodily injury* or *sickness* manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in:

- Placing the health of that individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;
- Serious impairment of bodily functions; or
- Serious dysfunction of any bodily organ or part.

*Emergency care* does <u>not</u> mean services for the convenience of the *covered person* or the provider of treatment or services.

***Employee*** means a person, who is in *active status* for the *employer* on a *full-time* basis.  The *employee* must be paid a salary or wage by the *employer* that meets the minimum wage requirements of *your* state or federal minimum wage law for work done at the *employer's* usual place of business or some other location, which is usual for the *employee's* particular duties.

*Employee* also includes a sole proprietor, partner or corporate officer, where:

- The *employer* is a sole proprietorship, partnership or corporation; and

- The sole proprietor, partner or corporate officer is actively performing activities relating to the business, gains their livelihood from the sole proprietorship, partnership or corporation and is in an *active status* at the *employer's* usual place of business or some other location, which is usual for the sole proprietor's, partner's or corporate officer's particular duties.

***Employer*** means the sponsor of this *group* Plan or any subsidiary or affiliate.

***Endodontic services*** mean the following dental procedures, related tests or treatment and follow-up care:

- Root canal therapy and root canal fillings;
- Periradicular *surgery*;
- Apicoectomy;
- Partial pulpotomy; or
- Vital pulpotomy.

## GLOSSARY (continued)

***Experimental***, ***investigational*** or ***for research purposes*** means a drug, biological product, device, treatment or procedure that meets any one of the following criteria, as determined by this Plan:

- Cannot be lawfully marketed without the final approval of the United States Food and Drug Administration (FDA) and lacks such final FDA approval for the use or proposed use, unless (a) found to be accepted for that use in the most recently published edition of the United States Pharmacopeia-Drug Information for Healthcare Professional (USP-DI) or in the most recently published edition of the American Hospital Formulary Service (AHFS) Drug Information; or (b) identified as safe, widely used and generally accepted as effective for that use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is a device required to receive Premarket Approval (PMA) or 510K approval by the FDA but has not received a PMA or 510K approval;

- Is not identified as safe, widely used and generally accepted as effective for the proposed use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is the subject of a National Cancer Institute (NCI) Phase I, II or III trial or a treatment protocol comparable to a NCI Phase I, II or III trial, or any trial not recognized by NCI regardless of phase; or

- Is identified as not covered by the Centers for Medicare and Medicaid Services (CMS) Medicare Coverage Issues Manual, a CMS Operational Policy Letter or a CMS National Coverage Decision, except as required by state or federal law.

- ***External review*** means a review of an *adverse benefit determination* (including a *final internal adverse benefit determination*) conducted pursuant to the federal *external review* process or an applicable state *external review* process.

# F

***Family member*** means *you* or *your* spouse or *domestic partner*.  It also means *your* or *your* spouse's or *domestic partner's* child, brother, sister, or parent.

***Final external review decision*** means a determination by an *independent review organization* at the conclusion of an *external review*.

***Final internal adverse benefit determination*** means an *adverse benefit determination* that has been upheld by this Plan at the completion of the *internal appeals* process (or an *adverse benefit determination* with respect to which the *internal appeals* process has been exhausted under the deemed exhaustion rules).

***Free-standing facility*** means any licensed public or private establishment other than a *hospital*, which has permanent facilities equipped and operated to provide laboratory and diagnostic laboratory, *outpatient* radiology, *advanced imaging*, chemotherapy, inhalation therapy, radiation therapy, lithotripsy, physical, cardiac, speech and occupational therapy, or renal dialysis services.  An appropriately licensed birthing center is also considered a *free-standing facility*.

## GLOSSARY (continued)

*Full-time*, for an *employee*, means a work week of 30 hours.

*Functional impairment* means a direct and measurable reduction in physical performance of an organ or body part.

# G

*Group* means the persons for whom this Plan coverage has been arranged to be provided.

# H

*Habilitative services* mean health care services and devices that help a person keep, learn or improve skills and functioning for daily living. Examples include therapy for a child who isn't walking or talking at the expected age. These services may include physical and occupational therapy, speech-language pathology and other services for people with disabilities in a variety of inpatient and/or outpatient settings.

*Health care practitioner* means a practitioner professionally licensed by the appropriate state agency to provide *preventive services* or diagnose or treat a *sickness* or *bodily injury* and who provides services within the scope of that license.

*Health care treatment facility* means a facility, institution or clinic, duly licensed by the appropriate state agency to provide medical services or *behavioral health* services and is primarily established and operating within the scope of its license.

*Health insurance coverage* means medical coverage under any hospital or medical service policy or certificate, hospital or medical service plan contract or health maintenance organization (HMO) contract offered by a health insurance issuer. "Health insurance issuer" means an insurance company, insurance service, or insurance organization (including an HMO) that is required to be licensed to engage in the business of insurance in a state and that is subject to the state law that regulates insurance.

*Health status-related factor* means any of the following:

- Health status or medical history;
- Medical condition, either physical or mental;
- Claims experience;
- Receipt of health care;
- Genetic information;
- Disability; or
- Evidence of insurability, including conditions arising out of acts of domestic violence.

*Home health care agency* means a *home health care agency* or *hospital*, which meets all of the following requirements:

- It must primarily provide skilled nursing services and other therapeutic services under the supervision of physicians or registered nurses;
- It must be operated according to established processes and procedures by a group of professional medical people, including physicians and *nurses*;
- It must maintain clinical records on all patients; and

## GLOSSARY (continued)

- It must be licensed by the jurisdiction where it is located, if licensure is required. It must be operated according to the laws of that jurisdiction, which pertains to agencies providing home health care.

**Home health care plan** means a plan of care and treatment for *you* to be provided in *your* home. To qualify, the *home health care plan* must be established and approved by a *health care practitioner*. The services to be provided by the plan must require the skills of a *nurse*, or another *health care practitioner* and must not be for *custodial care*.

**Hospice care program** means a coordinated, interdisciplinary program provided by a hospice that is designed to meet the special physical, psychological, spiritual and social needs of a terminally ill *covered person* and his or her immediate covered family members, by providing *palliative care* and supportive medical, nursing and other services through at-home or *inpatient* care. A hospice must be licensed by the laws of the jurisdiction where it is located and must be run as a hospice as defined by those laws. It must provide a program of treatment for at least two unrelated individuals, who have been medically diagnosed as having no reasonable prospect for cure for their *sickness* and, as estimated by their physicians, are expected to live 18 months or less as a result of that *sickness*.

**Hospital** means an institution that meets all of the following requirements:

- It must provide, for a fee, medical care and treatment of sick or injured patients on an *inpatient* basis;
- It must provide or operate, either on its premises or in facilities available to the *hospital* on a pre-arranged basis, medical, diagnostic and surgical facilities;
- Care and treatment must be given by and supervised by physicians. Nursing services must be provided on a 24-hour basis and must be given by or supervised by registered nurses;
- It must be licensed by the laws of the jurisdiction where it is located. It must be operated as a *hospital* as defined by those laws;
- It must <u>not</u> be primarily a:

  - Convalescent, rest or nursing home; or
  - Facility providing custodial, educational or rehabilitative care.

The *hospital* must be accredited by one of the following:

- The Joint Commission on the Accreditation of Hospitals;
- The American Osteopathic Hospital Association; or
- The Commission on the Accreditation of Rehabilitative Facilities.

# I

**Independent review organization (or IRO)** means an entity that conducts independent *external reviews* of *adverse benefit determinations* and *final internal adverse benefit determinations*.

**Infertility services** mean any diagnostic evaluation, treatment, supply, medication, or service provided to achieve pregnancy or to achieve or maintain ovulation. This includes, but is not limited to:

- Artificial insemination;
- In vitro fertilization;
- Gamete Intrafallopian Transfer (GIFT);
- Zygote Intrafallopian Transfer (ZIFT);

---

# GLOSSARY (continued)

---

- Tubal ovum transfer;
- Embryo freezing or transfer;
- Sperm storage or banking;
- Ovum storage or banking;
- Embryo or zygote banking;
- Diagnostic and/or therapeutic laparoscopy;
- Hysterosalpingography;
- Ultrasonography;
- Endometrial biopsy; and
- Any other assisted reproductive techniques or cloning methods.

**Inpatient** means *you* are *confined* as a registered bed patient.

**Intensive outpatient program** means *outpatient* services providing:

- Group therapeutic sessions greater than one hour a day, three days a week;
- *Behavioral health* therapeutic focus;
- Group sessions centered on cognitive behavioral constructs, social/occupational/educational skills development and family interaction;
- Additional emphasis on recovery strategies, monitoring of participation in 12-step programs and random drug screenings for the treatment of *chemical dependency*; and
- Physician availability for medical and medication management.

*Intensive outpatient program* does <u>not</u> include services that are for:

- *Custodial care*; or
- Day care.

# J

# K

# L

**Late applicant** means an *employee* or *dependent*, who requests enrollment for coverage under this Plan more than 31 days after his or her *eligibility date*, later than the time period specified in the "Special enrollment" provision, or after the *open enrollment period*.

**Level 1 network health care practitioner** means a *network health care practitioner* practicing in a *health care treatment facility* or *retail clinic:*

- With a specialty of pediatric or internal medicine; or
- Who is a general practitioner, nurse practitioner, physician assistant or registered nurse.

**Level 2 network health care practitioner** means a *network health care practitioner*, practicing in a *health care treatment facility*, who has received training in a specific medical field other than those listed in the *level 1 network health care practitioner* definition.

---

## GLOSSARY (continued)

# M

***Maintenance care*** means services and supplies furnished mainly to:

- Maintain, rather than improve, a level of physical or mental function; or
- Provide a protected environment free from exposure that can worsen the *covered person's* physical or mental condition.

***Maximum allowable fee*** for a *covered expense*, other than *emergency care* services provided by *non-network providers* in a *hospital's* emergency department, is the lesser of:

- The fee charged by the provider for the services;

- The fee that has been negotiated with the provider, whether directly or through one or more intermediaries or shared savings contracts for the services;

- The fee established by this Plan by comparing rates from one or more regional or national databases or schedules for the same or similar services from a geographical area determined by this Plan;

- The fee based upon rates negotiated by this Plan or other payors with one or more *network providers* in a geographic area determined by this Plan for the same or similar services;

- The fee based upon the provider's cost for providing the same or similar services as reported by such provider in its most recent publicly available *Medicare* cost report submitted to the Centers for Medicare and Medicaid Services (CMS) annually; or

- The fee based on a percentage determined by this Plan of the fee *Medicare* allows for the same or similar services provided in the same geographic area.

*Maximum allowable fee* for a *covered expense* for *emergency care* services provided by *non-network providers* in a *hospital's* emergency department is an amount equal to the greatest of:

- The fee negotiated with *network providers*;
- The fee calculated using the same method to determine payments for *non-network provider* services; or
- The fee paid by *Medicare* for the same services.

The bill *you* receive for services from *non-network providers* may be significantly higher than the *maximum allowable fee*. In addition to *deductibles, copayments* and *coinsurance*, *you* are responsible for the difference between the *maximum allowable fee* and the amount the provider bills *you* for the services. Any amount *you* pay to the provider in excess of the *maximum allowable fee* will <u>not</u> apply to *your out-of-pocket limit* or *deductible*.

# GLOSSARY (continued)

***Medicaid*** means a state program of medical care for needy persons, as established under Title 19 of the Social Security Act of 1965, as amended.

***Medically necessary*** means health care services that a *health care practitioner* exercising prudent clinical judgment would provide to his or her patient for the purpose of preventing, evaluating, diagnosing or treating a *sickness* or *bodily injury* or its symptoms.  Such health care service must be:

- In accordance with nationally recognized standards of medical practice;

- Clinically appropriate in terms of type, frequency, extent, site and duration, and considered effective for the patient's *sickness* or *bodily injury*;

- Not primarily for the convenience of the patient, physician or other health care provider;

- Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of the patient's *sickness* or *bodily injury*; and

- Performed in the least costly site.

For the purpose of *medically necessary*, generally accepted standards of medical practice means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations, the views of physicians practicing in relevant clinical areas and any other relevant factors.

***Medicare*** means a program of medical insurance for the aged and disabled, as established under Title 18 of the Social Security Act of 1965, as amended.

***Mental health services*** means those diagnoses and treatments related to the care of a *covered person* who exhibits mental, nervous or emotional conditions classified in the Diagnostic and Statistical Manual of Mental Disorders.

***Morbid obesity*** means a body mass index (BMI) as determined by a *health care practitioner* as of the date of service of:

- 40 kilograms or greater per meter squared ($kg/m^2$); or

- 35 kilograms or greater per meter squared ($kg/m^2$) with an associated comorbid condition such as hypertension, type II diabetes, life-threatening cardiopulmonary conditions, or joint disease that is treatable, if not for the obesity.

---

## GLOSSARY (continued)

---

# N

***Network health care practitioner*** means a *health care practitioner*, who has been designated as such or has signed an agreement with this Plan as an independent contractor, or who has been designated by this Plan to provide services to all *covered persons*. *Network health care practitioner* designation by this Plan may be limited to specified services.

***Network hospital*** means a *hospital* which has been designated as such or has signed an agreement with this Plan as an independent contractor, or has been designated by this Plan to provide services to all *covered persons*. *Network hospital* designation by this Plan may be limited to specified services.

***Network provider*** means a *hospital*, *health care treatment facility*, *health care practitioner*, or other health services provider who is designated as such or has signed an agreement with this Plan as an independent contractor, or who has been designated by this Plan to provide services to all *covered persons*. *Network provider* designation by this Plan may be limited to specified services.

***Non-network health care practitioner*** means a *health care practitioner* who has <u>not</u> been designated by this Plan as a *network health care practitioner*.

***Non-network hospital*** means a *hospital* which has <u>not</u> been designated by this Plan as a *network hospital*.

***Non-network provider*** means a *hospital*, *health care treatment facility*, *health care practitioner*, or other health services provider who has <u>not</u> been designated by this Plan as a *network provider*.

***Nurse*** means a registered nurse (R.N.), a licensed practical nurse (L.P.N.), or a licensed vocational nurse (L.V.N.).

# O

***Observation status*** means *hospital outpatient* services provided to *you* to help the *health care practitioner* decide if *you* need to be admitted as an *inpatient*.

***Open enrollment period*** means no less than a 31 day period of time, occurring annually for the *group,* during which the *employees* have an opportunity to enroll themselves and their eligible *dependents* for coverage under this Plan.

---

## GLOSSARY (continued)

---

***Oral surgery*** means procedures to correct diseases, injuries and defects of the jaw and mouth structures. These procedures include, but are not limited to, the following:

- Surgical removal of full bony impactions;
- Mandibular or maxillary implant;
- Maxillary or mandibular frenectomy;
- Alveolectomy and alveoplasty;
- Orthognathic *surgery*;
- *Surgery* for treatment of temporomandibular joint syndrome/dysfunction; and
- Periodontal surgical procedures, including gingivectomies.

***Originating site*** means the location of a *covered person* at the time a *telehealth* or *telemedicine* service is being furnished.

***Out-of-pocket limit*** means the amount of *covered expenses* which must be paid by *you*, either individually or combined as a covered family, per *year* before a benefit percentage will be increased.

***Outpatient*** means *you* are not *confined* as a registered bed patient.

***Outpatient surgery*** means *surgery* performed in a *health care practitioner's* office, *ambulatory surgical center*, or the *outpatient* department of a *hospital*.

# P

***Palliative care*** means care given to a *covered person* to relieve, ease, or alleviate, but not to cure, a *bodily injury* or *sickness*.

***Partial hospitalization*** means services provided by a *hospital* or *health care treatment facility* in which patients do <u>not</u> reside for a full 24-hour period:

- For a comprehensive and intensive interdisciplinary psychiatric treatment for minimum of 5 hours a day, 5 days per week;

- That provides for social, psychological and rehabilitative training programs with a focus on reintegration back into the community and admits children and adolescents who must have a treatment program designed to meet the special needs of that age range; and

- That has physicians and appropriately licensed behavioral health practitioners readily available for the emergent and urgent needs of the patients.

The *partial hospitalization* program must be accredited by the Joint Commission of the Accreditation of Hospitals or in compliance with an equivalent standard.

---

# GLOSSARY (continued)

---

Licensed drug abuse rehabilitation programs and alcohol rehabilitation programs accredited by the Joint Commission on the Accreditation of Health Care Organizations or approved by the appropriate state agency are also considered *partial hospitalization* services.

*Partial hospitalization* does <u>not</u> include services that are for:

- *Custodial care*; or
- Day care.

***Periodontics*** means the branch of dentistry concerned with the study, prevention, and treatment of diseases of the tissues and bones supporting the teeth. *Periodontics* includes the following dental procedures, related tests or treatment and follow-up care:

- Periodontal maintenance;
- Scaling and root planing;
- Gingivectomy;
- Gingivoplasty; or
- Osseous surgical procedures.

***Plan Administrator*** means Hoffman Electric Co, Inc.

***Plan Manager*** means Humana Health Plan, Inc. The *Plan Manager* provides services to the *Plan Administrator*, as defined under the Plan Management Agreement. The *Plan Manager* is not the *Plan Administrator* or the *Plan Sponsor*.

***Plan Sponsor*** means Hoffman Electric Co, Inc.

***Post-service claim*** means any claim for a benefit under a group health plan that is not a *pre-service claim*.

***Pre-service claim*** means a claim with respect to which the terms of the Plan condition receipt of a Plan benefit, in whole or in part, on approval of the benefit by Humana in advance of obtaining medical care.

***Pre-surgical/procedural testing*** means:

- Laboratory tests or radiological examinations done on an *outpatient* basis in a *hospital* or other facility accepted by the *hospital* before *hospital confinement* or *outpatient surgery* or procedure;
- The tests must be accepted by the *hospital* or *health care practitioner* in place of like tests made during *confinement*; and
- The tests must be for the same *bodily injury* or *sickness* causing *you* to be *hospital confined* or to have the *outpatient surgery* or procedure.

***Preauthorization*** means approval by this Plan, or this Plan's designee, of a service prior to it being provided. Certain services require medical review by this Plan in order to determine eligibility for coverage.

*Preauthorization* is granted when such a review determines that a given service is a *covered expense* according to the terms and provisions of this Plan.

---

## GLOSSARY (continued)

---

*Preventive services* means services in the following recommendations appropriate for *you* during *your* plan *year*:

- Services with an A or B rating in the current recommendations of the U. S. Preventive Services Task Force (USPSTF).

- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).

- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).

- Preventive care for women provided in the comprehensive guidelines supported by HRSA.

For the recommended *preventive services* that apply to *your* plan *year*, refer to the www.healthcare.gov or call the customer service telephone number on *your* identification card.

*Protected health information* means individually identifiable health information about a *covered person*, including: (a) patient records, which includes but is not limited to all health records, physician and provider notes and bills and claims with respect to a *covered person*; (b) patient information, which includes patient records and all written and oral information received about a *covered person*; and (c) any other individually identifiable health information about *covered persons*.

*Provider contract* means a legally binding agreement between Humana and a *participating provider* that includes a provider payment arrangement.

# Q

*Qualified provider* means a person, facility or any other health care provider:

- That is licensed by the appropriate state agency to:

  - Diagnose or treat a *sickness* or *bodily injury*; or
  - Provide *preventive services*;

- That provides services within the scope of their license; and
- Whose primary purpose is to provide health care services.

---

## GLOSSARY (continued)

---

# R

***Rehabilitation facility*** means any licensed public or private establishment which has permanent facilities that are equipped and operated primarily to render physical and occupational therapies, diagnostic services and other therapeutic services.

***Rescission***, ***rescind*** or ***rescinded*** means a cancellation or discontinuance of coverage that has a retroactive effect.

***Residential treatment facility*** means an institution that:

- Is licensed as a 24-hour residential facility for *behavioral health* treatment, although <u>not</u> licensed as a *hospital*;

- Provides a multidisciplinary treatment plan in a controlled environment, under the supervision of a physician who is able to provide treatment on a daily basis;

- Provides supervision and treatment by a Ph.D. psychologist, licensed therapist, psychiatric nursing staff or registered nurse;

- Provides programs such as social, psychological, family counseling and rehabilitative training, age appropriate for the special needs of the age group of patients, with focus on reintegration back into the community; and

- Provides structured activities throughout the day and evening, for a minimum of 6 hours a day.

Residential treatment is utilized to provide structure, support and reinforcement of the treatment required to reverse the course of behavioral deterioration.

***Retail clinic*** means a *health care treatment facility*, located in a retail store, that is often staffed by nurse practitioners and physician assistants who provide minor medical services on a "walk-in" basis (no appointment required).

***Room and board*** means all charges made by a *hospital* or other *health care treatment facility* on its own behalf for room and meals and all general services and activities needed for the care of registered bed patients.

***Routine nursery care*** means the charges made by a *hospital* or licensed birthing center for the use of the nursery. It includes normal services and supplies given to well newborn children following birth. *Health care practitioner* visits are not considered *routine nursery care*. Treatment of a *bodily injury*, *sickness*, birth abnormality, congenital defect following birth and care resulting from prematurity is <u>not</u> considered *routine nursery care*.

---

## **GLOSSARY (continued)**

---

# **S**

***Self-administered injectable drugs*** means an FDA approved medication which a person may administer to himself or herself by means of intramuscular, intravenous, or subcutaneous injection, excluding insulin, and prescribed for use by *you*.

***Sickness*** means a disturbance in function or structure of the body which causes physical signs or physical symptoms and which, if left untreated, will result in a deterioration of the health state of the structure or system(s) of the body.   The term also includes: (a) pregnancy; (b) any medical complications of pregnancy; and (c) *behavioral health*.

***Skilled nursing facility*** means a licensed institution (other than a *hospital*, as defined) which meets all of the following requirements:

- It must provide permanent and full-time bed care facilities for resident patients;
- It must maintain, on the premises and under arrangements, all facilities necessary for medical care and treatment;
- It must provide such services under the supervision of physicians at all times;
- It must provide 24-hours-a-day nursing services by or under the supervision of a registered nurse; and
- It must maintain a daily record for each patient.

A *skilled nursing facility* is <u>not</u>, except by incident, a rest home, a home for the care of the aged, or engaged in the care and treatment of *chemical dependency*.

***Sound natural tooth*** means a tooth that:

- Is organic and formed by the natural development of the body (not manufactured, capped, crowned or bonded);
- Has not been extensively restored;
- Has not become extensively decayed or involved in periodontal disease; and
- Is not more susceptible to injury than a whole natural tooth, (for example a tooth that has not been previously broken, chipped, filled, cracked or fractured).

***Special enrollment date*** means the date of:

- Change in family status after the *eligibility date*;
- Loss of other coverage under another group health plan or other *health insurance coverage*;
- COBRA exhaustion;
- Loss of coverage under *your employer's* alternate plan;
- Termination of your *Medicaid* coverage or your Children's Health Insurance Program (CHIP) coverage as a result of loss of eligibility; or
- Eligibility for a premium assistance subsidy under *Medicaid* or CHIP.

To be eligible for special enrollment, *you* must meet the requirements specified in the "Special enrollment" provision within the "Eligibility and Effective Dates" section of this *SPD*.

---

## GLOSSARY (continued)

---

**Summary Plan Description (SPD)** means this document which outlines the benefits, provisions and limitations of this Plan.

**Surgery** means services categorized as Surgery in the Current Procedural Terminology (CPT) Manuals published by the American Medical Association. The term *surgery* includes, but is not limited to: excision or incision of the skin or mucosal tissues or insertion for exploratory purposes into a natural body opening; insertion of instruments into any body opening, natural or otherwise, done for diagnostic or other therapeutic purposes; and treatment of fractures.

# T

**Telehealth** means an audio and video real-time interactive communication between a patient and a *health care practitioner* at a *distant site*.

**Telemedicine** means services, other than *telehealth* provided via telephonic or electronic communications.

**Total disability** or **totally disabled** means *your* continuing inability, as a result of a *bodily injury* or *sickness*, to perform the material and substantial duties of any job for which *you* are or become qualified by reason of education, training or experience.

The term also means a *dependent's* inability to engage in the normal activities of a person of like age. If the *dependent* is employed, the *dependent* must be unable to perform his or her job.

# U

**Urgent care** means those health care services that are appropriately provided for an unforeseen condition of a kind that usually requires attention without delay but that does not pose a threat to life, limb or permanent health of the *covered person*.

**Urgent care center** means any licensed public or private non-*hospital free-standing facility* which has permanent facilities equipped to provide *urgent care* services on an *outpatient* basis.

**Urgent care claim** means any claim for medical care or treatment when the time periods for making non-urgent care determinations:

- Could seriously jeopardize the life or health of the *claimant* or the ability of the *claimant* to regain maximum function; or
- In the opinion of the physician with knowledge of the *claimant's* medical condition, would subject the *claimant* to severe pain that cannot be adequately managed without the care or treatment recommended.

# V

---

---
## GLOSSARY (continued)
---

# W

***Waiting period*** means the period of time, elected by *your employer*, that must pass before an *employee* is eligible for coverage under this Plan.

# X

# Y

***Year*** means the period of time which begins on any January 1st and ends on the following December 31st. When *you* first become covered by this Plan, the first *year* begins for *you* on the *effective date* of *your* coverage and ends on the following December 31st.

***You*** or ***your*** means any *covered person*.

# Z

## SCHEDULE OF BENEFITS – PHARMACY SERVICES

Reading this "Schedule of Benefits – Pharmacy Services" section will help *you* understand:

- The level of benefits *we* generally pay for the *prescription* drugs, medicines or medications, including *specialty drugs*, covered under this Plan;
- The *copayment* and/or *coinsurance* amount *you* are required to pay; and
- The required *prescription drug deductible* amount to be met, if any, before benefits are paid; and
- *Prior authorization* requirements.

This "Schedule of Benefits – Pharmacy Services" outlines the coverage and limitations provided under this Plan.  A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses – Pharmacy Services," "Limitations and Exclusions" and "Limitations and Exclusions – Pharmacy Services" sections of this *SPD*.

*Covered expenses* for *prescription* drugs and *specialty drugs* obtained from a *network pharmacy* under provisions of this benefit apply toward *your out-of-pocket limit.*

For the purposes of coordination of benefits, *prescription* drug coverage under this benefit will be considered a separate plan and will therefore only be coordinated with other *prescription* drug coverage.

All terms used in this "Schedule of Benefits – Pharmacy Services" have the meaning given to them in the "Glossary" section, unless otherwise specifically defined in the "Glossary – Pharmacy Services" section of this *SPD*.  All services are subject to all of the terms, provisions, limitations and exclusions of this Plan, unless otherwise stated.

## Prior authorization requirements

*Prior authorization* and/or *step therapy* is required for certain *prescription* drugs, medicines or medications, including *specialty drugs*.  Visit Humana's Website at www.humana.com or call the customer service telephone number on *your* identification card to obtain the *drug list* that identifies the drugs, medicines or medications, including *specialty drugs* that require *prior authorization* and/or *step therapy*.  The *drug list* is subject to change.  Coverage provided in the past is not a guarantee of future coverage.

*Your health care practitioner* must contact Humana's Clinical Pharmacy Review to request and receive *our* approval for *prescription* drugs, medicines or medications, including *specialty drugs* that require *prior authorization* and/or *step therapy*.  Benefits are payable only if approved by this Plan.

## Preventive medication coverage

Drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list* are covered in full when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner.*

## SCHEDULE OF BENEFITS – PHARMACY SERVICES (continued)

### Prescription drug cost sharing

*You* are responsible for any and all *cost share*, when applicable, as specified below.  If the dispensing *pharmacy's* charge is less than *your copayment* or *coinsurance* for *prescription* drugs, *you* will be responsible for the dispensing *pharmacy* charge amount.  The amount paid by *us* to the dispensing *pharmacy* may not reflect the ultimate cost to *us* for the drug.  *Your copayment* or *coinsurance* is made on a per *prescription* fill or refill basis and will not be adjusted if *we* receive any retrospective volume discounts or *prescription* drug rebates.

### Retail pharmacy       Coverage for up to a 30-day supply

Refer to the "Specialty pharmacy / Retail pharmacy" provision for *level 5 drug* benefits.

| | |
|---|---|
| *Network pharmacy level 1 drugs* | $5 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 1 drugs* | 30% of the *default rate* after $5 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 2 drugs* | $20 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 2 drugs* | 30% of the *default rate* after $20 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 3 drugs* | $50 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 3 drugs* | 30% of the *default rate* after $50 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 4 drugs* | $100 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 4 drugs* | 30% of the *default rate* after $100 *copayment* per *prescription* fill or refill |

## SCHEDULE OF BENEFITS – PHARMACY SERVICES (continued)

**Specialty pharmacy / Retail pharmacy**  **Coverage for up to a 30-day supply**

| | |
|---|---|
| *Network pharmacy* designated by Humana as a preferred provider of *level 5 drugs* | $450 *copayment* per *prescription* fill or refill |
| *Network pharmacy* provider of *level 5 drugs* | $500 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 5 drugs* | 30% of the *default rate* after $500 *copayment* per *prescription* fill or refill |

## 90-day Retail pharmacy

Some retail *pharmacies* participate in this Plan's program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.  *Your* cost is 3 times the applicable *copayment* outlined above.  *Level 5 drugs* are limited to a 30-day supply from a *specialty pharmacy* or a retail *pharmacy*, unless otherwise determined by Plan.

## SCHEDULE OF BENEFITS – PHARMACY SERVICES (continued)

**Mail order pharmacy**                                    **90-day supply**

*Level 5 drugs* are not included.  Refer to the "Specialty pharmacy / Retail pharmacy" provision for *level 5 drug* benefits.

| | |
|---|---|
| *Network pharmacy level 1 drugs*, *level 2 drugs*, *level 3 drugs* and *level 4 drugs* | 2.5 times the applicable *copayment* per *prescription* fill or refill, as outlined above under "Retail pharmacy" |
| *Non-network pharmacy level 1 drugs*, *level 2 drugs*, *level 3 drugs* and *level 4 drugs* | 30% of the *default rate* after 2.5 times the applicable *copayment* per *prescription* fill or refill, as outlined above under "Retail pharmacy" |

## Dispense as written

If *you* request a *brand-name drug* when a *generic drug* is available, *your cost share* is greater.  *You* are responsible for the applicable *brand-name drug copayment* or *coinsurance* <u>and</u> 100% of the difference between the amount *we* would have paid the dispensing *pharmacy* for the *brand-name drug* and the amount *we* would have paid the dispensing *pharmacy* for the *generic drug*.  If the prescribing *health care practitioner* determines that the *brand-name drug* is *medically necessary*, *you* are only responsible for the applicable *copayment* or *coinsurance* of the *brand-name drug*.

## Non-network pharmacy claims

When a *non-network pharmacy* is used, *you* must pay for the *prescription* fill or refill at the time it is dispensed.  *You* must file a claim for reimbursement with this Plan, as described in *your SPD*.  In addition to any applicable *cost share* shown above, *you* are also responsible for 100% of the difference between the *default rate* and the *non-network pharmacy's* charge.  Any amount *you* pay to a *non-network pharmacy* does <u>not</u> apply toward any *out-of-pocket limit* under this Plan.  The charge received from a *non-network pharmacy* for a *prescription* fill or refill may be higher than the *default rate*.

## COVERED EXPENSES – PHARMACY SERVICES

This "Covered Expenses – Pharmacy Services" section describes *covered expenses* under this Plan for *prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*.  Benefits are subject to applicable *cost share* shown on the "Schedule of Benefits – Pharmacy Services" section of this *SPD*.

Refer to the "Limitations and Exclusions", "Limitations and Exclusions – Pharmacy Services", "Glossary" and "Glossary – Pharmacy Services" sections in this *SPD*.  All terms and provisions of this Plan apply, including *prior authorization* requirements specified in the "Schedule of Benefits – Pharmacy Services" of this *SPD*.

### Coverage description

This Plan will cover *prescription* drugs that are received by *you* under this "Covered Expenses – Pharmacy Services" section.  Benefits may be subject to *dispensing limits*, *prior authorization* and *step therapy* requirements, if any.

Covered *prescription* drugs are:

- Drugs, medicines or medications and *specialty drugs* that under federal or state law may be dispensed only by *prescription* from a *health care practitioner*.

- Drugs, medicines or medications and *specialty drugs* included on this Plan's *drug list*.

- Insulin and *diabetes supplies.*

- *Self-administered injectable drugs* approved by this Plan.

- Hypodermic needles, syringes or other methods of delivery when prescribed by a *health care practitioner* for use with insulin or *self-administered injectable drugs*.  (Hypodermic needles, syringes or other methods of delivery used in conjunction with covered drugs may be available at no cost to *you*).

- Enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease, or as otherwise determined by this Plan.

- Spacers and/or peak flow meters for the treatment of asthma.

- Drugs, medicines or medications on the Preventive Medication Coverage *drug list* with a *prescription* from a *health care practitioner*.

Notwithstanding any other provisions of this Plan, this Plan may decline coverage or, if applicable, exclude from the *drug list* any and all *prescriptions* until the conclusion of a review period not to exceed six months following FDA approval for the use and release of the *prescriptions* into the market.

## COVERED EXPENSES – PHARMACY SERVICES (continued)

### About our drug list

*Prescription* drugs, medicines or medications, including *specialty drugs* and *self-administered injectable drugs* prescribed by *health care practitioners* and covered by this Plan are specified on Humana's printable *drug list*.  The *drug list* identifies categories of drugs, medicines or medications by levels.  It also indicates *dispensing limits*, *specialty drug* designation and any applicable *prior authorization* or *step therapy* requirements.  This information is reviewed on a regular basis by a Pharmacy and Therapeutics committee made up of physicians and *pharmacists*.  Placement on the *drug list* does not guarantee *your health care practitioner* will prescribe that *prescription* drug, medicine or medication for a particular medical condition.  *You* can obtain a copy of this Plan's *drug list* by visiting Humana's Website at www.humana.com or calling the customer service telephone number on *your* identification card.

# LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES

The "Limitations and Exclusions – Pharmacy Services" section describes the limitations and exclusions under this Plan that apply to *prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*. Please refer to the "Limitations and Exclusions" section of this *SPD* for additional limitations.

These limitations and exclusions apply even if a *health care practitioner* has prescribed a medically appropriate service, treatment, supply, or *prescription*. This does not prevent *your health care practitioner* or *pharmacist* from providing the service, treatment, supply, or *prescription*. However, the service, treatment, supply, or *prescription* will not be a *covered expense*.

Unless specifically stated otherwise, no benefit will be provided for, or on account of, the following items:

- *Legend drugs,* which are not deemed *medically necessary* by this Plan.

- *Prescription* drugs not included on the *drug list*.

- Any amount exceeding the *default rate*.

- More than two 30day fills for the same drug or therapeutic equivalent medication prescribed by one or more *health care practitioners* and dispensed by one or more retail *pharmacies*.

- More than two fills for the same *specialty drug* obtained from a *pharmacy* which is not designated by this Plan as a preferred provider of *specialty drugs*.

- *Specialty drugs* for which coverage is not approved by this Plan.

- Drugs and/or ingredients not approved by the FDA, including bulk compounding ingredients.

- Any drug prescribed for intended use other than for:

  - Indications approved by the FDA; or
  - Off-label indications recognized through peer-reviewed medical literature.

- Any drug prescribed for a *sickness* or *bodily injury* not covered under this Plan.

- Any drug, medicine or medication that is either:

  - Labeled "Caution - limited by federal law to investigational use"; or
  - *Experimental, investigational* or *for research purposes,* even though a charge is made to *you*.

- Allergen extracts.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES (continued)

- Therapeutic devices or appliances, including, but not limited to:

  - Hypodermic needles and syringes (except when prescribed by a *health care practitioner* for use with insulin and *self-administered injectable drugs*, whose coverage is approved by this Plan);
  - Support garments;
  - Test reagents;
  - Mechanical pumps for delivery of medications; and
  - Other non-medical substances.

- Dietary supplements, except enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease. Refer to the "Covered Expenses" section of the *SPD* for coverage of low protein modified foods.

- Nutritional products.

- Minerals.

- Growth hormones for idiopathic short stature or any other condition, unless there is a laboratory confirmed diagnosis of growth hormone deficiency, or as otherwise determined by this Plan.

- Herbs and vitamins, except prenatal (including greater than one milligram of folic acid), pediatric multi-vitamins with fluoride and vitamins on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

- Anorectic or any drug used for the purpose of weight control.

- Any drug used for cosmetic purposes, including, but not limited to:

  - Dermatological or hair growth stimulants; or
  - Pigmenting or de-pigmenting agents.

- Any drug or medicine that is lawfully obtainable without a *prescription* (over-the-counter drugs), except:

  - Insulin; and

  - Drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES (continued)

- Any drug or medicine that is available in prescription strength without a *prescription*.

- Compounded drugs in any dosage form, except when prescribed for pediatric use for children up to 19 years of age, or as otherwise determined by this Plan.

- Abortifacients (drugs used to induce abortions).

- *Infertility services* including medications.

- Any drug prescribed for impotence and/or sexual dysfunction.

- Any drug, medicine or medication that is consumed or injected at the place where the *prescription* is given, or dispensed by the *health care practitioner*.

- The administration of covered medication(s).

- *Prescriptions* that are to be taken by or administered to *you*, in whole or in part, while *you* are a patient in a facility where drugs are ordinarily provided on an *inpatient* basis by the facility.  *Inpatient* facilities include, but are not limited to:

  - *Hospital*;
  - *Skilled nursing facility*; or
  - Hospice facility.

- Injectable drugs, including, but not limited to:

  - Immunizing agents, unless for *preventive services* determined by this Plan to be dispensed by or administered in a *pharmacy*;
  - Biological sera;
  - Blood;
  - Blood plasma; or
  - *Self-administered injectable drugs* or *specialty drugs* for which *prior authorization* or *step therapy* is not obtained from this Plan.

- *Prescription* fills or refills:

  - In excess of the number specified by the *health care practitioner*; or
  - Dispensed more than one year from the date of the original order.

- Any portion of a *prescription* fill or refill that exceeds a 90-day supply when received from a *mail order pharmacy* or a retail *pharmacy* that participates in Humana's program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES (continued)

- Any portion of a *prescription* fill or refill that exceeds a 30-day supply when received from a retail *pharmacy* that does <u>not</u> participate in Humana's program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.

- Any portion of a *specialty drug prescription* fill or refill that exceeds a 30-day supply, unless otherwise determined by this Plan.

- Any portion of a *prescription* fill or refill that:

  - Exceeds this Plan drug-specific *dispensing limit*;
  - Is dispensed to a *covered person*, whose age is outside the drug-specific age limits defined by this Plan;
  - Is refilled early, as defined by this Plan; or
  - Exceeds the duration-specific *dispensing limit*.

- Any drug for which this Plan requires *prior authorization* or *step therapy* and it is not obtained.

- Any drug for which a charge is customarily not made.

- Any drug, medicine or medication received by *you*:

  - Before becoming covered; or
  - After the date *your* coverage has ended.

- Any costs related to the mailing, sending or delivery of *prescription* drugs.

- Any intentional misuse of this benefit, including *prescriptions* purchased for consumption by someone other than *you*.

- Any *prescription* fill or refill for drugs, medicines or medications that are lost, stolen, spilled, spoiled, or damaged.

- Drug delivery implants and other implant systems or devices.

- Any amount *you* paid for a *prescription* that has been filled, regardless of whether the *prescription* is revoked or changed due to adverse reaction or change in dosage or *prescription*.

# GLOSSARY – PHARMACY SERVICES

All terms used in the "Schedule of Benefits – Pharmacy Services", "Covered Expenses – Pharmacy Services" and "Limitations and Exclusions – Pharmacy Services" sections have the same meaning given to them in the "Glossary" section of this *SPD*, unless otherwise specifically defined below:

## A

## B

**Brand-name drug** means a drug, medicine or medication that is manufactured and distributed by only one pharmaceutical manufacturer, or any drug product that has been designated as brand-name by an industry-recognized source used by this Plan.

## C

**Coinsurance** means the amount expressed as a percentage of the *covered expense* that *you* must pay toward the cost of each separate *prescription* fill or refill dispensed by a *pharmacy*.

**Copayment** means the specified dollar amount to be paid by *you* toward the cost of each separate *prescription* fill or refill dispensed by a *pharmacy*.

**Cost share** means any *copayment* and *coinsurance* that *you* must pay per *prescription* fill or refill.

## D

**Default rate** means the fee based on rates negotiated by this Plan or other payers with one or more *network providers* in a geographic area determined by this Plan for the same or similar *prescription* fill or refill.

**Dispensing limit** means the monthly drug dosage limit and/or the number of months the drug usage is commonly prescribed to treat a particular condition, as determined by this Plan.

**Drug list** means a list of covered *prescription* drugs, medicines or medications and supplies specified by this Plan.  The *drug list* identifies categories of drugs, medicines or medications and supplies by applicable levels, if any, and indicates applicable *dispensing limits*, *specialty drug* designation and/or any *prior authorization* or *step therapy* requirements.  Visit Humana's Website at www.humana.com or call the customer service telephone number on *your* ID card to obtain the *drug list*.  The *drug list is* subject to change without notice.

## E

## F

# GLOSSARY – PHARMACY SERVICES (continued)

## G

***Generic drug*** means a drug, medicine or medication that is manufactured, distributed, and available from a pharmaceutical manufacturer and identified by the chemical name, or any drug product that has been designated as generic by an industry-recognized source used by this Plan.

## H

## I

## J

## K

## L

***Legend drug*** means any medicinal substance, the label of which, under the Federal Food, Drug and Cosmetic Act, is required to bear the legend: "Caution: Federal Law Prohibits dispensing without prescription".

***Level 1 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 1.

***Level 2 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 2.

***Level 3 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 3.

***Level 4 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 4.

***Level 5 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 5.

## M

***Mail order pharmacy*** means a *pharmacy* that provides covered *mail order pharmacy* services, as defined by this Plan, and delivers covered *prescription* drug, medicine or medication fills or refills through the mail to *covered persons*.

# GLOSSARY – PHARMACY SERVICES (continued)

# N

***Network pharmacy*** means a *pharmacy* that has signed a direct agreement with this Plan or has been designated by this Plan to provide:

- Covered *pharmacy* services;
- Covered *specialty pharmacy* services; or
- Covered *mail order pharmacy* services, as defined by this Plan, to *covered persons*, including covered *prescription* fills or refills delivered to *your* home or health care provider.

***Non-network pharmacy*** means a *pharmacy* that has <u>not</u> signed a direct agreement with this Plan or has <u>not</u> been designated by this Plan to provide:

- Covered *pharmacy* services;
- Covered *specialty pharmacy* services; or
- Covered *mail order pharmacy* services, as defined by this Plan, to *covered persons*, including covered *prescription* fills or refills delivered to *your* home or health care provider.

# O

# P

***Pharmacist*** means a person, who is licensed to prepare, compound and dispense medication, and who is practicing within the scope of his or her license.

***Pharmacy*** means a licensed establishment where *prescription* drugs, medicines or medications are dispensed by a *pharmacist*.

***Prescription*** means a direct order for the preparation and use of a drug, medicine or medication. The *prescription* must be written by a *health care practitioner* and provided to a *pharmacist* for *your* benefit and used for the treatment of a *sickness* or *bodily injury*, which is covered under this plan, or for drugs, medicines or medications on the Preventive Medication Coverage *drug list*. The drug, medicine or medication must be obtainable only by *prescription* or must be obtained by *prescription* for drugs, medicines or medications on the Preventive Medication Coverage *drug list*. The *prescription* may be given to the *pharmacist* verbally, *electronically* or in writing by the *health care practitioner*. The *prescription* must include at least:

- *Your* name;
- The type and quantity of the drug, medicine or medication prescribed, and the directions for its use;
- The date the *prescription* was prescribed; and
- The name and address of the prescribing *health care practitioner*.

# GLOSSARY – PHARMACY SERVICES (continued)

***Prior authorization*** means the required prior approval from Humana for the coverage of certain *prescription* drugs, medicines or medications, including *specialty drugs*.  The required prior approval from Humana for coverage includes the dosage, quantity and duration, as *medically necessary* for the *covered person*.

# Q

# R

# S

***Specialty drug*** means a drug, medicine, medication, or biological used as a specialized therapy developed for chronic, complex *sicknesses* or *bodily injuries*.  *Specialty drugs* may:

- Be injected, infused or require close monitoring by a *health care practitioner* or clinically trained individual;
- Require nursing services or special programs to support patient compliance;
- Require disease-specific treatment programs;
- Have limited distribution requirements; or
- Have special handling, storage or shipping requirements.

***Specialty pharmacy*** means a *pharmacy* that provides covered *specialty pharmacy* services, as defined by this Plan, to *covered persons*.

***Step therapy*** means a type of *prior authorization*.  This Plan may require *you* to follow certain steps prior to coverage of some medications, including *specialty drugs*.  This Plan may also require *you* to try similar drugs, medicines or medications, including *specialty drugs* that have been determined to be safe, effective and more cost-effective for most people with *your* condition.  Alternatives may include over-the-counter drugs, *generic drugs* and *brand-name drugs*.

# T

# U

# V

# W

# X

# Y

# Z

*Administered by:*

Humana Health Plan, Inc.
500 West Main Street
Louisville, KY 40202

Copyright 2019

# EXHIBIT 3

# Important! ─────────────────────────────

## At Humana, it is important you are treated fairly.

Humana Inc. and its subsidiaries do not discriminate or exclude people because of their race, color, national origin, age, disability, sex, sexual orientation, gender identity, or religion. Discrimination is against the law. Humana and its subsidiaries comply with applicable Federal Civil Rights laws. If you believe that you have been discriminated against by Humana or its subsidiaries, there are ways to get help.

- You may file a complaint, also known as a grievance:
  Discrimination Grievances, P.O. Box 14618,
  Lexington, KY 40512-4618
  If you need help filing a grievance, call the number on your ID card or if you use a **TTY**, call **711**.

- You can also file a civil rights complaint with the **U.S. Department of Health and Human Services**, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at **https://ocrportal.hhs.gov/ocr/portal/lobby.jsf**, or by mail or phone at **U.S. Department of Health and Human Services**, 200 Independence Avenue, SW, Room 509F, HHH Building, Washington, DC 20201, **1-800-368-1019**, **800-537-7697 (TDD)**.

Complaint forms are available at **https://www.hhs.gov/ocr/office/file/index.html**.

## Auxiliary aids and services, free of charge, are available to you. Call the number on your ID card (TTY: 711)

Humana provides free auxiliary aids and services, such as qualified sign language interpreters, video remote interpretation, and written information in other formats to people with disabilities when such auxiliary aids and services are necessary to ensure an equal opportunity to participate.

GCHK9X2EN  0219

Language assistance services, free of charge, are available to you.
Call the number on your ID card (TTY: 711)

ATTENTION: If you do not speak English, language assistance services, free of charge, are available to you. Call the number on your ID card **(TTY: 711)**... ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al número que figura en su tarjeta de identificación **(TTY: 711)**... 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電會員卡上的電話號碼 **(TTY: 711)**... CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số điện thoại ghi trên thẻ ID của quý vị **(TTY: 711)**... 주의 : 한국어를 사용하시는 경우 , 언어 지원 서비스를 무료로 이용하실 수 있습니다 . ID 카드에 적혀 있는 번호로 전화해 주십시오 **(TTY: 711)**... PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tawagan ang numero na nasa iyong ID card **(TTY: 711)**... ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Наберите номер, указанный на вашей карточке-удостоверении **(телетайп: 711)**... ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele nimewo ki sou kat idantite manm ou **(TTY: 711)**... ATTENTION: Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le numéro figurant sur votre carte de membre **(ATS: 711)**...UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Proszę zadzwonić pod numer podany na karcie identyfikacyjnej **(TTY: 711)**... ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para o número presente em seu cartão de identificação **(TTY: 711)**... ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero che appare sulla tessera identificativa **(TTY: 711)**... ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Wählen Sie die Nummer, die sich auf Ihrer Versicherungskarte befindet **(TTY: 711)**... 注意事項：日本語を話される場合、無料の言語支援をご利用いただけます。お手持ちの ID カードに記載されている電話番号までご連絡ください **(TTY: 711)**...

توجه: اگر به زبان فارسی گفتگو می کنید، تسهیلات زبانی بصورت رایگان برای شما فراهم می باشد. با شماره تلفن روی کارت شناسایی تان تماس بگیرید **(TTY: 711)**...

Díí baa akó nínízin: Díí saad bee yáníłti'go Diné Bizaad, saad bee áká'ánída'áwo'déé', t'áá jiik'eh, éí ná hólǫ́, námboo ninaaltsoos yézhí, bee néé ho'dólzin bikáá'ígíí bee hólne' **(TTY: 711)**...

ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم الهاتف الموجود على بطاقة الهوية الخاصة بك **(TTY: 711)**·

# SUMMARY PLAN DESCRIPTION

### For the

## SIMPLICITY NPOS MEDICAL AND PRESCRIPTION DRUG PLAN

### Sponsored by

## 4D Printing Co

**Group Number:** 822926
**Package ID:** SF500747

**Effective:**   01/01/2019

**This Summary Plan Description (SPD):**  Welcome to *your employer*-sponsored health care plan (Plan) administered by Humana Health Plan, Inc. (Humana).  *Your employer* has provided *you* with this *SPD*, which outlines *your* benefits, as well as *your* rights and responsibilities under this Plan.   This *SPD* is *your* guide to the benefits, provisions and programs offered by this Plan.  Services are subject to all provisions of this Plan, including the limitations and exclusions.  Please read this *SPD* carefully, paying special attention to the "Schedule of Benefits", "Covered Expenses", and "Limitations and Exclusions" sections to better understand how *your* benefits work.  If *you* are unable to find the information *you* need, please call Humana at the toll-free customer service telephone number on *your* Humana Identification (ID) card or visit Humana's Website at www.humana.com.  This *SPD* presents an overview of *your* benefits.  In the event of any discrepancy between this *SPD* and the official Plan Document, the Plan Document shall govern.

**Customer Service Telephone Number:** Please refer to *your* Humana Identification (ID) card for  the applicable toll-free customer service telephone number.

**Website:**  *You* can access Humana's online services at www.humana.com.

**Claims Submittal Address:**

Humana Claims Office
P.O. Box 14601
Lexington, KY 40512-4601

**Claims Appeal Address:**

Humana Grievance and Appeals
P.O. Box 14546
Lexington, KY 40512-4546

---

# TABLE OF CONTENTS

---

**Page Number**

**UNDERSTANDING YOUR COVERAGE** ......................................................................... **5**
**SCHEDULE OF BENEFITS** ....................................................................................... **8**
**SCHEDULE OF BENEFITS – BEHAVIORAL HEALTH** ................................................. **25**
**SCHEDULE OF BENEFITS - TRANSPLANT SERVICES** .............................................. **30**
**COVERED EXPENSES** .............................................................................................. **32**
**COVERED EXPENSES– BEHAVIORAL HEALTH** ...................................................... **48**
**COVERAGE EXPENSES- TRANSPLANT SERVICES** ................................................... **50**
**LIMITATIONS AND EXCLUSIONS** ........................................................................... **52**
**COORDINATION OF BENEFITS** ............................................................................... **59**
**CLAIM PROCEDURES** ............................................................................................ **62**
**ELIGIBILITY DATE** ................................................................................................ **75**
**OPEN ENROLLMENT** .............................................................................................. **79**
**EFFECTIVE DATE** .................................................................................................. **80**
**MEDICAL CHILD SUPPORT ORDERS** ..................................................................... **81**
**FAMILY AND MEDICAL LEAVE ACT (FMLA)** ....................................................... **81**
**REPLACEMENT OF COVERAGE** .............................................................................. **82**
**TERMINATION PROVISION** ..................................................................................... **83**
**GENERAL PROVISIONS** .......................................................................................... **84**
**REIMBURSEMENT/SUBROGATION** .......................................................................... **86**
**IMPORTANT NOTICE FOR EMPLOYEES AND SPOUSES AGE 65 AND OVER** ........................ **88**
**PRIVACY OF PROTECTED HEALTH INFORMATION** .................................................. **89**
**CONTINUATION OF MEDICAL BENEFITS (COBRA)** ............................................... **91**
**THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF
1994 (USERRA)** .................................................................................................... **96**
**STATEMENT OF ERISA RIGHTS** ............................................................................ **97**
**ADDITIONAL NOTICES** ........................................................................................... **99**
**PLAN DESCRIPTION INFORMATION** ....................................................................... **100**
**GLOSSARY** ............................................................................................................ **102**
**PRESCRIPTION DRUG BENEFIT** ............................................................................. **123**
**COVERED EXPENSES – PHARMACY SERVICES** ...................................................... **127**
**LIMITATIONS/EXCLUSIONS PHARMACY SERVICES** .............................................. **129**
**GLOSSARY – PHARMACY SERVICES** ..................................................................... **133**

## UNDERSTANDING YOUR COVERAGE

As *you* read this *Summary Plan Description (SPD)*, *you* will see some words are printed in italics. Italicized words may have different meanings in this *SPD* than in general.  Refer to the "Glossary" sections for the meaning of the italicized words as they apply to *your* plan.

The *SPD* gives *you* information about *your* plan.  It tells *you* what is covered and what is not covered.  It also tells *you* what *you* must do and how much *you* must pay for services.  *Your* plan covers many services, but it is important to remember it has limits.  Be sure to read *your SPD* carefully <u>before</u> using *your* benefits.

### Covered and non-covered expenses

This Plan will provide coverage for services, equipment and supplies that are *covered expenses*.  All requirements of this Plan apply to *covered expenses*.

The date used on the bill Humana receives for *covered expenses* or the date confirmed in *your* medical records is the date that will be used when *your* claim is processed to determine the benefit period.

*You* must pay the health care provider any amount due that this Plan does not pay.  Not all services and supplies are a *covered expense*, even when they are ordered by a *health care practitioner*.

Refer to the "Schedule of Benefits", the "Covered Expenses" and the "Limitations and Exclusions" sections and any amendment attached to the *SPD* to see when services or supplies are *covered expenses* or are non-covered expenses.

### How this Plan works

*You* may have to pay a *deductible* before this Plan will pay for certain *covered expenses*.  If a *deductible* applies, and it is met, this Plan will pay *covered expenses* at the *coinsurance* amount.  Refer to the "Schedule of Benefits" to see when the *deductible* applies and the *coinsurance* amount this Plan pay.  *You* will be responsible for the *coinsurance* amount this Plan does not pay.

If an *out-of-pocket limit* applies and it is met, this Plan will pay *covered expenses* at 100% the rest of the *year*, subject to the *maximum allowable fee*.

This Plan's payment for *covered expenses* is calculated by applying any *deductible* and *coinsurance* to what this Plan will allow.  For a *covered expense*, this Plan will allow the total amount billed by the *qualified provider*, <u>less</u> any amounts such as:

- Those negotiated by contract, directly or indirectly, between this Plan and the *qualified provider*;
- Those in excess of the *maximum allowable fee*; or
- Adjustments related to this Plan's claims processing procedures.

---

**UNDERSTANDING YOUR COVERAGE (continued)**

---

The service and diagnostic information submitted on the *qualified provider's* bill will be used to determine which provision of the "Schedule of Benefits" applies.

## Your choice of providers affects your benefits

This Plan will pay a higher percentage most of the time if *you* see a *network provider,* so the amount *you* pay will be lower.  *You* must pay any *copayment*, *deductible* or *coinsurance* to the *network provider*.  Be sure to check if *your qualified provider* is a *network provider* before seeing them.

This Plan may appoint certain *network providers* for certain kinds of services.  If *you* do not see the appointed *network provider* for these services, this Plan may pay less.

This Plan will pay a lower percentage if *you* see a *non-network provider*, so the amount *you* pay will be higher.  *Non-network providers* have not signed an agreement with this Plan for lower costs for services and they may bill *you* for any amount over the *maximum allowable fee*.  *You* will have to pay this amount and any *copayment*, *deductible* and *coinsurance* to the *non-network provider*.  Any amount *you* pay over the *maximum allowable fee* will not apply to *your deductible* or any *out-of-pocket limit*.

Some *non-network providers* work with *network hospitals*.  This Plan will apply the *network provider copayment, deductible* and *coinsurance* to *covered expenses* received by non-network pathologists, anesthesiologists, radiologists and emergency room physicians working with *network hospitals*.  However, *you* may still have to pay these *non-network providers* any amount over the *maximum allowable fee*.  If possible, *you* may want to check if all health care providers working with *network hospitals* are *network providers*.

Refer to the "Schedule of Benefits" sections to see what *your network provider* and *non-network provider* benefits are.

## How to find a network provider

*You* may find a list of *network providers* at www.humana.com.  This list is subject to change.  Please check this list before receiving services from a *qualified provider*.  *You* may also call *Humana's* customer service department at the number listed on *your* ID card to determine if a *qualified provider* is a *network provider*, or this Plan can send the list to *you*.  A *network provider* can only be confirmed by this Plan.

## How to use your point of service (POS) plan

*You* may receive services from a *network provider* or a *non-network provider* without a referral.  Refer to the "Schedule of Benefits" for any *preauthorization* requirements.

## Seeking emergency care

If *you* need *emergency care*:

- Go to the nearest *network hospital* emergency room; or
- Find the nearest *hospital* emergency room if *your* condition does not allow *you* to go to a *network hospital*.

---

**UNDERSTANDING YOUR COVERAGE (continued)**

---

*You*, or someone on *your* behalf, must call Humana within 48 hours after *your admission* to a *non-network hospital* for *emergency care*. If *your* condition does not allow *you* to call Humana within 48 hours after *your admission*, contact Humana as soon as *your* condition allows. This Plan may transfer *you* to a *network hospital* in the *service area* when *your* condition is stable. *You* must receive services from a *network provider* for any follow-up care for the *network provider copayment, deductible* or *coinsurance* to apply.

**Seeking urgent care**

If *you* need *urgent care*, go to the nearest network *urgent care center* to receive the *network provider* benefit. *You* must receive services from a *network provider* for any follow-up care for the *network provider copayment, deductible* or *coinsurance* to apply.

## This Plan's relationship with qualified providers

*Qualified providers* are <u>not</u> this Plan's agents, employees or partners. All providers are independent contractors. *Qualified providers* make their own clinical judgments or give their own treatment advice without coverage decisions made by this Plan.

This Plan will not change what is decided between *you* and *qualified providers* regarding *your* medical condition or treatment options. *Qualified providers* act on *your* behalf when they order services. *You* and *your qualified providers* make all decisions about *your* health care, no matter what this Plan covers. This Plan is not responsible for anything said or written by a *qualified provider* about *covered expenses* and/or what is not covered under this *SPD*. Call Humana's customer service department at the telephone number listed on *your* ID card if *you* have any questions.

## This Plan's financial arrangements with network providers

This Plan have agreements with *network providers* that may have different payment arrangements:

- Many *network providers* are paid on a discounted fee-for-services basis. This means they have agreed to be paid a set amount for each *covered expense*;

- Some *qualified providers* may have capitation agreements. This means the *qualified provider* is paid a set dollar amount each month to care for each *covered person* no matter how many services a *covered person* may receive from the *qualified provider*, such as a primary care physician or a specialist;

- *Hospitals* may be paid on a Diagnosis Related Group (DRG) basis or a flat fee per day basis for *inpatient* services. *Outpatient* services are usually paid on a flat fee per service or procedure or a discount from their normal charges.

---

## SCHEDULE OF BENEFITS

---

Reading this "Schedule of Benefits" section will help *you* understand:

- The level of benefits generally paid for *covered expenses*;
- The amounts of *copayments* or *coinsurance you* are required to pay;
- The services that require *you* to meet a *deductible*, if any, before benefits are paid; and
- *Preauthorization* requirements.

This "Schedule of Benefits" outlines the coverage and limitations provided under this Plan. A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses" and "Limitations and Exclusions" sections of this *SPD*. Please refer to any applicable riders for additional coverage and limitations.

The benefits outlined under the "Schedule of Benefits – Behavioral Health," "Schedule of Benefits – Transplant Services" and "Schedule of Benefits – Pharmacy Services" sections are <u>not</u> payable under any other Schedule of Benefits of the *policy*. However, all other terms and provisions of the *policy* apply, including the *preauthorization* requirements, annual *deductible(s)* and any *out-of-pocket limit(s)*, unless otherwise stated.

### Network provider verification

This *SPD* contains multiple benefit levels. Refer to each Schedule of Benefits to see what benefit levels apply to *covered expenses*.

Refer to the Online Provider Finder on Humana's Website at <u>www.humana.com</u> for a list of *network providers*. *You* may also contact Humana's customer service department at the telephone number shown on *your* ID card. This list is subject to change.

### Preauthorization requirements and penalty

*Preauthorization* by Humana is required for certain services and supplies. Visit Humana's Website at www.humana.com or call the customer service telephone number on *your* identification card to obtain a list of services and supplies that require *preauthorization*. The list of services and supplies that require *preauthorization* is subject to change. Coverage provided in the past for services or supplies that did not receive or require *preauthorization*, is not a guarantee of future coverage of the same services or supplies.

*You* are responsible for informing *your health care practitioner* of the *preauthorization* requirements. *You* or *your health care practitioner* must contact Humana by telephone, or *electronic mail*, or in writing to request the appropriate authorization. *Your* identification card will show the *health care practitioner* the telephone number to call to request authorization. Benefits are <u>not</u> paid at all for services or supplies that are <u>not</u> *covered expenses*.

---

## SCHEDULE OF BENEFITS (continued)

---

If any required *preauthorization* of services or supplies is not obtained, the benefit payable for any *covered expenses* incurred for the services, will be reduced to 50%, after any applicable *deductibles* or *copayments*. If the rendered services are <u>not</u> *covered expenses*, <u>no</u> benefits are payable. The out-of-pocket amounts incurred by *you* due to these benefit reductions may <u>not</u> be used to satisfy any *out-of-pocket limits*. This *preauthorization* penalty will apply if *you* received the services from either a *network provider* or a *non-network provider* when *preauthorization* is required and <u>not</u> obtained.

**Annual deductible**

An annual *deductible* is a specified dollar amount that *you* must pay for *covered expenses* except for any *deductible* met for *prescriptions* or *specialty drugs* from a *pharmacy* or *specialty pharmacy*, per *year* before most benefits will be paid under this Plan. There are individual and family *network provider* and *non-network provider deductibles* addressed under this *SPD*. The *deductible* amount(s) for each *covered person* and each covered family are as follows, and must be satisfied each *year*, either individually or combined as a covered family. Once the family *deductible* is met as specified in this *SPD*, any remaining *deductible* for a *covered person* in the family will be waived for that *year*. *Copayments* do not apply toward the annual *deductible*.

Any expense incurred by *you* for *covered expenses* provided by a *network provider* under this *SPD* or by a *network provider* will be applied to the *network provider deductible* as stated in this *SPD*. Any expense incurred by *you* for *covered expenses* provided by a *non-network provider* will be applied to the *non-network provider deductible*.

| Deductible | Deductible amount |
|---|---|
| Individual *network provider deductible* | $0 |
| Family *network provider deductible* | $0 |
| Individual *non-network provider deductible* | $5,000 |
| Family *non- network provider deductible* | $10,000 |

## SCHEDULE OF BENEFITS (continued)

**Maximum out-of-pocket limit**

The *out-of-pocket limit* is the maximum amount of any *copayments*, *deductibles* and *coinsurance* for *covered expenses*, which must be paid by *you*, either individually or combined as a covered family, per *year* before a benefit percentage for *covered expenses* will be increased.  There are individual and family *network provider* and *non-network provider out-of-pocket limits*.

After the individual *network provider out-of-pocket limit* addressed under this *SPD* and has been satisfied in a *year*, the *network provider* benefit percentage for *covered expenses*, for that *covered person* will be payable at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan.  After the family *network provider out-of-pocket limit* addressed under this *SPD* and has been satisfied in a *year*, the *network provider* benefit percentage for *covered expenses*, will be payable at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan.

After the individual *non-network provider out-of-pocket limit* has been satisfied in a *year*, the *non-network provider* benefit percentage for *covered expenses* for that *covered person* will be payable at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan.  After the family *non-network provider out-of-pocket limit* has been satisfied in a *year*, the *non-network provider* benefit percentage for *covered expenses* will be payable at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan.

Any expense incurred by *you* for *covered expenses* provided by a *network provider* under this *SPD* or by a *network provider* will be applied to the *network provider out-of-pocket limit* as stated in this *SPD*.  Any expense incurred by *you* for *covered expenses* provided by a *non-network provider* will be applied to the *non-network provider out-of-pocket limit*.

If any *copayment*, *deductible* or *coinsurance* amount applied to *your* claim is waived by *your* health care provider, *you* are required to inform *us*.  Any amount, thus waived and <u>not</u> paid by *you*, would <u>not</u> apply to any *out-of-pocket limit*.

Out-of-pocket expenses for covered transplants provided by a *non-network provider* and *prescriptions* and *specialty drugs* obtained from a *non-network pharmacy* or non-network *specialty pharmacy*, and *specialty drugs* provided by or obtained from a *non-network provider* do <u>not</u> apply towards any *out-of-pocket limit*.

| Maximum out-of-pocket limit | Maximum out-of-pocket limit amount |
|---|---|
| Individual *network provider out-of-pocket limit* | $6,000 |
| Family *network provider out-of-pocket limit* | $12,000 |
| Individual *non-network provider out-of-pocket limit* | $18,000 |
| Family *non-network provider out-of-pocket limit* | $36,000 |

---
**SCHEDULE OF BENEFITS (continued)**

---

## Preventive services

Includes prostate screenings (PSA).  Does not include drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list*.  Refer to the Pharmacy Services sections in this *SPD*.

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Health care practitioner office services

## Health care practitioner office visit

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $45 *copayment* per visit |
| *Level 2 network health care practitioner* | 100% benefit payable after $90 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## Diagnostic laboratory and radiology services when performed in the office and billed by the health care practitioner

Does not include *advanced imaging*.  Refer to "Advanced imaging when performed in a health care practitioner's office" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Advanced imaging when performed in a health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $425 *copayment* per visit |
| *Level 2 network health care practitioner* | 100% benefit payable after $425 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Allergy serum when received in the health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Allergy injections when received in a health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

---

## SCHEDULE OF BENEFITS (continued)

---

**Injections other than allergy when received in a health care practitioner's office**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Surgery performed in the office and billed by the health care practitioner**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Telehealth and telemedicine services**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $0 *copayment* per visit |
| *Level 2 network health care practitioner* | 100% benefit payable after $0 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Health care practitioner services at a retail clinic**

**Health care practitioner office visit in a retail clinic**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable after $45 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Diagnostic laboratory when performed by a health care practitioner in a retail clinic**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Injections other than allergy when received by a health care practitioner in a retail clinic**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Hospital services**

**Hospital inpatient services**

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $1,750 *copayment* per day for the first 3 days per *admission* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

14

## SCHEDULE OF BENEFITS (continued)

**Health care practitioner inpatient services when provided in a hospital**

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Hospital outpatient surgical services**

Must be performed in a *hospital's outpatient* department.

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $1,750 *copayment* per visit |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

**Health care practitioner outpatient services when provided in a hospital**

Includes *outpatient surgery*.

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

### Hospital outpatient non-surgical services

Must be performed in a *hospital's outpatient* department. Does not include diagnostic radiology, diagnostic laboratory and *advanced imaging*. Refer to "Hospital outpatient diagnostic radiology and laboratory" and "Hospital outpatient advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $1,750 *copayment* per visit |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

### Hospital outpatient diagnostic radiology and laboratory

| | |
|---|---|
| *Network hospital* | 100% benefit payable |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

### Hospital outpatient advanced imaging

Must be performed in a *hospital's outpatient* department.

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $425 *copayment* per visit |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Pregnancy and newborn benefit**

Same as any other *sickness* based upon location of services and the type of provider.

**Emergency services**

Must be for *emergency care* as defined in the "Glossary" section.

**Hospital emergency room services**

Does not include *advanced imaging*.  Refer to "Hospital emergency room advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $425 *copayment* per visit.  *Copayment* waived if admitted. |
| *Non-network hospital* | 100% benefit payable after $425 *copayment* per visit.  *Copayment* waived if admitted. |

**Hospital emergency room advanced imaging**

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $425 *copayment* per visit |
| *Non-network hospital* | 100% benefit payable after $425 *copayment* per visit |

**Hospital emergency room health care practitioner services**

| | |
|---|---|
| *Network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 100% benefit payable |

## SCHEDULE OF BENEFITS (continued)

**Ambulance services**

| | |
|---|---|
| *Network provider* | 100% benefit payable after $425 *copayment* per transport |
| *Non-network provider* | 100% benefit payable after $425 *copayment* per transport |

**Ambulatory surgical center services**

**Ambulatory surgical center for outpatient surgery**

| | |
|---|---|
| *Network provider* | 100% benefit payable after $1,750 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Health care practitioner outpatient services when provided in an ambulatory surgical center**

Includes *outpatient surgery*.

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

---

## SCHEDULE OF BENEFITS (continued)

---

### Durable medical equipment

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Free-standing facility services

### Free-standing facility non-surgical services

Does not include *advanced imaging*.  Refer to "Free-standing facility outpatient advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Health care practitioner non-surgical services when provided in a free-standing facility

| | |
|---|---|
| *Level 1 network health care practitioner* | 100% benefit payable |
| *Level 2 network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Free-standing facility outpatient advanced imaging**

| | |
|---|---|
| *Network provider* | 100% benefit payable after $425 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Home health care services**

Limited to a maximum of 100 visits per *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $90 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Hospice services**

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Physical medicine and rehabilitative services**

Physical therapy, occupational therapy, speech therapy, audiology and cognitive rehabilitation services are limited to a combined maximum 40 visits per *year*.  After 10 visits are incurred, no coverage is available for services received from a *non-network provider* for the remainder of the *year.*

| | |
|---|---|
| *Network provider* | 100% benefit payable after $90 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Respiratory or pulmonary rehabilitation services**

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Cardiac rehabilitation services**

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Other therapy**

Includes radiation therapy and chemotherapy.

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Habilitative services**

Physical therapy, occupational therapy, speech therapy and audiology services are limited to a combined maximum 40 visits per *year*. After 10 visits are incurred, no coverage is available for services received from a *non-network provider* for the remainder of the *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $90 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Spinal manipulations/adjustments**

Limited to a maximum of 20 visits per year. After 10 visits are incurred, no coverage is available for services received from a *non-network provider* for the remainder of the *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $90 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS (continued)

**Skilled nursing facility services**

Limited to a maximum of 60 days per *year*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $90 *copayment* per day |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Health care practitioner services when provided in a skilled nursing facility**

| | |
|---|---|
| *Network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Specialty drugs in a medical place of service**

**Specialty drugs administered in a health care practitioner's office, free-standing facility and urgent care center**

| | |
|---|---|
| *Network provider* | 100% benefit payable after $50 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

---

## SCHEDULE OF BENEFITS (continued)

---

**Specialty drugs administered in home health care**

| | |
|---|---|
| *Network provider* designated by Humana as a preferred provider of *specialty drugs* | 100% benefit payable |
| *Network provider* | 100% benefit payable after $50 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Specialty drugs administered in a hospital, skilled nursing facility, ambulance or emergency room**

Same as any other *sickness* based upon location of services and the type of provider.

**Urgent care services**

| | |
|---|---|
| *Network provider* | 100% benefit payable after $125 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Additional covered expenses**

Same as any other *sickness* based upon location of services and the type of provider.

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH

Reading this "Schedule of Benefits – Behavioral Health" section will help *you* understand:

- The level of benefits generally paid for the *mental health services* and *chemical dependency* services under this Plan;
- The amounts of *copayments* and/or *coinsurance you* are required to pay; and
- The services that require *you* to meet a *deductible* before benefits are paid.

This "Schedule of Benefits – Behavioral Health" outlines the coverage and limitations provided under this Plan.  A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses – Behavioral Health" and "Limitations and Exclusions" sections of this *SPD*.  Please refer to this *SPD* and any applicable riders for additional coverage and/or limitations.

All services are subject to all the terms and provisions, limitations and exclusions of this Plan.

## Acute inpatient services

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $1,750 *copayment* per day for the first 3 days per *admission* |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

## Partial hospitalization services

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

## Residential treatment facility services

| | |
|---|---|
| *Network provider* | 100% benefit payable after $1,750 *copayment* per day for the first 3 days per *admission* |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

## Acute inpatient, partial hospitalization and residential treatment facility health care practitioner services

| | |
|---|---|
| *Network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## Emergency services

Must be for *emergency care* as defined in the "Glossary" section.

## Hospital emergency room services

Does not include *advanced imaging*.  Refer to "Hospital emergency room advanced imaging" in the "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network hospital* | 100% benefit payable after $425 *copayment* per visit.  *Copayment* waived if admitted. |
| *Non-network hospital* | 100% benefit payable after $425 *copayment* per visit.  *Copayment* waived if admitted. |

## Hospital emergency room advanced imaging

| | |
|---|---|
| *Network hospital* | 100% benefit payable |
| *Non-network hospital* | 100% benefit payable |

## Hospital emergency room health care practitioner services

| | |
|---|---|
| *Network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 100% benefit payable |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Urgent care services**

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

**Outpatient services**

**Health care practitioner office visit**

Does not include *behavioral health* therapy in a *health care practitioner's* office.  Refer to "Therapy" in the "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network health care practitioner* | 100% benefit payable after $45 *copayment* per visit |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

**Injections when performed in a health care practitioner's office**

Does not include *preventive services* and allergy injections.  Refer to "Preventive services" and "Allergy injections when received in a health care practitioner's office" in the "Schedule of Benefits" section.

| | |
|---|---|
| *Network health care practitioner* | 100% benefit payable |
| *Non-network health care practitioner* | 50% benefit payable after *non-network provider deductible* |

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

### Therapy

Includes *outpatient behavioral health* therapy, *behavioral health* therapy in a *health care practitioner's* office and an *intensive outpatient program*.

| | |
|---|---|
| *Network provider* | 100% benefit payable after $45 *copayment* per visit |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

### Outpatient hospital services

Does not include *outpatient behavioral health* therapy.  Refer to "Therapy" in the "Schedule of Benefits – Behavioral Health" section.

Does not include *advanced imaging*.  Refer to "Advanced imaging performed in a health care practitioner's office, hospital outpatient department or free-standing facility" in the "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network hospital* | 100% benefit payable |
| *Non-network hospital* | 50% benefit payable after *non-network provider deductible* |

### Advanced imaging performed in a health care practitioner's office, hospital outpatient department or free-standing facility

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

28

## SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Home health care services**

| | |
|---|---|
| *Network provider* | 100% benefit payable |
| *Non-network provider* | 50% benefit payable after *non-network provider deductible* |

# SCHEDULE OF BENEFITS – TRANSPLANT SERVICES

Reading this "Schedule of Benefits – Transplant Services" section will help *you* understand:

- The level of benefits generally paid for the transplant services covered under this Plan;
- The amounts of *copayments* or *coinsurance you* are required to pay; and
- The services that require *you* to meet a *deductible* before benefits are paid.

This "Schedule of Benefits – Transplant Services" outlines the coverage and limitations provided under this Plan.  A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses – Transplant Services" and "Limitations and Exclusions" sections of this *SPD*.  Please refer to this *SPD* and any applicable riders for additional coverage and limitations.

All services are subject to all of the terms, provisions, limitations and exclusions of this Plan.

## Hospital services

*Hospital* benefits as shown under "Hospital services" in the "Schedule of Benefits" section of this Plan will be payable as follows:

| | |
|---|---|
| *Network hospital* designated by Humana as an approved transplant facility | Same as any other *sickness* based on location of services and type of provider |
| *Non-network hospital* | Same as any other sickness based on location of services and type of provider. |

## Health care practitioner services

*Health care practitioner* benefits as shown under "Health care practitioner office services" in the "Schedule of Benefits" section of the *SPD* will be payable as follows:

| | |
|---|---|
| *Network health care practitioner* designated by Humana as an approved transplant *health care practitioner* | Same as any other *sickness* based on location of services and type of coverage of  provider |
| *Non-network health care practitioner* | Same as any other *sickness* based on location of services and type of provider. |

# SCHEDULE OF BENEFITS - TRANSPLANT SERVICES (continued)

**Direct, non-medical costs**

Limited to a combined maximum of $10,000 per covered transplant.

- Transportation

| | |
|---|---|
| *Network hospital* designated by Humana as an approved transplant facility | 100% benefit payable |

- Temporary lodging

| | |
|---|---|
| *Network hospital* designated by *us* as an approved transplant facility | 100% benefit payable |

# COVERED EXPENSES

This "Covered Expenses" section describes the services that will be considered *covered expenses* under this Plan. Benefits will be paid for such covered medical services for a *bodily injury* or *sickness*, or for specified *preventive services*, on a *maximum allowable fee* basis and as shown on the "Schedules of Benefits", subject to any applicable:

- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *SPD*. All terms and provisions of this Plan, including the *preauthorization* requirements specified in this *SPD*, are applicable to *covered expenses*.

## Preventive services

*Covered expenses* include the *preventive services* appropriate for *you* as recommended by the U.S. Department of Health and Human Services (HHS) for *your* plan *year*. *Preventive services* include:

- Services with an A or B rating in the current recommendations of the U. S. Preventive Services Task Force (USPSTF).

- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).

- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).

- Preventive care for women provided in the comprehensive guidelines supported by HRSA.

For the recommended *preventive services* that apply to *your* plan *year*, refer to the www.healthcare.gov website or call the customer service telephone number on *your* identification card.

## Preventive services office visit

*Covered expenses* include charges incurred for an office visit made to a *health care practitioner* for examinations and physicals to detect or prevent *sickness* as recommended by the U.S. Preventive Services Task Force.

## Preventive screenings and immunizations

*Covered expenses* include charges incurred by *you* for the following *preventive services* as recommended by the United States Preventive Services Task Force:

- Laboratory, radiology or endoscopic services to detect or prevent *sickness*.
- A baseline mammogram for a female *covered person* between the ages of 35 and 40 and an annual mammogram for a female *covered person* 40 years of age or older.

---

**COVERED EXPENSES (continued)**

---

- Routine pap smear.
- A prostate specific antigen (PSA) test for a male *covered person* 40 years of age or older.
- Routine immunizations for *covered persons* under the age of 18.  TB tine tests and allergy desensitization injections are <u>not</u> considered routine immunizations.
- Immunizations against influenza and pneumonia.

## Health care practitioner office services

This Plan will pay the following benefits for *covered expenses* incurred by *you* for *health care practitioner* office visit services.  *You* must incur the *health care practitioner's* services as the result of a *sickness* or *bodily injury*.

### Health care practitioner office visit

*Covered expenses* include:

- Office visits for the diagnosis and treatment of a *sickness* or *bodily injury*.
- Office visits for prenatal care.
- Office visits for *diabetes self-management training*.
- Diagnostic laboratory and radiology.
- Allergy testing.
- Allergy serum.
- Allergy injections.
- Injections other than allergy.
- *Surgery*, including anesthesia.
- Second surgical opinions.

### Telehealth and telemedicine services

This Plan will pay benefits for *covered expenses* incurred by *you* for *telehealth* and *telemedicine* services for the diagnosis and treatment of a *sickness* or *bodily injury*.  *Telehealth* or *telemedicine* services must be:

- Services that would otherwise be a *covered expense* if provided during a face-to-face consultation between a *covered person* and a *health care practitioner*;
- Provided to a *covered person* at the *originating site*; and
- Provided by a *health care practitioner* at the *distant site*.

*Telehealth* and *telemedicine* services must comply with:

- Federal and state licensure requirements;
- Accreditation standards; and
- Guidelines of the American Telemedicine Association or other qualified medical professional societies to ensure quality of care.

## COVERED EXPENSES (continued)

### Health care practitioner services at a retail clinic

This Plan will pay benefits for *covered expenses* incurred by *you* for *health care practitioner* services at a *retail clinic* for a *sickness* or *bodily injury*.

### Hospital services

This Plan will pay benefits for *covered expenses* incurred by *you* while *hospital confined* or for *outpatient* services. A *hospital confinement* must be ordered by a *health care practitioner*.

For *emergency care* benefits provided in a *hospital*, refer to the "Emergency services" provision of this section.

### Hospital inpatient services

*Covered expenses* include:

- Daily semi-private, ward, intensive care or coronary care *room and board* charges for each day of *confinement*. Benefits for a private or single-bed room are limited to the *maximum allowable fee* charged for a semi-private room in the *hospital* while *confined*.

- Services and supplies, other than *room and board*, provided by a *hospital* while *confined*.

### Health care practitioner inpatient services when provided in a hospital

Services that are payable as a *hospital* charge are not payable as a *health care practitioner* charge. If *you* receive services from a *non-network provider*, *you* may be responsible for any charges in excess of the *maximum allowable fee* and charges in excess of any percentages listed in this provision.

*Covered expenses* include:

- Medical services furnished by an attending *health care practitioner* to *you* while *you* are *hospital confined*.

- *Surgery* performed on an *inpatient* basis. If several *surgeries* are performed during one operation, this Plan will allow the *maximum allowable fee* for the most complex procedure. Subsequent procedures received from a *network provider* will be paid according to the provider contract. For a *non-network provider*, each additional procedure this Plan will allow:

  - 50% of *maximum allowable fee* for the secondary procedure; and
  - 25% of *maximum allowable fee* for the third and subsequent procedures.

  If two surgeons work together as primary surgeons performing distinct parts of a single reportable procedure, each surgeon will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow each surgeon 62.5% of the *maximum allowable fee* for the procedure.

- Services of a surgical assistant or assistant surgeon. The surgical assistant or assistant surgeon will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow the surgical assistant or assistant surgeon 16% of the *maximum allowable fee* for the *surgery*.

34

# COVERED EXPENSES (continued)

- Services of a physician assistant (P.A.), registered nurse (R.N.) or a certified operating room technician.  The P.A., R.N. or certified operating room technician will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the P.A., R.N. or certified operating room technician 10% of the *maximum allowable fee* for the *surgery*.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant to a *surgery*.

- Consultation charges requested by the attending *health care practitioner* during a *hospital confinement*.  The benefit is limited to one consultation by any one *health care practitioner* per specialty during a *hospital confinement*.

- Services of a pathologist.

- Services of a radiologist.

- Services performed on an emergency basis in a *hospital* if the *sickness* or *bodily injury* being treated results in a *hospital confinement*.

For the purpose of this "Health care practitioner inpatient services when provided in a hospital" provision, provider contract means a written contract with a *network provider* that specifies reimbursement for a *covered expense*.

## Hospital outpatient services

*Covered expenses* include *outpatient* services and supplies, as outlined in the following provisions, provided in a *hospital's outpatient* department.

*Covered expenses* provided in a *hospital's outpatient* department will <u>not</u> exceed the average semi-private room rate when *you* are in *observation status*.

## Hospital outpatient surgical services

*Covered expenses* include services provided in a *hospital's outpatient* department in connection with *outpatient surgery*.

## Health care practitioner outpatient services when provided in a hospital

Services that are payable as a *hospital* charge are not payable as a *health care practitioner* charge.  If *you* receive services from a *non-network provider*, *you* may be responsible for any charges in excess of the *maximum allowable fee* and charges in excess of any percentages listed in this provision.

---

## COVERED EXPENSES (continued)

---

*Covered expenses* include:

- *Surgery* performed on an *outpatient* basis. If several *surgeries* are performed during one operation, this Plan will allow the *maximum allowable fee* for the most complex procedure. Subsequent procedures received from a *network provider* will be paid according to the provider contract. For a *non-network provider*, each additional procedure this Plan will allow:

  - 50% of *maximum allowable fee* for the secondary procedure; and
  - 25% of *maximum allowable fee* for the third and subsequent procedures.

  If two surgeons work together as primary surgeons performing distinct parts of a single reportable procedure, each surgeon will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow each surgeon 62.5% of the *maximum allowable fee* for the procedure.

- Services of a surgical assistant or assistant surgeon. The surgical assistant or assistant surgeon will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow the surgical assistant or assistant surgeon 16% of the *maximum allowable fee* for the *surgery*.

- Services of a physician assistant (P.A.), registered nurse (R.N.) or a certified operating room technician. The P.A., R.N. or certified operating room technician will be paid according to the provider contract if they are a *network provider*. For a *non-network provider*, this Plan will allow the P.A., R.N. or certified operating room technician 10% of the *maximum allowable fee* for the *surgery*.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant for a *surgery*.

- Services of a pathologist.

- Services of a radiologist.

For the purpose of this "Health care practitioner outpatient services when provided in a hospital" provision, provider contract means a written contract with a *network provider* that specifies reimbursement for a *covered expense*.

### Hospital outpatient non-surgical services

*Covered expenses* include services provided in a *hospital's outpatient* department in connection with non-surgical services.

### Hospital outpatient advanced imaging

This Plan will pay benefits for *covered expenses* incurred by *you* for *outpatient advanced imaging* in a *hospital's outpatient* department.

## COVERED EXPENSES (continued)

### Pregnancy and newborn benefit

This Plan will pay benefits for *covered expenses* incurred by a *covered person* for a pregnancy.

*Covered expenses* include:

- A minimum stay of 48 hours following an uncomplicated vaginal delivery and 96 hours following an uncomplicated cesarean section.  If an earlier discharge is consistent with the most current protocols and guidelines of the American College of Obstetricians and Gynecologists or the American Academy of Pediatrics and is consented to by the mother and the attending *health care practitioner*, a post-discharge office visit to the *health care practitioner* or a home health care visit within the first 48 hours after discharge is also covered, subject to the terms of this plan.

- For a newborn, *hospital confinement* during the first 48 hours or 96 hours following birth, as applicable and listed above for:

  - *Hospital* charges for *routine nursery care*;
  - The *health care practitioner's* charges for circumcision of the newborn child; and
  - The *health care practitioner's* charges for routine examination of the newborn before release from the *hospital*.

- If the covered newborn must remain in the *hospital* past the mother's *confinement*, services and supplies received for:

  - A *bodily injury* or *sickness*;
  - Care and treatment for premature birth; and
  - Medically diagnosed birth defects and abnormalities.

*Covered expenses* also include *cosmetic surgery* specifically and solely for:

- Reconstruction due to *bodily injury*, infection or other disease of the involved part; or
- *Congenital anomaly* of a covered *dependent* child that resulted in a *functional impairment*.

The newborn will not be required to satisfy a separate *deductible* and/or *copayment* for *hospital* facility charges for the *confinement* period immediately following birth.  A *deductible* and/or *copayment*, if applicable, will be required for any subsequent *hospital admission*.

### Emergency services

This Plan will pay benefits for *covered expenses* incurred by *you* for *emergency care,* including the treatment and stabilization of an emergency medical condition.

*Emergency care* provided by a *non-network hospital* or a *non-network health care practitioner* will be covered at the *network provider* benefit, as specified in the Emergency Care benefit on the "Schedule of Benefits", subject to the *maximum allowable fee.*  *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee.*  *You* may be required to pay any amount not paid by this Plan.

---

## COVERED EXPENSES (continued)

---

*Covered expenses* also include *health care practitioner* services for *emergency care*, including the treatment and stabilization of an emergency medical condition, provided in a *hospital* emergency facility. These services are subject to the terms, conditions, limitations, and exclusions of this Plan.

Benefits under this "Emergency services" provision are not available if the services provided do not meet the definition of *emergency care*.

### Ambulance services

This Plan will pay benefits for *covered expenses* incurred by *you* for licensed *ambulance* services to, from or between medical facilities for *emergency care*.

*Ambulance* services for *emergency care* provided by a *non-network provider* will be covered at the *network provider* benefit, as specified in the Ambulance benefit on the "Schedule of Benefits", subject to the *maximum allowable fee*.  *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee*.  *You* may be required to pay any amount not paid by this Plan.

### Ambulatory surgical center services

This Plan will pay benefits for *covered expenses* incurred by *you* for services provided in an *ambulatory surgical center* for the utilization of the facility and ancillary services in connection with *outpatient surgery*.

### Health care practitioner outpatient services when provided in an ambulatory surgical center

Services that are payable as an *ambulatory surgical center* charge are not payable as a *health care practitioner* charge.  If *you* receive services from a *non-network provider*, *you* may be responsible for any charges in excess of the *maximum allowable fee* and charges in excess of any percentages listed in this provision.

*Covered expenses* include:

- *Surgery* performed on an *outpatient* basis.  If several *surgeries* are performed during one operation, this Plan will allow the *maximum allowable fee* for the most complex procedure.  Subsequent procedures received from a *network provider* will be paid according to the provider contract.  For a *non-network provider*, each additional procedure this Plan will allow:

  - 50% of *maximum allowable fee* for the secondary procedure; and
  - 25% of *maximum allowable fee* for the third and subsequent procedures.

  If two surgeons work together as primary surgeons performing distinct parts of a single reportable procedure, each surgeon will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow each surgeon 62.5% of the *maximum allowable fee* for the procedure.

## COVERED EXPENSES (continued)

- Services of a surgical assistant or assistant surgeon.  The surgical assistant or assistant surgeon will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the surgical assistant or assistant surgeon 16% of the *maximum allowable fee* for the *surgery*.

- Services of a physician assistant (P.A.), registered nurse (R.N.) or a certified operating room technician.  The P.A., R.N. or certified operating room technician will be paid according to the provider contract if they are a *network provider*.  For a *non-network provider*, this Plan will allow the P.A., R.N. or certified operating room technician 10% of the *maximum allowable fee* for the *surgery*.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant to a *surgery*.

- Services of a pathologist.

- Services of a radiologist.

For the purpose of this "Health care practitioner outpatient services when provided in an ambulatory surgical center" provision, provider contract means a written contract with a *network provider* that specifies reimbursement for a *covered expense*.

### Durable medical equipment

This Plan will pay benefits for *covered expenses* incurred by *you* for *durable medical equipment* and *diabetes equipment*.

At this Plan's option, *covered expense* includes the purchase or rental of *durable medical equipment* or *diabetes equipment*.  If the cost of renting the equipment is more than *you* would pay to buy it, only the cost of the purchase is considered to be a *covered expense*.  In either case, total *covered expenses* for *durable medical equipment* or *diabetes equipment* shall <u>not</u> exceed its purchase price.  In the event this Plan determines to purchase the *durable medical equipment* or *diabetes equipment*, any amount paid as rent for such equipment will be credited toward the purchase price.

Repair and maintenance of purchased *durable medical equipment* and *diabetes equipment* is a *covered expense* if:

- Manufacturer's warranty is expired;
- Repair or maintenance is not a result of misuse or abuse;
- Maintenance is not more frequent than every six months; and
- Repair cost is less than replacement cost.

Replacement of purchased *durable medical equipment* and *diabetes equipment* is a *covered expense* if:

- Manufacturer's warranty is expired;
- Replacement cost is less than repair cost; and
- Replacement is not due to lost or stolen equipment, or misuse or abuse of the equipment; or
- Replacement is required due to a change in *your* condition that makes the current equipment non-functional.

---

## COVERED EXPENSES (continued)

---

### Free-standing facility services

### Free-standing non-surgical services

This Plan will pay benefits for *covered expenses* for services provided in a *free-standing facility*.

### Health care practitioner non-surgical services when provided in a free-standing facility

This Plan will pay benefits for *outpatient* non-surgical services provided by a *health care practitioner* in a *free-standing facility*.

### Free-standing facility outpatient advanced imaging

This Plan will pay benefits for *covered expenses* incurred by *you* for *outpatient advanced imaging* in a *free-standing facility*.

### Home health care services

This Plan will pay benefits for *covered expenses* incurred by *you* in connection with a *home health care plan*.  All home health care services and supplies must be provided on a part-time or intermittent basis to *you* in conjunction with the approved *home health care plan*.

The "Schedule of Benefits" shows the maximum number of visits allowed by a representative of a *home health care agency*, if any.  A visit by any representative of a *home health care agency* of two hours or less will be counted as one visit.

Home health care *covered expenses* include:

- Care provided by a *nurse*;
- Physical, occupational, respiratory or speech therapy;
- Medical social work and nutrition services; and
- Medical appliances, equipment and laboratory services.

Home health care *covered expenses* do <u>not</u> include:

- Charges for mileage or travel time to and from the *covered person's* home;
- Wage or shift differentials for any representative of a *home health care agency*;
- Charges for supervision of *home health care agencies*;
- Charges for services of a home health aide;
- *Custodial care*; or
- The provision or administration of *self-administered injectable drugs*, unless otherwise determined by this Plan.

## COVERED EXPENSES (continued)

**Hospice services**

This Plan will pay benefits for *covered expenses* incurred by *you* for a *hospice care program*.  A *health care practitioner* must certify that the *covered person* is terminally ill with a life expectancy of 18 months or less.

If the above criteria is <u>not</u> met, <u>no</u> benefits will be payable under this Plan.

Hospice care benefits are payable as shown on the "Schedule of Benefits" for the following hospice services:

- *Room and board* at a hospice*,* when it is for  management of acute pain or for an acute phase of chronic symptom management;
- Part-time nursing care provided by or supervised by a registered nurse (R.N.) for up to eight hours in any one day;
- Counseling for the terminally ill *covered person* and his/her immediate covered family members by a licensed:

  - Clinical social worker; or
  - Pastoral counselor.

- Medical social services provided to the terminally ill *covered person* or his/her immediate covered family members under the direction of a *health care practitioner*, including:

  - Assessment of social, emotional and medical needs, and the home and family situation; and
  - Identification of the community resources available.

- Psychological and dietary counseling;
- Physical therapy;
- Part-time home health aide services for up to eight hours in any one day; and
- Medical supplies, drugs, and medicines prescribed by a *health care practitioner* for *palliative care*.

Hospice care *covered expenses* do <u>not</u> include:

- A *confinement* not required for acute pain control or other treatment for an acute phase of chronic symptom management;
- Services by volunteers or persons who do not regularly charge for their services;
- Services by a licensed pastoral counselor to a member of his or her congregation.  These are services in the course of the duties to which he or she is called as a pastor or minister; and
- Bereavement counseling services for family members not covered under this Plan**.**

## COVERED EXPENSES (continued)

**Physical medicine and rehabilitative services**

This Plan will pay benefits for *covered expenses* incurred by *you* for the following physical medicine and/or rehabilitative services for a documented *functional impairment*, pain, or developmental delay or defect as ordered by a *health care practitioner* and performed by a *health care practitioner*:

- Physical therapy services;
- Occupational therapy services;
- Speech therapy or speech pathology services;
- Audiology services;
- Cognitive rehabilitation services;
- Respiratory or pulmonary rehabilitation services; and
- Cardiac rehabilitation services.

The "Schedule of Benefits" shows the maximum number of visits for physical medicine and/or rehabilitative services, if any.

## Habilitative services

This Plan will pay benefits for *covered expenses* incurred by *you* for the following *habilitative services* ordered and performed by a *health care practitioner* for a *covered person* with a *congenital anomaly*, developmental delay or defect:

- Physical therapy services;
- Occupational therapy services;
- Speech therapy or speech pathology services; and
- Audiology services.

The "Schedule of Benefits" shows the maximum number of visits for *habilitative services*, if any.

## Spinal manipulations/adjustments

This Plan will pay benefits for *covered expenses* incurred by *you* for spinal manipulations/adjustments performed by a *health care practitioner*.

The "Schedule of Benefits" shows the maximum number of visits for spinal manipulations/adjustments, if any.

## Skilled nursing facility services

This Plan will pay benefits for *covered expenses* incurred by *you* for charges made by a *skilled nursing facility* for *room and board* and for services and supplies. *Your confinement* to a *skilled nursing facility* must be based upon a written recommendation of a *health care practitioner*.

---

## COVERED EXPENSES (continued)

---

The "Schedule of Benefits" shows the maximum length of time for which this Plan will pay benefits for charges made by a *skilled nursing facility*, if any.

### Health care practitioner services when provided in a skilled nursing facility

Services that are payable as a *skilled nursing facility* charge are not payable as a *health care practitioner* charge.

*Covered expenses* include:

- Medical services furnished by an attending *health care practitioner* to *you* while *you* are *confined* in a *skilled nursing facility*;
- Consultation charges requested by the attending *health care practitioner* during a *confinement* in a *skilled nursing facility*;
- Services of a pathologist; and
- Services of a radiologist.

### Specialty drugs in a medical place of service

This Plan will pay benefits for *covered expenses* incurred by *you* for *specialty drugs* that are administered in the following medical places of service:

- *Health care practitioner's* office;
- *Free-standing facility*;
- *Urgent care center*;
- Home health care;
- *Hospital*;
- *Skilled nursing facility*;
- Ambulance; and
- Emergency room.

Benefits for *specialty drugs* may be subject to *preauthorization* requirements, if any. Please refer to the "Schedule of Benefits" in this *SPD* for *preauthorization* requirements and contact this Plan prior to receiving *specialty drugs*.

Benefits for *specialty drugs* do not include the charge for the actual administration of the *specialty drug*. Payment for the administration of *specialty drugs* is addressed in the "Schedule of Benefits" section of this *SPD*.

### Urgent care services

This Plan will pay benefits for *covered expenses* incurred by *you* for charges made by an *urgent care center* for *urgent care* services. *Covered expense* also includes *health care practitioner* services for *urgent care* provided at and billed by an *urgent care center*.

## COVERED EXPENSES (continued)

**Additional covered expenses**

This Plan will pay benefits for *covered expenses* incurred by *you*, based upon the location of the services and the type of provider for:

- Blood and blood plasma, which is not replaced by donation; administration of the blood and blood products including blood extracts or derivatives.

- Oxygen and rental of equipment for its administration.

- Prosthetic devices and supplies, including but not limited to limbs and eyes.  Coverage will be provided for prosthetic devices to:

  - Restore the previous level of function lost as a result of a *bodily injury* or *sickness*; or
  - Improve function caused by a *congenital anomaly*.

  *Covered expense* for prosthetic devices includes repair or replacement, if not covered by the manufacturer, and if due to:

  - A change in the *covered person's* physical condition causing the device to become non-functional; or
  - Normal wear and tear.

- Cochlear implants, when approved by this Plan, for a *covered person*:

  Replacement or upgrade of a cochlear implant and its external components may be a *covered expense* if:

  - The existing device malfunctions and cannot be repaired;
  - Replacement is due to a change in the *covered person's* condition that makes the present device non-functional; or
  - The replacement or upgrade is not for cosmetic purposes.

- Orthotics used to support, align, prevent, or correct deformities.

  *Covered expense* does not include:

  - Replacement orthotics;
  - Dental braces; or
  - Oral or dental splints and appliances, unless custom made for the treatment of documented obstructive sleep apnea.

---

**COVERED EXPENSES (continued)**

---

- The following special supplies, dispensed up to a 30-day supply, when prescribed by *your* attending *health care practitioner*:

  - Surgical dressings;
  - Catheters;
  - Colostomy bags, rings and belts; and
  - Flotation pads.

- The initial pair of eyeglasses or contacts needed due to cataract *surgery* or an *accident* if the eyeglasses or contacts were not needed prior to the *accident*.

- Dental treatment only if:

  - The charges are incurred for treatment of a *dental injury* to a *sound natural tooth*;
  - The treatment begins within 90 days after the date of the *dental injury*; and
  - The treatment is completed within 12 months after the date of the *dental injury*.

  However, benefits will be paid only for the least expensive service that will, in this Plan's opinion, produce a professionally adequate result.

- Certain oral surgical operations as follows:

  - Excision of partially or completely impacted teeth;
  - Surgical preparation of soft tissues and excision of bone or bone tissue performed with or without extraction or excision of erupted, partially erupted or completely un-erupted teeth;
  - Excisions of tumors and cysts of the jaws, cheeks, lips, tongue, roof, and floor of the mouth and related biopsy of bone, tooth, or related tissues when such conditions require pathological examinations;
  - Surgical procedures related to repositioning of teeth, tooth transplantation or re-implantation;
  - Services required to correct accidental injuries of the jaws, cheeks, lips, tongue, and roof and floor of the mouth;
  - Reduction of fractures and dislocation of the jaw;
  - External incision and drainage of cellulitis and abscess;
  - Incision and closure of accessory sinuses, salivary glands or ducts;
  - Frenectomy (the cutting of the tissue in the midline of the tongue); and
  - Orthognathic *surgery* for a *congenital anomaly*, *bodily injury* or *sickness* causing a *functional impairment*.

- Orthodontic treatment for a *congenital anomaly* related to or developed as a result of cleft palate, with or without cleft lip.

- For a *covered person*, who is receiving benefits in connection with a mastectomy, service for:

  - Reconstructive *surgery* of the breast on which the mastectomy has been performed;
  - *Surgery* and reconstruction on the non-diseased breast to achieve symmetrical appearance; and
  - Prostheses and treatment of physical complications for all stages of mastectomy, including lymphedemas.

---

**COVERED EXPENSES (continued)**

---

- Reconstructive *surgery* resulting from:

  - A *bodily injury*, infection or other disease of the involved part, when a *functional impairment* is present; or
  - A *congenital anomaly* of a covered *dependent* child that resulted in a *functional impairment*.

  Expenses for reconstructive *surgery* due to a psychological condition are <u>not</u> considered a *covered expense*, unless the condition(s) described above are also met.

- Enteral formulas, nutritional supplements and low protein modified foods for use at home by a *covered person* that are prescribed or ordered by a *health care practitioner* and are for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU).

- Nutritional counseling for the treatment of obesity, which includes *morbid obesity*, limited to 4 visits per *year*.

- Routine costs for a *covered person* participating in an approved Phase I, II, III or IV clinical trial.

  Routine costs include health care services that are otherwise a *covered expense* if the *covered person* were not participating in a clinical trial.

  Routine costs do not include services or items that are:

  - *Experimental*, *investigational* or *for research purposes*;
  - Provided only for data collection and analysis that is not directly related to the clinical management of the *covered person*; or
  - Inconsistent with widely accepted and established standards of care for a diagnosis.

  The *covered person* must be eligible to participate in a clinical trial according to the trial protocol and:

  - Referred by a *health care practitioner*; or
  - Provide medical and scientific information supporting their participation in the clinical trial is appropriate.

## COVERED EXPENSES (continued)

For the routine costs to be considered a *covered expense*, the approved clinical trial must be a Phase I, II, III or IV clinical trial for the treatment of cancer or a life threatening condition and is:

- Federally funded or approved by the appropriate federal agency;
- The study or investigation is conducted under an investigational new drug application reviewed by the Federal Food and Drug Administration; or
- The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

47

# COVERED EXPENSES - BEHAVIORAL HEALTH

This "Covered Expenses – Behavioral Health" section describes the services that will be considered *covered expenses* for *mental health services* and *chemical dependency* services under this Plan. Benefits for *mental health services* and *chemical dependency* services will be paid on a *maximum allowable fee* basis and as shown in the "Schedule of Benefits – Behavioral Health". Refer to the "Schedule of Benefits" for any service not specifically listed in the "Schedule of Benefits – Behavioral Health". Benefits are subject to any applicable:

- The *deductible*;
- Any *copayment*;
- Any *coinsurance* percentage; and
- Any maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *SPD*. All terms and provisions of this Plan, including *preauthorization* requirements specified in this *SPD*, are applicable to *covered expenses*.

## Acute inpatient services

This Plan will pay benefits for *covered expenses* incurred by *you* due to an *admission* or *confinement* for *acute inpatient services* for *mental health services* and *chemical dependency* services provided in a *hospital* or *health care treatment facility*.

## Partial hospitalization services

This Plan will pay benefits for *covered expenses* incurred by *you* for *partial hospitalization* for *mental health services* and *chemical dependency* services in a *hospital* or *health care treatment facility*.

## Residential treatment facility

This Plan will pay benefits for *covered expenses* incurred by *you* due to an *admission* or *confinement* for *mental health services* and *chemical dependency* services provided in a *residential treatment facility*.

## Acute inpatient, partial hospitalization and residential treatment facility health care practitioner services

This Plan will pay benefits for *covered expenses* incurred by *you* for *mental health services* and *chemical dependency* services provided by a *health care practitioner* in a *hospital*, or *health care treatment facility* or *residential treatment facility*.

## Emergency services

This Plan will pay benefits for *covered expenses* incurred by *you* for *emergency care,* including the treatment and stabilization of an emergency condition for *mental health services* and *chemical dependency* services.

## COVERED EXPENSES – BEHAVIORAL HEALTH (continued)

*Emergency care* provided by a *non-network hospital* or a *non-network health care practitioner* will be covered at the *network provider* benefit as specified in the "Emergency care benefit" on the "Schedule of Benefits – Behavioral Health", subject to the *maximum allowable fee*. *Non-network providers* have not agreed to accept discounted or negotiated fees, and may bill *you* for charges in excess of the *maximum allowable fee*. *You* may be required to pay any amount not paid by this Plan.

*Covered expenses* also include *health care practitioner* services for *emergency care*, including the treatment and stabilization of an emergency condition, provided in a *hospital* emergency facility. These services are subject to the terms, conditions, limitations, and exclusions of this Plan.

Benefits under this "Emergency services" provision are not available if the services provided do not meet the definition of *emergency care*.

### Urgent care services

This Plan will pay benefits for *covered expenses* incurred by *you* in an *urgent care center* for *mental health services* and *chemical dependency* services. *Covered expense* also includes *health care practitioner* services for *urgent care* provided at and billed by an *urgent care center*.

### Outpatient services

This Plan will pay benefits for *covered expense* incurred by *you* for *mental health services* and *chemical dependency* services, including services in a *health care practitioner* office, *outpatient behavioral health* therapy, *outpatient* services provided as part of an *intensive outpatient program*, and other *outpatient* services, while not *confined* in a *hospital*, *residential treatment facility* or *health care treatment facility*.

### Home health care services

This Plan will pay benefits for *covered expenses* incurred by *you*, in connection with a *home health care plan*, for *mental health services* and *chemical dependency* services. All home health care services and supplies must be provided on a part-time or intermittent basis to *you* in conjunction with the approved *home health care plan*.

Home health care *covered expenses* include services provided by a *health care practitioner* who is a *behavioral health* professional, such as a counselor, psychologist or psychiatrist.

# COVERED EXPENSES - TRANSPLANT SERVICES

This "Covered Expenses – Transplant Services" section describes the services that will be considered *covered expenses* for transplant services under this Plan.  Benefits for transplant services will be paid on a *maximum allowable fee* basis and as shown in the "Schedule of Benefits – Transplant Services," subject to any applicable:

- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *SPD* for transplant services <u>not</u> covered by this Plan.  All terms and provisions of this Plan apply.

## Transplant covered expenses

This Plan will pay benefits for *covered expenses* incurred by *you* for a transplant that is preauthorized and approved by Humana.  This Plan must be notified of the initial transplant evaluation and given a reasonable opportunity to review the clinical results to determine if the transplant will be covered.  *You* or *your health care practitioner* must contact Humana's Transplant Management Department by calling the Customer Service number on *your* ID card when in need of a transplant.  This Plan will advise *your health care practitioner* once coverage of the requested transplant is approved by this Plan.  Benefits are payable only if the transplant is approved by this Plan.

*Covered expenses* for a transplant include pre-transplant services, transplant inclusive of any integral chemotherapy and associated services, post-discharge services, and treatment of complications after transplantation for or in connection with only the following procedures:

- Heart;
- Lung(s);
- Liver;
- Kidney;
- *Bone marrow*;
- Intestine;
- Pancreas;
- Auto islet cell;
- Any combination of the above listed transplants; and
- Any transplant not listed above required by state or federal law.

Multiple transplantations performed simultaneously are considered one transplant surgery.

Corneal transplants and porcine heart valve implants are tissues, which are considered part of regular plan benefits and are subject to other applicable provisions of this Plan.

## COVERED EXPENSES - TRANSPLANT SERVICES (continued)

The following are *covered expenses* for an approved transplant and all related complications:

- *Hospital* and *health care practitioner* services.

- Acquisition for transplants and associated donor costs, including pre-transplant services, the acquisition procedure, and any complications resulting from the acquisition. Donor costs for post-discharge services and treatment of complications for or in connection with acquisition for an approved transplant will not exceed the transplant treatment period of 365 days from the date of *hospital* discharge following acquisition.

- Direct, non-medical costs for:

   - The *covered person* receiving the transplant, if he or she lives more than 100 miles from the transplant facility; and
   - One designated caregiver or support person (two, if the *covered person* receiving the transplant is under 18 years of age), if they live more than 100 miles from the transplant facility.

   Direct, non-medical costs include:

   - Transportation to and from the *hospital* where the transplant is performed; and
   - Temporary lodging at a prearranged location when requested by the *hospital* and approved by this Plan.

   All direct, non-medical costs for the *covered person* receiving the transplant and the designated caregiver(s) or support person(s) are payable as specified in the "Schedule of Benefits – Transplant Services" section in this *SPD*.

*Covered expenses* for post-discharge services and treatment of complications for or in connection with an approved transplant are limited to the transplant treatment period of 365 days from the date of *hospital* discharge following transplantation of an approved transplant received while *you* were covered by this Plan. After this transplant treatment period, regular plan benefits and other provisions of this Plan are applicable.

# LIMITATIONS AND EXCLUSIONS

These limitations and exclusions apply even if a *health care practitioner* has performed or prescribed a medically appropriate procedure, treatment or supply.  This does not prevent *your health care practitioner* from providing or performing the procedure, treatment or supply. However, the procedure, treatment or supply will not be a *covered expense*.

Unless specifically stated otherwise, no benefits will be provided for, or on account of, the following items:

- Treatments, services, supplies or *surgeries* that are <u>not</u> *medically necessary*, except *preventive services*.

- A *sickness* or *bodily injury* arising out of, or in the course of, any employment for wage, gain or profit.  This exclusion applies whether or not *you* have Workers' Compensation coverage.  This exclusion does not apply to an *employee* that is sole proprietor, partner, or corporate officer if the sole proprietor, partner or corporate officer is not eligible to receive Workers' Compensation benefits.

- Care and treatment given in a *hospital* owned or run by any government entity, unless *you* are legally required to pay for such care and treatment.  However, care and treatment provided by military *hospitals* to *covered persons* who are armed services retirees and their *dependents* are <u>not</u> excluded.

- Any service furnished while *you* are *confined* in a *hospital* or institution owned or operated by the United States government or any of its agencies for any military service-connected *sickness* or *bodily injury*.

- Any service *you* would <u>not</u> be legally required to pay for in the absence of this insurance.

- *Sickness* or *bodily injury* for which *you* are in any way paid or entitled to payment or care and treatment by or through a government program.

- Any service <u>not</u> ordered by a *health care practitioner*.

- Private duty nursing.

- Services rendered by a standby physician, surgical assistant, assistant surgeon, physician assistant, registered nurse or certified operating room technician unless *medically necessary*.

- Any service which is not rendered by the billing provider.

- Any service not substantiated in the medical records of the billing provider.

- Expenses for services, *prescriptions*, equipment or supplies received outside the United States or from a foreign provider, unless:

  - For *emergency care*;

  - The *employee* is traveling outside the United States due to employment with the *employer* sponsoring this Plan and the services are not covered under any Workers' Compensation or similar law; or

  - The *employee* and *dependents* live outside the United States and the *employee* is in *active status* with the *employer* sponsoring this Plan.

## LIMITATIONS AND EXCLUSIONS (continued)

- Education or training, except for *diabetes self-management training* and *habilitative services*.

- Educational or vocational therapy, testing, services or schools, including therapeutic boarding schools and other therapeutic environments.  Educational or vocational videos, tapes, books and similar materials are also excluded.

- Services provided by a *covered person's family member*.

- *Ambulance* services for routine transportation to, from, or between medical facilities and/or a *health care practitioner's* office.

- Any drug, biological product, device, medical treatment, or procedure which is *experimental*, *investigational* or *for research purposes*.

- Vitamins, except for *preventive services* with a *prescription* from a *health care practitioner*, dietary supplements, and dietary formulas, except enteral formulas, nutritional supplements or low protein modified food products for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU).

- Over-the-counter, non-prescription medications, unless for drugs, medicines or medications or supplies on the Preventive Medication Coverage *drug list* with a *prescription* from a *health care practitioner*.

- Over-the-counter medical items or supplies that can be provided or prescribed by a *health care practitioner* but are also available without a written order or *prescription*, except for *preventive services*.

- Immunizations required for foreign travel for a *covered person* of any age.

- Growth hormones, except as otherwise specified in the pharmacy services sections of this *SPD*.

- *Prescription* drugs and *self-administered injectable drugs*, except as specified in the "Covered Expenses – Pharmacy Services" section in this *SPD* or unless administered to *you*:

  - While an *inpatient* in a *hospital*, *skilled nursing facility*, *health care treatment facility* or *residential treatment facility*;
  - By the following, when deemed appropriate by this Plan:

    - A *health care practitioner*:

      - During an office visit; or
      - While an *outpatient*; or

    - A *home health care agency* as part of a covered *home health care plan*.

## LIMITATIONS AND EXCLUSIONS (continued)

- Hearing aids, the fitting of hearing aids or advice on their care; implantable hearing devices, except for cochlear implants as otherwise stated in this *SPD*.

- Services received in an emergency room, unless required because of *emergency care*.

- Weekend non-emergency *hospital admissions*, specifically *admissions* to a *hospital* on a Friday or Saturday at the convenience of the *covered person* or his or her *health care practitioner* when there is no cause for an emergency *admission* and the *covered person* receives no *surgery* or therapeutic treatment until the following Monday.

- *Hospital inpatient* services when *you* are in *observation status*.

- *Infertility services*; or reversal of elective sterilization.

- No benefit is payable for or in connection with a transplant if:

  - The expense relates to storage of cord blood and stem cells, unless it is an integral part of a transplant approved by this Plan.

  - This Plan does not approve coverage for the transplant, based on Humana's established criteria.

  - Expenses are eligible to be paid under any private or public research fund, government program except *Medicaid*, or another funding program, whether or not such funding was applied for or received.

  - The expense relates to the transplantation of any non-human organ or tissue, unless otherwise stated in the Plan.

  - The expense relates to the donation or acquisition of an organ for a recipient who is not covered by this Plan.

  - The expense relates to donor costs that are payable in whole or in part by any other group plan, insurance company, organization, or person other than the donor's family or estate.

  - The expense relates to a transplant performed outside of the United States and any care resulting from that transplant.

- No benefits will be provided for:

  - Immunotherapy for recurrent abortion;
  - Chemonucleolysis;
  - Biliary lithotripsy;
  - Sleep therapy;
  - Light treatments for Seasonal Affective Disorder (S.A.D.);
  - Immunotherapy for food allergy;
  - Prolotherapy; or
  - Sensory integration therapy.

## LIMITATIONS AND EXCLUSIONS (continued)

- *Cosmetic surgery* and cosmetic services or devices.

- Hair prosthesis, hair transplants or implants and wigs.

- Dental services, appliances or supplies for treatment of the teeth, gums, jaws or alveolar processes, including but not limited to, any *oral surgery*, *endodontic services* or *periodontics*, implants and related procedures, orthodontic procedures, and any dental services related to a *bodily injury* or *sickness* unless otherwise stated in this *SPD*.

- The following types of care of the feet:

  - Shock wave therapy of the feet;
  - The treatment of weak, strained, flat, unstable or unbalanced feet;
  - Hygienic care, and the treatment of superficial lesions of the feet, such as corns, calluses, or hyperkeratoses;
  - The treatment of tarsalgia, metatarsalgia, or bunion, except surgically;
  - The cutting of toenails, except the removal of the nail matrix;
  - Heel wedges, lifts, or shoe inserts; and
  - Arch supports (foot orthotics) or orthopedic shoes, except for diabetes or hammer toe.

- *Custodial care* and *maintenance care.*

- Any loss contributed to, or caused by:

  - War or any act of war, whether declared or not;
  - Insurrection; or
  - Any conflict involving armed forces of any authority.

- *Sickness* or *bodily injury* caused by the *covered person's*:

  - Engagement in an illegal occupation; or
  - Commission of or an attempt to commit a criminal act.

  This exclusion does not apply to any *sickness* or *bodily injury* resulting from an act of domestic violence or a medical condition (including both physical and mental health conditions).

- Expenses for any membership fees or program fees, including but not limited to health clubs, health spas, and strength conditioning, work-hardening programs, and weight loss or surgical programs, and any materials or products related to these programs.

## LIMITATIONS AND EXCLUSIONS (continued)

- Surgical procedures for the removal of excess skin and/or fat in conjunction with or resulting from weight loss or a weight loss *surgery*.

- Expenses for services that are primarily and customarily used for environmental control or enhancement (whether or not prescribed by a *health care practitioner*) and certain medical devices including, but not limited to:

    - Common household items including air conditioners, air purifiers, water purifiers, vacuum cleaners, waterbeds, hypoallergenic mattresses or pillows or exercise equipment;

    - Motorized transportation equipment (e.g. scooters), escalators, elevators, ramps or modifications or additions to living/working quarters or transportation vehicles;

    - Personal hygiene equipment including bath/shower chairs, transfer equipment or supplies or bed side commodes;

    - Personal comfort items including cervical pillows, gravity lumbar reduction chairs, swimming pools, whirlpools, spas or saunas;

    - Medical equipment including:

        - Blood pressure monitoring devices, unless prescribed by a *health care practitioner* for *preventive services* and ambulatory blood pressure monitoring is not available to confirm diagnosis of hypertension;

        - PUVA lights; and

        - Stethoscopes;

    - Communication system, telephone, television or computer systems and related equipment or similar items or equipment;

    - Communication devices, except after surgical removal of the larynx or a diagnosis of permanent lack of function of the larynx.

- Duplicate or similar rentals or purchases of *durable medical equipment* or *diabetes equipment*.

- Therapy and testing for treatment of allergies including, but not limited to, services related to clinical ecology, environmental allergy and allergic immune system dysregulation and sublingual antigen(s), extracts, neutralization tests and/or treatment <u>unless</u> such therapy or testing is approved by:

    - The American Academy of Allergy and Immunology; or
    - The Department of Health and Human Services or any of its offices or agencies.

---

## LIMITATIONS AND EXCLUSIONS (continued)

---

- Lodging accommodations or transportation.

- Communications or travel time.

- Bariatric *surgery*, any services or complications related to bariatric *surgery*, and other weight loss products or services.

- *Sickness* or *bodily injury* for which no-fault medical payment or expense coverage benefits are paid or payable under any automobile, homeowners, premises or any other similar coverage.

- Elective medical or surgical abortion unless:

  - The pregnancy would endanger the life of the mother; or
  - The pregnancy is a result of rape or incest.

- *Alternative medicine.*

- Acupuncture, unless:

  - The treatment is *medically necessary*, appropriate and is provided within the scope of the acupuncturist's license; and
  - *You* are directed to the acupuncturist for treatment by a licensed physician.

- Services rendered in a premenstrual syndrome clinic or holistic medicine clinic.

- Services of a midwife, unless the midwife is licensed.

- Vision examinations or testing for the purposes of prescribing corrective lenses.

- Orthoptic/vision training (eye exercises).

- Radial keratotomy, refractive keratoplasty or any other *surgery* or procedure to correct myopia, hyperopia or stigmatic error.

- The purchase or fitting of eyeglasses or contact lenses, except as the result of an *accident* or following cataract *surgery* as stated in this *SPD*.

## LIMITATIONS AND EXCLUSIONS (continued)

- Services and supplies which are:

  - Rendered in connection with mental illnesses not classified in the International Classification of Diseases of the U.S. Department of Health and Human Services; or
  - Extended beyond the period necessary for evaluation and diagnosis of learning and behavioral disabilities or for mental retardation.

- Marriage counseling.

- Expenses for employment, school, sport or camp physical examinations or for the purposes of obtaining insurance.

- Expenses for care and treatment of non-covered procedures or services.

- Expenses for treatment of complications of non-covered procedures or services.

- Expenses incurred for services prior to the *effective date* or after the termination date of *your* coverage under this Plan.

- *Pre-surgical/procedural testing* duplicated during a *hospital confinement*.

## COORDINATION OF BENEFITS

**BENEFITS SUBJECT TO THIS PROVISION**

Benefits described in this Plan are coordinated with benefits provided by other plans under which *you* are also covered.  This is to prevent duplication of coverage and a resulting increase in the cost of medical or dental coverage.

For this purpose, a plan is one which covers medical or dental expenses and provides benefits or services by group, franchise or blanket insurance coverage.  This includes group-type contracts not available to the general public, obtained and maintained only because of the *covered person's* membership in, or connection with, a particular organization or group, whether or not designated as franchise, blanket, or in some other fashion.  Plan also includes any coverage provided through the following:

- Employer, trustee, union, employee benefit, or other association; or
- Governmental programs, programs mandated by state statute, or sponsored or provided by an educational institution.

This Coordination of Benefits provision does not apply to any individual policies or Blanket Student Accident Insurance provided by, or through, an educational institution.  Allowable expense means any eligible expense, a portion of which is covered under one of the plans covering the person for whom claim is made.  Each plan will determine what is an allowable expense according to the provisions of the respective plan.  When a plan provides benefits in the form of services rather than cash payments, the reasonable cash value of each service rendered will be deemed to be both an allowable expense and a benefit paid.

**EFFECT ON BENEFITS**

One of the plans involved will pay benefits first.  This is called the primary plan.  All other plans are called secondary plans.

When this Plan is the secondary plan, the sum of the benefit payable will not exceed 100% of the total allowable expenses incurred under this Plan and any other plans included under this provision.

**ORDER OF BENEFIT DETERMINATION**

In order to pay claims, it must be determined which plan is primary and which plan(s) are secondary.  A plan will pay benefits first if it meets one of the following conditions:

- The plan has no coordination of benefits provision;
- The plan covers the person as an *employee*;
- For a child who is covered under both parents' plans, the plan covering the parent whose birthday (month and day) occurs first in the *calendar year* pays before the plan covering the other parent.  If the birthdates of both parents are the same, the plan which has covered the person for the longer period of time will be determined the primary plan.  If a plan other than this Plan does not include this provision, then the gender rule will be followed to determine which plan is primary.
- In the case of *dependent* children covered under the plans of divorced or separated parents, the following rules apply:

  - The plan of a parent who has custody will pay the benefits first;
  - The plan has no coordination of benefits provision;

**COORDINATION OF BENEFITS (continued)**

- The plan of a step-parent who has custody will pay benefits next;
- The plan of a parent who does not have custody will pay benefits next;
- The plan of a step-parent who does not have custody will pay benefits next.

There may be a court decree which gives one parent financial responsibility for the medical or dental expenses of the *dependent* children.  If there is a court decree, the rules stated above will not apply if they conflict with the court decree.  Instead, the plan of the parent with financial responsibility will pay benefits first.

- If a person is laid off or is retired or is a *dependent* of such person, that plan covers after the plan covering such person as an active *employee* or *dependent* of such *employee*.  If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule will be ignored.

If the above rules do not apply or cannot be determined, then the plan that covered the person for the longest period of time will pay first.

## COORDINATION OF BENEFITS WITH MEDICARE

When an employer employs 20 or more persons, the benefits of this Plan will be payable first for a *covered person* who is under age 65 and eligible for *Medicare*.  The benefits of *Medicare* will be payable second.

**MEDICARE PART A** means the Social Security program that provides hospital insurance benefits.

**MEDICARE PART B** means the Social Security program that provides medical insurance benefits.

## OPTIONS

Federal Law allows this Plan's actively working covered *employees* age 65 or older and their covered spouses who are eligible for *Medicare* to choose one of the following options:

**OPTION 1** - The benefits of this Plan will be payable first and the benefits of *Medicare* will be payable second.

**OPTION 2** - *Medicare* benefits only.  The *covered person* and his or her *dependents*, if any, will not be covered by this Plan.

Each covered *employee* and each covered spouse will be provided with the choice to elect one of these options at least one month before the covered *employee* or the covered spouse becomes age 65.  All new covered *employees* and newly covered spouses age 65 or older will also be offered these options.  If Option 1 is chosen, its issue is subject to the same requirements as for a covered *employee* or *dependent* who is under age 65.

Under Federal law, there are two categories of persons eligible for *Medicare*.  The calculation and payments of benefits by this Plan differs for each category.

**CATEGORY 1 -** *Medicare* Eligibles are actively working covered *employees* age 65 or older and their age 65 or older covered spouses, and age 65 or older covered spouses of actively working covered *employees* who are under age 65.

---

**COORDINATION OF BENEFITS (continued)**

---

**CATEGORY 2 -** *Medicare* Eligibles are any other *covered persons* entitled to *Medicare*, whether or not they enrolled for it.  This category includes, but is not limited to, retired covered *employees* and their spouses or covered *dependents* of a covered *employee* other than his or her spouse.

## CALCULATION AND PAYMENT OF BENEFITS

For *covered persons* in Category 1, benefits are payable by this Plan without regard to any benefits payable by *Medicare*.  *Medicare* will then determine its benefits.

For *covered persons* in Category 2, *Medicare* benefits are payable before any benefits are payable by this Plan.  The benefits of this Plan will then be reduced by the full amount of all *Medicare* benefits the *covered person* is entitled to receive.

## RIGHT OF RECOVERY

This Plan reserves the right to recover benefit payments made for an allowable expense under this Plan in the amount which exceeds the maximum amount this Plan is required to pay under these provisions.  This right of recovery applies to this Plan against:

- Any person(s) to, for or with respect to whom, such payments were made; or
- Any other insurance companies, or organizations which according to these provisions, owe benefits due for the same allowable expense under any other plan.

This Plan alone will determine against whom this right of recovery will be exercised.

## CLAIM PROCEDURES

### SUBMITTING A CLAIM

This section describes what a *covered person* (or his or her authorized representative) must do to file a claim for Plan benefits.

- A claim must be filed with Humana in writing and delivered to Humana by mail, postage prepaid. However, a submission to obtain *preauthorization* may also be filed with Humana by telephone;
- Claims must be submitted to Humana at the address indicated in the documents describing this Plan or *claimant's* Humana ID card. Claims will not be deemed submitted for purposes of these procedures unless and until received at the correct address;
- Also, claims submissions must be in a format acceptable to Humana and compliant with any applicable legal requirements. Claims that are not submitted in accordance with the requirements of applicable federal law respecting privacy of *protected health information* and/or *electronic* claims standards will not be accepted by this Plan;
- Claims submissions must be timely. Claims must be filed as soon as reasonably possible after they are incurred, and in no event later than 6 months after the date the claim was incurred for *non-network provider* claims, except if *you* were legally incapacitated. Claims should be submitted by a *network provider* in accordance with the timely filing period outlined in that *provider's contract* with Humana (typically 180 days for physicians and 90 days for facilities and ancillary providers, however, a provider's contractual timely filing period may vary). Plan benefits are only available for claims that are incurred by a *covered person* during the period that he or she is covered under this Plan;
- Claims submissions must be complete. They must contain, at a minimum:

  - The name of the *covered person* who incurred the *covered expense*;
  - The name and address of the health care provider;
  - The diagnosis of the condition;
  - The procedure or nature of the treatment;
  - The date of and place where the procedure or treatment has been or will be provided;
  - The amount billed and the amount of the *covered expense* not paid through coverage other than Plan coverage, as appropriate;
  - Evidence that substantiates the nature, amount, and timeliness of each *covered expense* in a format that is acceptable according to industry standards and in compliance with applicable law.

Presentation of a *prescription* to a *pharmacy* does not constitute a claim. If a *covered person* is required to pay the cost of a covered *prescription* drug, however, he or she may submit a claim based on that amount to Humana.

A general request for an interpretation of Plan provisions will not be considered to be a claim. Requests of this type, such as a request for an interpretation of the eligibility provisions of this Plan, should be directed to the *Plan Administrator*.

Mail medical claims and correspondence to:

> Humana Claims Office
> P.O. Box 14601
> Lexington, KY 40512-4601

## MISCELLANEOUS MEDICAL CHARGES

If *you* accumulate bills for medical items *you* purchase or rent *yourself*, send them to Humana at least once every three months during the *year* (quarterly).  The receipts must include the patient name, name of the item, date item was purchased or rented and name of the provider of service.

## PROCEDURAL DEFECTS

If a *pre-service claim* submission is not made in accordance with this Plan's procedural requirements, Humana will notify the *claimant* of the procedural deficiency and how it may be cured no later than within five (5) days (or within 24 hours, in the case of an *urgent care claim*) following the failure.  A *post-service claim* that is not submitted in accordance with these claims procedures will be returned to the submitter.

## ASSIGNMENTS AND REPRESENTATIVES

A *covered person* may assign his or her right to receive Plan benefits to a health care provider only with the consent of Humana, in its sole discretion, except as may be required by applicable law.  Assignments must be in writing.  If a document is not sufficient to constitute an assignment, as determined by Humana, then this Plan will not consider an assignment to have been made.  An assignment is not binding on this Plan until Humana receives and acknowledges in writing the original or copy of the assignment before payment of the benefit.

If benefits are assigned in accordance with the foregoing paragraph and a health care provider submits claims on behalf of a *covered person*, benefits will be paid to that health care provider.

In addition, a *covered person* may designate an authorized representative to act on his or her behalf in pursuing a benefit claim or *appeal*.  The designation must be explicitly stated in writing and it must authorize disclosure of *protected health information* with respect to the claim by this Plan, Humana and the authorized representative to one another.  If a document is not sufficient to constitute a designation of an authorized representative, as determined by Humana, then this Plan will not consider a designation to have been made.   An assignment of benefits does not constitute designation of an authorized representative.

- Any document designating an authorized representative must be submitted to Humana in advance, or at the time an authorized representative commences a course of action on behalf of a *claimant*.  At the same time, the authorized representative should also provide notice of commencement of the action on behalf of the *claimant* to the *claimant*, which Humana may verify with the *claimant* prior to recognizing the authorized representative status.
- In any event, a health care provider with knowledge of a *claimant's* medical condition acting in connection with an *urgent care claim* will be recognized by this Plan as the *claimant's* authorized representative.

*Covered persons* should carefully consider whether to designate an authorized representative.   An authorized representative may make decisions independent of the *covered person*, such as whether and how to *appeal* a claim denial.

**CLAIM PROCEDURES (continued)**

## CLAIMS DECISIONS

After submission of a claim by a *claimant*, Humana will notify *the claimant* within a reasonable time, as follows:

### Pre-Service Claims

Humana will notify the *claimant* of a favorable or *adverse benefit determination* within a reasonable time appropriate to the medical circumstances, but no later than 15 days after receipt of the claim by this Plan.

However, this period may be extended by an additional 15 days, if Humana determines that the extension is necessary due to matters beyond the control of this Plan. Humana will notify the affected *claimant* of the extension before the end of the initial 15-day period, the circumstances requiring the extension, and the date by which this Plan expects to make a decision.

If the reason for the extension is because of the *claimant's* failure to submit information necessary to decide the claim, the notice of extension will describe the required information. The *claimant* will have at least 45 days from the date the notice is received to provide the specified information.

### Urgent Care Claims

Humana will determine whether a claim is an *urgent care claim*. This determination will be made on the basis of information furnished by or on behalf of a *claimant*. In making this determination, Humana will exercise its judgment, with deference to the judgment of a physician with knowledge of the *claimant's* condition. Accordingly, Humana may require a *claimant* to clarify the medical urgency and circumstances that support the *urgent care claim* for expedited decision-making.

Humana will notify the *claimant* of a favorable or *adverse benefit determination* as soon as possible, taking into account the medical urgency particular to the *claimant's* situation, but not later than 72 hours after receipt of the *urgent care claim* by this Plan.

However, if a claim is submitted that does not provide sufficient information to determine whether, or to what extent, expenses are covered or payable under this Plan, notice will be provided by Humana as soon as possible, but not more than 24 hours after receipt of the *urgent care claim* by this Plan. The notice will describe the specific information necessary to complete the claim.

- The *claimant* will have a reasonable amount of time, taking into account his or her circumstances, to provide the necessary information but not less than 48 hours.
- Humana will notify the *claimant* of this Plan's *urgent care claim* determination as soon as possible, but in no event more than 48 hours after the earlier of:

    - This Plan's receipt of the specified information; or
    - The end of the period afforded the *claimant* to provide the specified additional information.

### Concurrent Care Decisions

Humana will notify a *claimant* of a *concurrent care decision* that involves a reduction in or termination of benefits that have been pre-authorized. Humana will provide the notice sufficiently in advance of the reduction or termination to allow the *claimant* to *appeal* and obtain a determination on review of the *adverse benefit determination* before the benefit is reduced or terminated.

## CLAIM PROCEDURES (continued)

A request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that is a claim involving urgent care will be decided by Humana as soon as possible, taking into account the medical urgency. Humana will notify a *claimant* of the benefit determination, whether adverse or not within 24 hours after receipt of the claim by this Plan, provided that the claim is submitted to this Plan at least 24 hours prior to the expiration of the prescribed period of time or number of treatments.

**Post-Service Claims**

Humana will notify the *claimant* of a favorable or *adverse benefit determination* within a reasonable time, but not later than 30 days after receipt of the claim by this Plan.

However, this period may be extended by an additional 15 days if Humana determines that the extension is necessary due to matters beyond the control of this Plan. Humana will notify the affected *claimant* of the extension before the end of the initial 30-day period, the circumstances requiring the extension, and the date by which this Plan expects to make a decision.

If the reason for the extension is because of the *claimant's* failure to submit information necessary to decide the claim, the notice of extension will describe the required information. The *claimant* will have at least 45 days from the date the notice is received to provide the specified information. Humana will make a decision no later than 15 days after the earlier of the date on which the information provided by the *claimant* is received by this Plan or the expiration of the time allowed for submission of the additional information.

## TIMES FOR DECISIONS

The periods of time for claims decisions presented above begin when a claim is received by this Plan, in accordance with these claims procedures.

## PAYMENT OF CLAIMS

Many health care providers will request an assignment of benefits as a matter of convenience to both provider and patient. Also as a matter of convenience, Humana will, in its sole discretion, assume that an assignment of benefits has been made to certain *network providers*. In those instances, Humana will make direct payment to the *hospital*, clinic or physician's office, unless Humana is advised in writing that *you* have already paid the bill. If *you* have paid the bill, please indicate on the original statement, "paid by *employee,*" and send it directly to Humana. *You* will receive a written explanation of an *adverse benefit determination*. Humana reserves the right to request any information required to determine benefits or process a claim. *You* or the provider of services will be contacted if additional information is needed to process *your* claim.

When an *employee's* child is subject to a medical child support order, Humana will make reimbursement of eligible expenses paid by *you*, the child, the child's non-employee custodial parent, or legal guardian, to that child or the child's custodial parent, or legal guardian, or as provided in the medical child support order.

Payment of benefits under this Plan will be made in accordance with an assignment of rights for *you* and *your dependents* as required under state *Medicaid* law.

Benefits payable on behalf of *you* or *your* covered *dependent* after death will be paid, at this Plan's option, to any *family member(s)* or *your* estate.

**CLAIM PROCEDURES (continued)**

Humana will rely upon an affidavit to determine benefit payment, unless it receives written notice of valid claim before payment is made. The affidavit will release this Plan from further liability.

Any payment made by Humana in good faith will fully discharge it to the extent of such payment.

Payments due under this Plan will be paid upon receipt of written proof of loss.

## NOTICES – GENERAL INFORMATION

A notice of an *adverse benefit determination* or *final internal adverse benefit determination* will include information that sufficiently identifies the claim involved, including:

- The date of service;
- The health care provider;
- The claim amount, if applicable;
- The reason(s) for the *adverse benefit determination* or *final internal adverse benefit determination* to include the denial code (e.g. CARC) and its corresponding meaning as well as a description of this Plan's standard (if any) that was used in denying the claim. For a *final internal adverse benefit determination*, this description must include a discussion of the decision.
- A description of available *internal appeals* and *external review* processes, including information on how to initiate an *appeal*; and
- Disclosure of the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman to assist individuals with internal claims and *appeals*, and *external review* processes.

The *claimant* may request the diagnosis code(s) (e.g. ICD-9) and/or the treatment code(s) (e.g. CPT) that apply to the claim involved with the *adverse benefit determination* or *final internal adverse benefit determination* notice. A request for this information, in itself, will not be considered a request for an *appeal* or *external review*.

## INITIAL DENIAL NOTICES

Notice of a claim denial (including a partial denial) will be provided to *claimants* by mail, postage prepaid, within the time frames noted above.

However, notices of adverse decisions involving *urgent care claims* may be provided to a *claimant* orally within the time frames noted above for expedited *urgent care claim* decisions. If oral notice is given, written notification will be provided to the *claimant* no later than 3 days after the oral notification.

A claims denial notice will state the specific reason or reasons for the *adverse benefit determination*, the specific Plan provisions on which the determination is based, and a description of this Plan's review procedures and associated timeline. The notice will also include a description of any additional material or information necessary for the *claimant* to perfect the claim and an explanation of why such material or information is necessary.

The notice will describe this Plan's review procedures and the time limits applicable to such procedures, including a statement of the *claimant's* right to bring a civil action under ERISA Section 502(a) following an *adverse benefit determination* on review.

## CLAIM PROCEDURES (continued)

The notice will also disclose any internal Plan rule, protocol or similar criterion that was relied on to deny the claim.  A copy of the rule, protocol or similar criterion relied upon will be provided to a *claimant* free of charge upon request.

If the *adverse benefit determination* is based on *medical necessity, experimental, investigational or for research purposes,* or similar exclusion or limit, the notice will provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of this Plan to the *claimant's* medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the case of an adverse decision of an *urgent care claim*, the notice will provide a description of this Plan's expedited review procedures applicable to such claims.

## APPEALS OF ADVERSE BENEFIT DETERMINATIONS

A *claimant* must *appeal* an *adverse benefit determination* within 180 days after receiving written notice of the denial (or partial denial).  With the exception of *urgent care claims* and *concurrent care decisions*, this Plan uses a two level *appeals* process for all *adverse benefit determinations*.  Humana will make the determination on the first level of *appeal*.  If the *claimant* is dissatisfied with the decision on this first level of *appeal*, or if Humana fails to make a decision within the time frame indicated below, the *claimant* may *appeal* again to Humana.  *Urgent care claims* and *concurrent care decisions* (expedited *internal appeals*) are subject to a single level *appeal* process only, with Humana making the determination.

A first level and second level *appeal* must be made by a *claimant* by means of written application, in person, or by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

*Appeals* of denied claims will be conducted promptly, will not defer to the initial determination, and will not be made by the person who made the initial adverse claim determination or a subordinate of that person.  The determination will take into account all comments, documents, records, and other information submitted by the *claimant* relating to the claim.

A *claimant* may review relevant documents and may submit issues and comments in writing.  A *claimant* on *appeal* may, upon request, discover the identity of medical or vocational experts whose advice was obtained on behalf of this Plan in connection with the *adverse benefit determination* being appealed, as permitted under applicable law.

If the claims denial being appealed is based in whole, or in part, upon a medical judgment, including determinations with regard to whether a particular treatment, drug, or other item is *experimental, investigational,* or *for research purposes*, or not *medically necessary* or appropriate, the person deciding the *appeal* will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment.  The consulting health care professional will not be the same person who decided the initial *appeal* or a subordinate of that person.

## CLAIM PROCEDURES (continued)

**Time Periods for Decisions on Appeal -- First Level**

*Appeals* of claims denials will be decided and notice of the decision provided as follows:

| | |
|---|---|
| *Urgent Care Claims* | As soon as possible, but not later than 72 hours after Humana receives the *appeal* request.  If oral notification is given, written notification will follow in hard copy or *electronic* format within the next 3 days. |
| *Pre-Service Claims* | Within a reasonable period, but not later than 15 days after Humana receives the *appeal* request. |
| *Post-Service Claims* | Within a reasonable period, but no later than 30 days after Humana receives the *appeal* request. |
| *Concurrent Care Decisions* | Within the time periods specified above, depending upon the type of claim involved. |

**Time Periods for Decisions on Appeal -- Second Level**

*Appeals* of claims denials will be decided and notice of the decision provided as follows:

| | |
|---|---|
| *Pre-Service Claims* | Within a reasonable period, but not later than 15 days after Humana receives the *appeal* request. |
| *Post-Service Claims* | Within a reasonable period, but no later than 30 days after Humana receives the *appeal* request. |

## APPEAL DENIAL NOTICES

Notice of a benefit determination on *appeal* will be provided to *claimants* by mail, postage prepaid, within the time frames noted above.

A notice that a claim *appeal* has been denied will convey the specific reason or reasons for the *adverse benefit determination* and the specific Plan provisions on which the determination is based.

The notice will also disclose any internal Plan rule, protocol or similar criterion that was relied on to deny the claim.  A copy of the rule, protocol or similar criterion relied upon will be provided to a *claimant* free of charge upon request.

## CLAIM PROCEDURES (continued)

If the *adverse benefit determination* is based on *medical necessity*, *experimental, investigational,* or *for research purposes* or similar exclusion or limit, the notice will provide either an explanation of the scientific or clinical judgment for the determination, applying the terms of this Plan to the *claimant's* medical circumstances, or a statement that such explanation will be provided free of charge upon request.

In the event of a denial of an appealed claim, the *claimant* on *appeal* will be entitled to receive, upon request and without charge, reasonable access to and copies of any document, record or other information:

- Relied on in making the determination;
- Submitted, considered or generated in the course of making the benefit determination;
- That demonstrates compliance with the administrative processes and safeguards required with respect to such determinations;
- That constitutes a statement of policy or guidance with respect to this Plan concerning the denied treatment, without regard to whether the statement was relied on.

## FULL AND FAIR REVIEW

As part of providing an opportunity for a full and fair review, this Plan shall provide the *claimant*, free of charge, with any new or additional evidence considered, relied upon, or generated by this Plan (or at the direction of this Plan) in connection with the claim. Such evidence shall be provided as soon as possible and sufficiently in advance of the date on which the notice of *final internal adverse benefit determination* is required to be provided to give the *claimant* a reasonable opportunity to respond prior to that date.

Before a *final internal adverse benefit determination* is made based on a new or additional rationale, this Plan shall provide the *claimant*, free of charge, with the rationale. The rationale shall be provided as soon as possible and sufficiently in advance of the date on which the notice of *final internal adverse benefit determination* is required to be provided to give the *claimant* a reasonable opportunity to respond prior to that date.

## RIGHT TO REQUIRE MEDICAL EXAMINATIONS

This Plan has the right to require that a medical examination be performed on any *claimant* for whom a claim is pending as often as may be reasonably required. If this Plan requires a medical examination, it will be performed at this Plan's expense. This Plan also has a right to request an autopsy in the case of death, if state law so allow.

## EXHAUSTION

Upon completion of the *appeals* process under this section, a *claimant* will have exhausted his or her administrative remedies under this Plan. If Humana fails to complete a claim determination or *appeal* within the time limits set forth above, the *claimant* may treat the claim or *appeal* as having been denied, and the *claimant* may proceed to the next level in the review process. After exhaustion, a *claimant* may pursue any other legal remedies available to him or her which may include bringing a civil action under ERISA § 502(a) for judicial review of this Plan's determinations. Additional information may be available from a local U.S. Department of Labor Office.

**CLAIM PROCEDURES (continued)**

A *claimant* may seek immediate *external review* of an *adverse benefit determination* if Humana fails to strictly adhere to the requirements for internal claims and *appeals* processes set forth by the federal regulations, unless the violation was:  a) Minor; b) Non-prejudicial; c) Attributable to good cause or matters beyond the Plan's control; d) In the context of an ongoing good-faith exchange of information; and e) Not reflective of a pattern or practice of non-compliance.  The *claimant* is entitled, upon written request, to an explanation of the Plan's basis for asserting that it meets the standard, so the *claimant* can make an informed judgment about whether to seek immediate *external review*.  If the external reviewer or the court rejects the *claimant's* request for immediate review on the basis that the Plan met this standard, the *claimant* has the right to resubmit and pursue the *internal appeal* of the claim.

## LEGAL ACTIONS AND LIMITATIONS

No action at law or inequity may be brought with respect to Plan benefits until all remedies under this Plan have been exhausted and then prior to the expiration of the applicable limitations period under applicable law.

## STANDARD EXTERNAL REVIEW

### Request for an External Review

A *claimant* may file a request for an *external review* with Humana at the address listed below, within 4 months after the date the *claimant* received an *adverse benefit determination* or *final internal adverse benefit determination* notice that involves a medical judgment (excluding those that involve only contractual or legal interpretation without any use of medical judgment, as determined by the external reviewer) or a *rescission* of coverage.  If there is no corresponding date 4 months after the notice date, the request must be filed by the first day of the 5th month following receipt of the notice.  If the last filing date falls on a Saturday, Sunday or federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday or federal holiday.

A request for an *external review* must be made by a *claimant* by means of written application, by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

### Preliminary Review

Within 5 business days following receipt of a request for *external review*, Humana must complete a preliminary review of the request to determine the following:

- If the *claimant* is, or was, covered under this Plan at the time the health care item or service was requested or provided;
- If the *adverse benefit determination* or *final internal adverse benefit determination* relates to the *claimant's* failure to meet this Plan's eligibility requirements;
- If the *claimant* has exhausted this Plan's *internal appeals* process, when required; and
- If the *claimant* has provided all the information and forms required to process an *external review*.

## CLAIM PROCEDURES (continued)

Within 1 business day after completion of the preliminary review, Humana must provide written notification to the *claimant* of the following:

- If the request is complete but not eligible for *external review*. The notice must include the reason(s) for its ineligibility and contact information for the Department of Labor (DOL) Employee Benefits Security Administration (EBSA), including this toll-free number:  1-866-444-EBSA (3272) and this email address:  www.askebsa.dol.gov.

- If the request is not complete. The notice must describe the information or materials needed to make it complete, and Humana must allow the *claimant* to perfect the *external review* request within whichever of the following two options is later:

  - The initial 4-month filing period; or
  - The 48-hour period following receipt of the notification.

### Referral to an Independent Review Organization (IRO)

Humana must assign an independent *IRO* that is accredited by URAC, or another nationally-recognized accreditation organization to conduct the *external review*. Humana must attempt to prevent bias by contracting with at least 3 *IROs* for assignments and rotate claims assignments among them, or incorporate some other independent method for *IRO* selection (such as random selection). The *IRO* may not be eligible for financial incentives based on the likelihood that the *IRO* will support the denial of benefits.

The contract between Humana and the *IRO* must provide for the following:

- The assigned *IRO* will use legal experts where appropriate to make coverage determinations.
- The assigned *IRO* will timely provide the *claimant* with written notification of the request's eligibility and acceptance of the request for *external review*. This written notice must inform the *claimant* that he/she may submit, in writing, additional information that the *IRO* must consider when conducting the *external review* to the *IRO* within 10 business days following the date the notice is received by the *claimant*. The *IRO* may accept and consider additional information submitted after 10 business days.
- Humana must provide the *IRO* the documents and any information considered in making the *adverse benefit determination* or *final internal adverse benefit determination* within 5 business days after assigning the *IRO*. Failure to timely provide this information must not delay the conduct of the *external review* - the assigned *IRO* may terminate the *external review* and make a decision to reverse the *adverse benefit determination* or *final internal adverse benefit determination* if this Plan fails to timely provide this information. The *IRO* must notify the *claimant* and Humana within 1 business day of making the decision.
- If the *IRO* receives any information from the *claimant*, the *IRO* must forward it to Humana within 1 business day. After receiving this information, Humana may reconsider its *adverse benefit determination* or *final internal adverse benefit determination*. If Humana reverses or changes its original determination, Humana must notify the *claimant* and the *IRO*, in writing, within 1 business day. The assigned *IRO* will then terminate the *external review*.

**CLAIM PROCEDURES (continued)**

- The *IRO* will review all information and documents timely received.  In reaching a decision, the *IRO* will not be bound by any decisions or conclusions reached during Humana's internal claims and *appeals* process.  The *IRO*, to the extent the information or documents are available and the *IRO* considers them appropriate, will consider the following when reaching a determination:

  - The *claimant's* medical records;
  - The attending health care professional's recommendation;
  - Reports from the appropriate health care professional(s) and other documents submitted by Humana, *claimant*, or *claimant's* treating provider;
  - The terms of the *claimant's* plan to ensure the *IRO's* decision is not contrary, unless the terms are inconsistent with applicable law;
  - Appropriate practice guidelines, including applicable evidence-based standards that may include practice guidelines developed by the federal government, national or professional medical societies, boards, and associations;
  - Any applicable clinical review criteria developed and used by this Plan, unless inconsistent with the terms of this Plan or with applicable law; and
  - The opinion of the *IRO's* clinical reviewer(s) after considering the information described above to the extent the information or documents are available and the reviewer(s) consider them appropriate.

- The assigned *IRO* must provide written notice of the *final external review decision* within 45 days after receiving the *external review* request to the *claimant* and Humana.  The decision notice must contain the following:

  - A general description of the reason an *external review* was requested, including information sufficient to identify the claim including:

    - The date(s) of service;
    - The health care provider;
    - The claim amount (if applicable); and
    - The reason for the previous denial.

  - The date the *IRO* received assignment to conduct the *external review* and the date of the *IRO* decision;
  - References to the evidence or documentation considered in reaching the decision, including the specific coverage provisions and evidence-based standards;
  - A discussion of the principal reason(s) for its decision, including the rationale and any evidence-based standards relied on in making the decision;
  - A statement that the determination is binding except to the extent that other remedies may be available under state or federal law to either Humana or the *claimant*;
  - A statement that judicial review may be available to the *claimant*; and
  - Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman established under PPACA (*section 2793 of PHSA, as amended*).

- After a *final external review decision*, the *IRO* must maintain records of all claims and notices associated with the *external review* process for 6 years.  An *IRO* must make such records available for examination by the *claimant*, Humana, or state/federal oversight agency upon request, except where such disclosure would violate state or federal privacy laws.

**Reversal of this Plan's Decision**

If Humana receives notice of a *final external review decision* that reverses the *adverse benefit determination* or *final internal adverse benefit determination*, it must immediately provide coverage or payment for the affected claim(s).  This includes authorizing or paying benefits.

# EXPEDITED EXTERNAL REVIEW

**Request for an Expedited External Review**

Expedited *external reviews* are subject to a single level *appeal* process only.

Humana must allow a *claimant* to make a request for an expedited *external review* at the time the *claimant* receives:

- An *adverse benefit determination* involving a medical condition of the *claimant* for which the time frame for completion of an expedited *internal appeal* under the interim final regulations would seriously jeopardize the life or health of the *claimant*, or would jeopardize the *claimant's* ability to regain maximum function and the *claimant* has filed a request for an expedited *external review*; or
- A *final internal adverse benefit determination* involving a medical condition where:

  - The time frame for completion of a standard *external review* would seriously jeopardize the life or health of the *claimant*, or would jeopardize the *claimant's* ability to regain maximum function; or
  - The *final internal adverse benefit determination* concerns an admission, availability of care, continued stay, or health care item or service for which the *claimant* received *emergency* services, but has not be discharged from the facility.

A request for an expedited *external review* must be made by a *claimant* by means of written application, by mail (postage prepaid), addressed to:

> Humana Grievance and Appeals
> P.O. Box 14546
> Lexington, KY 40512-4546

**Preliminary Review**

Humana must determine whether the request meets the reviewability requirements for a standard *external review* immediately upon receiving the request for an expedited *external review*.  Humana must immediately send a notice of its eligibility determination regarding the *external review* request that meets the requirements under the "Standard External Review, Preliminary Review" section.

**Referral to an Independent Review Organization (IRO)**

If Humana determines that the request is eligible for *external review*, Humana will assign an *IRO* as required under the "Standard External Review, Referral to an Independent Review Organization (IRO)" section.  Humana must provide or transmit all necessary documents and information considered when making the *adverse benefit determination* or *final internal adverse benefit determination* to the assigned *IRO electronically*, by telephone/fax, or any other expeditious method.

## CLAIM PROCEDURES (continued)

The assigned *IRO*, to the extent the information is available and the *IRO* considers it appropriate, must consider the information or documents as outlined for the procedures for standard *external review* described in the "Standard External Review, Referral to an Independent Review Organization (IRO)" section.  The assigned *IRO* is not bound by any decisions or conclusions reached during this Plan's internal claims and *appeals* process when reaching its decision.

**Notice of Final External Review Decision**

The *IRO* must provide notice of the *final external review decision* as expeditiously as the *claimant's* medical condition or circumstances require, but no more than 72 hours after the *IRO* receives the request for an expedited *external review*, following the notice requirements outlined in the "Standard External Review, Referral to an Independent Review Organization (IRO)" section.  If the notice is not in writing, written confirmation of the decision must be provided within 48 hours to the *claimant* and Humana.

## IF YOU HAVE QUESTIONS ON INTERNAL CLAIMS AND APPEALS AND EXTERNAL REVIEW RIGHTS

For more information on *your* internal claims and *appeals* and *external review* rights, *you* can contact the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) at 1-866-444-EBSA or at www.askebsa.dol.gov.

## STATE CONSUMER ASSISTANCE OR OMBUDSMAN TO ASSIST YOU WITH INTERNAL CLAIMS AND APPEALS AND EXTERNAL REVIEW PROCESSES

A state office of consumer assistance or ombudsman is available to assist *you* with internal claims and *appeals* and *external review* processes.  The contact information is as follows:

Georgia Office of Insurance and Safety Fire Commissioner
Consumer Services Division
2 Martin Luther King, Jr. Drive
West Tower, Suite 716
Atlanta, Georgia 30334
(800) 656-2298
http://www.oci.ga.gov/ConsumerService/Home.aspx (website)

# ELIGIBILITY AND EFFECTIVE DATES

## Eligibility date

### Employee eligibility date

The *employee* is eligible for coverage on the date:

- The *employee* meets the eligibility requirements of the *employer*;
- The *employee* satisfies a *waiting period* of 60 calendar days of employment; and
- The *employee* is in an *active status*.

### Dependent eligibility date

Each *dependent* is eligible for coverage on:

- The date the *employee* is eligible for coverage, if he or she has *dependents* who may be covered on that date;
- The date of the *employee's* marriage for any *dependents* (spouse or child) acquired on that date;
- The date of birth of the *employee's* natural-born child;
- The date of placement of the child for the purpose of adoption by the *employee*; or
- The date specified in a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN) for a child, or a valid court or administrative order for a spouse, which requires the *employee* to provide coverage for a child or spouse as specified in such orders.

The *employee* may cover his or her *dependents* <u>only</u> if the *employee* is also covered.

## Enrollment

*Employees* and *dependents* eligible for coverage under this Plan may enroll for coverage as specified in the enrollment provisions outlined below.

### Employee enrollment

The *employee* must enroll, within 31 days of the *employee's eligibility date* or within the time period specified in the "Special enrollment" provision.

The *employee* is a *late applicant* if enrollment is requested more than 31 days after the *employee's eligibility date* or later than the time period specified in the "Special enrollment" provision. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

Health status will <u>not</u> be used to determine premium rates. This Plan will <u>not</u> use *health status-related factors* to decline coverage to an eligible *employee* and this Plan will administer this provision in a non-discriminatory manner.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

### Dependent enrollment

If electing *dependent* coverage, the *employee* must enroll eligible *dependents*, as agreed to by this Plan, within 31 days of the *dependent's eligibility date* or within the time period specified in the "Special enrollment" provision.

The *dependent* is a *late applicant* if enrollment is requested more than 31 days after the *dependent's eligibility date* or later than the time period specified in the "Special enrollment" provision. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

Health status will <u>not</u> be used to determine premium rates. This Plan will <u>not</u> use *health status-related factors* to decline coverage to an eligible *dependent* and this Plan will administer this provision in a non-discriminatory manner.

### Newborn and adopted dependent enrollment

A newborn *dependent* will be covered from the date of birth to 31 days of age. An adopted *dependent* will be covered from the date of adoption or placement of the child with the *employee* for the purpose of adoption, whichever occurs first, for 31 days.

If additional premium is not required to add additional *dependents* and if *dependent* child coverage is in force as of the newborn's date of birth in the case of newborn *dependents* or the earlier of the date of adoption or placement of the child with the *employee* for purposes of adoption in case of adopted *dependents*, coverage will continue beyond the initial 31 days. *You* must notify Humana Plan to make sure this Plan has accurate records to administer benefits.

If premium is required to add *dependents you* must enroll the *dependent* child and pay the additional premium within 31 days:

- Of the newborn's date of birth; or
- Of the date of adoption or placement of the child with the *employee* for the purpose of adoption to add the child to *your* plan, whichever occurs first.

If enrollment is requested more than 31 days after the date of birth, date of adoption or placement with the *employee* for the purpose of adoption, and additional premium is required, the *dependent* is a *late applicant*. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

**Special enrollment**

Special enrollment is available if the following apply:

- *You* have a change in family status due to:

  - Marriage;
  - Divorce;
  - A Qualified Medical Child Support Order (QMCSO);
  - A National Medical Support Notice (NMSN);
  - The birth of a natural born child; or
  - The adoption of a child or placement of a child with the *employee* for the purpose of adoption; and
  - You enroll within 31 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under this Plan, and:

  - You previously declined enrollment stating you were covered under another group health plan or other *health insurance coverage*; and
  - Loss of eligibility of such other coverage occurs, regardless of whether you are eligible for, or elect COBRA; and
  - You enroll within 31 days after the *special enrollment date*.

  Loss of eligibility of other coverage includes, but is not limited to:

  - Termination of employment or eligibility;
  - Reduction in number of hours of employment;
  - Divorce, legal separation or death of a spouse;
  - Loss of dependent eligibility, such as attainment of the limiting age;
  - Termination of your employer's contribution for the coverage;
  - Loss of individual HMO coverage because you no longer reside, live or work in the service area;
  - Loss of group HMO coverage because you no longer reside, live or work in the service area, and no other benefit package is available;
  - The plan no longer offers benefits to a class of similarly situated individuals; or

- You had COBRA continuation coverage under another plan at the time of eligibility, and:

  - Such coverage has since been exhausted; and
  - You stated at the time of the initial enrollment that coverage under COBRA was your reason for declining enrollment; and
  - You enroll within 31 days after the *special enrollment date*; or

- You were covered under an alternate plan provided by the *employer* that terminates, and:

  - You are replacing coverage with this Plan; and
  - You enroll within 31 days after the *special enrollment date*; or

## ELIGIBILITY AND EFFECTIVE DATES (continued)

- You are an *employee* or *dependent* eligible for coverage under this Plan, and:

    - Your *Medicaid* coverage or your Children's Health Insurance Program (CHIP) coverage terminated as a result of loss of eligibility; and
    - You enroll within 60 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under this Plan, and:

    - You become eligible for a premium assistance subsidy under *Medicaid* or CHIP; and
    - You enroll within 60 days after the *special enrollment date*.

The *employee* or *dependent* is a *late applicant* if enrollment is requested later than the time period specified above. A *late applicant* must wait to enroll for coverage during the *open enrollment period*.

### Dependent special enrollment

The *dependent* special enrollment is the time period specified in the "Special enrollment" provision.

If *dependent* coverage is available under this Plan an *employee* who is a *covered person* can enroll eligible *dependents* during the special enrollment. An *employee*, who is otherwise eligible for coverage and had waived coverage under this Plan when eligible, can enroll himself/herself and eligible *dependents* during the special enrollment.

The *employee* or *dependent* is a *late applicant* if enrollment is requested later than the time period specified above. A *late applicant* must wait to enroll for coverage during the *open enrollment period*.

### Open enrollment

Eligible *employees* or *dependents*, who do not enroll for coverage under this Plan following their *eligibility date* or *special enrollment date*, have an opportunity to enroll for coverage during the *open enrollment period*. The *open enrollment period* is also the opportunity for *late applicants* to enroll for coverage.

Eligible *employees* or *dependents*, including *late applicants*, must request enrollment during the *open enrollment period.* If enrollment is requested after the *open enrollment period*, the *employee* or *dependent* must wait to enroll for coverage during the next *open enrollment period*, unless they become eligible for special enrollment as specified in the "Special enrollment" provision.

### Effective date

The provisions below specify the *effective date* of coverage for *employees* or *dependents*, if enrollment is requested within 31 days of their *eligibility date* or within the time period specified in the "Special enrollment" provision. If enrollment is requested during an *open enrollment period*, the *effective date* of coverage is specified in the "Open enrollment effective date" provision.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

### Employee effective date

The *employee's effective date* provision is the first of the month following completion of the *waiting period*, if enrollment is requested within 31 days of the *employee's eligibility date*. The *special enrollment date* is the *effective date* of coverage for an *employee* who requests enrollment within the time period specified in the "Special enrollment" provision. The *employee effective dates* specified in this provision apply to an *employee* who is not a *late applicant*.

### Dependent effective date

The *dependent's effective date* is the date the *dependent* is eligible for coverage if enrollment is requested within 31 days of the *dependent's eligibility date*. The *special enrollment date* is the *effective date* of coverage for the *dependent* who requests enrollment within the time period specified in the "Special enrollment" provision. The *dependent effective dates* specified in this provision apply to a *dependent* who is not a *late applicant*.

In no event will the *dependent's effective date* of coverage be prior to the *employee's effective date* of coverage.

### Newborn and adopted dependent effective date

The *effective date* of coverage for a newborn *dependent* is the date of birth if the newborn is not a *late applicant*.

The *effective date* of coverage for an adopted *dependent* is the date of adoption or the date of placement with the *employee* for the purpose of adoption, whichever occurs first, if the *dependent* child is not a *late applicant*.

Premium is due for any period of *dependent* coverage whether or not the *dependent* is subsequently enrolled, unless specifically not allowed by applicable law. Additional premium may not be required when *dependent* coverage is already in force.

## OPEN ENROLLMENT

Eligible *employees* or *dependents*, who do not enroll for coverage under this Plan following their *eligibility date* or *special enrollment date*, have an opportunity to enroll for coverage during the *open enrollment period*. The *open enrollment period* is also the opportunity for *late applicants* to enroll for coverage.

Eligible *employees* or *dependents*, including *late applicants*, must request enrollment during the *open enrollment period*. If enrollment is requested after the *open enrollment period*, the *employee* or *dependent* must wait to enroll for coverage during the next *open enrollment period*, unless they become eligible for special enrollment as specified in the "Special Enrollment" provision.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

**EFFECTIVE DATE**

The provisions below specify the *effective date* of coverage for *employees* or *dependents* if enrollment is requested within 31 days of their *eligibility date* or within the time period specified in the "Special Enrollment" provision.  If enrollment is requested during an *open enrollment period*, the *effective date* of coverage is specified in the "Open Enrollment Effective Date" provision.

**Employee Effective Date**

The *employee's effective date* of coverage is the first of the month following completion of the *waiting period*, if enrollment is requested within 31 days of the *employee's eligibility date*.  The *special enrollment date* is the *effective date* of coverage for an *employee* that requests enrollment within the time period specified in the "Special Enrollment" provision.  The *employee effective dates* specified in this provision apply to an *employee* who is not a *late applicant*.

**Dependent Effective Date**

The *dependent's effective date* is the date the *dependent* is eligible for coverage if enrollment is requested within 31 days of the *dependent's eligibility date*.  The *special enrollment date* is the *effective date* of coverage for the *dependent* who requests enrollment within the time period specified in the "Special Enrollment" provision.  The *dependent effective dates* specified in this provision apply to a *dependent* who is not a *late applicant*.

In <u>no</u> event will the *dependent's effective date* of coverage be prior to the *employee's effective date* of coverage.

**Newborn and Adopted Dependent Effective Date**

The *effective date* of coverage for a newborn *dependent* is the date of birth if the newborn is not a *late applicant*.

The *effective date* of coverage for an adopted *dependent* is the date of adoption or the date of placement with the *employee* for the purpose of adoption, whichever occurs first, if the *dependent* child is not a *late applicant*.

Premium is due for any period of *dependent* coverage whether or not the *dependent* is subsequently enrolled, unless specifically not allowed by applicable law.  Additional premium may not be required when *dependent* coverage is already in force.

**Open Enrollment Effective Date**

The *effective date* of coverage for an *employee* or *dependent*, including a *late applicant*, who requests enrollment during an *open enrollment period*, is the first day of the Plan *year*.

## ELIGIBILITY AND EFFECTIVE DATES (continued)

### MEDICAL CHILD SUPPORT ORDERS

An individual who is a child of a covered employee shall be enrolled for coverage under the group health plan in accordance with the direction of a Qualified Medical Child Support Order (QMCSO) or a National Medical Support Notice (NMSO).

A QMCSO is a state-court order or judgment, including approval of a settlement agreement that:

- Provides for support of a covered employee's child;
- Provides for health care coverage for that child;
- Is made under state domestic relations law (including a community property law);
- Relates to benefits under the group health plan; and
- Is "qualified," i.e., it meets the technical requirements of ERISA or applicable state law.

QMCSO also means a state court order or judgment enforcing state *Medicaid* law regarding medical child support required by the Social Security Act §1908 (as added by Omnibus Budget Reconciliation Act of 1993).

An NMSO is a notice issued by an appropriate agency of a state or local government that is similar to a QMCSO requiring coverage under the group health plan for a dependent child of a non-custodial parent who is (or will become) a covered person by a domestic relations order providing for health care coverage.

Procedures for determining the qualified status of medical child support orders are available at no cost upon request from the *Plan Administrator*.

### FAMILY AND MEDICAL LEAVE ACT (FMLA)

If an *employee* is granted a leave of absence (Leave) by the *employer* as required by the Federal Family and Medical Leave Act, s/he may continue to be covered under the plan for the duration of the Leave under the same conditions as other *employees* who are currently employed and covered by the plan.  If the *employee* chooses to terminate coverage during the Leave, or if coverage terminates as a result of nonpayment of any required contribution, coverage may be reinstated on the date the *employee* returns to work immediately following the end of the Leave.  Charges incurred after the date of reinstatement will  be paid as if the *employee* had been continuously covered.

## REPLACEMENT OF COVERAGE

### Applicability

This "Replacement of Coverage" section applies when an *employer's* previous group health plan not offered by this Plan or this Plan's affiliates (Prior Plan) is terminated and replaced by coverage under this Plan and:

- *You* are eligible to become insured for medical coverage on the effective date of this Plan; and
- *You* were covered under the *employer's* Prior Plan on the day before the effective date of this Plan.

Benefits available for *covered expense* under this Plan will be reduced by any benefits payable by the Prior Plan during an extension period.

### Deductible credit

Medical expense incurred while *you* were covered under the Prior Plan may be used to satisfy *your network provider deductible* amount under this Plan if the expense incurred:

- Was applied to the network deductible amount under the Prior Plan; and
- Will partially or fully satisfy the *network provider deductible* amount under this Plan for the *year* in which *your* coverage becomes effective.

### Waiting period credit

If the *employee* had not completed the initial *waiting period* under the *employer's* Prior Plan on the day that it ended, any period of time that the *employee* satisfied will be applied to the appropriate *waiting period* under this Plan, if any.  The *employee* will then be eligible for coverage under this Plan when the balance of the *waiting period* has been satisfied.

### Out-of-pocket limit

Any amount applied to the Prior Plan's network *out-of-pocket limit* or stop-loss limit will be credited toward the satisfaction of any *network provider out-of-pocket limit* of this Plan if the amount applied under the Prior Plan will partially or fully satisfy the *network provider out-of-pocket limit* under this Plan for the *year* in which *your* coverage becomes effective.

# TERMINATION PROVISIONS

## Termination of insurance

The date of termination, as described in this "Termination Provisions" section, is the end of that month in which the date specified has occurred.

*You* must notify *your employer* as soon as possible if *you* or *your dependent* no longer meets the eligibility requirements of this Plan.  Notice must be provided to this Plan within 31 days of the change.

When Humana receives notification of a change in eligibility status in advance of the effective date of the change, coverage will terminate on the end of that month in which the date specified has occurred.

Otherwise, coverage terminates on the earliest of the following:

- The date this Plan terminates;
- The end of the period for which required contribution was not paid;
- The date the *employee* terminated employment with the *employer*;
- The date the *employee* is no longer qualified as an *employee*;
- The date *you* fail to be in an eligible class of persons;
- The date *you* entered full-time military, naval or air service;
- The date the *employee* retired;
- The date of an *employee* request for termination of coverage for the *employee* or *dependents*;
- For a *dependent*, the date the *employee's* coverage terminates;
- For a *dependent*, the date the *employee* ceases to be in a class of *employees* eligible for *dependent* coverage;
- The date *your dependent* no longer qualifies as a *dependent*;
- For any benefit, the date the benefit is deleted from this Plan; or
- The date fraud or an intentional misrepresentation of a material fact has been committed by *you*.

## Termination for cause

This Plan will terminate *your* coverage for cause under the following circumstances:

- If *you* allow an unauthorized person to use *your* identification card or if *you* use the identification card of another *covered person*.  Under these circumstances, the person who receives the services provided by use of the identification card will be responsible for paying this Plan the *maximum allowable fee* for those services.

- If *you* perpetrate fraud or intentional misrepresentation on claims, identification cards or other identification in order to obtain services or a higher level of benefits.  This includes, but is not limited to, the fabrication or alteration of a claim, identification card or other identification.

## GENERAL PROVISIONS

The following provisions are to protect *your* legal rights and the legal rights of this Plan.

## PLAN ADMINISTRATION

The *Plan Sponsor* has established and continues to maintain this Plan for the benefit of its *employees* and their eligible *dependents* as provided in this document.

Benefits under this Plan are provided on a self-insured basis, which means that payment for benefits is ultimately the sole financial responsibility of the *Plan Sponsor*. Certain administrative services with respect to this Plan, such as claims processing, are provided under a services agreement. Humana is not responsible, nor will it assume responsibility, for benefits payable under this Plan.

Any changes to this Plan, as presented in this *Summary Plan Description* must be properly adopted by the *Plan Sponsor*, and material modifications must be timely disclosed in writing and included in or attached to this document. A verbal modification of this Plan or promise having the same effect made by any person will not be binding with respect to this Plan.

## RESCISSION

This Plan will *rescind* coverage only due to fraud or an intentional misrepresentation of a material fact. A cancellation or discontinuance is not a *rescission* if the cancellation or discontinuance of coverage has only a prospective effect, or the cancellation or discontinuance of coverage is effective retroactively, to the extent it is attributable to a failure to timely pay premium or costs of coverage.

## CONTESTABILITY

This Plan has the right to contest the validity of *your* coverage under the Plan at any time.

## RIGHT TO REQUEST OVERPAYMENTS

This Plan reserves the right to recover any payments made by this Plan that were:

- Made in error; or
- Made to *you* or any party on *your* behalf where this Plan determines the payment to *you* or any party is greater than the amount payable under this Plan.

This Plan has the right to recover against *you* if this Plan has paid *you* or any other party on *your* behalf.

## WORKERS' COMPENSATION NOT AFFECTED

This Plan is not issued in lieu of, nor does it affect any requirement for coverage by any Workers' Compensation or Occupational Disease Act or Law.

---

## GENERAL PROVISIONS (continued)

---

## WORKERS' COMPENSATION

If benefits are paid by this Plan and this Plan determines *you* received Workers' Compensation for the same incident, this Plan has the right to recover as described under the Reimbursement/Subrogation provision.  This Plan will exercise its right to recover against *you* even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;
- No final determination is made that *bodily injury* or *sickness* was sustained in the course of, or resulted from, *your* employment;
- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by *you* or the Workers' Compensation carrier;
- The medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

*You* hereby agree that, in consideration for the coverage provided by this Plan, *you* will notify Humana of any Workers' Compensation claim *you* make, and that *you* agree to reimburse this Plan as described above.

## MEDICAID

This Plan will not take into account the fact that an *employee* or *dependent* is eligible for medical assistance or *Medicaid* under state law with respect to enrollment, determining eligibility for benefits, or paying claims.

If payment for *Medicaid* benefits has been made under a state *Medicaid* plan for which payment would otherwise be due under this Plan, payment of benefits under this Plan will be made in accordance with a state law which provides that the state has acquired the rights with respect to a covered *employee* to the benefits payment.

## CONSTRUCTION OF PLAN TERMS

The *Plan Manager* has the sole right to construe and prescribe the meaning, scope and application of each and all of the terms of this Plan, including, without limitation, the benefits provided thereunder, the obligations of the *beneficiary* and the recovery rights of this Plan; such construction and prescription by the *Plan Manager* shall be final and uncontestable.

**REIMBURSEMENT/SUBROGATION**

The *beneficiary* agrees that by accepting and in return for the payment of *covered expenses* by this Plan in accordance with the terms of this Plan:

- This Plan shall be repaid the full amount of the *covered expenses* it pays from any amount received from others for the *bodily injuries* or losses which necessitated such *covered expenses*. Without limitation, "amounts received from others" specifically includes, but is not limited to, liability insurance, workers' compensation, uninsured motorists, underinsured motorists, "no-fault" and automobile med-pay payments or recovery from any identifiable fund regardless of whether the *beneficiary* was made whole.
- This Plan's right to repayment is, and shall be, prior and superior to the right of any other person or entity, including the *beneficiary*.
- The right to recover amounts from others for the injuries or losses which necessitate *covered expenses* is jointly owned by this Plan and the *beneficiary*. This Plan is subrogated to the *beneficiary's* rights to that extent. Regardless of who pursues those rights, the funds recovered shall be used to reimburse this Plan as prescribed above; this Plan has no obligation to pursue the rights for an amount greater than the amount that it has paid, or may pay in the future. The rights to which this Plan is subrogated are, and shall be, prior and superior to the rights of any other person or entity, including the *beneficiary*.
- The *beneficiary* will cooperate with this Plan in any effort to recover from others for the *bodily injuries* and losses which necessitate *covered expense* payments by this Plan. The *beneficiary* will notify this Plan immediately of any claim asserted and any settlement entered into, and will do nothing at any time to prejudice the rights and interests of this Plan. Neither this Plan nor the *beneficiary* shall be entitled to costs or attorney fees from the other for the prosecution of the claim.

## RIGHT TO COLLECT NEEDED INFORMATION

*You* must cooperate with Humana and when asked, assist Humana by:

- Authorizing the release of medical information including the names of all providers from whom *you* received medical attention;
- Obtaining medical information and/or records from any provider as requested by Humana;
- Providing information regarding the circumstances of *your sickness* or *bodily injury*;
- Providing information about other insurance coverage and benefits, including information related to any *bodily injury* or *sickness* for which another party may be liable to pay compensation or benefits; and
- Providing information Humana requests to administer this Plan.

Failure to provide the necessary information will result in denial of any pending or subsequent claims, pertaining to a *bodily injury* or *sickness* for which the information is sought, until the necessary information is satisfactorily provided.

## DUTY TO COOPERATE IN GOOD FAITH

*You* are obliged to cooperate with Humana in order to protect this Plan's recovery rights. Cooperation includes promptly notifying Humana that *you* may have a claim, providing Humana relevant information, and signing and delivering such documents as Humana reasonably request to secure this Plan's recovery rights. *You* agree to obtain this Plan's consent before releasing any party from liability for payment of medical expenses. *You* agree to provide Humana with a copy of any summons, complaint or any other process serviced in any lawsuit in which *you* seek to recover compensation for *your bodily injury* or *sickness* and its treatment.

## REIMBURSEMENT/SUBROGATION (continued)

*You* will do whatever is necessary to enable Humana to enforce this Plan's recovery rights and will do nothing after loss to prejudice this Plan's recovery rights.

*You* agree that *you* will not attempt to avoid this Plan's recovery rights by designating all (or any disproportionate part) of any recovery as exclusively for pain and suffering.

Failure of the *covered person* to provide Humana such notice or cooperation, or any action by the *covered person* resulting in prejudice to this Plan's rights will be a material breach of this Plan and will result in the *covered person* being personally responsible to make repayment. In such an event, this Plan may deduct from any pending or subsequent claim made under this Plan any amounts the *covered person* owes this Plan until such time as cooperation is provided and the prejudice ceases.

# IMPORTANT NOTICES FOR EMPLOYEES AND SPOUSES AGE 65 AND OVER

Federal law may affect *your* coverage under this Plan.  The *Medicare* as Secondary Payer rules were enacted by an amendment to the Social Security Act.  Also, additional rules which specifically affect how a large group health plan provides coverage to employees (or their spouses) over age 65 were added to the Social Security Act and to the Internal Revenue Code.

Generally, the health care plan of an employer that has at least 20 employees must operate in compliance with these rules in providing plan coverage to plan participants who have "current employment status" and are *Medicare* beneficiaries, age 65 and over.

Persons who have "current employment status" with an employer are generally employees who are actively working and also persons who are NOT actively working as follows:

- Individuals receiving disability benefits from an employer for up to 6 months; or
- Individuals who retain employment rights and have not been terminated by the employer and for whom the employer continues to provide coverage under this Plan.  (For example, employees who are on an approved leave of absence).

If *you* are a person with "current employment status" who is age 65 and over (or the dependent spouse age 65 and over of an *employee* of any age), *your* coverage under this Plan will be provided on the same terms and conditions as are applicable to *employees* (or dependent spouses) who are under the age of 65.  *Your* rights under this Plan do not change because *you* (or *your* dependent spouse) are eligible for *Medicare* coverage on the basis of age, as long as *you* have "current employment status" with *your employer*.

*You* have the option to reject plan coverage offered by *your employer*, as does any eligible *employee*.  If *you* reject coverage under *your employer's* Plan, coverage is terminated and *your employer* is not permitted to offer *you* coverage that supplements *Medicare* covered services.

If *you* (or *your* dependent spouse) obtain *Medicare* coverage on the basis of age, and not due to disability or end-stage renal disease, this Plan will consider its coverage to be primary to *Medicare* when *you* have elected coverage under this Plan and have "current employment status".

If *you* have any questions about how coverage under this Plan relates to *Medicare* coverage, please contact *your employer*.

## PRIVACY OF PROTECTED HEALTH INFORMATION

This Plan is required by law to maintain the privacy of *your protected health information* in all forms including written, oral and *electronically* maintained, stored and transmitted information and to provide individuals with notice of this Plan's legal duties and privacy practices with respect to *protected health information*.

This Plan has policies and procedures specifically designed to protect *your* health information when it is in *electronic* format. This includes administrative, physical and technical safeguards to ensure that *your* health information cannot be inappropriately accessed while it is stored and transmitted to Humana and others that support this Plan.

In order for this Plan to operate, it may be necessary from time to time for health care professionals, the *Plan Administrator*, individuals who perform Plan-related functions under the auspices of the *Plan Administrator*, Humana and other service providers that have been engaged to assist this Plan in discharging its obligations with respect to delivery of benefits, to have access to what is referred to as *protected health information*.

A *covered person* will be deemed to have consented to use of *protected health information* about him or her for the sole purpose of health care operations by virtue of enrollment in this Plan. This Plan must obtain authorization from a *covered person* to use *protected health information* for any other purpose.

Individually identifiable health information will only be used or disclosed for purposes of Plan operation or benefits delivery. In that regard, only the minimum necessary disclosure will be allowed. The *Plan Administrator*, Humana, and other entities given access to *protected health information*, as permitted by applicable law, will safeguard *protected health information* to ensure that the information is not improperly disclosed.

Disclosure of *protected health information* is improper if it is not allowed by law or if it is made for any purpose other than Plan operation or benefits delivery without authorization. Disclosure for Plan purposes to persons authorized to receive *protected health information* may be proper, so long as the disclosure is allowed by law and appropriate under the circumstances. Improper disclosure includes disclosure to the *employer* for employment purposes, *employee* representatives, consultants, attorneys, relatives, etc. who have not executed appropriate agreements effective to authorize such disclosure.

Humana will afford access to *protected health information* in its possession only as necessary to discharge its obligations as a service provider, within the restrictions noted above. Information received by Humana is information received on behalf of this Plan.

Humana will afford access to *protected health information* as reasonably directed in writing by the *Plan Administrator*, which shall only be made with due regard for confidentiality. In that regard, Humana has been directed that disclosure of *protected health information* may be made to the person(s) identified by the *Plan Administrator*.

Individuals who have access to *protected health information* in connection with their performance of Plan-related functions under the auspices of the *Plan Administrator* will be trained in these privacy policies and relevant procedures prior to being granted any access to *protected health information*. Humana and other Plan service providers will be required to safeguard *protected health information* against improper disclosure through contractual arrangements.

## PRIVACY OF PROTECTED HEALTH INFORMATION (continued)

In addition, *you* should know that the *employer*/*Plan Sponsor* may legally have access, on an as-needed basis, to limited health information for the purpose of determining Plan costs, contributions, Plan design, and whether Plan modifications are warranted. In addition, federal regulators such as the Department of Health and Human Services and the Department of Labor may legally require access to *protected health information* to police federal legal requirements about privacy.

*Covered persons* may have access to *protected health information* about them that is in the possession of this Plan, and they may make changes to correct errors. *Covered persons* are also entitled to an accounting of all disclosures that may be made by any person who acquires access to *protected health information* concerning them and uses it other than for Plan operation or benefits delivery. In this regard, please contact the *Plan Administrator*.

*Covered persons* are urged to contact the originating health care professional with respect to medical information that may have been acquired from them, as those items of information are relevant to medical care and treatment. And finally, *covered persons* may consent to disclosure of *protected health information*, as they please.

## CONTINUATION OF MEDICAL BENEFITS

# THE CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT OF 1986 (COBRA)

## CONTINUATION OF BENEFITS

On April 7, 1986, the Consolidated Omnibus Budget Reconciliation Act (COBRA) was signed into law. This federal law applies to employers with 20 or more employees. The law requires that employers offer employees and/or their dependents continuation of medical coverage at group rates in certain instances where there is a loss of group insurance coverage.

## ELIGIBILITY

A qualified beneficiary under COBRA law means an *employee*, *employee's* spouse or *dependent* child covered by this Plan on the day before a qualifying event. A qualified beneficiary under COBRA law also includes a child born to the *employee* during the coverage period or a child placed for adoption with the *employee* during the coverage period.

**EMPLOYEE:** An *employee* covered by the *employer's* Plan has the right to elect continuation coverage if coverage is lost due to one of the following qualifying events:

- Termination (for reasons other than gross misconduct, as defined by *your employer*) of the *employee's* employment or reduction in the hours of *employee's* employment; or
- Termination of retiree coverage when the former *employer* discontinues retiree coverage within one year before or one year after filing for Chapter 11 bankruptcy.

**SPOUSE:** A spouse covered by the *employer's* Plan has the right to elect continuation coverage if the group coverage is lost due to one of the following qualifying events:

- The death of the *employee*;
- Termination of the *employee's* employment (for reasons other than gross misconduct, as defined by *your employer*) or reduction of the *employee's* hours of employment with the *employer*;
- Divorce or legal separation from the *employee*;
- The *employee* becomes entitled to *Medicare* benefits; or
- Termination of a retiree spouse's coverage when the former *employer* discontinues retiree coverage within one year before or one year after filing for Chapter 11 bankruptcy.

**DEPENDENT CHILD:** A *dependent* child covered by the *employer's* Plan has the right to continuation coverage if group coverage is lost due to one of the following qualifying events:

- The death of the *employee* parent;
- The termination of the *employee* parent's employment (for reasons other than gross misconduct, as defined by *your employer*) or reduction in the *employee* parent's hours of employment with the *employer*;
- The *employee* parent's divorce or legal separation;
- Ceasing to be a "*dependent* child" under this Plan;
- The *employee* parent becomes entitled to *Medicare* benefits; or
- Termination of the retiree parent's coverage when the former *employer* discontinues retiree coverage within one year before or one year after filing for Chapter 11 bankruptcy.

**CONTINUATION OF MEDICAL BENEFITS (continued)**

## LOSS OF COVERAGE

Coverage is lost in connection with the foregoing qualified events, when a covered *employee*, spouse or *dependent* child ceases to be covered under the same Plan terms and conditions as in effect immediately before the qualifying event (such as an increase in the premium or contribution that must be paid for *employee*, spouse or *dependent* child coverage).

If coverage is reduced or eliminated in anticipation of an event (for example, an *employer* eliminating an *employee's* coverage in anticipation of the termination of the *employee's* employment, or an *employee* eliminating the coverage of the *employee's* spouse in anticipation of a divorce or legal separation), the reduction or elimination is disregarded in determining whether the event causes a loss of coverage.

A loss of coverage need not occur immediately after the event, so long as it occurs before the end of the Maximum Coverage Period.

## NOTICES AND ELECTION

This Plan provides that coverage terminates for a spouse due to legal separation or divorce or for a child when that child loses *dependent* status. Under the law, the *employee* or qualified beneficiary has the responsibility to inform the *Plan Administrator* (see Plan Description Information) if one of the above events has occurred. The qualified beneficiary must give this notice within 60 days after the event occurs. (For example, an ex-spouse should make sure that the *Plan Administrator* is notified of his or her divorce, whether or not his or her coverage was reduced or eliminated in anticipation of the event). When the *Plan Administrator* is notified that one of these events has happened, it is the *Plan Administrator's* responsibility to notify the qualified beneficiary of the right to elect continuation coverage.

For a qualified beneficiary who is determined under the Social Security Act to be disabled at any time during the first 60 days of COBRA coverage, the continuation coverage period may be extended 11 additional months. The disability that extends the 18-month coverage period must be determined under Title II (Old Age, Survivors, and Disability Insurance) or Title XVI (Supplemental Security Income) of the Social Security Act. To be entitled to the extended coverage period, the disabled qualified beneficiary must provide notice to the *Plan Administrator* within the initial 18 month coverage period and within 60 days after the date of the determination of disability under the Social Security Act. Failure to provide this notice will result in the loss of the right to extend the COBRA continuation coverage.

For termination of employment, reduction in work hours, the death of the *employee*, the *employee* becoming covered by *Medicare* or loss of retiree benefits due to bankruptcy, it is the *Plan Administrator's* responsibility to notify the qualified beneficiary of the right to elect continuation coverage.

Under the law, continuation coverage must be elected within 60 days after Plan coverage ends, or if later, 60 days after the date of the notice of the right to elect continuation coverage. If continuation coverage is not elected within the 60 day period, the right to elect coverage under this Plan will end.

A covered *employee* or the spouse of the covered *employee* may elect continuation coverage for all covered *dependents*, even if the covered *employee* or spouse of the covered *employee* or all covered *dependents* are covered under another group health plan (as an employee or otherwise) prior to the election. The covered *employee*, his or her spouse and *dependent* child, however, each have an independent right to elect continuation coverage. Thus a spouse or *dependent* child may elect continuation coverage even if the covered *employee* does not elect it.

## CONTINUATION OF MEDICAL BENEFITS (continued)

Coverage will not be provided during the election period. However, if the individual makes a timely election, coverage will be provided from the date that coverage would otherwise have been lost. If coverage is waived before the end of the 60 day election period and the waiver revoked before the end of the 60 day election period, coverage will be effective on the date the election of coverage is sent to the *Plan Administrator*.

On August 6, 2002, The Trade Act of 2002 (TAA), was signed in to law. Workers whose employment is adversely affected by international trade (increased import or shift in production to another country) may become eligible to receive TAA. TAA provides a second 60-day COBRA election period for those who become eligible for assistance under TAA. Pursuant to the Trade Act of 1974, an individual who is either an eligible TAA recipient or an eligible alternative TAA recipient and who did not elect continuation coverage during the 60-day COBRA election period that was a direct consequence of the TAA-related loss of coverage, may elect continuation coverage during a 60-day period that begins on the first day of the month in which he or she is determined to be TAA-eligible individual, provided such election is made not later than 6 months after the date of the TAA-related loss of coverage. Any continuation coverage elected during the second election period will begin with the first day of the second election period and not on the date on which coverage originally lapsed.

TAA created a new tax credit for certain individuals who became eligible for trade adjustment assistance (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage. If *you* have questions about these new tax provisions, *you* may call the Health Care Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TTD/TTY callers may call toll-free at 1-866-626-4282.

The *Plan Administrator* shall require documentation evidencing eligibility of TAA benefits. This Plan need not require every available document to establish evidence of TAA. The burden for evidencing TAA eligibility is that of the individual applying for coverage under this Plan.

## MAXIMUM COVERAGE PERIOD

Coverage may continue up to:

- 18 months for an *employee* and/or *dependent* whose group coverage ended due to termination of the *employee's* employment or reduction in hours of employment;
- 36 months for a spouse whose coverage ended due to the death of the *employee* or retiree, divorce, or the *employee* becoming entitled to *Medicare* at the time of the initial qualifying event;

## CONTINUATION OF MEDICAL BENEFITS (continued)

- 36 months for a *dependent* child whose coverage ended due to the divorce of the *employee* parent, the *employee* becoming entitled to *Medicare* at the time of the initial qualifying event, the death of the *employee*, or the child ceasing to be a *dependent* under this Plan;
- For the retiree, until the date of death of the retiree who is on continuation due to loss of coverage within one year before or one year after the *employer* filed Chapter 11 bankruptcy.

## DISABILITY

An 11-month extension of coverage may be available if any of the qualified beneficiaries are determined by the Social Security Administration (SSA) to be disabled.  The disability has to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of continuation coverage.   The qualified beneficiary must provide notice of such determination prior to the end of the initial 18-month continuation period to be entitled to the additional 11 months of coverage.  Each qualified beneficiary who has elected continuation coverage will be entitled to the 11-month disability extension if one of them qualifies.  If a qualified beneficiary is determined by SSA to no longer be disabled, *you* must notify this Plan of that fact within 30 days after SSA's determination.

## SECOND QUALIFYING EVENT

An 18-month extension of coverage will be available to spouses and *dependent* children who elect continuation coverage if a second qualifying event occurs during the first 18 months of continuation coverage.  The maximum amount of continuation coverage available when a second qualifying event occurs is 36 months.  Such second qualifying event may include the death of a covered *employee*, divorce or separation from the covered *employee*, the covered *employee's* becoming entitled to *Medicare* benefits (under Part A, Part B, or both), or a *dependent* child's ceasing to be eligible for coverage as a *dependent* under this Plan.  These events can be a second qualifying event only if they would have caused the qualified beneficiary to lose coverage under this Plan if the first qualifying event had not occurred.  *You* must notify this Plan within 60 days after the second qualifying event occurs if *you* want to extend *your* continuation coverage.

## TERMINATION BEFORE THE END OF MAXIMUM COVERAGE PERIOD

Continuation coverage will terminate before the end of the maximum coverage period for any of the following reasons:

- The *employer* no longer provides group health coverage to any of its *employees*;
- The premium for continuation is not paid timely;
- The individual on continuation becomes covered under another group health plan (as an *employee* or otherwise);
- The individual on continuation becomes entitled to *Medicare* benefits;
- If there is a final determination under Title II or XVI of the Social Security Act that an individual is no longer disabled; however, continuation coverage will not end until the month that begins more than 30 days after the determination;
- The occurrence of any event (e.g. submission of a fraudulent claim) permitting termination of coverage for cause under this Plan.

## CONTINUATION OF MEDICAL BENEFITS (continued)

### TYPE OF COVERAGE; PREMIUM PAYMENT

If continuation coverage is elected, the coverage must be identical to the coverage provided under the *employer's* Plan to similarly situated non-COBRA beneficiaries. This means that if the coverage for similarly situated non-COBRA beneficiaries is modified, coverage for the individual on continuation will be modified.

The initial premium payment for continuation coverage is due by the 45th day after coverage is elected. The initial premium includes charges back to the date the continuation coverage began. All other premiums are due on the first of the month for which the premium is paid, subject to a 31 day grace period. The *employer* must provide the individual with a quote of the total monthly premium.

Premium for continuation coverage may be increased, however, the premium may not be increased more than once in any determination period. The determination period is a 12 month period which is established by this Plan.

The monthly premium payment to this Plan for continuing coverage must be submitted directly to the *employer*. This monthly premium may include the *employee's* share and any portion previously paid by the *employer*. The monthly premium must be a reasonable estimate of the cost of providing coverage under this Plan for similarly situated non-COBRA beneficiaries. The premium for COBRA continuation coverage may include a 2% administration charge. However, for qualified beneficiaries who are receiving up to 11 months additional coverage (beyond the first 18 months) due to disability extension (and not a second qualifying event), the premium for COBRA continuation coverage may be up to 150% of the applicable premium for the additional months. Qualified beneficiaries who do not take the additional 11 months of special coverage will pay up to 102% of the premium cost.

### OTHER INFORMATION

Additional information regarding rights and obligations under this Plan and under federal law may be obtained by contacting the *Plan Administrator* or Humana.

It is important for the *covered person* or qualified beneficiary to keep the *Plan Administrator* and Humana informed of any changes in marital status, or a change of address.

### PLAN CONTACT INFORMATION

4D Printing Co  
1007 Irwin Bridge Rd., NW  
Conyers, GA 30012  
Telephone: 770-929-8717

Humana Health Plan, Inc.  
Billing/Enrollment Department  
101 E. Main Street  
Louisville, KY 40202  
    Toll-Free: 1-800-872-7207

## THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994 (USERRA)

### CONTINUATION OF BENEFITS

Effective October 13, 1994 federal law requires that health plans must offer to continue coverage for *employees* who are absent due to service in the uniformed services and/or their *dependents*. Coverage may continue for up to twenty-four (24) months after the date the *employee* is first absent due to uniformed service.

### ELIGIBILITY

An *employee* is eligible for continuation under USERRA if absent from employment because of voluntary or involuntary performance of duty in the Armed Forces, Army National Guard, Air National Guard, the commissioned corps of the Public Health Service or any other category of persons designated by the President of the United States of America in a time of war or national emergency. Duty includes absence for active duty, active duty for training, initial active duty for training, inactive duty training, full-time National Guard duty and for the purpose of an examination to determine fitness for duty.

An *employee's dependent* who has coverage under this Plan immediately prior to the date of the *employee's* covered absence are eligible to elect continuation under USERRA.

### PREMIUM PAYMENT

If continuation of Plan coverage is elected under USERRA, the *employee* or *dependent* is responsible for payment of the applicable cost of coverage. If the *employee* is absent for 30 days or less, the cost will be the amount the *employee* would otherwise pay for coverage. For absences exceeding 30 days, the cost may be up to 102% of the cost of coverage under this Plan. This includes the *employee's* share and any portion previously paid by the *employer*.

### DURATION OF COVERAGE

Elected continuation coverage under USERRA will continue until the earlier of:

- 24 months beginning the first day of absence from employment due to service in the uniformed services; or
- The day after the *employee* fails to apply for, or return to employment, as required by USERRA, after completion of a period of service.

Under federal law, the period of coverage available under USERRA shall run concurrently with the COBRA period available to an *employee* and/or eligible *dependents*.

### OTHER INFORMATION

*Employees* should contact their *employer* with any questions regarding coverage normally available during a military leave of absence or continuation coverage and notify the *employer* of any changes in marital status, or a change of address.

## STATEMENT OF ERISA RIGHTS

As a participant in the 4D Printing Co Level Funded Plan, *you* are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all Plan participants shall be entitled to:

### RECEIVE INFORMATION ABOUT THEIR PLAN AND BENEFITS

- Examine, without charge, at the *Plan Administrator's* office and at other specified locations, such as work sites and union halls, all documents governing this Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by this Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
- Obtain, upon written request from the *Plan Administrator*, copies of documents governing the operation of this Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated *Summary Plan Description*.  The administrator may make a reasonable charge for copies.
- Receive a summary of this Plan's annual financial report.  The *Plan Administrator* is required by law to furnish each participant with a copy of this summary annual report.

### CONTINUE GROUP HEALTH PLAN COVERAGE

- Continue health care coverage for *yourself*, spouse or *dependents* if there is a loss of coverage under this Plan as a result of a qualifying event.  *You* or *your dependents* may have to pay for such coverage.  Review this *Summary Plan Description* and this Plan's documents on the rules governing *your* COBRA continuation coverage rights.

### PRUDENT ACTIONS OF PLAN FIDUCIARIES

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of employee benefit plans.  The people who operate *your* Plan, called "fiduciaries" of this Plan, have a duty to do so prudently and in the interest of *you* and other Plan participants and beneficiaries.  No one, including *your employer*, *your* union, or any other person, may fire *you* or otherwise discriminate against *you* in any way to prevent *you* from obtaining a welfare benefit or exercising *your* rights under ERISA.

### ENFORCE THEIR RIGHTS

If *your* claim for a welfare benefit is denied or ignored, in whole or in part, *you* have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

## STATEMENT OF ERISA RIGHTS (continued)

Under ERISA, there are steps *you* can take to enforce the above rights. For instance, if *you* request a copy of Plan documents or the latest annual report from this Plan and do not receive them within 30 days, *you* may file suit in a Federal court. In such a case, the court may require the *Plan Administrator* to provide the materials and pay *you* up to $110 a day until *you* receive the materials, unless the materials were not sent because of reasons beyond the control of the *Plan Administrator*. If *you* have a claim for benefits which is denied or ignored, in whole or in part, *you* may file suit in a state or Federal court. In addition, if *you* disagree with this Plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, *you* may file suit in Federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if *you* are discriminated against for asserting *your* rights, *you* may seek assistance from the U.S. Department of Labor, or *you* may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If *you* are successful, the court may order the person *you* have sued to pay these costs and fees. If *you* lose, the court may order *you* to pay these costs and fees, if for example, it finds *your* claim is frivolous.

## ASSISTANCE WITH QUESTIONS

If *you* have any questions about *your* Plan, *you* should contact the *Plan Administrator*. If *you* have any questions about this statement or about *your* rights under ERISA, or if *you* need assistance in obtaining documents from the *Plan Administrator*, *you* should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in *your* telephone directory (or 1-866-444-3272), or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. *You* may also obtain certain publications about *your* rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration or visiting the U.S. Department of Labor web-site at http://www.dol.gov/ebsa.

## ADDITIONAL NOTICES

### THE WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998 (WHCRA)

If *you* have had or are going to have a mastectomy, *you* may be entitled to certain benefits under the Women's Health and Cancer Rights Act of 1998 (WHCRA).  For individuals receiving mastectomy-related benefits, coverage will be provided in a manner determined in consultation with the attending physician and the patient, for:

- All stages of reconstruction of the breast on which the covered mastectomy was performed;
- *Surgery* and reconstruction of the other breast to produce a symmetrical appearance;
- Prostheses; and
- Treatment of physical complications of the mastectomy, including lymphedema.

Contact *your employer* if *you* would like more information on WHCRA benefits.

### THE NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT OF 1996

The Newborns' and Mothers' Health Protection Act of 1996 provides that group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any *hospital* length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section.  However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable).  An attending provider is defined as an individual who is licensed under applicable state law to provide maternal or pediatric care and who is directly responsible for providing such care to a mother or newborn child.  The definition of attending provider does not include a plan, *hospital*, managed care organization or other issuer.  In any case, plans may not, under Federal law, require that a provider obtain authorization from the plan or the issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

Contact *your employer* if *you* would like more information on The Newborns' and Mothers' Health Protection Act.

## PLAN DESCRIPTION INFORMATION

Proper Name of Plan:            4D Printing Co Level Funded Plan

- *Plan Sponsor*, *Plan Administrator* and Named Fiduciary:

  4D Printing Co
  1007 Irwin Bridge Rd., NW
  Conyers, GA 30012
  Telephone: 770-929-8717

- *Employer*:                  4D Printing Co
  1007 Irwin Bridge Rd., NW
  Conyers, GA 30012
  Telephone: 770-929-8717

- *Employer* Identification Number:  581817104

- This Plan provides medical and *prescription* drug benefits for participating *employees* and their enrolled *dependents*.

- Plan benefits described in this booklet are effective January 01, 2019.

- The Plan *year* is January 01 through December 31 of each year.

- The fiscal year is January 01 through December 31 of each year.

- Service of legal process may be served upon the *Plan Administrator* as shown above or the following agent for service of legal process:

  Donna Silsbee
  4D Printing Co
  1007 Irwin Bridge Rd., NW
  Conyers, GA 30012

- The *Plan Manager* is responsible for performing certain delegated administrative duties, including the processing of claims.  The *Plan Manager* is:

  Humana Health Plan, Inc.
  500 West Main Street
  Louisville, KY 40202
  Telephone:  Refer to *your* Humana ID card

---

## PLAN DESCRIPTION INFORMATION (continued)

---

- This is a self-insured and self-administered health benefit plan.  The cost of this Plan is paid with contributions shared by the *employer* and *employee*.  Benefits under this Plan are provided from the general assets of the *employer* and are used to fund payment of covered claims under this Plan plus administrative expenses.  Please see *your employer* for the method of calculating contributions and the funding mechanism used for the accumulation of assets through which benefits are provided under this Plan.

- Each *employee* of the *employer* who participates in this Plan receives a *Summary Plan Description*, which is this booklet.  This booklet will be provided to *employees* by the *employer*.  It contains information regarding eligibility requirements, termination provisions, a description of the benefits provided and other Plan information.

- This Plan's benefits and/or contributions may be modified or amended from time to time, or may be terminated at any time by the *Plan Sponsor*.  Significant changes to this Plan, including termination, will be communicated to participants as required by applicable law.

- Upon termination of this Plan, the rights of the participants to benefits are limited to claims incurred and payable by this Plan up to the date of termination.  Plan assets, if any, will be allocated and disposed of for the exclusive benefit of the participating *employees* and their *dependents* covered by this Plan, except that any taxes and administration expenses may be made from this Plan's assets.

- This Plan does not constitute a contract between the *employer* and any *covered person* and will not be considered as an inducement or condition of the employment of any *employee*.  Nothing in this Plan will give any *employee* the right to be retained in the service of the *employer*, or for the *employer* to discharge any *employee* at any time.

- This Plan is not in lieu of and does not affect any requirement for coverage by workers' compensation insurance.

# GLOSSARY

Terms printed in italic type in this *SPD* have the meaning indicated below.  Defined terms are printed in italic type wherever found in this *SPD*.

# A

***Accident*** means a sudden event that results in a *bodily injury* or *dental injury* and is exact as to time and place of occurrence.

***Active status*** means the *employee* is performing all of his or her customary duties, whether performed at the *employer's* business establishment, some other location which is usual for the *employee's* particular duties or another location, when required to travel on the job:

- On a regular *full-time* basis or for the number of hours per week determined by the *employer*;
- For 48 weeks a year; and
- Is maintaining a bona fide *employer-employee* relationship on a regular basis with the *employer* sponsoring this Plan.

Each day of a regular vacation and any regular non-working holiday are deemed *active status*, if the *employee* was in *active status* on his or her last regular working day prior to the vacation or holiday.  An *employee* is deemed to be in *active status* if an absence from work is due to a *sickness* or *bodily injury*, provided the individual otherwise meets the definition of *employee*.

***Acute inpatient services*** mean care given in a *hospital* or *health care treatment facility*, which:

- Maintains permanent full-time facilities for *room and board* of resident patients;
- Provides emergency, diagnostic and therapeutic services with a capability to provide life-saving medical and psychiatric interventions;
- Has physician services, appropriately licensed behavioral health practitioners and skilled nursing services available 24-hours a day;
- Provides direct daily involvement of the physician; and
- Is licensed and legally operated in the jurisdiction where located.

*Acute inpatient services* are utilized when there is an immediate risk to engage in actions, which would result in death or harm to self or others or there is a deteriorating condition in which an alternative treatment setting is not appropriate.

***Admission*** means entry into a facility as a registered bed patient according to the rules and regulations of that facility.  An *admission* ends when *you* are discharged, or released, from the facility and are no longer registered as a bed patient.

***Advanced imaging***, for the purpose of this definition, includes Magnetic Resonance Imaging (MRI), Magnetic Resonance Angiography (MRA), Positron Emission Tomography (PET), Single Photon Emission Computed Tomography (SPECT), and Computed Tomography (CT) imaging.

# GLOSSARY (continued)

*Adverse benefit determination* means a denial, reduction, or termination, or failure to provide or make payment (in whole or in part) for a benefit, including:

- A determination based on a *covered person's* eligibility to participate in this Plan;
- A determination that a benefit is not a covered benefit;
- The imposition of a pre-existing condition exclusion, source-of-injury exclusion, network exclusion, or other limitation on otherwise covered benefits; or
- A determination resulting from the application of any utilization review, such as the failure to cover an item or *service* because it is determined to be experimental/investigational or not *medically necessary*.

An *adverse benefit determination* includes any *rescission* of coverage (whether or not, in connection with the *rescission*, there is an adverse effect on any particular benefit at that time).  A cancellation or discontinuance is not a *rescission* if:

- The cancellation or discontinuance of coverage has only a prospective effect; or
- The cancellation or discontinuance of coverage is effective retroactively to the extent it is attributable to a failure to timely pay premium or costs of coverage.

*Alternative medicine*, for the purposes of this definition, includes, but is not limited to:  acupressure, aromatherapy, ayurveda, biofeedback, faith healing, guided mental imagery, herbal supplements and medicine, holistic medicine, homeopathy, hypnosis, macrobiotics, massage therapy, naturopathy, ozone therapy, reflexotherapy, relaxation response, rolfing, shiatsue, yoga and chelation therapy.

*Ambulance* means a professionally operated vehicle, provided by a licensed ambulance service, equipped for the transportation of a sick or injured person to or from the nearest medical facility qualified to treat the person's *sickness* or *bodily injury*.  Use of the *ambulance* must be *medically necessary* and/or ordered by a *health care practitioner*.

*Ambulatory surgical center* means an institution which meets all of the following requirements:

- It must be staffed by physicians and a medical staff, which includes registered nurses.
- It must have permanent facilities and equipment for the primary purpose of performing *surgery*.
- It must provide continuous physicians' services on an *outpatient* basis.
- It must admit and discharge patients from the facility within a 24-hour period.
- It must be licensed in accordance with the laws of the jurisdiction where it is located.  It must be operated as an *ambulatory surgical center* as defined by those laws.
- It must not be used for the primary purpose of terminating pregnancies, or as an office or clinic for the private practice of any physician or dentist.

*Appeal* (or *internal appeal*) means review by this Plan of an *adverse benefit determination*.

# B

*Behavioral health* means *mental health services* and *chemical dependency* services.

*Beneficiary* means *you* and *your* covered *dependent(s)*, or legal representative of either, and anyone to whom the rights of *you* or *your* covered *dependent(s)* may pass.

---

# GLOSSARY (continued)

---

**Bodily injury** means bodily damage other than a *sickness*, including all related conditions and recurrent symptoms.  However, bodily damage resulting from infection or muscle strain due to athletic or physical activity is considered a *sickness* and not a *bodily injury*.

**Bone marrow** means the transplant of human blood precursor cells.  Such cells may be derived from bone marrow, circulating blood, or a combination of bone marrow and circulating blood obtained from the patient in an autologous transplant, from a matched related or unrelated donor, or cord blood.  The term *bone marrow* includes the harvesting, the transplantation and the integral chemotherapy components.

# C

**Chemical dependency** means the abuse of, or psychological or physical dependence on, or addiction to alcohol or a controlled substance.

**Claimant** means a *covered person* (or authorized representative) who files a claim.

**COBRA Service Provider** means a provider of COBRA administrative services retained by Humana or the *employer* to provide specific COBRA administrative services.

**Coinsurance** means the amount expressed as a percentage of the *covered expense* that *you* must pay.  The percentage of the *covered expense* this Plan pays is shown in the "Schedule of Benefits" sections.

**Concurrent care decision** means a decision by this Plan to reduce or terminate benefits otherwise payable for a course of treatment that has been approved by this Plan (other than by Plan amendment or termination) or a decision with respect to a request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that has been approved by this Plan.

**Confinement** or **confined** means *you* are admitted as a registered bed patient as the result of a *health care practitioner's* recommendation.  It does <u>not</u> mean *you* are in *observation status*.

**Congenital anomaly** means an abnormality of the body that is present from the time of birth.

**Copayment** means the specified dollar amount *you* must pay to a provider for *covered expenses*, regardless of any amounts that may be paid by this Plan, as shown in the "Schedule of Benefits" sections.

**Cosmetic surgery** means *surgery* performed to reshape normal structures of the body in order to improve or change *your* appearance or self-esteem.

**Covered expense** means:

- *Medically necessary* services to treat a *sickness* or *bodily injury*, such as:

    - Procedures;
    - *Surgeries*;
    - Consultations;

---

## GLOSSARY (continued)

---

- Advice;
- Diagnosis;
- Referrals;
- Treatment;
- Supplies;
- Drugs;
- Devices; or
- Technologies;

- *Preventive services*; or
- *Prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*.

To be considered a *covered expense*, services must be:

- Ordered by a *health care practitioner*;
- Authorized or prescribed by a *qualified provider*;
- Provided or furnished by a *qualified provider*;
- For the benefits described herein, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of this Plan; and
- Incurred when *you* are insured for that benefit under this Plan on the date that the service is rendered.

**Covered person** means the *employee* or the *employee's dependents*, who are enrolled for benefits provided under this Plan.

**Custodial care** means services given to *you* if:

- *You* need services including, but not limited to, assistance with dressing, bathing, preparation and feeding of special diets, walking, supervision of medication which is ordinarily self-administered, getting in and out of bed, maintaining continence;

- The services *you* require are primarily to maintain, and not likely to improve, *your* condition; or

- The services involve the use of skills which can be taught to a layperson and do not require the technical skills of a *nurse*.

Services may still be considered *custodial care* by this Plan even if:

- *You* are under the care of a *health care practitioner*;
- The *health care practitioner* prescribed services are to support or maintain *your* condition; or
- Services are being provided by a *nurse*.

# D

**Deductible** means the amount of *covered expenses* that *you*, either individually or combined as a covered family, must pay per *year* before this Plan pays benefits for certain specified *covered expenses*.

# GLOSSARY (continued)

***Dental injury*** means an injury to a *sound natural tooth* caused by a sudden and external force that could not be predicted in advance and could not be avoided.  It does not include biting or chewing injuries, unless the biting or chewing injury is a result of an act of domestic violence or a medical condition (including both physical and mental health conditions).

***Dependent*** means a covered *employee's*:

- Legally recognized spouse;

- Natural born child, step-child, legally adopted child, or child placed for adoption, whose age is less than the limiting age;

- Child whose age is less than the limiting age and for whom the *employee* has received a Qualified Medical Child Support Order (QMCSO)  or National Medical Support Notice (NMSN)  to provide coverage, if the *employee* is eligible for family coverage until:

  - Such QMCSO or NMSN is no longer in effect; or
  - The child is enrolled for comparable health coverage, which is effective no later than the termination of the child's coverage under this Plan.

Under <u>no</u> circumstances shall *dependent* mean a grandchild, great grandchild, foster child or *emancipated minor*, including where the grandchild, great grandchild, foster child or *emancipated minor* meets all of the qualifications of a dependent as determined by the Internal Revenue Service.

The limiting age means the end of the birth month the *dependent* child attains age 26.  Each *dependent* child is covered to the limiting age, regardless if the child is:

- Married;
- A tax dependent;
- A student;
- Employed;
- Residing or working outside of the network area;
- Residing with or receiving financial support from *you*; or
- Eligible for other coverage through employment.

A covered *dependent* child who attains the limiting age <u>while covered</u> under this Plan remains eligible if the covered *dependent* child is:

- Permanently mentally or physically handicapped;
- Incapable of self-sustaining employment; and
- Unmarried.

In order for the covered *dependent* child to remain eligible as specified above, this Plan must receive notification within 31 days prior to the covered *dependent* child attaining the limiting age.

---

## GLOSSARY (continued)

---

*You* must furnish satisfactory proof to this Plan, upon request, that the conditions, as defined in the bulleted items above, continuously exist on and after the date the limiting age is reached.  After two years from the date the first proof was furnished, this Plan may not request such proof more often than annually.  If satisfactory proof is not submitted to this Plan, the child's coverage will not continue beyond the last date of eligibility.

**Diabetes equipment** means blood glucose monitors, including monitors designed to be used by blind individuals; insulin pumps and associated accessories; insulin infusion devices; and podiatric appliances for the prevention of complications associated with diabetes.

**Diabetes self-management training** means the training provided to a *covered person* after the initial diagnosis of diabetes for care and management of the condition, including nutritional counseling and use of *diabetes equipment* and supplies.  It also includes training when changes are required to the self-management regime and when new techniques and treatments are developed.

**Diabetes supplies** means test strips for blood glucose monitors; visual reading and urine test strips; lancets and lancet devices; insulin and insulin analogs; injection aids; syringes; prescriptive agents for controlling blood sugar levels; prescriptive non-insulin injectable agents for controlling blood sugar levels; glucagon emergency kits; and alcohol swabs.

**Distant site** means the location of a *health care practitioner* at the time a *telehealth* or *telemedicine* service is provided.

**Durable medical equipment** means equipment that meets all of the following criteria:

* It is prescribed by a *health care practitioner*;
* It can withstand repeated use;
* It is primarily and customarily used for a medical purpose, rather than being primarily for comfort or convenience;
* It is generally not useful to *you* in the absence of *sickness* or *bodily injury*;
* It is appropriate for home use or use at other locations as necessary for daily living;
* It is related to and meets the basic functional needs of your physical disorder;
* It is not typically furnished by a *hospital* or s*killed nursing facility*; and
* It is provided in the most cost effective manner required by *your* condition, including, at this Plan's discretion, rental or purchase.

# E

**Effective date** means the date *your* coverage begins under this Plan.

# GLOSSARY (continued)

***Electronic* or *electronically*** means relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities.

***Electronic mail*** means a computerized system that allows a user of a network computer system and/or computer system to send and receive messages and documents among other users on the network and/or with a computer system.

***Electronic signature*** means an electronic sound, symbol, or process attached to, or logically associated with, a record and executed or adopted by a person with the intent to sign the record.

***Eligibility date*** means the date the *employee* or *dependent* is eligible to participate in this Plan.

***Emancipated minor*** means a child, who has not yet attained full legal age, but who has been declared by a court to be emancipated.

***Emergency care*** means services provided in a *hospital* emergency facility for a *bodily injury* or *sickness* manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in:

- Placing the health of that individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;
- Serious impairment of bodily functions; or
- Serious dysfunction of any bodily organ or part.

*Emergency care* does <u>not</u> mean services for the convenience of the *covered person* or the provider of treatment or services.

***Employee*** means a person, who is in *active status* for the *employer* on a *full-time* basis.  The *employee* must be paid a salary or wage by the *employer* that meets the minimum wage requirements of *your* state or federal minimum wage law for work done at the *employer's* usual place of business or some other location, which is usual for the *employee's* particular duties.

*Employee* also includes a sole proprietor, partner or corporate officer, where:

- The *employer* is a sole proprietorship, partnership or corporation; and

- The sole proprietor, partner or corporate officer is actively performing activities relating to the business, gains their livelihood from the sole proprietorship, partnership or corporation and is in an *active status* at the *employer's* usual place of business or some other location, which is usual for the sole proprietor's, partner's or corporate officer's particular duties.

***Employer*** means the sponsor of this *group* Plan or any subsidiary or affiliate.

***Endodontic services*** mean the following dental procedures, related tests or treatment and follow-up care:

- Root canal therapy and root canal fillings;
- Periradicular *surgery*;
- Apicoectomy;
- Partial pulpotomy; or
- Vital pulpotomy.

## GLOSSARY (continued)

***Experimental***, ***investigational*** or ***for research purposes*** means a drug, biological product, device, treatment or procedure that meets any one of the following criteria, as determined by this Plan:

- Cannot be lawfully marketed without the final approval of the United States Food and Drug Administration (FDA) and lacks such final FDA approval for the use or proposed use, unless (a) found to be accepted for that use in the most recently published edition of the United States Pharmacopeia-Drug Information for Healthcare Professional (USP-DI) or in the most recently published edition of the American Hospital Formulary Service (AHFS) Drug Information; or (b) identified as safe, widely used and generally accepted as effective for that use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is a device required to receive Premarket Approval (PMA) or 510K approval by the FDA but has not received a PMA or 510K approval;

- Is not identified as safe, widely used and generally accepted as effective for the proposed use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is the subject of a National Cancer Institute (NCI) Phase I, II or III trial or a treatment protocol comparable to a NCI Phase I, II or III trial, or any trial not recognized by NCI regardless of phase; or

- Is identified as not covered by the Centers for Medicare and Medicaid Services (CMS) Medicare Coverage Issues Manual, a CMS Operational Policy Letter or a CMS National Coverage Decision, except as required by state or federal law.

- ***External review*** means a review of an *adverse benefit determination* (including a *final internal adverse benefit determination*) conducted pursuant to the federal *external review* process or an applicable state *external review* process.

# F

***Family member*** means *you* or *your* spouse.  It also means *your* or *your* spouse's or child, brother, sister, or parent.

***Final external review decision*** means a determination by an *independent review organization* at the conclusion of an *external review.*

***Final internal adverse benefit determination*** means an *adverse benefit determination* that has been upheld by this Plan at the completion of the *internal appeals* process (or an *adverse benefit determination* with respect to which the *internal appeals* process has been exhausted under the deemed exhaustion rules).

***Free-standing facility*** means any licensed public or private establishment other than a *hospital*, which has permanent facilities equipped and operated to provide laboratory and diagnostic laboratory, *outpatient* radiology, *advanced imaging*, chemotherapy, inhalation therapy, radiation therapy, lithotripsy, physical, cardiac, speech and occupational therapy, or renal dialysis services.  An appropriately licensed birthing center is also considered a *free-standing facility.*

# GLOSSARY (continued)

*Full-time*, for an *employee*, means a work week of 40 hours.

*Functional impairment* means a direct and measurable reduction in physical performance of an organ or body part.

# G

*Group* means the persons for whom this Plan coverage has been arranged to be provided.

# H

*Habilitative services* mean health care services and devices that help a person keep, learn or improve skills and functioning for daily living.  Examples include therapy for a child who isn't walking or talking at the expected age.  These services may include physical and occupational therapy, speech-language pathology and other services for people with disabilities in a variety of inpatient and/or outpatient settings.

*Health care practitioner* means a practitioner professionally licensed by the appropriate state agency to provide *preventive services* or diagnose or treat a *sickness* or *bodily injury* and who provides services within the scope of that license.

*Health care treatment facility* means a facility, institution or clinic, duly licensed by the appropriate state agency to provide medical services or *behavioral health* services and is primarily established and operating within the scope of its license.

*Health insurance coverage* means medical coverage under any hospital or medical service policy or certificate, hospital or medical service plan contract or health maintenance organization (HMO) contract offered by a health insurance issuer. "Health insurance issuer" means an insurance company, insurance service, or insurance organization (including an HMO) that is required to be licensed to engage in the business of insurance in a state and that is subject to the state law that regulates insurance.

*Health status-related factor* means any of the following:

- Health status or medical history;
- Medical condition, either physical or mental;
- Claims experience;
- Receipt of health care;
- Genetic information;
- Disability; or
- Evidence of insurability, including conditions arising out of acts of domestic violence.

*Home health care agency* means a *home health care agency* or *hospital*, which meets all of the following requirements:

- It must primarily provide skilled nursing services and other therapeutic services under the supervision of physicians or registered nurses;
- It must be operated according to established processes and procedures by a group of professional medical people, including physicians and *nurses*;
- It must maintain clinical records on all patients; and

# GLOSSARY (continued)

- It must be licensed by the jurisdiction where it is located, if licensure is required.  It must be operated according to the laws of that jurisdiction, which pertains to agencies providing home health care.

**Home health care plan** means a plan of care and treatment for *you* to be provided in *your* home. To qualify, the *home health care plan* must be established and approved by a *health care practitioner*.  The services to be provided by the plan must require the skills of a *nurse*, or another *health care practitioner* and must not be for *custodial care*.

**Hospice care program** means a coordinated, interdisciplinary program provided by a hospice that is designed to meet the special physical, psychological, spiritual and social needs of a terminally ill *covered person* and his or her immediate covered family members, by providing *palliative care* and supportive medical, nursing and other services through at-home or *inpatient* care.  A hospice must be licensed by the laws of the jurisdiction where it is located and must be run as a hospice as defined by those laws.  It must provide a program of treatment for at least two unrelated individuals, who have been medically diagnosed as having no reasonable prospect for cure for their *sickness* and, as estimated by their physicians, are expected to live 18 months or less as a result of that *sickness*.

**Hospital** means an institution that meets all of the following requirements:

- It must provide, for a fee, medical care and treatment of sick or injured patients on an *inpatient* basis;
- It must provide or operate, either on its premises or in facilities available to the *hospital* on a pre-arranged basis, medical, diagnostic and surgical facilities;
- Care and treatment must be given by and supervised by physicians.  Nursing services must be provided on a 24-hour basis and must be given by or supervised by registered nurses;
- It must be licensed by the laws of the jurisdiction where it is located.  It must be operated as a *hospital* as defined by those laws;
- It must <u>not</u> be primarily a:

  - Convalescent, rest or nursing home; or
  - Facility providing custodial, educational or rehabilitative care.

The *hospital* must be accredited by one of the following:

- The Joint Commission on the Accreditation of Hospitals;
- The American Osteopathic Hospital Association; or
- The Commission on the Accreditation of Rehabilitative Facilities.

# I

**Independent review organization (or IRO)** means an entity that conducts independent *external reviews* of *adverse benefit determinations* and *final internal adverse benefit determinations*.

**Infertility services** mean any diagnostic evaluation, treatment, supply, medication, or service provided to achieve pregnancy or to achieve or maintain ovulation.  This includes, but is not limited to:

- Artificial insemination;
- In vitro fertilization;
- Gamete Intrafallopian Transfer (GIFT);
- Zygote Intrafallopian Transfer (ZIFT);

---

## GLOSSARY (continued)

---

- Tubal ovum transfer;
- Embryo freezing or transfer;
- Sperm storage or banking;
- Ovum storage or banking;
- Embryo or zygote banking;
- Diagnostic and/or therapeutic laparoscopy;
- Hysterosalpingography;
- Ultrasonography;
- Endometrial biopsy; and
- Any other assisted reproductive techniques or cloning methods.

*Inpatient* means *you* are *confined* as a registered bed patient.

*Intensive outpatient program* means *outpatient* services providing:

- Group therapeutic sessions greater than one hour a day, three days a week;
- *Behavioral health* therapeutic focus;
- Group sessions centered on cognitive behavioral constructs, social/occupational/educational skills development and family interaction;
- Additional emphasis on recovery strategies, monitoring of participation in 12-step programs and random drug screenings for the treatment of *chemical dependency*; and
- Physician availability for medical and medication management.

*Intensive outpatient program* does <u>not</u> include services that are for:

- *Custodial care*; or
- Day care.

# J

# K

# L

*Late applicant* means an *employee* or *dependent*, who requests enrollment for coverage under this Plan more than 31 days after his or her *eligibility date*, later than the time period specified in the "Special enrollment" provision, or after the *open enrollment period*.

*Level 1 network health care practitioner* means a *network health care practitioner* practicing in a *health care treatment facility* or *retail clinic*:

- With a specialty of pediatric or internal medicine; or
- Who is a general practitioner, nurse practitioner, physician assistant or registered nurse.

*Level 2 network health care practitioner* means a *network health care practitioner*, practicing in a *health care treatment facility*, who has received training in a specific medical field other than those listed in the *level 1 network health care practitioner* definition.

## GLOSSARY (continued)

# M

***Maintenance care*** means services and supplies furnished mainly to:

- Maintain, rather than improve, a level of physical or mental function; or
- Provide a protected environment free from exposure that can worsen the *covered person's* physical or mental condition.

***Maximum allowable fee*** for a *covered expense*, other than *emergency care* services provided by *non-network providers* in a *hospital's* emergency department, is the lesser of:

- The fee charged by the provider for the services;

- The fee that has been negotiated with the provider, whether directly or through one or more intermediaries or shared savings contracts for the services;

- The fee established by this Plan by comparing rates from one or more regional or national databases or schedules for the same or similar services from a geographical area determined by this Plan;

- The fee based upon rates negotiated by this Plan or other payors with one or more *network providers* in a geographic area determined by this Plan for the same or similar services;

- The fee based upon the provider's cost for providing the same or similar services as reported by such provider in its most recent publicly available *Medicare* cost report submitted to the Centers for Medicare and Medicaid Services (CMS) annually; or

- The fee based on a percentage determined by this Plan of the fee *Medicare* allows for the same or similar services provided in the same geographic area.

*Maximum allowable fee* for a *covered expense* for *emergency care* services provided by *non-network providers* in a *hospital's* emergency department is an amount equal to the greatest of:

- The fee negotiated with *network providers*;
- The fee calculated using the same method to determine payments for *non-network provider* services; or
- The fee paid by *Medicare* for the same services.

The bill *you* receive for services from *non-network providers* may be significantly higher than the *maximum allowable fee*. In addition to *deductibles, copayments* and *coinsurance*, *you* are responsible for the difference between the *maximum allowable fee* and the amount the provider bills *you* for the services. Any amount *you* pay to the provider in excess of the *maximum allowable fee* will not apply to *your out-of-pocket limit* or *deductible*.

# GLOSSARY (continued)

***Medicaid*** means a state program of medical care for needy persons, as established under Title 19 of the Social Security Act of 1965, as amended.

***Medically necessary*** means health care services that a *health care practitioner* exercising prudent clinical judgment would provide to his or her patient for the purpose of preventing, evaluating, diagnosing or treating a *sickness* or *bodily injury* or its symptoms.  Such health care service must be:

- In accordance with nationally recognized standards of medical practice;

- Clinically appropriate in terms of type, frequency, extent, site and duration, and considered effective for the patient's *sickness* or *bodily injury*;

- Not primarily for the convenience of the patient, physician or other health care provider;

- Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of the patient's *sickness* or *bodily injury*; and

- Performed in the least costly site.

For the purpose of *medically necessary*, generally accepted standards of medical practice means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations, the views of physicians practicing in relevant clinical areas and any other relevant factors.

***Medicare*** means a program of medical insurance for the aged and disabled, as established under Title 18 of the Social Security Act of 1965, as amended.

***Mental health services*** means those diagnoses and treatments related to the care of a *covered person* who exhibits mental, nervous or emotional conditions classified in the Diagnostic and Statistical Manual of Mental Disorders.

***Morbid obesity*** means a body mass index (BMI) as determined by a *health care practitioner* as of the date of service of:

- 40 kilograms or greater per meter squared ($kg/m^2$); or

- 35 kilograms or greater per meter squared ($kg/m^2$) with an associated comorbid condition such as hypertension, type II diabetes, life-threatening cardiopulmonary conditions, or joint disease that is treatable, if not for the obesity.

---

## GLOSSARY (continued)

---

# N

***Network health care practitioner*** means a *health care practitioner*, who has been designated as such or has signed an agreement with this Plan as an independent contractor, or who has been designated by this Plan to provide services to all *covered persons*.  *Network health care practitioner* designation by this Plan may be limited to specified services.

***Network hospital*** means a *hospital* which has been designated as such or has signed an agreement with this Plan as an independent contractor, or has been designated by this Plan to provide services to all *covered persons*.  *Network hospital* designation by this Plan may be limited to specified services.

***Network provider*** means a *hospital*, *health care treatment facility*, *health care practitioner*, or other health services provider who is designated as such or has signed an agreement with this Plan as an independent contractor, or who has been designated by this Plan to provide services to all *covered persons*.  *Network provider* designation by this Plan may be limited to specified services.

***Non-network health care practitioner*** means a *health care practitioner* who has <u>not</u> been designated by this Plan as a *network health care practitioner*.

***Non-network hospital*** means a *hospital* which has <u>not</u> been designated by this Plan as a *network hospital*.

***Non-network provider*** means a *hospital*, *health care treatment facility*, *health care practitioner*, or other health services provider who has <u>not</u> been designated by this Plan as a *network provider*.

***Nurse*** means a registered nurse (R.N.), a licensed practical nurse (L.P.N.), or a licensed vocational nurse (L.V.N.).

# O

***Observation status*** means *hospital outpatient* services provided to *you* to help the *health care practitioner* decide if *you* need to be admitted as an *inpatient*.

***Open enrollment period*** means no less than a 31 day period of time, occurring annually for the *group,* during which the *employees* have an opportunity to enroll themselves and their eligible *dependents* for coverage under this Plan.

---

## GLOSSARY (continued)

---

*Oral surgery* means procedures to correct diseases, injuries and defects of the jaw and mouth structures. These procedures include, but are not limited to, the following:

- Surgical removal of full bony impactions;
- Mandibular or maxillary implant;
- Maxillary or mandibular frenectomy;
- Alveolectomy and alveoplasty;
- Orthognathic *surgery*;
- *Surgery* for treatment of temporomandibular joint syndrome/dysfunction; and
- Periodontal surgical procedures, including gingivectomies.

*Originating site* means the location of a *covered person* at the time a *telehealth* or *telemedicine* service is being furnished.

*Out-of-pocket limit* means the amount of *covered expenses* which must be paid by *you*, either individually or combined as a covered family, per *year* before a benefit percentage will be increased.

*Outpatient* means *you* are not *confined* as a registered bed patient.

*Outpatient surgery* means *surgery* performed in a *health care practitioner's* office, *ambulatory surgical center*, or the *outpatient* department of a *hospital*.

# P

*Palliative care* means care given to a *covered person* to relieve, ease, or alleviate, but not to cure, a *bodily injury* or *sickness*.

*Partial hospitalization* means services provided by a *hospital* or *health care treatment facility* in which patients do <u>not</u> reside for a full 24-hour period:

- For a comprehensive and intensive interdisciplinary psychiatric treatment for minimum of 5 hours a day, 5 days per week;

- That provides for social, psychological and rehabilitative training programs with a focus on reintegration back into the community and admits children and adolescents who must have a treatment program designed to meet the special needs of that age range; and

- That has physicians and appropriately licensed behavioral health practitioners readily available for the emergent and urgent needs of the patients.

The *partial hospitalization* program must be accredited by the Joint Commission of the Accreditation of Hospitals or in compliance with an equivalent standard.

---

# GLOSSARY (continued)

Licensed drug abuse rehabilitation programs and alcohol rehabilitation programs accredited by the Joint Commission on the Accreditation of Health Care Organizations or approved by the appropriate state agency are also considered *partial hospitalization* services.

*Partial hospitalization* does <u>not</u> include services that are for:

- *Custodial care*; or
- Day care.

*Periodontics* means the branch of dentistry concerned with the study, prevention, and treatment of diseases of the tissues and bones supporting the teeth. *Periodontics* includes the following dental procedures, related tests or treatment and follow-up care:

- Periodontal maintenance;
- Scaling and root planing;
- Gingivectomy;
- Gingivoplasty; or
- Osseous surgical procedures.

*Plan Administrator* means 4D Printing Co.

*Plan Manager* means Humana Health Plan, Inc. The *Plan Manager* provides services to the *Plan Administrator*, as defined under the Plan Management Agreement. The *Plan Manager* is not the *Plan Administrator* or the *Plan Sponsor*.

*Plan Sponsor* means 4D Printing Co.

*Post-service claim* means any claim for a benefit under a group health plan that is not a *pre-service claim*.

*Pre-service claim* means a claim with respect to which the terms of the Plan condition receipt of a Plan benefit, in whole or in part, on approval of the benefit by Humana in advance of obtaining medical care.

*Pre-surgical/procedural testing* means:

- Laboratory tests or radiological examinations done on an *outpatient* basis in a *hospital* or other facility accepted by the *hospital* before *hospital confinement* or *outpatient surgery* or procedure;
- The tests must be accepted by the *hospital* or *health care practitioner* in place of like tests made during *confinement*; and
- The tests must be for the same *bodily injury* or *sickness* causing *you* to be *hospital confined* or to have *outpatient surgery* or procedure.

*Preauthorization* means approval by this Plan, or this Plan's designee, of a service prior to it being provided. Certain services require medical review by this Plan in order to determine eligibility for coverage.

*Preauthorization* is granted when such a review determines that a given service is a *covered expense* according to the terms and provisions of this Plan.

117

---

## GLOSSARY (continued)

---

***Preventive services*** means services in the following recommendations appropriate for *you* during *your* plan *year*:

- Services with an A or B rating in the current recommendations of the U. S. Preventive Services Task Force (USPSTF).

- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).

- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).

- Preventive care for women provided in the comprehensive guidelines supported by HRSA.

For the recommended *preventive services* that apply to *your* plan *year*, refer to the www.healthcare.gov or call the customer service telephone number on *your* identification card.

***Protected health information*** means individually identifiable health information about a *covered person*, including: (a) patient records, which includes but is not limited to all health records, physician and provider notes and bills and claims with respect to a *covered person*; (b) patient information, which includes patient records and all written and oral information received about a *covered person*; and (c) any other individually identifiable health information about *covered persons*.

***Provider contract*** means a legally binding agreement between Humana and a *participating provider* that includes a provider payment arrangement.

# Q

***Qualified provider*** means a person, facility or any other health care provider:

- That is licensed by the appropriate state agency to:

  - Diagnose or treat a *sickness* or *bodily injury*; or
  - Provide *preventive services*;

- That provides services within the scope of their license; and
- Whose primary purpose is to provide health care services.

118

---

## GLOSSARY (continued)

---

# R

***Rehabilitation facility*** means any licensed public or private establishment which has permanent facilities that are equipped and operated primarily to render physical and occupational therapies, diagnostic services and other therapeutic services.

***Rescission***, ***rescind*** or ***rescinded*** means a cancellation or discontinuance of coverage that has a retroactive effect.

***Residential treatment facility*** means an institution that:

- Is licensed as a 24-hour residential facility for *behavioral health* treatment, although <u>not</u> licensed as a *hospital*;

- Provides a multidisciplinary treatment plan in a controlled environment, under the supervision of a physician who is able to provide treatment on a daily basis;

- Provides supervision and treatment by a Ph.D. psychologist, licensed therapist, psychiatric nursing staff or registered nurse;

- Provides programs such as social, psychological, family counseling and rehabilitative training, age appropriate for the special needs of the age group of patients, with focus on reintegration back into the community; and

- Provides structured activities throughout the day and evening, for a minimum of 6 hours a day.

Residential treatment is utilized to provide structure, support and reinforcement of the treatment required to reverse the course of behavioral deterioration.

***Retail clinic*** means a *health care treatment facility*, located in a retail store, that is often staffed by nurse practitioners and physician assistants who provide minor medical services on a "walk-in" basis (no appointment required).

***Room and board*** means all charges made by a *hospital* or other *health care treatment facility* on its own behalf for room and meals and all general services and activities needed for the care of registered bed patients.

***Routine nursery care*** means the charges made by a *hospital* or licensed birthing center for the use of the nursery. It includes normal services and supplies given to well newborn children following birth. *Health care practitioner* visits are not considered *routine nursery care*. Treatment of a *bodily injury*, *sickness*, birth abnormality, congenital defect following birth and care resulting from prematurity is <u>not</u> considered *routine nursery care*.

## GLOSSARY (continued)

# S

***Self-administered injectable drugs*** means an FDA approved medication which a person may administer to himself or herself by means of intramuscular, intravenous, or subcutaneous injection, excluding insulin, and prescribed for use by *you*.

***Sickness*** means a disturbance in function or structure of the body which causes physical signs or physical symptoms and which, if left untreated, will result in a deterioration of the health state of the structure or system(s) of the body.  The term also includes: (a) pregnancy; (b) any medical complications of pregnancy; and (c) *behavioral health*.

***Skilled nursing facility*** means a licensed institution (other than a *hospital*, as defined) which meets all of the following requirements:

- It must provide permanent and full-time bed care facilities for resident patients;
- It must maintain, on the premises and under arrangements, all facilities necessary for medical care and treatment;
- It must provide such services under the supervision of physicians at all times;
- It must provide 24-hours-a-day nursing services by or under the supervision of a registered nurse; and
- It must maintain a daily record for each patient.

A *skilled nursing facility* is <u>not</u>, except by incident, a rest home, a home for the care of the aged, or engaged in the care and treatment of *chemical dependency*.

***Sound natural tooth*** means a tooth that:

- Is organic and formed by the natural development of the body (not manufactured, capped, crowned or bonded);
- Has not been extensively restored;
- Has not become extensively decayed or involved in periodontal disease; and
- Is not more susceptible to injury than a whole natural tooth, (for example a tooth that has not been previously broken, chipped, filled, cracked or fractured).

***Special enrollment date*** means the date of:

- Change in family status after the *eligibility date*;
- Loss of other coverage under another group health plan or other *health insurance coverage*;
- COBRA exhaustion;
- Loss of coverage under *your employer's* alternate plan;
- Termination of your *Medicaid* coverage or your Children's Health Insurance Program (CHIP) coverage as a result of loss of eligibility; or
- Eligibility for a premium assistance subsidy under *Medicaid* or CHIP.

To be eligible for special enrollment, *you* must meet the requirements specified in the "Special enrollment" provision within the "Eligibility and Effective Dates" section of this *SPD*.

---

# GLOSSARY (continued)

---

***Summary Plan Description (SPD)*** means this document which outlines the benefits, provisions and limitations of this Plan.

***Surgery*** means services categorized as Surgery in the Current Procedural Terminology (CPT) Manuals published by the American Medical Association.  The term *surgery* includes, but is not limited to: excision or incision of the skin or mucosal tissues or insertion for exploratory purposes into a natural body opening; insertion of instruments into any body opening, natural or otherwise, done for diagnostic or other therapeutic purposes; and treatment of fractures.

# T

***Telehealth*** means an audio and video real-time interactive communication between a patient and a *health care practitioner* at a *distant site*.

***Telemedicine*** means services, other than *telehealth* provided via telephonic or electronic communications.

***Total disability*** or ***totally disabled*** means *your* continuing inability, as a result of a *bodily injury* or *sickness*, to perform the material and substantial duties of any job for which *you* are or become qualified by reason of education, training or experience.

The term also means a *dependent's* inability to engage in the normal activities of a person of like age.  If the *dependent* is employed, the *dependent* must be unable to perform his or her job.

# U

***Urgent care*** means those health care services that are appropriately provided for an unforeseen condition of a kind that usually requires attention without delay but that does not pose a threat to life, limb or permanent health of the *covered person*.

***Urgent care center*** means any licensed public or private non-*hospital free-standing facility* which has permanent facilities equipped to provide *urgent care* services on an *outpatient* basis.

***Urgent care claim*** means any claim for medical care or treatment when the time periods for making non-urgent care determinations:

- Could seriously jeopardize the life or health of the *claimant* or the ability of the *claimant* to regain maximum function; or
- In the opinion of the physician with knowledge of the *claimant's* medical condition, would subject the *claimant* to severe pain that cannot be adequately managed without the care or treatment recommended.

# V

---

## GLOSSARY (continued)

---

# W

***Waiting period*** means the period of time, elected by *your employer*, that must pass before an *employee* is eligible for coverage under this Plan.

# X

# Y

***Year*** means the period of time which begins on any January 1st and ends on the following December 31st. When *you* first become covered by this Plan, the first *year* begins for *you* on the *effective date* of *your* coverage and ends on the following December 31st.

***You*** or ***your*** means any *covered person*.

# Z

# PRESCRIPTION DRUG BENEFIT

Reading this "Prescription drug benefit" section will help *you* understand:

- The level of benefits *we* generally pay for the *prescription* drugs, medicines or medications, including *specialty drugs*, covered under this Plan;
- The *copayment* and/or *coinsurance* amount *you* are required to pay; and
- The required *prescription drug deductible* amount to be met, if any, before benefits are paid; and
- *Prior authorization* requirements.

This "Prescription drug benefit" outlines the coverage and limitations provided under this Plan.  A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses – Pharmacy Services," "Limitations and Exclusions" and "Limitations and Exclusions – Pharmacy Services" sections of this *SPD*.

*Covered expenses* for *prescription* drugs and *specialty drugs* under provisions of this benefit apply toward *your out-of-pocket limit*.

For the purposes of coordination of benefits, *prescription* drug coverage under this benefit will be considered a separate plan and will therefore only be coordinated with other *prescription* drug coverage.

All terms used in this "Prescription drug benefit" have the meaning given to them in the "Glossary" section, unless otherwise specifically defined in the "Glossary – Pharmacy Services" section of this *SPD*. All services are subject to all of the terms, provisions, limitations and exclusions of this Plan, unless otherwise stated.

## Prior authorization requirements

*Prior authorization* and/or *step therapy* is required for certain *prescription* drugs, medicines or medications, including *specialty drugs*.  Visit Humanas Website at www.humana.com or call the customer service telephone number on *your* identification card to obtain the *drug list* that identifies the drugs, medicines or medications, including *specialty drugs* that require *prior authorization* and/or *step therapy*.  The *drug list* is subject to change.  Coverage provided in the past is not a guarantee of future coverage.

*Your health care practitioner* must contact Humanas Clinical Pharmacy Review to request and receive *our* approval for *prescription* drugs, medicines or medications, including *specialty drugs* that require *prior authorization* and/or *step therapy*.  Benefits are payable only if approved by this Plan.

### Preventive medication coverage

Drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list* are covered in full when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

## PRESCRIPTION DRUG BENEFIT (continued)

**Prescription drug cost sharing**

*You* are responsible for any and all *cost share*, when applicable, as specified below.  If the dispensing *pharmacy's* charge is less than *your copayment* or *coinsurance* for *prescription* drugs, *you* will be responsible for the dispensing *pharmacy* charge amount.  The amount paid by *us* to the dispensing *pharmacy* may not reflect the ultimate cost to *us* for the drug.  *Your copayment* or *coinsurance* is made on a per *prescription* fill or refill basis and will not be adjusted if *we* receive any retrospective volume discounts or *prescription* drug rebates.

**Retail pharmacy**                                    **Coverage for up to a 30-day supply**

*Specialty drugs* are not included.  Refer to the "Specialty pharmacy / Retail pharmacy" provision below for *specialty drug* benefits.

| | |
|---|---|
| *Network pharmacy level 1 drugs* | $10 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 1 drugs* | 30% of the *default rate* after $10 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 2 drugs* | $35 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 2 drugs* | 30% of the *default rate* after $35 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 3 drugs* | $65 *copayment* per *prescription* fill or refill |
| *Non-network pharmacy level 3 drugs* | 30% of the *default rate* after $65 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 4 drugs* | 25% *coinsurance* per *prescription* fill or refill |
| *Non-network pharmacy level 4 drugs* | 30% of the *default rate* after 25% *coinsurance* per *prescription* fill or refill |

## PRESCRIPTION DRUG BENEFIT (continued)

**90-day Retail pharmacy**

Some retail *pharmacies* participate in this Plans program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.  *Your* cost is 3 times the applicable *copayment* outlined above, or the applicable *coinsurance* amount, if any, as specified above.  *Specialty drugs* are limited to a 30-day supply from a *specialty pharmacy* or a retail *pharmacy*, unless otherwise determined by this Plan.

**Mail order pharmacy**                               **90-day supply**

*Specialty drugs* are not included.  Refer to the "Specialty pharmacy / Retail pharmacy" provision below for *specialty drug* benefits.

| | |
|---|---|
| *Network pharmacy level 1 drugs*, and *level 2 drugs* and *level 3 drugs* | 2.5 times the applicable *copayment* per *prescription* fill or refill, as outlined above under "Retail pharmacy" |
| *Non-network pharmacy level 1 drugs*, and *level 2 drugs* and *level 3 drugs* | 30% of the *default rate* after 2.5 times the applicable *copayment* per *prescription* fill or refill, as outlined above under "Retail pharmacy" |
| *Network pharmacy level 4 drugs* | 25% *coinsurance* per *prescription* fill or refill |
| *Non-network pharmacy level 4 drugs* | 30% of the *default rate* after 25% *coinsurance* per *prescription* fill or refill |

**Specialty pharmacy / Retail pharmacy**     **Coverage for up to a 30-day supply**

| | |
|---|---|
| *Network pharmacy* designated by Humana as a preferred provider of *specialty drugs* | 25% *coinsurance* per *specialty drug prescription* fill or refill |
| *Network pharmacy* provider of *specialty drugs* | 35% *coinsurance* per *specialty drug prescription* fill or refill |
| *Non-network pharmacy* | 50% of the *default rate* per *specialty drug prescription* fill or refill |

## PRESCRIPTION DRUG BENEFIT (continued)

## Non-network pharmacy claims

When a *non-network pharmacy* is used, *you* must pay for the *prescription* fill or refill at the time it is dispensed.  *You* must file a claim for reimbursement with this Plan, as described in *your SPD*.  In addition to any applicable *cost share* shown above, *you* are also responsible for 100% of the difference between the *default rate* and the *non-network pharmacy's* charge.  Any amount *you* pay to a *non-network pharmacy* does not apply toward any *out-of-pocket limit* under this Plan.  The charge received from a *non-network pharmacy* for a *prescription* fill or refill may be higher than the *default rate*.

# COVERED EXPENSES – PHARMACY SERVICES

This "Covered Expenses – Pharmacy Services" section describes *covered expenses* under this Plan for *prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*.  Benefits are subject to applicable *cost share* shown on the "Schedule of Benefits – Pharmacy Services" section of this *SPD*.

Refer to the "Limitations and Exclusions", "Limitations and Exclusions – Pharmacy Services", "Glossary" and "Glossary – Pharmacy Services" sections in this *SPD*.  All terms and provisions of this Plan apply, including *prior authorization* requirements specified in the "Schedule of Benefits – Pharmacy Services" of this *SPD*.

## Coverage description

This Plan will cover *prescription* drugs that are received by *you* under this "Covered Expenses – Pharmacy Services" section.  Benefits may be subject to *dispensing limits*, *prior authorization* and *step therapy* requirements, if any.

Covered *prescription* drugs are:

- Drugs, medicines or medications and *specialty drugs* that under federal or state law may be dispensed only by *prescription* from a *health care practitioner*.

- Drugs, medicines or medications and *specialty drugs* included on this Plan's *drug list*.

- Insulin and *diabetes supplies*.

- *Self-administered injectable drugs* approved by this Plan.

- Hypodermic needles, syringes or other methods of delivery when prescribed by a *health care practitioner* for use with insulin or *self-administered injectable drugs*.  (Hypodermic needles, syringes or other methods of delivery used in conjunction with covered drugs may be available at no cost to *you*).

- Enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease, or as otherwise determined by this Plan.

- Spacers and/or peak flow meters for the treatment of asthma.

- Drugs, medicines or medications on the Preventive Medication Coverage *drug list* with a *prescription* from a *health care practitioner*.

Notwithstanding any other provisions of this Plan, this Plan may decline coverage or, if applicable, exclude from the *drug list* any and all *prescriptions* until the conclusion of a review period not to exceed six months following FDA approval for the use and release of the *prescriptions* into the market.

## COVERED EXPENSES – PHARMACY SERVICES (continued)

**About our drug list**

*Prescription* drugs, medicines or medications, including *specialty drugs* and *self-administered injectable drugs* prescribed by *health care practitioners* and covered by this Plan are specified on Humana's printable *drug list*.  The *drug list* identifies categories of drugs, medicines or medications by levels.  It also indicates *dispensing limits*, *specialty drug* designation and any applicable *prior authorization* or *step therapy* requirements.  This information is reviewed on a regular basis by a Pharmacy and Therapeutics committee made up of physicians and *pharmacists*.  Placement on the *drug list* does not guarantee *your health care practitioner* will prescribe that *prescription* drug, medicine or medication for a particular medical condition.  *You* can obtain a copy of this Plan's *drug list* by visiting Humana's Website at www.humana.com or calling the customer service telephone number on *your* identification card.

**Access to non-formulary contraceptives**

A *covered person* may gain access to non-formulary contraceptive drugs with no cost-sharing when a *health care practitioner* recommends and determines that a particular method of contraception or FDA-approved contraceptive item is *medically necessary*.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES

The "Limitations and Exclusions – Pharmacy Services" section describes the limitations and exclusions under this Plan that apply to *prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*. Please refer to the "Limitations and Exclusions" section of this *SPD* for additional limitations.

These limitations and exclusions apply even if a *health care practitioner* has prescribed a medically appropriate service, treatment, supply, or *prescription*.   This does not prevent *your health care practitioner* or *pharmacist* from providing the service, treatment, supply, or *prescription*.   However, the service, treatment, supply, or *prescription* will not be a *covered expense*.

Unless specifically stated otherwise, no benefit will be provided for, or on account of, the following items:

- *Legend drugs,* which are not deemed *medically necessary* by this Plan.

- *Prescription* drugs not included on the *drug list*.

- Any amount exceeding the *default rate*.

- More than two fills for the same *specialty drug* obtained from a *pharmacy* which is not designated by this Plan as a preferred provider of *specialty drugs*.

- *Specialty drugs* for which coverage is not approved by this Plan.

- Drugs and/or ingredients not approved by the FDA, including bulk compounding ingredients.

- Any drug prescribed for intended use other than for:

  - Indications approved by the FDA; or
  - Off-label indications recognized through peer-reviewed medical literature.

- Any drug prescribed for a *sickness* or *bodily injury* not covered under this Plan.

- Any drug, medicine or medication that is either:

  - Labeled "Caution - limited by federal law to investigational use"; or
  - *Experimental, investigational* or *for research purposes,* even though a charge is made to *you*.

- Allergen extracts.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES (continued)

- Therapeutic devices or appliances, including, but not limited to:

  - Hypodermic needles and syringes (except when prescribed by a *health care practitioner* for use with insulin and *self-administered injectable drugs*, whose coverage is approved by this Plan);
  - Support garments;
  - Test reagents;
  - Mechanical pumps for delivery of medications; and
  - Other non-medical substances.

- Dietary supplements, except enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease.  Refer to the "Covered Expenses" section of the *SPD* for coverage of low protein modified foods.

- Nutritional products.

- Minerals.

- Growth hormones for idiopathic short stature or any other condition, unless there is a laboratory confirmed diagnosis of growth hormone deficiency, or as otherwise determined by this Plan.

- Herbs and vitamins, except prenatal (including greater than one milligram of folic acid), pediatric multi-vitamins with fluoride and vitamins on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

- Anorectic or any drug used for the purpose of weight control.

- Any drug used for cosmetic purposes, including, but not limited to:

  - Dermatological or hair growth stimulants; or
  - Pigmenting or de-pigmenting agents.

- Any drug or medicine that is lawfully obtainable without a *prescription* (over-the-counter drugs), except:

  - Insulin; and

  - Drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES (continued)

- Any drug or medicine that is available in prescription strength without a *prescription*.

- Compounded drugs in any dosage form, except when prescribed for pediatric use for children up to 19 years of age, or as otherwise determined by this Plan.

- Abortifacients (drugs used to induce abortions).

- *Infertility services* including medications.

- Any drug prescribed for impotence and/or sexual dysfunction.

- Any drug, medicine or medication that is consumed or injected at the place where the *prescription* is given, or dispensed by the *health care practitioner*.

- The administration of covered medication(s).

- *Prescriptions* that are to be taken by or administered to *you*, in whole or in part, while *you* are a patient in a facility where drugs are ordinarily provided on an *inpatient* basis by the facility. *Inpatient* facilities include, but are not limited to:

  - *Hospital*;
  - *Skilled nursing facility*; or
  - Hospice facility.

- Injectable drugs, including, but not limited to:

  - Immunizing agents, unless for *preventive services* determined by this Plan to be dispensed by or administered in a *pharmacy*;
  - Biological sera;
  - Blood;
  - Blood plasma; or
  - *Self-administered injectable drugs* or *specialty drugs* for which *prior authorization* or *step therapy* is not obtained from this Plan.

- *Prescription* fills or refills:

  - In excess of the number specified by the *health care practitioner*; or
  - Dispensed more than one year from the date of the original order.

- Any portion of a *prescription* fill or refill that exceeds a 90-day supply when received from a *mail order pharmacy* or a retail *pharmacy* that participates in Humana's program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.

## LIMITATIONS AND EXCLUSIONS – PHARMACY SERVICES (continued)

- Any portion of a *prescription* fill or refill that exceeds a 30-day supply when received from a retail *pharmacy* that does <u>not</u> participate in Humana's program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.

- Any portion of a *specialty drug prescription* fill or refill that exceeds a 30-day supply, unless otherwise determined by this Plan.

- Any portion of a *prescription* fill or refill that:

  - Exceeds this Plan drug-specific *dispensing limit*;
  - Is dispensed to a *covered person*, whose age is outside the drug-specific age limits defined by this Plan;
  - Is refilled early, as defined by this Plan; or
  - Exceeds the duration-specific *dispensing limit*.

- Any drug for which this Plan requires *prior authorization* or *step therapy* and it is not obtained.

- Any drug for which a charge is customarily not made.

- Any drug, medicine or medication received by *you*:

  - Before becoming covered; or
  - After the date *your* coverage has ended.

- Any costs related to the mailing, sending or delivery of *prescription* drugs.

- Any intentional misuse of this benefit, including *prescriptions* purchased for consumption by someone other than *you*.

- Any *prescription* fill or refill for drugs, medicines or medications that are lost, stolen, spilled, spoiled, or damaged.

- Drug delivery implants and other implant systems or devices.

- Any amount *you* paid for a *prescription* that has been filled, regardless of whether the *prescription* is revoked or changed due to adverse reaction or change in dosage or *prescription*.

# GLOSSARY – PHARMACY SERVICES

All terms used in the "Schedule of Benefits – Pharmacy Services", "Covered Expenses – Pharmacy Services" and "Limitations and Exclusions – Pharmacy Services" sections have the same meaning given to them in the "Glossary" section of this *SPD*, unless otherwise specifically defined below:

## A

## B

**Brand-name drug** means a drug, medicine or medication that is manufactured and distributed by only one pharmaceutical manufacturer, or any drug product that has been designated as brand-name by an industry-recognized source used by this Plan.

## C

**Coinsurance** means the amount expressed as a percentage of the *covered expense* that *you* must pay toward the cost of each separate *prescription* fill or refill dispensed by a *pharmacy*.

**Copayment** means the specified dollar amount to be paid by *you* toward the cost of each separate *prescription* fill or refill dispensed by a *pharmacy*.

**Cost share** means any *copayment* and *coinsurance* that *you* must pay per *prescription* fill or refill.

## D

**Default rate** means the fee based on rates negotiated by this Plan or other payers with one or more *network providers* in a geographic area determined by this Plan for the same or similar *prescription* fill or refill.

**Dispensing limit** means the monthly drug dosage limit and/or the number of months the drug usage is commonly prescribed to treat a particular condition, as determined by this Plan.

**Drug list** means a list of covered *prescription* drugs, medicines or medications and supplies specified by this Plan.  The *drug list* identifies categories of drugs, medicines or medications and supplies by applicable levels, if any, and indicates applicable *dispensing limits*, *specialty drug* designation and/or any *prior authorization* or *step therapy* requirements.  Visit Humana's Website at www.humana.com or call the customer service telephone number on *your* ID card to obtain the *drug list*.  The *drug list is* subject to change without notice.

## E

## F

# GLOSSARY – PHARMACY SERVICES (continued)

## G

***Generic drug*** means a drug, medicine or medication that is manufactured, distributed, and available from a pharmaceutical manufacturer and identified by the chemical name, or any drug product that has been designated as generic by an industry-recognized source used by this Plan.

## H

## I

## J

## K

## L

***Legend drug*** means any medicinal substance, the label of which, under the Federal Food, Drug and Cosmetic Act, is required to bear the legend: "Caution: Federal Law Prohibits dispensing without prescription".

***Level 1 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 1.

***Level 2 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 2.

***Level 3 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 3.

***Level 4 drugs*** means a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by this Plan as level 4.

## M

***Mail order pharmacy*** means a *pharmacy* that provides covered *mail order pharmacy* services, as defined by this Plan, and delivers covered *prescription* drug, medicine or medication fills or refills through the mail to *covered persons*.

# GLOSSARY – PHARMACY SERVICES (continued)

# N

***Network pharmacy*** means a *pharmacy* that has signed a direct agreement with this Plan or has been designated by this Plan to provide:

- Covered *pharmacy* services;
- Covered *specialty pharmacy* services; or
- Covered *mail order pharmacy* services, as defined by this Plan, to *covered persons*, including covered *prescription* fills or refills delivered to *your* home or health care provider.

***Non-network pharmacy*** means a *pharmacy* that has <u>not</u> signed a direct agreement with this Plan or has <u>not</u> been designated by this Plan to provide:

- Covered *pharmacy* services;
- Covered *specialty pharmacy* services; or
- Covered *mail order pharmacy* services, as defined by this Plan, to *covered persons*, including covered *prescription* fills or refills delivered to *your* home or health care provider.

# O

# P

***Pharmacist*** means a person, who is licensed to prepare, compound and dispense medication, and who is practicing within the scope of his or her license.

***Pharmacy*** means a licensed establishment where *prescription* drugs, medicines or medications are dispensed by a *pharmacist*.

***Prescription*** means a direct order for the preparation and use of a drug, medicine or medication. The *prescription* must be written by a *health care practitioner* and provided to a *pharmacist* for *your* benefit and used for the treatment of a *sickness* or *bodily injury*, which is covered under this plan, or for drugs, medicines or medications on the Preventive Medication Coverage *drug list*. The drug, medicine or medication must be obtainable only by *prescription* or must be obtained by *prescription* for drugs, medicines or medications on the Preventive Medication Coverage *drug list*. The *prescription* may be given to the *pharmacist* verbally, *electronically* or in writing by the *health care practitioner*. The *prescription* must include at least:

- *Your* name;
- The type and quantity of the drug, medicine or medication prescribed, and the directions for its use;
- The date the *prescription* was prescribed; and
- The name and address of the prescribing *health care practitioner*.

# GLOSSARY – PHARMACY SERVICES (continued)

***Prior authorization*** means the required prior approval from Humana for the coverage of certain *prescription* drugs, medicines or medications, including *specialty drugs*.  The required prior approval from Humana for coverage includes the dosage, quantity and duration, as *medically necessary* for the *covered person*.

## Q

## R

## S

***Specialty drug*** means a drug, medicine, medication, or biological used as a specialized therapy developed for chronic, complex *sicknesses* or *bodily injuries*.  *Specialty drugs* may:

- Be injected, infused or require close monitoring by a *health care practitioner* or clinically trained individual;
- Require nursing services or special programs to support patient compliance;
- Require disease-specific treatment programs;
- Have limited distribution requirements; or
- Have special handling, storage or shipping requirements.

***Specialty pharmacy*** means a *pharmacy* that provides covered *specialty pharmacy* services, as defined by this Plan, to *covered persons*.

***Step therapy*** means a type of *prior authorization*.  This Plan may require *you* to follow certain steps prior to coverage of some medications, including *specialty drugs*.  This Plan may also require *you* to try similar drugs, medicines or medications, including *specialty drugs* that have been determined to be safe, effective and more cost-effective for most people with *your* condition.  Alternatives may include over-the-counter drugs, *generic drugs* and *brand-name drugs*.

## T

## U

## V

## W

## X

## Y

## Z

*Administered by:*

Humana Health Plan, Inc.
500 West Main Street
Louisville, KY 40202

Copyright 2019

# EXHIBIT 4



## eHUB Transaction Viewer

You are here: **Main Menu** > **Search Results** > 837 -837 Print Page

# 837 Print Page -- Professional



**Property Casualty Qualifier:**                    **Property Casualty Contact Nbr:**

**Secondary ID:**                    **Qualifier:**

**Last Name:** ███████    **First Name:** ███████    **MI:**    **Suffix:** ████
**Gender:**    **DOB:**    **ID Qualifier:** █ **Primary** ███████
                                                          **ID:**

**Group/Policy Number:**    **Group Name:**
**Subscriber Responsibility:** ████    **Property/Casualty Number:**
**Address:**
**City:**    **State:**    **Zip:**    **Country:**    **Country SubCode:**

**Insurance Type Code:**    **Claim Filing Indicator Code:** ███    **COB:**    **Date of Death:**
**Newborn Weight:**    **Pregnancy Indicator:**
**Property Casualty Nbr:**
**Property Casualty Contact Code:**    **Property Casualty Contact Name:**
**Property Casualty Qualifier:**    **Property Casualty Contact Nbr:**
**Property Casualty Qualifier:**    **Property Casualty Contact Nbr:**

**Last Name:**    **First Name:**    **MI:**    **Suffix:**
**Address:**
**City:**    **State:**    **Zip:**    **Country:**

**Payer Name:**    HUMANA    **Payer ID Qualifier:**    PI **Payer ID:** ███████
**Secondary Qualifier:**    **Payer Secondary ID:**
**Address:**
**City:**    **State:**    **Zip:**    **Country:**

**Entity CD:** ███████    **Entity Type Qualifier:** ████

**Last/Organization Name:** MADISON EMERGENCY GROUP PC

**First Name:**    **MI:**    **Suffix:**
**Provider ID Qualifier:** ████    **Provider ID:** ███████    **Provider CD:**
**Provider Taxonomy CD:**
**Address:** ███████████
**City:** ███████████    **State:** ██████    **Zip:** ███████    **Country:** **Country SubCode:**

**Secondary Qualifier:**    **Secondary ID Nbr:**
EI    ███████

**Bill Prov Contact Name**    **Communication Method**    **Communication Nbr**
████████████████████████████████████████████

## Back to Top



**Entity CD:** ▉            **Entity Type Qualifier:** ▉

**Last/Organization Name:**

**First Name:**            **MI:**            **Suffix:**

**Provider ID Qualifier:**        **Provider ID:**        **Provider CD:**

**Provider Taxonomy CD:**

**Address:** ▉

**City:** ▉            **State:** ▉   **Zip:** ▉        **Country:** **Country SubCode:**

**Secondary Qualifier:**            **Secondary ID Nbr:**

### Back to Top

**Entity CD:** ▉                    **Entity Type Qualifier:** ▉

**Last/Organization Name:** ▉

**First Name:** ▉            **Provider ID:** ▉        **MI:**   **Suffix:**

**Provider ID Qualifier:** ▉            **Provider CD:** ▉

**Provider Taxonomy CD:** ▉

**Secondary Qualifier:**        **Secondary ID Nbr:** ▉

### Back to Top

**Entity CD:** ▉            **Entity Type Qualifier:** 1

**Last/Organization Name:** ▉

**First Name:** ▉            **MI:**   **Suffix:**

**Provider ID Qualifier:** ▉        **Provider ID:** ▉        **Provider CD:**

**Provider Taxonomy CD:**

**Secondary Qualifier:**            **Secondary ID Nbr:**

### Back to Top

**Entity CD:** ▉        **Entity Type Qualifier:** ▉

**Last/Organization Name:** MORGAN MEDICAL CENTER

**Provider ID Qualifier:** ▉        **Provider ID:** ▉        **Provider CD:**

**Provider Taxonomy CD:**

**Address:** ▉

**City:** ▉            **State:** GA   **Zip:** ▉        **Country:** **Country SubCode:**

**Secondary Qualifier:**            **Secondary ID Nbr:**

### Back to Top

**Patient Account Number:** ███████    **Total Claim Charge Amt:** ███████
**Place of Service:**    **Claim Frequency Code:**
**Release of Info Code:**    **Patient Signature:**
**Accident State:**    **Accident Country Code:**
**Provider Signature on File:** ███    **Provider Accept Assignment Code:** ███    **Assignment of Benefits:** Y
**Delay Reason Code:**    **Provider Par Agreement Code:**    **Special Program Code:**
**Related Cause Info:**    **Related Cause Info:**    **Related Cause Info:**

**Date/Time Qualifier**            **Format Qualifier**            **Date/Time Period**
050 Repricer Received Date
435 Admission Date
096 Discharge Time
330 Referral Date
439 Accident Date
938 Order Date
454 Initial Treatment
304 Last Seen
431 Onset Current Illness
453 Acute Manifestation
438 Similar Illness
484 Last Menstrual
455 Last Xray
ABC Estimated Date of Birth
471 Hearing/Vision
Prescription
360 Disability Begin
361 Disability End
314 Disability Dates
297 Last Worked
296 Authorized Return
090 Assumed/Relinquished
Care (Start)
091 Assumed/Relinquished
Care (End)
444 First Contact

**Patient Pay Amount:**            **Referral Number:**
**Service Authorization Code:**
**Prior Authorization Number:**            **Clearinghouse Trace ID Number:** ███████
**Transmission Code**        **Report Type Code**
**Original Reference Number:**            **Attachment Control Number**

**Reference Code:**                    **Note Text:**

**Contract Type:**            **Contract Amount:**            **Percent:**
**Contract Code:**        **Term Discount Percent:**        **Contract Version Identifier:**
**Adjusted Repriced Claim Number:**    **Repriced Claim Number:**    **Investigation Device Exemption Number:**
**Medical Record Number:**            **Demonstration Project ID:**
**File Information:**

**Code Categ.**    **Certification**    **Condition Ind.**    **Condition Ind.**    **Condition Ind.**    **Condition Ind.**    **Condition Ind.**
**Condition CD**

**Price Methodology:**    **Monetary Amount:**    **Monetary Amount:**    **Reference ID:**
**Rate:**    **Reference ID:**    **Dollar Amount:**    **Product/Service ID:**
**Product/Service ID Qual.:**    **Product/Service ID:**    **Unit/Measure Cd**    **Quantity:**
**Reject reason Code:**    **Policy Compliance Cd:**    **Exception Code:**

**Discipline Type:**    **Number:**    **Number:**

**Prognosis Code:**    **Service Form Date:**    **Qualifier:**    **Certification Review:**
**Diagnosis Date:**    **Skilled Nursing Facility Ind:**    **Medicare Covered Ind:**    **Certification Type:**
**Surgery Date:**    **OK with Product or Service:**    **Surgical Procedure Code:**    **Physician Order Date:**
**Last Visit Date:**    **Physician Contact Date:**    **Admission Date:**    **Discharge Date:**
**Type of Facility:**    **Secondary Diagnosis Date:**    **Secondary Diagnosis Date:**    **Secondary Diagnosis Date:**

**Code Category:**    **Yes/No Response CD:**
**Condition CD:**    **Condition CD:**    **Condition CD:**

**Net billed amount:**

**Medicare Crossover Indicator:**

**Mammography Certification Number:**

**Clinical Laboratory Improvement Number**

**Ambulatory Patient Group**

**Weight:**    **Transport Code:**    **Transport Reason:**
**Unit or Basis:**    **Transport Distance:**
**Round Trip Description:**    **Stretcher Purpose desc:**

**Entity CD:**    **Entity Type Qualifier:**
**Address:**
**City:**    **State:**    **Zip:**    **Country:**    **Country SubCode:**

**Entity CD:**    **Entity Type Qualifier:**
**Address:**
**City:**    **State:**    **Zip:**    **Country:**    **Country SubCode:**

**Patient Condition Code:**    **Patient Condition Desc:**
**Patient Condition Desc:**    **X-ray Available Indicator:**

**Qualifier:**    **Diagnosis:**    **Qualifier:**    **Diagnosis:**
**Qualifier:**    **Diagnosis:**    **Qualifier:**    **Diagnosis:**
**Qualifier:**    **Diagnosis:**    **Qualifier:**    **Diagnosis:**
**Qualifier:**    **Diagnosis:**    **Qualifier:**    **Diagnosis:**
**Qualifier:**    **Diagnosis:**    **Qualifier:**    **Diagnosis:**
**Qualifier:**    **Diagnosis:**    **Qualifier:**    **Diagnosis:**

**Qualifier:**    **Procedure Code:**    **Monetary Amount:**

**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**
**Qualifier:**            **Procedure Code:**            **Monetary Amount:**

**Platform:**   EM   **Elig Status:**   00   **Sec Platform:**      **Sec Elig Status:**      **Reject Reason CD:**
**ECN:**   0000051305763280010000100001

**Service Start Date:**      **Service End Date:**      **Charge Amount:**
**Qualifier:**            **HCPCS/CPT Procedure CD:**      **HCPCS/CPT Description:**
**Modifier 1:**            **Modifier 2:**            **Modifier 3:**            **Modifier 4:**
**Unit Code:**            **Quantity:**
**Diagnosis Pointer:**      **Diagnosis Pointer:**      **Diagnosis Pointer:**      **Diagnosis Pointer:**
**Facility Code:**            **Emergency Ind.:**
**Early Childhood Screening Ind.:**      **Family Planning Ind.:**      **Co_Pay Status:**
**Obstetric Additional Units:**

**Ref ID Qual:**            **Prescription Nbr:**
**Prod/Service ID Qual:**      **National Drug CD:**
**Drug Unit Price:**      **Drug Unit Count:**      **Unit of Measure:**
**Prescription Date:**

**Attachment Report**      **Attachment Transaction Code**      **Attachment Control Nbr**

**Code:**      **Weight:**      **Ambulance Transport Code:**      **Reason Code:**
**Unit Code:**      **Quantity:**      **Purpose:**
**Description:**            **Ambulance Patient Count:**

**Code Category:**      **Condition Code:**
**Condition Ind:**      **Condition Ind:**      **Condition Ind:**      **Condition Ind:**      **Condition Ind:**

**Certificate Type:**    **Unit Code:**    **Quantity:**

**Prod/Service ID Qual:**    **HCPCS/CPT Procedure Code:**

**Length of Medical Necessity:**    **DME Rental Price:**

**DME Purchase Price:**    **Rental Unit Price Ind.:**

**Certification Type:**    **Quantity:**    **Quantity:**    **Quantity:**

**Oxygen Test Condition Code:**    **Oxygen Test Findings:**    **Finding:**    **Finding:**

**Name of Condition**    Description    Description    **X-ray Available**

**Category Code:**    **Condition Code:**    **Condition Code Indicator:**

**Code Category**   **Condition Code**    **Condition Ind**   **Condition Ind**   **Condition Ind**   **Condition Ind**   **Condition Ind**

**Contract Type:**    **Amount:**    **Percent:**

**Contract Code:**    **Discount:**    **Version Indicator:**

**Quantity Qualifier:**    **Quantity:**    **Unit Code:**

**Sample Selection:**    **Time Qualifier:**    **Number of Periods:**

**Shipped/Delivery:**    **Time Shipped:**

**Reference ID:**    **Amount:**

**Measurement Reference Code**    **Qualifier**    **Value**

**Sales Tax Amount:**    **Approved Amount:**    **Postage Claim Amount:**

**Reprice Line Reference Number:**    **Adjusted Repriced:**

**Prior Auth Nbr:**    **Other Payer Primary Identifier:**

**Referral Nbr:**    **Other Payer Primary Identifier:**

**Line Item Control Number:**  ■  **Mammography Certification Number:**

**CLIA:**    **Referring CLIA:**    **Immunization Batch:**

**Ambulatory Patient Group:**    **Oxygen Flow Rate:**    **Universal Product Number UPN:**

**Repricer Received Date:**

**Pricing Method:**    **Amount:**    **Amount:**    **Reference ID:**

**Rate:**    **Reference Ind:**    **Amount:**    **Product ID Qualifier:**

**Product:**    **Unit CD:**    **Quantity:**    **Reason CD:**

**Policy Compliance:**    **Exception CD:**

**Certification Revision Date:**    **Begin Therapy Date:**

**Last Certification Date:**    **Date Last Seen:**

**Test Date:**    **Test Date:**

**Oxygen Saturated Blood Gas:**    **Oxygen Saturated Blood Gas:**

**Oxygen Saturated Blood Gas:**    **Onset of Current Illness:**

**Last Xray:**    **Acute Manifestation:**

**Initial Treatment:**    **Similar Illness:**

**Shipped Date:**

**Fixed Format Information**

**Reference**   **Text**

**Qualifier**                                    **Industry Code**

**Assigned Id**        **Condition Code**      **Reference Id**        **Date**              **Percent**

**Platform:** ⬛ **Elig Status:** ⬛ **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
   **ECN:** 0000051305763280010000100000100001

**Other Payer Name:**                    **Qualifier:**                              **Payer ID:**
**Referral Number:**                     **Other Payer Primary ID:**
**Other Payer Authorization Number**

**Line Adjudication Date:**

**Payer Identification:**              **Service Line Paid:**
**Patient Remaining Liability:**       **Check or Remit Date:**
**Qualifier:**                        **Procedure Code:**                    **Modifier1:**        **Modifier2:**
**Modifier3:**                        **Modifier4:**                         **Description:**
**Quantity:**                         **Bundled/Unbundled Line Number:**

**Group Code:**                       **Line Adjustment Date:**
**Reason Code:**                      **Dollars:**                           **Quantity:**
**Reason Code:**                      **Dollars:**                           **Quantity:**
**Reason Code:**                      **Dollars:**                           **Quantity:**
**Reason Code:**                      **Dollars:**                           **Quantity:**
**Reason Code:**                      **Dollars:**                           **Quantity:**
**Reason Code:**                      **Dollars:**                           **Quantity:**

**Platform:** EM **Elig Status:** 00 **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
   **ECN:** 0000051305763280010000100000100001

**Platform:** EM **Elig Status:** 00 **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
   **ECN:** 0000051305763280010000100000100002

**Service Start Date:** ⬛ **Service End Date:** ⬛ **Charge Amount:** ⬛
**Qualifier:**                        **HCPCS/CPT**                          **HCPCS/CPT**
                                      **Procedure CD:**                     **Description:**
**Modifier 1:**                       **Modifier 2:**                       **Modifier 3:**        **Modifier 4:**
**Unit Code:**                        **Quantity:**
**Diagnosis Pointer:** ⬛ **Diagnosis Pointer:** ⬛ **Diagnosis Pointer:** ⬛ **Diagnosis Pointer:** ⬛

**Facility Code:**                    **Emergency Ind.:**
**Early Childhood**                   **Family Planning Ind.:**
**Screening Ind.:**                                                          **Co_Pay Status:**
**Obstetric Additional**
**Units:**

**Ref ID Qual:**                      **Prescription Nbr:**
**Prod/Service ID Qual:**             **National Drug CD:**
**Drug Unit Price:**                  **Drug Unit Count:**                   **Unit of Measure:**
**Prescription Date:**

**Attachment Report**                    **Attachment Transaction Code**        **Attachment Control Nbr**

**Code:**              **Weight:**              **Ambulance Transport**          **Reason Code:**
                                                **Code:**
**Unit Code:**              **Quantity:**              **Purpose:**
**Description:**                                **Ambulance Patient Count:**

**Code Category:**              **Condition Code:**
**Condition Ind:**              **Condition Ind:**              **Condition Ind:**              **Condition Ind:**              **Condition Ind:**

**Certificate Type:**                    **Unit Code:**              **Quantity:**
**Prod/Service ID Qual:**              **HCPCS/CPT Procedure Code:**
**Length of Medical**                    **DME Rental Price:**
**Necessity:**
**DME Purchase Price:**                    **Rental Unit Price Ind.:**

**Certification Type:**              **Quantity:**              **Quantity:**              **Quantity:**
**Oxygen Test Condition**              **Oxygen Test Findings:**          **Finding:**          **Finding:**
**Code:**

**Name of Condition**          **Description**              **Description**              **X-ray Available**

**Category Code:**              **Condition Code:**              **Condition Code Indicator:**

**Code Category** **Condition**          **Condition Ind**    **Condition Ind**    **Condition Ind**    **Condition Ind**    **Condition Ind**
              **Code**

**Contract Type:**              **Amount:**              **Percent:**
**Contract Code:**              **Discount:**              **Version Indicator:**

**Quantity Qualifier:**              **Quantity:**              **Unit Code:**
**Sample Selection:**              **Time Qualifier:**              **Number of Periods:**
**Shipped/Delivery:**              **Time Shipped:**

**Reference ID:**                    **Amount:**

**Measurement Reference Code**              **Qualifier**              **Value**

**Sales Tax Amount:**              **Approved Amount:**              **Postage Claim Amount:**

**Reprice Line Reference Number:**    **Adjusted Repriced:**
**Prior Auth Nbr:**              **Other Payer Primary Identifier:**
**Referral Nbr:**              **Other Payer Primary Identifier:**
**Line Item Control Number:**    ▮ **Mammography Certification Number:**
**CLIA:**              **Referring CLIA:**              **Immunization Batch:**
**Ambulatory Patient Group:**    **Oxygen Flow Rate:**              **Universal Product Number UPN:**

**Repricer Received Date:**
**Pricing Method:**              **Amount:**              **Amount:**              **Reference ID:**
**Rate:**              **Reference Ind:**              **Amount:**              **Product ID Qualifier:**
**Product:**              **Unit CD:**              **Quantity:**              **Reason CD:**
**Policy Compliance:**              **Exception CD:**

**Certification Revision Date:**                    **Begin Therapy Date:**
**Last Certification Date:**                        **Date Last Seen:**
**Test Date:**                                      **Test Date:**
**Oxygen Saturated Blood Gas:**                     **Oxygen Saturated Blood Gas:**
**Oxygen Saturated Blood Gas:**                     **Onset of Current Illness:**
**Last Xray:**                                      **Acute Manifestation:**
**Initial Treatment:**                              **Similar Illness:**
**Shipped Date:**

**Fixed Format Information**

**Reference          Text**

**Qualifier**                                       **Industry Code**

**Assigned Id          Condition Code          Reference Id          Date          Percent**

**Platform:** ▆    **Elig Status:** ▆    **Sec Platform:**    **Sec Elig Status:**    **Reject Reason CD:**
   **ECN:**    00000513057632800100010000100002

**Other Payer Name:**                **Qualifier:**                        **Payer ID:**
**Referral Number:**                 **Other Payer Primary ID:**
**Other Payer Authorization Number**

**Line Adjudication Date:**

**Payer Identification:**            **Service Line Paid:**
**Patient Remaining Liability:**     **Check or Remit Date:**
**Qualifier:**                       **Procedure Code:**            **Modifier1:**      **Modifier2:**
**Modifier3:**                       **Modifier4:**                 **Description:**
**Quantity:**                        **Bundled/Unbundled Line Number:**

**Group Code:**                      **Line Adjustment Date:**
**Reason Code:**                     **Dollars:**                   **Quantity:**
**Reason Code:**                     **Dollars:**                   **Quantity:**
**Reason Code:**                     **Dollars:**                   **Quantity:**
**Reason Code:**                     **Dollars:**                   **Quantity:**
**Reason Code:**                     **Dollars:**                   **Quantity:**
**Reason Code:**                     **Dollars:**                   **Quantity:**

**Platform:** ▆    **Elig Status:** ▆    **Sec Platform:**    **Sec Elig Status:**    **Reject Reason CD:**
   **ECN:**    00000513057632800100010000100002

## Back to Top



**eHUB Transaction Viewer**

You are here: **Main Menu** > **Search Results** > 837 -837 Print Page

# 837 Print Page -- Professional



ECN:    0000054953889100010000100001

Name:
Address:

Name:
Address:

DOB:                 Gender:          DOB:                    Gender:
Rel:                 OI Ind:

NPI:                 Qual.: EI ID:    NPI:                    Qual.:  ID:

Last/Org   MONTGOMERY          Last/Org
Name:      EMERGENCY           Name:
           GROUP LLC           First Name:

First
Name:

Address:

Phone:

Repricer Received Date:           Humana Received Date:
ClrHsTrclDNum:                    State Mandate:
Patient Acct. Num:                POS:                          Class Action:
Primary Diagnosis:                Diag Codes:
Total Charge Amt:                 COB Allowed Amt:              ECN Audit

| Line # | Dates of Service From | To | POS | Procs | Mods | Diag Ptrs | Charges | Units | Repr Amt | NDC | Anes Mins | Route Info | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | ... | ELIG |
| 2 | | | | | | | | | | | | | ... | ELIG |

Last Name:          First Name:      MI:                Suffix:
ID Qualifier:       Patient ID:      DOB:               Gender:

Relation:           Date of          Pregnancy
                    Death:           Ind:

Newborn
Weight:
Address:

City:               State:           Zip:        Country:    Country
                                                             SubCode:

Property Casualty Nbr:
Property Casualty Contact Code:              Property Casualty Contact Name:
Property Casualty Qualifier:                 Property Casualty Contact Nbr:



**Property Casualty Qualifier:**                    **Property Casualty Contact Nbr:**

**Secondary ID:**                    **Qualifier:**

**Last Name:** ███             **First Name:** ███   **MI:**              **Suffix:** ███
**Gender:** ███             **DOB:** ███             **ID Qualifier:** MI   **Primary ID:** ███

**Group/Policy Number:** 781132             **Group Name:**
**Subscriber Responsibility:** P             **Property/Casualty Number:**
**Address:** ███
**City:** ███             **State:** GA       **Zip:** ███   **Country:**             **Country SubCode:**

**Insurance Type Code:**             **Claim Filing Indicator Code:** CI       **COB:**             **Date of Death:**
**Newborn Weight:**             **Pregnancy Indicator:**
**Property Casualty Nbr:**
**Property Casualty Contact Code:**             **Property Casualty Contact Name:**
**Property Casualty Qualifier:**             **Property Casualty Contact Nbr:**
**Property Casualty Qualifier:**             **Property Casualty Contact Nbr:**

**Last Name:**             **First Name:**             **MI:**             **Suffix:**
**Address:**
**City:**             **State:**             **Zip:**             **Country:**

**Payer Name:** HUMANA       **Payer ID Qualifier:**       PI   **Payer ID:** ███
**Secondary Qualifier:**             **Payer Secondary ID:**
**Address:**
**City:**             **State:**             **Zip:**             **Country:**

**Entity CD:** ███             **Entity Type Qualifier:** ███
**Last/Organization Name:** MONTGOMERY EMERGENCY GROUP LLC
**First Name:**             **MI:**             **Suffix:**
**Provider ID Qualifier:** ███             **Provider ID:** ███   **Provider CD:**
**Provider Taxonomy CD:**
**Address:** ███
**City:** ███             **State:** GA       **Zip:** ███   **Country:**   **Country SubCode:**

**Secondary Qualifier:**             **Secondary ID Nbr:**
EI                    ███

**Bill Prov Contact Name**             **Communication Method**             **Communication Nbr**
███

## Back to Top

**Entity CD:** ███    **Entity Type Qualifier:** ███

**Last/Organization Name:**

**First Name:**    **MI:**    **Suffix:**

**Provider ID Qualifier:**    **Provider ID:**    **Provider CD:**

**Provider Taxonomy CD:**

**Address:** ███

**City:** ███    **State:**    **TX Zip:** ███    **Country:** **Country SubCode:**

**Secondary Qualifier:**    **Secondary ID Nbr:**

## Back to Top

**Entity CD:** ███    **Entity Type Qualifier:** 1

**Last/Organization Name:** ███

**First Name:** ███    **MI:**    **Suffix:**

**Provider ID Qualifier:** XX    **Provider ID:** ███    **Provider CD:** ███

**Provider Taxonomy CD:**

**Secondary Qualifier:**    **Secondary ID Nbr:**

## Back to Top

**Entity CD:** ███    **Entity Type Qualifier** ███

**Last/Organization Name:** ███

**First Name:** ███    **MI:**    **Suffix:**

**Provider ID Qualifier:** ███    **Provider ID:** ███    **Provider CD:**

**Provider Taxonomy CD:**

**Secondary Qualifier:**    **Secondary ID Nbr:**

## Back to Top

**Entity CD:** ███    **Entity Type Qualifier:** ███

**Last/Organization Name:** MEMORIAL HEALTH MEADOWS HOSPITAL

**Provider ID Qualifier:** ███    **Provider ID:** ███    **Provider CD:**

**Provider Taxonomy CD:**

**Address:** ███

**City:** ███    **State:** ███    **Zip:** ███    **Country:** **Country SubCode:**

**Secondary Qualifier:**    **Secondary ID Nbr:**

## Back to Top

**Patient Account Number:** ███████    **Total Claim Charge Amt:** ███████

**Place of Service:**    **Claim Frequency Code:**

**Release of Info Code:**    **Patient Signature:**

**Accident State:**    **Accident Country Code:**

**Provider Signature on File:** ██    **Provider Accept Assignment Code:** ██    **Assignment of Benefits:** Y

**Delay Reason Code:**    **Provider Par Agreement Code:**    **Special Program Code:**

**Related Cause Info:**    **Related Cause Info:**    **Related Cause Info:**

| **Date/Time Qualifier** | **Format Qualifier** | **Date/Time Period** |
|---|---|---|
| 050 Repricer Received Date | | |
| 435 Admission Date | | |
| 096 Discharge Time | | |
| 330 Referral Date | | |
| 439 Accident Date | ███████████ | |
| 938 Order Date | | |
| 454 Initial Treatment | | |
| 304 Last Seen | | |
| 431 Onset Current Illness | | |
| 453 Acute Manifestation | | |
| 438 Similar Illness | | |
| 484 Last Menstrual | | |
| 455 Last Xray | | |
| ABC Estimated Date of Birth | | |
| 471 Hearing/Vision Prescription | | |
| 360 Disability Begin | | |
| 361 Disability End | | |
| 314 Disability Dates | | |
| 297 Last Worked | | |
| 296 Authorized Return | | |
| 090 Assumed/Relinquished Care (Start) | | |
| 091 Assumed/Relinquished Care (End) | | |
| 444 First Contact | | |

**Patient Pay Amount:**    **Referral Number:**

**Service Authorization Code:**

**Prior Authorization Number:**    **Clearinghouse Trace ID Number:** ███████

**Transmission Code**    **Report Type Code**

**Original Reference Number:**    **Attachment Control Number**

**Reference Code:**    **Note Text:**

**Contract Type:**    **Contract Amount:**    **Percent:**

**Contract Code:**    **Term Discount Percent:**    **Contract Version Identifier:**

**Adjusted Repriced Claim Number:**    **Repriced Claim Number:**    **Investigation Device Exemption Number:**

**Medical Record Number:**    **Demonstration Project ID:**

**File Information:**

| Code Categ. | Certification Condition CD | Condition Ind. | Condition Ind. | Condition Ind. | Condition Ind. | Condition Ind. |
|---|---|---|---|---|---|---|

**Price Methodology:**          **Monetary Amount:**          **Monetary Amount:**          **Reference ID:**

**Rate:**          **Reference ID:**          **Dollar Amount:**          **Product/Service ID:**

**Product/Service ID Qual.:**          **Product/Service ID:**          **Unit/Measure Cd**          **Quantity:**

**Reject reason Code:**          **Policy Compliance Cd:**          **Exception Code:**

**Discipline Type:**          **Number:**          **Number:**

**Prognosis Code:**          **Service Form Date:**          **Qualifier:**          **Certification Review:**

**Diagnosis Date:**          **Skilled Nursing Facility Ind:**          **Medicare Covered Ind:**          **Certification Type:**

**Surgery Date:**          **OK with Product or Service:**          **Surgical Procedure Code:**          **Physician Order Date:**

**Last Visit Date:**          **Physician Contact Date:**          **Admission Date:**          **Discharge Date:**

**Type of Facility:**          **Secondary Diagnosis Date:**          **Secondary Diagnosis Date:**          **Secondary Diagnosis Date:**

**Code Category:**          **Yes/No Response CD:**

**Condition CD:**          **Condition CD:**          **Condition CD:**

**Net billed amount:**

**Medicare Crossover Indicator:**

**Mammography Certification Number:**

**Clinical Laboratory Improvement Number**

**Ambulatory Patient Group**

**Weight:**          **Transport Code:**          **Transport Reason:**

**Unit or Basis:**          **Transport Distance:**

**Round Trip Description:**          **Stretcher Purpose desc**

**Entity CD:**          **Entity Type Qualifier:**

**Address:**

**City:**          **State:**          **Zip:**          **Country:**          **Country SubCode:**

**Entity CD:**          **Entity Type Qualifier:**

**Address:**

**City:**          **State:**          **Zip:**          **Country:**          **Country SubCode:**

**Patient Condition Code:**          **Patient Condition Desc:**

**Patient Condition Desc:**          **X-ray Available Indicator:**

**Qualifier:** ███          **Diagnosis:** ███          **Qualifier:** ███          **Diagnosis:** ███

**Qualifier:**          **Diagnosis:**          **Qualifier:**          **Diagnosis:**

**Qualifier:**          **Diagnosis:**          **Qualifier:**          **Diagnosis:**

**Qualifier:**          **Diagnosis:**          **Qualifier:**          **Diagnosis:**

**Qualifier:**          **Diagnosis:**          **Qualifier:**          **Diagnosis:**

**Qualifier:**          **Diagnosis:**          **Qualifier:**          **Diagnosis:**

**Qualifier:**          **Procedure Code:**          **Monetary Amount:**

**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**
**Qualifier:**                **Procedure Code:**                **Monetary Amount:**

**Platform:**    EM  **Elig Status:**    00  **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
**ECN:**  0000054953889100010000100001

**Service Start Date:**                **Service End Date:**            **Charge Amount:**
**Qualifier:**                        **HCPCS/CPT**                   **HCPCS/CPT**
                                      **Procedure CD:**               **Description:**
**Modifier 1:**                        **Modifier 2:**                **Modifier 3:**            **Modifier 4:**
**Unit Code:**                         **Quantity:**
**Diagnosis Pointer:**                 **Diagnosis Pointer:**         **Diagnosis Pointer:**     **Diagnosis Pointer:**
**Facility Code:**                     **Emergency Ind.:**
**Early Childhood**                    **Family Planning Ind.:**      **Co_Pay Status:**
**Screening Ind.:**
**Obstetric Additional**
**Units:**

**Ref ID Qual:**                       **Prescription Nbr:**
**Prod/Service ID Qual:**              **National Drug CD:**
**Drug Unit Price:**                   **Drug Unit Count:**           **Unit of Measure:**
**Prescription Date:**

**Attachment Report**                  **Attachment Transaction Code**  **Attachment Control Nbr**

**Code:**        **Weight:**           **Ambulance Transport**         **Reason Code:**
                                      **Code:**
**Unit Code:**        **Quantity:**           **Purpose:**
**Description:**                       **Ambulance Patient Count:**

**Code Category:**           **Condition Code:**
**Condition Ind:**    **Condition Ind:**    **Condition Ind:**    **Condition Ind:**    **Condition Ind:**

**Certificate Type:** **Unit Code:** **Quantity:**

**Prod/Service ID Qual:** **HCPCS/CPT Procedure Code:**

**Length of Medical Necessity:** **DME Rental Price:**

**DME Purchase Price:** **Rental Unit Price Ind.:**

**Certification Type:** **Quantity:** **Quantity:** **Quantity:**

**Oxygen Test Condition Code:** **Oxygen Test Findings:** **Finding:** **Finding:**

**Name of Condition** **Description** **Description** **X-ray Available**

**Category Code:** **Condition Code:** **Condition Code Indicator:**

**Code Category** **Condition Code** **Condition Ind** **Condition Ind** **Condition Ind** **Condition Ind** **Condition Ind**

**Contract Type:** **Amount:** **Percent:**

**Contract Code:** **Discount:** **Version Indicator:**

**Quantity Qualifier:** **Quantity:** **Unit Code:**

**Sample Selection:** **Time Qualifier:** **Number of Periods:**

**Shipped/Delivery:** **Time Shipped:**

**Reference ID:** **Amount:**

**Measurement Reference Code** **Qualifier** **Value**

**Sales Tax Amount:** **Approved Amount:** **Postage Claim Amount:**

**Reprice Line Reference Number:** **Adjusted Repriced:**

**Prior Auth Nbr:** **Other Payer Primary Identifier:**

**Referral Nbr:** **Other Payer Primary Identifier:**

**Line Item Control Number:** ▉**Mammography Certification Number:**

**CLIA:** **Referring CLIA:** **Immunization Batch:**

**Ambulatory Patient Group:** **Oxygen Flow Rate:** **Universal Product Number UPN:**

**Repricer Received Date:**

**Pricing Method:** **Amount:** **Amount:** **Reference ID:**

**Rate:** **Reference Ind:** **Amount:** **Product ID Qualifier:**

**Product:** **Unit CD:** **Quantity:** **Reason CD:**

**Policy Compliance:** **Exception CD:**

**Certification Revision Date:** **Begin Therapy Date:**

**Last Certification Date:** **Date Last Seen:**

**Test Date:** **Test Date:**

**Oxygen Saturated Blood Gas:** **Oxygen Saturated Blood Gas:**

**Oxygen Saturated Blood Gas:** **Onset of Current Illness:**

**Last Xray:** **Acute Manifestation:**

**Initial Treatment:** **Similar Illness:**

**Shipped Date:**

**Fixed Format Information**

**Reference      Text**

**Qualifier**                              **Industry Code**

**Assigned Id**        **Condition Code**        **Reference Id**        **Date**              **Percent**

**Platform:** ▉ **Elig Status:** ▉ **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
   **ECN:**  00000549538891000100010000100001

**Other Payer Name:**              **Qualifier:**                              **Payer ID:**
**Referral Number:**              **Other Payer Primary ID:**
**Other Payer Authorization Number**

**Line Adjudication Date:**

**Payer Identification:**              **Service Line Paid:**
**Patient Remaining Liability:**        **Check or Remit Date:**
**Qualifier:**                        **Procedure Code:**                  **Modifier1:**        **Modifier2:**
**Modifier3:**                        **Modifier4:**                        **Description:**
**Quantity:**                        **Bundled/Unbundled Line Number:**

**Group Code:**                      **Line Adjustment Date:**
**Reason Code:**                      **Dollars:**                        **Quantity:**
**Reason Code:**                      **Dollars:**                        **Quantity:**
**Reason Code:**                      **Dollars:**                        **Quantity:**
**Reason Code:**                      **Dollars:**                        **Quantity:**
**Reason Code:**                      **Dollars:**                        **Quantity:**
**Reason Code:**                      **Dollars:**                        **Quantity:**

**Platform:** ▉ **Elig Status:** ▉ **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
   **ECN:**  00000549538891000100010000100001

**Platform:** ▉ **Elig Status:** ▉ **Sec Platform:**        **Sec Elig Status:**        **Reject Reason CD:**
   **ECN:**  00000549538891000100010000100002

**Service Start Date:** ▉ **Service End Date:** ▉ **Charge Amount:** ▉
**Qualifier:**                        **HCPCS/CPT**                        **HCPCS/CPT**
                   **Procedure CD:**                  **Description:**
**Modifier 1:**                      **Modifier 2:**                      **Modifier 3:**        **Modifier 4:**
**Unit Code:**                        **Quantity:**
**Diagnosis Pointer:**                **Diagnosis Pointer:**                **Diagnosis Pointer:** ▉ **Diagnosis Pointer:**

**Facility Code:**                    **Emergency Ind.:**
**Early Childhood**                    **Family Planning Ind.:**            **Co_Pay Status:**
**Screening Ind.:**
**Obstetric Additional**
**Units:**

**Ref ID Qual:**                      **Prescription Nbr:**
**Prod/Service ID Qual:**              **National Drug CD:**
**Drug Unit Price:**                  **Drug Unit Count:**                  **Unit of Measure:**
**Prescription Date:**

**Attachment Report**       **Attachment Transaction Code**      **Attachment Control Nbr**

**Code:**       **Weight:**       **Ambulance Transport Code:**       **Reason Code:**

**Unit Code:**       **Quantity:**       **Purpose:**

**Description:**       **Ambulance Patient Count:**

**Code Category:**       **Condition Code:**

**Condition Ind:**       **Condition Ind:**       **Condition Ind:**       **Condition Ind:**       **Condition Ind:**

**Certificate Type:**       **Unit Code:**       **Quantity:**

**Prod/Service ID Qual:**       **HCPCS/CPT Procedure Code:**

**Length of Medical Necessity:**       **DME Rental Price:**

**DME Purchase Price:**       **Rental Unit Price Ind.:**

**Certification Type:**       **Quantity:**       **Quantity:**       **Quantity:**

**Oxygen Test Condition Code:**       **Oxygen Test Findings:**       **Finding:**       **Finding:**

**Name of Condition**       **Description**       **Description**       **X-ray Available**

**Category Code:**       **Condition Code:**       **Condition Code Indicator:**

**Code Category**    **Condition Code**       **Condition Ind**    **Condition Ind**    **Condition Ind**    **Condition Ind**    **Condition Ind**

**Contract Type:**       **Amount:**       **Percent:**

**Contract Code:**       **Discount:**       **Version Indicator:**

**Quantity Qualifier:**       **Quantity:**       **Unit Code:**

**Sample Selection:**       **Time Qualifier:**       **Number of Periods:**

**Shipped/Delivery:**       **Time Shipped:**

**Reference ID:**       **Amount:**

**Measurement Reference Code**       **Qualifier**       **Value**

**Sales Tax Amount:**       **Approved Amount:**       **Postage Claim Amount:**

**Reprice Line Reference Number:**       **Adjusted Repriced:**

**Prior Auth Nbr:**       **Other Payer Primary Identifier:**

**Referral Nbr:**       **Other Payer Primary Identifier:**

**Line Item Control Number:**       **Mammography Certification Number:**

**CLIA:**       **Referring CLIA:**       **Immunization Batch:**

**Ambulatory Patient Group:**       **Oxygen Flow Rate:**       **Universal Product Number UPN:**

**Repricer Received Date:**

**Pricing Method:**       **Amount:**       **Amount:**       **Reference ID:**

**Rate:**       **Reference Ind:**       **Amount:**       **Product ID Qualifier:**

**Product:**       **Unit CD:**       **Quantity:**       **Reason CD:**

**Policy Compliance:**       **Exception CD:**

**Certification Revision Date:**      **Begin Therapy Date:**
**Last Certification Date:**      **Date Last Seen:**
**Test Date:**      **Test Date:**
**Oxygen Saturated Blood Gas:**      **Oxygen Saturated Blood Gas:**
**Oxygen Saturated Blood Gas:**      **Onset of Current Illness:**
**Last Xray:**      **Acute Manifestation:**
**Initial Treatment:**      **Similar Illness:**
**Shipped Date:**

**Fixed Format Information**

**Reference**      **Text**

**Qualifier**      **Industry Code**

**Assigned Id**      **Condition Code**      **Reference Id**      **Date**      **Percent**

**Platform:** ▮ **Elig Status:** ▮ **Sec Platform:**      **Sec Elig Status:**      **Reject Reason CD:**
  **ECN:** 0000054953889100010000100002

**Other Payer Name:**      **Qualifier:**      **Payer ID:**
**Referral Number:**      **Other Payer Primary ID:**
**Other Payer Authorization Number**

**Line Adjudication Date:**

**Payer Identification:**      **Service Line Paid:**
**Patient Remaining Liability:**      **Check or Remit Date:**
**Qualifier:**      **Procedure Code:**      **Modifier1:**      **Modifier2:**
**Modifier3:**      **Modifier4:**      **Description:**
**Quantity:**      **Bundled/Unbundled Line Number:**

**Group Code:**      **Line Adjustment Date:**
**Reason Code:**      **Dollars:**      **Quantity:**
**Reason Code:**      **Dollars:**      **Quantity:**
**Reason Code:**      **Dollars:**      **Quantity:**
**Reason Code:**      **Dollars:**      **Quantity:**
**Reason Code:**      **Dollars:**      **Quantity:**
**Reason Code:**      **Dollars:**      **Quantity:**

**Platform:** EM **Elig Status:** 00 **Sec Platform:**      **Sec Elig Status:**      **Reject Reason CD:**
  **ECN:** 0000054953889100010000100002

## **Back to Top**

## 837 Print Page -- Professional



**ECN:** 0000051746061540010000100001

### Patient Summary

**Name:**
**Address:**
**DOB:**                          **Gender:**   F
**Rel:**                          **OI Ind:**

### Insured Summary

**Name:**
**Address:**
**DOB:**                          **Gender:**

### Billing Provider

**NPI:**                          **Qual.:**  EI ID:
**Last/Org Name:** WALKER LAKE EMERGENCY GROUP PC
**First Name:**
**Address:**
**Phone:**

### Rendering Provider

**NPI:**                          **Qual.:**  **ID:**
**Last/Org Name:**
**First Name:**

### Claim Summary

**Repricer Received Date:**        **Humana Received Date:**
**ClrHsTrclDNum:**                 **State Mandate:**
**Patient Acct. Num:**             **POS:**                    **Class Action:**
**Primary Diagnosis:**             **Diag Codes:**
**Total Charge Amt:**              **COB Allowed Amt:**        ECN Audit

### Service Line Summary

| Line # | Dates of Service From | To | POS | Procs | Mods | Diag Ptrs | Charges | Units | Repr Amt | NDC | Anes Mins | Route Info | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | ... | ELIG |

### Other Notes Text (per line)

### Note Text (per line)

### Patient Information

**Last Name:**                     **First Name:**      **MI:**                    **Suffix:**
**ID Qualifier:**                  **Patient ID:**      **DOB:**                   **Gender:**
**Relation:**                      **Date of Death:**   **Pregnancy Ind:**
**Newborn Weight:**
**Address:**
**City:**                          **State:**           **Zip:**                   **Country:**   **Country SubCode:**
**Property Casualty Nbr:**
**Property Casualty Contact Code:**                     **Property Casualty Contact Name:**
**Property Casualty Qualifier:**                        **Property Casualty Contact Nbr:**
**Property Casualty Qualifier:**                        **Property Casualty Contact Nbr:**

### Patient Secondary Identification Number

**Secondary ID:**                  **Qualifier:**

### Subscriber Information

**Last Name:**                     **First Name:**      **MI:**                    **Suffix:**
**Gender:**                        **DOB:**             **ID Qualifier:**          **Primary ID:**
**Group/Policy Number:**           **Group Name:**
**Subscriber Responsibility:**     **Property/Casualty Number:**
**Address:**
**City:**                          **State:**   GA      **Zip:**                   **Country:**   **Country SubCode:**

| | | | | |
|---|---|---|---|---|
| **Insurance Type Code:** | **Claim Filing Indicator Code:** | CI | **COB:** | **Date of Death:** |
| **Newborn Weight:** | | | **Pregnancy Indicator:** | |
| **Property Casualty Nbr:** | | | | |
| **Property Casualty Contact Code:** | | | **Property Casualty Contact Name:** | |
| **Property Casualty Qualifier:** | | | **Property Casualty Contact Nbr:** | |
| **Property Casualty Qualifier:** | | | **Property Casualty Contact Nbr:** | |

### Responsible Party Information

| | | | |
|---|---|---|---|
| **Last Name:** | **First Name:** | **MI:** | **Suffix:** |
| **Address:** | | | |
| **City:** | **State:** | **Zip:** | **Country:** |

### Payer Information

| | | | | |
|---|---|---|---|---|
| **Payer Name:** | HUMANA | **Payer ID Qualifier:** | PI | **Payer ID:** ▮ |
| **Secondary Qualifier:** | | **Payer Secondary ID:** | | |
| **Address:** | | | | |
| **City:** | | **State:** | **Zip:** | **Country:** |

### Billing Provider Information

| | | |
|---|---|---|
| **Entity CD:** ▮ | **Entity Type Qualifier:** ▮ | |
| **Last/Organization Name:** | WALKER LAKE EMERGENCY GROUP PC | |
| **First Name:** | **MI:** | **Suffix:** |
| **Provider ID Qualifier:** ▮ | **Provider ID:** ▮ | **Provider CD:** |
| **Provider Taxonomy CD:** | | |
| **Address:** | | |
| **City:** ▮ | **State:** GA | **Zip:** ▮ **Country:** **Country SubCode:** |
| **Secondary Qualifier:** | | |
| EI | **Secondary ID Nbr:** ▮ | |
| **Bill Prov Contact Name** ▮ | **Communication Method** ▮ | **Communication Nbr** ▮ |

### Back to Top

### Pay-To Provider Information

| | |
|---|---|
| **Entity CD:** ▮ | **Entity Type Qualifier:** ▮ |
| **Last/Organization Name:** | |
| **First Name:** | **MI:** **Suffix:** |
| **Provider ID Qualifier:** | **Provider ID:** **Provider CD:** |
| **Provider Taxonomy CD:** | |
| **Address:** | |
| **City:** ▮ | **State:** TX **Zip:** ▮ **Country:** **Country SubCode:** |
| **Secondary Qualifier:** | **Secondary ID Nbr:** |

### Back to Top

### Rendering Provider Information

| | |
|---|---|
| **Entity CD:** ▮ | **Entity Type Qualifier:** ▮ |
| **Last/Organization Name:** ▮ | |
| **First Name:** ▮ | **MI:** **Suffix:** |

Provider ID Qualifier:        ▪   Provider ID:        ████████        Provider CD:        PE
Provider Taxonomy CD:                              ████████
Secondary Qualifier:                    Secondary ID Nbr:

**Back to Top**

### Referring Provider Information

Entity CD:        ██                          Entity Type Qualifier:        ▪
Last/Organization Name:        ████
First Name:        ████                                        MI:        Suffix:
Provider ID Qualifier:        ███        Provider ID:        ████        Provider CD:
Provider Taxonomy CD:
Secondary Qualifier:                    Secondary ID Nbr

**Back to Top**

### Service Facility Information

Entity CD:        ██        Entity Type
                            Qualifier:        ▪
Last/Organization
Name:        PIEDMONT ROCKDALE HOSPITAL
Provider ID Qualifier:        ██        Provider ID:        ████        Provider CD:
Provider Taxonomy CD:
Address:        ██████
City:        █████        State:        GA        Zip:        ████        Country:        Country SubCode:
Secondary Qualifier:                    Secondary ID Nbr:

**Back to Top**

## Claim Information

### Claim Information

Patient Account Number:        ████        Total Claim Charge Amt:        ███
Place of Service:                    Claim Frequency Code:
Release of Info Code:        ▪        Patient Signature:
Accident State:                    Accident Country Code:
Provider Signature on File:        ▪        Provider Accept Assignment Code:        ▪        Assignment of Benefits:        Y
Delay Reason Code:                    Provider Par Agreement Code:        Special Program Code:
Related Cause Info:        ██        Related Cause Info:                    Related Cause Info:

### Date Related Information

| Date/Time Qualifier | Format Qualifier | Date/Time Period |
| --- | --- | --- |
| 050 Repricer Received Date | | |
| 435 Admission Date | | |
| 096 Discharge Time | | |
| 330 Referral Date | | |
| 439 Accident Date | ██ | ████ |
| 938 Order Date | | |
| 454 Initial Treatment | | |
| 304 Last Seen | | |



504 Last Seen

431 Onset Current Illness

453 Acute Manifestation

438 Similar Illness

484 Last Menstrual

455 Last Xray

ABC Estimated Date of Birth

471 Hearing/Vision Prescription

360 Disability Begin

361 Disability End

314 Disability Dates

297 Last Worked

296 Authorized Return

090 Assumed/Relinquished Care (Start)

091 Assumed/Relinquished Care (End)

444 First Contact

## Paperwork

Patient Pay Amount:                                              Referral Number:

Service Authorization Code:

Prior Authorization Number:                               Clearinghouse Trace ID Number:

Transmission Code                 Report Type Code

Original Reference Number:                               Attachment Control Number

## Claim Note

Reference Code:                                              Note Text:

## Contract Information

Contract Type:                          Contract Amount:                             Percent:

Contract Code:            Term Discount Percent:              Contract Version Identifier:

Adjusted Repriced Claim Number:        Repriced Claim Number:     Investigation Device Exemption Number:

Medical Record Number:             Demonstration Project ID:

File Information:

## CRC Information

| Code Categ. | Certification Condition CD | Condition Ind. | Condition Ind. | Condition Ind. | Condition Ind. | Condition Ind. |
|---|---|---|---|---|---|---|

## Claim Repricing

Price Methodology:          Monetary Amount:          Monetary Amount:          Reference ID:

Rate:      Reference ID:              Dollar Amount:                 Product/Service ID:

Product/Service ID Qual.:          Product/Service ID:          Unit/Measure Cd          Quantity:

Reject reason Code:              Policy Compliance Cd:              Exception Code:

## Home Health Care Plan Information

Discipline Type:               Number:                      Number:

## Home Health Care Information

Prognosis Code:          Service Form Date:          Qualifier:          Certification Review:

Diagnosis Date:      Skilled Nursing Facility Ind:     Medicare Covered Ind:     Certification Type:

Surgery Date:      OK with Product or Service:      Surgical Procedure Code:      Physician Order Date:

Last Visit Date:          Physician Contact Date:          Admission Date:          Discharge Date:

Type of Facility:      Secondary Diagnosis Date:      Secondary Diagnosis Date:      Secondary Diagnosis Date:

## Early Periodic Screening, Diagnosis and Treatment

Code Category:                      Yes/No Response CD:

Condition CD:              Condition CD:              Condition CD:

## Total Purchase Service Amount

Net billed amount:

## Mandatory Medicare Crossover Indicator

Medicare Crossover Indicator:

## Mammography Certification Number

Mammography Certification Number:

Mammography Certification Number:

## Clinical Laboratory Improvement Amendment Number
Clinical Laboratory Improvement Number

## Ambulance Patient Group (APG)
Ambulatory Patient Group

## Ambulance Transport Information
Weight:          Transport Code:                    Transport Reason:
Unit or Basis:                       Transport Distance:
Round Trip Description:                    Stretcher Purpose desc:

## Ambulance PickUp Information
Entity CD:                           Entity Type Qualifier:
Address:
City:          State:            Zip:            Country:          Country
                                                                 SubCode:

## Ambulance DropOff Information
Entity CD:                           Entity Type Qualifier:
Address:
City:          State:            Zip:            Country:          Country
                                                                 SubCode:

## Spinal Manipulation Information
Patient Condition Code:                    Patient Condition Desc:
Patient Condition Desc:                    X-ray Available Indicator:

## Diagnosis
| Qualifier: | ▮ | Diagnosis: | ▮ | Qualifier: | ▮ | Diagnosis: | ▮ |
| Qualifier: | ▮ | Diagnosis: | ▮ | Qualifier: | | Diagnosis: | |
| Qualifier: | | Diagnosis: | | Qualifier: | | Diagnosis: | |
| Qualifier: | | Diagnosis: | | Qualifier: | | Diagnosis: | |
| Qualifier: | | Diagnosis: | | Qualifier: | | Diagnosis: | |
| Qualifier: | | Diagnosis: | | Qualifier: | | Diagnosis: | |

## Condition Information
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |
| Qualifier: | Procedure Code: | Monetary Amount: |

## Service Line Information
Platform:        ▮   Elig Status:    ▮   Sec Platform:    Sec Elig Status:        Reject Reason CD:
       ECN:   0000051746061540010000100001

Service Line Information

| | | | |
|---|---|---|---|
| Service Start Date: | Service End Date: | Charge Amount: | |
| Qualifier: | HCPCS/CPT Procedure CD: | HCPCS/CPT Description: | |
| Modifier 1: | Modifier 2: | Modifier 3: | Modifier 4: |
| Unit Code: | Quantity: | | |
| Diagnosis Pointer: | Diagnosis Pointer: | Diagnosis Pointer: | Diagnosis Pointer: |
| Facility Code: | Emergency Ind.: | | |
| Early Childhood Screening Ind.: | Family Planning Ind.: | Co_Pay Status: | |
| Obstetric Additional Units: | | | |

## Prescription Information

| | |
|---|---|
| Ref ID Qual: | Prescription Nbr: |
| Prod/Service ID Qual: | National Drug CD: |
| Drug Unit Price: | Drug Unit Count: | Unit of Measure: |
| Prescription Date: | |

## Paperwork

| | | |
|---|---|---|
| Attachment Report | Attachment Transaction Code | Attachment Control Nbr |

## Ambulance Transfer

| | | | |
|---|---|---|---|
| Code: | Weight: | Ambulance Transport Code: | Reason Code: |
| Unit Code: | Quantity: | Purpose: | |
| Description: | | Ambulance Patient Count: | |

## Ambulance Certification

| | | | | |
|---|---|---|---|---|
| Code Category: | Condition Code: | | | |
| Condition Ind: | Condition Ind: | Condition Ind: | Condition Ind: | Condition Ind: |

## Durable Medical Equipment

| | | |
|---|---|---|
| Certificate Type: | Unit Code: | Quantity: |
| Prod/Service ID Qual: | HCPCS/CPT Procedure Code: | |
| Length of Medical Necessity: | DME Rental Price: | |
| DME Purchase Price: | Rental Unit Price Ind.: | |

## Home Oxygen Therapy

| | | | |
|---|---|---|---|
| Certification Type: | Quantity: | Quantity: | Quantity: |
| Oxygen Test Condition Code: | Oxygen Test Findings: | Finding: | Finding: |

## Spinal Manipulation

| | | | |
|---|---|---|---|
| Name of Condition | Description | Description | X-ray Available |

## Hospice Employee Indicator

| | | |
|---|---|---|
| Category Code: | Condition Code: | Condition Code Indicator: |

## DMERC Condition

| | | | | | | |
|---|---|---|---|---|---|---|
| Code Category | Condition Code | Condition Ind | Condition Ind | Condition Ind | Condition Ind | Condition Ind |

## Contract Information

| | | |
|---|---|---|
| Contract Type: | Amount: | Percent: |
| Contract Code: | Discount: | Version Indicator: |

## Health Care Service Delivery Information

| | | |
|---|---|---|
| Quantity Qualifier: | Quantity: | Unit Code: |
| Sample Selection: | Time Qualifier: | Number of Periods: |
| Shipped/Delivery: | Time Shipped: | |

## Purchased Services Information

| | |
|---|---|
| Reference ID: | Amount: |

## Test Results

| | | |
|---|---|---|
| Measurement Reference Code | Qualifier | Value |

## Amounts

| | | |
|---|---|---|
| Sales Tax Amount: | Approved Amount: | Postage Claim Amount: |

## Reference Number Information

| | |
|---|---|
| Reprice Line Reference Number: | Adjusted Repriced: |
| Prior Auth Nbr: | Other Payer Primary Identifier: |
| Referral Nbr: | Other Payer Primary Identifier: |
| Line Item Control Number: | 1 Mammography Certification Number: |

Line Item Control Number: | Mammography Certification Number:
CLIA: Referring CLIA: Immunization Batch:
Ambulatory Patient Group: Oxygen Flow Rate: Universal Product Number UPN:

## Repricing Information

Repricer Received Date:
Pricing Method: Amount: Amount: Reference ID:
Rate: Reference Ind: Amount: Product ID Qualifier:
Product: Unit CD: Quantity: Reason CD:
Policy Compliance: Exception CD:

## Dates

Certification Revision Date: Begin Therapy Date:
Last Certification Date: Date Last Seen:
Test Date: Test Date:
Oxygen Saturated Blood Gas: Oxygen Saturated Blood Gas:
Oxygen Saturated Blood Gas: Onset of Current Illness:
Last Xray: Acute Manifestation:
Initial Treatment: Similar Illness:
Shipped Date:

## File Information

Fixed Format Information

## Line Note

Reference        Text

## Form Identification Code

Qualifier                                Industry Code

## Supporting Documentation

Assigned Id          Condition Code          Reference Id          Date                          Percent

## Service Line COB Information

Platform: ▇ Elig Status: ▇ Sec Platform: Sec Elig Status: Reject Reason CD:
ECN:   00000517460615400100001000001000001

### Payer Information

Other Payer Name: Qualifier: Payer ID:
Referral Number: Other Payer Primary ID:
Other Payer Authorization Number

Line Adjudication Date:

## Service Line Information

Payer Identification: Service Line Paid:
Patient Remaining Liability: Check or Remit Date:
Qualifier: Procedure Code: Modifier1: Modifier2:
Modifier3: Modifier4: Description:
Quantity: Bundled/Unbundled Line Number:

### Claim Adjustment

Group Code: Line Adjustment Date:
Reason Code: Dollars: Quantity:
Reason Code: Dollars: Quantity:
Reason Code: Dollars: Quantity:
Reason Code: Dollars: Quantity:
Reason Code: Dollars: Quantity:
Reason Code: Dollars: Quantity:

## Service Line Provider Information

Platform: ▇ Elig Status: ▇ Sec Platform: Sec Elig Status: Reject Reason CD:
ECN:   00000517460615400100001000001000001

### Provider Information

## Back to Top