FILED
In the Office
Secretary of State

**DEC 0 6 1994**

Corporations Section

ARTICLES OF INCORPORATION

FOR

<u>GUSTAVO JIMENEZ, INC.</u>

### ARTICLE ONE

The name of the Corporation is GUSTAVO JIMENEZ, INC.

### ARTICLE TWO

The period of its duration is perpetual.

### ARTICLE THREE

The purpose or purposes for which the Corporation is organized are:

1. To operate a transportation business with its principal office in El Paso County, Texas.

2. In general, to have and exercise all the powers conferred by the laws of Texas upon corporations formed under the Texas Business Corporation Act.

### ARTICLE FOUR

The aggregate number of shares which the Corporation shall have the authority to issue is One Hundred Thousand (100,000) of the par value of One Dollar ($1.00) per share.

### ARTICLE FIVE

The Corporation will not commence business until it has received from the issuance of its shares consideration of the value of One Thousand Dollars ($1,000.00), consisting of money paid, labor done or property actually received.

## ARTICLE SIX

The Corporation may purchase, without approval of its Shareholders, its own shares, to the extent of the aggregate of its unrestricted capital surplus available therefor.

## ARTICLE SEVEN

The initial registered office is 915 Loma Verde Drive, El Paso, Texas 79936, and the name of its Registered Agent located at said office is GUSTAVO JIMENEZ.

## ARTICLE EIGHT

The number of directors constituting the initial Board of Directors is one (1), and the name and address of the person who will serve as Director until the first Annual Meeting of Shareholders or until their successor is elected and qualified is:

GUSTAVO JIMENEZ, 915 Loma Verde Drive, El Paso, Texas 79936

## ARTICLE NINE

The name and address of the Incorporator is ANTONIO CORTEZ, 6044 Gateway East, Suite 901, El Paso, Texas 79905.

## ARTICLE TEN

To the extent permitted by Texas Business Corporation Act Article 2.02 -- 1, the Board of Directors shall authorize the corporation to indemnify any present or former Director, officer, employee, or agent of the corporation against judgments, penalties (including excise and similar taxes), fines, settlements, and reasonable expenses actually incurred by the person in connection

with a proceeding in which the person was, is, or is threatened to be made a named defendant or respondent because the person is or was a Director, officer, employee, or agent of the corporation.

IN WITNESS WHEREOF, I have hereunto set my hand this 9th day of November, 1994.

_____
ANTONIO CORTEZ

| | | |
|---|---|---|
| **Form 503**<br>**(Revised 09/13)**<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: $25** | <br><br>**Assumed Name Certificate** | This space reserved for office use.<br><br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br>**MAY 16 2014**<br>Corporations Section |

## Assumed Name

1. The assumed name under which the business or professional service is, or is to be, conducted or rendered is:   Southwest Freightlines

## Entity Information

2. The legal name of the entity filing the assumed name is:

Gustavo Jimenez, Inc

*State the name of the entity as currently shown in the records of the secretary of state or on its organizational documents, if not filed with the secretary of state.*

3. The entity filing the assumed name is a: (Select the appropriate entity type below.)

☒ For-profit Corporation            ☐ Limited Liability Company
☐ Nonprofit Corporation             ☐ Limited Partnership
☐ Professional Corporation          ☐ Limited Liability Partnership
☐ Professional Association          ☐ Cooperative Association
☐ Other _____

*Specify type of entity. For example, foreign real estate investment trust, state bank, insurance company, etc.*

4. The file number, if any, issued to the entity by the secretary of state is:   0133550600

5. The state, country, or other jurisdiction of formation of the entity is:   _____

6. The entity's principal office address is:

11991 Transpark Road
*Street or Mailing Address*

| El Paso | TX | USA | 79927 |
|---|---|---|---|
| *City* | *State* | *Country* | *Postal or Zip Code* |

## Period of Duration

☒ 7a. The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.
**OR**
☐ 7b. The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).
**OR**
☐ 7c. The assumed name will be used until _____ (not to exceed 10 years).
                                                            *mm/dd/yyyy*

Form 503                              4

## County or Counties in which Assumed Name Used

8. The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☒ All counties

☐ All counties with the exception of the following counties: _____

_____

☐ Only the following counties: _____

_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and also certifies that the person is authorized to sign on behalf of the identified entity. If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date: 5-14-14

_____
Signature of a person authorized by law to sign on behalf of the identified entity (see instructions)

05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196 Franchise

■ **Taxpayer number:** 1 7 4 2 7 3 8 2 7 6 1

■ **Report year:** 2 0 2 1

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

**Taxpayer name:** Gustavo Jimenez Inc

☐ Blacken circle if the mailing address has changed.

**Mailing address:** PO Box 371736
**City:** El Paso  **State:** TX  **ZIP code plus 4:** 79937

**Secretary of State (SOS) file number or Comptroller file number:** 0133550600

● Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** 11991 Transpark Road, El Paso, TX, 79927
**Principal place of business:** 11991 Transpark Road, El Paso, TX, 79927

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| Gustavo Jimenez | President | ● YES |  |
| **Mailing address:** PO Box 371736 | **City:** El Paso | **State:** TX | **ZIP Code:** 79937 |
| Name | Title | ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |
| Name | Title | ○ YES | Term expiration |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

**Agent:** Guistavo Jimenez
**Office:** 11991 Transpark Road  **City:** El Paso  **State:** TX  **ZIP Code:** 79927

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here:** Gustavo Jimenez  **Title:** President  **Date:** 06/01/2021  **Area code and phone number:** (915) 791-5354

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

○ USDOT Number    ○ MC/MX Number    ⦿ Name

Enter Value: GUSTAVO JIMENEZ INC

[Search]

## Company Snapshot
**GUSTAVO JIMENEZ INC**
USDOT Number: 306537

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

### Other Information for this Carrier
- SMS Results
- Licensing & Insurance

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 03/12/2023.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | |
|---|---|
| **Entity Type:** | CARRIER |
| **Operating Status:** | AUTHORIZED FOR Property    **Out of Service Date:** None |
| **Legal Name:** | GUSTAVO JIMENEZ INC |
| **DBA Name:** | SOUTHWEST FREIGHTLINES |
| **Physical Address:** | 11991 TRANSPARK DR<br>EL PASO, TX 79927 |
| **Phone:** | (915) 860-8592 |
| **Mailing Address:** | PO BOX 371736<br>EL PASO, TX 79937 |
| **USDOT Number:** | 306537    **State Carrier ID Number:** |
| **MC/MX/FF Number(s):** | MC-205285    **DUNS Number:** -- |
| **Power Units:** | 211    **Drivers:** 185 |
| **MCS-150 Form Date:** | 07/12/2022    **MCS-150 Mileage (Year):** 20,466,839 (2021) |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | x Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | x Beverages |
| Drive/Tow away | Livestock | x Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 03/12/2023**

Total Inspections: 321
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

### Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 199 | 321 | 0 | 0 |
| Out of Service | 22 | 1 | 0 | 0 |
| Out of Service % | 11.1% | 0.3% | % | 0% |
| Nat'l Average % as of DATE 02/24/2023* | 22.1% | 6.6% | 4.51% | N/A |

**\*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

### Crashes reported to FMCSA by states for 24 months prior to: 03/12/2023

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 2 | 3 | 7 | 12 |

---

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

### Canadian Inspection results for 24 months prior to: 03/12/2023

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

### Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

### Crashes results for 24 months prior to: 03/12/2023

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

### Carrier Safety Rating:

The rating below is current as of: 03/12/2023

### Review Information:

| Rating Date: | 11/17/2011 | Review Date: | 01/11/2016 |
|---|---|---|---|
| Rating: | Satisfactory | Type: | Non-Ratable |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&q… 2/2