

# Details

| US DOT: | 306537 | | Docket Number: | MC00205285 |
|---|---|---|---|---|
| Legal Name: | GUSTAVO JIMENEZ, INC. | | | |
| Doing-Business-As Name: | SOUTHWEST FREIGHT LINES | | | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 11991 TRANSPARK DR EL PASO TX 79927 | (915) 860-8592 Fax: (915) 860-9440 | PO BOX 371736 EL PASO TX 79937 | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | ACTIVE | NO |
| Contract | ACTIVE | NO |
| Broker | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $750,000 | $750,000 |
| Cargo | NO | NO |
| Bond | YES | NO |

**BOC-3:** YES

**Blanket Company:**   ALL AMERICAN AGENTS OF PROCESS

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance     Rejected Insurance     Insurance History     Authority History     Pending Application     Revocation

March 13, 2023

 FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts



## Process Agents for: ALL AMERICAN AGENTS OF PROCESS

| State | Representative Name/<br>Company Name | Address |
|---|---|---|
| AK | REX LAMONT BUTLER | 745 W. 4TH AVE., STE 300<br>ANCHORAGE AK, 99501 |
| AL | RON WALDROP | 443 W PEACHTREE AVE<br>FOLEY AL, 36535 |
| AR | STEPHEN SMITH | 1206 GARRISON AVENUE<br>FORT SMITH AR, 72901 |
| AZ | GARY DOYLE | 2929 NORTH 44TH STREET SUITE 120<br>PHOENIX AZ, 85018 |
| CA | RONALD C. CHAUVEL | 66 BOVET RD SUITE 280<br>SAN MATEO CA, 94402 |
| CO | CHARLES J. KIMBALL | 10628 WEST 31ST PLACE<br>LAKEWOOD CO, 80215-7150 |
| CT | GREGORY KIMMEL | 9 MORGAN AVENUE<br>NORWALK CT, 06851 |
| DC | FRITZ R. KAHN | 1919 M ST., NW, 7TH FL.<br>WASHINGTON DC, 20036 |
| DE | DEIDRA SMITH | 49 REPRESENTATIVE LN<br>DOVER DE, 19904 |
| FL | SUSAN DOMPKE / NATIONAL TRUCK TAX & PERMITTING | 13634 GLEN HARWELL RD.<br>DOVER FL, 33527 |
| GA | CODY B GILLIES | 5704 VETERANS PARKWAY<br>COLUMBUS GA, 31904 |
| HI | GARETH SAKAKIDA | 2850 PAA STREET, SUITE 204<br>HONOLULU HI, 96819 |
| IA | ROBERT E SCOTT | 916 GRANDVIEW BLVD<br>SIOUX CITY IA, 51101 |
| ID | DON HENDRIKSEN | 4240 BOTT LANE<br>MERIDIAN ID, 83642 |
| IL | MICHELLE CAREY | 7301 W 109TH PLACE<br>WORTH IL, 60482 |
| IN | DANIEL BRADFORD | 11940 PEBBLEPOINTE PASS<br>CARMEL IN, 46033-9673 |
| KS | CHARLES BUSH | 4909 W 71ST STREET<br>PRAIRIE VILLAGE KS, 66208 |
| KY | GARY W THOMPSON | 771 CORPORATE DR SUITE 900<br>LEXINGTON KY, 40503 |
| LA | F.A. COURTNEY, JR. | 220 WEST MAPLE RIDGE DR<br>METAIRIE LA, 70001 |
| MA | JOSEPH S. U. BODOFF | 53 STATE STREET 15TH FLOOR<br>BOSTON MA, 02109 |
| MD | ADA PATTERSON | 2560 HARLEM AVENUE<br>BALTIMORE MD, 21216 |
| ME | DANIEL M MCQUARRIER | 5 SLEEPY HOLLOW DRIVE<br>HOLDEN ME, 04429 |
| MI | KEVIN N SUMMERS | 100 WEST BIG BEAVER SUTIE 650<br>TROY MI, 48084 |
| MN | CASSIDY NEE | 5100 EDINA INDUSTRIAL BLVD STE 230<br>EDINA MN, 55439-3007 |
| MO | JOSEPH E. REBMAN | 165 N MERAMEC AVE STE 310<br>ST. LOUIS MO, 63105 |
| MS | BEVERLY WARREN | 309 5TH AVE SW<br>MAGEE MS, 39111 |
| MT | TAMRA HERRING | 302 N 11TH ST<br>BILLINGS MT, 59101 |
| NC | STACIE LEA SELF | 1606 EAST CHURCH STREET<br>CHERRYVILLE NC, 28021 |
| ND | LEAH PARMER | 4141 38TH ST SW STE B<br>FARGO ND, 58104 |
| NE | CYNTHIA EPSTEIN | 11516 NICHOLAS STREET STE 202<br>OMAHA NE, 68154 |
| NH | JAMES KAKLAMANOS | 374 MAIN STREET<br>NASHUA NH, 03060 |
| NJ | KENNETH A OLSEN | 33 PHILHOWER ROAD<br>LEBANON NJ, 08833-4537 |

| | | |
|---|---|---|
| NM | MICHAEL P. CLEMENS | 4101 INDIAN SCHOOL RD NE. SUITE 300<br>ALBUQUERQUE NM, 87110 |
| NV | NATHAN AMAN | 327 CALIFORNIA AVE<br>RENO NV, 89509 |
| NY | GEORGE CARL PEZOLD | 120 MAIN STREET<br>HUNTINGTON NY, 11743-6936 |
| OH | ERIC BEERY | 5025 ARLINGTON CENTRE BLVD SUITE550<br>COLUMBUS OH, 43220 |
| OK | THOMAS F DI'MERCURIO | 27619 E 109TH ST S<br>COWETA OK, 74429 |
| OR | GEORGENE HULBERT | 12144 EHLEN RD NE<br>AURORA OR, 97002 |
| PA | JOHN PILLAR | 150 GREEN COMMONS DR<br>PITTSBURGH PA, 15243 |
| RI | FRANK HOLBROOK | 122 TOURO STREET<br>NEWPORT RI, 02840 |
| SC | ROBERT D. MOSELEY, JR. | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC, 29687-2243 |
| SD | ALLAMERICAN AGENTS OF PROCESS | 945 S MARION RD STE 203<br>SIOUX FALLS SD, 57106 |
| TN | VIVAN G MITCHELL | 4100 WESTGATE DRIVE<br>KNOXVILLE TN, 37921 |
| TX | JEFFREY FULTZ | 1221 MCKINNEY SUITE 4300<br>HOUSTON TX, 77010 |
| UT | ED MILES | 1480 SOUTH PIONEER ROAD,<br>SALT LAKE CITY UT, 84104 |
| VA | ROBERT WALKER | 709 OLD HUNT WAY<br>HERNDON VA, 20170 |
| VT | THOMAS P SIMON | 40 GEORGE STREET<br>BURLINGTON VT, 05401 |
| WA | KEITH BALDWIN | 4050 SW ADMIRAL WAY STE A<br>SEATTLE WA, 98116 |
| WI | CHRISTOPHER WALTHER | 4425 N PORT WASHINGTON RD SUITE 140<br>MILWAUKEE WI, 53212 |
| WV | JOE BOGGS | 1703 WOODVALE DRIVE<br>CHARLESTON WV, 25314 |
| WY | BERT T. AHLSTROM JR. | 1615 HOUSE AVE., P.O.BOX 133<br>CHEYENNE WY, 82003 |

March 10, 2023



FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites | Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 - 1-800-832-5660 - TTY: 1-800-877-8339 - Field Office Contacts