⚠ Coronavirus (COVID-19) Preparedness and Client Assistance: Click to learn more. COVID-19 Questions? Email Us.

REPORT A CLAIM   AGENTS



## CONTACT US

### Berkley Prime Transportation Home Office

**Mailing Address – General Inquiries**
P.O. Box 44048
Jacksonville, FL 32231
833-79-PRIME (77463)
info@berkleyprimetrans.com

**Billing Mailing Address**
Berkley Prime Transportation
Attn: Finance Department
5011 Gate Parkway, Bldg 200, Suite 200
Jacksonville, FL 32256

**Billing Contact**
Please email us at:
billing@berkleyprimetrans.com

**Claims Mailing Address**
Berkley Prime Transportation
P.O. Box 44048
Jacksonville, FL 32231

**Claims Contact**
Please email us at:
claims@berkleyprimetrans.com

**Loss Run Requests**
Please email us at:
policydocs@berkleyprimetrans.com

**Agency Appointment Requests**
Please email us at:
agentinfo@berkleyprimetrans.com

### Have Questions? Drop us a line.

* Required fields

First Name: *

Last Name: *

Company:

State: *

Zip Code:

Phone:

Subject: *
Billing

Email: *

Message: *

Submit

Privacy - Terms



# 1-833-79-PRIME (77463)

Berkley Prime Transportation
P.O. Box 44048
Jacksonville, FL 32231

© 2019 - 2023 Berkley Prime Transportation

Licensing    Privacy Policy