**2022  FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F15000004230

**FILED**
**Apr 22, 2022**
**Secretary of State**
**2772757087CC**

**Entity Name:** BERKLEY CASUALTY COMPANY

**Current Principal  Place of Business:**

ONE METROPLEX DRIVE SUITE 500
BIRMINGHAM,  AL  35266-0847

**Current Mailing Address:**

PO BOX 660847
BIRMINGHAM,  AL  35266

**FEI Number: 63-0866690**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | PRESIDENT | | Title | TREASURER |
| Name | BERKLEY, WILLIAN ROBERT JR | | Name | BAIO, RICHARD M. |
| Address | 475 STEAMBOAT RD | | Address | 475 STEAMBOAT RD |
| City-State-Zip: | GREENWICH CT  06830 | | City-State-Zip: | GREENWICH CT  06830 |
| | | | | |
| Title | SECRETARY | | Title | ASSISTANT TREASURER |
| Name | WELT, PHILIP S | | Name | BRAUD, BERTMAN A JR. |
| Address | 475 STEAMBOAT RD | | Address | PO BOX 9190 |
| City-State-Zip: | GREENWICH CT  06830 | | City-State-Zip: | DES MOINES  IA  50306-9190 |
| | | | | |
| Title | ASST. TREASURER | | | |
| Name | TINGLEFF, SUSAN P | | | |
| Address | PO BOX 9190 | | | |
| City-State-Zip: | DES MOINES  IA  50306-9190 | | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BERTMAN A BRAUD JR                                ASSISTANT TREASURER      04/22/2022

Electronic Signature of Signing Officer/Director Detail                                                        Date