# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: March 14, 2023

RE: 18-53352-sms
Bankruptcy Case No.

Kerri Lynn Brown
Debtor(s)

22-5143-sms
Adversary Case No.

Michigan Department of Health and Human Services
Plaintiff/Appellant

vs
Kerri Lynn Brown
Defendant/Appellee

## SUBMISSION SHEET

**Submitted on:**

☒ Notice of Appeal filed 03/13/2023- Doc. No. 10
File date of Order being appealed from 02/27/2023 - Doc. No. 8

**Contents of Record:**
☒ Documents 8, 10, 11, docket sheet
☐ Designated items of  ☐ Appellant(s)  ☐ Appellee
Filing Fee Paid - ☒ Yes  ☐ No

FROM: M. Regina Thomas, Clerk of Court
United States Bankruptcy Court

By: /s/_____
Madeline Ramos-Whie, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa 07.29.21*