UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: <br> KERRI LYNN BROWN, <br><br> Debtor. <br> _____/ | Chapter 7 <br> Case No. 18-53352-sms <br> Hon. Sage M. Sigler |
| MICHIGAN DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, <br><br> Plaintiff, <br> v. <br><br> KERRI LYNN BROWN, <br><br> Defendant. <br> _____/ | Adv. Pro. No. 22-05143-sms <br> Hon. Sage M. Sigler |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13th, 2023, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF system, which will provide electronic notices and copies of such filing of the following to the parties: Notice of Appeal.

I also hereby certify that on March 13th, 2023, I mailed the Notice of Appeal by United States Postal Service to the following:

Kerri Lynn Brown
2080 Bolton Rd
Apt. 1
Atlanta, GA 30318
(bankruptcy address of record and last known address)

and

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
(bankruptcy counsel of record)


Dated: March 13, 2023                    /s/ *Cassia N. Wolfe*
                                         Cassia N. Wolfe, Legal Secretary
                                         Revenue and Tax Division
                                         P.O. Box 30754
                                         Lansing, MI 48909
                                         (517) 335-7584

2