**APPEAL**

## U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Adversary Proceeding #: 22−05143−sms

*Assigned to:* Judge Sage M. Sigler  
*Lead BK Case:* 18−53352  
*Lead BK Title:* Kerri Lynn Brown  
*Lead BK Chapter:* 7  
*Demand:* $2000  
 *Nature[s] of Suit:*   62 Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud

*Date Filed:* 10/10/22

*Plaintiff*
-----------------------
**Michigan Department of Health and Human Services**  
333 S. Grand Ave  
P.O. Box 30195  
Lansing, MI 48909

represented by **Adam M. Roose**  
Michigan Department of Attorney General  
P.O. Box 30754  
Lansing, MI 48909  
(517) 335−7584  
Email: roosea2@michigan.gov  
*LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Kerri Lynn Brown**  
2080 Bolton Rd  
Apt. 1  
Atlanta, GA 30318  
SSN / ITIN: xxx−xx−5295

represented by **E. L. Clark**  
Clark & Washington, LLC  
Bldg. 3  
3300 Northeast Expwy.  
Atlanta, GA 30341  
404−522−2222  
Fax : 770−220−0685  
Email: ecfnotices@cw13.com  
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/10/2022 | 1 | Adversary case 22−05143. Complaint against Kerri Lynn Brown , Fee Collected $ 350 62 (Dischargeability − 523(a)(2), false pretenses, false representation, actual fraud) Filed by Michigan Department of Health and Human Services (Roose, Adam) |
| 10/10/2022 |   | Receipt of Complaint( 22−05143) [cmp,cmp] ( 350.00) filing fee. Receipt Number A57819236. Fee Amount 350.00 (re: Doc# 1) (U.S. Treasury) |
| 10/11/2022 | 2 | Summons Issued on Kerri Lynn Brown Answer Due 11/10/2022 (mrw) |
| 10/11/2022 | 3 | Certificate of Service of Summons and Complaint filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. |

| | | | |
|---|---|---|---|
| | | | (related document(s)1, 2) (Roose, Adam) |
| 11/29/2022 | | 4 | Request for Entry of Default Filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. (Roose, Adam) |
| 11/29/2022 | | 5 | Certificate of Service Filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. (related document(s)4) (Roose, Adam) |
| 11/30/2022 | | | Clerk's Entry of Default, pursuant to Bankruptcy Rule 7055 and a Request for Entry of Default filed by Michigan Department of Health and Human Services. It appears from the record that Kerri Lynn Brown, has failed to plead or otherwise defend in this case as required by law. (related document(s)4) (mrw) |
| 12/01/2022 | | 6 | Motion For Entry of Default Judgment of Non−Dischargeability and Money Judgment filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. (Roose, Adam) Modified on 12/2/2022 (mrw). |
| 12/01/2022 | | 7 | Certificate of Service Filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. (related document(s)6) (Roose, Adam) |
| 02/27/2023 | | 8 | Order DENYING Motion for Default Judgment. (Related Doc # 6) Service by BNC. Entered on 2/27/2023. (cws) |
| 03/01/2023 | | 9 | Certificate of Mailing by BNC of Order on Motion for Default Judgment Notice Date 03/01/2023. (Admin.) (Entered: 03/02/2023) |
| 03/13/2023 | | 10 | Notice of Appeal to District Court Court, Fee $ 298 filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. Appellant Designation due by 3/27/2023, submission by USBC to USDC due by 4/12/2023, (Roose, Adam) |
| 03/13/2023 | | | Receipt of Notice of Appeal (FEE)( 22−05143−sms) [appeal,97] ( 298.00) filing fee. Receipt Number A58572372. Fee Amount 298.00 (re: Doc# 10) (U.S. Treasury) |
| 03/13/2023 | | 11 | Certificate of Service Filed by Adam M. Roose on behalf of Michigan Department of Health and Human Services. (related document(s)10) (Roose, Adam) |
| 03/14/2023 | | 12 | Notification of Appeal Requirements (related document(s)10) (mrw) |