# EXHIBIT A

## Case Information

23-C-00966-S3 | HORTON VS BANK OF AMERICA

| Case Number | Court | Judicial Officer |
|---|---|---|
| 23-C-00966-S3 | Division 3 | Brown, Carla |
| File Date | Case Type | Case Status |
| 02/13/2023 | Contract/Account* | Pending |

## Party

Plaintiff
HORTON, MARCELLUS RODNEY

Active Attorneys ▾
Lead Attorney
LAGUDA, SAM O
Retained

Defendant
BANK OF AMERICA

Active Attorneys ▾
 Pro Se

## Events and Hearings

02/13/2023 General Civil/Domestic Relations Case Filing Info

02/13/2023 Complaint with Jury Demand

02/13/2023 Affidavit

02/13/2023 Summons

02/14/2023 Attorney Notice of Leave of Absence ▼

Comment
Notice of Leave of Absence

02/17/2023 Summons▼

Served
02/17/2023

Serving Officer
Coberly, Wesley

Serving Method
Corporation

02/21/2023 Sheriffs Entry of Service

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00966-S3**
2/13/2023 5:11 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of  GWINNETT  . County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number  23-C-00966-S3  |
| **MM-DD-YYYY** | Case Number _____ |

**Plaintiff(s)**
HORTON,     MARCELLUS     R.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
BANK OF AMERICA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney**  LAGUDA, SAM O.          **Bar Number**  431088          **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**          **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00966-S3**
**2/13/2023 5:11 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **MARCELLUS RODNEY HORTON** | * | |
| **Plaintiff,** | * | **CIVIL ACTION FILE NUMBER** |
| | * | 23-C-00966-S3 |
| **vs** | * | |
| | * | |
| | * | |
| **BANK OF AMERICA** | * | |
| **Defendant.** | * | |

## COMPLAINT FOR BREACH OF CONTRACT, COMPLAINT FOR BREACH OF FIDUCIARY DUTY, COMPLAINT FOR VIOLATION OF GEORGIA FAIR BUSINESS ACT, COMPLAINT FOR DAMAGES AND JURY DEMAND

**COMES NOW,** MARCELLUS RODNEY HORTON, (hereinafter "Plaintiff") by and through his undersigned counsel, hereby makes and files this *Complaint for Breach of Contract, Complaint for Breach of Fiduciary Duty, Complaint for Violation of Georgia Fair Business Act, Complaint for Damages, and Jury Demand,* against Defendant BANK OF AMERICA, (hereinafter "Defendant") and shows the Court as follows:

## PARTIES AND JURISDICTION

### 1.

That Plaintiff Marcellus Rodney Horton is citizen of Georgia, and a resident of Cobb County, State of Georgia and at all times material herein, Plaintiff resides in Cobb County, Georgia.

### 2.

That Defendant Bank of America is a Foreign Corporation, operating for pecuniary profit and gain and qualified to do business in the State of Georgia, and according to Georgia Secretary of State, Defendant can be served with a copy of the Complaint and Summons through its registered agent, CT Corporation System, at 289 S. Culver Street, Lawrenceville, GA 30046-4805, Gwinnett County, Georgia. That once served with process, Defendant Bank of America, is subject to the jurisdiction of this Court and venue is proper.

**3.**

That on or about May 31, 2022, Plaintiff and Defendant entered a contractual agreement to enable Plaintiff to open a bank account with Defendant pursuant to said agreement, Defendant Bank of America opened an account with number 334071900930, and Bank of America makes money through charging monthly fees from Plaintiff for maintaining an account with Defendant Bank of America.

**4.**

That said account was opened at Defendant Bank of America's branch located at 140 Cherokee Street, NE, Marietta, GA 30060, at the intersection of Lemon Street.

**5.**

That Plaintiff performed his duties under the agreement by maintaining his account with Defendant Bank of America and by paying the associated monthly fees with the account.

**6.**

That by Plaintiff operating said account with Defendant Bank of America, created a fiduciary duty owed by Defendant Bank of America to Plaintiff Marcellus Rodney Horton.

**7.**

That on or about December 2, 2022, for reasons unknown to Plaintiff, Defendant Bank of America closed Plaintiff's bank account, at which time, the account contained a balance of Ten Thousand, One Hundred and Forty-Two Dollars, Fifty Three Cents ($10,142.53).

**8.**

That upon becoming aware that his bank account was closed by Defendant, Plaintiff immediately contact Defendant's employee/customer representative, who informed Plaintiff that his account was closed due to risk and that Plaintiff can go into the Defendant's Cherokee Street, Marietta branch to pick up the funds left in Plaintiff's account, to wit: $10,142.53, and advised Plaintiff to call back on Monday, December 5, 2022.

**9.**

That as instructed by employee of Defendant, Plaintiff called back on Monday, December 5, 2022, and Plaintiff was informed that a cashier's check in the amount of $10,142.53 had been

sent to Plaintiff via United Parcel Service (UPS), with tracking number IZ88VE552900346714, via overnight next day delivery.

**10.**

That Plaintiff waited over a week period and the check was not delivered to Plaintiff and upon tracking the package without success, Plaintiff went to the United Postal Service hub in Fulton County, Georgia, only to be informed that the package was lost and probably jammed in a belt somewhere in the facility.

**11.**

Thereafter, Plaintiff went into the branch to update the Defendant's employee and the branch and the employee, who was Defendant's branch manager, advised Plaintiff to obtain a surety bond and a police report for the lost cashier's check to be reissued by Defendant Bank of America. *See "Exhibit A", attached.*

**12.**

That after complying with Defendant Bank of America's instruction, by obtaining both, a surety bond and police report, *please see attached*, Plaintiff was informed that the only way to get the check reissued was for Plaintiff to wait for one hundred and twenty-two (122) days.

**13.**

That by not releasing Plaintiff's funds, even after complying with Defendant's instructions by obtaining a surety bond and filing a police report, Defendant deliberately and willingly violated State of Georgia's Fair Business Practices Act of 1975, as prescribed by O.C.G.A. § 10-1-390 et seq.

**14.**

That as a consequence of Defendant's breach, Plaintiff was unable to procure his medicines and groceries for Christmas and additionally, Plaintiff was unable to exercise his visitation rights with his son in New York as Plaintiff funds were not released by Defendant Bank of America.

**15.**

That as result of the breach by Defendant Bank of America, Plaintiff's medical conditions of depression and anxiety have worsened and Plaintiff is back being treated by his medical doctor, all which was a direct result of Defendant's Bank of America Breach of Contract, Breach of Fiduciary Duty and Violation of Georgia's Fair Business Act of 1975.

**16.**

That Plaintiff is entitled to direct and general damages incurred as a result of Defendant's breach.

**WHEREFORE**, having set forth his complaint, Plaintiff prays that this Court:
(a) Cause summons and process to issue as required by law.
(b) Empanel a jury to try all questions of fact.
(c) That Plaintiff recovers general damages, including medical expenses and lost wages, as alleged above and to be proven at trial.
(d) That Plaintiff recovers punitive damages in an amount Five Hundred Thousand Dollars ($500,000.00) against Defendant Bank of America.
(e) Award Plaintiff attorney's fees and costs of litigation.
(g) Cast all costs against Defendant which could not had been incurred by Plaintiff, but for Defendant's breach.
(h) Award such further and other relief as this Court deems just and proper.

This 13th day of February 2023.

Respectfully submitted,

/s/ Sam Laguda
Sam Laguda, Esq.
GA Bar No.: 431088
*Attorney for Plaintiff*

The Laguda Law Group, LLC
2400 Herodian Way
Suite 145
Smyrna, GA 30080
Ph: (404) 607-0507
Fax: (404) 607-0510
sam@lagudalawgroup.com

| | | INCIDENT/INVESTIGATION | | | Case# 01-22-019084 |
|---|---|---|---|---|---|

**Agency Name** Marietta Police Department

**INCIDENT/INVESTIGATION REPORT**

**Case#** 01-22-019084

**ORI** GA 0330300

**Date / Time Reported** 12/20/2022 09:40 Tue

**Last Known Secure** 12/05/2022 09:00 Mon

**At Found** 12/20/2022 09:00 Tue

**Location of Incident** 939 COBB PKWY N, Marietta GA 30060

**Premise Type** Residence/home

**Zone/Tract** 3

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Lost & Found Property 98008 | | None | | | | N |
| #2 | Crime Incident | ( ) | Weapon / Tools | Entry | Exit | Security | Activity |
| #3 | Crime Incident | ( ) | Weapon / Tools | Entry | Exit | Security | Activity |

**MO**

**VICTIM**

**# of Victims** 1   **Type:** INDIVIDUAL (NON LE)   **Injury:**   **Domestic:** NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | HORTON, MARCELLUS RODNEY | 1 | 04/07/1966 Age 56 | B | M | IRU | Resident | |

**Home Address** 939 COBB PKWY N, Marietta, GA 30062-2411   **Home Phone** 470-216-7740

**Employer Name/Address**   **Business Phone** 470-216-7325   **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | LOST | $10,142.53 | | 1 | CHECK | | |

**Officer/ID#** FALK, J.W. (3815)

**Invest ID#** (0)

**Supervisor** PARKER, J. (3457)

**Status** 

**Complainant Signature**

**Case Status** Inactive 12/21/2022

**Case Disposition:**

**Page** 1

R_CS11BR   Printed By: EORIBBLE,   Sys#: 190770   12/27/2022 18

**EXHIBIT A**

# INCIDENT/INVESTIGATION REPORT

*Marietta Police Department*

Case # *01-22-019084*

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| IBR | Status | Quantity | Type Measure | | Suspected Type | |
|-----|--------|----------|--------------|--|----------------|--|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   **NONE (NO BIAS)**

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 01-22-019084          *Marietta Police Department*

NARRATIVE

I was dispatched to 240 Lemon Street regarding a lost check.

Upon arrival, approximately 0940 hours, I met and spoke with Marcellus Horton.

Horton stated that his bank, (Bank of America) sent a check to him via (UPS Overnight) on December 5 and it was never received.

Horton requested the Police Report as UPS requires a police report to file a claim.

J. Fulk
#3815

# Incident Report Related Property List

*Marietta Police Department*

OCA : *01-22-019084*

| Property Description | | | | Make | | Model | | Caliber |
|---|---|---|---|---|---|---|---|---|
| CHECK | | | | | | | | |
| Color | Serial No. | | Value | | Qty | Unit | | Jurisdiction |
| | | | $10,142.53 | | 1.000 | | | Locally |
| Status | Date | NIC # | | State # | | Local # | OAN | |
| Lost - Do Not Use | 12/05/2022 | | | | | | | |

| Name (Last, First, Middle) | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|
| Horton, Marcellus Rodney | | 04/07/1966 | 56 | B | M. |

Notes

**LOST SECURITIES BOND**

Bond No. PB11562509247

KNOW ALL MEN BY THESE PRESENTS, That we MARCELLUS HORTON

as Principal(s) (hereinafter called "Principal"), and Philadelphia Indemnity Insurance Company

a surety Corporation, duly authorized to transact the business of indemnity and Suretyship in

the State of PA , as Surety (hereinafter called "Surety"), are held and firmly bound unto

Bank of America its successor and assigns, as their respective interests may appear (hereinafter called "Obligee"), in an aggregate sum, lawful money of the United States of America, sufficient to indemnify the Obligee under the conditions of this Bond as hereinafter set forth, but not exceeding the maximum amount for which Surety may obligate itself on the date of this Bond in respect any one risk or hazard under any law governing the validity or performance of this Bond, said sum to be paid to the Obligee or the legal representative of said Obligee, for which payment, well and truly to be made, the said Principal binds himself/herself (themselves, itself), his/her (their, its) heirs, executors, administrators, successors, and assigns; and said Surety binds itself, its successors and assigns, jointly and severally, firmly by these presents.

SEALED with our seals this 19th day of December, 2022

WHEREAS, MARCELLUS HORTON is the owner of a lost cashier's check

and has lost, mislaid or destroyed said instrument or instruments, so that the same cannot be found or produced; and

WHEREAS, the Obligee has agreed with the Principal upon the security of this Bond of Indemnity to duplicate said instrument or instruments so lost, mislaid or destroyed, or to pay to said Principal or credit to said Principal's account the value thereof.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH that if the Obligee shall issue or cause to be issued to the Principal or Principal's order new or duplicate instrument or instruments in place of the aforementioned lost, mislaid or destroyed instrument, or instruments or if the Obligee shall pay to Principal or credit to Principal's account the value thereof; and if the Principal, the heirs, executors, administrators, successors or assigns of said Principal, or any of them, shall, in case such lost, mislaid or destroyed instrument, or instruments be found or come into the hands or power of any of them, or into the hands, custody or power of any other person or persons, deliver or cause the same to be delivered unto the Obligee in order to be canceled; and the Principal and Surety also shall at all times indemnify and save harmless the Obligee from and against any and all costs, actions, suits, damages, charges or expenses, by reason of said lost mislaid or destroyed instrument or instruments, or the issuance of other or others in lieu thereof, or the paying or crediting as aforesaid of the value thereof without the surrender of said instrument or instruments, then this obligation to be void; otherwise to remain in full force and virtue.

_____(SEAL)

MARCELLUS HORTON

_____(SEAL)

_____(SEAL)

Philadelphia Indemnity Insurance Company

Open Penalty

By: _____

Ryan Tash,                    Attorney-in-Fact

S-2058B1 (10/15) Computershare

State of _____

County of _____ } ss

On this _____ day of _____, _____ before me personally appeared

_____ John T. Page, to me known, who, being by me duly sworn, did depose and say:  That

he/she  resides  in _____ that he/she  is an Attorney-in-Fact of

_____, the corporation described in and which executed
the within instrument; that he/she knows the corporate seal of said corporation; that the seal affixed to the within
instrument is such corporate seal, and that he/she signed the said instrument and affixed the said seal as Attorney-
in-Fact by authority of the Board of Directors of said corporation and by authority of his/her office under the Standing
Resolutions thereof.

My commission expires _____.      _____
                                                Notary Public

Please see attached certificate

State of _____

County of _____ } ss

**Individual Acknowledgment**

On this _____ day of _____, _____ before me personally appeared _____
to me known and known to me to be the individual(s) described in and who executed the within Bond, and he/she
acknowledged to me that he/she executed the same.

My commission expires _____.      _____
                                                Notary Public

State of _____

County of _____ } ss

**Firm Acknowledgment**

On  this _____ day of _____, _____, before me  personally  appeared
_____ to me known and known to me to be one of the firm
_____ described  in  and  who  executed  the
foregoing instrument, and he/she thereupon acknowledged to me that he/she executed the same as and for
the act and deed of said firm.

My commission expires _____.      _____
                                                Notary Public

State of _____

County of _____ } ss

**Corporation Acknowledgment**

On  this _____ day of _____, _____  before  me personally  appeared
_____, to me known, who, being by me duly sworn, did depose
and say:  That he/she resides in _____ ; that he/she is the President
of _____ , the corporation described in and which
executed the above instrument; that he/she knows the seal of said corporation; that the seal affixed to said
instrument is such corporate seal; that it was so affixed by order of the Board of Directors and authority of
the By-Laws of said corporation, and that he/she signed his/her name thereto by like order.

My commission expires _____.      _____
                                                Notary Public

**Lost Securities Bond**

**Bond No.**   PB11562509247

**Obligee:**  Bank of  America

**Principal:**   MARCELLUS HORTON

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Sacramento _____ )

On _12-19-2022_ before me, _Traci E. Nakagaki, Notary Public_
(Insert name and title of the officer)

personally appeared _Ryan Tash_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

TRACI E. NAKAGAKI
COMM. #2383122
Notary Public - California
Sacramento County
My Comm. Expires Nov. 15, 2025

Signature _____     (Seal)

**PHILADELPHIA INDEMNITY INSURANCE COMPANY**
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004-0950

Power of Attorney

KNOW ALL PERSONS BY THESE PRESENTS: That PHILADELPHIA INDEMNITY INSURANCE COMPANY (the Company), a corporation organized and existing under the laws of the Commonwealth of Pennsylvania, does hereby constitute and appoint John T. Pace, Ryan Tash, & Susan Fournier of Surety Solutions Insurance Services, Inc.     its true and lawful Attorney-in-Fact with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $50,000,000.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of PHILADELPHIA INDEMNITY INSURANCE COMPANY on the 14th of November, 2016.

<table>
<tr><td>RESOLVED:</td><td>That the Board of Directors hereby authorizes the President or any Vice President of the Company: (1) Appoint Attorney(s) in Fact and authorize the Attorney(s) in Fact to execute on behalf of the Company bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and to attach the seal of the Company thereto; and (2) to remove, at any time, any such Attorney-in-Fact and revoke the authority given. And, be it</td></tr>
<tr><td>FURTHER<br>RESOLVED:</td><td>That the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.</td></tr>
</table>

IN TESTIMONY WHEREOF, PHILADELPHIA INDEMNITY INSURANCE COMPANY HAS CAUSED THIS INSTRUMENT TO BE SIGNED AND ITS CORPORATE SEAL TO BE AFFIXED BY ITS AUTHORIZED OFFICE THIS 5TH DAY OF MARCH, 2021.

(Seal)

John Glomb, President & CEO
Philadelphia Indemnity Insurance Company

On this 5th day of March, 2021 before me came the individual who executed the preceding instrument, to me personally known, and being by me duly sworn said that he is the therein described and authorized officer of the PHILADELPHIA INDEMNITY INSURANCE COMPANY; that the seal affixed to said instrument is the Corporate seal of said Company; that the said Corporate Seal and his signature were duly affixed.

Notary Public:        Vanessa McKenzie

Commonwealth of Pennsylvania - Notary Seal
Vanessa McKenzie, Notary Public
Montgomery County
My commission expires November 3, 2024
Commission number 1388394
Member, Pennsylvania Association of Notaries

residing at:        Bala Cynwyd, PA

My commission expires:        November 3, 2024

I, Edward Sayago, Corporate Secretary of PHILADELPHIA INDEMNITY INSURANCE COMPANY, do hereby certify that the foregoing resolution of the Board of Directors and the Power of Attorney issued pursuant thereto on the 5th day March, 2021 are true and correct and are still in full force and effect. I do further certify that John Glomb, who executed the Power of Attorney as President, was on the date of execution of the attached Power of Attorney the duly elected President of PHILADELPHIA INDEMNITY INSURANCE COMPANY.

In Testimony Whereof I have subscribed my name and affixed the facsimile seal of each Company this   19   day of   December   20 22

Edward Sayago, Corporate Secretary
PHILADELPHIA INDEMNITY INSURANCE COMPANY

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00966-S3**
**2/13/2023 5:11 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **MARCELLUS RODNEY HORTON** | * | |
| **Plaintiff** | * | |
| | * | |
| **v** | * | **CIVIL ACTION FILE NUMBER** |
| | * | 23-C-00966-S3 |
| **BANK OF AMERICAN** | * | |
| **Defendant.** | * | |

### VERIFICATION

I, MARCELLUS RODNEY HORTON, personally appeared before the undersigned Notary Public, and say under oath that I am the Plaintiff in the above-styled action and that the facts stated in the Complaint for Breach of Contract, Complaint for Breach of Fiduciary Duty, Complaint for Violation of Georgia's Fair Business Practices Act, are true and correct.

This 13th day of February 2023.

_____

MARCELLUS RODNYEY HORTON (Plaintiff)

Sworn to and subscribed before me

this 13 of February , 2023.

_____
Notary Public,
My Commission Expires: 7/22/2026

CIVIL ACTION NO. _23-C-00966-53_

DATE FILED _2/13/2023_

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

_Sam Laguda, Esq./404 607 0507_
_2400 Herodian Way #145_
_Smyrna, GA 30080_
_sam@lagudalawgroup.com_

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

_Registered Agent-CT Corporation System_
_289 S. Culver Street_
_Lawrenceville, GA 30046_

[ ] MAGISTRATE [✓] STATE [ ] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

_Marcellus Rodney Horton_
PLAINTIFF(S)

VS.

_Bank of America_
DEFENDANT(S)

GARNISHEE _____

Other attached documents to be served: _____

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL**   Upon the following named defendant:

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to_____ described as follows: approximate age
____yrs; approximate weight_____pounds; approximate height_____feet and _____inches, domiciled at residence of the defendant.

[ ] **CORPORATION** Upon corporation _____
By serving _____, in charge of the office and
place of business of the corporation in this county.
By serving _____, its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

_____

_____

This _____ day of _____, 20_____.

SHERIFF DOCKET_____ PAGE_____

TIME: _____ ___. M.

_____
DEPUTY

E-FILED IN OFFICE - RJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00966-S3**
**2/13/2023 5:11 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**MARCELLUS RODNEY HORTON**

CIVIL ACTION
NUMBER: 23-C-00966-S3

PLAINTIFF

VS.

**BANK OF AMERICA**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

SAM LAGUDA, ESQ.
2400 HERODIAN WAY, SUITE 145
SMYRNA, GA 30080

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This_____ day of **FEBRUARY**_____, 20**23**.
14th day of February, 2023

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00966-S3**

**2/14/2023 1:02 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **MARCELLUS RODNEY HORTON** | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION FILE NUMBER** |
| | * | **23-C-00966-S3** |
| **vs.** | * | |
| | * | |
| **BANK OF AMERICA** | * | |
| **Defendant.** | * | |

### NOTICE OF LEAVE OF ABSENCE

Pursuant to the Uniform Rule of Superior Court Number 16, SAM O. LAGUDA respectfully notifies all Judges before whom he is attorney of record for cases currently pending, all Clerks of Court and opposing counsel that the following are dates that he will be out of the office, unavailable and/or on a leave of absence. The purpose of the leave is for continuing legal education (CLE), vacation or family leave.

Please be advised that all Judges and opposing counsel shall have ten (10) days from the date of this notice to file any objection to this notice. If no objections are filed, then said leave shall be granted. Applicant's dates of leave are as follows:

- **March 10th, 2023 – March 24th, 2023**
- **May 17th, 2023 – May 26th, 2023**
- **October 24th, 2023 – November 3rd, 2023**

### CERTIFICATE OF SERVICE

This is to certify that I have on this date served all Judges, Clerks of Court and opposing counsel as shown on the attached Exhibit "A" by hand delivery, statutory E-file and/or by depositing a copy of this Notice and Exhibit "A" in the United States mail with sufficient postage affixed thereon to ensure proper delivery.

Respectfully submitted this 14th day of February, 2023.

*/s/ Sam Laguda*
Sam O. Laguda, Esq.
GA State Bar No. 431088
Counsel for Plaintiff

EXHIBIT "A"

| Name of Case<br>Case Number | Name of Court/<br>Judge | Opposing Counsel/<br>Party |
|---|---|---|
| MARCELLUS RODNEY HORTON<br><br>vs.<br><br>BANK OF AMERICA<br><br>CAFN:<br>23-C-00966-S3 | State Court of<br>Gwinnett County<br><br>Judge Carla Brown | CT Corporation System<br>289 S. Culver Street<br>Lawrenceville, GA 30046 |

CIVIL ACTION NO. _23-C-00966-53_

DATE FILED _2/13/2023_

[ ] MAGISTRATE [✓] STATE [ ] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

_Sam Laguda, Esq./ 404 607 0507_
_2400 Herodian Way #145_
_Smyrna, GA 30080_
_sam@lagudalawgroup.com_

_Marcellus Rodney Horton_
PLAINTIFF(S)

VS.

_Bank of America_
DEFENDANT(S)

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

_Registered Agent - CT Corporation System_
_289 S. Culver Street_
_Lawrenceville, GA 30046_

GARNISHEE

Other attached documents to be served: _____

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL**   Upon the following named defendant: _____

[ ] **NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to_____ described as follows: approximate age

_____ yrs; approximate weight _____ pounds; approximate height ____ feet and ____ inches, domiciled at residence of the defendant.

[✓] **CORPORATION** Upon corporation _Bank of America_
By serving _____, in charge of the office and
place of business of the corporation in this county.

By serving _Jane Richardson_ its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

_____

_____

This _17_ day of _Feb_ , 20_23_.

SHERIFF DOCKET_____ PAGE_____

_W. Coberly  S01332_
DEPUTY

TIME: _____ ___. M.