## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ZNT, LLC, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>AMGUARD INSURANCE COMPANY, )<br>a foreign corporation, )<br>)<br>  Defendant. )<br>_____ | CIVIL ACTION<br>FILE NO. 23-A-01070-2 |

### NOTICE OF FILING NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN that that AMGUARD INSURANCE COMPANY, Defendant in the above-styled action, on this date has filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal (without exhibits) is attached hereto as **Exhibit A**.

This 14th day of March, 2023.

        Respectfully submitted,

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        By:   */s/ Drew C. Timmons*
              Drew C. Timmons
              Georgia Bar No. 358626

        *Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
404.874.8800
404.888.6199 [facsimile]
drew.timmons@swiftcurrie.com

### EXHIBIT "B"

## CERTIFICATE OF SERVICE

I hereby certify I have this day electronically filed the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** with the Clerk of Court via the Odyssey eFile GA e-filing system, which will send automatic notification to the following:

> J. Remington Huggins, Esq.
> Michael D. Turner, Esq.
> The Huggins Law Firm, LLC
> 110 Norcross Street
> Roswell, Georgia 30075
> remington@lawhuggins.com
> mdturner@lawhuggins.com
> Attorneys for Plaintiff

This 14th day of March, 2023.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By:  /s/ Drew C. Timmons
Drew C. Timmons
Georgia Bar No. 358626

*Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3231
404.874.8800
404.888.6199 [facsimile]
drew.timmons@swiftcurrie.com

4858-2035-1063, v. 1