## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| DANIELLE RUSK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | 23-C-01012-S4 |
| JERRY LEVON REAVES, USA TRUCK | ) | |
| INC., JOHN DOE CORPORATION, | ) | |
| SKYRAIDER RRG INC., AND | ) | |
| INDEMNITY INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Clerk, State Court of Gwinnett County, Georgia.

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action to the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto.

Respectfully submitted, this 14th day of March, 2023.

                                        **DREW ECKL & FARNHAM, LLP**

                                        */s/Michael L. Miller*
                                        Michael L. Miller
                                        Georgia Bar No. 508011
                                        Katherine I. Barton
                                        Georgia Bar No. 882335
                                        *Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| DANIELLE RUSK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | 23-C-01012-S4 |
| JERRY LEVON REAVES, USA TRUCK ) | |
| INC., JOHN DOE CORPORATION, ) | |
| SKYRAIDER RRG INC., AND ) | |
| INDEMNITY INSURANCE COMPANY ) | |
| OF NORTH AMERICA, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

Today I served a copy of *Defendants' Notice of Filing of Notice of Removal* upon counsel of record via Statutory Electronic Service and through Odyssey eFileGA, which will electronically serve the following:

John E. Alday
Catherine H. Manavi
Robert D. Johnson
Johnson & Alday LLC
john@johnsonalday.com
bobby@johnsonalday.com
catherine@johnsonalday.com

This 14th day of March, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

13366714
27096-252108