# Exhibit A (Documents and Communication Regarding Plaintiff A.Y.)



# THE UNITED STATES OF AMERICA

**I-797 | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC1890385916 | | I130 - PETITION FOR ALIEN RELATIVE |
| **Received Date** 09/12/2018 | **Priority Date** 09/12/2018 | **Petitioner** A212 623 331 OMAR, JAAFAR YAAKOUB |
| **Notice Date** 02/12/2020 | **Page** 1 of 1 | **Beneficiary** Y█████ A█████████ |

JAAFAR YAAKOUB OMAR
1090 JOLLY AVENUE APT 6
CLARKSTON GA 30021

**Notice Type:** Approval Notice
**Section:** Unmarried child (under age 21) of U.S. Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application and/or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

*[handwritten:]* Aisha — CASE: KHT202058400.02
I.V.SCA0000118797963

*[handwritten:]* Yasir → KHT2020584003
I.VSCA 00001187961

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]

| Subject | Notice regarding your Immigrant Visa Case |
|---------|-------------------------------------------|
| **From** | <National_Visa_Center@state.gov> |
| **To:** | <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASSAN244@YAHOO.COM> |
| **Date** | Jan 6, 2021 at 3:28 PM |

Dear A██████ Y█████,

The National Visa Center (NVC) updated the status of your immigrant visa application. Please go to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV. You will need your NVC case number and invoice ID number to log into your account.

Once you have logged into CEAC, please look in your message box or on the Status Chart at the bottom of the page. If NVC has feedback on any items you submitted, there will be a new message with details. If not, please simply follow the updated instructions on your Status Chart to complete your case. If any column says "Pay Now", "Invalid Doc", "Incomplete", or "Re-Opened", that means you must take action by paying a fee, submitting a form, or uploading a corrected/missing document.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

 Case ID:   KHT2020584003
 Invoice ID: IVSCA00001187964

**NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.**

| **Subject** | Notice regarding your Immigrant Visa Case becoming Documentarily Qualified |
| --- | --- |
| **From** | <National_Visa_Center@state.gov> |
| **To:** | <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASSAN244@YAHOO.COM> |
| **Date** | Jan 14, 2021 at 2:20 PM |

Dear Fnu ▬▬▬▬ Y▬▬ ,

The National Visa Center (NVC) received all of the fees, forms, and documents that are required prior to attending an immigrant visa interview at a U.S. Embassy/Consulate General overseas.

NVC will work with the U.S. Embassy/Consulate General in KHARTOUM, SUDA to schedule an interview appointment for you. Once we have confirmed an interview date, we will send a notice to you, your petitioner and attorney (if applicable).

*Please do NOT make any travel arrangements, sell property, or give up employment until you have received an immigrant visa from the U.S. Embassy/Consulate General.*

The U.S. Embassy/Consulate General may require additional documentation at the time of the interview. Please visit https://nvc.state.gov/prep for information about immigrant visa interviews.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:   KHT2020584003
Invoice ID: IVSCA00001187964

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**



| **Subject** | Fw: Immigrant Visa Interview Appointment |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Omar Shekhey <oshekhey15@gmail.com> |
| **Date** | Jan 25, 2021 at 5:40 PM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "National_Visa_Center@state.gov" <National_Visa_Center@state.gov>
**To:** "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JAAFARHASSAN244@YAHOO.COM" <JAAFARHASSAN244@YAHOO.COM>
**Sent:** Mon, Jan 25, 2021 at 2:56 PM
**Subject:** Immigrant Visa Interview Appointment

JANUARY 25, 2021

Case Number: KHT2020584003

Invoice ID: IVSCA00001187964

The National Visa Center (NVC) completed its processing of your immigrant visa application and forwarded it to the U.S. Embassy/Consulate General, where an immigrant visa interview has been scheduled. Appointment information is located at the bottom of this email.

**Important Information:**
You submitted forms and supporting documents to the NVC in electronic form. You must present the original forms and documents for review by the consular officer during your interview.

Please promptly read and follow all Interview Preparation Instructions located on the Department of State's web site at: https://nvc.state.gov/prep.

Important information regarding the required medical appointment is also listed on this site. Failure to promptly follow all instructions provided on this site will result in your immigrant visa being

refused at the initial interview.

You should present this letter upon arrival at the Embassy/Consulate General.

Only family members listed below in the "Additional Applicants" section who are intending to immigrate at this time must appear at the Embassy/Consulate General on the appointment date.

*PRESIDENTIAL PROCLAMATION ON HEALTH CARE: On October 4, 2019, the President issued Presidential Proclamation 9945 on the "Suspension of Entry of Immigrants Who Will Financially Burden the United States Healthcare System." For the most up to date information on how PP 9945 might affect your case, please visit https://travel.state.gov/healthcare.*

**What To Do if You Cannot Keep the Appointment:**
Some Embassies/Consulates General reschedule interview appointments themselves; others utilize an outside service provider to reschedule appointments. To determine the proper procedure for rescheduling your interview appointment, please go to the Department of State's web site at: https://nvc.state.gov/prep and click the link to the U.S. Embassy or Consulate interview preparation instructions. Select your interview location from the list and follow your Embassy/Consulate General's instructions listed under "Contact Information" on the right.

**Reminders:**

- Read and follow all interview instructions located at https://nvc.state.gov/prep.
- Bring this letter to your medical examination because the panel physician may need to review it before performing the examination.
- If a sponsor filed an I-864 (Affidavit of Support) AND provided the NVC with proof of an IRS Federal Income Tax Extension in lieu of a Federal Income Tax Return, you must upload this to CEAC or bring the sponsor's most recent Federal Income Tax Return to the visa interview.
- Failure to present all necessary documents to the Consular Officer will result in your immigrant visa being refused at the initial interview.

**Questions:**
The National Visa Center has completed its processing of this case and any further inquiries should be addressed to the U.S. Embassy, Consulate General, or Diplomatic Mission listed below. When communicating with the Embassy/Consulate General by e-mail, letter, or fax, always refer to your name and case number exactly as they appear.

**Immigrant Visa Interview Details:**

| | |
|---|---|
| Interview Date/Time: | FEBRUARY 17, 2021 at 08:00 AM |
| Interview Location: | KHARTOUM, SUDAN |
| NVC Case Number: | KHT2020584003 |
| Invoice ID: | IVSCA00001187964 |



Principal Applicant:

KHARTOUM
KHARTOUM
SUDAN

Preference Category: IR2-Child of United States Citizen

A #: 067412603

View less

| Subject | Fw: KHT2020584003: Introduction to Document Collection |
|---|---|
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Oahu Helicopter Sweeps <1147edogltxnr9@mmlmdavysfcoljs.aiuu> |
| **Date** | Jan 29, 2021 at 1:50 PM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "NVC-do-not-reply@state.gov" <NVC-do-not-reply@state.gov>
**To:** "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JAAFARHASSAN244@YAHOO.COM" <JAAFARHASSAN244@YAHOO.COM>
**Sent:** Fri, Jan 29, 2021 at 12:02 PM
**Subject:** KHT2020584003: Introduction to Document Collection

Greetings from NVC:

You were recently notified that we are now ready for you to begin filing your application with the National Visa Center. Our role is to collect fees, administratively prepare you for your visa appointment, and schedule your interview. Some people can find these steps to be difficult, so we would like to provide a few helpful reminders as you prepare your application.

The most important resource you have for this is our website: https://nvc.state.gov/. You must read this website in its entirety throughout your application process. Failure to follow the instructions on this site will delay the processing of your case.

Although the website has complete instructions on all

the required fees, forms, and documents you need to submit, we want to point out a few areas where we

typically have to request corrections on cases:

1. Incorrect applicant civil documents and police certificates. There are very specific criteria for what documents are acceptable and the issuing authorities who provide documents for immigration purposes. Failure to submit the correct version of your documents will delay your case. Review https://nvc.state.gov/find and review the requirements for the issuing country of your documents.

2. Supporting Financial Documents. In most cases, the petitioner will need to submit an Affidavit of Support and supporting financial documents. If using a Joint Sponsor or Household Member, they will also need to submit some supporting documents. We routinely reject cases that do not submit documents such as:

      a. Tax transcripts/tax returns,

      b. W-2/1099s, and/or;

      c. Proof of income.

Failure to submit these documents will delay your case. Review the chart on https://nvc.state.gov/fin and determine which supporting documents you will need to submit.

3. Missing petitioner civil documents. There are cases where the petitioner must submit civil documents for immigration purposes. CEAC will not request every document that is required.

a. Example: The petitioner is applying for an IR1, CR1, or F2A (spouse of a U.S. Citizen or Lawful Permanent Resident) visa and the spouse was previously married. The petitioner must obtain evidence of the termination of EVERY prior marriage the petitioner has had.

Failure to submit these documents with your initial submission will delay your case. Review https://nvc.state.gov/documents to identify which documents you will need to submit to NVC.

These are some of the common reasons we request corrections on cases. Since there are other reasons, be sure to review http://nvc.state.gov/ in its entirety to prevent delays in the processing of your case.

Regards,
National Visa Center,
U.S. Department of State

U.S. Department of State

**View less**

| Subject | Fw: Updates/requirements |
| --- | --- |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Omar Shekhey <oshekhey15@gmail.com> |
| **Date** | Nov 7, 2022 at 9:43 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:56 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:55 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:43 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Thank you for your e-mail on behalf of your constituent.

- Update the medical report form the panel physician - (you may print and collect this e-

physician (you may print and collect this e-mail to schedule an appointment with the panel physician).

- Provide two recent –less than 6 months-photos for each applicant **(5*5 cm) each with white background and without Photoshop)**.

   For more information regarding the photo requirements please visit our website or https://travel.state.gov/content/visas/en/general/photos.html.

The documents listed above and valid passport (s) must be dropped in the **Immigrant Visa Box** outside the Consular section gate.

Once the documents received it will put in the review queue by a Consular officer, once the review is completed you will be contacted through e-mail.

We hope this information is helpful to you.

*"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

R.M.M
Visa assistance.

SENSITIVE BUT UNCLASSIFIED

View less

| Subject | Fw: Required/ Document. |
|---|---|
| From | Jaafar Hasan<br><jaafarhasan244@yahoo.com> |
| To: | Kouyatelawfirm Info<br><info@kouyatelawfirm.com> |
| Date | Nov 14, 2022 at 11:11 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 14, 2022, 9:24 AM, Jaafar Hasan
<jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 14, 2022, 9:16 AM, Khartoum, IV
<KhartoumIV@state.gov> wrote:

Dear applicant,

Case #KHT2020584003 (Electronic case).

Reference is made to immigrant visa pending
case, please be advised that the
administrative process completed and the
following is now required from the beneficiary
for further processing:

  -Update the **medical report** form the
panel physician electronically - (you may print
and collect this e-mail to schedule an

and collect this e-mail to schedule an appointment with the panel physician).

   **--JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen).**

   -Provide two recent –less than 6 months-photos for each applicant (**(5*5 cm) each with white background and without Photoshop)**.

   For more information regarding the photo requirements  please visit our website or https://travel.state.gov/content/visas/en/general/photos.html.

Please be advised that all the required document/s (photos) **must be scanned into the applicant's case**. This is done through the "start now" button when you log into your DS-260 through https://ceac.state.gov/ceac/. You will require your KHT case number and your invoice ID provided to you by the National Visa Center. Please ensure you scan the complete document. (Front and back if applicable).


The photos and Document  must be dropped in the Immigrant Visa Box outside the Consular section gate.
-
Once the original documents received will be placed in the review queue by a Consular officer, once the review is completed you will be contacted through e-mail.

*"Please be advised that due to the COVID-19 pandemic and to ensure the safety and health of our colleagues and clients, the Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

Hope this information is helpful.


Best Regards,

**R.M.M**
**Visa Unit**



Visa Unit
**Consular Section**
**U.S. Embassy, Khartoum**

SENSITIVE BUT UNCLASSIFIED

**View less**

| Subject | Fw: Case ID: KHT2020584002,KHT2021575001 ,KHT2020584003 |
|---|---|
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Taha Wadcowboy <wadcowboy@gmail.com> |
| **Date** | Dec 6, 2022 at 8:00 PM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, December 6, 2022, 8:02 AM, Fatou Barry <info@kouyatelawfirm.com> wrote:

Good afternoon,

We are following up to the last message. Are there any updates?

Thanks for your time,

On Wed, Nov 23, 2022 at 9:07 AM Fatou Barry <info@kouyatelawfirm.com> wrote:

Thank you for your response,

We have uploaded all of these documents for all the cases. There is a co-sponsor that is needed but the portal is not allowing me to add a co sponsor, can you look into that.

Best Regards,

On Wed, Nov 23, 2022 at 3:59 AM Khartoum, IV <KhartoumIV@state.gov> wrote:

**Dear Sir/Madam,**

Thank you for your e-mail the officer requesting the below:

-JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen).

"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."

R.M.M

Visa assistance.

**From:** Fatou Barry <info@kouyatelawfirm.com>
**Sent:** Tuesday, November 22, 2022 7:02 PM
**To:** Khartoum, IV <KhartoumIV@state.gov>
**Cc:** jaafarhasan244@yahoo.com
**Subject:** Case ID: KHT2020584002,KHT2021575001 ,KHT2020584003

To Whom It May Concern,

We have been trying to get in contact with the Khartoum Embassy regarding our clients, Hadya Yaakoub, A████ Y███ , and Aisha Abdellah. Their Petitioner is Jaafar Omar. Please see attached for the G-28.

The Embassy has been emailing our client with all the information that is needed to be uploaded, and we have done so and it has been submitted. There are certain items that have been submitted since June

certain items that have been submitted since June
and have still not been revised by the Embassy. I
have emailed multiple times asking for updates on the
case and we have not received any information
despite our G-28 being uploaded.  Can you let us
know what the next steps are for our clients. Their
case has been at the NVC for almost two years now.


Thank you for your assistance,


--

Fatou Barry *Legal Assistant*
_____
Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
___ Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com


SENSITIVE BUT UNCLASSIFIED


--

Fatou Barry *Legal Assistant*
_____
Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense

E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
___ Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024

www.KouyateLawFirm.com

--

Fatou Barry *Legal Assistant*

_____

Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
    Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com

View less

| Subject | Fw: KHT2023543003: Introduction to Document Collection |
|---|---|
| From | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| To: | Kouyatelawfirm Info <info@kouyatelawfirm.com> |
| Date | Feb 13 at 7:45 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, February 13, 2023, 3:01 AM, NVC-do-not-reply@state.gov wrote:

Greetings from NVC:

You were recently notified that we are now ready for you to begin filing your application with the National Visa Center. Our role is to collect fees, administratively prepare you for your visa appointment, and schedule your interview. Some people can find these steps to be difficult, so we would like to provide a few helpful reminders as you prepare your application.

The most important resource you have for this is our website: https://nvc.state.gov/. You must read this website in its entirety throughout your application process. Failure to follow the instructions on this site will delay the processing of your case.

Although the website has complete instructions on all the required fees, forms, and documents you need to submit, we want to point out a few areas where we typically have to request corrections on cases:

1. Incorrect applicant civil documents and police certificates. There are very specific criteria for what

documents are acceptable and the issuing authorities who provide documents for immigration purposes.

**must** use CEAC to provide NVC with the fees and documents that are required prior to your immigrant visa interview. We do not accept these by mail.

**Please Note: You must bring the exact original of any scanned document you upload to CEAC that NVC accepts to your immigrant visa interview. Failure to bring the exact original you uploaded to CEAC may delay the processing of your case.**

You must follow our 12 step instructions posted at https://nvc.state.gov for completing your case.

If you need to contact NVC, please follow the instructions at https://nvc.state.gov/inquiry. NVC may send questions, instructions, and status updates to your CEAC account. If we do this you will receive an email asking you to log into your CEAC account to review a message from NVC.

**IMPORTANT:** *If you do not log into CEAC or communicate with NVC regarding this immigrant visa case for a period of one year, by law the Department of State must terminate your visa application.*

*FINANCIAL SPONSORSHIP RESPONSIBILITIES: Financial sponsors, joint sponsors, and applicants should be aware of the responsibilities arising from a sponsor signing an I-864 and the consequences of a sponsored immigrant's acceptance of federal means-tested public benefits. For more information, visit https://nvc.state.gov/aos.*

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

View less

| **Subject** | Fw: KHT2023543003: Introduction to Document Collection |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Kouyatelawfirm Info <info@kouyatelawfirm.com> |
| **Date** | Feb 18 at 11:43 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Saturday, February 18, 2023, 5:34 AM, NVC-do-not-reply@state.gov wrote:

Greetings from NVC:

You were recently notified that we are now ready for you to begin filing your application with the National Visa Center. Our role is to collect fees, administratively prepare you for your visa appointment, and schedule your interview. Some people can find these steps to be difficult, so we would like to provide a few helpful reminders as you prepare your application.

The most important resource you have for this is our website: https://nvc.state.gov/. You must read this website in its entirety throughout your application process. Failure to follow the instructions on this site will delay the processing of your case.

Although the website has complete instructions on all the required fees, forms, and documents you need to submit, we want to point out a few areas where we typically have to request corrections on cases:

1. Incorrect applicant civil documents and police certificates. There are very specific criteria for what

documents are acceptable and the issuing authorities who provide documents for immigration purposes.

Failure to submit the correct version of your documents will delay your case. Review https://nvc.state.gov/find and review the requirements for the issuing country of your documents.

2. Supporting Financial Documents. In most cases, the petitioner will need to submit an Affidavit of Support and supporting financial documents. If using a Joint Sponsor or Household Member, they will also need to submit some supporting documents. We routinely reject cases that do not submit documents such as:

     a. Tax transcripts/tax returns,

     b. W-2/1099s, and/or;

     c. Proof of income.

Failure to submit these documents will delay your case. Review the chart on https://nvc.state.gov/fin and determine which supporting documents you will need to submit.

3. Missing petitioner civil documents. There are cases where the petitioner must submit civil documents for immigration purposes. CEAC will not request every document that is required.

a. Example: The petitioner is applying for an IR1, CR1, or F2A (spouse of a U.S. Citizen or Lawful Permanent Resident) visa and the spouse was previously married. The petitioner must obtain evidence of the termination of EVERY prior marriage the petitioner has had.

Failure to submit these documents with your initial submission will delay your case. Review https://nvc.state.gov/documents to identify which documents you will need to submit to NVC.

These are some of the common reasons we request corrections on cases. Since there are other reasons, be sure to review http://nvc.state.gov/ in its entirety to prevent delays in the processing of your case.

Regards,
National Visa Center,
U.S. Department of State

View less

| Subject | Fw: Required Document |
|---------|----------------------|
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Kouyatelawfirm Info <info@kouyatelawfirm.com> |
| **Date** | Feb 22 at 9:21 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, February 22, 2023, 9:19 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Dear applicant,

Dear Sir/Madam:
Case No: KHT2020584003-KHT2021575001(Electronic Case)
Reference is made to immigrant visa pending case, please be advised that the administrative process completed, and the following is now required from the beneficiary for further processing:

  **-Update police report.**
  -Update the **medical report** form the panel physician electronically - (you may print and collect this e-mail to schedule an appointment with the panel physician).
  -JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen

  • Provide two recent –less than 6 months-photos for each applicant **(5*5 cm) each**

photos for each applicant **((5-5 cm) each with white background and without Photoshop)**.

For more information regarding the photo requirements please visit our website or https://travel.state.gov/content/visas/en/general/photos.html.

Please be advised that all the required document/s (photos) **must be scanned into the applicant's case**. This is done through the "start now" button when you log into your DS-260 through https://ceac.state.gov/ceac/. You will require your KHT case number and your invoice ID provided to you by the National Visa Center. Please ensure you scan the complete document. (Front and back if applicable).

**The photos and Passport** must be dropped in the Immigrant Visa Box outside the Consular section gate.

Once the original documents received will be placed in the review queue by a Consular officer, once the review is completed you will be contacted through e-mail.

*"Please be advised that due to the COVID-19 pandemic and to ensure the safety and health of our colleagues and clients, the Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

Hope this information is helpful.

Best Regards,

SENSITIVE BUT UNCLASSIFIED

View less

U.S. Department of State
**IMMIGRANT VISA APPLICATION**

# **Ready**

Immigrant Visa Case Number: **KHT2020584003 01 KHT**
Case Created:            05-Mar-2020
Case Last Updated:       27-Nov-2022

---

Your case is ready for your interview when scheduled at the U.S. Consular section. If you have already scheduled an appointment for an interview, please prepare your documents as directed in your appointment letter and appear at the consulate on the appointed date and time. Otherwise, please wait until you have been notified of your interview appointment. Additional information about how Immigrant Visa interview appointments are scheduled can be found at:
http://nvc.state.gov/interview
For more information, please visit TRAVEL.STATE.GOV.

---

Close