# Exhibit B (Documents and Communications Regarding Plaintiff Hadya Yaakoub

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | | |
|---|---|---|---|
| IOE0910945342 | | Case Type | |
| Received Date | | I130 - PETITION FOR ALIEN RELATIVE | |
| 01/12/2021 | Priority Date | Petitioner  A212 623 331 | |
| | 01/12/2021 | OMAR, JAAFAR YAAKOUB HASSAN | |
| Notice Date | Page | Beneficiary  A216 921 802 | |
| 03/11/2021 | 1 of 1 | YAAKOUB, HADYA JAAFAR HASSAN | |

OMAR, JAAFAR YAAKOUB HASSAN
c/o JENNIFER BENSMAN IMMIGRATION L
JENNIFER BENSMAN IMMIGRATION L
1875 OLD ALABAMA ROAD STE 715
ROSWELL  GA  30076

**Notice Type:** Approval Notice
Section: Unmarried child (under age 21) of U.S.
Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status. NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



USCIS Contact Center: www.uscis.gov/contactcenter

| **Subject** | Fw: Notice of Immigrant Visa Case Creation |
|---|---|
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Omar Shekhey <oshekhey15@gmail.com> |
| **Date** | Mar 15, 2021 at 10:06 PM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "National_Visa_Center@state.gov" <National_Visa_Center@state.gov>
**To:** "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JAAFARHASSAN244@YAHOO.COM" <JAAFARHASSAN244@YAHOO.COM>
**Sent:** Mon, Mar 15, 2021 at 4:36 PM
**Subject:** Notice of Immigrant Visa Case Creation

Dear Hadya Omar,

Thank you for your interest in immigrating to the United States of America. The Department of State's National Visa Center (NVC) received your approved immigrant visa petition from U.S. Citizenship and Immigration Services (USCIS). NVC's role is to ensure you are prepared for your immigrant visa interview at a U.S. Embassy/Consulate General, and to schedule your interview appointment.

NVC is responsible for collecting any applicable fees, the Immigrant Visa Application, supporting civil documents, police certificate(s), Affidavits of Support, and financial documents, if applicable, prior to your visa interview at a U.S. Embassy/Consulate General. **Do not mail documents to NVC, even if you received instructions to mail documents to NVC in the past.**

You will need to log on to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV to check your case status, pay any necessary fees, upload and submit documents, and read messages from NVC.

If you are logging into CEAC for the first time, please be aware that it can take up to three days (72 hours) from receipt of this notice for your account to be activated. Once activated, you can log into CEAC using the following unique NVC case number and

Invoice Identification Number.

**NVC Case Number:** KHT2021574003

**Invoice ID Number:** IVSCA00001922425

You should keep this information available in a safe place as you will need it every time you log on to CEAC. Please keep in mind that you **must** use CEAC to provide NVC with the fees and documents that are required prior to your immigrant visa interview. We do not accept these by mail.

**Please Note: You must bring the exact original of any scanned document you upload to CEAC that NVC accepts to your immigrant visa interview. Failure to bring the exact original you uploaded to CEAC may delay the processing of your case.**

You must follow our 12 step instructions posted at https://nvc.state.gov for completing your case. Once you have completed your case, we will schedule your case for a visa interview at the U.S. Embassy or Consulate General in KHARTOUM, SUDA.

If you need to contact NVC, please follow the instructions at https://nvc.state.gov/inquiry. NVC may send questions, instructions, and status updates to your CEAC account. If we do this you will receive an email asking you to log into your CEAC account to review a message from NVC.

**IMPORTANT:** *If you do not log into CEAC or communicate with NVC regarding this immigrant visa case for a period of one year, by law the Department of State must terminate your visa application.*

*FINANCIAL SPONSORSHIP RESPONSIBILITIES: Financial sponsors, joint sponsors, and applicants should be aware of the responsibilities arising from a sponsor signing an I-864 and the consequences of a sponsored immigrant's acceptance of federal means-tested public benefits. For more information, visit https://nvc.state.gov/aos.*

*PRESIDENTIAL PROCLAMATION ON HEALTH CARE: On October 4, 2019, the President issued Presidential Proclamation 9945 on the "Suspension of Entry of Immigrants Who Will Financially Burden the United States Healthcare System." For the most up to date information on how PP 9945 might affect your case, please visit https://travel.state.gov/healthcare.*

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

View less

| **Subject** | Case is being expedited due to the Child Citizenship Act of 2000 |
| **From** | <National_Visa_Center@state.gov> |
| **To:** | <JAAFARHASAN244@YAHOO.COM> |
| **Date** | Mar 16, 2021 at 8:40 AM |

Dear Hadya Omar,

The National Visa Center's (NVC) records indicate you will turn 18 years old in 120 days or less. When you turn 18, you cannot receive benefits under the U.S. Child Citizenship Act. To ensure you can immigrate before this happens, NVC sent your petition to the U.S. Embassy/Consulate General in KHARTOUM, SUDA for expedited processing. The Embassy/Consulate General will contact you to schedule a visa interview.

If you have questions about your visa interview, please visit the U.S. Embassy/Consulate General's website at https://www.usembassy.gov.

For information about the U.S. Child Citizenship Act, please visit https://travel.state.gov/content/travel/en/legal-considerations/us-citizenship-laws-policies/child-citizenship-act.html.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

 Case ID:   KHT2021574003
 Invoice ID: IVSCA00001922425

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

| Subject | Immigration visa case has been expedited |
| --- | --- |
| **From** | <National_Visa_Center@state.gov> |
| **To:** | <JAAFARHASAN244@YAHOO.COM>, <JEN@JENNIFERBENSMANLAW.COM> |
| **Date** | Mar 16, 2021 at 8:43 AM |

Dear Hadya Yaakoub,

The U.S. Embassy/Consulate General in KHARTOUM, SUDA approved your request for expedited processing of your immigrant visa application. The National Visa Center sent your immigrant visa application to the U.S. Embassy/Consulate General in KHARTOUM, SUDA for their action. The Embassy/Consulate General will contact you soon to schedule a visa interview.

If you have questions about your visa interview, please visit the U.S. Embassy/Consulate General's website at https://www.usembassy.gov.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:    KHT2021575001
Invoice ID: IVSCA00001923697

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

| **Subject** | Fw: Notice of Immigrant Visa Case Creation |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Omar Shekhey <oshekhey15@gmail.com> |
| **Date** | Mar 16, 2021 at 12:20 PM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "National_Visa_Center@state.gov" <National_Visa_Center@state.gov>
**To:** "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JEN@JENNIFERBENSMANLAW.COM" <JEN@JENNIFERBENSMANLAW.COM>
**Sent:** Tue, Mar 16, 2021 at 7:43 AM
**Subject:** Notice of Immigrant Visa Case Creation

Dear Hadya Yaakoub,

Thank you for your interest in immigrating to the United States of America. The Department of State's National Visa Center (NVC) received your approved immigrant visa petition from U.S. Citizenship and Immigration Services (USCIS). NVC's role is to ensure you are prepared for your immigrant visa interview at a U.S. Embassy/Consulate General, and to schedule your interview appointment.

NVC is responsible for collecting any applicable fees, the Immigrant Visa Application, supporting civil documents, police certificate(s), Affidavits of Support, and financial documents, if applicable, prior to your visa interview at a U.S. Embassy/Consulate General. **Do not mail documents to NVC, even if you received instructions to mail documents to NVC in the past.**

You will need to log on to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV to check your case status, pay any necessary fees, upload and submit documents, and read messages from NVC.

If you are logging into CEAC for the first time, please be aware that it can take up to three days (72 hours) from receipt of this notice for your account to be activated. Once activated, you can log into CEAC using the following unique NVC case number and

Invoice Identification Number.

**NVC Case Number:** KHT2021575001
**Invoice ID Number:** IVSCA00001923697

You should keep this information available in a safe place as you will need it every time you log on to CEAC. Please keep in mind that you **must** use CEAC to provide NVC with the fees and documents that are required prior to your immigrant visa interview. We do not accept these by mail.

**Please Note: You must bring the exact original of any scanned document you upload to CEAC that NVC accepts to your immigrant visa interview. Failure to bring the exact original you uploaded to CEAC may delay the processing of your case.**

You must follow our 12 step instructions posted at https://nvc.state.gov for completing your case. Once you have completed your case, we will schedule your case for a visa interview at the U.S. Embassy or Consulate General in KHARTOUM, SUDA.

If you need to contact NVC, please follow the instructions at https://nvc.state.gov/inquiry. NVC may send questions, instructions, and status updates to your CEAC account. If we do this you will receive an email asking you to log into your CEAC account to review a message from NVC.

**IMPORTANT:** *If you do not log into CEAC or communicate with NVC regarding this immigrant visa case for a period of one year, by law the Department of State must terminate your visa application.*

*FINANCIAL SPONSORSHIP RESPONSIBILITIES: Financial sponsors, joint sponsors, and applicants should be aware of the responsibilities arising from a sponsor signing an I-864 and the consequences of a sponsored immigrant's acceptance of federal means-tested public benefits. For more information, visit* https://nvc.state.gov/aos.

*PRESIDENTIAL PROCLAMATION ON HEALTH CARE: On October 4, 2019, the President issued Presidential Proclamation 9945 on the "Suspension of Entry of Immigrants Who Will Financially Burden the United States Healthcare System." For the most up to date information on how PP 9945 might affect your case, please visit* https://travel.state.gov/healthcare.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

View less

| **Subject** | Fw: Your expedite appointment |
| --- | --- |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | wadcowboy@gmail.com <wadcowboy@gmail.com> |
| **Date** | Apr 17, 2021 at 11:49 PM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Khartoum, IV" <KhartoumIV@state.gov>
**To:** "jaafarhasan244@yahoo.com" <jaafarhasan244@yahoo.com>
**Sent:** Thu, Apr 15, 2021 at 1:47 PM
**Subject:** Your expedite appointment

# Date: April 15th, 2021

**Beneficiary name:** YAAKOUB, HADYA JAAFAR HASSAN
**Case number:** KHT2021575001
**E-mail Address:** jaafarhasan244@yahoo.com

Good afternoon,

The U.S. Embassy or Consulate in Khartoum, Sudan expedited your visa interview appointments.

Your expedited visa interview is scheduled

Your expedited visa interview is scheduled for May 5th, 2021 at 09:00 am.

## Please use this email and the attachments to facilitate your doctor's appointment.

**Please wear a facemask.** Wearing a facemask is required to enter the building.

**If you fail to pursue your visa application by not complying with the instructions below, termination procedure will commence one year from the date of this letter, in accordance with Section 203(e) of the Immigration and Nationality Act.**

Please note that below is a list of the documents needed for the visa issuance.

Also, **please revise and update your DS-260 and resubmit it.**

| | |
|---|---|
| The Immigrant Visa Unit of the U.S. Embassy Khartoum is in receipt of your immigrant visa petition(s).  Please review the instructions below and complete the<br><br>required steps **before** coming to the interview on your scheduled date. | استلمت وحدة تأشيرات الهجرة بالسفارة الأميركية في الخرطوم طلب تأشيرة الهجرة الخاص بك(م). الرجاء مراجعة<br><br>التعليمات المبينة أدناه وإكمال الخطوات المطلوبة |

**Read this email thoroughly**

**Missing or incomplete documents or applications may result in significant delays of the processing of your visa.**

· Step 1: Assemble Required Documents – Gather all required **original** documents **prior** to the interview (*see list attached*).

1. **Birth, or age estimation certificate**: Must be original; **authenticated** by Ministry of Foreign Affairs or the Embassy of issuing country.

2. **Marriage and divorce certificate(s)**: Must be original(s); **authenticated** by Ministry of Foreign Affairs or the Embassy of issuing country.

3. **Police report**: Must be original and valid from home country and any other country you stayed in for six months or more.

لك(م) .

الرجاء قراءة هذه الرسالة بعنايه ..

تقديم وثائق ناقصه أو غير مكتملة سيؤدي إلى تأخير في إجراءات إصدار التأشيرة

· الخطوة 1:

تجميع "الوثائق المطلوبة" —

تحضير جميع الوثائق (الأصل) المطلوبة دعما للطلب الخاص بك واحضارها يوم المقابلة (**انظر القائمة المرفقة**).

1. شهادة الميلاد أو شهادة تقدير العمر (التسنين). الأصل أو نسخ معتمدة من الجهة المصدرة موثقة من الخارجية او سفارة الدولة التي أصدرت منها .

2. قسيمة الزواج والطلاق ان وجدت (الأصل) موثقة من الخارجية السودانية او سفارة الدولة التي

4. **Passport**: Must be valid 60 days beyond visa validity.

5. **Recent photo**: Must be (2" x 2") for each applicant with **white** background.

· **You must authenticate the original document. Authentication of the translation DOES NOT replace the authentication of the original.**

· **If translation is done in Sudan, it must be done at the University of Khartoum.**

**If your case is electronic, please scan and upload all required documents.**

· This is done through the "start now" button when you log into your DS-260 through https://ceac.state.gov/ceac/ . You will require your KHT case number and your invoice ID provided to you by the National Visa Center. Please ensure you scan the complete document (front and back, if applicable).

· <mark>Step 2</mark>: Complete **Application** – Fully

صدرت منها .

3. **صحيفة الحالة الجنائية** الأصل من دولة الإقامة واي دولة اقمت بها ستة اشهرأو أكثر.

4. **جواز سفر** صالح لمدة لا تقل عن 60 يوم من تاريخ انتهاء التأشيرة.

5. **صور فتوغرافية** حديثة بمقاس 2×2 بوصة بخلفية بيضاء.

· **الرجاء توثيق أصل الوثيقة وليس الترجمة، (توثيق الترجمة لا يعد كافيا ولا يحل محل توثيق الاصل).**

· أصل الترجمة لجميع الوثائق أعلاه من جامعة الخرطوم، وحدة الترجمة.

**اذا كان نوع ملف الهجرة الخاص بك (م) الكتروني , يرجي تحميل جميع المستندات المطلوبة في الطلب الخاص بك.**

· يتم ذلك من خلال زر "ابدأ الآن" عند تسجيل الدخول إلى DS-260 سوف

approved, carefully and accurately complete the application Form DS-260 **for each family member** applying for a visa.

· **Step 3**: **Complete Medical Examination** – Schedule a medical examination with the Embassy-approved physician

  o All visa applicants, regardless of age, require a medical examination.

يطلب منك كتابة رقم الملف KHT الخاص بك ورقم الفاتورة المستلمة من مركز التأشيرات في امريكا. يرجى التأكد من مسح المستند كاملاً (أمامي وخلفي إن أمكن) وتحميله في الطلب الخاص بك.

**الخطوة 2: اكمال الطلب** – أكمل استمارة الطلب Form DS-260 تماما وبدقة لكل فرد من أفراد الأسرة المتقدمين بطلب للحصول على تأشيرة.

**الخطوة 3: إكمال "الفحص الطبي"** – قم بتحديد موعد للفحص الطبي مع طبيب السفارة المعتمد قبل اسبوعين على الاقل من موعد المقابلة.

o يطلب من جميع طالبي التأشيرات، بغض النظر عن العمر.

**4. Evidence of Financial Support and Supporting Documents**
(I-864; I-864A, I-864EZ, I-864P *as appropriate to your case*) and photocopy of IRS transcript or a photocopy of the most recent Federal income tax return.

Form I-864, a contractual affidavit of support, must be submitted for immediate relative and family-based applicants and employment-based applicants when a relative is the petitioner or has ownership interest in the petitioner's business. Evidence submitted with the I-864 must be less than 12 months old.

If you are applying for a visa in the employment based category, you are required to furnish a recent letter from your employer confirming that the job offer upon which your application is based is still available to you. Qualified nurses must also present their Visa Screen Certificate.

K and Diversity visa applicants are not required to provide an I-864 Form. However, they must show

والوثائق على
الدعم المالي: (-I
I-  ،I-864A، 864
I-864P ،864EZ
حسب حالة الخاص
بك) بالاضافه الى
نسخة من استمارات
مصلحة الضرائب أو
نسخة من ضريبية
الدخل الاتحادية
الأخيرة

المهاجرين على أساس
الأسرة المباشرة أو على
أساس العمل أو العمل عند
أحد ألاقارب يجب عليهم
تقديم إفادة تعاقدية للدعم
بتقديم استماره Form I-864
مدعمه بوثائق لل12 شهر
السابقه

المهاجرين على أساس العمل
يجب ابراز رسالة من صاحب
العمل يؤكد أن توفر فرص
العمل التي يستند إليها طلب
التاشيرهز ، هناك حاجة
لتقديم رسالة من صاحب

العمل يؤكد أن توفر فرص
العمل التي يستند إليها..

المتقدمين لتاشيرات الخطويه
والقرعه العشوائيه ليسو
مطالبين بالاستماره -Form I
864 ولكن يجب أن يقدمو
الادله على أن المهاجرين لن

evidence that they are not likely to become public charges while in the United States. Applicants are strongly encouraged to complete [Form I-134](#) to satisfy this requirement.

يصبحو عبْ على الدوله وهم بالولايات المتحدة.  لتلبية هذا المطلب ينصح بشدة بإكمال الاستماره [Form I-134](#),

## MEDICAL EXAMINATION INSTRUCTIONS

The Immigration and Nationality Act requires that all immigrant visa applicants and certain nonimmigrant visa applicants undergo a medical examination prior to receiving a visa. The medical examination must be done by the authorized physician listed below. The physician will refer you to a syphilis testing laboratory. Applicants are advised to schedule their medical examinations 1 week prior to the date of the visa interview. Please bring the results to your visa interview. Please do **NOT** open your results!

*IMPORTANT NOTE:*

The validity of your visa will be limited to the length of validity of the Tuberculosis test in your medical report. Travel clearances are valid for 6 months from the time the evaluation is complete for applicants who have no Tuberculosis Classification or Class B2 TB or Class B3 TB. Travel clearances are valid for 3 months from the time the evaluation is complete for applicants who are Class B1 TB, Pulmonary or Class B1 TB Extrapulmonary. **Applicants who do not**

**tB, and pulmonary. Applicants who do not travel within the clearance period will need to restart the entire medical examination.**. Any applicant diagnosed with pulmonary or laryngeal tuberculosis who needs treatment is not cleared to travel until completion of successful treatment, regardless of the diagnostic criteria. Please contact the panel physician for further information.

**Requirements:**

You must present the following at the clinic:
(1) your valid passport/s and a photo copy of the passport.
(2) six passport-size photographs of each person to be medically examined, along with your case number in order to complete the medical exam.
(3) Please have your local and U.S. addresses clearly written in the English language.
(4) If you suffer from a chronic illness, have been treated for any disease, or are under psychiatric care, you should present your medical file during examination.

## VACCINATION REQUIREMENTS:

United States immigration law requires immigrant visa applicants to obtain certain vaccinations (listed below) prior to the issuance of an immigrant visa. Instructions and procedural guides direct panel physicians who conduct immigrant visa medical examinations to verify that applicants have met the vaccination requirement, or that it is medically inappropriate for the visa applicant to receive one or more of the listed vaccinations:
***Mumps, Measles, Rubella, Polio, Tetanus and***

*Diphtheria Toxoids, Pertussis, Influenza Type B (HIB), Hepatitis A, Hepatitis B, Varicella, Pneumococcal, Influenza, Rotavirus.*
To assist the panel physician, and to avoid delays in the processing of an immigrant visa, all immigrant visa applicants should have their vaccination records available for the panel physician's review at the time of the immigrant medical examination. If you do not have a vaccination record, the panel physician will work with you to determine which vaccinations you may need to meet the requirement. Certain waivers of the vaccination requirement are available upon the recommendation of the panel physician. **Only a physician can determine which of the listed vaccinations are medically appropriate for you, given your age, medical history and current medical condition.**

## Blood test and X-ray:

Children aged 2 to 14 are subject to tuberculin skin test. The blood test and X-ray are generally not required of persons under the age of 15, but they are required, under existing United States law, of all other persons. You must undergo the

medical examination at least 5 days prior to your scheduled appointment at the Embassy. Failure to do so may result in processing delays.

## MEDICAL EXAMINATION AND VACCINATION FEES

Physical Examination fees for applicants above 15 is **S.D.G. 10000**

Physical Examination fees for applicants below 15 is **S.D.G. 6000**

**Vaccination Fees:** Vary according to age and vaccines

required

**All fees are the responsibility of the applicant.**

## Panel Physician:

**Dr. Nazik Alshafie**
6th Floor, Fedail Hospital
Hospital Road
Khartoum, Sudan
Telephone 1: +249 (0) 0908025110
Telephone 2: +249 (0) 0902036388

**View less**

| **Subject** | Fw: Requirements / DNA |
| **From** | Jaafar Hasan<br><jaafarhasan244@yahoo.com> |
| **To:** | Taha Wadcowboy<br><wadcowboy@gmail.com> |
| **Date** | Sep 8, 2021 at 2:09 PM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, September 8, 2021, 10:53 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

**View more**

 DNA test handout-2019.doc

| Subject | Fw: Automatic reply: DNA appointment |
|---|---|
| From | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| To: | Omar Shekhey <oshekhey15@gmail.com> |
| Date | Oct 11, 2022 at 1:27 PM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, December 27, 2021, 2:06 PM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Updated Sep.16.2021

**You will only receive a response to your inquiry if it is not addressed below:**

| No. | Inquiry | Answer |
|---|---|---|
| 1. | How can I apply for family-based immigrant visa? | Please visit USCIS website for more information regarding family-based Immigrant visa petitions. |
| 2. | My case is under administrative processing. What is the status, and when will it be completed? | We are following ALL cases under administrative processing on a daily basis. Administrative processing cannot be expedited or waived, and it often takes a long time. Unfortunately, there is no specific time limit or estimate for how long it may take. The visa applicant will be contacted through e-mail as soon as the processing is completed. Please DO NOT update any documents unless instructed to do so by the Consular section. |

| | | |
|---|---|---|
| | | To follow your case visa status please visit this website: https://ceac.state.gov/CEAC/ |
| 3. | I checked my immigrant visa status online and it show "expiring soon" **although the case is pending the Consular section action.** What does that mean? | Applicants who fail to take the requested action within one year following visa denial under section 221(g) of the Immigration and Nationality Act (INA), their petition will automatically enter Term 1 phase and will be permanently terminated under INA 203(g) after a subsequent year from Term 1. Regarding the updated status, this is an automatic status update and, on its own, **has no bearing on visa eligibility** and **the cases are not expiring**. These cases are under "**administrative refusal**" and are in queue for review by the Consular Officer. Due to COVID, post restrictions and priorities, and being inundated with documents there are processing delays as documents are reviewed in chronological order of receipt; however, if additional information is required, we will contact you. |
| 4. | I dropped documents in the immigrant visa box. What is the status of my case? | Your case is under review by a Consular officer. **Once the review is completed you will be contacted through e-mail**. Kindly note that each case is different in its circumstances, and the processing time differs accordingly. We understand the inconvenience caused by the processing time; however, due to the COVID-19 pandemic, and to ensure the safety and health of our colleagues and clients, the |

| | | |
|---|---|---|
| | | colleagues and clients, the Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence. |
| 5. | I was interviewed for an F2A, FX, F1, F4, or IR5 visa and my case was refused due to PP10014. What is the status of my case? | On February 24, 2021, President Biden signed a proclamation to rescind the Presidential Proclamations 10014. Immigrant visa applicants whose petitions remain valid and who were previously interviewed but refused visas due to P.P. 10014 should wait for instructions from the U.S. embassy. The Embassy will reconsider cases that were previously refused because of P.P. 10014 and will inform applicants if additional information or documents are needed. Please bear in mind that due to the COVID-19 pandemic, and to ensure the safety and health of our colleagues and clients, the Consular section is working under limited staffing, thus there may be delays in processing. |
| 6. | I was scheduled for an F2A, FX, F1, F4, or IR5 interview and my appointment was cancelled by the Embassy due to PP10014. What is the status of my case? | Immigrant visa applicants who have not yet been interviewed or scheduled for an interview will have their applications prioritized according to our existing phased resumption of visa services framework. Please bear in mind that due to the COVID-19 pandemic, and to ensure the safety and health of our colleagues and clients, the Consular section is working under limited staffing, therefore please note that there may be delays in processing |

| | | |
|---|---|---|
| 7. | Diversity Visa **2020** Applicants: | delays in processing. Those holding diversity visas issued in 2020 that are still valid may seek entry the United States immediately, despite the visa annotation, "Entry Subject to PP 10014." Individuals whose DV-2020 visas have expired may not be issued replacement visas; however, individuals who received diversity visas in 2020 **as a result of orders in the court case *Gomez v. Trump* may travel to the United States on an expired visa as the court ordered the government to treat these visas as valid though they were issued on the date P.P. 10014 that was later rescinded.** Applicants wishing to benefit from this order are encouraged to travel as soon as practicable as the court did not specify for how long the visas would be considered valid and order could change or be amended at any time. The Secretary of State has granted a national interest exception (NIE) for the 2020 fiscal year (DV-2020) who hold a valid immigrant visa and are subject to the geographic COVID-19 Presidential Proclamation.<br><br>**By law the Diversity visa**<br><br>**Program is based on a fiscal year, thus applicants for DV-2020 who were not issued visas before September 30, 2020 for any reason, including all Presidential Proclamations will not be** |

| | | |
|---|---|---|
| | | **interviewed, scheduled, or considered for visas.** |
| 8. | **Diversity Visa 2021 Applicants and September 9, 2021 court order regarding DV 2021** | We are aware of the court order dated September 9, 2021, from the U.S. District Court for the District of Columbia regarding diversity visa (DV) 2021.  In accordance with that order, post is making good-faith efforts to expeditiously process DV applications (including derivative beneficiaries) by September 30, 2021.  We will process DV cases as required by law, subject to our resource constraints, limitations due to the COVID-19 pandemic, and country conditions.  If post has the capacity to schedule your case, you will receive a notification by email to check the Entrant Status Check site. <br><br> If you no longer reside in Sudan, please contact KCC with your new address and country of residence. |
| | | DV applicants for the 2022 fiscal year should wait to be notified by KCC of an interview date. Interviews are scheduled in accordance with the phased resumption of visa services framework as outlined by the Department of State. U.S. embassies and <br><br> consulates are using a tiered approach to triage immigrant visa applications based on the category of immigrant visa as they resume and expand processing, Diversity visa is currently in Tier Four. However, as a result of COVID, the number of visas issued in |

| | | |
|---|---|---|
| 9. | Diversity Visa **2022** Applicants: | lower-priority preference categories or in programs such as the diversity visa program likely will not approach the statutory ceiling before the end of Fiscal Year 2022. For more information regarding Immigrant Visa Prioritization, please follow this link: https://travel.state.gov/content/travel/en/News/visas-news/immigrant-visa-prioritization.html |
| | | * A U.S. District Court has enjoined the Department of State from applying this prioritization guidance "**to DV-2021 selectees and their derivative beneficiaries.**" If you no longer reside in Sudan, please contact KCC with your new address and country of residence. |
| 10. | All previous years Diversity Visa Applicants (e.g., DV2016, 2017, 2018, 2019): | DV programs operate on the U.S. fiscal year calendar which ends in September of each year e.g. DVs must be issued within the fiscal year for which the individual was selected. Unfortunately, since your visa was not issued before the end of its fiscal year, we are unable to process your case. You may apply again for the Diversity Visa Program (DV lottery program), which is announced on a yearly basis. Applying for the DV program is free of charge through the Department of State's website link: https://www.dvlottery.state.gov̲ during the month of October each year after the Congress approval. |
| | | U.S. embassies and consulates are using a **tiered** |

| | | |
|---|---|---|
| 11. | My case is documentarily qualified at NVC and waiting for embassy Khartoum to schedule an appointment. When will the embassy start scheduling those cases? | **approach** to triage immigrant visa applications based on the category of immigrant visa as they resume and expand processing. For more information regarding **Immigrant Visa Prioritization**, please follow this link: https://travel.state.gov/content /travel/en/News/visas-news/immigrant-visa-priori tization.html Unfortunately, we are not able to give a time frame of immigrant visa scheduling currently. For expedite requests you must contact NVC directly. |
| 12. | For information regarding lost/stolen green card procedures | If your green card was lost or stolen, please reference the instructions on our website.  If you require an interview for a boarding foil, please send an e-mail to KhartoumNIV@state.gov **after completing all the requirements** mentioned in our website to request an appointment. For Green Card Processes and Procedures please follow this link:https://www.usci s.gov/greencard/green-card-processes-procedures |
| 13. | For information regarding Returning Resident Status | If you have been outside the United States for one year or more and would like to know if you are eligible to return as a legal permanent resident, please follow this link: https://sd.usemb assy.gov/visas/returning-residen t-visa/ please send an e-mail to KhartoumNIV@state.gov **after completing all the documents** mentioned in this website: (https://travel.state.gov/content /travel/en/us-visas/immigrate/re |

| | | |
|---|---|---|
| | | turning-resident.html ) to request an appointment. |
| 14. | For information regarding visa reciprocity and how to get Civil Documents by Country | Please follow this link: https://travel.state.gov/content/travel/en/us-visas/Visa-Reciprocity-and-Civil-Documents-by-Country.html |
| 15. | For all USCIS forms | Please follow this link: https://www.uscis.gov/forms |
| 16. | For detailed information about immigrant and nonimmigrant visas | Please visit our website: https://sd.usembassy.gov/visas/ |
| 17. | What steps are being taken to protect customers from the spread of COVID-19? | The health and safety of our workforce and customers remains paramount.  Our embassies and consulates are implementing safeguards to keep staff and customers safe, including implementing physical distancing in our waiting rooms, scheduling fewer interviews at a time, frequent disinfection of high touch areas, and following local health and safety regulations.  All visitors and applicants are required to wear a facemask at all times.  Person experiencing COVID-19-like symptoms must not appear for the interview, and, instead, send an e-mail requesting a re-scheduled appointment to KhartoumIV@state.gov. |

PLEASE NOTE:

Any individuals with pending consular appointments who (1) were physically present within a territory covered by the Presidential Proclamations, within the last 14 days, (2) are experiencing flu-like symptoms, or (3) believe

they may have been exposed to the novel coronavirus, are strongly encouraged to postpone their appointments by at least 14 days.
Please monitor the Embassy website for information concerning resumption of routine consular services and rescheduling a pending consular appointments at https://sd.usembassy.gov/

For further information about COVID-19 travel information, please visit: https://travel.state.gov/content/travel/en/traveladvisories/ea/covid-19-information.html

Please send your inquiry to the correct email address, sending messages to multiple addresses will delay the response to your question.

يرجى إرسال استفساركم إلى عنوان البريد الإلكتروني الصحيح، حيث سيؤدي إرسال الرسائل إلى عناوين متعددة إلى تأخير الرد على استفساركم

| For American Citizen Services: | ACSKhartoum@state.gov | لشئون الرعاية الأمريكان |
|---|---|---|
| For Asylee/Refugee Family Reunion visas: | KhartoumV9293@state.gov | لتأشيرات لم شمل أسر اللاجئين |
| For nonimmigrant visas: | KhartoumNIV@state.gov | لتأشيرات الزيارة (غير الهجرة) |
| For immigrant visas: | KhartoumIV@state.gov | لتأشيرات الهجرة |

View less

| Subject | Fw: Updates/requirements |
|---|---|
| From | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| To: | Omar Shekhey <oshekhey15@gmail.com> |
| Date | Nov 7, 2022 at 9:43 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:56 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:55 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:43 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Thank you for your e-mail on behalf of your constituent.

- Update the medical report form the panel physician - (you may print and collect this e-

physician~ (you may print and collect this e-mail to schedule an appointment with the panel physician).

- Provide two recent –less than 6 months-photos for each applicant (**(5*5 cm) each with white background and without Photoshop)**.

  For more information regarding the photo requirements  please visit our website or https://travel.state.gov/content/visas/en/general/photos.html.

The documents listed above and valid passport (s) must be dropped in the **Immigrant Visa Box** outside the Consular section gate.

Once the documents received it will put in the review queue by a Consular officer, once the review is completed you will be contacted through e-mail.

We hope this information is helpful to you.

*"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

R.M.M
Visa assistance.

SENSITIVE BUT UNCLASSIFIED

View less

**Thank you for your e-mail the officer requesting the below:**

**-JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen).**

**"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."**

**R.M.M**

**Visa assistance.**

**From:** Fatou Barry <info@kouyatelawfirm.com>
**Sent:** Tuesday, November 22, 2022 7:02 PM
**To:** Khartoum, IV <KhartoumIV@state.gov>
**Cc:** jaafarhasan244@yahoo.com
**Subject:** Case ID: KHT2020584002,KHT2021575001,KHT2020584003

To Whom It May Concern,

We have been trying to get in contact with the Khartoum Embassy regarding our clients, Hadya Yaakoub, AbdelSalam Yaakoub, and Aisha Abdellah. Their Petitioner is Jaafar Omar. Please see attached for the G-28.

The Embassy has been emailing our client with all the information that is needed to be uploaded, and we have done so and it has been submitted. There are certain items that have been submitted since June

certain items that have been submitted since June and have still not been revised by the Embassy. I have emailed multiple times asking for updates on the case and we have not received any information despite our G-28 being uploaded.  Can you let us know what the next steps are for our clients. Their case has been at the NVC for almost two years now.

Thank you for your assistance,

--

Fatou Barry *Legal Assistant*

_____

Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
    Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com

SENSITIVE BUT UNCLASSIFIED

--

Fatou Barry *Legal Assistant*

_____

Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense

E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
    Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024

www.KouyateLawFirm.com

--

Fatou Barry *Legal Assistant*

_____

Hassan Kouyate *Attorney*

**The Law Firm of Kouyate & Associates, LLC**

Immigration | Car Accident | Criminal Defense

E: hassan@kouyatelawfirm.com

A: 1 Glenlake Pkwy, Suite 650

   Atlanta, Georgia 30328

P: 404 999 4708

F: 626-900-8024

www.KouyateLawFirm.com

View less

| | |
|---|---|
| **Subject** | Fw: Required Document |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Kouyatelawfirm Info <info@kouyatelawfirm.com> |
| **Date** | Feb 22 at 9:21 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, February 22, 2023, 9:19 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Dear applicant,

Dear Sir/Madam:
Case No: KHT2020584003-KHT2021575001(Electronic Case)
Reference is made to immigrant visa pending case, please be advised that the administrative process completed, and the following is now required from the beneficiary for further processing:

-**Update police report.**
-Update the **medical report** form the panel physician electronically - (you may print and collect this e-mail to schedule an appointment with the panel physician).
-JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen

- Provide two recent –less than 6 months- photos for each applicant **(5*5 cm) each**

photos for each applicant **((5*5 cm) each with white background and without Photoshop)**.

For more information regarding the photo requirements please visit our website or https://travel.state.gov/content/visas/en/general/photos.html.

Please be advised that all the required document/s (photos) **must be scanned into the applicant's case**. This is done through the "start now" button when you log into your DS-260 through https://ceac.state.gov/ceac/. You will require your KHT case number and your invoice ID provided to you by the National Visa Center. Please ensure you scan the complete document. (Front and back if applicable).

**The photos and Passport** must be dropped in the Immigrant Visa Box outside the Consular section gate.

Once the original documents received will be placed in the review queue by a Consular officer, once the review is completed you will be contacted through e-mail.

*"Please be advised that due to the COVID-19 pandemic and to ensure the safety and health of our colleagues and clients, the Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

Hope this information is helpful.

Best Regards,

SENSITIVE BUT UNCLASSIFIED

View less

U.S. Department of State
**IMMIGRANT VISA APPLICATION**

# **Ready**

Immigrant Visa Case Number: **KHT2021574003 01 KHT**

Case Created:              15-Mar-2021

Case Last Updated:         27-Apr-2021

---

Your case is ready for your interview when scheduled at the U.S. Consular section. If you have already scheduled an appointment for an interview, please prepare your documents as directed in your appointment letter and appear at the consulate on the appointed date and time. Otherwise, please wait until you have been notified of your interview appointment. Additional information about how Immigrant Visa interview appointments are scheduled can be found at:
http://nvc.state.gov/interview
For more information, please visit TRAVEL.STATE.GOV.

Close

U.S. Department of State
## IMMIGRANT VISA APPLICATION

# Ready

Immigrant Visa Case Number: **KHT2021575001 01 KHT**

Case Created:                16-Mar-2021

Case Last Updated:           06-Mar-2023

Your case is ready for your interview when scheduled at the U.S. Consular section. If you have already scheduled an appointment for an interview, please prepare your documents as directed in your appointment letter and appear at the consulate on the appointed date and time. Otherwise, please wait until you have been notified of your interview appointment. Additional information about how Immigrant Visa interview appointments are scheduled can be found at: http://nvc.state.gov/interview
For more information, please visit TRAVEL.STATE.GOV.

Close