# Exhibit C (Documents and Communication Regarding Plaintiff Aisha Haroun)



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type | |
|---|---|---|---|
| WAC1890227133 | | I130 - PETITION FOR ALIEN RELATIVE | |
| **Received Date** | **Priority Date** | **Petitioner** A212 623 331 | |
| 04/18/2018 | 04/18/2018 | OMAR, JAAFAR YAAKOUB | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 02/12/2020 | 1 of 1 | HAROUN, AISHA HASSAN | |

JAAFAR YAAKOUB OMAR
1090 JOLLY AVENUE APT 6
CLARKSTON GA 30021

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen,
201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 30 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include in the body of the e-mail your name and date of birth, and the Applicant's (beneficiary's) name and date of birth.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

KHT 2020584002

IV SCA 000

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



**USCIS Contact Center: www.uscis.gov/contactcenter**

| Subject | Fw: Notice regarding your Immigrant Visa Case |
|---------|-----------------------------------------------|
| From | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| To: | Omar Shekhey <oshekhey15@gmail.com> |
| Date | Feb 2, 2021 at 12:25 PM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "National_Visa_Center@state.gov" <National_Visa_Center@state.gov>
**To:** "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JAAFARHASAN244@YAHOO.COM" <JAAFARHASAN244@YAHOO.COM>, "JAAFARHASSAN244@YAHOO.COM" <JAAFARHASSAN244@YAHOO.COM>, "JEN@JENNIFERBENSMANLAW.COM" <JEN@JENNIFERBENSMANLAW.COM>
**Sent:** Tue, Feb 2, 2021 at 9:45 AM
**Subject:** Notice regarding your Immigrant Visa Case

Dear Fnu Aisha Hassan Haroun Abdalla,

The National Visa Center (NVC) updated the status of your immigrant visa application. Please go to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV. You will need your NVC case number and invoice ID number to log into your account.

Once you have logged into CEAC, please look in your message box or on the Status Chart at the bottom of the page. If NVC has feedback on any items you submitted, there will be a new message with details. If not, please simply follow the updated instructions on your Status Chart to complete your case. If any column says "Pay Now", "Invalid Doc", "Incomplete", or "Re-Opened", that means you must take action by paying a fee, submitting a form, or uploading a corrected/missing document.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:   KHT2020584002
Invoice ID: IVSCA00001187963

**NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at *https://nvc.state.gov/ask* to call or email us.**

**View less**

| Subject | Notice regarding your Immigrant Visa Case |
|---------|-------------------------------------------|
| **From** | <National_Visa_Center@state.gov> |
| **To:** | <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASSAN244@YAHOO.COM>, <JEN@JENNIFERBENSMANLAW.COM> |
| **Date** | Feb 2, 2021 at 6:01 PM |

Dear Fnu Aisha Hassan Haroun Abdalla,

The National Visa Center (NVC) updated the status of your immigrant visa application. Please go to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV. You will need your NVC case number and invoice ID number to log into your account.

Once you have logged into CEAC, please look in your message box or on the Status Chart at the bottom of the page. If NVC has feedback on any items you submitted, there will be a new message with details. If not, please simply follow the updated instructions on your Status Chart to complete your case. If any column says "Pay Now", "Invalid Doc", "Incomplete", or "Re-Opened", that means you must take action by paying a fee, submitting a form, or uploading a corrected/missing document.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:    KHT2020584002
Invoice ID: IVSCA00001187963

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

| **Subject** | Notice regarding your Immigrant Visa Case |
| --- | --- |
| **From** | <National_Visa_Center@state.gov> |
| **To:** | <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASSAN244@YAHOO.COM>, <JEN@JENNIFERBENSMANLAW.COM> |
| **Date** | Feb 3, 2021 at 8:02 AM |

Dear Fnu Aisha Hassan Haroun Abdalla,

The National Visa Center (NVC) updated the status of your immigrant visa application. Please go to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV. You will need your NVC case number and invoice ID number to log into your account.

Once you have logged into CEAC, please look in your message box or on the Status Chart at the bottom of the page. If NVC has feedback on any items you submitted, there will be a new message with details. If not, please simply follow the updated instructions on your Status Chart to complete your case. If any column says "Pay Now", "Invalid Doc", "Incomplete", or "Re-Opened", that means you must take action by paying a fee, submitting a form, or uploading a corrected/missing document.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:    KHT2020584002
Invoice ID: IVSCA00001187963

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

IV - Messages

Home    Contact Us    Sign Out

# U.S. DEPARTMENT of STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

HOME            MESSAGES

## Messages

CASE NUMBER: **KHT2020584002**

PRINCIPAL APPLICANT: **FNU AISHA HASSAN HAROUN ABDALLA**

You cannot reply to message(s) from here. You can provide comments to post for rejected documents when uploading the replacement document.

### Inbox

| Subject | Date |
|---|---|
| Case has been expedited to post | 16-MAR-2021 08:06:28 EDT |
| Case has been expedited due to Child Citizen Act of 2000 | 16-MAR-2021 07:54:21 EDT |
| **Notice of Change to Case** | 03-FEB-2021 07:18:18 EST |
| Marriage Certificate | 02-FEB-2021 12:33:35 EST |
| Marriage Certificate | 02-FEB-2021 12:33:35 EST |

The citizenship status for the petitioner was changed and therefore the visa class of the PA was converted to IR1 and the entry status of any F23 derivative was updated to ineligible.

This site is managed by the Bureau of Consular Affairs, U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views contained therein.

Copyright Information    Disclaimers

| Subject | Case is being expedited due to a related case meeting the requirements of the Child Citizenship Act |
|---|---|
| From | <National_Visa_Center@state.gov> |
| To: | <JAAFARHASAN244@YAHOO.COM>, <JAAFARHASAN244@YAHOO.COM>, <JEN@JENNIFERBENSMANLAW.COM> |
| Date | Mar 16, 2021 at 8:24 AM |

Dear Fnu Aisha Hassan Haroun Abdalla,

The National Visa Center sent your petition to the U.S. Embassy/Consulate General in KHARTOUM, SUDA for expedited processing because your relative, HADYA JAAFAR OMAR, must travel to the United States before his or her 18th birthday to receive benefits under the U.S. Child Citizenship Act. The Embassy/Consulate General will contact you to schedule a visa interview.

If you have questions about your visa interview, please visit the U.S. Embassy/Consulate General's website at https://www.usembassy.gov.

For information about the U.S. Child Citizenship Act, please visit https://travel.state.gov/content/travel/en/legal-considerations/us-citizenship-laws-policies/child-citizenship-act.html.

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

Case ID:   KHT2020584002
Invoice ID: IVSCA00001187963

**NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.**

| Subject | Fw: Your expedite appointment |
| --- | --- |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Omar Shekhey <oshekhey15@gmail.com> |
| **Date** | Apr 18, 2021 at 5:10 AM |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Khartoum, IV" <KhartoumIV@state.gov>
**To:** "jaafarhasan244@yahoo.com" <jaafarhasan244@yahoo.com>
**Sent:** Thu, Apr 15, 2021 at 1:47 PM
**Subject:** Your expedite appointment

Date: April 15th, 2021

**Beneficiary name: ABDALLA, AISHA HASSAN HAROUN**
**Case number:  KHT2020584002**
**E-mail Address:**
 jaafarhasan244@yahoo.com

Good afternoon,

The U.S. Embassy or Consulate in Khartoum, Sudan expedited your visa interview appointments.

Your expedited visa interview is scheduled

for May 5th, 2021 at 09:00 am.

## Please use this email and the attachments to facilitate your doctor's appointment.

**Please wear a facemask.** Wearing a facemask is required to enter the building.

**If you fail to pursue your visa application by not complying with the instructions below, termination procedure will commence one year from the date of this letter, in accordance with Section 203(e) of the Immigration and Nationality Act.**

Please note that below is a list of the documents needed for the visa issuance.

Also, **please revise and update your DS-260 and resubmit it.**

| | |
|---|---|
| The Immigrant Visa Unit of the U.S. Embassy Khartoum is in receipt of your immigrant visa petition(s).  Please review the instructions below and complete the required steps **before** coming to the interview on your scheduled date.  **Read this email** | استلمت وحدة تأشيرات الهجرة بالسفارة الأميركية في الخرطوم طلب تأشيرة الهجرة الخاص بك(م). الرجاء مراجعة التعليمات المبينة أدناه وإكمال الخطوات المطلوبة **قبل** موعد المقابلة المحدد ل(م). |

thoroughly **Missing or incomplete documents or applications may result in significant delays of the processing of your visa.**

· **Step 1**: Assemble Required Documents – Gather all required **original** documents **prior** to the interview (**see list attached)**.

1. **Birth, or age estimation certificate**: Must be original; **authenticated** by Ministry of Foreign Affairs or the Embassy of issuing country.

2. **Marriage and divorce certificate(s)**: Must be original(s); **authenticated** by Ministry of Foreign Affairs or the Embassy of issuing country.

3. **Police report**: Must be original and valid from home country and any other country you stayed in for six months or more.

4. **Passport**: Must be

الرجاء قراءة هذه الرسالة بعنايه ..

تقديم وثائق ناقصه أو غير مكتملة سيؤدي إلى تأخير في إجراءات إصدار التأشيرة

· **الخطوة 1:**
تجميع "الوثائق المطلوبة" – تحضير جميع الوثائق (الأصل) المطلوبة دعما للطلب الخاص بك واحضارها يوم المقابلة **(انظر القائمة المرفقة).**

1. **شهادة الميلاد أو شهادة تقديرالعمر(التسنين)** الأصل أو نسخ معتمدة من الجهة المصدرة موثقة من الخارجية او سفارة الدولة التي أصدرت منها .

2. **قسيمة الزواج والطلاق** ان وجدت

(الأصل) موثقة من الخارجية السودانية او سفارة الدولة التي صدرت منها .

valid 60 days beyond visa validity.

5. **Recent photo**: Must be (2" x 2") for each applicant with **white** background.

· **You must authenticate the original document. Authentication of the translation DOES NOT replace the authentication of the original.**

· **If translation is done in Sudan, it must be done at the University of Khartoum.**

**If your case is electronic, please scan and upload all required documents.**

· This is done through the "start now" button when you log into your DS-260 through https://ceac.state.gov/ceac/ . You will require your KHT case number and your invoice ID provided to you by the National Visa Center. Please ensure you scan the complete

document (front and back, if applicable).

· Step 2: Complete Application – Fully and accurately

---

3. صحيفة الحالة الجنائية الأصل من دولة الإقامة واي دولة اقمت بها ستة اشهرأو أكثر.

4. جواز سفر صالح لمدة لا تقل عن 60 يوم من تاريخ انتهاء التأشيرة.

5. صور فتوغرافية حديثة بمقاس 2×2 بوصة بخلفية بيضاء.

· الرجاء توثيق أصل الوثيقة وليس الترجمة، (توثيق الترجمة لا يعد كافيا ولا يحل محل توثيق الاصل).

· أصل الترجمة لجميع الوثائق أعلاه من جامعة الخرطوم، وحدة الترجمة.

اذا كان نوع ملف الهجرة الخاص بك (م) الكتروني , يرجي تحميل جميع المستندات المطلوبة في الطلب الخاص بك.

· يتم ذلك من خلال زر "ابدأ الآن" عند تسجيل الدخول إلى DS-260 سوف يطلب منك كتابة رقم

and accurately complete the application Form DS-260 **for each family member** applying for a visa.

· **Step 3**: **Complete Medical Examination** – Schedule a medical examination with the Embassy-approved physician

 o All visa applicants, regardless of age, require a medical examination.

الملف KHT الخاص بك ورقم الفاتورة المستلمة من مركز التأشيرات في امريكا . يرجى التأكد من مسح المستند كاملاً (أمامي وخلفي إن أمكن) وتحميله في الطلب الخاص بك.

**الخطوة 2: اكمال الطلب** – أكمل استمارة الطلب Form DS-260 تماما وبدقة لكل فرد من أفراد الأسرة المتقدمين بطلب للحصول على تأشيرة.

**الخطوة 3: إكمال "الفحص الطبي"** – قم بتحديد موعد للفحص الطبي مع طبيب السفارة المعتمد قبل اسبوعين على الاقل من موعد المقابلة.

o يطلب من جميع طالبي التأشيرات، بغض النظر عن العمر.

4. **Evidence of**

4   الأدلة والوثائق على

| | |
|---|---|
| **Financial Support and Supporting Documents** (I-864; I-864A, I-864EZ, I-864P *as appropriate to your case*) and photocopy of IRS transcript or a photocopy of the most recent Federal income tax return. | (I- :الدعم المالي 864، I-864A ،I- 864EZ، 864P حسب حالة الخاص بك) بالاضافه الى نسخة من استمارات مصلحة الضرائب أو نسخة من ضريبة الدخل الاتحادية الأخيرة |
| Form I-864, a contractual affidavit of support, must be submitted for immediate relative and family-based applicants and employment-based applicants when a relative is the petitioner or has ownership interest in the petitioner's business. Evidence submitted with the I-864 must be less than 12 months old. | المهاجرين على أساس الأسرة المباشرة أو على أساس العمل أو العمل عند أحد ألاقارب يجب عليهم تقديم إفادة تعاقدية للدعم بتقديم استماره Form I-864 مدعمه بوثائق لل12 شهر السابقه |
| If you are applying for a visa in the employment based category, you are required to furnish a recent letter from your employer confirming that the job offer upon which your application is based is still available to you. Qualified nurses must also present their Visa Screen Certificate. | المهاجرين على أساس العمل يجب ابراز رسالة من صاحب العمل يؤكد أن توفر فرص العمل التي يستند إليها طلب التاشيرهز ، هناك حاجة لتقديم رسالة من صاحب العمل يؤكد أن توفر فرص العمل التي يستند إليها.. |
| K and Diversity visa applicants are not required to provide an I-864 Form.  However, they must show evidence that they are | المتقدمين لتاشيرات الخطويه والقرعه العشوائيه ليسو مطالبين بالاستماره Form I-864 ولكن يجب أن يقدمو الادله على أن المهاجرين لن يصبحو عبْ على الدوله وهم |

not likely to become public charges while in the United States. Applicants are strongly encouraged to complete [Form I-134](#) to satisfy this requirement.

بالولايات المتحدة. لتلبية هذا المطلب ينصح بشدة بإكمال [Form I-134](#), الاستماره

## MEDICAL EXAMINATION INSTRUCTIONS

The Immigration and Nationality Act requires that all immigrant visa applicants and certain nonimmigrant visa applicants undergo a medical examination prior to receiving a visa. The medical examination must be done by the authorized physician listed below. The physician will refer you to a syphilis testing laboratory. Applicants are advised to schedule their medical examinations 1 week prior to the date of the visa interview. Please bring the results to your visa interview. Please do **NOT** open your results!

*IMPORTANT NOTE:*

The validity of your visa will be limited to the length of validity of the Tuberculosis test in your medical report. Travel clearances are valid for 6 months from the time the evaluation is complete for applicants who have no Tuberculosis Classification or Class B2 TB or Class B3 TB. Travel clearances are valid for 3 months from the time the evaluation is complete for applicants who are Class B1 TB, Pulmonary or Class B1 TB, Extrapulmonary. **Applicants who do not travel within the clearance period will need to**

**restart the entire medical examination.**. Any applicant diagnosed with pulmonary or laryngeal tuberculosis who needs treatment is not cleared to travel until completion of successful treatment, regardless of the diagnostic criteria. Please contact the panel physician for further information.

**Requirements:**

You must present the following at the clinic:
(1) your valid passport/s and a photo copy of the passport.
(2) six passport-size photographs of each person to be medically examined, along with your case number in order to complete the medical exam.
(3) Please have your local and U.S. addresses clearly written in the English language.
(4) If you suffer from a chronic illness, have been treated for any disease, or are under psychiatric care, you should present your medical file during examination.

## VACCINATION REQUIREMENTS:

United States immigration law requires immigrant visa applicants to obtain certain vaccinations (listed below) prior to the issuance of an immigrant visa. Instructions and procedural guides direct panel physicians who conduct immigrant visa medical examinations to verify that applicants have met the vaccination requirement, or that it is medically inappropriate for the visa applicant to receive one or more of the listed vaccinations:

*Mumps, Measles, Rubella, Polio, Tetanus and Diphtheria Toxoids, Pertussis, Influenza Type B (HIB), Hepatitis A, Hepatitis B, Varicella,*

*(HIB), Hepatitis A, Hepatitis B, Varicella, Pneumococcal, Influenza, Rotavirus.*

To assist the panel physician, and to avoid delays in the processing of an immigrant visa, all immigrant visa applicants should have their vaccination records available for the panel physician's review at the time of the immigrant medical examination. If you do not have a vaccination record, the panel physician will work with you to determine which vaccinations you may need to meet the requirement. Certain waivers of the vaccination requirement are available upon the recommendation of the panel physician. **Only a physician can determine which of the listed vaccinations are medically appropriate for you, given your age, medical history and current medical condition.**

## Blood test and X-ray:

Children aged 2 to 14 are subject to tuberculin skin test. The blood test and X-ray are generally not required of persons under the age of 15, but they are required, under existing United States law, of all other persons. You must undergo the medical examination at least 5 days prior to your scheduled appointment at the Embassy. Failure to

do so may result in processing delays.

## MEDICAL EXAMINATION AND VACCINATION FEES

Physical Examination fees for applicants above 15 is **S.D.G. 10000**

Physical Examination fees for applicants below 15 is **S.D.G. 6000**

**Vaccination Fees:** Vary according to age and vaccines required

**All fees are the responsibility of the applicant.**

## Panel Physician:

**Dr. Nazik Alshafie**
6th Floor, Fedail Hospital
Hospital Road
Khartoum, Sudan
Telephone 1: +249 (0) 0908025110
Telephone 2: +249 (0) 0902036388

View less

| | |
|---|---|
| **Subject** | Re-interview |
| **From** | Khartoum, IV <KhartoumIV@state.gov> |
| **To:** | jaafarhasan244@yahoo.com<br><jaafarhasan244@yahoo.com> |
| **Cc:** | Khartoum, IV <KhartoumIV@state.gov> |
| **Date** | Jul 7, 2021 at 6:44 AM |

Dear Sir, Madam

Thank you for your family's interest in traveling to the U.S. Please be advised that the consular officer is requesting a re-interview appointment with you, the petitioner, and your wife, the beneficiary,.

The appointment is scheduled for you both in **July 19th at 10:00 am**.

Please be noted that all applicants **must** be wearing a facemask in order to enter the consular section.

We hope this information is helpful to you.

Regards,
**M.M.M**
**Consular Section**
**U.S. Embassy, Khartoum**

| **Subject** | Fw: Regarding your interview appointment on Jul.19.2021 |
|---|---|
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Omar Shekhey <oshekhey15@gmail.com> |
| **Date** | Oct 10, 2022 at 5:43 PM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, July 18, 2021, 3:02 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Dear: HAROUN, AISHA (+ husband),
Case No. KHT2020584002,
jaafarhasan244@yahoo.com

Thank you for your interest in traveling to the U.S. Please be advised that the Consular section is operating normally tomorrow, and your appointment is confirmed on **Monday July.19th 2021 on the time specified in the previous e-mail**.

Kindly remember to follow the instructions sent to you previously and show up on time with all the required documents.

Some of the documents required for Fiancée cases are as follow:

1. Interview fees of **265 USD** paid at the time of the interview (only US dollars are accepted).

2. Copy from your submitted **DS-160 confirmation page**.

3. Original and copies from the **birth certificate** (original must be authenticated by Ministry of foreign affairs **then** translated by Khartoum university translation unit).

4. Original **police report** from your home country and any country you resided in for 6 months or more after the age of 16.

5. **Medical report** from the embassy's panel

6. ***Medical report*** from the embassy's panel physician (please DO NOT open the sealed envelope).

If your case is not a fiancée visa, please follow the instructions sent to you in the original e-mail.

**<u>Please wear a face mask, provide a valid ID with you, print this email, and carry it with you to facilitate your entry into the Embassy building.</u>**

We hope this information is helpful to you.

With Regards,
L.A.M
Consular Section
U.S. Embassy, Khartoum

View less

| Subject | Fw: Updates/requirements |
|---------|--------------------------|
| From | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| To: | Omar Shekhey <oshekhey15@gmail.com> |
| Date | Nov 7, 2022 at 9:43 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:56 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:55 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:43 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Thank you for your e-mail on behalf of your constituent.

- Update the medical report form the panel physician - (you may print and collect this e-

physician   (you may print and collect this e-
mail to schedule an appointment with the
panel physician).

- Provide two recent –less than 6 months-
photos for each applicant (**5*5 cm) each
with white background and without
Photoshop)**.
  For more information regarding the
  photo requirements  please visit our website
  or
  https://travel.state.gov/content/visas/en/general/phot
  os.html.

The documents listed above and valid
passport (s) must be dropped in the
**Immigrant Visa Box** outside the Consular
section gate.

Once the documents received it will put in the
review queue by a Consular officer, once the
review is completed you will be contacted
through e-mail.

We hope this information is helpful to you.

*"The Consular section is working under limited
staffing, therefore please note that there may be
delays in processing and correspondence."*

R.M.M
Visa assistance.

SENSITIVE BUT UNCLASSIFIED

View less

| Subject | Fw: Required/ Document. |
|---|---|
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Kouyatelawfirm Info <info@kouyatelawfirm.com> |
| **Date** | Nov 14, 2022 at 11:11 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 14, 2022, 9:24 AM, Jaafar Hasan <jaafarhasan244@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 14, 2022, 9:16 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Dear applicant,

Case #KHT2020584003 (Electronic case).

Reference is made to immigrant visa pending case, please be advised that the administrative process completed and the following is now required from the beneficiary for further processing:

   -Update the **medical report** form the panel physician electronically - (you may print and collect this e-mail to schedule an

and collect this e-mail to schedule an appointment with the panel physician).

   **--JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen).**

   -Provide two recent –<u>less than 6 months</u>-photos for each applicant (**(5*5 cm) each with white background and without Photoshop)**.

   For more information regarding the photo requirements  <u>please visit our website</u> or <u>https://travel.state.gov/content/visas/en/general/photos.html</u>.

Please be advised that all the required document/s (photos) **must be scanned into the applicant's case**. This is done through the "start now" button when you log into your DS-260 through <u>https://ceac.state.gov/ceac/</u>. You will require your KHT case number and your invoice ID provided to you by the National Visa Center. Please ensure you scan the complete document. (Front and back if applicable).


<u>The photos and Document  must be dropped in the Immigrant Visa Box outside the Consular section gate.</u>
-
Once the original documents received will be placed in the review queue by a Consular officer, once the review is completed you will be contacted through e-mail.

*"Please be advised that due to the COVID-19 pandemic and to ensure the safety and health of our colleagues and clients, the Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

Hope this information is helpful.


Best Regards,

**R.M.M**
**Visa Unit**



**Visa Unit**
**Consular Section**
**U.S. Embassy, Khartoum**

SENSITIVE BUT UNCLASSIFIED

View less

| **Subject** | Fw: Case ID: KHT2020584002,KHT2021575001 ,KHT2020584003 |
| **From** | Jaafar Hasan <jaafarhasan244@yahoo.com> |
| **To:** | Taha Wadcowboy <wadcowboy@gmail.com> |
| **Date** | Dec 6, 2022 at 8:00 PM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, December 6, 2022, 8:02 AM, Fatou Barry <info@kouyatelawfirm.com> wrote:

Good afternoon,

We are following up to the last message. Are there any updates?

Thanks for your time,

On Wed, Nov 23, 2022 at 9:07 AM Fatou Barry <info@kouyatelawfirm.com> wrote:

Thank you for your response,

We have uploaded all of these documents for all the cases. There is a co-sponsor that is needed but the portal is not allowing me to add a co sponsor, can you look into that.

Best Regards,

On Wed, Nov 23, 2022 at 3:59 AM Khartoum, IV <KhartoumIV@state.gov> wrote:

**Dear Sir/Madam,**

**Thank you for your e-mail the officer requesting the below:**

**-JS 864, JS W2 (to be uploaded in her case as described below) and W2 Form (Wages), IRS Tax transcript and proof of legal residency in the US(GC/US Citizen).**

**"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."**

**R.M.M**

**Visa assistance.**

**From:** Fatou Barry <info@kouyatelawfirm.com>
**Sent:** Tuesday, November 22, 2022 7:02 PM
**To:** Khartoum, IV <KhartoumIV@state.gov>
**Cc:** jaafarhasan244@yahoo.com
**Subject:** Case ID: KHT2020584002,KHT2021575001 ,KHT2020584003

To Whom It May Concern,

We have been trying to get in contact with the Khartoum Embassy regarding our clients, Hadya Yaakoub, AbdelSalam Yaakoub, and Aisha Abdellah. Their Petitioner is Jaafar Omar. Please see attached for the G-28.

The Embassy has been emailing our client with all the information that is needed to be uploaded, and we have done so and it has been submitted. There are certain items that have been submitted since June

certain items that have been submitted since June and have still not been revised by the Embassy. I have emailed multiple times asking for updates on the case and we have not received any information despite our G-28 being uploaded.  Can you let us know what the next steps are for our clients. Their case has been at the NVC for almost two years now.

Thank you for your assistance,

--

Fatou Barry *Legal Assistant*

_____

Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com

SENSITIVE BUT UNCLASSIFIED

--

Fatou Barry *Legal Assistant*

_____

Hassan Kouyate *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense

E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024

U.S. Department of State

**IMMIGRANT VISA APPLICATION**

# Refused

Immigrant Visa Case Number: **KHT2020584002 01 KHT**

Case Created:                      05-Mar-2020

Case Last Updated:          06-Mar-2023

A U.S. consular officer has adjudicated and refused your visa application. Please follow any instructions provided by the consular officer. If you were informed by the consular officer that your case was refused for administrative processing, your case will remain refused while undergoing such processing. You will receive another adjudication once such processing is complete. Please be advised that the processing time varies and that you will be contacted if additional information is needed. For more information, please visit TRAVEL.STATE.GOV or the website for the Embassy or Consulate at which you made your visa application.
For more information, please visit TRAVEL.STATE.GOV.

Close