# Exhibit D (Unanswered Communications with Defendants and Congressional Requests

**Subject:** RE: Office of Senator Ossoff | J. Omar | KHT2020584002
**Date:** Sunday, October 16, 2022 at 10:46:55 AM Eastern Daylight Time
**To:** Pantoja, Laura (Ossoff) <Laura_Pantoja@ossoff.senate.gov>,

Dear Senator Ossoff

Thank you for your e-mail on behalf of your constituent.

According to our records and case notes, your constituent reached out to us through another congress office and they were informed with the missing and required documents. The case is still pending provision and upload of financial supporting document from a joint sponsor since last year, September, when an email sent to applicant but documents were never provided.

To proceed with the case, applicant needs to provide the following:
- Petitioner's signed I864 and tax records and a new joint sponsor whose income should meet the HHS poverty guidelines for affidavit of support with completed signed I-864 accompanied with his/her recent IRS tax transcript and copy of his/her ID (proof of citizenship/ LPR), and all documents must be scanned and uploaded in your wife's application.
- Update medical report.
- Update police report.
- Provide two recent photos.

Once all provided, applicant's case will reach its final stage of processing.

I hope this information is helpful to you and your constituent.

*"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

Regards,

Dos

Visa staff (supervisor)

CONS – Khartoum

Case 1:23-mi-99999-UNA  Document 796-4  Filed 03/14/23  Page 4 of 6
Naser Immigration Law LLC Mail - Fwd: G-18

 Gmail

**Fwd: G-18**

**Fatou Barry** <info@kouyatelawfirm.com>
To: Waleed Naser <waleed@naserlegal.com>

---------- Forwarded message ---------
From: **Fatou Barry** <info@kouyatelawfirm.com>
Date: Fri, Aug 26, 2022 at 8:49 AM
Subject: Re: G-18
To: <KHARTOUMIV@state.gov>

Good Afternoon,

Just checking on the status of this case. Is there anything that needs to be done?

Best Regards,

On Thu, Jun 23, 2022 at 1:30 PM Fatou Barry <info@kouyatelawfirm.com> wrote:
> To whom it may concern:
>
> Please see attached for our G-28
>
> --
>
> **Fatou Barry** *Legal Assistant*
> _____
>
> **Hassan Kouyate** *Attorney*
> **The Law Firm of Kouyate & Associates, LLC**
> Immigration | Car Accident | Criminal Defense
> E: hassan@kouyatelawfirm.com
> A: 1 Glenlake Pkwy, Suite 650
>    Atlanta, Georgia 30328
> P: 404 999 4708
> F: 626-900-8024
> www.KouyateLawFirm.com

--

**Fatou Barry** *Legal Assistant*
_____

**Hassan Kouyate** *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com

--

**Fatou Barry** *Legal Assistant*
_____

**Hassan Kouyate** *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com

https://mail.google.com/mail/u/0/?ik=43cf76b4c4&view=pt&search=all&permmsgid=msg-f%3A1759282140470956669&simpl=msg-f%3A17592821404… 1/1

 

Waleed Naser <waleed@naserlegal.com>

## Fwd: URGENT: CASE ID: KHT2020584002

**Fatou Barry** <info@kouyatelawfirm.com>
To: Waleed Naser <waleed@naserlegal.com>

---------- Forwarded message ---------
From: **Fatou Barry** <info@kouyatelawfirm.com>
Date: Tue, Oct 25, 2022 at 10:07 AM
Subject: URGENT: CASE ID: KHT2020584002
To: <KHARTOUMIV@state.gov>

To whom this may concern,

Our client Aisha Abdallah has completed all necessary steps needed for her visa. Can you explain to us what is going on in the case?

Best Regards,

--

**Fatou Barry** *Legal Assistant*

---

**Hassan Kouyate** *Attorney*

**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024

www.KouyateLawFirm.com

--

**Fatou Barry** *Legal Assistant*

---

**Hassan Kouyate** *Attorney*

**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024

www.KouyateLawFirm.com



Waleed Naser <waleed@naserlegal.com>

## Fwd: Fw: Updates/requirements

**Fatou Barry** <info@kouyatelawfirm.com>
To: Waleed Naser <waleed@naserlegal.com>

---------- Forwarded message ---------
From: **Jaafar Hasan** <jaafarhasan244@yahoo.com>
Date: Mon, Nov 7, 2022 at 2:55 AM
Subject: Fw: Updates/requirements
To: Kouyatelawfirm Info <info@kouyatelawfirm.com>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, November 7, 2022, 1:43 AM, Khartoum, IV <KhartoumIV@state.gov> wrote:

Thank you for your e-mail on behalf of your constituent.

- Update the medical report form the panel physician - (you may print and collect this e-mail to schedule an appointment with the pane
- Provide two recent –less than 6 months-photos for each applicant (**(5*5 cm) each with white background and without Photoshop**

For more information regarding the photo requirements  please visit our website  or  https://travel.state.gov/content/visas/en/general/p

The documents listed above and valid passport (s) must be dropped in the **Immigrant Visa Box** outside the Consular section ga

Once the documents received it will put in the review queue by a Consular officer, once the review is completed you will be cont
mail.

We hope this information is helpful to you.

*"The Consular section is working under limited staffing, therefore please note that there may be delays in processing and correspondence."*

R.M.M

Visa assistance.

SENSITIVE BUT UNCLASSIFIED

--

**Fatou Barry** *Legal Assistant*

---

**Hassan Kouyate** *Attorney*
**The Law Firm of Kouyate & Associates, LLC**
Immigration | Car Accident | Criminal Defense
E: hassan@kouyatelawfirm.com
A: 1 Glenlake Pkwy, Suite 650
   Atlanta, Georgia 30328
P: 404 999 4708
F: 626-900-8024
www.KouyateLawFirm.com