AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia ▼

| | | |
|---|---|---|
| Jaafar Omar<br>Aisha Haroun<br>Hadya Yaakoub<br>A.Y., a minor<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. Department of State<br>Amber Baskette<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Amber Blankette
c/o Executive Office
Office of the Legal Advisor, Suite 5.600
600 19th St. NW
Washington, D.C. 20522

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hassan Kouyate
Law Office of Kouyate & Assoc., LLC
1 Glenlake Pkwy, Ste 650
Atlanta, GA 30328

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*