# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

DEXTER DOUGHTY,

    Plaintiff,

v.                                              Civil Action No.:

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## **COMPLAINT**

1. Plaintiff, Dexter Doughty, is a resident of Rex, Clayton County, Georgia.

2. This case is an appeal under 42 U.S.C. § 405(g) of a final administrative decision of Defendant, which denied Plaintiff Disability Insurance Benefits (DIB) under Title II of the Social Security Act.

3. This action is an appeal from a final administrative decision dated January 17, 2020, denying Plaintiff's claim. The last four digits of Plaintiff's Social Security number are 7293.

4. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review, dated January 18, 2023 and received by Plaintiff on or about January 23, 2023.

5. Plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. § 405(g).

6. Plaintiff is disabled.

7. Plaintiff was denied DIB by Defendant as it was his determination that Plaintiff is not disabled under the Social Security Act.

8. It is Plaintiff's contention that the denial of his disability claim is not supported by substantial evidence under the standards set forth by 42 U.S.C. § 405(g) and all other applicable laws and regulations, including the weight of the evidence, his credibility, the medical evidence of record, and any and all other applicable evidentiary issues, both in law and in fact, and therefore the denial of his claim should be reversed or remanded for further administrative proceedings.

WHEREFORE the Plaintiff seeks judicial review by this Court and the entry of a judgment for such relief as may be proper, including reversal of the Agency's decision or, in the alternative remand for further proceedings, as well as costs.

Respectfully submitted,

***/s/ Jonathan Ginsberg***
Jonathan Ginsberg, Esquire
Bar No: Bar No: 295690
Ginsberg Law Offices
1854 Independence Square
Atlanta, GA  30338
Telephone:  770-393-4985
Fax:  770-393-0240
ginsberg@gmail.com
*March 15, 2023*