# Exhibit B

# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

**CAROLYN BRADSHAW**

   *Plaintiff(s) / Petitioner(s)*

v.

   Case No.: 23A00594

**MICHAEL JONES and ALABAMA CARRIERS, LLC**

   *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, David Hawkins, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Alabama Carriers, LLC in Knox County, TN on February 13, 2023 at 10:13 am at 300 Montvue Road, Knoxville, TN 37919 by leaving the following documents with Samantha Sutton who as Clerk at CT Corporation System is authorized by appointment or by law to receive service of process for Alabama Carriers, LLC.

Summons, Complaint and Demand for Jury Trial, Plaintiff's First Set of Interrogatories and Request for Production of Documents (Michael Jones), Plaintiff's First Request for Admissions (Michael Jones), Plaintiff's First Request for Admissions (Alabama Carriers), Plaintiff's First Requests for Production of Documents (Alabama Carriers), Plaintiff's First Interrogatories (Alabama Carriers), Plaintiff's First Interrogatories and Request for Production of Documents (State Farm), Plaintiff's First Request for Admissions (State Farm), and Certificate of Serving Discovery Material

Additional Description:
I delivered the documents to Samantha Sutton, Clerk for Registered Agent CT Corporation System.

White Female, est. age 25, glasses: N, Blonde hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=35.921249,-84.0416985
Photograph: See Exhibit 1

_____
Signature
David Hawkins
(719) 329-4442

STATE COURT OF
DEKALB COUNTY, GA.
2/16/2023 12:34 PM
E-FILED
BY: Patricia Harris

Subscribed and sworn to before me this 16th day of Feb, 2023, by David Hawkins.

Witness my hand and official seal.

My commission expires: 12/2/2023

_____
Notary Public

PAUL DOWNEY
STATE OF TENNESSEE
NOTARY PUBLIC
BLOUNT COUNTY

My Commission Expires Dec. 2, 2023