# Exhibit C

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

**CAROLYN BRADSHAW**

   *Plaintiff(s) / Petitioner(s)*

v.

                                                                                                                          Case No.: 23A00594

**MICHAEL JONES and ALABAMA CARRIERS, LLC**

   *Defendant(s) / Respondent(s)*

## **AFFIDAVIT OF SERVICE**

I, James Franklin, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Michael Jones in Jefferson County, AL on February 16, 2023 at 2:42 pm at ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮ ▮▮▮ by leaving the following documents at the usual place of abode of Michael Jones with Yashica Jones who is of suitable age and discretion and resides therein.

Summons, Complaint and Demand for Jury Trial, Plaintiff's First Set of Interrogatories and Request For Production of Documents to Defendant Michael Jones, Plaintiff's First Request For Admissions to Defendant Michael Jones, Plaintiff's First Request For Admissions to Defendant Alabama Carriers, LLC, Plaintiff's First Requests For Production of Documents to Defendant Alabama Carriers, LLC, Plaintiff's First Interrogatories to Defendant Alabama Carriers, LLC, Plaintiff's First Interrogatories and Request For Production of Documents to State Farm Mutual Automobile Insurance Company, Plaintiff's First Request For Admissions to State Farm Mutual Automobile Insurance Company, and Certificate of Serving Discovery Material

Additional Description:
I delivered the documents to Michael Jones's wife, Yashica Jones.

Black or African American Female, est. age 40, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Photograph: See Exhibit 1

*[signature]*
Signature
James Franklin
(205) 835-9850

Job #241724      13226462      Page 2

STATE COURT OF
DEKALB COUNTY, GA.
2/27/2023 2:33 PM
E-FILED
BY: Mundy B Jackson

Subscribed and sworn to before me this __2ⁿᵈ__ day of __February__ __2023__, by __James Franklin__.

Witness my hand and official seal.

My commission expires: __1/31/2024__

*[Notary Seal: TERESA W. MAUTERER, Comm. Exp. 01/31/24, NOTARY PUBLIC, ALABAMA STATE AT LARGE]*

_Teresa W Mauterer_
Notary Public