# Exhibit D

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CAROLYN BRADSHAW, | ) | |
|     Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 23A00594 |
| vs. | ) | |
| | ) | |
| MICHAEL JONES and | ) | JURY TRIAL DEMANDED |
| ALABAMA CARRIERS, LLC, | ) | |
|     Defendants. | ) | |

**CERTIFICATE OF SERVING DISCOVERY MATERIAL**

COMES NOW, Plaintiff herein, and pursuant to the local rules of court hereby certifies that a true and correct copy of the following documents were served upon defendant via hand delivery attached to Summons and Complaint:

1. PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MICHAEL JONES
2. PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
3. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MICHAEL JONES
4. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
5. PLAINTIFF'S FIRST INTERROGATORIES TO ALABAMA CARRIERS, LLC
6. PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALABAMA CARRIERS, LLC
7. PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO ALABAMA CARRIERS, LLC

Respectfully submitted this 7th day of February, 2023.

By:    s/Archie I. Grubb, II
          Archie I. Grubb, II
          Attorney for Plaintiff
          Georgia Bar No. 314384

Morgan & Morgan Atlanta, PLLC
408 12th Street – Suite 200
Columbus, Georgia 31901
Phone: (706) 324-1227
Fax: (706) 324-1228
Agrubb@forthepeople.com