# Exhibit A

**Subject:**   FW: Allison-Smith (Martin Technical)- Ack. of Service, Complaint, Discovery
**Date:**   Wednesday, March 15, 2023 at 2:03:30 PM Eastern Daylight Time
**From:**   Steve LaBriola
**To:**   Karen Prouty Conklin, Max Jones
**Attachments:** image001.png, image002.jpg, 2.13.23 Allison-Smith (Martin Technical) - 1st ROGs.pdf, 2.13.23 Allison-Smith (Martin Technical)- 1st RPDs.pdf, 2023.01.18 Allison-Smith (Martin) - FILED Summons & Complaint.pdf, Acknowledgement of Service & Stipulation.docx

---

**From:** Dory Rigney <DRigney@hlpwlaw.com>
**Date:** Monday, February 13, 2023 at 3:16 PM
**To:** "Stephen T. LaBriola" <slabriola@fellab.com>
**Cc:** Tamicka Dent <tdent@hlpwlaw.com>, Mariya Davis <mdavis@hlpwlaw.com>, "Antony L. Sanacory" <asanacory@hlpwlaw.com>
**Subject:** Allison-Smith (Martin Technical)- Ack. of Service, Complaint, Discovery

Mr. LaBriola,

Please see the attached draft of the Acknowledgement of Service and Stipulation to Extend Time to Answer, Complaint, and Discovery. If you are OK with the Acknowledgement of Service, we will file it with the Court. Additionally, are you available Thursday afternoon after 3 PM or Friday morning for a call about this case?

Thank you.

Dory Rigney
Associate





**Hudson Lambert Parrott Walker, LLC**
3575 Piedmont Road
Suite 200
Atlanta, GA 30305

**t:**   404-554-8169
**m:**  404-512-2174
**e:**   DRigney@hlpwlaw.com

hlpwlaw.com

**We have moved, please note our new suite number 200. Address remains the same.**

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share part of this message with any third party, without a written consent of the sender. If you received this message by mistake, pl

reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

ID# 2023-0008396-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23100485**

A. Gregory Poole - 52
JAN 18, 2023 05:10 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER   23100485

$214.00 COST PAID

Allison-Smith Company, LLC

**PLAINTIFF**

**VS.**

Martin Technical, Inc.

**DEFENDANT**

**SUMMONS**

TO: MARTIN TECHNICAL, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Antony Sanacory**
> **Hudson Lambert Parrott Walker, LLC**
> **Fifteen Piedmont Center, Suite** 200
> **3575 Piedmont Road, NE**
> **Atlanta, Georgia 30305**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 18th day of January, 2023.**

Clerk of Superior Court

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

ID# 2023-0008395-CV
⊕ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**23100485**

**A. Gregory Poole - 52**
**JAN 18, 2023 05:10 PM**

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ALLISON-SMITH COMPANY, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAFN: |
| v. ) | |
| ) | |
| MARTIN TECHNICAL, INC. ) | |
| ) | |
| Defendant. ) | |

---

## COMPLAINT

COMES NOW, Allison-Smith Company, LLC ("Allison-Smith" or "Plaintiff"), through its undersigned counsel, and hereby files this Complaint against Martin Technical, Inc. ("Martin Technical" or "Defendant"), showing the Court as follows:

## PARTIES, JURISDICTION, AND VENUE

1.      Allison-Smith is a foreign limited liability company authorized to conduct business in Georgia. Its principal Georgia office is located at 1869 South Cobb Industrial Blvd, Smyrna, GA 30082.

2.      Martin Technical is a foreign corporation with its principal office located at 8687 W 108th Ave, Westminster, CO, 80021. Martin Technical may be served with process through its registered agent, Michael Kessock, at 3745 Cherokee Street, #303, Kennesaw, GA 30144.

3.      The Court has subject matter jurisdiction over the claims in this lawsuit.

4.      Venue is proper in Cobb County.

5.      This lawsuit seeks an equitable accounting of funds and relief for breach of contract.

## FACTUAL BACKGROUND

6.      Allison-Smith is an electrical contracting and engineering firm.

7.      Martin Technical is a technology company that specializes in industrial safety efficiency solutions.

8.      Allison-Smith provided labor, services, and materials to Martin Technical on various projects.

9.      Allison-Smith then invoiced Martin Technical for the labor, services, and/or materials that it provided to Martin Technical.

10.      Allison-Smith fully and satisfactorily provided all labor, services and/or materials ordered by Martin Technical on all projects.

11.      To date, Martin Technical has failed and/or refused to pay Allison-Smith all amounts due. The unpaid project invoices total $1,165,239.50. [A true and correct copy of all amounts owed for the projects is attached hereto as **Exhibit A**.]

12.      Allison-Smith is therefore entitled to receive full and final payment of the invoiced amounts from Martin Technical.

13.      Prior to filing suit, Allison-Smith made a demand for payment against Martin technical for the total amount of $1,165,239.50. [A true and correct copy of Allison-Smith's request for payment is attached hereto as **Exhibit B**.]

14.      At the time of filing the Complaint, the principal amount due to Allison-Smith for labor, services, an/or materials provided on the projects was $1,165,239.50 plus interest and attorney's fees and costs. Interest continues to accrue.

15.      All conditions precedent to this action have been fulfilled, satisfied, excused, or waived.

## COUNT I – BREACH OF CONTRACT/STATEMENT ON ACCOUNT

16.     Allison-Smith incorporates by reference all preceding paragraphs in the Complaint, as if fully restated herein.

17.     Martin Technical agreed to pay Allison-Smith for all labor, services, and/or materials it purchased for the various projects.

18.     Martin Technical breached its agreement with Allison-Smith by failing and/or refusing to pay Allison-Smith the full amount due and owing for the labor, services, and/or materials that Allison-Smith supplied to it.

19.     As a direct or proximate result of Martin Technical's breach, Allison-Smith has incurred damages in an amount no less than $1,165,239.50 plus interest and legal fees and costs.

20.     Therefore, Allison-Smith is entitled to a judgment against Martin Technical for breach of contract, or in the alternative, account stated, in the principal amount of no less than $1,165,239.50 plus interest and legal fees and costs.

## COUNT II: EQUITABLE ACCOUNTING OF
## TRUST FUNDS AND BREACH OF TRUST

21.     Allison-Smith incorporates the preceding paragraphs of the Complaint as if fully restated herein.

22.     Martin Technical agreed to receive labor, services and/or materials from Allison-Smith on various projects, which required Martin Technical to handle funds belonging to Allison-Smith.

23.     Martin Technical received the payments in trust under the construction trust fund theory recognized by Georgia courts. *See, e.g., Bethlehem Steel Corp. v. Tidwell*, 66 B.R. 932 (M.D. Ga., 1986) ("The portion of the payments [to the general contractor] that does not exceed the amount owed to the materialman would be subject to the constructive trust fund doctrine if the

payments are made to the contractor during the period of time when the materialman either enjoys the right to file a lien on the owner's property.").

24.     Martin Technical was required to pay to Allison-Smith the construction funds that Martin Technical received in trust on account of Allison-Smith's work on the Project.  Martin Technical has not explained what it did with such funds.

25.     Allison-Smith is a beneficiary of this trust that arises by operation of Georgia law. Under the Georgia Trust Act, codified at O.C.G.A. § 53-1-1, *et seq.*, any party may request an accounting of trust funds.

26.     Accordingly, Allison-Smith is entitled to an accounting of all funds for each project invoice at issue in this lawsuit, and damages for Martin Technical's breach of its obligations as trustee of construction funds.

## COUNT III – ATTORNEYS' FEES AND COSTS

27.     Allison-Smith incorporates by reference all proceeding paragraphs in the Complaint as if fully restated herein.

28.     Under Georgia law, Allison-Smith is entitled to its attorney's fees.

29.     Martin Technical has acted in bad faith, been stubbornly litigious, and has caused Allison-Smith unnecessary trouble and expense. Under the provisions of O.C.G.A. § 13-6-11, Allison-Smith is entitled to recover its reasonable attorneys' fees and costs.

30.     Therefore, Allison-Smith is entitled to a judgment awarding it its reasonable attorney's fees and costs in this action.

WHEREFORE, Allison-Smith is entitled to a judgment against Defendants as follows:

a.     On Count I, judgment against Defendants for Breach of Contract/Account Stated in the amount of $1,165,239.50 plus interest and legal fees and costs;

b.     On Count II, judgment against Defendants for Equitable Accounting of Trust Funds/Breach of Trust, in the amount of $1,165,239.50;

c.      On Count III, awarding Allison-Smith its reasonable attorneys' fees and costs in the amount determined at trial; and

d.      Such other and further relief as the Court deems just and appropriate.

This 18th day of January, 2023.

HUDSON LAMBERT PARROTT WALKER, LLC

By: */s/ Antony L. Sanacory* _____
        Antony L. Sanacory
        Georgia Bar No. 625195
        Dorothea Ana Ille
        Georgia Bar No. 282477

*Counsel for Plaintiff Allison-Smith Company, LLC*

Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8194
Facsimile: (404) 554-8171
asanacory@hlpwlaw.com
dille@hlpwlaw.com

# EXHIBIT A

| Report Selections: | | | | | |
|---|---|---|---|---|---|
| Customer Code: | 30151 | Salesperson: | ALL | Minimum Balance: | -99,999,999.99 |
| Job Number: | ALL | Project Manager: | ALL | Minimum Days Overdue: | 0 |
| Customer Type: | ALL | G/L Division: | ALL | Cost group | ALL |
| Include Invoice-specific Notes: | Yes | | | | |

## Allison-Smith Company LLC
### Detail A/R Aged Open Items Report Sorted by Customer Alpha Code
### For The Period Ending: 12/19/22

| Transaction Type / Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS**

Job: 81021981 / AF-1545 US 22

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115412 | I 06/13/22 | 6 08/12/22 | 81021981 | 239,000.00 | 239,000.00 | | 239,000.00 | | | | | 239,000.00 |
| Job: 81021981 / AF-1545 US 22 Subtotals: | | | | | **239,000.00** | | **239,000.00** | | | | | **239,000.00** |

Job: 81022032 / SGM-550 Pharr Rd

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116838 | I 10/06/22 | 6 12/05/22 | 81022032 | 3,400.00 | 3,400.00 | | 3,400.00 | | 3,400.00 | | | |
| Job: 81022032 / SGM-550 Pharr Rd Subtotals: | | | | | **3,400.00** | | **3,400.00** | | **3,400.00** | | | |

Job: 81022042 / IR-133 Peachtree St

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115742 | I 07/13/22 | 6 09/11/22 | 81022042 | 5,320.00 | 5,320.00 | | 5,320.00 | | | | | 5,320.00 |
| Job: 81022042 / IR-133 Peachtree St Subtotals: | | | | | **5,320.00** | | **5,320.00** | | | | | **5,320.00** |

Job: 81022048 / AF-360 Newark Pompton

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116839 | I 10/06/22 | 6 12/05/22 | 81022048 | 1,500.00 | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |
| Job: 81022048 / AF-360 Newark Pompton Subtotals: | | | | | **1,500.00** | | **1,500.00** | | **1,500.00** | | | |

Job: 81022082 / AF-9001 Spectrum Center

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116840 | I 10/06/22 | 6 12/05/22 | 81022082 | 3,840.00 | 3,840.00 | | 3,840.00 | | 3,840.00 | | | |
| Job: 81022082 / AF-9001 Spectrum Center Subtotals: | | | | | **3,840.00** | | **3,840.00** | | **3,840.00** | | | |

Job: 81022090 / Site Visist-13560 Morris

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117101 | I 12/26/22 | 6 | 81022090 | 500.00 | 500.00 | | 500.00 | 500.00 | | | | |
| Job: 81022090 / Site Visist-13560 Morris Subtotals: | | | | | **500.00** | | **500.00** | **500.00** | | | | |

Job: 81022122 / EI-1025 Virginia Ave

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116841 | I 10/06/22 | 6 12/05/22 | 81022122 | 3,360.00 | 3,360.00 | | 3,360.00 | | 3,360.00 | | | |
| Job: 81022122 / EI-1025 Virginia Ave Subtotals: | | | | | **3,360.00** | | **3,360.00** | | **3,360.00** | | | |

Job: 81022125 / AF- 10 South Riverside

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116842 | I 10/06/22 | 6 12/05/22 | 81022125 | 750.00 | 750.00 | | 750.00 | | 750.00 | | | |
| Job: 81022125 / AF- 10 South Riverside Subtotals: | | | | | **750.00** | | **750.00** | | **750.00** | | | |

Job: 81022126 / IR-11700 GREAT OAKS WAY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116843 | I 10/06/22 | 6 12/05/22 | 81022126 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
| Job: 81022126 / IR-11700 GREAT OAKS WAY Subtotals: | | | | | **975.00** | | **975.00** | | **975.00** | | | |

Job: 81022127 / IR- 11475 Great Oaks Way

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115834 | I 07/19/22 | 6 09/17/22 | 81022127 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |
| Job: 81022127 / IR- 11475 Great Oaks Way Subtotals: | | | | | **975.00** | | **975.00** | | | | | **975.00** |

Job: 81022130 / IR- 100 Peachtree Street

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116101 | I 08/12/22 | 6 10/11/22 | 81022130 | 2,925.00 | 2,925.00 | | 2,925.00 | | | | 2,925.00 | |
| Job: 81022130 / IR- 100 Peachtree Street Subtotals: | | | | | **2,925.00** | | **2,925.00** | | | | **2,925.00** | |

Job: 81022135 / AF- 100 Peachtree Street

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | 115931 | I 07/28/22 6 | 09/26/22 | 81022135 | 26,720.00 | 26,720.00 | | 26,720.00 | | | | 26,720.00 | |
| Job: 81022135 / AF- 100 Peachtree Street Subtotals: | | | | | | **26,720.00** | | **26,720.00** | | | | **26,720.00** | |
| Job: 81022142 / LPS- 100 & 200 N Point | | | | | | | | | | | | | |
| | 116844 | I 10/06/22 6 | 12/05/22 | 81022142 | 4,500.00 | 4,500.00 | | 4,500.00 | | 4,500.00 | | | |
| Job: 81022142 / LPS- 100 & 200 N Point Subtotals: | | | | | | **4,500.00** | | **4,500.00** | | **4,500.00** | | | |
| Job: 81022165 / Emergency call- 133 Peach | | | | | | | | | | | | | |
| | 116845 | I 10/06/22 6 | 12/05/22 | 81022165 | 1,320.00 | 1,320.00 | | 1,320.00 | | 1,320.00 | | | |
| Job: 81022165 / Emergency call- 133 Peach Subtotals: | | | | | | **1,320.00** | | **1,320.00** | | **1,320.00** | | | |
| Job: 81022166 / IR- 4111 Monarch Way | | | | | | | | | | | | | |
| | 116612 | I 09/20/22 6 | 11/19/22 | 81022166 | 3,264.00 | 3,264.00 | | 3,264.00 | | 3,264.00 | | | |
| Job: 81022166 / IR- 4111 Monarch Way Subtotals: | | | | | | **3,264.00** | | **3,264.00** | | **3,264.00** | | | |
| Job: 81022167 / IR- 4211 Monarch Way | | | | | | | | | | | | | |
| | 116613 | I 09/20/22 6 | 11/19/22 | 81022167 | 3,264.00 | 3,264.00 | | 3,264.00 | | 3,264.00 | | | |
| Job: 81022167 / IR- 4211 Monarch Way Subtotals: | | | | | | **3,264.00** | | **3,264.00** | | **3,264.00** | | | |
| Job: 81022168 / SGM- 4211 Monarch Way | | | | | | | | | | | | | |
| | 116236 | I 08/22/22 6 | 10/21/22 | 81022168 | 7,000.00 | 7,000.00 | | 7,000.00 | | | 7,000.00 | | |
| Job: 81022168 / SGM- 4211 Monarch Way Subtotals: | | | | | | **7,000.00** | | **7,000.00** | | | **7,000.00** | | |
| Job: 81022177 / AF- ADDED LABELS | | | | | | | | | | | | | |
| | 117102 | I 10/27/22 6 | 12/26/22 | 81022177 | 500.00 | 500.00 | | 500.00 | 500.00 | | | | |
| Job: 81022177 / AF- ADDED LABELS Subtotals: | | | | | | **500.00** | | **500.00** | **500.00** | | | | |
| Job: 81022183 / SGM- BRIDGE COMMERCIAL | | | | | | | | | | | | | |
| | 116238 | I 08/22/22 6 | 10/21/22 | 81022183 | 3,200.00 | 3,200.00 | | 3,200.00 | | | 3,200.00 | | |
| Job: 81022183 / SGM- BRIDGE COMMERCIAL Subtotals: | | | | | | **3,200.00** | | **3,200.00** | | | **3,200.00** | | |
| Job: 81022188 / AF UPDATE- MAIL LABELS | | | | | | | | | | | | | |
| | 115835 | I 07/19/22 6 | 09/17/22 | 81022188 | 2,500.00 | 2,500.00 | | 2,500.00 | | | | | 2,500.00 |
| Job: 81022188 / AF UPDATE- MAIL LABELS Subtotals: | | | | | | **2,500.00** | | **2,500.00** | | | | | **2,500.00** |
| Job: 81022206 / SGM- POPE & LAND | | | | | | | | | | | | | |
| | 115743 | I 07/13/22 6 | 09/11/22 | 81022206 | 2,400.00 | 2,400.00 | | 2,400.00 | | | | | 2,400.00 |
| Job: 81022206 / SGM- POPE & LAND Subtotals: | | | | | | **2,400.00** | | **2,400.00** | | | | | **2,400.00** |
| Job: 81022207 / SGM- POPE & LAND | | | | | | | | | | | | | |
| | 115765 | I 07/14/22 6 | 09/12/22 | 81022207 | 2,400.00 | 2,400.00 | | 2,400.00 | | | | | 2,400.00 |
| Job: 81022207 / SGM- POPE & LAND Subtotals: | | | | | | **2,400.00** | | **2,400.00** | | | | | **2,400.00** |
| Job: 81022212 / AF UPDATE-MAIL LABELS | | | | | | | | | | | | | |
| | 116239 | I 08/22/22 6 | 10/21/22 | 81022212 | 1,500.00 | 1,500.00 | | 1,500.00 | | | 1,500.00 | | |
| Job: 81022212 / AF UPDATE-MAIL LABELS Subtotals: | | | | | | **1,500.00** | | **1,500.00** | | | **1,500.00** | | |
| Job: 81022217 / AF & COORDINATION STUDY | | | | | | | | | | | | | |
| | 117213 | I 11/10/22 6 | 01/09/23 | 81022217 | 49,654.00 | 49,654.00 | | 49,654.00 | 49,654.00 | | | | |
| Job: 81022217 / AF & COORDINATION STUDY Subtotals: | | | | | | **49,654.00** | | **49,654.00** | **49,654.00** | | | | |
| Job: 81022220 / AF UPDATE MAIL LABEL STAR | | | | | | | | | | | | | |
| | 116240 | I 08/22/22 6 | 10/21/22 | 81022220 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS  (continued)**

| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022220 / AF UPDATE MAIL LABEL STAR Subtotals: | | | | | | **500.00** | | **500.00** | | | **500.00** | | |
| Job: 81022221 / LPS REPAIRS TRANSWESTERN | | | | | | | | | | | | | |
| 116847 | I | 10/06/22 | 6 | 12/05/22 | 81022221 | 750.00 | 750.00 | | 750.00 | | 750.00 | | | |
| Job: 81022221 / LPS REPAIRS TRANSWESTERN Subtotals: | | | | | | **750.00** | | **750.00** | | **750.00** | | | |
| Job: 81022223 / SCCR VENTAS | | | | | | | | | | | | | |
| 116542 | I | 09/19/22 | 6 | 11/18/22 | 81022223 | 900.00 | 900.00 | | 900.00 | | | 900.00 | | |
| Job: 81022223 / SCCR VENTAS Subtotals: | | | | | | **900.00** | | **900.00** | | | **900.00** | | |
| Job: 81022224 / SCCR VENTAS BECKLEY | | | | | | | | | | | | | |
| 116541 | I | 09/19/22 | 6 | 11/18/22 | 81022224 | 900.00 | 900.00 | | 900.00 | | | 900.00 | | |
| Job: 81022224 / SCCR VENTAS BECKLEY Subtotals: | | | | | | **900.00** | | **900.00** | | | **900.00** | | |
| Job: 81022225 / SCCR VENTAS HERSHLEY | | | | | | | | | | | | | |
| 116540 | I | 09/19/22 | 6 | 11/18/22 | 81022225 | 900.00 | 900.00 | | 900.00 | | | 900.00 | | |
| Job: 81022225 / SCCR VENTAS HERSHLEY Subtotals: | | | | | | **900.00** | | **900.00** | | | **900.00** | | |
| Job: 81022229 / LPS REPAIRS CUSHMAN | | | | | | | | | | | | | |
| 116848 | I | 10/06/22 | 6 | 12/05/22 | 81022229 | 1,250.00 | 1,250.00 | | 1,250.00 | | 1,250.00 | | | |
| Job: 81022229 / LPS REPAIRS CUSHMAN Subtotals: | | | | | | **1,250.00** | | **1,250.00** | | **1,250.00** | | | |
| Job: 81022246 / SERIES RATING STUDY | | | | | | | | | | | | | |
| 116556 | I | 09/19/22 | 6 | 11/18/22 | 81022246 | 2,000.00 | 2,000.00 | | 2,000.00 | | | 2,000.00 | | |
| Job: 81022246 / SERIES RATING STUDY Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | | **2,000.00** | | |
| Job: 81022263 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | | |
| 117103 | I | 10/27/22 | 6 | 12/26/22 | 81022263 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022263 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022265 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | | |
| 116241 | I | 08/22/22 | 6 | 10/21/22 | 81022265 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022265 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022266 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | | |
| 116242 | I | 08/22/22 | 6 | 10/21/22 | 81022266 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022266 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022267 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | | |
| 116243 | I | 08/22/22 | 6 | 10/21/22 | 81022267 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022267 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022268 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | | |
| 116244 | I | 08/22/22 | 6 | 10/21/22 | 81022268 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022268 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022269 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | | |
| 116248 | I | 08/22/22 | 6 | 10/21/22 | 81022269 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022269 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022270 / IR TRANSWESTERN | | | | | | | | | | | | | |
| 116557 | I | 09/19/22 | 6 | 11/18/22 | 81022270 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
| Job: 81022270 / IR TRANSWESTERN Subtotals: | | | | | | **2,925.00** | | **2,925.00** | | | **2,925.00** | | |

# Allison-Smith Company LLC
## Detail A/R Aged Open Items Report Sorted by Customer Alpha Code
### For The Period Ending: 12/19/22

| Transaction Type / Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022272 / IR REPAIR TRANSWESTERN

| 116249 | I 08/22/22  6  10/21/22 | 81022272 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |

Job: 81022272 / IR REPAIR TRANSWESTERN Subtotals:  **2,925.00   2,925.00   2,925.00**

Job: 81022273 / IR REPAIR TRANSWESTERN

| 116250 | I 08/22/22  6  10/21/22 | 81022273 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |

Job: 81022273 / IR REPAIR TRANSWESTERN Subtotals:  **2,925.00   2,925.00   2,925.00**

Job: 81022278 / IR RESMED

| 115836 | I 07/19/22  6  09/17/22 | 81022278 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |

Job: 81022278 / IR RESMED Subtotals:  **975.00   975.00   975.00**

Job: 81022279 / AF SHORENSTEIN

| 116251 | I 08/22/22  6  10/21/22 | 81022279 | 2,500.00 | 2,500.00 | | 2,500.00 | | | 2,500.00 | | |

Job: 81022279 / AF SHORENSTEIN Subtotals:  **2,500.00   2,500.00   2,500.00**

Job: 81022281 / AF PRINT LABELS PRIOR

| 116260 | I 08/22/22  6  10/21/22 | 81022281 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |

Job: 81022281 / AF PRINT LABELS PRIOR Subtotals:  **500.00   500.00   500.00**

Job: 81022282 / AF PRINT LABELS PRIOR

| 116614 | I 09/20/22  6  11/19/22 | 81022282 | 1,200.00 | 1,200.00 | | 1,200.00 | 1,200.00 | | | | |

Job: 81022282 / AF PRINT LABELS PRIOR Subtotals:  **1,200.00   1,200.00   1,200.00**

Job: 81022291 / AF W/LABELING COUSINS

| 115977 | I 07/31/22  6  09/29/22 | 81022291 | 11,500.00 | 11,500.00 | | 11,500.00 | | | | 11,500.00 | |

Job: 81022291 / AF W/LABELING COUSINS Subtotals:  **11,500.00   11,500.00   11,500.00**

Job: 81022292 / AF W/LABELING COUSINS

| 115978 | I 07/31/22  6  09/29/22 | 81022292 | 10,525.00 | 10,525.00 | | 10,525.00 | | | | 10,525.00 | |

Job: 81022292 / AF W/LABELING COUSINS Subtotals:  **10,525.00   10,525.00   10,525.00**

Job: 81022295 / AF W/LABELING

| 115837 | I 07/19/22  6  09/17/22 | 81022295 | 10,000.00 | 10,000.00 | | 10,000.00 | | | | | 10,000.00 |

Job: 81022295 / AF W/LABELING Subtotals:  **10,000.00   10,000.00   10,000.00**

Job: 81022296 / AF W/LABELING

| 115838 | I 07/19/22  6  09/17/22 | 81022296 | 10,000.00 | 10,000.00 | | 10,000.00 | | | | | 10,000.00 |

Job: 81022296 / AF W/LABELING Subtotals:  **10,000.00   10,000.00   10,000.00**

Job: 81022301 / IR JLL T MOBILE

| 116554 | I 09/19/22  6  11/18/22 | 81022301 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022301 / IR JLL T MOBILE Subtotals:  **300.00   300.00   300.00**

Job: 81022302 / IR JLL T MOBILE

| 116547 | I 09/19/22  6  11/18/22 | 81022302 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022302 / IR JLL T MOBILE Subtotals:  **300.00   300.00   300.00**

Job: 81022303 / IR JLL T MOBILE

| 116546 | I 09/19/22  6  11/18/22 | 81022303 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022303 / IR JLL T MOBILE Subtotals:  **300.00   300.00   300.00**

Job: 81022304 / IR JLL T MOBILE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)** | | | | | | | | | | | | | |
| 116539 | I 09/19/22 | 6 | 11/18/22 | 81022304 | 985.00 | 985.00 | | 985.00 | | | 985.00 | | |
| Job: 81022304 / IR JLL T MOBILE Subtotals: | | | | | | **985.00** | | **985.00** | | | **985.00** | | |
| Job: 81022305 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116545 | I 09/19/22 | 6 | 11/18/22 | 81022305 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022305 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022306 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116538 | I 09/19/22 | 6 | 11/18/22 | 81022306 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022306 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022307 / AF W/LABELING | | | | | | | | | | | | | |
| 115839 | I 07/19/22 | 6 | 09/17/22 | 81022307 | 10,000.00 | 10,000.00 | | 10,000.00 | | | | | 10,000.00 |
| Job: 81022307 / AF W/LABELING Subtotals: | | | | | | **10,000.00** | | **10,000.00** | | | | | **10,000.00** |
| Job: 81022308 / AF W/LABELING | | | | | | | | | | | | | |
| 115840 | I 07/19/22 | 6 | 09/17/22 | 81022308 | 6,700.00 | 6,700.00 | | 6,700.00 | | | | | 6,700.00 |
| Job: 81022308 / AF W/LABELING Subtotals: | | | | | | **6,700.00** | | **6,700.00** | | | | | **6,700.00** |
| Job: 81022309 / AF W/LABELING | | | | | | | | | | | | | |
| 115841 | I 07/19/22 | 6 | 09/17/22 | 81022309 | 6,700.00 | 6,700.00 | | 6,700.00 | | | | | 6,700.00 |
| Job: 81022309 / AF W/LABELING Subtotals: | | | | | | **6,700.00** | | **6,700.00** | | | | | **6,700.00** |
| Job: 81022310 / LPS TRANSWESTERN | | | | | | | | | | | | | |
| 115643 | I 07/06/22 | 6 | 09/04/22 | 81022310 | 1,200.00 | 1,200.00 | | 1,200.00 | | | | | 1,200.00 |
| Job: 81022310 / LPS TRANSWESTERN Subtotals: | | | | | | **1,200.00** | | **1,200.00** | | | | | **1,200.00** |
| Job: 81022311 / AF MAIL LABELS | | | | | | | | | | | | | |
| 115842 | I 07/19/22 | 6 | 09/17/22 | 81022311 | 2,500.00 | 2,500.00 | | 2,500.00 | | | | | 2,500.00 |
| Job: 81022311 / AF MAIL LABELS Subtotals: | | | | | | **2,500.00** | | **2,500.00** | | | | | **2,500.00** |
| Job: 81022314 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116553 | I 09/19/22 | 6 | 11/18/22 | 81022314 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022314 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022315 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116552 | I 09/19/22 | 6 | 11/18/22 | 81022315 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022315 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022316 / AF JOHN HANCOCK | | | | | | | | | | | | | |
| 115979 | I 07/31/22 | 6 | 09/29/22 | 81022316 | 20,100.00 | 20,100.00 | | 20,100.00 | | | | 20,100.00 | |
| Job: 81022316 / AF JOHN HANCOCK Subtotals: | | | | | | **20,100.00** | | **20,100.00** | | | | **20,100.00** | |
| Job: 81022319 / SGM JOHN HANCOCK | | | | | | | | | | | | | |
| 116766 | I 10/03/22 | 6 | 12/02/22 | 81022319 | 6,860.00 | 6,860.00 | | 6,860.00 | 6,860.00 | | | | |
| Job: 81022319 / SGM JOHN HANCOCK Subtotals: | | | | | | **6,860.00** | | **6,860.00** | **6,860.00** | | | | |
| Job: 81022320 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116551 | I 09/19/22 | 6 | 11/18/22 | 81022320 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022320 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022321 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116550 | I 09/19/22 | 6 | 11/18/22 | 81022321 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Payment Terms | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS** (continued)

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022321 / IR JLL T MOBILE | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022322 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116549 | I | 09/19/22 | 6 | 11/18/22 | 81022322 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022322 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022323 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116578 | I | 09/19/22 | 6 | 11/18/22 | 81022323 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022323 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022324 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116579 | I | 09/19/22 | 6 | 11/18/22 | 81022324 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022324 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022325 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116580 | I | 09/19/22 | 6 | 11/18/22 | 81022325 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022325 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022326 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116581 | I | 09/19/22 | 6 | 11/18/22 | 81022326 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022326 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022327 / SGM STREAM REALTY | | | | | | | | | | | | | |
| 115932 | I | 07/28/22 | 6 | 09/26/22 | 81022327 | 5,250.00 | 5,250.00 | | 5,250.00 | | | | 5,250.00 | |
| Job: 81022327 / SGM STREAM REALTY Subtotals: | | | | | | **5,250.00** | | **5,250.00** | | | | **5,250.00** | |
| Job: 81022328 / AF LABELING AMERICOLD | | | | | | | | | | | | | |
| 115843 | I | 07/19/22 | 6 | 09/17/22 | 81022328 | 2,500.00 | 2,500.00 | | 2,500.00 | | | | | 2,500.00 |
| Job: 81022328 / AF LABELING AMERICOLD Subtotals: | | | | | | **2,500.00** | | **2,500.00** | | | | | **2,500.00** |
| Job: 81022329 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116582 | I | 09/19/22 | 6 | 11/18/22 | 81022329 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022329 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022330 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116583 | I | 09/19/22 | 6 | 11/18/22 | 81022330 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022330 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022331 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116584 | I | 09/19/22 | 6 | 11/18/22 | 81022331 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022331 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022332 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116585 | I | 09/19/22 | 6 | 11/18/22 | 81022332 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022332 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022333 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116615 | I | 09/20/22 | 6 | 11/19/22 | 81022333 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022333 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022335 / IR TRANSWESTERN | | | | | | | | | | | | | |
| 115702 | I | 07/07/22 | 6 | 09/05/22 | 81022335 | 9,750.00 | 9,750.00 | | 9,750.00 | | | | | 9,750.00 |
| Job: 81022335 / IR TRANSWESTERN Subtotals: | | | | | | **9,750.00** | | **9,750.00** | | | | | **9,750.00** |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type | Payment Terms | | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | Date | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022336 / AF W/LABELING PIEDMONT

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116617 | I 09/20/22 | 6 | 11/19/22 | 81022336 | 1,800.00 | 1,800.00 | | 1,800.00 | | 1,800.00 | | | |

Job: 81022336 / AF W/LABELING PIEDMONT Subtotals: **1,800.00** **1,800.00** **1,800.00**

Job: 81022337 / AF W/LABELING PIEDMONT

| 115703 | I 07/07/22 | 6 | 09/05/22 | 81022337 | 5,000.00 | 5,000.00 | | 5,000.00 | | | | | 5,000.00 |

Job: 81022337 / AF W/LABELING PIEDMONT Subtotals: **5,000.00** **5,000.00** **5,000.00**

Job: 81022338 / AF W/LABELING PIEDMONT

| 116618 | I 09/20/22 | 6 | 11/19/22 | 81022338 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022338 / AF W/LABELING PIEDMONT Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022339 / AF W/LABELING PIEDMONT

| 116619 | I 09/20/22 | 6 | 11/19/22 | 81022339 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022339 / AF W/LABELING PIEDMONT Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022340 / AF W/LABELING PIEDMONT

| 116620 | I 09/20/22 | 6 | 11/19/22 | 81022340 | 2,500.00 | 2,500.00 | | 2,500.00 | | 2,500.00 | | | |

Job: 81022340 / AF W/LABELING PIEDMONT Subtotals: **2,500.00** **2,500.00** **2,500.00**

Job: 81022341 / AF W/LABELING PIEDMONT

| 116625 | I 09/20/22 | 6 | 11/19/22 | 81022341 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022341 / AF W/LABELING PIEDMONT Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022342 / AF W/LABELING PIEDMONT

| 116626 | I 09/20/22 | 6 | 11/19/22 | 81022342 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022342 / AF W/LABELING PIEDMONT Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022343 / AF W/LABELING PIEDMONT

| 116627 | I 09/20/22 | 6 | 11/19/22 | 81022343 | 1,500.00 | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |

Job: 81022343 / AF W/LABELING PIEDMONT Subtotals: **1,500.00** **1,500.00** **1,500.00**

Job: 81022344 / AF W/LABELING PIEDMONT

| 116587 | I 09/19/22 | 6 | 11/18/22 | 81022344 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022344 / AF W/LABELING PIEDMONT Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022345 / AF W/LABELING PIEDMONT

| 116589 | I 09/19/22 | 6 | 11/18/22 | 81022345 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022345 / AF W/LABELING PIEDMONT Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022346 / AF W/LABELING PIEDMONT

| 116590 | I 09/19/22 | 6 | 11/18/22 | 81022346 | 600.00 | 600.00 | | 600.00 | | | 600.00 | | |

Job: 81022346 / AF W/LABELING PIEDMONT Subtotals: **600.00** **600.00** **600.00**

Job: 81022347 / AF W/LABELING PIEDMONT

| 116628 | I 09/20/22 | 6 | 11/19/22 | 81022347 | 900.00 | 900.00 | | 900.00 | | 900.00 | | | |

Job: 81022347 / AF W/LABELING PIEDMONT Subtotals: **900.00** **900.00** **900.00**

Job: 81022348 / AF W/LABELING PIEDMONT

| 117104 | I 10/27/22 | 6 | 12/26/22 | 81022348 | 1,000.00 | 1,000.00 | | 1,000.00 | 1,000.00 | | | | |

Job: 81022348 / AF W/LABELING PIEDMONT Subtotals: **1,000.00** **1,000.00** **1,000.00**

Job: 81022349 / AF W/LABELING PIEDMONT

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type / Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116849 | I  10/06/22  6 | 12/05/22 | 81022349 | 900.00 | 900.00 | | 900.00 | | 900.00 | | | |
| | Job: 81022349 / AF W/LABELING PIEDMONT Subtotals: | | | | **900.00** | | **900.00** | | **900.00** | | | |
| | Job: 81022350 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 117105 | I  10/27/22  6 | 12/26/22 | 81022350 | 1,000.00 | 1,000.00 | | 1,000.00 | 1,000.00 | | | | |
| | Job: 81022350 / AF W/LABELING PIEDMONT Subtotals: | | | | **1,000.00** | | **1,000.00** | **1,000.00** | | | | |
| | Job: 81022351 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116536 | I  09/19/22  6 | 11/18/22 | 81022351 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| | Job: 81022351 / AF W/LABELING PIEDMONT Subtotals: | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| | Job: 81022352 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116783 | I  10/03/22  6 | 12/02/22 | 81022352 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| | Job: 81022352 / AF W/LABELING PIEDMONT Subtotals: | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| | Job: 81022353 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116558 | I  09/19/22  6 | 11/18/22 | 81022353 | 2,000.00 | 2,000.00 | | 2,000.00 | | | 2,000.00 | | |
| | Job: 81022353 / AF W/LABELING PIEDMONT Subtotals: | | | | **2,000.00** | | **2,000.00** | | | **2,000.00** | | |
| | Job: 81022354 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116774 | I  10/03/22  6 | 12/02/22 | 81022354 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| | Job: 81022354 / AF W/LABELING PIEDMONT Subtotals: | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| | Job: 81022355 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116773 | I  10/03/22  6 | 12/02/22 | 81022355 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| | Job: 81022355 / AF W/LABELING PIEDMONT Subtotals: | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| | Job: 81022359 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116784 | I  10/03/22  6 | 12/02/22 | 81022359 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| | Job: 81022359 / AF W/LABELING PIEDMONT Subtotals: | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| | Job: 81022360 / AF W/LABELING PIEDMONT | | | | | | | | | | | |
| 116785 | I  10/03/22  6 | 12/02/22 | 81022360 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| | Job: 81022360 / AF W/LABELING PIEDMONT Subtotals: | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| | Job: 81022385 / AF W/LABELING JLL | | | | | | | | | | | |
| 116312 | I  08/24/22  6 | 10/23/22 | 81022385 | 2,255.00 | 2,255.00 | | 2,255.00 | | | | 2,255.00 | |
| | Job: 81022385 / AF W/LABELING JLL Subtotals: | | | | **2,255.00** | | **2,255.00** | | | | **2,255.00** | |
| | Job: 81022386 / AF W/LABELING JLL | | | | | | | | | | | |
| 116296 | I  08/25/22  6 | 10/24/22 | 81022386 | 5,725.00 | 5,725.00 | | 5,725.00 | | | | 5,725.00 | |
| | Job: 81022386 / AF W/LABELING JLL Subtotals: | | | | **5,725.00** | | **5,725.00** | | | | **5,725.00** | |
| | Job: 81022387 / AF W/LABELING JLL | | | | | | | | | | | |
| 116714 | I  09/28/22  6 | 11/27/22 | 81022387 | 3,835.00 | 3,835.00 | | 3,835.00 | | 3,835.00 | | | |
| | Job: 81022387 / AF W/LABELING JLL Subtotals: | | | | **3,835.00** | | **3,835.00** | | **3,835.00** | | | |
| | Job: 81022388 / AF W/LABELING JLL | | | | | | | | | | | |
| 116715 | I  09/28/22  6 | 11/27/22 | 81022388 | 8,495.00 | 8,495.00 | | 8,495.00 | | 8,495.00 | | | |
| | Job: 81022388 / AF W/LABELING JLL Subtotals: | | | | **8,495.00** | | **8,495.00** | | **8,495.00** | | | |
| | Job: 81022389 / AF W/LABELING JLL | | | | | | | | | | | |
| 116313 | I  08/24/22  6 | 10/23/22 | 81022389 | 5,095.00 | 5,095.00 | | 5,095.00 | | | | 5,095.00 | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type | Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Job: 81022389 / AF W/LABELING JLL Subtotals: | | **5,095.00** | | **5,095.00** | | | **5,095.00** | | |
| | | | | | Job: 81022390 / AF W/LABELING JLL | | | | | | | | | |
| 116716 | I | 09/28/22 | 6 | 11/27/22 | 81022390 | 5,450.00 | 5,450.00 | | 5,450.00 | 5,450.00 | | | | |
| | | | | | Job: 81022390 / AF W/LABELING JLL Subtotals: | | **5,450.00** | | **5,450.00** | **5,450.00** | | | | |
| | | | | | Job: 81022391 / AF W/LABELING JLL | | | | | | | | | |
| 116314 | I | 08/24/22 | 6 | 10/23/22 | 81022391 | 5,095.00 | 5,095.00 | | 5,095.00 | | | 5,095.00 | | |
| | | | | | Job: 81022391 / AF W/LABELING JLL Subtotals: | | **5,095.00** | | **5,095.00** | | | **5,095.00** | | |
| | | | | | Job: 81022393 / AF W/LABELING JLL | | | | | | | | | |
| 116717 | I | 09/28/22 | 6 | 11/27/22 | 81022393 | 2,630.00 | 2,630.00 | | 2,630.00 | 2,630.00 | | | | |
| | | | | | Job: 81022393 / AF W/LABELING JLL Subtotals: | | **2,630.00** | | **2,630.00** | **2,630.00** | | | | |
| | | | | | Job: 81022394 / AF W/LABELING JLL | | | | | | | | | |
| 116718 | I | 09/28/22 | 6 | 11/27/22 | 81022394 | 2,755.00 | 2,755.00 | | 2,755.00 | 2,755.00 | | | | |
| | | | | | Job: 81022394 / AF W/LABELING JLL Subtotals: | | **2,755.00** | | **2,755.00** | **2,755.00** | | | | |
| | | | | | Job: 81022395 / AF W/LABELING JLL | | | | | | | | | |
| 116719 | I | 09/28/22 | 6 | 11/27/22 | 81022395 | 2,630.00 | 2,630.00 | | 2,630.00 | 2,630.00 | | | | |
| | | | | | Job: 81022395 / AF W/LABELING JLL Subtotals: | | **2,630.00** | | **2,630.00** | **2,630.00** | | | | |
| | | | | | Job: 81022396 / AF W/LABELING JLL | | | | | | | | | |
| 116315 | I | 08/24/22 | 6 | 10/23/22 | 81022396 | 5,725.00 | 5,725.00 | | 5,725.00 | | | 5,725.00 | | |
| | | | | | Job: 81022396 / AF W/LABELING JLL Subtotals: | | **5,725.00** | | **5,725.00** | | | **5,725.00** | | |
| | | | | | Job: 81022399 / AF W/LABELING JLL | | | | | | | | | |
| 116316 | I | 08/24/22 | 6 | 10/23/22 | 81022399 | 11,605.00 | 11,605.00 | | 11,605.00 | | | 11,605.00 | | |
| | | | | | Job: 81022399 / AF W/LABELING JLL Subtotals: | | **11,605.00** | | **11,605.00** | | | **11,605.00** | | |
| | | | | | Job: 81022401 / AF W/LABELING JLL | | | | | | | | | |
| 116317 | I | 08/24/22 | 6 | 10/23/22 | 81022401 | 11,605.00 | 11,605.00 | | 11,605.00 | | | 11,605.00 | | |
| | | | | | Job: 81022401 / AF W/LABELING JLL Subtotals: | | **11,605.00** | | **11,605.00** | | | **11,605.00** | | |
| | | | | | Job: 81022428 / IR ZELLER REALTY | | | | | | | | | |
| 115912 | I | 07/26/22 | 6 | 09/24/22 | 81022428 | 975.00 | 975.00 | | 975.00 | | | | 975.00 | |
| | | | | | Job: 81022428 / IR ZELLER REALTY Subtotals: | | **975.00** | | **975.00** | | | | **975.00** | |
| | | | | | Job: 81022445 / IR SIMPSON | | | | | | | | | |
| 115351 | I | 06/13/22 | 6 | 08/12/22 | 81022445 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |
| | | | | | Job: 81022445 / IR SIMPSON Subtotals: | | **975.00** | | **975.00** | | | | | **975.00** |
| | | | | | Job: 81022447 / AF W/LABELING HERSCHEND | | | | | | | | | |
| 116530 | I | 09/19/22 | 6 | 11/18/22 | 81022447 | 23,500.00 | 23,500.00 | | 23,500.00 | | | 23,500.00 | | |
| | | | | | Job: 81022447 / AF W/LABELING HERSCHEND Subtotals: | | **23,500.00** | | **23,500.00** | | | **23,500.00** | | |
| | | | | | Job: 81022450 / AF- MAIL LABELS AMERICOLD | | | | | | | | | |
| 116261 | I | 08/22/22 | 6 | 10/21/22 | 81022450 | 2,500.00 | 2,500.00 | | 2,500.00 | | | 2,500.00 | | |
| | | | | | Job: 81022450 / AF- MAIL LABELS AMERICOLD Subtotals: | | **2,500.00** | | **2,500.00** | | | **2,500.00** | | |
| | | | | | Job: 81022451 / IR TRANSWESTERN | | | | | | | | | |
| 116850 | I | 10/06/22 | 6 | 12/05/22 | 81022451 | 2,925.00 | 2,925.00 | | 2,925.00 | 2,925.00 | | | | |
| | | | | | Job: 81022451 / IR TRANSWESTERN Subtotals: | | **2,925.00** | | **2,925.00** | **2,925.00** | | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)**

Job: 81022453 / IR BOEHRINGER

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115741 | I 07/13/22 | 6 | 09/11/22 | 81022453 | 3,900.00 | 3,900.00 | | 3,900.00 | | | | | 3,900.00 |
| Job: 81022453 / IR BOEHRINGER Subtotals: | | | | | | **3,900.00** | | **3,900.00** | | | | | **3,900.00** |

Job: 81022455 / IR JLL T MOBILE

| 116591 | I 09/19/22 | 6 | 11/18/22 | 81022455 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022455 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022457 / IR JLL T MOBILE

| 116592 | I 09/19/22 | 6 | 11/18/22 | 81022457 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022457 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022458 / IR JLL T MOBILE

| 116593 | I 09/19/22 | 6 | 11/18/22 | 81022458 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022458 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022459 / IR JLL T MOBILE

| 116629 | I 09/20/22 | 6 | 11/19/22 | 81022459 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022459 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | **300.00** | | | |

Job: 81022460 / IR JLL T MOBILE

| 116630 | I 09/20/22 | 6 | 11/19/22 | 81022460 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022460 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | **300.00** | | | |

Job: 81022462 / IR JLL T MOBILE

| 116594 | I 09/19/22 | 6 | 11/18/22 | 81022462 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022462 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022463 / IR JLL T MOBILE

| 116595 | I 09/19/22 | 6 | 11/18/22 | 81022463 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022463 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022464 / IR JLL T MOBILE

| 116596 | I 09/19/22 | 6 | 11/18/22 | 81022464 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022464 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022465 / IR JLL T MOBILE

| 116631 | I 09/20/22 | 6 | 11/19/22 | 81022465 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022465 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | **300.00** | | | |

Job: 81022466 / IR JLL T MOBILE

| 116597 | I 09/19/22 | 6 | 11/18/22 | 81022466 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022466 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022467 / IR JLL T MOBILE

| 116599 | I 09/19/22 | 6 | 11/18/22 | 81022467 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022467 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022468 / IR JLL T MOBILE

| 116600 | I 09/19/22 | 6 | 11/18/22 | 81022468 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022468 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |

Job: 81022469 / IR JLL T MOBILE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type | Payment Terms | Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS (continued)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116527 | I | 09/19/22 | 6 | 11/18/22 | 81022469 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022469 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022470 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 117065 | I | 10/25/22 | 6 | 12/24/22 | 81022470 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022470 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022471 / AF W/LABELING HINES | | | | | | | | | | | | | | |
| 115844 | I | 07/19/22 | 6 | 09/17/22 | 81022471 | 3,450.00 | 3,450.00 | | 3,450.00 | | | | | 3,450.00 |
| Job: 81022471 / AF W/LABELING HINES Subtotals: | | | | | | | **3,450.00** | | **3,450.00** | | | | | **3,450.00** |
| Job: 81022472 / IR COUSINS | | | | | | | | | | | | | | |
| 116262 | I | 08/22/22 | 6 | 10/21/22 | 81022472 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022472 / IR COUSINS Subtotals: | | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022473 / IR COUSINS | | | | | | | | | | | | | | |
| 116263 | I | 08/22/22 | 6 | 10/21/22 | 81022473 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022473 / IR COUSINS Subtotals: | | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022474 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116264 | I | 08/22/22 | 6 | 10/21/22 | 81022474 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022474 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022475 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 117106 | I | 10/27/22 | 6 | 12/26/22 | 81022475 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022475 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022476 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116772 | I | 10/03/22 | 6 | 12/02/22 | 81022476 | 400.00 | 400.00 | | 400.00 | | 400.00 | | | |
| Job: 81022476 / IR JLL T MOBILE Subtotals: | | | | | | | **400.00** | | **400.00** | | **400.00** | | | |
| Job: 81022477 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 117064 | I | 10/25/22 | 6 | 12/24/22 | 81022477 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022477 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022478 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116765 | I | 10/03/22 | 6 | 12/02/22 | 81022478 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022478 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022479 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116786 | I | 10/03/22 | 6 | 12/02/22 | 81022479 | 400.00 | 400.00 | | 400.00 | | | 400.00 | | |
| Job: 81022479 / IR JLL T MOBILE Subtotals: | | | | | | | **400.00** | | **400.00** | | | **400.00** | | |
| Job: 81022482 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116787 | I | 10/03/22 | 6 | 12/02/22 | 81022482 | 400.00 | 400.00 | | 400.00 | | | 400.00 | | |
| Job: 81022482 / IR JLL T MOBILE Subtotals: | | | | | | | **400.00** | | **400.00** | | | **400.00** | | |
| Job: 81022483 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116764 | I | 10/03/22 | 6 | 12/02/22 | 81022483 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022483 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022485 / AF W/LABELS | | | | | | | | | | | | | | |
| 116265 | I | 08/22/22 | 6 | 10/21/22 | 81022485 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS (continued)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022485 / AF W/LABELS Subtotals: | | | | | **500.00** | | **500.00** | | | **500.00** | | |
| Job: 81022486 / AF W/LABELS | | | | | | | | | | | | |
| 116266 | I 08/22/22  6 | 10/21/22 | 81022486 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |
| Job: 81022486 / AF W/LABELS Subtotals: | | | | | **500.00** | | **500.00** | | | **500.00** | | |
| Job: 81022487 / IR TK ELEVATOR | | | | | | | | | | | | |
| 115980 | I 07/31/22  6 | 09/29/22 | 81022487 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | 1,950.00 | |
| Job: 81022487 / IR TK ELEVATOR Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | | **1,950.00** | |
| Job: 81022488 / IR LIBERTY TIRE | | | | | | | | | | | | |
| 117107 | I 10/27/22  6 | 12/26/22 | 81022488 | 500.00 | 500.00 | | 500.00 | 500.00 | | | | |
| Job: 81022488 / IR LIBERTY TIRE Subtotals: | | | | | **500.00** | | **500.00** | **500.00** | | | | |
| Job: 81022490 / IR JLL T MOBILE | | | | | | | | | | | | |
| 116768 | I 10/03/22  6 | 12/02/22 | 81022490 | 400.00 | 400.00 | | 400.00 | | | 400.00 | | |
| Job: 81022490 / IR JLL T MOBILE Subtotals: | | | | | **400.00** | | **400.00** | | | **400.00** | | |
| Job: 81022491 / AF W/LABELING | | | | | | | | | | | | |
| 116345 | I 08/29/22  6 | 10/28/22 | 81022491 | 6,125.00 | 6,125.00 | | 6,125.00 | | | 6,125.00 | | |
| Job: 81022491 / AF W/LABELING Subtotals: | | | | | **6,125.00** | | **6,125.00** | | | **6,125.00** | | |
| Job: 81022492 / IR JLL T MOBILE | | | | | | | | | | | | |
| 116337 | I 08/26/22  6 | 10/25/22 | 81022492 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022492 / IR JLL T MOBILE Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022493 / AF W/LABELING | | | | | | | | | | | | |
| 116632 | I 09/20/22  6 | 11/19/22 | 81022493 | 8,000.00 | 8,000.00 | | 8,000.00 | | 8,000.00 | | | |
| Job: 81022493 / AF W/LABELING Subtotals: | | | | | **8,000.00** | | **8,000.00** | | **8,000.00** | | | |
| Job: 81022494 / AF UPDATE LABEL STREAM | | | | | | | | | | | | |
| 115728 | I 07/11/22  6 | 09/09/22 | 81022494 | 12,250.00 | 12,250.00 | | 12,250.00 | | | | | 12,250.00 |
| Job: 81022494 / AF UPDATE LABEL STREAM Subtotals: | | | | | **12,250.00** | | **12,250.00** | | | | | **12,250.00** |
| Job: 81022495 / SGM STREAM REALTY | | | | | | | | | | | | |
| 116559 | I 09/19/22  6 | 11/18/22 | 81022495 | 6,798.00 | 6,798.00 | | 6,798.00 | | | 6,798.00 | | |
| Job: 81022495 / SGM STREAM REALTY Subtotals: | | | | | **6,798.00** | | **6,798.00** | | | **6,798.00** | | |
| Job: 81022496 / IR BON SECOURS | | | | | | | | | | | | |
| 116633 | I 09/20/22  6 | 11/19/22 | 81022496 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022496 / IR BON SECOURS Subtotals: | | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022497 / AF BON SECOURS | | | | | | | | | | | | |
| 116634 | I 09/20/22  6 | 11/19/22 | 81022497 | 1,800.00 | 1,800.00 | | 1,800.00 | | 1,800.00 | | | |
| Job: 81022497 / AF BON SECOURS Subtotals: | | | | | **1,800.00** | | **1,800.00** | | **1,800.00** | | | |
| Job: 81022503 / IR-14567 GA HWY 36 | | | | | | | | | | | | |
| 115747 | I 07/13/22  6 | 09/11/22 | 81022503 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | | 1,950.00 |
| Job: 81022503 / IR-14567 GA HWY 36 Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | | | **1,950.00** |
| Job: 81022504 / LPS-1170 PEACHTREE ST | | | | | | | | | | | | |
| 116851 | I 10/06/22  6 | 12/05/22 | 81022504 | 1,264.00 | 1,264.00 | | 1,264.00 | | 1,264.00 | | | |
| Job: 81022504 / LPS-1170 PEACHTREE ST Subtotals: | | | | | **1,264.00** | | **1,264.00** | | **1,264.00** | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type | Payment Terms | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**
Job: 81022505 / IR-685 CEDAR CREST RD

| Invoice | Type | Terms | Due | Job | Original | Total | Retention | Non-Retention | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115929 | I | 07/28/22 | 6 | 09/26/22 | 81022505 | 5,850.00 | 5,850.00 | | 5,850.00 | | | | | 5,850.00 |

Job: 81022505 / IR-685 CEDAR CREST RD Subtotals: **5,850.00** **5,850.00** **5,850.00**
Job: 81022506 / IR-17 EXECUTIVE PARK

| 115986 | I | 07/31/22 | 6 | 09/29/22 | 81022506 | 2,150.00 | 2,150.00 | | 2,150.00 | | | | | 2,150.00 |

Job: 81022506 / IR-17 EXECUTIVE PARK Subtotals: **2,150.00** **2,150.00** **2,150.00**
Job: 81022509 / ELE-3925 BROOKSIDE PKWY

| 116346 | I | 08/29/22 | 6 | 10/28/22 | 81022509 | 5,000.00 | 5,000.00 | | 5,000.00 | | | | 5,000.00 | |

Job: 81022509 / ELE-3925 BROOKSIDE PKWY Subtotals: **5,000.00** **5,000.00** **5,000.00**
Job: 81022510 / SGM-3925 BROOKSIDE PKWY

| 116347 | I | 08/29/22 | 6 | 10/28/22 | 81022510 | 3,000.00 | 3,000.00 | | 3,000.00 | | | | 3,000.00 | |

Job: 81022510 / SGM-3925 BROOKSIDE PKWY Subtotals: **3,000.00** **3,000.00** **3,000.00**
Job: 81022511 / SGM-100 HERAEUS BLVD

| 116598 | I | 09/19/22 | 6 | 11/18/22 | 81022511 | 14,000.00 | 14,000.00 | | 14,000.00 | | | | 14,000.00 | |

Job: 81022511 / SGM-100 HERAEUS BLVD Subtotals: **14,000.00** **14,000.00** **14,000.00**
Job: 81022512 / IR-1180 W PEACHTREE ST

| 115845 | I | 07/19/22 | 6 | 09/17/22 | 81022512 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | | 1,950.00 |

Job: 81022512 / IR-1180 W PEACHTREE ST Subtotals: **1,950.00** **1,950.00** **1,950.00**
Job: 81022513 / ELE-1400 HOLOCOMB BRIDGE

| 117108 | I | 10/27/22 | 6 | 12/26/22 | 81022513 | 2,000.00 | 2,000.00 | | 2,000.00 | 2,000.00 | | | | |

Job: 81022513 / ELE-1400 HOLOCOMB BRIDGE Subtotals: **2,000.00** **2,000.00** **2,000.00**
Job: 81022514 / IR-3290 NORTHSIDE PKWY

| 115739 | I | 07/13/22 | 6 | 09/11/22 | 81022514 | 487.50 | 487.50 | | 487.50 | | | | | 487.50 |

Job: 81022514 / IR-3290 NORTHSIDE PKWY Subtotals: **487.50** **487.50** **487.50**
Job: 81022515 / AF-3003 SUMMIT BLVD

| 116771 | I | 10/03/22 | 6 | 12/02/22 | 81022515 | 13,000.00 | 13,000.00 | | 13,000.00 | | 13,000.00 | | | |

Job: 81022515 / AF-3003 SUMMIT BLVD Subtotals: **13,000.00** **13,000.00** **13,000.00**
Job: 81022516 / IR-55 MARIETTA

| 116537 | I | 09/19/22 | 6 | 11/18/22 | 81022516 | 2,922.00 | 2,922.00 | | 2,922.00 | | | | 2,922.00 | |

Job: 81022516 / IR-55 MARIETTA Subtotals: **2,922.00** **2,922.00** **2,922.00**
Job: 81022517 / IR-2000 SEQUOYAH

| 115930 | I | 07/28/22 | 6 | 09/26/22 | 81022517 | 3,800.00 | 3,800.00 | | 3,800.00 | | | | | 3,800.00 |

Job: 81022517 / IR-2000 SEQUOYAH Subtotals: **3,800.00** **3,800.00** **3,800.00**
Job: 81022518 / IR-1270 NUCLEAR PLANT RD

| 116543 | I | 09/19/22 | 6 | 11/18/22 | 81022518 | 3,325.00 | 3,325.00 | | 3,325.00 | | | | 3,325.00 | |

Job: 81022518 / IR-1270 NUCLEAR PLANT RD Subtotals: **3,325.00** **3,325.00** **3,325.00**
Job: 81022519 / IR-714 SWAN POND RD

| 116560 | I | 09/19/22 | 6 | 11/18/22 | 81022519 | 2,765.00 | 2,765.00 | | 2,765.00 | | | | 2,765.00 | |

Job: 81022519 / IR-714 SWAN POND RD Subtotals: **2,765.00** **2,765.00** **2,765.00**
Job: 81022520 / IR-950 INDUSTRIAL BLVD

# Allison-Smith Company LLC
## Detail A/R Aged Open Items Report Sorted by Customer Alpha Code
### For The Period Ending: 12/19/22

| Invoice / Check # | Transaction Type / Payment Terms | | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Date | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115764 | I 07/14/22  6 | 09/12/22 | 81022520 | 975.00 | 975.00 | | 975.00 | | | | | | 975.00 |
| Job: 81022520 / IR-950 INDUSTRIAL BLVD Subtotals: | | | | | **975.00** | | **975.00** | | | | | | **975.00** |
| Job: 81022521 / IR-725 PONCE DELEON AVE | | | | | | | | | | | | | |
| 116100 | I 08/12/22  6 | 10/11/22 | 81022521 | 975.00 | 975.00 | | 975.00 | | | | 975.00 | | |
| Job: 81022521 / IR-725 PONCE DELEON AVE Subtotals: | | | | | **975.00** | | **975.00** | | | | **975.00** | | |
| Job: 81022523 / AF-2001 ALL RIVER RD | | | | | | | | | | | | | |
| 116561 | I 09/19/22  6 | 11/18/22 | 81022523 | 3,250.00 | 3,250.00 | | 3,250.00 | | | | 3,250.00 | | |
| Job: 81022523 / AF-2001 ALL RIVER RD Subtotals: | | | | | **3,250.00** | | **3,250.00** | | | | **3,250.00** | | |
| Job: 81022524 / IR-4005 FULTON INDUSTRIAL | | | | | | | | | | | | | |
| 116562 | I 09/19/22  6 | 11/18/22 | 81022524 | 300.00 | 300.00 | | 300.00 | | | | 300.00 | | |
| Job: 81022524 / IR-4005 FULTON INDUSTRIAL Subtotals: | | | | | **300.00** | | **300.00** | | | | **300.00** | | |
| Job: 81022526 / IR-5680 NEW NORTHSIDE DR | | | | | | | | | | | | | |
| 116563 | I 09/19/22  6 | 11/18/22 | 81022526 | 300.00 | 300.00 | | 300.00 | | | | 300.00 | | |
| Job: 81022526 / IR-5680 NEW NORTHSIDE DR Subtotals: | | | | | **300.00** | | **300.00** | | | | **300.00** | | |
| Job: 81022527 / SG BREAKER TESTING | | | | | | | | | | | | | |
| 116269 | I 08/22/22  6 | 10/21/22 | 81022527 | 2,800.00 | 2,800.00 | | 2,800.00 | | | | 2,800.00 | | |
| Job: 81022527 / SG BREAKER TESTING Subtotals: | | | | | **2,800.00** | | **2,800.00** | | | | **2,800.00** | | |
| Job: 81022528 / IR-1265 EDGEMOOR RD | | | | | | | | | | | | | |
| 116535 | I 09/19/22  6 | 11/18/22 | 81022528 | 3,300.00 | 3,300.00 | | 3,300.00 | | | | 3,300.00 | | |
| Job: 81022528 / IR-1265 EDGEMOOR RD Subtotals: | | | | | **3,300.00** | | **3,300.00** | | | | **3,300.00** | | |
| Job: 81022529 / IR-299 TVA POND RD | | | | | | | | | | | | | |
| 116544 | I 09/19/22  6 | 11/18/22 | 81022529 | 2,975.00 | 2,975.00 | | 2,975.00 | | | | 2,975.00 | | |
| Job: 81022529 / IR-299 TVA POND RD Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | | **2,975.00** | | |
| Job: 81022530 / AR W/LABELING LILLIBRIDGE | | | | | | | | | | | | | |
| 116635 | I 09/20/22  6 | 11/19/22 | 81022530 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | | |
| Job: 81022530 / AR W/LABELING LILLIBRIDGE Subtotals: | | | | | **500.00** | | **500.00** | | | **500.00** | | | |
| Job: 81022531 / IR 1800 ZINC RD | | | | | | | | | | | | | |
| 116271 | I 08/22/22  6 | 10/21/22 | 81022531 | 2,975.00 | 2,975.00 | | 2,975.00 | | | | 2,975.00 | | |
| Job: 81022531 / IR 1800 ZINC RD Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | | **2,975.00** | | |
| Job: 81022532 / IR 815 CUMBERLAND CITY RD | | | | | | | | | | | | | |
| 116272 | I 08/22/22  6 | 10/21/22 | 81022532 | 2,975.00 | 2,975.00 | | 2,975.00 | | | | 2,975.00 | | |
| Job: 81022532 / IR 815 CUMBERLAND CITY RD Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | | **2,975.00** | | |
| Job: 81022533 / IR 1950 DUPONT ROAD | | | | | | | | | | | | | |
| 116273 | I 08/22/22  6 | 10/21/22 | 81022533 | 2,765.00 | 2,765.00 | | 2,765.00 | | | | 2,765.00 | | |
| Job: 81022533 / IR 1950 DUPONT ROAD Subtotals: | | | | | **2,765.00** | | **2,765.00** | | | | **2,765.00** | | |
| Job: 81022534 / IR NUCLEAR PLANT ROAD | | | | | | | | | | | | | |
| 116636 | I 09/20/22  6 | 11/19/22 | 81022534 | 3,000.00 | 3,000.00 | | 3,000.00 | | | 3,000.00 | | | |
| Job: 81022534 / IR NUCLEAR PLANT ROAD Subtotals: | | | | | **3,000.00** | | **3,000.00** | | | **3,000.00** | | | |
| Job: 81022535 / IR 13246 STATE ROAD 176 | | | | | | | | | | | | | |
| 116274 | I 08/22/22  6 | 10/21/22 | 81022535 | 2,975.00 | 2,975.00 | | 2,975.00 | | | | 2,975.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type / Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Open Balance Retention | Open Balance Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Job: 81022535 / IR 13246 STATE ROAD 176 Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | **2,975.00** | | |
| | Job: 81022536 / IR 1901 RIVERSIDE PARKWAY | | | | | | | | | | | | |
| 116564 | I 09/19/22  6 | 11/18/22 | | 81022536 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| | Job: 81022536 / IR 1901 RIVERSIDE PARKWAY Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| | Job: 81022537 / AF 350 LAS OLAS PLACE | | | | | | | | | | | | |
| 116534 | I 09/19/22  6 | 11/18/22 | | 81022537 | 19,000.00 | 19,000.00 | | 19,000.00 | | | 19,000.00 | | |
| | Job: 81022537 / AF 350 LAS OLAS PLACE Subtotals: | | | | | **19,000.00** | | **19,000.00** | | | **19,000.00** | | |
| | Job: 81022538 / AF 450 LAS OLAS PLACE | | | | | | | | | | | | |
| 116533 | I 09/19/22  6 | 11/18/22 | | 81022538 | 15,000.00 | 15,000.00 | | 15,000.00 | | | 15,000.00 | | |
| | Job: 81022538 / AF 450 LAS OLAS PLACE Subtotals: | | | | | **15,000.00** | | **15,000.00** | | | **15,000.00** | | |
| | Job: 81022540 / LPS 5995 WINDWARD PARKWAY | | | | | | | | | | | | |
| 116852 | I 10/06/22  6 | 12/05/22 | | 81022540 | 1,492.00 | 1,492.00 | | 1,492.00 | | 1,492.00 | | | |
| | Job: 81022540 / LPS 5995 WINDWARD PARKWAY Subtotals: | | | | | **1,492.00** | | **1,492.00** | | **1,492.00** | | | |
| | Job: 81022542 / AF 1950 SUMMIT PARK DR | | | | | | | | | | | | |
| 116637 | I 09/20/22  6 | 11/19/22 | | 81022542 | 12,104.00 | 12,104.00 | | 12,104.00 | | 12,104.00 | | | |
| | Job: 81022542 / AF 1950 SUMMIT PARK DR Subtotals: | | | | | **12,104.00** | | **12,104.00** | | **12,104.00** | | | |
| | Job: 81022544 / LPS 100 N POINT CENTER E | | | | | | | | | | | | |
| 116434 | I 09/07/22  6 | 11/06/22 | | 81022544 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| | Job: 81022544 / LPS 100 N POINT CENTER E Subtotals: | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| | Job: 81022545 / LPS 200 N POINT CENTER E | | | | | | | | | | | | |
| 116435 | I 09/07/22  6 | 11/06/22 | | 81022545 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| | Job: 81022545 / LPS 200 N POINT CENTER E Subtotals: | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| | Job: 81022546 / LPS 333 N POINT CENTER E | | | | | | | | | | | | |
| 116526 | I 09/19/22  6 | 11/18/22 | | 81022546 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| | Job: 81022546 / LPS 333 N POINT CENTER E Subtotals: | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| | Job: 81022547 / LPS 555 N POINT CENTER E | | | | | | | | | | | | |
| 116525 | I 09/19/22  6 | 11/18/22 | | 81022547 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| | Job: 81022547 / LPS 555 N POINT CENTER E Subtotals: | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| | Job: 81022548 / IR 3100 CUMBERLAND BLVD | | | | | | | | | | | | |
| 116531 | I 09/19/22  6 | 11/18/22 | | 81022548 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| | Job: 81022548 / IR 3100 CUMBERLAND BLVD Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| | Job: 81022550 / IR FRANKLIN GATEWAY | | | | | | | | | | | | |
| 116565 | I 09/19/22  6 | 11/18/22 | | 81022550 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| | Job: 81022550 / IR FRANKLIN GATEWAY Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| | Job: 81022551 / AF-800 WARREN RD | | | | | | | | | | | | |
| 116750 | I 09/30/22  6 | 11/29/22 | | 81022551 | 24,939.00 | 24,939.00 | | 24,939.00 | | 24,939.00 | | | |
| | Job: 81022551 / AF-800 WARREN RD Subtotals: | | | | | **24,939.00** | | **24,939.00** | | **24,939.00** | | | |
| | Job: 81022554 / IR-3414 PEACHTREE RD | | | | | | | | | | | | |
| 116566 | I 09/19/22  6 | 11/18/22 | | 81022554 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| | Job: 81022554 / IR-3414 PEACHTREE RD Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms / Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)**

Job: 81022555 / LPS 3630 PEACHTREE RD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116853 | I 10/06/22   6 | 12/05/22 | 81022555 | 1,672.00 | 1,672.00 | | 1,672.00 | 1,672.00 | | | | |

Job: 81022555 / LPS 3630 PEACHTREE RD Subtotals: **1,672.00**   **1,672.00**   **1,672.00**

Job: 81022556 / IR 3625 CUMBERLAND BLVD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116567 | I 09/19/22   6 | 11/18/22 | 81022556 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022556 / IR 3625 CUMBERLAND BLVD Subtotals: **975.00**   **975.00**   **975.00**

Job: 81022557 / IR 800 NORTHPOINT PARKWAY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116279 | I 08/24/22   6 | 10/23/22 | 81022557 | 512.50 | 512.50 | | 512.50 | | | | 512.50 | |

Job: 81022557 / IR 800 NORTHPOINT PARKWAY Subtotals: **512.50**   **512.50**   **512.50**

Job: 81022558 / IR 900 NORTHPOINT PARKWAY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116280 | I 08/24/22   6 | 10/23/22 | 81022558 | 512.50 | 512.50 | | 512.50 | | | | 512.50 | |

Job: 81022558 / IR 900 NORTHPOINT PARKWAY Subtotals: **512.50**   **512.50**   **512.50**

Job: 81022559 / LPS 3225 CUMBERLAND BLVD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116568 | I 09/19/22   6 | 11/18/22 | 81022559 | 1,250.00 | 1,250.00 | | 1,250.00 | | | 1,250.00 | | |

Job: 81022559 / LPS 3225 CUMBERLAND BLVD Subtotals: **1,250.00**   **1,250.00**   **1,250.00**

Job: 81022560 / AF ADD 371 E PACES FERRY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116855 | I 10/06/22   6 | 12/05/22 | 81022560 | 1,000.00 | 1,000.00 | | 1,000.00 | 1,000.00 | | | | |

> 10/13/22 / 10:37:51 KAW Note:
> Per Kim Anastasia, I have to have PO#12481 reviewed prior to sending.
> 10/24/22 / 11:10:59 KAW Note:
> Contacted Kim Anastia for update regarding PO to submit invoice. Per Kim,
> I have asked for an update.

Job: 81022560 / AF ADD 371 E PACES FERRY Subtotals: **1,000.00**   **1,000.00**   **1,000.00**

Job: 81022561 / IR REPAIR-4170 ASHFORD

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116124 | I 08/15/22   6 | 10/14/22 | 81022561 | 1,868.00 | 1,868.00 | | 1,868.00 | | | | | 1,868.00 |

Job: 81022561 / IR REPAIR-4170 ASHFORD Subtotals: **1,868.00**   **1,868.00**   **1,868.00**

Job: 81022562 / ELE 764 GEORGE CAGLE DR

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116528 | I 09/19/22   6 | 11/18/22 | 81022562 | 1,837.00 | 1,837.00 | | 1,837.00 | | | 1,837.00 | | |

Job: 81022562 / ELE 764 GEORGE CAGLE DR Subtotals: **1,837.00**   **1,837.00**   **1,837.00**

Job: 81022563 / IR 1955 LAKE PARK DR

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116186 | I 08/18/22   6 | 10/17/22 | 81022563 | 7,372.00 | 7,372.00 | | 7,372.00 | | | | | 7,372.00 |

Job: 81022563 / IR 1955 LAKE PARK DR Subtotals: **7,372.00**   **7,372.00**   **7,372.00**

Job: 81022564 / IR 400&50 CHASTAIN

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116089 | I 08/11/22   6 | 10/10/22 | 81022564 | 2,094.00 | 2,094.00 | | 2,094.00 | | | | | 2,094.00 |

Job: 81022564 / IR 400&50 CHASTAIN Subtotals: **2,094.00**   **2,094.00**   **2,094.00**

Job: 81022566 / IR-4100 Wildwood Pkwy

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116548 | I 09/19/22   6 | 11/18/22 | 81022566 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022566 / IR-4100 Wildwood Pkwy Subtotals: **975.00**   **975.00**   **975.00**

Job: 81022567 / LPS-4100 Wildwood Pkwy

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116125 | I 08/15/22   6 | 10/14/22 | 81022567 | 1,200.00 | 1,200.00 | | 1,200.00 | | | | | 1,200.00 |

Job: 81022567 / LPS-4100 Wildwood Pkwy Subtotals: **1,200.00**   **1,200.00**   **1,200.00**

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022568 / IR-4200 Wildwood Pkwy

| 116569 | I 09/19/22  6  11/18/22 | 81022568 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022568 / IR-4200 Wildwood Pkwy Subtotals:  **975.00**  **975.00**  **975.00**

Job: 81022569 / LPS 4200 Wildwood Pkwy

| 116570 | I 09/19/22  6  11/18/22 | 81022569 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022569 / LPS 4200 Wildwood Pkwy Subtotals:  **1,200.00**  **1,200.00**  **1,200.00**

Job: 81022570 / IR-4300 WILDWOOD PKWY

| 116571 | I 09/19/22  6  11/18/22 | 81022570 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022570 / IR-4300 WILDWOOD PKWY Subtotals:  **975.00**  **975.00**  **975.00**

Job: 81022571 / LPS-4300 WILDWOOD PKWY

| 116572 | I 09/19/22  6  11/18/22 | 81022571 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022571 / LPS-4300 WILDWOOD PKWY Subtotals:  **1,200.00**  **1,200.00**  **1,200.00**

Job: 81022572 / IR-2500 WINDY RIDGE PKWY

| 116037 | I 08/08/22  6  10/07/22 | 81022572 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | | 1,950.00 |

Job: 81022572 / IR-2500 WINDY RIDGE PKWY Subtotals:  **1,950.00**  **1,950.00**  **1,950.00**

Job: 81022573 / LPS-2500 WINDY RIDGE PKWY

| 116038 | I 08/08/22  6  10/07/22 | 81022573 | 1,200.00 | 1,200.00 | | 1,200.00 | | | | | 1,200.00 |

Job: 81022573 / LPS-2500 WINDY RIDGE PKWY Subtotals:  **1,200.00**  **1,200.00**  **1,200.00**

Job: 81022574 / IR-5673 PEACHTREE DUNWOOD

| 116090 | I 08/11/22  6  10/10/22 | 81022574 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |

Job: 81022574 / IR-5673 PEACHTREE DUNWOOD Subtotals:  **975.00**  **975.00**  **975.00**

Job: 81022575 / IR-715 PEACHTREE ST

| 116573 | I 09/19/22  6  11/18/22 | 81022575 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022575 / IR-715 PEACHTREE ST Subtotals:  **300.00**  **300.00**  **300.00**

Job: 81022576 / AF 3424 PEACHTREE RD NE

| 116775 | I 10/03/22  6  12/02/22 | 81022576 | 16,500.00 | 16,500.00 | | 16,500.00 | 16,500.00 | | | | |

Job: 81022576 / AF 3424 PEACHTREE RD NE Subtotals:  **16,500.00**  **16,500.00**  **16,500.00**

Job: 81022578 / IR-5445 MERIDIAN MARK RD

| 116281 | I 08/24/22  6  10/23/22 | 81022578 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022578 / IR-5445 MERIDIAN MARK RD Subtotals:  **975.00**  **975.00**  **975.00**

Job: 81022580 / LPS-5445 MERIDIAN MARK RD

| 116282 | I 08/24/22  6  10/23/22 | 81022580 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022580 / LPS-5445 MERIDIAN MARK RD Subtotals:  **1,200.00**  **1,200.00**  **1,200.00**

Job: 81022581 / IR 350 LAS OLAS PL

| 116760 | I 10/03/22  6  12/02/22 | 81022581 | 3,240.00 | 3,240.00 | | 3,240.00 | 3,240.00 | | | | |

Job: 81022581 / IR 350 LAS OLAS PL Subtotals:  **3,240.00**  **3,240.00**  **3,240.00**

Job: 81022582 / IR 450 LAS OLAS PLACE

| 116788 | I 10/03/22  6  12/02/22 | 81022582 | 2,000.00 | 2,000.00 | | 2,000.00 | 2,000.00 | | | | |

Job: 81022582 / IR 450 LAS OLAS PLACE Subtotals:  **2,000.00**  **2,000.00**  **2,000.00**

Job: 81022585 / IR-1180 W PEACHTREE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms / Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)** | | | | | | | | | | | | |
| 116091 | I 08/11/22  6 | 10/10/22 | 81022585 | 1,576.00 | 1,576.00 | | 1,576.00 | | | | 1,576.00 | |
| Job: 81022585 / IR-1180 W PEACHTREE Subtotals: | | | | | **1,576.00** | | **1,576.00** | | | | **1,576.00** | |
| Job: 81022588 / EC 2500 NWINDS PKWY | | | | | | | | | | | | |
| 116288 | I 08/25/22  6 | 10/24/22 | 81022588 | 630.00 | 630.00 | | 630.00 | | | 630.00 | | |
| Job: 81022588 / EC 2500 NWINDS PKWY Subtotals: | | | | | **630.00** | | **630.00** | | | **630.00** | | |
| Job: 81022589 / AF 2500 PATRICK HENRY PK | | | | | | | | | | | | |
| 116854 | I 10/06/22  6 | 12/05/22 | 81022589 | 3,500.00 | 3,500.00 | | 3,500.00 | 3,500.00 | | | | |
| Job: 81022589 / AF 2500 PATRICK HENRY PK Subtotals: | | | | | **3,500.00** | | **3,500.00** | **3,500.00** | | | | |
| Job: 81022590 / IR 11560 GREAT OAKS WAY | | | | | | | | | | | | |
| 116348 | I 08/29/22  6 | 10/28/22 | 81022590 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022590 / IR 11560 GREAT OAKS WAY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022591 / IR 11560 GREAT OAKS WAY | | | | | | | | | | | | |
| 116349 | I 08/29/22  6 | 10/28/22 | 81022591 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022591 / IR 11560 GREAT OAKS WAY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022592 / IR 11560 GREAT OAKS WAY | | | | | | | | | | | | |
| 116350 | I 08/29/22  6 | 10/28/22 | 81022592 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022592 / IR 11560 GREAT OAKS WAY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022593 / IR 4501 NORTHPOINT PKWY | | | | | | | | | | | | |
| 116351 | I 08/29/22  6 | 10/28/22 | 81022593 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022593 / IR 4501 NORTHPOINT PKWY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022594 / IR 3475 PIEDMONT RD | | | | | | | | | | | | |
| 116574 | I 09/19/22  6 | 11/18/22 | 81022594 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022594 / IR 3475 PIEDMONT RD Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022595 / IR 1040 CROWN POINTE | | | | | | | | | | | | |
| 116485 | I 09/13/22  6 | 11/12/22 | 81022595 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022595 / IR 1040 CROWN POINTE Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022596 / IR 1050 CROWN POINTE | | | | | | | | | | | | |
| 116500 | I 09/15/22  6 | 11/14/22 | 81022596 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022596 / IR 1050 CROWN POINTE Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022597 / IR 746 WILOUGHBY WAY | | | | | | | | | | | | |
| 116433 | I 09/07/22  6 | 11/06/22 | 81022597 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022597 / IR 746 WILOUGHBY WAY Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022598 / IR 3050 PEACHTREE RD | | | | | | | | | | | | |
| 116789 | I 10/03/22  6 | 12/02/22 | 81022598 | 975.00 | 975.00 | | 975.00 | 975.00 | | | | |
| Job: 81022598 / IR 3050 PEACHTREE RD Subtotals: | | | | | **975.00** | | **975.00** | **975.00** | | | | |
| Job: 81022599 / IR 3060 PEACHTREE RD | | | | | | | | | | | | |
| 116524 | I 09/19/22  6 | 11/18/22 | 81022599 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022599 / IR 3060 PEACHTREE RD Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022600 / IR 3348 PEACHTREE RD | | | | | | | | | | | | |
| 116575 | I 09/19/22  6 | 11/18/22 | 81022600 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS** (continued)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022600 / IR 3348 PEACHTREE RD Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022601 / IR 3350 PEACHTREE RD | | | | | | | | | | | | |
| 116576 | I 09/19/22  6  11/18/22 | | 81022601 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022601 / IR 3350 PEACHTREE RD Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022603 / AFMAILLABELS 2750 ORBITER | | | | | | | | | | | | |
| 117109 | I 10/27/22  6  12/26/22 | | 81022603 | 2,500.00 | 2,500.00 | | 2,500.00 | 2,500.00 | | | | |
| Job: 81022603 / AFMAILLABELS 2750 ORBITER Subtotals: | | | | | **2,500.00** | | **2,500.00** | **2,500.00** | | | | |
| Job: 81022604 / AF 223 MIDDLETON RUN RD | | | | | | | | | | | | |
| 116283 | I 08/24/22  6  10/23/22 | | 81022604 | 1,000.00 | 1,000.00 | | 1,000.00 | | | 1,000.00 | | |
| Job: 81022604 / AF 223 MIDDLETON RUN RD Subtotals: | | | | | **1,000.00** | | **1,000.00** | | | **1,000.00** | | |
| Job: 81022605 / IR 75 5TH ST SW | | | | | | | | | | | | |
| 116289 | I 08/25/22  6  10/24/22 | | 81022605 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022605 / IR 75 5TH ST SW Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022606 / IR 85 5TH ST NW | | | | | | | | | | | | |
| 116352 | I 08/29/22  6  10/28/22 | | 81022606 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022606 / IR 85 5TH ST NW Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022607 / AF LABEL 4170 ASHFORD DUN | | | | | | | | | | | | |
| 116763 | I 10/03/22  6  12/02/22 | | 81022607 | 7,560.00 | 7,560.00 | | 7,560.00 | | 7,560.00 | | | |
| Job: 81022607 / AF LABEL 4170 ASHFORD DUN Subtotals: | | | | | **7,560.00** | | **7,560.00** | | **7,560.00** | | | |
| Job: 81022608 / IR 4170 ASHFORD DUNWOODY | | | | | | | | | | | | |
| 116767 | I 10/03/22  6  12/02/22 | | 81022608 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
| Job: 81022608 / IR 4170 ASHFORD DUNWOODY Subtotals: | | | | | **975.00** | | **975.00** | | **975.00** | | | |
| Job: 81022609 / IR 1261 WILLOW RUN RD | | | | | | | | | | | | |
| 116436 | I 09/07/22  6  11/06/22 | | 81022609 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
| Job: 81022609 / IR 1261 WILLOW RUN RD Subtotals: | | | | | **2,925.00** | | **2,925.00** | | | **2,925.00** | | |
| Job: 81022610 / IR 3655 N POINT PKWY | | | | | | | | | | | | |
| 116353 | I 08/29/22  6  10/28/22 | | 81022610 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022610 / IR 3655 N POINT PKWY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022611 / IR 11575 GREAT OAKS WAY | | | | | | | | | | | | |
| 116355 | I 08/29/22  6  10/28/22 | | 81022611 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022611 / IR 11575 GREAT OAKS WAY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022612 / IR 11675 GREAT OAKS WAY | | | | | | | | | | | | |
| 116356 | I 08/29/22  6  10/28/22 | | 81022612 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022612 / IR 11675 GREAT OAKS WAY Subtotals: | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022614 / IR 250 E PONCE DE LEON | | | | | | | | | | | | |
| 116759 | I 10/03/22  6  12/02/22 | | 81022614 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
| Job: 81022614 / IR 250 E PONCE DE LEON Subtotals: | | | | | **975.00** | | **975.00** | | **975.00** | | | |
| Job: 81022615 / ELECTRIC INS 864 SPRING | | | | | | | | | | | | |
| 116665 | I 09/22/22  6  11/21/22 | | 81022615 | 750.00 | 750.00 | | 750.00 | | 750.00 | | | |
| Job: 81022615 / ELECTRIC INS 864 SPRING Subtotals: | | | | | **750.00** | | **750.00** | | **750.00** | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
For The Period Ending: 12/19/22

| Transaction Type | Payment Terms | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022616 / BREAK INS 133 PEACHTREE

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116438 | I 09/07/22 | 6 | 11/06/22 | 81022616 | 1,360.00 | 1,360.00 | | 1,360.00 | | | 1,360.00 | | |

Job: 81022616 / BREAK INS 133 PEACHTREE Subtotals: **1,360.00** **1,360.00** **1,360.00**

Job: 81022618 / LPS 1110 SANCTUARY PKWY

| 116779 | I 10/03/22 | 6 | 12/02/22 | 81022618 | 1,200.00 | 1,200.00 | | 1,200.00 | 1,200.00 | | | | |

Job: 81022618 / LPS 1110 SANCTUARY PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022619 / LPS 1130 SANCTUARY PKWY

| 116577 | I 09/19/22 | 6 | 11/18/22 | 81022619 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022619 / LPS 1130 SANCTUARY PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022621 / IR 100 ASHFORD CENTER N

| 116856 | I 10/06/22 | 6 | 12/05/22 | 81022621 | 975.00 | 975.00 | | 975.00 | 975.00 | | | | |

Job: 81022621 / IR 100 ASHFORD CENTER N Subtotals: **975.00** **975.00** **975.00**

Job: 81022622 / IR 3440 PRESTON RIDGE RD

| 116777 | I 10/03/22 | 6 | 12/02/22 | 81022622 | 535.00 | 535.00 | | 535.00 | 535.00 | | | | |

Job: 81022622 / IR 3440 PRESTON RIDGE RD Subtotals: **535.00** **535.00** **535.00**

Job: 81022623 / IR 3750 BROOKSIDE PKWY

| 116857 | I 10/06/22 | 6 | 12/05/22 | 81022623 | 512.00 | 512.00 | | 512.00 | 512.00 | | | | |

Job: 81022623 / IR 3750 BROOKSIDE PKWY Subtotals: **512.00** **512.00** **512.00**

Job: 81022624 / IR 3805 CRESTWOOD PKWY

| 116523 | I 09/19/22 | 6 | 11/18/22 | 81022624 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |

Job: 81022624 / IR 3805 CRESTWOOD PKWY Subtotals: **512.00** **512.00** **512.00**

Job: 81022625 / IR 3885 CRESTWOOD PKWY

| 116522 | I 09/19/22 | 6 | 11/18/22 | 81022625 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |

Job: 81022625 / IR 3885 CRESTWOOD PKWY Subtotals: **512.00** **512.00** **512.00**

Job: 81022626 / IR 3715 NORTHSIDE PKWY

| 116758 | I 10/03/22 | 6 | 12/02/22 | 81022626 | 1,950.00 | 1,950.00 | | 1,950.00 | 1,950.00 | | | | |

Job: 81022626 / IR 3715 NORTHSIDE PKWY Subtotals: **1,950.00** **1,950.00** **1,950.00**

Job: 81022627 / LPS 3715 NORTHSIDE PKWY

| 116757 | I 10/03/22 | 6 | 12/02/22 | 81022627 | 1,200.00 | 1,200.00 | | 1,200.00 | 1,200.00 | | | | |

Job: 81022627 / LPS 3715 NORTHSIDE PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022628 / AF ADD 825 10TH ST NW

| 116776 | I 10/03/22 | 6 | 12/02/22 | 81022628 | 6,000.00 | 6,000.00 | | 6,000.00 | 6,000.00 | | | | |

Job: 81022628 / AF ADD 825 10TH ST NW Subtotals: **6,000.00** **6,000.00** **6,000.00**

Job: 81022629 / IR 1075 PEACHTREE ST

| 117110 | I 10/27/22 | 6 | 12/26/22 | 81022629 | 2,925.00 | 2,925.00 | | 2,925.00 | 2,925.00 | | | | |

Job: 81022629 / IR 1075 PEACHTREE ST Subtotals: **2,925.00** **2,925.00** 2,925.00

Job: 81022630 / IR 705 BRASELTON IND BLVD

| 116858 | I 10/07/22 | 6 | 12/06/22 | 81022630 | 1,950.00 | 1,950.00 | | 1,950.00 | 1,950.00 | | | | |

Job: 81022630 / IR 705 BRASELTON IND BLVD Subtotals: **1,950.00** **1,950.00** **1,950.00**

Job: 81022631 / AF LABEL 1770 SATELLITE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type | Payment Terms | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Open Balance Non-Retention | Days Past Due Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Date | | | | | | | | | | |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| 116762 | I 10/03/22 | 6 | 12/02/22 | 81022631 | 10,000.00 | 10,000.00 | | 10,000.00 | | 10,000.00 | | | |
| | | | | | | | | | | | | | |
Job: 81022631 / AF LABEL 1770 SATELLITE Subtotals: **10,000.00** **10,000.00** **10,000.00**
Job: 81022632 / IR 3290 NSIDE PKWY

| 116486 | I 09/13/22 | 6 | 11/12/22 | 81022632 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
Job: 81022632 / IR 3290 NSIDE PKWY Subtotals: **975.00** **975.00** **975.00**
Job: 81022633 / SERVICE 3424 PEACHTREE RD

| 116664 | I 09/22/22 | 6 | 11/21/22 | 81022633 | 2,662.00 | 2,662.00 | | 2,662.00 | | 2,662.00 | | | |
Job: 81022633 / SERVICE 3424 PEACHTREE RD Subtotals: **2,662.00** **2,662.00** **2,662.00**
Job: 81022634 / IR RESCAN BUSS SEC 55 MAR

| 116859 | I 10/07/22 | 6 | 12/06/22 | 81022634 | 840.00 | 840.00 | | 840.00 | | 840.00 | | | |
Job: 81022634 / IR RESCAN BUSS SEC 55 MAR Subtotals: **840.00** **840.00** **840.00**
Job: 81022635 / LPS 1120 SANCTUARY PKWY

| 116439 | I 09/07/22 | 6 | 11/06/22 | 81022635 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
Job: 81022635 / LPS 1120 SANCTUARY PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**
Job: 81022636 / IR 315 W PONCE DE LEON

| 116440 | I 09/07/22 | 6 | 11/06/22 | 81022636 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
Job: 81022636 / IR 315 W PONCE DE LEON Subtotals: **975.00** **975.00** **975.00**
Job: 81022637 / IR 13010 MORRIS RD

| 116751 | I 09/30/22 | 6 | 11/29/22 | 81022637 | 1,950.00 | 1,950.00 | | 1,950.00 | | 1,950.00 | | | |
Job: 81022637 / IR 13010 MORRIS RD Subtotals: **1,950.00** **1,950.00** **1,950.00**
Job: 81022638 / IR 600 HERAEUS BLVD

| 116747 | I 09/30/22 | 6 | 11/29/22 | 81022638 | 2,950.00 | 2,950.00 | | 2,950.00 | | 2,950.00 | | | |
Job: 81022638 / IR 600 HERAEUS BLVD Subtotals: **2,950.00** **2,950.00** **2,950.00**
Job: 81022639 / IR 743 HILL RD

| 116770 | I 10/03/22 | 6 | 12/02/22 | 81022639 | 150.00 | 150.00 | | 150.00 | | 150.00 | | | |
Job: 81022639 / IR 743 HILL RD Subtotals: **150.00** **150.00** **150.00**
Job: 81022646 / LPS 3100 CUMBERLAND BLVD

| 116761 | I 10/03/22 | 6 | 12/02/22 | 81022646 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |
Job: 81022646 / LPS 3100 CUMBERLAND BLVD Subtotals: **1,200.00** **1,200.00** **1,200.00**
Job: 81022649 / IR 600 W PEACHTREE ST

| 116752 | I 09/30/22 | 6 | 11/29/22 | 81022649 | 2,925.00 | 2,925.00 | | 2,925.00 | | 2,925.00 | | | |
Job: 81022649 / IR 600 W PEACHTREE ST Subtotals: **2,925.00** **2,925.00** **2,925.00**
Job: 81022651 / AF 4451 AIRCRAFT DR STE C

| 117066 | I 10/25/22 | 6 | 12/24/22 | 81022651 | 2,500.00 | 2,500.00 | | 2,500.00 | 2,500.00 | | | | |
Job: 81022651 / AF 4451 AIRCRAFT DR STE C Subtotals: **2,500.00** **2,500.00** **2,500.00**
Job: 81022652 / AF ADDITION 730 PEACHTREE

| 116769 | I 10/03/22 | 6 | 12/02/22 | 81022652 | 1,500.00 | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |
Job: 81022652 / AF ADDITION 730 PEACHTREE Subtotals: **1,500.00** **1,500.00** **1,500.00**
Job: 81022653 / LPS 3445 PEACHTREE RD NE

| 116749 | I 09/30/22 | 6 | 11/29/22 | 81022653 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
| **Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)** | | | | | | | | | | | | | |
| Job: 81022653 / LPS 3445 PEACHTREE RD NE Subtotals: | | | | | | 1,200.00 | | 1,200.00 | 1,200.00 | | | | |
| Job: 81022655 / IR 2100 RIVEREDGE PKWY | | | | | | | | | | | | | |
| 116748 | I | 09/30/22 | 6 | 11/29/22 | 81022655 | 975.00 | 975.00 | | 975.00 | 975.00 | | | |
| Job: 81022655 / IR 2100 RIVEREDGE PKWY Subtotals: | | | | | | 975.00 | | 975.00 | 975.00 | | | | |
| Job: 810211067 / SGM-1545 US 22 | | | | | | | | | | | | | |
| 115833 | I | 07/19/22 | 6 | 09/17/22 | 810211067 | 120,000.00 | 120,000.00 | | 120,000.00 | | | | | 120,000.00 |
| Job: 810211067 / SGM-1545 US 22 Subtotals: | | | | | | 120,000.00 | | 120,000.00 | | | | | 120,000.00 |
| Job: 810211295 / EI-950 E Paces Ferry Rd | | | | | | | | | | | | | |
| 115872 | I | 07/21/22 | 6 | 09/19/22 | 810211295 | 10,500.00 | 10,500.00 | | 10,500.00 | | | | | 10,500.00 |
| Job: 810211295 / EI-950 E Paces Ferry Rd Subtotals: | | | | | | 10,500.00 | | 10,500.00 | | | | | 10,500.00 |
| **Customer 30151 Totals:** | | | | | | 1,165,239.50 | | 1,165,239.50 | 64,279.00 | 236,973.00 | 278,675.00 | 110,955.00 | 474,357.50 |
| | | | | Report Totals: | | 1,165,239.50 | | 1,165,239.50 | | 236,973.00 | | 110,955.00 | |
| | | | | | | | 0.00 | | 64,279.00 | | 278,675.00 | | 474,357.50 |
| | | | | | | | | | 5.52% | 20.34% | 23.92% | 9.52% | 40.71% |

# EXHIBIT B



Antony L. Sanacory
Hudson Lambert Parrott Walker, LLC
3575 Piedmont Road
Building 15, Suite 200
Atlanta, Georgia 30305
404-554-8194
asanacory@hlpwlaw.com

December 20, 2022

**VIA CERTIFIED MAIL & EMAIL**

Jim Schuster
Chief Executive Officer
Martin Technical
8687 West 108th Avenue
Westminster, CO 80021
jims@martechnical.com

Cathy Burns
Martin Technical
8687 West 108th Avenue
Westminster, CO 80021
cathyb@martechnical.com

RE:     **Demand for Payment on All Outstanding Invoices**

Dear Mr. Schuster and Ms. Burns,

This law firm has been retained by Allison-Smith Company ("Allison-Smith") in connection with the above-referenced matter. Allison-Smith hereby makes demand against Martin Technical, Inc. ("Martin") for payment in the amount of $1,165,239.50 for materials and services supplied by Allison-Smith to Martin in connection with projects performed by Martin.

For ease of reference, I provide herewith a copy of an A/R report showing by invoice number and date all amounts owing from Martin. Allison-Smith performed all agreed services satisfactorily. For each invoice, the scope of work and price were agreed, services provided satisfactorily, and Martin has provided no meaningful disagreement or dispute as to Allison-Smith's entitlement to payment, notwithstanding Allison-Smith having requested explanations as to why Martin has not made payment. Under Georgia law, Martin's refusal to pay amounts not in dispute entitles Allison-Smith to interest from the date each invoice became due, as well as attorney's fees and costs incurred in collecting the unpaid amounts. In addition, because Georgia recognizes that construction funds are received in trust, Allison-Smith is entitled to an accounting of all construction funds received by Martin for each project, and whether or not those funds were improperly diverted instead of being administered properly with payment to Allison-Smith for its work on Martin's projects.

Please contact me to arrange payment of the $1,165,239.50 within 10 days of your receipt of this letter or legal action will be commenced against Martin and you without further notice. To the extent Martin disputes any invoice, Allison-Smith demands an explanation of the dispute, the amount of such dispute and any basis for the withholding of funds. For any invoices not in dispute, Allison-Smith demands payment of such undisputed invoices at this time.

Sincerely,

Antony L. Sanacory
*Partner*

1

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7112 0620 3417 0184 70

**RETURN RECEIPT TRACKING NUMBER**
9490 9112 0620 3417 0185 11

**FEES**

| | |
|---|---|
| Postage per piece | $1.920 |
| Certified Fee | $4.000 |
| Return Receipt Fee | $3.250 |
| **Total Postage & Fees:** | **$9.170** |

12/21

0126/.
007

**ARTICLE ADDRESS TO:**

CATHY BURTIS
Martin Technical
1157 W CENTURY DR STE 100
LOUISVILLE CO 80027-1737

Postmark
Here

---

**U.S. Postal Service**
**Certified Mail Receipt**

**OUTBOUND TRACKING NUMBER**
9414 7112 0620 3414 9806 02

**RETURN RECEIPT TRACKING NUMBER**
9490 9112 0620 3414 9806 99

**FEES**

| | |
|---|---|
| Postage per piece | $1.920 |
| Certified Fee | $4.000 |
| Return Receipt Fee | $3.250 |
| **Total Postage & Fees:** | **$9.170** |

12/21

0126/.
007

**ARTICLE ADDRESS TO:**

JIM SCHUSTER, CEO
Martin Technical
1157 W CENTURY DR STE 100
LOUISVILLE CO 80027-1737

Postmark
Here

**SENDER: COMPLETE THIS SECTION**

- Ensure Items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

JIM SCHUSTER, CEO
Martin Technical
1157 W CENTURY DR STE 100
LOUISVILLE CO 80027-1737

9490 9112 0620 3414 9806 99

**2. Article Number** *(Transfer from service label)*

9414 7112 0620 3414 9806 02

PS Form 3811 Facsimile, July 2015 (SDC 3930)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)

X _Kelly Winlad_

B. Received By: *(Printed Name)*   C. Date of Delivery

_Kelly Winia_   12/27/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

**3. Service Type**

☑ Certified Mail®

Domestic Return Receipt

| Report Selections: | | | | | | |
|---|---|---|---|---|---|---|
| **Customer Code:** | 30151 | **Salesperson:** | ALL | **Minimum Balance:** | -99,999,999.99 | |
| **Job Number:** | ALL | **Project Manager:** | ALL | **Minimum Days Overdue:** | 0 | |
| **Customer Type:** | ALL | **G/L Division:** | ALL | **Cost group** | ALL | |
| **Include Invoice-specific Notes:** | Yes | | | | | |

# Allison-Smith Company LLC
## Detail A/R Aged Open Items Report Sorted by Customer Alpha Code
### For The Period Ending: 12/19/22

| Transaction Type | Payment Terms | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS**

Job: 81021981 / AF-1545 US 22

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115412 | I 06/13/22  6  08/12/22 | 81021981 | 239,000.00 | 239,000.00 | | 239,000.00 | | | | | 239,000.00 |
| | Job: 81021981 / AF-1545 US 22 Subtotals: | | | **239,000.00** | | **239,000.00** | | | | | **239,000.00** |
| | Job: 81022032 / SGM-550 Pharr Rd | | | | | | | | | | |
| 116838 | I 10/06/22  6  12/05/22 | 81022032 | 3,400.00 | 3,400.00 | | 3,400.00 | | 3,400.00 | | | |
| | Job: 81022032 / SGM-550 Pharr Rd Subtotals: | | | **3,400.00** | | **3,400.00** | | **3,400.00** | | | |
| | Job: 81022042 / IR-133 Peachtree St | | | | | | | | | | |
| 115742 | I 07/13/22  6  09/11/22 | 81022042 | 5,320.00 | 5,320.00 | | 5,320.00 | | | | | 5,320.00 |
| | Job: 81022042 / IR-133 Peachtree St Subtotals: | | | **5,320.00** | | **5,320.00** | | | | | **5,320.00** |
| | Job: 81022048 / AF-360 Newark Pompton | | | | | | | | | | |
| 116839 | I 10/06/22  6  12/05/22 | 81022048 | 1,500.00 | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |
| | Job: 81022048 / AF-360 Newark Pompton Subtotals: | | | **1,500.00** | | **1,500.00** | | **1,500.00** | | | |
| | Job: 81022082 / AF-9001 Spectrum Center | | | | | | | | | | |
| 116840 | I 10/06/22  6  12/05/22 | 81022082 | 3,840.00 | 3,840.00 | | 3,840.00 | | 3,840.00 | | | |
| | Job: 81022082 / AF-9001 Spectrum Center Subtotals: | | | **3,840.00** | | **3,840.00** | | **3,840.00** | | | |
| | Job: 81022090 / Site Visist-13560 Morris | | | | | | | | | | |
| 117101 | I 10/27/22  6  12/26/22 | 81022090 | 500.00 | 500.00 | | 500.00 | 500.00 | | | | |
| | Job: 81022090 / Site Visist-13560 Morris Subtotals: | | | **500.00** | | **500.00** | **500.00** | | | | |
| | Job: 81022122 / EI-1025 Virginia Ave | | | | | | | | | | |
| 116841 | I 10/06/22  6  12/05/22 | 81022122 | 3,360.00 | 3,360.00 | | 3,360.00 | | 3,360.00 | | | |
| | Job: 81022122 / EI-1025 Virginia Ave Subtotals: | | | **3,360.00** | | **3,360.00** | | **3,360.00** | | | |
| | Job: 81022125 / AF- 10 South Riverside | | | | | | | | | | |
| 116842 | I 10/06/22  6  12/05/22 | 81022125 | 750.00 | 750.00 | | 750.00 | | 750.00 | | | |
| | Job: 81022125 / AF- 10 South Riverside Subtotals: | | | **750.00** | | **750.00** | | **750.00** | | | |
| | Job: 81022126 / IR-11700 GREAT OAKS WAY | | | | | | | | | | |
| 116843 | I 10/06/22  6  12/05/22 | 81022126 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
| | Job: 81022126 / IR-11700 GREAT OAKS WAY Subtotals: | | | **975.00** | | **975.00** | | **975.00** | | | |
| | Job: 81022127 / IR- 11475 Great Oaks Way | | | | | | | | | | |
| 115834 | I 07/19/22  6  09/17/22 | 81022127 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |
| | Job: 81022127 / IR- 11475 Great Oaks Way Subtotals: | | | **975.00** | | **975.00** | | | | | **975.00** |
| | Job: 81022130 / IR- 100 Peachtree Street | | | | | | | | | | |
| 116101 | I 08/12/22  6  10/11/22 | 81022130 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
| | Job: 81022130 / IR- 100 Peachtree Street Subtotals: | | | **2,925.00** | | **2,925.00** | | | **2,925.00** | | |
| | Job: 81022135 / AF- 100 Peachtree Street | | | | | | | | | | |

# Allison-Smith Company LLC
## Detail A/R Aged Open Items Report Sorted by Customer Alpha Code
### For The Period Ending: 12/19/22

| Transaction Type | Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115931 | I 07/28/22 | 6 | 09/26/22 | 81022135 | 26,720.00 | 26,720.00 | | 26,720.00 | | | | 26,720.00 | |
| Job: 81022135 / AF- 100 Peachtree Street Subtotals: | | | | | | **26,720.00** | | **26,720.00** | | | | **26,720.00** | |
| Job: 81022142 / LPS- 100 & 200 N Point | | | | | | | | | | | | | |
| 116844 | I 10/06/22 | 6 | 12/05/22 | 81022142 | 4,500.00 | 4,500.00 | | 4,500.00 | | 4,500.00 | | | |
| Job: 81022142 / LPS- 100 & 200 N Point Subtotals: | | | | | | **4,500.00** | | **4,500.00** | | **4,500.00** | | | |
| Job: 81022165 / Emergency call- 133 Peach | | | | | | | | | | | | | |
| 116845 | I 10/06/22 | 6 | 12/05/22 | 81022165 | 1,320.00 | 1,320.00 | | 1,320.00 | | 1,320.00 | | | |
| Job: 81022165 / Emergency call- 133 Peach Subtotals: | | | | | | **1,320.00** | | **1,320.00** | | **1,320.00** | | | |
| Job: 81022166 / IR- 4111 Monarch Way | | | | | | | | | | | | | |
| 116612 | I 09/20/22 | 6 | 11/19/22 | 81022166 | 3,264.00 | 3,264.00 | | 3,264.00 | | 3,264.00 | | | |
| Job: 81022166 / IR- 4111 Monarch Way Subtotals: | | | | | | **3,264.00** | | **3,264.00** | | **3,264.00** | | | |
| Job: 81022167 / IR- 4211 Monarch Way | | | | | | | | | | | | | |
| 116613 | I 09/20/22 | 6 | 11/19/22 | 81022167 | 3,264.00 | 3,264.00 | | 3,264.00 | | 3,264.00 | | | |
| Job: 81022167 / IR- 4211 Monarch Way Subtotals: | | | | | | **3,264.00** | | **3,264.00** | | **3,264.00** | | | |
| Job: 81022168 / SGM- 4211 Monarch Way | | | | | | | | | | | | | |
| 116236 | I 08/22/22 | 6 | 10/21/22 | 81022168 | 7,000.00 | 7,000.00 | | 7,000.00 | | | | 7,000.00 | |
| Job: 81022168 / SGM- 4211 Monarch Way Subtotals: | | | | | | **7,000.00** | | **7,000.00** | | | | **7,000.00** | |
| Job: 81022177 / AF- ADDED LABELS | | | | | | | | | | | | | |
| 117102 | I 10/27/22 | 6 | 12/26/22 | 81022177 | 500.00 | 500.00 | | 500.00 | 500.00 | | | | |
| Job: 81022177 / AF- ADDED LABELS Subtotals: | | | | | | **500.00** | | **500.00** | **500.00** | | | | |
| Job: 81022183 / SGM- BRIDGE COMMERCIAL | | | | | | | | | | | | | |
| 116238 | I 08/22/22 | 6 | 10/21/22 | 81022183 | 3,200.00 | 3,200.00 | | 3,200.00 | | | 3,200.00 | | |
| Job: 81022183 / SGM- BRIDGE COMMERCIAL Subtotals: | | | | | | **3,200.00** | | **3,200.00** | | | **3,200.00** | | |
| Job: 81022188 / AF UPDATE- MAIL LABELS | | | | | | | | | | | | | |
| 115835 | I 07/19/22 | 6 | 09/17/22 | 81022188 | 2,500.00 | 2,500.00 | | 2,500.00 | | | | | 2,500.00 |
| Job: 81022188 / AF UPDATE- MAIL LABELS Subtotals: | | | | | | **2,500.00** | | **2,500.00** | | | | | **2,500.00** |
| Job: 81022206 / SGM- POPE & LAND | | | | | | | | | | | | | |
| 115743 | I 07/13/22 | 6 | 09/11/22 | 81022206 | 2,400.00 | 2,400.00 | | 2,400.00 | | | | | 2,400.00 |
| Job: 81022206 / SGM- POPE & LAND Subtotals: | | | | | | **2,400.00** | | **2,400.00** | | | | | **2,400.00** |
| Job: 81022207 / SGM- POPE & LAND | | | | | | | | | | | | | |
| 115765 | I 07/14/22 | 6 | 09/12/22 | 81022207 | 2,400.00 | 2,400.00 | | 2,400.00 | | | | | 2,400.00 |
| Job: 81022207 / SGM- POPE & LAND Subtotals: | | | | | | **2,400.00** | | **2,400.00** | | | | | **2,400.00** |
| Job: 81022212 / AF UPDATE-MAIL LABELS | | | | | | | | | | | | | |
| 116239 | I 08/22/22 | 6 | 10/21/22 | 81022212 | 1,500.00 | 1,500.00 | | 1,500.00 | | | 1,500.00 | | |
| Job: 81022212 / AF UPDATE-MAIL LABELS Subtotals: | | | | | | **1,500.00** | | **1,500.00** | | | **1,500.00** | | |
| Job: 81022217 / AF & COORDINATION STUDY | | | | | | | | | | | | | |
| 117213 | I 11/10/22 | 6 | 01/09/23 | 81022217 | 49,654.00 | 49,654.00 | | 49,654.00 | 49,654.00 | | | | |
| Job: 81022217 / AF & COORDINATION STUDY Subtotals: | | | | | | **49,654.00** | | **49,654.00** | **49,654.00** | | | | |
| Job: 81022220 / AF UPDATE MAIL LABEL STAR | | | | | | | | | | | | | |
| 116240 | I 08/22/22 | 6 | 10/21/22 | 81022220 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms / Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS  (continued)** | | | | | | | | | | | | |
| Job: 81022220 / AF UPDATE MAIL LABEL STAR Subtotals: | | | | | **500.00** | | **500.00** | | | **500.00** | | |
| Job: 81022221 / LPS REPAIRS TRANSWESTERN | | | | | | | | | | | | |
| 116847 | I 10/06/22   6 | 12/05/22 | 81022221 | 750.00 | 750.00 | | 750.00 | | 750.00 | | | |
| Job: 81022221 / LPS REPAIRS TRANSWESTERN Subtotals: | | | | | **750.00** | | **750.00** | | **750.00** | | | |
| Job: 81022223 / SCCR VENTAS | | | | | | | | | | | | |
| 116542 | I 09/19/22   6 | 11/18/22 | 81022223 | 900.00 | 900.00 | | 900.00 | | | 900.00 | | |
| Job: 81022223 / SCCR VENTAS Subtotals: | | | | | **900.00** | | **900.00** | | | **900.00** | | |
| Job: 81022224 / SCCR VENTAS BECKLEY | | | | | | | | | | | | |
| 116541 | I 09/19/22   6 | 11/18/22 | 81022224 | 900.00 | 900.00 | | 900.00 | | | 900.00 | | |
| Job: 81022224 / SCCR VENTAS BECKLEY Subtotals: | | | | | **900.00** | | **900.00** | | | **900.00** | | |
| Job: 81022225 / SCCR VENTAS HERSHLEY | | | | | | | | | | | | |
| 116540 | I 09/19/22   6 | 11/18/22 | 81022225 | 900.00 | 900.00 | | 900.00 | | | 900.00 | | |
| Job: 81022225 / SCCR VENTAS HERSHLEY Subtotals: | | | | | **900.00** | | **900.00** | | | **900.00** | | |
| Job: 81022229 / LPS REPAIRS CUSHMAN | | | | | | | | | | | | |
| 116848 | I 10/06/22   6 | 12/05/22 | 81022229 | 1,250.00 | 1,250.00 | | 1,250.00 | | 1,250.00 | | | |
| Job: 81022229 / LPS REPAIRS CUSHMAN Subtotals: | | | | | **1,250.00** | | **1,250.00** | | **1,250.00** | | | |
| Job: 81022246 / SERIES RATING STUDY | | | | | | | | | | | | |
| 116556 | I 09/19/22   6 | 11/18/22 | 81022246 | 2,000.00 | 2,000.00 | | 2,000.00 | | | 2,000.00 | | |
| Job: 81022246 / SERIES RATING STUDY Subtotals: | | | | | **2,000.00** | | **2,000.00** | | | **2,000.00** | | |
| Job: 81022263 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | |
| 117103 | I 10/27/22   6 | 12/26/22 | 81022263 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022263 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022265 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | |
| 116241 | I 08/22/22   6 | 10/21/22 | 81022265 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022265 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022266 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | |
| 116242 | I 08/22/22   6 | 10/21/22 | 81022266 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022266 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022267 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | |
| 116243 | I 08/22/22   6 | 10/21/22 | 81022267 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022267 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022268 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | |
| 116244 | I 08/22/22   6 | 10/21/22 | 81022268 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022268 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022269 / IR REPAIRS JLL TMOBILE | | | | | | | | | | | | |
| 116248 | I 08/22/22   6 | 10/21/22 | 81022269 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022269 / IR REPAIRS JLL TMOBILE Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022270 / IR TRANSWESTERN | | | | | | | | | | | | |
| 116557 | I 09/19/22   6 | 11/18/22 | 81022270 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
| Job: 81022270 / IR TRANSWESTERN Subtotals: | | | | | **2,925.00** | | **2,925.00** | | | **2,925.00** | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type / Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022272 / IR REPAIR TRANSWESTERN

| 116249 | I 08/22/22  6 | 10/21/22 | 81022272 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022272 / IR REPAIR TRANSWESTERN Subtotals: **2,925.00** **2,925.00** **2,925.00**

Job: 81022273 / IR REPAIR TRANSWESTERN

| 116250 | I 08/22/22  6 | 10/21/22 | 81022273 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022273 / IR REPAIR TRANSWESTERN Subtotals: **2,925.00** **2,925.00** **2,925.00**

Job: 81022278 / IR RESMED

| 115836 | I 07/19/22  6 | 09/17/22 | 81022278 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022278 / IR RESMED Subtotals: **975.00** **975.00** **975.00**

Job: 81022279 / AF SHORENSTEIN

| 116251 | I 08/22/22  6 | 10/21/22 | 81022279 | 2,500.00 | 2,500.00 | | 2,500.00 | | | 2,500.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022279 / AF SHORENSTEIN Subtotals: **2,500.00** **2,500.00** **2,500.00**

Job: 81022281 / AF PRINT LABELS PRIOR

| 116260 | I 08/22/22  6 | 10/21/22 | 81022281 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022281 / AF PRINT LABELS PRIOR Subtotals: **500.00** **500.00** **500.00**

Job: 81022282 / AF PRINT LABELS PRIOR

| 116614 | I 09/20/22  6 | 11/19/22 | 81022282 | 1,200.00 | 1,200.00 | | 1,200.00 | 1,200.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022282 / AF PRINT LABELS PRIOR Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022291 / AF W/LABELING COUSINS

| 115977 | I 07/31/22  6 | 09/29/22 | 81022291 | 11,500.00 | 11,500.00 | | 11,500.00 | | | | 11,500.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022291 / AF W/LABELING COUSINS Subtotals: **11,500.00** **11,500.00** **11,500.00**

Job: 81022292 / AF W/LABELING COUSINS

| 115978 | I 07/31/22  6 | 09/29/22 | 81022292 | 10,525.00 | 10,525.00 | | 10,525.00 | | | | 10,525.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022292 / AF W/LABELING COUSINS Subtotals: **10,525.00** **10,525.00** **10,525.00**

Job: 81022295 / AF W/LABELING

| 115837 | I 07/19/22  6 | 09/17/22 | 81022295 | 10,000.00 | 10,000.00 | | 10,000.00 | | | | | 10,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022295 / AF W/LABELING Subtotals: **10,000.00** **10,000.00** **10,000.00**

Job: 81022296 / AF W/LABELING

| 115838 | I 07/19/22  6 | 09/17/22 | 81022296 | 10,000.00 | 10,000.00 | | 10,000.00 | | | | | 10,000.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022296 / AF W/LABELING Subtotals: **10,000.00** **10,000.00** **10,000.00**

Job: 81022301 / IR JLL T MOBILE

| 116554 | I 09/19/22  6 | 11/18/22 | 81022301 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022301 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**

Job: 81022302 / IR JLL T MOBILE

| 116547 | I 09/19/22  6 | 11/18/22 | 81022302 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022302 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**

Job: 81022303 / IR JLL T MOBILE

| 116546 | I 09/19/22  6 | 11/18/22 | 81022303 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022303 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**

Job: 81022304 / IR JLL T MOBILE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type | Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| 116539 | I 09/19/22 | 6 | 11/18/22 | 81022304 | 985.00 | 985.00 | | 985.00 | | | 985.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022304 / IR JLL T MOBILE Subtotals: **985.00** **985.00** **985.00**
Job: 81022305 / IR JLL T MOBILE

| 116545 | I 09/19/22 | 6 | 11/18/22 | 81022305 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022305 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**
Job: 81022306 / IR JLL T MOBILE

| 116538 | I 09/19/22 | 6 | 11/18/22 | 81022306 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022306 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**
Job: 81022307 / AF W/LABELING

| 115839 | I 07/19/22 | 6 | 09/17/22 | 81022307 | 10,000.00 | 10,000.00 | | 10,000.00 | | | | | 10,000.00 |

Job: 81022307 / AF W/LABELING Subtotals: **10,000.00** **10,000.00** **10,000.00**
Job: 81022308 / AF W/LABELING

| 115840 | I 07/19/22 | 6 | 09/17/22 | 81022308 | 6,700.00 | 6,700.00 | | 6,700.00 | | | | | 6,700.00 |

Job: 81022308 / AF W/LABELING Subtotals: **6,700.00** **6,700.00** **6,700.00**
Job: 81022309 / AF W/LABELING

| 115841 | I 07/19/22 | 6 | 09/17/22 | 81022309 | 6,700.00 | 6,700.00 | | 6,700.00 | | | | | 6,700.00 |

Job: 81022309 / AF W/LABELING Subtotals: **6,700.00** **6,700.00** **6,700.00**
Job: 81022310 / LPS TRANSWESTERN

| 115643 | I 07/06/22 | 6 | 09/04/22 | 81022310 | 1,200.00 | 1,200.00 | | 1,200.00 | | | | | 1,200.00 |

Job: 81022310 / LPS TRANSWESTERN Subtotals: **1,200.00** **1,200.00** **1,200.00**
Job: 81022311 / AF MAIL LABELS

| 115842 | I 07/19/22 | 6 | 09/17/22 | 81022311 | 2,500.00 | 2,500.00 | | 2,500.00 | | | | | 2,500.00 |

Job: 81022311 / AF MAIL LABELS Subtotals: **2,500.00** **2,500.00** **2,500.00**
Job: 81022314 / IR JLL T MOBILE

| 116553 | I 09/19/22 | 6 | 11/18/22 | 81022314 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022314 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**
Job: 81022315 / IR JLL T MOBILE

| 116552 | I 09/19/22 | 6 | 11/18/22 | 81022315 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022315 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**
Job: 81022316 / AF JOHN HANCOCK

| 115979 | I 07/31/22 | 6 | 09/29/22 | 81022316 | 20,100.00 | 20,100.00 | | 20,100.00 | | | | 20,100.00 | |

Job: 81022316 / AF JOHN HANCOCK Subtotals: **20,100.00** **20,100.00** **20,100.00**
Job: 81022319 / SGM JOHN HANCOCK

| 116766 | I 10/03/22 | 6 | 12/02/22 | 81022319 | 6,860.00 | 6,860.00 | | 6,860.00 | 6,860.00 | | | | |

Job: 81022319 / SGM JOHN HANCOCK Subtotals: **6,860.00** **6,860.00** **6,860.00**
Job: 81022320 / IR JLL T MOBILE

| 116551 | I 09/19/22 | 6 | 11/18/22 | 81022320 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022320 / IR JLL T MOBILE Subtotals: **300.00** **300.00** **300.00**
Job: 81022321 / IR JLL T MOBILE

| 116550 | I 09/19/22 | 6 | 11/18/22 | 81022321 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
| **Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS  (continued)** | | | | | | | | | | | | | |
| Job: 81022321 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022322 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116549 | I 09/19/22  6 | | 11/18/22 | 81022322 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022322 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022323 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116578 | I 09/19/22  6 | | 11/18/22 | 81022323 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022323 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022324 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116579 | I 09/19/22  6 | | 11/18/22 | 81022324 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022324 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022325 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116580 | I 09/19/22  6 | | 11/18/22 | 81022325 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022325 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022326 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116581 | I 09/19/22  6 | | 11/18/22 | 81022326 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022326 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022327 / SGM STREAM REALTY | | | | | | | | | | | | | |
| 115932 | I 07/28/22  6 | | 09/26/22 | 81022327 | 5,250.00 | 5,250.00 | | 5,250.00 | | | | 5,250.00 | |
| Job: 81022327 / SGM STREAM REALTY Subtotals: | | | | | | **5,250.00** | | **5,250.00** | | | | **5,250.00** | |
| Job: 81022328 / AF LABELING AMERICOLD | | | | | | | | | | | | | |
| 115843 | I 07/19/22  6 | | 09/17/22 | 81022328 | 2,500.00 | 2,500.00 | | 2,500.00 | | | | | 2,500.00 |
| Job: 81022328 / AF LABELING AMERICOLD Subtotals: | | | | | | **2,500.00** | | **2,500.00** | | | | | **2,500.00** |
| Job: 81022329 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116582 | I 09/19/22  6 | | 11/18/22 | 81022329 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022329 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022330 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116583 | I 09/19/22  6 | | 11/18/22 | 81022330 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022330 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022331 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116584 | I 09/19/22  6 | | 11/18/22 | 81022331 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022331 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022332 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116585 | I 09/19/22  6 | | 11/18/22 | 81022332 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022332 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022333 / IR JLL T MOBILE | | | | | | | | | | | | | |
| 116615 | I 09/20/22  6 | | 11/19/22 | 81022333 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022333 / IR JLL T MOBILE Subtotals: | | | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022335 / IR TRANSWESTERN | | | | | | | | | | | | | |
| 115702 | I 07/07/22  6 | | 09/05/22 | 81022335 | 9,750.00 | 9,750.00 | | 9,750.00 | | | | | 9,750.00 |
| Job: 81022335 / IR TRANSWESTERN Subtotals: | | | | | | **9,750.00** | | **9,750.00** | | | | | **9,750.00** |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type | Payment Terms | | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | Date | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022336 / AF W/LABELING PIEDMONT
| 116617 | I 09/20/22 | 6 | 11/19/22 | 81022336 | 1,800.00 | 1,800.00 | | 1,800.00 | | 1,800.00 | | | |

Job: 81022336 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,800.00** | | **1,800.00** | | **1,800.00** | | | |

Job: 81022337 / AF W/LABELING PIEDMONT
| 115703 | I 07/07/22 | 6 | 09/05/22 | 81022337 | 5,000.00 | 5,000.00 | | 5,000.00 | | | | | 5,000.00 |

Job: 81022337 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **5,000.00** | | **5,000.00** | | | | | **5,000.00** |

Job: 81022338 / AF W/LABELING PIEDMONT
| 116618 | I 09/20/22 | 6 | 11/19/22 | 81022338 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022338 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,200.00** | | **1,200.00** | | **1,200.00** | | | |

Job: 81022339 / AF W/LABELING PIEDMONT
| 116619 | I 09/20/22 | 6 | 11/19/22 | 81022339 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022339 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,200.00** | | **1,200.00** | | **1,200.00** | | | |

Job: 81022340 / AF W/LABELING PIEDMONT
| 116620 | I 09/20/22 | 6 | 11/19/22 | 81022340 | 2,500.00 | 2,500.00 | | 2,500.00 | | 2,500.00 | | | |

Job: 81022340 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **2,500.00** | | **2,500.00** | | **2,500.00** | | | |

Job: 81022341 / AF W/LABELING PIEDMONT
| 116625 | I 09/20/22 | 6 | 11/19/22 | 81022341 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022341 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,200.00** | | **1,200.00** | | **1,200.00** | | | |

Job: 81022342 / AF W/LABELING PIEDMONT
| 116626 | I 09/20/22 | 6 | 11/19/22 | 81022342 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

Job: 81022342 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,200.00** | | **1,200.00** | | **1,200.00** | | | |

Job: 81022343 / AF W/LABELING PIEDMONT
| 116627 | I 09/20/22 | 6 | 11/19/22 | 81022343 | 1,500.00 | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |

Job: 81022343 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,500.00** | | **1,500.00** | | **1,500.00** | | | |

Job: 81022344 / AF W/LABELING PIEDMONT
| 116587 | I 09/19/22 | 6 | 11/18/22 | 81022344 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022344 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |

Job: 81022345 / AF W/LABELING PIEDMONT
| 116589 | I 09/19/22 | 6 | 11/18/22 | 81022345 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022345 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |

Job: 81022346 / AF W/LABELING PIEDMONT
| 116590 | I 09/19/22 | 6 | 11/18/22 | 81022346 | 600.00 | 600.00 | | 600.00 | | | 600.00 | | |

Job: 81022346 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **600.00** | | **600.00** | | | **600.00** | | |

Job: 81022347 / AF W/LABELING PIEDMONT
| 116628 | I 09/20/22 | 6 | 11/19/22 | 81022347 | 900.00 | 900.00 | | 900.00 | | 900.00 | | | |

Job: 81022347 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **900.00** | | **900.00** | | **900.00** | | | |

Job: 81022348 / AF W/LABELING PIEDMONT
| 117104 | I 10/27/22 | 6 | 12/26/22 | 81022348 | 1,000.00 | 1,000.00 | | 1,000.00 | 1,000.00 | | | | |

Job: 81022348 / AF W/LABELING PIEDMONT Subtotals:
| | | | | | | **1,000.00** | | **1,000.00** | **1,000.00** | | | | |

Job: 81022349 / AF W/LABELING PIEDMONT

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS (continued)** | | | | | | | | | | | | | |
| | 116849 | I 10/06/22  6 | 12/05/22 | 81022349 | 900.00 | 900.00 | | 900.00 | | 900.00 | | | |
| Job: 81022349 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **900.00** | | **900.00** | | **900.00** | | | |
| Job: 81022350 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 117105 | I 10/27/22  6 | 12/26/22 | 81022350 | 1,000.00 | 1,000.00 | | 1,000.00 | 1,000.00 | | | | |
| Job: 81022350 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **1,000.00** | | **1,000.00** | **1,000.00** | | | | |
| Job: 81022351 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116536 | I 09/19/22  6 | 11/18/22 | 81022351 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| Job: 81022351 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| Job: 81022352 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116783 | I 10/03/22  6 | 12/02/22 | 81022352 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| Job: 81022352 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| Job: 81022353 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116558 | I 09/19/22  6 | 11/18/22 | 81022353 | 2,000.00 | 2,000.00 | | 2,000.00 | | | 2,000.00 | | |
| Job: 81022353 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | | **2,000.00** | | |
| Job: 81022354 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116774 | I 10/03/22  6 | 12/02/22 | 81022354 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| Job: 81022354 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| Job: 81022355 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116773 | I 10/03/22  6 | 12/02/22 | 81022355 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| Job: 81022355 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| Job: 81022359 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116784 | I 10/03/22  6 | 12/02/22 | 81022359 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| Job: 81022359 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| Job: 81022360 / AF W/LABELING PIEDMONT | | | | | | | | | | | | | |
| | 116785 | I 10/03/22  6 | 12/02/22 | 81022360 | 2,000.00 | 2,000.00 | | 2,000.00 | | 2,000.00 | | | |
| Job: 81022360 / AF W/LABELING PIEDMONT Subtotals: | | | | | | **2,000.00** | | **2,000.00** | | **2,000.00** | | | |
| Job: 81022385 / AF W/LABELING JLL | | | | | | | | | | | | | |
| | 116312 | I 08/24/22  6 | 10/23/22 | 81022385 | 2,255.00 | 2,255.00 | | 2,255.00 | | | | 2,255.00 | |
| Job: 81022385 / AF W/LABELING JLL Subtotals: | | | | | | **2,255.00** | | **2,255.00** | | | | **2,255.00** | |
| Job: 81022386 / AF W/LABELING JLL | | | | | | | | | | | | | |
| | 116296 | I 08/25/22  6 | 10/24/22 | 81022386 | 5,725.00 | 5,725.00 | | 5,725.00 | | | | 5,725.00 | |
| Job: 81022386 / AF W/LABELING JLL Subtotals: | | | | | | **5,725.00** | | **5,725.00** | | | | **5,725.00** | |
| Job: 81022387 / AF W/LABELING JLL | | | | | | | | | | | | | |
| | 116714 | I 09/28/22  6 | 11/27/22 | 81022387 | 3,835.00 | 3,835.00 | | 3,835.00 | | 3,835.00 | | | |
| Job: 81022387 / AF W/LABELING JLL Subtotals: | | | | | | **3,835.00** | | **3,835.00** | | **3,835.00** | | | |
| Job: 81022388 / AF W/LABELING JLL | | | | | | | | | | | | | |
| | 116715 | I 09/28/22  6 | 11/27/22 | 81022388 | 8,495.00 | 8,495.00 | | 8,495.00 | | 8,495.00 | | | |
| Job: 81022388 / AF W/LABELING JLL Subtotals: | | | | | | **8,495.00** | | **8,495.00** | | **8,495.00** | | | |
| Job: 81022389 / AF W/LABELING JLL | | | | | | | | | | | | | |
| | 116313 | I 08/24/22  6 | 10/23/22 | 81022389 | 5,095.00 | 5,095.00 | | 5,095.00 | | | | 5,095.00 | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type | Date | Payment Terms | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022389 / AF W/LABELING JLL Subtotals: | | | | | | | **5,095.00** | | **5,095.00** | | | **5,095.00** | | |
| Job: 81022390 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116716 | I | 09/28/22 | 6 | 11/27/22 | 81022390 | 5,450.00 | 5,450.00 | | 5,450.00 | 5,450.00 | | | | |
| Job: 81022390 / AF W/LABELING JLL Subtotals: | | | | | | | **5,450.00** | | **5,450.00** | **5,450.00** | | | | |
| Job: 81022391 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116314 | I | 08/24/22 | 6 | 10/23/22 | 81022391 | 5,095.00 | 5,095.00 | | 5,095.00 | | | 5,095.00 | | |
| Job: 81022391 / AF W/LABELING JLL Subtotals: | | | | | | | **5,095.00** | | **5,095.00** | | | **5,095.00** | | |
| Job: 81022393 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116717 | I | 09/28/22 | 6 | 11/27/22 | 81022393 | 2,630.00 | 2,630.00 | | 2,630.00 | 2,630.00 | | | | |
| Job: 81022393 / AF W/LABELING JLL Subtotals: | | | | | | | **2,630.00** | | **2,630.00** | **2,630.00** | | | | |
| Job: 81022394 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116718 | I | 09/28/22 | 6 | 11/27/22 | 81022394 | 2,755.00 | 2,755.00 | | 2,755.00 | 2,755.00 | | | | |
| Job: 81022394 / AF W/LABELING JLL Subtotals: | | | | | | | **2,755.00** | | **2,755.00** | **2,755.00** | | | | |
| Job: 81022395 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116719 | I | 09/28/22 | 6 | 11/27/22 | 81022395 | 2,630.00 | 2,630.00 | | 2,630.00 | 2,630.00 | | | | |
| Job: 81022395 / AF W/LABELING JLL Subtotals: | | | | | | | **2,630.00** | | **2,630.00** | **2,630.00** | | | | |
| Job: 81022396 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116315 | I | 08/24/22 | 6 | 10/23/22 | 81022396 | 5,725.00 | 5,725.00 | | 5,725.00 | | | 5,725.00 | | |
| Job: 81022396 / AF W/LABELING JLL Subtotals: | | | | | | | **5,725.00** | | **5,725.00** | | | **5,725.00** | | |
| Job: 81022399 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116316 | I | 08/24/22 | 6 | 10/23/22 | 81022399 | 11,605.00 | 11,605.00 | | 11,605.00 | | | 11,605.00 | | |
| Job: 81022399 / AF W/LABELING JLL Subtotals: | | | | | | | **11,605.00** | | **11,605.00** | | | **11,605.00** | | |
| Job: 81022401 / AF W/LABELING JLL | | | | | | | | | | | | | | |
| 116317 | I | 08/24/22 | 6 | 10/23/22 | 81022401 | 11,605.00 | 11,605.00 | | 11,605.00 | | | 11,605.00 | | |
| Job: 81022401 / AF W/LABELING JLL Subtotals: | | | | | | | **11,605.00** | | **11,605.00** | | | **11,605.00** | | |
| Job: 81022428 / IR ZELLER REALTY | | | | | | | | | | | | | | |
| 115912 | I | 07/26/22 | 6 | 09/24/22 | 81022428 | 975.00 | 975.00 | | 975.00 | | | | 975.00 | |
| Job: 81022428 / IR ZELLER REALTY Subtotals: | | | | | | | **975.00** | | **975.00** | | | | **975.00** | |
| Job: 81022445 / IR SIMPSON | | | | | | | | | | | | | | |
| 115351 | I | 06/13/22 | 6 | 08/12/22 | 81022445 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |
| Job: 81022445 / IR SIMPSON Subtotals: | | | | | | | **975.00** | | **975.00** | | | | | **975.00** |
| Job: 81022447 / AF W/LABELING HERSCHEND | | | | | | | | | | | | | | |
| 116530 | I | 09/19/22 | 6 | 11/18/22 | 81022447 | 23,500.00 | 23,500.00 | | 23,500.00 | | | 23,500.00 | | |
| Job: 81022447 / AF W/LABELING HERSCHEND Subtotals: | | | | | | | **23,500.00** | | **23,500.00** | | | **23,500.00** | | |
| Job: 81022450 / AF- MAIL LABELS AMERICOLD | | | | | | | | | | | | | | |
| 116261 | I | 08/22/22 | 6 | 10/21/22 | 81022450 | 2,500.00 | 2,500.00 | | 2,500.00 | | | 2,500.00 | | |
| Job: 81022450 / AF- MAIL LABELS AMERICOLD Subtotals: | | | | | | | **2,500.00** | | **2,500.00** | | | **2,500.00** | | |
| Job: 81022451 / IR TRANSWESTERN | | | | | | | | | | | | | | |
| 116850 | I | 10/06/22 | 6 | 12/05/22 | 81022451 | 2,925.00 | 2,925.00 | | 2,925.00 | 2,925.00 | | | | |
| Job: 81022451 / IR TRANSWESTERN Subtotals: | | | | | | | **2,925.00** | | **2,925.00** | **2,925.00** | | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Transaction Type | | Payment Terms | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**
Job: 81022453 / IR BOEHRINGER

| 115741 | I 07/13/22  6  09/11/22 | 81022453 | 3,900.00 | 3,900.00 | | 3,900.00 | | | | | 3,900.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022453 / IR BOEHRINGER Subtotals: | | | | **3,900.00** | | **3,900.00** | | | | | **3,900.00** |
| Job: 81022455 / IR JLL T MOBILE | | | | | | | | | | | |
| 116591 | I 09/19/22  6  11/18/22 | 81022455 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022455 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022457 / IR JLL T MOBILE | | | | | | | | | | | |
| 116592 | I 09/19/22  6  11/18/22 | 81022457 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022457 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022458 / IR JLL T MOBILE | | | | | | | | | | | |
| 116593 | I 09/19/22  6  11/18/22 | 81022458 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022458 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022459 / IR JLL T MOBILE | | | | | | | | | | | |
| 116629 | I 09/20/22  6  11/19/22 | 81022459 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022459 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022460 / IR JLL T MOBILE | | | | | | | | | | | |
| 116630 | I 09/20/22  6  11/19/22 | 81022460 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022460 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022462 / IR JLL T MOBILE | | | | | | | | | | | |
| 116594 | I 09/19/22  6  11/18/22 | 81022462 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022462 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022463 / IR JLL T MOBILE | | | | | | | | | | | |
| 116595 | I 09/19/22  6  11/18/22 | 81022463 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022463 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022464 / IR JLL T MOBILE | | | | | | | | | | | |
| 116596 | I 09/19/22  6  11/18/22 | 81022464 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022464 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022465 / IR JLL T MOBILE | | | | | | | | | | | |
| 116631 | I 09/20/22  6  11/19/22 | 81022465 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022465 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022466 / IR JLL T MOBILE | | | | | | | | | | | |
| 116597 | I 09/19/22  6  11/18/22 | 81022466 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022466 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022467 / IR JLL T MOBILE | | | | | | | | | | | |
| 116599 | I 09/19/22  6  11/18/22 | 81022467 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022467 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022468 / IR JLL T MOBILE | | | | | | | | | | | |
| 116600 | I 09/19/22  6  11/18/22 | 81022468 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022468 / IR JLL T MOBILE Subtotals: | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022469 / IR JLL T MOBILE | | | | | | | | | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS (continued)**

| Invoice / Check # | Transaction Type | Date | Payment Terms | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116527 | I | 09/19/22 | 6 | 11/18/22 | 81022469 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022469 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022470 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 117065 | I | 10/25/22 | 6 | 12/24/22 | 81022470 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022470 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022471 / AF W/LABELING HINES | | | | | | | | | | | | | | |
| 115844 | I | 07/19/22 | 6 | 09/17/22 | 81022471 | 3,450.00 | 3,450.00 | | 3,450.00 | | | | | 3,450.00 |
| Job: 81022471 / AF W/LABELING HINES Subtotals: | | | | | | | **3,450.00** | | **3,450.00** | | | | | **3,450.00** |
| Job: 81022472 / IR COUSINS | | | | | | | | | | | | | | |
| 116262 | I | 08/22/22 | 6 | 10/21/22 | 81022472 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022472 / IR COUSINS Subtotals: | | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022473 / IR COUSINS | | | | | | | | | | | | | | |
| 116263 | I | 08/22/22 | 6 | 10/21/22 | 81022473 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022473 / IR COUSINS Subtotals: | | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022474 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116264 | I | 08/22/22 | 6 | 10/21/22 | 81022474 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022474 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022475 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 117106 | I | 10/27/22 | 6 | 12/26/22 | 81022475 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022475 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022476 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116772 | I | 10/03/22 | 6 | 12/02/22 | 81022476 | 400.00 | 400.00 | | 400.00 | | 400.00 | | | |
| Job: 81022476 / IR JLL T MOBILE Subtotals: | | | | | | | **400.00** | | **400.00** | | **400.00** | | | |
| Job: 81022477 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 117064 | I | 10/25/22 | 6 | 12/24/22 | 81022477 | 300.00 | 300.00 | | 300.00 | 300.00 | | | | |
| Job: 81022477 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | **300.00** | | | | |
| Job: 81022478 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116765 | I | 10/03/22 | 6 | 12/02/22 | 81022478 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022478 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022479 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116786 | I | 10/03/22 | 6 | 12/02/22 | 81022479 | 400.00 | 400.00 | | 400.00 | | 400.00 | | | |
| Job: 81022479 / IR JLL T MOBILE Subtotals: | | | | | | | **400.00** | | **400.00** | | **400.00** | | | |
| Job: 81022482 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116787 | I | 10/03/22 | 6 | 12/02/22 | 81022482 | 400.00 | 400.00 | | 400.00 | | 400.00 | | | |
| Job: 81022482 / IR JLL T MOBILE Subtotals: | | | | | | | **400.00** | | **400.00** | | **400.00** | | | |
| Job: 81022483 / IR JLL T MOBILE | | | | | | | | | | | | | | |
| 116764 | I | 10/03/22 | 6 | 12/02/22 | 81022483 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| Job: 81022483 / IR JLL T MOBILE Subtotals: | | | | | | | **300.00** | | **300.00** | | **300.00** | | | |
| Job: 81022485 / AF W/LABELS | | | | | | | | | | | | | | |
| 116265 | I | 08/22/22 | 6 | 10/21/22 | 81022485 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | Transaction Type / Payment Terms | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Job: 81022485 / AF W/LABELS Subtotals: | | | | | **500.00** | | **500.00** | | | **500.00** | | |
| | Job: 81022486 / AF W/LABELS | | | | | | | | | | | | |
| 116266 | I  08/22/22   6 | 10/21/22 | | 81022486 | 500.00 | 500.00 | | 500.00 | | | 500.00 | | |
| | Job: 81022486 / AF W/LABELS Subtotals: | | | | | **500.00** | | **500.00** | | | **500.00** | | |
| | Job: 81022487 / IR TK ELEVATOR | | | | | | | | | | | | |
| 115980 | I  07/31/22   6 | 09/29/22 | | 81022487 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | 1,950.00 | |
| | Job: 81022487 / IR TK ELEVATOR Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | | **1,950.00** | |
| | Job: 81022488 / IR LIBERTY TIRE | | | | | | | | | | | | |
| 117107 | I  10/27/22   6 | 12/26/22 | | 81022488 | 500.00 | 500.00 | | 500.00 | 500.00 | | | | |
| | Job: 81022488 / IR LIBERTY TIRE Subtotals: | | | | | **500.00** | | **500.00** | **500.00** | | | | |
| | Job: 81022490 / IR JLL T MOBILE | | | | | | | | | | | | |
| 116768 | I  10/03/22   6 | 12/02/22 | | 81022490 | 400.00 | 400.00 | | 400.00 | | 400.00 | | | |
| | Job: 81022490 / IR JLL T MOBILE Subtotals: | | | | | **400.00** | | **400.00** | | **400.00** | | | |
| | Job: 81022491 / AF W/LABELING | | | | | | | | | | | | |
| 116345 | I  08/29/22   6 | 10/28/22 | | 81022491 | 6,125.00 | 6,125.00 | | 6,125.00 | | | 6,125.00 | | |
| | Job: 81022491 / AF W/LABELING Subtotals: | | | | | **6,125.00** | | **6,125.00** | | | **6,125.00** | | |
| | Job: 81022492 / IR JLL T MOBILE | | | | | | | | | | | | |
| 116337 | I  08/26/22   6 | 10/25/22 | | 81022492 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| | Job: 81022492 / IR JLL T MOBILE Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| | Job: 81022493 / AF W/LABELING | | | | | | | | | | | | |
| 116632 | I  09/20/22   6 | 11/19/22 | | 81022493 | 8,000.00 | 8,000.00 | | 8,000.00 | | 8,000.00 | | | |
| | Job: 81022493 / AF W/LABELING Subtotals: | | | | | **8,000.00** | | **8,000.00** | | **8,000.00** | | | |
| | Job: 81022494 / AF UPDATE LABEL STREAM | | | | | | | | | | | | |
| 115728 | I  07/11/22   6 | 09/09/22 | | 81022494 | 12,250.00 | 12,250.00 | | 12,250.00 | | | | | 12,250.00 |
| | Job: 81022494 / AF UPDATE LABEL STREAM Subtotals: | | | | | **12,250.00** | | **12,250.00** | | | | | **12,250.00** |
| | Job: 81022495 / SGM STREAM REALTY | | | | | | | | | | | | |
| 116559 | I  09/19/22   6 | 11/18/22 | | 81022495 | 6,798.00 | 6,798.00 | | 6,798.00 | | | 6,798.00 | | |
| | Job: 81022495 / SGM STREAM REALTY Subtotals: | | | | | **6,798.00** | | **6,798.00** | | | **6,798.00** | | |
| | Job: 81022496 / IR BON SECOURS | | | | | | | | | | | | |
| 116633 | I  09/20/22   6 | 11/19/22 | | 81022496 | 300.00 | 300.00 | | 300.00 | | 300.00 | | | |
| | Job: 81022496 / IR BON SECOURS Subtotals: | | | | | **300.00** | | **300.00** | | **300.00** | | | |
| | Job: 81022497 / AF BON SECOURS | | | | | | | | | | | | |
| 116634 | I  09/20/22   6 | 11/19/22 | | 81022497 | 1,800.00 | 1,800.00 | | 1,800.00 | | 1,800.00 | | | |
| | Job: 81022497 / AF BON SECOURS Subtotals: | | | | | **1,800.00** | | **1,800.00** | | **1,800.00** | | | |
| | Job: 81022503 / IR-14567 GA HWY 36 | | | | | | | | | | | | |
| 115747 | I  07/13/22   6 | 09/11/22 | | 81022503 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | | 1,950.00 |
| | Job: 81022503 / IR-14567 GA HWY 36 Subtotals: | | | | | **1,950.00** | | **1,950.00** | | | | | **1,950.00** |
| | Job: 81022504 / LPS-1170 PEACHTREE ST | | | | | | | | | | | | |
| 116851 | I  10/06/22   6 | 12/05/22 | | 81022504 | 1,264.00 | 1,264.00 | | 1,264.00 | | 1,264.00 | | | |
| | Job: 81022504 / LPS-1170 PEACHTREE ST Subtotals: | | | | | **1,264.00** | | **1,264.00** | | **1,264.00** | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type | Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022505 / IR-685 CEDAR CREST RD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115929 | I 07/28/22 | 6 | 09/26/22 | 81022505 | 5,850.00 | 5,850.00 | | 5,850.00 | | | | 5,850.00 | |
| Job: 81022505 / IR-685 CEDAR CREST RD Subtotals: | | | | | | **5,850.00** | | **5,850.00** | | | | **5,850.00** | |

Job: 81022506 / IR-17 EXECUTIVE PARK

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115986 | I 07/31/22 | 6 | 09/29/22 | 81022506 | 2,150.00 | 2,150.00 | | 2,150.00 | | | | 2,150.00 | |
| Job: 81022506 / IR-17 EXECUTIVE PARK Subtotals: | | | | | | **2,150.00** | | **2,150.00** | | | | **2,150.00** | |

Job: 81022509 / ELE-3925 BROOKSIDE PKWY

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116346 | I 08/29/22 | 6 | 10/28/22 | 81022509 | 5,000.00 | 5,000.00 | | 5,000.00 | | | 5,000.00 | | |
| Job: 81022509 / ELE-3925 BROOKSIDE PKWY Subtotals: | | | | | | **5,000.00** | | **5,000.00** | | | **5,000.00** | | |

Job: 81022510 / SGM-3925 BROOKSIDE PKWY

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116347 | I 08/29/22 | 6 | 10/28/22 | 81022510 | 3,000.00 | 3,000.00 | | 3,000.00 | | | 3,000.00 | | |
| Job: 81022510 / SGM-3925 BROOKSIDE PKWY Subtotals: | | | | | | **3,000.00** | | **3,000.00** | | | **3,000.00** | | |

Job: 81022511 / SGM-100 HERAEUS BLVD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116598 | I 09/19/22 | 6 | 11/18/22 | 81022511 | 14,000.00 | 14,000.00 | | 14,000.00 | | | 14,000.00 | | |
| Job: 81022511 / SGM-100 HERAEUS BLVD Subtotals: | | | | | | **14,000.00** | | **14,000.00** | | | **14,000.00** | | |

Job: 81022512 / IR-1180 W PEACHTREE ST

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115845 | I 07/19/22 | 6 | 09/17/22 | 81022512 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | | 1,950.00 |
| Job: 81022512 / IR-1180 W PEACHTREE ST Subtotals: | | | | | | **1,950.00** | | **1,950.00** | | | | | **1,950.00** |

Job: 81022513 / ELE-1400 HOLOCOMB BRIDGE

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117108 | I 10/27/22 | 6 | 12/26/22 | 81022513 | 2,000.00 | 2,000.00 | | 2,000.00 | 2,000.00 | | | | |
| Job: 81022513 / ELE-1400 HOLOCOMB BRIDGE Subtotals: | | | | | | **2,000.00** | | **2,000.00** | **2,000.00** | | | | |

Job: 81022514 / IR-3290 NORTHSIDE PKWY

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115739 | I 07/13/22 | 6 | 09/11/22 | 81022514 | 487.50 | 487.50 | | 487.50 | | | | | 487.50 |
| Job: 81022514 / IR-3290 NORTHSIDE PKWY Subtotals: | | | | | | **487.50** | | **487.50** | | | | | **487.50** |

Job: 81022515 / AF-3003 SUMMIT BLVD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116771 | I 10/03/22 | 6 | 12/02/22 | 81022515 | 13,000.00 | 13,000.00 | | 13,000.00 | | 13,000.00 | | | |
| Job: 81022515 / AF-3003 SUMMIT BLVD Subtotals: | | | | | | **13,000.00** | | **13,000.00** | | **13,000.00** | | | |

Job: 81022516 / IR-55 MARIETTA

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116537 | I 09/19/22 | 6 | 11/18/22 | 81022516 | 2,922.00 | 2,922.00 | | 2,922.00 | | | 2,922.00 | | |
| Job: 81022516 / IR-55 MARIETTA Subtotals: | | | | | | **2,922.00** | | **2,922.00** | | | **2,922.00** | | |

Job: 81022517 / IR-2000 SEQUOYAH

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115930 | I 07/28/22 | 6 | 09/26/22 | 81022517 | 3,800.00 | 3,800.00 | | 3,800.00 | | | | 3,800.00 | |
| Job: 81022517 / IR-2000 SEQUOYAH Subtotals: | | | | | | **3,800.00** | | **3,800.00** | | | | **3,800.00** | |

Job: 81022518 / IR-1270 NUCLEAR PLANT RD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116543 | I 09/19/22 | 6 | 11/18/22 | 81022518 | 3,325.00 | 3,325.00 | | 3,325.00 | | | 3,325.00 | | |
| Job: 81022518 / IR-1270 NUCLEAR PLANT RD Subtotals: | | | | | | **3,325.00** | | **3,325.00** | | | **3,325.00** | | |

Job: 81022519 / IR-714 SWAN POND RD

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116560 | I 09/19/22 | 6 | 11/18/22 | 81022519 | 2,765.00 | 2,765.00 | | 2,765.00 | | | 2,765.00 | | |
| Job: 81022519 / IR-714 SWAN POND RD Subtotals: | | | | | | **2,765.00** | | **2,765.00** | | | **2,765.00** | | |

Job: 81022520 / IR-950 INDUSTRIAL BLVD

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115764 | I 07/14/22  6  09/12/22 | | 81022520 | 975.00 | 975.00 | | 975.00 | | | | | 975.00 |
| Job: 81022520 / IR-950 INDUSTRIAL BLVD Subtotals: | | | | | **975.00** | | **975.00** | | | | | **975.00** |
| Job: 81022521 / IR-725 PONCE DELEON AVE | | | | | | | | | | | | |
| 116100 | I 08/12/22  6  10/11/22 | | 81022521 | 975.00 | 975.00 | | 975.00 | | | | 975.00 | |
| Job: 81022521 / IR-725 PONCE DELEON AVE Subtotals: | | | | | **975.00** | | **975.00** | | | | **975.00** | |
| Job: 81022523 / AF-2001 ALL RIVER RD | | | | | | | | | | | | |
| 116561 | I 09/19/22  6  11/18/22 | | 81022523 | 3,250.00 | 3,250.00 | | 3,250.00 | | | 3,250.00 | | |
| Job: 81022523 / AF-2001 ALL RIVER RD Subtotals: | | | | | **3,250.00** | | **3,250.00** | | | **3,250.00** | | |
| Job: 81022524 / IR-4005 FULTON INDUSTRIAL | | | | | | | | | | | | |
| 116562 | I 09/19/22  6  11/18/22 | | 81022524 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022524 / IR-4005 FULTON INDUSTRIAL Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022526 / IR-5680 NEW NORTHSIDE DR | | | | | | | | | | | | |
| 116563 | I 09/19/22  6  11/18/22 | | 81022526 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |
| Job: 81022526 / IR-5680 NEW NORTHSIDE DR Subtotals: | | | | | **300.00** | | **300.00** | | | **300.00** | | |
| Job: 81022527 / SG BREAKER TESTING | | | | | | | | | | | | |
| 116269 | I 08/22/22  6  10/21/22 | | 81022527 | 2,800.00 | 2,800.00 | | 2,800.00 | | | 2,800.00 | | |
| Job: 81022527 / SG BREAKER TESTING Subtotals: | | | | | **2,800.00** | | **2,800.00** | | | **2,800.00** | | |
| Job: 81022528 / IR-1265 EDGEMOOR RD | | | | | | | | | | | | |
| 116535 | I 09/19/22  6  11/18/22 | | 81022528 | 3,300.00 | 3,300.00 | | 3,300.00 | | | 3,300.00 | | |
| Job: 81022528 / IR-1265 EDGEMOOR RD Subtotals: | | | | | **3,300.00** | | **3,300.00** | | | **3,300.00** | | |
| Job: 81022529 / IR-299 TVA POND RD | | | | | | | | | | | | |
| 116544 | I 09/19/22  6  11/18/22 | | 81022529 | 2,975.00 | 2,975.00 | | 2,975.00 | | | 2,975.00 | | |
| Job: 81022529 / IR-299 TVA POND RD Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | **2,975.00** | | |
| Job: 81022530 / AR W/LABELING LILLIBRIDGE | | | | | | | | | | | | |
| 116635 | I 09/20/22  6  11/19/22 | | 81022530 | 500.00 | 500.00 | | 500.00 | | 500.00 | | | |
| Job: 81022530 / AR W/LABELING LILLIBRIDGE Subtotals: | | | | | **500.00** | | **500.00** | | **500.00** | | | |
| Job: 81022531 / IR 1800 ZINC RD | | | | | | | | | | | | |
| 116271 | I 08/22/22  6  10/21/22 | | 81022531 | 2,975.00 | 2,975.00 | | 2,975.00 | | | 2,975.00 | | |
| Job: 81022531 / IR 1800 ZINC RD Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | **2,975.00** | | |
| Job: 81022532 / IR 815 CUMBERLAND CITY RD | | | | | | | | | | | | |
| 116272 | I 08/22/22  6  10/21/22 | | 81022532 | 2,975.00 | 2,975.00 | | 2,975.00 | | | 2,975.00 | | |
| Job: 81022532 / IR 815 CUMBERLAND CITY RD Subtotals: | | | | | **2,975.00** | | **2,975.00** | | | **2,975.00** | | |
| Job: 81022533 / IR 1950 DUPONT ROAD | | | | | | | | | | | | |
| 116273 | I 08/22/22  6  10/21/22 | | 81022533 | 2,765.00 | 2,765.00 | | 2,765.00 | | | 2,765.00 | | |
| Job: 81022533 / IR 1950 DUPONT ROAD Subtotals: | | | | | **2,765.00** | | **2,765.00** | | | **2,765.00** | | |
| Job: 81022534 / IR NUCLEAR PLANT ROAD | | | | | | | | | | | | |
| 116636 | I 09/20/22  6  11/19/22 | | 81022534 | 3,000.00 | 3,000.00 | | 3,000.00 | | 3,000.00 | | | |
| Job: 81022534 / IR NUCLEAR PLANT ROAD Subtotals: | | | | | **3,000.00** | | **3,000.00** | | **3,000.00** | | | |
| Job: 81022535 / IR 13246 STATE ROAD 176 | | | | | | | | | | | | |
| 116274 | I 08/22/22  6  10/21/22 | | 81022535 | 2,975.00 | 2,975.00 | | 2,975.00 | | | 2,975.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Invoice / Check # | | Date | | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Open Balance Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Transaction Type / Payment Terms

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS (continued)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022535 / IR 13246 STATE ROAD 176 Subtotals: | | | | | | | **2,975.00** | | **2,975.00** | | | **2,975.00** | | |
| Job: 81022536 / IR 1901 RIVERSIDE PARKWAY | | | | | | | | | | | | | | |
| 116564 | I | 09/19/22 | 6 | 09/19/22 | 81022536 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022536 / IR 1901 RIVERSIDE PARKWAY Subtotals: | | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022537 / AF 350 LAS OLAS PLACE | | | | | | | | | | | | | | |
| 116534 | I | 09/19/22 | 6 | 09/19/22 | 81022537 | 19,000.00 | 19,000.00 | | 19,000.00 | | | 19,000.00 | | |
| Job: 81022537 / AF 350 LAS OLAS PLACE Subtotals: | | | | | | | **19,000.00** | | **19,000.00** | | | **19,000.00** | | |
| Job: 81022538 / AF 450 LAS OLAS PLACE | | | | | | | | | | | | | | |
| 116533 | I | 09/19/22 | 6 | 09/19/22 | 81022538 | 15,000.00 | 15,000.00 | | 15,000.00 | | | 15,000.00 | | |
| Job: 81022538 / AF 450 LAS OLAS PLACE Subtotals: | | | | | | | **15,000.00** | | **15,000.00** | | | **15,000.00** | | |
| Job: 81022540 / LPS 5995 WINDWARD PARKWAY | | | | | | | | | | | | | | |
| 116852 | I | 10/06/22 | 6 | 12/05/22 | 81022540 | 1,492.00 | 1,492.00 | | 1,492.00 | | 1,492.00 | | | |
| Job: 81022540 / LPS 5995 WINDWARD PARKWAY Subtotals: | | | | | | | **1,492.00** | | **1,492.00** | | **1,492.00** | | | |
| Job: 81022542 / AF 1950 SUMMIT PARK DR | | | | | | | | | | | | | | |
| 116637 | I | 09/20/22 | 6 | 11/19/22 | 81022542 | 12,104.00 | 12,104.00 | | 12,104.00 | | 12,104.00 | | | |
| Job: 81022542 / AF 1950 SUMMIT PARK DR Subtotals: | | | | | | | **12,104.00** | | **12,104.00** | | **12,104.00** | | | |
| Job: 81022544 / LPS 100 N POINT CENTER E | | | | | | | | | | | | | | |
| 116434 | I | 09/07/22 | 6 | 11/06/22 | 81022544 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| Job: 81022544 / LPS 100 N POINT CENTER E Subtotals: | | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| Job: 81022545 / LPS 200 N POINT CENTER E | | | | | | | | | | | | | | |
| 116435 | I | 09/07/22 | 6 | 11/06/22 | 81022545 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| Job: 81022545 / LPS 200 N POINT CENTER E Subtotals: | | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| Job: 81022546 / LPS 333 N POINT CENTER E | | | | | | | | | | | | | | |
| 116526 | I | 09/19/22 | 6 | 11/18/22 | 81022546 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| Job: 81022546 / LPS 333 N POINT CENTER E Subtotals: | | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| Job: 81022547 / LPS 555 N POINT CENTER E | | | | | | | | | | | | | | |
| 116525 | I | 09/19/22 | 6 | 11/18/22 | 81022547 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| Job: 81022547 / LPS 555 N POINT CENTER E Subtotals: | | | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| Job: 81022548 / IR 3100 CUMBERLAND BLVD | | | | | | | | | | | | | | |
| 116531 | I | 09/19/22 | 6 | 11/18/22 | 81022548 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022548 / IR 3100 CUMBERLAND BLVD Subtotals: | | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022550 / IR FRANKLIN GATEWAY | | | | | | | | | | | | | | |
| 116565 | I | 09/19/22 | 6 | 11/18/22 | 81022550 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022550 / IR FRANKLIN GATEWAY Subtotals: | | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022551 / AF-800 WARREN RD | | | | | | | | | | | | | | |
| 116750 | I | 09/30/22 | 6 | 11/29/22 | 81022551 | 24,939.00 | 24,939.00 | | 24,939.00 | | 24,939.00 | | | |
| Job: 81022551 / AF-800 WARREN RD Subtotals: | | | | | | | **24,939.00** | | **24,939.00** | | **24,939.00** | | | |
| Job: 81022554 / IR-3414 PEACHTREE RD | | | | | | | | | | | | | | |
| 116566 | I | 09/19/22 | 6 | 11/18/22 | 81022554 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022554 / IR-3414 PEACHTREE RD Subtotals: | | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
For The Period Ending: 12/19/22

| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Payment Terms | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022555 / LPS 3630 PEACHTREE RD

| 116853 | I | 10/06/22 | 6 | 12/05/22 | 81022555 | 1,672.00 | 1,672.00 | | 1,672.00 | 1,672.00 | | | |

Job: 81022555 / LPS 3630 PEACHTREE RD Subtotals: **1,672.00** **1,672.00** **1,672.00**

Job: 81022556 / IR 3625 CUMBERLAND BLVD

| 116567 | I | 09/19/22 | 6 | 11/18/22 | 81022556 | 975.00 | 975.00 | | 975.00 | | | 975.00 | |

Job: 81022556 / IR 3625 CUMBERLAND BLVD Subtotals: **975.00** **975.00** **975.00**

Job: 81022557 / IR 800 NORTHPOINT PARKWAY

| 116279 | I | 08/24/22 | 6 | | 81022557 | 512.50 | 512.50 | | 512.50 | | | | 512.50 |

Job: 81022557 / IR 800 NORTHPOINT PARKWAY Subtotals: **512.50** **512.50** **512.50**

Job: 81022558 / IR 900 NORTHPOINT PARKWAY

| 116280 | I | 08/24/22 | 6 | 10/23/22 | 81022558 | 512.50 | 512.50 | | 512.50 | | | | 512.50 |

Job: 81022558 / IR 900 NORTHPOINT PARKWAY Subtotals: **512.50** **512.50** **512.50**

Job: 81022559 / LPS 3225 CUMBERLAND BLVD

| 116568 | I | 09/19/22 | 6 | 11/18/22 | 81022559 | 1,250.00 | 1,250.00 | | 1,250.00 | | | 1,250.00 | |

Job: 81022559 / LPS 3225 CUMBERLAND BLVD Subtotals: **1,250.00** **1,250.00** **1,250.00**

Job: 81022560 / AF ADD 371 E PACES FERRY

| 116855 | I | 10/06/22 | 6 | 12/05/22 | 81022560 | 1,000.00 | 1,000.00 | | 1,000.00 | 1,000.00 | | | |

> 10/13/22 / 10:37:51 KAW Note:
> Per Kim Anastasia, I have to have PO#12481 reviewed prior to sending.
> 10/24/22 / 11:10:59 KAW Note:
> Contacted Kim Anastia for update regarding PO to submit invoice. Per Kim,
> I have asked for an update.

Job: 81022560 / AF ADD 371 E PACES FERRY Subtotals: **1,000.00** **1,000.00** **1,000.00**

Job: 81022561 / IR REPAIR-4170 ASHFORD

| 116124 | I | 08/15/22 | 6 | 10/14/22 | 81022561 | 1,868.00 | 1,868.00 | | 1,868.00 | | | | 1,868.00 |

Job: 81022561 / IR REPAIR-4170 ASHFORD Subtotals: **1,868.00** **1,868.00** **1,868.00**

Job: 81022562 / ELE 764 GEORGE CAGLE DR

| 116528 | I | 09/19/22 | 6 | 11/18/22 | 81022562 | 1,837.00 | 1,837.00 | | 1,837.00 | | | 1,837.00 | |

Job: 81022562 / ELE 764 GEORGE CAGLE DR Subtotals: **1,837.00** **1,837.00** **1,837.00**

Job: 81022563 / IR 1955 LAKE PARK DR

| 116186 | I | 08/18/22 | 6 | 10/17/22 | 81022563 | 7,372.00 | 7,372.00 | | 7,372.00 | | | | 7,372.00 |

Job: 81022563 / IR 1955 LAKE PARK DR Subtotals: **7,372.00** **7,372.00** **7,372.00**

Job: 81022564 / IR 400&50 CHASTAIN

| 116089 | I | 08/11/22 | 6 | 10/10/22 | 81022564 | 2,094.00 | 2,094.00 | | 2,094.00 | | | | 2,094.00 |

Job: 81022564 / IR 400&50 CHASTAIN Subtotals: **2,094.00** **2,094.00** **2,094.00**

Job: 81022566 / IR-4100 Wildwood Pkwy

| 116548 | I | 09/19/22 | 6 | 11/18/22 | 81022566 | 975.00 | 975.00 | | 975.00 | | | 975.00 | |

Job: 81022566 / IR-4100 Wildwood Pkwy Subtotals: **975.00** **975.00** **975.00**

Job: 81022567 / LPS-4100 Wildwood Pkwy

| 116125 | I | 08/15/22 | 6 | 10/14/22 | 81022567 | 1,200.00 | 1,200.00 | | 1,200.00 | | | | 1,200.00 |

Job: 81022567 / LPS-4100 Wildwood Pkwy Subtotals: **1,200.00** **1,200.00** **1,200.00**

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms — Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)**

Job: 81022568 / IR-4200 Wildwood Pkwy

| 116569 | I 09/19/22   6 | 11/18/22 | 81022568 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022568 / IR-4200 Wildwood Pkwy Subtotals:   **975.00**   **975.00**   **975.00**

Job: 81022569 / LPS 4200 Wildwood Pkwy

| 116570 | I 09/19/22   6 | 11/18/22 | 81022569 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022569 / LPS 4200 Wildwood Pkwy Subtotals:   **1,200.00**   **1,200.00**   **1,200.00**

Job: 81022570 / IR-4300 WILDWOOD PKWY

| 116571 | I 09/19/22   6 | 11/18/22 | 81022570 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022570 / IR-4300 WILDWOOD PKWY Subtotals:   **975.00**   **975.00**   **975.00**

Job: 81022571 / LPS-4300 WILDWOOD PKWY

| 116572 | I 09/19/22   6 | 11/18/22 | 81022571 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022571 / LPS-4300 WILDWOOD PKWY Subtotals:   **1,200.00**   **1,200.00**   **1,200.00**

Job: 81022572 / IR-2500 WINDY RIDGE PKWY

| 116037 | I 08/08/22   6 | 10/07/22 | 81022572 | 1,950.00 | 1,950.00 | | 1,950.00 | | | | 1,950.00 | |

Job: 81022572 / IR-2500 WINDY RIDGE PKWY Subtotals:   **1,950.00**   **1,950.00**   **1,950.00**

Job: 81022573 / LPS-2500 WINDY RIDGE PKWY

| 116038 | I 08/08/22   6 | 10/07/22 | 81022573 | 1,200.00 | 1,200.00 | | 1,200.00 | | | | 1,200.00 | |

Job: 81022573 / LPS-2500 WINDY RIDGE PKWY Subtotals:   **1,200.00**   **1,200.00**   **1,200.00**

Job: 81022574 / IR-5673 PEACHTREE DUNWOOD

| 116090 | I 08/11/22   6 | 10/10/22 | 81022574 | 975.00 | 975.00 | | 975.00 | | | | 975.00 | |

Job: 81022574 / IR-5673 PEACHTREE DUNWOOD Subtotals:   **975.00**   **975.00**   **975.00**

Job: 81022575 / IR-715 PEACHTREE ST

| 116573 | I 09/19/22   6 | 11/18/22 | 81022575 | 300.00 | 300.00 | | 300.00 | | | 300.00 | | |

Job: 81022575 / IR-715 PEACHTREE ST Subtotals:   **300.00**   **300.00**   **300.00**

Job: 81022576 / AF 3424 PEACHTREE RD NE

| 116775 | I 10/03/22   6 | 12/02/22 | 81022576 | 16,500.00 | 16,500.00 | | 16,500.00 | 16,500.00 | | | | |

Job: 81022576 / AF 3424 PEACHTREE RD NE Subtotals:   **16,500.00**   **16,500.00**   **16,500.00**

Job: 81022578 / IR-5445 MERIDIAN MARK RD

| 116281 | I 08/24/22   6 | 10/23/22 | 81022578 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |

Job: 81022578 / IR-5445 MERIDIAN MARK RD Subtotals:   **975.00**   **975.00**   **975.00**

Job: 81022580 / LPS-5445 MERIDIAN MARK RD

| 116282 | I 08/24/22   6 | 10/23/22 | 81022580 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |

Job: 81022580 / LPS-5445 MERIDIAN MARK RD Subtotals:   **1,200.00**   **1,200.00**   **1,200.00**

Job: 81022581 / IR 350 LAS OLAS PL

| 116760 | I 10/03/22   6 | 12/02/22 | 81022581 | 3,240.00 | 3,240.00 | | 3,240.00 | 3,240.00 | | | | |

Job: 81022581 / IR 350 LAS OLAS PL Subtotals:   **3,240.00**   **3,240.00**   **3,240.00**

Job: 81022582 / IR 450 LAS OLAS PLACE

| 116788 | I 10/03/22   6 | 12/02/22 | 81022582 | 2,000.00 | 2,000.00 | | 2,000.00 | 2,000.00 | | | | |

Job: 81022582 / IR 450 LAS OLAS PLACE Subtotals:   **2,000.00**   **2,000.00**   **2,000.00**

Job: 81022585 / IR-1180 W PEACHTREE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Payment Terms | Invoice / Check # | Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

| | Invoice/Check # | Date | Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I 6 | 116091 | 08/11/22 | 10/10/22 | 81022585 | 1,576.00 | 1,576.00 | | 1,576.00 | | | | 1,576.00 | |
| Job: 81022585 / IR-1180 W PEACHTREE Subtotals: | | | | | | **1,576.00** | | **1,576.00** | | | | **1,576.00** | |
| Job: 81022588 / EC 2500 NWINDS PKWY | | | | | | | | | | | | | |
| I 6 | 116288 | 08/25/22 | 10/24/22 | 81022588 | 630.00 | 630.00 | | 630.00 | | | 630.00 | | |
| Job: 81022588 / EC 2500 NWINDS PKWY Subtotals: | | | | | | **630.00** | | **630.00** | | | **630.00** | | |
| Job: 81022589 / AF 2500 PATRICK HENRY PK | | | | | | | | | | | | | |
| I 6 | 116854 | 10/06/22 | 12/05/22 | 81022589 | 3,500.00 | 3,500.00 | | 3,500.00 | 3,500.00 | | | | |
| Job: 81022589 / AF 2500 PATRICK HENRY PK Subtotals: | | | | | | **3,500.00** | | **3,500.00** | **3,500.00** | | | | |
| Job: 81022590 / IR 11560 GREAT OAKS WAY | | | | | | | | | | | | | |
| I 6 | 116348 | 08/29/22 | 10/28/22 | 81022590 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022590 / IR 11560 GREAT OAKS WAY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022591 / IR 11560 GREAT OAKS WAY | | | | | | | | | | | | | |
| I 6 | 116349 | 08/29/22 | 10/28/22 | 81022591 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022591 / IR 11560 GREAT OAKS WAY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022592 / IR 11560 GREAT OAKS WAY | | | | | | | | | | | | | |
| I 6 | 116350 | 08/29/22 | 10/28/22 | 81022592 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022592 / IR 11560 GREAT OAKS WAY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022593 / IR 4501 NORTHPOINT PKWY | | | | | | | | | | | | | |
| I 6 | 116351 | 08/29/22 | 10/28/22 | 81022593 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022593 / IR 4501 NORTHPOINT PKWY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022594 / IR 3475 PIEDMONT RD | | | | | | | | | | | | | |
| I 6 | 116574 | 09/19/22 | 11/18/22 | 81022594 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022594 / IR 3475 PIEDMONT RD Subtotals: | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022595 / IR 1040 CROWN POINTE | | | | | | | | | | | | | |
| I 6 | 116485 | 09/13/22 | 11/12/22 | 81022595 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022595 / IR 1040 CROWN POINTE Subtotals: | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022596 / IR 1050 CROWN POINTE | | | | | | | | | | | | | |
| I 6 | 116500 | 09/15/22 | 11/14/22 | 81022596 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022596 / IR 1050 CROWN POINTE Subtotals: | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022597 / IR 746 WILOUGHBY WAY | | | | | | | | | | | | | |
| I 6 | 116433 | 09/07/22 | 11/06/22 | 81022597 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022597 / IR 746 WILOUGHBY WAY Subtotals: | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022598 / IR 3050 PEACHTREE RD | | | | | | | | | | | | | |
| I 6 | 116789 | 10/03/22 | 12/02/22 | 81022598 | 975.00 | 975.00 | | 975.00 | 975.00 | | | | |
| Job: 81022598 / IR 3050 PEACHTREE RD Subtotals: | | | | | | **975.00** | | **975.00** | **975.00** | | | | |
| Job: 81022599 / IR 3060 PEACHTREE RD | | | | | | | | | | | | | |
| I 6 | 116524 | 09/19/22 | 11/18/22 | 81022599 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022599 / IR 3060 PEACHTREE RD Subtotals: | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022600 / IR 3348 PEACHTREE RD | | | | | | | | | | | | | |
| I 6 | 116575 | 09/19/22 | 11/18/22 | 81022600 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type | Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS (continued)**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Job: 81022600 / IR 3348 PEACHTREE RD Subtotals: | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022601 / IR 3350 PEACHTREE RD | | | | | | | | | | | | | |
| 116576 | I | 09/19/22 | 6 | 11/18/22 | 81022601 | 1,950.00 | 1,950.00 | | 1,950.00 | | | 1,950.00 | | |
| Job: 81022601 / IR 3350 PEACHTREE RD Subtotals: | | | | | | **1,950.00** | | **1,950.00** | | | **1,950.00** | | |
| Job: 81022603 / AFMAILLABELS 2750 ORBITER | | | | | | | | | | | | | |
| 117109 | I | 10/27/22 | 6 | 12/26/22 | 81022603 | 2,500.00 | 2,500.00 | | 2,500.00 | 2,500.00 | | | | |
| Job: 81022603 / AFMAILLABELS 2750 ORBITER Subtotals: | | | | | | **2,500.00** | | **2,500.00** | **2,500.00** | | | | |
| Job: 81022604 / AF 223 MIDDLETON RUN RD | | | | | | | | | | | | | |
| 116283 | I | 08/24/22 | 6 | 10/23/22 | 81022604 | 1,000.00 | 1,000.00 | | 1,000.00 | | | 1,000.00 | | |
| Job: 81022604 / AF 223 MIDDLETON RUN RD Subtotals: | | | | | | **1,000.00** | | **1,000.00** | | | **1,000.00** | | |
| Job: 81022605 / IR 75 5TH ST SW | | | | | | | | | | | | | |
| 116289 | I | 08/25/22 | 6 | 10/24/22 | 81022605 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022605 / IR 75 5TH ST SW Subtotals: | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022606 / IR 85 5TH ST NW | | | | | | | | | | | | | |
| 116352 | I | 08/29/22 | 6 | 10/28/22 | 81022606 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022606 / IR 85 5TH ST NW Subtotals: | | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022607 / AF LABEL 4170 ASHFORD DUN | | | | | | | | | | | | | |
| 116763 | I | 10/03/22 | 6 | 12/02/22 | 81022607 | 7,560.00 | 7,560.00 | | 7,560.00 | | 7,560.00 | | | |
| Job: 81022607 / AF LABEL 4170 ASHFORD DUN Subtotals: | | | | | | **7,560.00** | | **7,560.00** | | **7,560.00** | | | |
| Job: 81022608 / IR 4170 ASHFORD DUNWOODY | | | | | | | | | | | | | |
| 116767 | I | 10/03/22 | 6 | 12/02/22 | 81022608 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
| Job: 81022608 / IR 4170 ASHFORD DUNWOODY Subtotals: | | | | | | **975.00** | | **975.00** | | **975.00** | | | |
| Job: 81022609 / IR 1261 WILLOW RUN RD | | | | | | | | | | | | | |
| 116436 | I | 09/07/22 | 6 | 11/06/22 | 81022609 | 2,925.00 | 2,925.00 | | 2,925.00 | | | 2,925.00 | | |
| Job: 81022609 / IR 1261 WILLOW RUN RD Subtotals: | | | | | | **2,925.00** | | **2,925.00** | | | **2,925.00** | | |
| Job: 81022610 / IR 3655 N POINT PKWY | | | | | | | | | | | | | |
| 116353 | I | 08/29/22 | 6 | 10/28/22 | 81022610 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022610 / IR 3655 N POINT PKWY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022611 / IR 11575 GREAT OAKS WAY | | | | | | | | | | | | | |
| 116355 | I | 08/29/22 | 6 | 10/28/22 | 81022611 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022611 / IR 11575 GREAT OAKS WAY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022612 / IR 11675 GREAT OAKS WAY | | | | | | | | | | | | | |
| 116356 | I | 08/29/22 | 6 | 10/28/22 | 81022612 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
| Job: 81022612 / IR 11675 GREAT OAKS WAY Subtotals: | | | | | | **512.00** | | **512.00** | | | **512.00** | | |
| Job: 81022614 / IR 250 E PONCE DE LEON | | | | | | | | | | | | | |
| 116759 | I | 10/03/22 | 6 | 12/02/22 | 81022614 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
| Job: 81022614 / IR 250 E PONCE DE LEON Subtotals: | | | | | | **975.00** | | **975.00** | | **975.00** | | | |
| Job: 81022615 / ELECTRIC INS 864 SPRING | | | | | | | | | | | | | |
| 116665 | I | 09/22/22 | 6 | 11/21/22 | 81022615 | 750.00 | 750.00 | | 750.00 | | 750.00 | | | |
| Job: 81022615 / ELECTRIC INS 864 SPRING Subtotals: | | | | | | **750.00** | | **750.00** | | **750.00** | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type | Payment Terms | | | | | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice / Check # | | Date | Invoice Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |

**Customer Martin Technical  Phone: (866) 234-6890  Contact: CATHY BURTIS  (continued)**

Job: 81022616 / BREAK INS 133 PEACHTREE

| 116438 | I 09/07/22  6  11/06/22 | 81022616 | 1,360.00 | 1,360.00 | | 1,360.00 | | | 1,360.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022616 / BREAK INS 133 PEACHTREE Subtotals: **1,360.00** **1,360.00** **1,360.00**

Job: 81022618 / LPS 1110 SANCTUARY PKWY

| 116779 | I 10/03/22  6  12/02/22 | 81022618 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022618 / LPS 1110 SANCTUARY PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022619 / LPS 1130 SANCTUARY PKWY

| 116577 | I 09/19/22  6  11/18/22 | 81022619 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022619 / LPS 1130 SANCTUARY PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022621 / IR 100 ASHFORD CENTER N

| 116856 | I 10/06/22  6  12/05/22 | 81022621 | 975.00 | 975.00 | | 975.00 | | 975.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022621 / IR 100 ASHFORD CENTER N Subtotals: **975.00** **975.00** **975.00**

Job: 81022622 / IR 3440 PRESTON RIDGE RD

| 116777 | I 10/03/22  6  12/02/22 | 81022622 | 535.00 | 535.00 | | 535.00 | | 535.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022622 / IR 3440 PRESTON RIDGE RD Subtotals: **535.00** **535.00** **535.00**

Job: 81022623 / IR 3750 BROOKSIDE PKWY

| 116857 | I 10/06/22  6  12/05/22 | 81022623 | 512.00 | 512.00 | | 512.00 | | 512.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022623 / IR 3750 BROOKSIDE PKWY Subtotals: **512.00** **512.00** **512.00**

Job: 81022624 / IR 3805 CRESTWOOD PKWY

| 116523 | I 09/19/22  6  11/18/22 | 81022624 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022624 / IR 3805 CRESTWOOD PKWY Subtotals: **512.00** **512.00** **512.00**

Job: 81022625 / IR 3885 CRESTWOOD PKWY

| 116522 | I 09/19/22  6  11/18/22 | 81022625 | 512.00 | 512.00 | | 512.00 | | | 512.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022625 / IR 3885 CRESTWOOD PKWY Subtotals: **512.00** **512.00** **512.00**

Job: 81022626 / IR 3715 NORTHSIDE PKWY

| 116758 | I 10/03/22  6  12/02/22 | 81022626 | 1,950.00 | 1,950.00 | | 1,950.00 | | 1,950.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022626 / IR 3715 NORTHSIDE PKWY Subtotals: **1,950.00** **1,950.00** **1,950.00**

Job: 81022627 / LPS 3715 NORTHSIDE PKWY

| 116757 | I 10/03/22  6  12/02/22 | 81022627 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022627 / LPS 3715 NORTHSIDE PKWY Subtotals: **1,200.00** **1,200.00** **1,200.00**

Job: 81022628 / AF ADD 825 10TH ST NW

| 116776 | I 10/03/22  6  12/02/22 | 81022628 | 6,000.00 | 6,000.00 | | 6,000.00 | | 6,000.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022628 / AF ADD 825 10TH ST NW Subtotals: **6,000.00** **6,000.00** **6,000.00**

Job: 81022629 / IR 1075 PEACHTREE ST

| 117110 | I 10/27/22  6  12/26/22 | 81022629 | 2,925.00 | 2,925.00 | | 2,925.00 | 2,925.00 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022629 / IR 1075 PEACHTREE ST Subtotals: **2,925.00** **2,925.00** **2,925.00**

Job: 81022630 / IR 705 BRASELTON IND BLVD

| 116858 | I 10/07/22  6  12/06/22 | 81022630 | 1,950.00 | 1,950.00 | | 1,950.00 | | 1,950.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Job: 81022630 / IR 705 BRASELTON IND BLVD Subtotals: **1,950.00** **1,950.00** **1,950.00**

Job: 81022631 / AF LABEL 1770 SATELLITE

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms / Date | Invoice Due Date | Job Number | Original Amount | Open Balance Total | Retention | Non-Retention | Days Past Due Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)**

| Type/Inv | Terms/Date | Due Date | Job Number | Original Amount | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116762 | I 10/03/22  6 | 12/02/22 | 81022631 | 10,000.00 | 10,000.00 | | 10,000.00 | | 10,000.00 | | | |
| Job: 81022631 / AF LABEL 1770 SATELLITE Subtotals: | | | | | **10,000.00** | | **10,000.00** | | **10,000.00** | | | |
| Job: 81022632 / IR 3290 NSIDE PKWY | | | | | | | | | | | | |
| 116486 | I 09/13/22  6 | 11/12/22 | 81022632 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022632 / IR 3290 NSIDE PKWY Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022633 / SERVICE 3424 PEACHTREE RD | | | | | | | | | | | | |
| 116664 | I 09/22/22  6 | 11/21/22 | 81022633 | 2,662.00 | 2,662.00 | | 2,662.00 | | 2,662.00 | | | |
| Job: 81022633 / SERVICE 3424 PEACHTREE RD Subtotals: | | | | | **2,662.00** | | **2,662.00** | | **2,662.00** | | | |
| Job: 81022634 / IR RESCAN BUSS SEC 55 MAR | | | | | | | | | | | | |
| 116859 | I 10/07/22  6 | 12/06/22 | 81022634 | 840.00 | 840.00 | | 840.00 | | 840.00 | | | |
| Job: 81022634 / IR RESCAN BUSS SEC 55 MAR Subtotals: | | | | | **840.00** | | **840.00** | | **840.00** | | | |
| Job: 81022635 / LPS 1120 SANCTUARY PKWY | | | | | | | | | | | | |
| 116439 | I 09/07/22  6 | 11/06/22 | 81022635 | 1,200.00 | 1,200.00 | | 1,200.00 | | | 1,200.00 | | |
| Job: 81022635 / LPS 1120 SANCTUARY PKWY Subtotals: | | | | | **1,200.00** | | **1,200.00** | | | **1,200.00** | | |
| Job: 81022636 / IR 315 W PONCE DE LEON | | | | | | | | | | | | |
| 116440 | I 09/07/22  6 | 11/06/22 | 81022636 | 975.00 | 975.00 | | 975.00 | | | 975.00 | | |
| Job: 81022636 / IR 315 W PONCE DE LEON Subtotals: | | | | | **975.00** | | **975.00** | | | **975.00** | | |
| Job: 81022637 / IR 13010 MORRIS RD | | | | | | | | | | | | |
| 116751 | I 09/30/22  6 | 11/29/22 | 81022637 | 1,950.00 | 1,950.00 | | 1,950.00 | | 1,950.00 | | | |
| Job: 81022637 / IR 13010 MORRIS RD Subtotals: | | | | | **1,950.00** | | **1,950.00** | | **1,950.00** | | | |
| Job: 81022638 / IR 600 HERAEUS BLVD | | | | | | | | | | | | |
| 116747 | I 09/30/22  6 | 11/29/22 | 81022638 | 2,950.00 | 2,950.00 | | 2,950.00 | | 2,950.00 | | | |
| Job: 81022638 / IR 600 HERAEUS BLVD Subtotals: | | | | | **2,950.00** | | **2,950.00** | | **2,950.00** | | | |
| Job: 81022639 / IR 743 HILL RD | | | | | | | | | | | | |
| 116770 | I 10/03/22  6 | 12/02/22 | 81022639 | 150.00 | 150.00 | | 150.00 | | 150.00 | | | |
| Job: 81022639 / IR 743 HILL RD Subtotals: | | | | | **150.00** | | **150.00** | | **150.00** | | | |
| Job: 81022646 / LPS 3100 CUMBERLAND BLVD | | | | | | | | | | | | |
| 116761 | I 10/03/22  6 | 12/02/22 | 81022646 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |
| Job: 81022646 / LPS 3100 CUMBERLAND BLVD Subtotals: | | | | | **1,200.00** | | **1,200.00** | | **1,200.00** | | | |
| Job: 81022649 / IR 600 W PEACHTREE ST | | | | | | | | | | | | |
| 116752 | I 09/30/22  6 | 11/29/22 | 81022649 | 2,925.00 | 2,925.00 | | 2,925.00 | | 2,925.00 | | | |
| Job: 81022649 / IR 600 W PEACHTREE ST Subtotals: | | | | | **2,925.00** | | **2,925.00** | | **2,925.00** | | | |
| Job: 81022651 / AF 4451 AIRCRAFT DR STE C | | | | | | | | | | | | |
| 117066 | I 10/25/22  6 | 12/24/22 | 81022651 | 2,500.00 | 2,500.00 | | 2,500.00 | 2,500.00 | | | | |
| Job: 81022651 / AF 4451 AIRCRAFT DR STE C Subtotals: | | | | | **2,500.00** | | **2,500.00** | **2,500.00** | | | | |
| Job: 81022652 / AF ADDITION 730 PEACHTREE | | | | | | | | | | | | |
| 116769 | I 10/03/22  6 | 12/02/22 | 81022652 | 1,500.00 | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |
| Job: 81022652 / AF ADDITION 730 PEACHTREE Subtotals: | | | | | **1,500.00** | | **1,500.00** | | **1,500.00** | | | |
| Job: 81022653 / LPS 3445 PEACHTREE RD NE | | | | | | | | | | | | |
| 116749 | I 09/30/22  6 | 11/29/22 | 81022653 | 1,200.00 | 1,200.00 | | 1,200.00 | | 1,200.00 | | | |

**Allison-Smith Company LLC**
**Detail A/R Aged Open Items Report Sorted by Customer Alpha Code**
**For The Period Ending: 12/19/22**

| Transaction Type / Invoice / Check # | Payment Terms / Date | Invoice Due Date | Job Number | Original Amount | Open Balance | | | Days Past Due | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total | Retention | Non-Retention | Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
| **Customer Martin Technical   Phone: (866) 234-6890   Contact: CATHY BURTIS   (continued)** | | | | | | | | | | | | |
| Job: 81022653 / LPS 3445 PEACHTREE RD NE Subtotals: | | | | | **1,200.00** | | **1,200.00** | **1,200.00** | | | | |
| Job: 81022655 / IR 2100 RIVEREDGE PKWY | | | | | | | | | | | | |
| 116748 | I 09/30/22 | 6   11/29/22 | 81022655 | 975.00 | 975.00 | | 975.00 | 975.00 | | | | |
| Job: 81022655 / IR 2100 RIVEREDGE PKWY Subtotals: | | | | | **975.00** | | **975.00** | **975.00** | | | | |
| Job: 810211067 / SGM-1545 US 22 | | | | | | | | | | | | |
| 115833 | I 07/19/22 | 6   09/17/22 | 810211067 | 120,000.00 | 120,000.00 | | 120,000.00 | | | | | 120,000.00 |
| Job: 810211067 / SGM-1545 US 22 Subtotals: | | | | | **120,000.00** | | **120,000.00** | | | | | **120,000.00** |
| Job: 810211295 / EI-950 E Paces Ferry Rd | | | | | | | | | | | | |
| 115872 | I 07/21/22 | 6   09/19/22 | 810211295 | 10,500.00 | 10,500.00 | | 10,500.00 | | | | | 10,500.00 |
| Job: 810211295 / EI-950 E Paces Ferry Rd Subtotals: | | | | | **10,500.00** | | **10,500.00** | | | | | **10,500.00** |
| **Customer 30151 Totals:** | | | | | **1,165,239.50** | | **1,165,239.50** | **64,279.00** | **236,973.00** | **278,675.00** | **110,955.00** | **474,357.50** |
| | | | Report Totals: | | **1,165,239.50** | | **1,165,239.50** | | **236,973.00** | | **110,955.00** | |
| | | | | | | **0.00** | | **64,279.00** | | **278,675.00** | | **474,357.50** |
| | | | | | | | | *5.52%* | *20.34%* | *23.92%* | *9.52%* | *40.71%* |

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| ALLISON-SMITH COMPANY, LLC    ) | |
|                             ) | |
|      Plaintiff,            ) | |
|                             ) | CAFN: |
| v.                            ) | |
|                             ) | |
| MARTIN TECHNICAL, INC.      ) | |
|                             ) | |
|      Defendant.           ) | |

---

**PLAINTIFF ALLISON-SMITH COMPANY LLC'S FIRST**
**INTERROGATORIES TO DEFENDANT MARTIN TECHNICAL, INC.**

---

NOW COMES Plaintiff Allison-Smith Company, LLC ("Plaintiff" or "Allison-Smith") and propounds the following interrogatories to Defendant Martin Technical, Inc. ("Martin Technical" or "Defendant") in accordance with the Georgia Civil Practice Act.

## DEFINITIONS AND INSTRUCTIONS

1.     The terms "you," "your," "Martin Technical" and "Defendant," shall mean Defendant Martin Technical, Inc. and its present and former officers, directors, agents, employees, and representatives.

2.     The term "Allison-Smith" shall mean Allison-Smith Company, LLC, and its present and former officers, directors, agents, employees, and representatives.

3.     The term "the Projects" shall mean all of the projects Allison-Smith worked on as referenced in the Complaint.

4.     The term "Project Invoices" shall mean all of the invoices Allison-Smith submitted for payment to Martin Technical, as referenced in the Complaint.

5.      Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Complaint.

6.      The terms "business entity" or "entity" shall mean firms, corporations, partnerships, joint ventures, unincorporated associations, companies, businesses, partnerships, proprietorships, or fictitious or trade names.

7.      The term "Person" or "Persons" mean and include any individual, firm, entity, partnership, corporation, joint venture, unincorporated association, banking association, governmental agency or department, trust or sole proprietorship, and any and all partners, officers and/or directors thereof.

8.      "Document" means all writings, including unidentical copies, drafts or versions, of any kind, including but not limited to, correspondence, memoranda, notes, letters, telegrams, facsimile transmissions, minutes, reports, evaluations, valuations, calculations, compilations, contracts, licenses, registrations, sales brochures and other promotional and/or marketing materials, advertisements, offer sheets, instructions, specification sheets, software programs, prospectuses, interoffice and intraoffice communications, offers, notations, work sheets, photographs, charts, graphs, microfiche, microfilm, video tape, recordings, motion pictures, computer files, electronic mail and computer data and presentation materials including all slides and transparencies, and all electronic, electric, magnetic and mechanical records or representations of any of the above.

9.      The term "Communications" means any verbal, written, electronic or other transmittal of words, thoughts, ideas or images, between or among Persons or groups of Persons, whether in Person, in writing, by telephone, by electronic mail, by voice mail, or any other means, including, by way of example, discussions, conversations, meetings, conferences,

contacts, telephone conversations, inquiries, interviews, negotiations, advertisements, agreements, press releases, understandings, cards, letters, correspondence, electronic mail, telegrams, telexes, cables, or other forms of written or verbal intercourse, however transmitted, and all Documents relating to such communications.

10.     The terms "regarding," "refer to," "relate to," "related to," "relating to," "referring to" means having any relationship or connection to, alluding to, responding to, pertaining to, concerning, connected with, commenting on, in respect of, about, regarding, discussing, evidencing, showing, describing, memorializing, comprising, reflecting, analyzing, containing, constituting or otherwise establishing any reasonable, logical or causal connection.

11.     The terms "concerning", or "concern" include "referring to," "relating to," "containing," "embodying," "mentioning," "evidencing," "constituting" and "describing."

12.     The words "and" and "or" shall be construed to be conjunctive or disjunctive, whichever makes the request more inclusive.

13.     The term "any" shall be deemed to include and encompass the words "each" and "all."  The use of the word "or" shall mean "and," as well as "or."  "Person or "Persons" mean and include any individual firm, entity, partnership, corporation, joint venture, unincorporated association, banking association, governmental agency or department, trust or sole proprietorship, and any and all partners, officers and/or directors thereof.

14.     As used herein, the words identify, identification, or identity mean when used in reference to:

(1)     a natural person: state his or her full name and address and last known address, present and last known position or business affiliation and its address;

(2)     a document: state the following information with respect to each such document (in lieu of identification of each document plaintiff may attach copies of each document to answers to these Interrogatories)

      a.     The date appearing on such document; and if no date appears thereon, the answer shall so state and give the date or approximate date such document was prepared;

      b.     the general nature, description or type of document (i.e., whether it is a letter, memorandum, sound recording, drawing, etc.) (note the number of pages of which it consists);

      c.     the author(s) or the name(s) of the person(s) who signed such document and, if it was not signed, the answer shall so state and give the name(s) of the person(s) who prepared it;

      d.     the name(s) of the person(s) to whom such document was addressed and the name of each person other than such addressee(s) to whom such document or copies thereof was given or sent;

      e.     the general subject matter of such document; and

      f.     the name of the person having custody, possession or control of such document and its present location.

      (3)    An oral communication: state the following information with respect to each such oral communication

      a.     the date and the place where it occurred;

      b.     the identity of each person to whom such communication was made, each person by whom such communication was made, each person who was present when such communication was made; and

      c.     the subject matter of such communication.

15.     To the extent the claim of attorney-client privilege or work product immunity is not being asserted as to the entirety of a document, produce in redacted form that portion of the document not covered by such claim of privilege or immunity.

16.     These interrogatories are to be regarded as continuing and you are requested to provide any additional information by way of supplementary responses that may hereafter be obtained by Defendant or any person acting on Defendant's behalf, which will augment or otherwise modify Defendant's responses.

## **RELEVANT TIME PERIOD**

These Interrogatories encompass the relevant timeframe starting when Plaintiff first performed or provided any labor, services, or materials to Defendant through the present, and further including through the date of the trial on this matter.

## **RESERVATION OF RIGHTS**

Allison-Smith reserves all rights to conduct additional discovery and to serve Defendant with subsequent discovery requests in accordance with Georgia Law.

## **INTERROGATORIES**

1.      Identify all "oral discussions, written communications, and . . . course of conduct" that comprise the "common understanding" referenced on page 2 of Martin Technical's letter attached hereto as Exhibit A (the "January 16 Letter").

2.      Identify all witnesses that have knowledge of this alleged "common understanding."  For each such witness, identify their:

      a)  Name;

      b)  Address;

      c)  Title;

      d)  Contact Information.

3.      Identify by name all Projects covered by this "common understanding" and the approximate dates of the Projects.

4.      For each such Project identified, state whether Allison-Smith generated SKM files, and whether they were provided to Martin Technical.

5.      For each such Project identified, state whether the customer paid Martin-Technical for the scope of work performed by Allison-Smith.

6.      For each such Project identified, state with specificity Martin-Technical's participation in the creation and authorship of SKM files, including all data and engineering analysis performed by Martin-Technical.

7.      If you know, for each Project identified, state Allison-Smith's participation in the creating and authorship of SKM files, including all data and engineering analysis performed by Allison-Smith.

8.      Identify all evidence you are aware of that you contend supports your contention that the SKM Files "were explicitly incorporated into the agreement between Allison Smith and Martin Technical." (January 16 Letter, p. 7.)

9.      As to Allison-Smith's alleged "[d]uty to rebuild SKM Files destroyed in the spring 2022 data breach," state any evidence you are aware of that you contend supports that this was your understanding and that this was a contract term. (January 16 Letter, p. 6.)

10.      As to Allison-Smith's alleged "[d]uty to provide SKM Files that exist to date," state any evidence that you are aware of that you contend supports that this was your understanding and that this was a contract term. (January 16 Letter, p. 6.)

11.      State all material facts and circumstances that you contend support your allegations of "[t]ortious interference with contract," including, but not limited to:

   a)  The conduct you allege took place;

   b)  When did the alleged conduct take place;

   c)  Identify all witnesses that have knowledge about the alleged conduct;

   d)   Identify the business relationships affected by the allege conduct;

   e)  Identify the damages Martin Technical contends it suffered as a result of the alleged conduct.

(January 16 Letter, p. 7.)

12.     State all material facts and circumstances that you contend support your allegations of "[s]lander of title."  (January 16 Letter, p. 8.)

13.     Identify all communications that you contend support your assertion that each of the "five essential terms" became the parties' "common understanding," including the approximate time and place in which you contend it occurred, as well as witnesses that have knowledge about the matters discussed. For each such witness, identify their name, address, title, and contact information.

*14.*     Identify where any of the "five essential terms" identified in the January 16 Letter were stated in writing.

15.     If Martin Technical contends any of the services Allison-Smith performed on any of the Projects were incomplete or defective, describe in detail the material facts including, but not limited to, the Project name, the defect or nonconformity, and any other relevant facts in support of Martin Technical's contention.

16.     If Martin Technical contends it is entitled to withhold any payments sought by Allison-Smith, please state the legal basis and material facts in support of Martin Technical's contention.

17.     If Martin Technical contends that it has a basis to set-off, recoup, or back-charge amounts against the amounts Allison-Smith has asserted are due and owing in the Complaint, please state the legal basis and material facts in support of Martin Technical's contention.

18.     For any Project where the owner paid Martin Technical but Martin Technical did not pay Allison-Smith, identify the Project and the location of the project funds now.

19.     For each Project where you contend Allison-Smith breached a contract, please describe in detail the contract term breached, the material facts that constitute the alleged breach, and any damages you alleged you suffered.

20.     Identify any witnesses Martin Technical may call at trial. With respect to each such witness, state whether they are fact witnesses or expert witnesses, whether they are an employee or representative of Martin Technical and state the facts about which they will testify. If the witness will be offered as an expert witness, state the opinion(s) such witness would offer and the basis for such opinion(s).

21.     Identify any witnesses that you believe may have knowledge as to the facts identified in response to these interrogatories. For each such witness, identify their name, address, title, and contact information.

This 13th day of February 2023.

**HUDSON LAMBERT PARROTT WALKER, LLC**

By: _/s/ Antony L. Sanacory_____
    Antony L. Sanacory
    Georgia Bar No. 625195
    Dorothea Ana Ille
    Georgia Bar No. 282477

Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8194
Facsimile: (404) 554-8171
asanacory@hlpwlaw.com
dille@hlpwlaw.com

    *Counsel for Plaintiff Allison-Smith Company, LLC*

-8-

# EXHIBIT A



Stephen T. LaBriola
slabriola@fellab.com
Direct Dial: 404.586.2020
Direct Fax: 404.420.4028

233 Peachtree Street, NE
Suite 2400, Harris Tower
Atlanta, GA  30303-1509
Main: 404.586.9200
Main Fax: 404.586.9201

www.fellab.com

January 16, 2023

**Via E-mail**

Antony L. Sanacory, Esq.
Hudson Lambert Parrott Walker, LLC
3575 Piedmont Road
Building 15, Suite 200
Atlanta, GA 30305
asanacory@hlpwlaw.com

  Re: Allison-Smith Demand on Martin Technical for Payment of Invoices

Dear Antony:

  Along with Art Gardner of Gardner Groff, we represent Martin Technical, Inc. in connection with your December 20, 2022 letter, "Demand for Payment on All Outstanding Invoices." Thank you for providing Martin Technical with an extension to respond to your December 20, 2022 letter through today's date.

  In your December 20, 2022 letter, Allison-Smith Company demands payment of $1,165,239.50 for purportedly outstanding invoices. In responding to that demand, this letter proceeds in three parts: (1) the key facts of the parties' relationship; (2) the claims and defenses of Martin Technical against Allison Smith in a proceeding over the invoices at issue; and (3) Martin Technical's damages.

## I. Factual background and relationship between Allison Smith and Martin Technical

  Martin Technical is a leading provider of practical safety and efficiency services that make industrial plants, facilities, and businesses better, safer, and more efficient. Martin Technical focuses on the development and implementation of workplace safety engineering, consulting, and plans for businesses around the nation with a particular emphasis on OSHA and NFPA 70E compliance. This includes electrical safety for clients, and subcontracting out certain electrical safety engineering studies, testing, in addition to some repairs, upgrades, and related maintenance. This subcontracted work, like Martin Technical's business, concentrated on workplace safety repairs and upgrades. Allison Smith is an electrical



**Via E-mail**
Antony L. Sanacory, Esq.
Page 2 of 12

contracting and engineering company based out of Atlanta that, until recently, Martin Technical used as a subcontractor.

As you may know, Martin Technical bought East Coast Electrical's assets in or around 2019. For many years prior to that sale in 2019, East Coast Electrical had a long-standing relationship with Allison Smith. And after the purchase, Martin Technical continued to use Allison Smith's electrical safety engineering and testing services for new customers acquired in the sale and for Martin Technical's existing customers. As noted, Martin Technical's business focuses on electrical safety, not construction or repair, so Allison Smith was used as subcontractor for those kinds of services.

We understand that no formal written contract ever was entered into between Martin Technical and Allison Smith. Martin Technical requested that the parties execute a written contract, but Allison Smith, through its service manager Scott Smith, flatly refused to sign any such written contract. Instead, the parties' reached a common understanding based on their oral discussions, written communications, and their course of conduct over the next three and a half years. And the parties conducted significant business of approximately $3.5 to $4 million per year after 2018 even without a written contract pursuant to this common understanding.

This continued from 2019 until late 2022. During that period, the parties' relationship and course of conduct evidenced a common understanding on at least five essential terms:

1. Martin Technical would use Allison Smith as a subcontractor on a non-exclusive basis to serve Martin Technical's clients' electrical safety engineering, testing, and repair needs.

2. Allison Smith was expected to perform all services to the highest industry standards. This much is evidenced by, among other things, Allison Smith touting itself as the "leader in the electrical contracting and engineering industry" and providing a "customer experience that is second to none." *See* https://allisonsmith.com/services/.

3. Allison Smith issued invoices for services performed for Martin Technical's clients, and Martin Technical would pay those invoices if the work was done properly and to industry standards.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 3 of 12

4.  To serve Martin Technical's customers, Martin Technical, Allison Smith, and the customers themselves collected data about key attributes of each customer's electrical system. This data included information such as building wiring schematics and key information about power distribution equipment and other information for the customers' buildings and facilities. Although this data was collected jointly by the parties and the customers, Allison Smith maintained this raw data on the well-known SKM software suite, which Allison Smith had a license to use (the "SKM Files"). *See also* https://www.skm.com/index.html.

5.  Whenever the customer or Martin Technical needed and requested the SKM Files, which are maintained separately for each customer, Allison Smith provided it. The parties understood that these SKM Files were ultimately the property of and a deliverable to the end customer who had a direct contract with Martin Technical. This understanding manifested in several ways, including:

    a.  Evidence of this shared understanding includes voluminous email correspondence in which Allison Smith sent Martin Technical SKM Files upon a customer's or Martin Technical's request. (*See, e.g.,* Exhibits A through C, email correspondence from Allison Smith sending SKM Files).

    b.  In addition to this course of conduct, Allison Smith knew that Martin Technical and its customers considered the SKM Files a client deliverable belonging to the client because Allison Smith had copies of the underlying contracts between Martin Technical and its customers. (*See, e.g.,* Exhibit D, May 8, 2019 Service Contract between Martin Technical and Jones Lange LaSalle Americas, Inc. at 10 (stating that "Engineering data and files" were a "deliverable" and would be available upon request)). Moreover, some of the underlying contracts with Martin Technical's clients explicitly incorporated the terms of those contracts with any Martin Technical subcontractor (i.e., Allison Smith). (*See id.* at 5 § 10.2). Allison Smith implicitly agreed to be bound by these underlying contract terms because of its knowledge of them.



In the fall of 2022, Martin Technical decided to stop using Allison Smith as its primary subcontractor for customer electrical, safety engineering, and testing needs due to several reasons. But for present purposes, there are two reasons that are instructive:

1. *The spring 2022 data breach and malware attack:* On or around March 2022, Allison Smith suffered a malware attack on its computer systems. This resulted in the loss of substantially all the SKM Files discussed above. Allison Smith never disclosed the data breach, and Martin Technical only learned of it several months later in or around June 2022 from third parties. Upon learning of the data breach and the destruction of SKM Files prior to March 2022, Allison Smith agreed to rebuild all the SKM Files at its own expense and told Martin Technical the same. However, the failure to inform Martin Technical of such a hack significantly eroded Martin Technical's trust in Allison Smith. Its subsequent failure to rebuild the SKM Files further eroded trust and has damaged Martin Technical and created exposure to future liability.

2. *Audits and customer complaints reveal sub-standard work*: The erosion of trust further continued when Martin Technical began discovering significant issues with the electrical safety engineering work performed by Allison Smith for Martin Technical customers. For example, Martin Technical discovered after a customer complaint that a technician by the nickname of "Howdy" failed to perform significant portions of subcontracted work for which Allison Smith had billed Martin Technical. And where Howdy did the work, he did it below the standard expected. Subsequent audits revealed that Allison Smith failed to do large portions of work on numerous projects or performed that work far below the industry standard expected by Martin Technical and its customers. This included, among other things, providing inaccurate engineering information and failing to label or mislabeling electrical panels and other equipment, all of which could have catastrophic safety consequences, including death for workers that encounter that equipment for repairs, cleaning, or inspection. These failings have damaged Martin Technical and created exposure to future liability.

On or about September 7, 2022, Jim Schuster (Martin Technical's CEO) and Gil Truesdale (Martin Technical's CRO) flew to Atlanta to meet with Todd Grossweiler (Allison Smith VP) about the business transition. In that meeting, Mr.



Grossweiler agreed that Allison Smith would provide all SKM Files to Martin Technical for any of Martin Technical's customers and would finish any pending jobs to smooth the transition. Martin Technical also pointed out the myriad of issues it was dealing with in fixing Allison Smith's substandard work. Martin Technical further invited Allison Smith to inspect client buildings identified as having issues. In exchange, Martin Technical agreed to pay outstanding invoices for work that was satisfactorily and timely completed to industry standard.

However, after the September 7, 2022 meeting, Allison Smith did an abrupt about face. Without any prior notice or explanation, Allison Smith claimed that the SKM Files were its property, and did not belong to Martin Technical or its customers as deliverables. Allison Smith also flatly refused to inspect any of the buildings or facilities identified as having problems. After this abrupt change to the parties' understanding and course of dealing, this present dispute arose for unpaid invoices that Allison Smith claims it is due in your December 20, 2022 letter.

## II.    Claims and Defenses of Martin Technical

In any dispute with Allison Smith over the payment of the purportedly outstanding invoices, Martin Technical would have at a minimum the following claims and defenses.

### a.  Breach of contract

Although the parties never had a written contract, they had a contract based on their oral agreements and mutual understandings reached during their three-and-a-half year working relationship. Georgia courts have routinely held that oral agreements and promises are enforceable contracts, even by and among sophisticated businesses like the parties here. And the essential terms of those contracts are governed by the oral promises and course of conduct that reflect that mutual understanding. *See Hanham v. Access Mgmt. Grp. L.P.*, 305 Ga. 414, 417 (2019)("[P]arties may modify a contract through course of conduct, and such modifications are prohibited only where the law or contract specifically states otherwise.").

Here, there are at least three material terms and duties of the parties' contract based on their oral communications and course of conduct.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 6 of 12

### i. Duty to perform electrical sub-contracting work to industry standards

The first duty that Allison Smith had as a subcontractor of Martin Technical was to perform all work in accordance with industry norms and standards for electrical engineering and safety. Allison Smith breached this duty on myriad occasions by collecting and providing inaccurate data, providing reports with unacceptable errors, mislabeling parts of the same systems, or totally failing to label the key parts of those electrical systems. This duty was created by the fact that Allison Smith markets itself as an industry leader in this field, employs and uses licensed engineers, and otherwise purports to construct, fix, test, and perform engineering studies on electrical systems in accordance with applicable federal, state, and local laws and regulations as well as industry standards such as NFPA 70E and IEE1584.

### ii. Duty to rebuild SKM Files destroyed in the spring 2022 data breach.

The second key duty that Allison Smith had was to repair and replace all SKM Files after Allison Smith's data breach and data destruction. Allison Smith explicitly told Martin Technical that it would rebuild the destroyed SKM Files once Martin Technical learned the full extent of the breach in or around June 2022. And Allison Smith had begun working on some rebuilds in the subsequent months, further showing their understanding that they were to do this under the parties' contract if Allison Smith wanted to continue receiving subcontractor work.

### iii. Duty to provide SKM Files that exist to date

The third key duty under the parties' contract was that Allison Smith was to provide Martin Technical all existing SKM files belonging to each Martin Technical customer for whom Allison Smith worked. This duty and mutual understanding were evidenced in at least four ways.

First, Allison Smith regularly provided SKM Files to Martin Technical when requested. (*See, e.g.*, Exhibit C, Mar. 9, 2021 Email from C. Shaw to M. Kessock with SKM File Number 791). And Martin Technical has provided these SKM Files as recently as this past September 2022. Allison Smith never said or did anything to indicate that the information belonged to it until this dispute arose.



Second, Allison Smith knew that the SKM Files were the property of and belonged to the underlying Martin Technical customer as a deliverable based on the underlying written contracts that were sent to Allison Smith, and the terms of which were explicitly incorporated into the agreement between Allison Smith and Martin Technical. (Exhibit D, JLL Contract).

Third, even if there were not already a course of dealing and written communications reflecting that understanding, Allison Smith VP Todd Grossweiler *explicitly told* Martin Technical CEO Jim Schuster and CRO Gil Truesdale at their September 7, 2022 meeting that the SKM files would be returned to Martin Technical for each of its customers. It was not until Allison Smith did an about face out of the blue following this meeting that it now claims for the first time over the multi-year relationship that the SKM Files belong to Allison Smith.

Fourth, the duty to provide the SKM Files is further supported by federal copyright law because that data was ultimately collected and recorded for the benefit of each customer as a work for hire. *See* 17 U.S.C. § 201(b) ("In the case of a work made for hire, the employer or other person for whom the work was prepared is considered the author for purposes of this title, and, unless the parties have expressly agreed otherwise in a written instrument signed by them, owns all of the rights comprised in the copyright."). And the fact that Allison Smith has demanded payment for purportedly outstanding invoices does not give Allison Smith a basis to withhold the SKM Files under applicable law. *See Rano v. Sipa Press, Inc.*, 987 F.2d 580, 586 (9th Cir. 1993) (holding that alleged failure to pay certain royalties under the parties' contract was an insufficient basis for counterparty to withhold negatives of photographs that belonged to the other).

### b. Tortious interference with contract

Since the September 7, 2022 meeting, Martin Technical has heard from many of its customers that Allison Smith has told customers at various points that Martin Technical is going out of business, and making other false and disparaging comments about Martin Technical.[1] Although we do not know if these false comments were made because Allison Smith desires to compete directly with Martin Technical or simply to hurt Martin Technical's business and customer relationships, they are

---

[1] By way of example, an Allison Smith employee told Anthony Crawford, who works for Martin Technical client Georgia Power, that Martin Technical was in financial trouble and going out of business in the fall of 2022. That was false.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 8 of 12

actionable as tortious interference with contract.  *See Healthy-IT, LLC v. Agrawal*, 343 Ga. App. 660, 670 (2017).

Martin Technical also has a cause of action for defamation based on the false statements that Allison Smith made about Martin Technical. *See Chaney v. Harrison & Lynam, LLC*, 308 Ga. App. 808, 811 (2011) (explaining that cause of action for defamation of a business can exist where defendant negligently or intentionally makes false and defamatory remarks to third parties).

In addition to making false and misleading statements about Martin Technical to its customers, Allison Smith also has asserted invalid materialman's liens, discussed in more detail below, that are an independent bases to impose liability for tortious interference with contract. *See Am. Bldgs. Co. v. Pascoe Bldg. Sys., Inc.*, 260 Ga. 346, 349 (1990) (holding that "abusive" use of civil litigation tactics like baseless civil suits or liens can support a tortious interference claim).

### c.  Slander of title

Allison Smith also faces liability for slander of title. Allison Smith has filed materialman's liens on the real property of various Martin Technical customers, which Martin Technical only learned of in the first instance from its customers. And Allison Smith has thus far refused to provide a list actually identifying and confirming the buildings on which Allison Smith has filed liens.

O.C.G.A. § 51-9-11 provides a cause of action against a party that falsely claims a lien on real property. *See also Amador v. Thomas*, 259 Ga. App. 835, 837 (2003)("Where a materialman's or mechanic's lien is improperly filed, the cause of action, if any, is for defamation concerning land under OCGA § 51–9–11."); *Roofing Supply of Atlanta, Inc. v. Forrest Homes, Inc.*, 279 Ga. App. 504, 507 (2006). And although Martin Technical does not own the underlying land, each of Martin Technical's customers has standing to sue Allison Smith for falsely claiming a lien against their property.

These materialman's liens Allison Smith filed were neither procedurally nor substantively proper. Procedurally, Allison Smith failed to provide Martin Technical with contemporaneous notice of their claimed liens under O.C.G.A. § 44-14-



**Via E-mail**
Antony L. Sanacory, Esq.
Page 9 of 12

361.1(a)(2).[2] Substantively, O.C.G.A. § 44-14-361.1(a)(1) states that a party asserting a materialman's lien must be in "substantial compliance" with that party's contract for the alleged services or goods furnished. *See also McCrary v. Barberi*, 100 Ga. App. 167, 169 (1959) ("Mere trivial defects or omissions in the work done by either the prime contractor or the subcontractor in completing the particular improvement which is the subject of the subcontract will not defeat the right to a lien. Here, however, the defect is a substantial one."). Here, Allison Smith has failed to substantially comply with its contract with Martin Technical by failing to perform services up to industry standards, rebuild the destroyed SKM Files, or to turn over the SKM Files that it has.

Finally, Allison Smith's purported liens are defective for another reason: they assert liens for services that did not actually go to physically improving the building or structure of each client. *See Hill v. VNS Corp.*, 329 Ga. App. 274, 276 (2014) ("[L]ien statutes allow a materialman to secure a lien only for the materials and work which actually went into the structure . . . and [the lienholder] ha[s] the burden of proving the lien amount, if any, to which it was entitled by producing evidence of lienable items."). Here, it does not appear that Allison Smith has made any effort to assert liens that are properly circumscribed to "lienable items." That is, items fairly traced to work or material that "actually went into [improving] the structure" of each client. And as noted above, many of Allison Smith's subcontracting services involved safety protocols, not physical improvements or direct building repair that would create a lien. Thus, the claimed liens are also deficient and abusive for this reason.

Because of all the lien issues outlined above, Allison Smith is liable for slander of title.

### d. Setoff and recoupment

Finally, to the extent that Allison Smith brought any claims, Martin Technical is entitled to set-off or recoup any amounts claimed due by Allison Smith with the damages that Martin Technical has and will incur. *See Automated Print, Inc. v. Edgar*, 288 Ga. App. 326, 330 (2007) ("A set-off allows the defendant to set off a debt

---

[2] This code section requires that "In all cases in which a notice of commencement is filed with the clerk of the superior court pursuant to subsection (b) of Code Section 44-14-361.5, a lien claimant shall also send a copy of the claim of lien by registered or certified mail or statutory overnight delivery to the contractor." It is unclear precisely which liens this code section would apply to because Allison Smith has refused to provide even a list of properties on which it has asserted liens.



owed him by the plaintiff against the claim of the plaintiff. A recoupment is a right of the defendant to have a deduction from the amount of the plaintiff's damages because the plaintiff has not complied with the cross-obligations or independent covenants arising under the contract being sued upon."). These categories of damages are discussed in more detail below.

### III.    Martin Technical's damages

There are four discrete categories of damages that Martin Technical has suffered from Allison Smith's actions.

#### a.  Costs to fix substandard work

Since September 7, 2023, Martin Technical has spent tens of thousands of dollars to fix substandard work for its clients due to Allison Smith's work. Martin Technical estimates that it will cost $369,000.00 more to fix the substandard work that it is uncovering through audits of Allison Smith's work and through direct complaints from Martin Technical's clients.

#### b.  Costs to rebuild SKM files

Martin Technical estimates, conservatively, that the cost to rebuild the SKM Files will amount to no less than $1,600,000. As Allison Smith knows, the data contained in the collective SKM Files represents years of data collection, input, and constant updating of the same. Accordingly, Martin Technical will be forced to expend significant time and manpower to rebuild these SKM Files. Moreover, these SKM Files do not have an independent economic value to Allison Smith. Each SKM File is unique to each Martin Technical customer's building.

#### c.  Reputational and relationship harm with Martin Technical's clients and industry reputation

Martin Technical already has suffered substantial reputational harm with its clients and in the industry due to Allison Smith's statements to Martin Technical clients and through the filing of improper and invalid liens. Further, Martin Technical has suffered reputational harm due to the shoddy and substandard work that Allison Smith performed. Although these damages are difficult to quantify at present, they nonetheless are recoverable if this matter were litigated before a jury.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 11 of 12

### d. Future liability

Martin Technical faces uncertain future liability with respect to any individual who is injured or killed as a result of substandard electrical safety engineering work Allison Smith did. For example, on December 20, 2022 in just one day of inspection of Allison Smith's work at the Georgia Pacific building located at 133 Peachtree St., Atlanta GA 30303, Martin Technical discovered no less than 28 discrete issues with Allison Smith's work that require correction. Pictures of those violations are enclosed for your review. (*See* Exhibit E, Pictures from Georgia Pacific Building Inspection). This was only one of the Martin Technical clients that the technician known as "Howdy" performed work for as referenced above.[3] As these pictures show, Allison Smith used improper voltages for the engineering work, and mislabeled or did not label large AC units and other mechanical electrical units that could cause serious injury or death in the event an individual approached or used one of these units without the proper personal safety gear or protocol. That future exposure represents significant potential liability for Martin Technical (and for Allison Smith).

Again, however, while this exposure is difficult to quantify currently, it nevertheless is a recoverable item of damage to be set by the enlightened conscience of an impartial jury. And a jury likely also would award significant damages because Martin Technical's entire company and reputation is staked on workplace safety, which Allison Smith's shoddy work could irreparably harm in the event of a future accident.

### Conclusion

Based on the foregoing and our initial review of this case, Allison Smith has significant exposure to these claims and potentially others. We look forward to working with you towards a resolution of this issue, and please do not hesitate to let us know if you have any questions or wish to discuss further.

Sincerely,

Stephen T. LaBriola
FOR THE FIRM

---

[3] Martin Technical invited Allison Smith to accompany it during this inspection, and Allison Smith declined.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 12 of 12

Enclosures: Exhibits A through E

CC:     Jim Schuster, CEO
        Douglas J. Perko, Esq.
        Arthur A. Gardner, Esq.
        Maxwell R. Jones, Esq.

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| ALLISON-SMITH COMPANY, LLC | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CAFN: |
| v. | ) | |
| | ) | |
| MARTIN TECHNICAL, INC. | ) | |
| | ) | |
|     Defendant. | ) | |

---

**PLAINTIFF ALLISON-SMITH COMPANY LLC'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MARTIN TECHNICAL, INC.**

---

NOW COMES Plaintiff Allison-Smith Company, LLC ("Plaintiff" or "Allison-Smith") and propounds the following Requests for Production to the Defendant Martin Technical, Inc. ("Martin Technical" or "Defendant") in accordance with the Georgia Civil Practice Act.

## DEFINITIONS

1.    The terms "you," "your," "Martin Technical" and "Defendant," shall mean Martin Technical, Inc. and its present and former officers, directors, agents, employees, and representatives.

2.    The term "Allison-Smith" shall mean Allison-Smith Company, LLC, and its present and former officers, directors, agents, employees, and representatives.

3.    The term "the Projects" shall mean all of the projects Allison-Smith worked on as referenced in the Complaint.

4.    The term "Project Invoices" shall mean all the invoices Allison-Smith submitted for payment to Martin Technical, as referenced in the Complaint.

5.    Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Complaint.

6.      The terms "business entity" or "entity" shall mean firms, corporations, partnerships, joint ventures, unincorporated associations, companies, businesses, partnerships, proprietorships, or fictitious or trade names.

7.      The term "date" shall mean the precise month, day, and year, if known, or as precise a statement of the month, day, and year as is permitted by your knowledge and the documents and information available to you.

8.      The term "any" shall be deemed to include and encompass the words "each" and "all."  The use of the word "or" shall mean "and" as well as "or." "Person" or "Persons" mean and include any individual, firm, entity, partnership, corporation, joint venture, unincorporated association, banking association, governmental agency or department, trust or sole proprietorship, and any and all partners, officers and/or directors thereof.

9.      "Document" means all writings, including unidentical copies, drafts or versions, of any kind, including but not limited to, correspondence, memoranda, notes, letters, telegrams, facsimile transmissions, minutes, reports, evaluations, valuations, calculations, compilations, contracts, licenses, registrations, sales brochures and other promotional and/or marketing materials, advertisements, offer sheets, instructions, specification sheets, software programs, prospectuses, interoffice and intraoffice communications, offers, notations, work sheets, photographs, charts, graphs, microfiche, microfilm, video tape, recordings, motion pictures, computer files, electronic mail and computer data and presentation materials including all slides and transparencies, and all electronic, electric, magnetic and mechanical records or representations of any of the above.

10.      "Communications" means any verbal, written, electronic or other transmittal of words, thoughts, ideas or images, between or among Persons or groups of Persons, whether in

Person, in writing, by telephone, by electronic mail, by voice mail, or any other means, including, by way of example, discussions, conversations, meetings, conferences, contacts, telephone conversations, inquiries, interviews, negotiations, advertisements, agreements, press releases, understandings, cards, letters, correspondence, electronic mail, telegrams, telexes, cables or other forms of written or verbal intercourse, however transmitted, and all Documents relating to such communications.

11.     The terms "regarding," "refer to," "relate to," "related to," "relating to," "referring to" means having any relationship or connection to, alluding to, responding to, pertaining to, concerning, connected with, commenting on, in respect of, about, regarding, discussing, evidencing, showing, describing, memorializing, comprising, reflecting, analyzing, containing, constituting or otherwise establishing any reasonable, logical or causal connection.

## <u>INSTRUCTIONS</u>

1.     These Discovery Requests are continuing and cover all information and Documents currently in the Defendant's possession, custody or control, and any Document held by another Person where the Defendant have the ability to make any claim to the possession, custody or control of the Documents.

2.     Responsive Documents shall be produced as they have been kept in the usual course of business or shall be organized and labeled to correspond with specific Discovery Requests.

3.     In accordance with the Georgia Civil Practice Act, with respect to the production of any information or Documents which are claimed to be privileged, identify in writing as to the information or Document:

       a.     The name of the sender, if any, of the Document;

       b.     The name of the author of the Document;

       c.     The name of the Person, if any, to whom copies were sent;

      d.        The date of the Document;

      e.        The date on which the Document was received by those having possession of the Document;

      f.        A brief description of the nature and the subject matter of the Document; and

      g.        The basis of the privilege, and the statute, rule or decision which is claimed to give rise to the privilege.

4.      If you object to any Discovery Request for production of Documents, you must state the reasons for your objection with specificity and respond to the Discovery Request to the extent it is not objectionable.

5.      Defendant must supplement its document productions in accordance with the Georgia Civil Practice Act up until the date of trial.

## RELEVANT TIME PERIOD

These Requests for Production encompass the relevant timeframe starting when Plaintiff first performed or provided any labor, services, or materials to Defendant through the present, and further including through the date of the trial on this matter.

## RESERVATION OF RIGHTS

Allison-Smith reserves all rights to conduct additional discovery and to serve Defendant with subsequent Discovery Requests in accordance with the Georgia Civil Practice Act.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      All Documents referring to, regarding, or related to Allison-Smith's work for Martin Technical, as referenced in the Complaint.

2.      All Documents referring to, regarding, or related to the Project Invoices.

3.      A complete accounting of all funds received by Martin Technical in connection with the Project Invoices, as permitted by O.C.G.A. §§ 53-12-230, 53-12-231 and 53-12-232.

4.      All documents that reflect, reference, relate to, or concern the outstanding balance sought by Allison-Smith in this Civil Action.

5.      All Documents related to the alleged "spring 2022 data breach and malware attack." (January 16, 2023 Letter, Exhibit A (the "January 16 Letter"), p. 4.)

6.      All Documents and Communications related to the alleged "[a]udits and customer complaints reveal[ing] sub-standard work."  (January 16 Letter, p. 4.)

7.      All Documents you contend support your allegations of a "[b]reach of contract" by Allison-Smith.  (January 16 Letter, p. 5.)

8.      All Documents you contend support your allegations of "[c]osts" Martin Technical incurred to "fix substandard work" by Allison-Smith.  (January 16 Letter, p. 10.)

9.      All Documents you contend support your allegations of "[c]osts" Martin Technical will incur to "rebuild SKM files."  (January 16 Letter, p. 10.)

10.      Any and all Communications, including but not limited to text messages or direct messages, emails, letters, and memoranda, in the possession or control of you or any of your agents (excluding communications with your attorneys) which reflect, reference, relate to, or concern Allison-Smith's work for Martin Technical, as referenced in the Complaint.

11.      All Documents and Communications related to any expert witnesses Martin Technical intends to rely on in connection with this Action, including but not limited to all Documents and Communications related to such expert's identities, resumes, publications, testimonies and expert reports.

12.      If Martin Technical contends any of the work Allison-Smith performed was incomplete or defective, any and all documents they will rely on to support that contention.

13.    If Martin Technical contends it is entitled to withhold any payments sought by Allison-Smith as asserted in the Complaint, any and all documents you will rely on to support that contention.

This 13th day of Feburary, 2023.

**HUDSON LAMBERT PARROTT WALKER, LLC**

By: */s/ Antony L. Sanacory*
    Antony L. Sanacory
    Georgia Bar No. 625195
    Dorothea Ana Ille
    Georgia Bar No. 282477

Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8194
Facsimile: (404) 554-8171
asanacory@hlpwlaw.com
dille@hlpwlaw.com

*Counsel for Plaintiff Allison-Smith Company, LLC*

# EXHIBIT A



Stephen T. LaBriola
slabriola@fellab.com
Direct Dial: 404.586.2020
Direct Fax: 404.420.4028

233 Peachtree Street, NE
Suite 2400, Harris Tower
Atlanta, GA  30303-1509
Main: 404.586.9200
Main Fax: 404.586.9201

www.fellab.com

January 16, 2023

**Via E-mail**

Antony L. Sanacory, Esq.
Hudson Lambert Parrott Walker, LLC
3575 Piedmont Road
Building 15, Suite 200
Atlanta, GA 30305
asanacory@hlpwlaw.com

      Re:    Allison-Smith Demand on Martin Technical for Payment of Invoices

Dear Antony:

Along with Art Gardner of Gardner Groff, we represent Martin Technical, Inc. in connection with your December 20, 2022 letter, "Demand for Payment on All Outstanding Invoices." Thank you for providing Martin Technical with an extension to respond to your December 20, 2022 letter through today's date.

In your December 20, 2022 letter, Allison-Smith Company demands payment of $1,165,239.50 for purportedly outstanding invoices. In responding to that demand, this letter proceeds in three parts: (1) the key facts of the parties' relationship; (2) the claims and defenses of Martin Technical against Allison Smith in a proceeding over the invoices at issue; and (3) Martin Technical's damages.

## I.    Factual background and relationship between Allison Smith and Martin Technical

Martin Technical is a leading provider of practical safety and efficiency services that make industrial plants, facilities, and businesses better, safer, and more efficient. Martin Technical focuses on the development and implementation of workplace safety engineering, consulting, and plans for businesses around the nation with a particular emphasis on OSHA and NFPA 70E compliance. This includes electrical safety for clients, and subcontracting out certain electrical safety engineering studies, testing, in addition to some repairs, upgrades, and related maintenance. This subcontracted work, like Martin Technical's business, concentrated on workplace safety repairs and upgrades. Allison Smith is an electrical



**Via E-mail**
Antony L. Sanacory, Esq.
Page 2 of 12

contracting and engineering company based out of Atlanta that, until recently, Martin Technical used as a subcontractor.

As you may know, Martin Technical bought East Coast Electrical's assets in or around 2019. For many years prior to that sale in 2019, East Coast Electrical had a long-standing relationship with Allison Smith. And after the purchase, Martin Technical continued to use Allison Smith's electrical safety engineering and testing services for new customers acquired in the sale and for Martin Technical's existing customers. As noted, Martin Technical's business focuses on electrical safety, not construction or repair, so Allison Smith was used as subcontractor for those kinds of services.

We understand that no formal written contract ever was entered into between Martin Technical and Allison Smith. Martin Technical requested that the parties execute a written contract, but Allison Smith, through its service manager Scott Smith, flatly refused to sign any such written contract. Instead, the parties' reached a common understanding based on their oral discussions, written communications, and their course of conduct over the next three and a half years. And the parties conducted significant business of approximately $3.5 to $4 million per year after 2018 even without a written contract pursuant to this common understanding.

This continued from 2019 until late 2022. During that period, the parties' relationship and course of conduct evidenced a common understanding on at least five essential terms:

1. Martin Technical would use Allison Smith as a subcontractor on a non-exclusive basis to serve Martin Technical's clients' electrical safety engineering, testing, and repair needs.

2. Allison Smith was expected to perform all services to the highest industry standards. This much is evidenced by, among other things, Allison Smith touting itself as the "leader in the electrical contracting and engineering industry" and providing a "customer experience that is second to none." *See* https://allisonsmith.com/services/.

3. Allison Smith issued invoices for services performed for Martin Technical's clients, and Martin Technical would pay those invoices if the work was done properly and to industry standards.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 3 of 12

4. To serve Martin Technical's customers, Martin Technical, Allison Smith, and the customers themselves collected data about key attributes of each customer's electrical system. This data included information such as building wiring schematics and key information about power distribution equipment and other information for the customers' buildings and facilities. Although this data was collected jointly by the parties and the customers, Allison Smith maintained this raw data on the well-known SKM software suite, which Allison Smith had a license to use (the "SKM Files"). *See also* https://www.skm.com/index.html.

5. Whenever the customer or Martin Technical needed and requested the SKM Files, which are maintained separately for each customer, Allison Smith provided it. The parties understood that these SKM Files were ultimately the property of and a deliverable to the end customer who had a direct contract with Martin Technical. This understanding manifested in several ways, including:

   a. Evidence of this shared understanding includes voluminous email correspondence in which Allison Smith sent Martin Technical SKM Files upon a customer's or Martin Technical's request. (*See, e.g.,* Exhibits A through C, email correspondence from Allison Smith sending SKM Files).

   b. In addition to this course of conduct, Allison Smith knew that Martin Technical and its customers considered the SKM Files a client deliverable belonging to the client because Allison Smith had copies of the underlying contracts between Martin Technical and its customers. (*See, e.g.,* Exhibit D, May 8, 2019 Service Contract between Martin Technical and Jones Lange LaSalle Americas, Inc. at 10 (stating that "Engineering data and files" were a "deliverable" and would be available upon request)). Moreover, some of the underlying contracts with Martin Technical's clients explicitly incorporated the terms of those contracts with any Martin Technical subcontractor (i.e., Allison Smith). (*See id.* at 5 § 10.2). Allison Smith implicitly agreed to be bound by these underlying contract terms because of its knowledge of them.



In the fall of 2022, Martin Technical decided to stop using Allison Smith as its primary subcontractor for customer electrical, safety engineering, and testing needs due to several reasons. But for present purposes, there are two reasons that are instructive:

1.  *The spring 2022 data breach and malware attack:* On or around March 2022, Allison Smith suffered a malware attack on its computer systems. This resulted in the loss of substantially all the SKM Files discussed above. Allison Smith never disclosed the data breach, and Martin Technical only learned of it several months later in or around June 2022 from third parties. Upon learning of the data breach and the destruction of SKM Files prior to March 2022, Allison Smith agreed to rebuild all the SKM Files at its own expense and told Martin Technical the same. However, the failure to inform Martin Technical of such a hack significantly eroded Martin Technical's trust in Allison Smith. Its subsequent failure to rebuild the SKM Files further eroded trust and has damaged Martin Technical and created exposure to future liability.

2.  *Audits and customer complaints reveal sub-standard work*: The erosion of trust further continued when Martin Technical began discovering significant issues with the electrical safety engineering work performed by Allison Smith for Martin Technical customers. For example, Martin Technical discovered after a customer complaint that a technician by the nickname of "Howdy" failed to perform significant portions of subcontracted work for which Allison Smith had billed Martin Technical. And where Howdy did the work, he did it below the standard expected. Subsequent audits revealed that Allison Smith failed to do large portions of work on numerous projects or performed that work far below the industry standard expected by Martin Technical and its customers. This included, among other things, providing inaccurate engineering information and failing to label or mislabeling electrical panels and other equipment, all of which could have catastrophic safety consequences, including death for workers that encounter that equipment for repairs, cleaning, or inspection. These failings have damaged Martin Technical and created exposure to future liability.

On or about September 7, 2022, Jim Schuster (Martin Technical's CEO) and Gil Truesdale (Martin Technical's CRO) flew to Atlanta to meet with Todd Grossweiler (Allison Smith VP) about the business transition. In that meeting, Mr.



Grossweiler agreed that Allison Smith would provide all SKM Files to Martin Technical for any of Martin Technical's customers and would finish any pending jobs to smooth the transition. Martin Technical also pointed out the myriad of issues it was dealing with in fixing Allison Smith's substandard work. Martin Technical further invited Allison Smith to inspect client buildings identified as having issues. In exchange, Martin Technical agreed to pay outstanding invoices for work that was satisfactorily and timely completed to industry standard.

However, after the September 7, 2022 meeting, Allison Smith did an abrupt about face. Without any prior notice or explanation, Allison Smith claimed that the SKM Files were its property, and did not belong to Martin Technical or its customers as deliverables. Allison Smith also flatly refused to inspect any of the buildings or facilities identified as having problems. After this abrupt change to the parties' understanding and course of dealing, this present dispute arose for unpaid invoices that Allison Smith claims it is due in your December 20, 2022 letter.

## II.    Claims and Defenses of Martin Technical

In any dispute with Allison Smith over the payment of the purportedly outstanding invoices, Martin Technical would have at a minimum the following claims and defenses.

### a.  Breach of contract

Although the parties never had a written contract, they had a contract based on their oral agreements and mutual understandings reached during their three-and-a-half year working relationship. Georgia courts have routinely held that oral agreements and promises are enforceable contracts, even by and among sophisticated businesses like the parties here. And the essential terms of those contracts are governed by the oral promises and course of conduct that reflect that mutual understanding. *See Hanham v. Access Mgmt. Grp. L.P.*, 305 Ga. 414, 417 (2019)("[P]arties may modify a contract through course of conduct, and such modifications are prohibited only where the law or contract specifically states otherwise.").

Here, there are at least three material terms and duties of the parties' contract based on their oral communications and course of conduct.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 6 of 12

### i. Duty to perform electrical sub-contracting work to industry standards

The first duty that Allison Smith had as a subcontractor of Martin Technical was to perform all work in accordance with industry norms and standards for electrical engineering and safety. Allison Smith breached this duty on myriad occasions by collecting and providing inaccurate data, providing reports with unacceptable errors, mislabeling parts of the same systems, or totally failing to label the key parts of those electrical systems. This duty was created by the fact that Allison Smith markets itself as an industry leader in this field, employs and uses licensed engineers, and otherwise purports to construct, fix, test, and perform engineering studies on electrical systems in accordance with applicable federal, state, and local laws and regulations as well as industry standards such as NFPA 70E and IEE1584.

### ii. Duty to rebuild SKM Files destroyed in the spring 2022 data breach.

The second key duty that Allison Smith had was to repair and replace all SKM Files after Allison Smith's data breach and data destruction. Allison Smith explicitly told Martin Technical that it would rebuild the destroyed SKM Files once Martin Technical learned the full extent of the breach in or around June 2022. And Allison Smith had begun working on some rebuilds in the subsequent months, further showing their understanding that they were to do this under the parties' contract if Allison Smith wanted to continue receiving subcontractor work.

### iii. Duty to provide SKM Files that exist to date

The third key duty under the parties' contract was that Allison Smith was to provide Martin Technical all existing SKM files belonging to each Martin Technical customer for whom Allison Smith worked. This duty and mutual understanding were evidenced in at least four ways.

First, Allison Smith regularly provided SKM Files to Martin Technical when requested. (*See, e.g.*, Exhibit C, Mar. 9, 2021 Email from C. Shaw to M. Kessock with SKM File Number 791). And Martin Technical has provided these SKM Files as recently as this past September 2022. Allison Smith never said or did anything to indicate that the information belonged to it until this dispute arose.



Second, Allison Smith knew that the SKM Files were the property of and belonged to the underlying Martin Technical customer as a deliverable based on the underlying written contracts that were sent to Allison Smith, and the terms of which were explicitly incorporated into the agreement between Allison Smith and Martin Technical. (Exhibit D, JLL Contract).

Third, even if there were not already a course of dealing and written communications reflecting that understanding, Allison Smith VP Todd Grossweiler *explicitly told* Martin Technical CEO Jim Schuster and CRO Gil Truesdale at their September 7, 2022 meeting that the SKM files would be returned to Martin Technical for each of its customers. It was not until Allison Smith did an about face out of the blue following this meeting that it now claims for the first time over the multi-year relationship that the SKM Files belong to Allison Smith.

Fourth, the duty to provide the SKM Files is further supported by federal copyright law because that data was ultimately collected and recorded for the benefit of each customer as a work for hire. *See* 17 U.S.C. § 201(b) ("In the case of a work made for hire, the employer or other person for whom the work was prepared is considered the author for purposes of this title, and, unless the parties have expressly agreed otherwise in a written instrument signed by them, owns all of the rights comprised in the copyright."). And the fact that Allison Smith has demanded payment for purportedly outstanding invoices does not give Allison Smith a basis to withhold the SKM Files under applicable law. *See Rano v. Sipa Press, Inc.*, 987 F.2d 580, 586 (9th Cir. 1993) (holding that alleged failure to pay certain royalties under the parties' contract was an insufficient basis for counterparty to withhold negatives of photographs that belonged to the other).

### b. Tortious interference with contract

Since the September 7, 2022 meeting, Martin Technical has heard from many of its customers that Allison Smith has told customers at various points that Martin Technical is going out of business, and making other false and disparaging comments about Martin Technical.[1] Although we do not know if these false comments were made because Allison Smith desires to compete directly with Martin Technical or simply to hurt Martin Technical's business and customer relationships, they are

---

[1] By way of example, an Allison Smith employee told Anthony Crawford, who works for Martin Technical client Georgia Power, that Martin Technical was in financial trouble and going out of business in the fall of 2022. That was false.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 8 of 12

actionable as tortious interference with contract.  *See Healthy-IT, LLC v. Agrawal*, 343 Ga. App. 660, 670 (2017).

Martin Technical also has a cause of action for defamation based on the false statements that Allison Smith made about Martin Technical. *See Chaney v. Harrison & Lynam, LLC*, 308 Ga. App. 808, 811 (2011) (explaining that cause of action for defamation of a business can exist where defendant negligently or intentionally makes false and defamatory remarks to third parties).

In addition to making false and misleading statements about Martin Technical to its customers, Allison Smith also has asserted invalid materialman's liens, discussed in more detail below, that are an independent bases to impose liability for tortious interference with contract. *See Am. Bldgs. Co. v. Pascoe Bldg. Sys., Inc.*, 260 Ga. 346, 349 (1990) (holding that "abusive" use of civil litigation tactics like baseless civil suits or liens can support a tortious interference claim).

### c.  Slander of title

Allison Smith also faces liability for slander of title. Allison Smith has filed materialman's liens on the real property of various Martin Technical customers, which Martin Technical only learned of in the first instance from its customers. And Allison Smith has thus far refused to provide a list actually identifying and confirming the buildings on which Allison Smith has filed liens.

O.C.G.A. § 51-9-11 provides a cause of action against a party that falsely claims a lien on real property. *See also Amador v. Thomas*, 259 Ga. App. 835, 837 (2003)("Where a materialman's or mechanic's lien is improperly filed, the cause of action, if any, is for defamation concerning land under OCGA § 51–9–11."); *Roofing Supply of Atlanta, Inc. v. Forrest Homes, Inc.*, 279 Ga. App. 504, 507 (2006). And although Martin Technical does not own the underlying land, each of Martin Technical's customers has standing to sue Allison Smith for falsely claiming a lien against their property.

These materialman's liens Allison Smith filed were neither procedurally nor substantively proper. Procedurally, Allison Smith failed to provide Martin Technical with contemporaneous notice of their claimed liens under O.C.G.A. § 44-14-



**Via E-mail**
Antony L. Sanacory, Esq.
Page 9 of 12

361.1(a)(2).[2] Substantively, O.C.G.A. § 44-14-361.1(a)(1) states that a party asserting a materialman's lien must be in "substantial compliance" with that party's contract for the alleged services or goods furnished. *See also McCrary v. Barberi*, 100 Ga. App. 167, 169 (1959) ("Mere trivial defects or omissions in the work done by either the prime contractor or the subcontractor in completing the particular improvement which is the subject of the subcontract will not defeat the right to a lien. Here, however, the defect is a substantial one."). Here, Allison Smith has failed to substantially comply with its contract with Martin Technical by failing to perform services up to industry standards, rebuild the destroyed SKM Files, or to turn over the SKM Files that it has.

Finally, Allison Smith's purported liens are defective for another reason: they assert liens for services that did not actually go to physically improving the building or structure of each client. *See Hill v. VNS Corp.*, 329 Ga. App. 274, 276 (2014) ("[L]ien statutes allow a materialman to secure a lien only for the materials and work which actually went into the structure . . . and [the lienholder] ha[s] the burden of proving the lien amount, if any, to which it was entitled by producing evidence of lienable items."). Here, it does not appear that Allison Smith has made any effort to assert liens that are properly circumscribed to "lienable items." That is, items fairly traced to work or material that "actually went into [improving] the structure" of each client. And as noted above, many of Allison Smith's subcontracting services involved safety protocols, not physical improvements or direct building repair that would create a lien. Thus, the claimed liens are also deficient and abusive for this reason.

Because of all the lien issues outlined above, Allison Smith is liable for slander of title.

### d. Setoff and recoupment

Finally, to the extent that Allison Smith brought any claims, Martin Technical is entitled to set-off or recoup any amounts claimed due by Allison Smith with the damages that Martin Technical has and will incur. *See Automated Print, Inc. v. Edgar*, 288 Ga. App. 326, 330 (2007) ("A set-off allows the defendant to set off a debt

---

[2] This code section requires that "In all cases in which a notice of commencement is filed with the clerk of the superior court pursuant to subsection (b) of Code Section 44-14-361.5, a lien claimant shall also send a copy of the claim of lien by registered or certified mail or statutory overnight delivery to the contractor." It is unclear precisely which liens this code section would apply to because Allison Smith has refused to provide even a list of properties on which it has asserted liens.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 10 of 12

owed him by the plaintiff against the claim of the plaintiff. A recoupment is a right of the defendant to have a deduction from the amount of the plaintiff's damages because the plaintiff has not complied with the cross-obligations or independent covenants arising under the contract being sued upon."). These categories of damages are discussed in more detail below.

### III.    Martin Technical's damages

There are four discrete categories of damages that Martin Technical has suffered from Allison Smith's actions.

### a.  Costs to fix substandard work

Since September 7, 2023, Martin Technical has spent tens of thousands of dollars to fix substandard work for its clients due to Allison Smith's work. Martin Technical estimates that it will cost $369,000.00 more to fix the substandard work that it is uncovering through audits of Allison Smith's work and through direct complaints from Martin Technical's clients.

### b.  Costs to rebuild SKM files

Martin Technical estimates, conservatively, that the cost to rebuild the SKM Files will amount to no less than $1,600,000. As Allison Smith knows, the data contained in the collective SKM Files represents years of data collection, input, and constant updating of the same. Accordingly, Martin Technical will be forced to expend significant time and manpower to rebuild these SKM Files. Moreover, these SKM Files do not have an independent economic value to Allison Smith. Each SKM File is unique to each Martin Technical customer's building.

### c.  Reputational and relationship harm with Martin Technical's clients and industry reputation

Martin Technical already has suffered substantial reputational harm with its clients and in the industry due to Allison Smith's statements to Martin Technical clients and through the filing of improper and invalid liens. Further, Martin Technical has suffered reputational harm due to the shoddy and substandard work that Allison Smith performed. Although these damages are difficult to quantify at present, they nonetheless are recoverable if this matter were litigated before a jury.



### d. Future liability

Martin Technical faces uncertain future liability with respect to any individual who is injured or killed as a result of substandard electrical safety engineering work Allison Smith did. For example, on December 20, 2022 in just one day of inspection of Allison Smith's work at the Georgia Pacific building located at 133 Peachtree St., Atlanta GA 30303, Martin Technical discovered no less than 28 discrete issues with Allison Smith's work that require correction. Pictures of those violations are enclosed for your review. (*See* Exhibit E, Pictures from Georgia Pacific Building Inspection). This was only one of the Martin Technical clients that the technician known as "Howdy" performed work for as referenced above.[3] As these pictures show, Allison Smith used improper voltages for the engineering work, and mislabeled or did not label large AC units and other mechanical electrical units that could cause serious injury or death in the event an individual approached or used one of these units without the proper personal safety gear or protocol. That future exposure represents significant potential liability for Martin Technical (and for Allison Smith).

Again, however, while this exposure is difficult to quantify currently, it nevertheless is a recoverable item of damage to be set by the enlightened conscience of an impartial jury. And a jury likely also would award significant damages because Martin Technical's entire company and reputation is staked on workplace safety, which Allison Smith's shoddy work could irreparably harm in the event of a future accident.

### Conclusion

Based on the foregoing and our initial review of this case, Allison Smith has significant exposure to these claims and potentially others. We look forward to working with you towards a resolution of this issue, and please do not hesitate to let us know if you have any questions or wish to discuss further.

Sincerely,

*Stephen T. LaBriola*

Stephen T. LaBriola
FOR THE FIRM

---

[3] Martin Technical invited Allison Smith to accompany it during this inspection, and Allison Smith declined.



**Via E-mail**
Antony L. Sanacory, Esq.
Page 12 of 12

Enclosures: Exhibits A through E

CC:    Jim Schuster, CEO
          Douglas J. Perko, Esq.
          Arthur A. Gardner, Esq.
          Maxwell R. Jones, Esq.

**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| ALLISON-SMITH COMPANY, LLC | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CAFN: 23100485 |
| v. | ) | |
| | ) | |
| MARTIN TECHNICAL, INC. | ) | |
| | ) | |
|    Defendant. | ) | |

---

**ACKNOWLEDGMENT AND WAIVER OF SERVICE OF PROCESS FOR**
**DEFENDANT AND STIPULATION TO EXTEND ANSWER DATE**

---

COMES NOW, Defendant Martin Technical, Inc., by and through Defendants' undersigned counsel, and hereby acknowledges valid service of process of the *Plaintiff's Summons* and *Complaint,* in the above-styled action as of February 13, 2023. By this acknowledgement, Defendant affirms service of the above-referenced pleading and Plaintiff's First Interrogatories and First Request for Production of Documents (collectively, "the Discovery"). Defendant hereby waives the defenses of insufficient process and insufficient service of process. All other defenses, claims, and positions of Defendant are not waived.

The parties stipulate and agree that Defendant may answer, plead or otherwise respond to the Complaint on or before March 15, 2023, and respond to the Discovery on or before March 30, 2023.

This 13th day of February 2023.

*[Signatures on next page]*

**FELLOWS LaBRIOLA LLP**

/s/ *Stephen T. LaBriola*
*Stephen T. LaBriola, Esq.*
Georgia Bar No.

Suite 2400, Harris Tower, Peachtree Center
233 Peachtree Street, NE
Atlanta, GA 30303
Telephone: (404) 586-9200
Facsimile: (404) 529-4028
Email: slabriola@fellab.com
*Counsel for Defendant*

**HUDSON LAMBERT PARROTT WALKER, LLC**

/s/ *Antony L. Sanacory*
Antony L. Sanacory, Esq.
Georgia Bar No. 625195
Mariya Davis, Esq.
Georgia Bar No. 398625

Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8194
Facsimile: (404) 554-8171
Email: ASanacory@hlpwlaw.com
Email: mdavis@hlpwlaw.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing **ACKNOWLEDGEMENT OF SERVICE** via Statutory Electronic Service, on the following counsel of record:

Stephen T. LaBriola
**FELLOWS LaBRIOLA LLP**
Suite 2400, Harris Tower, Peachtree Center
233 Peachtree Street, NE
Atlanta, GA 30303
slabriola@fellab.com
*Counsel for Defendant*

This 13th day of February, 2023.

**HUDSON LAMBERT PARROTT WALKER, LLC**

By: */s/ Antony L. Sanacory*
    Antony L. Sanacory
    Georgia Bar No. 625195
    Mariya Davis, Esq.
    Georgia Bar No. 398625
    *Counsel for Plaintiff*

Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 200
Atlanta, Georgia 30305
Telephone: (404) 554-8194
Facsimile: (404) 554-8171
asanacory@hlpwlaw.com
mdavis@hlpwlaw.com