# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ALLISON-SMITH COMPANY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN TECHNICAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MARTIN TECHNICAL, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the Northern District of Georgia, Defendant Martin Technical, Inc. makes the following disclosures:

1. **The undersigned counsel of record certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor.**

   Plaintiff: Allison-Smith Company, LLC

   Defendant: Martin Technical, Inc. Martin Technical states that it has no parent corporation or publicly held corporation that owns 10% or more of its stock.

2. **The undersigned counsel of record certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Martin Technical, Inc. has a financial interest in the outcome of this case.

Plaintiff Allison-Smith Company, LLC and its members also have a financial interest in the outcome of this case. Allison Smith's members and their states of residency are:

    a. Melvin Bert Kinard (Georgia)

    b. Brian Russ (Georgia)

    c. Chris Reichart (Georgia)

    d. Steve Craig Vandiver (Georgia)

    e. James Barger (Georgia)

    f. Jason Smith (Georgia)

    g. Kelley McDaniel (Georgia)

    h. Mark Gallacher (Georgia)

    i. Matt Moore (Georgia)

    j. Mike Mikko (Georgia)

    k. Ray Kennedy (Georgia)

    l. Stephen Scott Smith (Georgia)

    m. Todd Grossweiler (Georgia)

    n. Todd Schirner (Georgia)

    o. Todd Smith (Georgia)

    p. Blake Harrelson (South Carolina)

3. **The undersigned counsel of record certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:**

Attorneys for Plaintiff:
Antony Sanacory
Georgia Bar No.: 625195
asanacory@hlpwlaw.com
Dorothea Ana Ille
Georgia Bar No.: 282477
dille@hlpwlaw.com

Hudson Lambert Parrott Walker, LLC
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 200
Atlanta, GA 30305
Phone: 404-554-8194
Facsimile: 404-554-8171

Attorneys for Defendant:
Stephen T. LaBriola
Georgia Bar No.: 431026
slabriola@fellab.com
Maxwell R. Jones
Georgia Bar No.: 451289
mjones@fellab.com

Fellows LaBriola, LLP
Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: 404-586-9200
Facsimile: 404-529-4028

Arthur A. Gardner
Georgia Bar No.: 283995
agardner@gardnergroff.com
Gardner Groff & Greenwald PC
1640 Powers Ferry Road
Building 4, Suite 200
Marietta, GA 30067
Phone: 770-984-2300
Facsimile: 770-984-0098

**4. Jurisdiction for this case is based on complete diversity under 28 U.S.C. § 1332(a). The undersigned certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed.**

Martin Technical, Inc. is a foreign corporation organized under the laws of the State of Colorado, with its principal address located at 1157 W. Century Dr. #100, Louisville, CO 80027. Therefore, Martin Technical, Inc. is a citizen of Colorado for purposes of complete diversity jurisdiction.

Further, out of an abundance of caution with respect to ensuring this Court has subject matter jurisdiction, Martin Technical incorporates its response to number 2 above, which lists each member of Allison Smith and their respective states of residency. Because Martin Technical is a Colorado citizen, Allison Smith is a citizen of Georgia and South Carolina, and the amount in controversy exceeds $75,000, there is complete diversity jurisdiction.

Respectfully submitted, this 15th day of March, 2023.

        By: /*s/Stephen T. LaBriola*
        Stephen T. LaBriola
        Georgia Bar No.: 431026
        slabriola@fellab.com
        Maxwell R. Jones
        Georgia Bar No.: 451289
        mjones@fellab.com
        FELLOWS LABRIOLA LLP

Peachtree Center
Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, GA 30303
Phone: 404-586-9200
Facsimile: 404-529-4028

Arthur A. Gardner
Georgia Bar No.: 283995
agardner@gardnergroff.com
GARDNER GROFF & GREENWALD PC
1640 Powers Ferry Road
Building 4, Suite 200
Marietta, GA 30067
Phone: 770-984-2300
Facsimile: 770-984-0098

*Attorneys for Martin Technical, Inc.*

5

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that this day, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to all counsel of record. I further certify that this Certificate of Interested Persons and Corporate Disclosure Statement was prepared in accordance with the typeface and font requirements of N.D. Ga. LR. 5.1.

Respectfully submitted, this 15th day of March, 2023.

*/s/ Stephen T. LaBriola*
Stephen T. LaBriola
Georgia Bar No.: 431026
slabriola@fellab.com
Maxwell R. Jones
Georgia Bar No.: 451289
mjones@fellab.com