# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   Mr. Kevin P. Weimer, Clerk
        United States District Court

DATE: March 15, 2023

RE:    22-59877-bem
        Bankruptcy Case No.

Derry Bobby Grier
Debtor(s)

Derry Grier
Appellant

vs

U.S. Bank Trust National
Association, Maria Tsagaris for
U.S. Bank trust NA, K. Edward
Safir Chapter 13 Trustee, Brandy
L. Kirkland
Appellees

## S U B M I S S I O N   S H E E T

Submitted on:
☒ Notice of Appeal filed 03/15/2023- Doc. 31
    File date of Order being appealed from 02/23/2023 - Doc. No. 26

**Contents of Record:**
☒ Documents 26, 30, 31, 33, docket sheet

☐ Designated items of      ☐ Appellant(s)      ☐ Appellee
        Filing Fee Paid -  ☒ Yes $290 collected, $8 still due ☐ No

**If previous and/or related appeals filed, list:**

22-CV-01234-MLB

FROM:   M. Regina Thomas, Clerk of Court
            United States Bankruptcy Court

By: /s/_____
        Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*