**IT IS ORDERED as set forth below:**

**Date: February 23, 2023**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-59877-BEM |
| Derry Bobby Grier, | |
| Debtor. | CHAPTER 13 |

## O R D E R

The hearing on Confirmation of Debtor's Chapter 13 plan [Doc. 6], U.S. Bank Trust National Association's Objection to Confirmation [Doc. 24], and Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss Case with Prejudice [Doc. 25] came before the Court for hearing on February 22, 2023. Debtor appeared pro se, Maria Tsagaris appeared on behalf of U.S. Bank Trust National Association, and Sonya Buckley Gordon appeared on behalf of the Chapter 13 Trustee. For the reasons stated on the record, it is

ORDERED that Debtor is directed to make two payments to the Chapter 13 Trustee in the amounts of $1,700.00 and $2,322.72 on or before March 9, 2023; it is further

ORDERED that if Debtor timely makes the foregoing payments to the Trustee, then Trustee shall reset confirmation to allow time for Debtor to amend her Chapter 13 plan. However,

if Debtor fails to timely make the payments to the Trustee, then Trustee shall file a notice of same and upload an order granting dismissal of the case pursuant to 11 U.S.C. § 109(g).

**END OF ORDER**

**<u>Distribution List</u>**

Derry Bobby Grier
6890 Glen Cove Lane
Stone Mountain, GA 30087

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Brandi L. Kirkland
K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Ste. 1600
Atlanta, GA 30303

Maria A. Tsagaris
McCalla Raymer Liebert Pierce
1544 Old Alabama Road
Roswell, GA 30076

ALL PARTIES AND CREDITORS.