# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: 22-59877
)
DERRY GRIER )
) Chapter: 13th
)
Debtor(s)

List of proof of Claims Registered in the Case # 22-59877

US Bank Trust National Association's Objection to Confirmation objected by debtor.

US Bank Trust National Association should not have any right to object to confirmation, there is no proof of Claim and they do not have any right to the property at 6890 Glen Cove Lane, St Mountain GA 30087 and the Court,

Dated: 3/8/2023      Signature: [signature]

Printed Name: Derry Grier

Address: 6890 Glen Cove Lane
St Mountain GA 30087

Phone: 770-714-2673

[Filed stamp: FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA  2023 MAR -8 PM 1:35  M. REGINA THOMAS CLERK  BY [signature] DEPUTY CLERK]

In Re:                                     Case # 22-59877

Berry Grier

Debtor                                Chapter 13th

US Bank Trust National Association's objection to Confirmation objected by debtor.

The Court, Bankruptcy Court should not be ordering debtor to pay US Bank Trust National Association the amount of $2,322.72 monthly due to no proof of claim filed and they have no right to property listed above on first page and case is still pending in court in regards to this.

Dated: 3/8/2023

Signature: [signed]

Name: Berry Grier
Address: 6890 Glen Cove Lane
St Mountain GA 30087
Phone #: 770-714-2673

# Northern District of Georgia
# Claims Register

## 22-59877-bem Derry Bobby Grier,

**Chief Judge:** Barbara Ellis-Monro  **Chapter:** 13
**Office:** Atlanta  **Last Date to file claims:** 02/13/2023
**Trustee:** K. Edward Safir  **Last Date to file (Govt):** 06/05/2023

*Creditor:* (24084546)  **Claim No: 1**  *Status:*
Emory Eastside Medical Center  *Original Filed*  *Filed by:* CR
Resurgent Capital Services  *Date:* 12/09/2022  *Entered by:* David Lamb
PO Box 1927  *Original Entered*  *Modified:*
Greenville, SC 29602  *Date:* 12/09/2022

Amount claimed: $590.07
Secured claimed: $0.00

*History:*
Details  1-1  12/09/2022 Claim #1 filed by Emory Eastside Medical Center, Amount claimed: $590.07 (Lamb, David )

*Description:*
*Remarks:*

*Creditor:* (24084584)  **Claim No: 2**  *Status:*
Ashley Funding Services, LLC  *Original Filed*  *Filed by:* CR
Resurgent Capital Services  *Date:* 12/09/2022  *Entered by:* David Lamb
PO Box 10587  *Original Entered*  *Modified:*
Greenville, SC 29603-0587  *Date:* 12/09/2022

Amount claimed: $71.78
Secured claimed: $0.00

*History:*
Details  2-1  12/09/2022 Claim #2 filed by Ashley Funding Services, LLC, Amount claimed: $71.78 (Lamb, David )

*Description:*
*Remarks:*

*Creditor:* (24084546)  **Claim No: 3**  *Status:*
Emory Eastside Medical Center  *Original Filed*  *Filed by:* CR
Resurgent Capital Services  *Date:* 12/09/2022  *Entered by:* David Lamb
PO Box 1927  *Original Entered*  *Modified:*
Greenville, SC 29602  *Date:* 12/09/2022

Amount claimed: $651.90
Secured claimed: $0.00

*History:*
Details  3-1  12/09/2022 Claim #3 filed by Emory Eastside Medical Center, Amount claimed: $651.90 (Lamb, David )

*Description:*
*Remarks:*

*Creditor:* (24084584)
Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 4**
*Original Filed Date:* 12/09/2022
*Original Entered Date:* 12/09/2022

*Status:*
*Filed by:* CR
*Entered by:* Lore'L Thompson
*Modified:*

Amount  claimed: $94.47
Secured claimed:   $0.00

*History:*

Details   4-1   12/09/2022 Claim #4 filed by Ashley Funding Services, LLC, Amount claimed: $94.47 (Thompson, Lore'L )

*Description:*
*Remarks:*

*Creditor:* (24080437)
Department of Treasury/IRS
PO Box 8208
Philadelphia PA 19101

**Claim No: 5**
*Original Filed Date:* 12/14/2022
*Original Entered Date:* 12/14/2022
*Last Amendment Filed:* 01/26/2023
*Last Amendment Entered:* 01/26/2023

*Status:*
*Filed by:* CR
*Entered by:* Internal Revenue Service
*Modified:*

Amount  claimed: $82410.11
Secured claimed: $27632.30
Priority   claimed:   $5102.61

*History:*

Details   5-1   12/14/2022 Claim #5 filed by Department of Treasury/IRS, Amount claimed: $102735.88 (Internal Revenue Service)

Details   5-2   01/26/2023 Amended Claim #5 filed by Department of Treasury/IRS, Amount claimed: $82410.11 (Internal Revenue Service)

*Description:*
*Remarks:*

*Creditor:* (24094707)
T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Claim No: 6**
*Original Filed Date:* 12/19/2022
*Original Entered Date:* 12/19/2022

*Status:*
*Filed by:* CR
*Entered by:* American InfoSource
*Modified:*

Amount claimed: $696.52

*History:*

Details   6-1   12/19/2022 Claim #6 filed by T Mobile/T-Mobile USA Inc, Amount claimed: $696.52 (American InfoSource)

*Description:*
*Remarks:*

*Creditor:* (24102971)
Plaza Services, LLC
PO BOX 1931
Burlingame, CA 94011

**Claim No: 7**
*Original Filed Date:* 12/28/2022
*Original Entered*

*Status:*
*Filed by:* CR
*Entered by:* Larry Yip
*Modified:*

Date: 12/28/2022

Amount  claimed: $8938.16
Secured claimed:     $0.00
Priority  claimed:     $0.00

*History:*
Details  7-1   12/28/2022 Claim #7 filed by Plaza Services, LLC, Amount claimed: $8938.16 (Yip, Larry )
*Description:*
*Remarks:*

| Creditor:     (24109766)            | **Claim No: 8**         | Status:                                   |
|-------------------------------------|-------------------------|-------------------------------------------|
| Westlake Services LLC c/o           | Original Filed          | Filed by: CR                              |
| Resurgent Capital Services          | Date: 01/04/2023        | Entered by: Marie Foster                  |
| PO Box 3427                         | Original Entered        | Modified:                                 |
| Greenville, SC 29602                | Date: 01/04/2023        |                                           |

Amount  claimed: $8550.06
Secured claimed: $8550.06

*History:*
Details  8-1   01/04/2023 Claim #8 filed by Westlake Services LLC c/o, Amount claimed: $8550.06 (Foster, Marie )
*Description:*
*Remarks:*

| Creditor:     (24115192)                        | **Claim No: 9**         | Status:                                      |
|-------------------------------------------------|-------------------------|----------------------------------------------|
| Water's Edge Homeowners Association, Inc.       | Original Filed          | Filed by: CR                                 |
| c/o Winter, Capriola, Zenner, LLC               | Date: 01/09/2023        | Entered by: Elizabeth F. Taylor              |
| 3490 Piedmont Road, Suite 800                   | Original Entered        | Modified:                                    |
| Atlanta, GA 30305                               | Date: 01/09/2023        |                                              |

Amount  claimed: $14804.95
Secured claimed: $14804.95

*History:*
Details  9-1   01/09/2023 Claim #9 filed by Water's Edge Homeowners Association, Inc., Amount claimed: $14804.95 (Taylor, Elizabeth )
*Description:*
*Remarks:*

| Creditor:     (24120846)            | **Claim No: 10**        | Status:                                              |
|-------------------------------------|-------------------------|------------------------------------------------------|
| Georgia Department of Revenue       | Original Filed          | Filed by: CR                                         |
| 1800 Century Blvd NE S9100          | Date: 01/13/2023        | Entered by: Oliver, Cindy - State of Georgia         |
| Atlanta, Ga. 30345                  | Original Entered        | Dept of Revenue                                      |
|                                     | Date: 01/13/2023        | Modified:                                            |

Amount claimed: $3612.49
Priority  claimed: $1002.45

*History:*
Details  10-1   01/13/2023 Claim #10 filed by Georgia Department of Revenue, Amount claimed: $3612.49 (Oliver, Cindy - State of Georgia Dept of Revenue)
*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (24131436)<br>DEKALB COUNTY FINANCE<br>774 Jordan Lane, Suite #200<br>Decatur, GA 30033 | **Claim No: 11**<br>*Original Filed Date:* 01/23/2023<br>*Original Entered Date:* 01/23/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ePOC<br>*Modified:* | |

Amount claimed: $11271.56

*History:*

Details  11-1  01/23/2023 Claim #11 filed by DEKALB COUNTY FINANCE, Amount claimed: $11271.56 (ePOC)

*Description:*

*Remarks:* (11-1) Account Number (last 4 digits):3011

| | | | |
|---|---|---|---|
| *Creditor:* (24135118)<br>Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | **Claim No: 12**<br>*Original Filed Date:* 01/25/2023<br>*Original Entered Date:* 01/25/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nancy Mehrenberg<br>*Modified:* | |

Amount claimed: $540.29

*History:*

Details  12-1  01/25/2023 Claim #12 filed by Premier Bankcard, LLC, Amount claimed: $540.29 (Mehrenberg, Nancy )

*Description:* (12-1) CREDIT CARD

*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (24138813)<br>Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219 | **Claim No: 13**<br>*Original Filed Date:* 01/27/2023<br>*Original Entered Date:* 01/27/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ePOC<br>*Modified:* | |

Amount claimed: $539.47

*History:*

Details  13-1  01/27/2023 Claim #13 filed by Pinnacle Service Solutions LLC, Amount claimed: $539.47 (ePOC)

*Description:*

*Remarks:* (13-1) Account Number (last 4 digits):8978

| | | | |
|---|---|---|---|
| *Creditor:* (24139408)<br>American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | **Claim No: 14**<br>*Original Filed Date:* 01/30/2023<br>*Original Entered Date:* 01/30/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Greg Deegan<br>*Modified:* | |

Amount claimed: $922.53

*History:*

Details  14-1  01/30/2023 Claim #14 filed by American First Finance, LLC, Amount claimed: $922.53 (Deegan, Greg )

*Description:*

*Remarks:*

| | | | |
|---|---|---|---|
| Creditor: (24139409)<br>American First Finance, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | **Claim No: 15**<br>Original Filed<br>Date: 01/30/2023<br>Original Entered<br>Date: 01/30/2023 | Status:<br>Filed by: CR<br>Entered by: Greg Deegan<br>Modified: | |

Amount claimed: $194.60

History:

Details ⦿ 15-1  01/30/2023 Claim #15 filed by American First Finance, LLC, Amount claimed: $194.60 (Deegan, Greg )

Description:
Remarks:

| | | | |
|---|---|---|---|
| Creditor: (24159802)<br>SCOLOPAX, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | **Claim No: 16**<br>Original Filed<br>Date: 02/13/2023<br>Original Entered<br>Date: 02/13/2023 | Status:<br>Filed by: CR<br>Entered by: Jordan Morrison<br>Modified: | |

Amount claimed: $4799.76

History:

Details ⦿ 16-1  02/13/2023 Claim #16 filed by SCOLOPAX, LLC, Amount claimed: $4799.76 (Morrison, Jordan )

Description:
Remarks:

## Claims Register Summary

**Case Name:** Derry Bobby Grier,
**Case Number:** 22-59877-bem
**Chapter:** 13
**Date Filed:** 12/05/2022
**Total Number Of Claims:** 16

| Total Amount Claimed* | $138688.72 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $50987.31 | |
| Priority | $6105.06 | |
| Administrative | | |

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
## Bankruptcy Petition #: 22-59877-bem

*Assigned to:* Chief Judge Barbara Ellis-Monro
Chapter 13
Voluntary
Asset

*Date filed:* 12/05/2022
*341 meeting:* 01/26/2023
*Deadline for filing claims:* 02/13/2023
*Deadline for filing claims (govt.):* 06/05/2023

*Debtor*
**Derry Bobby Grier**
6890 Glen Cove Lane
Stone Mountain, GA 30087
DE KALB-GA
SSN / ITIN: xxx-xx-6213

represented by **Derry Bobby Grier**
PRO SE

*Trustee*
**K. Edward Safir**
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
404-525-1110

represented by **Brandi L. Kirkland**
K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Ste. 1600
Atlanta, GA 30303
404-604-2054
Fax : 404-522-4448
Email: courtdailysummary@atlch13tt.com

| Filing Date | # | Docket Text |
|---|---|---|
| 12/05/2022 | 1 (51 pgs) | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 6/5/2023. (jcm) Additional attachment(s) added on 12/5/2022 (rfs). |
| 12/05/2022 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | 3 (1 pg) | Pro Se Affidavit filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | 4 (1 pg) | Credit Counseling Service Certificate filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | 5 (1 pg) | Application to Pay Filing Fee in Installments filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | 6 (8 pgs) | Chapter 13 Plan with NO Certificate of Service filed by Derry Bobby Grier . (rfs) |

| | | |
|---|---|---|
| 12/06/2022 | ◉ | Notice of Debtor's Prior Filings for debtor Derry Bobby Grier Case Number 22-50036, Chapter 13 filed in Georgia Northern Bankruptcy Court on 01/03/2022 , Dismissed for Other Reason on 05/19/2022; Case Number 04-74639, Chapter 13 filed in Georgia Northern Bankruptcy Court on 09/03/2004; Case Number 20-62106, Chapter 13 filed in Georgia Northern Bankruptcy Court on 02/03/2020 , Dismissed for failure to make plan payments on 06/03/2020; Case Number 10-79552, Chapter 7 filed in Georgia Northern Bankruptcy Court on 07/05/2010 , Standard Discharge on 09/26/2011; Case Number 10-65991, Chapter 13 filed in Georgia Northern Bankruptcy Court on 03/01/2010 , Dismissed for failure to make plan payments on 05/20/2010; Case Number 05-66338, Chapter 13 filed in Georgia Northern Bankruptcy Court on 04/04/2005 , Dismissed for failure to pay filing fee on 04/09/2008; Case Number 19-58427, Chapter 13 filed in Georgia Northern Bankruptcy Court on 05/31/2019 , Dismissed for Other Reason on 10/03/2019; Case Number 13-50066, Chapter 13 filed in Georgia Northern Bankruptcy Court on 01/02/2013 , Dismissed for Other Reason on 10/15/2015.(Admin) |
| 12/06/2022 | ◉ 7 (1 pg) | Notice of Appearance Filed by Synchrony Bank. (PRA Receivables Management, LLC) |
| 12/06/2022 | ◉ 8 (2 pgs) | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 1/19/2023 at 10:00 AM (See notice for telephonic call-in information (Ch. 13 Safir ATL)). Confirmation Hearing to be held on 2/22/2023 at 09:30 AM Courtroom 1402, Atlanta. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. Objections for Discharge due by 3/20/2023 Non-Government Proof of Claims due by 2/13/2023. (Admin) |
| 12/06/2022 | ◉ 9 (1 pg) | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Schedule E/F, J due by 12/19/2022. Declaration About Debtors Schedules (B106) due 12/19/2022. Summary of Assets and Liabilities due 12/19/2022. Debtor Payment Advices due: 12/19/2022. (yl) |
| 12/06/2022 | ◉ 10 (1 pg) | Order Granting Application by Debtor(s) to Pay Filing Fees in Installments. Debtor must pay initial filing fee within 10 days from the filing of the petition or case will be DISMISSED. Service by BNC Entered on 12/6/2022. (related document(s)5) (yl) |
| 12/06/2022 | ◉ 11 (1 pg) | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (yl) |
| 12/08/2022 | ◉ 12 (2 pgs) | Certificate of Mailing by BNC of Order Granting Application to Pay Filing Fees In Installments Notice Date 12/08/2022. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 12/09/2022) |
| 12/08/2022 | ◎ 13<br>(4 pgs) | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | ◎ 14<br>(2 pgs) | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency - Individual. Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | ◎ 15<br>(2 pgs) | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | ◎ 16<br>(10 pgs) | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/13/2022 | ◎ 17<br>(1 pg) | Notice of Appearance Filed by Maria A. Tsagaris on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. (Tsagaris, Maria) |
| 12/14/2022 | ◎ 18<br>(1 pg) | Certificate of Mailing. (2 notices mailed.) (related document(s)8) (yl) |
| 12/20/2022 | ◎ 19<br>(2 pgs) | Payment Advices of Debtor, filed by Derry Bobby Grier . (related document(s)9) (rfs) |
| 12/20/2022 | ◎ 20<br>(12 pgs) | Schedule E/F (creditors added, $0 paid/fee due), Schedule J , Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor filed by Derry Bobby Grier . (related document(s)9) (rfs) Modified on 12/21/2022 (rhg). |
| 12/20/2022 | ◎ | Receipt of Chp 13 Installment filing fee. Receipt Number 1270043. Fee Amount $78.00. Paid by Derry Bobby Grier. |
| 12/21/2022 | ◎ 21<br>(1 pg) | Notice of deficient filing re: Missing Fee, . 32.00 Service by BNC. (related document(s)20) (rhg) |
| 12/23/2022 | ◎ 22<br>(2 pgs) | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 12/23/2022. (Admin.) (Entered: 12/24/2022) |
| 01/06/2023 | ◎ | Receipt of Chp 13 Installment filing fee. Receipt Number 1270186. Fee Amount $117.50. Paid by Derry Bobby Grier. |

| | | |
|---|---|---|
| 01/06/2023 | 🔵 | Receipt of Amendment filing fee. Receipt Number 1270187. Fee Amount $32.00. Paid by Derry Bobby Grier. Related document(s) 20 Schedule E/F Creditors who have unsecured claims. Modified on 2/10/2023 (law). |
| 01/09/2023 | 🔵 23 (2 pgs) | Notice of Appearance Filed by Elizabeth F. Taylor on behalf of Water's Edge Homeowner's Association, Inc.. (Taylor, Elizabeth) 🔒 |
| 01/23/2023 | 🔵 | Section 341(a) meeting on 01/19/2023 reset for reasons other than debtor's failure to appear filed by Trustee. Telephonic 341 Meeting to be held on 1/26/2023 at 04:00 PM (See previous notice for call-in information).. (Safir, K.) |
| 01/24/2023 | 🔵 24 (3 pgs) | Objection to Confirmation of Plan *and Certificate of Service* filed by Ciro A. Mestres on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. (related document(s)6) (Mestres, Ciro) 🔒 |
| 01/30/2023 | 🔵 | Section 341(a) meeting held and concluded on 01/26/2023 filed by Trustee. (Safir, K.) |
| 02/01/2023 | 🔵 25 (9 pgs) | Objection to Confirmation of Plan , Motion to Dismiss Case *with prejudice* filed by Brandi L. Kirkland on behalf of K. Edward Safir. Hearing to be held on 2/22/2023 at 09:30 AM in Courtroom 1402, Atlanta, (Kirkland, Brandi) 🔒 |
| 02/09/2023 | 🔵 | Receipt of Chp 13 Installment filing fee. Receipt Number 1270561. Fee Amount $117.50. Paid by Derry Grier. |
| 02/22/2023 | 🔵 | Hearing Held re:(related document(s)25) (rf) |
| 02/23/2023 | 🔵 26 (3 pgs) | Order Regarding Objections filed by U.S. Bank Trust NA and the Chapter 13 Trustee. Service by BNC. Entered on 2/23/2023. (related document(s)24, 25) (cdp) |
| 02/25/2023 | 🔵 27 (7 pgs) | Certificate of Mailing by BNC of Order Notice Date 02/25/2023. (Admin.) (Entered: 02/26/2023) |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Debry Grier )  Case No: 22-59877
_____ )  Chapter 13th
              )
              )
   Debtor(s)  )

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 8th day of March, 2023 I served a copy of

_____

which was filed in this bankruptcy matter on the 8th day of March, 2023.

Mode of service (check one):   ☒ MAILED        ☐ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Maria Isagaris (for US Bank Trust NA)
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell GA 30076
678-281-6500

Brandy L Kirkland
285 Peachtree Center Ave
NE, Suite 1600
Atlanta GA 30303
404-525-1110

(Trustee)
K Edward Safir
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta GA 30303
404-525-1110

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 3/8/2023      Signature: _____

Printed Name: Derry Grier

Address: 6890 Glen Cove Lane
St Mountain GA 30087
770-714-2673

Phone:

(Generic Certificate of Service – Revised 4/13)