**APPEAL**

## U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
## Bankruptcy Petition #: 22−59877−bem

| | |
|---|---|
| *Assigned to:* Chief Judge Barbara Ellis−Monro | *Date filed:* 12/05/2022 |
| Chapter 13 | *341 meeting:* 01/26/2023 |
| Voluntary | *Deadline for filing claims:* 02/13/2023 |
| Asset | *Deadline for filing claims (govt.):* 06/05/2023 |

| | |
|---|---|
| *Debtor* **Derry Bobby Grier** 6890 Glen Cove Lane Stone Mountain, GA 30087 DE KALB−GA SSN / ITIN: xxx−xx−6213 | represented by **Derry Bobby Grier** PRO SE |
| *Trustee* **K. Edward Safir** Standing Chapter 13 Trustee Suite 1600 285 Peachtree Center Ave. NE Atlanta, GA 30303 404−525−1110 | represented by **Sonya Buckley Gordon** K. Edward Safir, Standing Chapter 13 Trustee Suite 1600 285 Peachtree Center Ave, NE Atlanta, GA 30303 404−525−1110 Email: courtdailysummary@atlch13tt.com  **Brandi L. Kirkland** K. Edward Safir, Chapter 13 Trustee 285 Peachtree Center Ave., Ste. 1600 Atlanta, GA 30303 404−604−2054 Fax : 404−522−4448 Email: courtdailysummary@atlch13tt.com |

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 12/05/2022 | | 1 | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 6/5/2023. (jcm) Additional attachment(s) added on 12/5/2022 (rfs). |
| 12/05/2022 | | 2 | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | | 3 | Pro Se Affidavit filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | | 4 | Credit Counseling Service Certificate filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | | 5 | Application to Pay Filing Fee in Installments filed by Derry Bobby Grier . (rfs) |
| 12/05/2022 | | 6 | |

| | | | |
|---|---|---|---|
| | | | Chapter 13 Plan with NO Certificate of Service filed by Derry Bobby Grier . (rfs) |
| 12/06/2022 | | | Notice of Debtor's Prior Filings for debtor Derry Bobby Grier Case Number 22−50036, Chapter 13 filed in Georgia Northern Bankruptcy Court on 01/03/2022 , Dismissed for Other Reason on 05/19/2022; Case Number 04−74639, Chapter 13 filed in Georgia Northern Bankruptcy Court on 09/03/2004; Case Number 20−62106, Chapter 13 filed in Georgia Northern Bankruptcy Court on 02/03/2020 , Dismissed for failure to make plan payments on 06/03/2020; Case Number 10−79552, Chapter 7 filed in Georgia Northern Bankruptcy Court on 07/05/2010 , Standard Discharge on 09/26/2011; Case Number 10−65991, Chapter 13 filed in Georgia Northern Bankruptcy Court on 03/01/2010 , Dismissed for failure to make plan payments on 05/20/2010; Case Number 05−66338, Chapter 13 filed in Georgia Northern Bankruptcy Court on 04/04/2005 , Dismissed for failure to pay filing fee on 04/09/2008; Case Number 19−58427, Chapter 13 filed in Georgia Northern Bankruptcy Court on 05/31/2019 , Dismissed for Other Reason on 10/03/2019; Case Number 13−50066, Chapter 13 filed in Georgia Northern Bankruptcy Court on 01/02/2013 , Dismissed for Other Reason on 10/15/2015.(Admin) |
| 12/06/2022 | | 7 | Notice of Appearance Filed by Synchrony Bank. (PRA Receivables Management, LLC) |
| 12/06/2022 | | 8 | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. Telephonic 341 Meeting to be held on 1/19/2023 at 10:00 AM (See notice for telephonic call−in information (Ch. 13 Safir ATL)). Confirmation Hearing to be held on 2/22/2023 at 09:30 AM Courtroom 1402, Atlanta. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. Objections for Discharge due by 3/20/2023 Non−Government Proof of Claims due by 2/13/2023. (Admin) |
| 12/06/2022 | | 9 | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Schedule E/F, J due by 12/19/2022. Declaration About Debtors Schedules (B106) due 12/19/2022. Summary of Assets and Liabilities due 12/19/2022. Debtor Payment Advices due: 12/19/2022. (yl) |
| 12/06/2022 | | 10 | Order Granting Application by Debtor(s) to Pay Filing Fees in Installments. Debtor must pay initial filing fee within 10 days from the filing of the petition or case will be DISMISSED. Service by BNC Entered on 12/6/2022. (related document(s)5) (yl) |
| 12/06/2022 | | 11 | Notice to Debtor Regarding Debtor Electronic Noticing. Service by BNC. (yl) |
| 12/08/2022 | | 12 | Certificate of Mailing by BNC of Order Granting Application to Pay Filing Fees In Installments Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | | 13 | Certificate of Mailing by BNC of Notice of Meeting of Creditors Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | | 14 | Certificate of Mailing by BNC of Order on Deadlines to Correct New Case Deficiency − Individual. Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | | 15 | |

| | | | |
|---|---|---|---|
| | | | Certificate of Mailing by BNC of Notice to Debtor Regarding Debtor Electronic Noticing Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | | 16 | Certificate of Mailing by BNC of Chapter 13 Plan Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/13/2022 | | 17 | Notice of Appearance Filed by Maria A. Tsagaris on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. (Tsagaris, Maria) |
| 12/14/2022 | | 18 | Certificate of Mailing. (2 notices mailed.) (related document(s)8) (yl) |
| 12/20/2022 | | 19 | Payment Advices of Debtor, filed by Derry Bobby Grier . (related document(s)9) (rfs) |
| 12/20/2022 | | 20 | Schedule E/F (creditors added, $0 paid/fee due), Schedule J , Summary of Assets and Liabilities with Statistical Information for Individual Debtor , Verification or Declaration for Individual Debtor filed by Derry Bobby Grier . (related document(s)9) (rfs) Modified on 12/21/2022 (rhg). |
| 12/20/2022 | | | Receipt of Chp 13 Installment filing fee. Receipt Number 1270043. Fee Amount $78.00. Paid by Derry Bobby Grier. |
| 12/21/2022 | | 21 | Notice of deficient filing re: Missing Fee, . 32.00 Service by BNC. (related document(s)20) (rhg) |
| 12/23/2022 | | 22 | Certificate of Mailing by BNC of Notice of Deficiency Notice Date 12/23/2022. (Admin.) (Entered: 12/24/2022) |
| 01/06/2023 | | | Receipt of Chp 13 Installment filing fee. Receipt Number 1270186. Fee Amount $117.50. Paid by Derry Bobby Grier. |
| 01/06/2023 | | | Receipt of Amendment filing fee. Receipt Number 1270187. Fee Amount $32.00. Paid by Derry Bobby Grier. Related document(s) 20 Schedule E/F Creditors who have unsecured claims. Modified on 2/10/2023 (law). |
| 01/09/2023 | | 23 | Notice of Appearance Filed by Elizabeth F. Taylor on behalf of Water's Edge Homeowner's Association, Inc.. (Taylor, Elizabeth) |
| 01/23/2023 | | | Section 341(a) meeting on 01/19/2023 reset for reasons other than debtor's failure to appear filed by Trustee. Telephonic 341 Meeting to be held on 1/26/2023 at 04:00 PM (See previous notice for call−in information).. (Safir, K.) |
| 01/24/2023 | | 24 | Objection to Confirmation of Plan *and Certificate of Service* filed by Ciro A. Mestres on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust. (related document(s)6) (Mestres, Ciro |
| 01/30/2023 | | | Section 341(a) meeting held and concluded on 01/26/2023 filed by Trustee. (Safir, K.) |
| 02/01/2023 | | 25 | Objection to Confirmation of Plan , Motion to Dismiss Case *with prejudice* filed by Brandi L. Kirkland on behalf of K. Edward Safir. Hearing to be held on 2/22/2023 at 09:30 AM in Courtroom 1402, Atlanta, (Kirkland, Brandi) |

| Date | | Doc # | Description |
|---|---|---|---|
| 02/09/2023 | | | Receipt of Chp 13 Installment filing fee. Receipt Number 1270561. Fee Amount $117.50. Paid by Derry Grier. |
| 02/22/2023 | | | Hearing Held re:(related document(s)25) (rf) |
| 02/23/2023 | | 26 | Order Regarding Objections filed by U.S. Bank Trust NA and the Chapter 13 Trustee. Service by BNC. Entered on 2/23/2023. (related document(s)24, 25) (cdp) |
| 02/25/2023 | | 27 | Certificate of Mailing by BNC of Order Notice Date 02/25/2023. (Admin.) (Entered: 02/26/2023) |
| 03/06/2023 | | 28 | PDF with attached Audio File. Court Date & Time [02/22/2023 11:20:23 AM]. File Size [ 5859 KB ]. Run Time [ 00:24:58 ]. (admin). |
| 03/07/2023 | | 29 | Notice to Debtor(s) Regarding Financial Management Certificate Due. Service by BNC. (ADIclerk). |
| 03/08/2023 | | 30 | Motion to Reconsider filed by Derry Bobby Grier . (related document(s)26) (aam) |
| 03/08/2023 | | 31 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: none, Amount Paid $ 0, filed by Derry Bobby Grier. Appellant Designation due by 03/29/2023, submission by USBC to USDC due by 4/14/2023. (related document(s)26) (aam) Modified on 3/9/2023 (yl). Modified on 3/15/2023 (mrw). |
| 03/09/2023 | | 32 | Certificate of Mailing by BNC of Notice to Debtor Re: Financial Mgmt. Cert. Notice Date 03/09/2023. (Admin.) (Entered: 03/10/2023) |
| 03/10/2023 | | | Receipt of Appeal filing fee. Receipt Number 1270895. Fee Amount $290.00. Paid by Derry Grier. |
| 03/15/2023 | | 33 | Order DENYING Debtor's Motion to Reconsider (Related Doc # 30) Service by BNC. Entered on 3/15/2023. (cdp) |
| 03/15/2023 | | 34 | Trustee's Supplemental Report Requesting Dismissal with Prejudice (Order to be submitted to chambers) filed by Trustee. (Gordon, Sonya) |
| 03/15/2023 | | 35 | Notice of deficient filing re: Missing Fee, $8.00. Service by BNC. (related document(s)31) (mrw) |
| 03/15/2023 | | 36 | Notification of Appeal Requirements (related document(s)31) (mrw) |