# EXHIBIT B



Claim# _0634963672_____

To Whom It May Concern:

I, _Megha  Sasane_, employee of Allstate Insurance Company Irving, Texas,

do certify that the enclosed is a copy of policy and or declaration page for the above

claim number, showing the coverages that were on the policy at the time of loss

of _07/23/2021_____.

_Megha Sasane_
_____
Claim Support


State of Texas, County of Dallas

On this _____9th_____ day of _____September_____ 2021, before me personally

appeared ____Megha  Sasane_____ to me known to be the person who executed the

foregoing instrument and acknowledged that he/she executed the same as a free act

and deed.

OLIVIA . LEACH
Notary Public, State of Texas
Comm. Expires 01-15-2024
Notary ID 132316117

_Olivia Leach_
_____
Notary Public

Confidential Information



*Alpharetta Agency*
*4825 Atlanta Hwy 200*
*Alpharetta GA 30004-2913*

Information as of July 19, 2021

Policyholder(s)                          Page **1** of 2
**Jerri  James, Gregory P James**

Policy number
**831 148 717**

Your Allstate agency is
**Alpharetta Agency**
(770) 442-9969
JJOHNSON12@ALLSTATE.COM

JERRI JAMES
GREG JAMES AND Y WALL
111 HICKORY HILL CT
ALPHARETTA GA 30004-7007

# We Made a Change to Your Policy

We made a change to your policy reflecting new or corrected information we've obtained. We want your policy information and your coverage to be up to date and accurate.

Please look over all the information in this mailing. Inside you'll also find a guide to what's in this package and answers to some common questions.

## What has changed?

The enclosed Amended Policy Declarations provides a detailed list of the coverages, coverage limits and coverage costs for your Personal Umbrella policy.  It also shows the following changes to your policy:

Your address has been changed.

The change took effect on 07/20/2021.

Your premium for the current policy period has not been affected.

## How to contact us

Give me a call at (770) 442-9969 if you have any questions. It's my job to make sure you're in good hands.

Sincerely,

Alpharetta Agency
Your Allstate Agent

EP120-1



Policy number: **831 148 717**

Policy effective date: July 16, 2021

# Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at Allstate.com/support or through the Allstate mobile app. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule. Para español, llamar al 1-800-979-4285.

☐ **What if I have questions?**
Visit Allstate.com/support to browse our list of frequently asked questions and find information regarding billing and policy documents. You can also create an online account to access and manage your policies. Para español, llamar al 1-800-979-4285.

# A guide to your amended package





**Policy Declarations\***
The Policy Declarations lists policy details, such as your property details and coverages.

**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www.allstate.com/madesimple
Espanol.allstate.com/facildeentender

**\* To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.**

060 088 010
210720530217I
PRDR456A2021072000340501A-0000040-001-0-00-00

# Amended Personal Umbrella Policy Declarations



Your policy effective date is July 16, 2021

Page **1** of 3

## Total Premium for the Premium Period (Your bill will be mailed separately)

| | |
|---|---|
| Excess Liability | $1,235.43 |
| **Total** | **$1,235.43** |

*Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s). If you do not pay your bill by the due date shown on your billing statement, you may be charged a late fee.*

*Your policy premium has been developed using the following information:*

- 5 Vehicles
- *Supporting Allstate Home and/or Auto Policy(ies)*
- 3 Operators in the household of which 1 is under 21

## Discount (included in your total premium)

| | |
|---|---|
| Multiple Policy Discount - Auto and Property | **33%** |

## Operators in the household*

Jerri James

Gregory James

Olivia James

*\*The operators named are currently listed on your auto policy. If there are any other operators in your household or if any of the operators named have left your household, please contact your agent or producer of record to have your policy updated.*

## Policy Coverages and Limits of Liability

| Coverages | Limits of Liability |
|---|---|
| Excess Liability - Bodily Injury and Property Damage Annual Aggregate Limit | $2,000,000 each occurrence $4,000,000 during the current policy period |
| Excess Liability - Personal Injury Annual Aggregate Limit | $1,000,000 each occurrence $2,000,000 during the current policy period |
| Additional Dwelling Rented To Others | **Not purchased\*** |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

Information as of July 19, 2021

## Summary

Named Insured(s)
**Jerri  James, Gregory P James**

Mailing address
**111 Hickory Hill Ct
Alpharetta GA 30004-7007**

Policy number
**831 148 717**

Your policy provided by
**Allstate Indemnity Company**

Policy period
Begins on **July 16, 2021** at 12:01 A.M. standard time, with no fixed date of expiration

Premium period
Beginning **July 16, 2021** through **July 16, 2022** at 12:01 A.M. standard time

Your policy change is effective **July 20, 2021**

Your Allstate agency is
**Alpharetta Agency**
4825 Atlanta Hwy 200
Alpharetta GA 30004-2913
(770) 442-9969
JJOHNSON12@ALLSTATE.COM

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

GA088AMD



Amended Personal Umbrella Policy Declarations                                          Page **2** of 3
Policy number:              831 148 717
Policy effective date:      July 16, 2021

# Required Underlying Insurance Limits

You must maintain the Required Underlying Insurance, at or above the limits as shown below at all times for each liability exposure any insured person has. Please refer to the "Required Underlying Insurance" provision of the policy.

| *Coverage* | | *Required Underlying Limit* |
|---|---|---|
| Personal Liability - Bodily Injury and Property Damage Liability | | Combined Single Limit |
| 1. Homeowners, Condominium, Renters, Mobilehome, Manufactured Home or other Personal Liability Policy | | $300,000 per occurrence |
| 2. Incidental Office, Private School or Studio | | |
| One, Two, Three or Four Family Residential Rental Property - Bodily Injury and Property Damage Liability | | $300,000 per occurrence |
| Automobiles and Motor Homes | Bodily Injury | $250,000 each person |
| | | $500,000 each occurrence |
| | Property Damage | $100,000 each occurrence |
| | | **or** |
| | | Combined Single Limit |
| | | $500,000 per occurrence |
| Motorcycles, Motor Scooters, Mopeds and Recreational Vehicles | Bodily Injury including Passenger Liability when available | $100,000 each person |
| | | $300,000 each occurrence |
| | Property Damage | $100,000 each occurrence |
| | | **or** |
| | | Combined Single Limit |
| | | $300,000 per occurrence |
| | Guest Passenger Liability (when available as a separate limit) | $100,000 each person |
| | | $300,000 each occurrence |
| | | **or** |
| | | Combined Single Limit |
| | | $300,000 per occurrence |
| Personal Watercraft such as jet skis and wet bikes | Bodily Injury | $100,000 each person |
| | | $300,000 each occurrence |
| | Property Damage | $100,000 each occurrence |
| | | **or** |
| | | Combined Single Limit |
| | | $100,000 per occurrence |
| Watercraft Liability Craft under 26 feet and up to 50 horsepower (U.S. horsepower) | Bodily Injury | $100,000 each person |
| | | $300,000 each occurrence |
| | Property Damage | $100,000 each occurrence |
| | | **or** |
| | | Combined Single Limit |
| | | $100,000 per occurrence |
| Watercraft Liability Craft 26 feet and over or greater than 50 horsepower (U.S. horsepower) | Bodily Injury | $250,000 each person |
| | | $500,000 each occurrence |
| | Property Damage | $100,000 each occurrence |
| | | **or** |
| | | Combined Single Limit |
| | | $250,000 per occurrence |

*(continued)*

GA088AMD

060 088 010
210720S30217I
PROR456A20210720003405011A-000040-002-0-00-00

Amended Personal Umbrella Policy Declarations
Policy number:      831 148 717
Policy effective date:   July 16, 2021

Page **3** of 3



| Coverage | Required Underlying Limit |
|---|---|
| Employers' Liability - if Workers' Compensation or similar coverage for Domestic Workers is required or purchased voluntarily | $300,000 each occurrence $300,000 each employee $500,000 policy aggregate |

## Your policy documents

Your Personal Umbrella policy consists of the Policy Declarations and the following documents. Please keep them together.

- Personal Umbrella Policy – AS400
- Georgia Personal Umbrella Policy Amendatory Endorsement – AS431-1

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ A $10.00 late fee may be assessed if payment is received after the due date.

▶ Please note: This is not a request for payment. Any adjustments to your premium will be reflected on your next scheduled bill which will be mailed separately.

In the meantime, if you have any outstanding or unpaid bills, please pay at least the minimum amount due to assure your policy continues in force. If you have any questions, please contact your agent.

**Allstate Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*Julie Parsons*

Julie Parsons
President

*Susan L Lees*

Susan L. Lees
Secretary

GA088AMD



060.088.010
21072053021T1
PRDR45GA20210720003405D1A-000040-003-0-00-00

# Personal Umbrella Policy

**Policy:**                           **Effective:**

**Issued to:**

**Allstate Indemnity Company**
**A Stock Company—Home Office: Northbrook, Illinois 60062**

PROP                                                    **AS400**

### TABLE OF CONTENTS

#### General Provisions

Definitions Used In This Policy ...................................2
Insuring Agreement .....................................................3
When And Where The Policy Applies .......................3
Conformity To State Statutes ....................................3
Changes - Premium Changes ...................................3
Coverage Changes ......................................................4
Duty To Report Policy Changes ...............................4
Assignment Of Interest ..............................................4
Bankruptcy Or Insolvency ..........................................4
Cancellation .................................................................4
Concealment Or Fraud ...............................................4
Charge For Insufficient Funds
    or Closed Account .................................................5
Action Against Us .......................................................5

#### Required Underlying Insurance

Personal Liability, Residence Premises
    And Residence Employees ..................................5
Incidental Office, Private School Or Studio ............5
Automobiles And Motorcycles ..................................5
Recreational Motor Vehicles ....................................6
Watercraft ....................................................................6

#### Excess Liability Insurance — Bodily Injury And Property Damage — Coverage XL

Section 1 ......................................................................6
Losses We Cover Under Excess Liability —
    Bodily Injury and Property Damage
    Section 1 .................................................................6
Amounts We Pay — Section 1 ..................................7
Section 2 ......................................................................7
Losses We Cover Under Excess Liability —
    Bodily Injury and Property Damage

Section 2 ......................................................................7
Amounts We Pay — Section 2 ..................................7
Exclusions — Losses We Do Not
    Cover Under Excess Liability —
    Bodily Injury and Property Damage
    Section 2 .................................................................7
Section 3 — Common Provisions ...........................10
Limit Of Liability .......................................................10
When We Pay .............................................................10
Defense We Will Provide ........................................10
Additional Payments We Will Make ......................11
Retained Limit ...........................................................11

#### Excess Liability Insurance — Personal Injury — Coverage XP

Losses We Cover Under Excess Liability
    — Personal Injury ...............................................11
Exclusions — Losses We Do Not
    Cover Under Excess Liability —
    - Personal Injury .................................................11
Limit Of Liability .......................................................12
Amounts We Pay .......................................................13
When We Pay .............................................................13
Defense We Will Provide ........................................13
Additional Payments We Will Make ......................13
Retained Limit ...........................................................14

#### Conditions

What To Do If There Is An Occurrence
    Claim Or Suit Notice ..........................................14
Assistance And Cooperation ..................................14
Our Rights Under This Policy
    Right Of Appeal ...................................................14
Settlement Or Defense ............................................14
Subrogation ...............................................................14

## General Provisions

## Definitions Used In This Policy

1. **Bodily injury** means:
   a) physical harm to the body, including sickness, disease, disability or death resulting from physical harm to the body;
   b) shock, mental anguish or mental injury.

   **Bodily injury** does not include:
   a) any harm resulting from:
      i)   false arrest; false imprisonment; wrongful detention;
      ii)  wrongful entry; invasion of rights of occupancy; or
      iii) libel; slander; humiliation; defamation of character; invasion of rights of privacy.
   b) any symptom, effect, condition, disease or illness resulting in any manner from:
      i)   lead in any form;
      ii)  asbestos in any form;
      iii) radon in any form; or
      iv)  oil, fuel oil, kerosene, liquid propane or gasoline intended for, or from, a storage tank located at any residence premises owned by an **insured person**.
   c) i)   any venereal disease;
      ii)  Herpes;
      iii) Acquired Immune Deficiency Syndrome (AIDS);
      iv)  AIDS related complex (ARC); or
      v)   Human Immunodeficiency Virus (HIV);

      or any related or resulting symptom, effect, condition, disease or illness related to c) i) through v) above.

2. **Business** means:
   a) any full or part-time activity of any kind:
      1) arising out of or relating to an occupation, trade or profession of an **insured person**; and
      2) engaged in by an **insured person** for economic gain, including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is a **business**.
   b) the rental or holding for rental of any property by an **insured person**.

   **Business** does not include:
   a) volunteer civic service which an **insured person** performs without pay for a **business** which was formed and functions as a not-for-profit organization and which is not a function of the **insured person's** occupation, profession or trade.
   b) the occasional rental or holding for rental of **your** primary residence premises for residential purposes;
   c) the rental or holding for rental of a portion of **your** primary residence premises to not more than two roomers or boarders;
   d) the occasional or part-time business activities of an **insured person** who is under 21 years of age;
   e) an **insured person's** occupancy of an office, private school or studio located on the primary residence premises; or
   f) the mutual exchange of home day care services.

3. **Business property** means any property on which a **business** is conducted.

4. **Insured person** means:
   a) **you**, and any other person who is named on the Policy Declarations;
   b) any person related to **you** by blood, marriage or adoption who is a resident of **your** household; or
   c) any dependent person in **your** care, if that person is a resident of **your** household.

   However, persons defined in 4 b) who are over the age of 25 are not **insured persons** for any **occurrence** arising out of the ownership,

**Page 2**

PROP

maintenance or use of any motor vehicle owned by them.

5. **Occurrence** means an accident during the policy period, including continued and repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury**, **personal injury** or **property damage.**

6. **Personal injury** means harm resulting from:
   a) false arrest; false imprisonment; wrongful detention;
   b) wrongful entry; invasion of rights of occupancy;
   c) libel; slander; humiliation; defamation of character; invasion of rights of privacy.

   Fines and penalties imposed by law are not included.

7. **Property damage** means physical harm to or destruction of tangible property, including loss of its use resulting from such physical harm or destruction.

8. **Retained limit** means the amount of damages an **insured person** must assume and pay for any **occurrence** if:
   a) no underlying insurance is required; and
   b) no other insurance applies to the **occurrence**.

9. **We**, **us** or **our** means the company named on the Policy Declarations.

10. **You** or **your** means the person named on the Policy Declarations as the insured and that person's resident spouse.

11. **Hostile fire** means a fire which becomes uncontrollable or escapes from its intended location.

## Insuring Agreement
In reliance on the information **you** have given **us**,

**we** agree to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with all policy terms and conditions. This includes maintaining all Required Underlying Insurance.

The terms of this policy impose joint obligations on persons defined as **insured persons**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

This policy provides only excess insurance. It does not contribute with any Required Underlying Insurance or other insurance which applies to an **occurrence**. It also is excess to any **retained limit** an **insured person** assumes.

## When And Where The Policy Applies
This policy applies to an **occurrence** anywhere in the world that takes place during the policy period. The Policy Declarations show the policy period. This policy is not complete without the Policy Declarations.

## Conformity To State Statutes
If any provision of this policy conflicts with the statutes of the state in which the policy is issued, the provision is amended to conform to such statutes.

## Changes
## Premium Changes
The coverage provided and premium for this policy are based on information **we** have received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that, if this information changes or is incorrect or incomplete, **we** may adjust **your** coverage or premium accordingly during the policy period or take other appropriate action.

Page 3

Any calculation or adjustment of **your** premium will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

## Coverage Changes

When **we** broaden coverage during the policy period without additional charge, **you** have the broadened coverage if **you** have the coverage to which the changes apply. The broadened coverage applies on the date the coverage change is effective in **your** state. Otherwise, the policy can be changed only by endorsement.

## Duty To Report Policy Changes

**Your** policy was issued in reliance on the information **you** provided. Changes may occur to the information **you** gave us on **your** application for this policy or to **your** Required Underlying Insurance policies during the policy period. If so, **you** must inform **us** within 30 days of the following:

1.  Changes in:
    a)  **your** address or the change of address of any **insured person**;
    b)  limits of liability of **your** Required Underlying Insurance.

2.  **You** sell, acquire or otherwise transfer ownership of any automobiles, motorcycles, recreational motor vehicles, watercraft or residence premises.

    Coverage will continue only if:
    a)  **you** ask **us** to continue coverage within 30 days or before the end of the current policy period, whichever is first;
    b)  **we** agree to continue coverage based on the change; and
    c)  **you** pay the additional premium.

Any change in **your** coverage will be made using the rules, rates and forms in effect, and on file, if required, for **our** use in **your** state.

## Assignment Of Interest

No interest in this policy may be transferred without **our** written consent. If an **insured person** dies, coverage will continue for the rest of the policy term for the **insured person's** legal representative. The representative is covered only while acting in that capacity.

## Bankruptcy Or Insolvency

The bankruptcy or insolvency of an **insured person** or that person's estate will not affect **our** obligations under this policy.

## Cancellation

**Your** Right to Cancel:
**You** may cancel this policy at any time. To do so, **you** must notify **us**, stating the future date **you** wish to stop coverage.

**Our** Right to Cancel:
**We** may cancel this policy by mailing notice to **you** at the address shown on the Policy Declarations. Mailing the notice is proof of notice. Coverage will stop at the date and time stated in the notice. If **we** cancel for non-payment of premium, the date of cancellation will be at least 10 days after the date of mailing. Otherwise, **we** will give **you** 30 days notice.

A refund, if due, will be in proportion to the time **your** policy has been in effect. Cancellation will be effective even if the refund is not made immediately.

**Our** Right Not to Renew or Continue:
**We** have the right not to renew this policy. If **we** do not intend to renew, **we** will mail notice to **you** at least 30 days before the end of the policy period.

## Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud or concealment of material facts. If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**Page 4**

PROP

### Charge For Insufficient Funds Or Closed Account

If, at any time, **your** payment of any premium amount due is made by check, electronic transaction, or other remittance which is not honored because of insufficient funds or a closed account, **you** will be charged a fee.

### Action Against Us

No one may bring an action against **us** unless there has been full compliance with all policy terms.

### Required Underlying Insurance

**You** must maintain the Required Underlying Insurance policy. **You** must maintain the Required Underlying Insurance at or above the limits as shown on the Policy Declarations "Required Underlying Limit" at all times for each liability exposure any **insured person** has. If **you** fail to maintain the Required Underlying Insurance policy applicable to the **occurrence**, there will be no coverage for any **insured person** under this policy until the damages exceed the Required Underlying Insurance limit for that exposure. If the underlying insurance applicable to the **occurrence** does not provide at least the limits required under this section of this policy, **you** will be responsible for the damages up to the Required Underlying Insurance amounts.

If **you** maintain limits equal to or greater than the Required Underlying Insurance limits, this policy will apply as excess above the actual limits **you** maintain. If any of **your** underlying coverage limits are used up, reduced, or canceled:

1.  **you** must try to replace the coverage; and

2.  **you** must notify **us** immediately.

### Personal Liability, Residence Premises And Residence Employees

**You** must maintain at least the Required Underlying Insurance amount listed on the Policy Declarations for each residence premises **you** own, maintain or use. This liability coverage may be provided by either:

1.  a separate Comprehensive Personal Liability policy; or

2.  a Homeowners Insurance or similar package policy.

If **you** have domestic employees not subject to workers compensation laws, **you** must maintain at least the Required Underlying Insurance listed on the Policy Declarations:

1.  as a separate policy; or

2.  as part of **your** Homeowners Insurance or similar package policy.

### Incidental Office, Private School Or Studio

**You** must maintain at least the Required Underlying Insurance amount listed on the Policy Declarations for each office, private school or studio on **your** residence premises which is occupied by an **insured person**, either:

1.  as a separate policy; or

2.  as part of **your** Homeowners Insurance or similar package policy.

### Automobiles And Motorcycles

For each automobile or motorcycle **you** own, maintain, or use, including any machinery or equipment attached to the automobile or motorcycle, **you** must maintain the following coverage with limits equal to or greater than the Required Underlying Insurance amount listed on the Policy Declarations:

1.  Bodily Injury Liability coverage and Property Damage Liability coverage; and

2.  if the insured vehicle is a motorcycle and Passenger Liability coverage is available for purchase with the insurance policy for the motorcycle, Passenger Liability coverage.

### *Recreational Motor Vehicles*

For each motorized land vehicle **you** own, designed for use off public roads, whether or not subject to motor vehicle registration, **you** must maintain the following coverage with limits equal to or greater than the Required Underlying Insurance amount listed on the Policy Declarations:

1.  Bodily Injury Liability coverage and Property Damage Liability coverage; and

2.  if Passenger Liability coverage is available for purchase with the insurance policy for the recreational motor vehicle, Passenger Liability coverage.

### *Watercraft*

1.  **You** must maintain at least the Required Underlying Insurance amount listed on the Policy Declarations for Bodily Injury Liability coverage and Property Damage Liability coverage for each watercraft owned by or rented to an **insured person** which:
    a)  has inboard or inboard-outboard motor power of more than 50 horsepower;
    b)  is a sailing vessel 26 feet or more in length;
    c)  is powered by one or more outboard motors with more than 25 total horsepower;
    d)  is designated as an airboat, air cushion, hovercraft, or similar type of watercraft; or
    e)  is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

2.  **You** must maintain at least the Required Underlying Insurance amount listed on the Policy Declarations for each watercraft **you** own which is shorter in length and lower in horsepower than those in 1. above.

    **You** may maintain this coverage as part of **your** Comprehensive Personal Liability,

Homeowners Insurance or similar package policy.

### *Excess Liability Insurance – Bodily Injury and Property Damage Coverage XL*

#### *Section 1*

Under Section 1 of this policy, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising out of an **occurrence** that is both a loss **we** cover under **Excess Liability Insurance – Bodily Injury and Property Damage – Section 1** of this policy and a covered loss under **your** Required Underlying Insurance policy.

**We** will not pay any punitive or exemplary damages, fines and penalties.

This section does not apply to any **occurrence** that is covered under **Excess Liability Insurance – Personal Injury**.

#### *Losses We Cover Under Excess Liability Insurance - Bodily Injury and Property Damage – Section 1*

**We** will cover an **occurrence** arising only out of:

1.  Personal activities of an **insured person**.

2.  A volunteer civic service which an **insured person** performs without pay, for a not-for-profit corporation and which is not a function of that person's **business**.

    Payment or reimbursement for reasonable expenses actually incurred by the **insured person** in connection with the volunteer civic service is not considered pay.

3.  The duties of **your** domestic employees who are not subject to Workers Compensation Laws.

**Page 6**

PROP

### Amounts We Pay- Section 1

**We** will pay only that amount of damages which exceeds the sum of:

1. the limits specified in this policy for the Required Underlying Insurance under which the **occurrence** is a covered loss; plus

2. the limits of any and all other liability insurance available to an **insured person** which apply to the **occurrence**.

However, in no event shall **we** pay any amount above **our** limit of liability. **We** will not pay the difference between the limits specified in this policy as Required Underlying Insurance and any lower limits actually in effect.

### Section 2

Under Section 2 of this policy, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising only out of:

1. a covered **occurrence** for which Required Underlying Insurance is not required by this policy; or

2. a covered **occurrence** for which **you** are required by this policy to maintain Required Underlying Insurance but there is no Required Underlying Insurance in effect at the time of the **occurrence**.

**We** will not pay any punitive or exemplary damages, fines and penalties.

### Losses We Cover Under Excess Liability Insurance—Bodily Injury and Property Damage—Section 2

**We** will cover an **occurrence** arising only out of:
1. Personal activities of an **insured person**.

2. A volunteer civic service which an **insured person** performs without pay, for a not-for-profit corporation and which is not a function of that person's **business**.

Payment or reimbursement for reasonable expenses actually incurred by the **insured person** in connection with the volunteer civic service is not considered pay.

3. The duties of **your** employees who are not subject to Workers Compensation Laws.

### Amounts We Pay—Section 2

**We** will pay only that amount of damages which exceeds the sum of:

1. the limits specified in this policy's Policy Declarations for Required Underlying Insurance required by this policy for the **occurrence** even though such Required Underlying Insurance was not in effect at the time of the **occurrence**; plus

2. the limits of any and all other liability insurance available to an **insured person** which apply to the **occurrence**.

However, if no other insurance is required or no other insurance applies to the **occurrence**, **we** will pay only those amounts which exceed the **retained limit**, up to the applicable limit of liability shown on the Policy Declarations.

In no event shall **we** pay any amount above **our** limit of liability.

### Exclusions- Losses We Do Not Cover Under Excess Liability Insurance—Bodily Injury and Property Damage—Section 2

**Excess Liability Insurance—Bodily Injury and Property Damage—Section 2** will not apply:

1. To any **occurrence** covered under **Excess Liability Insurance—Bodily Injury and Property Damage—Section 1** or under **Excess Liability Insurance—Personal Injury**.

2. To any **occurrence** arising out of any act or failure to act by any person in performing functions of that person's **business**.

Page 7

3. To any **occurrence** arising out of a **business** or **business property**.

4. To any **bodily injury** or **property damage** sustained by any person as a result of an **occurrence** directly or indirectly related to the employment of this person by any **insured person**.

5. To any **occurrence** arising out of the occupancy as an operator or passenger of any land vehicle or watercraft while being used in any way directly related to an **insured person's business** or **business property**.

   This exclusion does not apply to an **insured person's** use of an automobile, motorcycle or recreational motor vehicle to transport people in the course of the **insured person's business** activities, provided such vehicles:
   a) are not used to transport persons or property for a fee; and
   b) if not owned by an **insured person**, are not available or furnished for the regular use of an **insured person**.

6. To any **occurrence** arising out of:
   a) the ownership;
   b) maintenance; or
   c) use (including loading or unloading);
   of any aircraft by any **insured person**.

   This exclusion does not apply to the incidental use of an aircraft by **you** or an **insured person** as a passenger.

7. To **bodily injury** to an **insured person**.

8. To **property damage** to any:
   a) property owned by an **insured person**; or
   b) property owned by others which an **insured person** agreed to insure or for which an **insured person** agreed to be responsible.

9. When an **insured person** or that person's insurers may be held liable under any of the following laws:
   a) workers compensation;
   b) occupational disease;
   c) unemployment compensation;
   d) disability benefits; or
   e) any other similar law.

10. When an **insured person**, as an employer, has failed to provide the security required under a workers compensation law or occupational disease law for benefits to that person's employees.

11. To **bodily injury** to:
    a) any employee, other than a domestic employee who is not subject to workers compensation laws; or
    b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

12. To **bodily injury** or **property damage** for which an **insured person** is also covered under a nuclear energy liability policy, even if the limits of that policy have been exhausted.

13. To **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**. This includes any **bodily injury** or **property damage** arising out of a violation of a penal law or ordinance committed by or with the consent or knowledge of an **insured person**. This exclusion applies even if:
    a) such **insured person** lacks the mental capacity to govern his or her conduct;
    b) such **bodily injury** or **property damage** is of a different kind or degree than that intended or reasonably expected; or
    c) such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

**Page 8**

This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of, a crime.

14. To any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

    **We** will not apply this exclusion to **bodily injury** which results from:
    a) such discharge, dispersal, release or escape, if the discharge, dispersal, release or escape is sudden and accidental; or
    b) heat, smoke or fumes from a **hostile fire**.

15. To any **property damage** which results in any manner from vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

    **We** will not apply this exclusion to **property damage** which results from heat, smoke or fumes from a **hostile fire**.

16. To any liability imposed upon any **insured person** by any civil, governmental or military authority for **bodily injury** or **property damage** which results in any manner from vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

17. To any loss, cost or expense arising out of any request, demand, or order that any **insured person** test for, monitor, clean up, remove, contain, treat, detoxify, decontaminate, or neutralize, or in any way respond to or assess the effects of any type of vapors, fumes, smoke, smog, soot, alkalis, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials, or other irritants, contaminants or pollutants.

18. To any **bodily injury** or **property damage** arising from any contract or agreement, whether written or oral.

19. To any claim in which an **insured person** has concealed or misrepresented any material fact or circumstance.

20. To any **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

21. To any liability imposed upon any **insured person** by any civil, governmental or military authority for **bodily injury** or **property damage** which, in whole or in part arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

22. To any **bodily injury** or **property damage** arising from any use, sale, manufacture, delivery, distribution, or possession of any controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A section s 811 and 812. This exclusion does not apply to use of prescription drugs if such prescription drugs are used by the person for whom they were prescribed by a licensed medical provider.

23. To any **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from insects or rodents.

24. To any liability imposed upon any **insured person** by any civil, governmental or military authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from insects or rodents.

**Page 9**

25. To any **bodily injury** or **property damage** occurring while **your** watercraft is in any sanctioned race, speed or jumping contest. This exclusion does not apply when **your** watercraft is:
a) a sailboat; or
b) in a " predicted-log" cruise.

26. To any **bodily injury** or **property damage** arising out of the participation in any prearranged, organized or spontaneous:
a) racing contest;
b) speed contest;
c) demolition contest;
d) stunt contest;
e) off road contest;
f) motor vehicle performance, maneuvering, or endurance contest; or

in practice or preparation for any contest of this type.

## Section 3—Common Provisions

### Limit Of Liability

**Our** total liability under **Excess Liability Insurance —Bodily Injury and Property Damage** for damages arising out of one **occurrence** will not exceed the "each occurrence" limit shown on the Policy Declarations, regardless of the number of:
1.   **insured persons**;
2.   claims;
3.   claimants;
4.   injured persons; or
5.   policies involved.

The "Annual Aggregate Limit" for **Excess Liability Insurance —Bodily Injury and Property Damage** shown on the Policy Declarations is the most **we** will pay for all damages resulting from all **occurrences** that occur during the policy period regardless of when the amounts were paid.

There will be no duplication of payments made under **Excess Liability Insurance —Bodily Injury and Property Damage Section 1** and **Excess**

**Liability Insurance —Bodily Injury and Property Damage Section 2** of this policy.

### When We Pay

**We** will not begin to make payment for any damages resulting from an **occurrence** covered by this policy until **our** liability has been determined by:
1.   agreement between the claimant and **us**; or

2.   a final judgment against an **insured person**.

Claim for payment must be made within 12 months after determination of **our** liability. If additional claims are filed due to the same **occurrence**, payment will be made within 30 days after the **insured person** gives **us** proper proof.

### Defense We Will Provide

**We** will defend an **insured person** sued as the result of an **occurrence** covered by this policy. **We** will not defend any **insured person** against any claim for punitive or exemplary damages.

When defense is provided by the insurer providing the Required Underlying Insurance or any other liability insurance, **we** maintain the right to join in the defense of any claim or suit which may require **us** to pay.

If the **insured person** fails to maintain the Required Underlying Insurance, **we** will not defend any **insured person** for any amount of damages falling within the Required Underlying Insurance limits.

**We** may be prevented from defending an **insured person**, in any country, due to laws or for other reasons. In that event, **we** will pay any expense incurred, with **our** written consent, for the **insured person's** defense.

**We** may investigate and settle any claim or suit as **we** consider appropriate.

**Page 10**

PROP

## Additional Payments We Will Make

In defending an **insured person**, **we** will pay the following regardless of **our** limits of liability:

1. Premiums on appeal bonds and on bonds to release attachments. **We** have no obligation to apply for or furnish these bonds.

2. Court costs for defense.

3. Interest accruing on damages awarded. **We** will pay this interest only until **we** have paid, tendered or deposited in court the amount of damages for which **we** are liable under this policy. **We** will only pay interest on the amount of damages for which **we** are liable under this policy, not exceeding **our** limits of liability.

**We** will repay an **insured person** for all reasonable expenses incurred at **our** request, arising from an **occurrence we** cover. This includes payment for actual loss of wages. **We** are not obligated to repay any expenses incurred by an **insured person** if the **insured person** takes any action or makes any payments other than for covered expenses. **Our** payment for lost wages will not exceed:

1. $150 per day; nor

2. A total of $5000 per **insured person**.

## Retained Limit

**Retained limits** vary by state. The **retained limit** that applies to this policy is determined by the state shown in the address in the Policy Declarations and the dollar amount shown below for that state.

**Retained limits** are:

1. $1000 in North Carolina and Texas.

2. $250 in all other states and the District of Columbia.

This amount applies only if:

1. **bodily injury** or **property damage** arises out of an **occurrence** that is not covered under **Excess Liability Insurance —Bodily Injury and Property Damage—Section 1**; and

2. no other insurance is required or no other insurance applies to the **occurrence**.

An **insured person** must promptly repay **us** for any amount **we** have advanced on that person's behalf which is within the applicable **retained limit**. **We** will give the **insured person** notice of any repayment due.

## Excess Liability Insurance—Personal Injury
## Coverage XP

Under **Excess Liability Insurance —Personal Injury**, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **personal injury**. **Personal injury** must arise from a covered **occurrence**.

**We** will not pay any punitive or exemplary damages, fines and penalties.

## Losses We Cover Under Excess Liability Insurance—Personal Injury

**We** will cover an **occurrence** arising only out of:

1. Personal activities of an **insured person**.

2. A volunteer civic service which an **insured person** performs without pay, for a not-for-profit corporation and which is not a function of that person's **business**.

   Payment or reimbursement for reasonable expenses actually incurred by an **insured person** in connection with the volunteer civic service is not considered pay.

## Exclusions- Losses We Do Not Cover Under Excess Liability Insurance—Personal Injury

This coverage does not apply:

1. To **personal injury** arising out of any act or failure to act by any person in performing functions of that person's **business**.

**Page 11**

2. To **personal injury** arising out of a **business** or **business property**.

3. To **personal injury** sustained by any person as a result of an **occurrence** directly or indirectly related to the employment of this person by any **insured person**.

4. To **personal injury** sustained by an **insured person**.

5. To **personal injury** when an **insured person** or that person's insurers may be held liable under any of the following laws:
   a) workers compensation;
   b) occupational disease;
   c) unemployment compensation;
   d) disability benefits; or
   e) any other similar law.

6. To **personal injury** sustained by any person arising out of corporal punishment administered by or at the direction of an **insured person**.

7. To **personal injury** arising from any contract or agreement, whether written or oral.

8. To libel, slander or defamation of character if the first injurious publication or utterance of the same or similar material was made by an **insured person** prior to the effective date of this policy.

9. To **personal injury** arising from illegal discrimination.

10. To **personal injury** that results in a claim where an **insured person** has concealed or misrepresented any material fact or circumstance.

11. To **personal injury** arising out of oral, written, or electronic publication of material, if done by, or at the direction of, an **insured person** with knowledge that the material is false.

12. To **personal injury** intended by, or which may reasonably be expected to result from the intentional acts or omissions of, any **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **personal injury** is of a different kind or degree than that intended or reasonably expected; or
   c) such **personal injury** is sustained by a different person than intended or reasonably expected.

13. To **personal injury** arising out of, or which may reasonably be expected to result from, the criminal acts of any **insured person**. This includes any **personal injury** arising out of a violation of a penal law or ordinance committed by or with the consent or knowledge of an **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **personal injury** is of a different kind or degree than that intended or reasonably expected; or
   c) such **personal injury** is sustained by a different person than intended or reasonably expected.

   This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of, a crime.

14. To **personal injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

### *Limit Of Liability*
**Our** total liability under **Excess Liability Insurance —Personal Injury** for damages arising out of one **occurrence** will not exceed the "each occurrence" limit shown on the Policy Declarations, regardless of the number of:

**Page 12**

1. **insured persons**;
2. claims;
3. claimants;
4. injured persons; or
5. policies involved.

The "Annual Aggregate Limit" for **Excess Liability Insurance — Personal Injury** shown on the Policy Declarations is the most **we** will pay for all damages resulting from all **occurrences** that occur during the policy period regardless of when the amounts were paid.

## Amounts We Pay

**We** will pay only that amount of damages which exceeds the sum of:
1. the limits of liability of the underlying insurance which apply to the **occurrence**; plus

2. the limits of any and all other liability insurance available to an **insured person** which apply to the **occurrence**.

If no other insurance is required or no other insurance applies to the **occurrence**, **we** will pay only those amounts which exceed the **retained limit**, up to the applicable limit of liability shown on the Policy Declarations for **Excess Liability Insurance — Personal Injury**.

In no event shall **we** pay any amount above **our** limit of liability.

## When We Pay

**We** will not begin to make payment for any damages resulting from an **occurrence** covered by this policy until **our** liability has been determined by:
1. agreement between the claimant and **us**; or

2. a final judgment against an **insured person**.

Claim for payment must be made within 12 months after determination of **our** liability. If additional claims are filed due to the same **occurrence**,

payment will be made within 30 days after the **insured person** gives **us** proper proof.

## Defense We Will Provide

**We** will defend an **insured person** sued as the result of an **occurrence** covered by this policy. **We** will not defend any **insured person** against any claim for punitive or exemplary damages.

When defense is provided by the insurer providing any other liability insurance, **we** do maintain the right to join in the defense of any claim or suit which may require **us** to pay.

**We** may be prevented from defending an **insured person**, in any country, due to laws or for other reasons. In that event, **we** will pay any expense incurred, with **our** written consent, for the **insured person's** defense.

**We** may investigate and settle any claim or suit as **we** consider appropriate.

## Additional Payments We Will Make

In defending an **insured person**, **we** will pay the following regardless of **our** limits of liability:
1. Premiums on appeal bonds and on bonds to release attachments. **We** have no obligation to apply for or furnish these bonds.

2. Court costs for defense.

3. Interest accruing on damages awarded. **We** will pay this interest only until **we** have paid, tendered or deposited in court the amount of damages for which **we** are liable under this policy. **We** will only pay interest on the amount of damages for which **we** are liable under this policy, not exceeding **our** limits of liability.

**We** will repay an **insured person** for all reasonable expenses incurred at **our** request, arising from an **occurrence we** cover. This includes payment for actual loss of wages. **We** are not obligated to repay any expenses incurred by an **insured person** if the **insured person** takes any action or makes any

**Page 13**

payments other than for covered expenses. **Our** payment for lost wages will not exceed:
1.  $150 per day; nor

2.  A total of $5000 per **insured person**.

### Retained Limit

**Retained limits** vary by state. The **retained limit** that applies to this policy is determined by the state shown in the address in the Policy Declarations and the dollar amount shown below for that state.

**Retained limits** are:
1.  $1000 in North Carolina and Texas.

2.  $250 in all other states and the District of Columbia.

An **insured person** must promptly repay **us** for any amount **we** have advanced on that person's behalf which is within the applicable **retained limit**. **We** will give the **insured person** notice of any repayment due.

### Conditions

### What To Do If There Is An Occurrence, Claim Or Suit Notice

**You** must give **us** prompt written notice of any **occurrence** to which this policy may apply. **You** must also promptly give **us** all legal papers or reports relating to the **occurrence** when a claim or suit is filed against any **insured person**. **You** must also notify **your** underlying insurer.

### Assistance And Cooperation

When **we** join in defense of any claim or suit, **we** and the **insured person** will cooperate in good faith. **You** must also cooperate with **your** underlying insurer.

### Our Rights Under This Policy - Right Of Appeal

If an **insured person** or any other insurer elects not to appeal a judgment exceeding the limits of the Required Underlying Insurance, any other insurance or the **retained limit**, **we** may do so. **We** will pay the cost and interest incidental to the appeal. **We** will not be liable for more than the applicable limit shown on the Policy Declarations plus the incidental costs and interest.

### Settlement Or Defense

**We** may assume control of the settlement and **we** may assume the defense of any claim or suit against an **insured person** if:
1.  The limits of any Required Underlying Insurance or any other insurance have been exhausted by payment; or

2.  The insurer providing the Required Underlying Insurance or any other applicable insurance is or becomes bankrupt or insolvent within one year after the **occurrence**.

### Subrogation

When **we** pay, an **insured person's** rights of recovery from anyone else become **ours** up to the amount **we** have paid. This includes any rights to claims against any other insurer which failed in its obligation to provide insurance applying to the **occurrence**. The **insured person** must protect these rights and help **us** enforce them. **We** cannot be required to exercise these rights.

**Page 14**

PROP

**Policy Endorsement**

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

# Georgia Personal Umbrella Policy Amendatory Endorsement – AS431-1

I.   The **General Provisions** are revised as follows:

   A.   Under **Definitions Used In This Policy**, the following changes are made.

   1.   The definition of **bodily injury** is replaced by the following:

   1.   **Bodily injury** means:
       a)   physical harm to the body, including sickness, disease, disability or death resulting from physical harm to the body;
       b)   shock, mental anguish or mental injury.

   **Bodily injury** does not include:
       a)   any harm resulting from:
           i)    false arrest, false imprisonment, wrongful detention;
           ii)   wrongful entry, invasion of rights of occupancy, wrongful eviction; or
           iii)  libel, slander, humiliation, defamation of character, invasion of rights of privacy.
       b)   i)    any venereal disease;
           ii)   herpes;
           iii)  Acquired Immune Deficiency Syndrome (AIDS);
           iv)   AIDS related complex (ARC); or
           v)    Human Immunodeficiency Virus (HIV);

       or any related or resulting symptom, effect, condition, disease or illness related to b)i) through v) above.
       c)   any harm arising directly or indirectly out of the transmission of, threat of, or fear of transmission of, a communicable disease or sickness by an **insured person**.
       d)   any harm arising from actual, alleged, or threatened sexual harassment, sexual molestation or physical or mental abuse by an **insured person**.

   2.   The definition of **business** is replaced by the following:

   2.   **Business** means:
       a)   any full or part-time activity of any kind:
           1)   arising out of or relating to an occupation, trade or profession of an **insured person**; and
           2)   engaged in by an **insured person** for economic gain, including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is a **business**.
       b)   the rental or holding for rental of any property by an **insured person**.

   **Business** does not include:
       a)   volunteer civic service which an **insured person** performs without pay for a **business** which was formed and functions as a not-for-profit organization and which is not a function of the **insured person's** occupation, profession or trade.
       b)   the occasional rental or holding for rental of **your** residence premises for residential purposes;
       c)   the rental or holding for rental of a portion of **your** residence premises to not more than two roomers or boarders, provided not more than two roomers or boarders reside on the residence premises at any one time;
       d)   the occasional or part-time business activities of an **insured person** who is under 21 years of age;
       e)   an **insured person's** occupancy of an office, private school or studio located on the primary residence premises; or
       f)   the mutual exchange of home day care services.

   3.   The definition of **personal injury** is replaced by the following:

   6.   **Personal injury** means harm resulting from:
       a)   false arrest, false imprisonment, wrongful detention;

Policy endorsement



b) wrongful entry, invasion of rights of occupancy, wrongful eviction, malicious prosecution; or

c) libel, slander, humiliation, defamation of character, invasion of rights of privacy.

fines and penalties imposed by law are not included.

B. The **Concealment Or Fraud** provision is deleted.

C. The following provisions are added:

**Conditional Reinstatement**

If **we** mail a cancellation notice because **you** did not pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

**What Law Will Apply**

This policy is issued in accordance with the laws of Georgia and covers property or risks principally located in Georgia. Subject to the following paragraph, the laws of Georgia shall govern any and all claims or disputes in any way related to this policy.

If a covered loss, or any other **occurrence** for which coverage applies under this policy, happens outside Georgia, claims or disputes regarding that covered loss or any other covered **occurrence** may be governed by the laws of the jurisdiction in which that covered loss or other covered **occurrence** happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

**Where Lawsuits May Be Brought**

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Georgia. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal

court located in Georgia, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss or any other **occurrence** for which coverage applies under this policy, happens outside Georgia, lawsuits regarding that covered loss or any other covered **occurrence** may also be brought in the judicial district where that covered loss or any other covered **occurrence** happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

II. Under **Required Underlying Insurance**, item 1 of the **Watercraft** provision is replaced by the following:

**Watercraft**

1. **You** must maintain at least the Required Underlying Insurance amount listed on the Policy Declarations for Bodily Injury Liability coverage and Property Damage Liability coverage for each watercraft owned by an **insured person** which:

   a) has inboard or inboard-outboard motor power of more than 50 horsepower;

   b) is a sailing vessel 26 feet or more in length;

   c) is powered by one or more outboard motors with more than 25 total horsepower;

   d) is designated as an airboat, air cushion, hovercraft, or similar type of watercraft; or

   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

III. Under **Excess Liability Insurance—Bodily Injury And Property Damage–Coverage XL** the following changes are made:

A. The introductory language for **Section 1** is replaced by the following:

Under Section 1 of this policy, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising out of an **occurrence** that is both a loss **we** cover under **Excess Liability Insurance—Bodily Injury And Property Damage—Section 1** of this policy and a covered loss under **your** Required Underlying Insurance policy.

This section does not apply to any **occurrence** that is covered under **Excess Liability Insurance—Personal Injury**.

B.   The **Losses We Cover Under Excess Liability Insurance-Bodily Injury And Property Damage-Section 1** provision is replaced by the following:

**We** will cover an **occurrence** arising only out of:
1.   Personal activities of an **insured person**.

2.   A volunteer civic service which an **insured person** performs without pay, for a not-for-profit corporation and which is not a function of that person's **business**.

Payment or reimbursement for reasonable expenses actually incurred by the **insured person** in connection with the volunteer civic service is not considered pay.

3.   The duties of **your** domestic employees who are not subject to workers' compensation laws.

**We** will not cover any **occurrence** arising out of a **business** or **business property**. However, **we** will not apply this exclusion to damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising out of an **occurrence** that is a covered loss under the bodily injury liability or property damage liability coverage(s) of an Allstate Ride For Hire endorsement in effect and applicable at the time of the loss.

C   The introductory language of **Section 2** has been replaced by the following:

Under Section 2 of this policy, **we** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising only out of:
1.   a covered **occurrence** for which Required Underlying Insurance is not required by this policy; or

2.   a covered **occurrence** for which **you** are required by this policy to maintain Required Underlying Insurance but there is no Required Underlying Insurance in effect at the time of the **occurrence**.

D.   Under **Exclusions—Losses We Do Not Cover Under Excess Liability Insurance—Bodily Injury And Property Damage—Section 2**, the following changes are made:

1.   Exclusions 13, 18 and 22 are replaced by the following:

13.   To **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**, unless the intentional act or omission was committed to protect life or property. This includes any **bodily injury** or **property damage** arising out of a violation of a penal law or ordinance committed by or with the consent or knowledge of an **insured person**. This exclusion applies even if:
a)   such **insured person** lacks the mental capacity to govern his or her conduct;
b)   such **bodily injury** or **property damage** is of a different kind or degree than that intended or reasonably expected; or
c)   such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of, a crime.

18.   To any liability an **insured person** assumes arising out of any contract or agreement.

22.   To any **bodily injury** or **property damage** arising from any use, sale, manufacture, delivery, distribution, or possession of any controlled substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. sections 811 and 812. This exclusion does not apply:
a)   to use of prescription drugs if such prescription drugs are used by the person for whom they were prescribed by a licensed medical provider; or
b)   use, sale, manufacture, delivery, distribution, or possession of any controlled substance described above by any person without the knowledge of an **insured person**.

Policy endorsement



2. Exclusions 16, 17, 23 and 24 are deleted.

3. The following exclusions are added:

27. to **bodily injury** or **property damage** resulting from:
   a) any willful act of omission committed by an **insured person**, or committed with the knowledge or consent of an **insured person**, which is a crime pursuant to the Georgia criminal code. However, this exclusion shall not apply if such act of omission was for the preservation of life or property; or
   b) an act of omission which is criminal in nature and committed by an **insured person** who lacked the mental capacity to appreciate the criminal nature or wrongfulness of the act of omission or to conform his or her conduct to the requirements of the law or to form the necessary intent under the law.

   A judgment of conviction or acquittal rendered in a criminal prosecution, or the fact that an insured is not actually charged with a crime, shall not affect the applicability of Exclusion 13. of the policy.

28. To **property damage** arising directly or indirectly out of the transmission of, threat of, or fear of transmission of, a communicable disease or sickness by an **insured person**.

29. To **property damage** arising from actual, alleged, or threatened sexual harassment, sexual molestation or physical or mental abuse by an **insured person**.

E. The first paragraph of **Defense We Will Provide** is replaced by the following:

   **We** will defend an **insured person** sued as the result of an **occurrence** covered by this policy.

IV. In **Excess Liability Insurance—Personal Injury–Coverage XP**, the following changes are made:

A. The following sentence of the introductory language has been deleted:

**We** will not pay any punitive or exemplary damages, fines and penalties.

B. Under **Exclusions—Losses We Do Not Cover Under Excess Liability Insurance—Personal Injury** the following changes are made:

1. Exclusion 7 is replaced by the following:

   7. To any liability an **insured person** assumes arising out of any contract or agreement.

2. Exclusion 12 is replaced by the following:

   12. To **personal injury** intended by, or which may reasonably be expected to result from the intentional acts or omissions of, any **insured person** unless the intentional act was committed to protect life or property. This exclusion applies even if:
      a) such **insured person** lacks the mental capacity to govern his or her conduct;
      b) such **personal injury** is of a different kind or degree than that intended or reasonably expected; or
      c) such **personal injury** is sustained by a different person than intended or reasonably expected.

3. The following exclusions are added:

   15. To **personal injury** arising directly or indirectly out of the transmission of, threat of, or fear of transmission of, a communicable disease or sickness by an **insured person**.

   16. To **personal injury** arising from actual, alleged, or threatened sexual harassment, sexual molestation or physical or mental abuse by an **insured person**.

C. The first paragraph of **Defense We Will Provide** is replaced by the following:

   **We** will defend an **insured person** sued as the result of an **occurrence** covered by this policy.

All other policy terms and conditions apply.