Exhibit A

State Court of Fulton County
**E-FILED**
23EV000844
2/8/2023 11:02 AM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

## Pauper's Affidavit

Drismia Yilla
141 Titan Rd
Stockbridge Ga 30281
Plaintiff's Name, Address, City, State, Zip Code

vs.

Derreberry Boyd
136 Pryor Street SW Suite J2-690
Atlanta, Ga 30303   M-F 8:30am-5:00pm
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:
You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Drismia Yilla

Address: 141 Titan Rd

City, State, Zip Code: Stockbridge Ga 30281          Phone No.: 470-861-9992

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED,** via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20____.   _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
**E-FILED**
23EV000844
2/8/2023 11:02 AM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

## Pauper's Affidavit

Drismia Yilla
141 Titan Rd
Stockbridge Ga 30281
Plaintiff's Name, Address, City, State, Zip Code

vs.

Elizabeth Marum
136 Pryor Street SW Suite J2-640
Atlanta Ga 30303
M-F 8:30—5:00 Pm
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Drismia Yilla

Address: 141 Titan Rd

City, State, Zip Code: Stockbridge Ga 30281          Phone No.: 470-861-9992

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20____.      _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
23EV000844
2/8/2023 11:02 AM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

## Pauper's Affidavit

Drismia Yilla
141·Titan Rd
Stockbridge, Ga 30281
Plaintiff's Name, Address, City, State, Zip Code

vs.

Superior Court of Fulton County
136 Prior Street SW, Suite J2-640
Atlanta, Ga 30303
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Drismia Yilla

Address: 141 Titan Rd

City, State, Zip Code: Stockbridge Ga 30281     Phone No.: 470-861-9992

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.     _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
23EV000844
2/8/2023 11:02 AM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE #: _____

## Pauper's Affidavit

Drismia Yilla
141 Titan Rd
Stockbridge, Ga 30281

Plaintiff's Name, Address, City, State, Zip Code

vs.

Honorable Charles M. Eaton
185 Central Ave. S.W
Atlanta, Ga 30303  court rom 5B
Chambers 5755

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | *********** |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Drismia Yilla

Address: 141 Titan Rd

City, State, Zip Code: Stockbridge Ga 30281          Phone No.: 470-861-9992

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

_____

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
23EV000844
2/8/2023 11:02 AM
Donald Talley, Clerk
Civil Division

STATE
IN THE ~~SUPERIOR~~ COURT OF FULTON COUNTY

STATE OF GEORGIA

CIVIL ACTION

Drismia Yilla

Plaintiff

v.

Fulton County Superior Court, etal
Defendant

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Now comes Drismia Yilla, plaintiff in the above-styled action, and states her complaint as follows:

1. Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights in State or Federal court . The Fulton County State Court is the appropriate venue for this case because the action in question happened in the Fulton Superior Court.

2. The plaintiff is bringing this suit against the Fulton County Superior Court, Honorable Charles M. Eaton and the working members of his staff :Elizabeth Marum and Derreberry Boyd. (a § 1983 claim) .

3. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.

4. The Plaintiff claims that the Fulton County Superior Court did deny her of her fourteenth amendment right (section 1) which states "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

5. The plaintiff claims the defendants deprived her of her right to due process and also taking away my right to defend my property (the vehicle in question from the original complaint in case case 2021CV355981)

6. The plaintiff also claims her sixth amendment right to serve as her own counsel was violated by the member of the Fulton County Superior court blocking the motions that the plaintiff filed on her own behalf.

7. The named defendants are all employees of the Fulton County Superior Court system who have been assigned the duty of processing civil litigation without prejudice but because they denied the plaintiff of her birth given rights through the power of their job positions within the court system they were acting under the color of the state .Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.

8. On October 22n 2021 the plaintiff filed a civil complaint summons against Champion Auto Recovery LLC D.B.A Conquest Asset Recovery that is represented by its registered agent Anguelina Morgulyan for towing her vehicle against the state and local ordinances set for wrecker vehicles to operate in the state of Georgia .

9. An Order was entered on January 20th 2022 by Honorable Charles M. Eaton for the service of the summons to be perfected and served before February 21st 2022 or the case would be dismissed without prejudice for want of prosecution.

10. The service was perfected the following day on January 21st 2021 by Deputy Eddington of the Fulton County

Sheriff's office and Efiled by the clerk of court on the same day (1/21/21) at 139 P.M.

11. Despite all services being perfected within the ordered time an Order was filed by Hon. Charles M. Eaton Jr. On February 22nd 2022 dismissing my case for lack of service.

12. The plaintiff filed a Motion to Set Aside Judgement on February 22nd 2021, based on the fact that service was perfected and served contrary to what was stated in the Order to dismiss.

13. The plaintiff was directed by the clerk of court and to contact the members of Judge Eatons staff to bring the motion to their attention to ensure it would be seen by the judge .

14. The plaintiff sent an email to Judge Eaton's staff to ensure the motion would be brought before the judge as is the plaintiff's civil right to all due processes allotted by the law (Fourteenth Amendment) and also because the basis of the dismissal was false. This email was sent to : Derreberry Boyd, Elizabeth Marum, Cathay Robinson, and the Fulton County Sheriff as they were all named parties in the Efile system.   .

15. The plaintiff received an automatic response from Derreberry Boyd stating he was out of the office until 2/28/22 but would respond to email on his arrival and the email also states to forward all civil case matters to Elizabeth Marum.

16. The plaintiff never received a response or follow-up from Derreberry Boyd despite the fact that he is the person assigned to handle the duty of being a liaison to Honorable Charles M. Eaton.

17. The plaintiff received a response from Elizabeth Marum stating that the served party was not listed on the complaint so the order would stand and the motion would not be sent to the judge for ruling which is a violation of plaintiff's rights . The plaintiff also pointed out to Elizabeth Marum that the party that was served was indeed listed in the original summons (and attached the summons to the email ) and also noted that the served party was not only owner and operator of said business but she was also the registering agent which by Ga law makes her the appropriate party to serve. The plaintiff  also quoted the statute according to Georgia Law in the email that states the registered agent is the appointed official to be served on behalf of the corporation . (O.C.G.A. 14-2-504 (2010) 14-2-504.)

18. Despite the multiple email attempts and phone calls and voicemails throughout the next few months to plead with Elizabeth Marum  to have the motion shown to the judge (which is inherently the  privilege appointed by Constitutional law ) Elizabeth Marum still refused to allow my motion to come before the judge.

19. Allstaff listed as points of contact in the case were cc'd in all email correspondents including the sheriff, The Clerk of court Cathy Robinson, and the other member of Judge Eaton's staff , Derreberry Boyd,  were included in every email correspondent between the plaintiff and Elizabeth Marum yet no one intervene, interjected or attempted to correct the discrepancy .

20. As recently as  January 31st 2021 the Motion filed by plaintiff has not been reviewed by the Judge which according to law is judicial negligence as the law states judges should rule on motions within 90 days. O.C.G.A. 15-6-21(b) and (d).

RELIEF

21. The plaintiff is seeking relief in the amount of $3,840,000 which is the amount sought in the original case(2021CV355981) that was dismissed due to the negligence of The Fulton County Superior Court to compensate for the loss of property, earnings, emotional distress and violation of her civil rights.

22. The plaintiff also seeks to have policies put in place to protect the rights of indigent citizens and those exercising their right to represent themselves in the Fulton County Superior Court of Law.

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the  court and attaching my electronic signature hereon, I do hereby swear or affirm that the  statements set forth in the above pleading(s) are true and correct.

Name: Drismia Yilla          Sworn before me this date:

Signature : Dysmia fula

State Bar No.

Date: 2/6/2023

Address
141 Titan Rd Stockbridge
GA 30281
Telephone Number
470-861-9992

Notary Signature & Seal   Marvin Wooley

**ADDITIONAL DEFENDANT INFORMATION:**

**Defendant No.2**

NAME: Elizabeth Marum

ADDRESS: N/A

COUNTY: Representative and employee of Fulton County Superior Court
**Defendant No.3**

NAME: Judge Charles M. Eaton Jr.

ADDRESS: N/A

COUNTY: Presiding Judge Fulton County Superior Court
**Defendant No.3**

NAME: Derreberry Boyd

ADDRESS: N/A

COUNTY: Representative and employee of Fulton County Superior Court

Fulton County Superior Cou
***EFILED***A
Date: 2/22/2022 1:13 PI
Cathelene Robinson, Cler

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

DRISMIA YILLA,
      Petitioner(s),
  v.

CONQUEST ASSET RECOVERY,
CHAMPION AUTO RECOVERY,

      Respondent(s).

CIVIL ACTION FILE

NO. 2021CV355981

## **FINAL ORDER DISMISSING CASE WITHOUT PREJUDICE**

By Order entered January 20, 2022, Petitioner was directed to perfect service upon Respondent(s) *and to file proof of service before February 21, 2022.* Petitioner(s) having failed to perfect service as of the date of this Order, this matter is **HEREBY DISMISSED** without prejudice for want of prosecution.

**SO ORDERED,** this the 22nd day of February 2022.

_____
Hon. Charles M. Eaton, Jr.
Superior Court of Fulton County
Atlanta Judicial Circuit

*Distribution:*
Counsel of record via EFile-GA.

In the Superior Court of Fulton County
GEORGIA SUPERIOR COURT

Fulton County Superior Cour
***EFILED***DC
Date: 2/22/2022 3:42 PM
Cathelene Robinson, Clerk

Drismia Yilla 2021CV~~344617~~ pl
                    355981

Plaintiff

2021CV355981

-vs-

Conquest Asset Recovery LLC and Champion

Auto Recovery


Defendants

## MOTION TO SET ASIDE JUDGEMENT

I, Drismia Yilla, of Duluth, Georgia, MAKE OATH AND SAY THAT:

1. The plaintiff is filing a motion to have the dismissal of case 2021CV355981 set aside pursuant of O.C.G.A 9-11-60 .

2. On February 22nd 2022 my case was dismissed for want of prosecution due to lack of service; however  the plaintiff was indeed successfully served a month prior to that on January 21st 2022 via  Anguelina Morgulyan who is the registered agent for both companies and designated to receive service of process.

3. The plaintiff is filing for the dismissal to be set aside and the case reopened because the plaintiffs  were successfully served within the allotted time frame .

-Drismia Yilla
1312 Gwinnett Square
Duluth Ga, 30096
470-861-9992
Drismiay@gmail.com

STATE OF GEORGIA COUNTY OF
_____Fulton_____

SUBSCRIBED AND SWORN TO BEFORE
ME, on the 22nd  day of February , 2022

Signature *Marvin Wooley*

(Seal)

NOTARY PUBLIC

My Commission expires:

1/21/2023

Drismia Yilla [1]

(Signature)

___

1

## SHERIFF'S ENTRY OF SERVICE

### SHERIFF'S ENTRY OF SERVICE

Civil Action No. _2021 CV 355981_

Date Filed _10/22/21_

Attorney's Address _1312 Gwinnett Square Circle Duluth Ga 30096_

| | Superior Court ☐ | Magistrate Court ☐ |
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia. _____Fulton_____ COUNTY

_Drismia Villa_

Plaintiff

VS.

Name and Address of Party to be Served:

_Anguehan Morgulyan (registered agent)_

_2870 Pharr Court South 1606_

_Atlanta Ga 30305_

_Conquest_

_Conquest Asset Recovery LLC_
_represented by Anguelina Morguyan_ Defendant

Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☑ Diligent search made and defendant _ANGUELINA MORGULYAN_ not to be found in the jurisdiction of this court. _AFTR MULTIPLE ATTEMPTS, UNABLE TO MAKE CONTACT_

This _17_ day of _NOV_ 20 _21_

_DEP J. WILLIAMS #3073_

DEPUTY

SHERIFF DOCKET　　　　PAGE　　　　　　　WHITE-CLERK　CANARY-PLAINTIFF　PINK-DEFENDANT

Fulton County Superior Cou
***EFILED***
Date: 1/21/2022 1:39 P
Cathelene Robinson, Cle

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 2021CV355981

Date Filed 10-22-2021

Attorney's Address

SUPERIOR COURT
GEORGIA, FULTON COUNTY

~~Drismia Villa~~

_____ Plaintiff

VS.

Name and Address of Party to be Served

Anguelina Moegulyan

_____

_____ Defendant

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ✓

I have this day served the defendant **Anguelina Moegulyan** personally with a copy of the within action and summons.
P|s @ 185 central Ave

I have this day served the defendant _____ by leaving a copy of the action and summons at this most place notorious place of abode in this county.

**NOTORIOUS** ☐

Delivered same into hands of_____ described as follows age, about____ years; weight, about_____ pounds; height about___ feet and___ inches, domiciled at the residence of the defendant.

**CORPORATION** ☐

Served the defendant_____ a corporation by leaving a copy of the with in action and summons with_____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon continuing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This 21sth day of January 20 22.

Dep Eddington #2
DEPUTY

SHERIFF DOCKET_____ PAGE _____

WHITE - CLERK; CANARY - PLAINTIFF; PINK - DEFENDANT



    

# Case 2021CV355981 dismissal    

 Inbox

    me  Feb 23, 2022
to Elizabeth.Marum, sheriff, boyd.d... ⌄

Good Afternoon,
I hope your day is well. My name is Drismia Yilla,
I filed a civil suit in the Fulton County Court of
law (case 2021CV355981). My case was
dismissed yesterday. I am sending this email to
inquire why my case was dismissed due to lack
of service. The service was perfected over a
month ago on January 21st 2022 by the Fulton
County Sheriff's office to the registered agent
that is designated to receive service of process
on the company's behalf. I have attached a copy
of the dismissal and the service of entry to this
email. I have also filed an order to have the
motion set aside (Envelope Number: 9216874)
based on the fact that the summons was
indeed served during the allotted time and
entered into the efile system by the sheriff's
office and the court clerk. I am pleading for the
court to have my order reviewed by the judge
and for my case to be reopened.
Thank you for your time
- Drismia Yilla

2021CV355981              2021CV355981
dismissal.pdf             Service.pdf

 PDF             PDF



# Automatic reply: Case
## 2021CV355981 dismissal    Inbox    ☆



Derreberry, Boyd   Feb 23, 2022
to me ⌄

I will be out the office from February 21st – February 28th. I will not be looking at emails. If your message is urgent, you can email Elizabeth Marum (<u>elizabeth.marum@fultoncountyga.gov</u>) for civil cases, or Cathy Robinson (<u>cathy.robinson@fultoncountyga.gov</u>) for criminal cases. I will return all emails once I return back into the office.

↩ Reply          ↪ Forward



Ms. Yilla,

It is not clear from the record that the defendants in this case were served or have notice. The served party is not a party of record in this case and there is nothing in the record indicating her relationship or representation of the named parties.

Sincerely,

∘∘∘

∘∘∘

Elizabeth Marum

Senior Staff Attorney to Judge Charles Eaton

Superior Court of Fulton County

Atlanta Judicial Circuit



**me**   Feb 23, 2022

to Elizabeth, Fulton, Boyd, Cathy ⌄

Thank you for the clarification, the served party is the owner, operator and registered agent of the businesses on file with the Secretary of State . Her title and relationship to the companies are listed on the original summons that was filed with the complaint . I don't see the pdf of the original complaint uploaded on Efile. I can contact the clerk and try to send you a copy of it as soon as possible. I have added her information to the efile system as well.

–Drismia Yilla



**me**   Mar 3, 2022

to Elizabeth, Boyd, Fulton, Cathy ⌄

Good Afternoon,

Hope your day is going well. As stated in my previous emails I would like my motion to reviewed by the judge to have the ruling set aside . The plaintiffs were legally served within the allotted time by the Fulton County Sheriffs . The served party is the owner, operator and registered agent of the businesses on file with the Secretary of State . Her title and relationship to the companies are listed on the original summons that was filed with the complaint. I have attached a copy of the original service of entry which has ~~the served party~~ listed as the



me  Mar 3, 2022
to Elizabeth, Boyd, Fulton, Cathy ∨

Good Afternoon,

Hope your day is going well. As stated in my previous emails I would like my motion to reviewed by the judge to have the ruling set aside . The plaintiffs were legally served within the allotted time by the Fulton County Sheriffs . The served party is the owner, operator and registered agent of the businesses on file with the Secretary of State . Her title and relationship to the companies are listed on the original summons that was filed with the complaint. I have attached a copy of the original service of entry which has the served party listed as the registered agent for the plaintiffs . I have also attached the completed service of entry form . In addition to the attached document I would also like to point out that Georgia Law states that the registered agent is the appointed official to be served on behalf of the corporation . O.C.G.A. 14-2-504 (2010) 14-2-504. So my service was done within the allotted time to the appropriate party based on the law and the served party has been added to the title system . In conclusion I would like to have my motion reviewed by the judge to have the ruling set aside and sincerely thank us

Thank you for your assistance and I look forward to hearing from you soon .

Diciomia Villa

State Court of Fulton County
**E-FILED**
23EV000844
2/8/2023 11:02 AM
Donald Talley, Clerk
Civil Division

IN THE ___STATE___ COURT OF FULTON COUNTY
STATE OF GEORGIA

Drismia Yilla _____,  )
_____ )
Plaintiff / Petitioner,            )        Civil Action File No.:
                                   )
v.                                 )
                                   )
Hon. Charles M. Eaton; Elizabeth   )
Marum; and Derreberry Boyd         )
_____, )
Defendant / Respondent.            )

## ORDER ON AFFIDAVIT OF INDIGENCY

The ☒ Petitioner/Plaintiff ☐ Respondent/Defendant has presented an *Affidavit of Indigency* to the Court. Pursuant to O.C.G.A. § 9-15-2(d), the Court has reviewed the *Affidavit of Indigency* and the other initial pleadings including proof of indigency and the complaint.

☒ **Affidavit Approved** - It appears to the Court that the affiant is unable to pay the Court filing fees in this action. Therefore, the affiant's pleadings shall be filed, and the affiant shall be relieved from paying the filing fee, sheriff's/marshal's service fee, and other required court costs until a final order/judgment is entered or the case is dismissed.

☐ **Affidavit Not Approved (Not indigent)** – After a hearing, the affiant has not demonstrated that the affiant is unable to pay the filing fee and associated costs of this action. Therefore, the affiant shall not be relieved from paying the filing fee, sheriff's/marshal's service fee, or other required court costs.

☐ **Affidavit Not Approved (No justiciable issue)** – It appears to the Court that the pleading filed by the affiant shows on its face such a complete absence of any justiciable issue of law or fact that it cannot reasonably be believed that the Court could grant any relief against any party named in the pleading. It is hereby **ORDERED** that the affiant's request to file the pleading is hereby **DENIED**.

SO ORDERED, this 8th day of February , 2023

_____
Presiding Judge Hon. Diane E. Bessen
Fulton County ___State___ Court

*The duration of this Order terminates upon issuance of a Final Order in the case or a dismissal of the action.

Fulton Courts' Uniform Order on Affidavit of Indigency Approved July 27, 2017.
Provided by Fulton County Law Library Board of Trustees.

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000844**
2/21/2023 11:56 AM
Donald Talley, Clerk
Civil Division

## STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

DO NOT WRITE IN THIS SPACE   23EV000844

*23EV00084*

**Attorney or Plaintiff Name and Address**

Drismia Yilla
141 Titan Rd.
Stockbridge, GA. 30281
**Name and Address of PLAINTIFF**

VS.

Derreberry Boyd
136 Pryor St. SW Ste. J2 640
Atlanta, GA. 30303
**Name and Address of DEFENDANT**

### MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _Derreberry, Boyd_
_____ personally with a copy of the within action and summons.
This __16__ day of __Feb__ __2023__  Sgt. N. Stafford 409
**DEPUTY MARSHAL**

**NOTORIOUS**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of _____, a _____ described as follows:
Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ in.,
Domiciled at the residence of the defendant(s).
This _____ day of _____, _____.
**DEPUTY MARSHAL**

**CORPORATION**

GEORGIA, FULTON COUNTY
Served the defendant _____, a corporation, by leaving a copy
of the within action and summons with _____ in charge of the office and doing
business of said corporation, in Fulton County, Georgia.
This _____ day of _____, _____.
**DEPUTY MARSHAL**

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s):
_____
Not to be found in the jurisdiction of said Court for the following reason:
_____
_____
**DEPUTY MARSHAL**

**NON-EST**

Please furnish this office with a new service form with the correct address.
This _____ day of _____, _____.
**DEPUTY MARSHAL**

1 copy for court's records + 1 copy to be returned to Plaintiff after service attempted

State Court of Fulton County
**E-FILED**
23EV000844
2/21/2023 11:50 AM
Donald Talley, Clerk
Civil Division

✓ **STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

DO NOT WRITE IN THIS SPACE

*23EV000844*

**Attorney or Plaintiff Name and Address**

Drismia Yilla
141 Titan Rd.
Stockbridge, GA 30281
**Name and Address of PLAINTIFF**

VS.

Elizabeth Marum / SC
136 Pryor St. SW Ste. J2 640
Atlanta, GA 30303
**Name and Address of DEFENDANT**

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) Elizabeth Marum
_____ personally with a copy of the within action and summons.
This 16 day of Feb 2023 Sgt. N. Stafford 429
**DEPUTY MARSHAL**

**NOTORIOUS**

GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of _____, a
_____ described as follows:
Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ in.,
Domiciled at the residence of the defendant(s).
This _____ day of _____,
**DEPUTY MARSHAL**

REC'D FOR MARSHAL 23 FEB 16 PM 03:15

**CORPORATION**

GEORGIA, FULTON COUNTY
Served the defendant _____, a corporation, by leaving a copy
of the within action and summons with _____ in charge of the office and doing
business of said corporation, in Fulton County, Georgia.
This _____ day of _____, _____
**DEPUTY MARSHAL**

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s): _____
Not to be found in the jurisdiction of said Court for the following reason:
_____

**NON-EST**

Please furnish this office with a new service form with the correct address.
This _____ day of _____, _____
**DEPUTY MARSHAL**

1 copy for court's records + 1 copy to be returned to Plaintiff after service attempted

**\*\*E-FILED\*\***
**State Court of Fulton County**
**23EV000844**
**2/21/2023 11:52 AM**
**Donald Talley, Clerk**
**Civil Division**

**STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

DO NOT WRITE IN THIS SPACE

*23EV000844*

**Attorney or Plaintiff Name and Address**

Drismia Yilla
141 Titan Rd.
Stockbridge, GA 30281

VS.

Superior Court of Fulton County
136 Pryor St. SW ste. J2 640
Atlanta, GA 30303

**Name and Address of PLAINTIFF**      **Name and Address of DEFENDANT**

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY

I have this day served the defendant(s) _____

_____ personally with a copy of the within action and summons.

This _____ day of _____, _____.

DEPUTY MARSHAL

**NOTORIOUS**

GEORGIA, FULTON COUNTY

I have this day served the defendant(s) _____

By leaving a copy of the action and summons at his/their most notorious place of abode in said County.

Delivered same in hands of _____, a _____

_____ described as follows:

Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ in.,

Domiciled at the residence of the defendant(s).

This _____ day of _____, _____.

DEPUTY MARSHAL

**CORPORATION**

GEORGIA, FULTON COUNTY

Served the defendant Superior Court of Fulton County, a corporation, by leaving a copy

of the within action and summons with Jullian Bragg, agent in charge of the office and doing

business of said corporation, in Fulton County, Georgia.

This 16 day of Feb. , 2023 . Sgt. N. Stafford 429

DEPUTY MARSHAL

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY

Diligent search made and the defendant(s): _____

Not to be found in the jurisdiction of said Court for the following reason: _____

_____

DEPUTY MARSHAL

**NON-EST**

Please furnish this office with a new service form with the correct address.

This _____ day of _____, _____.

DEPUTY MARSHAL

1 copy for court's records + 1 copy to be returned to Plaintiff after service attempted

**STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

**State Court of Fulton County**
**\*\*E-FILED\*\***
**23EV000844**
**1/21/2023 11:54 AM**
**Donald Talley, Clerk**
**Civil Division**

DO NOT WRITE IN THIS SPACE

23EV000844

**Attorney or Plaintiff Name and Address**

Drismia Yilla                          VS.        Honorable Judge Charles M. Eaton
141 Titan Rd.                                      185 Central Ave. SW
Stockbridge, GA 30281                              Atl, GA 30303  Courtroom 5C
**Name and Address of PLAINTIFF**                 **Name and Address of DEFENDANT**

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**

GEORGIA, FULTON COUNTY

I have this day served the defendant(s) Honorable Judge Charles M. Eaton

_____ personally with a copy of the within action and summons.

This ___16___ day of ___Feb___ ___2023___.  Sgt. N. Stafford 429
                                                    **DEPUTY MARSHAL**

**NOTORIOUS**

GEORGIA, FULTON COUNTY

I have this day served the defendant(s) _____

By leaving a copy of the action and summons at his/their most notorious place of abode in said County.

Delivered same in hands of _____, a

_____ described as follows:

Age, about _____ years; weight, about _____lbs; height, about _____ft. _____in.,

Domiciled at the residence of the defendant(s).

This _____ day of _____, _____.
                                                    **DEPUTY MARSHAL**

**CORPORATION**

GEORGIA, FULTON COUNTY

Served the defendant _____, a corporation, by leaving a copy

of the within action and summons with _____ in charge of the office and doing

business of said corporation, in Fulton County, Georgia.

This _____ day of _____, _____.
                                                    **DEPUTY MARSHAL**

**BETTER ADDRESS**

GEORGIA, FULTON COUNTY

Diligent search made and the defendant(s): _____

Not to be found in the jurisdiction of said Court for the following reason: _____

_____

**NON-EST**

Please furnish this office with a new service form with the correct address.

This _____ day of _____, _____.
                                                    **DEPUTY MARSHAL**

1 copy for court's records + 1 copy to be returned to Plaintiff after service attempted

State Court of Fulton County
**E-FILED**
23EV000844
3/15/2023 2:03 PM
Donald Talley, Clerk
Civil Division

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DRISMIA YILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 23EV000844 |
| FULTON COUNTY SUPERIOR COURT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER AND DEFENSES

Defendant Judge Charles M. Eaton, Jr., through counsel, submits this Answer and

Defenses to the "Complaint for Violation of Civil Rights" (Complaint), as follows:

## FIRST DEFENSE

The Complaint fails for lack of subject matter jurisdiction.

## SECOND DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of judicial immunity.

## FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Eleventh Amendment and the

doctrine of sovereign immunity.

## FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, on the basis that an individual defendant

sued in his official capacity is not a "person" subject to suit under 42 U.S.C. § 1983.

## SIXTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of qualified immunity.

## SEVENTH DEFENSE

Plaintiff's claims fail, in whole or in part, because Defendants have not denied her any rights, privileges, or immunities secured by the Constitution or laws of the United States or the State of Georgia.

## EIGHTH DEFENSE

Plaintiff's claims for injunctive relief, if any, are barred, in whole or in part, because she has not suffered a violation of a Federal right.

## NINTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of *res judicata* and/or collateral estoppel.

## TENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of or acts of fraud.

## ELEVENTH DEFENSE

Defendant reserves the right to raise any other defenses allowed by law at such time as Plaintiff's claims or contentions are more particularly identified in this case.  Subject to and without waiving any of the foregoing defenses, Defendant responds to the individually numbered paragraphs of the Complaint as follows:

1.      Defendant admits that 42 U.S.C. § 1983 by its terms allows for the bringing of a cause of action against a person who under color of state law deprives another of rights, privileges, or immunities secured by the Constitution and laws of the United States, and denies any remaining allegation in this paragraph.

2.      Defendant admits that Plaintiff has brought this action and named as defendants the Fulton County Superior Court, Honorable Charles M. Eaton, Jr., Elizabeth Marum, and Boyd Derreberry, and denies any remaining allegation in this paragraph.

3.      Defendant states that this paragraph purports to quote from a federal statute, the statute is a written instrument that speaks for itself, and denies any allegation inconsistent with the writing.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied. Defendant denies that any act or omission of Defendant caused a deprivation of any of Plaintiff's rights under the Constitution or laws of the United States.

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied. Defendant denies that any act or omission of Defendant caused a deprivation of any of Plaintiff's rights under the Constitution or laws of the United States.

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and so the allegations are denied. Defendant denies that any act or omission of Defendant caused a deprivation of any of Plaintiff's rights under the Constitution or laws of the United States.

7.      Denied.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such

orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

10.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

11.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

12.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such

orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  To the extent this paragraph refers to orders or other papers filed in a legal proceeding, Defendant states that such orders or papers are written instruments that speak for themselves, and denies any allegation that is inconsistent with the same.

21.     Denied.

22.     Denied.

## **GENERAL DENIAL**

To the extent that any allegation of the Complaint has not been specifically admitted, denied, or otherwise controverted herein, including any allegation in the various pages or additional materials attached to the Complaint, Defendant denies the allegation.

WHEREFORE, having answered fully, Defendant requests a jury trial on all issues so triable, that judgment be entered in his favor and against Plaintiff on all claims, that Plaintiff take nothing from Defendant and that Defendant be awarded and Plaintiff be assessed all costs of this action, and that the Court enter such other relief as it deems just and proper.

Respectfully submitted,

Christopher M. Carr            112505
Attorney General

Loretta L. Pinkston-Pope       580385
Deputy Attorney General

Roger A. Chalmers              118720
Senior Assistant Attorney General

s/ Jason H. Kang               759836
Jason H. Kang
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Jason H. Kang
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3559
Fax: (404) 651-5304
Email: jkang@law.ga.gov

- 7 -

**VERIFICATION**

Comes now Judge Charles M. Eaton, Jr., and verifies that the facts contained in

Defendant's Answer and Defenses to Plaintiff's Complaint are true and correct to the best of his

knowledge and belief.

_____
Charles M. Eaton, Jr., Judge
Fulton County State Court


Sworn to and subscribed before me
this ⎝6th⎠ day of ⎽⎽⎽March⎽⎽⎽, 2023.

_____
Notary Public
My Commission Expires: March 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading with the

Clerk of Court using the Odyssey filing system which will automatically send email notification

of such filing to all counsel of record.

I further certify that the document will be served on the following recipients by causing a

copy thereof to be deposited in the United States Mail, postage prepaid, addressed as follows:

Drismia Yilla
141 Titan Road
Stockbridge, GA 30281

This 15th day of March, 2023.

s/ Jason H. Kang
Jason H. Kang