# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TO: | | DATE: |
| RE: | 21-57646-wlh<br>Bankruptcy Case No. | Karen Anne Mitchell-Smith<br>Debtor(s) |
| | AND/OR | John Vogel, John Kania Mitchell Vogel, a/k/a John K.Vogel<br>Plaintiff/Appellant |
| | 22-5129<br>Adversary Proceeding No. | vs<br>Edwin K. Palmer as Trustee for the Estate of Karen Mitchell-Smith<br>Defendant/Appellee |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 03/15/2023- Doc. No. 26
  File date of Order being appealed from 02/16/2023 - Doc. No. 21, 22

☐ Appellant - Click here to enter text.
  Appellee  - Click here to enter text.

**Contents of Record:**
☒ Documents 21,22,25,26,31,33,docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
  Filing Fee Paid -  ☒ Yes    ☐ No

FROM:   M. Regina Thomas, Clerk of Court
        United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*