**IT IS ORDERED as set forth below:**



**Date: February 16, 2023**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 21-57646-WLH |
| KAREN ANNE MITCHELL-SMITH, | CHAPTER 7 |
| Debtor, | |
| EDWIN K. PALMER, AS TRUSTEE FOR THE ESTATE OF KAREN ANNE MITCHELL-SMITH, | ADVERSARY PROCEEDING NO. 22-5129-WLH |
| Plaintiff, | |
| v. | |
| JOHN KANIA MITCHELL VOGEL A/K/A JOHN K. VOGEL, | |
| Defendant. | |

## **JUDGMENT**

Pursuant to the Court's order entered contemporaneously herewith, **JUDGMENT IS ENTERED** in favor of Plaintiff as to the GA Property.

<u>**END OF ORDER**</u>

**Distribution List**

Karen Ann Mitchell-Smith
1740 Hudson Bridge Road, #1151
Stockbridge, GA 30281

John Kania Mitchell Vogel a/k/a
John K. Vogel
211 East Lombard Street
Baltimore, MD 21202

John Kania Mitchell Vogel
23 E. Linden St.
Alexandria, VA 22301

William Russell Patterson, Jr.
Ragsdale, Beals, Seigler, Patterson & Gray LLP
229 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30303-1629

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031