UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

MAR 13 2023

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

| | |
|---|---|
| In Re: KAREN ANNE MITCHELL-SMITH, )<br>)<br>Debtor ) | Case No. 21-57646-WLH<br>Chapter 7 |
| EDWIN K. PALMER as TRUSTEE for the )<br>ESTATE of KAREN MITCHELL-SMITH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHN VOGEL, )<br>)<br>Defendant )<br>) | Adversary Proceeding<br>Case No. 22-05129-WLH |

## DEFENDANT JOHN VOGEL'S MOTION TO WITHDRAW
## HIS MOTION FOR RECONSIDERATIONAND/OR REHEARING

COMES NOW John Vogel (hereinafter referred to as "Movant"), appearing pro se, and files this Motion to Withdraw His Motion for Reconsideration and/or Rehearing. Movant makes this Requests in the interests of conserving the assets of Debtor Karen Anne Mitchell-Smith's bankruptcy estate. As such, the hearing unilaterally scheduled by Plaintiff's Attorney for Thursday, March 16, 2023 at 10:30 AM is unnecessary. Movant also has conflicts on the next several available hearing dates.

WHEREFORE, Movant respectfully PRAYS that the Court:

a) Permit Movant to withdraw his Motion for Reconsideration and/or Rehearing in the interests of conserving the assets of Debtor Karen Anne Mitchell-Smith's bankruptcy estate;

b) Cancel the hearing scheduled by Plaintiff's Attorney for Thursday, March 16, 2023 at 10:30 AM as unnecessary; and

c) Grant Movant any and such other relief as the Court deems just and proper.

Respectfully submitted,

_____
JOHN VOGEL
211 East Lombard Street, #192
Baltimore, Maryland 21202
202-660-3844
**Defendant Appearing *Pro Se***

Date:    March 11, 2023

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: KAREN ANNE MITCHELL-SMITH, )<br>)<br>Debtor ) | Case No. 21-57646-WLH<br>Chapter 7 |
| EDWIN K. PALMER as TRUSTEE for the )<br>ESTATE of KAREN MITCHELL-SMITH, )<br>)<br>Plaintiff )<br>v. )<br>JOHN VOGEL, )<br>)<br>Defendant ) | Adversary Proceeding<br>Case No. 22-05129-WLH |

**CERTIFICATE OF SERVICE**

I, the undersigned, appearing *pro se*, hereby certifies under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on or about the 11th day of March, 2023, I caused a copy of the preceding DEFENDANT JOHN VOGEL'S MOTION TO WITHDRAW HIS MOTION FOR RECONSIDERATION AND/OR REHEARING, which is expected to be filed in the above-captioned bankruptcy matter on the 13th day of March 13, 2023, to be served upon the following:

Mode of service (check one):  ✓\_\_\_\_\_ MAILED     _____ HAND DELIVERED

**Debtor Appearing *Pro Se*:**
KAREN ANNE MITCHELL-SMITH
1740 Hudson Bridge Road, #1151
Stockbridge, Georgia 30228
karenmitchellsmith@yahoo.com
571-397-9862

**Trustee:**
EDWIN K. PALMER
P.O. Box 1284
Decatur, Georgia 30031
ekpalmerlaw@aol.com
404-479-4449

**Trustee's Counsel:**
W. RUSSELL PATTERSON, ESQ.
c/o Ragsdale, Beals, Seigler, Patterson, & Gray, LLP
229 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30303-1629
wrpjr@rbspg.com
404-588-0500

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED:    March 11, 2023

JOHN VOGEL
211 East Lombard Street
Baltimore, Maryland 21202
202-660-3844
**Defendant Appearing *Pro Se***

