**IT IS ORDERED as set forth below:**



Date: March 14, 2023

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-57646-WLH |
| KAREN ANNE MITCHELL-SMITH, | CHAPTER 7 |
| Debtor, | |
| EDWIN K. PALMER, AS TRUSTEE FOR THE ESTATE OF KAREN ANNE MITCHELL-SMITH, | ADVERSARY PROCEEDING NO. 22-5129-WLH |
| Plaintiff, | |
| v. | |
| JOHN KANIA MITCHELL VOGEL A/K/A JOHN K. VOGEL, | |
| Defendant. | |

**ORDER GRANTING MOTION TO WITHDRAWAL
MOTION FOR RECONSIDERATION**

1

**THIS MATTER** is before the Court on Defendant's Motion to Withdrawal Motion for Reconsideration and/or Rehearing (Doc. No. 31).

Plaintiff filed the complaint on September 9, 2022 seeking to sell jointly held property pursuant to section 363(h) of the Bankruptcy Code. The complaint alleges the Debtor (and therefore the bankruptcy estate) has an interest in real property at 41 Rosedale Trace, Hampton, Georgia 30228 (the "GA Property"), which is co-owned with Debtor's son, John K. Vogel, who is the Defendant in this adversary proceeding. The GA Property was partially destroyed by a fire before the Debtor filed bankruptcy. The estate also has an interest in real property at 23 E. Linden St., Alexandria, Virginia 22301 (the "VA Property"), which is also co-owned with Defendant. The complaint seeks relief as to both properties.

On February 1, 2023, Plaintiff filed a Motion for Partial Judgment on the Pleadings (Doc. No. 19). Defendant failed to respond. The Court considered the propriety of granting the motion and found judgment was appropriate as to the GA Property. Accordingly, on February 16, 2023. the Court entered an Order Granting Motion for Partial Judgment on the Pleadings (Doc. No. 21) (the "February Order"), and judgment for Plaintiff as to the GA Property (Doc. No. 22).

On February 27, 2023, Defendant filed a Motion for Reconsideration and/or Rehearing (Doc. No. 25), seeking reconsideration of the February Order and a hearing on the matter. The same day, Defendant filed a notice of appeal of the judgment. The Court (not Plaintiff) scheduled a hearing on the Motion for Reconsideration and/or Rehearing for March 16, 2023.

On March 13, 2023, Defendant filed the Motion seeking to withdraw his Motion for Reconsideration and/or Rehearing and to cancel the hearing scheduled for March 16, 2023. Having read and considered the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration and/or Rehearing (Doc. No. 25) is deemed **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing scheduled for March 16, 2023 on Defendant's Motion for Reconsideration and/or Rehearing is hereby **CANCELLED**.

<u>**END OF ORDER**</u>

**Distribution List**

Karen Ann Mitchell-Smith
1740 Hudson Bridge Road, #1151
Stockbridge, GA 30281

John Kania Mitchell Vogel a/k/a
John K. Vogel
211 East Lombard Street
Baltimore, MD 21202

John Kania Mitchell Vogel
23 E. Linden St.
Alexandria, VA 22301

William Russell Patterson, Jr.
Ragsdale, Beals, Seigler, Patterson & Gray LLP
229 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30303-1629

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031