**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Adversary Proceeding #: 22−05129−wlh

*Assigned to:* Judge Wendy L. Hagenau  
*Lead BK Case:* 21−57646  
*Lead BK Title:* Karen Anne Mitchell−Smith,  
*Lead BK Chapter:* 7  
*Demand:*  
  *Nature[s] of Suit:*  31 Approval of sale of property of estate and of a co−owner − 363(h)

*Date Filed:* 09/09/22

*Plaintiff*  
−−−−−−−−−−−−−−−−−−−−−−−−−  
**Edwin K. Palmer,** *as Trustee for the Estate of Karen Ann Mitchell−Smith*  
P.O. Box 1284  
Decatur, GA 30031  
(404) 479−4449

represented by **William Russell Patterson, Jr.**  
Ragsdale Beals Seigler Patterson & Gray  
2400 International Tower  
229 Peachtree Street NE  
Atlanta, GA 30303−1629  
(404) 588−0500  
Fax : 404−523−6714  
Email: wrpjr@rbspg.com  
*LEAD ATTORNEY*

V.

*Defendant*  
−−−−−−−−−−−−−−−−−−−−−−−−−  
**John Kania Mitchell Vogel**  
23 E. Linden St.  
Alexandria, VA 22301  
*aka* **John K. Vogel**

represented by **John Kania Mitchell Vogel**  
PRO SE

*Interested Party*  
−−−−−−−−−−−−−−−−−−−−−−−−−  
**Karen Anne Mitchell−Smith**  
1740 Hudson Bridge Road #1151  
Stockbridge, GA 30281

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/2022 | 1 | Adversary case 22−05129. Complaint against John Kania Mitchell Vogel *a/k/a John K. Vogel to Sell Jointly Held Property*, 31 (Approval of sale of property of estate and of a co−owner − 363(h)) Filed by Edwin K. Palmer (Patterson, William) |
| 09/12/2022 | 2 | Summons Issued on John Kania Mitchell Vogel Answer Due 10/12/2022 (cws) |

| | | | |
|---|---|---|---|
| 09/13/2022 | | 3 | Certificate of Service of Summons and Complaint filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)1, 2) (Patterson, William) |
| 10/13/2022 | | | Request for Issuance of Alias Summons on John Kania Mitchell Vogel a/k/a John K. Vogel Filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Patterson, William) |
| 10/13/2022 | | 4 | Debtor Karen Anne Mitchell−Smiths Response on Behalf of Defendant John Vogel to Trustee's Complaint against John Vogel to Sell Jointly Held Property filed by Karen Anne Mitchell−Smith . (jwc) |
| 10/14/2022 | | 5 | Alias Summons Issued on John Kania Mitchell Vogel Answer Due 11/14/2022 (yl) |
| 10/14/2022 | | 6 | Certificate of Service of Summons and Complaint filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)1, 5) (Patterson, William) |
| 10/26/2022 | | 7 | Motion to Strike *Debtor Karen Anne Mitchell−Smith's Response on Behalf of Defendant John Vogel to Trustee's Complaint Against John Vogel to Sell Jointly Held Property Pursuant to 11 U.S.C. Sec. 363* filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Attachments: # 1 Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Strike Debtor Karen Anne Mitchell−Smith's Response on Behalf of Defendant John Vogel to Trustee's Complaint Against John Vogel to Sell Jointly Held Property Pursuant to 11 U.S.C. Sec. 363) (related document(s)4) (Patterson, William) |
| 11/14/2022 | | 8 | Defendant John Vogel's Response to Trustee's Complaint, filed by John Kania Mitchell Vogel . (related document(s)1) (jcm) (Entered: 11/15/2022) |
| 11/16/2022 | | 9 | Order GRANTING Motion to Strike. IT IS FURTHER ORDERED that Debtors Response on Behalf of Defendant John Vogel to Trustees Complaint (Doc. No. 4) is STRICKEN. (Related Doc # 7) Service by BNC. Entered on 11/16/2022. (cws) |
| 11/18/2022 | | 10 | Certificate of Mailing by BNC of Order on Motion to Strike Notice Date 11/18/2022. (Admin.) (Entered: 11/19/2022) |
| 11/22/2022 | | 11 | Plaintiff's Request for Pre−Trial Conference and/or Pre−Trial Hearing filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)8) (Patterson, William) Modified on 11/23/2022 (cws). |
| 12/01/2022 | | 12 | Order and Notice of Pretrial Conference. Service by BNC. Hearing to be held on 1/5/2023 at 10:45 AM in Courtroom 1403, Atlanta, Entered on 12/1/2022. (related document(s)8, 11) (jlc) |
| 12/03/2022 | | 13 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/03/2022. (Admin.) (Entered: 12/04/2022) |
| 12/05/2022 | | 14 | Certificate of Service *of Order and Notice of Pretrial Conference* Filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)12) (Patterson, William) |
| 12/28/2022 | | 15 | |

| | | | |
|---|---|---|---|
| | | | Trustee's Exhibits for Pre−Trial Hearing on January 5, 2023 Filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Attachments: # 1 Exhibit T−1 # 2 Exhibit T−2 # 3 Exhibit T−3 # 4 Exhibit T−4 # 5 Exhibit T−5 # 6 Exhibit T−6 # 7 Exhibit T−7 # 8 Exhibit T−8 # 9 Exhibit T−9 # 10 Exhibit T−10 # 11 Exhibit T−11 # 12 Exhibit T−12) (Patterson, William) Modified on 12/29/2022 (mrw). |
| 01/03/2023 | | 16 | Notice of Rescheduled Hearing on Plaintiff's Request for Pre−Trial Conference. Service by BNC. Service by BNC. Pre−Trial Conference to be held on 1/19/2023 at 10:45 AM in Courtroom 1403, Atlanta, (related document(s)11, 12) (nmw) |
| 01/04/2023 | | 17 | Certificate of Service *of Notice of Rescheduled Hearing* Filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)16) (Patterson, William) |
| 01/05/2023 | | 18 | Certificate of Mailing by BNC of Notice of Rescheduling Hearing Notice Date 01/05/2023. (Admin.) (Entered: 01/06/2023) |
| 02/01/2023 | | 19 | Plaintiff's Motion for Partial Judgment on the Pleadings filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (Attachments: # 1 Memorandum of Law in Support of Plaintiff's Motion for Partial Judgment on the Pleadings) (related document(s)1, 8) (Patterson, William) Modified on 2/2/2023 (jlc). |
| 02/06/2023 | | 20 | Notice of Leave of Absence from February 27 through March 6, April 11 through April 19, and April 28 through May 2, 2023, filed by W. Russell Patterson (hd) |
| 02/16/2023 | | 21 | Order GRANTING Motion for Partial Judgment on the Pleadings. Judgment in favor of Plaintiff as to the GA Property will be entered by separate order. IT IS FURTHER ORDERED that the judgment as to the GA Property is certified as a final order pursuant to Fed. R. Bankr. P. 7054 and Fed. R. Civ. P. 54(b). (Related Doc # 19) Service by BNC. Entered on 2/16/2023. (jlc) |
| 02/16/2023 | | 22 | Judgment for Plaintiff as to the GA Property. Service by BNC Entered on 2/16/2023. (related document(s)19, 21) (jlc) |
| 02/18/2023 | | 23 | Certificate of Mailing by BNC of Judgment Notice Date 02/18/2023. (Admin.) (Entered: 02/19/2023) |
| 02/18/2023 | | 24 | Certificate of Mailing by BNC of Order on Motion for Judgment on the Pleadings Notice Date 02/18/2023. (Admin.) (Entered: 02/19/2023) |
| 02/27/2023 | | 25 | (WITHDRAWN) Defendant John Vogel's Motion For Reconsideration and/or Rehearing filed by John Kania Mitchell Vogel . (related document(s)21) (rfs). Related document(s) 22 Judgment. Modified on 2/28/2023 (mrw). Modified on 3/14/2023 (jlc). (Entered: 02/28/2023) |
| 02/27/2023 | | 26 | Notice of Appeal to District Court, Fee $ 298 Receipt Number: 01270777, Amount Paid $ 298, filed by John Kania Mitchell Vogel . (related document(s)21) (rfs). Related document(s) 22 Judgment. Appellant Designation due by 03/28/2023, submission by USBC to USDC due by 4/13/2023. (mrw). Modified on 2/28/2023 (mrw). Modified on 3/3/2023 (yl). Modified on 3/15/2023 (yl). (Entered: 02/28/2023) |
| 02/28/2023 | | | |

| | | | |
|---|---|---|---|
| | | | Receipt of Appeal filing fee. Receipt Number 1270777. Fee Amount $298.00. Paid by John Kavia Mitchell Vogel. |
| 03/08/2023 | | 27 | Notice of Hearing on Defendant's Motion for Reconsideration and/or Hearing. Hearing to be held on 3/16/2023 at 10:30 AM in Courtroom 1403, Atlanta. Service by BNC Entered on 3/8/2023. (related document(s)25) (cws) |
| 03/09/2023 | | 28 | Certificate of Service *of Notice of Hearing on Defendant's Motion for Reconsideration and/or Rehearing* Filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)27) (Patterson, William) |
| 03/10/2023 | | 29 | Plaintiff's Initial Response to Defendant John Vogel's Motion for Reconsideration and/or Rehearing and Plaintiff's Request for Extension filed by William Russell Patterson Jr. on behalf of Edwin K. Palmer. (related document(s)25)(Patterson, William) Modified on 3/13/2023 (jlc). |
| 03/10/2023 | | 30 | Certificate of Mailing by BNC of Order and Notice Notice Date 03/10/2023. (Admin.) (Entered: 03/11/2023) |
| 03/13/2023 | | 31 | Defendant John Vogel's Motion to Withdrawal Motion for Reconsideration and/or Rehearing filed by John Kania Mitchell Vogel . (related document(s)25) (hd) |
| 03/13/2023 | | 32 | Statement of Issues on Appeal , Appellant's Designation of Items in Record on Appeal filed by John Kania Mitchell Vogel . (related document(s)26) (hd) |
| 03/14/2023 | | 33 | Order GRANTING Motion to Withdraw Motion for Reconsideration. Service by BNC. Entered on 3/14/2023. (related document(s)31) (jlc) |
| 03/15/2023 | | 34 | Notification of Appeal Requirements (related document(s)26) (yl) |