18

State Witness – Inv. Angel White
DKDA

FILED
2013 SEP 26  PM 2: 19
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

No. **13-CR** 4448 —3

## DEKALB COUNTY SUPERIOR COURT

### SEPTEMBER TERM 2013

### THE STATE

**vs**

### CHAZREL JAQUAN BURTON

#### D0238082-03

Ct. 1: Criminal Attempt to Commit Murder
Ct. 2: Criminal Attempt to Commit Murder
Ct. 3: Criminal Attempt to Commit Murder
Ct. 4: Aggravated Assault
Ct. 5: Aggravated Assault
Ct. 6: Aggravated Assault
Ct. 7: Cruelty to Children in the First Degree
Ct. 8: Criminal Damage to Property in the First Degree
Ct. 9: Robbery by Sudden Snatching
Ct. 10: Possession of Firearm during Commission of a Crime
Ct. 11: Possession of Firearm during Commission of a Crime
Ct. 12: Possession of Firearm during Commission of a Crime

_____TRUE_____ Bill.

_____Tyree A. Vaugh_____Foreperson.

The Defendant, Chazrel Jaquan Burton, waives a copy of the
Indictment, list of witnesses, full panel, formal arraignment,
and pleads _____GUILTY_____.

This, the _15th_ of _April_ 20_16_.

_____
District Attorney

_____Elizabeth Vila Rogan_____
Defendant's Attorney

_____Cheryl Benton_____
Defendant

STATE OF GEORGIA, COUNTY OF DEKALB

**BILL OF INDICTMENT**

IN THE SUPERIOR COURT OF SAID COUNTY,

The Gr d J r r lect d, ho n and sworn for th Cou ty of D Kalb to wit:

1.   Tyree G. Vaughn, Foreperson
2.   ~~Adrienne Allen-Davis~~
3.   ~~Basil H. Beckford~~
4.   Monica R. Binns
5.   Jared C. Black
6.   Joylyn Bobb
7.   Angela D. Cowins
8.   Alphonse R. Davis
9.   ~~Enya A. Enya~~
10.  Randy Frazier
11.  Anna C. Greenhalgh
12.  ~~Malcolm L. Hackney~~
13.  Alexander W. Hall
14.  ~~Jerry L. Hammel~~

15.  Forrest W. Hudson
16.  ~~Heather McCray~~
17.  Vivian T. Patrick
18.  ~~Wendmagegn Y. Shume~~
19.  Iris E. Sinkfield
20.  Katherine S. Sitten
21.  ~~Shari Smarr~~
22.  Marilyn L. Smith
23.  Paul R. Teter
24.  Cameron Vance
25.  Valerie Wilkerson
26.  ~~Elaine N. Zimmerman~~

## COUNT 1

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **CRIMINAL ATTEMPT TO COMMIT MURDER** in violation of O.C.G.A. §16-4-1 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did knowingly and intentionally attempt to commit the crime of Murder, in violation of Code section 16-5-1 of the Official Code of Georgia, in that the said accused did perform acts which constitute a substantial step toward the commission of said crime, to-wit: the accused did shoot multiple times toward the direction of Jermaine Harrison, a human being, with a handgun,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 2

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **CRIMINAL ATTEMPT TO COMMIT MURDER** in violation of O.C.G.A. §16-4-1 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did knowingly and intentionally attempt to commit the crime of Murder, in violation of Code section 16-5-1 of the Official Code of Georgia, in that the said accused did perform acts which constitute a substantial step toward the commission of said crime, to-wit: the accused did shoot multiple times toward the direction of Nina Harrison, a human being, with a handgun,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 3

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **CRIMINAL ATTEMPT TO COMMIT MURDER** in violation of O.C.G.A. §16-4-1 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did knowingly and intentionally attempt to commit the crime of Murder, in violation of Code section 16-5-1 of the Official Code of Georgia, in that the said accused did perform acts which constitute a substantial step toward the commission of said crime, to-wit: the accused did shoot multiple times toward the direction of Evan Harrison, a human being, with a handgun,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 4

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **AGGRAVATED ASSAULT** in violation of O.C.G.A. §16-5-21 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did make an assault upon the person of Jermaine Harrison with a deadly weapon, to wit: a handgun, by shooting said handgun in Jermaine Harrison's direction,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 5

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **AGGRAVATED ASSAULT** in violation of O.C.G.A. §16-5-21 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did make an assault upon the person of Nina Harrison with a deadly weapon, to wit: a handgun, by shooting said handgun in Nina Harrison's direction,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 6

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **AGGRAVATED ASSAULT** in violation of O.C.G.A. §16-5-21 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did make an assault upon the person of Evan Harrison with a deadly weapon, to wit: a handgun, by shooting said handgun in Evan Harrison's direction,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 7

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **CRUELTY TO CHILDREN IN THE FIRST DEGREE** in violation of O.C.G.A. §16-5-70 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did maliciously cause Evan Harrison, a child under the age of eighteen (18) years, cruel and excessive physical pain by shooting him with a handgun,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 8

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **CRIMINAL DAMAGE TO PROPERTY IN THE FIRST DEGREE** in violation of O.C.G.A. §16-7-22 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did knowingly and without authority interfere with a Honda Accord motor vehicle, the property of Nina Harrison, in a manner so as to endanger human life, by shooting said vehicle with a handgun, while said vehicle was being occupied by Nina Harrison, Jermaine Harrison, and Evan Harrison,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 9

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

## CHAZREL JAQUAN BURTON

with the offense of **ROBBERY BY SUDDEN SNATCHING** in violation of O.C.G.A. §16-8-40 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did, with the intent to commit theft, take a necklace from the person of Corey Hunter, by sudden snatching,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 10

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **POSSESSION OF FIREARM DURING COMMISSION OF A CRIME** in violation of O.C.G.A. §16-11-106 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013,** did unlawfully have on his person a handgun, a firearm, during the attempt to commit the crime of Murder, and during the commission of the crime of Aggravated Assault, said crimes being felonies, and said crimes involving the person of Jermaine Harrison,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 11

The GRAND JURORS aforesaid, in the name of and on behalf of the c'tiz n of th State of Georgia, ch ge and ccuse

## CHAZREL JAQUAN BURTON

with the offense of **POSSESSION OF FIREARM DURING COMMISSION OF A CRIME** in violation of O.C.G.A. §16-11-106 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013**, did unlawfully have on his person a handgun, a firearm, during the attempt to commit the crime of Murder, and during the commission of the crime of Aggravated Assault, said crimes being felonies, and said crimes involving the person of Nina Harrison,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney

## COUNT 12

The GRAND JURORS aforesaid, in the name of and on behalf of the citizens of the State of Georgia, charge and accuse

**CHAZREL JAQUAN BURTON**

with the offense of **POSSESSION OF FIREARM DURING COMMISSION OF A CRIME** in violation of O.C.G.A. §16-11-106 for the said accused person, in the County of DeKalb and State of Georgia, **on or about the 26th day of June, 2013,** did unlawfully have on his person a handgun, a firearm, during the attempt to commit the crime of Murder, and during the commission of the crimes of Aggravated Assault and Cruelty to Children in the First Degree, said crimes being felonies, and said crimes involving the person of Evan Harrison,

contrary to the laws of said State, the good order, peace and dignity thereof.

DEKALB SUPERIOR COURT

ROBERT D. JAMES, District Attorney