**TRANSCRIPT-SUPERIOR COURT OF DEKALB COUNTY**

**13CR4448-3**

| STATE OF GEORGIA | # | CASE NO: _____ |
|---|---|---|
|  | # | OFFENSE: 1. CRIMINAL ATTEMPT TO COMMIT MURDER |
| VS. | # | 2. CRIMINAL ATTEMPT TO COMMIT MURDER |
|  | # | 3. CRIMINAL ATTEMPT TO COMMIT MURDER |
| CHAZREL JAQUAN BURTON | # | 4. AGGRAVATED ASSAULT |
|  |  | 5. AGGRAVATED ASSAULT |
|  |  | 6. AGGRAVATED ASSAULT |
|  |  | 7. CRUELTY TO CHILDREN IN THE FIRST DEGREE |

The defendant, being sworn, makes the following answers to the court in the presence of attorney for the defendant and district attorney:

(1) Are you able to hear and understand my statements and questions? Ans. _yes_

(2) Are you now under the influence of any alcohol, drugs or any other substance? Ans. _no_

(3) Has your lawyer explained the charges against you? Ans. _yes_

(4) Do you understand that you have a right to a jury trial? Ans. _yes_

(5) Do you understand that you could have a jury trial by pleading not guilty or by remaining silent and not entering a plea? Ans. _yes_

(6) Do you understand that you have the right to assistance of counsel during trial? Ans. _yes_

(7) Do you understand that you are entitled to the presumption of innocence? Ans. _yes_

(8) Do you understand that you have the right not to incriminate yourself? Ans. _yes_

(9) Do you understand that at a jury trial you would have the right to question witnesses against you, the right to subpoena witnesses on your own behalf, and the right to testify yourself and offer other evidence? Ans. _yes_

(10) Do you understand that by pleading guilty you are giving up all of those rights? Ans. _yes_

(11) Has anyone made any threats or promises to influence you to plead guilty in this case? Ans. _no_

(12) Do you understand that if you are not a citizen of the United States, a plea of guilty may have an impact on your immigration status? Ans. _yes_

(13) Have you had a chance to discuss your case thoroughly with your lawyer? Ans. _yes_
Who is your lawyer? Ans. _Elizabeth Rogan_

(14) Are you satisfied with the services and advice of your lawyer? Ans. _yes_

(15) Do you understand that the district attorney has made the following recommendations?
_40/30_
Ans. _____

(16) The maximum sentence for these charges would be _155 years_. Do you understand that the court is not bound by any promises or recommendations and that the court can impose that sentence? Ans. _N/A_

(17) How do you plead to the charge, guilty or not guilty? Ans. _guilty_

(18) Are you in fact guilty? Ans. _yes_  Do you want to plead guilty? Ans. _yes_

(19) Have you understood all these questions and given truthful answers? Ans. _yes_

## FIRST OFFENDER INFORMATION

Since you have asked to be treated under the provisions of the First Offender Act, there are some questions you must answer:

(20) Have you ever pleaded guilty or nolo contendere to, or been convicted of, a felony in the State of Georgia or in any other jurisdiction?   Ans. __No__

(21) Has your lawyer explained the First Offender Act to you?   Ans. __Yes__

(22) Have you ever been sentenced for any crime, felony or misdemeanor, under the First Offender Act?
Ans. __No__

I have read or heard all of the above questions and answers, and understanding them to be the questions asked of me and the answers I have given in open court, and they are true and correct.

_____
DEFENDANT

I hereby certify that the above questions were asked the defendant and the answers were given by the defendant in my presence.

_____
ATTORNEY FOR THE DEFENDANT

Sworn to and subscribed before me this the ___ day of _____, 20__.

_____, DEPUTY CLERK,

## CERTIFICATE OF SERVICE

The undersigned Presiding Judge hereby certifies:

I. That the above-named defendant was sworn in open court and the questions were asked him as set forth in the foregoing transcript, and the answers given thereto by said defendant are as set forth therein.

II. That the defendant, __CHAZREL JAQUAN BURTON__, being represented by attorney _____, who was (court appointed) or (privately employed), pled guilty (nolo contendere) as charged in the (Bill of Indictment) (Accusation) (or) to the lesser included offense of _____, and in open court, under oath, further informs the court that he is and has been (1) fully advised of his rights and the charges against him; (2) the maximum punishment for said offense charged, and for the offense to which he pleads guilty (nolo contendere); (3) that he is guilty of the offense to which he pleads guilty (nolo contendere); (4) that he authorized a plea of guilty (nolo contendere) to said charge; (5) that he has had ample time to confer with his attorney and to subpoena witnesses desired by Him; (6) that he is ready for trial; (7) that he is satisfied with the counsel and services of his attorney. And after further examination by the court, the court ascertains, determines and adjudges that the plea of guilty (nolo contendere) by the defendant is freely and understandingly and voluntarily made, and was made without undue influence, compulsion of duress, and without promise of leniency. It is, therefore, ordered that this plea of guilty (nolo contendere) be entered on the minutes, and that this Transcript and Certificate be filed with the (Indictment) (Accusation).

Date: __04/15/2016__

_____
Presiding Judge