# THE ROGAN LAW FIRM
## ELIZABETH VILA ROGAN
Attorney at Law
Post Office Box 8172
Atlanta, Georgia 31106

evr@TheRoganLawFirm.com
Admitted: GA, NY, DC, CT

(404) 502-9477
(404) 352-5636 (FAX)

**_Confidential Attorney Client Correspondence_**

April 19, 2016

Chazrel Burton
c/o DeKalb County Jail
4415 Memorial Drive
Decatur, GA 30032

Dear Chaz:

  I have been getting phone calls from your family this week, from your grandmother and your uncle, in particular. Your grandmother said she had been "shielded" from the facts of your cases so that she would not get upset. Understandably, she did not understand why your case was over and why you had gotten such a long sentence. So it was left to me to explain to her everything that you did to the Harrisons, as well as the new case that is pending, which involves another act of violence. I explained to her that you could have received a sentence of well over 100 years if you were convicted at a trial of the charges in the Harrison case, and that, in my view, the sentence of 25 years that you got for that case *and* for the new case, should you chose to accept that plea offer, was really a very good outcome for you, all things considered.

  I spoke also with your uncle, who was angry and aggressive with me. He told me that you want to withdraw your plea. Then, your grandmother called me again, pleading with me to try to talk you out of withdrawing your plea.

  Chaz, I cannot tell you what a colossally bad idea it would be for you try to withdraw the plea. For one, the judge will very likely refuse to allow you to do it, as your plea was properly and legally entered last week. Additionally, if you *did* get the plea back, you would have to go to trial and would almost certainly be convicted, and the judge would not show you the mercy he extended to you in court on Friday. On top of all that, you would likely not get the offer you now have to resolve the gang case with concurrent time. In short, you would spend the rest of your life in prison.

I cannot tell you what to do, though. You are free to make your own foolish and misguided decisions. I will not file the Motion to Withdraw for you, moreover. In fact, I am withdrawing from your case. You do have a public defender on the newly indicted gang/agg assault/riot case. Her name is Lee Ann Feeley and her number is (404) 371-2222. I have told her what is going on with the attempted murder case.

Because you have only a limited time to file a Motion to Withdraw Plea, I have drafted one that you can file *pro se*, if you are intent on doing this. It must be filed before Monday, May 2. I have enclosed an envelope for you to send the motion to the clerk, as well as a copy to the DA. Be warned, however, that not only do you not have any grounds to withdraw the plea, but even *attempting* to do so will undo all the work Marti and I did on your behalf to try to mitigate the horror of what happened in that Kroger parking lot. You do not have any compelling legal or sympathy arguments to raise beyond what we already presented to the court last week.

I hope that you make the right decision.

Sincerely,

*Elizabeth*

Elizabeth Vila Rogan

Encl/
cc: Tracy Brite

IN THE SUPERIOR COURT OF DEKALB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **STATE OF GEORGIA** | * |
| | * |
| vs. | * |
| | *   INDICTMENT NO. 13CR4448 |
| | *   JUDGE SEELIGER |
| **CHAZREL JAQUAN BURTON** | |

### MOTION TO WITHDRAW PLEA

COMES NOW Chazrel Burton, Defendant above, and moves to withdraw the guilty plea entered in this court on April 15, 2016, in order to correct a manifest injustice.

This ____ day of April, 2016.

_____
Chazrel Burton

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served upon the District Attorney's Office of DeKalb County and former counsel, a true and correct copy of the within and foregoing Motion to Withdraw Plea by placing a copy in the U.S. mail with the proper postage affixed and addressed as follows:

    A.D.A. Shateria Patterson
    Office of the DeKalb County District Attorney
    DeKalb County Courthouse
    Decatur, GA 30030

This ____ day of April, 2016.

_____
Chazrel Burton

Criminal Case Search
*Last Data Refresh: 20-Apr-2016 12:01:22 PM EST*
Attorney
v1.0.23.0 (External-PROD)
[ Log Out ]

PD: Lee Ann Feeley
404 371 2222

- Civil Case Search  Criminal Case Search  Jail ID / Name Search  Jail / Inmate Reports  Help

| | | | |
|---|---|---|---|
| Case ID: | 16CR1733 | Case Type: | All Types |
| OR Last Name: | Burton | Case Status: | ● Open  ○ All |
| First Name: | Chazrel | Court Code: | All Courts |
| OR Company: | | Filing Date From: mm/dd/yyyy  To: mm/dd/yyyy |
| ● Exact Last Name  ○ Name Starts With  ○ Phonetic Search | | Party Type: | DE - Defendant |

[ Search ] [ Clear ]

### Case Information

| | | |
|---|---|---|
| Case: | 16CR1733 (OPEN) | BURTON, CHAZREL J |
| Filing Date/Type: | 24-Mar-2016 | Superior Criminal |
| Judge/Court: | CLARENCE F. SEELIGER | SUPERIOR COURT |
| Related Cases: | | Assigned Staff |
| *No Related Cases* | | |

### Parties

| Party | Party Type |
|---|---|
| BURTON, CHAZREL J | Defendant |
| PETERS, HELEN V | Asst. District Attorney |
| HOOD, SHAWN M | Defendant |

### Scheduled Events

| Scheduled Date/Time | Event Description | Building | Room |
|---|---|---|---|
| *No Scheduled Events* | | | |

### Charges/Disposition/Sentencing Information

| Warrant No. | Seq No. | Maint. Code | Charge Level / Code and Description | Offense Date | Disposition Description | Disposition Date | Sentence Description | Sentence Length | Sentence Start Date |
|---|---|---|---|---|---|---|---|---|---|
| BURTON, CHAZREL J *(Jailed)* | | | Bond Link  Booking Link (0610378) | SPN Link (X0468104) | | | | | |
| 15W006236 | 1 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| --- | 2 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| --- | 3 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| --- | 4 | -- | F 16-5-21-AGGRAVATED ASSAULT-/FEL/- | 25-Mar-2015 | | | | | |
| --- | 5 | -- | F 16-10-56-RIOT IN PENAL INSTITUTION | 25-Mar-2015 | | | | | |
| HOOD, SHAWN *(Jailed)* | | | Booking Link Missing  SPN Link Missing | | | | | | |
| --- | 1 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| 15W006235 | 2 | -- | M 16-5-23-SIMPLE BATTERY | 25-Mar-2015 | | | | | |
| --- | 3 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| 15W006235 | 4 | -- | M 16-5-23-SIMPLE BATTERY | 25-Mar-2015 | | | | | |
| HOOD, SHAWN M *(Jailed)* | | | Booking Link Missing  SPN Link Missing | | | | | | |
| --- | 1 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| 15W006235 | 2 | -- | M 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| --- | 3 | -- | F 16-15-4-VIO GA ST GANG TERROR PREV ACT | 25-Mar-2015 | | | | | |
| --- | 4 | -- | F 16-5-21-AGGRAVATED ASSAULT-/FEL/- | 25-Mar-2015 | | | | | |
| --- | 5 | -- | F 16-10-56-RIOT IN PENAL INSTITUTION | 25-Mar-2015 | | | | | |

### Docket Entries

| Description | Filing Date | Text | Assoc. Party? |
|---|---|---|---|
| INDICTMENT FILED | 24-Mar-2016 | (RRG) | Yes |
| OFFENDER TRACKING NUMBER | 24-Mar-2016 | AS TO CHAZREL J BURTON # 88399316342 (RRG) | Yes |
| OFFENDER TRACKING NUMBER | 24-Mar-2016 | AS TO SHAWN MICHAEL HOOD # N/A (RRG) | Yes |
| MISCELLANEOUS | 18-Dec-2015 | | No |
| MISCELLANEOUS | 18-Dec-2015 | | No |
| MISCELLANEOUS | 18-Dec-2015 | | No |
| MISCELLANEOUS | 30-Apr-2015 | | No |

© 2014 DeKalb County, Georgia | Disclaimer | Contact
| Browser Compatibility


OJS Online Judicial System, DeKalb County, GA