FILED 9/3/2020 12:52 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | |
| | ) | CRIMINAL ACTION FILE |
| vs. | ) | NO. 13-CR-4448-3 |
| | ) | |
| CHAZREL BURTON, | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR OUT-OF-TIME APPEAL

This matter came before the Court on Defendant's motion for out-of-time appeal. The District Attorney's Office has consented, and the Court hereby GRANTS the motion and Defendant will be allowed to file a direct appeal of his guilty plea.

There currently exists no procedure, other than by a writ of habeas corpus, which would allow the Defendant to seek to withdraw his guilty plea at this time, given that the term of court in which his plea was entered has long since ended. Defendant's motion to withdraw his plea is therefore DISMISSED as untimely.

This case is referred to the Public Defender's Office so that an attorney can be appointed to represent the Defendant for the direct appeal. In the meantime, a notice of appeal should be filed on Defendant's behalf within the time prescribed by law.

SO ORDERED this the _____ day of _____, 2020.

_____
CLARENCE SEELIGER, Judge
DeKalb County Superior Court
Stone Mountain Judicial Circuit

Copy:
By e-serve:    Elizabeth Brock, District Attorney's Office
               Daniel Petrey, Public Defender's Office
By mail:       Chazrel Burton

1

AD