Sent from my iPhone

Begin forwarded message:



Case Number:
13CR4448
Case Style: BURTON
CHAZREL JAQUAN
Envelope Number:

| Case Number | 13CR4448 |
|---|---|
| Case Style | BURTON CHAZREL JAQUAN |
| Date/Time Submitted | 10/1/2020 4:52 PM EST |

FILED 10/1/2020 4:52 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GA

13CR4448

STATE, PLAINTIFF

CRIMINAL ACTION

V

CASE # 13-CR-4448-3

CHAZREL J. BURTON, DEFENDANT

NOTICE OF APPEAL

NOTICE IS GIVEN THAT I, CHAZREL J. BURTON, DEFENDANT IN THE ABOVE MATTER HEREBY APPEALS TO THE COURT OF APPEALS OF GEORGIA FROM THE TRIAL COURTS ORDER GRANTING MY PRO SE MOTION FOR OUT-OF-TIME APPEAL AND DISMISSING MY MOTION TO WITHDRAW GUILTY PLEA. SAID ORDER WAS ENTERED ON THE 3RD DAY OF SEPTEMBER 2020.

(1)

THE CLERK SHALL OMIT NOTHING FROM THE RECORD ON APPEAL.

(2)

A TRANSCRIPT OF EVIDENCE AND PROCEEDINGS WILL NOT BE FILED FOR INCLUSION IN THE RECORD ON APPEAL.

(3)

THE TRIAL COURT RECORD DOES REFLECT THAT I, CHAZREL J. BURTON AM INDIGENT. WHEREAS IN THE SAME ORDER BEING APPEALED THE TRIAL COURT HAS ORDERED FOR COUNSEL TO BE APPOINTED FOR THE

JHB

FILED 10/1/2020 4:52 PM CLERK OF SUPERIOR COURT DEKALB COUNTY GEORGIA

COURT OF APPEALS OF GEORGIA

~~13CR4448~~

CHAZREL J. BURTON,

APPELLANT

VS.   CRIMINAL CASE #

STATE OF GEORGIA,   13-CR-4448-3

APPELLEE

## PAUPER'S AFFIDAVIT

COMES NOW CHAZREL J BURTON, FIRST BEING DULY SWORN, DEPOSES AND STATES I AM FINANCIALLY UNABLE TO PAY THE FILING FEE REQUIRED FOR FILING COST IN THE COURT OF APPEALS OF GEORGIA, AND I REQUEST I BE PERMITTED TO FILE APPELLANT'S BRIEF WITHOUT HAVING TO PAY FILING FEES.

THIS THE 30 DAY OF SEPTEMBER, 2020.

CHAZREL J. BURTON
*Chazrel Burton*
SO# X0468104
DEKALB COUNTY JAIL
4425 MEMORIAL DRIVE
DECATUR GEORGIA 30032

SWORN TO AND SUBSCRIBE BEFORE THIS THE 30th DAY OF SEPTEMBER, 2020

*Linda Pritchett* NOTARY PUBLIC
SEAL
My Commission Expires 7/27/20

JHB

Moore, Toriuna
RE: New message from brite_t@hotmail.com
Dec 22, 2020 at 1:03:38 PM

**Good Afternoon,**

**We are currently awaiting an Order regarding his indigency status. If the order is denied then the appellant will need to pay the costs of the record before we can transmit the record to the Appellate Court.**

**I hope this information was helpful.**

**Kind Regards,**

*Toriuna' C. Moore*
*Appeals, Adoptions, Fi Fa & Passports Dept. Lead*
*Clerk of Superior Court DeKalb County, Debra DeBerry*
*556 N. McDonough Street*
*Decatur, GA 30030*
*404-371-2169 (phone)*
*404-371-2661 (fax)*

**From:** CSC Form Submission <                                    >
**Sent:** Monday, December 21, 2020 11:24 AM
**To:** Bryant, John <                        >
**Subject:** New message from

You have a new message from
**Details:**
**Your e-mail address: *:**
**First and Last Name: *:** Tracy Brite
**Phone Number: *:**
**Subject::** Chazrel Burton Notice of Appeal Case# 13 CR 4448
**Message::**
Hello I would like to know if my sons Notice of Appeal have been sent to the court of appeals?

Sent on: 12/21/2020 16:23

Bryant, John
13CR4448
Jun 1, 2020 at 8:50:14 AM

Hi Tracy,

In the above-styled case, Mrs. Rogan never filed a motion to withdraw from the case after sentencing.

Best,

/

P Please consider the environment before printing this e-mail

**E-file is mandatory in your civil cases and pleadings in DeKalb County Superior Court with                    ! Save time with e-filing!**