UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Valerie Jane Forte and Dr. Donna Anne Strigari, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mercedes-Benz USA, LLC and Mercedes-Benz Group AG,<br><br>Defendants. | **Case No.** |

**PLAINTIFFS' L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

1.  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Valerie Jane Forte and Dr. Donna Anne Strigari are Plaintiffs in this action.

    Mercedes-Benz USA, LLC and Mercedes-Benz Group AG are Defendants in this action.

2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Attorneys for Plaintiff(s) and the Proposed Class</u>:
Ketan A. Patel
CORPUS LAW PATEL, LLC

Ariana J. Tadler
A.J. de Bartolomeo
Tony Kim
TADLER LAW LLP

4. For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

Plaintiffs: Valerie Jane Forte – New Jersey
Dr. Donna Anne Strigari - New Jersey

Defendants: Mercedes-Benz USA LLC - Georgia
Mercedes-Benz Group AG – Germany

Respectfully submitted this 15th day of March, 2023

By: _____
        Ketan A. Patel

Ketan A. Patel (State Bar Number 121099)
**CORPUS LAW PATEL, LLC**
P.O. Box 724713
Atlanta, Georgia 31139
Tel: (678) 597-8020
kp@corpus-law.com

Ariana J. Tadler, Esq. (*pro hac vice* to be filed)
Tony Kim, Esq. (*pro hac vice* to be filed)
**TADLER LAW LLP**
22 Bayview Avenue
Manhasset, New York 11030
Tel: (212) 946-9300
atadler@tadlerlaw.com
tkim@tadlerlaw.com

A.J. de Bartolomeo, Esq. (*pro hac vice* to be filed)
**TADLER LAW LLP**
P.O. Box 475847
3749 Buchanan St.
San Francisco, CA 94123
Tel: (415) 226-0260
ajd@tadlerlaw.com

*Attorneys for Plaintiffs and the Proposed Class*