IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Dominique Monte Williams | : |
| Plaintiff, | : Civil Action No.: |
| - against – | : |
| | : **CIVIL COMPLAINT** |
| Commissioner of Social Security | : |
| Defendant. | : |

Plaintiff, Dominique Monte Williams, by his attorneys, PIERRE PIERRE LAW, P.C., respectfully alleges as a claim for relief as follows:

1. That this is an action in the nature of a review of the decision of the Commissioner of Social Security pursuant to Section 205(g) of the Social Security Act, as amended, 42 U.S.C. Section 405(g).

2. That the Plaintiff is the wage earner and resides in Clayton County, GA. The last four digits of the Plaintiff's social security number are: 3496.

3. That the Defendant is the Commissioner of the Social Security Administration and has full power and responsibility over the determination of

Social Security Disability and Supplemental Security Income Benefits awarded under the Social Security Act, as amended.

4. That the Plaintiff did become disabled and unable to work on June 1, 2019. That plaintiff suffers from cervical and lumbar spine impairments, obesity, intellectual disorder, depression, anxiety, and post-traumatic stress disorder.

5. That based on the Plaintiff's impairments, Plaintiff was disabled and unable to engage in any employment for the period of on or about June 1, 2019, up to and including the present time.

6. That on July 29, 2020, the Plaintiff filed application(s) for Social Security Disability and/or Supplemental Security Income benefits.

7. That on August 11, 2022, Plaintiff appeared and testified at a telephone hearing before Administrative Law Judge Dennis Hansen ("Administrative Law Judge").

8. That on November 25, 2022, the decision of the Administrative Law Judge found that the Plaintiff was not entitled to Social Security Disability and/or Supplemental Security Income Benefits under Sections 216(i) and 223(d), and under Sections 1602 and 1614(a)(3)(A), respectively, of the Social Security Act, as applicable.

9. That on December 6, 2022, the Plaintiff subsequently filed a timely request with the Appeals Council to reconsider the decision of the Administrative Law Judge.

10. That on January 23, 2023, the Office of Disability Adjudication and Review sent notice that the Appeals Council had upheld the decision of the Administrative Law Judge.

11. That despite medical evidence supplied to the Social Security Administration, as well as the testimony given at the hearing with regard to the Plaintiff's inability to engage in substantial gainful employment, the decision of the Commissioner denied the Plaintiff's application for Social Security benefits.

12. That the decision of the Administrative Law Judge, affirmed by the Appeals Council, was erroneous and unfounded. That this decision is not supported by substantial evidence, such as that which was submitted to the Commissioner for review and presented at the Plaintiff's hearing.

13. That the decision of the Commissioner of Social Security is contrary to the law and its provisions as found in the Social Security Act.

WHEREFORE, Plaintiff respectfully prays that:

(a) A summons be issued to the Defendant directing her to appear before this Court;

(b)  The Defendant be Ordered to submit a Certified Copy of the transcript of the record, including all evidence on which the findings and decisions complained of are based.

(c)  Upon such record, this Court modify the decision of the Defendant to grant the Social Security Disability and/or Supplemental Security Income benefits to the Plaintiff during the period of disability; and

(d)  For such other and further relief as this Court may deem just and proper.

Dated:   March 14, 2023

                                                s/ Joel J. Humphries

Joel J. Humphries, Esq.
Attorney Bar Number: 774153
The Law Office of Joel J. Humphries
235 Peachtree Street, Suite 400
Atlanta, GA 30303
Phone: (646) 992-8383
Email: fedcourt@pierrepierrelaw.com