# EXHIBIT A

CivilCivil Action No: 2023-1514CD

**HENRY COUNTY MAGISTRATE COURT**
ONE JUDICIAL CENTER SUITE 260, MCDONOUGH, GA 30253
(770) 288-7700

**Attorney or Plaintiff's Name & Address:**
ACE HOMES, LLC
5945 PEACHTREE CORNERS EAST
NORCROSS GA 30071
HOME: (678) 249-8971

ACE HOMES, LLC
5945 PEACHTREE CORNERS EAST
NORCROSS GA 30071
HOME: (678) 249-8971
Plaintiff
VS
MINNIFIELD, KIMELYN
260 LEGENDS TRACE
MCDONOUGH GA 30253,

**Name and Address of Party to be Served:**
MINNIFIELD, KIMELYN
260 LEGENDS TRACE
MCDONOUGH GA 30253,

AND, ALL OCCUPANTS
260 LEGENDS TRACE
MCDONOUGH GA 30253

AND, ALL OCCUPANTS
260 LEGENDS TRACE
MCDONOUGH GA 30253
Defendant

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIUS**
☒ I have this day served the defendant _Kimelyn Minnifield_ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _David Missouri_ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of the defendant.

**CORPORATION**
☐ Served the defendant _____, a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) to answer said summons at the place stated in the summons.

**DILIGENT**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

The defendant is required to appear before the Court for a hearing on the ____ day of _____, 20____ at the hour and place stated in the summons.

This _9_ day of _March_, 20_23_
/s/ F. V_____
Deputy

## NOTICE AND SUMMONS

**To DEFENDANT:**
Pursuant to law, YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS DISPOSSESSORY WITHIN SEVEN (7) DAYS AFTER SERVICE OF THIS DISPOSSESSORY UPON YOU. YOUR ANSWER, LEGAL OR EQUITABLE DEFENSE OF COUNTER-CLAIM TO THIS DISPOSSESSORY PROCEEDING MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE CHIEF OR PRESIDING MAGISTRATE DURING REGULAR COURT HOURS. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT/WRIT OF POSSESSION WILL BE ENTERED AGAINST YOU. If the day of answering fails on Saturday, Sunday, or a legal holiday, such time continues through the next working day of the court. The last day for answering or vacating premises will be the _16_ day of _March_, 20_23_ or before the 7th day after service of this Affidavit and Summons.

**Magistrate Court of Henry County**

One Judicial Center, Suite 260, McDonough, GA 30253

ACE HOMES, LLC
5945 PEACHTREE CORNERS EAST
NORCROSS GA 30071-
(678) 249-8971

**Plaintiff's Name And Address**

| | |
|---|---|
| | **DISPOSSESSORY WARRANT** |
| | **Plaintiff's Attorney and Bar Number** |
| | File Number: 2023-632CD |
| | Case Number: 2023-1514CD |

FILED IN OFFICE
MAGISTRATE COURT
HENRY COUNTY, GA

FEB 21 2023

APRIL BLACKBURN, CLERK
MAGISTRATE COURT, HENRY COUNTY, GA

VS

MINNIFIELD, KIMELYN
260 LEGENDS TRACE
MCDONOUGH GA 30253-

AND, ALL OCCUPANTS
260 LEGENDS TRACE
MCDONOUGH GA 30253-

**Defendant's Name and Address**

Military Personnel: ☐

[ ] Owner         [ ] Attorney at Law         [X] Agent         [ ] Attorney in fact for the owner

**Further :**

[ ]   That said tenant fails to pay rent now due From_____ To_____
[ ]   That tenant is holding said house and premises over and beyond the term for which the same was rented or leased to him;
[X]   That said tenant is a tenant at sufferance.
[ ]   Plaintiff is entitled to recover any and all rent that may come due until is finally concluded.
[X]   Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession.

Affiant makes this affidavit that a warrant may issue for the removal of said defendant together with his property from said house and premises

**PLAINTIFF PRAYS:**

(a.) judgment for the past due rent in the amount of $0.00.

(b.) rent accruing up to the date of judgment or vacancy at the rate of $0.00 per Month

(c.) Court Cost: $27.00

(d.) Late Fees:

PLAINTIFF PURCHASED PROPERTY AT FORECLOSURE AUCTION & DESIRES POSSESSION

The dispossessory is in the following amounts:

Filing Fee:     $58.00
Service Fee:    $27.00
Court Cost:     $27.00

## SUMMONS

TO THE MARSHAL of the State Court of Henry County or his lawful deputies, GREETINGS:

The defendant(s) herein is/are hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of Henry County in One Judicial Center, Suite 260, McDonough, GA 30253 within seven (7) days from the date of service of the within affidavit and summons (or on the first business day thereafter if the seventh day falls on Saturday, Sunday or legal holiday) then and there to answer said affidavit in writing or be given in person to the Magistrate during regular court hours. If such answer is not made to said affidavit on or before 7th day from service, writ of possession shall issue instanter as by law provided, and a judgement by default will be taken against you for all rents demanded in

**Witness, the Honorable Judges of said Court**

Sworn to, subscribed and filed before me, this 2-21-23

By: _Becky Brace_ Deputy Clerk

ACE HOMES, LLC
Affiant

Phone No.   (678) 249-8971

### SHERIFF'S ENTRY OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same

[X] Personally                      [ ] Defendant not found in the jurisdiction of this Court
[ ] To a person sui juris residing on the premises (Name) _David Missouri_
    Age _____ Wt. _____ Ht. _____

[ ] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

DATE OF SERVICE  3/9/23

Deputy Sheriff

### PERSONAL SERVICE REQUIRED

COMPLAINT :

| | |
|---|---|
| CivilCivil Action No: 2023-1514CD | HENRY COUNTY MAGISTRATE COURT ONE JUDICIAL CENTER SUITE 260, MCDONOUGH, GA 30253 (770) 288-7700 |
| **Attorney or Plaintiff's Name & Address:** ACE HOMES, LLC 5945 PEACHTREE CORNERS EAST NORCROSS GA 30071 HOME: (678) 249-8971 | ACE HOMES, LLC 5945 PEACHTREE CORNERS EAST NORCROSS GA 30071 HOME: (678) 249-8971 Plaintiff VS MINNIFIELD, KIMELYN 260 LEGENDS TRACE MCDONOUGH GA 30253, |
| **Name and Address of Party to be Served:** MINNIFIELD, KIMELYN 260 LEGENDS TRACE MCDONOUGH GA 30253, AND, ALL OCCUPANTS 260 LEGENDS TRACE MCDONOUGH GA 30253 | AND, ALL OCCUPANTS 260 LEGENDS TRACE MCDONOUGH GA 30253 Defendant |

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIUS**
☒ I have this day served the defendant **Kimelyn Minnifield** by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of **David Missouri** described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of the defendant.

**CORPORATION**
☐ Served the defendant _____, a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) to answer said summons at the place stated in the summons.

**DILIGENT**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

The defendant is required to appear before the Court for a hearing on the ____ day of _____, 20____ at the hour and place stated in the summons.

This **9** day of **March**, 20**23**

b/s _____
Deputy

## NOTICE AND SUMMONS

To DEFENDANT:
Pursuant to law, YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS DISPOSSESSORY WITHIN SEVEN (7) DAYS AFTER SERVICE OF THIS DISPOSSESSORY UPON YOU. YOUR ANSWER, LEGAL OR EQUITABLE DEFENSE OF COUNTER-CLAIM TO THIS DISPOSSESSORY PROCEEDING MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE CHIEF OR PRESIDING MAGISTRATE DURING REGULAR COURT HOURS. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT/WRIT OF POSSESSION WILL BE ENTERED AGAINST YOU. If the day of answering fails on Saturday, Sunday, or a legal holiday, such time continues through the next working day of the court. The last day for answering or vacating premises will be the **16** day of **March**, 20**23** or before the 7th day after service of this Affidavit and Summons.