# EXHIBIT A

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV375101**

**JAN 17, 2023 11:27 PM**

*Cathelene Robinson*
Cathelene Robinson, Clerk
Fulton County Superior Court

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **TASHA RHYMES,** ) | |
| **AQUANTIS WILLIAMS,** ) | |
| **AMIR ZIYAD,** ) | |
| **SHALALA JOHNSON,** ) | |
| **SHANEKA BRITEILI PRITCHETT,** ) | |
| **ABDLRAHMAN ELSAYED,** ) | |
| **PATRICK RHYMES,** ) | |
| **TERRELL SAMUELS,** ) | |
| **RASHAAD CRUM,** ) | |
| **STACEY LATIMORE** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION FILE NUMBER** |
| ) | |
| **ASDEN (US) INC,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## COMPLAINT FOR DAMAGES

**COMES NOW,** Tasha Rhymes, Aquantis Williams, Amir Ziyad, Shalala Johnson, Shaneka Briteil Pritchett, Abdelrahman Elsayed, Stacey Latimore, Patrick Rhymes, Terrell Samuels, Rashaad Crum, (hereinafter collectively referred to as the "Plaintiffs"), Plaintiffs in the above-styled action, and files this, their Complaint for Damages against the Defendant ASDEN (US) INC, showing the Court as follows:

1.

The Plaintiffs are individuals who reside in the State of Georgia.

2.

The Defendant ASDEN (US) INC is a foreign corporation duly authorized to conduct business in the State of Georgia, and may be served with Summons and Process via its

Registered Agent, same being First Corporate Solutions, Inc., at 900 Old Roswell Lakes, Suite 310, Roswell, Fulton County Georgia, 30076.

3.

The Defendant ASDEN (US) INC is subject to the jurisdiction and venue of this Court.

## FACTUAL BACKGROUND

4.

On June 1, 2022, a fire of unknown origins broke out at The Ashford at Stone Ridge Apartment Complex located at 1048 Flat Shoals Road, College Park, Georgia 30349 (hereinafter referred to as the "Property").

5.

At the time of the fire on June 1, 2022, the sprinkler system, fire hydrants, and alarm system at the property were inoperable and/or in a state of neglect.

6.

At the time of the fire on June 1, 2022, the automatic fire sprinkler system at the Property was inoperable and non-functioning.

7.

At the time of the fire on June 1, 2022, the fire hydrants at the Property had no water supply. The non-functioning fire hydrants caused a thirty (30) minute delay in the responding fire-fighters obtaining water to help suppress the fire.

8.

The June 1, 2022 fire caused a total loss of the units leased by the Plaintiffs, and the personal property contained therein.

9.

The loss that the Plaintiffs sustained to their individual leased units and the personal property contained therein was directly and proximately caused by the actions and inactions of the Defendant ASDEN (US) INC, and said Defendant is liable to said Plaintiffs in an amount to be proven at trial.

## COUNT I

## NEGLIGENCE PER SE

10.

The Plaintiffs reallege and incorporate Paragraphs 1 through 9 of this their Complaint for Damages as if expressly set forth herein.

11.

At the time of the fire on June 1, 2022, there were no operating smoke detector or automatic fire extinguishing systems, or working fire hydrants in the units located at the Property.

12.

O.C.G.A. § 25-2-40(a)(1) provides in relevant part that "on and after July 1, 1987, every new dwelling and every new dwelling unit within an apartment, house, condominium, and townhouse . . . shall be provided with an approved listed smoke detector installed in accordance with the manufacturer's recommendations and listing."

13.

The Property was constructed after July 1, 1987.

14.

The Defendant ASDEN (US) INC violated O.C.G.A. § 25-2-40(a)(1) by failing to install and maintain a working smoke detector or automatic fire extinguishing system in the units of the Property.

15.

The Plaintiffs are within the class of persons that O.C.G.A. § 25-2-40 was intended to protect.

16.

The harm that the Plaintiffs incurred is the type of harm against which O.C.G.A. § 25-2-40 was intended to protect.

17.

As a direct and proximate result of the Defendant ASDEN (US) INC's violation of O.C.G.A. § 25-2-40(a)(1), the Plaintiffs incurred damage and injury to their real and personal property in an amount to be proven at trial.

## COUNT II

## NEGLIGENCE

18.

The Plaintiffs reallege and incorporate Paragraphs 1 through 17 of this their Complaint for Damages as if expressly set forth herein.

19.

As the owner of an apartment complex, the Defendant ASDEN (US) INC owed a duty to all of its tenants, including the Plaintiffs, to exercise reasonable care in the use and upkeep of its property.

20.

An ordinary, reasonable property owner who leases real property to residential tenants would have installed and maintained a working smoke detector and automatic fire extinguishing system in its real property.

21.

The Defendant ASDEN (US) INC did not install or maintain a working smoke detector or automatic fire extinguishing system in units of the Property.

22.

By failing to install and maintain a working smoke detector or automatic fire extinguishing system in units of the Property, the Defendant ASDEN (US) INC breached the duty of care that it owed to the Plaintiffs.

23.

As a direct and proximate result of the Defendant ASDEN (US) INC's breach of duty, the Plaintiffs have been damaged in an amount to be proven at trial.

## COUNT III

## NUISANCE

24.

The Plaintiffs reallege and incorporate Paragraphs 1 through 23 of this their Complaint for Damages as if expressly set forth herein.

25.

On June 1, 2022, the Defendants ASDEN (US) INC exercised dominion and control over the units of the Property.

26.

The Defendant ASDEN (US) INC, as the owner of the Property, owed the Plaintiffs a duty not to use the property, or allow it to be used, in a manner which could cause harm to said Plaintiffs or their property.

27.

The Defendant ASDEN (US) INC, through its failure to install and maintain smoke detectors and an automatic fire extinguishing system, and to take reasonable measures to prevent fires such as this from occurring, breached its duty to the Plaintiffs, and directly and proximately caused harm to said Plaintiffs' real and personal property, as well as hurt, inconvenience, and annoyance to said Plaintiffs themselves.

28.

The actions and inactions of the Defendant ASDEN (US) INC contributed to the creation of a nuisance which adversely affected and unlawfully interfered with the Plaintiffs' quiet enjoyment and use of her real and personal property.

29.

As a direct and proximate result of the Defendant ASDEN (US) INC's actions of causing and allowing a nuisance to exist in the units of the Property, the Plaintiffs have been damaged in an amount to be proven at trial.

## COUNT IV

## PUNITIVE DAMAGES

30.

The Plaintiffs reallege and incorporate Paragraphs 1 through 29 of this their Complaint for Damages as if expressly set forth herein.

31.

The actions of the Defendant ASDEN (US) INC constitute willful misconduct, malice, wantonness, oppression, and exhibit an entire want of care which raises the presumption of conscious indifference to consequences.

32.

Pursuant to O.C.G.A. § 51-12-5.1, the Defendant ASDEN (US) INC is liable to the Plaintiffs for punitive damages to punish, penalize, and deter said Defendant in an amount to be proven at trial.

## COUNT V

### ATTORNEYS' FEES AND EXPENSES OF LITIGATION

33.

The Plaintiffs reallege and incorporate Paragraphs 1 through 32 of this their Complaint for Damages as if expressly set forth herein.

34.

The Defendant ASDEN (US) INC has acted in bad faith, been stubbornly litigious, and has caused the Plaintiffs unnecessary trouble and expense within the meaning of O.C.G.A. § 13-6-11.

54.

The Defendant ASDEN (US) INC is liable to the Plaintiffs for all attorneys' fees incurred in the prosecution of the above-styled action pursuant to O.C.G.A. § 13-6-11.

**WHEREFORE,** the Plaintiffs pray the Court will grant the following relief:

a)  That the Defendant ASDEN (US) INC be served with Summons and Process as required by law;

b)  That the Defendant ASDEN (US) INC be held liable to the Plaintiffs for negligence *per se* as averred in Count I of the above-styled Complaint for Damages;

c)  That the Defendant ASDEN (US) INC be held liable to the Plaintiffs for negligence as averred in Count II of the above-styled Complaint for Damages;

d)  That the Defendant ASDEN (US) INC be held liable to the Plaintiffs for nuisance as averred in Count III of the above-styled Complaint for Damages;

e)  That the Defendant ASDEN (US) INC be held liable to the Plaintiffs for punitive damages as averred in Count IV of the above-styled Complaint for Damages;

f)  That the Defendant ASDEN (US) INC be held liable to the Plaintiffs for attorneys' fees as averred in Count V of the above-styled Complaint for Damages;

g)  For a trial by jury on all issues so triable; and

h)  For all such further relief the Court deems appropriate.

This 17 day of JAN 2023

AMADU WILTSHIRE

Georgia Bar No.: 473499

Attorney for Plaintiff


Law Office of Wiltshire LLC

1196 K Ashborough Dr SE

Marietta, Georgia 30067

314-764-0888 phone

amaduwiltshire22@gmail.com

## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes

**STACEY LATIMORE**, who, being first duly sworn, deposes and says that the facts contained in

the Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within her personal

knowledge where specifically stated, and true to the best of her belief otherwise.

_____
STACEY LATIMORE

Sworn to and subscribed
before me, this 16. day
of December, 2022

_____
NOTARY PUBLIC

My commission expires: April 6, 2026.



## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes

**AMIR ZIYAD**, who, being first duly sworn, deposes and says that the facts contained in the

Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within his personal

knowledge where specifically stated, and true to the best of his belief otherwise.

**AMIR ZIYAD**

Sworn to and subscribed
before me, this _14_ day
of ~~December, 2022~~ S.B.
January 2023

**NOTARY PUBLIC**

My commission expires: _May 22, 2026_

## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes

**PATRICK RHYMES**, who, being first duly sworn, deposes and says that the facts contained in the

Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within his personal

knowledge where specifically stated, and true to the best of his belief otherwise.

_____
**PATRICK RHYMES**

Sworn to and subscribed
before me, this 9th day
of December, 2022.

_____
NOTARY PUBLIC

My commission expires: 8/31/26

PORTIA WATKINS
NOTARY
Comm. Exp.
GEORGIA
Aug. 31. 2026
PUBLIC
DEKALB COUNTY, GA

## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes

**TERRELL SAMUELS**, who, being first duly sworn, deposes and says that the facts contained in

the Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within his personal

knowledge where specifically stated, and true to the best of his belief otherwise.

TERRELL SAMUELS

Sworn to and subscribed
before me, this _19_ day
of December, 2022.

NOTARY PUBLIC

My commission expires:   7/15/2024

Linda B Craddock
NOTARY PUBLIC
Clayton County, GEORGIA
My Commission Expires 07/15/2024

## **VERIFICATION**

Before the undersigned officer duly authorized to administer oaths, personally comes

SHALALA JOHNSON, who, being first duly sworn, deposes and says that the facts contained in

the Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within her personal

knowledge where specifically stated, and true to the best of her belief otherwise.

SHALALA JOHNSON

Sworn to and subscribed
before me, this ‌‌‌10 day
of December, 2022.

NOTARY PUBLIC

My commission expires:

10/18/2024

PAMELA DAVIS
NOTARY
EXPIRES
**GEORGIA**
October 18, 2024
PUBLIC
CALHOUN COUNTY

<u>**VERIFICATION**</u>

Before the undersigned officer duly authorized to administer oaths, personally comes

**AQUANTIS WILLIAMS**, who, being first duly sworn, deposes and says that the facts contained in

the Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within his personal

knowledge where specifically stated, and true to the best of his belief otherwise.

**AQUANTIS WILLIAMS**

Sworn to and subscribed
before me, this 84  day
of December, 2022.

**NOTARY PUBLIC**

My commission expires:

Alicia E Murphy
NOTARY PUBLIC
Fulton County, Georgia
My Commission Expires 5/1/2023

## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes **ABDLRAHMAN ELSAYED**, who, being first duly sworn, deposes and says that the facts contained in the Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within his personal knowledge where specifically stated, and true to the best of his belief otherwise.

_____
**ABDLRAHMAN ELSAYED**

Sworn to and subscribed
before me, this 24 day
of December, 2022.

_____
NOTARY PUBLIC

My commission expires: 2/11/2024

## **VERIFICATION**

Before the undersigned officer duly authorized to administer oaths, personally comes

SHANEKA BRITEIL PRITCHETT, who, being first duly sworn, deposes and says that the facts

contained in the Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within her

personal knowledge where specifically stated, and true to the best of his belief otherwise.

_____
SHANEKA BRITEIL PRITCHETT

Sworn to and subscribed
before me, this _16_ day
of January, 2023.

_____
NOTARY PUBLIC

My commission expires: 07/15/2024

Linda B Craddock
NOTARY PUBLIC
Clayton County, GEORGIA
My Commission Expires 07/15/2024

## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes

**RASHAAD CRUM**, who, being first duly sworn, deposes and says that the facts contained in the

Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within his personal

knowledge where specifically stated, and true to the best of his belief otherwise.

**RASHAAD CRUM**

Sworn to and subscribed
before me, this _16_ day
of December, 2022.

NOTARY PUBLIC

My commission expires:  April 6, 2026



## VERIFICATION

Before the undersigned officer duly authorized to administer oaths, personally comes

**TASHA RHYMES**, who, being first duly sworn, deposes and says that the facts contained in the

Plaintiff's **COMPLAINT FOR DAMAGES** are true and correct and within her personal

knowledge where specifically stated, and true to the best of her belief otherwise.

TASHA RHYMES

Sworn to and subscribed
before me, this _20_ day
of December, 2022.

JUSTIN BUNDRAGE
NOTARY PUBLIC
Fulton County
State of Georgia
My Comm. Expires Sept. 21, 2025

NOTARY PUBLIC

My commission expires: 9/21/25

⏚ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV375101**

**JAN 17, 2023 11:27 PM**

Cathelene Robinson, Clerk
Fulton County Superior Court

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
**SUMMONS**

| | |
|---|---|
| Rhymes, Tasha | ) Case |
| | ) No.: 2023CV375101 |
| WIlliams, Aquantis | ) |
| | ) |
| ZIYAD, AMIR | ) |
| | ) |
| JOHNSON, SHALALA | ) |
| | ) |
| PRITCHETT, SHANEKA B | ) |
| | ) |
| ELSAYED, ABDLRAHMAN | ) |
| | ) |
| RHYMES, PATRICK | ) |
| | ) |
| SAMUELS, TERRELL | ) |
| | ) |
| CRUM, RASHAAD | ) |
| | ) |
| LATIMORE, STACEY | ) |
| **Plaintiff,** | ) |
| **vs.** | ) |
| ASDEN (US) INC | ) |
| | ) |
| | ) |
| **Defendant** | ) |
| | ) |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://peachcourt.com/ (unless you are exempt from filing electronically) and serve upon plaintiff's attorney,
whose name and address is:

> **AMADU akinola WILTSHIRE**
> **Law Offices of Wiltshire LLC**
> **1196 Ashborough Drive SE, Apt k**
> **Apartment K**
> **Marietta, Georgia 30067**

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons
upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5)
business days of such service. Then time to answer shall not commence until such proof of service has been
filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR
THE RELIEF DEMANDED IN THE COMPLAINT.**

**This_____17th day of_____January, 20 23**

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

_____

Cathelene Robinson, Clerk
Fulton County Superior Court

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sheriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

**General Civil and Domestic Relations Case Filing Information Form**

⊞ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV375101**

**JAN 17, 2023 11:27 PM**

*Catherine Robinson*
Catherlene Robinson, Clerk
Fulton County Superior Court

☑ **Superior** or ☐ **State Court of** __Fulton__   **County**

| For Clerk Use Only |
|---|
| **Date Filed** 01-17-2023      **Case Number** 2023CV375101 |
| **MM-DD-YYYY** |

**Plaintiff(s)**

Rhymes, Tasha

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

WIlliams, Aquantis

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

ZIYAD, AMIR

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

JOHNSON, SHALALA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

ASDEN (US) INC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** WILTSHIRE, AMADU akinola     **Bar Number** 473499     **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**

- ☐ **Automobile Tort**
- ☐ **Civil Appeal**
- ☐ **Contract**
- ☐ **Contempt/Modification/Other Post-Judgment**
- ☐ **Garnishment**
- ☑ **General Tort**
- ☐ **Habeas Corpus**
- ☐ **Injunction/Mandamus/Other Writ**
- ☐ **Landlord/Tenant**
- ☐ **Medical Malpractice Tort**
- ☐ **Product Liability Tort**
- ☐ **Real Property**
- ☐ **Restraining Petition**
- ☐ **Other General Civil**

**Domestic Relations Cases**

- ☐ **Adoption**
- ☐ **Contempt**
  - ☐ **Non-payment of child support, medical support, or alimony**
- ☐ **Dissolution/Divorce/Separate Maintenance/Alimony**
- ☐ **Family Violence Petition**
- ☐ **Modification**
  - ☐ **Custody/Parenting Time/Visitation**
- ☐ **Paternity/Legitimation**
- ☐ **Support – IV-D**
- ☐ **Support – Private (non-IV-D)**
- ☐ **Other Domestic Relations**

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
    **Case Number**                 **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Fulton County Superior Court
***EFILED***QW
Date: 2/23/2023 9:06 AM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

|  |  |
|---|---|
| TASHA RHYMES *et al.*,<br>    Plaintiffs, |  |
| v. | Case No: 2023CV375101 |
| ASDEN (US) INC,<br>    Defendant. |  |

### ORDER DIRECTING PROOF OF SERVICE OF PROCESS

Plaintiffs filed their complaint in the above-referenced matter on 17 January 2023.  As of the date of this Order, Plaintiffs have failed to perfect service on Defendant pursuant to O.C.G.A. § 9-11-4.  Accordingly, the Court hereby orders Plaintiffs to serve Defendant with a copy of the summons and complaint for the above-captioned matter and to file an entry of such service with the Clerk of the Court within thirty **(30) days** of the date of this Order.  Failure to perfect service within the time prescribed may result in dismissal of this action for want of prosecution.  O.C.G.A. § 9-11-4 (b).

It is so ORDERED this 22nd day of February, 2023.

Judge Robert C.I. McBurney
Superior Court of Fulton County
Atlanta Judicial Circuit

*Filed and served electronically via eFileGA*

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
FULTON COUNTY, GEORGIA

**2023CV375101**

**MAR 08, 2023 05:53 PM**

*Cathelene Robinson*
Cathelene Robinson, Clerk
Fulton County Superior Court

## AFFIDAVIT OF SERVICE

State of Georgia                    County of Fulton                    Superior Court

Case Number: 2023CV375101

Plaintiff:
**TASHA RHYMES**

vs.

Defendant:
**ASDEN (US) INC**

For:
Amadu Akinola Wiltshire
Law Offices of Wiltshire LLC.
1196 Ashborough Drive Se., Apt K
Marietta, GA 30067

Received by Dominion Servers to be served on **ASDEN (US) INC, 1048 Flat Shoals Road, Collage Park, GA 30349.**

I, Milton Nolan, being duly sworn, depose and say that on the **14th day of February, 2023 at 12:15 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS, GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM AND COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **Scott Perkins** as **Registered Agent** at the address of: **900 Old Roswell Lakes, Suite 310, Roswell, GA 30076** on behalf of **ASDEN (US) INC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am a U.S. Citizen over the age of 18, of sound mind, suffer under no legal disabilities, competent to testify in the above case, not related to any of the parties, a Certified Process Server and in good standing in the judicial circuit in which the process was served. I have never been convicted of a misdemeanor or felony. I swear under penalty of perjury that the following is true and accurate.

*Milton Nolan*

**Milton Nolan**
Process Server

Subscribed and Sworn to before me on the 15th day of February, 2023 by the affiant who provided a legal drivers license.

NOTARY PUBLIC

JULIE HEFFERNAN
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Nov. 14, 2026

**Dominion Servers**
**270 Cobb Pkwy. S. Ste. 140 #164**
**Marietta, GA 30060**
**(770) 990-5389**

Our Job Serial Number: DOM-2023000033
Ref: Tasha Rhymes

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.0n