# EXHIBIT B

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TASHA RHYMES;<br>AQUANTIS WILLIAMS;<br>AMIR ZIYAD;<br>SHALALA JOHNSON;<br>SHANEKA BRITEILI PRITCHETT;<br>ABDLRAHMAN ELSAYED;<br>PATRICK RHYMES;<br>TERRELL SAMUELS;<br>RASHAAD CRUM;<br>STACEY LATIMORE,<br><br>    Plaintiffs,<br>v.<br><br>ASDEN (US) INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>2023CV375101 |

**DEFENDANT ASDEN (US) INC.'S NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT on March 16, 2023, Defendant in the above-captioned action removed this action to the United States District Court for the Northern District of Georgia, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is annexed hereto as Exhibit 1. Accordingly, and pursuant to 28 U.S.C. 1446(d), this Court may proceed no further unless and until the case is remanded.

This 16th day of March 2023.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

| | |
|---|---|
| 1420 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA  30309<br>Telephone: (404) 874-8800<br>Fax: (404) 888-6199<br>lee.clayton@swiftcurrie.com<br>joshua.smith@swiftcurrie.com | /s/ Joshua J. Smith<br>Lee Clayton<br>Georgia Bar No. 601004<br>Joshua J. Smith<br>Georgia Bar No. 562327<br>*Attorney for Asden (US) Inc.* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing ***Notice of Filing of Notice of Removal*** upon all parties of record via the Court's electronic filing system (PeachCourt).

This 16th day of March 2023.

                                      SWIFT, CURRIE, MCGHEE & HIERS, LLP

                                      /s/ Joshua J. Smith
                                      Lee Clayton
                                      Georgia Bar No. 601004
                                      Joshua J. Smith
                                      Georgia Bar No. 562327
                                      *Attorney for Two Mountain Vista Enterprises LLC*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309
Telephone: (404) 874-8800
Fax: (404) 888-6199
lee.clayton@swiftcurrie.com
joshua.smith@swiftcurrie.com

4873-9244-5783, v. 2