**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ROLLY WILLIS, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | _____ |
| | ) | |
| v. | ) | Removed from State Court of |
| | ) | Cobb County, Civil Action File |
| THE KROGER COMPANY and | ) | No. 23-A-323 |
| JOHN DOES 1, 2, 3, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

**DEFENDANT THE KROGER CO.'S DEMAND FOR
TWELVE PERSON JURY**

COMES NOW **THE KROGER CO.**, Defendant in the above-styled civil action, by and through undersigned counsel, and pursuant to Rule 38 of the Federal Rules of Civil Procedure hereby demands a trial by jury of twelve persons.

[Signature on following page.]

Respectfully submitted, this 16th day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia Bar No. 412593 |
| Facsimile:   (404) 870-1033 | Jeremy A. Freiman |
| Email:         mmoffett@grsmb.com | Georgia Bar No. 786086 |
|                   slisle@grsmb.com | *Attorneys for Defendant The Kroger* |
|                   jfreiman@grsmb.com | *Co.* |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

Asya-Lorenne Morgan, Esq.
MONGE & ASSOCIATES
8205 Dunwoody Place
Building 19
Atlanta, Georgia 30350
asya@monge.lawyer
*Counsel for Plaintiff*

Respectfully submitted, this 16th day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-7386 | Georgia Bar No. 412593 |
| Facsimile: (404) 870-1033 | Jeremy A. Freiman |
| Email: mmoffett@grsmb.com | Georgia Bar No. 786086 |
| slisle@grsmb.com | *Attorneys for Defendant The Kroger Co.* |
| jfreiman@grsmb.com | |