# EXHIBIT A

| EEOC Form 5 (11/09) | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2022-08164 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Tyleshia Grier | +1 (229)366-9250 | April 7, 1989 |

| Street Address | City, State and ZIP Code |
|---|---|
| 140 East Harris Circle Apt 11 | Cuthbert, Georgia 39840 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Universal Protection Service, LLC d/b/a Allied Universal Security Services | 15+ | (770) 625-1500 |

| Street Address | City, State and ZIP Code |
|---|---|
| 301 W Broome St. | LaGrange, GA 30240 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

**US EEOC ATDO**
**RECEIVED 2022-08-05**

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es)).*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: May 9, 2022     Latest: August 5, 2022
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.   I began working for the employer on or around November 1, 2019, as a Security Officer.

II.  On or around April 2022, I informed my supervisor that I was pregnant when it was time to hire new uniforms.

III. On or about May 9, 2022, my supervisor took me off the schedule and said there were no hours for me to work. As of signing this charge, I still have not returned to work.

III. I believe I was discriminated in violation of the Pregnancy Discrimination Act, Title VII of the Civil Rights Act of 1964, Title VII of the Civil Rights Act of 1964

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

08/05/2022 — Date

Charging Party Signature: *Electronically Signed 2022-08-05 19:30:16 UTC - 174.199.167.82 / Nintex AssureSign® / 19a5c54d-08c9-4399-a027-aee8013a60c4*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*