# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Atlanta District Office

100 Alabama Street, SW, Suite 4R30<br>
Atlanta, GA 30303<br>
Intake Information Group: 800-669-4000<br>
Intake Information Group TTY: 800-669-6820<br>
Atlanta Direct Dial: (470) 531-4760<br>
FAX (404) 562-6909/6910<br>
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/09/2023

**To:** Ms. Tyleshia Grier
    140 East Harris Circle, Apt. 11
    Cuthbert, GA 39840
Charge No: 410-2022-08164

EEOC Representative and email:     NORBERTA PENDLETON
                                    Investigator
                                    norberta.pendleton@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2022-08164.

On behalf of the Commission,

I. Daniel-Edward Anance'
Digitally signed by I. Daniel-Edward Anance'
Date: 2023.03.10 12:50:58 -05'00'

*I. Daniel-Edward Anance'    For*

Darrell E. Graham
District Director

**Cc:**
Audra Caldwell
161 Washington Street, Suite 600
Conshohocken, PA 19428

Ianna Richardson
BARRETT FARAHANY
P.O. Box 530092
Atlanta, GA 30076

Please retain this notice for your records.