

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT

**Respondent Name:**
AKIMU MOMODU, BLESSING IYOKPESOMHI

**A-Number:** 201886700

**To:**
cohen, marshall lewis
2751 Buford Hwy, NE
Suite 500
Atlanta, GA 30324

**Riders:**
201886702  AKIMU MOMODU, AMARIS ANOSI
201886703  AKIMU MOMODU, ADALIA EMOSHOKE
201886701  AKIMU MOMODU, AVITAL OMOKHEFUE

In Removal Proceedings
Initiated by the Department of Homeland Security
Date: 06/28/2022

## ORDER OF THE IMMIGRATION JUDGE

☐ Respondent  ☒ The Department of Homeland Security has filed the following motion in these proceedings: Motion To Dismiss Without Prejudice.

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

DHS moves to dismiss proceedings without prejudice in the exercise of its prosecutorial discretion. No objection by Respondent.

*[signature]*

Immigration Judge: Barr, Philip  06/28/2022

Appeal:   Department of Homeland Security:   ☐ waived   ☐ reserved
          Respondent:                         ☐ waived   ☐ reserved

Appeal Due: