**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Rejection Notice | | | November 03, 2022 |
| **CASE TYPE** | | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | | A201886703 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **DATE OF BIRTH** | **PAGE** |
| IOE0918166235 | October 24, 2022 | February 02, 2012 | 1 of 1 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

ADALIA E. AKIMU MOMODU
C/O MARSHALL L. COHEN ANTONINI AND COHEN IMMIGRA
2751 BUFORD HWY NE STE 500
ATLANTA, GA 30324

This is in reference to the I-485, Application to Register Permanent Residence or Adjust Status, you submitted. Your I-485, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount is incorrect, or has not been provided. Please review the Form Instructions for fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS OFFICE ADDRESS**
USCIS
P. O. Box 4109
Carol Stream, IL 60197-4109

**USCIS CONTACT CENTER NUMBER**
(800)375-5283
ATTORNEY COPY



TRN# 4022033855820    BIN# 4900094

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C   10/13/21

U.S. Department of Homeland Security



U.S. Citizenship and Immigration Services

We have rejected your benefit request for the reasons indicated on Form I-797C, Notice of Action. Your rejected benefit request will not retain a filing date. You may resubmit your benefit request as a new filing if you are able to correct the issue that caused the rejection.

If you do file the benefit request again, please note the following:

- Since your submission was rejected, it is not yet considered properly filed.
- You must meet all requirements as of the date of the new filing.
- Please review the relevant form instructions to determine if your new filing can be considered as timely filed. If you have any questions, please contact lockboxsupport@uscis.dhs.gov.

**If you do submit your benefit request again, please enclose this letter with your submission.**

## Place this letter on top of your new filing package

www.uscis.gov

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Rejection Notice | | | November 03, 2022 |
| **CASE TYPE** | | | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | | | A201886703 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **DATE OF BIRTH** | **PAGE** |
| IOE0918166237 | October 24, 2022 | February 02, 2012 | 1 of 1 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

ADALIA E. AKIMU MOMODU
C/O MARSHALL L. COHEN ANTONINI AND COHEN IMMIGRA
2751 BUFORD HWY NE STE 500
ATLANTA, GA 30324

**Eligibility Category: C09**

This is in reference to the I-765, Application for Employment Authorization, you submitted. Your I-765, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount is incorrect, or has not been provided. Please review the Form Instructions for fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS OFFICE ADDRESS**
USCIS
P. O. Box 4109
Carol Stream, IL 60197-4109

**USCIS CONTACT CENTER NUMBER**
(800)375-5283
ATTORNEY COPY



TRN# 4022033855820    BIN# 4900094

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Rejection Notice | November 03, 2022 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-131, Application for Travel Document | A201886703 |

| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
|---|---|---|---|
| IOE0918166236 | October 24, 2022 | February 02, 2012 | 1 of 1 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

ADALIA E. AKIMU MOMODU
C/O MARSHALL L. COHEN ANTONINI AND COHEN IMMIGRA
2751 BUFORD HWY NE STE 500
ATLANTA, GA 30324

This is in reference to the I-131, Application for Travel Document, you submitted. Your I-131, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount is incorrect, or has not been provided. Please review the Form Instructions for fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS OFFICE ADDRESS**
USCIS
P. O. Box 4109
Carol Stream, IL 60197-4109

**USCIS CONTACT CENTER NUMBER**
(800)375-5283
ATTORNEY COPY



TRN# 4022033855820    BIN# 4900094

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21