**For: AVITAL OMOKHEFUE AKIMU MOMODU**



## Most Recent I-94

**Admission (I-94) Record Number :** 50470017785
**Most Recent Date of Entry:** 2017 July 21
**Class of Admission :** B2
**Admit Until Date :** 01/20/2018
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | AKIMU MOMODU |
| First (Given) Name : | AVITAL OMOKHEFUE |
| Birth Date : | 2007 December 15 |
| Passport Number : | A07578529 |
| Country of Issuance : | Nigeria |

[ Get Travel History ]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 03/31/2019

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy