Número de salida

**231715101 05**

Servicio de Inmigración y Naturalización

**I-94**
**Registro de salida**

APR 28 1982

ADMITTED OCT 27 1996

| Apellido | |
|---|---|
| AGELVIS ZAMBRANO | |
| Primer nombre | Fecha de nac. (día/mes/año) |
| LAURA V | 04 05 61 |
| Ciudadanía | |
| VENEZOLANA | |

SEMINOLE FORM I-94