

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT

| | |
|---|---|
| Respondent Name:<br>AGELVIS ZAMBRANO, LAURA VIRGINIA<br>To:<br>Antonini, Carolina<br>2751 Buford Highway 8th Floor<br>Atlanta, GA 30324 | Alien Registration Number:<br>087370634<br>Riders:<br>In Removal Proceedings<br>Initiated by the Department of Homeland Security<br>Date:<br>07/06/2021 |

## ORDER OF THE IMMIGRATION JUDGE

☒ Respondent   ☒ The Department of Homeland Security has filed the following motion in these proceedings: JOINT MOTION TO DISMISS. Pursuant to 8 C.F.R. § 1239.2(c) to wit: 8 C.F.R. § 239.2(a)(7) the Department of Homeland Security moves to dismiss removal proceedings in this instant case. .

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

Immigration Judge: Criss, Scott  07/06/2021

Appeal:  Department of Homeland Security:  ☒ waived   ☐ reserved
         Respondent:                       ☒ waived   ☐ reserved

Appeal Due:

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [ ] Alien | [ ] Alien c/o custodial officer | [ M ] Alien's atty/rep. | [ P ] DHS
By: Martin, Rita , Court Staff
Date: 07/06/2021