

Departure Number

61955756605

Immigration and
Naturalization Service

I-94
Departure Record (출발기록)

U.S. IMMIGRATION
26 ATL 1996

ADMITTED
OCT 21 1996

14. 성(姓)
J.E.E.

15. 이름
SUNG HO

16. 생일(일/월/년)
14 04 65

17. 국적
Ptd. in U.S.A.
Yankee Schooner, N.Y.

KOREAN AIR

Flight #/Ship Name: