# I-797 | NOTICE OF ACTION
**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

| Receipt Number<br>YSC1990013863 | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE |
|---|---|---|
| Received Date<br>10/10/2018 | Priority Date<br>10/10/2018 | Petitioner<br>JEE, BRANDON YOUNGHA |
| Notice Date<br>02/22/2019 | Page<br>1 of 1 | Beneficiary  A215 851 015<br>JEE, SUNG HO |

BRANDON YOUNGHA JEE
c/o MARSHALL LEWIS COHEN
ANTONINI AND COHEN IMMIGRATION
2751 BUFORD HWY NE FLR 8TH
ATLANTA  GA  30324

**Notice Type:** Approval Notice
Section: Parent of U.S. Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the beneficiary is in the United States and wishes to apply for adjustment of status to that of a lawful permanent resident. He or she should submit a copy of this notice, along with a Form I-485, Application to Register Permanent Residence or Adjust Status. He or she can obtain Form I-485 from the USCIS website at www.uscis.gov, by contacting the USCIS National Customer Service Center (NCSC) at 1-800-375-5283, or by visiting the local USCIS field office. Filing address information can be found on the USCIS website at www.uscis.gov.

If the beneficiary decides to apply for an immigrant visa outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the U.S. Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate. The NVC will then contact the beneficiary concerning further immigrant visa processing steps.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Potomac Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425

**USCIS Contact Center:** www.uscis.gov/contactcenter

FORM I-797 [REV. 08/01/16]