

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT**

| | |
|---|---|
| Respondent Name:<br>JEE, SUNG HO<br>To:<br>Cohen, Marshall Lewis<br>2751 Buford Hwy, NE<br>8th Floor<br>Atlanta, GA 30324 | Alien Registration Number:<br>215851015<br>Riders:<br>In Removal Proceedings<br>Initiated by the Department of Homeland Security<br>Date:<br>06/21/2021 |

### ORDER OF THE IMMIGRATION JUDGE

☐ Respondent  ☒ The Department of Homeland Security has filed the following motion in these proceedings: Motion To Dismiss.

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

Pursuant to 8 C.F.R. § 1239.2(c) and 8 C.F.R. § 239.2(a)(7) the Department of Homeland Security has moved the Court to dismiss these removal proceedings. To date, the Respondent has not filed an opposition to the motion.

Immigration Judge: Fisher, Ryan  06/21/2021

Appeal: Department of Homeland Security: ☐ waived  ☐ reserved
Respondent: ☐ waived  ☐ reserved

Appeal Due:

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [ ] Alien | [ ] Alien c/o custodial officer | [ M ] Alien's atty/rep. | [ P ] DHS
By: Douglas, Torsha , Court Staff
Date: 06/22/2021