# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Rejection Notice | June 10, 2022 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A215851015 |

| RECEIPT NUMBER | RECEIVED DATE | DATE OF BIRTH | PAGE |
|---|---|---|---|
| IOE0916541420 | June 01, 2022 | April 14, 1965 | 1 of 1 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

SUNG H. JEE
2633 HEATHROW DRIVE
LAWRENCEVILLE, GA  30043

This is in reference to the I-485, Application to Register Permanent Residence or Adjust Status, you submitted. Your I-485, fees, and any supporting documentation is being returned to you for the following reason(s):

The payment amount is incorrect, or has not been provided. Please review the Form Instructions for fee information. Please resubmit the application/petition package with the appropriate fees to the address listed on the bottom of this page.

The application/petition was filed on an outdated version of this form. Please resubmit your application/petition on the current version of this form with the appropriate fees to the address listed on the bottom of this page.

Information concerning USCIS forms and filing instructions is available on the USCIS website at www.uscis.gov.

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

A valid G-28 was NOT received with your case. If you wish to be represented, please contact your attorney or accredited representative to submit a G-28 to the USCIS location listed at the bottom of this notice. For more information on filing G-28, please visit http://www.uscis.gov/forms/filing-your-form-g-28.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

**USCIS OFFICE ADDRESS**
USCIS
P. O. Box 805887
Chicago, IL 60680

**USCIS CONTACT CENTER NUMBER**
(800)375-5283
APPLICANT COPY



TRN# 1022067094160    BIN# 1905125

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21