```
05/16/2017  03:23    77053392(         LOS CARRILLO II               PAGE 01
```

THE EMBASSY OF THE UNITED STATES OF AMERICA
APO AA 34023
SAN SALVADOR, EL SALVADOR

Date: 13DEC94

JUAN EVANGELISTA MEJIA
2384 CHAMPLAIN ST. N.W. #202
WASHINGTON
DC
20009

Dear JUAN EVANGELISTA MEJIA:

Esta oficina esta lista para iniciar los tramites finales sobre la solicitud de visado de inmigrante de (de los) solicitante(s) que aparece(n) a continuacion en este expediente. Se ha concertado una cita para llevar a cabo la entrevista de solicitud de visa en la Seccion de Visados de Inmigrante en la fecha que aparece al pie de la pagina. Se debe presentar esta carta al llegar a la oficina en la fecha senalada.

Sirvase examinar la informacion adjunta para obtener mayor informacion acerca del examen medico al que deben someterse todos los futuros inmigrantes. Asegurese de leer toda la informacion adjunta y seguir muy cuidadosamente las instrucciones contenidas en la misma. Al comunicarse con esta oficina, bien sea, por telefono o por carta, debera referirse SIEMPRE a su nombre y numero de expediente, tal y como aparecen al pie de la pagina.

Atentamente,

Jefe, Seccion de Visados de Inmigrante

| Cita para la solicitud de visado | | Cita para el examen medico | |
|---|---|---|---|
| Fecha | Hora | Fecha | Hora |
| JAN 13, 1995 | 7:00 | SEE ENCLOSURE(S) | |

Case Number: SNS1990047184
Name (P)   : MEJIA, JUAN EVANGELISTA

Traveling Applicants:
  (P)  MEJIA, JUAN EVANGELISTA       25DEC42
  (C)  MEJIA, GLADIS YOLANDA         01APR78
  (C)  MEJIA, MARVIN ANIVAL          01AUG83
  (C)  MEJIA, JOSE SANTOS            04FEB81
  (C)  MEJIA, JUAN CARLOS            18JUN86

Preference Category: EW   - ELSL

Encl: Packet 4

(TLPkt4)
09/27/83

P.10