Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797, Notice of Action**

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-14-901-02774 | | CASE TYPE I130 PETITION FOR ALIEN RELATIVE |
|---|---|---|
| RECEIPT DATE<br>January 29, 2014 | PRIORITY DATE<br>January 28, 2014 | PETITIONER A058 966 341<br>BONILLA, IRIS M. |
| NOTICE DATE<br>June 18, 2014 | PAGE<br>1 of 1 | BENEFICIARY<br>MEJIA, MARVIN A. |

PATRICIA MARGARITA MENDOZA
MENDOZA LAW OFFICES P A
2038 N KROME AVE
HOMESTEAD FL 33030

Notice Type: Approval Notice
Section: Husband or wife of U.S. Citizen,
201(b) INA

The above petition has been approved. We have sent the original visa petition to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate.

The NVC will contact the person for whom you are petitioning (beneficiary) concerning further immigrant visa processing steps.

You should allow a minimum of 30 days for Department of State processing before contacting the NVC. If you have not received any correspondence from the NVC within 30 days, you may contact the NVC by e-mail at NVCINQUIRY@state.gov. You will need to enter the USCIS receipt number from this approval notice in the subject line. In order to receive information about your petition, you will need to include the Petitioner's name and date of birth, and the Applicant's name and date of birth, in the body of the e-mail.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVCS
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS   VT   05479-0001
Customer Service Telephone: (800) 375-5283



P 9