**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

> **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| SRC1823550297 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| Received Date | Priority Date | Applicant  A098 893 935 |
| 08/29/2018 | | MEJIA, MARVIN ANIBAL |
| Notice Date | Page | Beneficiary  A098 893 935 |
| 08/29/2018 | 1 of 2 | MEJIA, MARVIN ANIBAL |

MARVIN ANIBAL MEJIA
c/o CAROLINA ANTONINI
ANTONINI & COHEN IMMIGRATION
2751 BUFORD HWY NE FL 8
ATLANTA GA 30324

**Notice Type:** Receipt Notice
Amount received: $2225.00 U.S.
Section: EOIR Form

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283** or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488

USCIS Contact Center: 1-800-375-5283



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 07/11/14 Y

Department of Homeland Security  
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | | Case Type |
|---|---|---|
| SRC1823550297 | | I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS |
| Received Date | Priority Date | Applicant  A098 893 935 |
| 08/29/2018 | | MEJIA, MARVIN ANIBAL |
| Notice Date | Page | Beneficiary  A098 893 935 |
| 08/29/2018 | 2 of 2 | MEJIA, MARVIN ANIBAL |

verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Texas Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 851488 - DEPT A
Mesquite TX 75185-1488
USCIS Contact Center: 1-800-375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C 07/11/14 Y

| Department of Homeland Security | Form I-797C, Notice of Action |
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| SRC1823550297 | EOIR I-485 Application to Register Permanent Residence or Adjust Status |

| RECEIVED DATE | PRIORITY DATE | APPLICANT A098893935 |
|---|---|---|
| 8/29/2018 | | MEJIA, MARVIN ANIBAL |

| NOTICE DATE | PAGE | PRINCIPAL ALIEN |
|---|---|---|
| 8/30/2018 | 1 of 1 | |

ANTONINI & COHEN IMMIGRATION
CAROLINA ANTONINI
2751 BUFORD HWY NE FL 8
ATLANTA      GA      30324

**Notice Type:** Receipt Notice

**Amount Received:** $1,140.00

This notice acknowledges the above receipt of your designated application and fee as part of the requirements before the immigration judge can grant relief in your case.

The above application has been received and accepted as an I-485 receipt at the Texas Service Center. The actual case you submitted is listed in the block marked 'CASE TYPE'. The Receipt Notice Amount received does not include the biometrics fee of $85, if paid.

Please notify us immediatley if any of the above information is incorrect.

A fingerprint appointment will be scheduled and you will be notified at a later date.

Always remember to call customer service if you move while your case is pending.

You will be notified seperatley about any other cases you have filed

CITIZENSHIP & IMMIGRATION SERVICE



Customer Service Telephone: See Reverse

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C 07/11/14 Y