

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT

Respondent Name:
VELASQUEZ-COSTA, FELIX
AKA MARVIN ANIBAL MEJIA

To:
Antonini, Carolina
2751 Buford Highway 8th Floor
Atlanta, GA 30324

Alien Registration Number:
098893935

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
01/31/2022

## ORDER OF THE IMMIGRATION JUDGE

☒ Respondent   ☒ The Department of Homeland Security has filed the following motion in these proceedings: Joint motion to dismiss.

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

THE DEPARTMENT OF HOMELAND SECURITY'S MOTION TO DISMISS. Pursuant to 8 C.F.R. § 1239.2(c) to wit: 8 C.F.R. § 239.2(a)(7) the Department of Homeland Security, in a joint motion with Respondent, moves to dismiss removal proceedings in this instant case.

Immigration Judge: TAYLOR, PHILIP   01/31/2022

Appeal:   Department of Homeland Security:   ☐ waived   ☐ reserved
          Respondent:                        ☐ waived   ☐ reserved

Appeal Due:

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien's atty/rep. | [ E ] DHS
By: Nair, Prasanth, Court Staff
Date: 01/31/2022