# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE<br>Rejection Notice | | | NOTICE DATE<br>November 04, 2022 |
|---|---|---|---|
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | | | USCIS ALIEN NUMBER<br>A098893935 |
| RECEIPT NUMBER<br>MSC2390068019 | RECEIVED DATE<br>November 02, 2022 | DATE OF BIRTH<br>August 01, 1983 | PAGE<br>1 of 1 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

MARVIN A. MEJIA
C/O CAROLINA ANTONINI ANTONINI AND COHEN IMMIGRA
2751 BUFORD HWY NE FLR 8TH
ATLANTA, GA 30324

This is in reference to the I-485, Application to Register Permanent Residence or Adjust Status, you submitted. Your I-485, fees, and any supporting documentation is being returned to you for the following reason(s):

The application/petition was filed on an outdated version of this form. Please resubmit your application/petition on the current version of this form with the appropriate fees to the address listed on the bottom of this page.

Information concerning USCIS forms and filing instructions is available on the USCIS website at www.uscis.gov.

Please be sure to complete the application fully, submit the appropriate fees, and include all required supporting documentation.

If you submitted a G-1450 Authorization for Credit Card Transaction, your submitted G-1450 has been destroyed.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| USCIS OFFICE ADDRESS<br>USCIS<br>P. O. Box 650288<br>Dallas, TX 75265 | USCIS CONTACT CENTER NUMBER<br>(800)375-5283<br>ATTORNEY COPY<br> |
|---|---|

TRN# 2022167635890   BIN# 2908615