



THE FOREIGN SERVICE
OF THE
UNITED STATES OF AMERICA

| APPLICANT'S PRIORITY DATE: |
|---|
| Apr. 8, 1988 |
| FOREIGN STATE CHARGEABILITY |
| JAM |
| Preference Category |
| P2 - 2 |

Case # 88 224067

*Dear Visa Applicant:* Karen Angelia Williamson

I. This letter concerns your interest in immigrating to the United States. The box checked below indicates the basis on which you may proceed with your immigrant visa application.

☐ This office has received an approved petition according you status as an immediate relative of an American citizen.

☒ This office has received an approved petition according you _____ preference status.

☐ This office has received an approved certification from the Department of Labor.

☐ It has been determined that you are exempt from the labor certification requirement.

II. You should now prepare for your appointment to file a formal immigrant visa application by taking the three steps listed in paragraph III. If you have any questions, please communicate with this office.

III. The steps you should take to prepare for your appointment to file your formal immigrant visa application are:

A. FIRST, complete and return immediately to this office the enclosed Optional Form 179 (Formerly DSP-70), Biographic Data for Visa Purposes.

B. SECOND, obtain the following documents. DO NOT SEND THEM TO THIS OFFICE. As you obtain each document, check the box before each item:

☒ 1. Passports.—A passport must be valid for at least six months and it must be endorsed by the issuing authority for travel to the United States. Each child 16 years of age or older, who is included in the parents' passport but whose photograph does not appear in such passport must obtain his own separate passport.

☐ 2. Birth Certificates.—Two certified copies of the birth record of each person named in the application are required, unless birth certificate is being submitted at this time in connection with a separate visa application. This includes all unmarried children under age 21 (if deceased, so state giving year of death) even though they may not wish to immigrate at this time. The certificate must state the date and place of birth and the names of both parents. It must also be indicated on the certificate that it is an extract from the official records. Photostatic copies are acceptable provided the original is offered for inspection by the consular officer.

☐ Unobtainable Birth Certificate.—In rare cases, it may be impossible to obtain a birth certificate because records have been destroyed, or the government will not issue one. In such a case, a baptismal certificate, in duplicate, may be submitted for consideration provided it contains the date and place of the applicant's birth and information concerning parentage and provided the baptism took place shortly after birth. Should a baptismal certificate be unobtainable, a close relative, preferably the applicant's mother, should prepare

50169-105
OPTIONAL FORM 169
DEPT. OF STATE
(Rev. 9-81)

NSN 7540-00-130-8143
Previous Edition Not Usable

AMERICAN EMBASSY
P.O. BOX 541 (16 OXFORD ROAD)
KINGSTON 5, JAMAICA

DATE: 13MAR89

KAREN ANGELINE WILLIAMSON
104-12-120TH STREET
RICHMOND HILL, NEW YORK 11419

DEAR KAREN ANGELINE WILLIAMSON:

THE ENCLOSED INFORMATION PERTAINS TO YOUR INTEREST IN IMMIGRATING TO THE UNITED STATES.

PLEASE READ AND FOLLOW ALL OF THE ENCLOSED INSTRUCTIONS VERY CAREFULLY. WHEN COMMUNICATING WITH THIS OFFICE EITHER BY TELEPHONE OR LETTER, YOU MUST ALWAYS REFER TO YOUR NAME AND CASE NUMBER EXACTLY AS THEY APPEAR BELOW.

SINCERELY,

CHIEF, IMMIGRANT VISA BRANCH

CASE NUMBER: K8224067
NAME (P)   : WILLIAMSON, KAREN ANGELINE

PREFERENCE CATEGORY:  P22 - JAM
YOUR PRIORITY DATE :  02APR88

TRAVELING APPLICANTS:
  (P)  WILLIAMSON, KAREN ANGELINE

17OCT70

ENCL: PACKET 3

(TL/KTS)
10/25/1?