

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT

| | |
|---|---|
| Respondent Name:<br>WILLIAMSON, KAREN ANGELINE | A-Number:<br>028981814 |
| To:<br>cohen, marshall lewis<br>2751 Buford Hwy, NE<br>8th Floor<br>Atlanta, GA 30324 | Riders:<br>In Removal Proceedings<br>Initiated by the Department of Homeland Security<br>Date:<br>07/19/2022 |

## ORDER OF THE IMMIGRATION JUDGE

☒ Respondent  ☒ The Department of Homeland Security has filed the following motion in these proceedings: JOINT MOTION TO DISMISS.

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

8 C.F.R. § 1239.2(c) to wit: 8 C.F.R. § 239.2 (a)(7) and (c) the matter was dismissed pursuant to the exercise of prosecutorial discretion.

*(signature)*

Immigration Judge: Maldonado, Njeri  07/19/2022

Appeal:  Department of Homeland Security:  ☐ waived  ☐ reserved
         Respondent:                       ☐ waived  ☐ reserved

Appeal Due: