-11-



P.11