

**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ATLANTA - W. PEACHTREE STREET IMMIGRATION COURT**

Respondent Name:
XULU, JULIO ELIAS

To:
Antonini, Carolina
2751 Buford Highway 8th Floor
Atlanta, GA 30324

Alien Registration Number:
206306372

Riders:

In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
06/04/2021

## ORDER OF THE IMMIGRATION JUDGE

☐ Respondent  ☒ The Department of Homeland Security has filed the following motion in these proceedings: MOTION TO DISMISS. Pursuant to 8 C.F.R. § 1239.2(c) to wit: 8 C.F.R. § 239.2(a)(7) the Department of Homeland Security moves to dismiss removal proceedings in this instant case. .

After considering the facts and circumstances, the motion is ☒ granted ☐ denied for the following reason(s):

Immigration Judge: Maldonado, Njeri  06/04/2021

Appeal: Department of Homeland Security:  ☐ waived  ☐ reserved
Respondent:  ☐ waived  ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [ ] Alien | [ ] Alien c/o custodial officer | [ M ] Alien's atty/rep. | [ P ] DHS
By: Ray, Benjamin , Court Staff
Date: 06/04/2021