

# ANTONINI & COHEN
IMMIGRATION LAW GROUP

2751 BUFORD HIGHWAY, NE - SUITE 500, ATLANTA GA 30324
404.523.8141 | FAX 678.436.8843 | ANTONINIANDCOHEN.COM

May 24, 2022

VIA FEDEX GROUND

USCIS
Attn: Interview Scheduling
2150 Parklake Drive NE
Atlanta, GA 30345

Applicant: **XULU, Julio Elias, A206 306 372**

## REQUEST TO SCHEDULE ADJUSTMENT OF STATUS INTERVIEW

## REMOVAL PROCEEDINGS DISMISSED PRIOR TO I-485 ADJUDICATION

Dear Officer:

Julio Elias Xulu filed for an adjustment of status before the Atlanta Immigration Court. In 2018 he paid all application fees and submitted supporting documents in connection with his application for relief. On June 4, 2021 the Immigration Judge dismissed removal proceedings so that the Applicant could pursue his applications for relief before U.S. CIS. **We are submitting the attached evidence of the applications and evidence that were submitted to the court and requesting that your office schedule him for an Adjustment of Status interview.**

Enclosed please find the following:

A. ORDER OF THE IMMIGRATION JUDGE DISMISSING REMOVAL PROCEEDINGS

B. ADJUSTMENT OF STATUS

   1. U.S. CIS filing fee receipt for $1225 paid on June 28, 2018;
   2. Form I-485 submitted to the Immigration Court on July 26, 2018;
   3. Evidence biometrics were taken on July 17, 2018;
   4. Form I-864; and
   5. Supporting documents.

If you have any questions regarding this request please contact our office at 404-523-8141.

Sincerely,
Antonini and Cohen Immigration Law Group

Carolina Antonini, Esq.