Do Not Staple   6969

| Form **1096** (Rev. January 2021) Department of the Treasury Internal Revenue Service | **Annual Summary and Transmittal of U.S. Information Returns** | OMB No. 1545-0108 **2020** |

**FILER'S name**
Emil Suiugan
Prime Painters, LLC

**Street address (including room or suite number)**
1760 Shady Creek Lane

**City or town, state or province, country, and ZIP or foreign postal code**
Lawrenceville, GA 30043

**Name of person to contact**
Emil Suiugan

**Telephone number**
770-827-1115

**Email address**
PrimepaintersLLC@Yahoo.com

**Fax number**

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| ▓▓4723 | | 11 | $ | $ 423069.00 |

**6** Enter an "X" in only one box below to indicate the type of form being filed.

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-F 03 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 | 1099-LS 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-LTC 93 | 1099-MISC 95 | 1099-NEC 71 | 1099-OID 96 | 1099-PATR 97 | 1099-Q 31 | 1099-QA 1A | 1099-R 98 | 1099-S 75 | 1099-SA 94 | 1099-SB 43 | 3921 25 | 3922 26 | 5498 28 | 5498-ESA 72 | 5498-QA 2A | 5498-SA 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶                                               Title ▶                          Date ▶

## Instructions

**Future developments.** For the latest information about developments related to Form 1096, such as legislation enacted after it was published, go to *www.irs.gov/Form1096*.
**Reminder.** The only acceptable method of electronically filing information returns listed on this form in box 6 with the IRS is through the FIRE System. See Pub. 1220.
**Purpose of form.** Use this form to transmit paper Forms 1097, 1098, 1099, 3921, 3922, 5498, and W-2G to the IRS.
**Caution:** If you are required to file 250 or more information returns of any one type, you must file electronically. If you are required to file electronically but fail to do so, and you do not have an approved waiver, you may be subject to a penalty. For more information, see part F in the 2020 General Instructions for Certain Information Returns.
   Forms 1099-QA and 5498-QA can be filed on paper only, regardless of the number of returns.
**Who must file.** Any person or entity who files any of the forms shown in line 6 above must file Form 1096 to transmit those forms to the IRS.
   Enter the filer's name, address (including room, suite, or other unit number), and taxpayer identification number (TIN) in the spaces provided on the form. The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1097, 1098, 1099, 3921, 3922, 5498, or W-2G.

**When to file.** File Form 1096 as follows.
● With Forms 1097, 1098, 1099, 3921, 3922, or W-2G, file by March 1, 2021.
● With Form 1099-NEC, file by February 1, 2021.
● With Forms 5498, file by June 1, 2021.

## Where To File

Send all information returns filed on paper with Form 1096 to the following.

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following address |
|---|---|
| Alabama, Arizona, Arkansas, Delaware, Florida, Georgia, Kentucky, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Texas, Vermont, Virginia | Internal Revenue Service Austin Submission Processing Center P.O. Box 149213 Austin, TX 78714 |

For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2020 General Instructions for Certain Information Returns.

0 0 0 0 / 1833                    Form **1096** (2020)

HTA

**EXHIBIT 3**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2020** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | **1** Nonemployee compensation<br>$  42941.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br><br>▓▓▓4723 | RECIPIENT'S TIN<br><br>XXX-XX-8135 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Jose Guillermo Perez<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓ | | **3**<br><br>**4** Federal income tax withheld<br><br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**     (keep for your records)     www.irs.gov/Form1099NEC     Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2020** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | **1** Nonemployee compensation<br>$  15600.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br><br>▓▓▓4723 | RECIPIENT'S TIN<br><br>XXX-XX-0267 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Jose R Jimenez<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓ | | **3**<br><br>**4** Federal income tax withheld<br><br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**     (keep for your records)     www.irs.gov/Form1099NEC     Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 2020 Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br>770-827-1115 | | **1** Nonemployee compensation<br>$                                   81850.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br>▇4723 | RECIPIENT'S TIN<br>XXX-XX-3833 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Jose A Batres Morales<br>▇▇▇▇▇▇▇▇▇▇▇▇ | | **3**<br><br>**4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.          **7** State income<br>                                                    $<br>                                                    $ |

Form **1099-NEC**           (keep for your records)           www.irs.gov/Form1099NEC           Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 2020 Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br>770-827-1115 | | **1** Nonemployee compensation<br>$                                   35200.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br>▇4723 | RECIPIENT'S TIN<br>XXX-XX-7598 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Ernesto Velasquez<br>▇▇▇▇▇▇▇▇▇▇▇▇ | | **3**<br><br>**4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.          **7** State income<br>                                                    $<br>                                                    $ |

Form **1099-NEC**           (keep for your records)           www.irs.gov/Form1099NEC           Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2020** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br>770-827-1115 | | **1** Nonemployee compensation<br>$ 26678.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br>▮4723 | RECIPIENT'S TIN<br>XXX-XX-4502 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br>Josue J Chicas<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮ | | **3**<br>**4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2020** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br>770-827-1115 | | **1** Nonemployee compensation<br>$ 18800.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br>▮4723 | RECIPIENT'S TIN<br>XXX-XX-3593 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br>Eliya S Ayala<br>▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮ | | **3**<br>**4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | **2020**<br><br>Form **1099-NEC** | |

| | | 1 Nonemployee compensation<br>$                        32200.00 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| PAYER'S TIN<br><br>▇▇▇4723 | RECIPIENT'S TIN<br><br>XXX-XX-6406 | 2 | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Jaime A Mejia Carranza<br>▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇ | | 3 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld<br><br>$ | |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | 5 State tax withheld<br>$<br>$ | 6 State/Payer's state no. | 7 State income<br>$<br>$ |

Form **1099-NEC**            (keep for your records)            www.irs.gov/Form1099NEC            Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | **2020**<br><br>Form **1099-NEC** | |

| | | 1 Nonemployee compensation<br>$                        32200.00 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| PAYER'S TIN<br><br>▇▇▇4723 | RECIPIENT'S TIN<br><br>XXX-XX-6398 | 2 | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Jose E Morales Larin<br>▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇ | | 3 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 4 Federal income tax withheld<br><br>$ | |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | 5 State tax withheld<br>$     .<br>$ | 6 State/Payer's state no. | 7 State income<br>$<br>$ |

Form **1099-NEC**            (keep for your records)            www.irs.gov/Form1099NEC            Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | OMB No. 1545-0116<br><br>**2020**<br><br>Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| | | **1** Nonemployee compensation<br>$ 57700.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br><br>▮▮▮▮4723 | RECIPIENT'S TIN<br><br>XXX-XX-3172 | **2**<br>$ | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Rene A Reyes Alfaro<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮ | | **3**<br><br>**4** Federal income tax withheld<br><br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**     (keep for your records)     www.irs.gov/Form1099NEC     Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Emil Suiugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | OMB No. 1545-0116<br><br>**2020**<br><br>Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| | | **1** Nonemployee compensation<br>$ 22700.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br><br>▮▮▮▮4723 | RECIPIENT'S TIN<br><br>XXX-XX-3823 | **2**<br>$ | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Ivan Cruz Rincon<br>▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮ | | **3**<br><br>**4** Federal income tax withheld<br><br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**     (keep for your records)     www.irs.gov/Form1099NEC     Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Emil Sulugan<br>Prime Painters, LLC<br>1760 Shady Creek Lane<br>Lawrenceville, GA 30043<br><br>770-827-1115 | | OMB No. 1545-0116<br><br>**2020**<br><br>Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| | | **1** Nonemployee compensation<br>$ 57200.00 | **Copy B**<br>**For Recipient** |
| PAYER'S TIN<br><br>▇▇▇▇-4723 | RECIPIENT'S TIN<br><br>XXX-XX-7319 | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>Jose B Cisneros Perez<br>▇▇▇▇▇▇▇▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇ | | **3**<br><br>**4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116<br><br>**2020**<br><br>Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| | | **1** Nonemployee compensation<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S TIN | RECIPIENT'S TIN | **2** | |
| RECIPIENT'S name, street address, city, state, country and ZIP code | | **3**<br><br>**4** Federal income tax withheld<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | FATCA filing requirement ☐ | | |
| Account number (see instructions) | | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no. | **7** State income<br>$<br>$ |

Form **1099-NEC**    (keep for your records)    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service