# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: SUBPOENA ISSUED TO NON-PARTY INNOVATION LAW LAB | Case No.: _____ |
| IN THE MATTER OF:<br><br>The State of Arizona,<br>By and Through its Attorney General, Mark Brnovich, et al.,<br><br>Plaintiffs,<br>v.<br><br>Merrick Garland, in his official capacity as Attorney General of the United States, et al.,<br><br>Defendants. | United States District Court<br>Western District of Louisiana<br>LaFayette Division<br>Civil Action No.:<br>6:22-cv-01130-DCJ-CBW |

## INNOVATION LAW LAB'S MOTION TO QUASH THIRD-PARTY RULE 45 SUBPOENA

**COMES NOW**, pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party Innovation Law Lab ("Law Lab"), and respectfully moves this Court to quash Plaintiff's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena"). As set out more

thoroughly in the attached Memorandum, the Subpoena requires disclosure of privileged material and production would be unduly burdensome for Law Lab.

This 16th day of March, 2023.

| | |
|---|---|
| **KILPATRICK TOWNSEND & STOCKTON LLP**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4530<br>(404) 815-6500<br>Fax: (404) 815-6555<br>TCaldas@kilpatricktownsend.com<br>GReddy@kilpatricktownsend.com<br>BTRichardson@kilpatricktownsend.com | /s/ Bennett T. Richardson<br>Gautam Reddy<br>Georgia Bar No. 757546<br>Tamara Serwer Caldas<br>Georgia Bar No. 617053<br>Bennett T. Richardson<br>Georgia Bar No. 974586<br><br>*Attorneys for Innovation Law Lab*<br><br>OF COUNSEL:<br><br>Emily Greb<br>Nancy Cruz<br>Kaitlin Dryden<br>**PERKINS COIE LLP**<br>33 East Main Street, Suite 201<br>Madison, WI 53703<br>Phone: (608) 663-7460<br>Fax: (608) 663-7499<br>EGreb@perkinscoie.com<br>NCruz@perkinscoie.com<br>KDryden@perkinscoie.com |

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document filed with the Clerk of Court has been prepared in 14 point Times New Roman font, in accordance with Local Rule 5.1(C).

Dated:	March 16, 2023.

/s/ Bennett T. Richardson
Bennett T. Richardson

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I electronically filed the within and foregoing **INNOVATION LAW LAB'S MOTION TO QUASH THIRD-PARTY RULE 45 SUBPOENA**, with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

I further certify that on this day, I served a true and correct copy of the within and foregoing upon counsel of record in the underlying action by electronic email and by depositing a true and correct copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL
Joseph S. St. John
Deputy Solicitor General
Office of the Attorney General
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA  70804
STJohnj@ag.louisiana.gov

*Counsel for State of Louisiana*
*A Plaintiff in the Underlying Action*

Brian Ward
U S Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Brian.c.ward@usdoj.gov

Erez R. Reuveni
U S Department of Justice
Civil Division (5th)
450 5th Street NW
Washington, D.C.  20001
Erez.r.reuveni@usdoj.gov

*Counsel for Defendants*
*In the Underlying Action*

Dated:  March 16, 2023

| | |
|---|---|
| **KILPATRICK TOWNSEND & STOCKTON LLP**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4530<br>(404) 815-6500<br>Fax: (404) 815-6555<br>TCaldas@kilpatricktownsend.com<br>GReddy@kilpatricktownsend.com<br>BTRichardson@kilpatricktownsend.com | /s/ Gautam Reddy<br>Gautam Reddy<br>Georgia Bar No. 757546<br>Tamara Serwer Caldas<br>Georgia Bar No. 617053<br>Bennett T. Richardson<br>Georgia Bar No. 974586<br><br>*Attorneys for Innovation Law Lab* |