IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: SUBPOENA ISSUED TO NON-PARTY INNOVATION LAW LAB<br><br>IN THE MATTER OF:<br><br>The State of Arizona,<br>By and Through its Attorney General, Mark Brnovich, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick Garland, in his official capacity as Attorney General of the United States, et al.,<br><br>Defendants. | **Case No.:** _____<br><br><br><br><br><br>United States District Court<br>Western District of Louisiana<br>LaFayette Division<br>Civil Action No. 6:22-cv-01130-DCJ-CBW |

## DECLARATION OF NANCY CRUZ IN SUPPORT OF INNOVATION LAW LAB'S MOTION TO QUASH THIRD-PARTY <u>RULE 45 SUBPOENA</u>

I, Nancy Cruz, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto. I state that the following is true and correct to the best of my knowledge and belief.

161455562.1

2. I am employed as an attorney with Perkins Coie LLP. I represent Innovation Law Lab ("Law Lab") in the above-captioned action.

3. Attached hereto as Exhibit A is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated February 17, 2023 ("Subpoena").

4. Attached hereto as Exhibit B is a true and correct copy of the Second Amended Complaint filed on November 10, 2022, with the United States District Court for the Western District of Louisiana Lafayette Division, in Civil Action No. 6:22-cv-01130-DCJ-CBW.

5. Attached hereto as Exhibit C is a true and correct copy of the Status Report submitted on December 2, 2022, by the parties to the United States District Court for the Western District of Louisiana Lafayette Division, in Civil Action No. 6:22-cv-01130-DCJ-CBW.

6. Attached hereto as Exhibit D is a true and correct copy of the Minutes of Court for a Status Conference held on December 16, 2022, by the United States District Court for the Western District of Louisiana Lafayette Division, in Civil Action No. 6:22-cv-01130-DCJ-CBW.

7. Attached hereto as Exhibit E is a true and correct copy of the Minutes of Court for a Status Conference held on January 17, 2023, by the United States

District Court for the Western District of Louisiana Lafayette Division, in Civil Action No. 6:22-cv-01130-DCJ-CBW.

8.    Attached hereto as Exhibit F is a true and correct copy of e-mail correspondence between Perkins Coie LLP partner, Emily Greb, and Deputy Solicitor General, Joseph Scott St. John, or the State of Louisiana's Office of Attorney General, by which attorneys conferred regarding service of and compliance with the Subpoena attached as Exhibit A to this declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed on March 16, 2023

By: /s/ Nancy Cruz<br>Nancy Cruz

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I electronically filed the within and foregoing **DECLARATION OF NANCY CRUZ IN SUPPORT OF INNOVATION LAW LAB'S MOTION TO QUASH THIRD-PARTY RULE 45 SUBPOENA**, with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

I further certify that on this day, I served a true and correct copy of the within and foregoing upon counsel of record in the underlying action by electronic email and by depositing a true and correct copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

| | |
|---|---|
| JEFF LANDRY<br>LOUISIANA ATTORNEY GENERAL<br>Joseph S. St. John<br>Deputy Solicitor General<br>Office of the Attorney General<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA  70804<br>STJohnj@ag.louisiana.gov<br><br>*Counsel for State of Louisiana*<br>*A Plaintiff in the Underlying Action* | Brian Ward<br>U S Department of Justice<br>P.O. Box 868 Ben Franklin Station<br>Washington, D.C. 20044<br>Brian.c.ward@usdoj.gov<br><br>Erez R. Reuveni<br>U S Department of Justice<br>Civil Division (5th)<br>450 5th Street NW<br>Washington, D.C.  20001<br>Erez.r.reuveni@usdoj.gov<br><br>*Counsel for Defendants*<br>*In the Underlying Action* |

161455562.1

- 2 -

Dated:  March 16, 2023

| | |
|---|---|
| **KILPATRICK TOWNSEND &<br>   STOCKTON LLP**<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309-4530<br>(404) 815-6500<br>Fax:  (404) 815-6555<br>TCaldas@kilpatricktownsend.com<br>GReddy@kilpatricktownsend.com<br>BTRichardson@kilpatricktownsend.com | /s/ Bennett T. Richardson<br>Gautam Reddy<br>Georgia Bar No. 757546<br>Tamara Serwer Caldas<br>Georgia Bar No. 617053<br>Bennett T. Richardson<br>Georgia Bar No. 974586<br><br>*Attorneys for Innovation Law Lab* |