# Exhibit D

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**STATE OF ARIZONA ET AL**                    **CASE NO.  6:22-CV-01130**

**VERSUS**                                    **JUDGE DAVID C. JOSEPH**

**MERRICK GARLAND ET AL**                     **MAGISTRATE JUDGE CAROL B.**
                                              **WHITEHURST**

**MINUTES OF COURT:**
**Status Conference**

| | | |
|---|---|---|
| Date: | 12/16/2022 | Presiding: Judge David C. Joseph |
| Court Opened: | 10:00 AM | Courtroom Deputy: Lysandra Williams |
| Court Adjourned: | 10:27 AM | Courtroom: Zoom Video Conference |
| Statistical Time: | 27 Minutes | |

**APPEARANCES**

| | | | |
|---|---|---|---|
| Joseph Scott St John | | For | State of Louisiana, Plaintiff |
| Drew C Ensign | | For | State of Arizona, Plaintiff |
| Brian Ward | | For | U S Dept of Justice, Defendant |

**PROCEEDINGS**

A Status Conference was held December 16, 2022, via Zoom Video Conference.

The parties discussed ongoing discovery issues outlined in [89] JOINT STATUS REPORT filed December 2, 2022.

After discussion and careful consideration of the issues presented, the Court discussed its intent for the parties to engage in a period of jurisdictional discovery. Prior to commencing the period of jurisdictional discovery and on or before January 3, 2023, Plaintiffs are directed to apprise the Defendants of the factual bases – including the relevant states and agencies thereof – on which they seek to establish Article III standing.

The Court set a Status Conference for **January 5, 2023, at 10:00 a.m. via Zoom Video Conference**