

EXHIBIT "A"



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0002436642
Search Results: Displaying 1 of 1 entries



**Labeled View**

***Personal exposures / Elliott Erwitt.***

**Type of Work:** Visual Material
**Registration Number / Date:** TX0002436642 / 1988-11-10
**Title:** Personal exposures / Elliott Erwitt.
**Edition:** 1st ed.
**Imprint:** New York : W.W. Norton, c1988.
**Description:** 255 p.
**Copyright Claimant:** Elliott Erwitt
**Date of Creation:** 1988
**Date of Publication:** 1988-10-24
**Names:** Erwitt, Elliott



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  ∨  Format for Print/Save |
| Enter your email address:                           Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page