EXHIBIT "B"



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0002776374
Search Results: Displaying 1 of 1 entries



*In our time : the world as seen by Magnum photographers / William...*

**Type of Work:** Text

**Registration Number / Date:** TX0002776374 / 1989-11-13

**Title:** In our time : the world as seen by Magnum photographers / William Manchester ; essays by Jean Lacouture and Fred Ritchin.

**Edition:** 1st ed.

**Description:** 1 v.

**Copyright Claimant:** Magnum Photos, Inc.

**Date of Creation:** 1989

**Date of Publication:** 1989-11-02

**Authorship on Application:** photos.: Magnum Photos, Inc., employer for hire.

**Basis of Claim:** New Matter: "some photographs published for the first time and compilation."

**Copyright Note:** C.O. correspondence.

**Names:** Manchester, William
Lacouture, Jean
Ritchin, Fred
Magnum Photos, Inc.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ∨   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page