EXHIBIT "C"



# Copyright
United States Copyright Office

The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0001039311
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Halsman portraits / [Philippe Halsman] ; selected and edited by Yvonne...*

**Type of Work:** Visual Material
**Registration Number / Date:** TX0001039311 / 1982-12-20
**Application Title:** Portraits.
**Title:** Halsman portraits / [Philippe Halsman] ; selected and edited by Yvonne Halsman, with Irene Halsman Rosenberg and Jane Halsman Bello.
**Imprint:** New York : McGraw-Hill, c1983.
**Description:** 1 v.
**Copyright Claimant:** Yvonne Halsman
**Date of Creation:** 1981
**Date of Publication:** 1982-11-22
**Basis of Claim:** New Matter: "compilation."
**Names:** Halsman, Philippe
Rosenberg, Irene Halsman
Bello, Jane Halsman
Halsman, Yvonne



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record  ∨   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page