EXHIBIT "D"



The Library has opened access to the reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001714828
Search Results: Displaying 1 of 1 entries



Labeled View

*Portraits.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001714828 / 2009-04-10 |
| **Application Title:** | Portraits. |
| **Title:** | Portraits. |
| **Description:** | Book, 2c. |
| **Copyright Claimant:** | Steve McCurry, 1950- . Address: 434 Exton Commons, Exton, PA 19341, United States. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-06-17 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | Steve McCurry, 1950- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s), text, Compilation. |
| **Previous Registration:** | 1985 |
| **Pre-existing Material:** | photograph(s) |
| **Basis of Claim:** | photograph(s), text. |
| **ISBN:** | 071483839X |
| **Names:** | McCurry, Steve, 1950- |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record  ∨   Format for Print/Save |
| Enter your email address:                                Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page