EXHIBIT "E"



Page 3
16 Famous Photographers to Inspire You [ 2021 Updated]
https://www.colesclassroom.com/16-famous-photographers/

## Gary Winogrand

Winogrand was a street photographer who operated out of the Bronx, New York City. He worked as a freelance photojournalist and an advertising photographer but he loved the street. He had an ingenious way of shooting a decisive moment where he would focus without looking through the camera.

By guessing how far his subject was he would look at his lens and guess the focal point. He was very good enough at this and got great feedback while images time and time again. Winogrand was also known for shooting with a wide angle lens and putting it right in strangers faces to create black and white dynamic shots. His work will live forever as some of the best street photography images ever created.



Winogrand was always aware of how people fit in spaces as new comedy can be found in every aspect of life.

Start a FREE TRIAL at Cole's Classroom today!



Captured by FireShot Pro: 08 November 2021, 09:27:20
https://getfireshot.com



COLE'S CLASSROOM · PHOTOGRAPHY CLASSES · FREE RESOURCES · ABOUT · SIGN IN · Search

## Elliott Erwitt

Moving away from large format photography, Elliott Erwitt primarily shot on 35mm cameras. Erwitt was originally from France and immigrated to the United States to go to college. He worked as a photography assistant in the US army where he honed his skills.

As a photographer, Elliott focused a lot of his attention on *street photography* – and is some of the wittiest street American photographers over to grace the earth. His images are both deep and funny at the same time images. If you like street photography, Elliott Erwitt will blow you away!



*This is a classic example of Erwitt's comedic approach to photography.*

## Vivian Maier

SUBSCRIBE

Start a FREE TRIAL of Cole's Classroom today!

Captured by FireShot Pro: 13 November 2021, 09:23:54
https://getfireshot.com



COLE'S CLASSROOM

PHOTOGRAPHY CLASSES    FREE RESOURCES    ABOUT    SIGN IN

photography books.

# Here are some famous portrait photographers, past and present!

## Phillippe Halsman



Phillippe is a very well known portrait photographer, famous for his work during the 1940's. He still holds the record of having more covers of LIFE magazine, than any other photographer. He had a life-long friendship with the famous artist Salvador Dali, and they collaborated on many projects together. His portrait photography work is creative, innovative, and thought-provoking.

Start a FREE TRIAL of Cole's Classroom today!

SUBSCRIBE

Captured by FireShot Pro: 11 November 2021, 09:24:15
https://getfireshot.com



COLE'S CLASSROOM

PHOTOGRAPHY CLASSES ▾   FREE RESOURCES   ABOUT   SIGN IN

Search

Watch on ▶ YouTube

His most celebrated photograph is entitled "Afghan Girl" it's a simple portrait of a young girl. It's hard to describe how incredible the Afghan Girl photograph is, but there is just something so captivating about it. Afghan Girl captured the world's attention and has been one of the most prominent photos to ever grace to cover of National Geographic.

He tried to replicate his photo by photographing the same girl years later but it did not have the same effect. Steve McCurry is still working as a photographer and has spent a lot of his career overseas capturing stunning portraits of common people.

McCurry created a hauntingly beautiful image here.

## Robert Frank

Robert Frank was a Swiss-American photographer famous for his book entitles The Americans. Frank traveled across America by car in 1955 capturing the everyday lives of Americans. Which his book lively got panned and printed in the United States, it was met with criticism.

Start a FREE TRIAL of Cole's Classroom today!

SUBSCRIBE

Captured by [FireShot Pro 11 November 2021, 09:23:11]
https://getfireshot.com