IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**CRYSTAL BLOCKER, on behalf
Of herself and those similarly situated,**

    Plaintiff,

v.                                                                    CASE NO.:

**AFFORDABLE MEDICAL
RESOURCES, INC., a Georgia
Corporation, and PRAMOD
MATHUR, Individually,**

    Defendants.                      _____/

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, **CRYSTAL BLOCKER, on behalf of herself and those similarly situated,** give notice of filing the attached Notice of Consent to Join *(attached hereto as Exhibit "A").*

Dated this 17th day of March, 2023.

                                      **/s/ C. Ryan Morgan**
                                      C. RYAN MORGAN, ESQ.
                                      Georgia Bar No. 711884
                                      Morgan & Morgan, P.A.
                                      20 N. Orange Ave, 14th Floor
                                      Orlando, FL 32801
                                      ***MAILING ADDRESS:***
                                      *P.O. Box 530244*
                                      *Atlanta, GA 30353-0244*

T: (407) 420-1414
F: (407) 245-3401
E: Rmorgan@forthepeople.com
***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 17th of March 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that a copy of the foregoing has been forwarded to a process server to effectuate service on the Registered Agent for the Defendant this.

**/s/ C. Ryan Morgan**
C. Ryan Morgan, Esquire