UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| STEVEN AVERBACH, | |
| Plaintiff, | |
| v. | |
| MERCEDES-BENZ USA, LLC and | |
| MERCEDES-BENZ GROUP AG, | **Case No. _____** |
| Defendants. | |

## PLAINTIFF'S L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)    The undersigned counsel of record for a party to this action certifies

that the following is a full and complete list of all parties in this action, including

any parent corporation and any publicly held corporation that owns 10% or more

of the stock of a party:

Steven Averbach is the Plaintiff in this action.

Mercedes-Benz USA, LLC and Mercedes-Benz Group AG are Defendants in this action.

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorneys for Plaintiffs and the Proposed Class:

Ketan A. Patel
CORPUS LAW PATEL, LLC

Jonathan Shub
Benjamin Johns
SHUB LAW FIRM LLC

Troy M. Frederick
Beth A. Frederick
FREDERICK LAW GROUP, PLLC

(4)    For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship

is attributed to the party or proposed intervenor on whose behalf the certificate
is filed.

<u>Plaintiff</u>:    Steven Averbach – Florida

<u>Defendants</u>:    Mercedes-Benz USA LLC - Georgia

Mercedes-Benz Group AG - Germany

Respectfully submitted this 17th day of March, 2023.

By:_____

Ketan A. Patel (State Bar Number 121099)
CORPUS LAW PATEL, LLC
P.O. Box 724713
Atlanta, Georgia 31139
Telephone: (678) 597-8020
kp@corpus-law.com

Jonathan Shub (pro hac vice forthcoming)
Benjamin Johns (pro hac vice forthcoming)
SHUB LAW FIRM LLC
134 Kings Hwy. E., 2nd Fl.
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
jshub@shublawyers.com
bjohns@shublawyers.com
sholbrook@shublawyers.com

Troy M. Frederick (pro hac vice forthcoming)
Beth A. Frederick (pro hac vice forthcoming)
FREDERICK LAW GROUP, PLLC
836 Philadelphia Street
Indiana, Pennsylvania 15701
Telephone: (724) 801-8555

*Attorneys for Plaintiff*

- 4 -