IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERNEST GRANT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALFONSO GARFIAS, P & E )<br>DELIVERY, LLC, and GREAT )<br>WEST CASUALTY COMPANY, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO.: _____<br><br>DEMAND FOR JURY TRIAL |

## NOTICE OF REMOVAL

Defendants Alfonso Garfias, P & E Delivery, LLC, and Great West Casualty Company (collectively referred to herein as "Defendants") file this Notice of Removal showing the Court as follows:

1.

Plaintiff filed a civil action in the State Court of DeKalb County, Georgia, with Civil Action File No. 23A00395, alleging injuries stemming from a motor vehicle accident that occurred on March 26, 2021 on I-285 near its intersection with Bouldercrest Road SE in DeKalb County, Georgia. Plaintiff's Complaint names Alfonso Garfias, P & E Delivery, LLC, and Great West Casualty Company as Defendants in this action. The entire state court file is attached hereto as Exhibit "A".

2.

At the time the Complaint was filed, Plaintiff was a citizen of the State of Georgia.

3.

At the time the Complaint was filed, Defendant P & E Delivery, LLC, was a foreign limited liability company organized under the laws of the State of Arizona with its principal place of business located in Arizona.  P & E Delivery, LLC has two members, Ramon Herrera and Maria Herrera, both are domiciled in Arizona. Therefore, Ramon Herrera and Maria Herrera are citizens of Arizona and for diversity purposes P & E Delivery, LLC is also a citizen of Arizona.

4.

At the time the Complaint was filed, Defendant Alfonso Garfias was a citizen of the State of Arizona.

5.

At the time of the filing of the Complaint, Great West was a corporation incorporated under the laws of the State of Nebraska with its principal place of business located therein. Therefore, for diversity purposes Great West is a citizen of the State of Nebraska.

BWC 4866-3496-6356
2406050-000570

6.

In the Complaint, Plaintiff alleges that he has incurred physical injuries, losses, and damages due to the subject motor vehicle accident. (Compl. ¶¶ 15, 27, 28, 30, 31). Plaintiff alleges, in part, that he has incurred and will continue to incur medical expenses and conscious pain and suffering. (*Id.*). Further, Plaintiff has produced records to support his claimed medical expenses he alleges resulted from the subject accident that total $291,304.20.[1]

7.

Plaintiff is also seeking to recover an unknown amount of general damages, including pain, severe physical injury, and mental anguish. (*Id.* ¶ 15).

8.

Also, Plaintiff has demanded an amount from Defendants that far exceeds the medical expenses produced by Plaintiff and the requisite amount in controversy.[2] *See Henrikson v. Travelers Home & Marine Ins. Co.*, No. 2:18-CV-75-WKW, 2018 WL 3873583, at *2 (M.D. Ala. Aug. 15, 2018), citing *Grinnell Mut. Reinsurance Co. v. Haight,* 697 F.3d 582, 585 (7th Cir. 2012) ("Although settlement negotiations

---

[1] Records can be produced for the Court's review and consideration, but are not made an exhibit to protect the Plaintiff's private information.
[2] To comply with Rule 408 of the Federal Rules of Evidence, additional discussion and correspondence evidencing Plaintiff's valuation of his claims are not included herein, but can be submitted to the Court for *in camera* review.

are not admissible at trial pursuant to Federal Rule of Evidence 408 to prove liability for or invalidity of the claim or its amount, they can be considered "to show the stakes" when determining whether the amount in controversy is met."); *see also* Fed. R. Evid. 408(b) (settlement evidence may be admitted "for another purpose").

9.

Although Plaintiff's Complaint does not specify the amount of damages that he is seeking, based on Plaintiff's medical expenses, demand, and Complaint it is facially apparent that Plaintiff will be seeking damages in excess of $75,000 associated with his alleged injuries stemming from this accident (*See Roe v. Michelin North America, Inc.*, 613 F.3d 1058 (11th Cir. 2010)). Further, given the medical expenses Plaintiff is relying on in this case, the amount in controversy requirement is satisfied in this matter.

10.

Based on Plaintiff's allegations in the Complaint, Plaintiff's alleged injuries, medical expenses and pain and suffering alleged to be related to the subject incident, and alleged lost wages, the total of the alleged special and general damages at issue in this matter exceeds the amount in controversy requirement for removal to this Court, and the jurisdictional prerequisite is therefore satisfied. There is diversity of the parties at the time of this removal, which satisfies the remaining requisite

BWC 4866-3496-6356
2406050-000570

elements of jurisdiction and entitles Defendant to remove this action to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

11.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. §§ 1446(a) and (b) and, in accordance with U.S.C. § 1332(a), there being a complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

12.

Now, within thirty days after the receipt by Defendants of the document indicating that the amount in controversy has been met and thus making the case removable to this Court, notice is hereby given, in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11 of the Federal Rules of Civil Procedure, of the removal of said action to this Court.

13.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

14.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of DeKalb County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendants pray that the above-captioned lawsuit be removed to the United States Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 17th day of March, 2023.

| | |
|---|---|
| Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone:  (404) 577-6000<br>Facsimile:   (404) 221-6501<br>Email: mbarber@bakerdonelson.com<br>Email: bcole@bakerdonelson.com<br>Email: isassani@bakerdonelson.com | **BAKER, DONELSON, BEARMAN**<br>**CALDWELL & BERKOWITZ, PC**<br><br> /s/   Brent W. Cole<br>MARK A. BARBER<br>Georgia State Bar No. 036875<br>BRENT W. COLE<br>Georgia State Bar No. 294999<br>IDA SASSANI<br>Georgia State Bar No. 755953<br><br>*Attorneys for Defendants Alfonso*<br>*Garfias, P & E Delivery, LLC and*<br>*Great West Casualty Company* |

## **CERTIFICATION PURSUANT TO LOCAL RULE 5.1B**

This is to certify that this Pleading was created in Times New Roman 14-point font with a 1.5" top margin in accordance with Local Rule 5.1B.

This 17th day of March, 2023.

                        BAKER, DONELSON, BEARMAN
                        CALDWELL & BERKOWITZ, PC

                        */s/  Brent W. Cole*
                        BRENT W. COLE
                        Georgia State Bar No. 294999

                        *Attorney for Defendants Alfonso Garfias, P & E Delivery, LLC and Great West Casualty Company*

BWC 4866-3496-6356
2406050-000570

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF filing system, which will automatically send email notification of such filing to the following attorney of record, as well as by U.S. Mail, to:

Meredith Parrish
Senior Counsel, LLC
3330 Cumberland Boulevard
Suite 500
Atlanta, Georgia 30339
mparrish@seniorcounsel.legal

This 17th day of March, 2023.

| | |
|---|---|
| Monarch Plaza, Suite 1500<br>3414 Peachtree Road NE<br>Atlanta, Georgia 30326<br>Telephone:  (404) 577-6000<br>Facsimile:  (404) 221-6501<br>Email: bcole@bakerdonelson.com<br>Email: isassani@bakerdonelson.com | **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**<br><br> /s/  *Brent W. Cole*<br>BRENT W. COLE<br>Georgia State Bar No. 294999<br>IDA SASSANI<br>Georgia State Bar No. 755953<br><br>*Attorneys for Defendants Alfonso Garfias, P & E Delivery, LLC and Great West Casualty Company* |

BWC 4866-3496-6356
2406050-000570