# EXHIBIT 8

| | |
|---|---|
| **From:** | Cheikh Mboup |
| **To:** | Rick Forshay |
| **Subject:** | Schedule |
| **Date:** | Thursday, November 12, 2020 3:49:25 PM |
| **Attachments:** | image364135.png |
| | image254211.png |
| | image104779.png |
| | image603203.png |
| | image418658.png |

> **EXTERNAL:** This message did not originate from Active International. DO NOT CLICK on links or open attachments from unknown sources.

Hey Rick,

Please follow the schedule of payment below for the amount to be dispatched:

**Payment#1**

**Payable to:** Berry Direct

**Payment Type:** Wire

**Wire Instructions**: Routing# 221172186 ACCT# ▓▓▓▓▓▓

**Amount:** ▓▓▓▓▓▓

**Payment#2:**

**Payable to:** EAI

**Payment Type:** Wire

**Wire Instructions:** Routing#063013924 ACCT# ▓▓▓▓▓▓

**Amount:** ▓▓▓▓▓▓ (remaining)

**Cheikh Mboup**
President - COO

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2387 Direct**
edible.com | franchise opportunities | blog





The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.