# EXHIBIT 9

| | |
|---|---|
| **From:** | Cheikh Mboup |
| **To:** | Rick Forshay |
| **Subject:** | Re: Edible/Active 3Q Contract |
| **Date:** | Monday, August 23, 2021 4:06:49 PM |
| **Attachments:** | image002.png |
| | image529746.png |
| | image912603.png |
| | image540229.png |
| | image671804.png |
| | image677188.png |

> **EXTERNAL:** This message did not originate from Active International. DO NOT CLICK on links or open attachments from unknown sources.

Confirmed.

Get Outlook for iOS

**Cheikh Mboup**
President - COO

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
+1 678-992-2300  Main
+1 678-992-2387 Direct
edible.com | franchise opportunities | blog





**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Monday, August 23, 2021 1:04:09 PM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** RE: Edible/Active 3Q Contract

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**

Hi Cheikh,

My finance team is arranging payment. They asked that you please confirm Edible's **ACH** payment instructions. They said these can differ from wire instructions. Please let me know if this is correct. Thank you!

| Payable to | E.A. International LLC |
|---|---|
| Payment Type | Wire |
| Bank Name | BBVA USA |
| Routing # | 063013924 |
| ACCT # | ▮▮▮▮▮▮ |

Regards,
Rick

**From:** Rick Forshay
**Sent:** Thursday, August 19, 2021 11:36 AM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** FW: Edible/Active 3Q Contract

Hi Cheikh,

When you have a moment, please sign and return the attached. Also, kindly confirm the below remittance details are the same as last time. Thank you!

| Payable to | E.A. International LLC |
|---|---|
| Payment Type | Wire |

| Bank Name | BBVA USA |
|---|---|
| Routing # | 063013924 |
| ACCT # | ▮▮▮▮▮▮ |

Regards,

Rick

---

**From:** Rick Forshay
**Sent:** Friday, July 9, 2021 4:24 PM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** Edible/Active 3Q Contract

Hi Cheikh,

Happy Friday! I hope I'm not bothering you on your way to vacation. Tombras and Active have finalized the media buy but we were notified that we will be pushing the start date by a few days. I confirmed with the team that this won't be a problem and we are good to go as soon as we have the greenlight.

I've attached the new contract for your review. It is basically the same as the old except there is no inventory attached to the transaction. We will make a cash payment to Edible of ▮▮▮▮▮ in exchange for the media commitment of ▮▮▮▮▮. The media commitment equals the planned 3Q budget Active will place. If any of the budget is missed, we can roll the remainder it into the 4Q buy.

If you need time to review, there is no rush. As long as we have the signed MAFs (media authorization forms) from Edible and/or Tombras, we can proceed with booking the media schedule. We will ask Laura and Kevin for approval. I'm always available if you have any questions. Otherwise I hope you and your family have a great weekend and upcoming vacation. Thank you.

Regards,

Rick



Rick Forshay | VP, Strategic Partnership Group
Office: +1 (845) 732-8688
Rick.Forshay@activeinternational.com | www.activeinternational.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.