# EXHIBIT 10

| | |
|---|---|
| **From:** | Cheikh Mboup |
| **To:** | Rick Forshay |
| **Subject:** | Re: Edible/Active Update |
| **Date:** | Wednesday, November 10, 2021 4:08:56 PM |
| **Attachments:** | image001.png |
| | image396599.png |
| | image704103.png |
| | image396217.png |
| | image875082.png |
| | image276554.png |
| | Edible Addendum A #2021163.pdf |
| | Edible Addendum B #2021166.pdf |

EXTERNAL: This message did not originate from Active International. DO NOT CLICK on links or open attachments from unknown sources.

Please see attached.

EA International
Acct# ███████
Route# 267084199

Get Outlook for iOS



# Cheikh Mboup
**President - COO**

+1 678-992-2300 main
+1 678-992-2387 direct
Edible Arrangements, LLC
980 Hammond Drive. Suite 1000
Atlanta, GA 30328 USA

   

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Wednesday, November 10, 2021 2:22 PM
**To:** Cheikh Mboup
**Subject:** RE: Edible/Active Update

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**

Hi Cheikh,
We have the signatures to proceed with placing the media, but we need the attached signed in order to remit payment to Edible. We'd like to get payment scheduled this month. Please let me know if all is in order. If so, please advise which bank account(s) you would like to use. My colleague, Lucille will be sending the Docusign versions separately if they are more convenient. Thank you!
Regards,
Rick

**From:** Rick Forshay
**Sent:** Wednesday, November 3, 2021 11:14 AM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** RE: Edible/Active Update

Hi Cheikh,

I wanted to follow up on the contract updates. Once I have signatures and bank account info, I can schedule the payment. If it's easier, I can send via DocuSign. If you have any questions, please give me a call. Thank you.

Regards,
Rick

---

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Wednesday, October 13, 2021 10:23 AM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** RE: Edible/Active Update

Good morning Cheikh,

I hope all is well! I have two addendums to our previous contract attached. Please review and if all is on order, we can arrange payment once signatures are received.

Addendum A accounts for the additional budget added to the Q3 campaign. The media was already executed, so this commitment has been satisfied. We will pay Edible ████. Please let me know which account you would like for us to distribute funds into.

Addendum B covers Edible's Q4 media budget with Active. We will pay Edible █████ in exchange for a ████████ net media commitment. Please let me know which account you would like to use for this payment as well.

Going forward, I'd like your thoughts on a longer term contract. For example, if Edible is planning to budget ██████ in media over the next two years, we may be able to provide a ~█████ payment in exchange for this commitment. Please let me know how you would like to scale moving forward and we can craft a proposal according to your requirements. I'd love to catch up with you in the coming days if you have the time. Thank you.

Regards,
Rick

---

**From:** Rick Forshay
**Sent:** Monday, September 13, 2021 2:58 PM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** Edible/Active Update

Hi Cheikh,

Nice catching up with you earlier. I wanted to share the numbers to make sure we are all on the same page.

The Q3 budget was initially █████. We issued payment to Edible in the amount of █████ ███). Tombras asked us to shift █████ (Scatter: █████ / DR: █████) from the Q4 budget into Q3. Accordingly, Active will owe Edible an additional █████ for Q3.

We're waiting for Tombras to approve our Q4 plan and budget. Once confirmed, we will send to Laura and Erin for their approval. We were initially expected a Q4 budget of █████, which is revised down to █████ after diverting into Q3. In this case we will owe Edible █████. If the budgets are revised, we will adjust the payment to Edible accordingly (+/-) to ensure you are receiving a ███ benefit.

As discussed, we can grow the benefit significantly by leveraging Edible's digital spend. Tombras can continue purchasing and optimizing OTT programmatically, just as they are now, through their existing infrastructure. All they need to do is tag our deal ID to access our inventory. If Tombras agrees to a test, we will track all spend and return at least ███ net back to Edible. If you're in agreement, I will introduce Justin at Tombras to our digital team to review. Please let me know if you have any feedback or questions. Thank you!

Regards,
Rick

Rick Forshay | VP, Strategic Partnership Group
Office: +1 (845) 732-8688
Rick.Forshay@activeinternational.com | www.activeinternational.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.

REDACTED

REDACTED