# EXHIBIT 13

| | |
|---|---|
| **From:** | Cheikh Mboup |
| **To:** | Rick Forshay |
| **Subject:** | Re: Wire Details |
| **Date:** | Thursday, May 19, 2022 6:18:13 PM |
| **Attachments:** | image002.png |
| | image166760.png |
| | image244444.png |
| | image047165.png |
| | image944521.png |
| | image071032.png |
| | image333103.png |
| | image386362.png |
| | image303338.png |
| | image565506.png |
| | image327915.png |

Yes this is correct.

Get Outlook for iOS



## Cheikh Mboup
**President · COO**

+1 678-992-2300 main
+1 678-992-2387 direct
Edible Arrangements, LLC
980 Hammond Drive. Suite 1000
Atlanta, GA 30328 USA

   

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Thursday, May 19, 2022 4:53:26 PM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** FW: Wire Details

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**

Hi Cheikh,

Please confirm these are the current ACH instructions.  Thanks.


Regards,
Rick

**From:** Cheikh Mboup <cmboup@edible.com>
**Sent:** Monday, November 22, 2021 1:33 PM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Subject:** RE: Wire Details

EXTERNAL: This message did not originate from Active International. DO NOT CLICK on links or open attachments from unknown sources.

Please see attached.

Thanks



## Cheikh Mboup
**President - COO**

+1 678-992-2300 main
+1 678-992-2387 direct
Edible Arrangements, LLC
980 Hammond Drive. Suite 1000
Atlanta, GA 30328 USA

   

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Monday, November 22, 2021 1:10 PM
**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** Wire Details

==**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**==

Hi Cheikh,

Following up on our call last week, we are working on scheduling payment for Q4 and the overage from Q3.  When you have a moment, please forward your banking details on Edible letterhead that my finance team requires.  Thank you!


Regards,
Rick



Rick Forshay | VP, Strategic Partnership Group
Office: +1 (845) 732-8688 |  Mobile: +1 (845) 548-4553
Rick.Forshay@activeinternational.com | www.activeinternational.com


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.