# EXHIBIT 14

## Matt Peters

| | |
|---|---|
| **From:** | Rick Forshay <Rick.Forshay@activeinternational.com> |
| **Sent:** | Thursday, June 24, 2021 3:16 PM |
| **To:** | Scott Wakeman |
| **Subject:** | RE: Edible Q3 Barter Transaction |

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**

Hi Scott,

I hope you had a nice Father's Day.  Thanks for reaching out.  I sent over the business terms for Cheikh's review.  I'm just waiting to see if there are any changes he would like to see made, but I believe we are all set from a media perspective.  He asked that we bill Tombras directly, which is fine for us.


Regards,
Rick

---

**From:** Scott Wakeman <swakeman@edible.com>
**Sent:** Thursday, June 24, 2021 10:35 AM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

Rick,

Where do we stand on this?  Per your question below, the budget will absolutely remain the same.  Total of ▇▇▇ to be spent in this calendar year.

Can you forward a formal agreement to review?  Also, if the intention is for you to bill us directly, I need to know when you're planning to invoice us.

Thank you,
Scott


**Scott Wakeman**
Executive VP of Operations

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2233  Direct**
edible.com | franchise opportunities | blog



1

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Wednesday, June 16, 2021 5:02 PM
**To:** Scott Wakeman <swakeman@edible.com>
**Subject:** RE: Edible Q3 Barter Transaction

<mark>WARNING:</mark> **External E-mail. Use Caution if Opening Links and Attachments.**

Hi Scott,

We've received the plans, but were notified of revisions (start date, unit length, flight weeks, etc.) that we need to account for.  Also we're waiting for confirmation that the budget will remain the same, despite pushing the start date.

The team is diligently reviewing against our trades and positions with the networks in order to return the highest value possible back to Edible.  With that said, we're working towards getting the terms in place by end of week.  Please let me know if this works.

Thank you.


Regards,
Rick

---

**From:** Scott Wakeman <swakeman@edible.com>
**Sent:** Wednesday, June 16, 2021 10:14 AM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

Rick,

Do you now have what you need?  If so, will you be forwarding a final proposal / contract?

Thanks,
Scott


**Scott Wakeman**
Executive VP of Operations

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2233  Direct**
edible.com | franchise opportunities | blog





---

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Wednesday, June 9, 2021 4:22 PM

**To:** Scott Wakeman <swakeman@edible.com>
**Subject:** RE: Edible Q3 Barter Transaction

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**

Sure thing.  I think a few of the numbers didn't add up.  We will clarify and align with Tombras and get back to you ASAP.  Thanks again for your help.


Regards,
Rick

---

**From:** Scott Wakeman <swakeman@edible.com>
**Sent:** Wednesday, June 9, 2021 2:05 PM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

Glad to hear it.

Please let me know once you've had a chance to review and finalize a plan/proposal and we can work to get an agreement signed.

Thanks,
Scott


**Scott Wakeman**
Executive VP of Operations

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2233  Direct**
edible.com | franchise opportunities | blog





---

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Wednesday, June 9, 2021 1:35 PM
**To:** Scott Wakeman <swakeman@edible.com>
**Subject:** RE: Edible Q3 Barter Transaction

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**

Hi Scott,

I just wanted to let you know that we received the specs from Tombras this afternoon ad have begun our due diligence.  Thank you for your assitance.

Regards,
Rick

---

**From:** Rick Forshay
**Sent:** Tuesday, June 8, 2021 4:48 PM
**To:** Scott Wakeman <swakeman@edible.com>
**Cc:** Caren Stern <Caren.Stern@activeinternational.com>; Tom Turner <Tom.Turner@activeinternational.com>; Russell Koch <Russell.Koch@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

Hi Scott,

I wanted to see if you had any updates for us.  Thank you.

Regards,
Rick

---

**From:** Scott Wakeman <swakeman@edible.com>
**Sent:** Monday, June 7, 2021 12:56 PM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Cc:** Caren Stern <Caren.Stern@activeinternational.com>; Tom Turner <Tom.Turner@activeinternational.com>; Russell Koch <Russell.Koch@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

You should get it today – tomorrow latest.  Thanks, Scott

**Scott Wakeman**
Executive VP of Operations

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2233  Direct**
edible.com | franchise opportunities | blog





---

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Monday, June 7, 2021 12:07 PM
**To:** Scott Wakeman <swakeman@edible.com>
**Cc:** Caren Stern <Caren.Stern@activeinternational.com>; Tom Turner <Tom.Turner@activeinternational.com>; Russell Koch <Russell.Koch@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

==WARNING: **External E-mail. Use Caution if Opening Links and Attachments.**==
Good morning Scott,

4

Please note that we have not yet received the plan.  This morning Kevin sent the following note:

I'm getting this ready to go.  Once the client signs off on the plan I can send it over.  Should be soon.  Thanks.

If all looks good on your end, we'd be happy to start our evaluation, understanding that it's subject to change.  Thank you.


Regards,
Rick

---

**From:** Scott Wakeman <swakeman@edible.com>
**Sent:** Monday, June 7, 2021 12:00 PM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Cc:** Caren Stern <Caren.Stern@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

Rick,

So now that you have the final plan, can you shoot me a revised proposal>  Looks like the only change versus what was discussed is that we'll be spending the ███ over the course of the balance of the year, as opposed to Q3 alone.

Thanks,
Scott


**Scott Wakeman**
Executive VP of Operations

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2233  Direct**
edible.com | franchise opportunities | blog





---

**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Tuesday, June 1, 2021 5:35 PM
**To:** Scott Wakeman <swakeman@edible.com>
**Cc:** Caren Stern <Caren.Stern@activeinternational.com>
**Subject:** RE: Edible Q3 Barter Transaction

**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**
Hi Scott,

5

It was nice speaking with you earlier.  Attached you will find a deck highlighting our media capabilities.

As discussed, our media leads would like to review the upcoming plan with Edible and Tombras at some point this week.  Once we have the specs and benchmarks, we can scale a financial benefit for Edible.  Please let me know if there's a time during any of the below windows that will work on your end.  Thank you.

| WED 6/2 | 11:30am – 1:30pm EST |
|---------|----------------------|
| THU 6/3 | 1:00pm – 5:00pm EST |
| FRI 6/4 | 12:30pm – 3:00pm EST |

Regards,
Rick

**From:** Scott Wakeman <swakeman@edible.com>
**Sent:** Tuesday, June 1, 2021 4:33 PM
**To:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Subject:** FW: Edible Q3 Barter Transaction

> EXTERNAL: This message did not originate from Active International. DO NOT CLICK on links or open attachments from unknown sources.

Rick,

Hi … left you a vm.  My name is Scott Wakeman and I can be your point of contact at Edible going forward.

As a first step, can you send me a copy of the contract / agreement referenced below?

Thanks,
Scott


**Scott Wakeman**
Executive VP of Operations

**Edible Arrangements, LLC**
980 Hammond Dr. Suite 1000
Atlanta, GA 30328 USA
**+1 678-992-2300  Main**
**+1 678-992-2233  Direct**
edible.com | franchise opportunities | blog





**From:** Rick Forshay <Rick.Forshay@activeinternational.com>
**Sent:** Tuesday, June 1, 2021 11:33 AM

**To:** Cheikh Mboup <cmboup@edible.com>
**Subject:** Edible Q3 Barter Transaction

<mark>**WARNING: External E-mail. Use Caution if Opening Links and Attachments.**</mark>

Good morning Cheikh,

Thank you for your call earlier- always a pleasure to speak with you.  The team at Active is excited to work together with Edible and Tombras on your upcoming campaign.

As discussed, the terms of our barter transaction call for Active to execute ▮▮▮▮▮▮ net media in Q3.  In our previous campaign, we placed linear TV, both DR and Scatter, however we can place all other mediums as your tactics evolve such as: CTV/OTT, Radio, Podcasts, OOH, Print, Display, Programmatic, etc.

To proceed, we will need to review your plans ASAP, as the media marketplace is tightening.  We hope to discuss with Tombras and Edible later this week to ensure the best delivery.  We look forward to speaking again soon.  Thank you.


Regards,
Rick



**Rick Forshay | VP, Strategic Partnership Group**
Office: +1 (845) 732-8688
Rick.Forshay@activeinternational.com | www.activeinternational.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please advise the sender by replying to the sender and destroy this email and any copies. Thank you.