| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 8:23-cv-00115-PX Maxim Healthcare Staffing Services, Inc. v. Charles Order on Motion to Expedite |
| **Date:** | Tuesday, January 24, 2023 2:27:16 PM |

[EXTERNAL EMAIL]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 1/24/2023 at 2:26 PM EST and filed on 1/24/2023
**Case Name:**        Maxim Healthcare Staffing Services, Inc. v. Charles
**Case Number:**      8:23-cv-00115-PX
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
**ORAL ORDER granting [5] Motion to Expedite Discovery for the reasons stated on the record in open court after a representation from Defense Counsel that the motion is now unopposed. Signed by Judge Paula Xinis on 1/24/2023. (bus, Deputy Clerk)**

**8:23-cv-00115-PX Notice has been electronically mailed to:**

Michael Jay Schrier     michael.schrier@huschblackwell.com,
julie.alber@huschblackwell.com, michael-schrier-2827@ecf.pacerpro.com

Granville Templeton, III     granvilletempleton@gmail.com, gt@granvilletempleton.com

**8:23-cv-00115-PX Notice will not be electronically delivered to:**