# Hennessy, Michaeli

| | |
|---|---|
| **From:** | Shelton, Joseph <jshelton@fisherphillips.com> |
| **Sent:** | Thursday, February 23, 2023 9:28 PM |
| **To:** | Hibler, Tyler |
| **Cc:** | Scheiderer, Megan; Schrier, Michael; Hennessy, Michaeli; Shipp, Shawn |
| **Subject:** | RE: Maxim v. Jerome Charles - Deposition Request |
| **Attachments:** | Maxim v. Jerome Charles |

[EXTERNAL EMAIL]

Tyler,

I'm authorized to accept service for SnapNurse and Ms. Barber.

I'm not refusing to provide dates. I just believe you are putting the cart ahead of the horse. For example, I don't even know who I would be putting up for 30b6 topics until we work through issues and objections I'm clearly going to have in light of the overbroad requests I've seen thus far.

In terms of Ms. Barber, while I'm not yet agreeing that she will sit for a deposition, she is located in Atlanta. Also, please provide a list of topics you intend to cover with Ms. Barber. I realize that it's not a 30b6, but under the circumstances, I believe it's a very reasonable request.

Finally, please respond on Friday morning to my attached email regarding Jerome Charles' deposition. I will be disappointed to learn if it has already been scheduled as that would have been a simple question for you to promptly answer.

Joe

**Joseph P. Shelton**
**Regional Managing Partner**
Fisher & Phillips LLP
424 Church Street | Suite 1700 | Nashville, TN 37219-2301
jshelton@fisherphillips.com | O: (615) 488-2901 C: (404) 441-4088

vCard | Bio | Website   *On the Front Lines of Workplace Law*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

*\*\* We have moved. Please note new address above.*

---

**From:** Hibler, Tyler <Tyler.Hibler@huschblackwell.com>
**Sent:** Thursday, February 23, 2023 10:58 AM
**To:** Shelton, Joseph <jshelton@fisherphillips.com>
**Cc:** Scheiderer, Megan <Megan.Scheiderer@huschblackwell.com>; Schrier, Michael <Michael.Schrier@huschblackwell.com>; Hennessy, Michaeli <Michaeli.Hennessy@huschblackwell.com>; Shipp, Shawn <Shawn.Shipp@huschblackwell.com>
**Subject:** RE: Maxim v. Jerome Charles - Deposition Request

1

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Joe,

There are no issues which preclude you from simply providing dates for these depositions.

As indicated below, we are willing to confer regarding the topics and document requests associated with the corporate representative deposition. However, that conferral process does not justify the refusal to provide a date for the deposition.

Regarding the individual deponent, Jamie Alix Barber, there are no document requests in connection with her deposition. As a result, there is absolutely no reason to not provide her availability.

Both of these depositions are permitted pursuant an Order by the Court. We have explained the urgency related to scheduling these depositions in prior communications, yet you continue to fail to provide dates.

As a result, we will move forward with issuing subpoenas for the depositions as referenced in my email below. We will continue to engage in the conferral process with you. However, as the Rules permit non-party deponents to assert objections, and seek other forms of protection, we see no need to delay the scheduling process further.

Will you accept service on behalf of SnapNurse and Ms. Barber? Is there a specific location you would prefer for these depositions?

**Tyler Hibler**
**Partner**
Direct: 816-983-8325
Tyler.Hibler@huschblackwell.com

---

**From:** Shelton, Joseph <jshelton@fisherphillips.com>
**Sent:** Thursday, February 23, 2023 10:21 AM
**To:** Hibler, Tyler <Tyler.Hibler@huschblackwell.com>
**Cc:** Scheiderer, Megan <Megan.Scheiderer@huschblackwell.com>; Schrier, Michael <Michael.Schrier@huschblackwell.com>; Hennessy, Michaeli <Michaeli.Hennessy@huschblackwell.com>; Shipp, Shawn <Shawn.Shipp@huschblackwell.com>
**Subject:** RE: Maxim v. Jerome Charles - Deposition Request

[EXTERNAL EMAIL]

Tyler,

Based on my initial review of what you sent, suffice it to say that we have multiple issues with what you are requesting. We're not going to agree on any dates yet. We first need to meet to discuss our issues once I've had a chance to really go through and fully consider everything. If you are going to unilaterally set them, we will need to add that to the list of topics to discuss further.

### Joseph P. Shelton
**Regional Managing Partner**

Fisher & Phillips LLP
424 Church Street | Suite 1700 | Nashville, TN 37219-2301
jshelton@fisherphillips.com | O: (615) 488-2901 C: (404) 441-4088



vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

*** We have moved. Please note new address above.*

---

**From:** Hibler, Tyler <Tyler.Hibler@huschblackwell.com>
**Sent:** Wednesday, February 22, 2023 3:08 PM
**To:** Shelton, Joseph <jshelton@fisherphillips.com>
**Cc:** Scheiderer, Megan <Megan.Scheiderer@huschblackwell.com>; Schrier, Michael <Michael.Schrier@huschblackwell.com>; Hennessy, Michaeli <Michaeli.Hennessy@huschblackwell.com>; Shipp, Shawn <Shawn.Shipp@huschblackwell.com>
**Subject:** RE: Maxim v. Jerome Charles - Deposition Request

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Joe,

Thank you for the email acknowledging receipt of the draft subpoena to SnapNurse and our request for the deposition of Jamie Alix Barber.  It is essential dates are provided as soon as possible.  While we are happy to confer regarding the scope of the corporate representative topics and document requests later this week, potential dates for these depositions (especially the deposition of Jamie Alix Barber) should be provided in earnest.

On the topic of scheduling, counsel for both Charles and Maxim are available to conduct these deposition on March 15-16.  Counsel for Charles may have a conflict with the initial proposed dates due to a trial setting between March 21-29.  If March 15-16 do not work, we may need to confer with opposing counsel to adjust the current scheduling order to accommodate the parties and SnapNurse.  We would like to avoid doing this, and are willing to confer with you after typical business hours or this weekend if necessary to expedite this discovery.

If we do not have deposition dates by noon tomorrow, we will proceed with setting the depositions for March 15-16.  Even if that is necessary, we are more than happy to confer regarding the depositions, topics, and document requests.

**Tyler Hibler**
**Partner**
Direct: 816-983-8325
Tyler.Hibler@huschblackwell.com

---

**From:** Shelton, Joseph <jshelton@fisherphillips.com>
**Sent:** Monday, February 20, 2023 5:01 PM
**To:** Hibler, Tyler <Tyler.Hibler@huschblackwell.com>
**Cc:** Scheiderer, Megan <Megan.Scheiderer@huschblackwell.com>; Schrier, Michael <Michael.Schrier@huschblackwell.com>; Hennessy, Michaeli <Michaeli.Hennessy@huschblackwell.com>; Shipp, Shawn <Shawn.Shipp@huschblackwell.com>
**Subject:** RE: Maxim v. Jerome Charles - Deposition Request

[EXTERNAL EMAIL]

I'm sending a quick email to acknowledge receipt.  My week was already pretty full, but I'll be working on this and be in a position to talk with you by the end of the week.  I'm booked Friday morning, but I should be relatively flexible after 11.00 CT.

**Joseph P. Shelton**
**Regional Managing Partner**

Fisher & Phillips LLP
424 Church Street | Suite 1700 | Nashville, TN 37219-2301
jshelton@fisherphillips.com | O: (615) 488-2901 C: (404) 441-4088

vCard  |  Bio  |  Website    On the Front Lines of Workplace Law

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

*\*\* We have moved. Please note new address above.*

---

**From:** Hibler, Tyler <Tyler.Hibler@huschblackwell.com>
**Sent:** Friday, February 17, 2023 4:35 PM
**To:** Shelton, Joseph <jshelton@fisherphillips.com>
**Cc:** Scheiderer, Megan <Megan.Scheiderer@huschblackwell.com>; Schrier, Michael <Michael.Schrier@huschblackwell.com>; Hennessy, Michaeli <Michaeli.Hennessy@huschblackwell.com>; Shipp, Shawn <Shawn.Shipp@huschblackwell.com>
**Subject:** Maxim v. Jerome Charles - Deposition Request

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

---

Mr. Shelton:

Following up on our prior communications, attached is a draft subpoena outlining deposition topics and document requests directed to SnapNurse in connection with the case of *Maxim Healthcare Staffing Services v. Jerome Charles* that is pending in the District of Maryland.

Please review the topics and requests outlined on Exhibits A and B of the draft subpoena and provide a date/location SnapNurse's corporate representative is available to provide testimony between March 20 and March 28, 2023. If you have any objections to these requests that you would like to discuss, I am available to confer via telephone next Tuesday after 10:00 a.m. CST.  Once a date is provided, we will issue a formal notice and subpoena.

Pursuant to the District of Maryland's discovery guidelines, please provide the names of the designated persons who will testify, and the areas that each person will testify to, no fewer than five (5) business days before the deposition is scheduled to begin.  Additionally, in order to expedite deposition questioning, Maxim requests SnapNurse produce the requested documents, including electronically stored information, in a reasonable time prior to the deposition.  We again suggest five (5) business days before the deposition is scheduled to begin.

During our prior communications we also discussed the potential need for a protective order.  Utilizing the approved form from the District of Maryland as a template, we have prepared the attached protective order that we plan to propose for submission in this case.  This includes an attorney-eyes only designation to protect the disclosure of information which could cause competitive harm to the discloser if a market competitor of the discloser were to review such documents or information.

Finally, please provide dates for the deposition of Jamie Alix Barber, Mr. Charles' supervisor at SnapNurse, between March 20 and March 28, 2023.

Thank you,

**Tyler Hibler**
**Partner**

**HUSCH BLACKWELL LLP**

4801 Main Street,
Suite 1000
Kansas City, MO 64112-2551

Direct: 816-983-8325
Fax: 816-983-8080
Tyler.Hibler@huschblackwell.com
huschblackwell.com
 vBio|vCard

**Healthcare, Life Sciences & Education**

**Labor & Employment**

**Husch Blackwell is redefining partnership and client service. With 800+ lawyers in more than 20 offices across the United States**
**including The Link virtual office, we are a national law firm with a coast-to-coast footprint**
**focused on tackling the most complex business challenges.**