IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| MAXIM HEALTHCARE STAFFING SERVICES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SNAPNURSE, INC. AND JAMIE BARBER, <br><br> *Defendants*. | Case No. <br> _____ |
| MAXIM HEALTHCARE STAFFING SERVICES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> JEROME CHARLES, <br><br> *Defendant*. | Underlying Action in the U.S. District Court for the District of Maryland <br><br> Case No. No. 8:23-cv-00115-PX |

**PROPOSED ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION TO COMPEL FED. R. CIV. P. 45 SUBPOENA COMPLIANCE AND HOLD SNAPNURSE, INC. AND JAMIE BARBER IN CONTEMPT**

This matter comes before the Court by way of Plaintiff Maxim Healthcare Staffing Services, Inc.'s Emergency Motion to Compel Fed. R. Civ. P. 45 Subpoena

Compliance and Hold SnapNurse, Inc. and Jamie Barber in Contempt. Upon consideration of the evidence, arguments by counsel, and the record before the Court, the Court hereby finds:

1. SnapNurse, Inc. ("SnapNurse") failed to assert any timely valid or specific objections to any portion of Maxim's subpoena duces tecum and therefore SnapNurse waived all objections to Maxim's subpoena duces tecum.

2. Jamie Barber ("Barber") did not file any motion to quash or motion for protective order and failed to, and expressly refused to, without good cause, comply with Maxim's validly issued subpoena for deposition.

3. SnapNurse did not file any motion to quash or motion for protective order and failed to, and expressly refused to, without good cause, comply with Maxim's validly issued subpoena for depositions.

Accordingly, it is hereby Ordered that:

1. SnapNurse's objections to Maxim's subpoena duce tecum are all overruled. As a result, SnapNurse is ordered to produce by March 24, 2023 at 3 PM ET, without further objection or delay, all non-privileged responsive documents in its possession custody and control corresponding to all twenty-nine document requests contained in

Maxim's subpoena duces tecum.

2. Pursuant to Fed. R. Civ. P. 45(g), SnapNurse is in contempt of Court for failing to comply with Maxim's subpoena and appear for corporate depositions on March 16, 2023. As such, SnapNurse is hereby ordered to designate corporate representatives to testify to each and every one of the Fed. R. Civ. P. 30(6)(b) topics in Maxim's subpoena and appear for a corporate deposition on March 28, 2023 at 9:00 AM at Moorman Pieschel, LLC, One Midtown Plaza, 1360 Peachtree St., NE 1205, Atlanta, Georgia, 30309.

3. Pursuant to Fed. R. Civ. P. 45(g), Barber is in contempt of Court for failing to comply with Maxim's subpoena and appear for her deposition on March 15, 2023. As such, Barber is hereby ordered to appear for deposition on March 27, 2023 at 9:00 AM at Moorman Pieschel, LLC, One Midtown Plaza, 1360 Peachtree St., NE 1205, Atlanta, Georgia, 30309.

4. Based upon the findings above that SnapNurse and Barber are in contempt of Court, Maxim is hereby awarded its reasonable costs and attorneys' fees incurred in connection with this motion, pursuant to Fed. R. Civ. P. 37 and 45.

Date: _____ _____, 2023

_____
THE HONORABLE
U.S. DISTRICT COURT JUDGE