**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BANKERS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALLOWAY, JOHNSON, TOMPKINS, ) <br> BURR & SMITH, APLC, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant hereby gives notice of the removal of the above-captioned action from the State Court of DeKalb County. As grounds for removal, Defendant states the following:

1.

Plaintiff filed this action in the State Court of DeKalb County, State of Georgia, on or about February 16, 2023. A Summons and Complaint were served upon Defendant's registered agent on or about February 17, 2023. A copy of the Summons, Complaint, and all documents filed in the action to date are attached hereto as Exhibit A.

2.

Defendant has timely removed this action within 30 days of receipt of the Complaint.

3.

Plaintiff Bankers Insurance Company ("Bankers" or "Plaintiff") is a Florida corporation. (Compl. ¶ 1). Bankers' principal place of business is in Florida. Therefore, Bankers is a citizen of Florida.

4.

Defendant is a Louisiana corporation with its principal place of business in Louisiana. (Compl. ¶¶ 2, 6).  Therefore, Defendant is a citizen of Louisiana.

5.

Plaintiff's Complaint alleges monetary damages in this lawsuit "for more than $6.4 million dollars." (Compl. ¶¶ 76, 80).

6.

This Court has jurisdiction over this action pursuant to § 1332 of Title 28 of the United States Code because there is complete diversity citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interests and costs. This action may therefore be removed under 28 U.S.C. § 1441.

7.

Pursuant to U.S.C. §§ 1441 and 1446, removal of the state court action to this Court is appropriate.

8.

Pursuant to 28 U.S.C. § 1446(d), Defendant is serving a copy of this Notice of Removal on Plaintiff and is filing it with the State Court of DeKalb County, Georgia.

9.

This Notice of Removal will not waive any defenses that Defendant may have to Plaintiff's Complaint.

10.

Defendant has attached a completed Civil Cover Sheet hereto as <u>Exhibit B</u>.

**WHEREFORE**, Defendant prays that this Notice of Removal be filed and that said action be removed to and proceed in this Court and that no further proceedings be had in the State Court of DeKalb County, Georgia.

Respectfully submitted, this 17th day of March, 2023.

                                        **HAWKINS PARNELL & YOUNG, LLP**

                                        */s/ Christine L. Mast*

303 Peachtree Street, Suite 4000    Christine L. Mast
Atlanta, GA  30308-3243             Georgia Bar No. 461349
(404) 614-7400 *(phone)*             Thomas J. Buckler
(855) 889-4588 *(fax)*                Georgia Bar No. 476961
cmast@hpylaw.com
tbuckler@hpylaw.com                 *Counsel for Galloway, Johnson, Tompkins, Burr & Smith, APLC*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BANKERS INSURANCE COMPANY, )<br>)<br>　　Plaintiff, )<br>) CASE NO. _____<br>v. )<br>)<br>GALLOWAY, JOHNSON, TOMPKINS, )<br>BURR & SMITH, APLC, )<br>)<br>　　Defendant. )<br>_____) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF electronic filing system, and served counsel of record by email and by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

Michael E. Perez
The Perez Law Firm, LLC
3575 Piedmont Road, N.E.
Bldg 15-L130
Atlanta, Georgia 30305
michael@perezfirmllc.com

E. Colin Thompson  
Ethan J. Loeb  
Christina Dodds  
Bartett Loeb Hinds & Thompson, PLLC  
100 North Tampa Street, Suite 2050  
Tampa, Florida 33602  
colint@blthlaw.com  
ethanl@blthlaw.com  
cdodds@blthlaw.com  

Dated this 17th day of March, 2023.

|  | **HAWKINS PARNELL & YOUNG, LLP** |
|---|---|
|  | */s/ Christine L. Mast* |
| 303 Peachtree Street, Suite 4000 | Christine L. Mast |
| Atlanta, GA  30308-3243 | Georgia Bar No. 461349 |
| (404) 614-7400 *(phone)* | Thomas J. Buckler |
| (855) 889-4588 *(fax)* | Georgia Bar No. 476961 |
| cmast@hpylaw.com |  |
| tbuckler@hpylaw.com | *Counsel for Galloway, Johnson, Tompkins, Burr & Smith, APLC.* |