UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OYAOMWAN MEGGISON EREWA )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br> )<br>ALEJANDRO MAYORKAS, Secretary, U.S. )<br>    Department of Homeland Security, )<br>UR M. JADDOU, Director, U.S. Citizenship )<br>    and Immigration Services, )<br>CHRISTOPHER WRAY, Director, )<br>    Federal Bureau of Investigation, and )<br>SHINEKA MILLER, District Director, )<br>    U.S. Citizenship and Immigration Services )<br>    Atlanta District Office, )<br> )<br>Defendants. )<br>_____) | C.A.F.N._____<br>Agency # 071 032 015 |

**PETITON FOR HEARING ON NATURALIZATION APPLICATION; COMPLAINT FOR MANDAMUS; AND PETITION FOR INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT**

**To the Honorable Judges of this Court:**

Plaintiff, OYAOMWAN MEGGISON EREWA, through counsel, alleges the following:

## INTRODUCTION

1. This is a civil action for adjudication of Plaintiff's Form N-400 Application for Naturalization ("Form N-400"). Plaintiff files this Petition for Hearing on Naturalization Application to ask this Court to conduct a hearing on his naturalization application and make a decision in this long-delayed case.

2. Plaintiff alternatively requests mandamus and injunctive relief to seek an order from the Court compelling the Defendants to perform a duty owed to Plaintiff, namely, to adjudicate Plaintiff's Form N-400. Plaintiff requests declaratory relief seeking a judicial declaration that Defendants are required under law to complete the adjudication process for Plaintiff.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of this Petition for Hearing on Naturalization Application pursuant to 8 U.S.C. § 1447(b).  That section specifically provides for a hearing by the U.S. District Court on a naturalization application pending more than 120 days after the examination, with either a determination of the matter or the issuance of appropriate

       instructions to U.S. Citizenship and Immigration Services (USCIS) to determine this matter.

4. This is also a civil action for mandamus, injunctive and declaratory relief brought pursuant to 28 U.S.C. §§ 1331, 1361 to compel an officer or employee of the United States or a federal agency to perform a duty owed to Plaintiff.

5. This Court has jurisdiction over the subject matter of this case pursuant to 28 U.S.C. §§ 1331, 1346(a)(2), 1361 (to compel an officer or employee of the United States or agency to perform a duty owed to Plaintiff), and 2201, and 5 U.S.C. §§ 704 (no other adequate remedy) and 706 (to compel agency action unlawfully withheld or unreasonably delayed).

6. The Defendants listed in this pleading are each sued in their official capacity. Defendant Christopher Wray is Director of the Federal Bureau of Investigation, the agency which conducts criminal background checks on applicants filing for naturalization with USCIS. The remaining Defendants are responsible for the grant or denial of naturalization applications filed within the Atlanta USCIS district, pursuant to 8 U.S.C. § 1421, 8 C.F.R. §§ 310.1, 310.2 and 316.3.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), in that this is an action against officers and agencies of the United States in their official

capacities, brought in the District in which a defendant in the action resides, where a substantial part of the events or omissions giving rise to the claim occurred, and where there is no real property involved in the action.

## FACTS AND CAUSE OF ACTION

8. Plaintiff is eligible for naturalization pursuant to both 8 U.S.C. § 1427 and 8 C.F.R. § 316.2.

9. Plaintiff filed a Form N-400 Application for Naturalization with USCIS on or about February 1, 2019. **Exhibit A – N-400 Receipt Notice.**

10. Immigration Services Officer (ISO) King of the USCIS Atlanta District Field Office interviewed Plaintiff on his Form N-400 on September 9, 2019. ISO King indicated in the Form N-652 that "[Plaintiff] passed the U.S. history and government test [. . . .] USCIS will send you a written decision about your application. A decision cannot be made yet about your application." **Attachment B - Form N-652 Naturalization Interview Results.**

11. As of March 17, 2023, USCIS stated online, "On September 27, 2019, we cancelled the request for additional evidence for your Form N-400, Application for Naturalization, Receipt Number IOE0906069700." **Attachment C – USCIS online case status information.**

12. To date Plaintiff has not received a determination of his application. Plaintiff still awaits a decision since being interviewed over 42 months ago.

13. Defendants have unreasonably failed to issue a decision on his Form N-400. Plaintiff requests that this court order USCIS to adjudicate his Form N-400 without further delay.

14. Upon information and belief, no mandatory or discretionary ground exists for denial of Plaintiff's Form N-400 Application for Naturalization.

## CLAIM FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

1. Conduct a hearing to adjudicate Plaintiff's naturalization application and, upon approval, compel Defendants to schedule Plaintiff for the first available oath ceremony;

2. Compel the Defendants and those acting under them to perform their duty to adjudicate Plaintiff's naturalization application and, upon approval, to schedule Plaintiff for the first available oath ceremony;

3. Enjoin the Defendants from further delaying the adjudication of Plaintiff's naturalization application;

4. Grant such other and further relief as this Court deems proper under the circumstances; and

5. Grant attorney's fees and costs of court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this 17th day of March, 2023.

Antonini and Cohen
Immigration Law Group


<u>/s/ Marshall Lewis Cohen</u>
Marshall Lewis Cohen
Attorney for Plaintiff
Georgia Bar. No.174580
2751 Buford Hwy, NE – Suite 500
Atlanta, GA 30324
phone (404) 523-8141
fax (678) 436-8843

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the attached Complaint for Writ of Mandamus and Declaratory Judgment has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1 for documents prepared by computer.

    This 17th day of March 2023.

                                      Antonini and Cohen
                                      Immigration Law Group

                                      /s/ Marshall Lewis Cohen
                                      Marshall Lewis Cohen
                                      Attorney for Plaintiff