AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | | |
|---|---|---|
| Oyaomwan Meggison Erewa | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Alejandro Mayorkas, Secretary, U.S. DHS, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oyaomwan Meggison Erewa                                                          .

Date:     03/17/2023                          /s/ Marshall L. Cohen
                                                         *Attorney's signature*

                                                Marshall L. Cohen GA 174580
                                                *Printed name and bar number*

                                       Antonini and Cohen Immigration Law Group
                                                2751 Buford Hwy, NE, Ste 500
                                                       Atlanta, GA 30324

                                                         *Address*

                                            cohen@antoniniandcohen.com
                                                       *E-mail address*

                                                     (404) 523-8141
                                                     *Telephone number*

                                                     (678) 436-8843
                                                       *FAX number*