**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| | | | February 05, 2019 |
| **CASE TYPE** | | | **USCIS A#** |
| N-400, Application for Naturalization | | | A071032015 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
| IOE0906069700 | February 01, 2019 | February 01, 2019 | 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | PAYMENT INFORMATION: | |
|---|---|---|
| OYAOMWAN M. EREWA<br>4306 NORTH SHALLOWFORD RD APT 2208<br>ATLANTA, GA 30341<br>3  00000653 | Single Application Fee: | $725.00 |
| | Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

```
Date of Birth:         April 14, 1966
Address Where You Live: OYAOMWAN M. EREWA
                       4306 NORTH SHALLOWFORD RD APT 2208
                       ATLANTA, GA  30341
```

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

Upon receipt of all required Record Checks, you will be scheduled to appear for an interview at your local USCIS field office.

For more information about the naturalization process and eligibility requirements, please read *A Guide to Naturalization* (M-476). USCIS also has a free booklet to help study for the naturalization test. Ask about *Learn About the United States: Quick Civics Lessons* when you go to have your fingerprints taken at the Application Support Center.

You can get a copy of the Guide, the Quick Civics Lessons booklet, and other civics and citizenship study materials from the USCIS website (www.uscis.gov). You can also visit the USCIS website to find valuable information about forms and filing instructions, and about general immigration services and benefits.

If you have additional questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO  64002
Attention: N-400 Naturalization Applications

**USCIS Customer Service Number:**
(800)375-5283
APPLICANT COPY




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                              Form I-797C  06/07/18