

# Naturalization Interview Results

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form N-652

A-Number ▶ A- 071032015

On 09/09/2019, you were interviewed by USCIS officer KING, L.

☐ You passed the English test and the U.S. history and government test.

☒ You passed the U.S. history and government test and you are exempt from the English language requirement.

☐ USCIS granted your request for a disability exception. The requirement to demonstrate English language ability and/or knowledge of U.S. history and government is waived.

☐ You will have another opportunity to be tested on your ability to ☐ speak ☐ read ☐ write ☐ understand English.

☐ You will have another opportunity to be tested on your knowledge of U.S. history and government.

☐ You did not pass the second and final test of your ☐ English ability ☐ knowledge of U.S. history and government. USCIS will not reschedule you for another interview for your Form N-400. USCIS will send you a written decision about your application.

☐ Follow the instructions on Form N-14, Request for Additional Information, Documents, or Forms.

☒ USCIS will send you a written decision about your application.

**A)** ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified of when and where to report for your naturalization ceremony.

**B)** ☒ **A decision cannot be made yet about your application.**

*It is very important that you:*

1. Notify USCIS if you change your address.

2. Attend any scheduled interview.

3. Submit all requested documents.

4. Send any questions about your application in writing to the officer named above. Include your full legal name, Alien Registration Number (A-Number), and a copy of your Form N-652.

5. Attend your scheduled Oath Ceremony. Dress in proper attire to respect the dignity of this event (for example, do not wear jeans, shorts or flip flops).

6. Notify USCIS as soon as possible in writing if you cannot attend your scheduled interview or Oath Ceremony. Include a copy of the scheduling notice.

**NOTE:** Be advised that under section 336 of the Immigration and Nationality Act (INA), you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652  03/12/15 N                                                                                                     Page 1 of 1