[USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)](https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know

Español

 (https://www.uscis.gov/)

☰ Menu

Login (/casestatus/displayLogon.do;jsessionid=36FF3FC02FD0E401F6D90E4F33CDB839) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



# Cancellation Notice for Request for Additional Evidence

On September 27, 2019, we cancelled the request for additional evidence for your Form N-400, Application for Naturalization, Receipt Number IOE0906069700. We will send you a notice if we need additional evidences. Please follow the instructions in the notice. If you move, go to [www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do)](https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



**Enter Another Receipt Number**  ?