IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSCAR NINO DE RIVERA and, <br> MARIA OCASTA OLVERA, <br><br> Plaintiffs, <br><br> v. <br><br> EVANS DELIVERY COMPANY, INC, <br> ACE AMERICAN INSURANCE <br> COMPANY, and PAUL ANTHONY <br> CLARK, <br><br> Defendants. | CIVIL ACTION FLE NO.: <br> _____ |

## NOTICE OF REMOVAL BY EVANS DELIVERY COMPANY, INC

COMES NOW defendant Evans Delivery Company, Inc., by and through the undersigned counsel, and pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, hereby removes the above-styled action from the State Court of Fulton County, Georgia, based on the following grounds:

1.

This civil action was filed on February 8, 2023, in the State Court of Fulton County, Georgia under the caption *Oscar Nino De Rivera and Maria Ocasta Olvera v. Evans Delivery Company, Inc., ACE American Insurance Company, and Paul Anthony Clark*, Civil Action File No. 23EV000849. (Complaint, Exh. No. 1).

2.

The State Court of Fulton County, Georgia is located within the Atlanta Division of the United States District Court for the Northern District of Georgia and is the appropriate court for removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

3.

Defendant Evans Delivery acknowledged service of process on February 23, 2023. (Exh. 2, Acknowledgment of Service). This notice of removal is filed within 30 days of the acknowledgment of service and is timely pursuant to 28 U.S.C. § 1446(b). Defendants ACE American Insurance Company, and Paul Anthony Clark consent to the removal through their undersigned counsel.

4.

As set forth in more detail below, this case is removable pursuant to 28 U.S.C. § 1441 because the United States District Court has original jurisdiction over this case by reason of diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

5.

The complaint lacks any allegations as to plaintiffs' domicile or citizenship for purposes of diversity jurisdiction. Upon information and belief, however, both plaintiffs are residents and citizens of the State of Georgia. Plaintiff's counsel has provided records to the undersigned demonstrating that Oscar Nino de Rivera

resided in Stockbridge, Georgia in February 2021 and, upon information and belief, Mr. Rivera and his wife have resided continuously in Georgia since the date of the accident. For purposes of federal diversity jurisdiction, upon information and belief, Plaintiffs are citizens of the State of Georgia.[1]

6.

Evans Delivery Company is a Pennsylvania corporation which is incorporated under the laws of Pennsylvania and has its principal place of business in that state. It is therefore a citizen of Pennsylvania for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1).

7.

ACE American Insurance Company is incorporated under the laws of the state of Pennsylvania and has its principal place of business in that state. It is therefore a citizen of Pennsylvania for purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c)(1). To the extent that Ace is alleged to insure Defendants Evans Delivery Company and Paul Clark, it is also considered to be a citizen of South Carolina (Clark) and Pennsylvania (Evans Delivery Company). 28 U.S.C. 1332(c)(1)(a).

---

[1] In the alternative, defendants state that upon information and belief, neither of the plaintiffs is a citizen of the states of South Carolina or Pennsylvania.

8.

Defendant Clark resides in and is a citizen of South Carolina.

9.

The amount in controversy exceeds $75,000. The complaint fails to plead special damages with particularity as required under state and federal law. See O.C.G.A. 9-11-9(g); Fed. R. Civ. P. 9. However, during a pre-suit exchange of information, plaintiff Oscar Rivera has identified past medical special damages totaling at least $ 95,702.85. The complaint alleges that Rivera has experienced severe headaches and pain to other parts of his body; he claims that his injuries are permanent; and that he is entitled to expenses for future medical care and lost earnings.

10.

For the reasons set forth above, this Court has subject matter jurisdiction based upon diversity of citizenship between plaintiffs and defendants and because the amount in controversy is greater than $75,000.00. See 28 U.S.C. §§ 1441(b), 1332, and 1446.

11.

Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served on Defendants are attached hereto as Exhibit 3.

12.

Defendants have given written notice of the filing of this notice to Plaintiffs and will likewise file a written notice with the Clerk of the State Court of Fulton County, a copy of which is attached hereto as Exhibit 4, as required by 28 U.S.C. § 1446(d).

13.

Defendants have attached their *Answer and Defenses of Paul Anthony Clark, Evans Delivery Company, Inc., and Ace American Insurance Company* as Exhibit 5 to this notice of removal and as such, have timely answered pursuant to Fed. R. Civ. P. 81.

This the 20th day of March, 2023.

**FREEMAN MATHIS & GARY, LLP**

/s/ E. Andrew Treese
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com
E. Andrew Treese
Georgia Bar No. 556850
atreese@fmglaw.com
Geoffrey F. Calderaro
Georgia Bar No. 991159
geoffrey.calderaro@fmglaw.com

*Attorneys for Defendants Paul Anthony Clark Evans Delivery Company, Inc., and ACE American Insurance Company*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
T:  770.818.0000
F:  833.330.3669

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants as follows:

> Ronald F. Chalker
> Law Offices Falanga & Chalker
> 11200 Atlantis Place, Suite C
> Alpharetta, Georgia 30022
> 3560 Lenox Road NE
> Suite 3020
> Atlanta, GA 30326
> ronchalker@mindspring.com

This the 20th day of March, 2023.

*/s/ E. Andrew Treese*
E. Andrew Treese

*Attorneys for Defendants Paul Anthony Clark Evans Delivery Company, Inc., and ACE American Insurance Company*