# EXHIBIT "2"
# ACKNOWLEDGMENT OF SERVICE

State Court of Fulton County
**E-FILED**
23EV000849
2/23/2023 8:13 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| OSCAR NINO DE RIVERA and MARIA OCASTA OLVERA,<br><br>Plaintiffs,<br><br>v.<br><br>EVANS DELIVERY COMPANY, INC., ACE AMERICAN INSURANCE COMPANY, and PAUL ANTHONY CLARK,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 23EV000849 |

## ACKNOWLEDGMENT OF SERVICE

Come now Defendants Paul Anthony Clark, Evans Delivery Company, Inc., and ACE American Insurance Company and pursuant to O.C.G.A. § 9-10-73, acknowledge service of the Complaint for Damages in Tort in the above-captioned action, reserving all defenses excepting those to service of process and sufficiency of process.

This the 23rd day of February 2023.

FREEMAN MATHIS & GARY, LLP

/s/ E. Andrew Treese
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com
E. Andrew Treese
Georgia Bar No. 556850
atreese@fmglaw.com
Geoffrey F. Calderaro
Georgia Bar No. 991159
geoffrey.calderaro@fmglaw.com

*Attorneys for Defendants Paul Anthony Clark, Evans Delivery Company, Inc., and ACE American Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Acknowledgement of Service* to the Clerk of Court using the *Odyssey* system which will automatically send electronic mail notification of such filing to the following counsel of record:

Ronald F. Chalker<br>
Law Offices Falanga & Chalker<br>
11200 Atlantis Place, Suite C<br>
Alpharetta, Georgia 30022<br>
3560 Lenox Road NE<br>
Suite 3020<br>
Atlanta, GA 30326<br>
ronchalker@mindspring.com

This the 23rd day of February 2023

/s/ E. Andrew Treese
E. Andrew Treese
*Attorneys for Defendants Paul Anthony Clark, Evans Delivery Company, Inc., and ACE American Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)