# EXHIBIT "3"

## ALL STATE COURT PLEADINGS

E-FILED
23EV00084!
2/8/2023 10:41 AM
Donald Talley, Clerl
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

OSCAR NINO DE RIVERA and )
MARIA OCASTA OLVERA )
)
    Plaintiffs, )
)
vs. )    Civil Action
)    File No. _____
EVANS DELIVERY COMPANY, INC., )
ACE AMERICAN INSURANCE COMPANY, )
and PAUL ANTHONY CLARK, )
)
    Defendants. )

## COMPLAINT FOR DAMAGES IN TORT

COME NOW, the Plaintiffs in the above-entitled action by and through their counsel,

RONALD F. CHALKER, and files this their Complaint for personal injuries and state the

following:

1.

The Defendant Evans Delivery Company, Inc. is a foreign corporation duly registered

in the State of Georgia and may be served by and through its registered agent for service:

David Lee Cates, 2300 Henderson Mill Road, Suite 112, Atlanta, Fulton County, Georgia

30345, and  is subject to the jurisdiction of this Court.

2.

The Defendant Ace American Insurance Company is a foreign corporation duly

registered in the State of Georgia and may be served by and through its registered agent for

service: CT Corporation System, 289 South Culver Street, Lawrenceville, Gwinnett County,

Georgia 30046, and is subject to the jurisdiction of this Court.

3.

The Defendant Paul Anthony Clark is believed to be a non-resident motorist as defined under O.C.G.A. § 40-12-2, having a last known address outside the State of Georgia and may be served with a copy of this Complaint and Summons by serving him through the Georgia Secretary of State and for this reason jurisdiction over the Defendant is proper in this Court.

4.

That the Defendant Evans Delivery Company, Inc. is vicariously liable for the acts and conduct of its employee Defendant Paul Anthony Clark as stated herein.

5.

That at all times as hereinafter stated Defendant Paul Anthony Clark was an employee acting within the scope of his employment of the Defendant Evans Delivery Company, Inc.

6.

That at all times as hereinafter stated Defendant Paul Anthony Clark was operating a vehicle on behalf of Defendant Evans Delivery Company, Inc. with either the authority or scope of apparent authority and Defendant Evans Delivery Company, Inc. is responsible through the employer/employee agency which resulted therein and under the theory of respondeat superior.

7.

That on or about February 24, 2021 at approximately 3:32 p.m. on dry pavement

during daylight hours, Plaintiff Oscar Nino de Rivera was operating a 2007 International truck in a northerly direction on Interstate 85 approaching the Senoia Road exit inside the city limits of Fairburn in Fulton County, Georgia, wherein she slowed and then stopped his vehicle due to traffic ahead of him. The vehicle which the Plaintiff was driving was being operated in a cautious, careful and prudent manner, and having the right of way, was preparing to travel forward northbound on Interstate 85. At the same time and place, Defendant Paul Anthony Clark was a driving a 2001 Freightliner tractor trailer truck in the same northerly direction on Interstate 85 when he suddenly and without any warning forcefully struck and ran into the rear of the Plaintiff's vehicle with great force. The force of the collision was so great as to cause Plaintiff Oscar Nino de Rivera to be violently thrown about the interior of his vehicle wherein his body was thrown with such force that the impact caused him to sustain immediate and permanent physical and psychological injuries.

8.

That the Defendant Paul Anthony Clark prior to and at the time of impact was operating his employer's vehicle in a careless, reckless and unsafe manner, failed to keep a proper lookout, failed to keep his vehicle under control, failed to allow proper distance between his vehicle and the vehicle ahead of him in violation of O.C.G.A. § 40-6-49, drove his vehicle too fast for conditions then existing on the roadway in violation of O.C.G.A. § 40-6-180 and failed to exercise due care in violation of O.C.G.A. § 40-6-241, all in total disregard for the safety of the Plaintiff's vehicle and other vehicles around him.

9.

That the Defendants prior to and at the time of impact were and are negligent per se.

10.

That as a direct proximate result of said collision, the Plaintiff Oscar Nino de Rivera sustained severe injuries to his head, neck, chest, shoulders, arms and back areas of his body, and he experiences severe headaches, neck aches, loss of sleep, shoulder aches, back aches, depression, numbness and weakness throughout his arms, back and neck, all causing great limitation of movement, pain and suffering. Plaintiff Oscar Nino de Rivera will continue to endure his pain and suffering throughout his natural life in that his injuries are permanent in nature.

11.

That as a result of said injuries, Plaintiff Oscar Nino de Rivera has incurred substantial medical and doctor expenses in amounts which will be proven at the time of trial and he will continue to incur said expenses as future medical care is needed.

12.

That as a result of the injuries and damages sustained by Plaintiff Oscar Nino de Rivera, his wife, Plaintiff Maria Ocasta Olvera has suffered damages in the form of loss of consortium, lost as a direct result of the actions on the part of the Defendants as herein stated.

13.

In addition to the aforementioned damages, the Plaintiffs have and will suffer the following damages:

a)   Personal injuries;

b)   Pain and suffering;

c)   Disability;

d)   Disfigurement;

e)   Mental anguish;

f)   Loss of capacity for the enjoyment of life;

g)   Impaired ability to labor;

h)   Loss of earning capacity;

i)   Loss of earnings;

j)   Travel expenses for seeking medical treatments;

k)   Other related and incidental expenses;

l)   Permanent injuries;

m)   Past, present and future medical expenses; and

n)   Loss of consortium on the part of Plaintiff Maria Ocasta Olvera.

14.

That the Plaintiffs are entitled to and request attorney's fees and the expenses of litigation in that the actions on the part of the Defendant as hereinabove described show that the Defendant has acted in bad faith in the transactions and the dealings surrounding the hereinabove described incident and the Defendant, and the Defendant's agents, have failed to make any attempts whatsoever to mitigate the Plaintiffs' damages incurred as a direct proximate result of his negligence, have been stubbornly litigious and have caused the

Plaintiffs unnecessary trouble and expenses, entitling the Plaintiffs to expenses of litigation and attorney's fees as defined by O.C.G.A.§ 13-6-11.

15.

That each of the foregoing acts and omissions constitute an independent act of negligence on the part of the Defendants and one or more or all of the said herein above stated acts was the direct proximate cause of the injuries and damages sustained by the Plaintiffs.

16.

That the negligence on the part of the Defendants Paul Anthony Clark and Evans Delivery Company, Inc. was the proximate cause of the injuries and damages sustained by the Plaintiffs.

17.

That the Defendants Paul Anthony Clark and Evans Delivery Company, Inc. caused the collision sustained by the Plaintiff by failing to observe the rules of the road promulgated by common sense and safety regulations.

18.

That the Defendants Paul Anthony Clark and Evans Delivery Company, Inc. are common carriers, as defined by Georgia law, and have as their sureties, as required by O.C.G.A. § 46-7-12, the Defendant Ace American Insurance Company who is financially responsible for the negligent actions of Defendants Paul Anthony Clark and Evans Delivery Company, Inc. as described hereinabove.

WHEREFORE, the Plaintiffs pray for a judgment to be awarded jointly and severally against the Defendants for the following:

(a)     For medical and doctor expenses in an amount to be proven through the evidence at the trial for the past, present and future;

(b)     For pain and suffering on the part of Plaintiff Oscar Nino de Rivera for both the past, present and future in an amount to be proven through the evidence at the trial for the past, present and future;

(c)     For loss of consortium on the part of the Plaintiff Maria Ocasta Olvera for the past, present and future in an amount which will be proven at  time of trial through the evidence;

(d)     For loss of income due to the inability to work and labor for both the past, present and future in an amount which will be proven at  time of trial through the evidence;

(e)     For travel expenses for seeking medical treatments in the amounts for  the past, present and future, on behalf of the injured Plaintiff in an amount which will be proven at the time of trial through the evidence;

(f)     For attorney's fees and cost of litigation in an amount which will be proven through the evidence at the time of trial;

(g)     That a jury be impaneled to resolve all factual disputes;

(h)     For such other and further relief as the Court deems just and proper;

(i)     That the Plaintiffs be allowed to amend their Complaint in order to avoid a

manifest injustice.

Respectfully submitted,

/s/ Ronald F.  Chalker
RONALD F. CHALKER
Attorney for Plaintiffs
Georgia Bar No. 118701

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Place
Suite C
Alpharetta, Georgia 30022
(770) 955-0006

State Court of Fulton County
**E-FILED**
23EV000849
2/8/2023 10:41 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

|  |  |  |
|---|---|---|
| OSCAR NINO DE RIVERA and | ) | |
| MARIA OCASTA OLVERA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action |
| | ) | File No. _____ |
| EVANS DELIVERY COMPANY, INC., | ) | |
| ACE AMERICAN INSURANCE COMPANY, | ) | |
| and PAUL ANTHONY CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiffs' attorney, whose name and address is:

> Ronald F. Chalker
> FALANGA & CHALKER
> 11200 Atlantis Place, Suite C
> Alpharetta, Georgia 30022

an answer to the complaint which is herewith served upon you. Within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _8th day of _February_, 2023.


Clerk of State Court, Fulton County


BY: _____
       Deputy Clerk

State Court of Fulton County
**E-FILED**
23EV000849
2/8/2023 10:41 AM
Donald Talley, Clerk
Civil Division

## General Civil Case Filing Information Form (Non-Domestic)

**Court**          County  Superior          Date Filed  02/08/2023
☐ Superior                                                 MM-DD-YYYY
☑ State          Docket # _____

**Plaintiff(s)**                                 **Defendant(s)**
Rivera Oscar                                     Evans Delivery Company
Last    First    Middle I. Suffix Prefix    Maiden     Last    First    Middle I. Suffix Prefix    Maiden

Olvera Maria                                     Ace American Insurance Company
Last    First    Middle I. Suffix Prefix    Maiden     Last    First    Middle I. Suffix Prefix    Maiden

                                                 Clark  Paul
Last    First    Middle I. Suffix Prefix    Maiden     Last    First    Middle I. Suffix Prefix    Maiden

Last    First    Middle I. Suffix Prefix    Maiden     Last    First    Middle I. Suffix Prefix    Maiden

**No. of Plaintiffs** 2 _____          **No. of Defendants** 3 _____

**Plaintiff/Petitioner's Attorney**     ☐ Pro Se

Chalker     Ronald
Last        First          Middle I.   Suffix

**Bar #** 118701 _____

### Check Primary Type (Check only ONE)

☐ Contract/Account
☐ Wills/Estate
☐ Real Property
☐ Dispossessory/Distress
☐ Personal Property
☐ Equity
☐ Habeas Corpus
☐ Appeals, Reviews
☐ Post Judgment Garnishment, Attachment, or Other Relief
☐ Non-Domestic Contempt
☑ Tort (If tort, fill in right column)
☐ Other General Civil Specify _____
_____

### If Tort is Case Type:
#### (Check no more than **TWO**)

☑ Auto Accident
☐ Premises Liability
☐ Medical Malpractice
☐ Other Professional Negligence
☐ Product Liability
☐ Other Specify _____
_____

**Are Punitive Damages Pleaded?** ☐ Yes ☐ No

23EV00084§
2/8/2023 10:41 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| OSCAR NINO DE RIVERA and | ) | |
| MARIA OCASTA OLVERA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action |
| | ) | File No. _____ |
| EVANS DELIVERY COMPANY, INC., | ) | |
| ACE AMERICAN INSURANCE COMPANY, | ) | |
| and PAUL ANTHONY CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' FIRST INTERROGATORIES TO
### DEFENDANT EVANS DELIVERY COMPANY, INC.

COME NOW, the Plaintiffs in the above-styled action and pursuant to Official Code of Georgia Ann. Section 9-11-33, propound these Interrogatories to the Defendant in the above-styled action. Defendant is required under Official Code of Georgia Ann. Section 9-11-33 to answer these Interrogatories separately and fully in writing and under oath and to serve a copy of said answers upon counsel of the Plaintiffs within forty-five (45) days after service of these Interrogatories.

**NOTE A**: The Defendant "shall furnish such information as is available to the party." See Official Code of Georgia Ann. Section 9-11-33(a).

**NOTE B**: These Interrogatories shall be deemed continuing and supplemental responses shall be required as set forth in Official Code of Georgia Ann. Section 9-11-26(e).

## INTERROGATORIES

1.

Please identify yourself fully, giving your full name, residence, business address, and occupation, and if the Defendant is a corporation, please state the office you hold with the Defendant.

2.

Have you obtained statements from any person regarding the incident complained of in the Plaintiffs' Complaint, and if so, please state:

(a)     Whether or not such statements were oral, written or recorded listing the name and address of the person or persons taking the statement;

(b)     The date of these statements and the name of the person or persons from whom such statement(s) was taken.

3.

Please state whether or not you have in your possession any map, plat, drawing or photograph pertaining to the collision or automobiles or vehicles in question and further state the name of the person having custody thereof and whether or not you will produce same without the necessity of a formal Request for Production of Documents pursuant to O.C.G.A. section 9-11-34(c).

4.

Please state whether or not you have any policy or policies of insurance, including any excess insurance coverage, to indemnify you in the event that Plaintiff should obtain a judgment against you and if so, please state:

(a)     The name and address of the insurance company or companies issuing said policy

or excess policy;

 (b) The Policy number;

 (c) The limits of each type of coverage of liability of said policy and excess policy;

 (d) Whether you have received any notice from your insurance company regarding a reservation of their rights concerning the incident complained of in Plaintiffs' Complaint.

5.

Please state whether or not you have consulted any expert(s) which you intend to call at trial to render an opinion with regard to the matters in controversy and if so, please state:

 (a) The subject matter on which he or she is expected to testify;

 (b) A summary of the substance of the facts and opinions on which he/she is expected to testify.

6.

Please give the names and address of all expert witnesses you have consulted concerning the occurrence in this Complaint and whether or not you intend to call said experts at the time of trial of the case.

7.

Do you know of anyone who claims to have seen or heard the Plaintiff Oscar Nino de Rivera make any statement or statements against his interest regarding the occurrence referred in Plaintiffs' Complaint and if so please state:

 (a) The location and date any such statement was made;

 (b) The name and address of the person in whose presence any such statement was made;

 (c) The substance of any such statement.

8.

Please state in exact detail the manner in which you contend the collision which is the subject matter of this action occurred.

9.

Please state the following regarding your vehicle which was involved in the collision as outlined in the Plaintiffs' Complaint:

(a)    Whether or not said vehicle was owned by you;

(b)    Whether or not said vehicle was a total wreck as a result of this collision;

(c)    The location where your vehicle was located immediately before the collision complained of in the Plaintiffs' Complaint;

(d)    The location where your vehicle was towed to after the accident, giving the name of the towing company, street address and the name of the firm where your vehicle was towed to;

(e)    The present whereabouts and location of your vehicle.

10.

Was Paul Anthony Clark in your employ on or about February 24, 2021? If so, please state:

(a)    The date he was hired;

(b)    The name, address and job title of the person who hired him;

(c)    Whether he is still employed by you, and if not, the date and reason the employment was terminated;

(d)    The most recent address and telephone number known to you for his resident address;

(e)    A description of the duties he was required to perform during his employment

with your company, and state whether or not he was within the scope of his employment and conducting a job related service at the time of the collision complained of in the Plaintiffs' Complaint.

11.

Did Paul Anthony Clark ever communicate to you or any one of his supervisors whom are employed with your company his prior driving record or driving convictions that he has sustained prior to February 24, 2021 and, if so, please state the date of the communication, to whom communicated and the nature and essence of the communication.

12.

Did you give Paul Anthony Clark permission to drive the vehicle which was involved in the collision which is the issue in the Plaintiffs' Complaint, and if so, state:

(a)     For what purpose did you give him use of the vehicle;

(b)     What limitations, if any, did you instruct him regarding his use of your vehicle;

(c)     At the time of the collision which is of issue in the Plaintiffs' Complaint, was he acting within the permission that you gave him for the use of the vehicle?

13.

State the name, address and employer of all persons who, to your knowledge, information or belief, have investigated any aspect of the occurrence which is the subject matter of this litigation and indicate whether or not each has made a written record of the investigation or any part thereof.

14.

Please identify with reasonable particularity all books, documents and other tangible things relevant to the issues in this lawsuit or that support your contentions that have not already

been identified and give the name and address of the person(s) having possession, custody or control of each thing.

15.

Identify all United States statutes, State statutes, City ordinances, rules or regulations which you contend the propounder of these Interrogatories violated with respect to the incident giving rise to this lawsuit.

16.

If you or any of your representatives have a copy of, or knowledge of, any transcript of testimony or other recording of proceedings at traffic court or any other trial, hearing or inquiry connected with the collision giving rise to this lawsuit, please identify each with reasonable particularity and give the name, address and telephone number of all persons having custody of each transcript or other recording.

17.

If any mechanical problem or other malfunction of the vehicle owned by you contributed, however slightly, to the accident giving rise to this lawsuit, please describe the nature of malfunction or problem, how this contributed to the collision and the name, address and telephone number of all persons with relevant knowledge concerning the malfunction or problem.

18.

State the point or origin and the point of destination of the trip that Paul Anthony Clark was on at the time of the occurrence at issue, and state the time he left the point of origin.

19.

If Paul Anthony Clark has ever been in any vehicle collision or accident other than the

occurrence at issue, please describe such incident, giving the date and place thereof, the names of all other persons involved and the circumstances and results of any legal proceedings which followed.

20.

Had Paul Anthony Clark ever driven the vehicle he was driving at the time of the incident in question prior to February 24, 2021, and if so, for approximately how long a time?

Respectfully submitted,

/s/ Ronald Chalker
RONALD F. CHALKER
Attorney for Plaintiffs
Georgia Bar No. 118701

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Place
Suite C
Alpharetta, Georgia 30022
(770) 955-0006

State Court of Fulton County
**E-FILED**
23EV000849
2/9/2023 9:11 AM
Donald Talley, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

OSCAR NINO DE RIVERA and )
MARIA OCASTA OLVERA )
)
    Plaintiffs, )
)
vs. )    Civil Action
)    File No. _____
EVANS DELIVERY COMPANY, INC., )
ACE AMERICAN INSURANCE COMPANY, )
and PAUL ANTHONY CLARK, )
)
    Defendants. )

## PLAINTIFFS' FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PAUL ANTHONY CLARK

COMES NOW, the Plaintiff in the above-styled action and pursuant to Official Code of Georgia Ann. Section 9-11-33, propound these Interrogatories to the Defendant in the above-styled action. Defendant is required under Official Code of Georgia Ann. Section 9-11-33 to answer these Interrogatories separately and fully in writing and under oath and to serve a copy of said answers upon counsel of the Plaintiffs within forty-five (45) days after service of these Interrogatories.

**NOTE A**: The Defendant "shall furnish such information as is available to the party." See Official Code of Georgia Ann. Section 9-11-33(a).

**NOTE B**: These Interrogatories shall be deemed continuing and supplemental responses shall be required as set forth in Official Code of Georgia Ann. Section 9-11-26(e).

## INTERROGATORIES

1.

State your full name, date of birth, present address and social security number.

2.

State the full name of your spouse, if any, at the time of the incident giving rise to this lawsuit, date and location of marriage, your spouse at the present time, and give the names and ages of all your children.

3.

If you have ever been arrested or convicted of any crime (other than a traffic offense) please identify each crime, date of arrest, the arresting authority, the court in which any criminal proceeding against you was held, and the disposition of each charge.

4.

State your educational background including all schools, institutions, trade or professional schools attended, the dates of attendance of each, and the degrees, certificates or licenses obtained at each.

5.

State specifically the name and address of your current employer and every other employer for whom you have worked for the past five (5) years giving as to each the dates of employment, the nature of your work and the average rate of pay received on a weekly, monthly and yearly basis.

6.

If you or any member of your immediate family have ever been a party to a lawsuit, including a claim for Worker's Compensation, or a bankruptcy proceeding, please identify the person involved, give the style and number of the case, the nature of the litigations, the role you or your family member had (Plaintiff, Defendant, etc.), and the court or administrative body before which the suit was filed.

7.

As to the action in which these Interrogatories are filed, please state where this occurrence took place and the date and time of day.

8.

State specifically and in reasonable detail how the occurrence which is the basis of the lawsuit in this matter happened, as to your knowledge.

9.

Give the name, address and telephone number of all persons that to you or your representative's knowledge, information or belief:

(a)  were eyewitnesses to the incident giving rise to this lawsuit;

(b)  have relevant knowledge concerning the incident giving rise to this lawsuit or the damages you claim, if any, in connection with this lawsuit, who are not identified in subpart (a).

10.

With regard to each statement (oral, written, recorded, court or deposition

transcript, etc.) taken from any person with knowledge relevant to this lawsuit, please state the name of each person, the name and address of the person or entity taking each statement, the date each statement was taken, and the name and address of each person having possession, custody or control of each statement.

11.

State the name, address and employer of all persons who to your knowledge, information or belief have investigated any aspect of the occurrence which is the subject of this litigation, and indicate whether or not each has made a written record of the investigation or any part thereof.

12.

Describe with reasonable particularity all photographs, charts, diagrams, videotapes, and other illustrations of any person, place or thing involved in this lawsuit, giving the date each was made and the name and address of the person(s) with possession, custody or control of each item.

13.

Please identify with reasonable particularity all books, documents and other tangible things relevant to the issues in this lawsuit or that support your contentions that have not already been identified and give the name and address of the person(s) having possession, custody or control of each thing.

14.

Identify all United States statutes, state statutes, city ordinances, rules or

regulations which you contend the propounder of these Interrogatories violated with respect to the incident giving rise to this lawsuit.

15.

If you consumed any alcoholic beverages, medicines or drugs within 24 hours prior to the occurrence giving rise to this lawsuit please identify the nature and quantity thereof and the time(s) and place(s) where such were consumed.

16.

Please state the place and date of all accidents or incidents in which you have been involved, either prior to the occurrence giving rise to this lawsuit or subsequent thereto, and describe the personal injuries, if any, which you received in such other accidents or incidents and describe the citations, if any, you received in such other accidents or incidents.

17.

State the substance of and names of the parties to all conversations or other communications you had with the propounder of these Interrogatories or propounder's agent at the time of the occurrence giving rise to this action or at any time following the occurrence giving rise to this lawsuit.

18.

Please state the name and address of all expert witnesses or professional consultants retained or consulted by you or on your behalf to make an evaluation or an investigation of the cause of the occurrence giving rise to this lawsuit or the damages

sustained by you, if any.

19.

Please identify each expert expected to testify at trial and state the subject matter the expert is expected to testify about, the substance of the facts and opinions to which the expert is expected to testify, and give a summary of the grounds for each opinion. See Official Code Of Georgia Ann. Section 9-11-26(b)(4)(A)(i).

20.

Please set forth in detail each and every act of omission that you contend was a breach of duty on the part of the propounder of these Interrogatories.

21.

Please state the name, address and telephone number of all persons who arrived at the scene of the accident giving rise to this lawsuit within an hour of the accident or that you or any other eyewitnesses to the accident spoke with shortly following the accident.

22.

If you have ever worn or been prescribed glasses, please state the nature of the problem that required correction, whether or not you were wearing glasses (or contact lenses) at the time of the incident giving rise to this lawsuit, and the name and address of all optometrists or doctors who have treated you for eye problems, prescribed glasses (or contacts) for you or tested your vision.

23.

If you or any of your representatives have a copy of, or knowledge of, any transcription of testimony or other recording of proceedings at traffic court or any other trial, hearing or inquiry connected with the accident giving rise to this suit, please identify each with reasonable particularity and give the name, address and telephone number of all persons with custody of each transcript or other recording.

24.

If any mechanical problem or other malfunction of the vehicle you were occupying contributed, however slightly, to the accident giving rise to this lawsuit, please describe the nature of the malfunction or problem, how this contributed to the accident and the name, address and telephone number of all persons with relevant knowledge concerning the malfunction or problem.

25.

Please state the name, address and telephone number of the owner(s) of the car you were occupying at the time of this occurrence, and give its make, year, style, tag number, vehicle registration number and manufacturer's identification number.

26.

If the vehicle you were driving incurred property damage as a result of this incident, please state the following information:

    (a)    Your estimate of the fair market value of the vehicle immediately prior to this accident and its value immediately after the accident;

(b)     With respect to all repair estimates on the vehicle that you were driving, please state the person or entity making the estimate, the amount of the estimate and the identity with reasonable particularity of all documents concerning any repair estimates (you may attach copies of the relevant documents in lieu of answering this question to the extent the documents provide the requested information);

(c)     If the vehicle that you were driving has been repaired, please give the name, address and telephone number of the person or entity performing the repairs, the date repair was made, the charge made for the repairs and identify with reasonable particularity all documents associated with the repair of said vehicle;

(d)     If the vehicle that you were driving was sold for salvage or otherwise sold after the accident, please give the name, address and telephone number of the person or entity the sale was made to and the sales price of the vehicle.

27.

Please identify with reasonable particularity (including the title and date) all documents (proof of loss, loan receipt, subrogation agreements, releases, covenants not to sue, etc.) executed by you in connection with the payment of any money to you or on your behalf because of this incident by an insurance carrier or any other entity.

28.

If you were given any traffic citations as a result of the accident giving rise to this

lawsuit, please state what the traffic citation(s) was, how you pled to the citation and how the citation was ultimately resolved.

29.

Please identify all insurance companies providing automobile insurance coverage, including all excess policies, for you or the vehicle you were occupying at the time of this accident and state for each policy of insurance the policy number, name of insurance company, and applicable liability limits, no-fault limits and uninsured motorist limits for each of said policies.

30.

State your position in the vehicle at the time of this accident (ex., front seat, right side) and indicate whether or not you were wearing a seatbelt or shoulder harness at the time of the accident.

31.

Did you have a valid driver's license at the time of this accident and, if so, state your driver's license number and the name of the state issuing said driver's license.

32.

Describe the weather and lighting conditions at the time of this accident.

33.

Were you acting within the scope of employment for any employer at the time of the incident at issue?  If so, please identify the employer involved and state the exact nature of the work you were performing for it at the time of said incident.

34.

Was your vehicle in question (the automobile involved in the collision) equipped with a cellular telephone, cellular facsimile machine, citizen's band radio, television, AM/FM radio, tape deck, or other wireless communications device and, if so, state which devices were present in the vehicle, whether you were operating or attempting to operate any of these devices at the time of the collision or immediately prior thereto, the devices in operation or that you were attempting to operate, and a description of the activities involved in the use or operation of the device.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to O.C.G.A. Section 9-11-34, you are requested to produce the following documents as required by law. The documents requested shall be produced on the forty-fifth (45th) day following service hereof pursuant to said code section, or you may comply with this request by mailing copies of the requested documents to Plaintiffs' counsel at the address listed hereinafter.

The requested documents are as follows:

1.

Reproductions, made from the negatives, of each and every photograph taken by you or someone on your behalf with regard to anything that is related to the incident which is the subject matter of this action.

2.

Each and every statement taken by you or someone on your behalf from any of the parties or witnesses or anyone having information relevant to this litigation.

3.

Each and every report or correspondence between you or a representative on your behalf and any insurance carrier, experts retained on your behalf or any other entity regarding the incident which is the subject matter of this litigation.

4.

Copies of all documents and tangible things which are in any way relevant to this action or are calculated to lead to the discovery of relevant information, including: all writings, drawings, graphs, charts, correspondence, memoranda, notes, diaries, reports, summaries, statements and worksheets, whether made or obtained by you, any other party to this action, your attorneys, consultants of your attorneys, your insurance company or its agents.

5.

Copies of all insurance policies in effect on the date of the subject incident providing liability coverage for the events described in the Complaint.

6.

Copies of all documents which you believe support any contentions made by you with regard to the events described in the Complaint.

Respectfully submitted,


/s/ Ronald Chalker
RONALD F. CHALKER
Attorney for Plaintiffs
Georgia Bar No. 118701

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Place
Suite C
Alpharetta, Georgia 30022
(770) 955-0006

State Court of Fulton County
**E-FILED**
23EV000849
2/23/2023 8:13 AM
Donald Talley, Clerk
Civil Division

**IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA**

OSCAR NINO DE RIVERA and
MARIA OCASTA OLVERA,

      **Plaintiffs,**

v.

EVANS DELIVERY COMPANY, INC.,
ACE AMERICAN INSURANCE
COMPANY, and PAUL ANTHONY
CLARK,

      **Defendants.**

**CIVIL ACTION FILE
NO. 23EVOOO849**

## ACKNOWLEDGMENT OF SERVICE

Come now Defendants Paul Anthony Clark, Evans Delivery Company, Inc., and ACE American Insurance Company and pursuant to O.C.G.A. § 9-10-73, acknowledge service of the Complaint for Damages in Tort in the above-captioned action, reserving all defenses excepting those to service of process and sufficiency of process.

This the 23rd day of February 2023.

    **FREEMAN MATHIS & GARY, LLP**

    */s/ E. Andrew Treese*
    Jennifer C. Adair
    Georgia Bar No. 001901
    jadair@fmglaw.com
    E. Andrew Treese
    Georgia Bar No. 556850
    atreese@fmglaw.com
    Geoffrey F. Calderaro
    Georgia Bar No. 991159
    geoffrey.calderaro@fmglaw.com

    *Attorneys for Defendants Paul Anthony Clark,*
    *Evans Delivery Company, Inc., and ACE American*
    *Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Acknowledgement of Service* to the Clerk of Court using the *Odyssey* system which will automatically send electronic mail notification of such filing to the following counsel of record:

Ronald F. Chalker
Law Offices Falanga & Chalker
11200 Atlantis Place, Suite C
Alpharetta, Georgia 30022
3560 Lenox Road NE
Suite 3020
Atlanta, GA 30326
ronchalker@mindspring.com

This the 23rd day of February 2023

/s/ E. Andrew Treese
E. Andrew Treese
*Attorneys for Defendants Paul Anthony Clark,*
*Evans Delivery Company, Inc., and ACE*
*American Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

State Court of Fulton County
**E-FILED**
23EV000849
2/23/2023 8:13 AM
Donald Talley, Clerk
Civil Division

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

OSCAR NINO DE RIVERA and
MARIA OCASTA OLVERA,

        Plaintiffs,

v.

EVANS DELIVERY COMPANY, INC.,
ACE AMERICAN INSURANCE
COMPANY, and PAUL ANTHONY
CLARK,

        Defendants.

**CIVIL ACTION FILE
NO. 23EVOOO849**

## ENTRY OF APPEARANCE

COME NOW, Jennifer C. Adair, E. Andrew Treese, and Geoffrey F. Calderaro of the law firm Freeman Mathis & Gary, LLP, and enter their appearance on behalf of Defendants Paul Clark, Evans Delivery Company, Inc., and ACE American Insurance Company. From this date forward, please send all notices, correspondence, pleadings and other materials related to this case to counsel's attention at the following address:

Jennifer C. Adair (jadair@fmglaw.com)
E. Andrew Treese (atreese@fmglaw.com)
Geoffrey Calderaro (geoffrey.calderaro@fmglaw.com)
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
Phone: (770) 818-0000
Facsimile: (833) 330-3669

This the 23rd day of February, 2023.

**FREEMAN MATHIS & GARY, LLP**

*/s/ E. Andrew Treese*
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com

E. Andrew Treese
Georgia Bar No. 556850
atreese@fmglaw.com
Geoffrey F. Calderaro
Georgia Bar No. 991159
geoffrey.calderaro@fmglaw.com

*Attorneys for Defendants Paul Clark, Evans Delivery Company, Inc. and Ace American Insurance Company*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Entry of Appearance* to the Clerk of Court using the *Odyssey* system which will automatically send electronic mail notification of such filing to the following counsel of record:

Ronald F. Chalker
Law Offices Falanga & Chalker
11200 Atlantis Place, Suite C
Alpharetta, Georgia 30022
3560 Lenox Road NE
Suite 3020
Atlanta, GA 30326
ronchalker@mindspring.com

This the 23rd day of February, 2023.

*/s/ E. Andrew Treese*
E. Andrew Treese

*Attorneys for Defendants Evans Delivery Company, Inc., ACE American Insurance Company, and Paul Anthony Clark*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)