# EXHIBIT "4"

# NOTICE OF FILING NOTICE OF REMOVAL

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| OSCAR NINO DE RIVERA and, MARIA OCASTA OLVERA, </br></br>Plaintiffs,</br></br>v.</br></br>EVANS DELIVERY COMPANY, INC, ACE AMERICAN INSURANCE COMPANY, and PAUL ANTHONY CLARK,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)    CIVIL ACTION FLE NO.:</br>)    23EV000849</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendants Evan Delivery Company, Inc., ACE American Insurance Company, and Paul Anthony Clark hereby notify this Court and all other interested parties that Defendants have filed a Notice of Removal to the United States District Court for the Northern District of Georgia (Atlanta Division), removing this action pursuant to 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached hereto as Exhibit A.

This 20th day of March, 2023.

FREEMAN MATHIS & GARY, LLP

*/s/ E. Andrew Treese*
Jennifer C. Adair
Georgia Bar No. 001901
jadair@fmglaw.com
E. Andrew Treese
Georgia Bar No. 556850
atreese@fmglaw.com
Geoffrey F. Calderaro
Georgia Bar No. 991159
geoffrey.calderaro@fmglaw.com

*Attorneys for Defendants Evans Delivery Company, Inc., ACE American Insurance Company, and Paul Anthony Clark*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the within and foregoing *NOTICE OF FILING NOTICE OF REMOVAL* via first class mail to the address below and by electronically filing the same with the Clerk of Court using the Odyssey e-filing system, which will automatically send e-mail notification of sch filing, the following:

Ronald F. Chalker<br>
Law Offices Falanga & Chalker<br>
11200 Atlantis Place, Suite C<br>
Alpharetta, Georgia 30022<br>
3560 Lenox Road NE<br>
Suite 3020<br>
Atlanta, GA 30326<br>
ronchalker@mindspring.com

This 20th day of March, 2023.

/s/ E. Andrew Treese
E. Andrew Treese

*Attorneys for Defendants Evans Delivery Company, Inc., ACE American Insurance Company, and Paul Anthony Clark*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)