UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| PRAKASH REGMI and<br>SHOVA SUBEDI<br><br>Plaintiffs<br><br>v.<br><br>UR M. JADDOU, Director of U.S.<br>Citizenship and Immigration Services<br><br><br><br>Defendant. | Civ. No.<br><br>COMPLAINT TO COMPEL<br>AGENCY ACTION UNDER<br>28 U.S.C § 1361 AND 5 U.S.C.<br>§§ 555(b), 701(1), AND FOR<br>A WRIT OF MANDAMUS TO<br>COMPEL DEFENDANTS'<br>ADJUDICATION OF FORMS I-485<br>ADJUSTMENT OF STATUS<br>APPLICATION<br><br>Agency No. A218 015 185<br>Agency No. A219 753 025 |

## LIST OF EXHIBITS

Exhibit A        Plaintiffs' passport biographical pages, visas and I-94s;

Exhibit B        Plaintiffs' Receipt Notices for Forms, I-485, Application for Adjustment of Status;

Exhibit C        Approval Notice for Form, I-140, Immigrant Petition for Immigrant Worker;

Exhibit D        Copy of Principal Plaintiff's Employment Authorization Document;

Exhibit E        Copy of Receipt Notice for Form I-485J, Confirmation of Bona Fide Job Offer or Request for Job Portability INA SEC 204(J);

| | |
|---|---|
| Exhibit F | Copy of USCIS' national media processing time for Form I-485 for Fiscal Year 2018 to 2023 (up to February 28, 2023); and |
| Exhibit G | March 2023 Visa Bulletin. |

Respectfully submitted this 20th day of March, 2023,

/s/
Myung-Sun Caitlyn Goldstein
Georgia Bar No. 623307
Goldstein Law Group
3449 Lawrenceville-Suwanee Road, Ste. C
Suwanee, GA 30024
Phone: 404-781-9212
Fax: 877-273-8478
Email: mcg@mcglawoffice.com
*Counsel for Plaintiffs*