







For: **PRAKASH REGMI**

## U.S. Customs and Border Protection
*Securing America's Borders*

**Most Recent I-94**

Admission (I-94) Record Number : 17798099040
Most Recent Date of Entry: 2016 August 06
Class of Admission : F1
Admit Until Date : D/S
Details provided on the I-94 Information form:

| | |
|---|---|
| Last/Surname : | REGMI |
| First (Given) Name : | PRAKASH |
| Birth Date : |  |
| Passport Number : | 08652040 |
| Country of Issuance : | Nepal |

[Get Travel History]

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 10/31/2025

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

1/1

 For: **SHOVA SUBEDI**



**Most Recent I-94**

**Admission (I-94) Record Number :** 46064942085
**Most Recent Date of Entry:** 2017 June 27
**Class of Admission :** F2
**Admit Until Date :** D/S
**Details provided on the I-94 Information form:**

| | |
|---|---|
| Last/Surname : | SUBEDI |
| First (Given) Name : | SHOVA |
| Birth Date : | ▇▇▇▇▇▇▇ |
| Passport Number : | 10207957 |
| Country of Issuance : | Nepal |

[Get Travel History]

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

OMB No. 1651-0111
Expiration Date: 10/31/2020

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

1/1