# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| JAMES GREGG ZINN,<br><br>               Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>and TRANS UNION LLC,<br><br>               Defendants. | No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES BY PLAINTIFF** |

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff James Gregg Zinn

    Defendant Wells Fargo Bank, N.A.

    Defendant Experian Information Solutions, Inc.

    Defendant Equifax Information Services, LLC

    Defendant Trans Union LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None known to Plaintiff at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    Jenna Dakroub, GA #385021
    CONSUMER ATTORNEYS
    8245 N. 85th Way
    Scottsdale, AZ 85258
    E: jdakroub@consumerattorneys.com
    T: (602) 807-1525
    F: (718) 715-1750
    *Attorneys for Plaintiff,*
    *James Gregg Zinn*

Dated: March 20, 2022

    */s/Jenna Dakroub*
    Jenna Dakroub, GA #385021
    CONSUMER ATTORNEYS
    8245 N. 85th Way
    Scottsdale, AZ 85258
    E: jdakroub@consumerattorneys.com
    T: (602) 807-1525
    F: (718) 715-1750
    *Attorneys for Plaintiff,*
    *James Gregg Zinn*