# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**415-2022-00839** |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>George K. Allen Sr. | Home Phone<br><br>(912) 614-7700 | Year of Birth |
|---|---|---|
| Street Address<br><br>518 Strickland Avenue<br><br>BLACKSHEAR, GA 31516 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br><br>West Fraser Timber Company | No. Employees, Members<br><br>501+ Employees | Phone No.<br><br>(901) 620-4200 |
|---|---|---|
| Street Address<br><br>1900 Exeter Road Suite 105<br><br>GERMANTOWN, TN 38138 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br><br>Race, Color | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest                  Latest<br><br>03/04/2022            05/25/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above-mentioned employer on September 9, 2004. I am currently a Grader Technician, and my supervisor is Ronnie Strickland, Superintendent. On March 4, 2022, Jay (last name unknown), Interim General Manager, suspended me without pay for what he said was a serious matter, yet he declined to provide information about the incident in question. He stated an investigation was opened and that before he rendered a decision, I would be given the opportunity to write a statement on my behalf and present witnesses. On March 9, 2022, as instructed, I returned to work and met with Jay and my union representative. Jay informed me that he decided to uphold my suspension without pay and requested that I sign a letter of suspension which I refused to sign. He rendered his final decision without allowing me due process while several White co-workers in similar situations were granted due process. On or about the first week of May 2022, I submitted a formal complaint to Human Resources (HR). I was informed HR will look into my complaint. I believe I have been discriminated against because of my color (Black) and race (African American) in violation of Title VII of the Civil Rights Act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: George K. Allen Sr.**<br><br>**05/26/2022**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |