# EXHIBIT B

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Savannah Local Office**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 2/10/2023

**To:** George K. Allen Sr.
518 Strickland Avenue
BLACKSHEAR, GA 31516
Charge No: 415-2022-00839

EEOC Representative and email:   Davena Moore
Federal Investigator
davena.moore@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2022-00839.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
2/10/2023

Darrell Graham
District Director

**Cc:**
Bart N Sisk
The Kullman Firm
6263 Poplar Avenue Suite 945
Memphis, TN 38119

Sarah Blankenship
West Fraser Timber Company
1900 Exeter Road Suite 105
GERMANTOWN, TN 38138


Please retain this notice for your records.