# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DEBORAH HORNSBY,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | **Civil Action File No.:** |
| **RIAH W. GREATHOUSE,** ) | |
| **ZACHARY TAFT, JOSEPH** ) | |
| **WILSON, and DANIELLE M.** ) | |
| **GRIFFITH,** ) | |
| ) | |
| *Defendants*. ) | |

## COMPLAINT

COMES NOW, Plaintiff Deborah Hornsby, by and through her undersigned counsel, and files this Complaint.

## JURISDICTION AND VENUE

**1.**

This Court has jurisdiction over this matter.

**2.**

Plaintiff is a resident of the State of New York.

**3.**

All Defendants are residents of the state of Georgia.

**4.**

This matter involves a claim in excess of $75,000, and thus is subject to the jurisdiction of this court.

**5.**

Plaintiff filed a lawsuit in the State Court of DeKalb County on October 18, 2018, arising out of an automobile collision involving a trucking company. Plaintiff also named the trucking company's insurance carrier, Accelerated Courier, Inc, and its driver Gary Johnson. (CAFN: 18A68105).

**6.**

On February 5, 2020, this action was dismissed without prejudice by the Plaintiff.

**7.**

On July 21, 2020, Plaintiff contracted with Riah W. Greathouse and Greathouse Trial Lawyer, LLC, to represent her in a renewal action of the above-mentioned lawsuit in the State Court of DeKalb County (CAFN: 20A82414)

**8.**

On September 23, 2020, Defendants Zachary Taft and Riah W. Greathouse filed a renewal of the lawsuit on Plaintiff's behalf.

**9.**

Plaintiff has now learned that Greathouse Trial Lawyer, LLC, is not a corporation organized under the laws of the State of Georgia or authorized to do business.

**10.**

No lawful service was made upon of Defendants Gary Johnson and Accelerated Courier, Inc., in the renewal action by the Defendants.

**11.**

Defendants in this action made no attempt to lawfully serve Gary Johnson and Accelerated Courier, Inc., while they represented the Plaintiff in the renewal action.

**12.**

During the pendency of this renewal action, Defendants never notified the Plaintiff on their failure to lawfully serve Gary Johnson and Accelerated Courier, Inc., as required by Georgia law. On April 23, 2021, Defendants Riah W. Greathouse, Joseph Wilson, and Danielle M. Griffith, filed motions to withdraw as Plaintiff's counsel.

**13.**

Defendants Riah W. Greathouse, Joseph Wilson and Danielle M. Griffith informed the Plaintiff that they would no longer represent her as counsel in the renewal action.

**14.**

On May 7, 2021, Defendants Riah W. Greathouse, Joseph Wilson, and Danielle M. Griffith appeared at a hearing on behalf of the Plaintiff agreeing to a consent order for a continuance of the trial, but Defendants never received an order authorizing their withdrawal as Plaintiff's counsel.

**15.**

Defendants willfully violated their fiduciary duty to the Plaintiff by failing to continue to represent her until they received an Order from the Court granting their withdrawal of counsel.

**16.**

Defendants willfully violated the standard of care required of attorneys in the State of Georgia, generally under like and similar circumstances, by failing to serve Gary Johnson and Accelerated Courier, Inc., the Complaint and Summons in the renewal action, under the laws of the State of Georgia.

**17.**

As a result of the actions of the Defendants, Plaintiff lost her right to renew the action against the trucking company Accelerated Courier, Inc., and driver Gary Johnson, within the statute of limitations provided under Georgia law, and thus Plaintiff was forced to dismiss her action.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Ms. Hornsby prays for a trial by a jury of twelve and judgment against the Defendant as follows:

a. The process issue and service be had on Defendants;

b. That judgment be granted in favor of Plaintiff against Defendants, jointly and severally, for the injuries of Plaintiff;

c. Plaintiff be awarded nominal damages;

d. Plaintiff be awarded damages in excess of $75,000 for her loss of the right to pursue her claims against Gary Johnson and Accelerated Courier, Inc., in court in the State of Georgia because of the conduct by Defendants;

e. That Plaintiff be awarded punitive damages;

f. That Plaintiff recover all costs of this litigation, including reasonable attorney's fees;

g. That a jury trial be had on all issues so triable; and

h. That Plaintiff receives such other and further relief as the Court deems just and proper.

Case 1:23-mi-99999-UNA   Document 854   Filed 03/21/23   Page 6 of 6

6 | P a g e

Respectfully submitted this 20th day of March 2023.

/s/DAVID BETTS
David Betts
Ga Bar No. 055850

**BETTS & ASSOCIATES**
44 Broad Street NW, Suite 200
Atlanta, GA 30303
P: 404-577-8888
davidbetts@bettslaw.net
*Counsel for Plaintiff*