Addendum

**<u>Plaintiffs</u>**

The City of Atlanta, GA
55 Trinity Ave. S.W.
Atlanta, GA 30303

Clayton County, GA
112 Smith Street, Annex 1
Jonesboro, GA 30236

Dekalb County, GA
1300 Commerce Drive
Decatur, GA 30030

Forsyth County, GA
110 E. Main Street, Ste. 210
Cumming, GA 30040

Fulton County, GA
141 Pryor St. S.W.
Atlanta, GA 30303

Henry County, GA
140 Henry Parkway
McDonough, GA 30253

Rockdale County, GA
958 Milstead Ave. N.E.
Conyers, GA 30012

**<u>Plaintiff's Counsel</u>**

EDMOND & LINDSAY, LLP
Roderick E. Edmond, M.D.,J.D.
344 Woodward Avenue
Atlanta, Georgia  30312
Phone: 404-525-1080
Fax:     404-525-1073
Email: drrod4u@edmondfirm.com

NAPOLI SHKOLNIK  NS PR LAW SERVICES, LLC
Hunter J. Shkolnik (admitted pro hac vice)
Paul J. Napoli
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
Email: hunter@nsprlaw.com
Email: pnapoli@naprlaw.com

Addendum

-and-
NAPOLI SHKOLNIK PLLC
Salvatore C. Badala (admitted pro hac vice)
Shayna E. Sacks (admitted pro hac vice)
360 Lexington Avenue, 11th Fl.
New York, New York 10017
Email: sbadala@napolilaw.com
Email: ssacks@napolilaw.com
Phone: (212) 397-1000


**Defendants**

MYLAN PHARMACEUTICALS, INC.
1000 Mylan Blvd.
Canonsburg, PA 15317

SANDOZ, INC.
100 College Rd.,
West Princeton, NJ 08540

NOVARTIS AG
One Health Plaza
East Hanover, New Jersey, 07936-1080

WEST-WARD PHARMACEUTICALS CORP. N/K/A HIKMA PHARMACEUTICALS, INC.
200 Connell Drive, 4th Floor
Berkeley Heights, NJ 07922

AMNEAL PHARMACEUTICALS, INC.
c/o CT Corporation
820 Bear Tavern Road
West Trenton N.J. 08628

AMNEAL PHARMACEUTICALS LLC
400 Crossing Blvd, 3rd Fl.
Bridgewater, NJ 08807

KVK-TECH, INC.
110 Terry Road
Newtown, PA 18940

INDIVIOR INC. F/K/A RECKITT BENCKISER PHARMACEUTICALS, INC.
10710 Midlothian Turnpike, Suite 430
Richmond, Virginia 23235

Addendum

ASSERTIO THERAPEUTICS F/K/A DEPOMED, INC.
100 South Saunders Road, Suite 300
Lake Forrest, IL 60045

ZYDUS PHARMACEUTICALS (USA) INC.
73 NJ-31
Pennington, NJ 08534


ABBOTT LABORATORIES, INC.
100 Abbott Park Road
Abbott Park, IL 60064

SUN PHARMACEUTICAL INDUSTRIES, INC.
2 Independence Way
Princeton, NJ 08540

COLLEGIUM PHARMACEUTICAL, INC.
100 Technology Center Dr., Suite 300
Stoughton, MA 02072

KEYSOURCE MEDICAL, INC.
7820 Palace Dr.
Cincinnati, OH 45249

QUEST PHARMACEUTICALS, INC.
300 Chestnut St.
Murray, KY 42071

MORRIS & DICKSON CO., LLC
410 Kay Lane
Shreveport, Louisiana 71115
Registered Agent:
Jeffrey Scott Irelan
410 Kay Lane
Shreveport, LA 71115

ASSOCIATED PHARMACIES, INC.
201 Lonnie E. Crawford Blvd.
Scottsboro, Alabama 35769

PUBLIX SUPERMARKETS, INC.
3300 Publix Corporate Pkwy
Lakeland, FL 33811-3311
Registered Agent:
Corporate Creations Network, Inc.

Addendum

801 US Highway 1
North Palm Beach, FL 33408

SMITH DRUG COMPANY
9098 Fairforest Road
Spartanburg, South Carolina 29304


THE KROGER CO.
1014 Vine Street
Cincinnati, Ohio 45202

HENRY SCHEIN, INC.
135 Duryea Road
Melville, NY 11747

HENRY SCHEIN MEDICAL SYSTEMS, INC.
135 Duryea Road
Melville, NY 11747

COSTCO WHOLESALE CORPORATION
999 Lake Drive
Issaquah, WA 98027

TARGET CORPORATION
1000 Nicollet Mall
Minneapolis MN 55403

EXPRESS SCRIPTS HOLDING COMPANY
1 Express Way
St. Louis, MO 63121

EXPRESS SCRIPTS, INC.
1 Express Way
St. Louis, MO 63121

UNITEDHEALTH GROUP INCORPORATED
9900 Bren Road East
UnitedHealth Group Center
Minnetonka, MN 55343

MEDCO HEALTH SOLUTIONS, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street

Addendum

Wilmington, DE 19801

MERCK-MEDCO
c/o EXPRESS SCRIPTS HOLDING COMPANY
1 Express Way
St. Louis, MO 63121



OPTUM, INC.
11000 Optum Circle
Eden Prairie, MN 55344

OPTUMRX INC.
c/o C T Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio, 43219

NAVITUS HOLDINGS, LLC
c/o CT Corporation System
301 South Bedford Street, Suite 1
Madison, Wisconsin 53703

NAVITUS HEALTH SOLUTIONS, LLC
361 Integrity Dr.
Madison, WI 53717