

Wali Khan <mrghazi411@gmail.com>

# Notice of Immigrant Visa Case Creation
3 messages

**National_Visa_Center@state.gov** <National_Visa_Center@state.gov>    Mon, Apr 26, 2021 at 4:51 PM
To: MRGHAZI411@gmail.com, NURAFIQAHSHARIT@gmail.com

Dear Nur Afiqah Binti Mohd Sharit,

Thank you for your interest in immigrating to the United States of America. The Department of State's National Visa Center (NVC) received your approved immigrant visa petition from U.S. Citizenship and Immigration Services (USCIS). NVC's role is to ensure you are prepared for your immigrant visa interview at a U.S. Embassy/Consulate General, and to schedule your interview appointment.

NVC is responsible for collecting any applicable fees, the Immigrant Visa Application, supporting civil documents, police certificate(s), Affidavits of Support, and financial documents, if applicable, prior to your visa interview at a U.S. Embassy/Consulate General. **Do not mail documents to NVC, even if you received instructions to mail documents to NVC in the past.**

You will need to log on to the Department of State's Consular Electronic Application Center (CEAC) at https://ceac.state.gov/IV to check your case status, pay any necessary fees, upload and submit documents, and read messages from NVC.

If you are logging into CEAC for the first time, please be aware that it can take up to three days (72 hours) from receipt of this notice for your account to be activated. Once activated, you can log into CEAC using the following unique NVC case number and Invoice Identification Number.

 **NVC Case Number:** KLL2021616001
 **Invoice ID Number:** IVSCA00002029945

You should keep this information available in a safe place as you will need it every time you log on to CEAC. Please keep in mind that you **must** use CEAC to provide NVC with the fees and documents that are required prior to your immigrant visa interview. We do not accept these by mail.

**Please Note: You must bring the exact original of any scanned document you upload to CEAC that NVC accepts to your immigrant visa interview. Failure to bring the exact original you uploaded to CEAC may delay the processing of your case.**

You must follow our 12 step instructions posted at https://nvc.state.gov for completing your case. Once you have completed your case, we will schedule your case for a visa interview at the U.S. Embassy or Consulate General in KUALA LUMPUR, MLAS.

If you need to contact NVC, please follow the instructions at https://nvc.state.gov/inquiry. NVC may send questions, instructions, and status updates to your CEAC account. If we do this you will receive an email asking you to log into your CEAC account to review a message from NVC.

**IMPORTANT:** *If you do not log into CEAC or communicate with NVC regarding this immigrant visa case for a period of one year, by law the Department of State must terminate your visa application.*

*FINANCIAL SPONSORSHIP RESPONSIBILITIES: Financial sponsors, joint sponsors, and applicants should be aware of the responsibilities arising from a sponsor signing an I-864 and the consequences of a sponsored immigrant's acceptance of federal means-tested public benefits. For more information, visit* https://nvc.state.gov/aos.

*PRESIDENTIAL PROCLAMATION ON HEALTH CARE: On October 4, 2019, the President issued Presidential Proclamation 9945 on the "Suspension of Entry of Immigrants Who Will Financially Burden the United States Healthcare System." For the most up to date information on how PP 9945 might affect your case, please visit* https://travel.state.gov/healthcare.

# Exhibit C

Regards,
National Visa Center,
U.S. Department of State
https://nvc.state.gov/ask

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at https://nvc.state.gov/ask to call or email us.\*\**

---

**Wali Khan** <mrghazi411@gmail.com>					Mon, Apr 26, 2021 at 5:19 PM
To: kmanzoor1@yahoo.com

[Quoted text hidden]

---

**Wali Khan** <mrghazi411@gmail.com>					Tue, Jul 6, 2021 at 6:53 PM
To: nurafiqahsharit@gmail.com


\---------- Forwarded message ----------
From: <National_Visa_Center@state.gov>
Date: Monday, April 26, 2021
Subject: Notice of Immigrant Visa Case Creation
To: MRGHAZI411@gmail.com, NURAFIQAHSHARIT@gmail.com


[Quoted text hidden]

# Exhibit C