

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

**Thank You**

Your Immigrant Visa and Alien Registration Application form (Form DS-260) has been automatically forwarded to your interview location.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | BINTI MOHD SHARIT, NUR AFIQAH |
| Country/Region of Origin (Nationality): | MALAYSIA |
| Completed On: | 12 JUL 2021 |
| Case No: | KLL2021616001 |
| Confirmation No: | AA00A71Z2Z |



**THIS IS NOT A VISA**



Version 1.4

**EXHIBIT D**