U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

Application - *Sensitive But Unclassified(SBU)*

Case Number: 
KLL2021616001

Confirmation Number: 
AA00A71Z2Z

## Personal, Address and Phone Information

| | |
|---|---|
| Name Provided: | BINTI MOHD SHARIT , NUR AFIQAH |
| Full Name in Native Language: | NUR AFIQAH BINTI MOHD SHARIT |
| Other Names Used: | NO |
| Sex: | FEMALE |
| Current Marital Status: | MARRIED |
| Date of Birth: | 31 OCTOBER 1989 |
| City of Birth: | BATU PAHAT |
| State/Province of Birth: | JOHOR |
| Country/Region of Birth: | MALAYSIA |
| Country/Region of Origin (Nationality): | MALAYSIA |
| Document Type: | PASSPORT |
| Document ID: | A54550980 |
| Country/Authority that Issued Document: | MALAYSIA |
| Issuance Date: | 02 JANUARY 2020 |
| Expiration Date: | 02 JANUARY 2025 |
| Do you hold or have you held any nationality other than the one you have indicated above? | NO |
| Present Address: | 319, PEKAN BARU PARIT YUSOF<br>SEMERAH |
| City: | BATU PAHAT |
| State/Province: | JOHOR |
| Postal Zone/ZIP Code: | 83600 |
| Country/Region: | MALAYSIA |
| From Date: | OCTOBER 1989 |
| Have you lived anywhere other than this address since the age of sixteen? | YES |
| Previous Address (1): | 417 BATU 212 KMPG MUSAI BUKIT BARU |
| City | MALACCA CITY |
| State/Province: | MELAKA |

Exhibit E

| | |
|---|---|
| Postal Zone/ZIP Code: | 75150 |
| Country/Region: | MALAYSIA |
| From: | SEPTEMBER 2017 |
| To: | APRIL 2018 |
| Previous Address (2): | 24B DURIAN DAUN DALAM |
| City | MALACCA CITY |
| State/Province: | MELAKA |
| Postal Zone/ZIP Code: | 75400 |
| Country/Region: | MALAYSIA |
| From: | APRIL 2017 |
| To: | MARCH 2020 |
| Previous Address (3): | TAN YEE BIEW RD. |
| City | MALACCA CITY |
| State/Province: | MELAKA |
| Postal Zone/ZIP Code: | 75300 |
| Country/Region: | MALAYSIA |
| From: | SEPTEMBER 2015 |
| To: | SEPTEMBER 2017 |
| Previous Address (4): | KEDIAMAN PELAJAR YAYASAN MELAKA |
| | JALAN TUN ALI |
| City | MALACCA CITY |
| State/Province: | MELAKA |
| Postal Zone/ZIP Code: | 75350 |
| Country/Region: | MALAYSIA |
| From: | JUNE 2013 |
| To: | SEPTEMBER 2015 |
| Previous Address (5): | UITM ALOR GAJAH CAMPUS |
| | KM26 JALAN LENDU |
| City | ALOR GAJAH |
| State/Province: | MELAKA |
| Postal Zone/ZIP Code: | 78000 |
| Country/Region: | MALAYSIA |
| From: | NOVEMBER 2010 |
| To: | JUNE 2013 |
| Previous Address (6): | 319 PEKAN BARU PARIT YUSOF SEMERAH |
| City | BATU PAHAT |
| State/Province: | JOHOR |
| Postal Zone/ZIP Code: | 83600 |
| Country/Region: | MALAYSIA |
| From: | OCTOBER 1989 |
| To: | NOVEMBER 2010 |

| | |
|---|---|
| Primary Phone Number: | 0148053464 |

Exhibit E

| | |
|---|---|
| Secondary Phone Number: | DOES NOT APPLY |
| Work Phone Number: | DOES NOT APPLY |
| Other Telephone Numbers Used: | NO |
| Email Address: | nurafiqahsharit@gmail.com |
| Other Email Addresses Used: | YES |
| Additional Email Address (1): | NURAFIQAH@MICOST.EDU.MY |
| Social Media Provider/Platform: | YOUTUBE |
| Social Media User ID: | RIZKWALIQA SHARIT |
| Social Media Provider/Platform: | FACEBOOK |
| Social Media User ID: | FIQA SHARIT |
| Social Media Provider/Platform: | INSTAGRAM |
| Social Media User ID: | AFIQAHSHARIT |
| Other Social Media Used: | YES |
| Other Social Media Provider/Platform (1): | TIKTOK |
| Other Social Media User ID (1): | TUSHEETISU |
| Is your Mailing Address the same as your Present Address? | YES |

Permanent Address

| | |
|---|---|
| Name of person currently living at address: | WALI YAR KHAN |
| U.S. Address: | 2300 FRIARS GATE DR.<br>LAWRENCEVILLE, GEORGIA 30043 |
| Phone Number: | (770)995-9622 |
| Is this address where you want your Permanent Residence Card (Green Card) mailed? | YES |

## Family Information

| | |
|---|---|
| Father's Surnames: | BIN AHMAD |
| Father's Given Names: | MOHD SHARIT |
| Date of Birth: | 24 APRIL 1951 |
| City of Birth: | BATU PAHAT |
| State/Province of Birth: | JOHOR |
| Country/Region of Birth: | MALAYSIA |
| Is your father still living? | NO |
| Year of death: | 2002 |
| Mother's Surnames at Birth: | BINTI MOHD KHAIRI |
| Mother's Given Names: | AZIZAH |
| Date of Birth: | 01 JANUARY 1961 |
| City of Birth: | MUAR |
| State/Province of Birth: | JOHOR |
| Country/Region of Birth: | MALAYSIA |
| Is your mother still living? | NO |
| Year of death: | 2009 |
| Spouse's Full Name: | KHAN, WALI |

Exhibit E

| | |
|---|---|
| Spouse's Date of Birth: | 11 FEBRUARY 1989 |
| Spouse's City of Birth: | DECATUR |
| Spouse's State/Province of Birth: | GEORGIA |
| Spouse's Country/Region of Birth: | UNITED STATES OF AMERICA |
| Spouse's Address: | SAME AS INTENDED U.S. ADDRESS |
| Occupation: | GOVERNMENT |
| Date of Marriage: | 11 JANUARY 2020 |
| Marriage City: | MALACCA |
| Marriage State/Province: | MALACCA |
| Marriage Country/Region: | MALAYSIA |
| Is your spouse immigrating to the U.S.with you? | NO |
| Is your spouse immigrating to the U.S. at a later date to join you? | NO |
| Do you have any Previous Spouses? | NO |
| Do you have any children? | NO |

## Previous U.S. Travel Information

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. Visa? | NO |
| Have you ever been refused a U.S. Visa, been refused admission to the United States, or withdrawn your application for admission at the port of entry? | NO |

## Work/Education/Training Information

| | |
|---|---|
| Primary Occupation: | NOT EMPLOYED |
| Explain: | |
| In which occupation do you intend to work in the U.S.? | NOT EMPLOYED |
| Were you previously employed? | YES |
| Employer Name (1): | MELAKA INTERNATIONAL COLLEGE OF SCIENCE AND TECHNOLOGY |
| Employer Address: | BANGUNAN GRAHA MAJU |
| | JALAN HANG TUAH |
| City: | MALACCA |
| State/Province: | MALACCA |
| Postal Zone/ZIP Code: | 75300 |
| Country/Region: | MALAYSIA |
| Telephone Number: | 6062883126 |
| Job Title: | ADMINISTRATIVE STAFF |
| Supervisor's Surnames: | BIN MOHAMED HASSAN |
| Supervisor's Given Names: | MOHD AIMAN |
| Employment Date From: | 02 SEPTEMBER 2015 |
| Employment Date To: | 31 MARCH 2020 |
| Have you attended any educational institutions? | YES |
| Number of Educational Institutions Attended: | 2 |
| Name of Institution (1): | UITM BANDARAYA MELAKA |
| Address of Institution: | 110, OFF JALAN HANG TUAH |
| City: | MALACCA |

Exhibit E

| | |
|---|---|
| State/Province: | MALACCA |
| Postal Zone/ZIP Code: | 75300 |
| Country/Region: | MALAYSIA |
| Course of Study: | BUSINESS MANAGEMENT |
| Degree or Diploma: | BACHELOR IN OFFICE SYSTEMS MANAGEMENT (HONS.) |
| Date of Attendance From: | JUNE 2013 |
| Date of Attendance To: | APRIL 2016 |
| Name of Institution (2): | UITM ALOR GAJAH CAMPUS |
| Address of Institution: | KM26 |
| | JALAN LENDU |
| City: | ALOR GAJAH |
| State/Province: | MALACCA |
| Postal Zone/ZIP Code: | 78000 |
| Country/Region: | MALAYSIA |
| Course of Study: | BUSINESS MANAGEMENT |
| Degree or Diploma: | DIPLOMA IN OFFICE MANAGEMENT AND TECHNOLOGY |
| Date of Attendance From: | NOVEMBER 2010 |
| Date of Attendance To: | NOVEMBER 2013 |

Have you ever served in the military? NO

## Petitioner Information

| | |
|---|---|
| Petitioner is my: | SPOUSE |
| Petitioner Name: | KHAN , WALI |
| Petitioner Address: | 2300 FRIARS GATE DR. |
| City: | LAWRENCEVILLE |
| State/Province: | GEORGIA |
| Postal Zone/ZIP Code: | 30043 |
| Country/Region: | UNITED STATES OF AMERICA |
| Telephone: | (770)292-8931 |
| Mobile/Cell Telephone: | (770)995-9622 |
| Email Address: | mrghazi411@gmail.com |

## Security and Background Information

| | |
|---|---|
| Do you have a communicable disease of public health significance such as tuberculosis (TB)? | NO |
| Do you have documentation to establish that you have received vaccinations in accordance with U.S. law? | YES |
| Explain: | |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you the spouse, son, or daughter of an individual who has violated any controlled substance trafficking law, and have knowingly benefited from the trafficking activities in the past five years? | NO |

Exhibit E

| | |
|---|---|
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Have you ever knowingly aided, abetted, assisted, or colluded with an individual who has been identified by the President of the United States as a person who plays a significant role in a severe form of trafficking in persons? | NO |
| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Are you the spouse, son, or daughter of an individual who has engaged in terrorist activity, including providing financial assistance or other support to terrorists or terrorist organizations, in the last five years? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment of or the use of child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Are you a member of or affiliated with the Communist or other totalitarian party? | NO |
| Have you ever directly or indirectly assisted or supported any of the groups in Columbia known as the Revolutionary Armed Forces of Columbia (FARC), National Liberation Army (ELN), or United Self-Defense Forces of Columbia (AUC)? | NO |
| Have you ever, through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership? | NO |
| Are you the spouse, minor child, or agent of an individual who has through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership? | NO |
| Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free choice? | NO |
| Have you ever disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention? | NO |
| Are you the spouse, minor child, or agent of an individual who has disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention? | NO |
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |
| Have you ever been removed or deported from any country? | NO |
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you ever intentionally assisted another person in withholding custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | NO |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |
| Have you attended a public elementary school or a public secondary school on student (F) status after November 40, 1996 without reimbursing the school? | NO |

Exhibit E

| | |
|---|---|
| Do you seek to enter the United States for the purpose of performing skilled or unskilled labor but have not yet been certified by the Secretary of Labor? | NO |
| Are you a graduate of a foreign medical school seeking to perform medical services in the United States but have not yet passed the National Board of Medical Examiners examination or its equivalent? | NO |
| Are you a health care worker seeking to perform such work in the United States but have not yet received certification from the Commission on Graduates of Foreign Nursing Schools or from an equivalent approved independent credentialing organization? | NO |
| Are you permanently ineligible for U.S. citizenship? | NO |
| Have you ever departed the United States in order to evade military service during a time of war? | NO |
| Are you coming to the U.S. to practice polygamy? | NO |
| Are you a former exchange visitor (J) who has not yet fulfilled the two-year foreign residence requirement? | NO |
| Has the Secretary of Homeland Security of the United States ever determined that you knowingly made a frivolous application for asylum? | NO |
| Are you likely to become a public charge after you are admitted to the United States? | NO |

### Social Security Number Information

| | |
|---|---|
| Have you ever applied for a Social Security number? | NO |
| Do you want the Social Security Administration to issue a Social Security number and a card? | YES |
| Do you authorize disclosure of information from this form to the Department of Homeland Security, the Social Security Administration, and such other U.S. Government agencies as may be required for the purposes of assigning you a social security number (SSN) and issuing you a Social Security card and do you authorize the Social Security Administration to share your SSN with the Department of Homeland Security? | YES |

### Preparer of Application:

| | |
|---|---|
| Did anyone assist you in filling out this application? | NO |

Exhibit E