

Wali Khan <mrghazi411@gmail.com>

---

## Immigrant Visa Interview Appointment
1 message

---

**National_Visa_Center@state.gov** <National_Visa_Center@state.gov>  
To: MRGHAZI411@gmail.com, NURAFIQAHSHARIT@gmail.com

Wed, Jun 22, 2022 at 10:39 AM

JUNE 22, 2022

Case Number: KLL2021616001

Invoice ID: IVSCA00002029945

NUR AFIQAH BINTI MOHD SHARIT, FNU :

The National Visa Center (NVC) completed its processing of your immigrant visa application and forwarded it to the U.S. Embassy/Consulate General, where an immigrant visa interview has been scheduled. Appointment information is located at the bottom of this email.

**Important Information:**
You submitted forms and supporting documents to the NVC in electronic form. You must present the original forms and documents for review by the consular officer during your interview.

Please promptly read and follow all Interview Preparation Instructions located on the Department of State's web site at: https://nvc.state.gov/prep.

Important information regarding the required medical appointment is also listed on this site. Failure to promptly follow all instructions provided on this site will result in your immigrant visa being refused at the initial interview.

You should present this letter upon arrival at the Embassy/Consulate General.

Only family members listed below in the "Additional Applicants" section who are intending to immigrate at this time must appear at the Embassy/Consulate General on the appointment date.

**What To Do if You Cannot Keep the Appointment:**
To determine the proper procedure for rescheduling your interview appointment, please go to the U.S. Embassy or Consulate interview preparation instructions, select your interview location from the list and follow your Embassy/Consulate General's instructions listed under "Contact Information" on the right.

**Reminders:**

- Read and follow all interview instructions located at https://nvc.state.gov/prep.
- Bring this letter to your medical examination because the panel physician may need to review it before performing the examination.
- If a sponsor filed an I-864 (Affidavit of Support) AND provided the NVC with proof of an IRS Federal Income Tax Extension in lieu of a Federal Income Tax Return, you must upload this to CEAC or bring the sponsor's most recent Federal Income Tax Return to the visa interview.
- Failure to present all necessary documents to the Consular Officer will result in your immigrant visa being refused at the initial interview.

**COVID-19 Vaccine Requirements:** Effective October 1, 2021, the Centers for Disease Control and Prevention (CDC) will require all immigrant visa applicants, all K fiancé(e) visa applicants, and nonimmigrant visa applicants who are referred to the panel physicians to receive a full COVID-19 vaccine series as part of their medical exam prior to being issued a visa. The CDC requires the COVID-19 vaccine to be approved through either the World Health Organization (WHO) or the U.S. Food and Drug Administration (FDA).

Blanket waivers for the COVID vaccination will be applied in countries where the vaccine is not routinely available or

Exhibit F

when the vaccine is not age appropriate. The Department of State encourages all immigrant visa applicants and others subject to a medical exam to get vaccinated against COVID-19 as soon as possible to not experience delays in their visa processing.

Please refer to the CDC's announcement for more information.

**Questions:**
The National Visa Center has completed its processing of this case and any further inquiries should be addressed to the U.S. Embassy, Consulate General, or Diplomatic Mission listed below. When communicating with the Embassy/Consulate General by e-mail, letter, or fax, always refer to your name and case number exactly as they appear.

**Immigrant Visa Interview Details:**

| | |
|---|---|
| Interview Date/Time: | AUGUST 16, 2022 at 10:00 AM |
| Interview Location: | KUALA LUMPUR, MALAYSIA |
| NVC Case Number: | KLL2021616001 |
| Invoice ID: | IVSCA00002029945 |
| Principal Applicant: | NUR AFIQAH BINTI MOHD SHARIT, FNU |
| | 319 PEKAN BARU PARIT YUSOF |
| | SEMERAH |
| | BATU PAHAT, JOHOR 83600 |
| | MALAYSIA |
| Preference Category: | IR1-Spouse of United States Citizen |
| A #: | 068104569 |

Exhibit F