

U.S. Embassy Kuala Lumpur
Immigrant Visa Unit
Email: kliv@state.gov

Date: 16 Aug 22

Surname: Mohd Sharif

Case Number: KLL2021611600 1

You have been found ineligible for an Immigrant visa under section 221(g) of the United States Immigration and Nationality Act, pending receipt and review of the information or documentation below. If you fail to take the action requested within one year of the visa denial under Section 221(g) of the Immigration and Nationality Act, then Section 203(g) of the Act will require termination of the petition on which your visa application was based.

Guidance on how to obtain Civil Documents https://travel.state.gov/content/visas/en/fees/reciprocity-by-country.html
Upload your documents to CEAC: https://ceac.state.gov/IV/Login.aspx
All documents not written in English must be accompanied by certified translations.

Upload to CEAC and Mail to the Embassy through Aramex:
(see "Aramex Instructions" below)

- ☑ Birth Certificate
- ○ Name Change Certificate
- ☑ Marriage Certificate  *Certified English translation*
- ○ Death Certificate
- ○ Termination of Prior Marriage(s)
- ○ Statement of Unobtainable Document: _____
- ○ Malaysian Police Certificate
- ○ Other Country Police Certificate(s): _____
- ○ Court and/or Prison Record(s)
- ○ Military Service Record or Exemption Letter
- ○ Other: _____

Upload to CEAC and Email:
Email KLIV@state.gov to notify our office
Subject: "Electronic: Case Number, Full Name"

- ○ Proof of relationship between Petitioner and Beneficiary
- ☑ Petitioner: I-864 EZ W   YYYY   IRS Transcript or Statement   2020 W2
- ○ Petitioner: Assets / Financial Doc
- ○ Joint Sponsor: I-864   YYYY   IRS Transcript or Statement   YYYY   W2
- ○ Joint Sponsor: U.S. Citizenship (USC) or LPR status
- ○ HHM of Petitioner: I-864A
- ○ HHM of Joint Sponsor: Proof of relationship and same principal residence as sponsor
- ○ Other: _____

** IRS Tax Transcript **
https://www.irs.gov/individuals/get-transcript

Mail through Aramex only:
- ○ Passport: *A passport must have at least 6 months validity.*
- ○ Medical Examination Report

### Aramex Instructions

To send documents to the U.S. Embassy, log on to your account on ustraveldocs.com/my and click on drop off locations. Print the Aramex Delivery Confirmation page and submit together with the requested documents. If you do not have an account, please register online at www.ustraveldocs.com/my

### Visa Validity

The visa expiry date will be limited to the expiration of your Police Certificate or Medical Examination Report, whichever is sooner. If you are unable to travel, or do not provide all required documents before either of these dates, you will need to update the relevant document(s).

Police Certificate Expiry: _____    Medical Exam Expiry: 9 Feb 2023.

Ref 17-2412117
1. Birth Certificate (original)
2. Marriage Certificate (original)
3. Certified English Translation
4. Delivery confirmation page.

**EXHIBIT G**