Gmail

Wali Khan <mrghazi411@gmail.com>

## Electronic: KLL2021616001, Wali Yar Khan
2 messages

**Wali Khan** <mrghazi411@gmail.com>   Tue, Aug 16, 2022 at 12:41 PM
To: kliv@state.gov

Included are the 2020 and 2021 tax transcripts and w-2 transcripts for Arifa Khan (Household member) and  and Wali Khan (Sponsor) for the immigration of Nur Afiqah Binti Mohd Sharit. This was requested after her interview at the U.S. Embassy 8/16/2022 with the agent stating that these documents were needed in order for her to get her visa. Attached is form the agent gave stating which documents were needed.



**8 attachments**

 **2021TaxReturn.PDF**
1977K

 **202012_Wage and Income_KHAN_102458891305.pdf**
10K

 **202112_Wage and Income_KHAN_102458904636.pdf**
8K

 **202112_Tax Return Transcript_KHAN_102458879030.pdf**
12K

# EXHIBIT H

- 📄 202112_Wage and Income_KHAN_102458888261.pdf
  9K
- 📄 202012_Tax Return Transcript_KHAN_102458885592.pdf
  12K
- 📄 202012_Verification of Non-Filing_KHAN_102458901832.pdf
  6K
- 📄 202012_Wage and Income_KHAN_102458903318.pdf
  6K

---

**Kuala Lumpur IV** <KLIV@state.gov>                                      Wed, Aug 17, 2022 at 2:52 AM
To: Wali Khan <mrghazi411@gmail.com>

Dear Wali,

Thank you.  Received and reviewed; these will work.

Regards,



**U.S. Embassy Kuala Lumpur**
**Immigrant Visa Unit (KC)**
KLIV@state.gov

**How do I transfer my case to a U.S. Embassy in another country?**
If you wish to transfer the case to U.S. Embassy in another country, you should contact their immigrant visa unit to make the request (contact information for consular sections are available on specific U.S. Embassy/Consulate websites).  If they approve your request, the U.S. Embassy Kuala Lumpur will then transfer the case to that U.S. Embassy/Consulate for further processing.

**I have already been interviewed.  How do I submit additional documents?**
Register at US Travel Docs:

- Please click "Passport Delivery" t**o register for passport delivery and to submit additional documents through our courier service Aramex.**
- **Electronic cases should also upload new** document(s) into CEAC (click here for instructions). before submitting their passports and original documents to the Embassy through Aramex

**Where can I get help with Aramex registration?**
Please email your question directly to them at support-malaysia@ustraveldocs.com. You may also visit the Contact Us page of the US Travel docs website for the full array of contact information that may suit your needs.

---

**From:** Wali Khan <mrghazi411@gmail.com>
**Sent:** Wednesday, August 17, 2022 12:41 AM
**To:** Kuala Lumpur IV <KLIV@state.gov>
**Subject:** Electronic: KLL2021616001, Wali Yar Khan

Included are the 2020 and 2021 tax transcripts and w-2 transcripts for Arifa Khan (Household member) and  and Wali Khan (Sponsor) for the immigration of Nur Afiqah Binti Mohd Sharit. This was requested after her interview at the U.S.

Embassy 8/16/2022 with the agent stating that these documents were needed in order for her to get her visa. Attached is form the agent gave stating which documents were needed.



SENSITIVE BUT UNCLASSIFIED



### INFO RECEIVED



**24 Aug** 12:25 PM

Shipment received at Aramex origin sorting facility
Aramex Main Office, Malaysia



Full time / Internship Web Developer
Grow your career with Tracking.my



Auto-track #32433194301 notify me upon changes of delivery statuses.

Mobile number    **Notify me**

### Like us on Facebook



Tracking.my

[Aramex International Express Air Waybill, Copy 5]

**1. FROM (SHIPPER)**
Shipper's Account No.: 60526833
FROM (Your Name): [redacted]
Phone Number: 60377878787
Company: US VISA - CGI JOHOR
Street Address: No24, Jalan Seri Perkasa 2/22, Taman Tampoi Utama Johor Bharu
City: Johor
Country: Malaysia
ZIP/Postal Code: 81200

**2. TO (RECEIVER)**
To (Receiver Name): [redacted]
Company: Aramex
Street Address: No. 12C Jalan Tandang, Hedgeford Innovation Park
City: Petaling Jaya
ZIP/Postal Code: 46050

**4. SHIPMENT INFORMATION**
* 324 331 943 01 *

**5. SERVICES**
PROD GRP: EXP

Barcode: 324 331 943 01

---

○ Military Service Record or Exemption Letter
○ Other: _____

** IRS Tax Transcript **
https://www.irs.gov/individuals/get-transcript

Mail through Aramex only:
○ Passport: *A passport must have at least 6 months validity.*
○ Medical Examination Report

### Aramex Instructions
To send documents to the U.S. Embassy, log on to your account on ustraveldocs.com/my and click on drop off locations. Print the Aramex Delivery Confirmation page and submit together with the requested documents. If you do not have an account, please register online at www.ustraveldocs.com/my

### Visa Validity
The visa expiry date will be limited to the expiration of your Police Certificate or Medical Examination Report, whichever is sooner. If you are unable to travel, or do not provide all required documents before either of these dates, you will need to update the relevant document(s).

Police Certificate Expiry: _____     Medical Exam Expiry: 9 Feb 2023

R001 07-242117
1. Birth Certificate (original)
2. Marriage Certificate (original)
3. Certified English Translation
4. Delivery confirmation page