

Wali Khan <mrghazi411@gmail.com>

---

## Admin Processing NUR AFIQAH BINTI MOHD SHARIT A54550980
1 message

**rizkwaliqa sharit** <nurafiqahsharit@gmail.com>  Tue, Aug 16, 2022 at 8:04 PM
To: Kuala Lumpur IV <KLIV@state.gov>
Bcc: mrghazi411@gmail.com

 1.
(a) Domestic travel history;
-  Malacca, June 2011. The trip was funded by my sister and her husband.
- Shah Alam & Kuala Lumpur, friend's house, April 2012. The trip was funded by me.
- Langkawi, December 2012. The trip was funded by my aunt, Suzana Muhammed Khairi and my grandmother, Bidah binti Taib.
- Port Dickson, May 2013. The trip was funded by my sister and her husband.
- Kelantan, Airbnb, May 2015. The trip was funded by myself and friends.
- Langkawi, T Star Cottage, August 2015. The trip was funded by myself and friends.
- Kuala Lumpur, cousin's house, October 2015. The trip was funded by myself.
- Sabah, Crystal Hill, Kundasang and Promenade Service Apartment, Kota Kinabalu, March 2017. The trip was funded by me and my cousins.
- Penang, 1926 Heritage Hotel, April 2018. The trip was funded by me and my friends.
- Johor Bahru, Airbnb at Setia Sky88 Condominium 29 December 2018. The trip was funded by my husband, Wali Yar Khan.
- Shah Alam and Kuala Lumpur, March 2019. The trip was funded by my husband, Wali Yar Khan
- Johor Bahru, friend's house, July 2019. The trip was funded by me.
- Cameron Highlands, September 2019. The trip was funded by my sister and her husband.
- Port Dickson, Grand Lexis Hotel, November 2019. The trip was funded by me and my friends.
- Johor Bahru, Grand Bello Hotel, 12nd January 2020. The trip was funded by my husband, Wali Yar Khan.
- Penang, Hotel Sentral Georgetown, 17th January 2020. The trip was funded by my husband, Wali Yar Khan.
- Johor Bahru, Crystal Crown Hotel, 17th July 2020. The trip was funded by me and my friends.
- Cameron Highlands, Copthorne Hotel, 15th August 2020. The trip was funded by me and my friends.
- Port Dickson, Avillion Admiral Cove Hotel, 20th August 2020. The trip was funded by me and my siblings.
- Malacca, Sojourn Guest House Melaka, 12nd March 2021. The trip was funded by me.
- Malacca, Moty Hotel, 1st October 2021. The trip was funded by me.
- Johor Bahru, Crystal Crown Hotel, 29th October 2021. The trip was funded by me.
Genting Highlands, Pahang, May 2022. The trip was funded by my uncle and his family.
- Legoland, Johor Bahru, 2nd July 2022. The trip was funded by my sister and her husband.


(b) International travel history;
- Universal Studio Singapore, 2010. The trip was funded by my aunt, Roszita Md Khairi.
- Singapore, 13th January 2020. The trip was funded by my husband.
- Istanbul, Turkey, Tilia Hotel, Laleli, 16th January 2022. The trip was funded by my husband.

2.
Siblings;
 - Nur Maizura binti Mohd Sharit(older sister), 4th September 1984, Hospital Sultanah Nora Ismail, Batu Pahat, Johor, Malaysia.
- Muhammad Amirul bin Mohd Sharit(younger brother), 28th June 1992, Hospital Pakar Sultanah Fatimah, Muar, Johor, Malaysia.
- Muhammad Adib Ilyas bin Mohd Sharit (younger brother), 2nd December 1999, Hospital Pakar Sultanah Fatimah, Muar, Johor, Malaysia.
- Wali Yar Khan (spouse), 11th February 1989, DeKalb General Hospital, Decatur, Georgia, USA.

3.
- 319, Pekan Baru Parit Yusof, 83600 Semerah, Batu Pahat, Johor, Malaysia.
- UiTM Cawangan Melaka Kampus Alor Gajah, KM 26 Jalan Lendu, 78000 Alor Gajah, Melaka, Malaysia.

**Exhibit I**

- Kediaman Pelajar Yayasan Melaka, Jalan Tun Ali, 75350 Melaka, Malaysia.
- Tan Yee Biew Road, 75300 Melaka City, Melaka, Malaysia.
- 417 Batu 212 Kampung Musai Bukit Baru, 75150 Melaka, Malaysia.
- 24B Durian Daun Dalam, 75400 Melaka, Malaysia.

4.
- Passport number: A54550980 (current), Country of issuance: Malaysia
-Passport number : A24791782 (previous), Country of issuance : Malaysia

5.
(a) Former employer : Melaka International College of Science and Technology (MiCoST)
- Former job : Administrator (Alumni Unit, Student Affairs Department)
(b) Former employer : 2022 Johor State Election
- Former job : Election worker for Parit Yaani constituency

6.
 - +60148053464
 - +60105393464

7.
Email address;
- nurafiqahsharit@gmail.com (current)
- nurafiqah@micost.edu.my (inactive)
- nurafiqahislam@gmail.com (inactive)

Social networks;
- Tiktok: https://www.tiktok.com/@tusheetisu?lang=en
- Instagram : https://www.instagram.com/afiqahsharit/
- Facebook : https://www.facebook.com/fiqa.sharit/
- Youtube : https://www.youtube.com/channel/UC628mt7Yii2VkLMr14SdhJQ

Exhibit I