

Wali Khan <mrghazi411@gmail.com>

## : Any update?
2 messages

**Wali Khan** <mrghazi411@gmail.com>   Sun, Nov 6, 2022 at 8:03 PM
To: Kuala Lumpur IV <kliv@state.gov>

Dear US Embassy of Malaysia ,
I am emailing you all today to inquire as the the status of my wife's status concerning her admin processing. I am well aware that you all are not the ones responsible however I'd like to request if you all can try to find out. We are approaching our 3rd year away from each other and I ask you all to help us in this matter. More likely than not my wife's name is similar to a male that is on a watchlist, but my wife is clearly a woman.

Thank you,
Wali Khan

Name of applicant: nur afiqah binti mohd sharit
DOB: 10/31/1989
 Case ID: KLL2021616001


**Kuala Lumpur IV** <KLIV@state.gov>   Sun, Nov 6, 2022 at 9:16 PM
To: Wali Khan <mrghazi411@gmail.com>

Dear Wali,

There have been no new developments regarding Your wife's case since your last inquiry.  Your wife's visa application is still undergoing administrative processing at the U.S. Embassy in Kuala Lumpur in order to verify your wife's qualifications for this visa. Be assured that your wife will be promptly notified as soon as the administrative processing is completed.

Regards,



**U.S. Embassy Kuala Lumpur**
**Immigrant Visa Unit (JT)**
KLIV@state.gov


**How do I transfer my case to a U.S. Embassy in another country?**
If you wish to transfer the case to U.S. Embassy in another country, you should contact their immigrant visa unit to make the request (contact information for consular sections are available on specific U.S. Embassy/Consulate websites).  If they approve your request, the U.S. Embassy Kuala Lumpur will then transfer the case to that U.S. Embassy/Consulate for further processing.

**I have already been interviewed.  How do I submit additional documents?**
Register at US Travel Docs:

Exhibit J

- Please click "Passport Delivery" t**o register for passport delivery and to submit additional documents through our courier service Aramex.**
- **Electronic cases should also upload new** document(s) into CEAC (click here for instructions). before submitting their passports and original documents to the Embassy through Aramex

**Where can I get help with Aramex registration?**
Please email your question directly to them at support-malaysia@ustraveldocs.com. You may also visit the Contact Us page of the US Travel docs website for the full array of contact information that may suit your needs.

---

**From:** Wali Khan <mrghazi411@gmail.com>
**Sent:** Monday, November 7, 2022 9:03 AM
**To:** Kuala Lumpur IV <KLIV@state.gov>
**Subject:** : Any update?

[Quoted text hidden]

**Exhibit J**