

Wali Khan <mrghazi411@gmail.com>

---

# FW: Wali Khan Inquiry
3 messages

---

**Sibert, Sydney** <Sydney.Sibert@mail.house.gov>      Thu, Sep 8, 2022 at 9:16 AM
To: "mrghazi411@gmail.com" <mrghazi411@gmail.com>

Good morning, Mr. Khan –

I have forwarded a response from the consulate in Kuala Lumpur. Please read the email carefully as it contains some important information.

Thanks,

Sydney

**From:** Kuala Lumpur CONSULAR – CONGRESSIONAL

**Sent:** Wednesday, September 7, 2022 10:38 PM
**To:** Sibert, Sydney <Sydney.Sibert@mail.house.gov>
**Subject:** Re: Wali Khan Inquiry

Dear Ms. Sibert,

Thank you for your inquiry on behalf of your constituent, Mr. Wali Khan, and his wife's immigrant visa case.  Our records show that this immigrant visa application is undergoing administrative processing in order to verify the applicant's qualifications for this visa.  Administrative processing typically lasts up to 90 days, although it some cases it may take longer.

We realize that these extended time periods can cause frustration and we are sensitive to the fact that the purpose of the immigrant visa program is to re-unite families.  Nonetheless, we must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.  While we cannot predict when the processing of the visa will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as administrative processing is been completed.  We are aware that this case has been pending for a considerable period of time, and are working with the relevant offices to expedite the administrative processing period.  We are aware that this applicant was previously undergoing administrative processing for several months as part of a non-immigrant visa application, and are attempting to determine if we can accelerate the process if possible.

Exhibit K

We regret that our response cannot be more detailed at this point but we hope this information is helpful.

SBU - IMMIGRATION

**Sibert, Sydney** <Sydney.Sibert@mail.house.gov>   Fri, Oct 14, 2022 at 10:47 AM
To: "mrghazi411@gmail.com" <mrghazi411@gmail.com>

Hello,

I have forwarded a response from the consulate.

Thanks,

Sydney Sibert

**From:** Kuala Lumpur CONSULAR - CONGRESSIONAL < >
**Sent:** Friday, October 14, 2022 5:06 AM
**To:** Sibert, Sydney <Sydney.Sibert@mail.house.gov>
**Subject:** Re: Wali Khan Inquiry

Dear Ms. Sibert,

Thank you for your inquiry on behalf of your constituent's spouse.  Our records show that Mrs. Nur Afiqah Binti Mohd Sharit's case is still undergoing administrative processing in order to verify the applicant's qualifications for this visa.  As mentioned in the previous email, administrative processing typically lasts up to 90 days, although in some cases, such as this one, it may take longer.

We hope this information is helpful in responding to your constituent and I regret that I cannot provide any more specific information.

**Sibert, Sydney** <Sydney.Sibert@mail.house.gov>   Wed, Nov 30, 2022 at 9:20 AM
To: "mrghazi411@gmail.com" <mrghazi411@gmail.com>

Exhibit K

**From:** Kuala Lumpur CONSULAR - CONGRESSIONAL < >
**Sent:** Wednesday, November 30, 2022 3:00 AM
**To:** Sibert, Sydney <Sydney.Sibert@mail.house.gov>
**Subject:** Re: Wali Khan Inquiry

Dear Ms. Silbert,

Thank you for your inquiry on behalf of Representative Bourdeaux's constituent, Mr. Wali Khan, regarding the immigrant visa application of his wife, Mrs. Nur Afiqah Binti Mohd Sharit. Mrs. Sharit's application is still undergoing administrative processing.  We acknowledge that this case has been pending for a considerable period of time and are working with the relevant offices to expedite processing. Please include Mrs. Sharit's case number, KLL2021616001, in future correspondence.

We regret that our response cannot be more detailed, but we hope this information is helpful.

Exhibit K