Gmail

Wali Khan <mrghazi411@gmail.com>

## Office of Senator Ossoff | Constituent Services
5 messages

**Pantoja, Laura (Ossoff)** <Laura_Pantoja@ossoff.senate.gov>   Sat, Sep 10, 2022 at 7:00 PM
To: Wali Khan <mrghazi411@gmail.com>

Good afternoon,

Thank you for reaching out to our office to follow-up on your wife's case.
We can forward your request to the appropriate Embassy, however, before we are able to do so, please provide your wife's full name, date of birth, and visa case number to include with our inquiry.
If you have any questions, please let me know.

Kindly,

**Laura Pantoja** | Constituent Services Representative

Office of U.S. Senator Jon Ossoff

470-786-7800 | laura_pantoja@ossoff.senate.gov

---

**Wali Khan** <mrghazi411@gmail.com>   Mon, Sep 12, 2022 at 10:54 PM
To: "Pantoja, Laura (Ossoff)" <Laura_Pantoja@ossoff.senate.gov>

Thank you for your response Ms Pantoja. I will provide all the information you need but I ask you to please not contact the U.S.embassy in Kuala Lumpur. I have already reached out to the offices of Senator Warnock and Congresswoman Carolyn Bourdeaux for help. Both of their staff members contact the embassy and they got the same reply. Right now the ball is not in the Embassy's court but rather whichever department of the government that is responsible for Administrative Processing. I have emailed the embassy directly and they have informed me they can try to speed up my wife's visa but what is stopping them is that it is still in admin processing. We have submitted the answers for admin processing 2x. The first was on January 7, 2022 and again on August 17, 2022. It has been 9 months since we submitted it the first time and that is what is stopping my wife from coming here. We have been separated for almost 3 years now and why it is taking them so long to conclude the admin processing is something I do not understand. My wife is not and has never been involved in any terrorist or criminal activity and more likely than not they are looking for a male with a similar name and my wife is very clearly a woman.Below is the information you asked for. I know that there is not much that can be done for admin processing but please contact whoever or whatever department is responsible for it and have it cleared.

Thank you,
Wali Khan

Applicant's name: Nur Afiqah Binti Mohd Sharit
Applicant's date of birth: October 31, 1989
Case ID: KLL2021616001
Invoice ID: IVSCA00002029945

[Quoted text hidden]

---

**Pantoja, Laura (Ossoff)** <Laura_Pantoja@ossoff.senate.gov>   Tue, Sep 13, 2022 at 2:42 PM

Exhibit L

To: Wali Khan <mrghazi411@gmail.com>

Good afternoon Mr. Khan,

Thank you for letting me know.
I can send the inquiry to the National Visa Center (NVC) instead of the Embassy. However, please note when a case is under 'administrative processing', unfortunately, there's no timeline as to how long it takes for a case to be adjudicated. Also, please note congressional offices use the same medium when contacting Federal agencies, therefore the responses will be similar/same.
I will send the request to the NVC and will let you know once we receive a response.

[Quoted text hidden]

---

**Wali Khan** <mrghazi411@gmail.com>    Tue, Sep 13, 2022 at 3:58 PM
To: "Pantoja, Laura (Ossoff)" <Laura_Pantoja@ossoff.senate.gov>

Thank you so much! I appreciate your swift reply
[Quoted text hidden]

---

**Pantoja, Laura (Ossoff)** <Laura_Pantoja@ossoff.senate.gov>    Wed, Sep 14, 2022 at 4:55 PM
To: Wali Khan <mrghazi411@gmail.com>

Good afternoon,

We have received a response from the NVC, and unfortunately they have stated the following:

> "This petition was forwarded to the U.S. Embassy Kuala Lumpur, Malaysia. Currently, this case is undergoing administrative processing in order to verify his qualifications for this visa. Therefore, any further inquiries should be directed to the U.S. Embassy."

> "While we cannot predict when the processing of Nur Afiqah Binti Mohd Sharit's visa will be completed, please be assured that the U.S. Embassy is aware of your concerns and will do all that they can to see that the visa is adjudicated as soon as the processing of Nur Afiqah Binti Mohd Sharit's case has been completed."

Please find their response attached, and if you wish to follow-up with the Embassy in 30+ days, please let me know.

Kindly,

**Laura Pantoja** | Constituent Services Representative

Office of U.S. Senator Jon Ossoff

470-786-7800 | laura_pantoja@ossoff.senate.gov

[Quoted text hidden]

---



Khan - NVC Response_Redacted.pdf
102K

Exhibit L