Gmail

Wali Khan <mrghazi411@gmail.com>

## Update
5 messages

**Spry, Charles (Warnock)** <Charles_Spry@warnock.senate.gov>     Thu, Sep 8, 2022 at 3:41 PM
To: Wali Khan <mrghazi411@gmail.com>

Please see below update from the Embassy:

Dear Mr. Spry,

Thank you for your inquiry on behalf of your constituent, Mr. Wali Khan, and his wife's immigrant visa case. As you noted, our records show that this immigrant visa application is undergoing administrative processing in order to verify the applicant's qualifications for this visa. Administrative processing typically lasts up to 90 days, although it some cases it may take longer.

We realize that these extended time periods can cause frustration and we are sensitive to the fact that the purpose of the immigrant visa program is to re-unite families. Nonetheless, we must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing. While we cannot predict when the processing of the visa will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as administrative processing is been completed. We are aware that this case has been pending for a considerable period of time, and are working with the relevant offices to expedite the administrative processing period. We are aware that this applicant was previously undergoing administrative processing for several months as part of a non-immigrant visa application, and are attempting to determine if we can accelerate the process if possible.

We regret that our response cannot be more detailed at this point but we hope this information is helpful.

Best regards,

James Parker

Vice-Consul

U.S. Embassy Kuala Lumpur

**Wali Khan** <mrghazi411@gmail.com>     Thu, Sep 8, 2022 at 4:16 PM
To: "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>

Thank you for your response.
[Quoted text hidden]

**Wali Khan** <mrghazi411@gmail.com>     Tue, Jan 10, 2023 at 2:56 PM
To: "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>

# Exhibit M

Good afternoon Mr Spry,

I hope you are well and congratulations on Senator Warnock's reelection. Mr. Spry I appreciate all you have done in regards to my wife's immigration case, I truly am, however the admin processing time has gone on for far too long. As I stated before my wife and I have done admin processing 2x now. The first was on January 8, 2022 for a tourist visa and we still have not heard anything concerning that. The second was August 17, 2022 which means it is almost 5 months since we submitted the answers for the admin processing after my wife's spouse visa. I understand the backlog as I too am a Federal employee, however this is beyond the threshold of tolerance and acceptability. Today I have reached out to an immigration lawyer in Atlanta who recommended that I contact you once again, while he does some research as to what he can do, so as per his advise I once again need to ask you for your assistance in this matter. Please contact whichever department is responsible for admin processing and ask them to spare a few minutes and just look through my wife's file. My wife has never been involved in criminal or terrorist activity, she doesn't even have an unpaid parking ticket. So please Mr. Spry I ask for your's and Senator Warnock's assistance once again.

Thank you,
Wali Khan

On Thu, Sep 8, 2022 at 3:41 PM Spry, Charles (Warnock) <Charles_Spry@warnock.senate.gov> wrote:
[Quoted text hidden]

---

**Spry, Charles (Warnock)** <Charles_Spry@warnock.senate.gov>         Tue, Jan 10, 2023 at 11:35 PM
To: Wali Khan <mrghazi411@gmail.com>

Thanks, unfortunately with admin processing there is nothing we can do to speed up the review. I will follow-up on this case again and let you know any updates.

Take Care,

Charles Spry

Senator Raphael Warnock

[Quoted text hidden]

---

**Wali Khan** <mrghazi411@gmail.com>         Tue, Jan 10, 2023 at 11:49 PM
To: "Spry, Charles (Warnock)" <Charles_Spry@warnock.senate.gov>

Thank you very much
[Quoted text hidden]

Exhibit M