To Whom It May Concern,

I am writing this letter to appeal to you to present my case before a federal judge. I married my wife on January 11, 2020 and yet we have had to spend all of our wedding anniversaries alone and away from each other. For nearly two years due to the Covid-19 pandemic we couldn't even visit each other, as Malaysia would not let anyone in until April 1, 2022 and getting a visa to the U.S.A. even for a short visit proved impossible as her tourist visa was denied due to admin processing in January of 2022. This separation has affected us both physically and mentally. I have had episodes of depression which caused me to gain a lot of weight and has caused me many sleepless nights which has led me to have hypertension. I have also experienced significant hair loss from the stress and have had to buy products to try to slow the process. In my wife's case she started experiencing gynecological problems such as pain and cysts which her gynecologist confirmed to be partially caused by the stress of our physical separation. My wife used to weep profusely to the point her family used to say she was making herself sick from the sorrow of separation. My wife lost both of her parents at a young age and as a result I am her main pillar of support and without me it causes her great anxiety. It caused us marital stress, which would lead to arguments, which increased our stress levels, worsening our mental and physical wellbeing.

Furthermore, I am a working American, and cannot afford expensive tickets to see my wife often. In the past 3 years I have only been able to visit my wife twice and each time it cost me several thousands which for me is a large amount of money. After more than two years of separation we finally reunited in Turkey in January of 2022 since we could not visit each other's countries and I had to buy both my ticket and hers, along with the costs of hotel stays and food. I finally visited her in Malaysia in October of 2022 and the tickets cost me nearly $1500. I had been saving for both a downpayment on our own home and for our wedding ceremony for my relatives here in the United States, but due to the high costs of these visits, most of this money has been depleted. Additionally, I do not have much time off as I am an employee of the Internal Revenue Service and from the time of this letter until May 1st I will not be able to take any time off. Furthermore these trips deplete my leave time, which means in the case of an emergency I have less time to take off. In my wife's cases, in anticipation of coming to live with me she left work but then the pandemic happened and she was forced to stay home for nearly two years. I was her only source of income for this time and recently to alleviate both of our situations she had to go back to work.

Finally, there are several reasons I would like my wife here by May of this year. Firstly many of my cousins are getting married this year starting in the summer, and the thought of attending their weddings without my wife is unbearable. I am close to my cousins and want to be able to celebrate these happy occasions with my wife. Secondly, my wife and I are not getting any younger and want to start our family soon. I want her to first assimilate to the United States first and since that process takes some time, May would be optimal for her. Thirdly, my wife and I want to get our own home and summer time is the best time of the year to start house hunting as many people move following the end of the school year. Finally, if we can get the admin processing taken care of by May, I can celebrate Eid with my wife in Malaysia and bring her home with me. It is also the month I am once again allowed to take time off.

I hope this explains my situation and the reason why I am aiming for May.

Thank you,
Wali Khan

*[signature: Wali Khan]*

EXHIBIT N