# klinik pakar KARTIK
## Obstetrik & Ginekologi

78, Jalan Susur Perdana Tengah, Taman Bukit Perdana,
83000 Batu Pahat, Johor.
H/P: 019-234 6878, 019-925 1290, 019-752 2185
drkathires@yahoo.com
" Follow us on Instagram@klinikpakarkartik "

Dr. Kathiravan Chinniah
MD (USM), M.MED (OBGYN), A.M (M'SIA)
SENIOR CONSULTANT OBSTETRICIAN &
GYNAECOLOGY LAPAROSCOPIC SURGEON
MMC 33190

Nur Afiqah bt Mohd Sharil
NRIC 891031-01-5224

The above patient was offered gynaecological consultation and treatment at the clinic premise on 16 February 2021. She has subfertility issues, which has afflicted her emotionally and psychologically. Furthermore, the physical separation from her husband who resides in America has made her clinical matters worse. Her request for travel to be united with her spouse in United States is strongly supported on medical grounds.

Regards
Dr.Kartik

Dr. Kathiravan Chinniah
MD (USM), M.MED (OBGYN), A.M (M'SIA)
Senior Consultant Obstetrician Gynaecologist
MMC 33190 NSR 132645

30/3/21

EXHIBIT O