## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **WENHUAN WANG,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. |
| **ALEJANDRO MAYORKAS,** | ) | |
| Secretary of Homeland Security | ) | |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **U.S. CITIZENSHIP & IMMIGRATION** | ) | |
| **SERVICES** | ) | |
| | ) | |
| **UR MENDOZA JADDOU,** | ) | |
| Director, | ) | |
| U.S. Citizenship & Immigration Services | ) | |
| USCIS | ) | |
| | ) | |
| **SHINEKA SCOTT MILLER,** | ) | |
| Field Office Director at U.S. Citizenship & | ) | |
| Immigration Services Atlanta | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## LIST OF EXHIBITS

Exhibit A       Copy of Receipt Notices for Form I-485, Application to Register Permanent Residence or Adjust Status

Exhibit B       Copy of Biometric Appointment Notices

Exhibit C       Copy of Request for Evidence for Mr. Wang's Children

Exhibit D          Copy of USCIS Response to Plaintiff's Case Inquiry
                   Dated September 19, 2022

Exhibit E          Copy of USCIS' Response to Brooke Gorham of Senator
                   Jon Ossoff's Office regarding the Congressional Inquiry

Exhibit F          Copy of Emailed Response from Senator Jon Ossoff to
                   Mr. Wang

Exhibit G          USCIS Case Status Online last accessed March 16, 2023

A.

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 05, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A215528435 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2190206355 | October 08, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| April 30, 2018 | Alien worker, Form I-140 | August 10, 1975 |

**PAYMENT INFORMATION:**

WENHUAN WANG
8720 COLONIAL PL
DULUTH, GA 30097

12  00003332

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

ɪ|ɪlɪ|ɪɪ|ɪɪɪ|ɪ|ɪ|ɪᵖᵖ|ᵖˡ|ᵗⁱ|ɪ||ɪᵗ|ɪ|ɪ|ɪ|ᵗ|ᵗ|ᵖ|ᵖ|ɪ|ᵖ||ᵗɪ|ᵗˡ||ɪ

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 05, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A219640053 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190206358 | October 08, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Alien worker, Form I-140 | August 31, 1982 |

WEN CHEN
8720 COLONIAL PL
DULUTH, GA 30097

12  00003335

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 05, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A219640055 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| MSC2190206360 | October 08, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Alien worker, Form I-140 | August 10, 2011 |

SHI WANG
8720 COLONIAL PL
DULUTH, GA 30097

12  00003330

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $750.00 |
| Total Amount Received: | $750.00 |
| Total Balance Due: | $0.00 |

|||||||||||||||||||||||||||||||||||||||||||||||||

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 05, 2020 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A219640054 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2190206359 | October 08, 2020 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| | Alien worker, Form I-140 | July 10, 2014 |

DAJU WANG
8720 COLONIAL PL
DULUTH, GA 30097

12   00003336

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $750.00 |
| Total Amount Received: | $750.00 |
| Total Balance Due: | $0.00 |

 խիկիսկերվերկիկիկիսերերերվելելիկինումիկներիկիս

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 05, 2020 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A219640052 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2190206354 | October 08, 2020 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Alien worker, Form I-140 | July 10, 2014 |

**PAYMENT INFORMATION:**

XIAOJU WANG
8720 COLONIAL PL
DULUTH, GA 30097

12   00003331

| Application/Petition Fee: | $750.00 |
|---|---|
| Total Amount Received: | $750.00 |
| Total Balance Due: | $0.00 |



**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| ASC Appointment Notice - **APPLICANT COPY** | CASE TYPE I485; I765 | | NOTICE DATE 11/14/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER MSC2190206355; MSC2190206357 | | USCIS A# A215 528 435 | CODE 3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER NBC | PAGE 1 of 2 |

WENHUAN WANG
8720 COLONIAL PL
DULUTH GA  30097



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER USCIS ATLANTA 3358B Chamblee Tucker Road Atlanta GA  30341 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 12/09/2020 11:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE and**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is <u>closed</u> due to inclement weather or for other unforeseen circumstances, USCIS will <u>automatically reschedule</u> your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING

❑  **Please reschedule my appointment.**  Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy. Alexandria, VA 22309-1586

| APPLICATION NUMBER I485 - MSC2190206355 | APPLICATION NUMBER 2 I765 - MSC2190206357 |
|---|---|
|  |  |

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

---

## Notice for People with Disabilities

---

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - **APPLICANT COPY** | CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | NOTICE DATE<br>11/14/2020 |
|---|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>MSC2190206360 | | | USCIS A#<br>A219 640 055 | CODE<br>2 |
| ACCOUNT NUMBER | TCR | | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |

SHI WANG
8720 COLONIAL PL
DULUTH GA 30097



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA 30341 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>12/09/2020<br>11:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** If the USCIS ASC is <u>closed</u> due to inclement weather or for other unforeseen circumstances, USCIS will <u>automatically reschedule</u> your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I485 - MSC2190206360



**If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**          Form I-797C   04/01/19



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| **ASC Appointment Notice -**<br>**APPLICANT COPY** | CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR<br>ADJUST STATUS | | NOTICE DATE<br>11/14/2020 |
| --- | --- | --- | --- |
| APPLICATION/PETITION/REQUEST NUMBER<br>MSC2190206358 | | USCIS A#<br>A219 640 053 | CODE<br>3 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |

WEN CHEN
8720 COLONIAL PL
DULUTH GA 30097



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA 30341 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>12/09/2020<br>11:00AM |
| --- | --- |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** USCIS may use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28, C.F.R., Section 16.34.

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

| REQUEST FOR RESCHEDULING |
| --- |

❑   **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I485 - MSC2190206358



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information. | Form I-797C  04/01/19



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I485 – APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | NOTICE DATE<br>11/14/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>MSC2190206359 | | USCIS A#<br>A219 640 054 | CODE<br>2 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |

DAJU WANG
8720 COLONIAL PL
DULUTH GA 30097



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA 30341 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>12/09/2020<br>11:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**NOTE:** If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I485 - MSC2190206359



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  04/01/19

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| ASC Appointment Notice - APPLICANT COPY | CASE TYPE<br>I485 - APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | NOTICE DATE<br>11/14/2020 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>MSC2190206354 | | USCIS A#<br>A219 640 052 | CODE<br>2 |
| ACCOUNT NUMBER | TCR | SERVICE CENTER<br>NBC | PAGE<br>1 of 2 |



XIAOJU WANG
8720 COLONIAL PL
DULUTH GA  30097

To process your application, petition, or request, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ATLANTA<br>3358B Chamblee Tucker Road<br>Atlanta GA  30341 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>12/09/2020<br>11:00AM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Resident Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

NOTE: If the USCIS ASC is **closed** due to inclement weather or for other unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

### REQUEST FOR RESCHEDULING

❏ **Please reschedule my appointment.** Once USCIS receives your request, you will be sent a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I485 - MSC2190206354



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C   04/01/19

C.

April 12, 2021



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 25920
Overland Park, KS 66225

**U.S. Citizenship
and Immigration
Services**



MSC2190206354



A219-640-052

XIAOJU WANG
8720 COLONIAL PL
DULUTH, GA 30097

RE: XIAOJU WANG
I-485, Application to Register Permanent Residence or Adjust Status



## REQUEST FOR INITIAL EVIDENCE

### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- You have submitted secondary evidence and/or a birth affidavit as proof of a birth record for the applicant. However, the evidence you have submitted is insufficient. The U.S. Department of State's visa reciprocity and civil documents indicates that a notarial certificate of birth must be submitted. Submit the Notarial Certificate of Birth.

  If the document is in a language other than English, you must submit a copy of the foreign language document and a complete English translation. For more information on birth records, see visa reciprocity and civil documents at https://travel.state.gov.

### When You Need To Do It

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date.

If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security<br>National Benefits Center<br>P.O. Box 25920<br>Overland Park, KS 66225 | USCIS, Attention: Adjustment of Status<br>850 NW Chipman Rd<br>Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: OA-2440

## Birth, Death, Burial Certificates    ⊖

### Birth Certificates

Available

Fees: Varies. Normally RMB 200 - 300  (Notarization Fee: RMB 80 + Translation Fee: Non-standard)

Document Name: Notarial certificate (Gong Zheng Shu)

Issuing Authority: Local Notary Public Office (Gong Zheng Chu)

Special Seal(s) / Color / Format: A notarial birth certificate normally contains a watermark, seal, and red stamp. It indicates the applicant's name, gender, date of birth, ID number, place of birth, and both parents' names.  NOTE: Notarial birth certificates issued prior to 2012 may not list the ID number. All notarial documents must have an English translation, and be attached with a certificate stating that the English translation is in conformity with the Chinese original.

Issuing Authority Personnel Title: Notary Public (Gong Zheng Yuan)

Registration Criteria:

1. A National ID and household registration (Hu Kou Bu).  If the applicant lives abroad, a copy of his or her passport is also required.

2. One of the following three documents:

    ◦ Birth certificate (Chu Sheng Zheng Ming Shu) or medical certificate of birth (Chu Sheng Yi Xue Zheng Ming) issued by the hospital
    ◦ Initial Birth Record issued by the Household Registration Department of the local Public Security Bureau
    ◦ Proof of birth issued by the sub-district office or the Personnel Department of Work Unit

3. Photographs - at least two.
4. A signed affidavit or authorization certificate from the applicant if someone other than the applicant applies for the certificate on his or her behalf.  The authorized person also needs to provide his/her national ID.
5. Documentation of both parents' identification.  If deceased, a death certificate is required.
6. Other documents requested by the Notary Public (Gong Zheng Yuan).

Procedure for Obtaining:

1. Complete an application and submit all relevant documents to the Notary Public Office (Gong Zheng Chu).
2. The Notary Public then examines the documents. If the application is accepted, the applicant pays all related notary fees.
3. Once the review of the submitted documentation is completed, the notarial birth certificate is issued.

Certified Copies Available: Certified copies are not available.

Alternate Documents: There are no alternate documents.

Exceptions: None

Comments: Applicants should check the website or contact their local Notary Public Office to obtain specific information regarding required fees and supporting documents.

April 12, 2021



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 25920
Overland Park, KS 66225

**U.S. Citizenship and Immigration Services**



MSC2190206360



A219-640-055

SHI WANG
8720 COLONIAL PL
DULUTH, GA 30097

RE: SHI WANG
I-485, Application to Register Permanent Residence or Adjust Status



## <u>REQUEST FOR INITIAL EVIDENCE</u>

### <u>Why We Are Writing You</u>

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### <u>What You Need To Do</u>

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- You have submitted secondary evidence and/or a birth affidavit as proof of a birth record for the applicant. However, the evidence you have submitted is insufficient. The U.S. Department of State's visa reciprocity and civil documents indicates that a notarial certificate of birth must be submitted. Submit the Notarial Certificate of Birth.

  If the document is in a language other than English, you must submit a copy of the foreign language document and a complete English translation. For more information on birth records, see visa reciprocity and civil documents at https://travel.state.gov.

### <u>When You Need To Do It</u>

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date.

If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security<br>National Benefits Center<br>P.O. Box 25920<br>Overland Park, KS 66225 | USCIS, Attention: Adjustment of Status<br>850 NW Chipman Rd<br>Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: OA-2440

## Birth, Death, Burial Certificates ⊖

### Birth Certificates

Available

Fees: Varies. Normally RMB 200 - 300  (Notarization Fee: RMB 80 + Translation Fee: Non-standard)

Document Name: Notarial certificate (Gong Zheng Shu)

Issuing Authority: Local Notary Public Office (Gong Zheng Chu)

Special Seal(s) / Color / Format: A notarial birth certificate normally contains a watermark, seal, and red stamp. It indicates the applicant's name, gender, date of birth, ID number, place of birth, and both parents' names.  NOTE: Notarial birth certificates issued prior to 2012 may not list the ID number. All notarial documents must have an English translation, and be attached with a certificate stating that the English translation is in conformity with the Chinese original.

Issuing Authority Personnel Title: Notary Public (Gong Zheng Yuan)

Registration Criteria:

1. A National ID and household registration (Hu Kou Bu).  If the applicant lives abroad, a copy of his or her passport is also required.

2. One of the following three documents:

   ◦ Birth certificate (Chu Sheng Zheng Ming Shu) or medical certificate of birth (Chu Sheng Yi Xue Zheng Ming) issued by the hospital
   ◦ Initial Birth Record issued by the Household Registration Department of the local Public Security Bureau
   ◦ Proof of birth issued by the sub-district office or the Personnel Department of Work Unit

3. Photographs - at least two.
4. A signed affidavit or authorization certificate from the applicant if someone other than the applicant applies for the certificate on his or her behalf.  The authorized person also needs to provide his/her national ID.
5. Documentation of both parents' identification.  If deceased, a death certificate is required.
6. Other documents requested by the Notary Public (Gong Zheng Yuan).

Procedure for Obtaining:

1. Complete an application and submit all relevant documents to the Notary Public Office (Gong Zheng Chu).
2. The Notary Public then examines the documents. If the application is accepted, the applicant pays all related notary fees.
3. Once the review of the submitted documentation is completed, the notarial birth certificate is issued.

Certified Copies Available: Certified copies are not available.

Alternate Documents: There are no alternate documents.

Exceptions: None

Comments: Applicants should check the website or contact their local Notary Public Office to obtain specific information regarding required fees and supporting documents.

April 12, 2021



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Benefits Center
P.O. Box 25920
Overland Park, KS 66225

**U.S. Citizenship and Immigration Services**



MSC2190206359



A219-640-054

DAJU WANG
8720 COLONIAL PL
DULUTH, GA 30097

RE: DAJU WANG
I-485, Application to Register Permanent Residence or Adjust Status

## REQUEST FOR INITIAL EVIDENCE



### Why We Are Writing You

This office is unable to complete the processing of your Application to Register Permanent Residence or Adjust Status, (Form I-485). We are writing to inform you that we need more information from you to make a decision on your case. Please read this letter carefully and follow all of the instructions below.

### What You Need To Do

You must provide the following information for us to make a final decision on your case. **Please include a copy of ALL pages of this letter with your response**

- You have submitted secondary evidence and/or a birth affidavit as proof of a birth record for the applicant. However, the evidence you have submitted is insufficient. The U.S. Department of State's visa reciprocity and civil documents indicates that a notarial certificate of birth must be submitted. Submit the Notarial Certificate of Birth.

  If the document is in a language other than English, you must submit a copy of the foreign language document and a complete English translation. For more information on birth records, see visa reciprocity and civil documents at https://travel.state.gov.

### When You Need To Do It

You must send the requested information by mail to the address shown below within 87 days.

You must submit all of the requested evidence at one time. If you submit only part of the evidence, we will make a decision based on the evidence that you submit. We will not consider any evidence that is submitted after the due date.

If you do not respond to this request by the date shown above, we will deny your case.

If you submit a document in any language other than English, you must provide: (1) a copy of the original document in its foreign language; and (2) a full English translation of the document. The translator must certify that the translation is complete and accurate and that he or she is competent to translate from the foreign language to English.

We strongly recommend you keep a copy of all documents that you submit to USCIS in response to this request.

**Please include a copy of ALL pages of this letter with your response.**

Submit your response with requested document(s), information, etc. to this address:

| Regular Mail | Express Mail or Courier Deliveries |
|---|---|
| U.S. Department of Homeland Security National Benefits Center P.O. Box 25920 Overland Park, KS 66225 | USCIS, Attention: Adjustment of Status 850 NW Chipman Rd Lee's Summit, MO 64063 |

Please do not forget to include a copy of ALL pages of this letter with your response.

Sincerely,

*Robinson*

Terri A. Robinson
Director
Officer: OA-2440

## Birth, Death, Burial Certificates    ⊖

### Birth Certificates

Available

Fees: Varies. Normally RMB 200 - 300  (Notarization Fee: RMB 80 + Translation Fee: Non-standard)

Document Name: Notarial certificate (Gong Zheng Shu)

Issuing Authority: Local Notary Public Office (Gong Zheng Chu)

Special Seal(s) / Color / Format: A notarial birth certificate normally contains a watermark, seal, and red stamp. It indicates the applicant's name, gender, date of birth, ID number, place of birth, and both parents' names.  NOTE: Notarial birth certificates issued prior to 2012 may not list the ID number. All notarial documents must have an English translation, and be attached with a certificate stating that the English translation is in conformity with the Chinese original.

Issuing Authority Personnel Title: Notary Public (Gong Zheng Yuan)

Registration Criteria:

1. A National ID and household registration (Hu Kou Bu).  If the applicant lives abroad, a copy of his or her passport is also required.

2. One of the following three documents:

    ◦ Birth certificate (Chu Sheng Zheng Ming Shu) or medical certificate of birth (Chu Sheng Yi Xue Zheng Ming) issued by the hospital
    ◦ Initial Birth Record issued by the Household Registration Department of the local Public Security Bureau
    ◦ Proof of birth issued by the sub-district office or the Personnel Department of Work Unit

3. Photographs - at least two.
4. A signed affidavit or authorization certificate from the applicant if someone other than the applicant applies for the certificate on his or her behalf.  The authorized person also needs to provide his/her national ID.
5. Documentation of both parents' identification.  If deceased, a death certificate is required.
6. Other documents requested by the Notary Public (Gong Zheng Yuan).

Procedure for Obtaining:

1. Complete an application and submit all relevant documents to the Notary Public Office (Gong Zheng Chu).
2. The Notary Public then examines the documents. If the application is accepted, the applicant pays all related notary fees.
3. Once the review of the submitted documentation is completed, the notarial birth certificate is issued.

Certified Copies Available: Certified copies are not available.

Alternate Documents: There are no alternate documents.

Exceptions: None

Comments: Applicants should check the website or contact their local Notary Public Office to obtain specific information regarding required fees and supporting documents.

**Derek / ALT-US**

| | |
|---|---|
| **From:** | Wang Wenhuan <zgalt@msn.com> |
| **Sent:** | Tuesday, December 20, 2022 4:31 PM |
| **To:** | Derek / ALT-US |
| **Subject:** | Fwd: Your recent inquiry (receipt #MSC-21-902-06355) |

Get Outlook for iOS

**From:** Wang Wenhuan <zgalt@msn.com>
**Sent:** Monday, September 19, 2022 10:39 AM
**To:** Wen Chen <wenchenmichelle@gmail.com>
**Subject:** FW: Your recent inquiry (receipt #MSC-21-902-06355)

-----Original Message-----
From: USCIS <USCIS-CaseStatus@dhs.gov>
Sent: Monday, September 19, 2022 10:33 AM
To: zgalt@msn.com
Subject: Your recent inquiry (receipt #MSC-21-902-06355)

U.S. Department of Homeland Security
USCIS National Benefits Center
P.O. Box 648005
Lee's Summit,MO 64002

U.S. Citizenship and Immigration Services Monday, September 19, 2022

Emailed to zgalt@msn.com

Dear Wenhuan Wang:

On 08/16/2022, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 10/08/2020

1

Receipt #:
-- MSC-21-902-06355

Referral ID:
SR12282200593MSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 215528435

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Recently, you contacted us to let us know that you did not receive a notice related to your case. A review of our systems indicates that we have received your biometrics, your application has no outstanding hold or Request for Evidence (RFE), and remains in process. If you do not receive a decision or notice of other action within our current processing time, please reach out to the USCIS Contact Center for more information.

Due to workload factors not related to your case, USCIS anticipates a delay in completing your case. USCIS is committed to adjudicating immigration benefits in the order received and in a timely and efficient manner.
If your receipt number begins with IOE, please consider activating your USCIS online account at
https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmyaccount.uscis.gov%2F&amp;data=05%7C01%7C%7Ca6638bc758b2477e2cba08da9a4bd72a%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C63799194779324 3610%7CUnknown%7CTWFpbGGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWWwiLCJXVCI6Mn0%3D%7 C3000%7C%7C%7C&amp;sdata=mg6clOcVeBqS7%2FO1PhBtZaZmWN07kDmaCM1d64GeFtg%3D&amp;reserved=0. You can use your account to get your current case status and to access every notice we send you. You can also send messages and receive answers through a secure inbox.

Address Changes:  If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at
https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.uscis.gov%2Far-
11&amp;data=05%7C01%7C%7Ca6638bc758b2477e2cba08da9a4bd72a%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1 %7C0%7C63799194779324 3610%7CUnknown%7CTWFpbGGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1h aWWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&amp;sdata=YaqxuP8Jp82r3TjbkrTsFfUZmieLYgbaBbdmPA1BLuw%3D&a mp;reserved=0, and click on "Change Your Address Online."

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma.  If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting  uscis.gov/contactcenter.

E.

Friday, February 10, 2023 at 16:22:18 Eastern Standard Time

**Subject:** Congressional Inquiry - Wenhuan Wang

**Date:** Thursday, February 9, 2023 at 11:03:51 AM Eastern Standard Time

**From:** ████████████████

**To:** Gorham, Brooke (Ossoff)

Good Day Ms. Gorham,

Thank you for your inquiry, dated January 12, 2023, on behalf of your constituent, WENHUAN WANG, regarding their Form I-485, Application to Register Permanent Residence or Adjust Status.

U.S. Citizenship and Immigration Services (USCIS) records indicate that case MSC2190206355 remains pending at the USCIS/Atlanta Field Office.

This type of application does not usually require an interview, so your constituent should receive a notice once the case adjudication is complete.

If additional information is necessary prior to adjudication, or if it is determined that an interview is necessary, your constituent will be notified directly.

As a part of a greater eligibility determination, U.S. Citizenship and Immigration Services (USCIS) conducts background and security checks on applicants and certain petitioners for immigration benefits.

These checks are necessary to ensure United States national security and public safety interests. In some cases, the results of these checks require USCIS to perform additional inquiries or consult with other government agencies.

When this is necessary, there is often some delay in resolving the checks, and it is difficult to predict when resolution will be completed.

Please be assured that this case has not been overlooked. Once all checks are resolved, this case will be adjudicated and your constituent will be notified of the decision.

The Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2190206355, is within normal processing times as reflected at https://egov.uscis.gov/processing-times/.

The earliest your constituent should submit a case status inquiry is June 16, 2023. Please do not contact us before this date.

USCIS anticipates your constituent will receive a decision or other type correspondence by this date.

The case status may be monitored online at https://egov.uscis.gov/casestatus/landing.do. Your constituent can also sign up to receive automatic case status updates by email: https://myaccount.uscis.gov/users/sign_up.

The USCIS contact center (1-800-375-5283) has representatives available Monday through Friday from 8 a.m. to 8 p.m. Eastern (except on federal holidays) to address any case related concerns.

If a follow-up inquiry is necessary, we respectfully request you allow at least 60 days from the submit questions date to lapse before following up on your constituent's case.

████████████████████████████████████████████████████

USCIS appreciates your patience while we process your constituent's case. We hope this information is helpful. If we may be of further assistance, please let us know.

Sincerely,

Atlanta Field Office

███████████

Congressional Liaison

DHS/USCIS

███████████

ref:_00DG0hO5S._500t00000163u38:ref

F.

From:      Wang Wenhuan
To:      Derek / ALT-US
Subject:      FW: Constituent Services for Jon Ossoff (Intranet Quorum IMA00129616)
Date:      Friday, February 10, 2023 4:31:36 PM
Attachments:      02-09-23_USCIS Response_Wang_Redacted.pdf
     IQFormatFile.txt

**From:** Office of U.S. Senator Jon Ossoff(imailagent) <casework@ossoff.senate.gov>
**Sent:** Friday, February 10, 2023 4:30 PM
**To:** zgalt@msn.com
**Subject:** Constituent Services for Jon Ossoff (Intranet Quorum IMA00129616)



February 10, 2023

Mr. Wenhuan Wang
8720 Colonial Place
Duluth, GA 30097-6641

Dear Mr. Wang,

Enclosed is a copy of the report I have obtained from United States Citizenship and Immigration Services about your case. I trust this report fully addresses your concerns.

Thank you for allowing my office to assist you. It is my true honor to represent you in the U.S. Senate and it has been an honor to assist you with your casework concern.

Please contact my office again in the future if I can be helpful to you with a federal casework or legislative concern.

Sincerely,



Jon Ossoff
United States Senator

G.

An official website of the United States government     Here's how you know ⌄     Español


U.S. Citizenship
and Immigration
Services
(https://www.uscis.gov/)

≡ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



# Case Was Updated To Show Fingerprints Were Taken

As of December 9, 2020, fingerprints relating to your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC2190206355, have been applied to your case. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



**Enter Another Receipt Number**   ?

[                              ]

[ CHECK STATUS ]

**RELATED TOOLS**