# EXHIBIT "2"

# GUARANTEE TRUST LIFE INSURANCE COMPANY
# INSURED

CERTIFICATE NUMBER: GTL1232803

MIKE SAMADI AND Z FARAJ
4555 BETTY'S BRANCH WAY

EVANS, GA 30809

# GUARANTEE TRUST LIFE INSURANCE COMPANY
# AGENT

CERTIFICATE NUMBER: GTL1232803

BRYANT K SMITH
SAFE HAVEN FINANCIAL GROUP
2605 OVERLOOK DR

AUGUSTA, GA  30909

## GUARANTEE TRUST LIFE INSURANCE COMPANY
## PRIVACY NOTICE

At Guarantee Trust Life Insurance Company (GTL) we know the importance of an individual's right to privacy. That's why protecting the information that personally identifies you, our valued policyholder, is high priority and a matter we take very seriously.

Our primary goal is, and will continue to be, providing you with competitive, fairly-priced, and exceptional quality insurance products to meet the long-term financial needs of you and your loved ones. From life insurance to health insurance, getting you the protection you need is not just a job to us. It is a privilege.

While the personal, financial and medical information you share with us (from applying for coverage, to filing a claim) is the cornerstone to providing you with the high-quality insurance protection and service you've come to know and expect, we want to assure you that information, unique to you, is kept secure, confidential and used expressly for the purpose of conducting our insurance relationship with you. Remember, protecting your privacy is not only our priority…it's our promise to you.

The following is a summary of our privacy policy and practices. It tells you about the kinds of personally identifiable information we collect, disclose or share with others.

### INFORMATION WE COLLECT AND SOURCES OF INFORMATION

In order for GTL to provide and administer the insurance products we offer, we collect personal information about you. Some of the information we collect about you is "nonpublic." The nonpublic personal information we collect is obtained from the following sources:

- Information we receive from you on your application for insurance or other forms *(such as your name, address, telephone number, age, social security number, and beneficiary designation.)*

- Information about your transactions with us and our affiliates *(such as the type of insurance product you buy, the premium you pay, the method of purchase, and your payment history.)*

- Information we receive from third party reports, *(such as consumer-reporting/credit agencies, motor vehicle records, and medical information. All medical information we receive is subject to the Medical Confidentiality rules described below.)*

### INFORMATION WE DISCLOSE

GTL does not disclose any nonpublic personal information about our policyholders or former policyholders to anyone without providing notice of your rights to either opt out or opt in the sharing of personal information, except as permitted or required by law.

We may also disclose all of the information we collect, as described above, with the following:

- Affiliates – We may share information with our affiliates. Our affiliates offer products and services that may complement your insurance purchase and we believe may be of interest to you.

- Service Providers – We may share information with companies engaged to perform services on our behalf, such as third party administrators and vendors hired to effect, administer or enforce a transaction that you request or authorize; to develop or maintain computer software; or to perform market research.

- Joint Marketing – We may share information with companies that perform marketing services on our behalf or to other financial institutions with which we have a joint marketing agreement.

### MEDICAL CONFIDENTIALITY

Your medical information is kept confidential. We will not use or share, internally or with third parties, your medical information except for the purposes of:
- Underwriting;
- Administering your policy or claim;
- As permitted or required by law; or
- As authorized by you.

### SECURITY AND CONFIDENTIALITY OF YOUR INFORMATION

We restrict access to nonpublic personal information about you to those employees (or people working on our behalf under confidentiality agreements) who need to know the information in order to provide products and services to you. We also maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**G • T • L**
Guarantee Trust Life Insurance Company
1275 Milwaukee Avenue
Glenview, Illinois 60025
1-800-338-7452
Visit us at: www.gtlic.com

NEW BUSINESS USER:   NMP4

ASSEMBLY INSTRUCTIONS FOR GUARANTEE TRUST LIFE INSURANCE COMPANY

CERTIFICATE NUMBER:      GTL1232803
INSURED'S NAME:          JOHN J SHERLOCK
ASSEMBLY STATE:          GA
PLAN CODE:               G302


THE FOLLOWING FORMS ARE REQUIRED BEFORE THE CERTIFICATE IS MAILED:

PLAN FORM NUMBER:        G03ITNPCER
                         GR20AB-IL




INSTRUCTIONS:            NOT00-DV-GA

TOTAL PAC MONTHLY PREMIUM WITHOUT APPLICATION FEE: $93.96

THIS REPORT PRODUCED ON MAR 10, 2023

GUARANTEE TRUST LIFE INSURANCE COMPANY
SCHEDULE PAGE

| DESCRIPTION OF BENEFITS | DEATH BENEFIT | ANNUAL PREMIUMS | NUMBER OF YEARS PAYABLE | BENEFIT ID |
|---|---|---|---|---|
| GROUP RENEWABLE TERM LIFE INSURANCE | $200,000 | $1,020.00 | 30 | G302 |
| SEE PAGE 3B FOR THE COMPLETE SCHEDULE | | | | |
| OF THE MAXIMUM ANNUAL PREMIUMS | | | | |
| | | | | |
| GROUP ACCELERATED DEATH BENEFIT RIDER | | | | GLBR |

TOTAL ANNUAL PREMIUM ON CERTIFICATE DATE:        $1,080.00


FIRST TERM PERIOD:                30 YEARS

LAST CONVERSION DATE:             FEB 05, 2030

DATE CERTIFICATE ENDS:            FEB 05, 2061

PREMIUM CLASS:                    PREFERRED

CERTIFICATE REINSTATEMENT RATE:   6.00% PER YEAR


TOTAL PREMIUM ON CERTIFICATE DATE

ANNUAL
$1,080.00


PREMIUMS ARE SUBJECT TO CHANGE (SEE PAGE 3B)

30 YEAR RENEWABLE TERM

GROUP POLICY ISSUED TO: GUARANTEE TRUST LIFE INSURANCE TRUST

INSURED        JOHN J SHERLOCK              CERTIFICATE NUMBER GTL1232803

OWNER          MIKE SAMADI AND Z FARAJ            AGE AND SEX 43    MALE

DEATH BENEFIT  $200,000                 CERTIFICATE DATE FEB 05, 2009

G03ITNPCER                    PAGE 3A                    MAR 10, 2023

## SCHEDULE PAGE
### TABLE OF RENEWABLE TERM PREMIUM

THE CERTIFICATE PREMIUM FOR THE FIRST THIRTY YEAR TERM PERIOD IS SHOWN ON PAGE 3A. THE CERTIFICATE PREMIUM FOR EACH LATER THIRTY YEAR TERM PERIOD IS SHOWN BELOW. THIS PREMIUM DOES NOT INCLUDE THE PREMIUM(S) FOR ANY ATTACHED BENEFIT RIDERS.

WE MAY INCREASE OR DECREASE THE CURRENTLY SCHEDULED ANNUAL PREMIUM ON ANY CERTIFICATE ANNIVERSARY DATE. HOWEVER, THE PREMIUM WILL NEVER EXCEED THE MAXIMUM ANNUAL PREMIUM LISTED BELOW. (SEE PREMIUM ADJUSTMENTS PROVISION ON PAGE 6)

| TERM PERIOD BEGINNING ON CERTIFICATE ANNIVERSARY | CURRENTLY SCHEDULED ANNUAL PREMIUMS | MAXIMUM ANNUAL PREMIUMS | TERM PERIOD BEGINNING ON CERTIFICATE ANNIVERSARY | CURRENTLY SCHEDULED ANNUAL PREMIUMS | MAXIMUM ANNUAL PREMIUMS |
|---|---|---|---|---|---|
| 2009 | $1,080.00 | $1,080.00 | 2029 | $1,080.00 | $5,512.00 |
| 2010 | $1,080.00 | $1,080.00 | 2030 | $1,080.00 | $6,010.00 |
| 2011 | $1,080.00 | $1,080.00 | 2031 | $1,080.00 | $6,532.00 |
| 2012 | $1,080.00 | $1,080.00 | 2032 | $1,080.00 | $7,062.00 |
| 2013 | $1,080.00 | $1,080.00 | 2033 | $1,080.00 | $7,622.00 |
| 2014 | $1,080.00 | $1,080.00 | 2034 | $1,080.00 | $8,208.00 |
| 2015 | $1,080.00 | $1,080.00 | 2035 | $1,080.00 | $8,862.00 |
| 2016 | $1,080.00 | $1,080.00 | 2036 | $1,080.00 | $9,696.00 |
| 2017 | $1,080.00 | $1,080.00 | 2037 | $1,080.00 | $10,694.00 |
| 2018 | $1,080.00 | $1,080.00 | 2038 | $1,080.00 | $11,832.00 |
| 2019 | $1,080.00 | $1,080.00 | 2039 | $13,040.00 | $13,040.00 |
| 2020 | $1,080.00 | $1,080.00 | 2040 | $14,344.00 | $14,344.00 |
| 2021 | $1,080.00 | $1,080.00 | 2041 | $15,770.00 | $15,770.00 |
| 2022 | $1,080.00 | $1,080.00 | 2042 | $17,352.00 | $17,352.00 |
| 2023 | $1,080.00 | $1,080.00 | 2043 | $19,162.00 | $19,162.00 |
| 2024 | $1,080.00 | $1,080.00 | | | |
| 2025 | $1,080.00 | $1,080.00 | | | |
| 2026 | $1,080.00 | $1,080.00 | | | |
| 2027 | $1,080.00 | $1,080.00 | | | |
| 2028 | $1,080.00 | $1,080.00 | | | |

THE EXTENTION OF THE ABOVE TABLE OF RENEWAL TERM PREMIUMS WILL BE PROVIDED UPON REQUEST.

THE RESERVES OF THE CERTIFICATE ARE BASED ON THE COMMISSIONERS 1980 STANDARD ORDINARY MORTALITY TABLE.THE RESERVES ARE COMPUTED ACCORDING TO THE COMMISSIONERS RESERVE VALUATION METHOD. WITH 4.5% INTEREST COMPOUNDED ANNUALLY, AND ASSUMES IMMEDIATE PAYMENT OF CLAIMS.

| INSURED | AGE | SEX | CERTIFICATE NUMBER |
|---|---|---|---|
| JOHN J SHERLOCK | 43 | MALE | GTL1232803 |

G03ITNPCER                    PAGE 3B                    MAR 10, 2023



**Guarantee Trust Life Insurance Company**
<u>1275 Milwaukee Avenue – Glenview, Illinois 60025 – (847) 699-0600</u>

MAR 10, 2023

MIKE SAMADI AND Z FARAJ
4555 BETTY'S BRANCH WAY

EVANS, GA 30809

Certificate Number:  GTL 1232803

Dear Certificateholder:

Welcome to Guarantee Trust Life's (GTL) growing family of life insurance policyowners.

Your new policy is enclosed. If you have any questions, please call us toll-free at 1-800-338-7452. Our friendly, experienced staff is ready to serve you.

We have also enclosed a brochure describing our Monthly Automatic Payment Plan. If you haven't already elected to pay your premiums using this convenient, automatic method, please take a minute to read the brochure. You'll learn how you can save time and money while guaranteeing that your policy stays in force.

Membership in the Guarantee Trust Life family means that your policy is backed by a solid mutual company which has been in business since 1936. GTL insures more than 470,000 lives, for over $5 billion of life insurance in force.

Welcome to Guarantee Trust Life Insurance Company!

R.S. Holson III
President

P.S.    If you have already chosen the automatic monthly payment method, your premium will be deducted automatically from your checking account. You can expect that your account will be charged on or about the date shown on the enclosed sticker. You may want to attach the sticker to your checkbook as a reminder.

Family-G

# A MESSAGE

from

## R. S. Holson, III

President

**Guarantee Trust Life
Insurance Company**

**GUARANTEE TRUST
LIFE INSURANCE
COMPANY**
**A Mutual Company**
1275 Milwaukee Avenue
Glenview, Illinois 60025

**GROUP
RENEWABLE TERM
LIFE INSURANCE
CERTIFICATE**

Convertible

Death Benefit Payable At
Death

See Certificate Schedule
Page For Your Benefits,
Premium Class and Premium
Payment

Non-Participating

We certify that the person named as the Insured in the Schedule on Page 3 is insured under the Group Policy identified in the Schedule. That Group Policy is referred to in this Certificate as the Policy.

We will pay the Death Benefit to the Beneficiary, if the Insured dies while this Certificate is in force. Our payment will be subject to all the provisions of the Group Policy.

**Notice of Your right to examine this Certificate for 30 days.** It is important to Us that You are satisfied with this Certificate and that it meets Your insurance needs. If You are not satisfied, You may return this Certificate to Us or to Your agent within 30 days of its receipt. Upon return We will void this Certificate as of the effective date and You will receive a full refund of any premiums You have paid.

**Read This Certificate Carefully.** The Group Policy under which this coverage is provided, is a legal contract between the Policyholder and Us and consists of the Group Policy, Application of the Policyholder, Application of the Insured's and this Certificate. Its terms are contained on this page and the pages that follow. See the Certificate Index on the next page.

Signed for the Guarantee Trust Life Insurance Company in Glenview, Illinois, on the Certificate Date.

Secretary

President

THE INSURED UNDER THIS CERTIFICATE IS JOHN J SHERLOCK

THE CERTIFICATE HAS AN EFFECTIVE DATE OF FEB 05, 2009

THE CERTIFICATE NUMBER IS GTL1232803

G03ITNP-CER

## INDEX

Page

Age and Sex……………………………………………………………   9

Assignment …………………………………………………………   5

Beneficiary……………………………………………………………...   5

Changes in Owner or Beneficiary ………………………………………   5

Conversion ……………………………………………………………   8

Death Benefit …………………………………………………………   3A, 4

Definitions……………………………………………………………   4

Effective Dates of Coverage ……………………………………………   9

General Information……………………………………………………   9

Grace Period……………………………………………………………   6

Incontestability…………………………………………………………   9

Owner……………………………………………………………………   5

Payment of Certificate Benefits………………………………………   6, 7, 8

Premiums………………………………………………………………   5

Proof of Death…………………………………………………………   9

Reinstatement…………………………………………………………   6

Renewal…………………………………………………………………   5

Schedule………………………………………………………………   3A, 3B

Suicide …………………………………………………………………   4

Termination……………………………………………………………   9

## DEFINITIONS

**In this Certificate:**

**Age** means the Insured's age on the Insured's last birthday. The Insured's age at any Certificate Anniversary date is the Insured's age at the Insured's last birthday.

**Beneficiary** means the person named in the application or in the most recent change on record to receive the benefits payable at the Insured's death.

**Certificate** means the document which summarizes the benefit provided to the Insured by the Group Policy.

**Certificate Anniversary** means the same date and month as the Certificate Date for each succeeding year this Certificate remains in force.

**Certificate Date** means the date this Certificate begins. This is the date from which Certificate Anniversaries, Certificate Years, Certificate Months, and premium due dates are determined. The Certificate Date is shown in the Schedule.

**Certificate Year** means the period from the Certificate Date to the first Certificate Anniversary, or  from one Certificate Anniversary to the next. A Certificate Year does not include the Certificate Anniversary at the end of the Certificate Year.

**Insured** means the person named in the Schedule, whose life is insured under this Certificate.

**Lapse** means termination of this Certificate due to nonpayment of premium.

**Owner** refers to the Owner of this Certificate. The Owner is the person who may exercise all Certificate privileges and rights while the Insured is living. The Owner may be someone other than the Insured. The Owner is named in the Schedule.

**Reinstatement** means this Certificate is put back in force after it has Lapsed.

**Rider** means an additional agreement attached to this Certificate.

**Terminate** means that the Insured's life is no longer insured under this Certificate.

**We, Our, and Us** refers to Guarantee Trust Life Insurance Company

**Written Request** means a request in writing signed by You and acceptable to Us. We may  require that this Certificate be sent in with Your Written Request.

**You or Your** refers to the Owner of this Certificate. The applicant for this Certificate is the Owner unless otherwise stated in the application or later changed.

## DEATH BENEFIT

**Death Benefit**
We will pay a Death Benefit to the Beneficiary if the Insured dies while their term life insurance coverage is in force under the Policy and before the Date Certificate Ends as shown in the Schedule. Subject to the terms and provisions of the Policy, the Death Benefit will be the amount of term life insurance payable as shown in the Schedule.

**Suicide Exclusion**
If the Insured, whether sane or insane, dies as a result of suicide within 2 years (1 year in Colorado and North Dakota) from the Certificate Date, Our liability will be limited to a refund of the amount equal to the premiums paid for this Certificate.

## OWNER AND  BENEFICIARY RIGHTS

**Owner**
You may exercise all the rights under this Certificate during the Insured's lifetime by making a Written Request to Us.  Your rights are subject to the rights of any assignee and of any irrevocable Beneficiary We have on record.

If You die before the Insured, the Insured becomes the new Owner of this Certificate unless otherwise stated in the application or later changed. When there is no living Owner, the rights of ownership will be those of the executors, administrators or assignees of the most recent Owner.

If the Insured is a minor on the Certificate Date, ownership will automatically pass to the Insured on the Insured's 21st birthday, unless this Certificate says otherwise.

**Beneficiary**
The Beneficiary is as named in the application unless changed as provided for in this Certificate. If the Beneficiary dies before the Insured, the interest of that Beneficiary will pass to You, unless contingent Beneficiary(ies) have been named and survive. If no Beneficiary(ies) survive the Insured, all interest of the Beneficiary(ies) will pass to You. We may rely on affidavits or other evidence in identifying the persons in any class named as Beneficiary. Any payment We make in good faith based on an affidavit or other evidence shall satisfy to that extent what We owe on this Certificate.

**Changes in Owner and Beneficiary**
Unless this Certificate provides otherwise, while the Insured is living, You or the Beneficiary(ies), or both, may be changed by filing a signed Written Request satisfactory to Us. The change will not take effect until recorded by Us at Our Home Office. Once recorded, the change will be effective as of the date the request was signed and will have no effect on any payment made by Us before recording it.

**Assignment**
You may assign Your rights under this Certificate. The assignment must be in writing and filed at Our Home Office.   The assignment will not take effect until filed and acknowledged by Us.  The assignment will be effective as of the date the request was filed and will have no effect on any payment made by Us before the assignment was filed.

Unless specifically provided otherwise, any such assignment will operate to revoke and remove the interest of all beneficiaries previously designated by the Insured.  It will also automatically operate to designate the assignee as the Beneficiary of the insurance on the life of the Insured.

Any benefits which become payable to an assignee will be payable in a lump sum. Any claim made by an assignee will be subject to proof of the assignee's interest and the extent of the assignment.

We will assume no responsibility for the validity or sufficiency of any such assignment.

## RENEWAL PRIVILEGE AND PREMIUMS

**Premiums**
The Schedule shows the premium for this Certificate and any benefit Riders attached on the Certificate Date. You may pay this premium at Our Home Office or to the agent.  If asked, We will send You a receipt for Your payment.

The First Premium is due on or before the Certificate Date.  Each later premium is due on or before the end of the period covered by the preceding premium. The premiums are payable until the end of the First Term Period, or until the Insured's prior death. The First Term Period is shown in the Schedule.

**Renewal Privilege**
This Certificate may be renewed until the earlier of the date the Group Policy ends or the end of the First Term Period and any later term period until the Date Certificate Ends.  To renew, just send Us the applicable renewal premium within 31 days after the end of the preceding term period and while coverage under the Policy is in force. The renewal premium is shown in the Table of Renewable Term Premiums. The Date Certificate Ends is shown in the Schedule.

**Other Methods of Paying Premiums**

It may be possible for You to make arrangements with Your employer to pay Your premiums by payroll deduction. Also, if Your bank agrees, You may request that Your premiums be automatically withdrawn from Your account and paid directly to Us by Your bank. We will accept monthly premiums paid by either of these methods. If for any reason Your employer or bank fails to pay a premium when it is due or during the Grace Period, this Certificate will Lapse, subject to the Lapse and Reinstatement provision.

**Grace Period**

If You do not pay a premium on or before a premium due date, We will keep this Certificate and any Riders in force for a Grace Period of 31 days. We will mail You and any assignee shown on Our records a notice of the amount of premium that must be paid to keep coverage under the Policy in force beyond the end of the Grace Period. If this premium is not paid, this Certificate will Lapse without value.

If the Policyholder makes a request to Terminate coverage on a date within the Grace period, the Group Policy will Terminate on that date.

If the Insured dies during the Grace Period, We will deduct any past due premium from any Death Benefit payable. This 31 day Grace Period does not apply to the first premium payment.

**Reinstatement**

If this Certificate Lapses, it may be reinstated. Reinstatement is subject to the following conditions:

1.  You must submit a Written Request and application within 5 years after the date of Lapse and before the Date Certificate Ends;
2.  We must approve the application for Reinstatement, and We may require proof of insurability acceptable to Us;
3.  You must pay all past due premiums with interest compounded annually. The Certificate Reinstatement Interest Rate will not be more than the rate shown in the Schedule.

Coverage under any reinstated Certificate will not begin until the monthly Certificate Anniversary date on or after the date We approve the application for Reinstatement.

**Premium Adjustments**

We may change the premium for this policy on any Policy Anniversary date.  The premium will never exceed the Maximum Annual Premium amount shown in the Schedule.  Any change will be applied on a uniform basis by Age, sex, and number of policy years in force.  A change will not affect policy reserves.  We will send a written notice to You prior to the effective date of the change.

### PAYMENT OF CERTIFICATE BENEFITS

**Single Lump Sum Payment and Other Payment Plans**.
**Single Lump Sum Payment**

We will pay the Certificate benefit in a single lump sum payment, unless otherwise agreed. We will pay the benefits at Our Home Office. This Certificate must be turned in to Us when We pay the benefit.

**Interest on Single Lump Sum Payment**

We will add interest to Our single lump sum payment. We will compute the interest from the date of the Insured's death until the date of Our payment. The interest rate will be 4% per year, or if greater, the interest, if any, as required by law in the state where this Certificate was issued.

**Choice of Other Payment Plans**

While the Insured is living, You may choose any of the payment plans described below instead of a single lump sum payment. If You do not choose a plan, the Beneficiary, after the Insured's death, may make a choice. Any choice of a payment plan must be in writing.

**Plan 1 - Certificate Benefit Left on Deposit**

The Certificate benefit may be left with Us on deposit for an agreed period of time. We will pay interest on this deposit at the rate of not less than 4.25% per year compounded annually. The Certificate benefit may be completely or partially withdrawn at any time; provided, however, that if a partial withdrawal is made, it may not be less than $100. If agreed upon in writing, all or part of the deposited amount may be reapplied under another payment plan.

GTL 1232803

**Plan 2 - Monthly Payments for a Specified Period**

We will pay the Certificate benefit in equal monthly payments for an agreed on number of years. The amount of each monthly payment for each $1,000 of policy benefit applied under this plan is shown in the following table. The monthly payments for any period not shown will be furnished upon request. This table is based upon interest of 4.25% per year compounded annually.

| Number of Years | Monthly Payments |
|---|---|
| 5 | $18.43 |
| 10 | 10.17 |
| 15 | 7.46 |
| 20 | 6.13 |
| 25 | 5.35 |

**Plan 3 - Monthly Payments for Life with a Guaranteed Period**

We will pay the Certificate benefit in equal monthly payments for the life of the person who is to receive them (the payee). The payments can be guaranteed for 10, 15, or 20 years. The amount of each monthly payment for each $1,000 of Certificate benefits applied under this plan is shown in the following table. The monthly payments for any Ages not shown will be furnished upon request. This table is based upon interest of 4.25% per year compounded annually.

| Age | | Life Income With Payments Guaranteed For | | | |
|---|---|---|---|---|---|
| Male | Female | Life Income | 10 Years | 15 Years | 20 Years |
| | 50 | $4.84 | $4.80 | $4.76 | $4.69 |
| 50 | | 5.28 | 5.19 | 5.09 | 4.95 |
| | 55 | 5.24 | 5.17 | 5.09 | 4.98 |
| 55 | | 5.78 | 5.62 | 5.45 | 5.23 |
| | 60 | 5.77 | 5.65 | 5.51 | 5.31 |
| 60 | | 6.43 | 6.16 | 5.87 | 5.52 |
| | 65 | 6.50 | 6.28 | 6.01 | 5.64 |
| 65 | | 7.32 | 6.83 | 6.34 | 5.79 |

**Plan 4  - Monthly Payments of a Specified Amount**

We will pay the Certificate benefit in equal specified amounts until the entire Certificate benefit and interest have been paid out.

**Plan 5 - Other Agreed To Plan**

We will pay the Certificate benefit amount under any other payment plan agreed to as long as such plan does not disqualify this Certificate as insurance under applicable tax laws.

**Interest on Payment Plans**

We will base Our payment under Our other payment plans on 4.25% interest per year. We may, however, increase the interest rate beyond 4.25% per year to whatever rate We decide.

**Restrictions on Payment Plans**

No one getting payments under a payment plan except You may do anything that would in any way change or affect the plan. This restriction doesn't apply if You choose otherwise in the written election of the plan. But no one, including You, may change payment plan 3 once payments have begun.

All payment plans are subject to the rights of any assignee and of any irrevocable Beneficiary We have on record.

If this Certificate has been assigned, We may pay all that is due the assignee in a Single Lump Sum Payment. This would apply even though the benefits of this Certificate are placed under a payment plan. Any money left over would,  however, be applied under the payment plan chosen.

If benefits are payable to an association, partnership, corporation or fiduciary, benefits may be placed under a payment plan only if We agree.

Minimum amounts applied under any payment plan and the minimum amount of each payment must meet Our rules in effect at the time the payment plan is chosen.

If the Certificate benefit is left on deposit with Us under payment plan (1), We may postpone the withdrawal of any portion of it for up to 6 months. We will pay interest on such amount during the postponement.

Under payment plan (3), We may require proof of the age of the person who receives the monthly payments. We may also, at any time, require proof that such person is still alive.

If the payee under a payment plan dies before all payments have been made, any remaining payments will be made to the successor payee, if one was named, otherwise to the payee's estate. For plans (1), (2) and (4) any payment to the payee's estate will be in a single sum.

**CONVERSION PRIVILEGE**

You may convert all or a part of the term insurance provided by this Certificate to a new policy on the Insured's life. This conversion may be made without giving Us proof of insurability. To convert, You must:

    (1)  request in writing before the Last Conversion Date and while this Certificate is in force;
    (2)  request conversion within 31 days from the date the Group Policy Terminates and before the Date Certificate Ends.

The Last Conversion Date is shown in the Schedule

Any conversion will be subject to the following provisions:

1. Conversion Date  - The Policy Date of the new policy will be the conversion date. The Insured's Age at issue for the new policy will be his or her attained Age on the conversion date.

2. Plan of Insurance - The new policy may be on any form of level premium life insurance (except term insurance) that We are offering on the conversion date for the Insured's Age, sex and amount of insurance converted. If this Certificate has a Rider limiting the Certificate, the same or similar Rider will be included in the new policy. Added benefit Riders can be added to the new policy only if We agree and subject to Our rules at the time of conversion. The Incontestability and Suicide provisions in the new policy will be measured from the Certificate Date of this Certificate.

3. Death Benefit - The Death Benefit of the new policy may not be greater than the Death Benefit of this Certificate, or less than the minimum amount We then issue on the new policy form You request.

4. Premiums - The Premiums for the new policy will be based on the Premium Class shown in the Schedule. They will be based on Our rates for the new policy in effect on the conversion date for Your Age, sex, plan and amount of insurance.

    The new policy will not take effect until a written application is received and the first premium is paid. This premium is due on the conversion date. If premiums for the insurance converted under this policy have been paid beyond the conversion date, We will apply the excess to the new policy.

5. Conversion While Disabled - If this Certificate has a waiver of premium benefit for disability and the Insured qualifies for the benefit, the insurance under this Certificate may be converted:

    (a)  On any date prior to the Last Conversion Date with no waiver of premium benefit in the new policy;  or
    (b)  On the Last Conversion Date with a waiver of premium benefit in the new policy. If converted under this part (b), the conversion may only be made to a whole life policy with premiums payable for life. We would then waive the premiums of the new policy in accordance with the waiver of premium benefit.

    This conversion would be subject to all the rules listed above except where changed in parts (a) or (b).

6. Beneficiary - The Beneficiary of the new policy will be the same as the Beneficiary of this Certificate on the conversion date, unless You request otherwise.

GTL1232803

## GENERAL INFORMATION

**Contract**

This Certificate is issued in consideration of the application for this Certificate and the payment of the premiums. The entire contract consists of the Group Policy, this Certificate, the initial application, any Reinstatement applications and any later applications which We require for additional benefit Riders. A copy of these applications are attached to and are made a part of this Certificate. Any statements made in the application(s) either by You or by the Insured will, in the absence of fraud, be considered representations and not warranties. Only statements made in the attached application(s) may be used to deny a claim or void this Certificate.

No change or waiver of any Certificate provisions will be valid unless it is made in writing by Us and signed by two of Our Officers. No agent or other person has the authority to change or waive any provision of this Certificate.

Any additional benefit Rider attached to this Certificate will become a part of this Certificate and will be subject to all the terms and conditions of this Certificate unless We state otherwise.

**Age and Sex**

We issued this Certificate on the basis of the Insured's Age and sex shown in the application for this Certificate. If the Insured's Age or sex has been misstated, We will adjust the Death Benefit. The Death Benefit payable will be that amount which the premiums would have purchased based upon the Insured's correct Age and sex on the Certificate Date.

**Incontestability**

After this Certificate has been in force during the Insured's lifetime for 2 years from the Certificate Date We cannot contest this Certificate, except for the nonpayment of premiums.

Any Reinstatement for which We require an application showing insurability will be incontestable after this Certificate has been in force during the Insured's lifetime for 2 years from the effective date of the Reinstatement. Any contest of a Reinstatement will be based on the application for the Reinstatement.

**Proof of Death**

Any Death Benefit payable will be paid when We receive due proof of the Insured's death. Such proof must be sent to Our Home Office in Glenview, Illinois. Claim forms will be made available to the Beneficiary upon request.

**Non-Participating**

This Certificate is non-participating. It does not share in the Company's profits or surplus earnings.

**Annual Meeting**

The annual meeting will be held in Our Home Office. It will start at 10:00 a.m. on the first Monday in July. It will be held on Tuesday if Monday is a legal holiday. We will elect Directors and transact other business that is brought before the meeting.

**Effective Dates of Coverage**

Coverage begins at 12:01 a.m. Standard Time at Your residence on the applicable Certificate effective date. The Effective Date of coverage under this Certificate will be:

1. the Certificate Date shown on the Schedule, for the Death Benefit and any Riders issued on the initial application;
2. the Certificate Anniversary Date on or after the date We approve the application, for any additional benefits applied for in a later application

**Termination**

This Certificate will Terminate on the earliest of:

1. the Certificate monthly anniversary date following Our receipt of Your Written Request to Terminate this Certificate;
2. the date of the Insured's death;
3. the date of Lapse;
4. the Date Certificate Ends, shown in the Schedule;
5. The date the Master Group Policy Terminates.

**GUARANTEE TRUST LIFE INSURANCE COMPANY**
A Mutual Company
1275 Milwaukee Avenue
Glenview, Illinois 60025
(847) 699-0600

**GROUP RENEWABLE TERM LIFE INSURANCE CERTIFICATE**

Convertible

Death Benefit Payable at Death

See Certificate Schedule Page For Your Benefits,
Premium Class And Premium Payment Period

Non-Participating

GTL 1232803

# LIFE INSURANCE BUYER'S GUIDE

This guide can help you get the most for your money when you shop for life insurance. It can help you answer questions about:

- Buying Life Insurance
- Deciding How Much you Need
- Finding a Low Cost Policy
- Things to Remember

Prepared by the National Association of Insurance Commissioners

The National Association of Insurance Commissioners is an association of state insurance regulatory officials. This association helps the various Insurance Departments to coordinate insurance laws for the benefit of all consumers.

*This Guide Does Not Endorse Any Company Or Policy*

*Reprinted By:*
**Guarantee Trust Life
Insurance Company**

## BUYING LIFE INSURANCE

When you buy life insurance, you want coverage that fits your needs and doesn't cost too much.

**First**, decide how much you need — and for how long — and what you can afford to pay.

**Next**, find out what kinds of policies are available to meet your needs and pick the one that best suits you.

**Then**, find out what different companies charge for that kind of policy — for the amount of insurance you want. You can find important cost differences between life insurance policies by using cost comparison indexes as described in this guide.

It makes good sense to ask a life insurance agent or company to help you. An agent can be particularly useful in reviewing your insurance needs and in giving you information about the kinds of policies that are available. If one kind doesn't seem to fit your needs, ask about others.

This guide provides only basic information. You can get more facts from a life insurance agent or company or at your public library.

### What About Your Present Policy?

Think twice before dropping a life insurance policy you already have to buy a new one.

- It can be costly because much of what you paid in the early years of the policy you now have was used for the company's expense of selling and issuing the policy. This expense will be incurred again for a new policy.

- If you are older or your health has changed, premiums for the new policy will often be higher.

- You may have valuable rights and benefits in your present policy that are not in the new one.

- You might be able to change your present policy or even add to it to get the coverage or benefits you now want.

Check with the agent or company that issued your present policy — get both sides of the story. In any case, don't give up your present policy until you are covered by a new one.

### How Much Do you Need?

To decide how much life insurance you need, figure out what your dependents would have if you were to die now, and what they would actually need. Your new policy should come as close to making up the difference as you can afford.

In figuring what you **have**, count your present insurance — including any group insurance where you work, social security or veteran's insurance. Add other assets you have — savings, investments, real estate, and personal property.

In figuring what you **need**, think of income for your dependents — for family living expenses, educational costs and any other future needs. Think also of cash needs — for the expenses of a final illness and for paying taxes, mortgages or other debts.

### WHAT IS THE RIGHT KIND?

All life insurance policies agree to pay an amount of money when you die. But all policies are not the same. Some provide permanent coverage and others temporary coverage. Some build up cash values and others do not. Some policies combine different kinds of insurance, and others let you change from one kind of insurance to another. Your choice should be based on your needs and what you can afford.

A wide variety of plans are being offered today. Here is a brief description of two basic kinds — term and whole life — and some combinations and variations. You can get detailed information from a life insurance agent or company.

### Term Insurance

Term insurance covers you for a term of one or more years. It pays a death benefit only if you die in that term. Term insurance generally provides the largest immediate death protection for your premium dollar.

Most term insurance policies are renewable for one or more additional terms even if your health has changed. Each time you renew the policy for a new term, premiums will be higher. Check the premiums at older ages and how long the policy can be continued.

Many term insurance policies can be traded before the end of a conversion period for a whole life policy — even if you are not in good health. Premiums for the new policy will be higher than you have been paying for the term insurance.

### Whole Life Insurance

Whole Life Insurance covers you for as long as you live. The common type is called straight life or ordinary life insurance — you pay the same premiums for as long as you live. These premiums can be several times higher than you would pay at first for the same amount of term insurance. But they are smaller than the payments you would eventually pay if you were to keep renewing a term policy until your later years.

Some whole life policies let you pay premiums for a shorter period such as 20 years, or until age 65. Premiums for these policies are higher than for ordinary life insurance since premium payments are squeezed into a shorter period.

Whole life policies develop cash values. If you stop paying premiums, you can take the cash — or you can use the cash value to buy continuing insurance protection for a limited time or a reduced amount. (Some term policies that provide coverage for a longer period also have cash values.)

You may borrow against the cash values by taking a policy loan. Any loan and interest on the loan that you do not pay back will be deducted from the benefits if you die, or from the cash value if you stop paying premiums.

### Combinations and Variations

You can combine different kinds of insurance. For example, you can buy whole life insurance for lifetime coverage and add term insurance for the period of your greatest insurance need. Usually the term insurance is on your life — but it can also be bought for your spouse or children.

### Endowment Insurance

Endowment insurance policies pay a sum or income to you if you live to a certain age. If you die before then, the death benefit is paid to the person you named as beneficiary.

# LIFE INSURANCE BUYER'S GUIDE (continued)

Other policies may have special features which allow flexibility as to premiums and coverage. Some let you choose the death benefit you want and the premium amount you can pay. The kind of insurance and coverage period are determined by these choices.

One kind of flexible premium policy, often called universal life, lets you vary your premium payments every year, and even skip a payment if you wish. The premiums you pay (less expense charges) go into a policy account that earns interest and charges for the insurance are deducted from the account. Here, insurance continues as long as there is enough money in the account to pay the insurance charges.

Variable life is a special kind of insurance where the death benefits and cash values depend upon investment performance of one or more separate accounts. Be sure to get the prospectus provided by the company when buying this kind of policy. The method of cost comparison outlined in this Guide does not apply to policies of this kind.

## FINDING A LOW COST POLICY

After you have decided which kind of life insurance is best for you, compare similar policies from different companies to find which one is likely to give you the best value for your money. A simple comparison of the premiums is not enough. There are other things to consider. For example:

- Do premiums or benefits vary from year to year?
- How much cash value builds up under the policy?
- What part of the premiums or benefits is not guaranteed?
- What is the effect of interest on money paid and received at different times on the policy?

Cost Comparison Index numbers, which you get from life insurance agents or companies, take these sorts of items into account and can point the way to better buys.

**Cost Comparison Indexes**. There are two types of cost comparison index numbers. Both assume you will live and pay premiums for the next 10 or 20 years.

1. The Surrender Cost Comparison Index helps you compare costs over a 10 or 20 year period assuming you give up (surrender) the policy and take its cash value at the end of the period. It is useful if you consider the level of cash values to be of special importance to you.

2. The Net Payment Cost Comparison Index helps you compare costs over a 10 or 20 year period assuming you will continue to pay premiums on your policy and do not take its cash value. It is useful if your main concern is the benefits that are to be paid at your death.

The two index numbers are the same for a policy without cash values.

**Guaranteed and Illustrated Figures**. Many policies provide benefits on a more favorable basis than the minimum guaranteed basis in the policy. They may do this by paying dividends, or by charging less than the maximum premium specified. Or they may do this in other ways, such as by providing higher cash values or death benefits than the minimums guaranteed in the policy. In these cases the index numbers are shown on both a guaranteed and currently illustrated basis. The currently illustrated basis reflects the company's current scale of dividends, premiums or benefits. These scales can be changed after the policy is issued, so that the actual dividends, premiums or benefits over the years can be higher or lower than those assumed in the indexes on the currently illustrated basis.

Some policies are sold only on a guaranteed or fixed cost basis. These policies do not pay dividends; the premiums and benefits are fixed at the time you buy the policy and will not change.

**Using Cost Comparison Indexes**. The most important thing to remember is that a policy with smaller index numbers is generally a better buy than a similar policy with larger index numbers.

Compare index numbers only for **similar** policies — those which provide essentially the same benefits, with premiums payable for the same length of time. Make sure they are for your age, and for the kind of policy and amount you intend to buy. Remember that no one company offers the lowest cost at **all** ages for **all** kinds and amounts of insurance.

Small differences in index numbers should be disregarded, particularly where there are dividends or non-guaranteed premiums or benefits. Also, small differences could easily be offset by other policy features, or differences in the quality of service from the agent or company. When you find small differences in the indexes, your choice should be based on something other than cost.

Finally, keep in mind that index numbers cannot tell you the whole story. You should also consider:

- The pattern of policy benefits. Some policies have low cash values in the early years that build rapidly later on. Other policies have a more level cash value build-up. A year-by-year display of values and benefits can be very helpful. (The agent or company will give you a Policy Summary that will show benefits and premiums for selected years.)
- Any special policy features may be particularly suited to your needs.
- The methods by which nonguaranteed values are calculated. For example, interest rates are an important factor in determining policy dividends. In some companies dividends reflect the average interest earning on all policies whenever issued. In others, the dividends for policies issued in a recent year, or a group of years, reflect the interest earnings on those policies; in this case, dividends are likely to change more rapidly when interest rates change.

## THINGS TO REMEMBER

- Review your particular insurance needs and circumstances. Choose the kind of policy with benefits that most closely fit your needs. Ask an agent or company to help you.
- Be sure that the premiums are within your ability to pay. Don't look only at the initial premium, but take account of any later premium increase.
- Ask about cost comparison index numbers and check several companies which offer similar policies. Remember, smaller index numbers generally represent a better buy.
- Don't buy life insurance unless you intend to stick with it. It can be very costly if you quit during the early years of the policy.
- Read your policy carefully. Ask your agent or company about anything that is not clear to you.
- Review your life insurance program with your agent or company every few years to keep up with changes in your income and your needs.

**NOTICE**

**The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.**

# GUARANTEE TRUST LIFE INSURANCE COMPANY

1275 Milwaukee Avenue
Glenview, Illinois 60025
(847) 699-0600

## ACCELERATED DEATH BENEFIT RIDER
NON-PARTICIPATING

**BENEFITS ADVANCED UNDER THIS RIDER WILL REDUCE THE AMOUNT OF THE DEATH BENEFITS, AND ANY CASH VALUES AND LOAN VALUES THAT MAY BE AVAILABLE UNDER THE CERTIFICATE.**

This Rider is a part of the Certificate to which it is attached. It is issued in consideration of the application and payment of the required premium. It takes effect on the Certificate Date at 12:01 a.m. Standard Time where You live. The Certificate Date is shown in the Certificate Schedule.

This rider is made available to You without cost. It allows You, in the event the Insured develops a Terminal Illness, to request an Accelerated Death Benefit payment as provided in this rider.

### DEFINITIONS

**Issue Date** is the date this rider becomes effective. The Issue Date of this rider is the same as the Certificate Date of the Certificate to which this Rider is attached unless a different Issue Date is shown in the Certificate Schedule.

**Certificate** means the certificate to which this rider is attached.

**We, our and us** refer to the Guarantee Trust Life Insurance Company.

**You and Your** refer to the Owner of the Certificate and this rider.

**Convertible Proceeds -** means that part of the Certificate death benefit that may be transferred to this rider. The maximum percentage of the death benefit that may be transferred is 75%. Any Certificate loans and any unpaid interest will be deducted from the proceeds prior to transfer.

**Terminal Illness -** means a noncorrectable medical condition that will, with reasonable certainty, result in the Insured's death in 12 months or less. As part of the due proof of loss, the Insured's doctor must give us proof that satisfies us that the Insured has 12 months or less to live.

**Doctor -** means an individual, other than the Insured or a member of the Insured's Immediate Family, who is licensed to practice medicine and/or treat illness in the state in which treatment is received.

**Immediate Family -** means a spouse, children, parents, grandparents, grandchildren, and brothers and sisters of the Insured and their spouses.

### BENEFIT

The payment of an accelerated benefit is subject to the Certificate being in force but not as extended term or reduced paid-up insurance if such options are available.

We will pay the One Sum Benefit or Monthly Benefit provided by this rider if you have elected to have Certificate proceeds transferred to this rider and proof has been provided to us that the Insured has developed a Terminal Illness.

This rider provides for the accelerated payment of Certificate proceeds and is not intended to cause the involuntary use of proceeds meant to be payable to the named beneficiary. Therefore, an accelerated death benefit payment will be made available to you on a voluntary basis only. No accelerated death benefit payment will be processed if you are required by law to use the proceeds under the Certificate to which this rider is attached to meet the claims of creditors or claims of a government agency.

**Base Benefit -** is the value of the Certificate we use to determine what we will pay under this rider. This value will be based on the then present value of the Certificate proceeds transferred to this rider. The interest rate used for calculating the then present value will equal the greater of the current maximum interest rate charged on Certificate loans, or the maximum interest rate based on 90 day treasury bills. In computing this value, we will consider:

The Insured's attained age and sex;
The Insured's reduced life expectancy, based upon our assumptions; and
The rider Benefit Plan Option chosen.

We will deduct a processing fee not to exceed $150 from the Base Benefit.

The Base Benefit, as computed above, will not be less than the net cash value of the certificate proceeds transferred.

## BENEFIT PLAN OPTIONS

**1. One Sum Payment Benefit**
The One Sum payment will be the Base Benefit. This benefit will be paid to you in one sum.

**2. Monthly Benefit**
The Monthly Benefit will be at least $168.70 for each $1,000 of Base Benefit. This Monthly Benefit amount will be payable for six months. It assumes a yearly interest rate of 6%.

If the Insured dies before 6 Monthly Benefit payments are made, we will pay the remaining payments, in one sum to the beneficiary. We will compute the value of the one sum payment using the same interest rate used to determine the Monthly Benefit.

**Effect of Transfer -** If the Certificate proceeds are transferred to this rider, the Certificate death benefit and other Certificate values, and the premium, will be reduced by the percentage of the proceeds transferred. The amount transferred will be subject to our minimum amount rules in effect at the time the transfer is elected. We will deduct the pro-rata portion of any outstanding loan prior to transferring proceeds to this Rider. The Certificate may be continued in force at the reduced amount by paying the reduced premium as it becomes due. We will send you a notice showing the amount of the reduced Certificate death benefit, values and premium. Any additional accidental death benefit or other benefits provided by a rider attached to the Certificate will not be affected by this transfer of Certificate proceeds.

## RIDER TERMINATION

**Termination -** This rider will terminate on the earliest of the following dates or events:

1. Your written request. The rider will then terminate on the next Certificate Monthly Anniversary Date which next follows the date we get your request;
2. the date the Certificate terminates; or
3. the date that the Certificate is continued under a Non-forfeiture Benefit Option, if any.

## GENERAL PROVISIONS

**Beneficiary -** You and any irrevocable beneficiary must sign a written request electing the transfer. The Certificate must not be assigned.

**Proof of Loss -** You must provide proof of loss, satisfactory to us, that the Insured has developed a Terminal Illness. Such proof will include but may not be limited to a properly completed Claim Form and a Doctor's Statement acceptable to us. At our expense, we reserve the right to have a doctor of our choice examine the Insured prior to our paying the claim. In the event that the second diagnosis differs from the first diagnosis, we will provide for a third diagnosis by a doctor that is acceptable to you and us. We will accept the third diagnosis as binding.

**Physical Examination -** We, at our expense, have the right to have the Insured examined as reasonably necessary while an accelerated death benefit claim is pending or during the period for which benefits may be payable.

**Reinstatement -** If the Certificate is reinstated, this rider will also be reinstated.

## CONDITIONS

This rider is subject to all the terms, provisions, limitations and exclusions of the Certificate except where specifically changed by this rider.

Signed for the Guarantee Trust Life Insurance Company in Glenview, Illinois

Secretary                                                    President

GUARANTEE TRUST LIFE INSURANCE COMPANY
1275 MILWAUKEE AVENUE
GLENVIEW, IL 60025

STATEMENT OF CERTIFICATE COST AND BENEFIT INFORMATION

OWNER NAME:MIKE SAMADI AND Z FARAJ            AGENT:BRYANT K SMITH
    ADDRESS:4555 BETTY'S BRANCH WAY         ADDRESS:SAFE HAVEN FINANCIAL GROUP
                                                    1464 WASHINGTON RD STE E
         EVANS, GA 30809                            THOMSON, GA 30824

TELEPHONE: 706-364-0555                 TELEPHONE:706-993-2222

THIS INFORMATION IS PROVIDED TO ASSIST YOU IN BETTER UNDERSTANDING YOUR CERTIFI-
CATE THE BASIC BENEFIT COVERAGE IS SHOWN BELOW.  ADDITIONAL BENEFITS, IF ANY,
PROVIDED BY RIDER, ARE SHOWN ON THE ATTACHED PAGES.  YOUR CERTIFICATE IS THE
ENTIRE CONTRACT, WHICH FULLY DESCRIBES YOUR BENEFITS.

PRIMARY INSURED:JOHN J SHERLOCK              CERTIFICATE NUMBER:GTL1232803

ISSUE AGE:    43                           PREMIUM CLASS:PREFERRED

DESCRIPTION OF BASIC CERTIFICATE:  GROUP RENEWABLE TERM LIFE INSURANCE
DATE CERTIFICATE SUMMARY PREPARED: MAR 10, 2023

PREMIUM AND BENEFITS FOR BASIC CERTIFICATE

| YEAR | ANNUAL PREMIUM | GUARANTEED DEATH BENEFIT |
|------|----------------|--------------------------|
| 1 | $1,080.00 | $200,000 |
| 2 | $1,080.00 | $200,000 |
| 3 | $1,080.00 | $200,000 |
| 4 | $1,080.00 | $200,000 |
| 5 | $1,080.00 | $200,000 |
| 10 | $1,080.00 | $200,000 |
| 20 | $1,080.00 | $200,000 |
| AGE 65 | $1,080.00 | $200,000 |

| LIFE INSURANCE COST INFORMATION | 10 YEAR | 20 YEAR |
|---------------------------------|---------|---------|
| SURRENDER COST INDEX | 5.40 | 5.40 |
| NET PAYMENT COST INDEX | 5.40 | 5.40 |

THESE COST INDICES ALLOW YOU TO COMPARE TWO OR MORE SIMILAR PLANS OF INSURANCE.
AN EXPLANATION OF INTENDED USE OF THERE INDICES IS PROVIDED IN THE LIFE
INSURANCE BUYER'S GUIDE.