# EXHIBIT "3"

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| MIKE SAMADI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 23-A-01876-9 |
| | ) | |
| GUARANTEE TRUST LIFE INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

Notice is hereby given to the Clerk of this Court and all parties, pursuant to 28 U.S.C. § 1446(d), that a Notice of Removal concerning this action was filed in the United States District Court for the Northern District of Georgia on March 22, 2022, pursuant to 28 U.S.C. § 1446(a). A copy of such Notice of Removal is attached as Exhibit 1. The filing of this Notice of Removal effects the removal of this action to the United States District Court for the Northern District of Georgia and this Court shall proceed no further unless and until the case is remanded.

LEWIS BRISBOIS BISGAARD
 & SMITH LLP
600 Peachtree Street, NE, Suite 4700
Atlanta, Georgia 30308
T: 404.348.8585
F: 404.467.8845
joelle.sharman@lewisbrisbois.com

/s/Joelle C Sharman
Joelle C. Sharman
Georgia Bar No. 637931

*Attorney for Guarantee Trust Life Insurance Company*

92171031.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing *Guarantee Trust Life Insurance Company's Notice of Filing the Notice of Removal* via the Odyssey eFileGA system and have served a copy of same to all parties involved, including the following:

Mike Samadi, Pro Se Plaintiff
1817 Prince George Avenue
Evans, GA  30809

Dated, this 22nd day of March, 2023.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD<br>  & SMITH  LLP<br>600 Peachtree Street, NE, Suite 4700<br>Atlanta, Georgia 30308<br>T: 404.348.8585<br>F: 404.467.8845<br>joelle.sharman@lewisbrisbois.com | /s/Joelle C Sharman<br>Joelle  C. Sharman<br>Georgia Bar No. 637931<br><br>*Attorney for Guarantee Trust Life Insurance Company* |