UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS** | ) ) ) ) MDL DOCKET NO. 2782 ) CIVL ACTION NO. 1:17-MD-02782-RWS ) ) |
| This document relates to: | ) ) |
| **BRIAN POYLE and KRISTINA POYLE** | ) ) ) CIVIL ACTION NO.: |
| -vs.- | ) ) |
| **JOHNSON AND JOHNSON AND ETHICON, INC.** | ) ) ) |

## SHORT FORM COMPLAINT

**COMES NOW THE** Plaintiff(s) BRIAN POYLE AND KRISTINA POYLE, , and for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2782 by reference, Plaintiff(s) further show the court as follows

1. Plaintiff implanted with Physiomesh

   **BRIAN POYLE**

2. Plaintiffs Spouse (if applicable)

   **KRISTINA POYLE**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator).

4. State of Residence and Citizenship of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Initial Complaint

   Michigan and the United States

5. State of Residence and Citizenship at the Time of Implantation

   Michigan and the United States

6. District Court and Division in which personal jurisdiction and venue would be proper absent direct filing.

   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

7. Defendants (Check Defendants against whom Complaint is made):

   X Ethicon, Inc.
   X Johnson & Johnson

8. Basis of Jurisdiction
   X Diversity of Citizenship (28 U.S.C. $ 1332(a))
   Other:_____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 3-13

   B. Other allegations of jurisdiction and venue

9. Date(s) Plaintiff was Implanted with Physiomesh
   (list date of each implant surgery, where applicable,
   on separate line)

   November 27, 2012

   Hospital(s) where Plaintiff was implanted with Physiomesh
   (include City and State of Hospital)

   Monroe Mercy

   Implanting Surgeon(s)

   Doctor Gretchen Feller

10. Counts in the Master Complaint brought by Plaintiff(s):

    X Count I - Strict Product Liability - Defective Design
    X Count II - Strict Product Liability - Failure to Warn
    X Count III - Strict Product Liability - Manufacturing Defect
    X Count IV - Negligence
    X Count V - Consumer Protection Laws (Please identify applicable State
      Consumer Protection law(s) and state any additional facts and legal
      basis for application of State Consumer Protection law(s) in this case)

    MICHIGAN CONSUMER PROTECTION ACT Act 331 of 1976
    _____

    X Count VI - Gross Negligence
    X Count VII - Loss of Consortium
    X Count VIII - Punitive Damages
    X Count IX - Discovery Rule, Equitable Tolling/Estoppel (Please state
      any additional facts and legal basis for Discovery Rule and Tolling
      below)

    Michigan Statutes Of Limitations_____
    _____
    _____

Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):
X Jury Trail Is Demanded as to All Counts
Jury Trial is NOT Demanded as to Any Count

Dated: March 20, 2023                              Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

_____
**JERARD M. SCANLAND (P74992)**
**SCOTT P. MUSSIN (P66748)**
Attorney for Plaintiffs
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com