IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN OF GEORGIA,

ATLANTA DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22106989 |
| | ) |
| M.A. SADIQ aka M. AKHTAR SADIQ aka | ) In the Superior Court of |
| AKHTAR SADIQ and AMINA SADIQ, | ) Cobb County, Georgia |
| | ) |
|     Defendant. | ) |

## NOTICE FOR REMOVAL

The Notice of M.A. Sadiq aka M. Akhtar Sadiq aka Akhtar Sadiq and Amina Sadiq (hereinafter referred to as "the Sadiqs") respectfully shows:

1. The Sadiqs are named as the defendants in a civil action brought against them in the Superior Court of Cobb, Georgia, in this District and Division, the same being entitled *Bank of America, N.A. v. M.A. Sadiq aka M. Akhtar Sadiq aka Akhtar Sadiq and Amina Sadiq*, Civil Action No. 22106989, Superior Court of Cobb County.

2. The Sadiqs desire to remove the said civil action to this court and shows that it is entitled to do so, because this action has a matter in controversy that presents a federal question under the Real Estate Settlement and Procedures Act 12 USC 2601 et esq.

3. The aforesaid suit was served on Defendants on January 5, 2023, with an initial pleading that was not removable.  Defendants filed their Answer and Counterclaims which included a federal question to the court on February 20, 2023.  This Notice for Removal is filed within thirty (30) days after receipt by plaintiff of a copy of the Answer and Counterclaims in said action which allows for this case to be removable.

4. The Sadiqs attach hereto a copy of all the process, pleadings, and orders served upon it in such action.

5. The Sadiqs have given written notice of the filing of this Notice to the plaintiff and has filed a copy of this Notice with the Clerk of the Superior Court of Cobb County, Georgia, in which said civil action is pending.

WHEREFORE, the Sadiqs pray that said civil action be removed to this court.

Respectfully submitted this 13th day of March, 2023.

                RICHARD C. WAYNE & ASSOCIATES, P.C.

                __/s/ Matthew J. Tokajer_____
                Matthew J. Tokajer
                Georgia Bar No. 482394
                Richard C. Wayne, Sr.
                Georgia Bar No. 742725
                Counsel for the Sadiqs

100 Hammond Dr.
Atlanta, Georgia 30328
Telephone: (404) 231-1444
Facsimile: (404) 231-1666
richard@rwaynelaw.com
matt@rwaynelaw.com