#### IN THE SUPERIOR COURT OF COBB COUNTY
#### STATE OF GEORGIA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | Case No. |
| Plaintiff, | ) | 22106989 |
| | ) | |
| v. | ) | |
| | ) | |
| M.A. SADIQ aka M. AKHTAR SADIQ aka AKHTAR SADIQ and AMINA SADIQ, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ACKNOWLEDGMENT OF SERVICE AS TO AMINA SADIQ

Comes now, Matt Tokajer, Attorney for Defendant Amina Sadiq, a named Defendant in the above-styled action, hereby acknowledges service is sufficient and proper, without waiving any defenses as to this matter. No further service of process is required as to Amina Sadiq.

This 5th day of January, 2023.

                                           */s/ Matthew J. Tokajer*
                                           Matthew J. Tokajer
                                           Georgia Bar No. 482394
                                           Richard C. Wayne & Associates, P.C.
                                           100 Hammond Drive
                                           Atlanta, GA 30328
                                           Phone: (404) 231-1444
                                           Facsimile: (404) 231-1666
                                           *Attorney for Defendant*