## IN THE SUPERIOR COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | Case No. |
| Plaintiff, | ) | 22106989 |
| | ) | |
| v. | ) | |
| | ) | |
| M.A. SADIQ aka M. AKHTAR SADIQ aka | ) | |
| AKHTAR SADIQ and AMINA SADIQ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ACKNOWLEDGMENT OF SERVICE AS TO M.A. SADIQ AKA M. AKHTAR SADIQ AKA AKHTAR SADIQ

Comes now, Matt Tokajer, Attorney for Defendant M.A. Sadiq aka M. Akhtar Sadiq aka Akhtar Sadiq, a named Defendant in the above-styled action, hereby acknowledges service is sufficient and proper, without waiving any defenses as to this matter. No further service of process is required as to M.A. Sadiq aka M. Akhtar Sadiq aka Akhtar Sadiq.

This 5th day of January, 2023.

 _/s/ Matthew J. Tokajer_____
Matthew J. Tokajer
Georgia Bar No. 482394
Richard C. Wayne & Associates, P.C.
100 Hammond Drive
Atlanta, GA 30328
*Attorney for Defendant*