**IN THE SUPERIOR COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | Case No. |
| Plaintiff, ) | 22106989 |
| ) | |
| v. ) | |
| ) | |
| M.A. SADIQ aka M. AKHTAR SADIQ aka ) | |
| AKHTAR SADIQ and AMINA SADIQ, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION ENLARGING TIME PERIOD TO FILE ANSWER, DEFENSES COUNTERCLAIMS AND PRE-ANSWER MOTIONS**

The originally prescribed time period in which defendants are required to file their answer, defenses, counterclaims, pre-answer motions, pleas in abatement, motions to strike, or otherwise respond to the Complaint in the above-styled action not having expired, the parties hereby stipulate, in accordance with O.C.G.A. § 9-11-6(b), that said time period be enlarged, that the corresponding deadline be extended through and including **February 20, 2023**, and that any answer, defense, counterclaim, pre-answer motion, plea in abatement, or other document filed by either one or both of the defendants on or before said date will be deemed timely filed.

SO STIPULATED this 6th day of February, 2023.

| | |
|---|---|
| /s/ Hannah Davenport[1] | /s/ Matthew J. Tokajer |
| Hannah C. Davenport | Matthew J. Tokajer |
| Georgia Bar No 231413 | Georgia Bar No. 482394 |
| Rubin Lublin, LLC | Richard C. Wayne & Associates, P.C. |
| 3145 Avalon Ridge Place, Suite 100 | 100 Hammond Drive |
| Peachtree Corners, Georgia 30071 | Atlanta, GA 30328 |
| (770) 246-3353 (Telephone) | Phone: (404) 231-1444 |
| (470) 508-9203 (Facsimile) | Facsimile: (404) 231-1666 |
| hdavenport@rlselaw.com | matt@rwaynelaw.com |
| Counsel for Plaintiff | Counsel for Defendants |

---

[1] Signed by Matthew J. Tokajer with express permission.

1