# EXHIBIT "C"



**Garrett Lewis**
Senior Specialist, Construction Defect Claims

t  973.753.1726
e  garrett.lewis@cfins.com

**Crum & Forster**
305 Madison Avenue, Morristown, NJ 07960

*<u>Sent via E-Mail Only Due to COVID-19 and Mandated Office Closures</u>*

July 10, 2020

Fly & Form, Inc.
1817 Westgate Parkway
Atlanta, GA  30366
Attn:  Charles E. Davis, III   cdavis@flyandform.com


RE:   ***Beachwalk (At Hellendale) Condominium Association, Inc. v. PRH 2600 Hallandale Beach, LLC,***
***John Moriarty & Associates of Florida, Inc. v. Associated Steel & Aluminum, et. al.***
Case#: CACE-18-008615, 17th Circuit Court, Broward County, Florida

***John Moriarty & Associates of Florida, Inc. v. Associated Steel & Aluminum, et…Fly & Form, Inc… et. al.***


| | |
|---|---|
| Insurer: | First Mercury Insurance Company |
| First Mercury Insured: | Fly & Form, Inc. |
| First Mercury Policy Number: | NJ-CGL-0000027680-01 (04/30/2013 to 04/30/2014) |
| Project Location: | Beachwalk, 2600 East Hallandale Beach Blvd., Hallandale, FL  33009 |
| Claim No.: | 22196FM-1 |


<u>**RESERVATION OF RIGHTS**</u>

Dear Mr. Davis:

United States Fire Insurance Company is the authorized claims administrator for policy issued by First Mercury Insurance Company ("FMIC"). The purpose of this letter is to set forth FMIC's coverage determination in connection with the above-referenced matter. Due to the outbreak of the Corona virus, for everyone's safety, we are limiting our use of certified mail. Therefore, please reply to this email to all parties listed above to confirm receipt of this letter. Due to the outbreak of the Corona virus, for

Crum & Forster is part of Fairfax Financial Holdings Limited.
CoverX and CoverXSpecialty are trademarks of CoverX Corporation.
C&F and Crum & Forster are registered trademarks of United States Fire Insurance Company.



everyone's safety, we are limiting our use of certified mail. Therefore, please reply to this email to all parties listed above to confirm receipt of this letter.

First Mercury has reviewed the allegations in the Complaint, the insurance policy, and other relevant information, where applicable, to determine if there is potential coverage for Fly & Form, Inc. ("F & F") under the above referenced policy. Based on this review, and set forth in greater detail below, ***First Mercury agrees to defend Fly & Form under a reservation of rights explained herein.*** This letter explains certain coverage issues, discusses the terms and conditions under which First Mercury will participate in F & F's defense, and reserve all of First Mercury's rights under the policy.

First Mercury will discuss the allegations in the Complaint but understands that these allegations are unproven and may be untrue, incomplete or embellished. First Mercury does not conclude that any allegation is true. No statement in this letter should be construed otherwise.

## STATEMENT OF FACTS

On or about November 1, 2018 First Mercury received notice from Sterling Risk Advisors regarding the above referenced matter. Additionally, First Mercury received a tender of defense and indemnification dated January 31, 2020 from Ciklin Lubitz representing John Moriarty & Associates of Florida, Inc. ("JMAF").

JMAF subcontracted with F & F on our about June 7, 2013 for work to be performed at the Beachwalk project. F & F's scope of work included forming of all concrete work, and vertical concrete placement, per the contract documents. Forming of concrete includes, footings, grade beams, walls, stairs, pile caps, shear walls, columns, beams, elevator pits, tie columns, well caps, planters, parapets, crane and hoist pads and curbs.

F & F did not furnish or install any Post Tension materials. There were approximately 5 Post Tension Pockets out of possibly 3,000 that are in question. Two of the photos show cables sticking out of the building which may mean they were not properly grouted and/or snapped due to overloading the slab or another trade contractor or homeowner drilling into to floor compromising the cable strands.

The underlying complaint alleges issues with the concrete placement and precast concrete. The ASSOCIATION has asserted claims against JMAF that implicate the Third-Party Defendants. By its Amended Complaint, the ASSOCIATION has asserted claims against JMAF sounding in breach of statutory warranty, implied warranty, negligence and vicarious liability, and violation of the building code, all premised upon the work performed by JMAF's subcontractors.

The underlying complaint and 3rd party complaint are silent regarding the timing of the works at the subject project. However, our investigation has determined the Certificate of Occupancy for the property located at 2600 E. Hallandale Beach Blvd, Hallandale, Florida 33009 was issued on September 22, 2015. The project was not completed until 17 months after the expiration of the First Mercury policy NJ-CGL-0000027680-01 (04/30/2013 to 04/30/2014).



**3rd Party Complaint:**

*John Moriarty & Associates of Florida, Inc. v. Associated Steel & Aluminum, et…Fly & Form, Inc… et. al.*

Case#: CACE-18-008615 | 17th Judicial Circuit, Broward County, Florida
Filed: 08/31/2018 – 3rd Party Complaint
Fly & Form, Inc. (Named 3rd Party Defendant)
Served:  10/15/2018   (Jo L Dixon)

Plaintiff, Beachwalk (at Hallandale) Condominium Association, Inc. ("Association") has alleged that John Moriarty & Associates of Florida, Inc. ("JMAF") constructed the Project in violation of applicable codes with various construction deficiencies described in the Epic Forensics & Engineering, Inc. ("EPIC") Final Turnover Report.  JMAF was the General Contractor for the construction of the subject project.  The ASSOCIATION has also asserted claims against JMAF that implicate the Third-Party Defendants.

JMAF filed a 3rd Party Complaint against F & F and listed F & F as the Concrete Framework Subcontractor.  The following causes of action reference F & F.

*Causes of Action:*

Count 52:      Contractual Indemnity (F & F)
Count 53:      Breach of Contract (F & F)
Count 54:      Common Law Indemnity (F & F)

## THE FMIC POLICY

First Mercury Policy:            NJ-CGL-0000027680-01 (04/30/2013 to 04/30/2014)

The policies provide Commercial General Liability Coverage with a $1,000,000 limit for each occurrence, a $2,000,000 general aggregate limit, and a $2,000,000 products-completed operations aggregate limit. The policy contains a $20,000 per occurrence deductible for Bodily Injury Liability and/or Property Damage Liability Combined.

For a review of the subject policies' terms, provisions, condition, exclusions, and endorsements, we draw your attention to the COMMERCIAL GENERAL LIABILITY COVERAGE FORM, which reads, in pertinent part, as follows:

> **SECTION I - COVERAGES**
> **COVERAGE A      BODILY INJURY AND     PROPERTY     DAMAGE LIABILITY**
> 1. **Insuring Agreement**
>
>    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage"



to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

**(2)** The "bodily injury" or "property damage" occurs during the policy period.

\* \* \*

The policies contain the following "business risk" exclusions, which state, in pertinent part, as follows:

**2.     Exclusions**

This insurance does not apply to:

. . .

**j.     Damage To Property**

"Property damage" to:

. . .

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arise out of those operations or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

. . .

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

. . .

**k.    Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.    Damage To Your Work**

''Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.    Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

*    *    *



The FMIC policies contain the following definitions, which state, in pertinent part, as follows:

**SECTION V - DEFINITIONS**

\*   \*   \*

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

 **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

 **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

 **a.** the repair, replacement, adjustment or removal of "your product" or "your work"; or

 **b.** or your fulfilling the terms of the contract or agreement.

\*   \*   \*

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\*   \*   \*

**17.** "Property damage" means:

 **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this instance applies are alleged. "Suit" includes:



    **a.**    An arbitration proceeding in which such damages are claimed and to which the injured must submit or does submit with our consent; or

    **b.**    Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

*   *   *

**20.**    "Your product" means:

    **a.**    Any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by:

        **(1)**    You;
        **(2)**    Others trading under your name; or
        **(3)**    A person or organization whose business or assets you have acquired; and

    **b.**    Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or product.

"Your product" includes:

    **a.**    Warranties or representations made at any time with respect to the fitness quality, durability, performance or use of "your product"; and

    **b.**    The providing of or failure to provide warnings or instructions.

*   *   *

**21.**    "Your work" means:
    **a.**    Work or operations performed by you or on your behalf; and
    **b.**    Materials, parts or equipment furnished in connection with such work or operations.

"You work" includes:

    **a.**    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    **b.**    The providing of or failure to provide warnings or instructions.



\*   \*   \*

First Mercury reserve the right to disclaim coverage to the extent that the damages alleged in the complaint do not constitute "property damage" caused by an "occurrence", or did not fall within the policy period, as they may not fall within the Insuring Agreement of the Policy. First Mercury therefore reserve all rights and defenses in connection with the referenced matter based upon the application of the above-quoted policy language. Further, First Mercury reserve the right to deny coverage in the event F & F had knowledge of this loss, or the potential for this loss, prior to the issuance of the Policies.

FMIC reserve the right to disclaim any indemnification to the extent that the damages are excluded as outlined in the exclusions quoted above.  There is no coverage for claims stemming solely from contractual liability as set forth in exclusion "b".  To the extent that there are claims stemming from contractual liability, FMIC reserves the right to deny coverage.  This suit makes allegations of various construction defects.  To the extent that the claim consists of allegations "property damage" that occurred during your ongoing operations, exclusion "j" applies. There are allegations of various construction defects, including potential issues with the concrete.  To the extent they occurred during F & F's ongoing operations, these damages are potentially excluded by exclusion "j." To the extent that the claim consists of allegations of damage due to lack of usefulness or decreased usefulness of other property as a result of any alleged deficiency in "your work," please note that exclusion "m" applies. To the extent that the claim consists of damages associated with the withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of "your work" or "impaired property," exclusion "n" applies. FMIC reserves all rights under exclusions "j," "m," and "n."

Accordingly, First Mercury reserve all rights to assert the above referenced and other applicable exclusions to bar coverage. Based upon the terms and conditions of the Policy, First Mercury reserve all rights to investigate and/or settle this matter. As set forth in the insuring agreement cited above, the Policy states that it only applies if "the 'bodily injury' or 'property damage' occurs during the policy period." First Mercury reserve all rights to deny coverage to the extent the alleged "property damage" did not occur during the Policy period.

The Policy has the following endorsement which provides as follows:

**CONTINUOUS OR PROGRESSIVE INJURY AND DAMAGE EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE COVERAGE PART**



It is agreed under **Section I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement,** Paragraph **b (3), c** and **d** are deleted in their entirety and the following exclusion is added to **Section I, 2. Exclusions** of this policy.

This insurance does not apply to:

1. Any damages arising out of or related to "bodily injury" or "property damage" whether such "bodily injury" or "property damage" is known or unknown,

    a. which first occurred in whole or in part prior to the inception date of this policy (or the retroactive date of this policy, if any; whichever is earlier); or
    b. which are, or are alleged to be, in the process of occurring as of the inception date of the policy (or the retroactive date of this policy, if any; whichever is earlier) even if the "bodily injury," or "property damage" continues during this policy period; or
    c. which were caused, or are alleged to have been caused, by the same condition(s) or defective construction which first existed prior to the inception date of this policy.

2. Any damages arising out of or related to "bodily injury" or "property damage" whether known or unknown, which are in the process of adjustment, settlement, or "suit" as of the inception date of this policy (or the retroactive date of this policy, if any; whichever is earlier).

We shall have no duty to defend any insured against any loss, claim, "suit," or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which this endorsement applies.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

\*   \*   \*

FMIC reserve all rights to limit or deny coverage under this endorsement.

The FMIC policy contains the following endorsement, which states, in pertinent part, as follows:

**EXCLUSION – DESIGNATED OPERATIONS COVERED BY A CONSOLIDATED (WRAP-UP) INSURANCE PROGRAM**

This endorsement modifies insurance provided under the following:



COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

**Description and Location of Operation(s):**

**All locations.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)
The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of either your ongoing operations or operations included within the "products-completed operations hazard" at the location described in the Schedule of this endorsement, as a consolidated (wrap-up) insurance program has been provided by the prime contractor/project manager or owner of the construction project in which you are involved.
This exclusion applies whether or not the consolidated (wrap-up) insurance program:

- **(1)** Provides coverage identical to that provided by this Coverage Part;
- **(2)** Has limits adequate to cover all claims; or
- **(3)** Remains in effect.

\* \* \*

To the extent that the above endorsement applies, FMIC reserve all rights and defenses in connection with the referenced matter based upon application of the above-quoted policy terms.

The FMIC policies contain the following endorsement, which states, in pertinent part, as follows:

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
 A. The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

2. **Exclusions**



This insurance does not apply to:

**Fungi Or Bacteria**

    a. "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage

    b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

    **2.**    **Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**
    a. "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

    b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:



"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

\* \* \*

To the extent that the above endorsement applies, FMIC reserve all rights and defenses in connection with the referenced matter based upon application of the above-quoted policy terms.

The FMIC policy contains the following endorsement, which states, in pertinent part, as follows:

### EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to paragraph 2., Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages) and paragraph 2., Exclusions of COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY (Section I – Coverages):

1. This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

    a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

    b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to paragraph 3. below, professional services include:

    a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

    b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.



      3.      Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

*   *   *

To the extent that the above endorsement applies, FMIC reserve all rights and defenses in connection with the referenced matter based upon application of the above-quoted policy terms.

The FMIC policy contains the following endorsement, which states, in pertinent part, as follows:

<b>SUBSIDENCE EXCLUSION</b>

This endorsement modifies insurance provided under the following:

<b>COMMERCIAL GENERAL LIABILITY COVERAGE PART<br>
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART<br>
OWNERS AND CONTRACTORS PROTECTIVE COVERAGE PART</b>

**SECTION I – COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions** and **SECTION I – COVERAGES PRODUCTS/COMPLETED OPERATIONS BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** and **SECTION I – COVERAGES BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions** are amended and the following is added:

This insurance does not apply to:

"Bodily injury" or "property damage" directly or indirectly arising out of caused by, resulting from, contributed to, aggravated by or related to the subsidence, settling, settlement, expansion, sinking, slipping, falling away, tilting, caving in, shifting eroding, rising, heaving, landslide, flood or mud flow, earthquake, volcanic eruption or other tectonic processes or any other movement, of land or earth, however caused, and whether by natural, manmade, accidental or artificial means. This exclusion applies regardless of any other cause or event that contributes concurrently or in any sequence to the "bodily injury" or "property damage."

We shall have no duty or obligation on our part under this insurance to defend, respond to, investigate or indemnify any insured against any loss, claim, "suit," or other proceeding alleging damages arising out of or related to "bodily injury" or "property damage" to which this endorsement applies.



This exclusion also applies to any obligation to, share damages with, repay or indemnify someone else who must pay damages because of such "bodily injury" or "property damage."

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.**

To the extent that the above endorsement applies, FMIC reserves all rights and defenses in connection with the referenced matter based upon application of the above-quoted policy terms.

* * *

To the extent that the above endorsement applies, FMIC reserve all rights and defenses in connection with the referenced matter based upon application of the above-quoted policy terms.

The FMIC policy contains the following endorsement, which states, in pertinent part, as follows:

**EXCLUSION – PRODUCTS/COMPLETED OPERATIONS
EXTERIOR INSULATION AND FINISH SYSTEMS**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

**A.** This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish systems" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish systems," or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.



>    **B.**    The following definition is added to the **Definitions** Section:
>
> "**Exterior insulation and finish systems**" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:
>
>    1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;
>    2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;
>    3. A reinforced or unreinforced base coat;
>    4. A finish coat providing surface texture to which color may be added; and
>    5. Any flashing, caulking or sealant used with the system for any purpose.

\* \* \*

To the extent that the above endorsement applies, FMIC reserve all rights and defenses in connection with the referenced matter based upon application of the above-quoted policy terms.

\* \* \*

First Mercury agrees to participate in the defense of F & F under a complete reservation of rights under the referenced policy. We have assigned the law firm of Quintairos, Prieto, Wood & Boyer, P.A., 255 South Orange Avenue, Suite 900, Orlando, Florida 3280, Phone: (407) 872-6011, to defend F & F in the above matter. However, First Mercury does so upon the express understanding that by so doing it does not admit any liability under the policies; and if it is subsequently established that there is no coverage, in whole or part, First Mercury reserves the right to disclaim coverage, withdraw from the defense of F & F, and recoup amounts expended to defend uncovered claims.

First Mercury reserves all rights under the Policy as set forth in this letter. The reservation of rights set forth herein is not intended, nor shall it be construed, as an exhaustive listing and/or discussion of the terms, definitions, conditions, provisions, and/or exclusions of the Policy that might apply in this action, as it has or may continue to develop.

There may be other terms, definitions, conditions, provisions, and/or exclusions within the Policy that may limit and/or preclude coverage which might become apparent as this matter continues. Accordingly, First Mercury reserve the right to supplement this letter and assert any other policy defenses that may be subsequently identified.

Further, please note that any action taken by First Mercury in monitoring, investigating, and corresponding in this matter shall not be construed as an admission of coverage, a waiver of any of the terms, definitions, conditions, provisions, and/or exclusions within the Policy, or a waiver of any right or



defenses to coverage available under contract, at law, or in equity, or an expansion of any duties that First Mercury may subsequently acknowledge.

There may be other policy provisions that limit and/or preclude coverage that become apparent as this matter continues. First Mercury expressly reserve the right to assert all policy defenses, including any not mentioned in this letter, and does not waive them now or in the future.

If you have any additional information regarding this matter that you wish us to consider in our coverage evaluation, please forward it to us as soon as is reasonably possible. Should you have any further questions regarding First Mercury's coverage positions as memorialized in this letter, please do not hesitate to contact me.

While First Mercury refers only to the above-cited provisions of the policy, First Mercury reserve its rights under all of the policy's terms, conditions, exclusions and endorsements. By mentioning certain provisions of the policy, First Mercury does not waive any right to rely upon the other terms, conditions, exclusions or endorsements of the policy that may apply to this matter, and First Mercury's right to rely upon all of the policy's provisions is expressly reserved. First Mercury also reserve the right to supplement this letter.

Should you be uncertain as to the substance of this communication or First Mercury's position on coverage for this matter, please contact the undersigned promptly. If First Mercury fails to receive such contact, we shall assume that F & F has a complete understanding of our reservation of rights position with respect to the defense of this matter and agree to our proceeding in this manner.

Sincerely,

*Garrett Lewis*

Garrett Lewis, ARM, CPCU
Senior Specialist, Construction Defect Claims
United States Fire Insurance Company on behalf of First Mercury Insurance Company