# EXHIBIT "E"



| | |
|---|---|
| Thomas Wingfield | 191 Peachtree Street NE |
| Phone: 404.954.5193 | Suite 2900 |
| twingfield@hallboothsmith.com | Atlanta, GA 30303-1775, USA |

Office: 404.954.5000
Fax: 404.954.5020
www.hallboothsmith.com

December 6, 2022

**Via E-Mail and**
<u>**Via Certified Mail RRR**</u>

Mr. Garrett Lewis
Senior Specialist, Construction Defect Claims
United States Fire Insurance Company
305 Madison Avenue
Morristown, New Jersey 07960
(garrett.lewis@cfins.com)

RE: *Beachwalk (at Hallandale) Condominium Association, Inc. v. PRH 2600 Hallandale Beach, LLC, et al.*, Case No. CACE18008615, Circuit Court of the 17th Judicial Circuit, Broward County, Florida

| | |
|---|---|
| **Insured:** | **Fly & Form Inc.** |
| **Insurer:** | **Landmark American Insurance Company** |
| **Policy Nos.:** | **LHA109625 and LHA110177** |
| **Policy Periods:** | **4/30/14-4/30/2015 and 4/30/2015-4/30/2016** |
| **Claim No.:** | **7030128436** |
| **First Mercury Policy No.:** | **NJ-CGL-000027680-01** |
| **First Mercury Policy Period:** | **4/30/2013 to 4/30/2014** |
| **First Mercury Claim No.:** | **22196FM-1** |

Dear Mr. Lewis:

We write on behalf of and at the direction of Landmark American Insurance Company with respect to the above-referenced claim and Landmark's October 11, 2022 demand that First Mercury Insurance Company provide contribution for the costs incurred by Landmark to defend First Mercury and Landmark's mutual insured, Fly & Form, Inc. in the amount of $214,541.43, which is one-half of the defense costs incurred by Landmark during the time period that First Mercury refused to defend Fly & Form. A copy of the October 11, 2022 demand is enclosed for your convenience.

Landmark has received no response from First Mercury to its October 11, 2022 demand. As it is not reasonably debatable that First Mercury was obligated to defend Fly & Form from the claims asserted by John Moriarty & Associates of Florida against Fly & Form in the Third Party Complaint filed by John Moriarty & Associates of Florida, Landmark is entitled to contribution.

ATLANTA, GA

ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK
NORTH CAROLINA | OKLAHOMA | SOUTH CAROLINA | TENNESSEE

HALL BOOTH SMITH, P.C.

Mr. Garrett Lewis
December 6, 2022
Page 2

_____

Any refusal by First Mercury to pay Landmark's demand is unwarranted and will lead to unnecessary litigation.

Please confirm First Mercury's agreement that it will pay the amount it owes in contribution for the defense of Fly & Form to Landmark within fifteen (15) days of the date of this letter. If you would like to discuss this matter, please contact the undersigned.

    Sincerely,

    Thomas K. Wingfield
    Partner
    **HALL BOOTH SMITH, P.C.**

Enclosure:   October 11, 2022 Demand Letter

cc:   Mr. Gavin Hawley (*via email only, w/o encls.*)

76993773.1