# EXHIBIT B

# Notice of Filing

IN THE SUPERIOR COURT OF CHEROKEE COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| DEBORAH B. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. 23CVE0188 |
| | ) | |
| BILL GRANT, MAYOR CITY OF CANTON, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR, COURTNEY ROGERS, INDIVIDUALLY AND IN HER CAPACITY AS POLICE OFFICER FOR CANTON P.D, STEPHEN MERRIFIELD, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE OF CANTON P.D., | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

TO: Deborah B. Smith, and her attorney of record:

PLEASE TAKE NOTICE that Bill Grant, individually and in his capacity as Mayor of the City of Canton; Courtney Rogers, individually and in her capacity as police officer for the Canton Police Department; and Stephen Merrifield, individually and in his capacity as Chief of the Canton Police Department, defendants in the above-styled civil action, have on this date filed their Notice of Removal, a copy of which is attached hereto as Exhibit A (without exhibits), with the office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

1

2

This 23rd day of March, 2023.

                                                                                    CAROTHERS & MITCHELL, LLC

                                                                                    */s/  Brian R. Dempsey*  
                                                                                     Richard A. Carothers  
                                                                                     Georgia Bar No. 111075  
                                                                                     Brian R. Dempsey  
                                                                                     Georgia Bar No. 217596  
                                                                                     Mary T. Minter  
                                                                                     Georgia Bar No. 892497

                                                                                     Attorneys for Defendants

1809 Buford Highway  
Buford, Georgia 30518  
Tel: 770-932-3552  
richard.carothers@carmitch.com  
brian.dempsey@carmitch.com  
mary.minter@carmitch.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** by depositing a true and correct copy thereof in the United States mail, postage prepaid, properly addressed upon:

Lloyd J. Matthews  
3011 Towne Mill Avenue  
Canton, Georgia 30114  
lmmattmatthews@gmail.com

This 23rd day of March, 2023.

CAROTHERS & MITCHELL, LLC

*/s/ Brian R. Dempsey*  
Brian R. Dempsey  
Georgia Bar No. 217596  
Attorney for Defendants

1809 Buford Highway  
Buford, Georgia 30518  
Tel: 770-932-3552  
brian.dempsey@carmitch.com