# Exhibit A

## INVOICES

Plaintiff's Complaint for Damages

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| ANISA INTERNATIONAL, INC., Plaintiff | vs. | AMYRIS CLEAN BEAUTY, INC., Defendant |
|---|---|---|



# Invoice

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012734 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000974 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder Notes** | To be determined |
| **Required Deposit $** | 57335.04 |
| **Balance Due** | 57,335.04 |

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Expeditors Ohio DC
6054 Shook Rd
Lockbourne OH 43137

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001188 | Dual-ended Concealer Brush | 22,752 | 5.04 | 114,670.08 |
| | To be determined | 1 | 0.00 | 0.00 |
| | **Total** | | | **$114,670.08** |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

|  |  |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012735 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000975 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** |  |
| **Required Deposit $** | 6531.84 |
| **Balance Due** | 6,531.84 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Quiet Logistics CBC - CHI
ATTN: Derek Ware
1333 Hickory Ave
Tel: 773-469-2783
Chicago IL 60642

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---:|---:|---:|
| 3001188 | Dual-ended Concealer Brush | 2,592 | 5.04 | 13,063.68 |
|  | To be determined | 1 | 0.00 | 0.00 |

|  |  |
|---|---:|
| **Total** | $13,063.68 |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012736 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000976 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 113487.52 |
| **Balance Due** | 112,717.52 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Expeditors Ohio DC
6054 Shook Rd
Lockbourne OH 43137

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001108 | Foundation Brush | 34,072 | 5.07 | 172,745.04 |
| 3001108 | Foundation Brush | 11,000 | 4.93 | 54,230.00 |
| | To be determined | 1 | 0.00 | 0.00 |
| | **Total** | | | **$226,975.04** |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012737 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000977 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 12776.4 |
| **Balance Due** | 12,776.40 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Quiet Logistics CBC - CHI
ATTN: Derek Ware
1333 Hickory Ave
Tel: 773-469-2783
Chicago IL 60642

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001108 | Foundation Brush | 5,040 | 5.07 | 25,552.80 |
| | To be determined | 1 | 0.00 | 0.00 |

| | |
|---|---|
| **Total** | $25,552.80 |



# Invoice

|  |  |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012738 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000978 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** |  |
| **Required Deposit $** | 114257.52 |
| **Balance Due** | 114,257.52 |

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Expeditors Ohio DC
6054 Shook Rd
Lockbourne OH 43137

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001108 | Foundation Brush | 45,072 | 5.07 | 228,515.04 |
|  | To be determined | 1 | 0.00 | 0.00 |

|  |  |
|---|---|
| **Total** | $228,515.04 |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012739 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000979 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 12776.4 |
| **Balance Due** | 12,776.40 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Quiet Logistics CBC - CHI
ATTN: Derek Ware
1333 Hickory Ave
Tel: 773-469-2783
Chicago IL 60642

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001108 | Foundation Brush | 5,040 | 5.07 | 25,552.80 |
| | To be determined | 1 | 0.00 | 0.00 |

| | | | **Total** | **$25,552.80** |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012740 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000966 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 105030 |
| **Balance Due** | 105,030.00 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Expeditors Ohio DC
6054 Shook Rd
Lockbourne OH 43137

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001536 | Dual Ended Eyeshadow Brush | 54,000 | 3.89 | 210,060.00 |
| | To be determined | 1 | 0.00 | 0.00 |

| | | | Total | $210,060.00 |
|---|---|---|---|---|



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012741 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000967 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 11670 |
| **Balance Due** | 11,670.00 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Quiet Logistics CBC - CHI
ATTN: Derek Ware
1333 Hickory Ave
Tel: 773-469-2783
Chicago IL 60642

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001536 | Dual Ended Eyeshadow Brush | 6,000 | 3.89 | 23,340.00 |
| | To be determined | 1 | 0.00 | 0.00 |

| | | | **Total** | **$23,340.00** |
|---|---|---|---|---|



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012742 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000970 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 12801.6 |
| **Balance Due** | 12,801.60 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Quiet Logistics CBC - CHI
ATTN: Derek Ware
1333 Hickory Ave
Tel: 773-469-2783
Chicago IL 60642

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001069 | Cheek Brush | 5,040 | 5.08 | 25,603.20 |
| | To be determined | 1 | 0.00 | 0.00 |

| | | |
|---|---|---|
| | **Total** | $25,603.20 |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012743 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000971 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 63642.24 |
| **Balance Due** | 63,642.24 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Expeditors Ohio DC
6054 Shook Rd
Lockbourne OH 43137

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001069 | Cheek Brush | 25,056 | 5.08 | 127,284.48 |
| | To be determined | 1 | 0.00 | 0.00 |

| | | | **Total** | **$127,284.48** |
|---|---|---|---|---|



# Invoice

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012744 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000972 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 63642.24 |
| **Balance Due** | 63,642.24 |

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Expeditors Ohio DC
6054 Shook Rd
Lockbourne OH 43137

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001069 | Cheek Brush | 25,056 | 5.08 | 127,284.48 |
| | To be determined | 1 | 0.00 | 0.00 |
| | **Total** | | | **$127,284.48** |



# Invoice

Anisa International Inc.
225 Ottley Drive
Suite 230
Atlanta GA 30324
404-869-6475

| | |
|---|---|
| **Date** | 3/23/2022 |
| **Document #** | SOAI012745 |
| **Payment Terms** | 50% w/ order/50% before ... |
| **Customer's PO #** | 99000973 |
| **Sales Rep** | Cindy Chang |
| **Freight Forwarder** | To be determined |
| **Notes** | |
| **Required Deposit $** | 12801.6 |
| **Balance Due** | 12,801.60 |

**Bill To**
Amyris, Inc.
5885 Hollis Street
Suite 100
Emeryville CA 94608

Ship To
Quiet Logistics CBC - CHI
ATTN: Derek Ware
1333 Hickory Ave
Tel: 773-469-2783
Chicago IL 60642

| Item Number | Item Name | Quantity | Unit ... | Ext. Price |
|---|---|---|---|---|
| 3001069 | Cheek Brush | 5,040 | 5.08 | 25,603.20 |
| | To be determined | 1 | 0.00 | 0.00 |

| | | |
|---|---|---|
| | **Total** | $25,603.20 |