Case 1:23-mi-99999-UNA   Document 883-2   Filed 03/23/23   Page 1 of 1

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-01049-S3**
2/16/2023 4:13 PM
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ANTOINETTE DEGREE,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION FILE:<br>)       23-C-01049-S3 |
| TOP GOLF USA, INC.,<br>TOPGOLF MEDIA, LLC,<br>TOPGOLF PAYROLL SERVICES, LLC,<br>TOPGOLF USA AG, LLC,<br>TOPGOLF USA ALPHARETTA, LLC,<br>TOPGOLF USA ATLANTA, LLC,<br>TOPGOLF USA BF, LLC and<br>TOPGOLF INTERNATIONAL, INC.<br>    Defendants. | )<br>)<br>)   DEMAND JURY TRIAL<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT: Top Golf USA AG LLC, c/o CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

You are hereby summoned and required to file with the clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> DeMone Lee
> The Lee Firm of Georgia, LLC
> 3355 Lenox Road NE
> Ste. 750
> Atlanta, Georgia 30326
> (404) 268-7069 (tel)
> (470) 999-9008 (fax)

an answer to the complaint that is herewith served upon you, within 30 days after the service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 16th day of February 2023.

Tiana P. Garner
Clerk of STATE Court
By: _____ /s/ Julie A. Thomas _____
                 Deputy Clerk

To defendant upon whom this petition is served:

This copy of complaint and summons was served upon you _____, 2023.

_____ Deputy Sheriff.