E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01049-S3**

2/16/2023 4:13 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| ANTOINETTE DEGREE,  )<br>    Plaintiff,   )<br>                    )<br>v.   )<br>                    )<br>TOP GOLF USA, INC.,   )<br>TOPGOLF MEDIA, LLC,   )<br>TOPGOLF PAYROLL SERVICES, LLC,)<br>TOPGOLF USA AG, LLC,   )<br>TOPGOLF USA ALPHARETTA, LLC, )<br>TOPGOLF USA ATLANTA, LLC,   )<br>TOPGOLF USA BF, LLC and   )<br>TOPGOLF INTERNATIONAL, INC.   )<br>    Defendants.   ) | CIVIL ACTION FILE:<br>23-C-01049-S3<br><br>_____<br><br>DEMAND JURY TRIAL |

### COMPLAINT

COMES NOW PLAINTIFF ANTOINETTE DEGREE, in the above-styled action, and files this her Complaint for Damages against the above-named Defendants, and, in support thereof, respectfully show this Honorable Court as follows:

### PARTIES AND JURISDICTION

1.

PLAINTIFF ANTOINETTE DEGREE resides at 450 Piedmont Avenue NE, Apt. 1411, Atlanta, Georgia 30308, and is subject to the jurisdiction of this court by virtue of filing this Complaint.

2.

DEFENDANT **TOP GOLF USA, INC.** is a is a foreign profit corporation existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its registered

agent at National Registered Agents, Inc., 289 Culver Street, Lawrenceville, Georgia 30046.

3.

DEFENDANT **TOP GOLF MEDIA LLC** is a is a foreign limited liability company existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its registered agent at CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

4.

DEFENDANT **TOP GOLF PAYROLL SERVICES, LLC** is a is a foreign limited liability company existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its registered agent at CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

5.

DEFENDANT **TOP GOLF USA AG, LLC** is a is a foreign limited liability company existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its registered agent at CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

6.

DEFENDANT **TOP GOLF USA ALPHARETTA, LLC** is a is a foreign limited liability company existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its registered agent at CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

7.

DEFENDANT **TOP GOLF USA ATLANTA, LLC** is a is a foreign limited liability company existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its registered agent at CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

8.

DEFENDANT **TOP GOLF USA BF, LLC** is a is a foreign limited liability company existing under the laws of Delaware and authorized to do business in the state of Georgia with its principal place of business located at 8750 N. Central Expressway, Suite 1200, Dallas, Texas 75231. Pursuant to O.C.G.A. § 14-2-504, this Defendant can be served with process upon its

registered agent at CT Corporation System, 289 Culver Street, Lawrenceville, Georgia 30046.

9.

Defendant **TOP GOLF INTERNATIONAL, INC.** (hereinafter referred to as "Defendant TOP GOLF INTERNATIONAL"), has not appointed a registered agent for service of process in the State of Georgia, but has its principal office at 8750 N. Central Expressway, Suite 1200, Dallas, TX 75231.  Pursuant to O.C.G.A. § 14-2-504, this Defendant may be served with process by certified mail return receipt requested upon its corporate officer at its principal office of 8750 N. Central Expressway, Suite 1200, Dallas, TX 75231.

10.

Due to Defendants' tortious conduct having occurred in the state of Georgia, Defendants are subject to jurisdiction of this Court.  Pursuant to O.C.G.A. § 14-2-510(b)(1), due the Defendants **TOP GOLF USA, INC., TOP GOLF MEDIA LLC, TOP GOLF PAYROLL SERVICES, LLC, TOP GOLF USA AG, LLC, TOP GOLF USA ALPHARETTA, LLC, TOP GOLF USA ATLANTA, LLC, and TOP GOLF USA BF, LLC** maintaining their registered office in Gwinnett County, Georgia, Defendant is subject to venue of this Court.

11.

Jurisdiction and venue are proper in this Court.

## BACKGROUND

12.

On June 25, 2021, Plaintiff was an invitee at Defendants' entertainment center located at 10900 Westside Parkway, Alpharetta, Georgia 30009 ("the entertainment center").

13.

Defendants had exclusive ownership, possession and control over the entertainment center at all times relevant to this litigation.

14.

While Plaintiff was eating dinner at the entertainment center, an employee/agent of Defendant(s) dropped a tray causing glass to break resulting in a laceration to Plaintiff's eye.

15.

As a result of the glass breaking, Plaintiff suffered bodily injuries that required medical attention.

## COUNT I – ORDINARY NEGLIGENCE

16.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

Defendants owed a duty to Plaintiff to exercise proper, ordinary and reasonable care in conducting Brazilian waxes upon customers.

18.

Defendants were negligent and breached this duty.

19.

Defendants are responsible for the actions that forms the basis of Plaintiff's Complaint.

20.

As a direct and proximate result of Defendants' breach of duties, Plaintiff suffered injuries. Plaintiff incurred special and general damages, including medical and other necessary expenses, mental and physical pain and suffering due to injuries to her body, personal inconvenience, plus an inability to lead a normal life.

## **COUNT II - VICARIOUS LIABILITY**

21.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 20 above as if fully restated.

22.

At all times relevant to this action, the individuals responsible for inspecting and maintaining the area where the glass broke were employed by Defendant and were acting within the scope of their employment.

23.

Defendant is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

## **COUNT III - NEGLIGENT TRAINING & SUPERVISION**

24.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 23 above as if fully restated.

25.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting and maintaining the premises.

26.

Defendant was negligent in training and supervising its staff.

27.

As a direct and proximate result of Defendant's breaches of duty, Plaintiff suffered injuries. Plaintiff incurred special and general damages, including medical and other necessary expenses, mental and physical pain and suffering due to injuries to her body, personal inconvenience, plus an inability to lead a normal life.

WHEREFORE, Plaintiff prays that she has a trial on all issues and judgment against defendant as follows:

(a) That Plaintiff recover the full value of past and future medical expenses in an amount to be proven at trial;

(b)     That Plaintiff recover for mental and physical pain and suffering and emotional distress, personal inconvenience and inability to lead a normal life in an amount to be determined by the enlightened conscience of the jury;

(c)     That Plaintiff recover such other and further relief as is just and proper;

(d)     That all triable issues be tried before a jury.

This 16th day of February 2023.

Respectfully Submitted,

**THE LEE FIRM OF GEORGIA, LLC**

/s/ DeMone Lee

_____

**DeMone Lee**
Georgia Bar No. 507119
Attorney for Plaintiff

3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
(404) 268-7069
Fax:  (470) 999-9008
E-mail:  d.lee@youcallweanswer.com