

**KANNER & PINTALUGA, P.A.**

ACCIDENT ATTORNEYS
(Abogados de Accidentes)

MAIN OFFICE:
(Oficina Principal)
Correspondence to:

201 Peachtree St. N.E., Ste. 200
Atlanta, GA 30303
TEL: (404) 952-2995
(770) 504-5644
(678) 207-0789
FAX: 1 (866) 641-4690
TEL: 1 (800) 586-5555

February 15, 2022

CorVel Corporation
Attn: Chelsea Alcantara
PO Box 277550
Sacramento, CA 95827

**SENT VIA EMAIL: CHELSEA_ALCANTARA@CORVEL.COM**

Re:   Our Client        : Antoinette Degree
      Claim No.        : **1443-GL-21-0300218-001**
      Location         : 10900 Westside Pkwy, Alpharetta, GA 30009
      Date of Accident : 06/25/2021

To Whom It May Concern:

Please be advised that our client, Antoinette Degree, sustained very serious, life-altering injuries as a result of the above-referenced incident, for which there is no question as to liability on the part of Corvel, whose employees failed to exercise due care in allowing the situation where a waiter breached their duty of care by allowing a trey to fall and break and cause a ***serious injury to my client's eye***. *See e.g. Rothberg v. Bradley*, 85 Ga. App. 477, 480 (Ga. Ct. App. 1952); *Fulton Ice & Coal Co. v. Pece*, 29 Ga. App. 507 (1923); *Tybee Amusement Co v. Odum*, 51 Ga. App. 1 (1935). Also be advised that we have received medical records pertaining to the above referenced client, thus we are hereby forwarding the enclosed for your review and to be included in your evaluation.

After the incident, Antoinette presented to the hospital for emergency medical attention to her eye injury consisting of a ***foreign body in subcutaneous tissue; Injury of conjunctiva and corneal abrasion***. She then spent a number of hours in the hospital, undergoing a litany of diagnostic tests and treatment procedures, thereby incurring significant medical costs, before being discharged with prescription medications and instructions regarding follow-up care. CT Scan revealed a very small foreign body that is not amenable to removal. After she was released from the emergency room, continued pain and discomfort prompted Antoinette to embark upon an extended course of regular physical therapy and medical care including subsequent visits to an Ophthalmologist, M.D. who diagnosed her with ***traumatic iritis and recurrent corneal erosion*** and she further sought treatment for headaches, spasms and depression associated with said incident. In light of Antoinette's serious injuries, she may be forced to endure the pain and suffering inflicted upon him through your insured's negligence, along with the exorbitant medical costs for treatment thereof, for many years to come.

It is our understanding from your correspondences that your insured maintains a bodily injury insurance policy. Pursuant to O.C.G.A. §9-11-67.1, we hereby make this time limited demand that you tender your insured's bodily injury insurance policy limits and protect your insured from the inevitable, and substantial, excess jury award for the damages caused by your insured.  In exchange for your tender of your insured's minimal bodily injury insurance policy limits and for signing the below-mentioned affidavits, our client shall sign and deliver unto you a *limited bodily injury release* which shall release **CorVel Corporation**, for bodily injury claims arising out of the underlying negligence, more specifically, any bodily injury claims arising out of **Corvel claim # 1443-GL-21-0300218-001**.  This offer to settle must be accepted within thirty (30) days of receipt of this letter and shall naturally expire if not accepted within the stated time period.

Please deliver the proceeds check for the  bodily injury insurance policy limits in the name of our clients and our Firm's name only.  Do not include any potential lien holder names.  Our Tax ID number is 01-0786201.  All checks should be delivered to our office located at 201 Peachtree Street N.E., Suite 200, Atlanta, GA 30303.

Also, please be aware that pursuant to the "Unliquidated Damages Interest Act," set forth in O.C.G.A. § 51-12-14, if the Defendant fails to make payment on this amount within thirty (30) days from the mailing of this notice, my client shall be entitled to receive interest on the claimed sum if, upon trial of the case in which the claim is made, the judgment is for an amount not less than the sum claimed.  The interest provided by § 51-12-14 shall be at the prime rate set on the date listed above plus three percent (3%) interest, and shall begin to run from the thirtieth (30th) day following the date of the mailing of this written notice through the date of judgment.  This demand is made pursuant to O.C.G.A. § 51-12-14 which allows for interest in the amount of twelve percent (12%) per annum when a demand for unliquidated damages is made by certified mail and when such demand is not paid within thirty (30) days from the date of mailing the notice, and when upon trial a judgment is made for an amount not less than that demanded.

 Sincerely,


_____
Aleksandr Shkolyar, Esq.



**Please note, any settlement is contingent upon your written and verbal confirmation that there is no additional insurance coverage available for this loss, including but not limited to, umbrellas and/or excess carriers, and the fact that your insured(s) was/were not within the course and scope of any employment at time of loss. Please forward an affidavit(s) signed by your insured(s) confirming same.**