**Markel American Insurance Company**

# COMMERCIAL GENERAL LIABILITY POLICY DECLARATIONS

POLICY NUMBER: MKLM6MMP1000250     RENEWAL OF NUMBER:

Named Insured And Mailing Address (No., Street, Town or City, County, State, Zip Code)

Top Golf International Inc.
8750 Central Expressway, Suite 1200
Dallas, TX 75231

Policy Period: From 03/01/2021 To 03/01/2022, at 12:01 A.M. Standard Time at your mailing address shown above

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| Limits Of Insurance | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ | $2,000,000 |
| Products-Completed Operations Aggregate Limit | $ | $2,000,000 |
| Personal And Advertising Injury Limit | $ | $1,000,000 |
| Each Occurrence Limit | $ | $1,000,000 |
| Damage To Premises Rented To You Limit | $ | SEE MGL 1241-TX   Any One Premises |
| Medical Expense Limit | $ | SEE MGL 1241-TX   Any One Person |

| Retroactive Date (CG 00 02 Only)  N/A In New York |
|---|
| This Insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" which occurs before the Retroactive Date, if any, shown below. |
| Retroactive Date: None<br>(Enter Date Or "None" If No Retroactive Date applies) |

| Business Description And Location Of Premises |
|---|
| Form Of Business: |
| Business Description: Golf entertainment |
| Location Of All Premises You Own, Rent Or Occupy:<br>**REFER TO "COMMERCIAL GENERAL LIABILITY EXTENSION OF DECLARATIONS"** |

| **Producer Number, Name And Mailing Address** |
|---|
| 98167<br>All Risks, Ltd.<br>5680 Greenwood Plaza Blvd.<br>Ste. 300S<br>Greenwood Village, CO 80111 |

**MDGL 1500 03 14**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 1 of 30