IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANTOINETTE DEGREE<br><br>    Plaintiff,<br>v.<br><br>TOP GOLF USA, INC.,<br>TOP GOLF MEDIA, LLC,<br>TOP GOLF PAYROLL SERVICES, LLC,<br>TOP GOLF USA AG, LLC,<br>TOP GOLF USA ALPHARETTA, LLC,<br>TOP GOLF USA ATLANTA, LLC,<br>TOP GOLF USA BF, LLC, and<br>TOP GOLF INTERNATIONAL, INC.<br><br>    Defendants. | Civil Action<br>File No.:       23-C-01049-S3 |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE, Defendants Top Golf USA, Inc., Top Golf Media, LLC, Top Golf Payroll Services, LLC, Top Golf USA AG, LLC, Topgolf USA Alpharetta, LLC, Top Golf USA Atlanta, LLC, Top Golf USA BF, LLC, and Top Golf International, INC., by through counsel of record, has filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Gwinnett County State Court are stayed.

This 23rd day of March, 2023.

Signature on next page

        Chartwell Law
        *Attorneys for Defendants*

By:    */s/ Robert A. Luskin*
        Robert A. Luskin
        GA Bar No.: 004383
        rluskin@chartwelllaw.com
        Taylor R. Lacey
        GA State Bar No.: 588773
        tlacey@chartwelllaw.com
        3200 Cobb Galleria Parkway, Suite 250
        Atlanta, GA 30339
        Main (404) 410-1151
        Fax (404) 738-1632

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ANTOINETTE DEGREE<br><br>     Plaintiff,<br>v.<br><br>TOP GOLF USA, INC.,<br>TOPGOLF MEDIA, LLC,<br>TOPGOLF PAYROLL SERVICES, LLC,<br>TOPGOLF USA AG, LLC,<br>TOPGOLF USA ALPHARETTA, LLC,<br>TOPGOLF USA ATLANTA, LLC,<br>TOPGOLF USA BF, LLC, and<br>TOPGOLF INTERNATIONAL, INC.<br><br>     Defendants. | Civil Action<br>File No.:     23-C-01049-S3 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of **NOTICE OF REMOVAL** by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) **or** by depositing a copy of same in the United States Mail, postage prepaid, as follows:

DeMone Lee
The Lee Firm of Georgia, LLC
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
d.lee@youcallweanswer.com
*Attorney for Plaintiff*

This 23rd day of March, 2023.

/s/ROBERT A. LUSKIN
Robert A. Luskin
GA State Bar No.:  004383
rluskin@chartwelllaw.com
3200 Cobb Galleria Parkway, Suite 250
Atlanta, GA 30339
Main (404) 410-1151
Fax (404) 738-1632