IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELIA ANDERSON and CHARLES ANDERSON, ) ) ) Plaintiffs, ) ) v. ) ) COSTCO WHOLESALE ) CORPORATION, BUONA VITA, INC., ) and AMYLU FOODS, INC., ) ) Defendants. ) | Civil Action File No.: |

## NOTICE OF AND PETITION FOR REMOVAL

COMES NOW Petitioner/Defendant Amylu Foods, LLC, incorrectly named Amylu Foods Inc., and shows this Honorable Court the following:

1.

A civil action was filed by the above-named Plaintiffs Elia Anderson and Charles Anderson in the State Court of Cobb County, State of Georgia, naming as Defendant "Amylu Foods, Inc.", Civil Action File No. 23-A-623.  A true and correct copy of all process, pleadings, and orders served on Defendant in the State Court of Cobb County are attached hereto as Exhibit "A."

-1-

2.

In the Complaint, Plaintiffs Elia Anderson and Charles Anderson seek damages stemming from injuries sustained after Elia Anderson bit into a hard object inside of a meatball. (Compl.).

3.

Plaintiffs Elia Anderson and Charles Anderson are citizens of the State of Georgia (Compl. ¶ 2.).

4.

Petitioner/Defendant Amylu Foods, LLC is, and was at the time this lawsuit was filed, a foreign Delaware corporation, with its principal place of business located at 1400 West 44th Street, Chicago, Illinois 60609.

5.

Petitioner/Defendant Amylu Foods, LLC. has one member who has one hundred percent ownership interest in Amylu Foods, LLC. The sole member of Petitioner/Defendant Amylu Foods, LLC is United Deli Holdings, LLC.  United Deli Holdings, LLC is a foreign Delaware corporation, with its principal place of business located at 1400 West 44th Street, Chicago, Illinois 60609. Therefore, Petitioner/Defendant Amylu Foods, LLC is deemed a citizen of Delaware and Illinois.

6.

Defendant Costco Wholesale Corporation is a foreign Washington corporation, with its principal place of business located at P.O. Box 35005, Seattle, Washington 98124. Therefore, Defendant Costco Wholesale Corporation is deemed a citizen of Washington.

7.

Defendant Buona Vita is a foreign New Jersey corporation, with its principal place of business located at 1 South Industrial Boulevard, Bridgeton, New Jersey 08302. Therefore, Defendant Bona Vita is deemed a citizen of New Jersey.

8.

Plaintiff Elia Anderson claims "serious and lasting damage to her teeth" and alleges she underwent several dental procedures. (Compl. ¶ 1). The Complaint outlines "extensive dental corrective procedures over the course of the next year." (Compl. ¶ 20). She identifies a molar "cracked 'completely through'" (Compl. ¶ 21), "significant damage to several teeth on the left side of her mouth", "a large fistula" and another cracked tooth. (Compl. ¶ 23). She underwent a surgical extraction of a tooth and a bone replacement graft as well as multiple permanent crowns and an osseous implant. (Compl. ¶¶ 25-30). Plaintiff claims that she continues to experience issues with her teeth and emotional distress (Compl. ¶¶

31, 44, 54). She seeks damages for "medical and related expenses, pain and suffering, and emotional distress" (Compl. ¶37).

9.

The matter in controversy is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizens of different states, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. §§ 1332 and 1441(a), this matter may be removed to this Honorable Court.

10.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

11.

This Notice of and Petition for Removal is filed within thirty (30) days after receipt by Petitioner/Defendant Amylu Foods, LLC, through service on February 22, 2023, of the Complaint setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Honorable Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, et. seq.

12.

Defendant Costco Wholesale Corporation consents to the removal of this matter from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia.

13.

Defendant Buona Vita, Inc. consents to the removal of this matter from the State Court of Cobb County, Georgia, to the United States District Court for the Northern District of Georgia.

WHEREFORE, Petitioner/ Defendant Amylu Foods, LLC. prays that this Notice of and Petition for Removal be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further proceedings be held in the case originally filed in the State Court of Cobb County, State of Georgia, and that Petitioner/Defendant Amylu Foods, LLC. has such other and further relief as this Honorable Court deems just and proper in the circumstances.

This 24th day of March, 2023.

(*Signature appears on following page*)

Respectfully submitted,

/s/ Nicole C. Leet
Michael J. Rust
Georgia Bar No. 621257
Nicole C. Leet
Georgia Bar No. 133044
Charity T. Wood
Georgia Bar No. 879378
Attorneys for Defendant Amylu Foods, LLC.

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7434 (Leet)
404-870-1042 (Wood)
404-870-1048 fax
e-mail:      mrust@grsmb.com
             nleet@grsmb.com
             cwood@grsmb.com
             jmccain@grsmb.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ELIA ANDERSON and CHARLES ANDERSON, | ) ) ) |
| Plaintiffs, | ) ) Civil Action File No.: |
| v. | ) ) ) |
| COSTCO WHOLESALE CORPORATION, BUONA VITA, INC., and AMYLU FOODS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 24th day of March, 2023.

Respectfully submitted,

/s/ Nicole C. Leet
Nicole C. Leet
Georgia Bar No. 133044
Attorney for Defendant Amylu Foods, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELIA ANDERSON and CHARLES ANDERSON, | ) ) ) |
| Plaintiffs, | ) Civil Action File No.: ) |
| v. | ) ) |
| COSTCO WHOLESALE CORPORATION, BUONA VITA, INC., and AMYLU FOODS, INC., | ) ) ) ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, copies of **NOTICE OF AND PETITION FOR REMOVAL** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

James P. Myers
Charles L. Clay, Jr.
CLAY TAULBEE MYERS
3372 Peachtree Road
Suite 115
Atlanta, Georgia 30326

Stephen M. Schatz
Lauren E. H. Meadows

Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE
Suite 800
Atlanta, Georgia 30309

George E. Duncan, Jr.
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Parkway
Suite 1400
Atlanta, Georgia 30339

This 24th day of March, 2023.

                                       /s/ Nicole C. Leet
                                       Nicole C. Leet
                                       Georgia Bar No. 133044
                                       Attorney for Defendant Amylu Foods, LLC