Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-12-907-69052 | | CASE TYPE I130 PETITION FOR ALIEN RELATIVE |
|---|---|---|
| RECEIPT DATE<br>June 1, 2012 | PRIORITY DATE | PETITIONER<br>CASTRO DIAZ, MARIELA |
| NOTICE DATE<br>May 7, 2014 | PAGE<br>1 of 1 | BENEFICIARY  A205 132 022<br>MEDEROS SANCHEZ, ENEREO |

MARIELA CASTRO DIAZ

Notice Type: Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the authorized representative. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NATIONAL BENEFITS CENTER
USCIS, DHS
P.O. BOX #648004
LEE'S SUMMIT   MO   64064
Customer Service Telephone: (800) 375-5283

