IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREEN JAMES AND KENNESHA MCALMON, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) <br> ) |
| v. | ) Case No. _____ <br> ) |
| KENDRICK-RAY CONRAD AND CRETE CARRIER CORPORATION, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## **NOTICE OF REMOVAL**

TO: The Judges of the United States District Court for the Northern District of Georgia

The Defendants, Kendrick-Ray Conrad and Crete Carrier Corporation, respectfully show the Court the following:

1.

A civil action has been brought against the Defendants in the State Court of Cobb County, State of Georgia, by the above named Plaintiffs, said action being designated as Civil Action No. 23-A-668. Said action seeks recovery of an amount in excess of $75,000.00. The conclusion that the amount in controversy in this action

is in excess of $75,000.00 is based on Plaintiffs' allegations in the Complaint that they are entitled to recover special damages in an amount in excess of $75,000.00.

2.

The Plaintiffs are now, and were at the commencement of this suit and at all times since, citizens and residents of the State of Alabama.

3.

Defendant Crete Carrier Corporation, a Nebraska corporation, is now, and was at the time of the commencement of this suit and at all times since, a corporation organized and existing under the laws of the State of Nebraska, having its principal place of business in Lincoln, Nebraska. Defendant Crete Carrier Corporation agrees and consents to the removal of this action to Federal Court.

4.

Defendant Kendrick-Ray Conrad is now, and was at the commencement of this suit and at all times since, a citizen and resident of the State of Texas. Defendant Conrad agrees and consents to the removal of this action to Federal Court.

5.

The Defendants attach hereto a copy of the Summons and Complaint (as served on the Defendants) filed in the State Court of Cobb County, Georgia marked as Exhibit "A"; a copy of Plaintiffs' First Continuing Interrogatories of Plaintiffs to

Defendant Crete Carrier Corporation marked as Exhibit "B", a copy of Plaintiffs' First Request for Production of Documents of Plaintiffs to Defendant Crete Carrier Corporation marked as Exhibit "C", Sheriff's perfected Entry of Service on Crete Carrier Corporation marked as Exhibit "D"; Constable Return of Individual showing service on Kendrick-Ray Conrad marked as Exhibit "E", and a copy of the Defendants' Answer to Plaintiffs' Complaint marked as Exhibit "F".

6.

Now, within thirty (30) days after receipt of the Summons and Complaint, Defendants file this their Notice of Removal of said action to this Court.

7.

This action is removable by reason of diversity of citizenship of the parties and the fact there is more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, the above-named Defendants Kendrick-Ray Conrad and Crete Carrier Corporation file this their Notice of Removal of said cause to this Court.

Respectfully submitted this 24th day of March, 2023.

                                                      WEBB, ZSCHUNKE, NEARY
                                                      & DIKEMAN, LLP

                                                      */s/ Marvin D. Dikeman*
                                                      MARVIN D. DIKEMAN
                                                      Georgia State Bar No. 221760
                                                      BRIAN J. MILLER
                                                      Georgia State Bar No. 211035

                                                      ***Attorneys for Defendants***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
bmiller@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF REMOVAL** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Abigail K. M. Moody, Esq.<br>
Moody Legal Counsel LLC<br>
3920 Ridge Avenue<br>
Macon, GA 31210

This 24th day of March, 2023.

                                    */s/ Marvin D. Dikeman*
                                    MARVIN D. DIKEMAN
                                    Georgia State Bar No. 221760

                                  ***Attorney for Defendants***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net