# EXHIBIT "D"

**SHERIFF'S ENTRY OF SERVICE**

| | |
|---|---|
| Civil Action No. 23-A-668 | Superior Court ☐<br>State Court ☒<br>Magistrate Court ☐<br>Probate Court ☐<br>Juvenile Court ☐ |
| Date Filed _____ | Georgia, COBB COUNTY |

ID# E-CLTQ3Z4E-KTT

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-668**
MAR 02, 2023 04:34 PM

Robin C. Bishop
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

Attorney's Address: Abigail, Moody
Moody Legal Counsel LLC
3920 Ridge Ave
Macon, GEORGIA 31210-

James, Kareen; McAlmon, Kennesha
_____
Plaintiff

VS.
Crete Carrier Corporation; Conrad, Kendrick-Ray
_____
Defendant

Name and Address of Party to be Served.
Crete Carrier Corporation
289 South Culver Street
Lawrenceville, GEORGIA 30046

_____
Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ___ years; weight ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant CRETE CARRIER CORPORATION a corporation by leaving a copy of the within action and summons with JANE RICHARDSON in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant not to be found in the jurisdiction of this court.

This 24 day of FEB, 20 23

W. COBERLY 501332
Deputy