ID# E-2XCKKQMJ-KPF
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**Constable Return of Individual**

# EXHIBIT "E"

Cause #: 23A668

Tracking #: 23-A-668

MAR 15, 2023 08:43 AM

*Robin C. Bishop, Clerk of State Court*
*Cobb County, Georgia*

In the case of JAMES, KAREEN & MCALMON, KENNESHA VS CRETE CARRIER CORPORATION CONRAD, KENDRICK-RAY a SUMMONS & COMPLAINT and attached COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL was issued by the Cobb County State Court court of COBB County, GA and came to hand on the 22 day of February, 2023 at 12:57PM to be delivered at 1122 AMBROSDEN LN, CHANNELVIEW, TX 77530 by delivering to: CONRAD, KENDRICK-RAY

(Attempted service at 1122 AMBROSDEN LN, CHANNELVIEW, TX, 77530 unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|---|---|---|---|---|---|---|
| 3/6/2023 | 11:49:00 AM | CHRISTOPHER DIAZ | 3 | SERVED | 1122 AMBROSDEN LN CHANNELVIEW TX 77530 | |
| 3/3/2023 | 1:30:00 PM | CHRISTOPHER DIAZ | 3 | NOT IN/LEFT CARD | 1122 AMBROSDEN LN CHANNELVIEW TX 77530 | |

**Service of Individual**

Executed in Harris County, Texas by delivering to each of the within name defendant by PERSONAL; a true copy of this SUMMONS & COMPLAINT together with the accompanying copy of the COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, at the following times and places:

| Name | Date | Time | Full Address of Service |
|---|---|---|---|
| CONRAD, KENDRICK-RAY | 3/6/2023 | 11:49AM | 1122 AMBROSDEN LN CHANNELVIEW TX 77530 |

Fee Due $ 0.00

by Deputy CHRISTOPHER DIAZ - 83C73
Printed
Deputy Signature

Attempts: 2
Total Attempts: 2

Sherman Eagleton, Constable Precinct #3
**Harris County Texas**
701 Baker Road
Baytown Texas 77521
713.274.2530