IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KAREEN JAMES AND KENNESHA
MCALMON,

      Plaintiffs,

v.

KENDRICK-RAY CONRAD AND
CRETE CARRIER CORPORATION,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

STATE OF GEORGIA
COUNTY OF FULTON

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, MARVIN D. DIKEMAN, first being duly sworn, deposes and states that he is of counsel for Defendants Kendrick-Ray Conrad and Crete Carrier Corporation, and the factual statements contained in the foregoing Notice of Removal are true and correct.

_____
MARVIN D. DIKEMAN
Georgia State Bar No. 221760

Sworn to and subscribed before me,
this 24th day of March, 2023.

_____
Notary Public
My Commission Expires: 06/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026