IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KAREEN JAMES AND KENNESHA MCALMON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. _____ |
| KENDRICK-RAY CONRAD AND CRETE CARRIER CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

### **AFFIDAVIT OF MARVIN D. DIKEMAN**

COMES NOW, Marvin D. Dikeman, who after being duly sworn, deposes and states as follows:

1.

I am more than eighteen (18) years of age and suffer from no legal disability. The contents of this Affidavit are based on my personal knowledge.

2.

I have been practicing law for over thirty-four (34) years in the State of Georgia. I am a partner at the law firm of Webb, Zschunke, Neary & Dikeman, LLP.

3.

I am counsel of record for Defendants Kendrick-Ray Conrad and Crete Carrier Corporation in the above-styled action. The purpose of this Affidavit is to support Defendants Kendrick-Ray Conrad and Crete Carrier Corporation's Notice of Removal.

4.

Plaintiffs assert and allege in the Complaint that they seek to recover from the Defendants in this action an amount in excess of $75,000.00.

5.

The factual representations contained in the Notice of Removal are true and correct and based on my own personal knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
MARVIN D. DIKEMAN

Sworn to and subscribed before me,
this 24th day of March, 2023.

_____
Notary Public
My Commission Expires: 06/26/2026

Lynn Renae Meadows
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires
06/26/2026

2