IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREEN JAMES AND KENNESHA MCALMON, ) ) ) Plaintiffs, ) ) v. ) KENDRICK-RAY CONRAD AND ) CRETE CARRIER CORPORATION, ) ) Defendants. ) ) | Case No. _____ |

## **JURY DEMAND**

COME NOW, Defendants Kendrick-Ray Conrad and Crete Carrier Corporation, and within the time provided by law demand a trial by jury on all issues of fact.

Respectfully submitted this 24th day of March, 2023.

                                                     WEBB, ZSCHUNKE, NEARY
                                                   & DIKEMAN, LLP

                                                   */s/ Marvin D. Dikeman*
                                                   MARVIN D. DIKEMAN
                                                   Georgia State Bar No. 221760
                                                   BRIAN J. MILLER
                                                   Georgia State Bar No. 211035

                                                   ***Attorneys for Defendants***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
bmiller@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **JURY DEMAND** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

>Abigail K. M. Moody, Esq.
>Moody Legal Counsel LLC
>3920 Ridge Avenue
>Macon, GA 31210

This 24th day of March, 2023.

>*/s/ Marvin D. Dikeman*
>MARVIN D. DIKEMAN
>Georgia State Bar No. 221760
>
>***Attorney for Defendants***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net