JS44 (Rev. 93/92 NDGA)
**CIVIL COVER SHEET**

The JS44 civil cover sheet, and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

| | |
|---|---|
| **I.  (A)  PLAINTIFF(S)**<br><br>SIMON ZERESENAY | **DEFENDANT(S)**<br><br>JOSHUA CASSIDY<br><br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____ (IN U.S. PLTF. CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(B)  COUNTY OF RESIDENT OF FIRST LISTED PLAINTIFF**<br><br>(EXCEPT IN U.S. PLAINTIFF CASES) | |
| **(C)  ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**<br><br>Manchilo Guadie<br>The Law Office of Manchilo Guadie, Inc.<br>6157 Memorial Drive<br>Stone Mountain, GA 30083<br>(202) 509-2228 | **ATTORNEYS (IF KNOWN)**<br><br>GILLIAN S. CROWL<br>SWIFT, CURRIE, MCGHEE & HIERS, LLP<br>1420 PEACHTREE STREET, N.,E.; SUITE 800<br>ATLANTA, GA. 30309<br>(404)874-8800 |

**II.  BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)          **III.  CITIZENSHIP OF PRINCIPAL PARTIES**
(PLACE A "P" OR "D" IN THE BOX FOR "P" LAINTIFF OR "DEFENDANT AS APPROPRIATE) (FOR DIVERSITY CASES ONLY)

( ) 1.  U.S. GOVERNMENT PLAINTIFF          ( ) 3  FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)          ( P ) CITIZEN OF THIS STATE          ( ) INCORPORATED OR PRINCIPLE PLACE OF BUSINESS IN THIS STATE

( ) 2  U.S. GOVERNMENT DEFENDANT          (x) 4  DIVERSITY INDICATE CITIZENSHIP OF PARTIES IN ITEM III)          (D) CITIZEN OF ANOTHER STATE          ( ) INCORPORATED AND PRINCIPLE PLACE OF BUSINESS IN ANOTHER STATE

( ) CITIZEN OR SUBJECT OF A FOREIGN COUNTRY

( ) FOREIGN NATION

**IV.  CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC §1332

**(IF COMPLEX, CHECK REASON BELOW)**

( ) 1.  Unusually large number of parties.          ( ) 2.  Unusually large number of claims or defenses.          ( ) 3.  Factual issues are exceptionally complex.

( ) 4.  Greater than normal volume of evidence.          ( ) 5.  Extended discovery period is needed.          ( ) 6.  Problems locating or preserving evidence.

( ) 7.  Pending parallel investigation or actions by government.          ( ) 8.  Multiple use of experts.

( ) 9.  Need for discovery outside United States boundaries.          ( ) 10.  Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

**V.   NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

CONTRACT - "0" MONTHS DISCOVERY TRACK
( )   150   RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGEMENT
( )   152   RECOVERY OF DEFAULTED STUDENT LOANS (EXCL. VETERANS)
( )   153   RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS

CONTRACT - "4" MONTHS DISCOVERY TRACK
( )   110   INSURANCE
( )   120   MANNE
( )   130   MILLER ACT
( )   140   NEGOTIABLE INSTRUMENT
( )   151   MEDICARE ACT
( )   160   STOCKHOLDERS' SUITS
( )   190   OTHER CONTRACT
( )   195   CONTRACT PRODUCT LIABILITY

REAL PROPERTY - "4" MONTHS DISCOVERY TRACK
( )   210   LAND CONDEMNATION
( )   220   FORECLOSURE
( )   230   RENT LEASE & EJECTMENT
( )   240   TORTS TO LAND
( )   245   TORT PRODUCT LIABILITY
( )   290   ALL OTHER REAL PROPERTY

TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK
( )   310   AIRPLANE
( )   315   AIRPLANE PRODUCT LIABILITY
( )   320   ASSAULT, LIBEL & SLANDER
( )   330   FEDERAL EMPLOYERS' LIABILITY
( )   340   MANNE
( )   345   MANNE PRODUCT LIABILITY
(X)   350   MOTOR VEHICLE
( )   355   MOTOR VEHICLE PRODUCT LIABILITY
( )   360   OTHER PERSONAL INJURY
( )   362   PERSONAL INJURY - MEDICAL MALPRACTICE
( )   365   PERSONAL INJURY - PRODUCT LIABILITY
( )   368   ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

BANKRUPTCY - "0" MONTHS DISCOVERY TRACK
( )   422   APPEAL 28 USC 158
( )   423   WITHDRAWAL 28 USC 157

CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK
( )   441   VOTING
( )   442   EMPLOYMENT
( )   443   HOUSING/ACCOMMODATIONS
( )   444   WELFARE
( )   440   OTHER CIVIL RIGHTS

PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK
( )   510   MONTHS TO VACATE SENTENCE
( )   530   HABEAS CORPUS
( )   540   MANDAMUS & OTHER

PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK
( )   535   HABEAS CORPUS DEATH PENALTY
( )   550   CIVIL RIGHTS

FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK
( )   610   AGRICULTURE
( )   620   FOOD & DRUG
( )   630   LIQUOR LAWS
( )   640   R. R. & TRUCK
( )   650   AIRLINE REGS.
( )   660   OCCUPATIONAL SAFETY/HEALTH
( )   690   OTHER

LABOR - "4" MONTHS DISCOVERY TRACK
( )   710   FAIR LABOR STANDARDS ACT
( )   720   LABOR/MGMT. RELATIONS
( )   730   LABOR/MGMT. REPORTING & DISCLOSURE ACT
( )   740   RAILWAY LABOR ACT
( )   790   OTHER LABOR LITIGATION
( )   791   EMPL. RET. INC. SECURITY ACT

SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK
( )   861   HIA (139FF)
( )   862   BLACK LUNG (923)
( )   863   DIWC (405(g))
( )   863   DIWC (405(g))
( )   864   SSID TITLE XVI
( )   865   RSI (405(g))

FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK
( )   870   TAXES (U.S. PLAINTIFF OR DEFENDANT)
( )   871   IRS - THIRD PARTY 26 USC 7609

OTHER STATUTES - "4" MONTHS DISCOVERY TRACK
( )   400   STATE REAPPORTIONMENT
( )   430   BANKS AND BANKING
( )   450   COMMERCE/ICC RATES/ETC.
( )   460   DEPORTATION
( )   470   RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
( )   810   SELECTIVE SERVICE
( )   875   CUSTOMER CHALLENGE 12 USC 3410
( )   891   AGRICULTURE ACTS
( )   892   ECONOMIC STABILIZATION ACT
( )   893   ENVIRONMENTAL MATTERS
( )   894   ENERGY ALLOCATION ACT
( )   895   FREEDOM OF INFORMATION ACT
( )   900   APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
( )   950   CONSTITUTIONALITY OF STATE STATUTES
( )   890   OTHER STATUTORY ACTIONS

OTHER STATUTES - "8" MONTHS DISCOVERY TRACK
( )   410   ANTITRUST
( )   850   SECURITIES/COMMODITIES/ EXCHANGE

TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK
( )   370   OTHER FRAUD
( )   371   TRUTH IN LENDING
( )   380   OTHER PERSONAL PROPERTY DAMAGE
( )   385   PROPERTY DAMAGE PRODUCT LIABILITY

PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK
( )   820   COPYRIGHTS
( )   840   TRADEMARK

PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK
( )   830   PATENT

PLEASE NOTE DISCOVERY PERIOD FOR EACH CASE TYPE.  SEE LOCAL RULE 225.1

**VI.   ORIGIN (PLACE AN X IN ONE BOX ONLY)**

( )   1   ORIGINAL PROCEEDING          (X)   2   REMOVED FROM STATE COURT

**VII.   REQUESTED IN COMPLAINT:**

( )   CHECK IF THIS A CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND in excess of $75,000.00
JURY DEMAND ( ) YES    ( X ) NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

**VIII.   RELATED CASE(S) IF ANY**
                    JUDGE _____          DOCKET NO. _____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)

( )  1.  PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
( )  2.  SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
( )  3.  VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
( )  4.  APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
( )  5.  REPETITIVE CASES FILED BY PRO SE LITIGANTS.
( )  6.  COMPANION OR RELATED TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASES(S)):

DATE   3/24/2023                SIGNATURE OF ATTORNEY OR RECORD   *Gillian S. Crowl-Parrish*

4892-9546-9145, v. 1