# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SIMON ZERESENAY, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO. |
| | ) | |
| JOSHUA CASSIDY, | ) | |
| | ) | On removal from the State Court of |
| Defendant. | ) | DeKalb County, Civil Action |
| | ) | File No: 23A00486 |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## CERTIFICATE OF FILING REMOVAL

I hereby certify that I am counsel for JOSHUA CASSIDY, and have this day filed a copy of the Notice of Removal with exhibits, including Notice of Filing Removal, in the State Court of Fulton County Georgia, the Court from which this action was removed.

This 24th day of March, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Gillian S. Crowl-Parrish*
        Gillian S. Crowl-Parrish
        Georgia Bar No. 654746
        ***Attorney for Defendant***

1420 Peachtree Street, NE
Suite 800
Atlanta, GA   30309
OFF:  (404) 874-8800

FAX: (404) 888-6199
Gillian.crowl@swiftcurrie.com

## **CERTIFICATION PURSUANT TO L.R. 7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendant hereby certifies that the above and foregoing submission is a computer document prepared in Times New Roman (14 point) font and in accordance with Local Rule 5.1B.

This 24th day of March, 2023.

                        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

                        By:  */s/ Gillian S. Crowl-Parrish*
                        Gillian S. Crowl-Parrish
                        Georgia Bar No. 654746
                        ***Attorney for Defendants***

1420 Peachtree Street, NE; Suite 800
Atlanta, GA  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199
Gillian.crowl@swiftcurrie.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a true and accurate copy of ***CERTIFICATE OF FILING REMOVAL*** with the Clerk of Court using the CM/ECF System. The clerk will serve opposing counsel as follows:

Manchilo Guadie
The Law Office of Manchilo Guadie, Inc.
6157 Memorial Drive
Stone Mountain, GA 30083
info@manchilolaw.com
*Attorney for Plaintiff*

This 24th day of March, 2023.

            SWIFT, CURRIE, McGHEE & HIERS, LLP

            */s/ Gillian S. Crowl-Parrish*
            Gillian S. Crowl-Parrish
            Georgia Bar No. 654746
            ***Attorneys for Defendant***

1420 Peachtree Street, NE; Suite 800
Atlanta, GA  30309
OFF:  (404) 874-8800
FAX: (404) 888-6199

4880-3573-5385, v. 1