# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IRIS BERNARD JENKINS, ) | Case No. |
| ) | |
| Plaintiff, ) | _____ |
| ) | |
| v. ) | |
| ) | Removed from State Court of |
| ) | DeKalb County, Civil Action File |
| THE KROGER COMPANY and ) | No. 23A00652 |
| JOHN DOES 1-5, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |
| ) | |

## DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this 24th day of March, 2023.

*[Signature on Following Page]*

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-7386 | Georgia Bar No. 412593 |
| Facsimile: (404) 870-1033 | Jeremy A. Freiman |
| Email: mmoffett@grsmb.com | Georgia Bar No. 786086 |
| slisle@grsmb.com | *Attorneys for Defendant The Kroger Co.* |
| jfreiman@grsmb.com | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

Nicholas Schnyder, Esq.
Dennis Sawan, Esq.
NICK SCHNYDER LAW FIRM, LLC
351 Atlanta St. SE
Marietta, GA 30060
nick@schnyderlawfirm.com
dsawan@schnyderlawfirm.com
*Counsel for Plaintiff*

Respectfully submitted, this 24th day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia Bar No. 412593 |
| Facsimile:  (404) 870-1033 | Jeremy A. Freiman |
| Email:     mmoffett@grsmb.com | Georgia Bar No. 786086 |
|           slisle@grsmb.com | *Attorneys for Defendant The Kroger* |
|           jfreiman@grsmb.com | *Co.* |