*McClure et al. v. The Kroger Co.*

*United States District Court for the Northern District of Georgia*

*Case No. _____*

# Exhibit A

This is filed in lieu of full medical records of Plaintiff due to the pending motion to file under seal. The collection of records will show the following:

### Plaintiff's Medical Expenses

| | |
|---|---:|
| Northside Hospital Forsyth | $611.50 |
| Northside Hospital Forsyth | $1,041.00 |
| Annis Family Chiropractic | $6,248.00 |
| Benchmark PT | $18,852.75 |
| Peachtree Spine Physicians | $45,222.10 |
| Cumming Diagnostic Imaging | $1,850.00 |
| Cumming Diagnostic Imaging | $1,850.00 |
| Cumming Diagnostic Imaging | $770.00 |
| Northside Radiology Assocs. | $469.00 |
| Northside Radiology Assocs. | $83.00 |
| Resurgens Ortho | $1,168.00 |
| **TOTAL** | **$78,165.35** |