## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CINDY McCLURE and ALAN McCLURE,<br>    Plaintiffs,<br>v.<br><br>THE KROGER CO.,<br>    Defendant. | Civil Action File No.<br><br>_____<br>Removed from State Court of Cobb County, Civil Action No. 23-A-642<br><br>JURY TRIAL DEMANDED |

## DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant **THE KROGER CO.**, by and through undersigned counsel, pursuant to Rule 38 of the Federal Rules of Civil Procedure, and hereby demands a trial by jury of twelve persons.

Respectfully submitted, this 24th day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road, N.E.<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-7386<br>Facsimile:   (404) 870-1033<br>Email:       mmoffett@grsmb.com<br>               slisle@grsmb.com<br>               jfreiman@grsmb.com | */s/ Sarah Raquel L. Lisle*<br>Matthew G. Moffett<br>Georgia Bar No. 515323<br>Sarah Raquel L. Lisle<br>Georgia Bar No. 412593<br>Jeremy A. Freiman<br>Georgia Bar No. 786086<br>*Attorneys for Defendant The Kroger Co.* |

CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned filed a true and correct copy of **DEFENDANT THE KROGER CO.'S DEMAND FOR TWELVE PERSON JURY** with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service through the CM/ECF system to:

J. Wickliffe Cauthorn, Esq.
THE CAUTHORN FIRM
1984 Howell Mill Road
PO Box 20059
Atlanta, GA 30325
wick@thecauthornfirm.com

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Respectfully submitted, this 24th day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia Bar No. 412593 |
| Facsimile:  (404) 870-1033 | Jeremy A. Freiman |
| Email:    mmoffett@grsmb.com | Georgia Bar No. 786086 |
|          slisle@grsmb.com | *Attorneys for Defendant The Kroger Co.* |
|          jfreiman@grsmb.com | |