# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CINDY McCLURE and ALAN McCLURE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Civil Action File No.<br><br>_____<br><br>Removed from State Court of Cobb County, Civil Action No. 23-A-642<br><br>JURY TRIAL DEMANDED |

## DEFENDANT THE KROGER CO.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COMES NOW Defendant The Kroger Co., ("Kroger") in the above-captioned case, and request that this Court grant Defendant Kroger's leave to file the following documents under seal pursuant to Rule 5.2 (d) of the Federal Rules of Civil Procedure:

1. Exhibit A to Defendant Kroger's Notice of Removal

The above-referenced documents contains confidential information regarding Plaintiff's medical treatment. None of this information is readily available to the public. However, such information is of a confidential nature to the Plaintiff.

1

WHEREFORE, Defendant respectfully requests that this Court GRANT this Motion for Leave to file the above-referenced documents under seal.

Respectfully submitted, this 23rd day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** <br> **MOFFETT & BRIESKE, L.L.P.** <br> 950 East Paces Ferry Road, N.E. <br> Suite 1700 – Salesforce Tower Atlanta <br> Atlanta, Georgia 30326 <br> Telephone:  (404) 870-7386 <br> Facsimile:   (404) 870-1033 <br> Email:        mmoffett@grsmb.com <br>                   slisle@grsmb.com <br>                   jfreiman@grsmb.com | */s/ Sarah Raquel L. Lisle* <br> Matthew G. Moffett <br> Georgia Bar No. 515323 <br> Sarah Raquel L. Lisle <br> Georgia Bar No. 412593 <br> Jeremy A. Freiman <br> Georgia Bar No. 786086 <br> *Attorneys for Defendant The Kroger Co.* |

CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH L.R. 5.1

This is to certify that on this date, the undersigned filed a true and correct copy of **DEFENDANT THE KROGER CO.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** with the Clerk of Court using the CM/ECF system and served all parties of record via electronic service to:

> J. Wickliffe Cauthorn, Esq.
> THE CAUTHORN FIRM
> 1984 Howell Mill Road
> PO Box 20059
> Atlanta, GA 30325
> wick@thecauthornfirm.com

Further, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Respectfully submitted, this 23rd day of March, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No. 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone:  (404) 870-7386 | Georgia Bar No. 412593 |
| Facsimile:  (404) 870-1033 | Jeremy A. Freiman |
| Email:      mmoffett@grsmb.com | Georgia Bar No. 786086 |
|             slisle@grsmb.com | *Attorneys for Defendant The Kroger Co.* |
|             jfreiman@grsmb.com | |