IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCUS DEVOE,<br><br>    Plaintiff,<br><br>v.<br><br>H.B. FULLER COMPANY,<br><br>    Defendant. | CAFN: _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant H.B. Fuller Company, hereby removes the above-captioned lawsuit from the State Court of Gwinnett County, Georgia, in which it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for the removal of this case, the Defendants state as follows:

1.

Plaintiff Marcus Devoe filed the underlying lawsuit against Defendant on February 27, 2023 in the State Court of Gwinnett County, Georgia.

2.

This case is removable pursuant to 28 U.S.C. § 1441(a), which provides in relevant part:

> [A]ny civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or the Defendants, to the District Court of the United States for the district and division embracing the place where the action is pending.

## DIVERSITY

3.

As such, this Court has jurisdiction over this case on the ground of diversity of citizenship of Plaintiff Marcus Devoe and Defendant H.B. Fuller Company, pursuant to 28 U.S.C. § 1332.

4.

Plaintiff resides at 501 Pine Park St., Unit A, Monroe, Walton County, Georgia 30655.

5.

Defendant H.B. Fuller Company is a foreign corporation incorporated under the laws of the State of Minnesota, with its principal place of business located at 1200 Willow Lake Boulevard, St. Paul, Minnesota, 55110. Defendant was not, at the time of the commencement of this action, nor at any time, a citizen or resident of Georgia.

6.

Thus, complete diversity of citizenship exists between Plaintiff and Defendant.

## AMOUNT IN CONTROVERSY

7.

The amount in controversy in this action is in excess of $75,000.00, exclusive of interest and costs.

## NOTICE OF REMOVAL

8.

The instant Notice of Removal is being filed within thirty (30) days of February 22, 2023, the date that Defendant's registered agent was served by process server.

9.

Promptly after the filing of this Notice of Removal, Defendant will serve notice of the filing of this removal to Plaintiff and to the Clerk of State Court of Gwinnett County, Georgia, pursuant to 24 U.S.C. § 1446(d).

## VENUE

10.

Venue properly lies with this Court in accordance with 28 U.S.C. § 1441(a).

11.

A copy of all process, pleadings, and orders served by or upon Defendant is attached to this Notice of Removal as Exhibit "A," as is required by 28 U.S.C. § 1446(a).

This 24th day of March, 2023.

                                                LEVY PRUETT CULLEN

                                                */s/ Daimon L. Carter*
                                                SUSAN J. LEVY
                                                Georgia Bar Number: 004310
                                                DAIMON L. CARTER
                                                Georgia Bar Number: 365053
                                                *Attorneys for Defendant*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com
Daimon@levypruettcullen.com

## **CERTIFICATE OF COMPLIANCE**

The foregoing ***Notice of Removal*** document is double spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 5.1.

This 24th day of March, 2023.

                                                                 LEVY PRUETT CULLEN

                                                                 */s/ Daimon L. Carter*
                                                                 SUSAN J. LEVY
                                                                 Georgia Bar Number: 004310
                                                                 DAIMON L. CARTER
                                                                 Georgia Bar Number: 365053
                                                                 *Attorneys for Defendant*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com
Daimon@levypruettcullen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing *Notice of Removal* via the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

David A. Sleppy
Matthew A. Cathey
Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA  30531
dsleppy@catheyandstrain.com
mcathey@catheyandstrain.com
*Attorneys for Plaintiff*

This 24th day of March, 2023.

LEVY PRUETT CULLEN

*/s/ Daimon L. Carter*
SUSAN J. LEVY
Georgia Bar Number: 004310
DAIMON L. CARTER
Georgia Bar Number: 365053
*Attorneys for Defendant*

LEVY PRUETT CULLEN
125 Clairemont Avenue
Two Decatur TownCenter, Suite 410
Decatur, Georgia 30030
Telephone: 404-371-8857
Facsimile: 404-371-8882
Susan@levypruettcullen.com
Daimon@levypruettcullen.com