EXHIBIT "A"

CLERK OF STATE COURT
GWINNETT COUNTY, GEORG
23-C-00853-S
2/7/2023 12:18 P
TIANA P. GARNER, CLEF

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of _____GWINNETT_____ County

| For Clerk Use Only | |
|---|---|
| | 23-C-00853-S7 |
| Date Filed _____ | Case Number _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

Devoe   Marcus

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

H.B. Fuller Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Coffee   Nicole   B.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** David. A. Sleppy   **State Bar Number** 652410   **Self-Represented** ☐

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☒☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
**Case Number**                                **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

CLERK OF STATE COUI
GWINNETT COUNTY, GEORG
**23-C-00853-S**
**2/7/2023 12:18 P**
TIANA P. GARNER, CLEF

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**Marcus Devoe**

_____

_____

_____

CIVIL ACTION
NUMBER:_____   23-C-00853-S7

PLAINTIFF

VS.

**H.B. Fuller Company, and**

**Nicole Broussard Coffee**

_____

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: H.B. Fuller Company / CT Corporation System (registered Agent)
289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046
You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

David A. Sleppy
Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA 30531

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __7th__ day of __February__, 20__23__.

Tiana P. Garner
Clerk of State Court

By_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00853-S7**

**2/7/2023 12:18 PM**
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Marcus Devoe**

PLAINTIFF

VS.

**H.B. Fuller Company, and**

**Nicole Broussard Coffee**

DEFENDANT

CIVIL ACTION
NUMBER: _____   23-C-00853-S7

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:  Nicole Broussard Coffee
         910 Greenleaf Road #49, Conyers, Rockdale County, Georgia 30013

 You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

David A. Sleppy
Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA 30531

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __7th__ day of __February__, 20__23__ .

Tiana P. Garner
Clerk of State Court

By _____
             **Deputy Clerk**

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-00853-S**
**2/7/2023 12:18 P**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

MARCUS DEVOE,                              *
                                          *
    *Plaintiff,*                           *
                                          *   CIVIL ACTION 23-C-00853-S7
vs.                                       *   FILE NO.: _____
                                          *
H.B. FULLER COMPANY,                      *
and NICOLE BROUSSARD COFFEE               *
    *Defendants.*                         *
                                          *
                                          *
                                          *
                                          *
                                          *

## COMPLAINT

COMES NOW the Plaintiff in the above-styled action and hereby shows the Court the following:

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff Marcus Devoe is a resident and citizen of Walton County, Georgia.

2.

Defendant H.B. Fuller Company ("Fuller") is a foreign limited liability company organized under the laws of Minnesota with its principal office address located at 1200 Willow Lake Blvd., St. Paul, Minnesota 55110. Defendant Fuller may be served with legal process by serving its registered agent for service of process, CT Corporation System, 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia 30046.

3.

Personal jurisdiction exists as to Defendant Fuller because it is duly authorized to transact business in Georgia, transacts business in Georgia, and maintains a registered agent in Gwinnett County, Georgia. Personal jurisdiction also exists as to Defendant Fuller because it committed a tort in Georgia, by and through its agents.

4.

Venue is proper in this Court because Defendant Fuller maintains its registered agent in Gwinnett County, Georgia.

5.

Defendant Nicole Broussard Coffee is a resident of Newton County, Georgia with a last known residence address of 910 Greenleaf Road, #49, Conyers, Rockdale County, Georgia 30013, where she may be served with legal process.

6.

This Court has personal jurisdiction over Defendant Coffee because, *inter alia*, she is a resident of Georgia and committed a tort in Georgia.

7.

Venue is proper in this Court as to Defendant Coffee because venue is proper as to a joint tortfeasor.

## **OPERATIVE FACTS**

### **Defendant Fuller and its Operation**

8.

Defendant Fuller is a major American adhesives manufacturing company supplying industrial adhesives worldwide, with over 6,000 employees as of 2020.

9.

Defendant Fuller has aggressively marketed their services assuring customers and employees that their work and systems are safe and reliable.

10.

By its own admission, "[s]afety is Defendant Fuller's number one value, because employees are our most valuable asset and nothing they do at our company is worth getting hurt for."

11.

According to Defendant Fuller, "our safety goals are simple: zero injuries, zero pollution, and zero violations."

12.

Defendant Fuller's operations necessitate the use of large and complex industrial machinery, and serious injury or death can occur if such machinery is used by untrained individuals.

13.

One such piece of machinery used by Defendant Fuller in its operation are mixers for adhesives used in the manufacture of cigarettes.

14.

These mixers have the capability of running a "clean-out" a/k/a boil out, whereby hot water is run through the mixer system in order to clean and decontaminate the machinery.

15.

These mixers also require regular changing of filters in the mixer.

16.

During the filter change process, employees are exposed to several hazards, including air, gravity, stored residual pressure, as well as chemical and water-based hazards.

17.

At all times relevant hereto, Defendant Fuller owned and operated a facility located at 12110 Harland Drive NE in Covington, Georgia, and Defendant Coffee was the plant manager at the facility.

18.

At all times relevant hereto, Defendant Coffee was the plant manager at the H.B. Fuller facility in Covington, GA and was an agent and employee of Defendant Fuller acting within the scope and course of her employment such that Defendant Fuller is vicariously liable for her tortious acts and omissions.

19.

At Defendant Fuller's Covington location, there were two mixers (Mixers 5 and 6) located in the "tobacco room".

20.

Mixers 5 and 6 are the only mixers in the facility whereby the filters are located directly next to one another, and at no time relevant hereto were there any numbers or other identifying markings delineating Mixer 5 from Mixer 6.

21.

Mixer 5 had two filters: one small filter and one large filter. Mixer 6 had only one large filter. A picture of the mixers is found below:



**<u>Lock Out Tag Out/Safety Shutdown Procedures</u>**

22.

Plaintiff reiterates and incorporates by reference all previous paragraphs.

23.

Lockout/tagout ("LOTO") is a term and energy control program used in industrial settings to safeguard all workers from the unexpected startup of machinery and equipment or the release of hazardous energy during service or maintenance.

24.

Manufacturers and their plant managers, such as Defendants, are required to establish proper LOTO and other machine safety shutdown/power off procedures to protect workers and others from serious injury and/or death.

25.

A common LOTO protocol involves moving all energy isolation devices, such as valves and switches to a "safe" position, closed, or off —then placing a physical lock or other physical warning such as a tag on the device so that it cannot be moved during service and/or maintenance.

26.

Defendants Fuller and Coffee had a duty to properly train workers on LOTO and other written safety shutdown and filter changing procedures and to have such written procedures available to all workers. Defendants negligently failed to do so as indicated by H.B. Fuller documents and OSHA citations:

**H.B. FULLER**
**SAFETY ORIENTATION**

FACILITY: _____

14. Conduct training in lockout and confined space entry procedures and electrical safely as required by the scope of the job. Indicate the extent of the training below:

     a. Lockout for authorized person     _____ or
        Lockout for affected person     _____

     b. Confined space entry procedures     _____ or
        Confined space hazards overview     _____

     c. Electrical safety for qualified person     _____ or
        Electrical safety for unqualified person     _____

15. Allow time for questions and answers.

Print Name          Signature          Date



Lockout/Tagout was not signed off on not completed.

C:\Userditonan01\Desktop\Description Paperwork    (01A - New Employee Safety Orientation Checklist

27.

Defendants had a duty to take steps to prevent the sudden release of scalding hot water from its mixing machines during filter changes.

28.

Defendants failed to have a mixer safety shutdown procedure in place, and failed to train Plaintiff in the same so as to prevent the sudden hot water release during mixer filter changes.

29.

At all relevant times, Defendant Coffee was the plant manager at Defendant Fuller's Covington location, and as part of her job responsibilities as plant manager, had a duty to ensure that 1) workers were properly trained workers on LOTO and other safety shutdown and filter changing procedures; 2) written LOTO and other safety shutdown and mixer filter changing procedures were created and available at Defendant Fuller's facility; and 3) ensuring that workers were properly trained and instructed as to these procedures so as to prevent the sudden release of scalding hot water during mixer filter changes and maintenance and Defendant Coffee negligently failed to do so.

## The Incident

30.

Plaintiff reiterates and incorporates by reference all previous paragraphs.

31.

On or about March 10, 2021, Plaintiff Marcus Devoe was working as a temporary worker at Defendant Fuller's Covington plant as an employee of Express Employment Professionals.

32.

As part of his job duties on March 10, 2023 at Defendant Fuller's facility, Plaintiff was tasked with assisting in changing the filters on the mixers in the tobacco room.

33.

At the H.B. Fuller facility the mixer filter housing for mixers 5 and 6 are similar in size, same color, same design and located adjacent to each other.

34.

The filters for mixers 5 and 6 had no identifying marks or colors to distinguish one from another.

35.

As Plaintiff was changing the filters, unbeknownst to him Mixer 6 was running a clean-out/boil out.

36.

Due to the lack of training, lack of written LOTO procedures and other safety shutdown procedures, no LOTO or shutdown/power off procedures were performed on Mixers 5 and 6 during the time Plaintiff was working on his filter changing task, which created a highly pressurized and dangerous condition in the mixer.

37.

As Plaintiff was changing the filter on Mixer 6, scalding hot water erupted from the mixer and came into contact with the front of Plaintiff's body, causing him to suffer severe and permanent injuries, including but not limited to second and third degree burns on his torso and arms.

 

38.

As a result of his injuries, Plaintiff has incurred medical bills, suffered from past, present and future mental and physical pain and suffering, has incurred and will continue to incur lost wages.

39.

Following a full investigation of Plaintiff's incident, The United States Department of Labor, Occupational Safety and Health Administration ("OSHA") issued citations and monetary fines to Defendant Fuller as a result of Defendant Fuller's lack of proper LOTO procedures an lack

of training.   Included in OSHA's findings were violations of 29 CFR 1910.147(c)(4)(i); 29 CFR

1910.147(c)(6)(i); 29 CFR 1910.147(c)(6)(i)(C); 29 CFR 1910.147(c)(6)(ii).

## LIABILITY OF DEFENDANTS

40.

Plaintiff reiterates and incorporates by reference all previous paragraphs.

41.

It is well-known, and is a legal requirement, in industrial and manufacturing settings that

proper LOTO and other safety shutdown/power off procedures and training are required in order

to maintain a safe workplace and to prevent sudden release of energy or dangerous materials.

42.

Defendants Fuller and Coffee failed to train Plaintiff on proper LOTO and machine safety

shutdown procedures protocol.

43.

Defendants failed to ever provide Plaintiff with written LOTO or other safety

shutdown/power off procedures.

44.

At all relevant times, Defendants failed to keep any written LOTO procedures or any type

of written procedures including safety shutdown procedures for changing filters so as to prevent

the sudden release of scalding hot water from mixers during filter changes.

45.

Defendant Fuller, by and through its agents, including Defendant Coffee, failed to properly

train workers on LOTO; other safety shutdown procedures and safe filter changing procedures and

failed to ensure that written LOTO and other safety shutdown procedures were created and available at Defendant Fuller's facility and otherwise negligently failed to have written procedures available for the filter changing process and failed to properly and adequately train the Plaintiff, and other workers, as to safe filter changing procedures.

46.

The negligence of Defendants described above proximately caused Plaintiff to be burned by the water in Mixer 6 and directly and proximately caused Plaintiffs' injuries and damages.

47.

During all times relevant to this Complaint, Defendant Coffee was in the course and scope of her employment and/or agency with Defendant Fuller.

48.

During all times relevant to this Complaint, Defendant Coffee was acting in the furtherance of Defendant Fuller's business.

49.

Defendant Fuller is liable under the doctrine of *respondeat superior* for the tortious acts and omissions of its agents and employees, including Defendant Coffee.

50.

Defendants are liable for at least the following tortious acts and omissions:

(a)     Failing to properly train workers on LOTO;

(b)     Failing to have written LOTO protocols;

(c)     Failing to have proper written machine shutdown/power off procedures;

(d)     Failing to properly train on changing filters in its mixers;

(e)     Failing to have written procedures for changing filters in its mixers;

Page 11 of 13

(f)     Failing to otherwise warn workers of the dangers of the subject mixer;

(g)     Failing to train workers on the operations and cleaning of the subject mixer; and

(h)     Failing to have procedures in place so as to prevent the release of scalding hot
water during mixer filter changes.

## DAMAGES CLAIMED

51.

Plaintiff reiterates and incorporates by reference all previous paragraphs.

52.

Plaintiff is entitled to recover special damages and general compensatory damages for his

permanent impairing, mental and physical pain and suffering and other damages as direct result

of Defendant's negligence.

53.

As a direct and proximate result of the negligent acts and omissions by Defendants,

Plaintiff suffered extremely severe burns over a significant portion of his body and other injuries

for which he was hospitalized at Grady Hospital Burn Unit.

54.

Plaintiff incurred significant medical expenses and host wages as a direct result of his

severe injuries.

55.

The damages claimed by Plaintiffs were proximately caused by the tortious acts and

omissions of Defendants, for which they are liable jointly and severally.

56.

Plaintiff claims the following damages, to which he is entitled to recover:

(a)   all components of the mental and physical pain and suffering, past, present, and

future, endured by Plaintiff as defined by Georgia law and to be determined by

the enlightened conscience of a fair and impartial jury;

(b)   medical expenses incurred and to be incurred as a result of the subject incident, in

such amounts as the jury deems to be the reasonable value of those services; and

(c)   past and future lost wages resulting from the subject incident.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for the following relief:

(a)   That Summons issue requiring Defendants to appear as provided by law to answer

this Complaint;

(b)   That Plaintiff has and recover all damages for all losses compensable under Georgia

law as set forth above;

(c)   That all costs be cast against Defendants;

(d)   For a trial by Jury; and

(e)   For such other and further relief as the Court shall deem just and appropriate.

This 7th day of February, 2023.

Cathey & Strain, LLC                          /s/DAVID A. SLEPPY
P.O. Box 689                                  DAVID A. SLEPPY
Cornelia, GA 30531                            Ga. State Bar No. 652410
706-778-2601 (T)                              MATTHEW A. CATHEY
706-776-2899 (F)                              Ga. State Bar No. 532981
dsleppy@catheyandstrain.com
mcathey@catheyandstrain.com

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00853-S7**

**2/28/2023 3:50 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**Marcus Devoe**

CIVIL ACTION
NUMBER: 23-C-00853-S7

PLAINTIFF

VS.

**H.B. Fuller Company, and**

**Nicole Broussard Coffee**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT: Nicole Broussard Coffee
550 Quicksilver Trail, Fort Mill, SC 29708

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

David A. Sleppy
Cathey & Strain, LLC
P.O. Box 689
Cornelia, GA 30531

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **28th** day of **February**, 20**23**.

Tiana P. Garner
Clerk of State Court

By _Nichole Norton_
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00853-S7**

**3/6/2023 11:41 AM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY,
STATE OF GEORGIA

MARCUS DEVOE,                                          CASE NO: 23-C-00853-S7

PLAINTIFF,

Vs.

H.B. FULLER COMPANY,
And NICOLE BROUSSARD COFFEE

DEFENDANTS,

### AFFIDAVIT OF SERVICE

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Donnie C. Briley, who, first being duly sworn on oath deposes and states that he is citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case.  Affiant further states that on February 22nd, 2023, at 10:09 a m, I served H.B. Fuller Company by serving Jane Richardson, who is authorized to accept for registered agent CT Corporation System at her place of business located at 289 S. Culver Street, Lawrenceville, GA 30046 with the following: SUMMONS, GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM and COMPLAINT

Jane Richardson fits the following physical description:  White female, 55-65 years old, 5'8" in height, 175-195 pounds, and blonde hair.

I declare under penalty of perjury that the foregoing is true and correct.

This 4th of March 2023                              The Process Server, LLC
Subscribed and sworn to                               Donnie C. Briley
Before me this 4th                                470 Dacula Rd., Suite 1651
Day of March 2023                                     Dacula, Georgia 30019
And notarized by me on this date.                     (404) 788-8331

Notary Public

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00853-S7**

**3/7/2023 11:00 AM**
TIANA P. GARNER, CLERK

## RETURN OF SERVICE

State of Georgia        County of Gwinnett        State Court

Case Number: 23-C-00853-S7

Plaintiff:
**MARCUS DOVE**

vs.

Defendant:
**H.B. FULLER COMPANY, AND NICOLE BROUSSARD COFFEE**

For:
CATHEY & STRAIN, LLC
P.O. BOX 689
CORNELIA, GA 30531

Received by Lightning Legal Couriers on the 28th day of February, 2023 at 4:52 pm to be served on NICOLE BROUSSARD COFFEE, 650 QUICKSILVER TRAIL, FORT MILL, SC 29708.

I, Michael Vankeuren, do hereby affirm that on the 2nd day of March, 2023 at 12:15 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the Summons, General Civil Domestic Relations Case Filing Information Form and Complaint with the date and hour of service endorsed thereon by me, to: NICOLE BROUSSARD COFFEE at the address of: 650 QUICKSILVER TRAIL, FORT MILL, SC 29708, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 55, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 180, Hair: Gray, Glasses: N

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)Under Penalties of Perjury.

**Michael Vankeuren**
Process Server

**Lightning Legal Couriers**
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2023001167

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1l

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-00853-S7**

**3/24/2023 3:25 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARCUS DEVOE, | * |
| | * |
| *Plaintiff,* | * |
| | * |  CIVIL ACTION |
| vs. | *  FILE NO.: 23-C-00853-S7 |
| | * |
| H.B. FULLER COMPANY, | * |
| and NICOLE BROUSSARD COFFEE | * |
| *Defendants.* | * |
| | * |
| | * |
| | * |
| | * |

## DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NICOLE BROUSSARD COFFEE

COMES NOW, Plaintiff in the above-styled action, by and through his attorneys of record and hereby authorizes the Clerk of this Court to **DISMISS WITHOUT PREJUDICE DEFENDANT NICOLE BROUSSARD COFFEE**.

This 24th day of March, 2023.

| | |
|---|---|
| Cathey & Strain, LLC | */s/DAVID A. SLEPPY*_____ |
| P.O. Box 689 | DAVID A. SLEPPY |
| Cornelia, GA 30531 | Ga. State Bar No. 652410 |
| 706-778-2601 (T) | MATTHEW A. CATHEY |
| 706-776-2899 (F) | Ga. State Bar No. 532981 |
| dsleppy@catheyandstrain.com | |
| mcathey@catheyandstrain.com | **ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing **DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NICOLE BROUSSARD COFFEE** and served counsel for the opposing parties in the foregoing matter with the Clerk of Court using the CM/ECF system which will send notification of such filing and by email to the following:

Susan Levy
Daimon Carter
Levy Pruett Carter
125 Clairemont Ave.
Suite 410
Decatur, GA 30030
Susan@levypruettcarter.com
Daimon@levypruettcullen.com

ATTORNEYS FOR H.B. FULLER COMPANY

Cathey & Strain, LLC                        /s/DAVID A. SLEPPY_____
P.O. Box 689                                DAVID A. SLEPPY
Cornelia, GA 30531                          Ga. State Bar No. 652410
706-778-2601 (T)                            MATTHEW A. CATHEY
706-776-2899 (F)                            Ga. State Bar No. 532981
dsleppy@catheyandstrain.com
mcathey@catheyandstrain.com

**ATTORNEYS FOR PLAINTIFF**