AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Melissa Jamerson and Abiola Adetoro | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Alejandro Mayorkas, Secretary of Deptarment of Home | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Melissa Jamerson and Abiola Adetoro                                                                    .

Date: 03/24/2023

/s/KBandoh
*Attorney's signature*

Kimberly Bandoh 142232
*Printed name and bar number*
1745 Phoenix Blvd. Ste 480
Atlanta, Georgia 30349

*Address*

kim@bandohlaw.com
*E-mail address*

(770) 997-5200
*Telephone number*

(770) 936-1966
*FAX number*