# EXHIBIT A

**Ambetter from Peach State Health Plan**
1100 Circle 75 Parkway Suite 1100
Atlanta, GA 30339

**ambetter.** FROM **peach state health plan.**

202008313306

**Electronic Service Requested**

4125 0.9555 AV 0.386        5-DIGIT

DAVID RESOS                 18
LAWRENCEVILLE, GA

1 OF 4 F
ENV 4125

**1-877-687-1180**

| | |
|---|---|
| Date: | 08/30/2020 |
| Member ID: | |
| Member Name: | DAVID RESOS |
| Patient Name: | DAVID RESOS |

# This is Not a Bill
## MEMBER EXPLANATION OF BENEFITS

**Provider of Service:** GWINNETT PATHOLOGY ASSOC     **Claim Number:**

| Line | Dates of Service | Amount Billed | Amount Allowed | Amount Excluded | Paid by Plan | Paid by Medicare | Paid by Other | Deductible | Co-pay | Co-ins | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 01/30/2020-01/30/2020 | 388.00 | 83.91 | 388.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| Service Details: 88305 | | | | | | | Provider Status:NETWORK | | | | |
| 0200 | 01/30/2020-01/30/2020 | 165.00 | 53.44 | 165.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| Service Details: 85097 | | | | | | | Provider Status:NETWORK | | | | |
| 0300 | 01/30/2020-01/30/2020 | 100.00 | 26.90 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| Service Details: 88313 | | | | | | | Provider Status:NETWORK | | | | |
| 0400 | 01/30/2020-01/30/2020 | 49.00 | 26.91 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| Service Details: 85060 | | | | | | | Provider Status:NETWORK | | | | |
| 0500 | 01/30/2020-01/30/2020 | 67.00 | 13.85 | 67.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| Service Details: 88311 | | | | | | | Provider Status:NETWORK | | | | |
| Totals | | 769.00 | 205.01 | 769.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Provider of Service:**     **Claim Number:**

| Line | Dates of Service | Amount Billed | Amount Allowed | Amount Excluded | Paid by Plan | Paid by Medicare | Paid by Other | Deductible | Co-pay | Co-ins | Remark Codes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 08/06/2020-08/06/2020 | 213.00 | 54.92 | 0.00 | 19.92 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | 91 03 |
| Service Details: 99213  OFFICE/OUTPATIENT VISIT EST | | | | | | | Provider Status:NETWORK | | | | |
| Totals | | 213.00 | 54.92 | 0.00 | 19.92 | 0.00 | 0.00 | 0.00 | 35.00 | 0.00 | |

**Remark Code Descriptions**

| | |
|---|---|
| 29 | DENIED: CLAIM WAS NOT SUBMITTED WITHIN REQUIRED TIMEFRAME |
| 03 | COPAYMENT APPLIED |
| 91 | REIMBURSEMENT OF FEE SCHEDULE AND/OR CONTRACTED RATES |