# EXHIBIT B

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

**Date Reported: Jan 01, 2023**

| | | | |
|---|---|---|---|
| **Collection Agency** | COLLECTION SERVICE OF ATHENS | **Balance Date** | Jan 01, 2023 |
| **Original Creditor Name** | GWINNETT PATHOLOGY ASSOC PC | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | May 19, 2020 | **Account Number** | xxxxx 98 |
| **Original Amount Owed** | $769 | **Creditor Classification** | Medical or Health Care |
| **Amount** | $769 | **Last Payment Date** | |
| **Status Date** | Jan 01, 2023 | **Date of First Delinquency** | |
| **Status** | UNPAID | | |

**Comments**

Consumer disputes this account information
Medical

**Contact**

COLLECTION SERVICE OF ATHENS
PO BOX 8048
ATHENS, GA  30603
1-706-549-2263