# EXHIBIT C

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "Verified as Reported", the reporting company has certifed it is reporting accurately.
- If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: The information you disputed has been updated.

Updated disputed account information. Additional account information was also updated: The information you disputed has been updated as well as other information on this item.

Disputed information accurate. Updated account information. Updated account information unrelated to the dispute: The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.

Consumer's dispute not specific. Consumer Information verified. Account information updated: Information on your report has been updated.

### The Results Of Our Reinvestigation

### Collection Agency Information   (This section includes accounts that have been placed for collection with a collection agency.)

>>> **We have researched the collection account.** Account # - *0498 *The results are:* THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE PRIOR PAYING HISTORY IS BEING REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *STATUS DATE *BALANCE DATE.   If you have additional questions about this item please contact:   **COLLECTION, Collection Srvc Of Athens, PO Box 8048, Athens, GA 30603-8048**

**COLLECTION SERVICE OF ATHENS**   Collection Srvc Of Athens PO Box 8048 Athens GA 30603-8048

| Account Number | Date Reported | Date Assigned | Creditor Class | Client Name | Original Amount |
|---|---|---|---|---|---|
| *0498 | 02/2023 | 05/2020 | Medical/Health Care | COLLECTION SERVICE OF ATHENS | $769 |

| Status Date | Status | Date of 1st Delinquency | Balance Date | Balance Amount | Last Payment Date | Whose Account |
|---|---|---|---|---|---|---|

(Continued On Next Page)
00000149-DISC



| 02/2023 | Unpaid | 01/2020 | 02/2023 | $769 | | Individual Account |

**ADDITIONAL INFORMATION:**
*Consumer Disputes This Account Information*