IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Emily Hosterman,<br><br>　　　　　Plaintiff,<br>v.<br><br>Harris & Harris, Ltd.,<br><br>　　　　　Defendant. | Civil Action No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. Plaintiffs Emily Hosterman

   b. Defendant Harris & Harris, Ltd.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. Defendant Harris & Harris, Ltd.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   a. Sergei Lemberg, Esq.

Submitted this day of March 27, 2023

                                          By: /s/ Sergei Lemberg, Esq.
                                          Attorney Bar No.: 598666
                                          Attorney for Plaintiff Emily Hosterman
                                          LEMBERG LAW, L.L.C.
                                          43 Danbury Road, 3rd Floor
                                          Wilton, CT 06897
                                          Telephone: (203) 653-2250 ext. 5500
                                          Facsimile: (203) 653-3424
                                          Email: slemberg@lemberglaw.com