UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
CO. AS SUBROGEE OF
FARHEEN MINKKINEN,

    PLAINTIFF,

V.                                      CIVIL ACTION NO:

UNITED STATES OF AMERICA,

    DEFENDANTS.

## RULE 7.1 DISCLOSURE STATEMENT

PURSUANT TO RULE 7.1, State Farm Mutual Automobile Insurance Co., Plaintiff in the above-styled civil action, by and through counsel, hereby certifies that it is a nongovernmental corporate party that is:

   x          (a) wholly owned by <u>its' policy holders</u>   ; and/or

              (b) the following publicly held corporation(s) own 10% or more of the company stock; or

              (c) there are no parent companies and/or no publicly held corporations owning 10% or more of the company stock.

                                          BOUTWELL & ASSOCIATES, LLC
                                          Attorney for Plaintiff:

                                          /s/ Keshia Townsend
                                          Candace M. Boutwell

2023014963

State Bar No. 254154
cboutwell@subrofirm.com
Keshia N. Townsend
State Bar No. 556068
k.townsend@subrofirm.com

2280 Satellite Blvd, Bldg. B
Duluth GA 30097
Phone: (678) 985-0800
Fax: (678) 985-0903

2023014963