## ATTACHMENT A

| NAME | ADDRESS | Discoverable information |
|---|---|---|
| Zachary Bulliner | 401 West Peachtree Suite 2900, Atlanta GA 30308 | Driver of Defendant's vehicle |
| Farheen Mikkinen | 12 Lantana Crossing, Dallas GA 30132 | Driver of State Farm vehicle. |
| Johnathan Douglass | 2082 Glenellen Dr NW, Kennesaw GA 30152 | Driver of other vehicle involved |
| Officer M. Tennant Badge 0771 | GSPC/Criminal Suppression | Reporting Officer |
| State Farm Representative | Contacted through Plaintiff's counsel | Plaintiff anticipates that it will call the estimator or appraiser and/or the claim representative handling this claim to testify regarding the approximate fair market values of the vehicle immediately before and after the subject collision |
|  |  |  |
|  |  |  |

All persons identified by Defendant in its Initial Disclosures and responses to Discovery who Defendant contends has some knowledge relevant to any issue contained in Plaintiff's lawsuit.

Any or all parties or individuals who have not previously been identified whose knowledge or experience may be relevant to any issue involved in this lawsuit. Such a determination will be made as discovery progresses in this lawsuit.

2023014963