## ATTACHMENT B

| Officer M. Tennant, Badge number 0771 | GSPC/Criminal Suppression | Reporting officer |
|---|---|---|
| State Farm Representative | Contacted through Plaintiff's counsel | Plaintiff anticipates that it will call the estimator or appraiser and/or the claim representative handling this claim to testify regarding the approximate fair market values of the vehicle immediately before and after the subject collision |

Plaintiff has not hired an expert witness to date, but will supplement this response if any are retained in the future.

2023014963