| AUTO | Claim Number: 11-33H8-32X | RBZ000HK |
|---|---|---|

## TOTAL LOSS SETTLEMENT TOOL SUMMARY - INSURED VEHICLE - 01

| | | |
|---|---|---|
| Valuation Source: CCC | | Not Owner Retained |
| Ok to Pay: Yes | Policy PD Limits: $0.00 | |
| Source Valuation: $6,038.00 | Damage Estimate: $6,723.75 | |
| Total Additions: $0.00 | Possible Supplements: $0.00 | |
| Total Deductions: $0.00 | Additional Costs: $0.00 | |
| ACV: $6,038.00 | ACV vs Repair Cost: 111.36% | |
| Tax Amount: $398.51 | Confirmed Total Loss: | |
| Fees: $23.00 | | |
| Type of Fee: Owned | | |
| Salvage: $811.03 | | |
| Subtotal: $6,459.51 | | |
| Comp/Negligence: $0.00(0.00%) | | |
| Deductible: $1,000.00 | | |
| Post Settlement Ded: NULL | | |
| Total: $5,459.51 | | |
| L/H Payoff: $0.00 | L/H Name: | |
| Payoff good through: | Per Diem: $0.00 | |
| Account Number: | | |
| Paid to L/H: $0.00 | | |
| Paid to Owner: $5,459.51 | | |
| Name as it is on title: ERIK LEE MINKKINEN AND FARHEEN MINKKINEN | | |
| Titling State: Georgia | | |
| Branded Title State: GA | | |
| Title Brand: Salvage (STATE FARM MUTUAL) | | |
| ACV vs Damage Estimate: 111.36% | | |
| Last Day Storage: 05-12-2022 | Last Day Rental: | |
| Mileage: 180898 | Actual Mileage: Yes | |
| Vehicle Salvage Type: SUV | NMVTIS Qualification: | |
| Stock Number: 45329942 | | |
| Comments: | | |