## PAYMENTS

AUTO                                      Claim Number: 11-33H6-32X                                  RBZ000HK

### PAYMENTS

C denotes consolidated payment
E denotes EFT payment
P previously converted payment from CAT/CMR

| Payment Number | | Issued Date | Payee | Status | Amount | Auth ID |
|---|---|---|---|---|---|---|
| 127091679K | E | 06-22-2022 | COPART INC | Paid | $152.50 | ECSAPY |
| 127025100K | E | 05-24-2022 | FARHEEN MINKKINEN | Paid | $5,459.51 | H3CF |
| | | | | Grand Total: | $5,612.01 | |

### RECOVERIES

| Check Number | | Status | Entered Date | Recovery Amount | Expense Withheld | Type of Recovery |
|---|---|---|---|---|---|---|
| EFT0914980 | E | Posted | 06-23-2022 | $1,500.00 | $0.00 | Salvage |