

**For Customer Support refer to the appropriate platform below:**

**Police Records Retrieval**
800-934-9698
PoliceRecords.support@lexisnexisrisk.com

**Accurint for Insurance**
866-277-8407
Accurint.support@lexisnexisrisk.com

PAGE COUNT: 5

CLIENT: 6625
DIVISION:
ADJUSTER: FXBR
CLAIM: 1133H832X

TRANSACTION #: 1739720623
DATE: 05/03/2022

DATE OF LOSS: 04/27/2022    TIME OF LOSS: 0:0:0
STREET: HIGHWAY 75 S TOLLWAY
CITY: MARIETTA
COUNTY: COBB
STATE: GA

INVESTIGATING AGENCY: GA TROOP POST 00
REPORT NUMBER: C000822037
REPORT TYPE: AUTOACCIDENT
PARTY1: FARHEEN MINKKINEN
PARTY2:
PARTY3:

CAR: EDGE   MAKE: FORD   YEAR: 2010
TAG:

ADDITIONAL INFO:

NOTE:

THANK YOU FOR YOUR ORDER!

# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC Number | County | Date Rec. by GDOT |
|---|---|---|---|
| C000822037-01 | GAGSP0000 | COBB | |

| Estimated Crash | | Dispatch | | Arrival | | Total Number of | | | Inside City Of |
|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | Date | Time | Vehicles | Injuries | Fatalities | |
| 04/27/22 | 09:15 | 04/27/22 | 09:22 | 04/27/22 | 09:22 | 3 | 0 | 0 | |

Road of Occurrence: INTERSTATE 75 REVERSIBLE TOLL LANES
At Its Intersection With: ___
☐ Corrected Report

Not At Its Intersection But: 0.6   ☒ Miles ☐ Feet   ☐ North ☒ South   ☐ East ☐ West   Of TERRELL MILL ROAD
☐ Sup To Original

Latitude (Y): 33.9055651772912   Longitude (X): -84.4761349069309
☐ Hit And Run?

## Unit #1
- ☒ Driver ☐ Ped ☐ Bike
- ☒ Susp At Fault
- LAST NAME: BULLINER   FIRST: Z.   MIDDLE: W.
- Address: 401 WEST PEACHTREE STREET SUITE 2900
- City: ATLANTA   State: GA   Zip: 30308   DOB: 07/24/1973
- Driver's License No.: 061045445   Class: C   State: GA   Country: UNITED STATES
- Insurance Co.: SELF INSURED   Policy No.: SELF INSURED   Telephone No.:
- Year: 2019   Make: GMC   Model: TERRAIN
- VIN: 3GKALMEV1KL171566   Vehicle Color: GRY
- Tag #: RKE0249   State: GA   County: TURNER   Year: 2022
- Trailer Tag #:
- ☐ Same as Driver   Owner's Last Name: US SECRET SERVICE
- Address: 401 WEST PEACHTREE STREET NW
- City: ATLANTA   State: GA   Zip: 30308
- Removed By: ATOW WRECKER   ☒ Request List
- Alco Test: 2   Drug Test: 2
- First Harmful Event: 11   Most Harmful Event: 11   Operator/Ped Cond: 1
- Operator Contributing Factors: 3, 1, 1, 1
- Vehicle Contributing Factors: 1   Roadway Contributing Factors: 1
- Direction of Travel: 2   Vehicle Maneuver: 5   Non-Motor Maneuver:
- Vehicle Class: 5   Vehicle Type: 11   Vision Obscured: 7
- Number of Occupants: 1   Area of Initial Contact: 12   Damage to Veh: 4
- Traffic-Way Flow: 4   Road Comp: 1   Road Character: 2
- Number of Lanes: 2   Posted Speed: 55   Work Zone: 0
- Traffic Control: 7   Device Inoperative: ☐ Yes ☒ No
- Citation #: W93E59874   O.C.G.A. §

## Unit #2
- ☒ Driver ☐ Ped ☐ Bike
- ☐ Susp At Fault
- LAST NAME: MINKKINEN   FIRST: FARHEEN   MIDDLE:
- Address: 12 LANTANA XING
- City: DALLAS   State: GA   Zip: 30132-0500   DOB: 11/18/1972
- Driver's License No.: 048233903   Class: C   State: GA   Country: UNITED STATES
- Insurance Co.: STATEFARM   Policy No.: 890 8481 C21 11   Telephone No.:
- Year: 2010   Make: FORD   Model: EDGE
- VIN: 2FMDK3JCXABB76118   Vehicle Color: SIL
- Tag #: BPB0309   State: GA   County: PAULDING   Year: 2022
- Trailer Tag #:
- ☐ Same as Driver   Owner's Last Name: MINKKINEN   First: ERIK   Middle: LEE
- Address: 12 LANTANA XING
- City: DALLAS   State: GA   Zip: 30132-0500
- Removed By: DRIVER/DRIVEN   ☐ Request List
- Alco Test: 2   Drug Test: 2
- First Harmful Event: 11   Most Harmful Event: 11   Operator/Ped Cond: 1
- Operator Contributing Factors: 1, 1, 1, 1
- Vehicle Contributing Factors: 1   Roadway Contributing Factors: 1
- Direction of Travel: 2   Vehicle Maneuver: 4   Non-Motor Maneuver:
- Vehicle Class: 1   Vehicle Type: 11   Vision Obscured: 1
- Number of Occupants: 1   Area of Initial Contact: 6   Damage to Veh: 3
- Traffic-Way Flow: 4   Road Comp: 1   Road Character: 2
- Number of Lanes: 2   Posted Speed: 55   Work Zone: 0
- Traffic Control: 7   Device Inoperative: ☐ Yes ☒ No
- Citation #: ___   O.C.G.A. §

## COMMERCIAL MOTOR VEHICLES ONLY

| | Unit 1 | Unit 2 |
|---|---|---|
| Carrier Name | | |
| Address / City / State / Zip | | |
| U.S. D.O.T. # | | |
| No. of Axles | | |
| G.V.W.R. | | |
| Cargo Body Type | | |
| Vehicle Config. | | |
| Interstate / Intrastate | ☐ / ☐ | ☐ / ☐ |
| Fed. Reportable | ☐ Yes ☐ No | ☐ Yes ☐ No |
| C.D.L.? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| C.D.L. Suspended? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Vehicle Placarded? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Hazardous Materials? | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Haz Mat Released? | ☐ Yes ☐ No | ☐ Yes ☐ No |

If YES: Name or four Digit Number from Diamond or Box: ___
One Digit Number from Bottom of Diamond: ___

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units     ☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

| Unit # | ☒ Driver ☐ Ped ☐ Bike | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|---|
| 3 | | DOUGLASS | JONATHAN | DAVID |
| ☐ Susp At Fault | | Address: 2082 GLENELLEN DR NW | | |

| City | State | Zip | DOB |
|---|---|---|---|
| KENNESAW | GA | 30152-7308 | 05/10/1989 |

| Driver's License No. | Class | State | Country |
|---|---|---|---|
| 051809989 | C | GA | UNITED STATES |

| Insurance Co. | Policy No. | Telephone No. |
|---|---|---|
| FARMERS | 191 675 297 | |

| Year | Make | Model |
|---|---|---|
| 2014 | HONDA | PILOT |

| VIN | Vehicle Color |
|---|---|
| 5FNYF3H58EB017673 | BLU |

| Tag # | State | County | Year |
|---|---|---|---|
| CNW6231 | GA | COBB | 2022 |

| Trailer Tag # | State | County | Year |
|---|---|---|---|
| | | | |

| ☒ Same as Driver | Owner's Last Name | First | Middle |
|---|---|---|---|
| | DOUGLASS | JONATHAN | DAVID |

Address: 2082 GLENELLEN DR NW

| City | State | Zip |
|---|---|---|
| KENNESAW | GA | 30152-7308 |

Removed By: DRIVER/DRIVEN      ☐ Request List

| Alco Test: 2 | Type: | Results: | Drug Test: 2 | Type: | Results: |
|---|---|---|---|---|---|

| First Harmful Event: 11 | Most Harmful Event: 11 | Operator/Ped Cond: 1 |
|---|---|---|

Operator Contributing Factors:  1    1    1    1

| Vehicle Contributing Factors: 1 | Roadway Contributing Factors: 1 |
|---|---|

| Direction of Travel: 2 | Vehicle Maneuver: 4 | Non-Motor Maneuver: |
|---|---|---|
| Vehicle Class: 1 | Vehicle Type: 11 | Vision Obscured: 1 |
| Number of Occupants: 1 | Area of Initial Contact: 6 | Damage to Veh: 2 |
| Traffic-Way Flow: 4 | Road Comp: 1 | Road Character: 2 |
| Number of Lanes: 2 | Posted Speed: 55 | Work Zone: 0 |

Traffic Control: 7           Device Inoperative: ☐ Yes  ☒ No

Citation Information:
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____
Citation # _____ O.C.G.A. § _____

**COMMERCIAL MOTOR VEHICLES ONLY**

Carrier Name:

| Address | City | State | Zip |
|---|---|---|---|

| U.S. D.O.T. # | No. of Axles | G.V.W.R. |
|---|---|---|

| Cargo Body Type | Vehicle Config. | ☐ Interstate ☐ Intrastate | Fed. Reportable ☐ Yes ☐ No |
|---|---|---|---|

C.D.L.?   ☐ Yes ☐ No     C.D.L. Suspended?   ☐ Yes ☐ No

Vehicle Placarded? ☐ Yes ☐ No     Hazardous Materials? ☐ Yes ☐ No

Haz Mat Released? ☐ Yes ☐ No

If YES:   Name or four Digit Number from Diamond or Box: _____
One Digit Number from Bottom of Diamond: _____

☐ Ran Off Road ☐ Down Hill Runaway ☐ Cargo Loss or Shift ☐ Separation of Units

GDOT-523 (07/17)

## COLLISION FIELDS

| Manner of Collision: | 3 | Location at Area of Impact: | 1 | Weather: | 1 | Surface Condition: | 1 | Light Condition: | 1 |

## NARRATIVE

Vehicles #1, #2, and #3 were traveling south on the Interstate 75 reversible toll lanes. All three vehicles were in the right lane. Vehicle #1 was the rear vehicle, vehicle #2 was the middle vehicle, and vehicle #3 was the front vehicle.

Vehicles #2 and #3 had come to a controlled stop due to stopped traffic. Driver #1 stated that he glanced down and when he looked back up, he saw traffic in front of him was stopped. Driver #1 was unable to avoid a collision.

The front of vehicle #1 struck the rear of vehicle #2. The force of the impact from vehicle #1 forced vehicle #2 forward, causing the front of vehicle #2 to strike the rear of vehicle #3.

Both areas of impact was in the right lane and was determined by debris in the roadway, damage to the vehicles involved, and the statements from all drivers involved. All three vehicles came to rest facing southbound.

Note: This investigation was audio/video recorded on the dash camera in car #1541.

## DIAGRAM

INDICATE NORTH

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle          Owner

## WITNESS INFORMATION

Name (Last, First)   Address   City   State   Zip Code   Telephone Number

## OCCUPANT INFORMATION

**1**
Name (Last, First): BULLINER, Z.   Address: 401 WEST PEACHTREE STREET SUITE 2900 ATLANTA, GA 3030
Age: 48 | Sex: M | Unit #: 1 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 5 | Injury: 0 | Taken for Treatment: 2
Injury Taken To:   By:   EMS Notified Time:   EMS Arrival Time:   Hospital Arrival Time:

**2**
Name (Last, First): MINKKINEN, FARHEEN   Address: 12 LANTANA XING DALLAS, GA 30132-0500
Age: 49 | Sex: F | Unit #: 2 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injury Taken To:   By:   EMS Notified Time:   EMS Arrival Time:   Hospital Arrival Time:

**3**
Name (Last, First): DOUGLASS, JONATHAN   Address: 2082 GLENELLEN DR NW KENNESAW, GA 30152-7308
Age: 32 | Sex: M | Unit #: 3 | Position: 1 | Safety Eq: 3 | Ejected: 1 | Extricated: 2 | Air Bag: 2 | Injury: 0 | Taken for Treatment: 2
Injury Taken To:   By:   EMS Notified Time:   EMS Arrival Time:   Hospital Arrival Time:

## ADMINISTRATIVE

Photos Taken: [ ] Yes  [X] No   By: NONE TAKEN

Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404)635-2963.

Report By: M. TENNANT #0771   Agency: GSPC\CRIMINAL SUPPRESSION 04/27/22   Report Date:   Checked By: YOUNGBLOOD, R. #0122   Date Checked: 05/02/22

ADDITIONAL or FULL PAGE DIAGRAM



I-75 REVERSIBLE TOLL LANES

A.O.I. #1
A.O.I. #2

Not To Scale

= Concrete Barrier Wall

| Crash Number | Reporting Agency | Reporting Agency Case Number | Reporting Agency CAD Number |
|---|---|---|---|
| C000822037 | GEORGIA DEPARTMENT OF PUBLIC SAFETY | | |

*Please keep this paper! It contains all pertinent information you need to request a copy of your crash report.*

# GEORGIA STATE PATROL

Your crash (accident) has been investigated by:

**TFC2 M. TENNANT (0771)**

Your crash report number is:

**C000822037** — CASE #

### EXPECTED COMPLETION TIME
Your crash report may be completed within 3-5 business days, depending upon complexity.

### OBTAIN A COPY ONLINE AT
### gadps-eports.net

Retrieve your crash report quickly and simply!
The Department of Public Safety ("DPS") offers the Efficient Purchase of Records Transfer System (EPORTS), a secure, user-friendly, online site to request, receive, and pay for your report!

### EPORTS is accessible online 24/7, by cellphone or computer!
If your crash report is complete, you will receive an electronic copy within 3 business days,
M-F, 8:00 a.m. - 4:30 p.m., excluding state holidays and public emergencies.
With EPORTS, the report will remain available for you to print or download for up to 3 years!

### COSTS
DPS charges a fee of $5.00 for each crash report.

To request a copy of your crash report by email or U.S. Mail instead of via EPORTS,
please complete the fillable Open Records Request Form located on the DPS website
https://dps.georgia.gov/ask-us/how-do-i-submit-open-records-request
and submit it to openrecords@gsp.net, or print it for mailing. Please send payment for requests
made via email or U.S. Mail by noting any assigned reference number, and sending a check or money order in
the amount of $5.00 to:

Georgia Department of Public Safety
Attention: Open Records Unit Manager
P.O. Box 1456
Atlanta, GA 30371

If you are interested in a career with the Georgia Department of Public Safety, please visit our website at
**dps.georgia.gov/careers**

## STATE OF GEORGIA TRAFFIC CRASH

Georgia State Patrol
Georgia Department of Public Safety
P.O. Box 1456
Atlanta, Georgia 30371-1456

**DRIVER EXCHANGE**

| Crash Number | Reporting Agency | Reporting Agency Case Number | Reporting Agency CAD Number |
|---|---|---|---|
| C000822037 | GEORGIA DEPARTMENT OF PUBLIC SAFETY | | |

### CRASH IDENTIFIERS

| County of Crash | City or Place of Crash | City Limits | Crash Date/Time | Reported Date/Time |
|---|---|---|---|---|

Roadway Description for Location of Occurrence:

### VEHICLE

| V01 | Year | Make | Model | Color | State | License Number | Registration Expires | Permanent Registration | VIN |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | GMC | TERRAIN | GRY | GA | RKE0249 | 11/30/2022 | ☐ | 3GKALMEV1KL171566 |

| Owner First Name | Owner Middle Name | Owner Last Name | Owner Suffix | Owner Business (if not Person) |
|---|---|---|---|---|
| | | | | US SECRET SERVICE |

| Address | Address Other | City | State | Zip Code |
|---|---|---|---|---|
| 401 WEST PEACHTREE STREET NW | | ATLANTA | GA | 30308 |

| Owner Phone Number | Owner Phone Number (other) | Insurance Company | Insurance Policy Number |
|---|---|---|---|
| | | SELF INSURED | SELF INSURED |

### VEHICLE

| V02 | Year | Make | Model | Color | State | License Number | Registration Expires | Permanent Registration | VIN |
|---|---|---|---|---|---|---|---|---|---|
| | 2010 | FORD | EDGE | SIL | GA | BPB0309 | 11/29/2022 | ☐ | 2FMDK3JCXABB76118 |

| Owner First Name | Owner Middle Name | Owner Last Name | Owner Suffix | Owner Business (if not Person) |
|---|---|---|---|---|
| ERIK | LEE | MINKKINEN | | |

| Address | Address Other | City | State | Zip Code |
|---|---|---|---|---|
| 12 LANTANA XING | | DALLAS | GA | 30132-0500 |

| Owner Phone Number | Owner Phone Number (other) | Insurance Company | Insurance Policy Number |
|---|---|---|---|
| | | STATEFARM | 890 8481 C21 11 |

### VEHICLE

| V03 | Year | Make | Model | Color | State | License Number | Registration Expires | Permanent Registration | VIN |
|---|---|---|---|---|---|---|---|---|---|
| | 2014 | HONDA | PILOT | BLU | GA | CNW6231 | 5/11/2022 | ☐ | 5FNYF3H58EB017673 |

| Owner First Name | Owner Middle Name | Owner Last Name | Owner Suffix | Owner Business (if not Person) |
|---|---|---|---|---|
| JONATHAN | DAVID | DOUGLASS | | |

| Address | Address Other | City | State | Zip Code |
|---|---|---|---|---|
| 2082 GLENELLEN DR NW | | KENNESAW | GA | 30152-7308 |

| Owner Phone Number | Owner Phone Number (other) | Insurance Company | Insurance Policy Number |
|---|---|---|---|
| | | FARMERS | 191 675 297 |

### REPORTING OFFICER

| ID Number | Rank | Name | Troop / Post | Officer Agency | Post Phone Number |
|---|---|---|---|---|---|
| 0771 | TFC2 | M. TENNANT | GSPC\CRIMINAL SUPPRESSION UN | GEORGIA DEPARTMENT OF PUBLIC SAF | 404-624-7000 |