# ATTACHMENT D

DAMAGES:

| | |
|---|---:|
| ACV: | $6,459.51 |
| Salvage Rec.: | 1,500.00 |
| Difference: | 4,959.51 |
| Other: | 152.50 |
| TOTAL: | **$5,112.01** |

| | |
|---|---|
| CCC ONE MVR | Attached |
| COPART Receipt | Attached |
| Photographs of insured damaged vehicle | Attached |
| Total Loss Settlement Tool | Attached |
| Payment log | Attached |

2023014963