**MARKET VALUATION REPORT**

*Prepared for STATE FARM INSURANCE COMPANIES*

 REPORT SUMMARY

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

 **CLAIM INFORMATION**

| | |
|---|---|
| Owner | Minkkinen, Farheen |
| | 12 Lantana Xing |
| | Dallas, GA 30132-0500 |
| Loss Vehicle | 2010 Ford Edge SEL FWD |
| Loss Incident Date | 04/27/2022 |
| Claim Reported | 05/09/2022 |

Loss vehicle has 19% greater than average mileage of 152,300.

**INSURANCE INFORMATION**

| | |
|---|---|
| Report Reference Number | 107135030 |
| Claim Reference | 11-33H8-32X01 |
| Claim Rep | Initiated Repair Facility |
| Appraiser | Milde, Michelle |
| Odometer | 180,898 |
| Last Updated | 05/09/2022 11:00 AM |

BASE VEHICLE VALUE

This is derived per our Valuation methodology described on the next page.

ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

**VALUATION SUMMARY**

| | |
|---|---|
| **Base Vehicle Value** | **$ 5,736.00** |
| Condition Adjustment | + $ 302.00 |
| **Adjusted Vehicle Value** | **$ 6,038.00** |
| Vehicular Tax (6.6%) | + $ 398.51 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Value before Deductible** | **$ 6,436.51** |
| Deductible* | - $ 1,000.00 |
| **Total** | **$ 5,436.51** |

Adjustments indicated with an Asterisk (*) have been determined by STATE FARM INSURANCE COMPANIES and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

Inside the Report

Valuation Methodology..........................2
Vehicle Information..............................3
Vehicle Condition................................6
Comparable Vehicles............................8
Valuation Notes.................................10
Supplemental Information....................11

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# CCC ONE   MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## VALUATION METHODOLOGY

**How was the valuation determined?**



### CLAIM INSPECTION

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.



### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# CCC ONE MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01



## VEHICLE INFORMATION

### VEHICLE DETAILS

| | |
|---|---|
| Location | DALLAS, GA 30132-0500 |
| VIN | 2FMDK3JCXABB76118 |
| Year | 2010 |
| Make | Ford |
| Model | Edge |
| Trim | SEL |
| Body Style | FWD |
| Body Type | Sports Utility |
| Engine - | |
|   Cylinders | 6 |
|   Displacement | 3.5L |
|   Fuel Type | Gasoline |
|   Carburation | SMPI |
| Transmission | Automatic Transmission |
| Curb Weight | 4078 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

### VEHICLE HISTORY SUMMARY

| | |
|---|---|
| Experian AutoCheck | No Title Problem Found |
| National Highway Traffic Safety Administration | 5 Recalls |

# CCC ONE  MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Odometer | 180,898 | |
| Transmission | Automatic Transmission | ✓ |
| Power | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Trunk/Liftgate | ▫ |
| | Power Adjustable Pedals | ▫ |
| Decor/Convenience | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Dual Air Conditioning | ▫ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| Seating | Bucket Seats | ✓ |
| | Leather Seats | ▫ |
| Radio | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Satellite Radio | ✓ |
| | CD Changer/Stacker | ✓ |
| Wheels | Aluminum/Alloy Wheels | ✓ |

To the left is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

▫ **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE. MARKET VALUATION REPORT** | Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

# VEHICLE INFORMATION

**VEHICLE EQUIPMENT**

| | | |
|---|---|---|
| Safety/Brakes | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Parking Sensors | ✓ |
| | Hands Free | ▫ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| Exterior/Paint/Glass | Dual Mirrors | ✓ |
| | Privacy Glass | ✓ |
| | Fog Lamps | ✓ |
| | Luggage/Roof Rack | ▫ |
| | Rear Spoiler | ✓ |
| | Rear Window Wiper | ✓ |
| | Clearcoat Paint | ▫ |
| | Metallic Paint | ▫ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.



# CCC ONE MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## VEHICLE CONDITION

### COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | DEALER RETAIL | Guideline: Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 119 |
| Carpets | DEALER RETAIL | Guideline: Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 67 |
| Dashboard | AVERAGE PRIVATE | Guideline: Significant scratches and/or gouges. Components damaged and/or cracked. Significant wear. | $ 0 |
| Headliner | DEALER RETAIL | Guideline: Clean. No significant holes and/or burn marks. No significant scuffing. | $ 36 |
| **EXTERIOR** | | | |
| Sheet Metal | DEALER RETAIL | Guideline: Few dings. No rust. All panels intact and properly aligned. | $ 80 |
| Trim | AVERAGE PRIVATE | Guideline: Minimal damage to components. Few dents and/or numerous dings. | $ 0 |
| Paint | AVERAGE PRIVATE | Guideline: Few small deep chips and/or scratches. No significant peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Glass | AVERAGE PRIVATE | Guideline: Light surface scratches and/or pitting. Few chips. | $ 0 |
| **MECHANICAL** | | | |
| Engine | AVERAGE PRIVATE | Guideline: Few small leaks. Belts and hoses firm, show minimal wear. Significant dirt and grease in engine compartment. | $ 0 |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

 **CCC ONE** MARKET VALUATION REPORT | Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| Transmission | AVERAGE PRIVATE | Guideline: Fluid slightly discolored. A few areas of seepage. | $ 0 |
| **TIRES** | | | |
| Front Tires | AVERAGE PRIVATE | Guideline: 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| Rear Tires | AVERAGE PRIVATE | Guideline: 41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| **Total Condition Adjustments** | | | |

 **CCCONE  MARKET VALUATION REPORT** | Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Odometer | 180,898 | 172,293 | 237,276 |
| Automatic Transmission | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ |
| Power Trunk/Liftgate | ✓ | ✗ | ✗ |
| Power Adjustable Pedals | ✓ | ✗ | ✗ |
| Air Conditioning | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ |
| Dual Air Conditioning | ✓ | ✗ | ✗ |
| Tilt Wheel | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ |
| Cloth Seats | ✗ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✗ | ✗ |
| AM Radio | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ |
| CD Player | ✗ | ✓ | ✗ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ |
| CD Changer/Stacker | ✓ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ |

**Comp 1**    Updated Date: 05/05/2022
2010 Ford Edge Sel Fwd 6 3.5l
Gasoline Smpl
VIN 2FMDK3JC0ABA16197
Dealership Paulding Auto Sales
Telephone (770) 445-4781
Source Dealer Ad
Distance from Dallas, GA
0 Miles - Dallas, GA

**Comp 2**    Updated Date: 04/28/2022
2010 Ford Edge Sel Fwd 6 3.5l
Gasoline Smpl
VIN 2FMDK3JC6ABB44380
Dealership Jj Auto Sales & Public Car Auction
Telephone (770) 681-0882
Source Dealer Ad
Distance from Dallas, GA
41 Miles - Jonesboro, GA

Comparable vehicles used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

List Price is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

Distance is based upon a straight line between loss and comparable vehicle locations.

¹The Condition Adjustment sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

## CCC ONE  MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01


### COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Parking Sensors | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✗ | ✗ |
| Alarm | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ |
| Privacy Glass | ✓ | ✓ | ✓ |
| Fog Lamps | ✓ | ✓ | ✓ |
| Luggage/Roof Rack | ✓ | ✗ | ✗ |
| Rear Spoiler | ✓ | ✓ | ✓ |
| Rear Window Wiper | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✗ | ✗ |
| Metallic Paint | ✓ | ✗ | ✗ |
| | | | |
| **List Price** | | $ 5,995 | $ 6,000 |
| **Adjustments:** | | | |
| Options | | + $ 619 | + $ 673 |
| Mileage | | - $ 238 | + $ 578 |
| Condition[1] | | - $ 1,065 | - $ 1,065 |
| **Adjusted Comparable Value** | | $ 5,311 | $ 6,186 |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

#  MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Georgia Administrative Code 120-2-52-.06.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **CCC ONE MARKET VALUATION REPORT**  | Owner: Minkkinen, Farheen
| Claim: 11-33H8-32X01

## SUPPLEMENTAL INFORMATION

### EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

CCC provides STATE FARM INSURANCE COMPANIES information reported by Experian regarding the **2010 Ford Edge (2FMDK3JCXABB76118)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**
✓ No Event Found
⊙ Event Found
▤ Information Needed

| TITLE CHECK | RESULTS FOUND |
|---|---|
| Abandoned | ✓ No Abandoned Record Found |
| Damaged | ✓ No Damaged Record Found |
| Fire Damage | ✓ No Fire Damage Record Found |
| Grey Market | ✓ No Grey Market Record Found |
| Hail Damage | ✓ No Hail Damage Record Found |
| Insurance Loss | ✓ No Insurance Loss Record Found |
| Junk | ✓ No Junk Record Found |
| Rebuilt | ✓ No Rebuilt Record Found |
| Salvage | ✓ No Salvage Record Found |

**TITLE CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

| EVENT CHECK | RESULTS FOUND |
|---|---|
| NHTSA Crash Test Vehicle | ✓ No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ No Frame Damage Record Found |
| Major Damage Incident | ✓ No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ No Odometer Problem Record Found |
| Recycled | ✓ No Recycled Record Found |
| Water Damage | ✓ No Water Damage Record Found |
| Salvage Auction | ✓ No Salvage Auction Record Found |

**EVENT CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

| VEHICLE INFORMATION | RESULTS FOUND |
|---|---|
| Accident | ▤ Accident Record Found |
| Corrected Title | ✓ No Corrected Title Record Found |
| Driver Education | ✓ No Driver Education Record Found |
| Fire Damage Incident | ✓ No Fire Damage Incident Record Found |
| Lease | ✓ No Lease Record Found |
| Lien | ✓ No Lien Record Found |
| Livery Use | ✓ No Livery Use Record Found |
| Government Use | ✓ No Government Use Record Found |
| Police Use | ✓ No Police Use Record Found |
| Fleet | ✓ No Fleet Record Found |
| Rental | ✓ No Rental Record Found |
| Fleet and/or Rental | ✓ No Fleet and/or Rental Record Found |
| Repossessed | ✓ No Repossessed Record Found |
| Taxi use | ✓ No Taxi use Record Found |
| Theft | ✓ No Theft Record Found |
| Fleet and/or Lease | ✓ No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ No Duplicate Title Record Found |

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

# CCC ONE MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## SUPPLEMENTAL INFORMATION

### FULL HISTORY REPORT RUN DATE: 05/09/2022

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 06/14/2010 | TN | | Independent Source | VEHICLE MANUFACTURED AND SHIPPED TO DEALER |
| 06/21/2010 | TN | | Independent Source | VEHICLE MANUFACTURED AND SHIPPED TO DEALER |
| 06/21/2010 | | | Independent Source | VEHICLE MANUFACTURED AND SHIPPED TO DEALER |
| 09/28/2010 | DALLAS, GA | 161 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 10/05/2010 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/24/2010 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/23/2011 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/25/2011 | DALLAS, GA | | Motor Vehicle Dept. | TITLE |
| 12/09/2011 | DALLAS, GA | | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/21/2012 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/20/2013 | ACWORTH, GA | 44519 | Independent Emission Source | PASSED EMISSION INSPECTION |
| 11/22/2013 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/24/2014 | GA | | Independent Emission Source | PASSED EMISSION INSPECTION |
| 11/25/2014 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/21/2015 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 11/24/2015 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/25/2016 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 11/28/2016 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 02/13/2017 | GA | | State Agency | LEFT REAR IMPACT REPORTED |
| 02/13/2017 | GA | | State Agency | SLIGHT DAMAGE REPORTED |

# CCC ONE MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 11/10/2017 | KENNESAW, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/10/2017 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 11/10/2018 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 11/20/2018 | KENNESAW, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/20/2019 | | 151433 | Independent Repair Center | LUBE, OIL AND/OR FILTER CHANGED |
| 11/25/2019 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 11/27/2019 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/25/2020 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/25/2020 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 03/25/2021 | | | Manufacturer | MANUFACTURER RECALL |
| 11/12/2021 | DALLAS, GA | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/12/2021 | GA | | Motor Vehicle Dept. | PASSED EMISSION INSPECTION |
| 04/27/2022 | GA | | Police Report | ACCIDENT REPORTED |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

**CCC ONE  MARKET VALUATION REPORT** | Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## SUPPLEMENTAL INFORMATION

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

# CCC ONE  MARKET VALUATION REPORT

## SUPPLEMENTAL INFORMATION

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

 **NHTSA VEHICLE RECALL**

The National Highway Traffic Safety Administration has issued 5 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 16V384000
**Mfg's Report Date :** MAY 31, 2016
**Component :** AIR BAGS
**Potential Number Of Units Affected :** 1,896,443

**Summary :** Ford Motor Company (Ford) is recalling certain model year 2007-2011 Ford Ranger vehicles, 2006-2011 Ford Fusion, Mercury Milan and Lincoln Zephyr/MKZ vehicles, 2007-2010 Ford Edge, Lincoln MKX vehicles, 2005-2006 Ford GT vehicles, and 2005-2011 Ford Mustang vehicles originally sold, or ever registered, in Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands, or "Zone A." Additionally, unless included in "Zone A" above, Ford is recalling certain model year 2007-2008 Ford Ranger, Edge and Lincoln MKX vehicles, 2006-2008 Ford Fusion, Mercury Milan and Lincoln Zephyr/MKZ vehicles, 2005-2006 Ford GT vehicles and 2005-2008 Ford Mustang vehicles originally sold, or ever registered, in Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, O...

**Consequence :** An inflator rupture may result in metal fragments striking the vehicle occupants resulting in serious injury or death.

**Remedy :** Ford will notify owners, and dealers will replace the passenger frontal air bag inflator, free of charge. The recall is expected to begin July 11, 2016. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 16S26.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 18V046000
**Mfg's Report Date :** January 11, 2018
**Potential Number Of Units Affected :** 327,796

**Summary :** Ford Motor Company (Ford) is recalling certain 2013 Ford Mustang vehicles sold, or ever registered in the states of Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands or "Zone A." Additionally, Ford is recalling certain 2010 Ford Edge, Fusion, Mustang and Ranger, Lincoln MKX and Zephyr/MKZ, and Mercury Milan vehicles ever registered in the states of Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia or "Zone B." Ford is also recalling certain 2009 Ford Edge, Fusion, Mustang and Ranger, Lincoln MKX and Zephyr/MKZ, and Mercury Milan vehicles ever registered in the states of Alaska, Colorado, Connecticut, Idaho, Iowa, Maine, Massachusetts, Michigan, Minnesota, ...

# CCC ONE  MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## SUPPLEMENTAL INFORMATION

**Consequence** : An inflator explosion may result in sharp metal fragments striking the driver or other occupants resulting in serious injury or death.

**Remedy** : Ford will notify owners, and dealers will replace the passenger frontal air bag inflator, free of charge. The recall is expected to begin February 19, 2018. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 18S01.

---

**NHTSA Campaign ID :** 19V001000

**Mfg's Report Date :** January 7, 2019

**Potential Number Of Units Affected :** 782,384

**Summary** : Ford Motor Company (Ford) is recalling certain 2014 Ford Mustang vehicles sold, or ever registered, in the states of Alabama, California, Florida, Georgia, Hawaii, Louisiana, Mississippi, South Carolina, Texas, Puerto Rico, American Samoa, Guam, the Northern Mariana Islands (Saipan), and the U.S. Virgin Islands or "Zone A." Additionally, Ford is recalling certain 2011 Ford Ranger and Mercury Milan vehicles, 2011-2012 Ford Fusion and Lincoln Zephyr/MKZ vehicles and 2011-2014 Ford Mustang vehicles sold, or ever registered, in the states of Arizona, Arkansas, Delaware, District of Columbia, Illinois, Indiana, Kansas, Kentucky, Maryland, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia, and West Virginia or "Zone B." Ford is also recalling certain 2010 Ford Edge and Lincoln MKX vehicles, 2010-2011 Ford Ranger and Mercury Milan vehicles, 2010-2012 Ford Fusion and Lincoln Zephyr/MKZ vehicles, and 2010-2014 Ford Musta...

**Remedy** : Ford will notify owners, and dealers will replace the passenger frontal air bag inflator, free of charge. The recall is expected to begin February 18, 2019. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall 19S01.

---

**NHTSA Campaign ID :** 21V081000

**Mfg's Report Date :** February 16, 2021

**Potential Number Of Units Affected :** 1,067

**Summary** : Ford Motor Company (Ford) is recalling certain 2005-2014 Mustang, 2004-2011 Ranger, 2009-2011 Mercury Milan, 2006 Ford GT, 2008-2012 Fusion, 2007-2010 Edge and Lincoln MKX, and 2009-2010 Lincoln MKZ vehicles. These vehicles may be equipped with a driver or passenger frontal air bag inflator used as a replacement service part, that may explode due to propellant degradation occurring after long-term exposure to high absolute humidity, temperature and temperature cycling.

**Consequence** : In the event of a crash necessitating deployment of the frontal air bag, an inflator explosion may result in sharp metal fragments striking the driver or other occupants resulting in serious injury or death.

**Remedy** : Ford will notify owners, and dealers will inspect the driver and passenger air bag module, and replace either the module or the inflator, if necessary, free of charge. The recall is expected to begin March 8, 2021. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 21S05.

---

# CCC ONE  MARKET VALUATION REPORT

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01

## SUPPLEMENTAL INFORMATION

**NHTSA Campaign ID :** 21V158000

**Mfg's Report Date :** March 10, 2021

**Potential Number Of Units Affected :** 2,602,668

**Summary :** Ford Motor Company (Ford) is recalling certain 2007-2011 Ranger, 2006-2012 Fusion, Lincoln Zephyr, Lincoln MKZ, 2006-2011 Mercury Milan, 2007-2010 Ford Edge, and Lincoln MKX vehicles. The driver's side air bag inflator may explode due to propellant degradation occurring after long-term exposure to high absolute humidity, high temperatures, and high temperature cycling.

**Consequence :** An inflator explosion may result in sharp metal fragments striking the driver or other occupants, resulting in serious injury or death.

**Remedy :** Ford will notify owners, and dealers will replace the driver-side airbag inflator or module with an alternate one, free of charge. The recall is expected to begin April 1, 2021. Owners may contact Ford customer service at 1-866-436-7332. Ford's number for this recall is 21S12.



© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

## CCC ONE  FEE INFORMATION - CARRIER RETAINED

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01
Company: STATE FARM INSURANCE COMPANIES

### CARRIER RETAINED VEHICLE FEES

| | |
|---|---|
| Zip: | 30132 |
| Zip+4: | 0500 |
| Plates are: | Transferable |
| Salvage retained by: | Insurance Carrier |
| Third Party Vehicle: | No |

**Title Fees**

| | |
|---|---|
| Original title application fee | $ 18.00 |

**Plate Fees**

| | |
|---|---|
| Plate Transfer Fee | $ 5.00 |
| Total Title, Registration and Other Fees | $ 23.00 |

Fees listed have been identified to be applicable for reimbursement by the STATE FARM INSURANCE COMPANIES based on information provided by STATE FARM INSURANCE COMPANIES. Fees may include title, registration, license plate transfer and other related state/jurisdictional fees.

Fees are determined by vehicle attributes, provided by the Insurance company, including, but not limited to, vehicle type, size, weight, primary usage, vehicle salvaged, or owner retained.

Reference links are provided for informational purposes only. The links and content contained in the links are not produced, maintained or affiliated with CCC, and CCC bears no responsibility for the content provided therein.

*One or more inputs may be based on the following preset values provided by STATE FARM INSURANCE COMPANIES. Any updates to these inputs are reflected both in the Valuation Notes section and under Vehicle Fees on this page.

Salvage retained by : Carrier
Plates are : Transferable

## CCC ONE  FEE INFORMATION - OWNER RETAINED

Owner: Minkkinen, Farheen
Claim: 11-33H8-32X01
Company: STATE FARM INSURANCE COMPANIES

### OWNER RETAINED VEHICLE FEES

| | |
|---|---|
| Zip: | 30132 |
| Zip+4: | 0500 |
| Plates are: | Transferable |
| Salvage retained by: | Vehicle Owner |
| Third Party Vehicle: | No |

**Title Fees**

Original title application fee — $ 18.00

**Plate Fees**

Plate Transfer Fee — $ 5.00

Total Title, Registration and Other Fees — $ 23.00

Fees listed have been identified to be applicable for reimbursement by the STATE FARM INSURANCE COMPANIES based on information provided by STATE FARM INSURANCE COMPANIES. Fees may include title, registration, license plate transfer and other related state/jurisdictional fees.

Fees are determined by vehicle attributes, provided by the Insurance company, including, but not limited to, vehicle type, size, weight, primary usage, vehicle salvaged, or owner retained.

Reference links are provided for informational purposes only. The links and content contained in the links are not produced, maintained or affiliated with CCC, and CCC bears no responsibility for the content provided therein.

*One or more inputs may be based on the following preset values provided by STATE FARM INSURANCE COMPANIES. Any updates to these inputs are reflected both in the Valuation Notes section and under Vehicle Fees on this page.

Salvage retained by : Carrier
Plates are : Transferable

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.