CORP-DALLAS
14185 DALLAS PARKWAY
DALLAS, TX 75254
Phone: (972) 391-5000
www.copart.com



Date: 06/20/2022

# FINAL SETTLEMENT STATEMENT

Tax ID #         061423251
Resale Cert #    175-31-36113-8

SZ94  PIP393A
DANNY PIRKLE
STATE FARM INSURANCE
PO BOX 20019
MURFREESBORO, TN 37129

## Salvage Information

| | |
|---|---|
| Lot #: | 45329942 |
| Branch: | 15 GA - ATLANTA WEST |
| Insured: | FARHEEN MINKKINEN |
| Owner: | ERIK LEE MINKKINEN A |
| Claim #: | 11-33H832X |
| Year: | 2010 |
| Make/Model: | 10 FORD EDGE SEL SILVR |
| VIN: | 2FMDK3JCXABB76118 |
| ACV: | $ 6,038.00 |

## Pickup Location
GERBER COLLISION  GLASS
1577 CHARLES HARDY PKWY
DALLAS,GA 30157 3172
Pickup Distance:     14 miles

## Sell Direct/Buyer Information
774663 CARLOS ALBERTO RANGEL A
TORREON, CZ 27013

## Date of Events

| | |
|---|---|
| Loss Date | 04/27/2022 |
| Assigned | 05/10/2022 |
| Released | 05/12/2022 |
| Pick Up | 05/13/2022 |
| Title Received | 05/17/2022 |
| Sale Doc Received | 06/14/2022 |
| Auction Date | 06/17/2022 |
| Buyer Payment Date | 00/00/0000 |
| Reported to NICB | 00/00/0000 |

| Check Amount | | High Bid |
|---|---|---|
| $ 1,500.00 | | $ 1,500.00 |

**Pool Charges**

| | | |
|---|---|---|
| Pool Fees | | $ 50.00 |
| Pool Tow Fees | | $ 0.00 |
| Enhancements | | $ 0.00 |
| Title Fees | | $ 0.00 |
| DMV Fees | | $ 102.50 |
| Taxes | | $ 0.00 |
| Keys Fees | | $ 0.00 |
| Mail Personals | | $ 0.00 |
| VIR Fees | | $ 0.00 |
| | Total Pool Charges | $ 152.50 |

**Advance Charges**

| | | |
|---|---|---|
| Tow | | $ 0.00 |
| Storage | | $ 0.00 |
| Teardown | | $ 0.00 |
| Taxes | | $ 0.00 |
| | Total Advance Charges | $ 0.00 |
| | Total Charges | $ 152.50 |

**NET DUE SELLER**                                $ 1,347.50