| AUTO | Claim Number: 11-33H8-32X | RBZ000HK |
|---|---|---|
| | **TOTAL LOSS SETTLEMENT TOOL SUMMARY - INSURED VEHICLE - 01** | |

| | | | Not Owner Retained |
|---|---|---|---|
| Valuation Source: | CCC | | |
| Ok to Pay: | Yes | Policy PD Limits: | $0.00 |
| Source Valuation: | $6,038.00 | Damage Estimate: | $6,723.75 |
| Total Additions: | $0.00 | Possible Supplements: | $0.00 |
| Total Deductions: | $0.00 | Additional Costs: | $0.00 |
| ACV: | $6,038.00 | ACV vs Repair Cost: | 111.36% |
| Tax Amount: | $398.51 | **Confirmed Total Loss:** | |
| Fees: | $23.00 | | |
| Type of Fee: | Owned | | |
| Salvage: | $811.03 | | |
| Subtotal: | $6,459.51 | | |
| Comp/Negligence: | $0.00(0.00%) | | |
| Deductible: | $1,000.00 | | |
| Post Settlement Ded: | NULL | | |
| Total: | $5,459.51 | | |
| L/H Payoff: | $0.00 | L/H Name: | |
| Payoff good through: | | Per Diem: | $0.00 |
| Account Number: | | | |
| Paid to L/H: | $0.00 | | |
| Paid to Owner: | $5,459.51 | | |
| Name as it is on title: | ERIK LEE MINKKINEN AND FARHEEN MINKKINEN | | |
| Titling State: | Georgia | | |
| Branded Title State: | GA | | |
| Title Brand: | Salvage (STATE FARM MUTUAL) | | |
| ACV vs Damage Estimate: | 111.36% | | |
| Last Day Storage: | 05-12-2022 | Last Day Rental: | |
| Mileage: | 180898 | Actual Mileage: | Yes |
| Vehicle Salvage Type: | SUV | NMVTIS Qualification: | |
| Stock Number: | 45329942 | | |
| Comments: | | | |