## ATTACHMENT E

State Farm Mutual Automobile Insurance Co.Policy – Policy Number <u>8908-481-11A</u>.