June 29, 2020

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
2150 Parklake Drive
Atlanta, GA 30345



**U.S. Citizenship
and Immigration
Services**

ELIJAH NIKI RA SEAN WHITE
2149 LAKE PARK DR SE APT Q
SMYRNA, GA 30080



MSC1991689175

RE:PRECIOUS PRINCESS OLA MARTINS
I-130, Petition for Alien Relative



A219-315-599

## DECISION

Dear ELIJAH WHITE:

On September 19, 2019, you filed a Form I-130, Petition for Alien Relative, with U.S. Citizenship and Immigration Services (USCIS) on behalf of PRECIOUS MARTINS (the beneficiary). You sought to classify the beneficiary as the spouse of a U.S. citizen (USC) under section 201(b)(2)(A)(i) of the Immigration and Nationality Act (INA).

After a thorough review of your petition,  the testimony provided during your interview, and the record of evidence, we must inform you that we are denying your petition.

To demonstrate that an individual is eligible for approval as the beneficiary of a petition filed under INA 201(b)(2)(A)(i):

- Establish a bona fide spousal relationship with the beneficiary; and
- Establish that he or she is a U.S. citizen (USC) or lawful permanent resident (LPR).

In visa petition proceedings, it is the petitioner's burden to establish eligibility for the requested immigration benefit sought under the INA.  See Matter of Brantigan, 11 I&N Dec. 493, 495 (BIA 1966); Title 8, Code of Federal Regulations (8 CFR), section 103.2(b).  You must demonstrate that the beneficiary can be classified as your spouse.  See 8 CFR 204.2(a).

### Statement of Facts and Analysis, Including Ground(s) for Denial

The beneficiary last entered the United States on May 10, 2017. On August 22, 2018, she married Raymond Burston. Your written testimony states "2018 was the year we started dating". On June 11, 2019, her marriage to Raymond Burston was annulled. On, June 25, 2019, you and the beneficiary were married.

On January 21, 2020, you and the beneficiary appeared for an interview with an Immigration Services Officer in connection with your Form I-130  and the beneficiary's Form I-485, Application to Register Permanent Residence or Adjust Status.  At the interview, you and the beneficiary provided testimony under oath.

The evidence in the record and testimony did not establish the claimed relationship.

On May 11, 2020, USCIS issued a Notice of Intent to Deny (NOID) advising you that the evidence supporting the petition was insufficient to establish the beneficiary's eligibility for the classification requested at the time you filed the petition.

The following evidence was requested:

- A copy of your rental/lease agreement from all the apartment complexes or leasing authorities you and the beneficiary have ever resided during the marriage (most notably the one(s) listed below (*based on the record you had mail going to each of the addresses below during the marriage*):

1. 1983 Power Ferry Road SE, Marietta, GA;

   This information must be on company letterhead (with the apartment complex's telephone number and person of contact) stating when you and/or your beneficiary spouse entered into and ended your lease agreements and ***all tenants residing in the unit***. You must also request summary of payment history from the complex/individual and provide that also with your response (it must show how payments were being made and how much). This information must be an original document;

- Tax transcripts for 2019;
- Official documentation from your employer Computer Generated Solutions indicating all updates to personnel records as it relates to marital status;
- Your six most recent pay stubs from your employer Computer Generated Solutions or your current employer. If you are no longer employed, provide your most recent pay stubs from your last employer;
- Your Bank of America bank statements covering (February 2020 – present);
- The beneficiary's Bank of America bank statements covering (February 2020 – present);
- Documentation from Bank of America showing when the joint account was opened;
- Bank of America statements from the joint account covering (February 2020 – present);
- 2019 vehicle registration for the 2018 Hyundai Elantra and proof of insurance;
- Affidavits from you and the beneficiary attesting to your shared life experiences;
- Affidavits sworn to or affirmed by at least two people who have personal knowledge of your marriage and relationship. (Such persons may be required to testify before an immigration officer as to the information contained in the affidavit.) The original affidavit must be submitted and also contain the following information regarding the person making the affidavit: his or her full name and address; date and place of birth; relationship to you or your spouse, if any; and full information and complete details explaining how the person acquired his or her knowledge and;

You responded to the NOID on June 10, 2020.  You submitted the following evidence:

- Your Bank of America bank statements covering January 29, 2020 –  May 7, 2020. It is noted that the statements are not complete. They all have pages missing;
- The beneficiary's Bank of America bank statements covering January 16, 2020 – May 13, 2020. It is noted that the statements are not complete. They all have pages missing.;
- Bank of America statements from the joint account covering January 10, 2020 – May 7, 2020. It is noted that the statements are not complete. They all have pages missing;
- Your 2019 tax return;

- Car insurance documentation;
- Certified documentation of the annulment of marriage between the beneficiary and Raymond Burston;
- Affidavits from you and the beneficiary; and
- Affidavit from Katrina Campbell.

The evidence submitted is insufficient to establish eligibility for the benefit sought for the following reason(s)

1. Official documentation from your employer Computer Generated Solutions indicating all updates to personnel records as it relates to marital status (was not submitted);
2. Your six most recent pay stubs from your employer Computer Generated Solutions or your current employer. If you are no longer employed, provide your most recent pay stubs from your last employer (was not submitted);
3. All the bank statements are missing pages;
4. 2019 vehicle registration for the 2018 Hyundai Elantra (was not submitted);
5. 2019 tax transcript. You provided the return;
6. Documentation from Bank of America showing when the joint account was opened (was not submitted);
7. Rental/lease information for 1983 Power Ferry Road SE, Marietta, GA (was not submitted). Based on a review of the file, you still have mail going to this address; and
8. You only submitted one affidavit from someone with personal knowledge of your marriage and relationship (two or more was requested).

You did not provide an explanation as to why you submitted incomplete or no information.

The beneficiary must be eligible for the benefit sought at the time the petition was filed. See Matter of Drigo, 18 I&N Dec. 223 (BIA 1982). A petitioner must establish eligibility at the time of filing a petition; a petition cannot be approved at a future date after the petitioner becomes eligible under a new set of facts. See Matter of Katigbak, 14 I&N Dec. 45 (Reg. Com. 1971). A petitioner may not make material changes to a petition that has already been filed in an effort to make an apparently deficient petition conform to USCIS requirements. See Matter of Izumii, 22 I&N Dec. 169 (BIA 1998).

After reviewing the evidence and the testimony provided at the interview, USCIS records indicate that the beneficiary is not eligible for the requested benefit sought for the following reason(s).

Based on a review of the record, USCIS finds that you have not met your burden of proof in demonstrating that your petition should be approved. Therefore, USCIS denies your Form I-130.

This decision will become final unless you appeal it by filing a completed Form EOIR-29, Notice of Appeal to the Board of Immigration Appeals from a Decision of a USCIS Officer. Although the appeal will be decided by the Board of Immigration Appeals (BIA), you must send the Form EOIR-29 and all required documents, including the appropriate filing fee, to the following address:

U.S. Citizenship and Immigration Services
Atlanta Field Office
2150 Parklake Drive
Atlanta, GA 30345

The Form EOIR-29 must be received within 30 days from the date of this decision notice. The decision is final if your appeal is not received within the time allowed.

If you, the petitioner, intend to be represented on appeal, your attorney or accredited representative must submit Form EOIR-27 with Form EOIR-29.

If you or your attorney wishes to file a brief in support of your appeal, the brief must be received by the USCIS office where you file your appeal either with your appeal or no later than 30 days from the date of filing your appeal.  Your appeal will be sent for further processing 30 days after the date USCIS receives it; after that time, no brief regarding your appeal can be accepted by the USCIS office.

For more information about filing requirements for appeals to the BIA, please see 8 CFR 1003.3 and the Board of Immigration Appeals Practice Manual available at www.usdoj.gov/eoir.

If you need additional information, please visit the USCIS Web site at www.uscis.gov or call our USCIS Contact Center toll free at 1-800-375-5283.

Sincerely,

Shineka Miller, Atlanta Field Office Director

cc:  WILLIAM TIKU

MSC1991689175

A219-315-599