# EXHIBIT B

# PARTIAL ASSIGNMENT
# AND ASSUMPTION OF
# AGREEMENT OF SALE AND PURCHASE

This Partial Assignment and Assumption of Agreement of Sale and Purchase (this "**Assignment**") is effective as of January 11, 2023 (the "**Effective Date**"), by and between CWS Apartment Homes LLC, a Delaware limited liability company ("**Assignor**") and Pocamo, LLC, a California limited liability company ("**Assignee**"), with reference to the following recitals of fact:

## R E C I T A L S:

**WHEREAS**, Assignor, as purchaser, and Ariston MF Owner, LLC, a Delaware limited liability company, as seller ("**Seller**"), are parties to that certain Purchase and Sale Agreement with an effective date of December 22, 2022 (as the same may be amended from time to time, the "**Agreement**"), for the purchase and sale of that certain real property located in the City of Buford, Georgia, commonly known as Ivy at Ariston (the "**Property**");

**WHEREAS**, upon the closing of the transactions contemplated in the Agreement, Assignee will acquire a tenant-in-common interest in the Property;

**WHEREAS**, Assignor wishes to assign to Assignee a portion of Assignor's interest in and to the Agreement, and Assignee wishes to assume from Assignor, such portion of Assignor's interest in and to the Agreement, in accordance with the terms and conditions set forth herein; and

**WHEREAS**, Assignee wishes to appoint Assignor as its attorney-in-fact, with full power and authority to do and perform each and every act or thing whatsoever required or advisable to be done in connection with the Agreement, the Seller and the Escrow Agent (as defined in the Agreement) in connection with the acquisition of the Property.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the parties hereto agree as follows:

## A G R E E M E N T:

1. Assignor hereby assigns and transfers unto Assignee a 89% interest in and to the Agreement, and Assignee hereby assumes all of the obligations of Assignor under the Agreement to the extent of such assignment.

2. Notwithstanding anything to the contrary contained in this Assignment, Assignor and Assignee hereby further acknowledge and agree that (i) the foregoing interest of Assignee in the Agreement is its contemplated tenant-in-common percentage interest based on the current projected capitalization requirements for the Property; (ii) Assignee's actual tenant-in-common percentage interest shall be as reflected in the deed delivered at the closing of the transactions contemplated in the Agreement; and (iii) the foregoing interest of Assignee in the Agreement shall automatically be revised to reflect the actual tenant-in-common percentage interest of Assignee shown on such deed.

3.      Concurrently with the mutual execution and delivery of this Assignment, Assignee shall fund 89% of the total earnest money deposits required under the Agreement.

4.      Assignee hereby appoints and authorizes Assignor as its Attorney-in-Fact, with full power and authority, to do and perform each and every act or thing whatsoever required or advisable to be done in connection with the Agreement, the Seller and the Escrow Agent in connection with the acquisition of the Property, including without limitation, negotiating and signing on Assignee's behalf any and all documents, certificates, agreements and/or other instruments (the "**Documents**") necessary in connection with the acquisition of the Property and communicating and working with the Seller and/or Escrow Agent, as fully as Assignee might or could do if personally present, and hereby ratifies and confirms all that such Attorney-in-Fact shall lawfully do or cause to be done by virtue hereof.

5.      This Assignment may be executed in multiple counterparts, each of which shall be deemed an original instrument, and all of which, taken together, shall constitute one and the same instrument. The signature of any party hereto to any counterpart hereof shall be deemed a signature to, and may be appended to, any other counterpart hereof. A signed copy of this Assignment delivered by facsimile, e-mail or other means of electronic transmission (including, without limitation, via .pdf or DocuSign®) shall be deemed to have the same legal effect as delivery of an original signed copy of this Assignment.

*(Remainder of page intentionally left blank)*

**IN WITNESS WHEREOF**, Assignor and Assignee have entered into this Assignment as of the date first above written.

          **ASSIGNOR:**

          **CWS APARTMENT HOMES LLC,**
          a Delaware limited liability company

          By: _____
               Gary Carmell, President

          **ASSIGNEE:**

          **POCAMO, LLC,**
          a California limited liability company

          By: _____
               George A. Borba, Jr., Manager

Ivy at Ariston – Assignment of PSA (Pocamo)
60026501

**IN WITNESS WHEREOF**, Assignor and Assignee have entered into this Assignment as of the date first above written.

                    **ASSIGNOR:**

                    **CWS APARTMENT HOMES LLC,**
                    a Delaware limited liability company

          By:    _____
                        Gary Carmell, President

                    **ASSIGNEE:**

                    **POCAMO, LLC,**
                    a California limited liability company

          By:    *George Borba* (DocuSigned)
                        George A. Borba, Jr., Manager

**DocuSign**

## Certificate Of Completion

Envelope Id: 8979072DDC6546CF82DAE019DF0021BF
Subject: Complete with DocuSign: CWS Ivy - Partial Assignment of PSA (Pocamo)-v1.pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 3 | Signatures: 1 | Status: Completed |
| Certificate Pages: 1 | Initials: 0 | |
| AutoNav: Enabled | | Envelope Originator: |
| EnvelopeId Stamping: Enabled | | Susan Roberts |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | 9606 N. Mopac Expressway Suite 500 |
| | | Austin, TX 78759 |
| | | sroberts@cwscapital.com |
| | | IP Address: 68.5.200.111 |

## Record Tracking

Status: Original
    1/12/2023 2:08:54 PM

Holder: Susan Roberts
    sroberts@cwscapital.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| George Borba<br>oldriverranch@gmail.com<br>Security Level: Email, Account Authentication (None) | *George Borba*<br>—DocuSigned by:—<br>0EB73F82EFAE4AA...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 207.115.122.22 | Sent: 1/12/2023 2:10:09 PM<br>Viewed: 1/12/2023 4:58:11 PM<br>Signed: 1/12/2023 4:58:46 PM |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/12/2023 2:10:09 PM |
| Certified Delivered | Security Checked | 1/12/2023 4:58:11 PM |
| Signing Complete | Security Checked | 1/12/2023 4:58:46 PM |
| Completed | Security Checked | 1/12/2023 4:58:46 PM |

| Payment Events | Status | Timestamps |
|---|---|---|