# EXHIBIT D

 **Seyfarth**

Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
T (404) 885-1500
F (404) 892-7056

rdavis@seyfarth.com
T (404) 888-1874

www.seyfarth.com

March 21, 2023

**VIA EMAIL**

Jon Guven
Ariston MF Owner, LLC
c/o TPA Residential, LLC
1776 Peachtree Street NW, Suite 100
Atlanta, Georgia 30309
Jonguven@gmail.com

Ariston MF Owner, LLC
c/o TPA Residential, LLC
1776 Peachtree Street NW, Suite 100
Atlanta, Georgia 30309
Attention: Elizabeth Amick
eamick@tpa-res.com

Re: Notice of Default - Purchase and Sale Agreement dated December 22, 2022 (as amended, the "Agreement") by and between CWS Apartment Homes LLC, a Delaware limited liability company, as purchaser ("Purchaser"), and Ariston MF Owner, LLC, a Delaware limited liability company, as seller ("Seller"), for the property located at 2620 Mall of Georgia Boulevard, Buford, Georgia (the "Property")

Dear Mr. Guven and Ms. Amick:

As you know, this firm represents Purchaser. All capitalized terms unless otherwise defined herein shall have the meanings ascribed to them In the Agreement.

On March 20, 2022, the undersigned issued a letter to Seller requesting that Seller affirm, within three (3) days, its obligations to close on the transaction contemplated by the Agreement. The affirmation was requested based on statements made by Mr. Guven that he intended to breach the Agreement and keep the Property. Rather than affirm its obligations under the Agreement, Seller has, through an email by Mr. Guven to Justin Leahy dated March 21, 2023, now confirmed that it will not close on the Agreement. Accordingly, Seller has anticipatorily breached, and therefore is in default, of the Agreement.

Reference is made to Paragraph 9.3, which provides that Seller has (3) business days from the date of this notice to cure its default, and to retract its statements and provide adequate

93375135v.1



March 21, 2023
Page 2

assurance to Purchaser of Seller's intent to close on the Agreement. If Seller fails to provide such retraction and assurance, Purchaser will undertake any actions necessary to protect its interests, which may include filing a lawsuit for specific performance, without further notice.

Purchaser reserves all rights and remedies at law and in equity. Please contact the undersigned with any questions.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Rebecca A. Davis*

Rebecca A. Davis

cc:  Peter Hartman, peter.hartman@hartmansimons.com
John Lewis, john.lewis@hartmansimons.com
Justin Leahy, jleahy@cwscapital.com
Aaftab Esmail, aesmail@bocarsly.com
Michelle Barnett, mbarnett@seyfarth.com

93375135v.1