# EXHIBIT A



# Kentucky Secretary of State
## Michael G. Adams

**Business Entity Search**
**File Annual Report**
**Form an LLC**
**Business Registration Portal**
**Name Availability Search**
**Business Forms Library**
**Prepaid Account Status**
**Current Officer Search**
**Founding Officer Search**
**Registered Agent Search**
**Validate Certificate of Existence/Authorization**

## UPS WORLDWIDE FORWARDING, INC.

[File Annual Report] [File Certificate of Assumed Name (DBA)] [Change Address or Registered Agent]
[File Withdrawal] [File Registered Agent Resignation] [File Amended Certificate of Authority]

[Printable Forms ▼] | Subscribe to changes made to this entity | [Certificate of Good Standing ▼]

### General Information

| | |
|---|---|
| Organization Number | 0290802 |
| Name | UPS WORLDWIDE FORWARDING, INC. |
| Profit or Non-Profit | P - Profit |
| Company Type | FCO - Foreign Corporation |
| Status | A - Active |
| Standing | G - Good |
| State | DE |
| File Date | 9/13/1991 |
| Authority Date | 9/13/1991 |
| Last Annual Report | 6/14/2022 |
| Principal Office | 55 GLENLAKE PKWY. NE. ATLANTA, GA 30328 |
| Registered Agent | Corporation Service Company 421 WEST MAIN STREET FRANKFORT, KY 40601 |

### Current Officers

| | |
|---|---|
| President | Carol B. Tome |
| Secretary | NORMAN M. BROTHERS JR. |
| Treasurer | Brian O. Newman |
| Director | NORMAN M. BROTHERS JR. |
| Director | Kathleen M. Gutmann |
| Director | Brian O. Newman |
| Director | Carol B. Tome |
| Assistant Treasurer | RICHARD D. BISHOP |

### Show Individuals / Entities listed at time Of formation

| | |
|---|---|
| Director | E A JACOBY |
| Director | DONALD W LAYDEN |
| Director | KENT C NELSON |

[Show Images]
[Show Assumed Names]
[Show Activities]

Contact   Site Map

Privacy   Security   Disclaimer   Accessibility

© Commonwealth of Kentucky
All rights reserved.

Kentucky Unbridled Spirit