# EXHIBIT C

# ATTACHMENT II

## Cargo Aircraft Charter Agreement

### Effective Date: August 17, 2021

**Reference:** **CARGO AIRCRAFT CHARTER AGREEMENT** executed between UPS Worldwide Forwarding, Inc. ("UPS") and NATIONAL AIR CARGO (Airline") effective May 7, 2015 (the "Agreement").

This attachment ("Attachment II") shall incorporate the terms and conditions of the above-referenced Agreement and shall supersede and replace any Attachment II between UPS and Airline with a prior Effective Date. The parties agree as follows:

**A**.  **Term**

The term of this Attachment II shall be for those periods set forth in Section B below.

**B.**  **Scheduled Aircraft**

The Aircraft to be chartered by Airline to UPS during the term of this Attachment II are as set forth in the chart below.

| Aircraft Number | Contracted Days | Aircraft Type | Aircraft to be in Service for UPS (Z Date) | Daily Prorated Hours | Guaranteed Aircraft Hours |
|---|---|---|---|---|---|
| 1 | 26 | 747-400F | November 29 to December 24 | 14 | 364 |
| 2 | 26 | 747-400F | November 29 to December 24 | 17 | 442 |
| | | | Total Guarantee Hours | | 806 |

**Notes:**
(1) Total Guarantee Hours are calculated for all flying for the specified period for all Aircraft. Individual Aircraft do not have guaranteed block hours.
(2) In addition to the other obligations set forth in the Agreement, pursuant to Section 1.11 of the Agreement, Airline agrees to arrive as scheduled by UPS before its first revenue departure (but in no event later than five (5) hours prior to its first departure unless otherwise agreed by UPS) to allow for UPS operations to accept the arriving Aircraft, perform a container check, and load the Aircraft for departure.
(3) Upon notice by UPS on or before September 30, 2021, UPS and Airline shall remove Aircraft Number 2 from this Agreement and, at the same time, Aircraft Number 2 shall be added to the Cargo Aircraft Charter Agreement executed between UPS' related entity, United Parcel Service LLC & Co. OHG and Airline effective August 17, 2021, as is specified therein. The Guaranteed Aircraft Hours and Total Minimum Guarantee for the Specified Period shall be reduced to reflect any such removal of Aircraft Number 2 from this Agreement. For avoidance of doubt, UPS shall not incur any costs or pay any amounts under this Agreement

for removing Aircraft Number 2 as provided herein. The parties shall execute a revised Attachment II after notice is provided reflecting the removal of the Aircraft.

**C.** **Rates**

The rates and guarantees for each Aircraft are specified in the table below:

| Aircraft Number | Guaranteed Aircraft Hours | Rate per Block Hour | Block Hour Rate for Excess Hours over Fleet Total | Total Min. Guarantee for the Specified Period |
|---|---|---|---|---|
| 1 | 364 | $24,500 | $24,500 | $8,918,000 |
| 2 | 442 | $35,000 | $35,000 | $15,470,000 |
| | | | Total Fleet Guarantee | $24,388,000 |

**Notes:**
(1) Total Guarantee Hours are calculated by multiplying Guaranteed Aircraft Hours times the Rate per Block Hour. Excess hours over the guarantee are calculated by subtracting the Total Guarantee Hours from total block hours flown. The excess hours are multiplied by the Block Hour Rate for Excess Hours over the Fleet Total.
(2) Pursuant to Section 2.02 (f) All positioning and depositioning flight block hours shall fall within the minimum number of block hours guaranteed for the specified period whether to or from domestic or international destinations or origins not to exceed an aggregate of seven (7) hours combined positioning and depositioning flight time. If such block hour guarantee is not met, positioning and depositioning flight block hours will be paid at the regular block hour rate. If the block hour guarantee is exceeded, positioning and depositioning flight block hours will be paid at the block hour rate for "excess hours over fleet total" as listed in Attachment II, Section C herein.

**D.** **Reduction of the Guarantee**

Notwithstanding anything to the contrary in the Agreement or in this Attachment II, and in recognition that TIME IS OF THE ESSENCE in the performance of the services contemplated herein, UPS and Airline agree:

(1)     If Airline fails to fulfill its contract obligations or interrupts service not for cause of Uncontrollable Events, then UPS may cancel for its convenience the remainder of the term stated above without penalty; or

(2)     If Airline fails to deliver a Scheduled Aircraft for any reason, including circumstances that would otherwise be considered excusable under the terms of the Agreement, then UPS shall be entitled to reduce the Total Fleet Guarantee by multiplying the Rate per Block Hour for that aircraft (agreed to in Section C above) by the Daily Pro Rated hours (defined in Section C above) for each day Airline fails to deliver a Scheduled Aircraft to UPS during the term specified; or

(3)     If Airline fails to deliver a Scheduled Aircraft or interrupts service to UPS for any reason, including circumstances that would otherwise be considered excusable under the terms of this Agreement, and the failure to deliver or interruption is greater than one (1) hour after the time the Aircraft is scheduled for service, but less than twenty-four (24) hours then UPS shall be

entitled to reduce the Total Fleet Guarantee by a pro rata amount. Interruption of service caused by Airline's delays include but are not limited to:

(i)   Delays in Aircraft arrivals or departures
(ii)  Delays resulting from Aircraft being taken out of service
(iii) Delays resulting from insufficient crews to fly the Aircraft
(iv)  Delays from maintenance events

(4)   Airline shall provide positive confirmation of aircraft serviceability at least two (2) hours prior to scheduled departure. In the event Airline does not provide such timely confirmation, then UPS reserves the right to cancel the Airlines scheduled flight and reduce the Total Fleet Guarantee by a pro rata amount.

**E.   Schedule**

UPS agrees to provide Airline with routing and schedules as soon as possible. Airline understands that these routings and schedules may be subject to change as required to meet the operational requirements of UPS. UPS agrees to provide Airline with their scheduled reporting time prior to their first revenue flight or as soon as possible. Pursuant to Section 1.11 of the Agreement, Airline agrees to arrive as scheduled by UPS before its first revenue departure (but in no event later than five (5) hours prior to its first departure unless otherwise agreed by UPS) to allow for UPS operations to accept the arriving Aircraft, perform a container check, and load the Aircraft for departure.

**F.   Payment Terms**

UPS shall forward payments to Airline for undisputed amounts owed no later than thirty (30) calendar days after the receipt of an invoice and adequate documentation from Airline. Invoices received by UPS more than ninety (90) calendar days after the expiration or cancellation of the term set forth in Attachment II shall not be paid by UPS.

To protect against fraud, Airline represents (a) any bank account and routing numbers (collectively "Account Numbers") provided for payment hereunder are deposit only or if not, that Account Numbers will be removed from any future invoices sent to UPS, and (b) Airline will take all commercially reasonable efforts to prevent the unauthorized disclosure of its Account Numbers.

**G.   Commercial Automotive Liability Insurance**

In addition to the insurance coverages listed in Sections 3.01 and 3.02 of the Agreement, Airline shall carry Commercial Automobile Liability Insurance for owned, non-owned, or hired automobiles with limits of liability of $1,000,000 each person, $5,000,000 each occurrence for bodily injury and $5,000,000 each occurrence or such higher limits as may be carried for property damage coverage.

H.   **Airline's Insurance**

The first paragraph of Section 3.01 of the Agreement shall be deleted and replaced with the following revised paragraph. The remainder of Section 3.01 of the Agreement shall not be amended and shall remain as stated in the Agreement.

"**Section 3.01**. Airline's Insurance. Airline shall procure and maintain at its expense Comprehensive Airline Liability Insurance, including Commercial General Liability insurance, including bodily injury, property damage, premises, products and completed operations, Automobile liability for arising out of the ownership, maintenance or use of a motor vehicle on airport premises, hangarkeepers legal and contractual liability including war risks, in respect of all operations under this Agreement in an amount not less than Five Hundred Million Dollars (US$500,000,000) Combined Single Limit for any one occurrence (however in the case of aircraft with an MTOW greater than 200,000 kilograms a limit of not less than one billion dollars (US$1,000,000,000) Combined Single Limit for any one occurrence), and in the aggregate where applicable, or such higher limits as may be carried. Notwithstanding this requirement, in no event shall the limit of liability carried by Airline be less than what is required to operate the Aircraft in the geographical regions contemplated per the terms of this agreement. Airline shall also maintain all risk hull and hull war risk insurance in respect of the Aircraft and the operation thereof. As a condition precedent, Airline will furnish UPS a certificate of insurance (COI) containing details of such insurance no less than five (5) business days prior to commencement of each Attachment. Such COI shall include the following provisions:"

**IN WITNESS WHEREOF**, the Parties hereto have caused this Attachment II to be executed in their names and on their behalf by their respective duly authorized officers as of the Effective Date of this Attachment II.

| **UPS WORLDWIDE FORWARDING, INC. (UPS)** | **NATIONAL AIR CARGO GROUP, INC. D/B/A NATIONAL AIRLINES (Airline)** |
|---|---|
| By: *Gal Dayan* (DocuSigned: F3F8961342DC467...) | By: *Heem Dilip Ashar* (DocuSigned: 16372C37B84B46C...) |
| Its: V.P Procurement | Its: VP Commercial Ops and Planning |
| Date: 8/23/2021 \| 11:34 AM PDT | Date: 8/23/2021 \| 10:58 AM PDT |