# EXHIBIT D

 

**National Air Cargo Group, Inc.**
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

Phone: 716-631-0011
Fax:    716-677-2657

# Invoice

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UPS Airlines**
**1400 North Hurstbourne Pkwy.**
**Louisville, KY 40223**

| Invoice No. | Invoice Date |
|---|---|
| UPS ACMI N702 | January 3, 2022 |
| Customer No. | Contract Date |
| UPSA052 | August 17, 2021 |

| DESCRIPTION OF CHARGES | Block Hours | Block Hour Rate | AMOUNT USD |
|---|---|---|---|
| **A/C Charter Service :  Cargo Aircraft Charter Agreement (Attachment II)** | | | |
| **Contract Flight Dates:** November 29 to December 24 2021 | | | |
| **Registration:**  N702CA - 747-400F A/C | | | |
| **Route:** Various - see email | | | |
| **Minimum Guaranteed Block Hours 14 per day @ 26 contracted days** | 364 | $24,500.00 | $8,918,000.00 |
| **Federal Excise Tax @ 6.25%** | | | $557,375.00 |

| | |
|---|---|
| Total | $9,475,375.00 |
| February 3, 2022 | |

**PLEASE REMIT TO:**
National Air Cargo Group, Inc
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

*Please note a 3% fee will be charged for any credit card payment*

**WIRING INSTRUCTIONS:**
Signature Bank
ABA# 026013576
Acct# 1502745545
Acct Name: National Air Cargo Group Inc.
Swift Code: SIGNUS33