# EXHIBIT E

 

**National Air Cargo Group, Inc.**
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

Phone: 716-631-0011
Fax:      716-677-2657

# Invoice

**UPS Airlines**
**1400 North Hurstbourne Pkwy.**
Louisville, KY 40223

| Invoice No. | Invoice Date |
|---|---|
| **UPS ACMI N936** | **January 3, 2022** |
| Customer No. | Contract Date |
| **UPSA052** | **August 17, 2021** |

| DESCRIPTION OF CHARGES | Block Hours | Block Hour Rate | AMOUNT USD |
|---|---|---|---|
| **A/C Charter Service :  Cargo Aircraft Charter Agreement (Attachment II)** | | | |
| **Contract Flight Dates:** November 29 to December 3 2021 | | | |
| **Registration:**   N936CA - 747-400F A/C | | | |
| **Route:** Various - see email | | | |
| **Minimum Guaranteed Block Hours 17 hours @ 5 contracted days** | 85 | $35,000.00 | $2,975,000.00 |
| **Federal Excise Tax @ 6.25%** | | | $185,937.50 |

| | Total | $3,160,937.50 |
|---|---|---|
| | **February 3, 2022** | |

**PLEASE REMIT TO:**
National Air Cargo Group, Inc
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

**WIRING INSTRUCTIONS:**
Signature Bank
ABA# 026013576
Acct# 1502745545
Acct Name: National Air Cargo Group Inc.
Swift Code: SIGNUS33

*\*Please note a 3% fee will be charged for any credit card payment\**