# EXHIBIT F

 

**National Air Cargo Group, Inc.**
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

Phone: 716-631-0011
Fax:     716-677-2657

# Credit Memo

**UPS Airlines**
**1400 North Hurstbourne Pkwy.**
**Louisville, KY 40223**

| Invoice No. | Invoice Date |
|---|---|
| UPS ACMI N702 CM | February 9, 2022 |
| **Customer No.** | **Contract Date** |
| UPSA052 | August 17, 2021 |

| DESCRIPTION OF CHARGES | AMOUNT USD |
|---|---|
| **A/C Charter Service :  Cargo Aircraft Charter Agreement (Attachment II)** | |
| **Contract Flight Dates:** November 29 to December 24 2021 | |
| **Registration:**   N702CA - 747-400F A/C | |
| **Route:** Various | |
| **Invoice UPS ACMI N702 credit pursuant to Attachment II Paragraph D3** | **($60,515.00)** |

| | Total | ($60,515.00) |
|---|---|---|
| | Due Date: N/A | |

**PLEASE REMIT TO:**
National Air Cargo Group, Inc
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

*Please note a 3% fee will be charged for any credit card payment*

**WIRING INSTRUCTIONS:**
Signature Bank
ABA# 026013576
Acct# 1502745545
Acct Name: National Air Cargo Group Inc.
Swift Code: SIGNUS33