# EXHIBIT G




**National Air Cargo Group, Inc.**
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

Phone: 716-631-0011
Fax:      716-677-2657

# Credit Memo

**UPS Airlines**
**1400 North Hurstbourne Pkwy.**
Louisville, KY 40223

| Invoice No. | Invoice Date |
|---|---|
| UPS ACMI N936 CM | February 9, 2022 |
| **Customer No.** | **Contract Date** |
| UPSA052 | August 17, 2021 |

| DESCRIPTION OF CHARGES | AMOUNT USD |
|---|---|
| **A/C Charter Service :  Cargo Aircraft Charter Agreement (Attachment II)** <br><br>**Contract Flight Dates:** November 29 to December 3 2021 <br>**Registration:**  N936CA - 747-400F A/C <br>**Route:** Various <br><br><br>**Invoice UPS ACMI N936 credit pursuant to Attachment II Paragraph D3** | **($725,200.00)** |
| Total | **($725,200.00)** |
| Due Date: N/A | |

**PLEASE REMIT TO:**
National Air Cargo Group, Inc
d/b/a National Airlines
**5955 TG Lee Blvd., Suite 500**
Orlando, FL 32822

*Please note a 3% fee will be charged for any credit card payment*

**WIRING INSTRUCTIONS:**
Signature Bank
ABA# 026013576
Acct# 1502745545
Acct Name: National Air Cargo Group Inc.
Swift Code: SIGNUS33