IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NATIONAL AIR CARGO GROUP, INC. d/b/a NATIONAL AIRLINES, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| Vs. | ) ) | FILE NO. |
| UPS WORLDWIDE FORWARDING, INC., | ) ) ) | |
| Defendant. | ) | |

## **CERTIFICATE OF INTERESTED PERSONS**

Under Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of the Northern District of Georgia, Plaintiff makes the following disclosures:

**(1)     The undersigned counsel of record for a party or prosed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

National Air Cargo Group, Inc. d/b/a National Airlines ("National Airlines")

UPS Worldwide Forwarding, Inc. ("UPS Worldwide")

United Parcel Service of America, Inc.

United Parcel Service, Inc. (NYSE:UPS)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Counsel for Plaintiff:

Steven M. Kushner, Esq.
Maxwell R. Jones, Esq.
Fellows LaBriola LLP
Suite 2400, Harris Tower
233 Peachtree Street, NE
Atlanta, Georgia 30303

Maury L. Udell, Esq.
Beighley, Myrick, Udell & Lynne, PA
2601 S. Bayshore Drive, Suite 770
Miami, FL 33133

(4) The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship

**is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

National Airlines is a citizen, for diversity purposes, of Florida. National Airlines is a Florida corporation with its principal place of business in Orlando, Florida.

UPS Worldwide is a citizen, for diversity purposes, of Delaware and Georgia. UPS Worldwide is a Delaware corporation with its principal place of business located at 55 Glenlake Parkway, N.E., Atlanta, Georgia 30328.

Respectfully submitted, this 27th day of March, 2023.

                                              FELLOWS LABRIOLA LLP

                                              /s/Steven M. Kushner
                                              Steven M. Kushner
                                              Georgia Bar No. 430510
                                              Maxwell R. Jones
                                              Georgia Bar No. 451289

Suite 2400 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 586-9200

Maury L. Udell
Beighley, Myrick, Udell & Lynne, PA
2601 S. Bayshore Drive
Suite 770
Miami, FL 33133
(305) 349-3930
mudell@bmulaw.com

                                              *Attorneys for Plaintiff*