24    4. That, as a result of telling him that, my father instructed me to call the

25       police and report the vehicle as having been stolen;

26    5. That, upon reporting this to the police, a police report for motor vehicle

27       theft was conducted;

28    6. That, the stolen vehicle did have possessions worth $625.00,

29       belonging to me within it; and,

30    7. FURTHER this Affiant says not.

31    _____

32    Quiana Hairston

33

34                    **NOTARY**

35

36    I, C. Nitzanah Griffin              , a Notary in and for the State of
37    Georgia, hereby states as follows that Quiana R. Hairston, did personally
38    appear before me on this  14  day of February 2023.

39

40    _____

41    Notary

42

## IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MILFORD WASHINGTON, Pro Se | \| |
| *Plaintiff,* | \| |
| v. | \| CIVIL ACTION CASE NO: |
| UNITED TN HOLDINGS, | \| 23CV2164 |
| INC., and TOYOTA MOTOR CREDIT | \| _____ |
| CORPORATION, *et. al.* | \| |
| *Defendant(s).* | \| |
| _____ | \| |

### PLAINTIFF'S AFFIDAVIT

I, Milford Washington, hereby state that the following factual events and exhibits are based upon my personal knowledge and belief, and are as follows, to-wit:

1. That, I am, and was the owner of a Teal Green 2017 Toyota Prius JTDKBRFU8H3578424, that was parked, believed to be stolen but repossessed from Atlanta, Georgia, at the location ARIUM APARTMENTS of Peachtree Creek Circle, Atlanta, 30345;

2. That, I am Debtor to Toyota Motor Credit Corporation, who is the primary lienholder to my vehicle (See Exhibit #1);

3. That, on Sunday, September 25, 2022, my daughter contacted me by telephone, informing me that my 2017 Toyota Prius was gone;

25  4. That, as a result of the information my daughter made known to me, I
26     directed her to contact the DeKalb County Police to see if the vehicle
27     was either stolen or repossessed;

28  5. That, my own foreknowledge, I was well aware that my vehicle was up
29     for repossession from Toyota, but considering that I had made
30     arrangements to pay them the amount of $389.73, a few days after I
31     paid them $1,194.00, the last thought to come to mind that it would be
32     repossessed (See Exhibit #2);

33  6. That, after my daughter reported what was believed a motor vehicle
34     theft to the DeKalb County Police, I reached out to my automobile
35     insurer, State Farm and filed a total loss claim for theft;

36  7. That, on September 26, 2022, I wanted to be certain that my vehicle
37     was not repossessed, so I contacted Toyota at the number 1-800-279-
38     9032, asking them did they have my vehicle. An unnamed person
39     informed me that they did not have my vehicle;

40  8. That, believing that my vehicle was going to be paid off in full by State
41     Farm, I wanted to see if I could get Toyota to waive late fees that I had
42     always considered to be excessive and erroneous; simply, because
43     with the exception of once (and recently), not one time did Toyota
44     report to the credit bureaus any late payments (See Exhibit #3);

9. That, seeing that Toyota ignored my request for a waiver I filed a complaint against them with the Consumer Financial Protection Bureau ("CFPB");

10. That, as a result of my complaint to the CFPB, Toyota replied to the CFPB, and it was then for the first time that it came to my attention that Toyota had lied, and did repossess my vehicle. In addition, after conducting a casual search into my credit report portal to see if Toyota had reported more late deficiencies, I noticed that it reported a 'Repossession';

11. That, it was then that I reached out and called Toyota, and made inquiries only to be told that the vehicle was in fact, repossessed;

12. That, for the purposes of *Quality Assurance*, Toyota does record my calls;

13. That, because I record my calls for the purposes of *Assurance Against Fraud*, Toyota refuses to speak to me over the phone;

14. That, upon this discovery, when it became convenient and time permitting, I began setting events in motion to launch my own investigation into what was going on...or, what went on;

15. That, I began submitting letters to Toyota, I engaged in one conversation with UADR, who admitted to me that they had my vehicle.

65    Even worse, an employee invited me to retrieve my property
66    items that were inside of my vehicle and told me that they were about
67    to auction off my vehicle; but, refused to tell me what towing company
68    repossessed my vehicle, and;

69  16.    That, upon being told this, Toyota never contacted me to inform
70    me that they had my vehicle. In fact, Toyota mailed me a letter
71    expressing their sorrow for the theft of my vehicle (See Exhibit #4);

72  17.    That, at no time did Toyota ever send me anything---no
73    document or correspondence that would inform me of the steps I were
74    to take if I wanted my vehicle back;

75  18.    That, Toyota's assertion to the CFPB that they mailed me a
76    Notice to Our Plan to Sell Property, a Notice of Right to Cure Your
77    Default, and a Notice of Default and Intention to Repossess, is a lie. In
78    fact, the first time I ever saw these documents were through the CFPB
79    portal (See Exhibit #5);

80  19.    That, as I do not check my emails daily, or have tendency look
81    at all times, I eventually check them...weeks and days can pass, and
82    when I do, that is when matters first come to my attention, and even
83    then, I try to be diligent when addressing matters;

84   20.   That, in hopes of stopping State Farm from paying off Toyota in

85         full, I granted Toyota time to respond to my inquiries. I heard nothing,

86         so I soon began to take measures to communicate with State Farm,

87         taking back my temporary power of attorney;

88   21.   That, I've written Toyota by USPS certified mail numerous times,

89         and I got no reply (See Exhibit #6);

90   22.   That, as a result of not having my vehicle, I am unable to earn

91         income through Amazon Flex, Uber, through Instacart, Door Dash,

92         Roadside 24-7, and Carvertise; all, of which I have accounts that are

93         pending closure due having no transportation due to inactivity (See

94         Exhibit #7);

95   23.   That, as a result of Toyota's unlawful, misleading, fraudulent, and

96         nefarious behavior, my credit rating is destroyed...ruined because of

97         Toyota's ongoing reports of deficiency that they know to be false;

98   24.   That, upon looking into the Toyota online payment ledger, I

99         discovered Toyota actually cashed the check from State Farm only to

100        reverse it after I exposed them, replacing it with a deficiency of

101        $11,147.97 (Refer to Exhibit #11 of the Complaint);

102  25.   That, as a result of Toyota's unlawful, misleading, fraudulent, and

103        nefarious behavior I am now without a very good  automobile that was

104    almost paid off by me, that was valued at $19,872.00 and had

105    thousands of dollars' worth of customized extras done to it, and

106    personal property within it (See Exhibit #8);  and,

107    26.    FURTHER this Affiant says not.

108    _____

109    Milford Washington

110

111                         **NOTARY**

112

113    I, _Julia D. Cade_____, a Notary in and for the District of

114    Columbia, hereby states as follows that Milford Washington, did personally

115    appear before me on this _19th_day of January 2023.

116

117    _____

118    Notary

119

JULIA D. CADE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2027

# Affidavit

# EXHIBITS

# 1 thru 8

*Milford Washington vs. United TN Holdings, Inc., and Toyota Motor Credit Corporation*

*Case:* _____

# ℒAW 553-VA-ARB-ea 7/14



## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

Dealer Number ___0000045027___   Contract Number AD-3-42000081394550

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| MILFORD WASHINGTON 700 12TH ST SE APT 210 Washington, County of DISTRICT OF COLUMBIA, DC 20003-2960 | N/A | ALEXANDRIA TOYOTA, INC. 3750 JEFFERSON DAVIS HIGHWAY ALEXANDRIA, VA 22305 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| New | 2017 | Toyota Prius | JTDKBRFU8H3578424 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 11.79 % | $ 12,409.08 | $ 30,523.80 | $ 42,932.88 | $ 42,932.88 |

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 596.29 | Monthly beginning 01/11/2018 |
| N/A | N/A | N/A |

Or As Follows:
N/A .

**Late Charge.** If payment is not received in full within ___7___ days after it is due, you will pay a late charge of ___5___% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X **A** N/A

Co-Buyer Signs X **A** N/A

## WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. Any implied warranties arising from a written warranty or service contract are limited to the duration of such written warranty or service contract.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## VSI AND OPTIONAL INSURANCE

Choice of Insurer. If vendor's single interest insurance is required (as indicated below), or if you desire optional insurance, such as credit life insurance or credit disability insurance, you have the right to use alternative coverage or to buy insurance elsewhere from the agent or insurer of your choice. You may also buy required physical damage insurance from the agent or insurer of your choice. Your choice of agent or insurer will not affect our decision to extend credit or your credit terms.

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $___N/A___ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract. See above for more information.

T177176885-DP177176886 · This copy was created on Tue Dec 12 04:52:41 GMT 2017

True and Accurate Completed Copy · UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

**ITEMIZATION OF AMOUNT FINANCED**

| | | |
|---|---|---|
| 1 | Cash Price (including $ _118.80_ sales tax) | $ 22,595.80 (1) |
| 2 | Total Downpayment = | |

Trade-in __2010__ __Mitsubishi__ __Lancer__
(Year) (Make) (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | 1,100.00 |
| Less Pay Off Made By Seller | $ | 6,800.00 |
| Equals Net Trade In | $ | -5,700.00 |
| + Cash | $ | N/A |
| + Other _Rebates_ | $ | 2,000.00 |
| (If total downpayment is negative, enter "0" and see 4I below) | $ | 0.00 (2) |

| | | |
|---|---|---|
| 3 | Unpaid Balance of Cash Price (1 minus 2) | $ 22,595.80 (3) |
| 4 | Other Charges Including Amounts Paid to Others on Your Behalf | |
| | (Seller may keep part of these amounts): | |

A Cost of Optional Credit Insurance

Paid to Insurance Company or Companies.

| | | | |
|---|---|---|---|
| Life N/A | $ | N/A | |
| Disability N/A | $ | N/A | $ N/A |

B Vendor's Single Interest Insurance

| | | |
|---|---|---|
| Paid to Insurance Company(ies). | | $ N/A |
| C Other Optional Insurance Paid to Insurance Company or Companies | | $ N/A |
| D Optional Gap Contract | | $ 995.00 |
| E Official Fees Paid to Government Agencies | | $ N/A |
| 1) to N/A for N/A | | $ N/A |
| 2) to N/A for N/A | | $ N/A |
| 3) to N/A for N/A | | $ N/A |
| F Government Taxes Not Included in Cash Price | | $ N/A |
| G Government License and/or Registration Fees | | |
| License Fee | | $ 139.00 |
| H Government Certificate of Title Fees | | $ N/A |

I Other Charges (Seller must identify who is paid and describe purpose.)

| | | | |
|---|---|---|---|
| 1) to EXETER | for Prior Credit or Lease Balance | $ | 3,700.00 |
| 2) to TMIS | for Mechanical Breakdown | $ | 2,495.00 |
| 3) to SELLER PROCESSING | for Documentation Fee | $ | 599.00 |
| 4) to N/A | for N/A | $ | N/A |
| 5) to N/A | for N/A | $ | N/A |
| 6) to N/A | for N/A | $ | N/A |
| 7) to N/A | for N/A | $ | N/A |
| 8) to N/A | for N/A | $ | N/A |
| 9) to N/A | for N/A | $ | N/A |
| 10) to N/A | for N/A | $ | N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 7,928.00 (4) |

| | | |
|---|---|---|
| 5 | Amount Financed (3 + 4) | $ 30,523.80 (5) |

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before

__N/A__, Year __N/A__. SELLER'S INITIALS **B**_N/A_

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos.

TMIS
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _Rudolph_ **C**

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell such insurance in Virginia. Your choice will not affect our decision to extend credit on the terms of this contract. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest insurance is required is checked on Page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

| | |
|---|---|
| Credit Life $ | N/A |
| Credit Disability $ | N/A |

Insurance Company Name
_N/A_

Home Office Address
_N/A_

Credit life insurance and credit disability insurance are not required to obtain credit. You have the right to use alternate coverage or buy such insurance elsewhere. Your choice of insurer will not affect our decision to extend credit or the terms of this contract. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit Disability insurance does not cover any increases in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance

☐

| | |
|---|---|
| N/A | N/A |
| Type of Insurance | Term |

Premium $ _N/A_

Insurance Company Name
_N/A_

Home Office Address
_N/A_

☐

| | |
|---|---|
| N/A | N/A |
| Type of Insurance | Term |

Premium $ _N/A_

Insurance Company Name
_N/A_

Home Office Address
_N/A_

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. Your choice of insurer will not affect our decision to extend credit or the terms of this contract.

I want the insurance checked above.

X **D** N/A
Buyer Signature | N/A Date

X **D** N/A
Co-Buyer Signature | N/A Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE.**

**Returned Payment Charge:** If any check you give us is dishonored or electronic payment you make is returned unpaid, we may, at our option, charge you $ _50_.

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

   **a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   **b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

   **c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   **d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

   **e. Your right to refinance a balloon payment.** A balloon payment is any payment other than a down payment that is more than 10% greater than the regular or recurring installment payments. If you use the vehicle primarily for consumer purposes, you have the right to refinance a balloon payment over an extended period with additional payments. The additional periodic payments will not be more than 10% greater than the regularly scheduled installment payments.

**2. YOUR OTHER PROMISES TO US**

   **a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   **b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

   **c. Security Interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   **d. Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits.
   If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   **e. What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   **a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.

   **b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   - You pay any payment (plus any late charges) more than 10 days late or not at all;
   - You give us false, incomplete, or misleading information on a credit application;
   - You start a proceeding in bankruptcy or one is started against you or your property; or
   - You break any agreements in this contract.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   **c. You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. You will also pay any collection costs we incur as the law allows.

   **d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

   **e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

True and Accurate Completed Copy · UCC Non-Authoritative Copy

True and Accurate Completed Copy · UCC Non-Authoritative Copy

**f.** **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g.** **What we may do about optional insurance, maintenance, service or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4.** **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**5.** **SERVICING AND COLLECTION CONTACTS** You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**6.** **APPLICABLE LAW** Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract is legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

True and Accurate Completed Copy · UCC Non-Authoritative Copy

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract, along with all other documents signed by you in connection with the purchase of the vehicle, comprise the entire agreement between you and us affecting this purchase. No oral agreements or understandings are binding. Upon assignment of this contract: (i) only this contract and addenda to this contract comprise the entire agreement between you and the assignee relating to this contract; (ii) any change to this contract must be in writing and the assignee must sign it; and (iii) no oral changes are binding. Buyer Signs X E ~~~~~~ Co-Buyer Signs X E N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**See the rest of this contract for other important agreements.**

## NO LIABILITY INSURANCE INCLUDED

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs x F ~willAaf~ Date 11/27/2017 Co-Buyer Signs x F N/A Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

Seller signs ALEXANDRIA TOYOTA, INC. Date 11/27/2017 By x F _Li.Litt_ Title F&I MANAGER

 **WESTERN UNION WU**

# Transfer details

 09/22/2022
**Toyota Motor Credit**

Complete

**1194.00** USD

Tracking No. (MTCN): 601 696 6924

## Sender details

Milford Washington
Credit card ending in  X64863

## Receiver details

Toyota Motor Credit

Delivery method:  Bill payment

## Payout location

United States

## Delivery time

2 - 4 hours

## Summary

| | | |
|---|---:|---|
| Transfer amount | 1194.00 | USD |
| Transfer fee | + 59.00 | USD |
| **Transfer total** | **1253.00** | USD |
| | | |
| **Total to receiver** | **1194.00** | USD |



PLAINTIFF'S EXHIBIT 2

Original balance                                                    $30.523

‹ **Back**

Open/closed                                                         **Closed** ▲

Date opened                                                     **Nov 27, 2017**

Account type                                                     **Auto Loan**

## Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | **30** | **60** | **90** | **90** | **R** | **R** | **R** | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

**PAYMENT HISTORY LEGEND**                                              ∧

| ✓ | On Time |
|---|---|
| R | Repossession |
| 30 | 30 Days Late |
| 60 | 60 Days Late |
| 90 | 90 Days Late |
| - | Data Unavailable |



Status                                                          **Repossession**

Status updated                                                    **Sep 2022**

Past due amount                                                      **$3,662**

Original balance                                                    **$30.523** ▼

‹ Back

| Open/closed | **Closed** |
| --- | --- |

| Date opened | **Nov 27, 2017** |
| --- | --- |

| Account type | **Auto Loan** |
| --- | --- |

# Payment summary

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2022 | ✓ | ✓ | ✓ | ✓ | **30** | **60** | **90** | **90** | **R** | **R** | **R** | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | - | - | - | - | - | - | - | - | - | - | ✓ | ✓ |

**PAYMENT HISTORY LEGEND**                                    ⌃

| ✓ | On Time |
| --- | --- |
| R | Repossession |
| 30 | 30 Days Late |
| 60 | 60 Days Late |
| 90 | 90 Days Late |
| - | Data Unavailable |

| Status | **Repossession** |
| --- | --- |

| Status updated | **Sep 2022** |
| --- | --- |

| Past due amount | **$3,662** |
| --- | --- |

 **TOYOTA**
Financial Services

P.O. Box 22292
Owings Mills, MD 21117-1397

10/31/2022

MDG2022 0001111 01

 MILFORD WASHINGTON
700 12TH ST SE APT 210
WASHINGTON, DC 20003



| | |
|---|---|
| Account: | 0316616760 |
| Our Claim: | 205944 |
| Customer Name: | MILFORD WASHINGTON |
| Vehicle: | 2017 Toyota PRIUS |
| VIN: | JTDKBRFU8H3578424 |

Dear MILFORD WASHINGTON,

Thank you for notifying us of the total loss of the vehicle referenced above. We recognize this is a difficult situation and we look forward to partnering with you to resolve this matter quickly and efficiently.

Please review the following:

- Monthly payments to your account are no longer required. You do not need to continue to pay your regular monthly payment while we await payment from your insurance provider, but you will be responsible for any balance that remains after your insurer's payment is applied to your account. You will also be responsible for any balance that remains if no payment is received from your insurer. If your vehicle is not deemed a total loss, then you will be responsible for any payments not made while your claim was being reviewed by your insurance company.
- Your insurance company will determine the value of your vehicle. Please contact your insurer with questions regarding that determination and its payment. In the event the payment received from your insurance company does not pay your balance in full, TMCC will review your insurance payment for accuracy and request the additional funds owed to you from your insurance company. If successful, a portion of the additional funds received from your insurance company will be deducted from the amount applied to your account as a servicing fee for identifying the error and having it corrected with your insurer.
- If your insurer's payment does not pay the balance in full, any optional insurance products still in force may be cancelled, and the prorated refund(s) applied to your balance. Once we receive your insurer's payment and any optional insurance product refunds, we will send you a statement of balance. You will have 30 days to pay the balance in full or contact us to make payment arrangements.
- If there is a surplus on your account after all payments and refunds are applied, we will send you a check approximately 10 days after the account is closed.
- Your contract includes GAP coverage. We will assist you in filing your GAP claim, but might need your assistance in obtaining certain documents. If you have not already done so, please fax a copy of your Insurance Valuation, Settlement Breakdown, Police Report, Declarations Page and Damage Estimate to 678-496-2765. If you do not have insurance, then please send a copy of the official Police Report and Damage Estimate instead.

If you have any questions regarding this notice, please contact us at 800-874-8822, Mon-Fri, 8am to 6pm EST.

Sincerely,

Toyota Motor Credit Corporation (TMCC)



BANKRUPTCY NOTICE: Debtors and debtors-in-possession are afforded certain rights and protections that are not affected or modified by this letter. If you are entitled to the protections of the United States Bankruptcy Code (including but not limited to 11 U.S.C.§§ 362 and 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE. IT IS PROVIDED TO YOU FOR INFORMATION PURPOSES ONLY.**



Toyota Financial Services is a service mark of Toyota Motor Credit Corporation



# TOYOTA MOTOR CREDIT COPORATION
## PO BOX 5855
## CAROL STREAM, IL 60197-5855
## (800) 279-9032

14055641

MILFORD WASHINGTON
1208 PEACHTREE CREEK CIR
ATLANTA, GA 30341-5352

| DATE OF CONTRACT | DATE OF NOTICE |
|---|---|
| 11/27/2017 | 07/06/2022 |

ACCOUNT NUMBER
704-031-6616760-0001

DESCRIPTION OF COLLATERAL

| YEAR | MAKE/MODEL |
|---|---|
| 2017 | TOYOTA PRIUS |

VEHICLE IDENTIFICATION NUMBER
JTDKBRFU8H3578424

## NOTICE OF RIGHT TO CURE YOUR DEFAULT

07/29/2022    is the **LAST DATE FOR PAYMENT**

$ 2,156.66    is the **AMOUNT NOW DUE**

Dear MILFORD WASHINGTON:

You are now in default on the above-referenced retail installment contract with Toyota Motor Credit Corporation ("TMCC"). If you pay the **AMOUNT NOW DUE** (see above) by the **LAST DAY FOR PAYMENT** (see above), you may continue under the above-referenced agreement as though you were not late. If you do not pay by that date, we may exercise our rights under the law.

If you submit a payment to us that is less than the **AMOUNT NOW DUE** set forth above, we may choose to keep that payment without waiving any rights we may have under the law, including, but not limited to, repossession of the vehicle.

In the past, we may have accepted late payments from you without strictly enforcing the agreement terms. We are sending this notice to advise you that we intend to enforce your agreement unless you cure the default as described above.

Make your payment payable to TMCC and mail to the address set forth above. Be sure to write your account number on your check. If you have any questions, write or telephone us promptly at the address or telephone number listed above.

Sincerely,

Toyota Financial Services

**BANKRUPTCY NOTICE:** Debtors and debtors-in-possession are afforded certain rights and protections that are not affected or modified by this letter. If you are entitled to the protections of the United States Bankruptcy Code (including but not limited to 11 U.S.C. §§ 362 and 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Toyota Financial Services is a service mark of Toyota Motor Credit Corporation (TMCC). Retail installment accounts may be owned by TMCC or its securitization affiliates and lease accounts may be owned by Toyota Lease Trust (TLT) or its securitization affiliates. TMCC is the servicer for accounts owned by TMCC, TLT, and their securitization affiliates.



True and Accurate Completed Copy - UCC Non-Authoritative Copy

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

| Seller assigns its interest in this contract to | Toyota Motor Credit Corporation | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|---|
| ☐ Assigned with recourse | ☒ Assigned without recourse | ☐ Assigned with limited recourse |

| Seller ALEXANDRIA TOYOTA, INC. | By G *Keith* | Title F&I MANAGER |
|---|---|---|

True and Accurate Completed Copy - UCC Non-Authoritative Copy

**LAW** FORM NO. 553-VA-ARB-ea (REV. 7/14)  U.S. PATENT NO. D406,782
©2014 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

T177176885-DP177176886 - This copy was created on Tue Dec 12 04:52:41 GMT 2017

**TOYOTA MOTOR CREDIT CORPORATION**
**PO BOX 5855**
**CAROL STREAM, IL 60197-5855**
**(800) 279-9032**



| DATE OF CONTRACT | 11/27/2017 |
|---|---|
| DATE OF NOTICE | 08/05/2022 |
| ACCOUNT NUMBER | 704-031-6616760-0001 |
| DESCRIPTION OF PROPERTY | |

| YEAR | MAKE-MODEL |
|---|---|
| 2017 | TOYOTA PRIUS |

| VEHICLE IDENTIFICATION NUMBER | |
|---|---|
| | JTDKBRFU8H3578424 |

15355407

MILFORD WASHINGTON
700 12TH ST SE
WASHINGTON, DC 20003

## NOTICE OF DEFAULT AND
## INTENTION TO REPOSSESS

You are now in default on your retail installment contract. Toyota Motor Credit Corporation ("TMCC") is giving you a right to correct this default until **08/23/2022**. If you do so, then you may continue with the retail installment contract as though you did not default. Your default consists of **4** payment(s) for the payment due date(s) of **April 2022** in the monthly payment amount of **$ 596.29**, plus accumulated late charges of **$359.92** and/or other default consisting of: **$0.00**.

## TOTAL AMOUNT NOW DUE: **$ 2,782.76**

Correction of the Default: On or before **08/23/2022**, you must do the following in order to cure your default:

[X] Pay the **TOTAL AMOUNT NOW DUE** shown above.  ☐ Provide proof of acceptable physical damage insurance coverage.

☐ Other: _____

If you do not pay the **TOTAL AMOUNT NOW DUE** shown above and if you do not cure any other default listed above by the date stated above, TMCC may repossess the above-described vehicle wherever it may be found. If you submit a payment to TMCC that is less than the **TOTAL AMOUNT NOW DUE** set forth above, you will not have cured your default and TMCC may choose to keep that payment without waiving any rights it may have under the law, including but not limited to, any right it may have to retake the vehicle which is the subject of your contractual obligation with TMCC. If the vehicle cannot be found, TMCC may take legal action against you to recover it. If the vehicle is repossessed, you will have the rights described below.

(1) Within five (5) days after TMCC repossesses the vehicle, TMCC will personally deliver or mail to you at your last known address by registered or certified mail, a written notice which states: (a) your right to redeem (get back) the vehicle and the amount payable to do so; (b) your rights as to a resale of the vehicle if you do not redeem it; (c) your liability for any deficiency following the resale of the vehicle; and (d) the address where payment is to be made or any notice is to be delivered.

(2) For at least fifteen (15) days after TMCC gives the notice described in Paragraph 1 above, it will retain the vehicle. During this period, you have the right to reinstate the retail installment contract, retake possession of the vehicle and resume performance of the retail installment contract.

(3) To reinstate the retail installment contract and retake possession of the vehicle, you will have to pay the amount due under the retail installment contract at the time you reinstate and do every other act required to be taken by you to cure the default for which the vehicle was repossessed, and if this Notice was given, pay the actual and reasonable expense of repossessing and storing the vehicle.

(4) At any time prior to the sale of the vehicle, you have the right to redeem the vehicle by paying the entire balance due under the retail installment contract which, provided this Notice was given, will include the actual and reasonable expenses of repossessing and storing the vehicle.

(5) Provided you have not exercised your rights to reinstate or redeem, TMCC will sell the vehicle at public or private sale. At least fifteen (15) days before the sale, TMCC will notify you in writing of the time and place of the public sale or the time after which a private sale may be held, by certified or registered mail, return receipt requested, sent to your last known address. If you have paid at least 50% of the cash price of the vehicle, the vehicle will be sold at a public sale. If TMCC is unsatisfied by the highest bid received at this public sale, it may reject all bids and sell the vehicle at private sale for not less than the highest bid received at the public sale or auction. If you have paid less than 50% of the cash price of the vehicle, TMCC may sell the vehicle at a public or private sale unless, within the fifteen (15) day reinstatement period, you request a public sale in writing and you deposit the sum of $15 with TMCC.

(6) You will be furnished a written statement which shows the distribution of the proceeds from the sale. If the sale proceeds are not sufficient to pay all that you owe, then you will be responsible for paying the difference. If you do not pay the amount which you owe when TMCC demands it, TMCC may pursue its legal rights, including the possibility of filing a lawsuit against you. If legal action is taken against you, you may be required to pay TMCC reasonable attorneys' fees and court costs.

(7) If the sale proceeds are sufficient to pay TMCC all that you owe and there is money remaining, and if TMCC does not pay the surplus to the holder of a security interest in the vehicle, if any, junior to TMCC, then the money left over will be paid to you.

(8) In some cases, TMCC may return the vehicle to the dealer where you purchased it. TMCC's agreement with the dealer provides that the dealer pay what it owes to TMCC, and TMCC will deliver the vehicle to the dealer, who then has the right to sell it. You will still retain all the rights and obligations set forth in this Notice. If there is any money remaining after the expenses of sale as described above and after the dealer is reimbursed, then the dealer will pay it to you.

(9) All insurance which is financed under the retail installment contract will be cancelled if you do not redeem the vehicle, and the unearned insurance premiums and unearned finance charges, if any, will be refunded and credited to the amount you owe TMCC.

You are reminded that another payment of $ 596.29 becomes due on **08/08/2022**. This amount is not included in the **TOTAL AMOUNT NOW DUE** above.

If you have any questions promptly write or telephone TMCC at the address or telephone number above.

| **This is an attempt to collect a debt and any information obtained will be used for that purpose.** |
|---|

7022 0410 0001 8570 8351

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Chandler, AZ 85244
OFFICIAL USE

Certified Mail Fee $4.00
$ $3.75
0879
44

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $0.60
10/07/2022

Total Postage and Fees $7.35

Sent To: Toyota Financial
Street and Apt. No., or PO Box No.: P.O.B. 15012
City, State, ZIP+4®: Chandler, AZ 85244

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 0410 0001 8570 8399

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 4.00

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ 3.25
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage .84

Total Postage and Fees 8.09

Sent To: Toyota Financial Svcs P. Rogers
Street and Apt. No., or PO Box No.: P.O. Box 22202
City, State, ZIP+4®: Owings Mills, MD 21117

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 1670 0001 5743 6043

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Cedar Rapids, IA 52409
OFFICIAL USE

Certified Mail Fee $4.00
$ $3.25
0879
9

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $1.08
11/25/2022

Total Postage and Fees $8.33

Sent To: Toyota Financial Svcs-Revocation
Street and Apt. No., or PO Box No.: PO Box 9490
City, State, ZIP+4®: Cedar Rapids, IA 52409

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7022 2410 0000 3661 7379

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Owings Mills, MD 21117
OFFICIAL USE

Certified Mail Fee $4.00
$ $3.25
0907
6

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $2.16
12/20/2022

Total Postage and Fees $9.41

Sent To: Toyota Financial Services (Venus)
Street and Apt. No., or PO Box No.: P.O. Box 22202
City, State, ZIP+4®: Owings Mills, MD 21117

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

PLAINTIFF'S EXHIBIT 6
tabbies

## Toyota Brand Engagement Center Confirmation

Toyota Brand Engagement Center <becdonotreply@toyota.com>

Wed 11/9/2022 3:36 PM

To: Milford Washington <mwashington@risingforjustice.org>

Thank you for contacting **Toyota Motor Sales, U.S.A., Inc!**

We received your message. This email is an automated acknowledgement of your inquiry and we will have a tailored response to you as quickly as possible.

For immediate assistance,
please contact the **Toyota Brand Engagement Center:**

**1-800-331-4331**

**Monday** through **Friday: 8:00 AM** to **8:00 PM ET**
**Saturday: 9:00 AM to 7:00 PM ET**

**Please note: we are closed most national holidays.**

We appreciate your patience.

Sincerely,
Toyota Brand Engagement Center

Reference # **221109001454**

Note: This email was sent from a notification-only e-mail address that cannot accept incoming e-mail. Please do not reply to this message.

 # TOYOTA

(https://www.toyota.com/)(https://www.toyota.com/)



🔍 Type your question...

✓ Topic details                    ✓ Contact info

# Topic Details

Please enter details regarding your inquiry in the form below

*Required fields

Select Topic*

| Company Information ⌄ |

Select Subtopic*

| Corporate Social Responsibility ⌄ |

## Please write a comment or summary below

Enter Message (5000 character limit)*

I would like to know the address for sending legal related requests. I am seeking to correspond with the General Counsel for Toyota Financial. Thanks

⬆ Upload Files

**Supported files:**
.gif, .jpeg, .jpg, .mp3, .mpeg, .mpg, .pdf, .png, .txt, .tiff, .tif, .wav



🔍  Type your question

✓ Topic details                    ✓ Contact info

# Message sent!

Your message has been submitted under reference number: **221109001454**

Thank you for contacting Toyota Motor Sales, U.S.A., Inc.

We received your message, and we will have a tailored response to you as quickly as possible.

Thank you,

**Toyota Brand Engagement Center**



Proud Mobility Partner

**Do Not Sell My Personal Information
(https://privacy.toyota.com/)**

**Cookie Consent Options**

**Accessibility
(https://www.toyota.com/support/accessibility/)**



MILFORD WASHINGTON
700 12 Street SE
210
WASHINGTON DC 20003

| Thanks for saving with Capital One 360®

Here's your **June 2019** bank statement.

# $755.95
### TOTAL ENDING BALANCE IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Jun 4 | Jun 30 |
|---|---|---|
| **360 Checking...6126** | $0.00 | **$755.95** |
| **All Accounts** | $0.00 | **$755.95** |

## Cashflow Summary

- ⊕ **$0.06** INTEREST EARNED THIS PERIOD
- ⊖ **$0.00** OVERDRAFT AND RETURN ITEM FEES THIS PERIOD
- ⊖ **$0.00** FINANCE CHARGES THIS PERIOD

PLAINTIFF'S
EXHIBIT
7

 capitalone.com    1-888-464-0727    P.O. Box 60, St. Cloud, MN 56302    FDIC   

## 360 Checking - 36075596126

| 0.20% | $0.06 | 27 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Jun 4** | **Opening Balance** | | | **$0.00** |
| Jun 11 | Deposit from AMAZON.CO1285077 EDI PYMNTS | Credit | + $37.00 | $37.00 |
| Jun 12 | Deposit from STRIPE Milford Wa | Credit | + $15.71 | $52.71 |
| Jun 13 | Deposit from EarninActivehour VERIFYBANK | Credit | + $0.05 | $52.76 |
| Jun 13 | Withdrawal from EarninActivehour VERIFYBANK | Debit | - $0.04 | $52.72 |
| Jun 14 | Deposit from DISTRICT OF COLU DIRECT DEP | Credit | + $1,731.56 | $1,784.28 |
| Jun 14 | Withdrawal from SEVENTH AVENUE ACHPAYMENT | Debit | - $35.00 | $1,749.28 |
| Jun 14 | Deposit from AMAZON.CO1287451 EDI PYMNTS | Credit | + $2.49 | $1,751.77 |
| Jun 15 | Cash Withdrawal at Branch | Debit | - $608.75 | $1,143.02 |
| Jun 16 | Debit Card Purchase - TRADER JOE'S #622 QPS WASHINGTON, DC US | Debit | - $99.77 | $1,043.25 |
| Jun 16 | Debit Card Purchase - SAFEWAY STORE 1177 WASHINGTON, DC US | Debit | - $51.17 | $992.08 |
| Jun 17 | Withdrawal from CAPITAL ONE CRCARDPMT | Debit | - $35.00 | $957.08 |
| Jun 17 | Debit Card Purchase - 7-ELEVEN HYATTSVILLE, MD US | Debit | - $6.58 | $950.50 |
| Jun 18 | Withdrawal from AM GEN LIFE INS ONLINE PMT | Debit | - $28.30 | $922.20 |
| Jun 18 | Withdrawal from FINGERHUT PAYMENT | Debit | - $74.76 | $847.44 |
| Jun 18 | Withdrawal from PROG DIRECT INS INS PREM | Debit | - $181.30 | $666.14 |
| Jun 18 | Debit Card Purchase - ERM07731 2700 HAMILTO WASHINGTON, DC US | Debit | - $15.00 | $651.14 |
| Jun 18 | Debit Card Purchase - MCDONALD S F10625 WASHINGTON DC | Debit | - $3.50 | $647.64 |
| Jun 18 | Debit Card Purchase - CMSVEND COMPASS BELTSV BELTSVILLE MD | Debit | - $1.60 | $646.04 |
| Jun 18 | Debit Card Purchase - SQC CASH APP IG XX 4153753176 CA | Debit | - $5.00 | $641.04 |

    

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 19 | Withdrawal from CMFG LIFE INS CO ADD PYMT | Debit | - $30.00 | $611.04 |
| Jun 19 | Debit Card Purchase - MCDONALD S F10631 COLMAR MANOR MD | Debit | - $1.80 | $609.24 |
| Jun 19 | Debit Card Purchase - CMSVEND COMPASS BELTSV BELTSVILLE MD | Debit | - $1.60 | $607.64 |
| Jun 19 | Debit Card Purchase - SQC CASH APP IG XX 4153753176 CA | Debit | - $30.00 | $577.64 |
| Jun 19 | Debit Card Purchase - SQC CASH APP SCOOT 4153753176 CA | Debit | - $35.00 | $542.64 |
| Jun 19 | Debit Card Purchase - CB MONTGOMERY WARDS 888 5573848 WI | Debit | - $30.00 | $512.64 |
| Jun 20 | ATM Withdrawal - CAPITAL ONE CE3A WASHINGTON, DC | Debit | - $40.00 | $472.64 |
| Jun 20 | Debit Card Purchase - WAL-MART #5129 LANDOVER HILL, MD US | Debit | - $39.65 | $432.99 |
| Jun 20 | Debit Card Purchase - WALMART FAMILY MOBILE 877 440 9758 FL | Debit | - $28.24 | $404.75 |
| Jun 21 | Debit Card Purchase - ERM07731 2700 HAMILTO WASHINGTON, DC US | Debit | - $20.70 | $384.05 |
| Jun 21 | Debit Card Purchase - MCDONALD S F3123 HILLCREST HG MD | Debit | - $11.21 | $372.84 |
| Jun 21 | Debit Card Purchase - SQC CASH APP IG XX 4153753176 CA | Debit | - $5.00 | $367.84 |
| Jun 23 | Debit Card Purchase - 7-ELEVEN WASHINGTON, DC US | Debit | - $1.09 | $366.75 |
| Jun 23 | Debit Card Purchase - KFC K071140 HYATTSVILLE MD | Debit | - $6.36 | $360.39 |
| Jun 24 | Debit Card Purchase - MCDONALD S F10631 COLMAR MANOR MD | Debit | - $2.95 | $357.44 |
| Jun 24 | Debit Card Purchase - SQU SQ GOSQ COM CURTI WASHINGTON DC | Debit | - $10.00 | $347.44 |
| Jun 24 | Debit Card Purchase - PHO CONG LY ANNANDALE VA | Debit | - $4.77 | $342.67 |
| Jun 24 | Debit Card Purchase - MCDONALD S F10631 COLMAR MANOR MD | Debit | - $2.95 | $339.72 |
| Jun 25 | Deposit from DoorDash, Inc. DoorDash, | Credit | + $7.52 | $347.24 |
| Jun 25 | Debit Card Purchase - SAFEWAY STORE 3274 HYATTSVILLE, MD US | Debit | - $7.60 | $339.64 |
| Jun 25 | Debit Card Purchase - SQC CASH APP IG XX 4153753176 CA | Debit | - $22.00 | $317.64 |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| Jun 26 | Deposit from AMAZON.CO1294438 EDI PYMNTS | Credit | + $27.00 | $344.64 |
| Jun 26 | Debit Card Purchase - USPS PO 10501402 200 C WASHINGTON, DC US | Debit | - $304.40 | $40.24 |
| Jun 26 | Debit Card Purchase - SQC CASH APP IG XX 4153753176 CA | Debit | - $5.25 | $34.99 |
| Jun 27 | Cash Withdrawal at Branch | Debit | - $34.00 | $0.99 |
| Jun 28 | Deposit from DISTRICT OF COLU DIRECT DEP | Credit | + $1,619.06 | $1,620.05 |
| Jun 28 | Debit Card Purchase - USPS PO 10501402 200 C WASHINGTON, DC US | Debit | - $603.75 | $1,016.30 |
| Jun 28 | Debit Card Purchase - ERM06930 7TH & G STRE WASHINGTON, DC US | Debit | - $50.45 | $965.85 |
| Jun 28 | Debit Card Purchase - SHOPPERS FOOD/PHARM 26 COLMAR MANOR, MD | Debit | - $91.61 | $874.24 |
| Jun 30 | Debit Card Purchase - CMSVEND CV SUITLAND SUITLAND MD | Debit | - $1.35 | $872.89 |
| Jun 30 | Debit Card Purchase - SQC CASH APP IG XX 4153753176 CA | Debit | - $5.00 | $867.89 |
| Jun 30 | Debit Card Purchase - METROPCS MOBILE 888 863 8768 WA | Debit | - $112.00 | $755.89 |
| Jun 30 | Monthly Interest Paid | Credit | + $0.06 | $755.95 |
| Jun 30 | **Closing Balance** | | | **$755.95** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|------|------|------|
| Total Overdraft Fees | **$0.00** | **$0.00** |
| Total Return Item Fees | **$0.00** | **$0.00** |

 capitalone.com    1-888-464-0727   P.O. Box 60, St. Cloud, MN 56302    FDIC   

number. It's connected to emails: milfordwashington@outlook.com, and wigstracksbeauty@outlook.com Please get it right and email me with your findings.

3 days ago



B      Hi Milford,

We're happy to make this

We're happy to make this
change for you.

In order to better

Reply

driver's license on file
- The phone number or email address you would like to have associated with your Uber account

We appreciate your patience and are looking forward to hearing from you!

BS · 3 days ago

**410-572-7360** 

Now

Reply

 **Driver's License** 〉

Expires: 2023-06-26

 **Profile Photo**

## Toyota Prius FC8469

 **Vehicle Registration** 〉

Expires: 2020-04-24

 **Vehicle Insurance** 〉

Expires: 2020-03-01

# VA/MD State Inspection Certificate

Expires: 2020-11-02



 🖼 ⊖     ✳ ⏰ 🔆 ▂▄▆ 82% 🔋 12:01 PM

← **Aug 28 - Sep 3**

# $419.03

SUMMARY

| | |
|---|---:|
| Batches | 21 |
| Instacart Payment | $369.55 |
| Customer Tips | $49.48 |

| Active time | Time online |
|---|---|
| **21 hrs 35 mts** | **29 hrs 4 mts** |

## DAILY EARNINGS

| | |
|---|---:|
| Wed, Aug 30 | $57.65 |
| Thu, Aug 31 | $151.88 |
| Fri, Sep 1 | $42.77 |

 ✳ ⏰ 📶 .ıl 81% 🔋 12:04 PM

← **Sep 4 - 10**

# $469.08

## SUMMARY

| | |
|---|---:|
| Batches | 15 |
| Instacart Payment | $405.15 |
| Customer Tips | $63.63 |

Customer Tips                          $05.05

Hourly Guarantee                       $0.30

|                    | Active time | Time online |
|--------------------|-------------|-------------|
|                    | **24 hrs 59 mts** | **27 hrs 45 mts** |

DAILY EARNINGS

Mon, Sep 4                             $119.93

Tue, Sep 5                             $76.40

 ♀ ✳ 🕐 ⋮⋮ ⊿ 81% ▮ 12:04 PM

← **Sep 11 - 17**

# $510.25

## SUMMARY

| | |
|---|---|
| Batches | 23 |
| Instacart Payment | $408.20 |
| Customer Tips | $102.05 |

| Active time | Time online |
|---|---|
| **29 hrs 45 mts** | **31 hrs 35 mts** |

## DAILY EARNINGS

| | |
|---|---|
| Mon, Sep 11 | $99.05 |
| Tue, Sep 12 | $28.10 |
| Wed, Sep 13 | $71.98 |

📰 🖼️ 💡 ⊖                    📍 ⚹ 🕐 ⠿ ᵐₗ 81% 🔋 12:05 PM

# $293.63

SUMMARY

| | |
|---|---|
| Batches | 9 |
| Instacart Payment | $174.30 |
| Customer Tips | $71.17 |
| Hourly Guarantee | $48.16 |

| Active time | Time online |
|---|---|
| **11 hrs 42 mts** | **22 hrs 12 mts** |

DAILY EARNINGS

| Mon, Oct 2 | $47.47 |
| Wed, Oct 4 | $36.20 |

# $351.07

SUMMARY

| Batches | 14 |
| Instacart Payment | $225.15 |
| Customer Tips | $125.92 |

| Active time | Time online |

13 hrs 48 mts              19 hrs 28 mts

## DAILY EARNINGS

Tue, Sep 19                    $48.82

Wed, Sep 20                    $61.83

Thu, Sep 21                    $64.25

←     **Sep 25 - Oct 1**

# $355.41

## SUMMARY

Batches                        15

Instacart Payment              $243.50

Instacart Payment                    $243.50
Customer Tips                        $111.91

| Active time | Time online |
|---|---|
| **17 hrs 2 mts** | **22 hrs 29 mts** |

DAILY EARNINGS

Thu, Sep 28                            $55.78

Fri, Sep 29                            $59.32

Sat, Sep 30                           $148.40

$351.07

## SUMMARY

| | |
|---|---|
| Batches | 14 |
| Instacart Payment | $225.15 |
| Customer Tips | $125.92 |

| Active time | Time online |
|---|---|
| **13 hrs 48 mts** | **19 hrs 28 mts** |

## DAILY EARNINGS

| | |
|---|---|
| Tue, Sep 19 | $48.82 |
| Wed, Sep 20 | $61.83 |
| Thu, Sep 21 | $64.25 |


# $272.49

SUMMARY

| | |
|---|---|
| Batches | 11 |
| Instacart Payment | $196.20 |
| Customer Tips | $76.29 |

| Active time | Time online |
|---|---|
| **13 hrs 14 mts** | **18 hrs 16 mts** |

DAILY EARNINGS

| Mon, Oct 30 | $45.09 |
| Tue, Oct 31 | $63.25 |
| Wed, Nov 1 | $40.96 |

 

← **Oct 9 - 15**

# $342.50

SUMMARY

| Batches | 16 |
| Instacart Payment | $285.75 |
| Customer Tips | $56.75 |

|              Active time              |              Time online              |
|:-------------------------------------:|:-------------------------------------:|
| **20 hrs 21 mts**                     | **23 hrs 35 mts**                     |

## DAILY EARNINGS

| | |
|:---|---:|
| Mon, Oct 9 | $100.01 |
| Tue, Oct 10 | $17.10 |
| Wed, Oct 11 | $67.60 |

  ⚹ 🔔 4G .ıll 80% 🔋 12:05 PM

← **Oct 23 - 29**

# $366.43

SUMMARY

| Batches | 8 |
|---|---|
| Instacart Payment | $216.45 |
| Customer Tips | $92.83 |
| Hourly Guarantee | $57.15 |

| Active time | Time online |
|---|---|
| **13 hrs 12 mts** | **19 hrs 52 mts** |

DAILY EARNINGS

| Mon, Oct 23 | $32.75 |
|---|---|
| Wed, Oct 25 | $14.85 |

 81% 12:05 PM

← **Oct 16 - 22**

# $431.49

| | |
|---|---|
| Batches | 12 |
| Instacart Payment | $204.35 |
| Customer Tips | $71.14 |
| Hourly Guarantee | $156.00 |

| Active time | Time online |
|---|---|
| **15 hrs 32 mts** | **31 hrs 58 mts** |

## DAILY EARNINGS

| | |
|---|---|
| Mon, Oct 16 | $61.21 |
| Thu, Oct 19 | $54.96 |

# $210.65

SUMMARY

| | |
|---|---|
| Batches | 9 |
| Instacart Payment | $167.10 |
| Customer Tips | $39.17 |
| Hourly Guarantee | $4.38 |

| Active time | Time online |
|---|---|
| **10 hrs 26 mts** | **15 hrs 4 mts** |

## DAILY EARNINGS

Tue, Nov 7                                    $19.62

Wed, Nov 8                                    $34.48


# $180.03

## SUMMARY

Batches                                            6

Instacart Payment                           $135.30

Customer Tips                                $44.73

| Active time | Time online |
|---|---|
| 9 hrs 2 mts | 10 hrs 47 mts |

## DAILY EARNINGS

| | |
|---|---|
| Mon, Nov 13 | $37.13 |
| Tue, Nov 14 | $40.60 |
| Thu, Nov 16 | $50.96 |

  80% 12:06 PM

← Nov 27 - Dec 3

# $238.28

## SUMMARY

| | |
|---|---|
| Batches | 8 |
| Instacart Payment | $161.45 |
| Customer Tips | $28.83 |
| Hourly Guarantee | $48.00 |

| Active time | Time online |
|---|---|
| **10 hrs 50 mts** | **20 hrs 57 mts** |

## DAILY EARNINGS

| | |
|---|---|
| Tue, Nov 28 | $70.97 |
| Wed, Nov 29 | $42.21 |

 ⊖     ❋ ⏰ ▒ ▂▃▅ 80% 🔋 12:06 PM

 **Nov 20 - 26**

# $97.68

| | |
|---|---:|
| Batches | 4 |
| Instacart Payment | $63.35 |
| Customer Tips | $5.00 |
| Hourly Guarantee | $29.33 |

| Active time | Time online |
|:---:|:---:|
| **4 hrs 26 mts** | **10 hrs 49 mts** |

## DAILY EARNINGS

| | |
|---|---:|
| Sat, Nov 25 | $45.05 |

Sun, Nov 26                    $23.30


# $188.01

SUMMARY

| | |
|---|---:|
| Batches | 8 |
| Instacart Payment | $137.05 |
| Customer Tips | $42.72 |
| Hourly Guarantee | $8.24 |

| Active time | Time online |
|:---:|:---:|
| **11 hrs 28 mts** | **15 hrs** |

## DAILY EARNINGS

Mon, Dec 4                              $26.65

Wed, Dec 6                              $75.76

  ✳ ⏰ 🔋 📶 80% 🔋 12:06 PM

← **Dec 11 - 17**

# $238.89

## SUMMARY

Batches                                      11

Instacart Payment                    $134.15

Customer Tips                          $50.04

Customer Tips                    $30.04

Hourly Guarantee                 $54.70

| Active time | Time online |
|---|---|
| **11 hrs 38 mts** | **22 hrs 23 mts** |

DAILY EARNINGS

Tue, Dec 12                      $38.28

Wed, Dec 13                      $29.30

  ✳ 🕐 📶 80% 🔋 12:06 PM

← **Dec 25 - 31**

# $529.60

## SUMMARY

| | |
|---|---|
| Batches | 22 |
| Instacart Payment | $411.90 |
| Customer Tips | $117.70 |

| Active time | Time online |
|---|---|
| **24 hrs 8 mts** | **31 hrs 6 mts** |

## DAILY EARNINGS

| | |
|---|---|
| Tue, Dec 26 | $107.36 |
| Wed, Dec 27 | $103.96 |
| Thu, Dec 28 | $31.37 |

 ✳ 🕐 ▦ ᪲ 80% 🔋 12:06 PM

# $268.28

SUMMARY

| | |
|---|---|
| Batches | 10 |
| Instacart Payment | $183.40 |
| Reimbursements | $8.84 |
| Customer Tips | $76.04 |

| Active time | Time online |
|---|---|
| **12 hrs 20 mts** | **13 hrs 45 mts** |

DAILY EARNINGS

| Wed, Dec 20 | $53.10 |
| Thu, Dec 21 | $75.25 |

# $595.76

SUMMARY

| Batches | 17 |
| Instacart Payment | $510.30 |
| Customer Tips | $85.46 |

| Active time | Time online |

## DAILY EARNINGS

Tue, Jan 2                    $163.57

Thu, Jan 4                     $44.55

Fri, Jan 5                    $179.92


# $763.63

## SUMMARY

Batches                          25

Instacart Payment              $576.50

Instacart Payment $576.50

Customer Tips $135.84

Hourly Guarantee $51.29

| Active time | Time online |
|---|---|
| **30 hrs 42 mts** | **41 hrs 3 mts** |

DAILY EARNINGS

Tue, Jan 23 $134.58

Wed, Jan 24 $33.70

$365.07

SUMMARY

| | |
|---|---:|
| Batches | 12 |
| Instacart Payment | $300.05 |
| Shopper Bumps | $16.00 |
| Customer Tips | $49.02 |

| Active time | Time online |
|:---:|:---:|
| **16 hrs 43 mts** | **20 hrs 15 mts** |

DAILY EARNINGS

| | |
|---|---:|
| Mon, Jan 8 | $80.05 |
| Wed, Jan 10 | $39.78 |


# $725.77

SUMMARY

| | |
|---|---|
| Batches | 28 |
| Instacart Payment | $645.30 |
| Customer Tips | $80.47 |

| Active time | Time online |
|:---:|:---:|
| **37 hrs 2 mts** | **53 hrs 19 mts** |

DAILY EARNINGS

| | |
|---|---|
| Mon, Jan 15 | $126.14 |
| Tue, Jan 16 | $17.10 |
| Wed, Jan 17 | $93.96 |


# $706.09

SUMMARY

| | |
|---|---|
| Batches | 27 |
| Instacart Payment | $586.40 |
| Customer Tips | $119.69 |

| Active time | Time online |
| --- | --- |
| **32 hrs 22 mts** | **45 hrs 24 mts** |

## DAILY EARNINGS

| | |
| --- | --- |
| Mon, Jan 29 | $155.98 |
| Tue, Jan 30 | $135.75 |
| Wed, Jan 31 | $107.80 |

⬛ 🖼 ⊖　　　　　　　＊ ⏰ 🔢 ▂▄ 80% 🔋 12:08 PM

← **Feb 19 - 25**

# $714.27

SUMMARY

| | |
|---|---|
| Batches | 25 |
| Instacart Payment | $562.85 |
| Shopper Bumps | $12.80 |
| Customer Tips | $138.62 |

| Active time | Time online |
|---|---|
| **31 hrs 16 mts** | **43 hrs 27 mts** |

DAILY EARNINGS

| | |
|---|---|
| Mon, Feb 19 | $136.07 |
| Tue, Feb 20 | $115.25 |



*✶ ⏰ 4G ⠇⠇ ⏤�llll 80% 🔋 12:07 PM*

← **Feb 5 - 11**

# $741.93

| | |
|---|---:|
| Batches | 30 |
| Instacart Payment | $630.70 |
| Customer Tips | $111.23 |

| Active time | Time online |
|:---:|:---:|
| **34 hrs 22 mts** | **51 hrs 27 mts** |

## DAILY EARNINGS

| | |
|---|---:|
| Mon, Feb 5 | $92.56 |
| Tue, Feb 6 | $212.44 |


← **Feb 12 - 18**

# $633.99

SUMMARY

| | |
|---|---:|
| Batches | 21 |
| Instacart Payment | $464.05 |
| Customer Tips | $145.94 |
| Hourly Guarantee | $24.00 |

| Active time | Time online |
|:---:|:---:|
| **23 hrs 5 mts** | **36 hrs 15 mts** |

DAILY EARNINGS

Mon, Feb 12                    $213.60

Wed, Feb 14                     $97.86

Get Outlook for Android

**Lost Red Card? Get a new one while you dash**

DoorDash <no-reply@doordash.com>
Sat 11/20/2021 6:05 AM
To: Milford Washington <milfordwashington@outlook.com>



**Start earning $$$ with the Dasher app.**

Download Now



# Replace your Red Card

Hi Milford,

Thanks for reporting your Red Card as lost or missing.
You can find details below for how to get a replacement.
**For now, don't worry—you can continue dashing
and meeting your earning goals.**

**Here's what's next:**

- Make sure you order a free replacement card in the **DoorDash online store**
- You'll be able to continue dashing for up to 2 weeks while your card arrives. Simply open your app and tap 'Dash Now' or 'Schedule a dash' to keep earning
- You'll need to activate a new Red Card within 2 weeks to keep dashing. **Here's how**.

## Looking for extra help?

Get more information on your lost Red Card **here**.

© 2021 DoorDash, Inc. | 303 2nd St, South Tower, Suite 800
San Francisco, CA 94107

Unsubscribe    View email in browser

**Re: Towing Leads Account Set Up**

milford washington <milfordwashington@outlook.com>
Sun 9/9/2018 2:28 PM
To: alexa@towingleads.com <alexa@towingleads.com>



AMENDED SUBMISSION:

Phone #: 410-572-7360

Company: Roadside 24-7, LLC

Business Address: 8101 Hunters Green Court

Phone Number Calls Will Come In To: 410-572-7360

Hours Of Operation: SUNDAY: 3am-5am; MONDAY: 6am-10am/4pm-2am: TUESDAY: Closers;
WEDNESDAY: Closed; THURSDAY: 6am-12pm/3pm-12am; FRIDAY: 1:30am-12am; SATURDAY: 2am-
12am

Days Of Operation: Sunday, Monday, Thursday, Friday, Saturday

Services Provided: $70+Flat Tire Change, $65-Lock Out, $75-Jump Starts, $55-Fuel Refill, $75-Freon
Refill.
# Of Trucks: Zero (0)

City/ Radius/ ZIP/ Of Area Serviced:   SEE ATTACHMENT

Goal # of Calls You'd Like To Recieve: Maximum of Closing Leads Clicks (i.e. 8-12 calls per day resulting
in 6 closing leads clicks; 1000 per month resulting in 780 closing lead clicks)

Credit Card Number To Charge: 4000-2207-0843-5454
Card Exp Date: 12/20
CVV # On Back: 284
Name On Card: MILFORD T. WASHINGTON


1 QUESTION: What are the procedures for obtaining the ability to 'Bill' insurance providers? Some
callers have been turned away due to my being unable to Bill their insurers.

2 QUESTION: Could the Service Area, zip codes be either closed or added during weekends, if
requested, and if so, how should this be submitted to you and what is the cut off time for doing so?

**From:** milford washington <milfordwashington@outlook.com>
**Sent:** Friday, September 7, 2018 6:13:37 PM
**To:** alexa@towingleads.com; roadside24-7@outlook.com
**Subject:** Re: Towing Leads Account Set Up

Phone #: 410-572-7360
Company: Roadside 24-7, LLC
Business Address: 8101 Hunters Green Court
Phone Number Calls Will Come In To: 410-572-7360
Hours Of Operation: SUNDAY: 3am-5am; MONDAY: 6am-10am/4pm-2am: TUESDAY: Closers;
WEDNESDAY: Closed; THURSDAY: 6am-12pm/3pm-12am; FRIDAY: 1:30am-12am; SATURDAY: 2am-12am
Days Of Operation: Sunday, Monday, Thursday, Friday, Saturday
Services Provided: $70+Flat Tire Change, $65-Lock Out, $75-Jump Starts, $55-Fuel Refill, $75-Freon
Refill.
# Of Trucks: Zero (0)
City/ Radius/ ZIP/ Of Area Serviced:
Goal # of Calls You'd Like To Recieve: Maximum of Closing Leads Clicks (i.e. 8-12 calls per day resulting in
6 closing leads clicks; 1000 per month resulting in 780 closing lead clicks)
Credit Card Number To Charge: 4000-2207-0843-5454
Card Exp Date: 12/20
CVV # On Back: 284
Name On Card: MILFORD T. WASHINGTON------------------------------------------------------ QUESTION: What
are the procedures for obtaining the ability to 'Bill' insurance providers? Some callers have been turned
away due to my being unable to Bill their insurers.

---

**From:** alexa@towingleads.com <alexa@towingleads.com>
**Sent:** Thursday, September 6, 2018 6:06:44 PM
**To:** roadside24-7@outlook.com; milfordwashington@outlook.com
**Subject:** Towing Leads Account Set Up

Hey Milford,
It's Alexa with Towing Leads here. Here is our start up form we spoke about on the phone earlier. As soon as this is
all filled out we can go ahead and get started on your website and ads. Let me know if you have any questions or
concerns. You can reach me here at alexa@towingleads.com or on my direct line at 859-402-2041.


Name:
Phone #:
Company:
Business Address:
Phone Number Calls Will Come In To:
Hours Of Operation:
Days Of Operation:
Services Provided:
# Of Trucks:
City/ Radius/ ZIP/ Of Area Serviced:
Goal # of Calls You'd Like To Recieve:
Credit Card Number To Charge:
Card Exp Date:
CVV # On Back:
Name On Card:


We also encourage companies to include some kind of price range we can include as a promotion. (Etc; $50 Tire
Change, or gas for a certain price.) This way it brings in a crowd but also helps minimize price shoppers that call
get a price then call elsewhere to compare.

Hooray! You matched with a Carvertise campaign!

Carvertise <jarred@carvertise.com>
via auth.ccsend.com
Wed 11/4/2020 3:15 PM
To: milfordwashington@outlook.com <milfordwashington@outlook.com>



# Congratulations!
## You matched with a
## $500 Carvertise campaign!

JOIN THE CAMPAIGN NOW

^It's free and always will be^

### SIGN UP TODAY TO EARN A $100 BONUS

**This 5-month campaign is in partnership with Gettacar.**

**Sign up today to qualify for a $100 bonus!**

**Getting started is easy!**

It's completely free.
Our advertisements are paint safe.

We'll pay you each and every month.

Get paid **$500** to drive with Carvertise.
**The road to passive income has never been so easy.**

RESERVE YOUR SPOT

**You can speak with a Carvertise representative before you commit!**

## Thousands of drivers earn extra cash by driving with Carvertise

 

 

## Why you should drive with Carvertise

Earn

Carvertise <noreply@mail.hellosign.com>
Wed 5/8/2019 2:08 PM
To: milfordwashington@outlook.com <milfordwashington@outlook.com>

# ▼ HELLOSIGN

**ACTION REQUESTED**

## Carvertise (carvertiser@carvertise.com) has requested your signature

REVIEW & SIGN

**DOCUMENT**

## Carvertise Partial Wrap Contract 2019

**MESSAGE FROM CARVERTISE (carvertiser@carvertise.com)**

Hello,

We are excited to have you on board!

Here is your Carvertise Driver Agreement mentioned during your telephone interview, ready to sign.

Please fill this out and Carvertise will be alerted when it is completed.

Once this document is completed, you will receive an email with a link to schedule your installation appointment with the full address of the wrap location, this email will also contain a link to complete a background check.



 

Home › TOYOTA PW301-47009

🚗 Make sure this part fits your Car ›

# Prius Removable Roof Cross Bars | 2016-2022 Prius | 2017-2022 Prius Prime - Toyota (PW301-47009)

Insist on Quality Genuine Toyota Parts & Accessories

**Sale Price:**    **$267.18**

🚗 Make sure this part fits your Car ›

🛒 ADD TO CART

**Internet only price when purchased online at parts.frontiertoyota.com!**



    

**Manufacturer Warranty**
Minimum of 12 Months

**Guaranteed Fitment**
Always the correct parts

**Shop with Confidence**
Your information is safe

**In-House Experts**
We know our products

## DETAILS

Genuine:

 


PLAINTIFF'S EXHIBIT

SKU:



### HAUL-MASTER

# 150 Lb. Capacity Roof-Mounted Steel Cargo Carrier

☆ ☆ ☆ ☆ ☆ (792) ⌄   Write a Review

This sturdy rooftop cargo rack adds an extra 10 square ft. of storage space. Fits most vehicles with luggage cross bars.

## $99⁹⁹

| Compare to MAXXHAUL 70115 $132.70 | Save $32 |
|---|---|



| 1 ▲▼ | Add to Cart |
|---|---|

+ Add to My List

---

 **In Stock** at Gaithersburg, MD

Store Info  |  Check Nearby Stores

  



**YOU MAY ALSO LIKE :**



A GIFT YOU KNOW THEY'LL LOVE

HARBOR FREIGHT GIFT CARD

Buy Gift Cards



# Blackline by Arcan 3-Ton Aluminum Quick-Rise Low-Profile Service Floor Jack — Model# ALJ3TB

Item# 149201    ☆☆☆☆☆  4.8 (78)    Write a Review    Ask a Question



### Only $249.99

🚚 **Ship It**
In Stock

📍 **Store Pickup in Under 2hrs (In-Store or Curbside)**
See Pickup Details

- Thick frame side plates, reinforced lift arm assembly and rear caster brackets are constructed of extruded 6061 aluminum for added strength, chassis torsion control and durability
- A 7009 aluminum hydraulic block adds additional strength
- Casted aluminum A356 lifting arm mounting block, saddle seat and handle yoke
- Dual pump pistons for fast rising action
- Piston dust shields to prevent hydraulic contamination

## Product Summary

This Blackline by Arcan professional-quality aluminum Quick Rise Low-Profile Service Jack has a 3-ton lift capacity and a 3 3/4in. minimum lift height for easy access under low-profile vehicles. The ball bearing-mounted rear swivel caster wheels and wide track front wheels provide easy maneuverability and jack stability under a load. A saddle pad protects the vehicle's frame and components. Meets ASME PALD 2009 standard.

**What's Included**
(1) Floor jack  (1) 2-pc. handle

## Features + Benefits



Ultra light aluminum construction for easy maneuverability

12 strokes to full height w/o load

3 ton load capacity

Bearing mounted swivel casters

Rubber saddle pad protects vehicle

Side mount handle for carrying and positioning

2-piece handle w/bumper pad and quick lock

- Thick frame side plates, reinforced lift arm assembly and rear caster brackets are constructed of extruded 6061 aluminum for added strength, chassis torsion control and durability
- A 7009 aluminum hydraulic block adds additional strength
- Casted aluminum A356 lifting arm mounting block, saddle seat and handle yoke
- Dual pump pistons for fast rising action
- Piston dust shields to prevent hydraulic contamination

- Bypass and overload valves prevent over-extension of hydraulic ram and jack use beyond rated capacity
- 2-pc. handle offers easy storage
- Quick lock feature for engagement and disengagement of handle halves
- Strong, lightweight aluminum construction weighs just 56 lbs. for easy maneuvering
- 4.6in. saddle

## Key Specs

| Item# | | Min. Lift Height (in.) | |
|---|---|---|---|
| | 149201 | | 3 5/8 |



**katzkin**®

AUTOMOTIVE LEATHER

6868 W. Acco Street | Montebello, CA 90640
P: 877.811-8840 | F: 323.725.1259 | E: info@katzkin.com

**Sold to / Bill To:**

Milford Washington
1131 K. Street S.E. #14
Washington DC 20005

**Ship To:**

Car Spa
3846 S. Four Mile Run Drive
Arlington VA 22206
703-820-5400

| Invoice #: | 2369311 |
|---|---|
| Date: | 03/27/19 |
| Page: | 1/1 |

| Customer #<br>19556 | VIN<br>H3578424 | Terms<br>Credit Card | Scheduled<br>Drop off Date<br>04/04/19 |
|---|---|---|---|

| Ord-Date | Item # | Description | Qty | Price | Total |
|---|---|---|---|---|---|
| 03/27/19 | K2TO37 | 2017 Toyota Prius Wagon | 1 | $895.00 | $895.00 |
| | | Tracking # | 5107354 | | |
| 03/27/19 | *D2C2 | INSTALLATION LABOR | 1 | $600.00 | $600.00 |
| 03/27/19 | *TAX | SALES TAX | 6.00% | 1 | $53.70 | $53.70 |

**SPECIAL INSTRUCTIONS:**

| QTY. | NET | Tax | Total |
|---|---|---|---|
| 1 | 1,495.00 | 53.70 | 1,548.70 |

If you have any questions concerning your billing, feel free to contact us.  Thank You.

info@tireagent.com <info@tireagent.com>
via sendgrid.net

Wed 4/28/2021 4:20 PM

To: milfordwashington@outlook.com <milfordwashington@outlook.com>



## THANK YOU FOR YOUR ORDER

Hi Milford,

Thank you for placing an order with Tire Agent. Your order has been received and is currently being processed.

We'll send you an email with tracking information once your order has been shipped.

### Order Details

Order #: **R842349682**
Order Date: Wednesday, April 28, 2021
Payment Method:
Shipping Method: Preferred Installer

| Product | Qty | Price | Item Total |
|---|---|---|---|
| Ironman - GR906 - 92602 205/55R16 91V | 4 | $76.94 | $307.76 |

| | | | |
|---|---|---|---|
| | Subtotal: | | $307.76 |
| | State Fees: | | $3.20 |
| | Tax: | | $18.47 |
| | **Total:** | | **$329.43** |

### Delivery

Delivery Method: Preferred Installer
Jiffy Lube 972
Milford Washington
15121 Frederick Rd
Rockville, MD 20850

# IN THE SUPERIOR COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MILFORD WASHINGTON, Pro Se | | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION CASE NO: |
| UADR, Inc. and TOYOTA MOTOR | | 23CV2164 |
| CREDIT CORPORATION, *et. al.* | | |
| *Defendant(s).* | | |
| _____ | | |

## WITNESS AFFIDAVIT

I, Quiana R. Hairston, hereby state that the following factual events are based upon my personal knowledge and belief, and are as follows, to-wit:

1. That, I am, the daughter of Milford Washington, who was owner of a Teal Green 2017 Toyota Prius JTDKBRFU8H3578424, was parked, believed to be stolen from Atlanta, Georgia, at the location ARIUM APARTMENTS, 1208 Peachtree Creek Circle, Atlanta, 30345;

2. That, on Sunday, September 25, 2022, when I came outside to walk my pet, I noticed that my father's motor vehicle was gone;

3. That, on that same day, I contacted my father, informing him that his car was gone.

24    4. That, as a result of telling him that, my father instructed me to call the

25        police and report the vehicle as having been stolen;

26    5. That, upon reporting this to the police, a police report for motor vehicle

27        theft was conducted;

28    6. That, the stolen vehicle did have possessions worth $625.00,

29        belonging to me within it; and,

30    7. FURTHER this Affiant says not.

31   _____

32  Quiana Hairston

33

34                     **NOTARY**

35

36      I, C.Nitzanah Griffin            , a Notary in and for the State of

37  Georgia, hereby states as follows that Quiana R. Hairston, did personally

38  appear before me on this __14__ day of February 2023.

39

40

41  Notary

42

Page **2** of **2**

1    **IN THE SUPERIOR COURT OF DEKALB COUNTY**
2                      **STATE OF GEORGIA**
3
4    MILFORD WASHINGTON, Pro Se          |
5                      *Plaintiff,*       |
6          v.                             |    CIVIL ACTION CASE NO:
                                               23CV2164
7    UNITED TN HOLDINGS,                  |    _____
8    INC., and TOYOTA MOTOR CREDIT        |
9    CORPORATION, *et. al.*               |
10                     *Defendant(s).*    |
11   _____     |
12
13              <u>**REQUEST FOR REMOTE APPEARANCE**</u>
14
15
16         COMES   NOW, Milford Washington, Pro Se, pursuant to Rule 28

17   (a)(5), to request a remote appearance:

18         The reasons are as follows:

19         Your Plaintiff is an out of State resident residing in the District of

20   Columbia.

21         There are budgetary constraints, medical constraints, and time

22   constraints; meaning, Plaintiff is employed sub-par, and with the exception

23   of Trial by Jury, he does not have the convenience of appearing in the State

24   of Georgia for every proceeding. In addition, given that Plaintiff's motor

25   vehicle and only mode of transportation to drive to Georgia was taken

26  unlawfully by the Defendants,  he would be at the mercy of airline flight

27  cancellations as well as hefty train ticket prices and increases. More

28  importantly, your Plaintiff has not taken all of the COVID-10 Boosters, as he's

29  experienced what he believes are complications. (See Exhibit #1)

30      Lastly, despite the lack of communication in the past pertaining to both

31  Defendants, your Plaintiff is prejudiced by their deliberate decision not to

32  provide feedback. In any case, however, Plaintiff has initiated contact with

33  both Defendants, and awaits their reply. (See Exhibit #2)

34      WHEREFORE, in the absence of any replies or objections from the

35  Defendants, your Plaintiff prays that this Honorable Court GRANT this

36  request for REMOTE APPEARANCE.

37      Respectfully submitted this _____ day of February 2023.

38
39
40                          MR. MILFORD WASHINGTON, PRO SE
41                          700 12TH ST SE #210
42                          WASHINGTON, D.C. 20003
43                          202-787-9717
44                          milfordwashington@outlook.com
45
46  _____
47  MILFORD WASHINGTON, Pro Se
48

# COVID-19 Vaccination Record Card

Keep this record card, which includes medical information
about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información
médica sobre las vacunas que ha recibido.

CDC

| Last Name | First Name | MI |
|-----------|------------|-----|
| Washington, Milford | | |

Date of birth: 10/26/1965   Patient number (medical record or IIS record number)

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---------|--------------------------------------|------|----------------------------------------|
| 1st Dose COVID-19 | 036B21A moderna | 4/23/21 mm dd yy | FEMA |
| 2nd Dose COVID-19 | Moderna H-07C 21A | 05/25/21 mm dd yy | WW - MRC |
| 1st Booster Other | Moderna 055-H22A | 08/10/22 mm dd yy | Wallmart 2557 |
| Other | | ___/___/___ mm dd yy | |



PLAINTIFF'S
EXHIBIT

Mr. Milford Washington
700 12th St SE #210
Washington, D.C. 20003

Corporation Services Company
c/o United TN Holdings, Inc. ('UADR')
2 Sun Court, Ste 400
Peachtree Corners, GA.
30092

Date: January 17, 2023

USPS Certified: 7022-2410-0000-3661-7324

Re: Rule 28 (a)(5);
    *Milford Washington v. United TN Holdings, Inc., and*
    *Toyota Motor Credit Corporation, et.al*

This correspondence is being sent to satisfy Rule 28 (a)(5) of the Rules of Civil Procedure of the Code of Georgia.

As you are aware, a lawsuit will be filed against you on the 20th of January 2023, in the Superior Court of DeKalb County, Georgia.

I am the Plaintiff, Milford Washington, and you are being asked to consent to this request for remote appearance.

Your participation is voluntary and you may acknowledge your consent in writing to the above named address.

Signed:

_____



IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

CASE NO.:    23-CV-2164

MILFORD WASHINGTON,

     Plaintiff,

v.

UNITED TN HOLDINGS, INC., AND
TOYOTA       MOTOR       CREDIT
CORPORATION, ET. AL.

     Defendant.

_____/

### TOYOTA MOTOR CREDIT CORPORATION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Toyota Motor Credit Corporation ("TMCC"), pursuant to O.C.G.A. § 9-11-6(b), here by files its Motion for Extension of Time to Respond to Plaintiff's Complaint, and states as follows:

1.     On February 24, 2023, Plaintiff filed served his Complaint on TMCC.

2.     TMCC's deadline to respond to Plaintiff's Complaint is on or before March 27, 2023.

3.     TMCC respectfully seeks a brief extension of time in order to fully assess the allegations and claims made against it in the complaint and to prepare a response.

4.     Pursuant to O.C.G.A. § 9-11-6(b), TMCC requests a twenty-one (21) day extension of time through April 13, 2023.

Respectfully submitted this 23rd day of March, 2023.

**HOLLAND & KNIGHT LLP**

<u>/s/ Matthew T. Covell</u>
Matthew T. Covell
Georgia Bar No. 190735
1180 West Peachtree Street, N.W.
Suite 1800
Atlanta, GA 30309
Phone: (404) 817-8500
Fax: (404) 881-0470
E-Mail: matthew.covell@hklaw.com

*Attorneys for Defendant*
*Toyota Motor Credit Corporation*

#202023998_v1