## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Court via the Odyssey eFileGA system which will automatically serve a copy to the Plaintiff.

This 23rd day of March, 2023

**HOLLAND & KNIGHT LLP**

*/s/ Matthew T. Covell*
Matthew T. Covell
Georgia Bar No. 190735

#202023998_v1