IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

*In re:*
Subpoena Issued to Mbeti Ndonga,     Miscellaneous Action No. _____

_____

### NON-PARTY MBETI NDONGA'S MOTION TO STAY AND TO QUASH DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, TO MODIFY SUBPOENA

Pursuant to Federal Rules of Civil Procedure 45(d)(3) and 26(c), and the Civil Local rules of this Court, non-party Mbeti Ndonga ("Ndonga"), by and through her attorneys, respectfully moves this Court to stay and to quash, or in the alternative, to modify the Rule 45 non-party deposition subpoena issued to her by Mahendra Amin in his defamation action *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.). The subpoena is returnable on April 4, 2023 in Atlanta, Georgia. Ndonga's counsel have conferred with counsel for Amin in an effort to avoid motion practice, but those efforts proved unsuccessful.

As explained in the accompanying Memorandum of Law in Support, the non-party subpoena to Ndonga should be quashed for several reasons, including lack of personal service, lack of relevance, and undue burden. If, *arguendo*, Ndonga's motion to quash is denied, she alternatively seeks modification of the

1

subpoena under both Rule 45(d)(3)(C) and Rule 26(c), requiring either that she respond to questions via a written declaration, or submit to deposition on written questions per Federal Rule of Civil Procedure 31, with all questions narrowly tailored to the subject matter of the allegedly defamatory statements at issue in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.).

While this Motion to Quash or, in the Alternative, to Modify is pending, Ndonga seeks a stay of the non-party subpoena's April 4, 2023 return date. This is necessary to prevent the burden and harm that will result if Ndonga is required to appear for deposition on oral questions before the instant Motion has been fully briefed and resolved. A Proposed Order to Stay and a Proposed Order to Quash, or in the Alternative, to Modify are submitted along with this Motion.

Dated: March 27, 2023

Respectfully submitted,

*/s/ Clare R. Norins*
Clare R. Norins
Georgia Bar No. 575364
cnorins@uga.edu
FIRST AMENDMENT CLIN
University of Georgia School
Post Office Box 388
Athens, Georgia 30603
(706) 542-1419 (phone)

*/s/ Elora Mukherjee*
Elora Mukherjee*
emukherjee@law.columbia.edu
Immigrants' Rights Clinic
Morningside Heights Legal Servicices
Columbia Law School
435 W. 116th Street
New York, NY 10027
(212) 854-4291 (phone)

\* *Pro hac vice* application forthcoming

*Attorneys for Mbeti Ndonga*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1(B). This document was prepared on a computer using Times New Roman font (14 point).

This 27th day of March, 2023.

>                             */s/ Clare R. Norins*
>                             Clare R. Norins
>                             Georgia Bar No. 575364
>                             *Attorney for Mbeti Ndonga*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2023, I filed **NDONGA MBETI'S MOTION TO STAY AND TO QUASH DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, TO MODIFY** and the accompanying **MEMORANDUM OF LAW IN SUPPORT** with the Clerk of Court using the CM/ECF system and served true copies of same via email on the following counsel of record in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.):

Stacey Godfrey Evans
sevans@staceyevanslaw.com
Tiffany N. Watkins
twatkins@staceyevanslaw.com
STACEY EVANS LAW
4200 Northside Parkway NW
Bldg One; Suite 200
Atlanta, GA 30327
Te: (770) 779-9602

Scott R. Grubman
sgrubman@cglawfirm.com
CHILIVIS GRUBMAN DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
Te: (404) 233-4171

*Counsel for Mahendra Amin*

Elizabeth A. McNamara
lizmcnamara@dwt.com
Amanda B. Levine
amandalevine@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 489-8230
amandalevine@dwt.com

Cynthia L. Counts
cynthia.counts@fisherbroyles.com
FISHERBROYLES, LLP
945 East Paces Ferry Rd. NE, Suite 2000
Atlanta, GA 30326
Tel: (404) 550-6233

*Counsel for NBCUniversal Media, LLC*

                              */s/ Clare R. Norins*
                              Clare R. Norins
                              Georgia Bar No. 575364