IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

*In re:*
Subpoena Issued to Mbeti Ndonga,     Miscellaneous Action No. _____

_____

**[Proposed] ORDER GRANTING
NON-PARTY MBETI NDONGA'S MOTION TO STAY DEPOSITION**

Having considered Non-Party Subpoena Recipient Mbeti Ndonga's Motion to Stay Deposition Date Pending Resolution of Motion to Quash or, in the Alternative, to Modify Subpoena issued by Mahendra Amin in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.), returnable April 4, 2023, at 2:00 p.m., it is HEREBY ORDERED that:

1. Ndonga's Motion to Stay Deposition Date is GRANTED.

2. Ndonga's deposition shall be STAYED pending resolution of her Motion to Quash or, in the Alternative, to Modify Subpoena.

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE