IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

*In re:*
Subpoena Issued to Mbeti Ndonga,      Miscellaneous Action No. _____

_____

### [Proposed] ORDER GRANTING NON-PARTY MBETI NDONGA'S MOTION TO QUASH [OR, IN THE ALTERNATIVE, TO MODIFY SUBPOENA]

Having considered Non-Party Subpoena Recipient Mbeti Ndonga's Motion to Quash or, in the Alternative, to Modify Subpoena issued by Mahendra Amin in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.), returnable April 4, 2023, at 2:00 p.m., it is HEREBY ORDERED that:

1. Ndonga's Motion to Quash is GRANTED.

2. The subpoena issued to Ndonga is QUASHED. Amin is precluded from obtaining deposition testimony from Ndonga.

[OR]

1. Ndonga's Motion to Modify is GRANTED.

2. The subpoena is MODIFIED such that Ndonga shall respond via written declaration to questions submitted to Ndonga that shall be narrowly limited to the subject matter of the defamatory statements remaining at issue in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.), as

set forth in Exhibit C to Ndonga's Motion to Quash or, in the Alternative, to Modify Subpoena.

[OR]

1. Ndonga's Motion to Modify is GRANTED.

2. The subpoena is MODIFIED such that Ndonga's deposition shall be conducted by written questions consistent with Federal Rule of Civil Procedure 31.

3. It is further ORDERED that the questions submitted to Ndonga shall be narrowly limited to the subject matter of the defamatory statements remaining at issue in *Amin v. NBCUniversal Media, LLC*, Case No. 5:21-CV-00056-LGW-BWC (S.D. Ga.), as set forth in Exhibit C to Ndonga's Motion to Quash or, in the Alternative, to Modify Subpoena.

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE