# Exhibit C

**Exhibit 1 – Challenged Statements**

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| September 15, 2020 – "Deadline: White House" (Exhibit B to Answer) | | | |
| 1 | "High numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody." | "*We are following breaking news today, it's about an alarming new whistleblower complaint that alleges, quote,* "high numbers of female detainees, detained immigrants, at an ICE detention center in Georgia received questionable hysterectomies while in ICE custody." | Fair Report Privilege<br><br>Public Interest Privilege |
| ▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 3 | "Some said that they came back bruised and that he was overly harsh." | "Some said that they came back bruised, that he was overly harsh, they called him abusive *and some of the allegations that the lawyers told us.*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Opinion |
| ▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |
| 5 | "There were women who were told that they needed a hysterectomy because they had cancer. One of those women, her medical records does not indicate that she ever had a biopsy to indicate that she had cancer and another case, a lawyer told me that his client had a hysterectomy because she was told she had | "And in at least two cases, there were women who were told that they needed a hysterectomy because they had cancer. One of these women, her medical records has not indicated that she ever had a biopsy to indicate that she had cancer. In another case, a lawyer told me that his client had a hysterectomy because she was told she had a stage four cervical | Fair Report Privilege<br><br>Public Interest Privilege |

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | stage four cervical cancer and after the hysterectomy, when she went to the oncologist, the oncologist said you do not have cancer, so these are alarming allegations about this doctor." | cancer. After the hysterectomy, when she went to an oncologist, the oncologist said, you do not have cancer. So these are alarming allegations. *I personally called the doctor's office. As soon as I identified myself as a reporter, I heard a click, the phone hung up."* | |
| 6 | "This is his specialty, he's the uterus collector." | *"You're quoting the complaint as saying* that's his specialty, he's the uterus collector. *Is that how the people refer to this doctor?"* | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 7 | "Well what's he doing . . . collecting all of our uteruses? | *"I had a detainee that asked me, she said,* what is he doing? Collecting all of our uteruses? | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 9 | "And perhaps doing very unnecessary procedures and not what you would need in a short-term detention situation." | *"I mean, I've been talking to lawyers who say, look, I have clients in detention who had diabetes and couldn't get their medication, yet they were told to go back for a pap smear and then to go again when that seemed regular. It seemed like* | Fair Report Privilege<br><br>Public Interest Privilege |

2

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | | *they were getting way too much care from a gynecologist* and perhaps doing very unnecessary procedures and not enough of what you would need in a short term detention situation. *We know that they aren't supposed to stay longer than six months. Why were they getting so much care on this one area?* | Opinion |
| | September 15, 2020 – "All In With Chris Hayes" (Exhibit C to Answer) | | |
| 10 | "Migrant women say that a doctor was performing unauthorized hysterectomies on immigrant women detained at that facility." | "Yesterday, we learned about a whistleblower, a nurse working at a Georgia Immigrations and Customs Enforcement, ICE facility, leveling honestly ghastly allegations. Chief among them that women in that facility, migrant women, say that a doctor was performing unauthorized hysterectomies on immigrant women detained in that facility." | Fair Report Privilege<br><br>Public Interest Privilege |
| 11 | "Two of his clients received hysterectomies they believe may have been unnecessary." | "We've been chasing this story all day along with some of my colleagues here at NBC. Tonight, we can report a lawyer named Benjamin Osorio representing women at that very facility, told NBC News that indeed two of his clients received hysterectomies they believe may have been unnecessary." | Fair Report Privilege<br><br>Public Interest Privilege |
| 12 | "Two different women who claim they also had unnecessary hysterectomies while detained at this facility." | "And tonight, were here on ALL IN spoke with another attorney who represents two different women who claim they also had unnecessary hysterectomies while detained at this facility." | Fair Report Privilege<br><br>Public Interest Privilege |
| 13 | "As many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed." | "That lawyer tells us that as many as 15 immigrant women were given full or partial hysterectomies or other procedures for which no medical indication existed." | Fair Report Privilege<br><br>Public Interest Privilege |

3

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| 14 | "Is he the uterus collector? Does he collector uteruses?" | "And one lady walked up to me here this last time around between October 19th and July 2nd and said, what is he? Is he the uterus collector? Does he collect uteruses?" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 15 | "Everybody that I talked to has had a hysterectomy." | "And I asked her, what does she mean. And she says, everybody that I've talked to has had a hysterectomy." | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 16 | "They would say is he the uterus collector?" | "And you just don't know what to say, I mean I don't – I don't have an answer for why they would come to me and they would say, is he a uterus collector?" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| September 16, 2020 – "All In With Chris Hayes" (Exhibit D to Answer) ||||

4

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| ▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| ▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| ▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| ▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓ |
| | September 15, 2020 – "The Rachel Maddow Show" (Exhibit E to Answer) | | |
| 22 | "Immigrant women at that facility have told her that they routinely have been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies." | *"A nurse who works at an ICE detention facility in Georgia has just contributed to a whistleblower complaint. She says that in her time working at this ICE detention facility, it's a detention center in Irwin County, Georgia. She says that immigrant* | Fair Report Privilege

Public Interest Privilege |

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| | | women at that facility have told her they have routinely been sent to a gynecologist who has performed unnecessary procedures on them, including hysterectomies." | |
| 23 | "They have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it." | "[J]ust to underscore that, the allegation here is that this is a federal facility and they have been sending immigrant women in their care, in their custody, to a doctor who has removed their reproductive organs for no medical reason and without them consenting to it." | Fair Report Privilege<br><br>Public Interest Privilege |
| 24 | "Five different women between October, November, and December 2019, over that three-month period, five different women who'd had a hysterectomy done." | "From the complaint wrote, quote, a detained immigrant told Project South that she talked to five different women detained at the Irwin County Detention Center . . . five different women between October, November, and December 2019, over that three month period, five different women who had a hysterectomy done." | Fair Report Privilege<br><br>Public Interest Privilege |
| 25 | "I thought this was like an experimental concentration camp. It was like they're experimenting with our bodies." | "The detainee said, quote, when I met all these women who had the surgeries, I thought this was like an experimental concentration camp it was like they're experimenting with our bodies." | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 26 | "Everybody this doctor sees has a hysterectomy, just about everybody." | "The nurse who contributed to this whistleblower complaint explains it like this, quote: Everybody this doctor sees has a hysterectomy, just about everybody. He's even taken out the wrong over on one detained immigrant. She was supposed to get her left ovary removed because she had a cyst on the left ovary he took out the right one. She was upset. She had to go back to take the left and she wound up with a total hysterectomy." | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |

6

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| 27 | "He's even taken out the wrong ovary on one detained immigrant. She was supposed to get her left ovary removed because it had a cyst on the left ovary. He took out the right one. She had to go back to take out the left and wound up with a total hysterectomy." | *"The nurse who contributed to this whistleblower complaint explains it like this, quote:* Everybody this doctor sees has a hysterectomy, just about everybody. He's even taken out the wrong over on one detained immigrant. She was supposed to get her left ovary removed because she had a cyst on the left ovary he took out the right one. *She was upset.* She had to go back to take the left and she wound up with a total hysterectomy." | Fair Report Privilege<br><br>Public Interest Privilege |
| 28 | "He's taking everybody's stuff out, that's his specialty." | *"The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 29 | "He's the uterus collector." | *"The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 30 | "Is he collecting these things or something?" | *"The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |

7

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| 31 | "Everybody he sees he's taking all their uteruses out or he's taking their tubes out." | "*The nurse says she and her fellow nurses, quote, questioned among ourselves, like, goodness,* he's taking everybody's stuff out, that's his specialty he's the uterus collector. *She says, quote, I know that's ugly.* Is he collecting these things or something? Everybody he sees he's taking all their uteruses out or he's taking their tubes out, *what in the world?*" | Fair Report Privilege<br><br>Public Interest Privilege<br><br>Hyperbole |
| 32 | "He removed the uteruses of these refugee women for no medical reason, without their informed consent." | "*According to this nurse, this whistleblower, she alleges in this complaint that on several occasion, women told her that this doctor performed hysterectomies*, removed the uteruses of these refugee women for no medical reason without their proper informed consent." | Fair Report Privilege<br><br>Public Interest Privilege |
| 33 | "Two women who were detained at the facility say they received hysterectomies that they believe may have been unnecessary." | "*According to NBC's reporting, one of the lawyers represents* two women who were detained at the facility who say they received hysterectomies that they believe may have been unnecessary." | Fair Report Privilege<br><br>Public Interest Privilege |
| 34 | "She went to this doctor's office for an exam. The exam left her with bruising." | "*Another lawyer represents a woman who says* she went to this doctor's office for an exam. The exam left her with bruising." | Fair Report Privilege<br><br>Public Interest Privilege |
| September 17, 2020 – "All In With Chris Hayes" (Exhibit F to Answer) |||| 
| 35 | "We've been bringing you the story of allegations of medical procedures performed on immigrant women without – many without consent at an ICE detention facility in Georgia." | "We've been bringing you the story of allegations of medical procedures performed on immigrant women without – many without consent at an ICE detention facility in Georgia. *Now, there is now a formal inquiry into those allegations in the Department of Homeland Security's Office of Inspector General.*" | Fair Report Privilege<br><br>Public Interest Privilege |

| Statement No. | Statement as It Appears in Complaint | Full Published Statement | Defenses |
|---|---|---|---|
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |