# Exhibit E

## DECLARATION OF MBETI NDONGA

I, Mbeti Ndonga, hereby swear under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Mbeti Ndonga.
2. I am over 18 years of age, and I have personal knowledge of the facts stated in this declaration.
3. To the best of my knowledge, I have never been personally served with a subpoena in connection with Dr. Amin.
4. My mother Lucy Ndonga was given a subpoena with my name on it in connection with Dr. Amin.
5. My lawyers showed me a video of my mom receiving the subpoena.
6. I am not in the video, and I have never personally been served with the subpoena.

Date: _Mon March 27 2023_

Signature: _Mbeti Ndonga_