UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| STANLEY KING,<br><br>      Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG,<br><br>      Defendants. | **Case No.** _____ |

**PLAINTIFF'S L.R. 3.3 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Stanley King is the Plaintiff in this action.

-1-

Mercedes-Benz USA, LLC and Mercedes-Benz Group AG are Defendants in this action.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Attorneys for Plaintiffs and the Proposed Class:</u>

Ketan A. Patel
CORPUS LAW PATEL, LLC

William G. Caldes
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN & KODROFF, P.C.

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship

is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

<u>Plaintiff</u>:   Stanley King – New Jersey

<u>Defendants</u>:   Mercedes-Benz USA LLC - Georgia

Mercedes-Benz Group AG - Germany

Respectfully submitted this 28th day of March, 2023.

By: _____

    Ketan A. Patel (State Bar Number 121099)
    CORPUS LAW PATEL, LLC
    P.O. Box 724713
    Atlanta, Georgia 31139
    Telephone: (678) 597-8020
    kp@corpus-law.com

    William G. Caldes (Pro Hac Vice application forthcoming)
    Jeffrey L. Spector (Pro Hac Vice application forthcoming)
    Icee N. Etheridge (Pro Hac Vice application forthcoming)
    SPECTOR ROSEMAN & KODROFF, P.C.
    2001 Market Street, Suite 3420
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 496-0300
    Bcaldes@srkattorneys.com
    Jspector@srkattorneys.com
    Ietheridge@srkattorneys.com

    *Attorneys for Plaintiff*