IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **RACHEL PATTERSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| v. | ) | |
| | ) | _____ |
| | ) | |
| **LIBERTY MUTUAL INSURANCE** | ) | |
| **COMPANY** | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Liberty Mutual Insurance Company, ("LMIC" or "Defendant"), who is improperly identified as the defendant in this civil action, on behalf of the proper party, LM General Insurance Company, by and through its counsel of record, and files this, its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa. as follows:

(1)   A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by Fed. R. Civ. P. 7.1:

Plaintiff:

Rachel Patterson

<u>Defendant</u>:

Defendant, Liberty Mutual Insurance Company (hereafter "LMIC"), on behalf of the proper party, LM General Insurance Company ("LM General") responds that LMIC is a company organized under the laws of the State of Massachusetts and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

Liberty Mutual Insurance Company is a company organized under the laws of the State of Massachusetts and for federal court jurisdiction/diversity of citizenship disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

- Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

- LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

- Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

LM General Insurance Company is a company organized under the laws of the State of Illinois and for federal court jurisdiction/diversity of citizenship

disclosure purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

· Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

· LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

· Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

· Liberty Mutual Insurance Company owns 100% of the stock of LM General Insurance Company

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  None.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    (a)    Ryan Baxter
Baxter Law Firm, LLC
2400 Herodian Way, Suite 220
Smyrna, GA  30080
**Attorney for Plaintiff**

    (b)    Hilary W. Hunter
Isenberg & Hewitt, P.C.
600 Embassy Row, Suite 150
Atlanta, Georgia 30328

**Attorneys for Defendant**

(4)   For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.

(a)   The Plaintiff:  Georgia

(b)   LMIC/LM General: Illinois / Massachusetts

Respectfully submitted, this 29th day of March, 2023.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
(770) 351-4400 Telephone
(770) 828-0100 Facsimile
**Attorneys for Defendant**

## LOCAL RULE 7.1 CERTIFICATE

The undersigned counsel hereby certifies that this pleading was prepared with one of the font and point selections approved by the Court in L.R. 5.1.C. Specifically, Times New Roman was used in 14 point.

ISENBERG & HEWITT, P.C.

/s/ Hilary W. Hunter
Hilary W. Hunter
Georgia Bar No. 742696
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
(770) 351-4400 Telephone
(770) 828-0100 Facsimile
**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **RACHEL PATTERSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| v. | ) | _____ |
| | ) | |
| **LIBERTY MUTUAL INSURANCE COMPANY** | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed Defendant Liberty Mutual Insurance Company's Answer to Plaintiff's Complaint with the Clerk of Court via the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record to this matter, and also served a copy of the within and foregoing pleading to all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed as follows:

> Ryan Baxter
> Baxter Law Firm, LLC
> 2400 Herodian Way, Suite 220
> Smyrna, GA  30080

This 29th day of March 2023.

> ISENBERG & HEWITT, P.C.
>
> /s/ Hilary W. Hunter

                                         Hilary W. Hunter
                                         Georgia Bar No. 742696
                                         600 Embassy Row, Suite 150
                                         Atlanta, GA  30328
                                         (770) 351-4400 (O)
                                         **Attorney for Defendant**