**EXHIBIT B**



**BROWNLAW**

HEATHER BROWN
ATTORNEY AT LAW

138 Bulloch Avenue
Roswell, GA 30075

p: 404-994-4300
heather@hdbrownlaw.com

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5567 4870*

Mr. Deepak Bansal, CFO
Black Box Network Services, Inc. – Government Solutions
2701 North Dallas Parkway
Plano, TX 75093

      *Re:*    ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***
              ***NOTICE OF INTENT TO TERMINATE AGREEMENT***
              ***NOTICE TO PRESERVE EVIDENCE***

Dear Mr. Bansal:

        This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

        The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore hereby provides notice to Black Box that *effective immediately* Ammacore will begin assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

Mr. Deepak Bansal, CFO
March 14, 2023
Page 2 of 3

If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or

Mr. Deepak Bansal, CFO
March 14, 2023
Page 3 of 3

electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoliation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form.  It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto.  Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

*We appreciate your immediate attention to these issues. Time is of the essence.* All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

Sincerely,

Heather D. Brown

cc:     Ammacore, Inc. (via email to cgaffney@ammacore.com)
        Chris Wilson (via email to ctwilsonesq@gmail.com)
        Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
        Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
        Joe Walker (via email to joe.walker@BlackBox.com)
        Bill Sneddon (via email to bill.sneddon@BlackBox.com)
        Autumn Howerton (via email to autumn.howerton@BlackBox.com)



**HEATHER BROWN**
ATTORNEY AT LAW

138 Bulloch Avenue
Roswell, GA 30075

p: 404-994-4300
heather@hdbrownlaw.com

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5499 7667*
Black Box Corporation of Pennsylvania
Attn: Legal Department
1000 Park Drive
Lawrence, PA 15055

*Via FedEx*
*Tracking No. 3957 5528 0235*
Black Box Corporation of Pennsylvania
c/o CT Corporation System, RA
289 S. Culver Street
Lawrenceville, GA 30046

> Re:    ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***
> ***NOTICE OF INTENT TO TERMINATE AGREEMENT***
> ***NOTICE TO PRESERVE EVIDENCE***

To Whom It May Concern:

This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore**

Black Box Corporation of Pennsylvania
March 14, 2023
Page 2 of 3


**interest at the rate of eighteen percent (18%) per annum for each invoice comprising the
Account that remains outstanding beginning thirty-one (31) days from the invoice due date
and continuing until the invoice is paid in full.**

      If Ammacore does not receive full payment of the arrearage within five (5) days of the date
of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim
will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees
and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn
litigiousness resulting in unnecessary trouble and expense to Ammacore.

      Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with
Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is
enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice
comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the
MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices
comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to
Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to
make full payment to Ammacore for the outstanding invoices Contractor contends are
governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the
MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right
under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and
remedies available to it pursuant to the MSA.

      You are hereby notified that Ammacore intends to pursue all claims available to it in
litigation if one or more of the entities collectively identified herein as Black Box does not comply
with the demand set forth herein. You, and each of the other identified entities, should ensure that
you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore
detailed in the invoices constituting the Account. Specifically, you (including your agents,
contractors, and employees and customers) should preserve (or caused to be preserved) and not
destroy all records, notes, letters, statements, emails, correspondences, text messages, direct
messages, documents, photographs, and writings concerning the Account, the MSA, and all projects
with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a
lawsuit would likely include paper writings and records but will also include electronic, recorded,
and computerized writings and photographs. These records further include computer files, Google
Drives or other cloud based programs containing documents or information, faxes, email messages,
instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on
any computers, computer storage devices, digital cameras, social networking sites, or cellular phones
used for work relating to the Account. You are on specific notice to preserve all recordings from any
call center or conference bridge receiving or making calls relating to the work performed and
detailed in the invoices comprising the Account.

Black Box Corporation of Pennsylvania
March 14, 2023
Page 3 of 3


      Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

      If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form. It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto. Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

      ***We appreciate your immediate attention to these issues. Time is of the essence.*** All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

                     Sincerely,

                     Heather D. Brown

cc:    Ammacore, Inc. (via email to cgaffney@ammacore.com)
       Chris Wilson (via email to ctwilsonesq@gmail.com)
       Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
       Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
       Joe Walker (via email to joe.walker@BlackBox.com)
       Bill Sneddon (via email to bill.sneddon@BlackBox.com)
       Autumn Howerton (via email to autumn.howerton@BlackBox.com)



**HEATHER BROWN**
ATTORNEY AT LAW

138 Bulloch Avenue
Roswell, GA 30075

p: 404-994-4300
heather@hdbrownlaw.com

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5499 7667*
Black Box Corporation of Pennsylvania
Attn: Legal Department
1000 Park Drive
Lawrence, PA 15055

*Via FedEx*
*Tracking No. 3957 5528 0235*
Black Box Corporation of Pennsylvania
c/o CT Corporation System, RA
289 S. Culver Street
Lawrenceville, GA 30046

  *Re:*  ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***
      ***NOTICE OF INTENT TO TERMINATE AGREEMENT***
      ***NOTICE TO PRESERVE EVIDENCE***

To Whom It May Concern:

  This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

  The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore**

Black Box Corporation of Pennsylvania
March 14, 2023
Page 2 of 3

**interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

Black Box Corporation of Pennsylvania
March 14, 2023
Page 3 of 3


        Ammacore considers all of the information and property referenced in this letter to be
important evidence that should be preserved, and we ask that you take immediate steps to preserve
such information.  Therefore, do not discard, destroy, erase, delete, or over-write any writings or
electronic data containing documents or other information responsive or related to the list identified
in the preceding paragraph.

        If you have any system currently in place that requires or performs automatic destruction or
deletion of documents, information, or data identified herein, you are hereby informed of your duty
to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or
destruction of potentially relevant documents or electronic materials, whether in hard copy, digital,
or electronic form.  It is requested that you cease and desist any activities, implementation of
policies, or other acts the result of which would inadvertently or intentionally result in the deletion or
destruction of materials that may be subject to a discovery request or may be potentially relevant to
the Account or the MSA and any project related thereto.  Upon receipt of this letter, an immediate
back-up of any data of the potentially relevant information identified herein, including recordings of
all calls made to and from a conference bridge established for any project related to the Account, that
is contained on computers (both work and personal), cell phones or other electronic devices
(personal or computer), or in a cloud based program, should be made and such data and the device
containing the backup should be preserved and not recycled.

        *We appreciate your immediate attention to these issues.  Time is of the essence.* All future
communications regarding this matter should be directed to the undersigned at the contact
information detailed above.

                                Sincerely,

                                Heather D. Brown

cc:     Ammacore, Inc. (via email to cgaffney@ammacore.com)
        Chris Wilson (via email to ctwilsonesq@gmail.com)
        Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
        Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
        Joe Walker (via email to joe.walker@BlackBox.com)
        Bill Sneddon (via email to bill.sneddon@BlackBox.com)
        Autumn Howerton (via email to autumn.howerton@BlackBox.com)



HEATHER D. BROWN
ATTORNEY AT LAW

138 BULLOCH AVENUE
ROSWELL, GA 30075

P: 404-994-4300
HEATHER@HDBROWNLAW.COM

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5509 1616*
Norstan Communications, Inc.
Attn: Legal Department
1000 Park Drive
Lawrence, PA 15055

*Via FedEx*
*Tracking No. 3957 5534 0040*
Norstan Communications, Inc.
c/o CT Corporation System, RA
289 S. Culver Street
Lawrenceville, GA 30046

Re:   *DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT*
*NOTICE OF INTENT TO TERMINATE AGREEMENT*
*NOTICE TO PRESERVE EVIDENCE*

To Whom It May Concern:

This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore**

Norstan Communications, Inc.
March 14, 2023
Page 2 of 3

**hereby provides notice to Black Box that** *effective immediately* **Ammacore will begin assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any

Norstan Communications, Inc.
March 14, 2023
Page 3 of 3

call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form. It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto. Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

*We appreciate your immediate attention to these issues. Time is of the essence.* All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

Sincerely,

Heather D. Brown

cc:     Ammacore, Inc. (via email to cgaffney@ammacore.com)
        Chris Wilson (via email to ctwilsonesq@gmail.com)
        Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
        Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
        Joe Walker (via email to joe.walker@BlackBox.com)
        Bill Sneddon (via email to bill.sneddon@BlackBox.com)
        Autumn Howerton (via email to autumn.howerton@BlackBox.com)



**BROWNLAW**

HEATHER BROWN
ATTORNEY AT LAW

138 Bulloch Avenue
Roswell, GA 30075

p: 404-994-4300
heather@hdbrownlaw.com

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5509 1616*
Norstan Communications, Inc.
Attn: Legal Department
1000 Park Drive
Lawrence, PA 15055

*Via FedEx*
*Tracking No. 3957 5534 0040*
Norstan Communications, Inc.
c/o CT Corporation System, RA
289 S. Culver Street
Lawrenceville, GA 30046

   *Re:*  ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***
       ***NOTICE OF INTENT TO TERMINATE AGREEMENT***
       ***NOTICE TO PRESERVE EVIDENCE***

To Whom It May Concern:

  This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

  The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore**

Norstan Communications, Inc.
March 14, 2023
Page 2 of 3


**hereby provides notice to Black Box that** *effective immediately* **Ammacore will begin assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

      If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

      Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

      You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any

Norstan Communications, Inc.
March 14, 2023
Page 3 of 3

call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information.  Therefore, do not discard, destroy, erase, delete, or over-write any writings or electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form.  It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto.  Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

*We appreciate your immediate attention to these issues.  Time is of the essence.* All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

Sincerely,

Heather D. Brown

cc:     Ammacore, Inc. (via email to cgaffney@ammacore.com)
        Chris Wilson (via email to ctwilsonesq@gmail.com)
        Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
        Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
        Joe Walker (via email to joe.walker@BlackBox.com)
        Bill Sneddon (via email to bill.sneddon@BlackBox.com)
        Autumn Howerton (via email to autumn.howerton@BlackBox.com)



HEATHER D. BROWN
ATTORNEY AT LAW

138 BULLOCH AVENUE
ROSWELL, GA 30075

P: 404-994-4300
HEATHER@HDBROWNLAW.COM

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5557 5348*
Black Box Network Services, Inc. – Government Solutions
Attn:  Legal Department
1010 Haley Road
Murfreesboro, TN 37129

*Via FedEx*
*Tracking No. 3957 5489 8925*
Black Box Network Services, Inc. – Government Solutions
Attn:  Legal Department
1000 Park Drive
Lawrence, PA 15055

> *Re:*   ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***
> ***NOTICE OF INTENT TO TERMINATE AGREEMENT***
> ***NOTICE TO PRESERVE EVIDENCE***

To Whom It May Concern:

This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore**

Black Box Network Services, Inc. – Government Solutions
March 14, 2023
Page 2 of 3

**hereby provides notice to Black Box that *effective immediately* Ammacore will begin assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any

Black Box Network Services, Inc. – Government Solutions
March 14, 2023
Page 3 of 3

call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

      Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

      If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form. It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto. Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

      *We appreciate your immediate attention to these issues. Time is of the essence.* All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

                    Sincerely,

                    Heather D. Brown

cc:    Ammacore, Inc. (via email to cgaffney@ammacore.com)
       Chris Wilson (via email to ctwilsonesq@gmail.com)
       Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
       Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
       Joe Walker (via email to joe.walker@BlackBox.com)
       Bill Sneddon (via email to bill.sneddon@BlackBox.com)
       Autumn Howerton (via email to autumn.howerton@BlackBox.com)



HEATHER D. BROWN
ATTORNEY AT LAW

138 BULLOCH AVENUE
ROSWELL, GA 30075

P: 404-994-4300
HEATHER@HDBROWNLAW.COM

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5557 5348*
Black Box Network Services, Inc. – Government Solutions
Attn: Legal Department
1010 Haley Road
Murfreesboro, TN 37129

*Via FedEx*
*Tracking No. 3957 5489 8925*
Black Box Network Services, Inc. – Government Solutions
Attn: Legal Department
1000 Park Drive
Lawrence, PA 15055

Re:   *DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT*
      *NOTICE OF INTENT TO TERMINATE AGREEMENT*
      *NOTICE TO PRESERVE EVIDENCE*

To Whom It May Concern:

     This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. – Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

     The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore**

Black Box Network Services, Inc. – Government Solutions
March 14, 2023
Page 2 of 3

**hereby provides notice to Black Box that** *effective immediately* **Ammacore will begin assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any

Black Box Network Services, Inc. – Government Solutions
March 14, 2023
Page 3 of 3

call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form. It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto. Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

*We appreciate your immediate attention to these issues. Time is of the essence.* All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

Sincerely,

Heather D. Brown

cc:    Ammacore, Inc. (via email to cgaffney@ammacore.com)
       Chris Wilson (via email to ctwilsonesq@gmail.com)
       Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
       Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
       Joe Walker (via email to joe.walker@BlackBox.com)
       Bill Sneddon (via email to bill.sneddon@BlackBox.com)
       Autumn Howerton (via email to autumn.howerton@BlackBox.com)



138 Bulloch Avenue
Roswell, GA 30075

p: 404-994-4300
heather@hdbrownlaw.com

**HEATHER BROWN**
ATTORNEY AT LAW

March 14, 2023

*Via FedEx*
*Tracking No. 3957 5547 0527*

Black Box Corporation
c/o The Corporation Trust Company, RA
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19807
Lawrence, PA 15055

> *Re:*   ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***
> ***NOTICE OF INTENT TO TERMINATE AGREEMENT***
> ***NOTICE TO PRESERVE EVIDENCE***

To Whom It May Concern:

This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Network Services, Inc. — Government Solutions, Black Box Corporation of Pennsylvania, Black Box Corporation, Norstan Communications, Inc. d/b/a Black Box Network Services or any combination of the foregoing (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account in the total principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE. BLACK BOX CAN AVOID FURTHER LEGAL ACTION REGARDING THE ACCOUNT BY MAKING FULL PAYMENT OF THE ARREARAGE TO AMMACORE WITHIN FIVE (5) DAYS OF THE DATE OF THIS NOTICE.**

The Account is a commercial account, and the invoices became due and payable pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore hereby provides notice to Black Box that *effective immediately* Ammacore will begin assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding beginning thirty-one (31) days from the invoice due date and continuing until the invoice is paid in full.**

Black Box Corporation
March 14, 2023
Page 2 of 3


If Ammacore does not receive full payment of the arrearage within five (5) days of the date of this notice, then Ammacore intends to pursue legal action to collect the Arrearage and its claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

Ammacore acknowledges that in 2012 it entered into a Subcontract Project Agreement with Black Box Network Services, Inc. – Government Solutions (the "Contractor"), a copy of which is enclosed and identified as Exhibit B (the "MSA"). To the extent the MSA applies to any invoice comprising the Account, the Contractor is in breach of its obligations to Ammacore pursuant to the MSA, including but not limited to Contractor's obligation in Section 3.4 to pay the invoices comprising the Account within forty-five (45) days of its receipt of each invoice. **Pursuant to Section 12.3 of the MSA, Contractor has thirty (30) days from the date of this written notice to make full payment to Ammacore for the outstanding invoices Contractor contends are governed by or otherwise subject to the MSA. If Contractor fails to cure its breach of the MSA within thirty (30) days of its receipt of this notice, then Ammacore will exercise its right under Section 12.3 of the MSA to terminate the MSA.** Ammacore reserves all rights and remedies available to it pursuant to the MSA.

You are hereby notified that Ammacore intends to pursue all claims available to it in litigation if one or more of the entities collectively identified herein as Black Box does not comply with the demand set forth herein. You, and each of the other identified entities, should ensure that you are preserving evidence related to the Account, the MSA, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the MSA, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or

Black Box Corporation
March 14, 2023
Page 3 of 3

electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form. It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account or the MSA and any project related thereto. Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

*We appreciate your immediate attention to these issues. Time is of the essence.* All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

Sincerely,

Heather D. Brown

cc:    Ammacore, Inc. (via email to cgaffney@ammacore.com)
       Chris Wilson (via email to ctwilsonesq@gmail.com)
       Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
       Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)
       Joe Walker (via email to joe.walker@BlackBox.com)
       Bill Sneddon (via email to bill.sneddon@BlackBox.com)
       Autumn Howerton (via email to autumn.howerton@BlackBox.com)