**EXHIBIT C**

# BROWNLAW

**HEATHER BROWN**
ATTORNEY AT LAW

138 Bulloch Avenue
Roswell, GA 30075

p: 404-994-4300
heather@hdbrownlaw.com

March 27, 2023

*Via FedEx*
*Tracking No.: 7716 6888 6024*

Black Box Limited
Attn: Deepak Bansal
US Corporate Headquarters
2701 North Dallas Parkway
Suite 510
Plano, TX 75093

    Re:    ***DEMAND FOR PAYMENT AND NOTICE OF INTEREST ASSESSMENT***

              ***NOTICE TO PRESERVE EVIDENCE***

Dear Mr. Bansal:

      This law firm represents Ammacore, Inc. ("Ammacore"). Black Box Limited, its subsidiaries Norstan Communications, Inc. and Black Box Network Services, Inc. – Government Solutions, or some combination of the foregoing (or unnamed subsidiaries) (collectively referred to herein as "Black Box") is in serious arrears of payment obligations to Ammacore for the invoices identified on the enclosed Exhibit A (the invoices listed on Exhibit A are hereinafter collectively identified in the singular as the "Account"). This notice is in addition to the written notices that Ammacore provided to you and other Black Box Limited subsidiaries on March 14, 2023.

      Black Box received each of the invoices identified on Exhibit A and neither objected to the invoice nor paid it pursuant to its terms. Therefore, the Account, with a balance as of March 14, 2023, in the principal amount of Four Million Two Hundred Sixty-Four Thousand Eight Hundred Ninety-Nine Dollars and Eighteen Cents ($4,264,899.18) is an account stated (the "Arrearage"). **AMMACORE HEREBY DEMANDS FULL PAYMENT OF THE ARREARAGE.**

      The Account is a commercial account, and the invoices are past due pursuant to their terms. O.C.G.A. § 7-4-16 allows Ammacore to charge interest on each outstanding invoice comprising the Account that remain unpaid thirty (30) days after the invoice due date. **Ammacore hereby provides notice to Black Box that it is assessing interest at the rate of eighteen percent (18%) per annum for each invoice comprising the Account that remains outstanding for more than thirty days from the invoice due date. Such interest will begin on the thirty-first day from the invoice due date and will continue to accrue until the invoice is paid in full.**

www.hdbrownlaw.com

Black Box Limited
March 27, 2023
Page 2 of 3

    Ammacore previously provided Black Box with notice and five days to cure the Arrearage. Black Box did not pay the Arrearage. Black Box leaves Ammacore with no option but to pursue legal action to collect the Arrearage and Ammacore's claim will include the outstanding principal balance, all accrued interest, and a claim for all attorneys' fees and litigation expenses Ammacore incurs as the result of Black Box's bad faith and stubborn litigiousness resulting in unnecessary trouble and expense to Ammacore.

    You are hereby notified to preserve evidence related to the Account, the Arrearage, and all work performed by Ammacore detailed in the invoices constituting the Account. Specifically, you (including your agents, contractors, and employees and customers) should preserve (or caused to be preserved) and not destroy all records, notes, letters, statements, emails, correspondences, text messages, direct messages, documents, photographs, and writings concerning the Account, the Arrearage, and all projects with Ammacore detailed in the invoices comprising the Account. The documents discoverable in a lawsuit would likely include paper writings and records but will also include electronic, recorded, and computerized writings and photographs. These records further include computer files, Google Drives or other cloud based programs containing documents or information, faxes, email messages, instant messages, text messages, web history, LinkedIn messaging, and all other electronic files on any computers, computer storage devices, digital cameras, social networking sites, or cellular phones used for work relating to the Account. You are on specific notice to preserve all recordings from any call center or conference bridge receiving or making calls relating to the work performed and detailed in the invoices comprising the Account.

    Ammacore considers all of the information and property referenced in this letter to be important evidence that should be preserved, and we ask that you take immediate steps to preserve such information. Therefore, do not discard, destroy, erase, delete, or over-write any writings or electronic data containing documents or other information responsive or related to the list identified in the preceding paragraph.

    If you have any system currently in place that requires or performs automatic destruction or deletion of documents, information, or data identified herein, you are hereby informed of your duty to immediately commence a litigation hold on these systems to prevent spoilation, deletion, or destruction of potentially relevant documents or electronic materials, whether in hard copy, digital, or electronic form. It is requested that you cease and desist any activities, implementation of policies, or other acts the result of which would inadvertently or intentionally result in the deletion or destruction of materials that may be subject to a discovery request or may be potentially relevant to the Account and any project related thereto. Upon receipt of this letter, an immediate back-up of any data of the potentially relevant information identified herein, including recordings of all calls made to and from a conference bridge established for any project related to the Account, that is contained on computers (both work and personal), cell phones or other electronic devices (personal or

Black Box Limited
March 27, 2023
Page 3 of 3

computer), or in a cloud based program, should be made and such data and the device containing the backup should be preserved and not recycled.

***We appreciate your immediate attention to these issues. Time is of the essence.*** All future communications regarding this matter should be directed to the undersigned at the contact information detailed above.

                                         Sincerely,

                                         Heather D. Brown

cc:      Ammacore, Inc. (via email to cgaffney@ammacore.com)
         Chris Wilson (via email to ctwilsonesq@gmail.com)
         Vanessa Wilson (via email to Vanessa.Wilson@BlackBox.com)
         Deepak Bansal, CFO (via email to deepak.bansal@BlackBox.com)