# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BETTY MARTIN, INDIVIDUALLY, and FRANK MARTIN, JR., as ANTICIPATED ADMINISTRATOR of the ESTATE of FRANK MARTIN, SR., DECEASED, , <br><br>      Plaintiffs, <br><br>v. <br><br>ROBERTA OPERATOR, LLC d/b/a ROBERTA HEALTH AND REHAB; GBD, LLC; BARRES, LLC; T AND C CAPITAL ASSETS, LLC; WINDWARD HEALTH PARTNERS, LLC; MISSION HEALTH OF GEORGIA, LLC; ABC CORPORATIONS; AND JOHN/JANE DOES I and II, <br><br>      Defendants. | **Civil Action File No.** <br><br>_____ <br><br>*Removed from:* <br>State Court of Gwinnett County <br>Civil Action No. 23-C-01217-S7 |

## **DEFENDANTS' PETITION FOR REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendants Roberta Operator, LLC d/b/a Roberta Health and Rehab, GBD, LLC, Barres, LLC, T and C Capital Assets, LLC, Windward Health Partners, LLC and Mission Health of Georgia, LLC (hereinafter referred to as "Defendants") hereby petition this Court for removal of this action, and shows this Honorable Court the following:

1.

This civil action was filed by Plaintiffs Betty Martin, Individually, and Frank Martin, Jr., as Anticipated Administrator of the Estate of Frank Martin, Sr., Deceased, (hereinafter referred to as "Plaintiffs") (the "Plaintiffs") in the State Court of Gwinnett County, Georgia, said county being part of the Northern District of Georgia, Atlanta Division.  N.D. Ga. Local Rule 3.1(A), LR App. A, I.  The Atlanta Division of this Court is the proper Division for this removal as further set forth below.

2.

The action is a civil action for wrongful death, personal bodily injuries and medical expenses, and this Court has subject matter jurisdiction by reason of the diversity of citizenship of the parties.  28 U.S.C. §§ 1441, 1332.

3.

The amount in controversy exceeds $75,000.00, the statutory minimum amount, exclusive of interest and costs, as evidenced by Plaintiffs' Complaint. Plaintiffs seek economic and non-economic damages for the full value of Mr. Martin's life, plus damages for contended pre-death conscious pain and suffering, medical bills, funeral expenses, punitive damages and attorney fees. A true and

correct copy of the Complaint is attached hereto and incorporated herein by reference as Exhibit A.

4.

At the time of the commencement of this action in the State Court Gwinnett County, upon information and belief, and according to Plaintiffs' Complaint, the Plaintiffs were and are now citizens of Georgia.

5.

Defendants, at the time the action were commenced and at the present time, were and still are limited liability companies, incorporated and existing under and by virtue of the laws of Florida having its principal place of business in Florida. The citizenship of the natural persons who are members of the limited liability companies are domiciled in Florida.

6.

Further, the existence of unidentified or "John Doe" defendants does not defeat diversity for removal purposes. 28 U.S.C. § 1441(b)(1).

7.

The complete diversity requirement in 28 U.S.C. § 1332 has been satisfied.

8.

True and correct copies of all process, pleadings, and orders served upon Defendants in this action are attached hereto collectively as Exhibit B.

9.

The Plaintiffs alleges in the Complaint that, "Mr. Frank Martin, Sr. sustained grievous illness, suffered tremendously and ultimately died as a direct result of the Defendants' acts and omissions in the provision of care, treatment and services", located at Roberta Health and Rehab, located at 420 Myrtle Drive, Roberta, Crawford County, Georgia, 31078. (Exhibit A, Complaint, ¶ 123).

10.

This civil action is based on a controversy between citizens of different states, and as outlined above, the amount in controversy exceeds $75,000.00 as evidenced by the contentions of wrongful death and pre-death pain and suffering, along with claims for same and for punitive damages and attorney fees as set for in Exhibit A. (Complaint, Exhibit A.).  As such, this matter has become ripe for removal based on federal diversity jurisdiction.

11.

Accordingly, this action, over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441.

12.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391, and N.D. Ga. Local Rule 3.1(B)(1)(a). Specifically, Plaintiffs' Complaint was filed in the State Court of Gwinnett County, which is part of the Atlanta Division. <u>See</u> N.D.G.A. Local Rule 3.1(A), LR App. A, I.

13.

The instant *Petition for Removal* is being timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(3), within thirty days of the filing of Plaintiffs' Complaint.

14.

Further, the instant Petition is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

15.

As required by 28 U.S.C. § 1446(d), Defendants shall give written notice hereof to all adverse parties and shall file a copy of this Petition with the Clerk of the State Court of Gwinnett County.

WHEREFORE, Defendants request that this action be removed from the State Court of Gwinnett County and proceed in this Court.

Respectfully submitted the  29th day of March, 2023.

GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, LLP


By: */s/ Sean Herald*
    Matthew G. Moffett
    Georgia Bar No. 515323
    Sean T. Herald
    Georgia Bar No. 246729
    *Attorneys for Defendants*

950 East Paces Ferry Road
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7390
Facsimile:   (404) 870-1030

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BETTY MARTIN, INDIVIDUALLY, and FRANK MARTIN, JR., as ANTICIPATED ADMINISTRATOR of the ESTATE of FRANK MARTIN, SR., DECEASED, , <br><br>　　　　Plaintiffs, <br><br>v. <br><br>ROBERTA OPERATOR, LLC d/b/a ROBERTA HEALTH AND REHAB; GBD, LLC; BARRES, LLC; T AND C CAPITAL ASSETS, LLC; WINDWARD HEALTH PARTNERS, LLC; MISSION HEALTH OF GEORGIA, LLC; ABC CORPORATIONS; AND JOHN/JANE DOES I and II, <br><br>　　　　Defendants. | **Civil Action File No.** <br><br>_____ <br><br>*Removed from:* <br>State Court of Gwinnett County <br>Civil Action No. 23-C-01217-S7 |

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1**

　　This is to certify that I have this day served the **DEFENDANTS' PETITION FOR REMOVAL** upon all counsel of record by electronic mail and depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Michael A. Prieto
William F. Holbert
Joan M. Woolley
**PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC**
1555 Mount Vernon Road
Atlanta, GA 30338

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

The 29th day of <u>March</u>, 2023.

By: <u>***/s/ Sean Herald***</u>
Matthew G. Moffett
Georgia Bar No. 515323
Sean T. Herald
Georgia Bar No. 246729
*Attorneys for Defendants*