IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BETTY MARTIN, INDIVIDUALLY, and FRANK MARTIN, JR., as ANTICIPATED ADMINISTRATOR of the ESTATE of FRANK MARTIN, SR., DECEASED, , <br><br>Plaintiffs, <br><br>v. <br><br>ROBERTA OPERATOR, LLC d/b/a ROBERTA HEALTH AND REHAB; GBD, LLC; BARRES, LLC; T AND C CAPITAL ASSETS, LLC; WINDWARD HEALTH PARTNERS, LLC; MISSION HEALTH OF GEORGIA, LLC; ABC CORPORATIONS; AND JOHN/JANE DOES I and II, <br><br>Defendants. | **Civil Action File No.** <br>_____ <br><br>*Removed from:* <br>State Court of Gwinnett County <br>Civil Action No. 23-C-01217-S7 |

**DEFENDANTS' DEMAND FOR A TWELVE-PERSON JURY**

Defendants Roberta Operator, LLC d/b/a Roberta Health and Rehab, GBD, LLC, Barres, LLC, T and C Capital Assets, LLC, Windward Health Partners, LLC, and Mission Health of Georgia, LLC ("Defendants"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 38, hereby demand that this case be tried by a jury of twelve (12) persons.

Respectfully submitted the _29th_ day of _March_, 2023.

                                GRAY, RUST, ST. AMAND,
                                MOFFETT & BRIESKE, LLP

                                By: ***/s/ Sean Herald***
                                      Matthew G. Moffett
                                      Georgia Bar No. 515323
                                      Sean T. Herald
                                      Georgia Bar No. 246729
                                      *Attorneys for Defendants*

950 East Paces Ferry Road
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-7390
Facsimile: (404) 870-1030

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BETTY MARTIN, INDIVIDUALLY, and FRANK MARTIN, JR., as ANTICIPATED ADMINISTRATOR of the ESTATE of FRANK MARTIN, SR., DECEASED, , <br><br>　　　　Plaintiffs, <br><br>v. <br><br>ROBERTA OPERATOR, LLC d/b/a ROBERTA HEALTH AND REHAB; GBD, LLC; BARRES, LLC; T AND C CAPITAL ASSETS, LLC; WINDWARD HEALTH PARTNERS, LLC; MISSION HEALTH OF GEORGIA, LLC; ABC CORPORATIONS; AND JOHN/JANE DOES I and II, <br><br>　　　　Defendants. | **Civil Action File No.** <br><br>_____ <br><br>*Removed from:* <br>State Court of Gwinnett County <br>Civil Action No. 23-C-01217-S7 |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the **DEFENDANTS' DEMAND FOR A TWELVE-PERSON JURY** upon all counsel of record by electronic mail and depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Michael A. Prieto

William F. Holbert
Joan M. Woolley
**PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC**
1555 Mount Vernon Road
Atlanta, GA 30338

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

The 29th day of March, 2023.

By: **/s/ Sean Herald**
Matthew G. Moffett
Georgia Bar No. 515323
Sean T. Herald
Georgia Bar No. 246729
*Attorneys for Defendants*