```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| RADU TURNER, SELINA TURNER, ZION NEVELS, ALESIA MCRAE, BY AND THROUGH HER PARENT AND GUARDIAN, SELINA TURNER, | * * * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No.: _____ * |
| STEVEN WEBER, AND COUNTRY PREFERRED INSURANCE COMPANY, | * * * |
| Defendants. | * |

### DECLARATION OF STEVEN WEBER

COMES NOW Steven Weber, a defendant in the above-styled action, and hereby joins in and consents to the removal of the civil action <u>Radu Turner, Selina Turner, Zion Nevels, Alesia McRae, by and through her parent and guardian, Selina Turner v. Steven Weber and Country Preferred Insurance Company</u>, a civil action designated as Civil Action Number 23-A-00772-2, which is pending in the Superior Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  In support of this declaration, this defendant shows to the Court the following:

1.

Steven Weber is a citizen of the state of Illinois whose

-1-

address is 3130 Woodland Shores Drive, Decatur, Illinois 62521.

2.

This defendant was served with a copy of the summons and complaint in the above-styled action on March 3, 2023.

3.

This defendant joins in and consent to the removal of the above-styled action to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 30th day of March, 2023.

Address of Counsel:

One Sugarloaf Centre
1960 Satellite Boulevard
Suite 2000
Duluth, GA 30097
770-904-3590
678-730-7541 fax
nm@gmke.law

**GROTH, MAKARENKO, KAISER & EIDEX**

By: /s/ Nikolai Makarenko, Jr.
Nikolai Makarenko, Jr.
State Bar No.: 466957
Attorney for Defendant
Steven Weber

I certify the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

This 30th day of March, 2023.

Address of Counsel:

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
jaysmith@youngthagard.com

**YOUNG, THAGARD, HOFFMAN, LLP**

By: /s/ J. Holder Smith, Jr.
J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Defendant Country
Preferred Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **DECLARATION OF STEVEN WEBER** upon the following using the CM/ECF system which will send notification of such filing to the following and also by electronic service by email:

>Mr. Juan Estrada
>Juan Estrada Law
>3675 Crestwood Parkway
>Suite 400
>Duluth, GA 30096
>Email: Juan@JuanEstradaLaw.com
>
>Mr. Nikolai Makarenko
>Groth, Makarenko, Kaiser & Eidex
>One Sugarloaf Centre
>1960 Satellite Boulevard
>Suite 200
>Duluth, GA 30097
>Email: nm@gmke.law

This 30th day of March, 2023.

**YOUNG, THAGARD, HOFFMAN, LLP**

Address of Counsel:

By: /s/ J. Holder Smith, Jr.

P.O. Box 3007
Valdosta, GA 31604
229-242-2520
229-242-5040 fax
jaysmith@youngthagard.com

J. Holder Smith, Jr.
State Bar No.: 661105
Attorney for Defendant Country
Preferred Insurance Company