# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KELSI GREEN, a U.S. Citizen,<br><br>    2605 Bentley Road SE, Apt 2508<br>    Marietta, GA 30067<br><br>EMMANUEL D. OKOGUN, A# 214 510 426<br><br> Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>Serve:  U.S. Citizenship & Immigration<br>            Services<br>            5900 Capital Gateway Dr<br>            Camp Springs, MD 20588<br><br>UR MENDOZA JADDOU, Director of the United States Citizenship and Immigration Services,<br><br>Serve:  U.S. Citizenship & Immigration<br>            Services<br>            5900 Capital Gateway Dr<br>            Camp Springs, MD 20588<br><br>SHINEKA SCOTT MILLER, Director of the Atlanta Field Office of the United States Citizenship and Immigration Services,<br><br>Serve:  Shineka Scott Miller<br>             USCIS<br>             2150 Park Lake Drive Ne<br>             Atlanta, GA 30345<br>and;<br><br>LAURA B. ZUCHOWSKI, Director of the Vermont | Case No. |

Service Center of the United States Citizenship and Immigration Services,

Serve: Laura B. Zuchowski
      USCIS
      38 River Road
      Essex Junction, VT 05479

Defendants.

### COMPLAINT IN THE NATURE OF MANDAMUS ARISING FROM DEFENDANTS' REFUSAL TO ADJUDICATE PLAINTIFFS' PETITION FOR ALIEN RELATIVE AND APPLICATION TO ADJUST STATUS

Plaintiffs Kelsi Green and Emmanuel D. Okogun respectfully request a hearing before this Honorable Court to make a determination on Plaintiffs' petition for alien relative and application to adjust status, or alternatively requesting that this Honorable Court issue a writ of mandamus compelling Defendants to adjudicate Plaintiffs' long-delayed applications.

### PARTIES

1. Plaintiff Emmanuel D. Okogun is a citizen of Nigeria.

2. Plaintiff Kelsi Green is a citizen of the United States.

3. Emmanuel D. Okogun is the spouse of Kelsi Green.

4. Kelsi Green and Emmanuel D. Okogun reside in Marietta, Georgia.

5. Kelsi Green filed an I-130 Petition for Alien Relative on behalf of the Plaintiff on or about March 1, 2021. The Defendants assigned Receipt Number MSC2190971786 to Plaintiffs' case.

6. The couple filed an accompanying I-485 Application for Adjustment of Status on Plaintiffs' behalf on March 1, 2021, as well. Defendants assigned Receipt Number MSC2190971785 to Plaintiffs' case.

2

7. USCIS completed the fingerprinting and photographing of Emmanuel D. Okogun as part of the processing of the pending applications.

8. Defendants scheduled an interview for February 16, 2022, but then subsequently canceled the interview.

9. Since then, the Defendants have taken no action on the pending petition and adjustment application. The Defendants have refused and continue to refuse to conduct an interview on the case.

10. Since Emmanuel D. Okogun and Kelsi Green filed the applications with USCIS, they have made repeated requests to have their case finally adjudicated.

11. Despite numerous calls to USCIS and their attempts to prompt movement on the case, Plaintiffs' petition for alien relative and application to adjust status have remained pending far longer than is reasonable.

12. USCIS has refused to adjudicate Plaintiffs' petition and application in accordance with applicable legal criteria.

13. Plaintiffs bring this action to compel the USCIS to finally adjudicate the pending applications as required by law.

14. Defendant United States Citizenship and Immigration Services (hereinafter sometimes referred to as "the USCIS") is the component of the DHS that is responsible for processing petitions for alien relatives and adjustment of status applications.

15. Defendant Ur Mendoza Jaddou, Director of the USCIS, is the highest ranking official within the USCIS. Jaddou is responsible for the implementation of the INA and for ensuring compliance with all applicable federal laws, including the APA. Jaddou is sued in an official capacity as an agent of the government of the United States.

16.     Defendant Shineka Scott Miller is the Director of the USCIS Atlanta Field Office and is sued only in an official capacity, as well as any successors and assigns. The Atlanta Field Office has jurisdiction over petitions for alien relatives and applications of adjustment of status for immigrants in Marietta, Georgia, where Plaintiffs reside.  Scott Miller is responsible for the implementation of the INA and for ensuring compliance with all applicable federal laws, including the APA. Shineka Scott Miller is sued in an official capacity as an agent of the government of the United States.

17.     Defendant Laura B. Zuchowski is the Director of the USCIS Vermont Service Center. The Vermont Service Center has jurisdiction over petitions for alien relatives and applications for adjustment of status for immigrants in Marietta, Georgia, where Plaintiffs reside. Upon information and belief, this case is currently located at the Vermont Service Center. Zuchowski is responsible for the implementation of the INA and for ensuring compliance with all applicable federal laws, including the APA. Laura B. Zuchowski is sued in an official capacity as an agent of the government of the United States.

## JURISDICTION AND VENUE

18.     This Honorable Court has federal question jurisdiction over this cause pursuant to 28 U.S.C. § 1331, as it raises claims under the Constitution of the United States, the INA, 8 U.S.C. § 1101 et seq., and the APA, 5 U.S.C. § 701 et seq, in conjunction with the Mandamus Act, 28 USC § 1361.

19.     Venue is proper pursuant to 28 U.S.C. § 1391(e)(1) because (1) Defendants are agencies of the United States or officers or employees thereof acting in their official capacity or under color of legal authority; (2) no real property is involved in this action, and; (3) Plaintiffs reside within this district.

**FIRST CLAIM FOR RELIEF**
**(Agency Action Unlawfully Withheld and Unreasonably Delayed)**

For the first claim for relief against all Defendants, Plaintiffs allege and state as follows:

20. Plaintiffs reallege and incorporate by reference the foregoing paragraphs as though fully set out herein.

21. The APA requires that "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b). Section 555(b) creates a non-discretionary duty to conclude agency matters. *Litton Microwave Cooking Prods. v. NLRB*, 949 F.2d 249, 253 (8th Cir. 1991). A violation of this duty is a sufficient basis for mandamus relief.

22. The APA permits this Honorable Court to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

23. Plaintiff alleges that the applications have been in administrative processing beyond a reasonable time period for completing administrative processing petition for alien relative and the adjustment of status application.

24. The combined delay and failure to act on Plaintiffs' petition and adjustment of status application is attributable to the failure of Defendants to adhere to their legal duty to avoid unreasonable delays under the INA and the applicable rules and regulations.

25. There are no alternative adequate or reasonable forms of relief available to Plaintiffs.

26. Plaintiffs have exhausted all available administrative remedies in pursuit of a resolution of this matter, including repeatedly requesting the processing of the case with the USCIS via phone and InfoPass appointments.

**SECOND CLAIM FOR RELIEF**

**(Violation of Right to Due Process of Law)**

For the second claim for relief against all Defendants, Plaintiffs allege and state as follows:

27. Plaintiffs reallege and incorporate by reference the foregoing paragraphs as though fully set out herein.

28. The right to fundamental fairness in administrative adjudication is protected by the Due Process Clause of the Fifth Amendment to the United States Constitution. Plaintiffs may seek redress in this Court for Defendants' combined failures to provide a reasonable and just framework of adjudication in accordance with applicable law.

29. The combined delay and failure to act by Defendants has violated the due process rights of Plaintiffs.

30. The combined delay and failure to act by Defendants have irrevocably harmed Plaintiffs in the denial of an opportunity to claim lawful permanent resident status, as well as the ability to sponsor family members for residence in the U.S. and in various other ways.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs Kelsi Green and Emmanuel D. Okogun request the following relief:

1. That this Honorable Court assume jurisdiction over this action;

2. That this Honorable Court issue a writ of mandamus compelling Defendants to promptly complete all processing of Plaintiffs' petition for alien relative and application to adjust status within sixty days;

3. That this Honorable Court take jurisdiction of this matter and adjudicate Plaintiffs' petition for alien relative and application to adjust status pursuant to this Court's declaratory judgment authority;

4. That this Honorable Court issue a writ of mandamus compelling Defendants to issue a green card to Emmanuel D. Okogun;

5. That this Honorable Court issue a writ of mandamus compelling Defendants to explain to Plaintiffs the cause and nature of the delay and inform Plaintiffs of any action they may take to accelerate processing of the petition for alien relative and application to adjust status;

6. Attorney's fees, legal interests, and costs expended herein, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

7. Such other and further relief as this Honorable Court may deem just and proper.

**RESPECTFULLY SUBMITTED**
**March 30, 2023**

*/s/Steven M. Lefkoff*
Steven M. Lefkoff - Bar # 670486
Lefkoff Law, LLC
860 Johnson Ferry Road, #140-323
Atlanta, GA 30342
Phone: 404-482-2228
Fax: 404-574-2724
steven@lefkofflaw.com

*/s/ James O. Hacking, III*
James O. Hacking, III
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFFS**
**KELSI GREEN**
**EMMANUEL D. OKOGUN**