# ATTACHMENT A

1. Taurus G2C Pistol CAL:9 SN:ADL951742, identified as asset number 23-ATF-003707

2. Taurus G2C Pistol CAL:9 SN:ADE424938, identified as asset number 23-ATF-003713

3. Smith & Wesson SD9 Pistol CAL:9 SN:FEA5052, identified as asset number 23-ATF-003714

4. Smith & Wesson SD9VE Pistol CAL:9 SN:FDK4074, identified as asset number 23-ATF-003715

5. Smith & Wesson SD40VE Pistol CAL:40 SN:FEC6166, identified as asset number 23-ATF-003716

6. FM Products, Inc. (Foxtrot Mike) FMP 9 Pistol CAL:9 SN:9-29876, identified as asset number 23-ATF-003717

7. Mossberg 500 Shotgun CAL:12 SN:T307888, identified as asset number 23-ATF-003720

8. CANIK55 TP-9SFX Pistol CAL:9 SN:22BC14581, identified as asset number 23-ATF-003722

9. Diamondback Arms Inc. DB-10 Pistol CAL:308 SN:DB-1106559, identified as asset number 23-ATF-003724

10. Radical Firearms, LLC. RF-15 Pistol CAL:Multi SN:2-011073, identified as asset number 23-ATF-003725

11. Radical Firearms, LLC. RF-15 Pistol CAL:Multi SN:21-101596, identified as asset number 23-ATF-003726

12. RWC Group, LLC (Kalashnikov USA) KS-12 Shotgun CAL:12 SN:KSG023152, identified as asset number 23-ATF-003727

13. American Tactical Imports - ATI Omni Hybrid Rifle CAL:Multi SN:NS338151, identified as asset number 23-ATF-003729

14. Radical Firearms, LLC RF-15 Unknown CAL:Multi SN:21-024126, identified as asset number 23-ATF-003730

15. Ruger SR40C Pistol CAL:40 SN:345-34360, identified as asset number 23-ATF-003731

16. Pioneer Arms Corporation (RADOM, POLAND) HELLPUP Pistol CAL:762 SN:PAC1168885 22, identified as asset number 23-ATF-005140

17. SARSILMAZ (SAR ARMS) CM9 Pistol CAL:9 SN: T1102-21BD50755, identified as asset number 23-ATF-005142

18. 720 Rounds Assorted Ammunition, identified as asset number 23-ATF-003732