*Tiki Brown*

SUMMONS                    SC-85-I

Tiki Brown
Clyde Castleberry Co., Covington, GA 30015 Clerk of State Court
Clayton County, Georgia
Latasha Currie

**IN THE SUPERIOR/STATE COURT OF** ___CLAYTON___ **COUNTY**

**STATE OF GEORGIA**

AILEEN JOHNSON & SARAH BRYANT

CIVIL ACTION
NUMBER ___2023CV00460___

**PLAINTIFF**

VS.

WADDLE TRUCKING OF MISSISSIPPI, INC.

d/b/a WADDLE TRUCKING, INC., NATIONAL

CASUALTY COMPANY, XYZ CORPORATION &

JOHN DOE,                    **DEFENDANT**

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

LAW OFFICE OF JOHNNY PHILLIPS
12 JACKSON STREET
NEWNAN, GEORGIA 30263

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This___23___day of___February___, 20___23___.

Clerk of Superior/State Court
/s/ Latasha Currie

BY_____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

**General Civil and Domestic Relations Case Filing Information Form**

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Curri

☐ Superior or ☒ State Court of CLAYTON_____ County

| For Clerk Use Only | |
|---|---|
| 2/23/2023 | 2023CV00460 |
| **Date Filed** | **Case Number** |
| **MM-DD-YYYY** | |

| Plaintiff(s) | | | | | Defendant(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Johnson, Aileen | | | | | Waddle Trucking of Mississippi, Inc., | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Bryant, Sarah | | | | | Waddle Trucking, INC., | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | National Casualty Company, | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| | | | | | Doe, John | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| **Plaintiff's Attorney** Johnny G. Phillips | | | | | XYZ Corporation **Bar Number** 382150 | | | **Self-Represented** ☐ | |

### Check One Case Type in One Box

**General Civil Cases**
- ☒ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
- ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                           Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Curry

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

AILEEN JOHNSON & SARAH BRYANT,

     Plaintiffs,

vs.

WADDLE TRUCKING OF MISSISSIPPI,
INC. d/b/a WADDLE TRUCKING, INC.,
NATIONAL CASUALTY COMPANY,
XYZ CORPORATION & JOHN DOE,

     Defendants.

CIVIL ACTION
     2023CV00460
FILE NO.:

**JURY TRIAL DEMANDED**

## COMPLAINT FOR DAMAGES

COMES NOW AILEEN JOHNSON & SARAH BRYANT, Plaintiffs in the above styled action and files this Complaint for Damages and shows the Court as follows:

1.

Defendant JOHN DOE is an unidentified individual who, at all times relevant to this action, was acting within the course and scope of employment for Defendant JOHN DOE where Plaintiff sustained the injuries which form the basis of this action and whose acts and/or omissions contributed to Plaintiff's damages and is subject to the jurisdiction and venue of this Court.

2.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. d/b/a WADDLE TRUCKING, INC. (hereinafter, "Waddle Trucking of Mississippi, Inc.") is a profit corporation company existing under the laws of Mississippi and is subject to the jurisdiction and venue of this Court as a joint tortfeasor. Defendant Waddle Trucking of Mississippi, Inc may be served through its registered agent CRAIG WADDLE located at, 2484 South Green Street, Tupelo, MS 38801. Venue is proper.

3.

Defendant NATIONAL CASUALTY COMPANY (hereinafter, "National Casualty Company") is a foreign insurance company existing under the laws of Wisconsin and is subject to the jurisdiction and venue of the Court as a joint tortfeasor. Defendant National Casualty Company operates and is registered to conduct business in the State of Georgia and may be served through its registered agent, Corporation Service Company, at 2 SUN COURT, SUITE 400 PEACHTREE CORNERS, GA, 30092. Venue is proper.

4.

Defendant XYZ Corporation (hereinafter, "XYZ") occupied the position of the unknown company of the premises where the subject incident occurred, and at all times relevant to this action, was acting within the scope of employment for Defendants  and whose acts and/or omissions are believed to have contributed to Plaintiff's claims for damages and is subject to the jurisdiction and venue of this Court.

## **BACKGROUND**

5.

On or about February 21, 2022, Plaintiff was operating a motor vehicle traveling on Cameron Landing Drive at or near its intersection with Cameron Parkway in Clayton County, Georgia.

6.

On or about February 21, 2022, Defendant Doe was operating a tractor trailer and illegally parked in Clayton County, Georgia.

7.

At this time, Plaintiff legally and lawfully continued straight due to traffic conditions.

8.

At this point, Defendant Doe negligently and unlawfully impeded traffic flow causing Plaintiff's vehicle to collide with rear of tractor trailer.

9.

As a direct and proximate result of the individual and joint negligence of the Defendants, Plaintiff Johnson has suffered bodily injuries, property loss, and damages for which she has incurred expenses in the amount of $22,005.21, which is itemized below:

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Oberster Chiropractic | 3/10/2022 - 5/25/2022 | $ 1,905.00 |
| 2. | United Neurology, LLC | 3/4/2022 - 3/4/2022 | $ 1,295.00 |
| 3. | Allspine Laser and Surgery Center | 2/28/2022 - 6/16/2022 | $ 9,700.00 |
| 4. | Inphynet Primary Care Physicians SE, PC | 2/22/2022 - 2/22/2022 | $ 1,015.00 |
| 5. | Summit Radiology Services | 2/22/2022 - 2/22/2022 | $ 245.00 |
| 6. | Piedmont Henry Hospital | 2/22/2022 – 2/22/2022 | $ 7,845.21 |

10.

As a direct and proximate result of the individual and joint negligence of the Defendants, Plaintiff Bryant has suffered bodily injuries, property loss, and damages for which he has incurred expenses in the amount of $24,769.61, which is itemized below:

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Oberster Chiropractic | 3/10/2022 - 5/25/2022 | $ 1,310.00 |
| 2. | United Neurology, LLC | 3/4/2022 - 3/4/2022 | $ 1,870.00 |
| 3. | Allspine Laser and Surgery Center | 2/28/2022 - 6/16/2022 | $ 6,600.00 |

| 4. | Inphynet Primary Care Physicians SE, PC | 2/22/2022 - 2/22/2022 | $ 1,499.00 |
| 5. | Summit Radiology Services | 2/22/2022 - 2/22/2022 | $ 0.00 |
| 6. | Piedmont Henry Hospital | 2/22/2022 – 2/22/2022 | $ 13,490.61 |

## COUNT I
## NEGLIGENCE OF DEFENDANT DOE

11.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 10 above as if fully stated herein.

12.

Defendant Doe owed Plaintiff the duty of a reasonably prudent driver, observant of changing roadway conditions, and to obey all traffic laws of the State of Georgia.

13.

Defendant Doe breached this duty by failing to remain observant while operating a motor vehicle and by negligently and unlawfully impeding traffic flow causing Plaintiff to collide with rear of tractor trailer in violation of O.C.G.A § 40-6-184 .

14.

Furthermore, Defendant Doe was negligent in the following ways:

(a) Driving at a greater speed than reasonable and prudent in violation of O.C.G.A § 40-6-180;

(b) Failing to exercise due care in violation of O.C.G.A. § 40-6-241;

(c) Failing to maintain a proper lookout;

(d) Driving with reckless disregard for the safety and property of others in violation of O.C.G.A. § 40-6-390; and

(e)     By committing any acts or omissions which may be shown at trial.

## COUNT II
## IMPUTED LIABILITY

15.

Plaintiff realleged and incorporates the allegations contained in paragraphs 1 through 14 above as if fully stated herein.

16.

At the time of the subject collision, Defendant Doe was under dispatch for Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation.

17.

At the time of the subject collision, Defendant Doe was operating his commercial truck on behalf of Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation.

18.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation, is an intrastate or interstate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Doe in regard to the collision described in this complaint under the doctrine of lease liability, agency, apparent agency, respondent superior or any combination thereof.

## COUNT III
## NEGLIGENT HIRING, TRAINING & SUPERVISION BY DEFENDANTS WADDLE TRUCKING OF MISSISSIPPI, INC. AND/OR XYZ CORPORATION.

19.

Plaintiffs' reallege and incorporates the allegations contained in paragraphs 1 through 18 above as if fully stated herein.

20.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC.  and/or XYZ Corporation was negligent in hiring Defendant Doe and entrusting him to drive a commercial truck.

21.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation was negligent in failing to properly train Defendant Doe.

22.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation was negligent in failing to properly supervise Defendant Doe.

23.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation was negligent in hiring Defendant Doe and entrusting him with driving a commercial vehicle and failing to train and supervise him properly.

24.

The negligence of Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. and/or XYZ Corporation was the proximate cause of the collision and Plaintiffs resulting injuries and damages for which Plaintiffs have incurred expenses in an amount to be shown at trial.

## COUNT IV
## DIRECT ACTION AGAINST DEFENDANT NATIONAL CASUALTY COMPANY

25.

Plaintiffs' realleges and incorporates the allegations contained in paragraphs 1 through 24 above as if fully stated herein.

26.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. is subject to a direct action as the insurer Defendant Doe for pursuant to O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

27.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. was the insurer of Defendant Doe at the time of the subject collision and issued a liability policy to comply with the filing requirements under Georgia law for intrastate and/or interstate transportation.

28.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. is subject to the filing requirements outlined in O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

29.

Defendant WADDLE TRUCKING OF MISSISSIPPI, INC. is responsible for any judgment rendered against Defendants Doe and/or up to its policy limits of coverage.

WHEREFORE, Plaintiff pray as follows:

a) That process be issued, and Defendants be served with process as provided by law;

b) That Plaintiffs have a trial by jury on all issues so triable;

c) That Plaintiffs have a verdict and judgment against the Defendants to compensate

Plaintiffs for all special, general, compensatory and consequential damages in an amount proven at trial to be adequate and just;

d) That all costs be cast against Defendants; and

e) That this Court grant such other and further relief as it deems appropriate.

Respectfully submitted this 23RD day of February, 2023.

*/s/ Christopher N. Reilly*

_____
Johnny G. Phillips
Georgia State Bar No. 382150
Attorney for Plaintiff
Christopher N. Reilly
Georgia State Bar No. 163424
Attorney for the Plaintiff

**Law Office of Johnny Phillips, PC**
12 Jackson Street
Newnan, Georgia 30263
P: (404) 487-0184
F: (404) 439-1190
Johnny@johnnyphillipslaw.com

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

AILEEN JOHNSON & SARAH BRYANT,

       Plaintiffs,

vs.

WADDLE TRUCKING OF MISSISSIPPI,
INC. d/b/a WADDLE TRUCKING, INC.,
NATIONAL CASUALTY COMPANY,
XYZ CORPORATION & JOHN DOE,

       Defendants.

CIVIL ACTION

FILE NO.: 2023CV00460

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

    I HEREBY CERTIFY that I have served a copy of Plaintiff's First Interrogatories, Request
to Produce Documents and Request for Admissions to Defendant **National Casualty Company**
upon all parties in this matter by including a true and correct copy of same which is to be served
contemporaneously with the complaint and summons by a Deputy of the Sheriff's Office or other
proper Process Server, as approved by the Georgia Civil Practice Act, who is to effectuate service
at the following address:

National Casualty Company
RA: Corporation Service Company
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GA, 30092

    Respectfully submitted this 23RD day of February, 2023.

                    */s/ Christopher N. Reilly*

                    _____

                    Johnny G. Phillips
                    State Bar No. 382150
                    Christopher N Reilly
                    State Bar No. 163424
                    Attorney for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS, PC**
12 Jackson Street

Newnan, Georgia 30263
*Phone* (404) 487-0184 | *Fax* (404) 439-1190
chris@johnnyphillipslaw.com

2023CV00460

e-Filed 2/23/2023 4:07 PM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Latasha Currie

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

AILEEN JOHNSON & SARAH BRYANT,

      Plaintiffs,

vs.

WADDLE TRUCKING OF MISSISSIPPI,
INC. d/b/a WADDLE TRUCKING, INC.,
NATIONAL CASUALTY COMPANY,
XYZ CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.:  2023CV00460

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

I HEREBY CERTIFY that I have served a copy of Plaintiff's First Interrogatories, Request to Produce Documents and Request for Admissions to Defendant **WADDLE TRUCKING OF MISSISSIPPI, INC**. upon all parties in this matter by including a true and correct copy of same which is to be served contemporaneously with the complaint and summons by a Deputy of the Sheriff's Office or other proper Process Server, as approved by the Georgia Civil Practice Act, who is to effectuate service at the following address:

Waddle Trucking of Mississippi, Inc.
RA: Craig Waddle
2484 South Green Street
Tupelo,  MS 38801

Respectfully submitted this 23RD day of February, 2023.

*/s/ Christopher N. Reilly*

_____

Johnny G. Phillips
State Bar No. 382150
Christopher N Reilly
State Bar No. 163424
Attorney for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS, PC**
12 Jackson Street

Newnan, Georgia 30263
*Phone* (404) 487-0184 | *Fax* (404) 439-1190
chris@johnnyphillipslaw.com

*Tiki Brown*
**Tiki Brow**
**Clerk of State Cour**
**Clayton County, Georgi**
Latasha Curr

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

AILEEN JOHNSON & SARAH
BRYANT,

      Plaintiffs,

vs.

WADDLE TRUCKING OF
MISSISSIPPI, INC. d/b/a WADDLE
TRUCKING, INC., NATIONAL
CASUALTY COMPANY, XYZ
CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.:   2023CV00460

**NOTICE OF COMPLAINT UNDER
GEORGIA UNINSURED MOTORISTS
ACT**

Plaintiff files this Notice of Complaint Under the Georgia Uninsured Motorists Act and
respectfully shows:

1.

The Defendant in this action is unknown (or his/her whereabouts are unknown, or he/she
may be uninsured or under insured) and summons should be issued to the Plaintiff's Uninsured
Motorist Insurer, Gateway Insurance Company, and the registered agent of the Plaintiff's
Uninsured Motorist Insurer, Corporation Service Company, should be served at 2 SUN COURT,
SUITE 400 PEACHTREE CORNERS, GA, 30092, by duplicate original through the local
Sheriff's office or Private Process Server.

WHEREFORE, Plaintiff prays that this Notice be filed, and that Gateway Insurance
Company be served with process as the law provides.


Respectfully submitted this 23rd day of February, 2023..


                    */s/ Christopher N. Reilly*

                    JOHNNY G. PHILLIPS
                    State Bar No. 382150
                    Counsel for the Plaintiff
                    CHRISTOPHER N. REILLY
                    State Bar No. 163424
                    Attorney for the Plaintiff

LAW OFFICE OF JOHNNY PHILLIPS
12 JACKSON ST
NEWNAN GEORGIA 30263
(404) 487-0184
FAX: (404) 439-1190
Johnny@johnnyphillipslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a true and correct copy of the foregoing

*Notice of Complaint Under Georgia Uninsured Motorists Act* on the following by depositing

same in the United States Mail with sufficient postage affixed thereon to ensure delivery at the

following address:

Gateway Insurance Company
REGISTERED AGENT: Corporation Service Company
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GA, 30092

Respectfully submitted this 23rd day of February, 2023..

/s/ Christopher N. Reilly

_____

JOHNNY G. PHILLIPS
State Bar No. 382150
Counsel for the Plaintiff
CHRISTOPHER N. REILLY
State Bar No. 163424
Attorney for the Plaintiff

LAW OFFICE OF JOHNNY PHILLIPS
12 JACKSON ST
NEWNAN GEORGIA 30263
(404) 487-0184
FAX: (404) 439-1190
Johnny@johnnyphillipslaw.com

2023CV00760   E-Filed 2/27/2023 9:51 AM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

AILEEN JOHNSON & SARAH BRYANT,

      Plaintiffs,

vs.

WADDLE TRUCKING OF MISSISSIPPI,
INC. d/b/a WADDLE TRUCKING, INC.,
NATIONAL CASUALTY COMPANY,
XYZ CORPORATION & JOHN DOE,

      Defendants.

CIVIL ACTION

FILE NO.:

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

    I HEREBY CERTIFY that I have served a copy of Plaintiff's First Interrogatories, Request to Produce Documents and Request for Admissions to Defendant **Gateway Insurance Company** upon all parties in this matter by including a true and correct copy of same which is to be served contemporaneously with the complaint and summons by a Deputy of the Sheriff's Office or other proper Process Server, as approved by the Georgia Civil Practice Act, who is to effectuate service at the following address:

Gateway Insurance Company
RA: Corporation Service Company
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GA, 30092

    Respectfully submitted this 27th day of February, 2023.

/s/ Christopher N. Reilly

_____

Johnny G. Phillips
State Bar No. 382150
Christopher N Reilly
State Bar No. 163424
Attorney for Plaintiff

**LAW OFFICE OF JOHNNY PHILLIPS, PC**
12 Jackson Street

Newnan, Georgia 30263
*Phone* (404) 487-0184 | *Fax* (404) 439-1190
chris@johnnyphillipslaw.com

2023CV00460

e-Filed 3/2/2023 10:31 AM

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Shalonda Green

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

AILEEN JOHNSON & SARAH BRYANT
Plaintiff,

VS.

CIVIL ACTION FILE NO. 2023CV00460

WADDLE TRUCKING OF MISSISSIPPI, INC. D/B/A WADDLE
TRUCKING, INC., NATIONAL CASUALTY COMPANY, XYZ
CORPORATION & JOHN DOE
Defendants.

### AFFIDAVIT OF SERVICE UPON GATEWAY INSURANCE COMPANY

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, and states:

1.  My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2.  I am a resident of the State of Georgia and a citizen of the United States of America and I am over age twenty-one (21). I have been appointed as Process Server in the STATE COURT OF CLAYTON COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon GATEWAY INSURANCE COMPANY.

3.  On Feb 28, 2023 at approx. 10:27 am at the 2 SUN CT SUITE 400, PEACHTREE CORNERS, GA 30092 address, I served the pending SUMMONS AND COMPLAINT FOR DAMAGES (JURY TRIAL DEMANDED), GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM, RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY, NOTICE OF COMPLAINT UNDER GEORGIA UNINSURED MOTORISTS ACT, PLAINTIFFS' FIRST INTERROGATORIES, REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO GATEWAY INSURANCE COMPANY, PLAINTIFFS'S FIRST INTERROGATORIES TO NATIONAL CASUALTY COMPANY upon GATEWAY INSURANCE COMPANY, by leaving said service documents with Alicia Smith, an Employee at Thompson/O'Brian, who is a designated representative of Corporation Service Company, the Registered Agent for GATEWAY INSURANCE COMPANY, and who is authorized to accept service of process on behalf of GATEWAY INSURANCE COMPANY.

This 28th of February, 2023.

FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 28th of February, 2023

Notary Public,
My commission expires on    Oct. 22, 2026

2023CV00460

e-Filed 3/2/2023 10:31 AM

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Shalonda Green**

AILEEN JOHNSON & SARAH BRYANT
Plaintiffs,

VS.

CIVIL ACTION FILE NO. 2023CV00460

WADDLE TRUCKING OF MISSISSIPPI, INC. D/B/A WADDLE
TRUCKING, INC., NATIONAL CASUALTY COMPANY, XYZ
CORPORATION & JOHN DOE
Defendants.

### AFFIDAVIT OF SERVICE UPON NATIONAL CASUALTY COMPANY

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of FRANK L. SWINDLE - PROCESS SERVER, who after first being duly sworn, and states:

1. My name is FRANK L. SWINDLE - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the STATE COURT OF CLAYTON COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon NATIONAL CASUALTY COMPANY.

3. On Feb 28, 2023 at approx. 10:27 am at the 2 SUN CT SUITE 400, PEACHTREE CORNERS, GA 30092 address, I served the pending SUMMONS AND COMPLAINT FOR DAMAGES (JURY TRIAL DEMANDED), GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM, RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY TO DEFENDANT, NOTICE OF COMPLAINT UNDER GEORGIA UNINSURED MOTORISTS ACT, PLAINTIFFS' FIRST INTERROGATORIES, REQUESTS FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO GATEWAY INSURANCE COMPANY, PLAINTIFFS'S FIRST INTERROGATORIES TO NATIONAL CASUALTY COMPANY, PLAINTIFFS'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO NATIONAL CASUALTY COMPANY, PLAINTIFFS'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT NATIONAL CASUALTY COMPANY upon NATIONAL CASUALTY COMPANY, by leaving said service documents with Alicia Smith, an Employee at Thompson/O'Brian, who is a designated representative of Corporation Service Company, the Registered Agent for NATIONAL CASUALTY COMPANY, and who is authorized to accept service of process on behalf of NATIONAL CASUALTY COMPANY.

This 28th of February, 2023.

FRANK L. SWINDLE - PROCESS SERVER

Sworn to and subscribe before me
This 28th of February, 2023

Notary Public,
My commission expires on _____ Oct. 22, 2026

HAKIMAH HUDSON
COMMISSION EXPIRES
NOTARY PUBLIC
OCTOBER 22, 2026
DEKALB COUNTY, GEORGIA

SHERIFF'S ENTRY OF SERVICE      SC-85-2      CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

Civil Action No. **2023CV00460**

Date Filed **02/23/2023**

Attorney's Address

**Law Office of Johnny Phillips**
**12 Jackson St**
**Newnan, GIA 30263**

Name and Address of Party to be Served.

**Waddle Trucking of Mississippi, Inc.**
**ATTN: Craig Waddle**
**2484 South Green Street**
**Tupelo, MS 38801**

| Court | | | |
|---|---|---|---|
| Superior Court | ☐ | Magistrate Court | ☐ |
| State Court | ☒ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, **Clayton** COUNTY

Clerk of State Court
Clayton County, Georgia
Shalonda Green
Tiki Brown

**Aileen Johnson and**
**Sarah Bryant**

Plaintiff

VS.

**Waddle Trucking of**
**Mississippi, Inc , ET AL**

Defendant

RECEIVED
MAR 17 2023
BY: 17-292/22

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☒

I have this day served the defendant **Waddle Trucking via Megan Senter** personally with a copy of the within action and summons.

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐

Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **21st** day of **March**, 20 **23**.

_____
DEPUTY

SHERIFF DOCKET_____ PAGE_____

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| AILEEN JOHNSON and SARAH BRYANT, | **)** | |
| | **)** | |
| | **)** | CIVIL ACTION FILE |
| Plaintiffs, | **)** | NO. 2023CV00460 |
| | **)** | |
| v. | **)** | |
| | **)** | |
| WADDLE TRUCKING OF MISSISSIPPI, INC. d/b/a WADDLE TRUCKING, INC.; NATIONAL CASUALTY COMPANY; XYZ CORPORATION; and JOHN DOE, | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| Defendants. | **)** | |

## ANSWER AND DEFENSES OF DEFENDANT NATIONAL CASUALTY COMPANY TO PLAINTIFFS' COMPLAINT

COMES NOW defendant National Casualty Company ("National"), by way of special appearance, without waiving and specifically reserving all jurisdictional defenses, and answers plaintiffs' complaint as follows:

FIRST DEFENSE

Plaintiffs' complaint fails to state a claim against defendants upon which relief can be granted.

SECOND DEFENSE

Responding to the specifically numbered paragraphs of plaintiffs' complaint, National answers as follows:

1.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

2.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

3.

Responding to the allegations in this paragraph of the complaint, National admits it is an out-of-state insurance company and may be served upon its registered agent, as stated.  Except as expressly admitted, National denies the allegations in this paragraph of the complaint.

4.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

## **BACKGROUND**

5.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

6.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

7.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

8.

National denies the allegations in this paragraph of the complaint.

9.

National denies the allegations in this paragraph of the complaint.

10.

National denies the allegations in this paragraph of the complaint.

## COUNT I

## **NEGLIGENCE OF DEFENDANT DOE**

11.

National incorporates and restates its responses to the preceding paragraphs of the complaint as if fully set forth herein.

12.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

13.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

14.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint, including subparagraphs (a) through (e).

## COUNT II

## **IMPUTED LIABILITY**

15.

National incorporates and restates its defenses and responses to the preceding paragraphs of the complaint as if fully set forth herein.

16.

National denies the allegations in this paragraph of the complaint.

17.

National denies the allegations in this paragraph of the complaint.

18.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

## COUNT III

## NEGLIGENT HIRING, TRAINING & SUPERVISION BY DEFENDANTS WADDLE TRUCKING OF MISSISSIPPI, INC. AND/OR XYZ CORPORATION

19.

National incorporates and restates its defenses and responses to the preceding paragraphs of the complaint as if fully set forth herein.

20.

National denies the allegations in this paragraph of the complaint.

21.

National demies the allegations in this paragraph of the complaint.

22.

National denies the allegations in this paragraph of the complaint.

23.

National denies the allegations in this paragraph of the complaint.

24.

National denies the allegations in this paragraph of the complaint.

**COUNT IV**

**DIRECT ACTION AGAINST DEFENDANT NATIONAL CASUALTY**

**<u>COMPANY</u>**

25.

National incorporates and restates its defenses and responses to the preceding paragraphs of the complaint as if fully set forth herein.

26.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

27.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

28.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

29.

National is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the complaint.

30.

Responding to the allegations in the unnumbered paragraph of the complaint which begins "WHEREFORE" and constitutes plaintiffs' prayer for relief, including subparagraphs (a) through (e), National denies plaintiffs are entitled to any relief from it under any theory, at law or in equity.

31.

Except as expressly admitted or otherwise responded to, National denies all allegations in the complaint.

<u>THIRD DEFENSE</u>

This Court lacks jurisdiction over National.

<u>FOURTH DEFENSE</u>

Venue is improper as to National; therefore, this Court lacks jurisdiction over National.

<u>FIFTH DEFENSE</u>

There has been an insufficiency of process as to National; therefore, this Court lacks jurisdiction over National.

## SIXTH DEFENSE

Defendants did not breach any duty owed to plaintiffs.

## SEVENTH DEFENSE

No act or omission of defendants proximately caused or contributed to any injuries or damages allegedly incurred by plaintiffs; therefore, plaintiffs have no right of recovery against defendants.

## EIGHTH DEFENSE

Any injuries or damages sustained by plaintiffs were the sole, direct, and proximate result of the conduct of others, including but not limited to plaintiffs, and no alleged act by defendants caused or contributed to the incident described in the complaint.

## NINTH DEFENSE

To the extent as may be shown applicable by the evidence through discovery, National asserts the affirmative defenses of accord and satisfaction, arbitration and award, assumption of the risk, contributory/comparative negligence, duress, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, failure of plaintiffs to avoid consequences, failure of plaintiffs to mitigate damages, discharge in bankruptcy, estoppel, last clear chance, and waiver.

<u>TENTH DEFENSE</u>

National reserves the right to plead additional defenses as become known to it through investigation and discovery.

WHEREFORE, having fully listed its defenses and having fully answered the complaint, National prays as follows:

(a)    That judgment be entered in favor of defendants and against plaintiffs on the complaint;

(b)    That the costs of this action, including attorney's fees be cast against plaintiffs; and

(c)    That the Court grant such other and further relief as it may deem just and proper.

STONE KALFUS LLP

<u>/s/ Aleksandra Mitchell</u>
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227
Aleksandra Mitchell
Georgia Bar No. 136019
Attorneys for Defendants
National Casualty Company and
Waddle Trucking of Mississippi, Inc.

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250

Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)
matt.stone@stonekalfus.com
shawn.kalfus@stonekalfus.com
alex.mitchell@stonekalfus.com


**NATIONAL DEMANDS A TRIAL BY JURY OF TWELVE**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served the foregoing *Answer and Defenses of Defendant National Casualty Company to Plaintiffs' Complaint* upon all judges, clerks, and opposing counsel to the Clerk of Court electronically using the Odyssey eFileGA filing system which will automatically send e-mail notification of such filing to counsel of record and others who are Odyssey eFileGA eFile participants.  Counsel of record is as follows:

> Johnny G. Phillips, Esq.
> Christopher N. Reilly, Esq.
> Law Office of Johnny Phillips, PC
> 12 Jackson Street
> Newnan, GA 30263

This 30th day of March, 2023.

> /s/ Aleksandra Mitchell
> Aleksandra Mitchell
> Georgia Bar No. 136019

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| AILEEN JOHNSON and SARAH BRYANT, | **)** | |
| | **)** | |
| | **)** | CIVIL ACTION FILE |
| Plaintiffs, | **)** | NO. 2023CV00460 |
| | **)** | |
| v. | **)** | |
| | **)** | |
| WADDLE TRUCKING OF MISSISSIPPI, INC. d/b/a WADDLE TRUCKING, INC.; NATIONAL CASUALTY COMPANY; XYZ CORPORATION; and JOHN DOE, | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | |
| Defendants. | **)** | |

## **DEMAND FOR JURY OF TWELVE**

COMES NOW defendant National Casualty Company and, pursuant to O.C.G.A. §§ 15-12-122 and 15-12-123, demands that this action be tried by a jury of twelve. In support of this demand, defendant shows it reasonably believe plaintiffs' claims for damages are greater than $25,000 and that this demand is made before the commencement of the trial term in which this case is to be tried.

STONE KALFUS LLP

*/s/ Aleksandra Mitchell*
Matthew P. Stone
Georgia Bar No. 684513
Shawn N. Kalfus
Georgia Bar No. 406227

Aleksandra Mitchell
Georgia Bar No. 136019
Attorneys for Defendants
National Casualty Company and
Waddle Trucking of Mississippi, Inc.

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served the foregoing *Demand for Jury of Twelve* upon all judges, clerks, and opposing counsel to the Clerk of Court electronically using the Odyssey eFileGA filing system which will automatically send e-mail notification of such filing to counsel of record and others who are Odyssey eFileGA eFile participants.  Counsel of record is as follows:

> Johnny G. Phillips, Esq.
> Christopher N. Reilly, Esq.
> Law Office of Johnny Phillips, PC
> 12 Jackson Street
> Newnan, GA 30263

This 30th day of March, 2023.

*/s/ Aleksandra Mitchell*
Aleksandra Mitchell
Georgia Bar No. 136019

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)