# GEORGIA MOTOR VEHICLE CRASH REPORT

| Agency Case Number | Agency NCIC No. | County | Date Rec. by DOT |
|---|---|---|---|
| 22009941 | 0310100 | CLAYTON | 2/22/2022 |

## Estimated Crash
- Date: 2/21/2022
- Time: 04:31

## Dispatch
- Date: 2/21/2022
- Time: 23:31

## Arrival
- Date: 2/21/2022
- Time: 23:34

## Totals
- Total Number of Vehicles: 2
- Injuries: 2
- Fatalities: 0
- Inside City Of: Unincorporated

## Location
- Road of Occurrence: CAMERON LANDING DR
- Not At Its Intersection But: 332 Feet West
- From Its Intersection With Of: CAMERON PKWY
- Latitude (Y): 33.553260
- Longitude (X): -84.276359

Checkboxes: Suppl. To Original? [ ]   Private Property? [ ]   Hit And Run? [ ]

## Unit #1
- Driver [X]
- Susp At Fault [X]
- LAST NAME: (blank)  FIRST: (blank)  MIDDLE: (blank)
- Address: (blank)
- City: (blank)  State: (blank)  Zip: (blank)  DOB: (blank)
- Driver's License No: (blank)  Class: (blank)  State: (blank)  Country: (blank)
- Insurance Co.: UNK   Policy No.: UNK   Telephone No.: (blank)
- Year: 2017   Make: PETERBILT MOTORS   Model: CONVENTIONAL 375
- VIN: 1NPXDP9X2HD419864   Vehicle Color: Green
- Tag #: 35217   State: RI   County: (blank)   Year: 2020
- Trailer Tag #: (blank)
- Owner's Last Name: WADDLE TRCKING LLC
- Address: 2448 MCCULLOUGH BLVD
- City: BELDEN   State: MS   Zip: 38826
- Removed By: NONE

### Unit 1 - Conditions
- Alcohol Test: (blank)   Drug Test: (blank)
- First Harmful Event: Parked Motor Vehicle
- Most Harmful Event: Motor Vehicle In Motion
- Operator/Ped Cond: (blank)
- Operator Factors: Other
- Vehicle Factors: No Contributing Factors
- Roadway Factors: No Contributing Factors
- Direction of Travel: (blank)
- Vehicle Maneuver: Parked
- Non-Motor Maneuver: (blank)
- Vehicle Class: Commercial Motor Vehicle (CMV)
- Vehicle Type: Tractor/Trailer
- Vision Obscured: (blank)
- Number of Occupants: (blank)
- Area of Initial Contact: Rear End
- Damage to Vehicle: Minor Damage
- Traffic Way Flow: Two-Way Trafficway with no physical separation
- Road Composition: Concrete
- Road Character: Curve on Grade
- Number of Lanes: 2   Posted Speed: 25   Work Zone: None
- Traffic Control: No Control Present   Device Inoperative: No

### Unit 1 - Citation Information
(blank)

### Unit 1 - Commercial Motor Vehicles Only
- Carrier Name: WADDLE TRUCKING LLC
- Address: 2448 MCCULLOUGH BLVD   City: belden   State: Mississippi   Zip: 38826
- U.S. D.O.T. #: 1386780   No. of Axles: 5   G.V.W.R: 10001 To 26000
- Cargo Body Type: Auto Carrier or Tow Truck
- Vehicle Config.: Tractor Trailer
- Interstate [X]   Fed. Reportable: No
- C.D.L.?: Yes   C.D.L. Suspended?: No
- Vehicle Placarded?: No   Hazardous Materials?: No
- Hazmat Released?: No
- Ran Off Road [ ]   Down Hill Runaway [ ]   Cargo Loss or Shift [ ]   Separation of Units [ ]

## Unit #2
- Driver [X]
- Susp At Fault [ ]
- LAST NAME: BRYANT   FIRST: SARAH   MIDDLE: (blank)
- Address: 111 MOREQIS DRIVE
- City: SAVANNAH (CHATHAM)   State: GA   Zip: 31406   DOB: 5/18/1999
- Driver's License No: 058892057   Class: CLASS C   State: GA   Country: USA
- Insurance Co.: GATEWAY INSURANCE COMPANY   Policy No.: GW01GA0000452   Telephone No.: 3865470801
- Year: 2021   Make: TOYOTA   Model: RAV4
- VIN: 2T3K1RFVXMC088636   Vehicle Color: Gray
- Tag #: CPQ2326   State: GA   County: CLAYTON   Year: 2022
- Trailer Tag #: (blank)
- Owner's Last Name: JOHNSON   First: AILEEN   Middle: M
- Address: 3359 HIDDEN STREAM COURT
- City: STOCKBRIDGE (HENRY)   State: GA   Zip: 30281
- Removed By: NEW IMAGE   Request [X]   List [X]

### Unit 2 - Conditions
- Alcohol Test: No   Drug Test: No
- First Harmful Event: Motor Vehicle In Motion
- Most Harmful Event: Parked Motor Vehicle
- Operator/Ped Cond: Not Drinking
- Operator Factors: No Contributing Factors
- Vehicle Factors: No Contributing Factors
- Roadway Factors: Road Surface Condition (wet, icy, snow, slush, etc)
- Direction of Travel: North
- Vehicle Maneuver: Straight
- Non-Motor Maneuver: (blank)
- Vehicle Class: Privately Owned
- Vehicle Type: Sports Utility Vehicle (SUV)
- Vision Obscured: Parked/Stopped Vehicle
- Number of Occupants: 2
- Area of Initial Contact: Front End
- Damage to Vehicle: Disabling Damage
- Traffic Way Flow: Two-Way Trafficway with no physical separation
- Road Composition: Concrete
- Road Character: Curve on Grade
- Number of Lanes: 2   Posted Speed: 25   Work Zone: None
- Traffic Control: No Control Present   Device Inoperative: No

### Unit 2 - Citation Information
(blank)

### Unit 2 - Commercial Motor Vehicles Only
(blank)

## COLLISION FIELDS

| Manner of Collision: Angle | Location at Area of Impact: On Roadway - Non-Intersection | Weather: Rain | Surface Condition: Wet | Light Condition: Dark-Not Lighted |

## NARRATIVE

Driver 2 stated she driving northeast on Cameron Parkway when she had to go around one parked semi truck in a curve by going into the oncoming traffic lane. When she came back into her lane of travel in a curve she did not see a semi truck and trailer parked on the roadway at which time she struck the rear of the trailer. Air bags did deploy only complaints of neck/back pain.

   Vehicle one was unoccupied and parked in a curve. Although there weren't any no parking signs present, I did determine that the way the tractor trailer was parked on the roadway after a curve in a poorly lit roadway was a possible contributing factor to the wreck.

## DIAGRAM

[Diagram: N arrow, "Not To Scale" label. Cameron Parkway curving road showing Unit 1 (green semi-truck with trailer) parked on roadway with Unit 2 (car) behind it at point of impact.]

## PROPERTY DAMAGE INFORMATION

Damage Other Than Vehicle:                    Owner:

## WITNESS INFORMATION

| Name (Last, First) | Address | City | State | Zip Code | Telephone Number |

## OCCUPANT INFORMATION

### 1
| Name (Last, First): | BRYANT, SARAH | | | | Address: | 111 MOREQIS DRIVE  SAVANNAH (CHATHAM), GA 31406 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 22 | Sex: Female | Unit #: 2 | Position: Front Seat-Left Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Deployed Multiple | Injury: Possible Injury or Complaint (C) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 2
| Name (Last, First): | JOHNSON, AILEEN | | | | Address: | 3359 HIDDEN STREAM COURT  STOCKBRIDGE (HENRY), GA 30281 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: 43 | Sex: Female | Unit #: 2 | Position: Front Seat-Right Side | Safety Eq: Lap and Shoulder Belt Used | Ejected: Not Ejected | Extricated: No | Air Bag: Deployed Multiple | Injury: Possible Injury or Complaint (C) | Taken for Treatment: No |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 3
| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

### 4
| Name (Last, First): | | | | | Address: | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Age: | Sex: | Unit #: | Position: | Safety Eq: | Ejected: | Extricated: | Air Bag: | Injury: | Taken for Treatment: |
| Injured Taken To: | | By: | | EMS Notified Time: | | EMS Arrival Time: | | Hospital Arrival Time: | |

## ADMINISTRATIVE

Photos Taken: ☐ Yes  ☑ No    By:

*Officer Note: If collision resulted in a fatality, please send prompt notification to the GDOT Crash Reporting Unit via either email at GeorgiaFARS@dot.ga.gov or Fax at (404) 635-2963.*

| Report By: | Agency: | Report Date: | Checked By: | Date Checked: |
|---|---|---|---|---|
| Chandler, Ptl. A.C. (24292) | Clayton Co Police Department | 02/23/2022 01:15 | Teske, Sgt. | 2/23/2022 |