

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **NATIONAL CASUALTY COMPANY** | Control Number: | **J720910** |
| Business Type: | **Foreign Insurance Company** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **8877 NORTH GAINEY CENTER DRIVE, SCOTTSDALE, AZ, 85258, USA** | Date of Formation / Registration Date: | **1/1/1910** |
| Jurisdiction: | **Wisconsin** | Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| AMBER WAYNE | CFO | 8877 NORTH GAINEY CENTER DRIVE, SCOTTSDALE, AZ, 85258, USA |
| DENISE L. SKINGLE | Secretary | 8877 NORTH GAINEY CENTER DRIVE, SCOTTSDALE, AZ, 85258, USA |
| RUSSELL JOHNSTON | CEO | 8877 NORTH GAINEY CENTER DRIVE, SCOTTSDALE, AZ, 85258, USA |

Back    Filing History    Name History

Return to Business Search