3379 Peachtree Road, N.E.  
Suite 555  
Atlanta, Georgia 30326



**LAW OFFICE OF  
JOHNNY PHILLIPS, P.C.**

Main Office  
12 Jackson Street  
Newnan, Georgia 30263

Phone: 404-487-0184  
Fax: 404-439-1190

July 20, 2022

**VIA CERTIFIED MAIL**  
Stone Kalfus Attorneys at Law  
One Midtown Plaza  
1360 Peachtree Street, NE  
Suite 1250  
Atlanta, GA 30309

                       RE:    Client Name: Aileen Johnson  
                              Claim No.:   02081461  
                              Incident Date: 2/21/2022  
                              Your Insured: Waddle Trucking of Mississippi, Inc.

## I.    **INADMISSIBILITY OF OFFER OF COMPROMISE**

      Pursuant to O.C.G.A. §24-3-37, statements made with a view toward compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies by permitting parties to discuss their cases candidly with the assurance that admissions and proposals for compromise made in the course of their good-faith settlement negotiations may not be used against them in any subsequent lawsuit. Benn v. McBride, 140 Ga. App. 698 (1976). This entire letter and all of the attachments are submitted with a view toward compromise of this claim. If you do not agree that everything that follows is inadmissible during the litigation of this matter, please stop reading and immediately destroy this letter and its attachments and immediately notify us of your refusal to review our attempt to compromise this claim.

## II.    **LIABILITY AND DESCRIPTION OF INCIDENT**

      On February 21, 2022, our client, Aileen Johnson, was traveling northeast on Cameron Parkway when going around a curve. At the same point in time, Waddle Trucking of Mississippi, Inc. failed to provide safe notice of a parked semi, causing her to strike the rear of the vehicle.

      In short, this is a clear liability incident, in which Waddle Trucking of Mississippi, Inc., **leaving a vehicle stopped and illegally parked on a roadway in violation of O.C.G.A. § 40-6-200 and 203; failed to exercise due care in violation of O.C.G.A. § 40-6-241; and failed to maintain a proper lookout.** Moreover, Sarah Bryant clearly played no contributing role in this collision, and her damages are a direct result of the negligence of Waddle Trucking of Mississippi, Inc.

## III.    **INJURIES**

Mrs. Aileen Johnson sought treatment at Piedmont Henry Hospital and the physician determined that she had suffered **sprain of right wrist, contusion of left knee, and check pain.** The physician prescribed treatment including medication. x-ray, and was told to follow up for persistent pain.

As a result of Waddle Trucking of Mississippi, Inc.negligence, Ms. Sarah Bryant suffered injuries and has incurred past medical expenses totaling **$20,990.21** itemized as follows:

| Provider: | Dates of Service: | Amount: |
| --- | --- | --- |
| 1. Piedmont Henry Hospital | 2/22/2022 | $7,845.21 |
| 2. Inphynet Primary Care | 2/22/2022 | $TBD |
| 3. Summit Radiology | 2/22/2022 | $245.00 |
| 4. Allspine Laser and Surgery | 2/28/2022-6/16/2022 | $9,700.00 |
| 5. United Neurology | 3/04/2022 | $1,295.00 |
| 6. Oberster Chiropractic | 3/10/2022-5/25/2022 | $1,905.00 |

## IV.   SETTLEMENT PROPOSAL

Based upon the negligence of Waddle Trucking of Mississippi, Inc., and the nature and extent of Mrs. Aileen Johnson injuries, and due to the effect, this wreck and injuries have tolled upon her, our client has authorized a settlement of this claim for $150,000.00 as a full and final resolution of this matter.

We have supplied you with information to evaluate this demand. This letter related to settlement discussions, and nothing contained herein shall be deemed admissible.

Sincerely,

Johnny G. Phillips, Esq.

JGP:hlh

3379 Peachtree Road, N.E.  
Suite 555  
Atlanta, Georgia 30326



**LAW OFFICE OF  
JOHNNY PHILLIPS, P.C.**

Main Office  
12 Jackson Street  
Newnan, Georgia 30263

Phone: 404-487-0184  
Fax: 404-439-1190

July 20, 2022

**VIA CERTIFIED MAIL**  
Stone Kalfus Attorneys at Law  
One Midtown Plaza  
1360 Peachtree Street, NE  
Suite 1250  
Atlanta, GA 30309

        RE: Client Name: Sarah Bryant  
           Claim No.: 02081461  
          Incident Date: 2/21/2022  
          Your Insured: Waddle Trucking of Mississippi, Inc.

### I. INADMISSIBILITY OF OFFER OF COMPROMISE

   Pursuant to O.C.G.A. §24-3-37, statements made with a view toward compromise are inadmissible at trial. This Georgia law was enacted to encourage the settlement of controversies by permitting parties to discuss their cases candidly with the assurance that admissions and proposals for compromise made in the course of their good-faith settlement negotiations may not be used against them in any subsequent lawsuit. Benn v. McBride, 140 Ga. App. 698 (1976). This entire letter and all of the attachments are submitted with a view toward compromise of this claim. If you do not agree that everything that follows is inadmissible during the litigation of this matter, please stop reading and immediately destroy this letter and its attachments and immediately notify us of your refusal to review our attempt to compromise this claim.

### II. LIABILITY AND DESCRIPTION OF INCIDENT

   On February 21, 2022, our client, Sarah Bryant, was traveling northeast on Cameron Parkway when going around a curve. At the same point in time, Waddle Trucking of Mississippi, Inc. failed to provide safe notice of a parked semi, causing her to strike the rear of the vehicle.

   In short, this is a clear liability incident, in which Waddle Trucking of Mississippi, Inc., **leaving a vehicle stopped and illegally parked on a roadway in violation of O.C.G.A. § 40-6-200 and 203; failed to exercise due care in violation of O.C.G.A. § 40-6-241; and failed to maintain a proper lookout**. Moreover, Sarah Bryant clearly played no contributing role in this collision, and her damages are a direct result of the negligence of Waddle Trucking of Mississippi, Inc.

### III. INJURIES

Ms. Sarah Bryant sought treatment at Piedmont Henry Hospital and the physician determined that she had suffered **strain of muscle at lower back, injury of abdomen, sprain of parts of lumbar spine and pelvis, sprain of parts of thorax.** The physician prescribed treatment including medication. x-ray, and was told to follow up for persistent pain.

As a result of Waddle Trucking of Mississippi, Inc.negligence, Ms. Sarah Bryant suffered injuries and has incurred past medical expenses totaling **$23,270.61** itemized as follows:

| Provider: | Dates of Service: | Amount: |
| --- | --- | --- |
| 1. Piedmont Henry Hospital | 2/22/2022 | $13,490.61 |
| 2. Inphynet Primary Care | 2/22/2022 | $TBD |
| 3. Summit Radiology | 2/22/2022 | $TBD |
| 4. Allspine Laser and Surgery | 2/28/2022-4/11/2022 | $6,600.00 |
| 5. United Neurology | 3/04/2022-3/25/2022 | $1,870.00 |
| 6. Oberster Chiropractic | 3/10/2022-3/21/2022 | $1,310.00 |

### IV. SETTLEMENT PROPOSAL

Based upon the negligence of Waddle Trucking of Mississippi, Inc., and the nature and extent of Ms. Sarah Bryant injuries, and due to the effect, this wreck and injuries have tolled upon her, our client has authorized a settlement of this claim for $150,000.00 as a full and final resolution of this matter.

We have supplied you with information to evaluate this demand. This letter related to settlement discussions, and nothing contained herein shall be deemed admissible.

Sincerely,

Johnny G. Phillips, Esq.

JGP:hlh