**Form I-797C**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | April 11, 2018 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | A214846020 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC1890893679 | April 02, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| April 02, 2018 | 201 B INA SPOUSE OF USC | February 03, 1994 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

ONUWA EWIWILE
21 CEDAR RUN APT M        27   00007750
SANDY SPRINGS, GA  30350

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Customer Service Number:**
(800)375-5283



Form I-797C  07/11/1

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.