U.S. Citizenship and Immigration Services

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**
2150 Parklake Drive NE
Atlanta GA. 30345

---

File Number: **A214846020**
Date: **March 29, 2019**

Onuwa Ewiwile
C/O Daryl Allen
403 Windridge Drive
Atlanta, GA 30350

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 2150 Parklake Drive NE<br>Atlanta GA. 30345<br>3rd Floor, Waiting Room |
|---|---|
| DATE AND HOUR | April 12, 2019 at 8:00 AM |
| ASK FOR | M.MOSES ( ISO-2 ) |
| REASON FOR APPOINTMENT | I485/I130 Interview |
| BRING WITH YOU | Photo ID / Passport / Permanent Residency Card<br>Current Lease, Income Taxes filed 2018 and any other supporting documents filed jointly. |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

** Failure to follow the instructions of this notice may result in denial of your petition.

cc:

| I am Unable to keep the appointment because : | |
|---|---|
| SIGNATURE | DATE |

Sincerely,

Kevin J Riddle
Field Office Director

Form G-56
(Rev. 5-1-83)Y
CC Attorney