E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-01361-S3
3/7/2023 1:08 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

SHONDELL DAYE AND DEIDRA LUCAS
Plaintiff,

VS.

CRETE CARRIER CORPORATION, SONYA BRIDGES, JOHN DOE 1-3 AND XYZ CORPORATIONS 1-3
Defendants.

CIVIL ACTION FILE NO. 23-C-01361-S3

# EXHIBIT "D"

## AFFIDAVIT OF SERVICE UPON CRETE CARRIER CORPORATION

Personally appeared before me, an officer duly authorized by law to administer oaths, the person of HAKIMAH HUDSON - PROCESS SERVER, who after first being duly sworn, and states:

1. My name is HAKIMAH HUDSON - PROCESS SERVER, and I am competent in all respects to testify regarding the matter set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of the above action and I am not related to any of the parties.

2. I am a resident of the State of Georgia and a citizen of the United States of America and am over age twenty-one (21). I have been appointed as Process Server in the STATE COURT OF GWINNETT COUNTY and I have been assigned in the above-styled case to perfect service of process of the pending Summons and Complaint upon CRETE CARRIER CORPORATION.

3. On Mar 3, 2023 at approx. 11:35 am at the 289 S CULVER ST, LAWRENCEVILLE, GA 30046 address, I served the pending SUMMONS AND COMPLAINT FOR DAMAGES (JURY TRIAL DEMANDED), GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM, PLAINTIFFS' FIRST INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSIONS TO DEFENDANT CRETE CARRIER CORPORATION, PLAINTIFFS' FIRST INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ADMISSIONS TO DEFENDANT SONYA BRIDGES, RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY upon CRETE CARRIER CORPORATION by leaving said service documents with JANE RICHARDSON, an employee of CT CORPORATION SYSTEM, the Registered Agent for CRETE CARRIER CORPORATION, and who is authorized to accept service of process on behalf of CRETE CARRIER CORPORATION.

This 5th of March, 2023.

_____
HAKIMAH HUDSON - PROCESS SERVER

Sworn to and subscribe before me
This 5th of March, 2023

_____
Notary Public,
My commission expires on _____

Frank L Swindle
Notary Public, DeKalb County, Georgia
My Commission Expires 03/10/2023

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Servers

Case Number: 22 C-07577-4

## ORDER OF APPOINTMENT

The application of the undersigned permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. § 9-11-4(c), from the date of this order **up to and including January 4, 2024.**

This order allows the applicant to serve as a process server in Gwinnett County State Court matters only, on an annual renewable basis.

SO ORDERED this ____4th____ day of ____January____, 20__23__.

_Ronda C Leary_
Ronda Colvin Leary (Jan 4, 2023 10:00 EST)

Presiding Judge
Gwinnett County State Court

Applicant:
Name: Hakimah H Hudson
Address: 4002 Hwy. 78 WEST, Suite 530-251
Snellville, GA 30039
678 314 9584