CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-01361-S
3/13/2023 11:26 AM
TIANA P. GARNER, CLERK
Gwinnett County State Court

## AFFIDAVIT OF NON-SERVICE

**State of Georgia**                                    **County of Gwinnett**

Case Number: 23-C-01361-S3

Plaintiff:
**SHONDELL DAYE AND DIEDRA LUCAS**

vs.

Defendant:
**SONYA BRIDGES**

<span style="color:red">EXHIBIT "E"</span>

For:
BATGAB KRATZERT
MONTLICK & ASSOCIATES, P.C.
17 EXECUTIVE PARK DR
SUITE 300
ATLANTA, GA 30329

Received by Mid Florida Court Services, LLC on the 6th day of March, 2023 at 11:24 am to be served on SONYA BRIDGES, 1724 ROTARY DR, LAKELAND, FL 33801.

I, DUSTIN MILLER CA-799, being duly sworn, depose and say that on the 7th day of March, 2023 at 2:09 pm, I:

**NON-SERVED** the **SUMMONS** and **COVER SHEET** and **COMPLAINT** and **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** and **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT** and **REQUEST FOR ADMISSIONS** and **RULE 5.2 CERTIFICATE OF DISCOVERY**. After due search, careful inquiry and diligent attempts was unable to serve on SONYA BRIDGES for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
3/6/2023  8:27 pm  Attempted service at 1724 ROTARY DR, LAKELAND, FL 33801 No answer at door. Blinds closed. House dark. No vehicles in front of or on property.
3/6/2023  3:44 pm  Attempted Service.No answer and no vehicles at the property. It seems they park in the street as they have the driveway entirely blocked with a chain. The neighbour seems very interested in what I was doing as he was video recording me and trying to act like he was not.
3/7/2023  8:43 am  Attempted service at 1724 ROTARY DR, LAKELAND, FL 33801 No answer at door. No vehicles. No change at address.
3/7/2023  2:07 pm  Attempted service at 1724 ROTARY DR, LAKELAND, FL 33801 No answer. No vehicles. Neighbour advised he had not seen anyone here in a couple weeks and does not know defendant.

I certify that I am over the age of 18, have no interest in the above action, and am a Court Appointed, Certified Process Server. Per Florida Statutes Chapter 48, notary not required.

Subscribed and Sworn to before me on the 8th day of March, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Erica Anderson
My Commission HH 041682
Expires 10/23/2024

**DUSTIN MILLER CA-799**
Certified Process 10th Circuit

**Mid Florida Court Services, LLC**
**304 East Pine Street**
**Ste # 117**
**Lakeland, FL 33801**
**(863) 377-6007**

Our Job Serial Number: DMI-2023000135

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8 2k