IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHONDELL DAYE and DEIDRA LUCAS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CRETE CARRIER CORPORATION, ) <br> SONYA BRIDGES, JOHN DOE 1-3 and ) <br> XYZ CORPORATIONS 1-3, ) <br> ) <br> Defendants. ) <br> ) | Case No. _____ |

STATE OF GEORGIA
COUNTY OF FULTON

### VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, MARVIN D. DIKEMAN, first being duly sworn, deposes and states that he is counsel for Defendants Crete Carrier Corporation and Sonya Bridges, and the factual statements contained in the foregoing Notice of Removal are true and correct.

_/s/ Marvin D. Dikeman_
MARVIN D. DIKEMAN
Georgia State Bar No. 221760

Sworn to and subscribed before me,
this 31st day of March, 2023.

_Lynn Renae Meadows_
Notary Public
My Commission Expires: 06/26/26

Lynn Renae Meadows
**NOTARY PUBLIC**
**Fulton County, GEORGIA**
My Commission Expires
06/26/2026