IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHONDELL DAYE and DEIDRA LUCAS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CRETE CARRIER CORPORATION, ) <br> SONYA BRIDGES, JOHN DOE 1-3 and ) <br> XYZ CORPORATIONS 1-3, ) <br> ) <br> Defendants. ) <br> ) | Case No. _____ |

## JURY DEMAND

COME NOW, Defendants Crete Carrier Corporation and Sonya Bridges, and within the time provided by law demand a trial by jury on all issues of fact.

Respectfully submitted this 31st day of March, 2023.

                                                WEBB, ZSCHUNKE, NEARY
                                                & DIKEMAN, LLP

                                                */s/ Marvin D. Dikeman*
                                                MARVIN D. DIKEMAN
                                                Georgia State Bar No. 221760
                                                BRIAN J. MILLER
                                                Georgia State Bar No. 211035

                                                ***Attorneys for Defendants***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net
bmiller@wznd.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **JURY DEMAND** (prepared in Times New Roman 14 point font) with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Nathan A. Kratzert, Esq.
> Mark A. Molina, Esq.
> Montlick & Associates, P.C.
> 17 Executive Park Drive, Suite 300
> Atlanta, GA 30329
> nkratzert@montlick.com
> mmolina@montlick.com

This 31st day of March, 2023.

> /s/ Marvin D. Dikeman
> MARVIN D. DIKEMAN
> Georgia State Bar No. 221760
>
> ***Attorney for Defendants***

WEBB, ZSCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel. 404-264-1080
Fax 404-264-4520
mdikeman@wznd.net