IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEEQUA JOHNSON,<br><br>  PLAINTIFF,<br>   v.<br><br>XAVIER CRUZ-SANTIAGO,<br><br>  DEFENDANT. | Civil Action No.<br>_____ |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, ATLANTA Division

Defendant Xavier Cruz-Santiago, by and through the United States Attorney for the Northern District of Georgia, and pursuant to 28 U.S.C. § 1442, files this notice of removal of proceedings initiated in the State Court of DeKalb Count, State of Georgia, styled as *Geneequa Johnson v. Xavier Cruz-Santiago*, Civil Action No. 23A01048.  In support of this removal the Defendant Xavier Cruz-Santiago respectfully shows the following:

 1. This lawsuit is one that may be removed to federal court pursuant to 28 U.S.C. § 1442(a)(1).  This lawsuit arises out of a motor vehicle accident Mr. Cruz-Santiago had while acting within the scope of his employment with he Department of Labor.  The action is one against the United States, an agency

thereof, or an officer of the United States or of an agency thereof, acting in his or her official or individual capacity. Therefore, removal is proper under 28 U.S.C. § 1442(a).

2. Section 1442(d) defines the terms "civil action" and "criminal prosecution" for purposes of removal to include "any proceeding (whether or not ancillary to another proceeding) to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought or issued."

3. Copies of all pleadings filed in the state court in this action are attached to this pleading as <u>Exhibit A</u>.  A copy of this Notice of Removal is being served upon counsel for Plaintiff, Terance Madden.  A copy will be filed with the State Court of DeKalb Count County.

WHEREFORE, the United States removes the proceedings initiated in the State Court of DeKalb Count, *Geneequa Johnson v. Xavier Cruz-Santiago*, Civil Action No. 23A01048, to this United States District Court for the Northern District of Georgia for such further proceedings as may be appropriate.

Dated: March 31, 2023.

                                          Respectfully submitted,

>
> RYAN K. BUCHANAN
>   *United States Attorney*
>
> */s/ Darcy F. Coty*
>
> DARCY F. COTY
> *Assistant United States Attorney*
> Georgia Bar No. 259280
> darcy.coty@usdoj.gov
> 600 U.S. Courthouse
> 75 Ted Turner Drive SW
> Atlanta, GA 30303
> (404) 581-6000   Fax (404) 581-6181

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEEQUA JOHNSON, | |
| PLAINTIFF, | Civil Action No. |
| v. | _____ |
| XAVIER CRUZ-SANTIAGO, | |
| DEFENDANT. | |

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing removal has been prepared using Book Antiqua, 13 point font.

*/s/ Darcy F. Coty*
DARCY F. COTY
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEEQUA JOHNSON, | |
| PLAINTIFF, | Civil Action No. |
| v. | _____ |
| XAVIER CRUZ-SANTIAGO, | |
| DEFENDANT. | |

**Certificate of Service**

This is to certify that I have this date served the within and foregoing Notice of Removal by causing a true and correct copy thereof to be sent to the following individual by first class U.S. Mail, properly addressed and with sufficient postage affixed:

Terance Madden
Kimberly Mowbray
T. Madden & Associates P.C.
114 South Main Street
Jonesboro, Georgia 30236

March 31, 2023.

/s/ Darcy F. Coty
DARCY F. COTY
*Assistant United States Attorney*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GENEEQUA JOHNSON,<br><br>  PLAINTIFF,<br><br>  *v.*<br><br>XAVIER CRUZ-SANTIAGO,<br><br>  DEFENDANT. | Civil Action No.<br><br>_____ |

ORDER

This matter having been removed to the Court by the United States Attorney for the Northern District of Georgia upon the filing of a Notice of Removal of the case of *Geneequa Johnson v. Xavier Cruz-Santiago*, Civil Action No. 23A01048 now pending in the State Court of DeKalb Count County, State of Georgia, in accordance with 28 U.S.C. § 1442, pursuant to the provisions of 28 U.S.C. § 1447(b), as amended, it is hereby ORDERED:

The Clerk of the State Court of DeKalb Count County, Georgia is hereby ORDERED to deliver forthwith to the Clerk of this Court, located at United States Courthouse, Richard B. Russell Federal Building & United States Courthouse, 2211 United States Courthouse, 75 Ted Turner Drive, SW, Atlanta,

GA 30303, one (1) complete certified copy of the entire record herein to date in Geneequa Johnson v. Xavier Cruz-Santiago, Civil Action No. 23A01048.

So ordered this _____ day of _____, 2023.

_____
Enter Judge's Name
Enter Judge's Title

Presented By:

*/s/ Darcy F. Coty*
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280