**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **JONATHAN N. BRAZZLE,** | |
| Plaintiff, | |
| v. | **CIVIL ACTION FILE NO.** |
| **REBECCA L. DRISCOLL,** | _____ |
| Defendant. | |

**STATE OF GEORGIA
COUNTY OF FULTON**

PERSONALLY APPEARED before me, the undersigned officer of said State and County, duly authorized to administer oaths, Andrew McClintock, who being first duly sworn, deposes and says on oath that he is an attorney for the named Defendant in the above-captioned suit, and that the contents and the statements and allegations contained in the within and foregoing Notice of Removal are true to the best of his knowledge and belief.

This 31st day of March, 2023.

_/s/ Andrew McClintock_
Andrew McClintock
Georgia Bar No. 791979

Sworn to and subscribed to before me
This 31st day of March, 2023.

_/s/ Debbie Allbritton_
Notary Public

[Notary Seal: DEBBIE ALLBRITTON, NOTARY PUBLIC, COBB COUNTY, GEORGIA, MY COMMISSION EXPIRES JULY 01, 2024]