# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**JONATHAN N. BRAZZLE**,

    Plaintiff,

v.

**REBECCA L. DRISCOLL**,

    Defendant.

**CIVIL ACTION FILE NO.**

_____

## NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

TO:   Michael A. Baskin, Esq.
        The Baskin Law Group, P.C.
        Peachtree Center North Tower
        235 Peachtree Street NE, Suite 400
        Atlanta, GA 30303

YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Jonathan N. Brazzle v. Rebecca L. Driscoll*, Civil Action File no. 22A02401, State Court of Cobb County, in accordance with the provisions of Section 1446, Title 28 of the United States Code. A copy of said Notice is attached hereto.

*[Signature of Counsel on Following Page]*

*Jonathan N. Brazzle v. Rebecca L. Driscoll, et al.*
U.S. District Court, N.D. Ga. (Atlanta Div.), Civil Action File no. [to be assigned]
Notice to Plaintiff of Removal to Federal Court

    This 31st day of March, 2023.

                                **HAWKINS PARNELL & YOUNG, LLP**

                              /s/ *Martin A. Levinson*
                              Martin A. Levinson
                              Georgia Bar No. 141791
                              Andrew McClintock
                              Georgia Bar No. 791979
                              *Counsel for Defendants*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com
amcclintock@hpylaw.com