IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN N. BRAZZLE, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. |
| REBECCA L. DRISCOLL, | _____ |
| Defendant. | |

### AFFIDAVIT OF FILING OF NOTICE OF REMOVAL
### IN STATE COURT OF COBB COUNTY

**STATE OF GEORGIA**
**FULTON COUNTY**

PERSONALLY APPEARED before me, the undersigned officer duly authorized by law to administer oaths, Andrew McClintock, who being first duly sworn, on oath deposes and says he is an attorney for the named Defendant in this case and that as such attorney, he has filed a copy of the Notice of Removal with the Clerk of the State Court of Cobb County.

This 31st day of March, 2023.

_____
Andrew McClintock
Georgia Bar No. 791979

Sworn to and subscribed to before me
This 31st day of March, 2023.

_____
Notary Public

[Notary Seal: DEBBIE ALLBRITTON, COBB COUNTY, GEORGIA, NOTARY PUBLIC, MY COMMISSION EXPIRES JULY 01, 2024]