# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**JONATHAN N. BRAZZLE**,

    Plaintiff,

**v.**

**REBECCA L. DRISCOLL**,

    Defendant.

**CIVIL ACTION FILE NO.**

_____

## <u>CERTIFICATE OF SERVICE</u>

I have served counsel for Plaintiff in this case with the foregoing

*Notice to Plaintiff of Removal to Federal Court* and *Notice of Removal*

*(with Exhibits 1 through 4, Attorney's Affidavit, Affidavit of Filing in*

*State Court of DeKalb County, and Notice of Filing)* by placing copies in

the U.S. Mail in envelope with sufficient postage to ensure delivery,

addressed as follows:

> Michael A. Baskin, Esq.
> The Baskin Law Group, P.C.
> Peachtree Center North Tower
> 235 Peachtree Street NE, Suite 400
> Atlanta, GA 30303

*[Signature of Counsel on Following Page]*

*Jonathan N. Brazzle v. Rebecca L. Driscoll, et al.*
U.S. District Court, N.D. Ga. (Atlanta Div.), Civil Action File no. [to be assigned]
Notice to Plaintiff of Removal to Federal Court

    This 31st day of March, 2023.

HAWKINS PARNELL & YOUNG, LLP

/s/ *Martin A. Levinson*
Martin A. Levinson
Georgia Bar No. 141791
Andrew McClintock
Georgia Bar No. 791979
*Counsel for Defendants*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com
amcclintock@hpylaw.com