IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES WILSON, A MINOR, BY AND THROUGH HIS NEXT FRIEND AND NATURAL GUARDIAN, CENIE TRAMMELL, AND CENIE TRAMMELL, INDIVIDUALLY,<br><br>Plaintiff,<br><br>vs.<br><br>DELL TECHNOLOGIES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO. |

### PETITION AND NOTICE OF REMOVAL

COMES NOW, Defendant Dell Technologies, Inc., pursuant to Title 28 U.S.C.A. §§ 1332, 1441 and 1446, and files this Petition and Notice of Removal of the case now pending in the Superior Court of Newton County, Civil Action File No. SUCV-2023-000530, and shows the Court as follows:

1.

The Plaintiffs are natural persons who are residents of the State of Georgia. Complaint, ¶ 1.

2.

Defendant Dell Technologies Inc. is a corporation, formed in Delaware and having its principal place of business in Round Rock, Texas.

3.

Plaintiffs sue Defendant in tort to recover money damages for personal injuries of James Wilson and medical bills paid by his mother Cenie Trammell, arising from a fire at a rental home located at 55 Dogwood Lane, Covington Georgia 30014. The fire occurred on March 3, 2021. The Complaint alleges James suffered serious burns to his body, particularly burns to his left shoulder, upper arm and right foot, as well as smoke inhalation. These are characterized as serious bodily injury, physical pain, and severe emotional distress and suffering which continues. James treatment resulted in medical bills of an amount that is unknown to Defendant, but according to the Complaint exceed $10,000 and are continuing, which are the legal responsibility of the parent Cenie Trammell. The amount of these claims exceeds the jurisdictional minimum of this Court.

4.

This matter seeks damages in excess of the threshold amount specified in Title 28 U.S.C.A. § 1332.

5.

This removal is filed timely complete diversity is present, and under 28 U.S.C.A. § 1446(c)(1).

6.

A copy of the Complaint filed March 2, 2023 in Newton County and the Answer of the Defendant, are attached hereto as required by Title 28 U.S.C.A. § 1446(a). (Exhibit A).

7.

This is a related case, arising from the same fire, to 1-23-cv-00894-SEG, *State Fire v Dell Technologies, Inc.*

THEREFORE, the Defendant hereby gives notice of removal of this action from the Superior Court of Newton County, Georgia based upon diversity of citizenship and amount in controversy pursuant to Title 28 U.S.C.A. §§ 1332, 1441 and 1446.

Respectfully submitted this 31st day of March, 2023.

MCLAUGHLIN LAW FIRM

*/s/Charles R. Beans*

| | |
|---|---|
| 11575 Great Oaks Way, Suite 100<br>Alpharetta, Georgia 30022<br>Telephone: (470) 415-5500<br>Facsimile: (470) 415-5510<br>Charles.Beans@mgmesq.com | Charles R. Beans<br>Georgia Bar No. 006720<br>*Attorneys for Dell Technologies, Inc.* |

## CERTIFICATE OF SERVICE

I certify that I have this day served the following with a copy of the within and foregoing **Petition for Removal to Federal Court** via electronic email and this Court's mandatory e-filing system addressed to:

> D. James Jordan, Esq.
> Adams, Jordan & Herrington, P.C.
> 115 East McIntosh Street
> Milledgeville, Georgia 31059-1370

This 31st day of March, 2023.

MCLAUGHLIN LAW FIRM

*/s/Charles R. Beans*

| | |
|---|---|
| 11575 Great Oaks Way, Suite 100 <br> Alpharetta, Georgia 30022 <br> Telephone: (470) 415-5500 <br> Facsimile: (470) 415-5510 <br> Charles.Beans@mgmesq.com | Charles R. Beans <br> Georgia Bar No. 006720 <br> *Attorneys for Dell Technologies, Inc.* |