▣ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
NEWTON COUNTY, GEORGIA

**SUCV2023000530**

CHEVEDA D. MCCAMY
MAR 02, 2023 03:39 PM

*Linda D. Hays*
Linda D. Hays, Clerk
Newton County, Georgia

IN THE SUPERIOR COURT OF NEWTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JAMES WILSON, a minor, by and through his Next Friend and Natural Guardian, CENIETRAMMELL, and CENIE TRAMMELL, Individually,** : <br> : <br> Plaintiffs, : <br> : <br> vs. : <br> : **CIVIL ACTION FILE NO.:** <br> **DELL TECHNOLOGIES, INC.,** : <br> : <br> Defendant. : <br> _____ : _____ | |

## COMPLAINT

COME NOW the Plaintiffs James Wilson, a minor, by and through his Next Friend and Natural Guardian, Cenie Trammell, and Cenie Trammell, individually, and files their Complaint against Defendant Dell Technologies, Inc., respectfully showing the Court as follows:

## JURISDICTION AND VENUE

1.

Plaintiff James Wilson, a minor, by and through his Next Friend and Natural Guardian, Cenie Trammell, is a legal resident of Newton County, State of Georgia. Plaintiff and his Next Friend and Natural Guardian are citizens of the State of Georgia.

2.

Plaintiff Cenie Trammell is the natural guardian and parent of James Wilson.

3.

Defendant Dell Technologies, Inc., hereinafter "Dell", is a nonresident foreign corporation which at all times relevant to this action was doing business in the State of Georgia. Defendant Dell may be served with process through its registered agent to wit: Corporation Service Company, 251 Little Falls Drive, Wilmington. Delaware 19808. Defendant Dell, as a nonresident foreign corporation is subject to the venue and jurisdiction of this Court by virtue of O.C.G.A. §§ 9-10-93 and 9-10-91(1), (2), & (3).

4.

At all times relevant hereto, Defendant Dell was in the business of developing, manufacturing, distributing, and selling laptop computers, among other things.

5.

The cause of action in this case arose in Newton County, Georgia at the residence of Plaintiffs when the defective laptop developed, manufactured, distributed, and sold by Dell failed, caught fire, igniting the surrounding area resulting in the injuries and damages suffered by Plaintiffs, thus venue is proper in Newton County.

6.

By virtue of the aforesaid, and the facts alleged herein, jurisdiction and venue are proper in this County and in this Court.

**GENERAL FACTUAL ALLEGATIONS**

7.

On or about March 3, 2021, James Wilson, then age 15, was utilizing a Dell laptop computer in his bedroom while engaging in virtual learning for his school studies.

8.

The Dell laptop had been issued to James for his use by the Newton County School District.

9.

When James left his bedroom he placed the Dell laptop on his bed, planning to return in a short period of time.

10.

James did in fact return as planned, only to discover that the Dell laptop had ignited and caught fire, resulting in his bed catching fire and beginning to be engulfed.

11.

James, in an effort to save his family's home, attempted to remove the burning mattress from his bedroom and drag it outside.

12.

Because James was unable to handle and maneuver the burning mattress, he suffered serious burns to his body, particularly burns to his left shoulder, upper arm and right foot, as well as smoke inhalation.

13.

As a result of the Dell laptop catching on fire and igniting James' mattress, James suffered serious injuries and the Plaintiffs' home was destroyed.

14.

The proximate cause of the aforementioned fire and the personal injuries and the emotional distress and damages of the Minor Plaintiff James Wilson and Plaintiff Cenie Trammell was the negligence of Defendant Dell.

**COUNT ONE**

**CLAIMS OF NEGLIGENCE AGAINST DEFENDANT DELL TECHNOLOGIES INC.**

15.

Paragraphs 1 through 14 are incorporated by reference as if set forth verbatim herein.

16.

The fire at the Plaintiffs' home and the resulting injuries and damages suffered by Plaintiffs were due to a failure within the Dell laptop and Defendant Dell was negligent in designing, manufacturing, selling, and otherwise distributing the defective laptop.

17.

Defendant Dell's negligence was the direct and proximate cause of the injuries and damages suffered by the Plaintiffs.

18.

As a direct and proximate result of Defendant's acts and omissions, Minor Plaintiff James Wilson suffered serious bodily injury, and has incurred medical expenses presently totaling in excess of $10,000.00 and will continue to incur medical expenses in the future.

19.

As a further result of his injuries, Minor Plaintiff James Wilson has experienced and continues to experience physical pain and suffering.

20.

As a further result of his injuries, Minor Plaintiff James Wilson has experienced

and continues to experience mental pain and suffering, including severe emotional distress.

## COUNT TWO

## CLAIMS OF BREACH OF WARRANTY AGAINST DEFENDANT DELL TECHNOLOGIES INC.

21.

Paragraphs 1 through 20 are incorporated by reference as if set forth verbatim herein.

22.

In selling, supplying and/or otherwise distributing the subject laptop. Defendant Dell impliedly and/or expressly warranted that it was safe and fit for the ordinary purpose for which it was intended, when in fact it was not fit for ordinary and normal use and as such did not conform to said promises and warranties.

23.

As a direct and proximate result of such breaches of warranty, Plaintiffs suffered serious injuries and damages as described above.

## COUNT THREE

## CLAIMS OF STRICT LIABILITY AGAINST DEFENDANT DELL TECHNOLOGIES INC.

24.

Paragraphs 1 through 23 are incorporated by reference as if set forth verbatim herein.

25.

Defendant Dell's laptop, which is the subject of Plaintiffs' Complaint, was not merchantable and reasonably suited to the use intended and its condition as manufactured by Dell and is the proximate cause of the serious injuries and damages suffered by Plaintiffs. As a result, Defendant Dell is strictly liable in tort pursuant to O.C.G.A. § 51-1-11(b)(1).

## COUNT FOUR

## MEDICAL BILLS AND OTHER SPECIAL DAMAGES

26.

Paragraphs 1 through 25 of the Complaint are incorporated herein as if set forth verbatim herein.

27.

As a result of the aforesaid negligence and liability of Defendant Dell, the serious injuries sustained by Minor Plaintiff James Wilson have caused Plaintiff Cenie Trammell to incur medical expenses in excess of $10,000.00, and she may continue to incur medical expenses and other special damages, which will be specified by appropriate amendment hereto, as a result of the injuries her son, James Wilson.

WHEREFORE, Plaintiffs pray as follows:

a) That process issue according to law;

b) That the Defendant be served with a copy of Plaintiffs' Complaint for Damages and show cause why the prayers for relief requested by Plaintiffs herein should not be granted;

c) That Plaintiffs be granted a trial by jury;

d) That the Court enter a judgment against the Defendant for all general and compensatory damages allowable to Plaintiffs;

e) That the Court enter a judgment against the Defendant for all special damages allowable to Plaintiffs;

f) That the Court enter judgment against the Defendant for all other relief sought by Plaintiffs under this Complaint for Damages;

g) That the costs of this action be cast upon Defendant; and

h) That the Court grant Plaintiffs such further relief which the Court deems just and appropriate.

Respectfully submitted, this 2nd day of March, 2023.

<u>/s/ D. JAMES JORDAN</u>
D. JAMES JORDAN
Georgia Bar No. 404465

<u>/s/ DENZEL L. BATORE</u>
DENZEL L. BATORE
Georgia Bar No. 511142

<u>/s/ SAVANNA D. ROUGHEN</u>
SAVANNA D. ROUGHEN
Georgia Bar No. 808523
Attorneys for Plaintiff

ADAMS, JORDAN & HERRINGTON, P.C.
Post Office Box 1370
115 East McIntosh Street
Milledgeville, GA   31059-1370
(478) 453-3997
jjordan@adamsjordan.com
dbatore@adamsjordan.com
sroughen@adamsjordan.com