## SUPERIOR COURT OF NEWTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JAMES WILSON, A MINOR, BY AND THROUGH HIS NEXT FRIEND AND NATURAL GUARDIAN, CENIE TRAMMELL, AND CENIE TRAMMELL, INDIVIDUALLY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DELL TECHNOLOGIES, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE NO. SUCV2023000530 |

## **NOTICE OF REMOVAL**

COMES NOW, Dell Technologies Inc., and pursuant to Title 28 U.S.C.A. § 1446(c)(5)(d), gives notice that it has this date removed this case to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal, filed in the United States District Court this date, is attached hereto.

This 31st day of March, 2023.

　　　　　　　　　　　　　　　　　　MCLAUGHLIN LAW FIRM

　　　　　　　　　　　　　　　　　　*/s/Charles R. Beans*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Charles R. Beans
　　　　　　　　　　　　　　　　　　Georgia Bar No. 006720
　　　　　　　　　　　　　　　　　　*Attorneys for Dell Technologies, Inc.*

11575 Great Oaks Way, Suite 100
Alpharetta, Georgia 30022
Telephone:  (470) 415-5500
Facsimile:  (470) 415-5510
Charles.Beans@mgmesq.com

-2-

## CERTIFICATE OF SERVICE

I certify that I have this day served the following with a copy of the within and foregoing **NOTICE OF REMOVAL** via electronic email and this Court's mandatory e-filing system addressed to:

>D. James Jordan, Esq.
>Adams, Jordan & Herrington, P.C.
>115 East McIntosh Street
>Milledgeville, Georgia 31059-1370

This 31st day of March, 2023.

MCLAUGHLIN LAW FIRM

*/s/Charles R. Beans*

| | |
|---|---|
| 11575 Great Oaks Way, Suite 100 | Charles R. Beans |
| Alpharetta, Georgia 30022 | Georgia Bar No. 006720 |
| Telephone: (470) 415-5500 | *Attorneys for Dell Technologies, Inc.* |
| Facsimile: (470) 415-5510 | |
| Charles.Beans@mgmesq.com | |