**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JAMES WILSON, A MINOR, BY AND
THROUGH HIS NEXT FRIEND AND
NATURAL GUARDIAN, CENIE TRAMMELL,
AND CENIE TRAMMELL, INDIVIDUALLY,

          Plaintiff,

   vs.

DELL TECHNOLOGIES, INC.,

          Defendant.

CIVIL ACTION FILE
NO.

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 3.3 and FRCP 7.1, Defendant Dell Technologies Inc. shows the following:

**(1) A complete list of the parties, including proposed intervenors, and the corporate disclosure statement required by FRCP 7.1.**

Plaintiffs James Wilson and his mother Cenie Trammell are persons who are citizens of the State of Georgia.

Dell Technologies Inc. is a Delaware corporation with its principal place of business in Round Rock, Texas. Dell Technologies Inc. is a publicly traded company. Dell Technologies Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

-2-

**(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case.**

Dell Technologies Inc. is a publicly traded company. Dell Technologies Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock. Defendant is being defended and indemnified in this matter by Chubb Insurance.

**(3) A complete list of each person serving as an attorney in the case.**

For Plaintiffs, D. James Jordan, Denzel L. Batore, and Savanna D. Roughen, Adams Jordan & Herrington PC, 115 East McIntosh Street, Milledgeveille GA 31059-1370. (478) 453-3997.

For Defendant, Charles R. Beans, McLaughlin Law Firm, 11575 Great Oaks Way, Suite 100, Alpharetta, Georgia 30022. 404-824-6201.

**(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed.**

Dell Technologies Inc. is a Delaware corporation with its principal place of business in Round Rock, Texas.

Respectfully submitted this 31ˢᵗ day of March, 2023.

MCLAUGHLIN LAW FIRM

*/s/Charles R. Beans*

11575 Great Oaks Way,       Charles R. Beans
Suite 100                     Georgia Bar No. 006720
Alpharetta, Georgia 30022    *Attorneys for Dell Technologies, Inc.*
Telephone:  (470) 415-5500
Facsimile:  (470) 415-5510
Charles.Beans@mgmesq.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day served the following with a copy of the within

and foregoing **Petition for Removal to Federal Court** via electronic email and this

Court's mandatory e-filing system addressed to:

> **D. James Jordan, Esq.**
> **Adams, Jordan & Herrington, P.C.**
> **115 East McIntosh Street**
> **Milledgeville, Georgia 31059-1370**

This 31st day of March, 2023.

MCLAUGHLIN LAW FIRM

*/s/Charles R. Beans*

| 11575 Great Oaks Way,<br>Suite 100<br>Alpharetta, Georgia 30022<br>Telephone:  (470) 415-5500<br>Facsimile:  (470) 415-5510<br>Charles.Beans@mgmesq.com | Charles R. Beans<br>Georgia Bar No. 006720<br>*Attorneys for Dell Technologies, Inc.* |
|---|---|