# EXHIBIT "B"

| | |
|---|---|
| **From:** | Trent Shuping |
| **Sent:** | Wednesday, March 1, 2023 3:34 PM |
| **To:** | Lauren Kamensky |
| **Cc:** | Calvin Yaeger; Shpresa Aliu; MillerH_5241@projects.filevine.com |
| **Subject:** | Miller v. Ruff/Travelers |

Lauren,

After speaking with my clients I have authority to demand $295,000 to settle the entire case, all plaintiffs against all defendants.

In the interest of time, I have not prepared a lengthy demand - I got that authority just minutes ago. I am happy to provide any information. But at the end of the day, Ms. Lai drove a truck where she should not have and caused this wreck. Ruff clearly did not have any proper controls in place.

I think a jury will like the Millers. He has an earning history of almost six figures a year. The railroad is not a place for people that are lazy or won't work. He's elected local chairman of the union for a reason - he's someone people like and look up to as a co-worker.

There's a back injury and an emotional/mental health injury. He still has pain and may receive further treatment. It had a nearly disastrous affect on his marriage, and while all of his issues may not have been caused by this wreck, this wreck certainly amplified any other challenges he was having. I don't think a present-day jury will struggle too hard to understand that or to compensate Ms. Miller for her claims.

Let me know if you have any questions or wish to discuss. I note that this communication is made in an effort to settle and compromise a disputed claim and as such is inadmissible in its entirety.

-Trent

Trent Shuping
Warshauer Woodward Atkins, LLC

2740 Bert Adams Road
Atlanta, GA 30339
Main: 404-892-4900
Direct: 678-293-5812
tss@warlawgroup.com