# EXHIBIT "C"

# IN THE STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| HORACE MILLER and ZAKIYYAH MILLER,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>RUFF LEASING, LLC AND MEI LIEN LAI,  )<br>  )<br>  Defendants.  ) | Civil Action File No.: 22-A-1902 |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

TO:  CLERK, State Court of Cobb County

Notice is hereby given that defendants Ruff Leasing, LLC and Mei Lien Lai have filed in the United States District Court for the Northern District of Georgia, Atlanta Division, a notice of removal of this action to the United States District Court in accordance with the provisions of 28 U.S.C. § 1441.  A copy of said notice is attached hereto as Exhibit 1.

Respectfully submitted this 31st day of March, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Lauren P. Kamensky*

Calvin P. Yaeger
Georgia Bar No. 797952
Lauren P. Kamensky
Georgia Bar No. 937929
*Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
Calvin.yaeger@swiftcurrie.com
Lauren.kamensky@swiftcurrie.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that he has filed the foregoing **Defendant's Notice of Filing Notice of Removal to Federal Court** with the Clerk of Court using PeachCourt which will send email notification of said filing to all counsel of record.

Trent Shuping
Warshauer Law Group, P.C.
2740 Bert Adams Road
Atlanta, GA 30339

This 31st day of March, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Lauren P. Kamensky*
        _____
        Calvin P. Yaeger
        Georgia Bar No. 797952
        Lauren P. Kamensky
        Georgia Bar No. 937929
        *Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Telephone: (404) 874-8800
Facsimile: (404) 888-6199
Calvin.yaeger@swiftcurrie.com
Lauren.kamensky@swiftcurrie.com