IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | | |
|---|---|---|
| BRITTANY ALOWONLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | _____ |
| GREAT AMERICAN FINANCE | ) | |
| HOLDINGS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Pursuant to Federal Rule of Civil Procedure 8, Plaintiff Brittany Alowonle respectfully shows the Court the following:

Parties, Jurisdiction and Venue

1. Ms. Alowonle is an individual and a "consumer" under 15 U.S.C. § 1681a(c).

2. Defendant Great American Finance Holdings, LLC ("Great American Finance") is a Florida corporation having its principal place of business at 200 S. Michigan Avenue, Suite 450, Chicago, Illinois 60604. Great American Finance is a collection agency and furnisher of data to consumer reporting agencies, including TransUnion, Experian and Equifax. Great American Finance is subject to the jurisdiction of this Court because it is authorized to transact business in Georgia,

and it may be served with process by serving its registered agent, Corporate Creations Network Inc., 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066.

3. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because the claims asserted in this civil action arise under the laws of the United States, specifically 15 U.S.C. § 1681 *et seq.*, which is also known as the Fair Credit Reporting Act ("FCRA").

4. Venue is proper in this District and this Division pursuant to 28 U.S.C. § 1391(b)(1) and (2).

## Factual Background

5. In September of 2021, Ms. Alowonle purchased furniture from Ashley Furniture. The transaction totaled $3,306.87. Great American Finance would have financed the purchase.

6. Prior to delivery, Ms. Alowonle elected to cancel the order. Ashley Furniture acknowledged the cancellation.

7. Ashley Furniture notified Great American Finance of the cancellation, and that Ms. Alowonle would not need credit.

8. However, Great American Finance neglected to close Ms. Alowonle's account.

9. Further, Great American Finance reported the purported debt to credit reporting agencies Experian and Equifax (the "CRAs"), and thus furnished derogatory and inaccurate information about Ms. Alowonle to them.

10. This derogatory and inaccurate information has appeared on Ms. Alowonle's Experian and Equifax reports since approximately September 2021.

11. After Ms. Alowonle became aware that Great American Finance had furnished derogatory and inaccurate information about her to the CRAs, she exercised her rights under 15 U.S.C. §§ 1681i(a) and 1681s-2(b) by disputing that information with the CRAs (the "Disputes").

12. In her Disputes, Ms. Alowonle clearly outlined the bases for the Disputes.

13. The CRAs did not determine that Ms. Alowonle Disputes were "frivolous or irrelevant" pursuant to 15 U.S.C. § 1681i(a)(3).

14. Therefore, under 15 U.S.C. § 1681i(a)(2), the CRAs were obligated to provide notice of the Disputes and all materials that accompanied the Disputes to Great American Finance, which they did.

15. Upon receipt of the Disputes from the CRAs, Great American Finance was required to conduct reasonable reinvestigations of the Disputes in compliance with 15 U.S.C. § 1681s-2(b).

16. Great American Finance failed to conduct reasonable reinvestigations of the Disputes, by, *inter alia*, failing to consider the asserted bases, and by failing to verify that the amounts sought were actually owed.

17. Following Great American Finance's failure to conduct reasonable reinvestigations of the Disputes, Great American Finance verified that the information it had furnished to the CRAs regarding Ms. Alowonle's alleged debt was accurate.

18. As a result, inaccurate and derogatory information has remained on Ms. Alowonle's consumer reports.

19. As a proximate result thereof, Ms. Alowonle's credit score has been damaged, and she has been denied credit opportunities. Ms. Alowonle has suffered actual damages, including but not limited to credit denials, loss of credit opportunities and emotional distress, including anxiety that she would not be able to obtain credit in the future. She has contacted Great American Finance numerous times in an effort to correct Great American Finance's error. The derogatory and inaccurate information furnished by Great American Finance to the CRAs is a public stain on her record.

<u>Count 1 – Violation of 15 U.S.C. § 1681s-2(b) by MDS</u>

20. Great American Finance negligently, or in the alternative recklessly and/or willfully, violated 15 U.S.C. § 1681s-2(b) by failing to conduct reasonable reinvestigations of the Disputes as alleged in Paragraph 16 above.

21. As a proximate result thereof, Ms. Alowonle has suffered and is entitled to recover actual damages as alleged in Paragraph 20 above in an amount to be proven at trial as allowed by 15 U.S.C. § 1681n(a)(1)(A) or 15 U.S.C. § 1681o(a)(1).

22. In the alternative and as a result of Great American Finance's reckless and willful violations of 15 U.S.C. § 1681s-2(b), Ms. Alowonle is entitled to recover statutory damages in the amount of $1,000 as allowed by 15 U.S.C. § 1681n(a)(1)(A).

23. As a result of Great American Finance's reckless and willful violations of 15 U.S.C. § 1681s-2(b), Ms. Alowonle is also entitled to recover punitive damages as allowed by 15 U.S.C. § 1681n(a)(2).

24. Ms. Alowonle is also entitled to recover her costs or this action and reasonable attorneys' fees as allowed by 15 U.S.C. § 1681n(a)(3) or 15 U.S.C. § 1681o(a)(2).

WHEREFORE, Ms. Alowonle respectfully prays that the Court:

1. Issue process to Defendant;

2.   Conduct a trial by jury of all claims asserted herein;

3.   Enter judgment in favor of Ms. Alowonle as consistent with the jury's verdict; and,

4.   Grant Ms. Alowonle such other and further relief as it deems just and necessary.

This 31st day of March, 2023.

**MCRAE BERTSCHI & COLE LLC**
1872 Independence Square, Suite D
Dunwoody, Georgia 30338

*/s/ Charles J. Cole*
Craig E. Bertschi
Georgia Bar No. 055739
ceb@mcraebertschi.com
678.999.1102

Charles J. Cole
Georgia Bar No. 176704
cjc@mcraebertschi.com
678.999.1105

*Counsel for Plaintiff*