# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MIRIAM QUIROZ MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO: _____ |
| | ) | |
| INDERJIT SINGH KHANGURA, | ) | |
| SPEED INTERMODAL and WESCO | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR REMOVAL

COMES NOW SPEED INTERMODAL, Petitioner and Defendant, who petitions the Court as follows:

1.

Plaintiffs filed their civil action for negligence against Petitioner Speed Intermodel (improperly named) and Defendant Inderjit Singh Khangura and its direct action contract claims against Defendant Wesco Insurance Company in the State Court of Cobb County, State of Georgia, Civil Action No. 23-A-549, in which they seek to recover in excess of $75,000 excluding interest and costs (the

"Action"). Copies of the pleadings and other documents served or filed in that action are attached as follows:

    Exhibit A -  Summons and Complaint

    Exhibit B –  Plaintiffs' Discovery to Defendant Speed Intermodal

    Exhibit C –  Plaintiffs' Discovery to Defendant Khangura

    Exhibit D –  Defendant Speed Intermodal's Answer

    Exhibit E –  Defendant Speed Intermodal's Jury Demand

    Exhibit F –  Special Appearance and Defendant Khangura's Answer

    Exhibit G –  Special Appearance and Defendant Khangura's Jury Demand

    Exhibit H -  Defendant Wesco's Answer

    Exhibit I -   Defendant Wesco's Jury Demand

    Exhibit J -   Defendant Speed Intermodal's Notice of Removal

    Exhibit K -  Defendant Speed Intermodal's Discovery to Plaintiff

2.

At the time the Action was filed, Plaintiff was a citizen of the State of Georgia. *See Complaint,* at ¶ 1.

3.

At the time the action was filed, Speed Intermodal, a for-profit business corporation incorporated under the laws of the State of California with its principal place of business at 3732 Farmington Road, Stockton, San Joaquin County, California, was a citizen of the State of California. *See Complaint,* at ¶ 3.

4.

At the time the Action was filed, Khangura, an individual, who resided at 8655 Trumpet Court, Elk Grove, Sacramento County, California, was a citizen of the State of California. *See Complaint,* at ¶ 2; *see also* https://safer.fmcsa.dot.gov/query.asp?query_type=queryCarrierSnapshot&query_param=USDOT&query_string=1815296.

5.

At the time the Action was filed, defendant Wesco Insurance Company, a business corporation organized under the laws of the State of Delaware with its principal place of business (i.e., its nerve center) at 59 Maiden Lane, 43rd Floor, New York, New York 10038, was a citizen of the State of New York. *See Complaint,* at ¶ 4.

6.

The wreck involving two vehicles and the alleged negligence which gives rise to Plaintiffs' claims occurred at the intersection of Abutment Road and Ga. Hwy 3 (the Bypass) in Dalton, Whitfield County, Georgia, see Complaint, at ¶ 8, which falls within the Northern District of Georgia as defined in 28 U.S.C. § 90(a)(3).  Venue is proper in the Rome Division under 28 U.S.C. § 1391(b)(2). While Wesco's registered address in Georgia is in Cobb County, venue is improper there as to Petitioner and Defendant Khangura because neither is a joint tortfeasor with Wesco and neither resides in or has offices in Cobb County.

7.

Pursuant to 28 U.S.C. § 1441(a), however, a matter must be removed to "the district and division embracing the place where [the action to be removed] is pending."  Therefore, pursuant to 28 U.S.C. § 90(a)(2), Plaintiff's action must be removed to this Court, since the Atlanta Division "embraces" Cobb County.

8.

Now, within thirty (30) days after service of the Summons and Complaint upon it, Speed Intermodal (improperly named as Speed Intermodel) files this Petition for Removal of the Action to this Court.

9.

The Action is removable by reason of diversity of citizenship, there being more than $75,000 in controversy, exclusive of interest and costs as required by 28 U.S.C. § 1332 (see Complaint, at ¶ 33), and because the plaintiff is a citizen of the State of Georgia while each Defendant is a citizen of a State other than the State of Georgia.

10.

Defendants Wesco and Khangura consent to this Petition for Removal.

*Wherefore,* Defendant Speed Intermodal's Petition for Removal should be granted and the Action removed to this Court.

>  */s/ William Allred*
>  William Allred
>  Ga. Bar No. 000320
>  Elizabeth G. Howard
>  Ga. Bar No. 100118
>  Attorneys for Petitioners

**Barrickman, Allred & Young, LLC**
5775 Glenridge Dr NE Ste E-100
Atlanta, GA  30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, and to the extent this petition would be construed as a "motion", undersigned counsel hereby certifies that the above and foregoing ***PETITION FOR REMOVAL*** has been prepared using one of the permitted font and points permitted, specifically Times New Roman font in 14 point type.

So certified this 31st day of March, 2023.

                                                       */s/ William Allred*
                                                       William Allred,
                                                       Georgia Bar No. 000320
                                                       Elizabeth G. Howard
                                                       Georgia Bar No. 100118
                                                       Counsel for Petitioners

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA   30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the within and foregoing **DEFENDANT SPEED INTERMODAL'S PETITION FOR REMOVAL** with the Court's CM/ECF system, as prescribed by the Court to the following:

> Jason N. Slate, Esq.
> Ali Awad Law, P.C.
> 200 Peachtree St NW Ste 201
> Atlanta, GA  30303
> jason@ceolawyer.com
> *Attorneys for Plaintiff*

This 31st day of March, 2023.

> /s/William Allred
> William Allred, # 000320
> Elizabeth G. Howard, 100118
> Counsel for Petitioners

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA   30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com