ID# EFHDKKPCDM-LX2
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-549**
FEB 09, 2023 12:41 PM
*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MIRIAM QUIROZ MORALES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INDERJIT SINGH KHANGURA, SPEED INTERMODEL, and WESCO INSURANCE COMPANY,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>FILE NO.: _____<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW MIRIAM QUIROZ MORALES, Plaintiff, and hereby files this complaint against Defendants Inderjit Singh Khangura, Speed Intermodel and Wesco Insurance and respectfully shows the court as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Miriam Quiroz Morales ("Plaintiff") is a resident of Murray County, Georgia and is subject to the venue and jurisdiction of this Court.

2.

Defendant Inderjit Singh Khangura ("Defendant Khangura") is a resident of Fresno County, California *and* is subject to the venue and jurisdiction of the Court as a joint tortfeasor pursuant to the Georgia Nonresident Motorists Act, O.C.G.A. § 40-12-1 *et seq,* and pursuant to O.C.G.A. § 9-10-91. Defendant may be served with a copy of the complaint and summons at 5293 W Richert Avenue, Fresno, Fresno County, California 93722.

[1]



EXHIBIT A

3.

Defendant Speed Intermodel is a foreign profit corporation existing under the laws of the state of California with its principal place of business in Stockton, California, and may be served through its registered agent, Manpreet Singh, at 3732 Farmington Road, Stockton, San Joaquin County, California 95215, and is subject to the venue and jurisdiction of this Court as a joint tortfeasor pursuant to the Georgia Nonresident Motorists Act, O.C.G.A. § 40-12-1 *et seq,* and O.C.G.A. § 9-10-91.

4.

Defendant Wesco Insurance Company ("Defendant WIC") is a foreign insurance corporation existing under the laws of Delaware with its principal place of business in New York and may be served through its registered agent, United Agent Group, Inc., 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066, and is subject to the jurisdiction of this court pursuant to O.C.G.A. § 40-2-140*,* and O.C.G.A. § 9-10-91.

5.

Jurisdiction and venue are proper in this court.

## BACKGROUND

6.

On or about August 25, 2021, at approximately 5:50 a.m., Plaintiff was driving westbound in the left lane on GA 3 near its intersection with Abutment Road inside unincorporated Whitfield County, Georgia.

7.

On or about August 25, 2021, at approximately 5:50 a.m., Defendant Khangura was operating a tractor-trailer owned by Defendant Speed Intermodel while within the course and scope of his employment as a driver for Defendant Speed Intermodel.

8.

On or about August 25, 2021, at approximately 5:50 a.m., Defendant Khangura was driving eastbound in the left lane, adjacent to the turn lane, from the grass median on GA 3 near its intersection with Abutment Road inside unincorporated Whitfield County, Georgia.

9.

On or about August 25, 2021, at approximately 5:50 a.m., Defendant Khangura failed to yield when turning left and negligently caused a collision with Plaintiff's vehicle.

10.

As a result of the collision, Plaintiff suffered serious and permanent bodily injury.

## COUNT I

## NEGLIGENCE OF DEFENDANT KHANGURA

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

13.

Defendant Khangura was negligent in the following manner:

(a) failing to yield when turning left in violation of O.C.G.A. § 40-6-71;

(b) failing to maintain a proper lookout; and

(c) in any other manner which may be shown at trial.

14.

Defendant Khangura was further negligent in failing to exercise due care in the operation of his tractor-trailer and in colliding with Plaintiff's vehicle.

15.

Defendant Khangura's negligence is the sole and proximate cause of the collision and of Plaintiff's resulting injuries.

## COUNT II

## IMPUTED LIABILITY

16.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

At the time of the collision, Defendant Khangura was under dispatch for Defendant Speed Intermodel.

18.

At the time of the subject collision, Defendant Khangura was operating his vehicle on behalf of Defendant Speed Intermodel.

19.

Defendant Speed Intermodel is an interstate contract motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Khangura in regard to the collision described in this complaint under the doctrine of lease liability, agency, apparent agency, *respondeat superior* or any combination thereof.

## COUNT III

## NEGLIGENT HIRING, RETENTION, TRAINING & SUPERVISION

20.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 19 above as if fully restated.

21.

Defendant Speed Intermodel was negligent in hiring Defendant Khangura and entrusting him to drive a tractor-trailer.

22.

Defendant Speed Intermodel was negligent in failing to properly train Defendant Khangura.

23.

Defendant Speed Intermodel was negligent in failing to properly supervise Defendant Khangura.

24.

Defendant Speed Intermodel was negligent in continuing to retain Defendant Khangura as a tractor-trailer driver upon receipt of prior notice that he was unsafe, not properly trained, or otherwise unfit to drive a tractor-trailer.

25.

Defendant Speed Intermodel's negligence in hiring and retaining Defendant Khangura and entrusting him with driving a commercial vehicle and failing to train and supervise him properly was the sole and proximate cause of the collision, and Plaintiff's resulting injuries.

## COUNT IV

## DIRECT ACTION

26.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 25 above as if fully restated.

27.

Defendant WIC is subject to a direct action as the insurer for Defendant Speed Intermodel pursuant to O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

28.

Defendant WIC was the insurer of Defendant Speed Intermodel at the time of the subject incident and issued a liability policy to comply with the filing requirements under Georgia law for intrastate transportation.

29.

Defendant WIC and Defendant Speed Intermodel are subject to the filing requirements outlined in O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

30.

Defendant WIC is responsible for any judgment rendered against Defendant Speed Intermodel and Defendant Khangura up to its policy limits of coverage.

## COUNT V

## DAMAGES

31.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 30 above as if fully restated.

32.

As a result of Defendants' negligence, Plaintiff suffered severe and permanent bodily injury.

33.

As a result of Defendants' negligence, Plaintiff has incurred past medical expense in an amount exceeding $263,416.60 and will continue to incur future medical expense.

34.

As a result of Defendants' negligence, Plaintiff has been unable to work and has a claim for past and future lost wages.

35.

As a result of Defendants' negligence, Plaintiff has suffered diminished earning capacity and general damages for pain and suffering.

36.

Defendants' negligence is the sole and proximate cause of Plaintiff's injuries.

WHEREFORE, Plaintiff prays that she has trial on all issues and judgment against Defendants as follows:

(a) That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c) That plaintiff recover such other and further relief as is just and proper; and

(d) That all issues be tried before a jury.

This the 9th day of February, 2023.

                                              Respectfully submitted:

                                              **ALI AWAD LAW, P.C.**

                                              /s/ Jason N. Slate
                                              JASON N. SLATE
                                              State Bar No. 846650
                                              Attorney for Plaintiff

200 Peachtree Street NW
Suite 201
Atlanta, GA 30303
P: (833) 254-2923
F: (706) 528-5090
Jason@ceolawyer.com

EXHIBIT A

ID# E-HDKKPCDM-CT5
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-549**
FEB 09, 2023 12:41 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER   23-A-549

$198.00 COST PAID

Quiroz Morales, Miriam

**PLAINTIFF**

VS.

Speed Intermodel
Wesco Insurance Company
Khangura, Inderjit

**DEFENDANTS**

## SUMMONS

TO: KHANGURA, INDERJIT

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Jason Slate**
> **Ali Awad Law, P.C.**
> **200 Peachtree Street NW**
> **Suite 201**
> **Atlanta, Georgia 30303**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of February, 2023.**

Clerk of State Court



*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1


EXHIBIT A

ID# E-HDKKPCDM-JTH
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-549**

FEB 09, 2023 12:41 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  23-A-549

$198.00 COST PAID

Quiroz Morales, Miriam

**PLAINTIFF**

VS.

Speed Intermodel
Wesco Insurance Company
Khangura, Inderjit

**DEFENDANTS**

## SUMMONS

TO: SPEED INTERMODEL

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Jason Slate
> Ali Awad Law, P.C.
> 200 Peachtree Street NW
> Suite 201
> Atlanta, Georgia 30303

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of February, 2023.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



EXHIBIT A