ID# E-YNL3VJST-4WX
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

23-A-549

MAR 31, 2023 02:31 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

MIRIAM QUIROZ MORALES,     )
      )
     Plaintiff,     )    CIVIL ACTION
      )
vs.     )    NO: 23-A-549
      )
INDERJIT SINGH KHANGURA, SPEED  )
INTERMODEL AND WESCO  )
INSURANCE COMPANY,  )
      )
     Defendants.     )

## DEFENDANT SPEED INTERMODAL'S JURY DEMAND

COMES NOW SPEED INTERMODEL, defendant, improperly named, and without waiving its affirmative defenses, demands a trial by jury of 12 persons as to all issues raised in the pleadings pursuant to O.C.G.A. § 15-12-122.

                            */s/ William Allred*
                            William Allred, #000320
                            Elizabeth G. Howard, #100118
                            *Attorneys for Defendants*

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA  30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com



## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing **Defendant Speed Intermodal's Jury Demand** upon all parties, by depositing true and correct copies of same via electronic file and serve *through PeachCourt* to the following:

Jason N. Slate, Esq.
Ali Awad Law, P.C.
200 Peachtree St NW Ste 201
Atlanta, GA  30303
jason@ceolawyer.com
*Attorneys for Plaintiff*

This 31st day of March, 2023.

*/s/ William Allred*
William Allred