ID# E-YNL3VJST-P4U
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**23-A-549**
MAR 31, 2023 02:31 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# IN THE STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| MIRIAM QUIROZ MORALES, | ) |
| Plaintiff, | ) CIVIL ACTION |
| vs. | ) NO: 23-A-549 |
| INDERJIT SINGH KHANGURA, SPEED INTERMODEL AND WESCO INSURANCE COMPANY, | ) |
| Defendants. | ) |

## SPECIAL APPEARANCE AND JURY DEMAND OF DEFENDANT KHANGURA

COMES NOW INDERJIT SINGH KHANGURA, defendant, subject to and without waiving all defenses as to insufficient or lack of personal service, insufficient process, lack of personal jurisdiction, statute of limitations, *laches*, lack of diligence in effectuating service, improper venue, and all other defenses stated herein, and demands a trial by jury of 12 persons as to all issues raised in the pleadings pursuant to O.C.G.A. § 15-12-122.

/s/ William Allred
William Allred, #000320
Elizabeth G. Howard, #100118
*Attorneys for Defendants*

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA  30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com



EXHIBIT G

**CERTIFICATE OF SERVICE**

This is to certify that I have served the foregoing ***Special Appearance and Jury Demand of Defendant Khangura*** upon all parties, by depositing true and correct copies of same via electronic file and serve *through PeachCourt* to the following:

Jason N. Slate, Esq.<br>
Ali Awad Law, P.C.<br>
200 Peachtree St NW Ste 201<br>
Atlanta, GA  30303<br>
jason@ceolawyer.com<br>
*Attorneys for Plaintiff*

This 31st day of March, 2023.

*/s/ William Allred*
William Allred

EXHIBIT G