ID# E-YNL3VJST-RTV
♻ E-FILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-549**

**MAR 31, 2023 02:31 PM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| MIRIAM QUIROZ MORALES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO: 23-A-549 |
| | ) | |
| INDERJIT SINGH KHANGURA, SPEED | ) | |
| INTERMODEL AND WESCO | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>DEFENDANT WESCO'S JURY DEMAND</u>

COMES NOW WESCO INSURANCE COMPANY, defendant, and without waiving its affirmative defenses, demands a trial by jury of 12 persons as to all issues raised in the pleadings pursuant to O.C.G.A. § 15-12-122.

<u>/s/ William Allred</u>
William Allred, #000320
Elizabeth G. Howard, #100118
*Attorneys for Defendants*

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA  30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com

**EXHIBIT I**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served the foregoing **Defendant Wesco's Jury Demand** upon all parties, by depositing true and correct copies of same via electronic file and serve *through PeachCourt* to the following:

Jason N. Slate, Esq.
Ali Awad Law, P.C.
200 Peachtree St NW Ste 201
Atlanta, GA  30303
jason@ceolawyer.com
*Attorneys for Plaintiff*

This 31st day of March, 2023.

*/s/ William Allred*
William Allred

EXHIBIT I