ID# EYNL3VJST-LBA
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-549**

MAR 31, 2023 02:31 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| MIRIAM QUIROZ MORALES, | ) |
| Plaintiff, | ) CIVIL ACTION |
| vs. | ) NO: 23-A-549 |
| INDERJIT SINGH KHANGURA, SPEED INTERMODEL AND WESCO INSURANCE COMPANY, | ) |
| Defendants. | ) |

### DEFENDANT SPEED INTERMODAL'S NOTICE OF REMOVAL

TO:    Plaintiff above named and her attorneys of record,
Jason N. Slate, Esq.
Ali Awad Law, P.C.
200 Peachtree St NW Ste 201
Atlanta, GA  30303
jason@ceolawyer.com

TO:    The Clerk of the State Court of Cobb County

**PLEASE TAKE NOTICE** that the undersigned has this day filed in the **U. S. District Court for the Northern District of Georgia, Atlanta Division**, the attached Petition for Removal with copies of all documents filed and served in this State Court action.  By law, this action is now removed to said Federal Court and further proceedings in the State Court of Cobb County are stayed.

/s/ William Allred
William Allred, #000320
Elizabeth G. Howard, #100118
*Attorneys for Speed Intermodal*

**BARRICKMAN, ALLRED & YOUNG, LLC**
5775 Glenridge Dr NE Ste E100
Atlanta, GA  30328
404-790-0123 – Allred
404-538-1225 - Howard
wsa@bayatl.com
egh@bayatl.com



EXHIBIT J

**CERTIFICATE OF SERVICE**

This is to certify that I have served the foregoing ***Defendant Speed Intermodal's Notice of Removal*** upon all parties, by depositing true and correct copies of same via electronic file and serve *through PeachCourt* to the following:

>Jason N. Slate, Esq.
>Ali Awad Law, P.C.
>200 Peachtree St NW Ste 201
>Atlanta, GA  30303
>jason@ceolawyer.com
>*Attorneys for Plaintiff*

This 31st day of March, 2023.

>*/s/ William Allred*
>William Allred

**EXHIBIT J**