# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAITLYN SMITH, KRYSTAL RIVERA, KIMBERLY ISAACS-HEYLIGER, , and RACHEL BAILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>F & H FOOD TRADING GROUP, INC., LITTLE ALLEY STEAK, LLC, and IVANA SIJAKOVIC,<br><br>Defendants. | CIVIL ACTION FILE NO. _____<br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION COMPLAINT |

## **DECLARATION AND CONSENT TO BECOME A PLAINTIFF**

I hereby give my consent to be a party and opt-in plaintiff in this lawsuit *Kaitlyn Smith, et al. v. F & H Food Trading Group, Inc., et al.*, United States District Court for the Northern District of Georgia, which is a collective action under the Fair Labor Standards Act ("FLSA") against my employer for unpaid wages, liquidated damages, costs and attorney's fees.

I was employed by Defendants and am similarly situated as other opt-in claimants. I agree to represent the Collective Class adequately. I agree to be bound by any settlement or judgment of the Court in this action.

_____
Signature

DocuSigned by: *[signature]* 49D63035A45D4DA...

_____
Printed Name

Krystal Rivera

_____
Date

3/31/2023

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAITLYN SMITH, KRYSTAL RIVERA, KIMBERLY ISAACS-HEYLIGER, , and RACHEL BAILEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> F & H FOOD TRADING GROUP, INC., LITTLE ALLEY STEAK, LLC, and IVANA SIJAKOVIC, <br><br> Defendants. | CIVIL ACTION FILE NO. _____ <br><br> JURY TRIAL DEMANDED <br><br><br> COLLECTIVE ACTION COMPLAINT |

## **DECLARATION AND CONSENT TO BECOME A PLAINTIFF**

I hereby give my consent to be a party and opt-in plaintiff in this lawsuit *Kaitlyn Smith, et al. v. F & H Food Trading Group, Inc., et al.*, United States District Court for the Northern District of Georgia, which is a collective action under the Fair Labor Standards Act ("FLSA") against my employer for unpaid wages, liquidated damages, costs and attorney's fees.

I was employed by Defendants and am similarly situated as other opt-in claimants. I agree to represent the Collective Class adequately. I agree to be bound by any settlement or judgment of the Court in this action.

_____
Signature

Kimberly Isaacs-Heyliger
_____
Printed Name

3/31/2023
_____
Date

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAITLYN SMITH, KRYSTAL RIVERA, KIMBERLY ISAACS-HEYLIGER, , and RACHEL BAILEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> F & H FOOD TRADING GROUP, INC., LITTLE ALLEY STEAK, LLC, and IVANA SIJAKOVIC, <br><br> Defendants. | CIVIL ACTION FILE NO. _____ <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION COMPLAINT |

## **DECLARATION AND CONSENT TO BECOME A PLAINTIFF**

I hereby give my consent to be a party and opt-in plaintiff in this lawsuit *Kaitlyn Smith, et al. v. F & H Food Trading Group, Inc., et al.*, United States District Court for the Northern District of Georgia, which is a collective action under the Fair Labor Standards Act ("FLSA") against my employer for unpaid wages, liquidated damages, costs and attorney's fees.

I was employed by Defendants and am similarly situated as other opt-in claimants. I agree to represent the Collective Class adequately. I agree to be bound by any settlement or judgment of the Court in this action.

_____
**Signature**

Kaitlyn Smith
_____
**Printed Name**

3/31/2023
_____
**Date**

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAITLYN SMITH, KRYSTAL RIVERA, KIMBERLY ISAACS-HEYLIGER, , and RACHEL BAILEY, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION FILE NO. _____ |
| v. | JURY TRIAL DEMANDED |
| F & H FOOD TRADING GROUP, INC., LITTLE ALLEY STEAK, LLC, and IVANA SIJAKOVIC, | COLLECTIVE ACTION COMPLAINT |
| Defendants. | |

## DECLARATION AND CONSENT TO BECOME A PLAINTIFF

I hereby give my consent to be a party and opt-in plaintiff in this lawsuit *Kaitlyn Smith, et al. v. F & H Food Trading Group, Inc., et al.*, United States District Court for the Northern District of Georgia, which is a collective action under the Fair Labor Standards Act ("FLSA") against my employer for unpaid wages, liquidated damages, costs and attorney's fees.

I was employed by Defendants and am similarly situated as other opt-in claimants. I agree to represent the Collective Class adequately. I agree to be bound by any settlement or judgment of the Court in this action.

_Rachel Bailey_
Signature

Rachel Bailey
Printed Name

3/31/2023
Date

2