**KENNETH S. LEVINE – GA Bar #448633**
**LEVINE & ESKANDARI, LLC**
P.O. Box 674138
Marietta, GA 30006
Attorneys for Plaintiff
Direct Dial: (678) 784-7570
Fax: (706) 765-2837
E-mail: ken@leimmigration.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA – ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL GREEN AND REMILEKUN OYEKAN**  **PLAINTIFF**  v.  **ALEJANDRO MAYORKAS**, Secretary, U.S. Department of Homeland Security; **SHINEKA S. MILLER,** Field Office Director, USCIS Atlanta District Office; **UR M. JADDOU**, Director, U.S. Citizenship and Immigration Services  In their official capacities,  **DEFENDANTS** | Civil No.  **COMPLAINT FOR WRIT OF MANDAMUS**  **Administrative Procedure Act Case** |

## COMPLAINT FOR WRIT OF MANDAMUS

To the Honorable Judges of Said Court:

Plaintiffs, Michael Green and Remilekun Oyekan, by and through

undersigned counsel, allege as follows:

## INTRODUCTION

1. This is a civil action brought pursuant to 28 U.S.C. § 1361 (the Mandamus Act), 5 U.S.C. § 551, (the Administrative Procedures Act, "APA"), 5 U.S.C. § 704, 28 U.S.C. § 1331, 8 U.S.C. § 1329, and 28 U.S.C. § 1361 to redress the deprivation of rights, privileges and immunities secured to Plaintiffs to compel Defendants to perform a duty Defendants owe to Plaintiffs.

## JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq. and 28 U.S.C. § 1361 (the Mandamus Act).

## VENUE

3. Venue in this district is proper under 28 U.S.C. § 1391(e)(3) because both Plaintiffs reside in Alpharetta, Georgia (Fulton County) which falls within the jurisdiction for the U.S. District Court – Northern District of Georgia – Atlanta Division.

## PARTIES

4. Plaintiff Michael Green is an Israeli national who resides in Alpharetta, GA. Mr. Green is the beneficiary of an I-130 petition under the "immediate relative" preference category filed by his U.S. citizen spouse, Remilekun

Oyekan.  He also has a pending Application for Adjustment of Status that was filed concurrently with the I-130 petition.

5. Co-Plaintiff Remilekun Oyekan is a U.S. citizen and spouse of Lead Plaintiff Michael Green.

6. Defendant Alejandro Mayorkas is sued in his official capacity as Secretary of Homeland Security and is the official generally charged with acting supervisory authority over all operations of the Department of Homeland Security, which includes the operations of USCIS with certain exceptions not relevant under the facts asserted herein. 8 C.F.R. §103.1(g)(2)(ii)(B).

7. Defendant Shineka S. Miller is sued in her official capacity as Field Office Director of the USCIS Atlanta District Office of the U.S. Citizenship and Immigration Services ("USCIS").  As Field Office Director of the Atlanta Field Office, Ms. Miller is responsible for adjudicating immigration benefits. Here, the USCIS Atlanta Office has direct responsibility to adjudicate the Plaintiff's I-485 Application for Adjustment of Status and the pending I-130 Immigrant Petition filed by the Co-Plaintiff on her spouse's behalf.

8. Defendant Ur M. Jaddou is being sued in her official capacity as Director of USCIS and is the official generally charged with acting supervisory authority over all operations of the USCIS with certain specific exceptions not relevant

under the facts asserted herein. 8 C.F.R. §103.1(g)(2)(ii)(B). Within DHS, USCIS is the agency charged with the duty to adjudicate the Adjustment Application and Immigrant Petition filed by the Plaintiffs in this instant matter.

## STATUTORY BACKGROUND

9. The Immigration and Nationality Act (INA) provides a pathway to legal permanent residency through several categories under the family-based process. In this instant Mandamus case, the Plaintiffs initiated the marriage based green card process under the "**Immediate Relative**" category in **September 2018**. This category requires the filing of a family based or marriage based Immigrant Petition with U.S. Citizenship and Immigration Services (USCIS). Since there is no backlog in the Department of State's visa bulletin in the immediate relative category, a foreign national lawfully admitted and physically present in the U.S. is able to concurrently file an Application for Adjustment of Status with the I-130 Petition.

## FACTS

10. This action is brought to compel Defendants to take action on the Lead Plaintiff and Co-Plaintiff's pending respective immigration cases. The Co-Plaintiff's I-130 Immigrant Petition was filed pro se on **September 24, 2018**

(case#MSC-18-917-86169).  The Lead Plaintiff's Application for Adjustment of Status was filed pro se on **September 24, 2018** (case#MSC-18-917-86168). **SEE EXHIBIT A.**

11. **We believe it is notable that the USCIS Atlanta Office has already conducted two (2) separate interviews with the Plaintiffs regarding their immigration cases**.  The first interview took place on 06/10/2019 and was conducted by Immigration Services Officer Rumbold.  The second interview was held on August 10, 2020 and was again conducted by ISO Rumbold.  The USCIS Atlanta office has provided no further update or issued any such requests for additional evidence that would allow them to adjudicate these cases.  The Plaintiffs have chosen to undertake this legal measure before the federal judiciary because USCIS no longer provides an effective avenue to resolve long prolonged cases.  The Plaintiffs respectfully maintain that under the present circumstances (i.e., a marriage based green card case that remains pending after **4 ½ years after two (2) separate agency interviews**) Federal Court intervention at this point is appropriate and warranted.  **SEE EXHIBIT B.**

12. Undersigned counsel was retained to file the Lead Plaintiff's work permit and travel permit renewal applications, both of which were filed on 04/30/2021.

The work permit renewal was approved on 01/05/2022. The travel permit renewal application inexplicably remains pending. Counsel respectfully attests to the court that the Lead Plaintiff is statutorily eligible to receive lawful permanent residency pursuant to INA 245(a). He was "inspected and admitted" into the U.S. on a B-2 visa on June 30, 2014, has no disqualifying convictions and by all accounts presents no indications of inadmissibility under the relevant provisions of the Immigration and Nationality Act (INA). **SEE EXHIBIT C.**

13. The Plaintiffs represent that they have initiated repeated (approximately 15-18) phone calls to the USCIS customer service unit over the last few years year to inquire as to the status of their respective cases. Each time the USCIS customer service representatives provided a generic "your case is pending" response.

14. Defendants, the Department of Homeland Security and the United States Citizenship and Immigration Services, are charged by law with a non-discretionary and statutory obligation to adjudicate the I-130 Petition and Adjustment Application filed by the Lead and Co-Plaintiff.

15. Both Plaintiffs have experienced considerable hardship because of the unreasonably prolonged marriage based green card process. The Plaintiffs are

deeply committed to their marriage, and at the same time, are unable to fully contemplate and act on plans for their future due to the uncertainty of the green card process.

16. A Writ of Mandamus is applicable and appropriate in this matter because 1) the claim by both Plaintiffs is clear and certain; 2) the defendant official's duty to <u>act</u> is non-discretionary, ministerial, and so plainly prescribed as to be free from doubt; and 3) no other adequate remedy is available.  <u>Barron v. Reich, 13F.3d 1370, 1374 (9th. Cir. 1994)</u>.

17. The Plaintiffs have diligently inquired on the status of their pending I-130 Petition and Adjustment Application through multiple telephone inquiries to the USCIS customer service department.  These efforts have been to no avail.  Therefore, the only viable remedy available for the Plaintiffs is to seek relief through a Writ of Mandamus.

## **CLAIMS**

18. Defendants willfully and unreasonably have delayed in adjudicating the Plaintiffs' pending I-130 Immigrant Petition.

19. Defendants owe both Plaintiffs a duty to adjudicate the I-130 Immigrant Petition and have unreasonably failed to perform that duty.

20. Plaintiffs have pursued administrative remedies and submit that any further efforts at an administrative resolution would be an exercise in futility.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that the Court:

1. Compel Defendants and those acting under them to perform their duty to adjudicate the I-485 Application filed by Lead Plaintiff Michael Green and the I-130 Petition filed by Co-Plaintiff Remilekun Oyekun;

2. Grant such other and further relief as this Court deems proper under the circumstances; and

3. Grant Attorney's fees and costs of Court to Plaintiffs under the <u>Equal Access to Justice Act</u> pursuant to <u>28 U.S.C. §2412(d)(1)(A);</u>

Respectfully submitted this 31st day of March 2023.

                LEVINE & ESKANDARI, LLC

                __/s/ Kenneth S. Levine_____

Kenneth S. Levine, Esq.
Georgia State Bar No. 448633
Attorneys for Michael Green & Remilekun Oyekun
P.O. Box 674138
Marietta, GA 30006
770-551-2700 (phone)
706-765-7570 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing COMPLAINT FOR WRIT OF MANDAMUS was served by Certified Mail, Postage Pre-Paid on this 31st day of March, 2023.

Shineka S. Miller, Field Office Director
USCIS Atlanta District Office
2150 Parklake Drive NE
Atlanta, GA 30345

Ur M. Jaddou, Director USCIS
Office of the General Counsel
U.S. Citizenship & Immigration Services
5900 Capital Gateway Drive
Camp Springs, Maryland 20746

Alejandro Mayorkas, Secretary
Department of Homeland Security
Office of General Counsel
425 I Street
Washington, DC 20536

Ryan K. Buchanan, U.S. Attorney
Civil Process Clerk
600 U.S. Courthouse
75 Ted Turner Drive, 4th Floor
Atlanta, GA 30303

Merrick Garland, U.S. Attorney General
U.S Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

        LEVINE & ESKANDARI, LLC

        __/s/ Kenneth S. Levine _____

        Kenneth S. Levine, Esq.
        Georgia State Bar No. 448633
        Attorneys for Michael Green & Remilekun Oyekun
        P.O. Box 674138
        Marietta, GA 30006
        770-551-2700 (phone)
        706-765-7570 (fax)