# EXHBIT A

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

An official website of the United States government
Here's how you know

Español




(https://www.uscis.gov/)

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

Menu

X



# Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-130, Petition for Alien Relative, Receipt Number MSC1891786169, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ?

U.S. Citizenship and Immigration Services

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 01, 2018 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC1891786169 | September 24, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| September 24, 2018 | 201 B INA SPOUSE OF USC | December 11, 1995 |

5

REMILEKUN O. OYEKAN
231 MAY APPLE LN
ALPHARETTA, GA 30005

5 00001117

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $535.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $535.00 |
| **Total Balance Due:** | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| GREEN, MICHAEL | 8/15/1986 | U.S.S.R. | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Customer Service Number:**

(800)375-5283
APPLICANT COPY

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**

CamScanner

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)



An official website of the United States government
Here's how you know

Español




(https://www.uscis.gov/)

Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



# Interview Was Completed And My Case Must Be Reviewed

Your interview for your Form I-485, Application to Register Permanent Residence or Adjust Status, Receipt Number MSC1891786168, was completed, and your case must be reviewed. We will mail you a notice if we make a decision or take further action. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.



**Enter Another Receipt Number** ?

...for Homeland Securi...
...enship and Immigration ...ices

Form I-797C, Notice of Action

**...HIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | |
|---|---|---|
| Receipt | | |
| CASE TYPE | | NOTICE DATE |
| I-485, Application to Register Permanent Residence or Adjust Status | | October 01, 2018 |
| RECEIPT NUMBER | RECEIVED DATE | USCIS ALIEN NUMBER |
| MSC1891786168 | September 24, 2018 | A219017743 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | PAGE |
| September 24, 2018 | 201 B INA SPOUSE OF USC | 1 of 1 |
| | | DATE OF BIRTH |
| | | August 15, 1986 |

MICHAEL GREEN
231 MAY APPLE LN
ALPHARETTA, GA 30005 5 00001118

NAME AND MAILING ADDRESS

PAYMENT INFORMATION:

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:

- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Customer Service Number:**

(800)375-5283

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.



Scanned with CamScanner