# EXHBIT B

 **U.S. Citizenship and Immigration Services**

# Department of Homeland Security
## U.S. Citizenship and Immigration Services
Atlanta District Office
2150 Parklake Drive NE
Atlanta, GA 30345

Michael Green and Remilekun Oyekan
231 May Apple Ln
Alpharetta, GA 30005

File Number: A219017743

Date: **August 10, 2020**

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | |
|---|---|
| OFFICE LOCATION | 2150 Parklake Drive NE<br>Atlanta, GA. 30345<br>2nd Floor |
| DATE AND HOUR | Thursday, August 27th, 2020<br>8:00am |
| ASK FOR | ISO J. Rumbold   # (1861) |
| REASON FOR APPOINTMENT | I-130 petition |
| BRING WITH YOU | IDENTIFICATION – Passport and Driver's License or State Identification<br><br>Your spouse must appear with you to the interview. Please bring evidence of bona fide marriage. This must include a current lease and tax transcripts from the IRS for all years since marriage. You may also include additional documentation: joint bank statements, proof of payment of rent/utilities/bills/insurance, recent photos with friends and family, health/auto insurance policies, etc. |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.

Form G-56
(Rev. 5-1-83)Y

 CamScanner

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Service
Atlanta Field Office
2150 Parklake Dr. Ne
Atlanta, GA 30345

*HAND DELIVERED AT INTERVIEW*



**U.S. Citizenship
and Immigration
Services**

June 10, 2019
MICHAEL GREEN
231 MAY APPLE LN
ALPHARETTA, GA 30005

Interviewing Officer: Rumbold
Form Type: I-485

## NOTICE OF INTERVIEW RESULTS

You have just completed your interview. USCIS is unable to complete your case at this time. Your case is being continued until a final decision can be made. Please see below for further explanation.

**REASON FOR CONTINUANCE**

☒      Your case is being held for review. At this time, USCIS does not require any further information or documents from you. Should further information or documents be required, you will receive a notice in the mail. We may also schedule you for another interview, you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

☐      Your I-485 interview is complete. However, your priority date is not current at this time. Your case will be transferred to the Texas Service Center (TSC) or National Benefits Center until your priority date becomes current. Once your priority date becomes current, the TSC or NBC will make the final decision on your case.

☐      Your case is being transferred to the USCIS office servicing your new address. Should further information or documents be required, you will receive a notice in the mail. USCIS may also schedule you for another interview, you will receive a notice in the mail. Otherwise, a final decision will be mailed once your case is complete.

For additional information, you can use our many online tools (uscis.gov/tools). If you are not able to find the information you need online, you may reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. Please allow for no less than 120 days before making a status inquiry on your case. If your case was transferred to the TSC or NBC to wait for your priority date to become current, please allow for no less than 120 days after your priority date becomes current before making a status inquiry on your case.

If you change your address, you must file Form AR-11. Form AR-11 information and filing instructions may be obtained from the USCIS website at www.uscis.gov/addresschange.

Sincerely,

Kevin J. Riddle
Field Office Director

cc:

