# EXHBIT C

Case 1:23-cr-00028-RDA   Document 102-17   Filed 03/01/23   Page 2 of 37



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0911875183 | 022024487516 | I765 – APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** 04/30/2021 | **Priority Date** 04/30/2021 | **Applicant** A219 017 743<br>MICHAEL GREEN |
| **Notice Date** 01/05/2022 | **Page** 1 of 2 | |

GREEN, MICHAEL
c/o LEVIN AND ESKANDARI LLC
LEVIN AND ESKANDARI LLC
PO BOX 674138
MARIETTA GA 30006

**Notice Type:** Approval Notice
Class: C09P
Valid from 01/05/2022 to 01/04/2024

We have approved your application for employment authorization and advance parole based on your pending Form I-485, Application to Register Permanent Residence or Adjust Status. We will send your Employment Authorization Document (also known as an EAD card or Form I-766) to you separately. The EAD card will have an I-512 endorsement on it, which indicates that you have been approved for advance parole.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

**If the I-765 was approved for you as a student requesting Optional Practical Training (OPT):** Please note that your EAD and your OPT employment authorization will be automatically terminated if you change educational program levels or transfer to another school. Working in the United States without authorization may result in your removal from the United States or denial of re-entry, and remaining in the United States without maintaining status may result in accruing unlawful presence. Consult your Designated School Official for additional details.

Advanced Parole

The I-512 endorsement on your EAD card is proof that, while your Form I-485 is pending, you may travel abroad without abandoning your Form I-485.

Show your unexpired EAD card with the I-512 endorsement to the ship or airline, and it can let you on board to travel to the United States. As long as your EAD card has not expired, you may use it multiple times to request parole into the United States. U.S. Customs and Border Protection (CBP) can parole you into the U.S. for up to one (1) year.

Before you leave the United States, please note the following information:

- Parole into the United States is not guaranteed. In all cases, a CBP officer must still inspect you at a port of entry to determine whether you are eligible to come into the United States according to the terms of this advance parole. Even though USCIS approved your advance parole, CBP may still refuse to parole you into the United States.
- Parole into the United States is not an "admission" into the U.S. If we deny your Form I-485, you may be subject to removal proceedings for being inadmissible to the U.S.
- Unlawful Presence. If you leave the United States after being unlawfully present in the United States, you may be barred from admission even if you obtained advance parole. If you were unlawfully present in the United States for more than 180 days but less than one year and you leave the U.S. voluntarily before the start of removal proceedings, you are inadmissible for three years; if you were unlawfully present for one year or more, you are inadmissible for ten years.

If you have concerns about how traveling abroad with your EAD card may affect your legal rights, admissibility, or waivers, you should contact an immigration attorney or an immigrant assistance organization accredited by the Board of Immigration Appeals before making foreign travel plans.

If You Have a Pending Form I-485

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter

FORM I-797 [REV. 08/01/16]



## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE911875183 | 022024487516 | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** | **Priority Date** | Applicant  A219 017 743 |
| 04/30/2021 | 04/30/2021 | MICHAEL GREEN |
| **Notice Date** | **Page** | |
| 01/05/2022 | 2 of 2 | |

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**
**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

National Benefits Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002



USCIS Contact Center: www.uscis.gov/contactcenter

**FORM I-797 [REV. 08/01/16]**

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

An official website of the United States government
Here's how you know∨

Español



**U.S. Citizenship
and Immigration
Services**
(https://www.uscis.gov/)

≡ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



# Case Was Received and A Receipt Notice Was Sent

On April 30, 2021, we received your Form I-131, Application for Travel Document, Receipt Number IOE0911875184, and sent you a receipt notice or acceptance notice. The notice describes how we will process your case. Please follow the instructions in the notice. If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number   ?**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 20, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-131, Application for Travel Document | A219017743 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0911875184 | April 30, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | August 15, 1986 |

**PAYMENT INFORMATION:**

MICHAEL GREEN
C/O KENNETH S. LEVINE LEVINE AND ESKANDARI LLC
PO BOX 674138    2  00000476
MARIETTA, GA  30006

| Application/Petition Fee: | $0.00 |
|---|---|
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

[ill·lll·llllllllll·l·lll·ll··l·l·PlllPll·l·l·lll·ll··llll·ll·l·l]

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.



| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | ATTORNEY COPY |
| P.O. Box 648003 |  |
| Lee's Summit, MO 64002 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C 04/01/19

# LEVINE & ESKANDARI, LLC
### ATTORNEYS AT LAW
### 1000 CIRCLE 75 PARKWAY, SE, SUITE 700
### ATLANTA, GA 30339
### (770) 551-2700 OFFICE
### (706) 765-2837 (FAX)
### WWW.LEIMMIGRATION.COM

Kenneth S. Levine

email: ken@leimmigration.com

April 26, 2021

**VIA Priority Mail**
USCIS
**Attn: EAD/AP Exts**
P.O. Box 805887
Chicago, IL 60680-4120

**Re: Form I-765, Application for Employment Authorization (c) (9)**
**Form I-131, Application for Travel Document (Advance Parole)**
**on behalf of Michael Green**

Dear Officer,

In connection with the enclosed renewal I-765, Application for Employment Authorization and I-131, Application for Travel Document (Advance Parole) on behalf of Michael Green, we enclose the following documentation in support of the extensions:

1. **Form G-28, Notices of Entry of Appearance as Attorney or Representative;**
2. **Form I-765, Application for Employment Authorization,** and photos;
3. **Form I-131, Application for Travel Document (advance Parole),** and photos; and
4. Supporting Documents: I-765 & I-131 Approval Notices, I-485 Receipt Notice, and passport picture page.

Copies of documents submitted are exact photocopies of unaltered original documents, and original documents will be provided if required. Thank you for your cooperation and assistance with the submitted extension applications.

Very truly yours,

Kenneth S. Levine, Esq

KSL/jg
10315.0



**PRIORITY MAIL 2-DAY™**

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 4 FLATRATE ENVELOPE
ComForPrice

stamps
endicia
04/27/2021

0529C01010H0H8
10181123
FROM 30339

0006

B115

Levine & Eskandari, LLC
1000 Circle 75 Parkway SE, Suite 700
Atlanta GA 30339

SHIP
TO:    USCIS
        Attn: EAD/AP Exts
        P.O. Box 805887
        Chicago IL 60680-4187

USPS TRACKING #

9405 5112 9837 0202 2758 88



## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

#### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name)  Levine

2.b. Given Name (First Name)  Kenneth

2.c. Middle Name  S.

#### Address of Attorney or Accredited Representative

3.a. Street Number and Name  PO Box 674138

3.b. ☐ Apt.  ☐ Ste.  ☐ Flr.

3.c. City or Town  Marietta

3.d. State  GA   3.e. ZIP Code  30006

3.f. Province

3.g. Postal Code

3.h. Country
United States

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   770-551-2700

5. Mobile Telephone Number (if any)

6. Email Address (if any)
   ken@leimmigration.com

7. Fax Number (if any)
   706-765-2837

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select all applicable items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

   Licensing Authority
   Georgia

1.b. Bar Number (if applicable)
   448633

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
   Levine & Eskandari, LLC

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-765

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

▶ | | | | | | | | | | | | | |

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☒ Applicant   ☐ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)  Green

**6.b.** Given Name (First Name)  Michael

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

▶ | N | O | N | E | | | | | | | | |

**9.** Client's Alien Registration Number (A-Number) (if any)

▶ A- | 2 | 1 | 9 | 0 | 1 | 7 | 7 | 4 | 3 |

## Client's Contact Information

**10.** Daytime Telephone Number

> 443-240-1229

**11.** Mobile Telephone Number (if any)

> 443-240-1229

**12.** Email Address (if any)

> mv8615@gmail.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name  277 Sunberry Ct

**13.b.** ☐ Apt.   ☐ Ste.   ☐ Flr.

**13.c.** City or Town  Alpharetta

**13.d.** State  GA   **13.e.** ZIP Code  30005

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select all applicable items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

> **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡️

**2.b.** Date of Signature (mm/dd/yyyy)    04/26/2021

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy)    4-26-21

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.  Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name
(Last Name) Green

**1.b.** Given Name
(First Name) Michael

**1.c.** Middle Name

**2.a.** Page Number   **2.b.** Part Number   **2.c.** Item Number

**2.d.**

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**



# Application For Employment Authorization

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 07/31/2022

| For USCIS Use Only | | Fee Stamp | Action Block |
|---|---|---|---|
| ☐ Authorization/Extension Valid From | | | |
| ☐ Authorization/Extension Valid Through | | | |
| Alien Registration Number | A- | | |
| Remarks | | | |

| To be completed by an attorney or Board of Immigration Appeals (BIA)-accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|

▶ **START HERE - Type or print in black ink.** Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Part 1. Reason for Applying

I am applying for (select **only one** box):

**1.a.** ☐ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE to** U.S. Citizenship and Immigration Services (USCIS) error.

**NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☒ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

## Part 2. Information About You

### Your Full Legal Name

**1.a.** Family Name (Last Name) — Green

**1.b.** Given Name (First Name) — Michael

**1.c.** Middle Name

### Other Names Used

Provide all other names you have ever used, including aliases, maiden name, and nicknames. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

**2.a.** Family Name (Last Name) — Vitchonovski

**2.b.** Given (First Name) — Michael

**2.c.** Middle Name

**3.a.** Family Name (Last Name) — Vitchonovski

**3.b.** Given Name (First Name) — Michael

**3.c.** Middle Name — Borisvich

**4.a.** Family Name (Last Name)

**4.b.** Given Name (First Name)

**4.c.** Middle Name

Form I-765 Edition 08/25/20

Page 1 of 7

## Part 2. Information About You (Continued)

### Your U.S. Mailing Address

**5.a.** In Care Of Name (if any)
N/A

**5.b.** Street Number and Name
277 Sunberry Ct

**5.c.** ☐ Apt. ☐ Ste. ☐ Flr.

**5.d.** City or Town
Alpharetta

**5.e.** State GA   **5.f.** ZIP Code 30005

**6.** Is your current mailing address the same as your physical address?   ☒ Yes ☐ No

NOTE: If you answered "No" to Item Number 6., provide your physical address below.

### U.S. Physical Address

**7.a.** Street Number and Name
SAME AS ABOVE

**7.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**7.c.** City or Town

**7.d.** State       **7.e.** ZIP Code

### Other Information

**8.** Alien Registration Number (A-Number) (if any)
► A- 2 1 9 0 1 7 7 4 3

**9.** USCIS Online Account Number (if any)
► N O N E

**10.** Gender   ☒ Male ☐ Female

**11.** Marital Status
☐ Single ☒ Married ☐ Divorced ☐ Widowed

**12.** Have you previously filed Form I-765?   ☒ Yes ☐ No

**13.a.** Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?   ☒ Yes ☐ No

NOTE: If you answered "No" to Item Number 13.a., skip to Item Number 14. If you answered "Yes" to Item Number 13.a., provide the information requested in Item Number 13.b.

**13.b.** Provide your Social Security number (SSN) (if known).
► 6 9 5 9 4 4 3 5 9

**14.** Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to Item Number 15., Consent for Disclosure, to receive a card.)
☐ Yes ☒ No

NOTE: If you answered "No" to Item Number 14., skip to Part 2., Item Number 18.a. If you answered "Yes" to Item Number 14., you must also answer "Yes" to Item Number 15.

**15.** Consent for Disclosure: I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.   ☐ Yes ☒ No

NOTE: If you answered "Yes" to Item Numbers 14. - 15., provide the information requested in Item Numbers 16.a. - 17.b.

### Father's Name

Provide your father's birth name.

**16.a.** Family Name (Last Name)

**16.b.** Given Name (First Name)

### Mother's Name

Provide your mother's birth name.

**17.a.** Family Name (Last Name)

**17.b.** Given Name (First Name)

### Your Country or Countries of Citizenship or Nationality

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in Part 6. Additional Information.

**18.a.** Country
Israel

**18.b.** Country

## Part 2. Information About You (continued)

### Place of Birth

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth

Lvov

**19.b.** State/Province of Birth

Lvov

**19.c.** Country of Birth

U.S.S.R.

**20.** Date of Birth (mm/dd/yyyy)  `08/15/1986`

### Information About Your Last Arrival in the United States

**21.a.** Form I-94 Arrival-Departure Record Number (if any)

▶ 3 1 6 5 4 6 8 1 8 3 0

**21.b.** Passport Number of Your Most Recently Issued Passport

22570064

**21.c.** Travel Document Number (if any)

N/A

**21.d.** Country That Issued Your Passport or Travel Document

Israel

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)  `01/14/2026`

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)  `06/30/2014`

**23.** Place of Your Last Arrival Into the United States

New York, NY

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)

B2

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)

AOS Pending

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)

▶ N- N/A

### Information About Your Eligibility Category

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).

( c ) ( 09 ) ( )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category (c)(3)(C) in **Item Number 27.**, provide the information requested in **Item Numbers 28.a. - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.

▶

**30.** **(c)(8) Eligibility Category.** If you entered the eligibility category (c)(8) in **Item Number 27.**, provide the information requested in **Item Numbers 30.a. - 30.g.**

**30.a.** Have you **EVER** been arrested for, and/or charged with, and/or convicted of any crime in any country?

☐ Yes   ☐ No

**NOTE:** If you answered "Yes" to **Item Number 30.a.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications** (c)(8) of the Form I-765 Instructions for information about providing court dispositions.

**30.b.** Did you enter the United States lawfully through a U.S. port of entry and were you inspected and admitted or paroled after inspection by an immigration officer? (If you answer "Yes," you **MUST** provide evidence of your lawful entry.)

☐ Yes   ☐ No

**30.c.** If you answered "No" to **Item Number 30.b.**, did you present yourself to the Secretary of Homeland Security or his or her delegate (DHS) within 48 hours of entry or attempted entry **AND** express an intention to seek asylum within the United States or express a fear of persecution or torture in your home country?   ☐ Yes   ☐ No

---

Form I-765 Edition 08/25/20

Page 3 of 7

## Part 2. Information About You (continued)

If you answered "Yes" to **Item Number 30.c.**, provide the following information:

**30.d.** Date you presented yourself to DHS

**30.e.** Location where you presented yourself to DHS

**30.f.** Country of claimed persecution

**30.g.** Provide an explanation for why you did not enter the United States lawfully through a U.S. port of entry. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information.**

**NOTE:** Refer to the **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** section of the Form I-765 Instructions for more information.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.

▶ 

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you EVER been arrested for and/or convicted of any crime?    ☐ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.**, in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**1.a.** ☒ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** ☐ The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

a language in which I am fluent, and I understood everything.

**2.** ☒ At my request, the preparer named in **Part 5.**, Kenneth Levine

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**3.** Applicant's Daytime Telephone Number
443-240-1229

**4.** Applicant's Mobile Telephone Number (if any)
443-240-1229

**5.** Applicant's Email Address (if any)
mv8615@gmail.com

**6.** ☐ Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

1) I reviewed and understood all of the information contained in, and submitted with, my application; and

2) All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**7.a.** Applicant's Signature

➡️ [signature]

**7.b.** Date of Signature (mm/dd/yyyy)  `04/26/20V1`

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

**1.b.** Interpreter's Given Name (First Name)

**2.** Interpreter's Business or Organization Name (if any)

## Part 4. Interpreter's Contact Information, Certification, and Signature

### Interpreter's Mailing Address

**3.a.** Street Number and Name

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town

**3.d.** State          **3.e.** ZIP Code

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

**5.** Interpreter's Mobile Telephone Number (if any)

**6.** Interpreter's Email Address (if any)

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and

which is the same language specified in Part 3., Item Number 1.b., and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question. The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

**7.a.** Interpreter's Signature

**7.b.** Date of Signature (mm/dd/yyyy)

## Part 5. Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant

Provide the following information about the preparer.

### Preparer's Full Name

**1.a.** Preparer's Family Name (Last Name)

Levine

**1.b.** Preparer's Given Name (First Name)

Kenneth

**2.** Preparer's Business or Organization Name (if any)

Levine & Eskandari, LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name

PO Box 674138

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town   Marietta

**3.d.** State  GA   **3.e.** ZIP Code  30006

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country

United States

### Preparer's Contact Information

**4.** Preparer's Daytime Telephone Number

770-551-2700

**5.** Preparer's Mobile Telephone Number (if any)

**6.** Preparer's Email Address (if any)

ken@leimmigration.com

### Preparer's Statement

**7.a.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.** ☒ I am an attorney or accredited representative and my representation of the applicant in this case ☒ extends ☐ does not extend beyond the preparation of this application.

> **NOTE:** If you are an attorney or accredited representative, you need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant. The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct. I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

**8.a.** Preparer's Signature

**8.b.** Date of Signature (mm/dd/yyyy)   4-28-21

## Part 6. Additional Information

If you need extra space to provide any additional information within this application, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number, Part Number, and Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  Green

**1.b.** Given Name (First Name)  Michael

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A- 2 1 9 0 1 7 7 4 3

**3.a.** Page Number

**3.b.** Part Number

**3.c.** Item Number

**3.d.**

**4.a.** Page Number

**4.b.** Part Number

**4.c.** Item Number

**4.d.**

**5.a.** Page Number

**5.b.** Part Number

**5.c.** Item Number

**5.d.**

**6.a.** Page Number

**6.b.** Part Number

**6.c.** Item Number

**6.d.**

**7.a.** Page Number

**7.b.** Part Number

**7.c.** Item Number

**7.d.**



## Notice of Entry of Appearance
## as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

---

### Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)

   ▶ [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

#### Name of Attorney or Accredited Representative

**2.a.** Family Name (Last Name)  Levine

**2.b.** Given Name (First Name)  Kenneth

**2.c.** Middle Name  S.

#### Address of Attorney or Accredited Representative

**3.a.** Street Number and Name  PO Box 674138

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town  Marietta

**3.d.** State  GA      **3.e.** ZIP Code  30006

**3.f.** Province

**3.g.** Postal Code

**3.h.** Country
United States

#### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number
   770-551-2700

5. Mobile Telephone Number (if any)

6. Email Address (if any)
   ken@leimmigration.com

7. Fax Number (if any)
   706-765-2837

---

### Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

Licensing Authority
Georgia

**1.b.** Bar Number (if applicable)
448633

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable)
Levine & Eskandari, LLC

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization

**2.c.** Date of Accreditation (mm/dd/yyyy)

**3.** ☐ I am associated with

   ,
   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate

---

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information.**

This appearance relates to immigration matters before (select **only** one box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-131

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

> ▶ [  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ]

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only** one box):

[X] Applicant   [ ] Petitioner   [ ] Requestor
[ ] Beneficiary/Derivative   [ ] Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   Green

**6.b.** Given Name (First Name)   Michael

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

> ▶ [N][O][N][E][  ][  ][  ][  ][  ][  ][  ][  ]

**9.** Client's Alien Registration Number (A-Number) (if any)

> ▶ A- [2][1][9][0][1][7][7][4][3]

## Client's Contact Information

**10.** Daytime Telephone Number

> 443-240-1229

**11.** Mobile Telephone Number (if any)

> 443-240-1229

**12.** Email Address (if any)

> mv8615@gmail.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   277 Sunberry Ct

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town   Alpharetta

**13.d.** State  GA    **13.e.** ZIP Code  30005

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> United States

## Part 4. Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☒ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

NOTE: If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

**2.a.** Signature of Client or Authorized Signatory for an Entity

**2.b.** Date of Signature (mm/dd/yyyy)    04/26/2021

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1.a.** Signature of Attorney or Accredited Representative

**1.b.** Date of Signature (mm/dd/yyyy)    4-27-21

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6.   Additional Information

If you need extra space to provide any additional information within this form, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper.  Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.**  Family Name (Last Name)  `Green`

**1.b.**  Given Name (First Name)  `Michael`

**1.c.**  Middle Name

**2.a.** Page Number       **2.b.** Part Number       **2.c.** Item Number

**2.d.** _____

_____

_____

_____

_____

_____

_____

_____

_____

**3.a.** Page Number       **3.b.** Part Number       **3.c.** Item Number

**3.d.** _____

_____

_____

_____

_____

_____

_____

_____

**4.a.** Page Number       **4.b.** Part Number       **4.c.** Item Number

**4.d.** _____

_____

_____

_____

_____

_____

_____

_____

_____

**5.a.** Page Number       **5.b.** Part Number       **5.c.** Item Number

**5.d.** _____

_____

_____

_____

_____

_____

_____

_____

**6.a.** Page Number       **6.b.** Part Number       **6.c.** Item Number

**6.d.** _____

_____

_____

_____

_____

_____

_____

_____

# Application for Travel Document

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS
Form I-131**
OMB No. 1615-0013
Expires 04/30/2022



| Receipt | Action Block | **To Be Completed by an *Attorney/ Representative*, if any.** |
|---|---|---|

**For USCIS Use Only**

☐ **Document Hand Delivered**

By: _____  Date: ___/___/___

| | |
|---|---|
| **Document Issued** | **[X]** Fill in box if G-28 is attached to represent the applicant. |

☐ Re-entry Permit *(Update "Mail To" Section)*  ☐ Refugee Travel Document *(Update "Mail To" Section)*

☐ Single Advance Parole  ☐ Multiple Advance Parole *Valid Until:* ___/___/___

**Mail To**
*(Re-entry & Refugee Only)*
☐ Address in *Part 1*
☐ US Consulate at:_____
☐ Intl DHS Ofc at:_____

**Attorney State License Number:**

448633

▶ **Start Here.** Type or Print in Black Ink

## Part 1. Information About You

**1.a.** Family Name *(Last Name)* `Green`

**1.b.** Given Name *(First Name)* `Michael`

**1.c.** Middle Name

### Physical Address  *(USPS ZIP Code Lookup)*

**2.a.** In Care of Name `N/A`

**2.b.** Street Number and Name `277 Sunberry Ct`

**2.c.** Apt. ☐  Ste. ☐  Flr. ☐

**2.d.** City or Town `Alpharetta`

**2.e.** State `GA`  **2.f.** ZIP Code `30005`

**2.g.** Postal Code

**2.h.** Province

**2.i.** Country `United States`

### Other Information

**3.** Alien Registration Number (A-Number)

▶ A- `2` `1` `9` `0` `1` `7` `7` `4` `3`

**4.** Country of Birth
`U.S.S.R.`

**5.** Country of Citizenship
`Israel`

**6.** Class of Admission
`B2`

**7.** Gender  [X] Male  ☐ Female

**8.** Date of Birth  *(mm/dd/yyyy)* ▶ `08/15/1986`

**9.** U.S. Social Security Number *(if any)*

▶ `6` `9` `5` `9` `4` `4` `3` `5` `9`

## Part 2. Application Type

**1.a.** ☐ I am a permanent resident or conditional resident of the United States, and I am applying for a reentry permit.

**1.b.** ☐ I now hold U.S. refugee or asylee status, and I am applying for a Refugee Travel Document.

**1.c.** ☐ I am a permanent resident as a direct result of refugee or asylee status, and I am applying for a Refugee Travel Document.

**1.d.** ☒ I am applying for an Advance Parole Document to allow me to return to the United States after temporary foreign travel.

**1.e.** ☐ I am outside the United States, and I am applying for an Advance Parole Document.

**1.f.** ☐ I am applying for an Advance Parole Document for a person who is outside the United States.

If you checked box "1.f." provide the following information about that person in 2.a. through 2.p.

**2.a.** Family Name *(Last Name)*

**2.b.** Given Name *(First Name)*

**2.c.** Middle Name

**2.d.** Date of Birth *(mm/dd/yyyy)* ▶

**2.e.** Country of Birth

**2.f.** Country of Citizenship

**2.g.** Daytime Phone Number ( ⎯⎯ ) ⎯⎯ - ⎯⎯

### Physical Address (If you checked box 1.f.)

**2.h.** In Care of Name

**2.i.** Street Number and Name

**2.j.** Apt. ☐   Ste. ☐   Flr. ☐

**2.k.** City or Town

**2.l.** State          **2.m.** ZIP Code

**2.n.** Postal Code

**2.o.** Province

**2.p.** Country

## Part 3. Processing Information

**1.** Date of Intended Departure *(mm/dd/yyyy)* ▶ `07/15/2021`

**2.** Expected Length of Trip *(in days)* `15`

**3.a.** Are you, or any person included in this application, now in exclusion, deportation, removal, or rescission proceedings?   ☐ Yes  ☒ No

**3.b.** If "Yes", Name of DHS office:

**4.a.** Have you ever before been issued a reentry permit or Refugee Travel Document? *(If "Yes" give the following information for the last document issued to you):*   ☐ Yes  ☒ No

**4.b.** Date Issued   *(mm/dd/yyyy)* ▶

**4.c.** Disposition *(attached, lost, etc.)*:

If you are applying for a non-DACA related Advance Parole Document, skip to Part 7; *DACA recipients must complete Part 4 before skipping to Part 7.*

## Part 3. Processing Information (continued)

Where do you want this travel document sent? (Check one)

**5.** ☒ To the U.S. address shown in **Part 1 (2.a through 2.i.)** of this form.

**6.** ☐ To a U.S. Embassy or consulate at:

**6.a.** City or Town

**6.b.** Country

**7.** ☐ To a DHS office overseas at:

**7.a.** City or Town

**7.b.** Country

If you checked "6" or "7", where should the notice to pick up the travel document be sent?

**8.** ☐ To the address shown in **Part 2 (2.h. through 2.p.)** of this form.

**9.** ☐ To the address shown in **Part 3 (10.a. through 10.i.)** of this form.:

**10.a.** In Care of Name

**10.b.** Street Number and Name

**10.c.** Apt. ☐   Ste. ☐   Flr. ☐

**10.d.** City or Town

**10.e.** State          **10.f.** ZIP Code

**10.g.** Postal Code

**10.h.** Province

**10.i.** Country

**10.j.** Daytime Phone Number (       )       -

## Part 4. Information About Your Proposed Travel

**1.a.** Purpose of trip. (If you need more space, continue on a separate sheet of paper.)

**1.b.** List the countries you intend to visit. (If you need more space, continue on a separate sheet of paper.)

## Part 5. Complete Only If Applying for a Re-entry Permit

Since becoming a permanent resident of the United States (or during the past 5 years, whichever is less) how much total time have you spent outside the United States?

**1.a.** ☐ less than 6 months      **1.d.** ☐ 2 to 3 years
**1.b.** ☐ 6 months to 1 year      **1.e.** ☐ 3 to 4 years
**1.c.** ☐ 1 to 2 years            **1.f.** ☐ more than 4 years

**2.** Since you became a permanent resident of the United States, have you ever filed a Federal income tax return as a nonresident or failed to file a Federal income tax return because you considered yourself to be a nonresident? (If "Yes" give details on a separate sheet of paper.)

☐ Yes   ☐ No

## Part 6. Complete Only If Applying for a Refugee Travel Document

**1.** Country from which you are a refugee or asylee:

If you answer "Yes" to any of the following questions, you must explain on a separate sheet of paper. Include your Name and A-Number on the top of each sheet.

**2.** Do you plan to travel to the country named above? ☐ Yes ☐ No

Since you were accorded refugee/asylee status, have you ever:

**3.a.** Returned to the country named above? ☐ Yes ☐ No

**3.b.** Applied for and/or obtained a national passport, passport renewal, or entry permit of that country? ☐ Yes ☐ No

**3.c.** Applied for and/or received any benefit from such country (for example, health insurance benefits)? ☐ Yes ☐ No

Since you were accorded refugee/asylee status, have you, by any legal procedure or voluntary act:

**4.a.** Reacquired the nationality of the country named above? ☐ Yes ☐ No

**4.b.** Acquired a new nationality? ☐ Yes ☐ No

**4.c.** Been granted refugee or asylee status in any other country? ☐ Yes ☐ No

## Part 7. Complete Only If Applying for Advance Parole

On a separate sheet of paper, explain how you qualify for an Advance Parole Document, and what circumstances warrant issuance of advance parole. Include copies of any documents you wish considered. *(See instructions.)*

**1.** How many trips do you intend to use this document?
☐ One Trip ☒ More than one trip

If the person intended to receive an Advance Parole Document is outside the United States, provide the location (City or Town and Country) of the U.S. Embassy or consulate or the DHS overseas office that you want us to notify.

**2.a.** City or Town

**2.b.** Country

If the travel document will be delivered to an overseas office, where should the notice to pick up the document be sent?:

**3.** ☐ To the address shown in **Part 2 (2.h. through 2.p.)** of this form.

**4.** ☐ To the address shown in **Part 7 (4.a. through 4.i.)** of this form.

**4.a.** In Care of Name

**4.b.** Street Number and Name

**4.c.** Apt. ☐  Ste. ☐  Flr. ☐

**4.d.** City or Town

**4.e.** State ___   **4.f.** ZIP Code

**4.g.** Postal Code

**4.h.** Province

**4.i.** Country

**4.j.** Daytime Phone Number ( ___ ) ___ - ____

## Part 8. Signature of Applicant (Read the information on penalties in the Form instructions before completing this Part.) If you are filing for a Re-entry Permit or Refugee Travel Document, you must be in the United States to file this application.

**1.a.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

Signature of Applicant

➡

**1.b.** Date of Signature *(mm/dd/yyyy)* ▶ 04/26/2021

**2.** Daytime Phone Number ( 443 ) 240 - 1229

**NOTE:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, your application may be denied.

## Part 9. Information About Person Who Prepared This Application, If Other Than the Applicant

**NOTE:** If you are an attorney or representative, you must submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with this application.

### Preparer's Full Name

Provide the following information concerning the preparer:

**1.a.** Preparer's Family Name *(Last Name)*
Levine

**1.b.** Preparer's Given Name *(First Name)*
Kenneth

**2.** Preparer's Business or Organization Name
Levine & Eskandari, LLC

### Preparer's Mailing Address

**3.a.** Street Number and Name
PO Box 674138

**3.b.** Apt. ☐ Ste. ☐ Flr. ☐

**3.c.** City or Town
Marietta

**3.d.** State GA  **3.e.** ZIP Code 30006

**3.f.** Postal Code

**3.g.** Province

**3.h.** Country
United States

### Preparer's Contact Information

**4.** Preparer's Daytime Phone Number
( 770 ) 551 - 2700   Extension

**5.** Preparer's E-mail Address *(if any)*
ken@leimmigration.com

### Declaration

To be completed by all preparers, including attorneys and authorized representatives: I declare that I prepared this benefit request at the request of the applicant, that it is based on all the information of which I have knowledge, and that the information is true to the best of my knowledge.

**6.a.** Signature of Preparer

**6.b.** Date of Signature *(mm/dd/yyyy)* ▶ 4-27-21

**NOTE:** If you require more space to provide any additional information, use a separate sheet of paper. You must include your Name and A-Number on the top of each sheet.



UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

Surname
GREEN

Given Name
MICHAEL

USCIS#
219-017-743

Country of Birth
USSR

Terms and Conditions:
None

Date of Birth
15 AUG 1986

Sex
M

Category   Card#
C09P   IOE0906870054.58

Valid From: 07/02/20
Card Expires: 07/05/21

SERVES AS 1-512 ADVANCE PAROLE

Scanned with CamScanner

...enship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | |
|---|---|
| Receipt | |

| CASE TYPE | |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | |

| RECEIPT NUMBER | RECEIVED DATE |
|---|---|
| MSC1891786168 | September 24, 2018 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION |
|---|---|
| September 24, 2018 | 201 B INA SPOUSE OF USC |

| NOTICE DATE |
|---|
| October 01, 2018 |

| USCIS ALIEN NUMBER |
|---|
| A219017743 |

| PAGE |
|---|
| 1 of 1 |

| DATE OF BIRTH |
|---|
| August 15, 1986 |

MICHAEL GREEN
231 MAY APPLE LN
ALPHARETTA, GA 30005

5    00001118

ıldıllıllıuullıulullulllullıllıllpullulpluullılılı

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes. Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov. If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Customer Service Number:**

(800)375-5283

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

Form I-797C  09/13/16 Y

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Scanned with CamScanner

Homeland Security
and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 01, 2018 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-130, Petition for Alien Relative | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC1891786169 | September 24, 2018 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| September 24, 2018 | 201 B INA SPOUSE OF USC | December 11, 1995 |

PAYMENT INFORMATION:

REMILEKUN O. OYEKAN
231 MAY APPLE LN
ALPHARETTA, GA 30005

5  00001117

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

||||||l···l···l||··ll···ll·l·····l·l·|·ll·l·|·ll·ll·l·|·l·|·|l·|l||·l|

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| GREEN, MICHAEL | 8/15/1986 | U.S.S.R. | |

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

USCIS Customer Service Number:

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

(800)375-5283

APPLICANT COPY

Form I-797C  07/11/14 Y

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Scanned with CamScanner

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | |
|---|---|---|
| Receipt | | |

| NOTICE DATE |
|---|
| October 01, 2018 |

| CASE TYPE | | |
|---|---|---|
| I-765, Application for Employment Authorization | | |

| USCIS ALIEN NUMBER |
|---|
| A219017743 |

| RECEIPT NUMBER | RECEIVED DATE | |
|---|---|---|
| MSC1891786170 | September 24, 2018 | |

| PAGE |
|---|
| 1 of 1 |

| DATE OF BIRTH |
|---|
| August 15, 1986 |

MICHAEL GREEN
231 MAY APPLE LN
ALPHARETTA, GA 30005

5   00001120

**PAYMENT INFORMATION:**

| Application/Petition Fee: | $0.00 |
|---|---|
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

**Eligibility Category: C09**

The above case has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 Employment Authorization Document (EAD); and
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see www.uscis.gov/I-765 for a list of categories); and
- The Category on your current EAD matches the "Class Requested" listed on this Notice of Action; (Note: If you are a TPS beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.); and
- You do not receive your renewal EAD before your current EAD expires;

then this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

**USCIS Customer Service Number:**

(800)375-5283

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002



Form I-797C 05/01/03 Y

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Scanned with CamScanner

... of Homeland Security
...zenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | |
|---|---|---|
| Receipt | | |

| CASE TYPE | | NOTICE DATE |
|---|---|---|
| I-131, Application for Travel Document | | October 01, 2018 |

| RECEIPT NUMBER | | USCIS ALIEN NUMBER |
|---|---|---|
| MSC1891786171 | | A219017743 |

| | RECEIVED DATE | PAGE |
|---|---|---|
| | September 24, 2018 | 1 of 1 |

| | | DATE OF BIRTH |
|---|---|---|
| | | August 15, 1986 |

MICHAEL GREEN
231 MAY APPLE LN
ALPHARETTA, GA 30005          5   00001119

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Customer Service Number:**

(800)375-5283

USCIS Office Address:

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

Form I-797C  02/11/13 Y

... this notice for important information.

Scanned with CamScanner

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type | | |
| --- | --- | --- | --- |
| Received Date | Priority Date | Applicant | |
| 05-16-2020 | 05-16-2020 | | |
| Notice Date | Page | | |
| 07-02-2020 | 1 of 2 | | |

GREEN, MICHAEL
231 MAY APPLE LANE
ALPHARETTA GA 30005

**Notice Type: Approval Notice**
**Class: C09P**
**Valid from 07/02/2020 to 07/01/2021**

We have approved your application for employment authorization and advance parole based on your pending Form I-485, Application to Register Permanent Residence or Adjust Status. We will send your Employment Authorization Document (also known as an EAD card or Form I-766) to you separately. The EAD card will have an I-512 endorsement on it, which indicates that you have been approved for advance parole.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the time on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected.
- Your EAD card.
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

If the I-765 was approved for you as a student requesting Optional Practical Training (OPT): Please note that your EAD and your OPT employment authorization will be automatically terminated if you change educational program levels or transfer to another school. Working in the United States without authorization may result in your removal from the United States or denial of re-entry, and remaining in the United States without maintaining status may result in accruing unlawful presence. Consult your Designated School Official for additional details.

Advanced Parole

The I-512 endorsement on your EAD card is proof that, while your Form I-485 is pending, you may travel abroad without abandoning your Form I-485.

Show your unexpired EAD card with the I-512 endorsement to the ship or airline, and it can let you on board to travel to the United States. As long as your EAD card has not expired, you may use it multiple times to request parole into the United States. U.S. Customs and Border Protection (CBP) can parole you into the U.S. for up to one (1) year.

Before you leave the United States, please note the following information:

- Parole into the United States is not guaranteed. In all cases, a CBP officer must still inspect you at a port of entry to determine whether you are eligible to come into the United States according to the terms of this advance parole. Even though USCIS approved your advance parole, CBP may still refuse to parole you into the United States.
- Parole into the United States is not an "admission" into the U.S. If we deny your Form I-485, you may be subject to removal proceedings for being inadmissible to the U.S.
- Unlawful Presence. If you leave the United States after being unlawfully present in the United States, you may be barred from admission even if you obtained advance parole. If you were unlawfully present in the United States for more than 180 days but less than one year and you leave the U.S. voluntarily before the start of removal proceedings, you are inadmissible for three years; if you were unlawfully present for one year or more, you are inadmissible for ten years.

If you have concerns about how traveling abroad with your EAD card may affect your legal rights, admissibility, or waivers, you should contact an immigration attorney or an immigrant assistance organization accredited by the Board of Immigration Appeals before making foreign travel plans.

If You Have a Pending Form I-485

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002



USCIS Contact Center: www.uscis.gov/contactcenter

FORM I-797 (REV. 08/01/16)

Scanned with CamScanner

שם לב - פרט להתימה אינך רשות לרשום בעצמך דבר בדרכון זה

שם במלואו

או השם הקודם

Name in full
or former name

Maiden name

עשם הנעורים

Passport valid for    All countries כל הארצות    הדרכון תקף

Signature of bearer    חתימת בעל הדרכון

On receipt of passport    תיכף את הדרכון
sign here     חתום כאן

amended - see page    שונה - ראה עמוד

PASSPORT  דרכון            STATE OF ISRAEL        מדינת ישראל

Type / סוג        Code of State / קוד המדינה        Passport No / מס הדרכון
P /  ד                    ISR                      225700064

Surname  שם משפחה
GREEN                                              גרין

Given name  שם פרטי
MICHAEL                                            מיכאל

Nationality  הזהות
ISRAELI                                           ישראלית

Date of birth  תאריך הלידה
15/08/1986                                        3-0772620-8

Sex /  מין      Place of birth  מקום הלידה
M /  ז          USSR                              ברית המועצות

Date of issue / תאריך הנפקה                       Date of expiry / בתוקף עד
15/01/2016                                        14/01/2026

Authority - I.C. Passport at  מנפיק
WASHINGTON                                         וושינגטון

P<ISRGREEN<<MICHAEL<<<<<<<<<<<<<<<<<<<<<<<<<<
2257000064<8ISR8608158M26011463<0772620<8<<<58