IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GUZZARDI SCARVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g) via 42 U.S.C §1383(c)(3) of an adverse decision dated September 22, 2022 of the defendant which became final on February 1, 2023, and bears the following caption:

**In the case of:**  
**Guzzardi Scarver**  
**(Claimant)**  
**SSN XXX-XX-8757**

**Claim for**:  
**Supplemental Security Income**  
**BNC # 21CU887F75506**

2. Plaintiff is a resident of Clayton County, Riverdale, GA.

WHEREFORE, Plaintiff seeks a judgment for such relief as may be proper, including costs and attorney's fees. Specifically, Plaintiff requests that this case be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g).

/s/ Ashish A. Agrawal  
Ashish A. Agrawal, Esquire  
GA Bar No. 165022  
Chermol & Fishman, LLC  
11450 Bustleton Avenue  
Philadelphia, PA 19116-2809  
Telephone: (215) 464-7200  
FAX: (215) 464-7224  
E-mail: ashish@ssihelp.us  
Attorney for Plaintiff

*This complaint is written in conformity with the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405 (g), Rule 1, effective December 1, 2022.*