## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § § | |
| MAURICIO CHAVEZ, GIORGIO BENVENUTO and CryptoFX, LLC, | § § § | No. |
| *Defendants.* | § § | |
| CBT Group, LLC, | § § | |
| *Relief Defendant.* | § | |

## NOTICE OF FILING MISCELLANEOUS ACTION
## FOR REGISTRATION OF APPOINTMENT OF RECEIVER

For the purpose of registering his appointment as Receiver by another federal court, and enforcing his rights as Receiver, pursuant to Federal Rule of Civil Procedure 66, 28 U.S. Code § 754 and applicable local rules, the Receiver, John Lewis, Jr., by and through his attorneys Shook, Hardy & Bacon L.L.P., hereby files the attached documents originally filed in the Southern District of Texas, Houston Division, Case No. 4:22-CV-03359:

- Complaint

- Plaintiff's Motion for Preliminary Injunction Ex Parte Temporary Restraining Order, Asset Freeze, Appointment of Receiver, and Other Ancillary Emergency Relief, and Brief in Support

- Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Prohibiting the Destruction of Documents; (3) Granting Expedited Discovery; (4) Requiring Sworn Accounting; (5) Permitting Alternative Means of Service; and (6) Setting Hearing Date of Plaintiff's Motion for Preliminary Injunction

- Order on Preliminary Injunction;

- Order Appointing Receiver.

This the 4th day of April, 2023.

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

_/s/ Caroline M. Gieser_
Caroline M. Gieser
GA Bar # 167916
cgieser@shb.com
1230 Peachtree St., Suite 1200
Atlanta, GA 30309
(t) (470) 867-6000
(f) (470) 867-6001

**_Counsel for Court Appointed Receiver_**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 4th day of April, 2023, the above and foregoing document was filed electronically through the CM/ECF system, and served by e-mail and U.S. Postal Service addressed as follows:

Matthew J. Gulde
UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:   817.978.1410
Facsimile:   817.978.4927
guldem@sec.gov

*Attorney for Plaintiff*
*U.S. Securities and Exchange*
*Commission*

Paul D. Flack
PRATT &FLACK, LLP
4306 Yoakum Blvd., Suite 500
Houston, TX 77006
Telephone: 713.705.3087
pflack@prattflack.com

*Counsel for Defendant Mauricio*
*Chavez*

Dan L. Cogdell
Cogdell Law Firm, PLLC
1000 Main Street, Suite 2300
Houston, TX  77002
Telephone:  713.426.2244
Dan@cogdell-law.com

*Attorney for Defendant,*
*Giorgio Benvenuto*


*/s/ Caroline M. Gieser*
Caroline M. Gieser
GA Bar # 167916

3