United States Courts Southern
District of Texas
FILED

*September 19, 2022*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. **4:22CV3359** |
| | ) **UNSEALED 9/29/2922** |
| v. | ) |
| | ) **FILED UNDER SEAL** |
| MAURICIO CHAVEZ, | ) JURY TRIAL DEMANDED |
| GIORGIO BENVENUTO, and | ) |
| CRYPTOFX, LLC, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CBT GROUP, LLC, | ) |
| | ) |
| Relief Defendant. | ) |

## COMPLAINT

Plaintiff Securities and Exchange Commission (the "SEC" or "Commission") alleges:

## NATURE OF THE ACTION

1.     The Commission brings this action to halt an ongoing, multi-million dollar securities fraud directed at Latino investors being perpetrated by Mauricio Chavez, Giorgio "Gio" Benvenuto, and CryptoFX, LLC ("CryptoFX") (collectively, "Defendants").

2.     Targeting the Latino community, Chavez has used the attraction and novelty of crypto assets to solicit money from unsophisticated investors with no previous knowledge of the crypto asset markets.  Since 2020, Chavez has raised more than $12 million from as many as 5,000

investors by offering to trade their funds on crypto asset and foreign exchange markets.[1] Chavez vastly overstates actual and potential returns, and then instructs investors to sign a short contract labeled a Venture Agreement, which outlines the amounts of their investments, their anticipated returns, and the dates of return payments.

3.     Instead of actually using investor funds to purchase and trade crypto or foreign exchange assets, Chavez has misappropriated the majority of investor money to fund his unrelated real estate company and his extravagant lifestyle, maintaining the illusion of CryptoFX's prosperity through significant Ponzi payments.  Chavez and Benvenuto have also diverted several million dollars in investor funds to the Relief Defendant, CBT Group, LLC ("CBT Group"), a real estate development company they co-own.

4.     In addition, Chavez functioned as an unregistered investment adviser and deceived at least 70 clients about his own trading expertise.  Starting in May 2020, Chavez formed the "elite" Founders Circle classes for select CryptoFX investors to allegedly teach them how to use Chavez's personalized trading strategies to achieve greater investment returns.  But Chavez's strategies did not achieve greater investment returns.  After teaching them how to create and open digital wallets, Chavez made Ponzi payments to the Founders Circle investors to provide the illusion that they had achieved significant trading returns when they had not.

5.     Through their actions, Defendants violated, and unless enjoined will continue to violate, the antifraud provisions of the federal securities laws, namely Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)].  Chavez and CryptoFX, additionally, violated Sections 5(a) and 5(c) of the Securities Act

---

[1] The financial allegations in this Complaint are based on a review of Defendants' accounts between January 2020 and August 2022 (the "Relevant Period").

2

[15 U.S.C. §§ 77e(a), 77e(c)], and Chavez violated Sections 206(1) and (2) of the Advisers Act [15 U.S.C. §§ 80b-6(1)-(2)].

6.     To protect the public from further fraudulent activity, the SEC brings this action against Defendants and seeks:  (i) permanent injunctive relief; (ii) disgorgement of ill-gotten gains from Defendants and the Relief Defendant, plus prejudgment interest; and (iii) civil penalties. Because of the ongoing nature of the fraudulent offerings and the risk of asset dissipation, the Commission also seeks against Defendants emergency relief, including a temporary restraining order, an asset freeze, appointment of a receiver, an accounting, and orders expediting discovery, permitting alternative means of service, and prohibiting alteration or destruction of documents.

## DEFENDANTS

7.     **Mauricio Chavez** is 41 years old and resides in Houston, Texas.  He is the founder and CEO of CryptoFX, LLC.  Chavez is also a founder and principal of Relief Defendant CBT Group, LLC.  Chavez, who appears to have worked as a landscaper before starting CryptoFX, has no known background, education, or training in trading, investment management, or real estate. Chavez is not registered with the Commission in any capacity.

8.     **Giorgio Benvenuto** is 55 years old and resides in Houston, Texas.  He is a founder, principal, and manager of CBT Group, LLC.  Benvenuto is not registered with the Commission in any capacity.

9.     **CryptoFX, LLC** is a Texas limited liability company with its principal place of business in Houston, Texas.  According to its website, CryptoFX is a "cryptocurrency learning academy" that holds in-person and online classes about crypto assets and blockchain technologies. CryptoFX is not registered with the Commission.

3

**RELIEF DEFENDANT**

10.      **CBT Group, LLC** is a Texas limited liability company with its principal place of business in Houston, Texas.  Chavez is a co-founder and the majority owner, and Benvenuto is a co-founder and minority owner.  CBT Group is a real estate development company focused on acquiring and developing residential properties in and around Houston, Texas.

**JURISDICTION AND VENUE**

11.      The Commission brings this action pursuant to authority conferred upon it by Sections 20(b) and 20(d) of the Securities Act [15 U.S.C. §§ 77t(b) and 77t(d)], Sections 21(d) and 21(e) of the Exchange Act [15 U.S.C. §§ 78u(d) and 78u(e)], and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)].

12.      This Court has jurisdiction over this action pursuant to Sections 20(b), 20(d), and 22(a) of the Securities Act [15 U.S.C. §§ 77t(b), 77t(d), and 77v(a)], Sections 21(d), 21(e), and 27 of the Exchange Act [15 U.S.C. §§ 78u(d), (e), and 78aa], and Section 214 of the Advisers Act [15 U.S.C. § 80b-14].

13.      The defendants offered and sold investments pursuant to contracts labeled Venture Agreements.  In an effort to avoid acknowledging that CryptoFX is an investment company, Defendants characterized these investments as loans to CryptoFX.  Defendants' offerings are securities because they fall under the description of notes and investments contracts, respectively, under Section 2(a)(1) of the Securities Act [15 U.S.C. § 77b(a)(1)] and Section 3(a)(10) of the Exchange Act [15 U.S.C. § 78c(a)(10)].  Additionally, Chavez acted as an investment adviser under Section 202(a)(11) of the Advisers Act because he earned compensation as CryptoFX's portfolio manager.

4

14.     In connection with the conduct described in this Complaint, Defendants, directly or indirectly, made use of the mails or the means or instruments of transportation or communication in interstate commerce by, among other means, soliciting investments via the internet and accepting investor deposits via wire transfer.

15.     Venue is proper in this District because, at all relevant times, Defendants were located in and conducted business in this District, and the individual Defendants resided in this District. Further, acts, transactions, and courses of business constituting violations of the federal securities laws alleged in this Complaint occurred within this District, including but not limited to Defendants' solicitations of investors and the acceptance and disbursement of investor funds.

## FACTUAL ALLEGATIONS

### I.     Chavez Formed CryptoFX in February 2020

16.     In or around February 2020, Chavez formed CryptoFX. Although Chavez had no formal education or training in securities trading or investments, including in crypto assets, Chavez created CryptoFX with the stated goal of educating the Latino community about the crypto asset space. At all relevant times, Chavez owned and controlled CryptoFX, directed the activities of its employees, and personally handled its banking and trading transactions.

17.     Initially, CryptoFX offered daily, in-person classes before shifting to virtual classes after the COVID-19 pandemic started. The class packages ranged in cost from $499.99 to $1,499.99. Chavez used the classes to solicit potential investors, telling them that he wanted to "empower the common man" and create wealth within the Latino community.

18.     Chavez and CryptoFX solicited students with the purported intention of teaching them about blockchain technology and digital assets generally, how to open digital wallets, and how to begin trading crypto assets for themselves. Existing students were then solicited for

investments pursuant to the Venture Agreements. CryptoFX also accepted funds from investors seeking to have CryptoFX make crypto trades for them. Although CryptoFX used student solicitations to obtain more investment funds, Chavez admitted under oath that the majority of CryptoFX's business came from investors giving CryptoFX money to invest for them pursuant to the Venture Agreements. Notably, some of the most recent online and in-person solicitations do not even mention the purported classes.

19.  As noted above, CryptoFX recorded these investments in documents titled "Venture Agreement CryptoFX, LLC." The Venture Agreements generally set forth the amounts of investments and a schedule for repayments to investors. Chavez personally drafted, reviewed, and approved the Venture Agreements.

20.  The precise form of the Venture Agreements varied over the 5,000 investors who signed up. Even though the vast majority of in-person and on-line solicitations took place in Spanish, the Venture Agreements are in English.

21.  To raise more money from investors, CryptoFX established a referral program in which existing investors ("Sponsors") would receive 7% of any referral investor's investment amount as a "direct sponsor" payment. In addition, Sponsors would receive 3% of any future investments that a referral investor solicited. Recently, CryptoFX has begun holding seminars for its referral network participants to recruit new investors. At these seminars, CryptoFX representatives have solicited investors by claiming that Chavez has generated positive returns through crypto asset trading. In addition, CryptoFX brings in current investors at these seminars to rave about their investment returns. When one seminar attendee questioned the source of the returns, he was ejected from the seminar by CryptoFX representatives, who were hostile to the attendee and followed him to his car.

6

22. CryptoFX has held, and continue to hold, investment seminars throughout the U.S., including in Houston, New Orleans, Chicago, Waco, Fort Worth, North Carolina, and California, in which they solicit investments in CryptoFX. Representatives of CryptoFX do not allow potential investors to take photographs or videos of the CryptoFX presentations.

## II.    Defendants Solicit Investments Using False Statements and Material Omissions

23. CryptoFX touts false claims of exorbitant investor returns to solicit investors. In a recent example, Chavez spoke to a group of potential investors at a Crowne Plaza hotel in Houston in August 2022, and claimed that CryptoFX had "literally made over five millionaires in the last year."

24. Some Venture Agreements, issued by CryptoFX in or around May 2021, stated that "WE ARE TAKING YOUR MONEY AND INVESTING IT IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION." As described below, the vast majority of investor funds, in fact, went to purposes unrelated to crypto asset investments, including real estate acquisition and development, personal spending, and to make Ponzi payments.

25. Other Venture Agreements, issued by CryptoFX in or around May 2020, state that an investor "WILL BE RECEIVING REWARD FOR MY CONTRIBUTION IN THE FORM OF BITCOIN" with options of payments every one, three, six, or twelve months. These Venture Agreements included the following guarantee: "IN THE EVENT THAT CRYPTOFX, LLC LOSES THE MONEY OR CANNOT CONTINUE TO FULFILL PAYMENTS, CRYPTOFX, LLC AGREES TO REPAY TOTAL PRINCIPAL AMOUNT CONTRIBUTED IN A PERIOD NO LATER THEN 24 – 36 MONTHS WHICH BOTH PARTIES HAVE AGREED TO BE

SETTLED OUTSIDE OF ANY COURTS." In fact, as Chavez and CryptoFX knew, actual crypto asset investment proceeds were insufficient to make any such promise.

26. In fact, CryptoFX used a PowerPoint presentation to solicit investors in classes that included a table of potential earnings that showed investors earning back half of their investments in profits in three months and 90% in six months. Chavez claims that these potential numbers are based on the previous performance of CryptoFX, but he knew that actual crypto asset trading proceeds were insufficient to make any such forecast.

27. CryptoFX's Venture Agreements contemplate only contributions for crypto trading education and investments in crypto assets. The Venture Agreements do not disclose that investor funds will be used in connection with unrelated purposes such as real estate investment or to make Ponzi payments. The Venture Agreements also do not disclose any compensation to the company or Chavez personally.

28. In presentations to potential investors, Chavez claimed that he was a crypto asset expert with years of cryptocurrency trading experience. CryptoFX's website claimed that classes would be taught by "industry practitioners with over 20 years of experience combined." These claims were false. Neither Chavez nor CryptoFX's co-founders had any professional experience, education, or training in the crypto asset space. Likewise, the Defendants never disclosed that the vast majority of the funds contributed by investors were actually being used for unrelated purposes, personal spending, and Ponzi payments as described below. Similarly, the Defendants never disclosed that less than 10% of investor funds was ever used in crypto asset or foreign exchange trading.

8

III. **Defendants Invested Very Little Investor Funds in Crypto Assets and Foreign Exchange Trading.**

29.     Although Defendants represented that CryptoFX investor funds would be used to conduct crypto asset and foreign exchange trading, very little of the investor funds were actually used for that purpose.  Of the more than $12 million raised from investors by CryptoFX between February 2020 and August 2022, less than $1 million of those funds were used to conduct crypto asset or foreign exchange trading.

30.     Defendants misrepresented that investor funds would be used to trade crypto assets and concealed the fact that they were using investor funds to make Ponzi payments that were disguised as trading returns.

IV. **Defendants Have Misappropriated the Vast Majority of Investor Funds**

   a. **Real Estate Projects and Investor Funds Diverted to CBT Group**

31.     CryptoFX used a significant portion of investor funds to make undisclosed investments in real estate property and development, instead of trading on crypto or foreign exchange markets.  During the Relevant Period, the Defendants and Relief Defendant paid a combined $6,371,444 to title companies, homebuilders, individuals, construction companies, engineering firms, architects, and other entities for the purchase and/or development of multiple properties – purposes wholly unrelated to the crypto asset and foreign exchange trading ventures solicited, offered, and sold to investors.

32.     Further, CBT Group had no source of income during the Relevant Period other than CryptoFX investor funds.  During that time, Chavez and Benvenuto diverted nearly $8 million in CryptoFX investor funds to CBT Group, with Benvenuto often requesting Chavez to transfer

9

investor funds to CBT Group and personally depositing investor checks into the CBT Group account. Benvenuto also recruited a friend of his to invest in CryptoFX and then asked Chavez to have her make out her investment payment to CBT Group. Benvenuto had invested in CryptoFX himself and knew that CryptoFX Venture Agreement did not disclose that funds would be diverted to CBT Group.

33.     Of the nearly $8 million in CryptoFX investor funds received by CBT Group, Benvenuto and Chavez used at least $4.8 million for the acquisition and the development of various real estate properties.

34.     For its part, CryptoFX directly spent $1,563,953 of investor funds on real estate, purchasing various personal properties and homes, including $540,000 to purchase a single family residence in the name of Chavez's wife.

35.     In addition to the real estate diversion described above, and the Ponzi payments described below, CBT Group also spent CryptoFX investor funds on legal fees ($826,188), loan payments for a bridge loan ($122,000), office rent ($90,000), furniture ($55,487), security services ($27,848), and retail purchases ($23,997).

36.     Defendants did not disclose these unauthorized uses of CryptoFX investor funds to investors. Throughout the Relevant Period, Chavez and Benvenuto knew that they were diverting funds obtained from investors instead of making trades on crypto asset and foreign exchange markets as promised.

**b. Ponzi Payments**

37.     In soliciting investors to invest with CryptoFX, Chavez and CryptoFX claim to have made crypto-trading millionaires out of several of their investors. In reality, Defendants have

distributed a total of $2,722,602 in putative "returns" to investors during the Relevant Period – and the vast majority of this distribution was sourced from funds of new investors.

38.     Of the $2,722,602 that has been distributed, $1,454,602 was paid from CryptoFX accounts and $1,268,000 was paid from CBT Group accounts.  The CryptoFX and CBT Group accounts used to make investor distributions were comprised almost entirely of investor funds, not profits earned from trading.  In all, during the Relevant Period, 98% of the payments to investors ($2,671,602) were Ponzi payments sourced with investor or commingled investor funds.  Chavez and Benvenuto knew, or were severely reckless in not knowing, that they were paying CryptoFX investors "returns" with new investors' funds.

39.     By using new investor funds to pay "returns" to older investors, CryptoFX deceived investors into thinking that CryptoFX was successfully trading their money.  CryptoFX then used those unwitting investors to praise the company during live seminars with potential investors.

**c. Chavez's Personal Spending**

40.     Chavez also used at least $1,446,953 of investor funds to pay for additional expenses unrelated to crypto asset and foreign exchange transactions, including $460,594 on cars, $267,623 in credit card payments, $196,513 on retail purchases (including $100,000 at luxury retailers such as Saks Fifth Avenue), $181,996 paid to the Post Oak Hotel (apparently for Chavez's residence in the luxury hotel), $110,358 on travel, $100,935 at restaurants, over $19,000 on jewelry, and over $15,000 at adult-entertainment establishments.  In addition, upon information and belief, the SEC staff believes that Defendants used $30,000 of CryptoFX investor funds to purchase a hair salon in Houston.

41.     Chavez did not disclose to investors these unauthorized uses of CryptoFX investor funds.  Throughout the Relevant Period, Chavez knew that he and CryptoFX were diverting funds

obtained from investors who thought they were making investments in crypto asset and foreign exchange trades.

## V. Chavez Acted as an Investment Adviser and Defrauded CryptoFX and individual clients.

42. Chavez was engaged in the business of advising others as to the value of securities or as to the advisability of investing in, purchasing, or selling securities. Chavez acted as CryptoFX's portfolio adviser, with sole authority for CryptoFX's pooled assets and its investments. Exercising this authority, Chavez traded investor funds in various crypto asset securities.

43. In exchange for trading CryptoFX funds, Chavez received compensation by misappropriating CryptoFX's funds.

44. Chavez knowingly misappropriated CryptoFX's assets by using them to pay personal expenses, to fund an unrelated business, and to make Ponzi payments to investors.

45. Chavez also established separate, individual advisory relationships based on his "mentorship" of the Founders Circle clients. In particular, Chavez provided personalized advice to these clients, advising them in connection with crypto asset trading, on several different forms of crypto assets.

46. Chavez knowingly misrepresented to individual Founders Circle members that his personalized advice and specialized trading strategies would generate the possibility of higher returns. In reality, Chavez knew that he was making the same trades for Founders Circle members as he did for other CryptoFX investors, which would result in the same returns. To disguise this fact from Founding Circle members, he paid Founders Circle members larger Ponzi payments. Chavez also knowingly misrepresented his background as an experienced trader with expertise in crypto assets.

12

47.     Engaging in these deceptions, Chavez violated his fiduciary duties to CryptoFX and Founders Circle members, who had engaged him to advise them in connection with securities transactions.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

**Violations of Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and
Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]**

*Against all Defendants*

48.     Plaintiff re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if set forth verbatim in this Claim.

49.     By engaging in the acts and conduct alleged herein, Defendants, directly or indirectly, in connection with the purchase or sale of securities, by the use of any means or instrumentality of interstate commerce, or of the mails, knowingly or with severe recklessness:

    a.    employed a device, scheme, or artifice to defraud; and/or

    b.    made an untrue statement of a material fact, or omitted to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and/or

    c.    engaged in an act, practice, or course of business which operated or would operate as a fraud or deceit upon any person.

50.     By reason of the foregoing, Defendants have violated, and unless enjoined will continue to violate, Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. §§ 240.10b-5].

## SECOND CLAIM FOR RELIEF

### Violations of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)]

*Against Defendants Chavez and CryptoFX, LLC*

51.    Plaintiff re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if set forth verbatim in this Claim.

52.    By engaging in the acts and conduct alleged herein, Defendants Chavez and CryptoFX, directly or indirectly, in the offer or sale of securities, by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, have:

a.  knowingly or with severe recklessness employed a device, scheme, or artifice to defraud; and/or

b.  knowingly, recklessly, or negligently obtained money or property by means of an untrue statement of a material fact or an omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and/or

c.  knowingly, recklessly, or negligently engaged in a transaction, practice, or course of business which operated or would operate as a fraud or deceit upon the purchaser.

53.    By reason of the foregoing, Defendants Chavez and CryptoFX have violated, and unless enjoined will continue to violate, Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)].

**THIRD CLAIM FOR RELIEF**

**Violations of Section 17(a)(1) and (3) of the Securities Act [15 U.S.C. § 77q(a)]**

***Against Defendant Benvenuto***

54.     Plaintiff re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if set forth verbatim in this Claim.

55.     By engaging in the acts and conduct alleged herein, Defendant Benvenuto, directly or indirectly, in the offer or sale of securities, by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, has:

          a.   knowingly or with severe recklessness employed a device, scheme, or artifice to defraud; and/or

          b.   knowingly, recklessly, or negligently engaged in a transaction, practice, or course of business which operated or would operate as a fraud or deceit upon the purchaser.

56.     By reason of the foregoing, Defendant Benvenuto has violated, and unless enjoined will continue to violate, Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)].

**FOURTH CLAIM FOR RELIEF**

**Aiding and Abetting Violations of Section 17(a) of the Securities Act
and Section 10(b) of the Exchange Act and Rule 10b-5(b) Thereunder**

***Against Defendant Benvenuto***

57.     Plaintiff re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if set forth verbatim in this Claim.

58.     By engaging in the conduct described above, Defendant Benvenuto knowingly or recklessly provided substantial assistance to Defendants CryptoFX and Chavez's violations of Section 17(a) of the Securities Act [15 U.S.C. § 77q] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

15

59. By reason of the foregoing, pursuant to Section 15(b) of the Securities Act and Section 20(e) of the Exchange Act, Defendant Benvenuto aided and abetted, and unless restrained and enjoined will continue to aid and abet, Defendants CryptoFX and Chavez's violations of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 [17 C.F.R. § 240.10b-5] thereunder.

## FIFTH CLAIM FOR RELIEF

### Violations of Sections 5(a) and (c) of the Securities Act [15 U.S.C. §§ 77e(a) & (c)]

### *Against Defendants Chavez and CryptoFX*

60. Plaintiff re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if set forth verbatim in this Claim.

61. By engaging in the acts and conduct alleged herein, Defendants, directly or indirectly:

   a. made use of the means or instruments of transportation or communication in interstate commerce or of the mails to sell, through the use or medium of any prospectus or otherwise, securities as to which no registration statement was in effect; and/or

   b. for the purpose of sale or delivery after sale, carried or caused to be carried through the mails or in interstate commerce, by means or instruments of transportation, securities as to which no registration statement was in effect; and/or

   c. made use of means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell, through the use or medium

16

of any prospectus or otherwise, securities as to which no registration statement had been filed.

62. By engaging in the conduct described above, Defendants have violated, and unless enjoined will continue to violate, Sections 5(a) and 5(c) of the Securities Act [15 U.S.C. §§ 77e(a) and (c)].

## SIXTH CLAIM FOR RELIEF

### Violations of Sections 206(1) and (2) of the Advisers Act
### [15 U.S.C. §§ 80b-6(1), (2)]

#### *Against Defendant Chavez*

63. Plaintiff re-alleges and incorporates paragraphs 1 through 47 of this Complaint by reference as if set forth verbatim in this Claim.

64. By engaging in the acts and conduct alleged above, Defendant Chavez, directly or indirectly, by the use of the mails or any means or instrumentality of interstate commerce, while acting as an investment adviser within the meaning of Section 202(a)(11) of the Advisers Act [15 U.S.C. § 80b-2(a)(11)], has: (a) employed a device, scheme, or artifice to defraud a client or prospective client; and/or (b) engaged in a transaction, practice, or course of business which operated as a fraud or deceit upon a client or prospective client.

65. With regard to the violations of Section 206(1) of the Advisers Act, Defendant Chavez engaged in the conduct intentionally or with severe recklessness. With regard to the violations of Section 206(2), Defendant Chavez engaged in the conduct at least negligently.

66. By reason of the foregoing, Defendant Chavez has violated, and unless enjoined will continue to violate, Sections 206(1) and (2) of the Advisers Act [15 U.S.C. §§ 80b-6(1)-(2)].

## SEVENTH CLAIM FOR RELIEF

Equitable claim against Relief Defendant

*Against Relief Defendant CBT Group, LLC*

67.     The Commission repeats and re-alleges Paragraphs 1 through 47 of the Complaint as if fully set forth herein.

68.     CBT Group, LLC, directly or indirectly, received funds or assets, or benefitted from the use of funds or assets, which are proceeds of the unlawful activity alleged above.  It received funds, assets, and/or property, directly or indirectly, from Defendants that were obtained as a result of the securities law violations described herein.

69.     CBT Group, LLC has no legitimate claims to such funds, assets, and/or property received, or from which they otherwise benefitted, directly or indirectly.

70.     The Commission is entitled to an order, pursuant to common law equitable principles – such as disgorgement, unjust enrichment, and constructive trust – and pursuant to Section 21(d)(5) of the Exchange Act [15 U.S.C. § 78u(d)(5)], requiring CBT Group, LLC to disgorge all of the funds, assets, or property they received, either directly or indirectly, from Defendants that were derived from the illegal activities described above.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that the Court enter a judgment:

1.     Permanently enjoining Defendant Chavez from violating Sections 5(a), 5(c), and 17(a) of the Securities Act [15 U.S.C. §§ 77e(a) and (c) and 77q(a)], Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], and Sections 206(1) and 206(2) of the Advisers Act  [15 U.S.C. §§ 80b-6(1)-(2)];

2.     Permanently enjoining Defendant CryptoFX, LLC from violating Sections 5(a), 5(c), and 17(a) of the Securities Act [15 U.S.C. §§ 77e(a) and (c) and 77q(a)], and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5];

3.     Permanently enjoining Defendant Benvenuto from violating Section 17(a) of the Securities Act [15 U.S.C. §§ 77q(a)] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], or in the alternative, from aiding and abetting Chavez and CryptoFX's violations of Section 17(a) of the Securities Act, and Section 10(b) of the Exchange Act and Rule 10b-5 thereunder;

4.     Permanently enjoining Defendants Chavez and Benvenuto from participating in the issuance, offer, or sale of any security, provided, however, that such injunctions shall not prevent Chavez or Benvenuto from purchasing or selling securities for their own personal accounts;

5.     Permanently enjoining Defendants Chavez and Benvenuto from serving as an officer or director of any issuer required to file reports with the SEC under Section 12(b), 12(g), or 15(d) of the Exchange Act [15 U.S.C. §§ 78l(b), 78l(g), and 78o(d)] pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)];

6.     Ordering the Defendants and Relief Defendant to disgorge ill-gotten gains as a result of the violations alleged herein, plus prejudgment interest on those amounts;

7.     Imposing civil penalties against Defendants pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)], Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)], and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)] for violations of the federal securities laws as alleged herein;

8.     Imposing such other and further relief as the Court may deem just and proper.

Dated:  September 19, 2022          Respectfully submitted,

                                   UNITED STATES SECURITIES AND
                                   EXCHANGE COMMISSION

                                   Matthew J. Gulde
                                   Illinois Bar No. 6272325
                                   United States Securities and
                                   Exchange Commission
                                   Burnett Plaza, Suite 1900
                                   801 Cherry Street, Unit 18
                                   Fort Worth, TX  76102
                                   Telephone:  (817) 978-1410
                                   Facsimile:  (817) 978-4927
                                   guldem@sec.gov

                                   *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | **UNSEALED 9/29/2022** |
| ) | **FILED UNDER SEAL** |
| **MAURICIO CHAVEZ,** ) | JURY TRIAL DEMANDED |
| **GIORGIO BENVENUTO, and** ) | |
| **CryptoFX, LLC,** ) | |
| ) | |
| Defendants, ) | |
| ) | |
| **CBT GROUP, LLC,** ) | |
| ) | |
| Relief Defendant. ) | |

## APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, *EX PARTE* TEMPORARY RESTRAINING ORDER, ASSET FREEZE, APPOINTMENT OF RECEIVER, AND OTHER ANCILLARY EMERGENCY RELIEF AND BRIEF IN SUPPORT

The U.S. Securities and Exchange Commission submits the attached appendix in support

of its Motion for Preliminary Injunction, *Ex Parte* Temporary Restraining Order, Asset Freeze,

Appointment of Receiver, and Other Ancillary Emergency Relief and Brief in Support. The

appendix contains:

| DESCRIPTION | APPENDIX CITATION |
|---|---|
| **Declaration of Jillian R. Harris** | APP. 001 - 012 |
| **Ex. A – Chavez Testimony Excerpts** | APP. 013 - 055 |
| **Ex. B – Chavez Declaration** | APP. 056 - 060 |
| **Ex. C – Benvenuto Testimony Excerpts** | APP. 061 - 090 |
| **Ex. D – CryptoFX Presentation Deck** | APP. 091 - 105 |
| **Ex. E – CryptoFX Venture Agreement** | APP. 106 - 109 |
| **Ex. F – Benvenuto & Chavez WhatsApp Excerpts** | APP. 110 - 113 |
| **Ex. G – Founders Circle Venture Agreement** | APP. 114 - 116 |
| **Ex. H – Chavez's Coinbase Records** | APP. 117 - 158 |
| **Ex. I – CryptoFX Venture Agreement** | APP. 159 - 160 |
| **Ex. J – CryptoFX Venture Agreement in Spanish** | APP. 161 - 162 |
| **Ex. K – CryptoFX Academy 2022 Flyer** | APP. 163 - 164 |
| **Ex. L – CryptoFX Academy Conference Transcript Excerpts** | APP. 165 - 186 |
| **Ex. M – Team 1 Million Photo** | APP. 187 - 189 |
| **Ex. N – CryptoFX's Facebook Page** | APP. 190 - 211 |
| **Ex. O – CryptoFX Registration Survey Site** | APP. 212 - 216 |
| | |
| **Declaration of Carol Hahn** | APP. 217 - 227 |
| **Ex. A – CryptoFX and CBT Group Bank Account Summaries** | APP. 228 - 229 |
| **Ex. B – Maurizzio Group Account Activity** | APP. 230 - 231 |
| **Ex. C – CBT Group Account Activity** | APP. 232 - 233 |
| | |
| **Declaration of Omar Xavier** | APP. 234 - 236 |
| **CryptoFX Website Capture** | APP. 237 - 240 |

DATED: _Sept, 19_ , 2022          Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

Matthew J. Gulde
Illinois Bar No. 6272325
S.D. Texas Bar No. 1821299
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
Telephone: (817) 978-1410

2

Facsimile: (817) 978-4927
guldem@sec.gov

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| **vs.** § | |
| § **Civ. No.:** |
| **MAURICIO CHAVEZ, CRYPTOFX, LLC,** § | |
| **GIORGIO BENVENUTO,** AND § | |
| **CBT GROUP, LLC** § | |
| § | |
| Defendants, § | |
| § | |

## DECLARATION OF JILLIAN R. HARRIS

I, Jillian R. Harris, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, and that I am competent to testify to the matters stated herein. I have personal knowledge of the matters stated herein and if called as a witness would testify to them.

1.     I am currently employed as a Staff Attorney with the United States Securities and Exchange Commission (the "Commission"), Division of Enforcement in the Fort Worth Regional Office in Fort Worth, Texas. I have been employed by the Commission since 2021. Prior to joining the Commission, I was an attorney in private practice. I am a member in good standing of the State Bar of Texas.

2.     My official duties with the Commission include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been violated and assisting in the Commission's litigation of securities laws violations. This includes: (1) interviewing witnesses and taking sworn investigative testimony; (2) requesting and subpoenaing

documents from various individuals and entities; (3) reviewing and analyzing records of various entities and individuals; and (4) analyzing legal issues.

3.    As part of my official duties, I was involved in the Commission's investigation of Mauricio Chavez, CryptoFX, LLC, Giorgio Benvenuto and CBT Group, LLC (the "Defendants"), to determine whether they violated federal securities laws. I became involved in the investigation in approximately October 2021.

### Background

4.    In connection with the Commission's investigation, the Staff identified the following individuals and entities as relevant, and I understand that:

   a.    **CryptoFX, LLC** ("CryptoFX") is a cryptocurrency academy based in Houston, Texas. Beginning in or around January 2020, CryptoFX began selling securities in the form of investment packages in which CryptoFX would take investor money and trade it on cryptocurrency and/or foreign exchange platforms. CryptoFX is not registered with the Commission in any capacity, and has not filed a registration statement in connection with the offering of any securities.

   b.    **Mauricio Chavez** ("Chavez") is a 41-year old male who resides in Houston, Texas. He does not appear to have any formal education or experience in finance, crypto assets, trading, investments or securities. Chavez serves as the CryptoFX CEO, and the sole trader for the company. Chavez is not registered with the Commission in any capacity.

    c. **Giorgio Benvenuto** ("Benvenuto") is a 55-year old and resides in Houston, Texas. He is the friend and business partner of Chavez. In October 2020, he and Chavez co-founded CBT Group, LLC with Gabriel Torres.[1]

    d. **CBT Group, LLC** ("CBT Group") is a real estate development company based in Houston, Texas focused on multi-family residential development. Benvenuto served as a manager at CBT Group, and was responsible for CBT Group's real estate acquisitions and development. Chavez was responsible for providing capital to CBT Group; the investigation reveals all of CBT Group's capital came from CryptoFX investor funds.

5. In connection with the Commission's investigation, I took testimony from the Chavez and Benvenuto. I subpoenaed documents from the Defendants, and reviewed this information throughout the investigation. The documents produced by the CryptoFX and Chavez are Bates-labeled "CFX." The documents produced by Benvenuto and CBT Group are Bates-labeled "BENVENUTO."

6. In addition, I participated in witness interviews, obtained records from investors, subpoenaed documents from banks and other third parties, and reviewed various other documents and information related to the Defendants.

7. As part of the investigation, I took the sworn testimony of Chavez on February 10, 2022 via WebEx. The relevant excerpts of his testimony transcript are attached as **Exhibit A**

8. After negotiating a second testimony date on June 8, 2022, Chavez's counsel told the Staff he would refuse to testify, citing his privilege against self-incrimination under the Fifth

---

[1] We found no evidence that Gabriel Torres, who owns 5% of CBT Group, mislead investors or misappropriated investor funds.

Amendment. He agreed to sign a declaration to that effect that included a list of the matters on which he would assert his privilege. A true and correct copy of his declaration is attached hereto as **Exhibit B**.

9. As part of the investigation, I also took the testimony of Benvenuto on May 12, 2022 via WebEx. The relevant excerpts of his testimony transcript are attached as **Exhibit C**.

## CryptoFX Solicitation and Misappropriation of Funds

10. During the course of my investigation, I found that CryptoFX and Chavez solicited investments – promising investors they could get them between 20-50% returns by trading their money on cryptocurrency and foreign exchange markets. A true and correct copy of an exemplar CryptoFX presentation deck is attached as **Exhibit D**. *See also* Benvenuto Test. 35:17 – 36:22; Declaration of Omar Xavier (*infra*). These investments were memorialized in the CryptoFX Venture Agreements. A true and correct copy of exemplar CryptoFX Venture Agreement is attached as **Exhibit E.**

11. In the course of this investigation, I learned CryptoFX and Chavez would solicit investors several ways. *First*, Chavez advertised CryptoFX as a "cryptocurrency learning academy" where students could learn about digital assets – once students signed up for classes, Chavez would pitch them to become investors based on his trading expertise. (*See, e.g.*, Chavez Test., 33:6 – 39:8; 85:10 – 92:12). *Second*, Chavez created the CryptoFX network referral program in which existing investors were paid to bring in new investors. (*See, e.g.*, Chavez Test., 92:20-93:25). Most recently, I have personally observed that CryptoFX has conducted frequent seminars for potential investors to gather and learn about the company. *Third*, I have also observed that CryptoFX advertises its trading services online (via e-mail and social media).

12.     During the investigation, I subpoenaed multiple banks records related to the defendants. These bank records revealed that Chavez raised at least **$12 million** in investor funds and traded less than 10 percent of the money on cryptocurrency and foreign exchange market platforms.

13.     In or around November 2020, Chavez and Benvenuto began to misappropriate CryptoFX investor funds by transferring funds to their real estate development company, CBT Group.  Chavez gave conflicting testimony about transferring CryptoFX investor money into the CBT Group accounts without disclosing this to CryptoFX investors, both admitting and denying that he diverted investor money to unrelated projects without investor knowledge.  (*See, e.g.,* Chavez Test., 144:3-7; 145:20; 160:12-162:20).  Chavez instructed these investors to make out their checks to CBT Group, so that he could funnel the money to the CBT Group account. (Benvenuto Test., 83:6-20).

14.     The investigation also revealed Benvenuto took an active role in the misappropriation. Benvenuto would consistently tell Chavez to "funnel" money to CBT Group, and to have the CryptoFX investor checks ready for him to deposit into the CBT Group account. The relevant excerpts of Benvenuto and Chavez WhatsApp messages are attached as **Exhibit F**. Benvenuto deposited the individual checks into the CBT Group account.  (Benvenuto Test., 82:20-84:5).  Despite this, in sworn testimony, he stated he did not know where the checks were from but it was probably from "people related to the CryptoFX side of [Chavez's] business." (*Id.* at 83:16-19).

15.     Together, the defendants misappropriated a substantial portion of the money -- approximately over $7 million to CBT Group.  It does not appear Chavez or Benvenuto ever disclosed the use of these funds to CryptoFX investors.

16.     The bank records also reveal Chavez used a significant amount of investor funds on his luxurious lifestyle. Since 2020, Chavez has spent $428,100 on car purchases, $260,607.07 on credit card purchases, and $222,052.36 on luxury retail purchases.

### Chavez's Investment Adviser Activity

17.     In the course of the investigation, I learned Chavez started a series of special classes he called the Founders Circle. (Chavez Test., 49:2-50:22).   He pitched these classes as the opportunity to get personalized advice from him on trading and get his specialized trading strategy, which would give investors the opportunity to generate greater returns.  (*Id.*).

18.     Students would sign up, using the standard Venture Agreement, but Chavez would designate their agreement with a "FC" for Founder Circle. A true and correct copy of an exemplar Founders Circle agreement is attached as **Exhibit G**.

19.     During these classes, Chavez would have students open up a digital wallet on a crypto asset platform, and teach them to execute what he purported were specialized trades on the crypto asset trading platforms. The facts reflect that he taught these students to execute trades in several crypto assets including XRP. (Chavez Test., 170:21 - 171:20); A true and correct copy of Chavez's Coinbase records are attached as **Exhibit H**.

20.     However, Chavez admitted these trades were not any different from the trades he executed for the non-Founders Circle classes.  (Chavez Test., 78:17 – 81:12).  To give the illusion of greater profits, Chavez simply paid the Founder Circle students greater Ponzi payments into their digitial wallets.  (Chavez Test., 78:17 – 81:12; 82:13 – 83:21).

## Ongoing Solicitation

*Witnesses*

21.      As part of the investigation, I also interviewed witnesses about CryptoFX's current solicitation. On August 10, 2022, I spoke on the phone with Omar Xavier, a New Orleans, Louisiana resident. (*See* Xavier Dec.)  He explained his friend told him about CryptoFX and described it as an investment company that could get you tax free, cash returns through cryptocurrency trading.  He stated that at his friend's invitation, he went to a seminar on June 6, 2022 to learn more about the company. The seminar was at a Ramada in New Orleans, and was attended by at least 100 people. At the seminar, CryptoFX representatives were soliciting new investors, telling people they could make returns through cryptocurrency trading if they signed up, and were trying to sign up people at the seminar with a simple contract that only asked for their name and address. Xavier explained that the CryptoFX representatives asked for cash payments, and he knew several people who told him the company pays out its returns in cash exclusively.

22.      On August 17, 2022, I spoke with a prospective investor on the phone.  This prospective investor explained that they learned of CryptoFX through word of mouth from certain family members.  They heard that CryptoFX was a way to make money fast through cryptocurrency, and the company promised to double one's investment.  It was their understanding investors could get such returns in six months, and that it was an all-cash operation.  In or around June 2022, this prospective investor's family members attended a CryptoFX seminar, and invested at the meeting.  The prospective investor did not attend the meeting, but did speak with family members about the meeting.  The meeting was held at 6859 W Addison Chicago, IL 60634. According to the prospective investor's family members, the line was out the door to get into the meeting space. The prospective investor stated they were familiar with the location, and that it was

a "dingy office space," and there was nothing to indicate that it was CryptoFX's offices. The prospective investor stated that this location had been abandoned for a long time.

23.     This prospective investor provided the Staff with three documents. The first document is a redacted Venture Agreement. A true and correct copy of this is attached as **Exhibit I**. The second document is a redacted CFX Lifestyle invoice dated June 3, 2022 for $5,000.[2] A true and correct copy is attached as **Exhibit J**. The third document is a CryptoFX Academy 2022 flyer. A true and correct copy is attached as **Exhibit K**.

24.     Also on August 17, 2022, I spoke a second prospective investor on the phone. The prospective investor learned about a company called CFX Lifestyle from their aunt in April 2022. The aunt initially invested $10,000 and was getting $4,500 cash returns every three months. Typically, the aunt had to go to Houston to pick up her cash returns.

25.     The prospective investor thought it sounded suspicious, but was curious, so they attended a CryptoFX meeting in Houston. They did not know the exact address of the meeting, but understood it to be at CryptoFX's offices. They stated that there were about 200 attendees, all of whom spoke Spanish, and the presentation was in Spanish. They also described the CFX Lifestyle "pitch" as the following: invest with the company, and in two years you will no longer need to work. CryptoFX tells people that if you put in $10,000 right now, you'll have $4,500 in three months, if you put that $4,500 back, you can get $14,000 in returns and so on. The presenters stated that they will invest your money in cryptocurrency day trading, and that you do not need legal documents to invest. They also stated that the money has to be in cash and they could not take investments through wire or check. The prospective investor said this did not make sense

---

[2] Based on our investigation, CryptoFX also promotes itself as CFX Academy, CFX Lifestyle LLC, CFX Academia.

because Bitcoin was going down in value, and they thought you needed an account to purchase cryptocurrency.

26.     This prospective investor also stated that existing investors got recruiting bonuses if they brought people to the meetings.

27.     Further, this prospective investor knew of others who have invested a lot of money into CFX Lifestyle. A relative of the prospective investor's aunt invested $100,000 into that company. Another relative of the aunt invested almost $1 million. This prospective investor also knows another investor that withdrew all of the money from his bank account (approximately $300,000) and invested it because he sees this as his retirement.

28.     After the meeting, this prospective investor investigated the company online, because they were afraid the company was going to disappear with people's money like other schemes.  The prospective investor thought it was strange that CFX Lifestyle did not have a website, and that they did have a Facebook page, but there was not much on there.[3] This investor raised concern with their aunt, who said that she spoke with the CFX Lifestyle CEO and he was a very nice person who was not running a scheme.

29.     The prospective investor's aunt also told them about another upcoming meeting in Waco, Texas the weekend of August 19, 2022, where they are charging $500 to learn about cryptocurrency day trading. According to the aunt, CFX Lifestyle holds seminars in Waco every Tuesday at 6:00 PM. There are also regular meetings held in Fort Worth.

*CryptoFX Seminars*

30.     In the course of this investigation, I watched videos of these seminars posted online. One video was posted to YouTube on August 10, 2022 and is entitled "CFX Academy Conferencia

---

[3] CryptoFX appears to currently have a website as described in paragraph 37.

Declaration of Jillian R. Harris

Page 9

En Houston Tx" (CFX Academy Conferencia En Houston Tx - YouTube). In the ninety-six minute

video, I observed what appears to be at least 100 people gather into a hotel room and listen to a

presentation on CryptoFX. Almost all of the presenters and attendees appear to be speaking

Spanish.

    31.    The Staff transcribed and translated this video. During the presentation, a

CryptoFX representative, Ismael Sanchez, discusses how CryptoFX is creating Latino

millionaires, stating: "We have already created more than 3-5 millionaires in 2 years." Sanchez

goes on to state that multiple people have left their jobs because of the money they are earning

through CryptoFX, and then introduces Chavez as the CryptoFX CEO. Chavez then takes over

the presentation and asks, "Who is a Latino who would like to become a millionaire?" He goes on

to discuss how CryptoFX is the path to financial freedom, and that "over 5,000 people make

$500,000" through CryptoFX and are using the money made from CryptoFX to buy houses, pay

down debts, and retire. Throughout the presentation, multiple people give "testimonials" related

to their success investing with CryptoFX. One woman, Adriana Ramirez, discusses how much

CryptoFX changed her life "immensely." She went on to describe how she worked in human

resources for 15 years, but after working with CryptoFX for six months, she and her husband

retired. She stated, "We live 100% [of] what CFX is." Another woman, Maria Chavez, presents

on her montly earnings, stating she's been earning returns of $5,000 for three months in a row.

The relevant excerpts of this transcript are attached as **Exhibit L**.

    32.    At no time during the Houston presentation, does Chavez or any other CryptoFX

representative tell potential investors that very little of investor funds are actually traded in the

crypto asset or foreign exchange markets or that most investor funds are misappropriated for

unrelated estate projects, Chavez's personal spending, and Ponzi payments back to prior CryptoFX investors.

33.     Another video, posted on August 11, 2022 is a Tik Tok video posted on YouTube entitled "CFX academy houston – YouTube" (CFX academy houston - YouTube). In the video, labeled "CFX Acdemy Houston," there is a man at the front of the room giving a presentation with a white board with dates and numbers – one of the dates is August 11, 2022, indicating that is the date of the presentation.  Throughout the video, the man presents in Spanish and continues to write on the whiteboard. The presentation is entirely in Spanish, however based on our investigation it appears he presenting how much in return payments CryptoFX investors should expect.

34.     Based on the investigation, it appears CryptoFX is holding seminars in Houston, New Orleans, Chicago, Waco, Fort Worth, North Carolina, and California.

35.     Throughout the investigation, I also found several pictures of the CryptoFX seminars posted online. One picture depicts about 20 individuals standing around Mauricio Chavez holding certificates stating "CFX Lifestyle, Team 1 Million". A true and correct copy of this photo is attached as **Exhibit M**.

*CryptoFX Website and Online Presence*

36.     In the course of the investigation, I found multiple examples of CryptoFX is online presence. As I described above, as recently as August, CryptoFX promoted itself on Tik Tok. CryptoFX also promotes itself via other social media outlets, including Facebook, Twitter and LinkedIn. A true and correct copy of CryptoFX's Facebook page is attached as **Exhibit N**.

37.     In addition, as of August 24, 2022, CryptoFX has a live website being used to solicit new investors: https://www.research.net/r/cfxlifestyle2022. This website includes a questionnaire requesting investors' information and payment via cash, Bitcoin, wire transfer, Zelle, contract

payment. The website also prompts investors to choose from a list of people, and give the "Name of your leader," presumably the CryptoFX respresentative who recruited the investor. One of the names, Ismael Sanchez, is the CryptoFX representative that presented at the August 2022 Houston seminar described in Paragraph 30. A true and correct copy of the screenshot of this website is attached as **Exhibit O**.

38. Chavez and CryptoFX are still soliciting investor funds and their fraud is ongoing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 15, 2022.

Jillian Harris

# Harris Declaration
# EXHIBIT A

APP0013

# EXHIBIT A

## FW-04464

# *Chavez, Mauricio - 02-10-2022*

### *2/10/2022 10:06 AM*

**Condensed Transcript**

**Prepared by:**

Harris, Jill
FW-04464

Sunday, August 28, 2022

| | Page 11 |
|---|---|
| 1 | THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
| 2 | |
| 3 | In the Matter of:  ) |
| 4 | ) File No. FW-04464-A |
| 5 | CRYPTOFX LLC    ) |
| 6 | |
| 7 | WITNESS: Mauricio Chavez |
| 8 | PAGES:   11 through 271 |
| 9 | PLACE:   Securities and Exchange Commission |
| 10 | 801 Cherry Street |
| 11 | Fort Worth, Texas 76102 |
| 12 | DATE:   Thursday, February 10, 2022 |
| 13 | |
| 14 | The above-entitled matter came on for hearing |
| 15 | via Webex, pursuant to subpoena, at 10:06 a.m. |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | Diversified Reporting Services, Inc. |
| 25 | (202) 467-9200 |

**Page 13**

C O N T E N T S

3  WITNESS:                  EXAMINATION
4  Mauricio Chavez                    15
5
6  EXHIBITS:     DESCRIPTION          IDENTIFIED
7  9      December 22, 2021 subpoena          21
8  10     December 22, 2021 CryptoFX subpoena     25
9  11     Roster of CryptoFX students        48
10 12     PowerPoint presentation            85
11 13     CryptoFX Student Agreement         106
12 14     Rodolfo Hernandez Lopez student contract 127
13 18     Fernandez text message             255

**Page 12**

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      JILLIAN HARRIS, ESQ.
5      JAMES ETRI, ASSISTANT REGIONAL DIRECTOR
6      JAMIE HAUSSECKER, PARALEGAL
7      Division of Enforcement
8      Securities and Exchange Commission
9      801 Cherry Street
10     Fort Worth, Texas 76102
11     (817) 900-2639
12     harrisji@sec.gov
13
14  On behalf of the Witness:
15     JOHN H. SKLAR, ESQ.
16     Magallon & Sklar, L.L.P.
17     500 Jefferson Street, Suite 2000
18     Houston, Texas 77002-7337
19     (713) 658-8500
20
21
22
23
24
25

**Page 14**

P R O C E E D I N G S

2      MS. HARRIS:  We are on the record at
3  10:06 a.m. Central Time on February 10th, 2020.
4      Will the witness please state his
5  name.
6      MR. CHAVEZ:  Mauricio Antonio
7  Chavez.
8      MS. HARRIS:  And, Mr. Chavez, will
9  you please spell that out for the court reporter?
10     MR. CHAVEZ:  Sure.  Mauricio,
11  M-A-U-R-I-C-I-O.  Antonio is A-N-T-O-N-I-O.
12  Chavez, C-H-A-V-E-Z.
13     MS. HARRIS:  Okay.  Mr. Chavez, do
14  you consent to taking an oath or affirmation to
15  tell the truth remotely via Webex rather than in
16  person?
17     MR. CHAVEZ:  Yes, ma'am.
18     MS. HARRIS:  And do you understand
19  this oath has the same effect as if it were
20  administered in person?
21     MR. CHAVEZ:  Yes, ma'am.
22     MS. HARRIS:  Okay.  Please raise your
23  right hand.
24     Do you swear to tell the truth, the
25  whole truth and nothing but the truth?

Page 15

1    MR. CHAVEZ: Yes, ma'am.
2 Whereupon,
3    MAURICIO CHAVEZ
4 was called as a witness and, having been first
5 duly sworn, was examined and testified as
6 follows:
7    EXAMINATION
8 BY MS. HARRIS:
9    Q    Okay. And do you understand that you
10 remain under oath throughout these proceedings
11 today?
12    A    Yes.
13    Q    Okay. So, as I said, my name is Jill
14 Harris. I'm a staff attorney here at the
15 Office -- at the Fort Worth Office of the SEC.
16 With me today are my Assistant Director, James
17 Etri, and my paralegal, Jamie Haussecker. They
18 are also Officers with the United States
19 Securities and Exchange Commission.
20    This is testimony in The Matter of
21 CryptoFX, LLC, Investigation Number FW-04464, to
22 determine whether there have been violations of
23 certain provisions of the Federal Securities
24 Laws. And also on the line is Mr. Chavez's
25 counsel, John Sklar.

Page 16

1    So, prior to opening up the record, Mr.
2 Chavez, you were provided a copy of the Formal
3 Order of Investigation in this matter. It will
4 be available for review during this proceeding.
5    Have you had an opportunity to review
6 the Formal Order?
7    A    Yes, ma'am.
8    Q    So, now I'm going to go over just some
9 protocol for the fact that we are appearing
10 virtually.
11    So, Mr. Chavez, do you agree to
12 disclose on the record all persons who are
13 present with you at the time -- at any time
14 during this testimony?
15    A    Yes.
16    Q    Other than your attorney Mr. Sklar, is
17 anyone else present with you now?
18    A    No, ma'am.
19    Q    Do you agree that you will not make,
20 receive or look at any communication with anyone
21 while on the record without disclosing that you
22 are doing so?
23    A    Yes, ma'am.
24    Q    So, this includes text messages --
25 excuse me, text messages and e-mails. Do you

Page 17

1 understand?
2    A    Yes, ma'am.
3    Q    Okay. We kind went through this
4 before, but I ask that everyone mute themselves
5 on breaks. You may disconnect the audio if you
6 prefer. We ask, however, that you do not exit the
7 Webex meeting. Please be mindful that while your
8 camera is on every participant will be -- still
9 be able to see you even if you can't see them.
10    We will be showing you documents
11 through the Webex platform. Do you agree that
12 you will not refer to or look at any documents,
13 electronic devices or other materials other than
14 what is disclosed on the record?
15    A    Yes.
16    Q    You need to look -- if you need to look
17 at anything other than the exhibits that I have
18 provided, please inform me on the record of the
19 document that you wish to look at or reference.
20    A    Okay.
21    Q    Do you agree to not make any visual or
22 audio recording of any part of this testimony?
23    A    Yes, ma'am.
24    Q    The exhibits we will show you today are
25 confidential materials in this investigation and

Page 18

1 property of the Commission. You may not take a
2 screen shot, photograph or otherwise copy or
3 preserve the image of any of the exhibits or
4 documents shared today. Do you understand and
5 agree with this?
6    A    Yes.
7    Q    Any other -- do you have any questions
8 about any of these protocols, Mr. Chavez?
9    A    No, ma'am.
10    Q    So, Mr. Chavez, it's my understanding
11 that this is your first time giving testimony; is
12 that right?
13    A    That is correct.
14    Q    Okay. So, what I like to do with any
15 of my witnesses is just go over a couple of
16 admonishments mostly to make a clean record for
17 our court reporter here. So, let me kind of go
18 through those and then we will dive into the
19 substance of my questions.
20    So, we have a court reporter. We are
21 virtual. So, we have to have kind of a clean
22 record. So, I ask that you let me finish my
23 question before you answer and I will let you
24 finish your answer before I ask another question.
25 It just helps the court reporter immensely. As

Page 19

1 we go throughout today, Mr. Chavez, you know,
2 you're going to probably anticipate some of my
3 questions and it's going to get a little bit more
4 conversational, but just make sure before you
5 answer that I stop my question and then answer.
6        And to that end, we also need your full
7 and complete answers on the record today. Please
8 answer all questions verbally. As I said, this
9 will become more conversational as we go on
10 throughout the day. It's only natural to nod or
11 you want to say, uh-huh or hu-huh, but please try
12 and say, you know, yes or no. And again, full
13 and complete answers.
14    A   Yes, ma'am.
15    Q   Thank you. Lastly, there will be
16 breaks. I will try and give a break about every
17 hour or so. And please also feel free to ask for
18 a break. Just make sure that you finish your
19 answer first. So --
20    A   Okay.
21    Q   -- we don't want to be going to break
22 when there's a question pending.
23        Does that -- does that make sense?
24    A   Yes, ma'am.
25    Q   Great. Okay. So, what is up on the

Page 20

1 screen right now -- and, first, can you confirm,
2 can you see what's on the screen?
3    A   Yes.
4    Q   Okay.
5    A   Securities and Exchange Commission.
6    Q   Yes. Okay. So, that is what has been
7 previously marked as Exhibit 1. This is the Form
8 1662. This is attached to your subpoena. And so
9 I'm going to go over some of the rights that are
10 listed here.
11        As you know, you have a right to
12 counsel and you are being represented by Mr.
13 Sklar today; is that correct?
14    A   That is correct.
15    Q   You are under oath today and it is a
16 crime to knowingly mislead members of the staff.
17 Do you understand?
18    A   Yes, ma'am.
19    Q   You have a right under the Fifth
20 Amendment of the United States not to give
21 testimony that might incriminate you criminally.
22 Do you understand?
23    A   Yes, ma'am.
24    Q   Great. Okay.
25        MS. HARRIS: I'm going to ask Jamie to

Page 21

1 put up what is previously marked as Exhibit 2,
2 the October 27th subpoena for documents and
3 testimony for Mr. Chavez.
4    Q   Mr. Chavez, do you recognize this
5 subpoena?
6    A   Yes, ma'am.
7    Q   Okay. And you did not appear in
8 response to this subpoena; is that correct? This
9 particular subpoena was served on October 27th,
10 2021.
11    A   Yes, ma'am, correct.
12    Q   Okay.
13        MS. HARRIS: I'm going to ask Jamie to
14 put up what has been previously marked as Exhibit
15 3 which is the October 27th, 2021 subpoena for
16 documents and testimony for CryptoFX, LLC.
17    Q   Mr. Chavez, do you recognize that --
18 this subpoena?
19    A   Yes, ma'am.
20    Q   Okay.
21        MS. HARRIS: Now I'm going to ask Jamie
22 to put up Exhibit 9.
23        (SEC Exhibit No. 9 was marked
24        for identification.)
25    Q   This is the December 22nd, 2021

Page 22

1 subpoena for documents and testimony directed at
2 you, Mr. Chavez.
3        Mr. Chavez, do you recognize this
4 subpoena?
5    A   Yes, ma'am.
6    Q   And you're appearing today in response
7 to this subpoena, correct?
8    A   Correct.
9    Q   Did you do anything to prepare for your
10 testimony today?
11    A   Yes, ma'am.
12    Q   Tell me what you did.
13    A   Went over everything with my attorney
14 regarding the subpoena, every point in the
15 subpoena and my background information as well,
16 gather information to prepare to give all the
17 documentation necessary -- necessary the
18 Commission needed.
19    Q   Did you review documents in connection
20 with your preparation?
21    A   Yes, ma'am.
22    Q   Can you describe the documents that you
23 reviewed?
24    A   Yes. The subpoena was one of the
25 documents that I reviewed, background

1 testimony -- the background information as well,
2 and the material that was sent to -- to your
3 office as well.
4     Q   When you say, material sent to our
5 office, you mean the documents that were
6 responsive to the subpoena?
7     A   Yes, ma'am.
8     Q   Okay. Was your recollection refreshed
9 by reviewing these documents?
10    A   Could you repeat that? I'm sorry.
11    Q   Sure. Was your recollection refreshed
12 by reviewing these documents?
13    A   Yes, ma'am.
14    Q   Okay. Did you talk to anyone else
15 about the subpoena?
16    A   No, ma'am. No one besides my attorney.
17    Q   Okay. Understood.
18        So, this subpoena calls for the
19 production of certain documents on a rolling
20 basis from you. Have you provided the staff with
21 documents that have been -- that may be
22 responsive to the subpoena?
23    A   No, ma'am.
24    Q   Let me ask a better question --
25        MR. SKLAR: I don't think he

Page 24
1 understood.
2        MS. HARRIS: Yeah. Let me ask a better
3 question.
4     A   I'm sorry.
5     Q   Okay. Am I correct in saying that you
6 have given documents that are responsive to the
7 subpoena?
8     A   Yes, ma'am.
9     Q   What type of documents have you
10 provided thus far?
11    A   Just contracts, bank account
12 information for myself and for CryptoFX. And
13 that's all I can recall right now, ma'am.
14    Q   So, the staff notes that's you're
15 currently -- that you're not currently in
16 compliance with all of the subpoena requests. Do
17 you know of any other documents that you -- that
18 we have asked for that you have in your
19 possession now?
20    A   Not that I recall. I will have to get
21 with my attorney on -- on that. Not that I
22 recall, no.
23    Q   Okay.
24        MS. HARRIS: I'm going to ask Jamie to
25 put up Exhibit 10 which is the December 22nd,

Page 25
1 2021 subpoena for documents for the entity
2 CryptoFX, LLC.
3            (SEC Exhibit No. 10 was
4            marked for identification.)
5     Q   Mr. Chavez, do you recognize this
6 subpoena?
7     A   Yes, ma'am.
8     Q   And this subpoena also calls for the
9 production of documents on a rolling basis. Am I
10 correct in saying you have provided some
11 documents in response to this subpoena?
12    A   Yes, ma'am.
13    Q   What documents have you provided?
14    A   Certain contracts, CryptoFX information
15 regarding bank accounts, information about my
16 personal bank accounts as well. That's what I
17 can recall right now.
18    Q   And let me ask, where did you search
19 for documents generally to be responsive to these
20 two subpoenas?
21    A   Information that I have in my office.
22    Q   Okay. Have you searched hard copy
23 documents? When you say information, please
24 explain.
25    A   Yes. Correct, hard copy documents that

Page 26
1 apply to the subpoena requested.
2     Q   Have you looked through e-mails?
3     A   Yes, ma'am.
4     Q   Have you looked through text messages?
5     A   Yes, ma'am.
6     Q   Have you looked through any on line or
7 accounting records that you might have for -- for
8 anything for CryptoFX?
9     A   Yes, ma'am.
10    Q   So, the staff notes that you're not
11 currently in compliance with this subpoena. Do
12 you have documents in your possession that are
13 responsive to this subpoena that you have not yet
14 produced?
15    A   Not that I can recall, but I can
16 definitely get with my attorney and provide any
17 other further information.
18    Q   Okay. So, let's move on.
19        MS. HARRIS: We can take that one down.
20    Q   And I will start, CryptoFX.
21        Mr. Chavez, am I correct in stating
22 that you are the founder and CEO of CryptoFX?
23    A   Yes, ma'am. Correct. Myself and
24 Edward Talfinger who is deceased. He's not on
25 the -- on the actual legal -- like, the LLC

1  status.
2      Q    I'm sorry, I have to ask you to repeat
3  that answer.
4          Is it my understanding -- are you the
5  founder and CEO of CryptoFX?
6      A    Yes, ma'am.
7      Q    You mentioned an Eduardo.  What is his
8  role?
9      A    He was some -- a co-founder of CryptoFX
10  as well.
11      Q    Is he currently involved with the
12  operations?
13      A    No, he was.  He passed away.
14      Q    Okay.  I'm so sorry.
15          Can you describe CryptoFX, LLC?
16      A    Yes, ma'am.  CryptoFX, LLC was
17  established as an academy to help people get
18  involved in the crypto space, understand the --
19  the crypto space and as a new trend that a lot of
20  people were, you know, using to explore different
21  ways of creating a -- a different type of income.
22  So, it starts with the knowledge -- help people
23  understand how they can get involved, how they
24  can start creating an account, how they can
25  understand the different aspects of the entities

1  itself, the different types of coins that there
2  were that are in the space as well.  And pretty
3  much the intention was to -- to help people
4  create a different type of -- of income
5  opportunity.
6      Q    Okay.
7      A    It was collateral on -- on education,
8  knowledge, understanding exactly what the purpose
9  was.
10      Q    Okay.  I'm going to ask you to unpack
11  that a little bit.  It was an academy for people
12  to understand cryptocurrency; is that correct?
13      A    Right.  Yes, ma'am.
14      Q    Were there teachers?
15      A    Yes.
16      Q    Okay.  Who were the teachers?
17      A    Myself.  I'm one of the teachers.  I'm
18  actually the one that started teaching.  And
19  there was Eduardo Talfinger which is the -- my
20  co-partner that passed away.  And we have other
21  people that are teachers that are teaching people
22  how to open accounts and -- and really going over
23  different sound meetings that we do on a daily
24  basis as well, but I'm happy to provide you with
25  that information as well.

1      Q    I didn't quite understand the last part
2  of your answer.  You said you taught people to
3  open up accounts and then what did you say?
4      A    Okay.  We have different teachers,
5  like, as far as that they teach you how to open
6  accounts, how to start purchasing crypto, how to
7  start kind of moving around the coins and -- and
8  exchanging them, start the trading itself.
9      Q    So, it was a student-teacher model
10  where you would teach your students to open up
11  accounts in cryptocurrencies; is that correct?
12      A    Yes, ma'am.
13      Q    Okay.  Anything else?  Did you guys
14  teach anything else?
15      A    Well, okay, along with the
16  cryptocurrency market, we also got involved with
17  the ForEx which I didn't.  My partner Eduardo
18  Talfinger was very involved in the ForEx space as
19  well.  My -- I started with -- with the crypto
20  space.  I'm the one that pretty much have helped
21  people with -- in that particular space, but my
22  co-partner Eduardo Talfinger was the one that did
23  a lot of the ForEx side of things.
24      Q    And I apologize, Mr. Chavez, I know
25  this is very sensitive.  When did Eduardo pass?

1      A    Last year.
2      Q    Okay.
3          MR. ETRI:  Jill, if I could just jump
4  in real quick for a technical thing.
5          John, is it possible if -- until you're
6  going to speak, if you can mute your phone 'cause
7  I'm getting a bunch of static.
8          MR. SKLAR:  No.  I'm happy to do that.
9  I'm going to mute myself.  I completely
10  understand.
11          MR. ETRI:  Got it.  And obviously if --
12  if you need a moment to -- to chime in then you
13  can un-mute yourself, and we'll give you an
14  opportunity there, but it's just creating a
15  little bit of static there.
16      A    Is that better?  Is that better? Yes.
17          BY MS. HARRIS:
18      Q    Mr. Chavez, can you describe
19  CryptoFX's -- excuse me, CryptoFX's business
20  model?
21      A    Yes, ma'am.  It's educational academy
22  to help people understand the crypto space and to
23  start getting involved in -- in -- in
24  understanding how to open an account in the
25  crypto space, how to start purchasing and how to

APP0019

1 start -- pretty much and start buying
2 different -- different coins and really
3 understand the cryptocurrency industry.
4    Q   Okay. So, the revenue came from where?
5    A   Okay. The -- the revenue -- CryptoFX
6 was an academy that started teaching and started
7 doing different packages as far as -- so they can
8 learn the -- the -- you know, that information
9 that needed to be provided to them to start doing
10 the trading. And at the beginning that's where
11 we got -- we got the revenue.
12    Q   Am I correct in stating that at the
13 beginning the revenue came from the students?
14    A   That is correct. Yes, ma'am.
15    Q   Approximately how many students do you
16 have on your roster?
17    A   I would say 3,000 to 5,000 students.
18    Q   3,000 to 5,000; is that correct?
19    A   Yes, ma'am.
20    Q   And you just started CryptoFX in 2000;
21 is that correct?
22    A   Could you repeat that again?
23    Q   Absolutely.
24       You established CryptoFX in 2000; is
25 that correct?

1    A   The year 2000?
2    Q   Yes. Excuse me, 2020?
3    A   That is correct. Yes, ma'am.
4    Q   Okay. I want to make a clean record.
5 So, I'm going to ask the question again.
6       Am I correct in stating that it was
7 established in 2020?
8    A   Yes, ma'am.
9    Q   Okay. Thank you.
10       You are getting revenue from the
11 students through these different packages. Can
12 you explain the different packages?
13    A   Yes, ma'am.
14       Pretty much depending on the level
15 of -- of where they were, I start different
16 packages. Like the starting package,
17 intermediate package and an advance package. So,
18 for instance, to teach you the basic information
19 on just understanding and opening an exchange, we
20 would charge a $499.00 fee.
21       On a more intermediate level which is
22 understanding -- opening an exchange, opening an
23 account and -- and start trading. So, it was
24 more like intermediate level. And an advance
25 level which, you know, included all of that,

1 plus, we went over different coins in the space
2 and -- and really kind of help them create a --
3 with their own decisions of course, create a
4 portfolio that would benefit them in the
5 long-term.
6    Q   When you first started this where did
7 you conduct your classes?
8    A   I -- believe it or not I started in a
9 restaurant.
10    Q   Okay. About how many students attended
11 the classes?
12    A   It started like with 50 students at the
13 beginning.
14    Q   Okay. How often would you hold
15 classes?
16    A   Every day. Monday through Friday every
17 day. Night classes every day. Like, seven p.m.
18 every day we will meet at the -- at that
19 restaurant.
20    Q   What restaurant was this?
21    A   It was actually a Denny's restaurant
22 that have a -- a huge space on the back -- back
23 of it connected. And it pretty much started from
24 there.
25    Q   Okay. So, you have students attending

1 these classes once every day. Are there just one
2 class per day or multiple classes?
3    A   No, one class per day.
4    Q   And so, there would be beginner
5 students sitting with intermediate students
6 sitting with advanced students; is that correct?
7    A   That is correct. Yes, ma'am.
8    Q   Okay.
9    A   In the beginning it was like that.
10    Q   Okay. How would you solicit your
11 students?
12    A   It was just pretty much one person, you
13 know, telling of his cousin, you know, family
14 member or friend, say, you know, I'm learning the
15 crypto space. It's a different trend. It's a
16 new trend that's really involving, you know, that
17 can really give us an extra income opportunity
18 pretty much.
19    Q   Okay. Okay. Did you do any sort of on
20 line advertising or any other advertising?
21    A   No, ma'am.
22    Q   Did you do any -- any -- any -- so, no
23 advertising on the radio or anything like that?
24    A   No, ma'am.
25    Q   Okay. You said when you first started

1 your revenue came from student payments for
2 classes; is that correct?
3     A    Yes, ma'am.
4     Q    Okay. Did that change over time?
5     A    After -- after, I would say, 2021 we --
6 we changed because more people wanted to know
7 what we were doing learning and they -- they got,
8 you know, news of how the other people were doing
9 that were having a lot of success. So, the --
10 the word spread that we're teaching them how to
11 do things and really had success levels.
12    Q    Okay. Did you in 2021 establish a new
13 stream of revenue?
14    A    Yes, ma'am.
15    Q    Describe that.
16    A    We created different packages as far
17 as, you know, like -- like an agreement. More
18 like a -- like a -- because they -- they wanted
19 to -- since they were getting great results they
20 wanted to establish -- you know, of course create
21 a bigger income level. So, they started asking
22 me if I would create some type of package where
23 it could be -- could be like a loan to -- to us,
24 to the company, and we could do the portfolios
25 and stuff and really create an extra income for

Page 36
1 them. That's how things -- the different revenue
2 started.
3     Q    That's helpful. Let me unpack that.
4          Before you had a small amount of
5 students and you had success by getting them
6 money in the crypto space. And other people hear
7 about this success and so it grows. In 2021 you
8 then change the revenue stream from -- or change
9 the revenue stream from students paying to learn
10 to students giving money to the company so you
11 can do the crypto investing for them?
12    A    I wouldn't call it crypto investing. It
13 was -- and we -- as a company, we never stopped
14 the teaching part of things. Because of the
15 COVID, of course, we created -- we changed the
16 model a little bit to more of Zoom. Instead of
17 doing it live, we did it -- we do it Zoom every
18 day, Zoom meeting.
19          But pretty much the -- the new income
20 revenue started, people wanted to loan the
21 company money in a way, but we did it as an
22 agreement, as you have in -- in your records,
23 of -- you know, because we saw the opportunity --
24 we understood the opportunity in the crypto space
25 and how we -- it popped, how it boomed in 2017,

Page 37
1 you know. And of course we know how -- we saw
2 how afterwards. So, we understand what the --
3 the trend and the market itself. And we and --
4 and them saw it as an opportunity to take
5 advantage of the market itself.
6     Q    About how many students do you have in
7 2021 when it changes to adding the different
8 packages?
9     A    It was like 400, 500 students the max.
10    Q    Okay.
11    A    Those were the max students.
12    Q    Okay. Describe the different packages
13 that you are now offering in 2021?
14    A    Yes. We have bronze, the gold and --
15 and the other packages as before. See, I
16 don't -- I don't -- myself, I really don't focus
17 on promoting the -- the business itself to get
18 more clients. I -- I don't focus on that myself.
19    Q    Okay. If I come to CryptoFX and I am
20 interested in having you take my money and put it
21 in the crypto space, what are my options? I
22 have -- what are my options?
23    A    Okay. Well, first, you know, we really
24 need to explain to you that we are not an
25 investing academy. We are not a financial

Page 38
1 institution. And we make you understand all of
2 that. And what we tell you is, we're going to
3 help you get involved with the crypto space by
4 teaching you how to open an exchange, how to
5 start buying different coins. How --
6 understanding the bio technical of the market
7 itself and that it is very risky, you know.
8          And -- and, of course, we -- we will
9 teach you on how you can strategize if you want
10 to establish an account with us, but most
11 importantly, so you can learn it on your own.
12 The goal is for you to do it on your own with the
13 education.
14          Even though we change a different
15 stream of income or revenue for the company, we
16 never change the model as far as our goal is to
17 teach people how to really educate themselves so
18 they don't have to depend on nobody else. Not
19 even on the company -- on our company itself.
20    Q    Does everyone that gives you a loan --
21 strike that. Let me ask a better question.
22          Does every person that gives you money
23 also attend the classes?
24    A    Could you -- do you -- do you mean
25 every person?

Page 39

1   Q   Every person.
2   A   No, ma'am, because it is a optional. It
3 is available to them, like I said, every day
4 Monday through Friday. We do it via Zoom. And
5 because of the COVID we changed the model.
6 Normally we do it on a daily basis, you know,
7 like face-to-face. So -- but, you know,
8 different people participate on different days.
9   Q   So what I'm hearing you say is that
10 there are two streams of revenue. One extreme is
11 students paying for classes for you to teach them
12 how to open up the accounts and get into the
13 crypto space. The second stream is people giving
14 you money for you to do it for them; is that
15 correct?
16   A   Yes, ma'am.
17   Q   Okay. Currently, what percentage of
18 your business are students and classes?
19   A   I would say 40 percent. 30 to 40
20 percent.
21   Q   So, the majority of your business is
22 people giving you money to invest in the crypto
23 space; is that correct?
24   A   I wouldn't say invest, but like I said,
25 the model is more the loan where we make the

Page 40

1 decisions on what kind of portfolio to -- to
2 establish, you know. That -- that's more the
3 route that we take.
4   Q   Okay. The majority of your business is
5 people giving you money without attending the
6 classes; is that correct?
7   A   They do attend the classes. It's just
8 that they don't attend the classes every day.
9 It's more, you know, of course, like, 7 p.m. it's
10 when a lot of the people are with their kids now.
11 So, some people attend. Some people don't.
12   Q   You previously stated that there are
13 some people that don't attend any classes at all
14 and just have signed a contract with you and have
15 said, This is the amount of money I want to put
16 into the crypto space and I want you to be
17 responsible for this money; is that correct?
18   A   Yes, ma'am. We do give them
19 information as far as, you know, the importance
20 of -- of, of course, getting involved and really
21 getting to know what it is they are in. We don't
22 necessarily want them to just put in a -- a
23 package with us and really not understanding what
24 we're doing, how we operate and what our
25 intention is as an academy.

Page 41

1   Q   Okay, that's helpful.
2   A person gives you money. They sign
3 the contract. What do you do with the money?
4   A   We put it into Bitcoin because that's
5 how we start distributing and that's how we start
6 doing trading.
7   Q   Okay. I want you to expand on that.
8 When you say, Put it into Bitcoin, what do you
9 mean?
10   A   Okay. So, for instance, somebody buys
11 a package, what we do is we -- we first tell them
12 that, you know, they need to open an account, a
13 crypto account, and to purchase Bitcoin and send
14 Bitcoin to us as a -- to the company. In order
15 for us to start doing trading in the crypto space
16 everything needs to be done by a different coin,
17 you know. The easiest coin to get access to
18 where you can find it's called is BTM. Even in
19 gas stations they have BTMs now. They can go
20 into the gas station and really buy crypto there
21 or they can open an -- an exchange like a
22 Coinbase. And they can leave their bank account
23 and buy Bitcoin from there as well. And that's
24 how they -- they will join the -- the company
25 with us as well.

Page 42

1   Q   I don't think I caught the last part.
2 Can you repeat what you said?
3   A   Okay. For instance, they can open a
4 Coinbase account and they can link their bank
5 account to the Coinbase account, purchase Bitcoin
6 on there. And once they have the Bitcoin, they
7 can -- they can buy their -- the package that
8 they're joining with the academy.
9   Q   Do you also accept cash?
10   A   Yes, ma'am, we have.
11   Q   So, if I come to you and I want to give
12 you cash to put into the crypto space, what do
13 you do with that cash?
14   A   And then we -- I have to buy Bitcoin
15 myself and I have to turn it -- I have to put
16 that cash into Bitcoin so I can start doing
17 trading.
18   Q   So you're trading Bitcoin?
19   A   Bitcoin is the -- the -- the coin
20 that -- like, I would say, the parent coin that
21 we use, but we exchange it for other coins.
22   Q   Okay.
23   A   That will give us the opportunity to --
24 you know, that is going to have a -- a best
25 return.

Page 43

1    Q   Here's what I'm trying to get at, Mr.
2  Chavez, I'm trying to figure out what exactly
3  you're doing with the money once you get it from
4  the -- the people who are giving you money. Are
5  you -- so, can you explain again what exactly you
6  do once you have -- strike that.
7        Explain to me what you do once a person
8  gives you money, cash or check, walk me through
9  where that money goes and what exactly you're
10 doing with it and how that person can get a
11 return.
12   A   Okay. Our -- well, first, if we get a
13 check or we get cash, we have -- I have to turn
14 that into crypto, into Bitcoin. So, I have to
15 find a way to buy Bitcoin and, you know, put it
16 into Bitcoin because that's the only way that I
17 can make that -- those funds work.
18       And so, I do it through Coinbase. I
19 did it through the BTM machines that -- that you
20 find in the gas stations. There's people also
21 through -- through a website called Local Bitcoin
22 that you can purchase Bitcoin from them as well.
23 Local Bitcoin is actually a -- a website that you
24 can find people that are -- are selling Bitcoin.
25   Q   You get the cash, you turn it into

Page 44

1  crypto and then you're trading it, correct?
2    A   That is correct. Yes, ma'am.
3    Q   And then you pay out a return?
4    A   On -- on the -- the loan that was
5  offered -- that was established with a -- with a
6  student, yes, ma'am.
7    Q   Do you take any sort of commission?
8    A   As a company?
9    Q   Yes.
10   A   Yes, ma'am.
11   Q   How much is that commission?
12   A   Can you rephrase that again? Do you
13 mean as far as the earnings made with that
14 particular --
15   Q   Sure. So, on any individual loan, if
16 I -- if you're giving me a return, you've done
17 the work of trading and you've gotten me my
18 return. Do you take any money from that profit
19 as compensation for your trading?
20   A   Yes, ma'am.
21   Q   How much is that compensation?
22   A   The crypto space -- it just depends,
23 you know. The crypto space is very volatile.
24 And -- so, it's just there is -- I wouldn't be
25 able to give you an exact percentage.

Page 45

1    Q   Okay. Do you talk with your investors
2  about how much compensation or -- how much
3  compensation you're going to take off?
4    A   Well, could you rephrase that again,
5  please.
6    Q   Sure. I come to you. I give you a
7  certain amount of money. Let's say, $100.00.
8  You trade it and get me a return of $200.00.
9  How much money would you take as compensation for
10 your trading?
11   A   It just depends on what -- what was
12 gained. It's not a set amount that I could
13 promise you or there's no guarantees. It's
14 just -- just varied depending on the -- on the --
15 you know, how was it -- how -- what the returns
16 was for that particular amount, you know.
17   Q   Okay. So, in that model I would have
18 made $100.00 return on my original investment.
19 Would you tell the investor upon signing up the
20 contract how much you were going to take for
21 trading their money?
22   A   I would give them just an idea on how
23 much -- what's the possibility that they can
24 make, but it's not a guarantee. Nothing's
25 guaranteed in the -- in the crypto space.

Page 46

1    Q   And you -- and you would not tell them
2  how much you were going to take as compensation;
3  is that right?
4    A   That is correct. No, ma'am.
5    Q   Okay.
6    A   Because I don't even know myself.
7    Q   Okay. This is a broad question, but
8  where are most of your students from?
9    A   Most are Latinos, Hispanic. I would
10 say 98 -- 98 percent are Latinos.
11   Q   Okay. Thank you. I meant regionally.
12 Are they from Texas, you know, the United States,
13 internationally?
14   A   No. No. No. I would say some in
15 Texas. Some in -- in Mexico and El Salvador.
16   Q   Okay.
17   A   I don't recall any other place.
18   Q   Do you know if your students are --
19 their ages? Do you know -- strike that. Let me
20 ask a better question.
21       Describe your average student.
22   A   It just varies, different ages. That's
23 one of the things that -- you know, that people
24 like about the crypto space, that anybody,
25 that's over 18 years old of course, they can

1 participate in this space. So, I will have any
2 students from 18 years old to literally, I don't
3 know, there's 70 years old, you know, or -- or
4 more. Just average? If you want me to take an
5 average. Is that what you are --
6    Q    Yes.
7    A    Okay. I would say average would be
8 30 -- I mean, 25 to 60. I don't have that
9 information. I'm sorry.
10   Q    Okay. How do you communicate with your
11 students?
12   A    We have different chats, WhatsApp chats
13 that I believe we -- we send you the -- some of
14 the communications or the communications that we
15 have. We send you copies of that. That's one of
16 the ways that we -- that we communicate.
17   Q    Do you e-mail your students?
18   A    No, ma'am.
19   Q    Do you text with your students?
20   A    No, ma'am. Not -- not necessarily.
21 It's mostly done through the -- through the
22 groups.
23   Q    Okay. Your primary way of
24 communicating with your students is WhatsApp; is
25 that correct?

1    A    That is correct. Yes, ma'am.
2    Q    Okay.
3        MS. HARRIS: If I can ask Jamie to put
4 up Exhibit 11, please.
5            (SEC Exhibit No. 11 was
6            marked for identification.)
7    Q    Mr. Chavez, can you confirm,
8 whatever -- whenever you see it and have had time
9 to kind of get comfortable with the document,
10 it's -- it's a pretty long one. If you can just
11 look at the first couple of pages and just let me
12 know when you're ready to speak -- when you're
13 ready to talk about it.
14   A    Yes, I see it now.
15   Q    Is this a roster of your students?
16   A    I know a couple of names, but I -- I
17 can recall a couple of names, but no -- yeah, I
18 don't -- yeah, could you rephrase that, Ms.
19 Harris?
20   Q    Absolutely.
21       Is this a list of all of your students?
22   A    That's our -- I mean, even though I
23 don't recognize some of the names, I would
24 believe, yes, that is some -- that is a roster of
25 the students.

1    Q    Great.
2        On the first page there are some
3 students that have numbers, FC 1. By Aaron
4 Fajardo's name he has FC 1. What does FC 1 mean?
5    A    Yeah. FC 1 was kind of -- at the
6 beginning it was established because of -- you
7 know how I mentioned to you that we had different
8 type of classes, like, starting, intermediary
9 and -- and advanced. So, FC 1 was created for
10 a -- a program that was called Founders Circle.
11   Q    Describe that program, please.
12   A    That program what they had is they had
13 the opportunity that I get to teach them myself
14 on how -- as far as different coins that -- you
15 know, that I was overseeing myself. So, they had
16 an opportunity to, you know, on their own
17 portfolios that they created to have a better
18 opportunity gain.
19   Q    Okay.
20   A    It was more on a personal -- more of a
21 personal communication with me. So, they -- the
22 main opportunity could be bigger from their end.
23   Q    Okay. So, the Founders Circle was a
24 class that you taught that gave personalized
25 advice and allowed them to gain bigger

1 opportunities. Does that mean bigger returns?
2    A    I -- I would say the opportunity to
3 have a better returns. Not necessarily bigger
4 because you never know the markets. So, I would
5 never guarantee anything to anybody.
6    Q    Why was -- why did the Founders Circle
7 give the opportunity for better -- possibly
8 better returns?
9    A    That was just a name that came to my
10 mind as -- you know, as having more -- better
11 access.
12   Q    Okay. But -- I understand the name,
13 but why would the Founders Circle give
14 opportunity for better returns?
15   A    Because they would have access to some
16 of the cryptocurrency trade that I made myself.
17   Q    Okay. For the Founders Circle are they
18 giving you money to do the trading or are they
19 doing the trading themselves?
20   A    Both. In -- in all of them -- in the
21 revenues they all have the opportunity to do the
22 trading themselves through their own portfolios.
23   Q    Okay. But the Founders Circle
24 specifically, you were doing the trading for
25 these -- this class of -- these class of people;

1 is that correct?
2    A   Well, I think it's both because they do
3 their own trading as well.
4    Q   Let me make -- let me get a little bit
5 more clarity here.
6        If you're in the Founders Circle,
7 you're attending classes with you and you were
8 showing them your trades; is that right?  That's
9 the whole point.
10    A   Correct.  Yes, ma'am.  But they had
11 their own -- how do I say it?  They copied those
12 trades into their own personal account.
13    Q   Are they also giving you money to
14 trade?
15    A   The packages -- the loan packages
16 that -- that we mentioned.
17    Q   Okay.  So, the Founders Circle is
18 separate from the loan packages that we talked
19 about before?
20    A   It's the same.  It's the same.  This
21 was just a -- it was kind of like a -- a
22 different class that we established to have more
23 like a, I would say, VIP access to different
24 coins, but it was not -- not -- nothing different
25 than the -- than the loan.

1    Q   Okay.  I'm still confused.  So, you
2 have to help me out here.
3    A   No problem.
4    Q   The Founders Circle it's my
5 understanding had access to you and your
6 expertise.  And that --
7    A   Personal level.  I'm sorry, ma'am.
8    Q   Yeah.  Mr. Chavez, just let me finish.
9        The Founders Circle was a different
10 class because it had access to you and your
11 expertise, but then, of course those students
12 could also do the loan packages to the company;
13 is that right?
14    A   That is correct.  Yes, ma'am.
15    Q   Okay.  But you could do the loan
16 packages to the company without being in the
17 Founders Circle, correct?
18    A   Correct.  Yes, ma'am.
19    Q   And if you were in the Founders Circle
20 was there anything -- anything different about
21 your loan?
22    A   No.  No.  No.  I mean, there was
23 nothing different about the loan.  Actually, the
24 Founders Circle, if I recall it, we did that --
25 we never offered that any longer.  It was just

1 the beginning of -- if I remember, I believe it
2 was 2021, beginning of 2021, but it was -- it was
3 not for a continuous.  It was like a special
4 class pretty much.
5    Q   Excuse me.  When did you stop teaching
6 the Founders Circle classes?
7    A   I don't -- I'm trying to remember.  Let
8 me -- I believe it was, like, March of 2021.  I --
9 I don't remember exactly the date though.
10    Q   Okay.  On the -- the first page of this
11 exhibit you also have Aaron Fajardo marked down
12 with FC 2.  What is FC 2?
13    A   Okay.  FC 2, that's a -- pretty much a
14 second -- like, FC 1 and FC 2 were done in -- in
15 March.  It was like kind of -- FC 2 was another
16 training.  We did FC 1.  Then we did FC 2, but
17 they both ended in like March 2021.
18    Q   Okay.  Explain what FC 2 was and how
19 it's different from FC 1.
20    A   No.  It is the same thing.  FC 1 was
21 kind of like a seminar or training session that
22 we did.  When that ended, then we started FC 2.
23 That's just Founders Circle second -- I don't
24 know how to explain it.  It was like a -- a
25 second class pretty much.

1    Q   Okay.  So, it was the same thing as
2 Founders Circle 1.  It was just the second
3 version of it?
4    A   That is correct.  Yes, ma'am.
5    Q   Okay.  And these classes lasted how
6 long?
7    A   I believe both of those were -- we were
8 not giving those classes after March of 2021.
9    Q   Okay.  And they started in January of
10 2021.  So, three months?
11    A   Yes, ma'am.
12    Q   Okay.
13        MS. HARRIS:  Can we go to page nine of
14 the exhibit.
15    Q   Do you see that, Mr. Chavez?
16    A   Yes, I do.
17    Q   Okay.  There's -- at the very bottom
18 there's a student or investor named Adrian Vargas
19 VIP.  Can you explain what VIP signifies?
20    A   Yes, ma'am.  Definitely.  VIP was that
21 they could have the opportunity to -- to make a
22 little bit of gains on the -- on the loan, but
23 that -- that -- I would say, after -- if I recall
24 it, after June -- June?  June, July 2021, it was
25 no longer available.

Case 4:23-cv-09399-DNE Document 31 Filed 09/10/24 Page 49 of 74
Case 4:23-cv-09399-DNE Document 31 Filed 09/10/24 Page 49 of 74
Page 55

1  Q   If I'm a VIP -- strike that.
2      When you say bigger returns, explain
3  that.
4  A   On the -- for instance, like the
5  example that you gave me on the $100.00, correct?
6  Let's say that I'm doing the trading with those
7  $100.00. Let's say the opportunity to -- first
8  of all, we never guaranteed any returns, but
9  let's say the opportunity was to, I don't know,
10  make a, let's say, $20.00 with the regular loan
11  example. This one -- like, for instance, instead
12  of the company, you know, keeping a -- a -- a
13  higher gain, the company would give a little more
14  to the student.
15  Q   Explain that more. When you said, The
16  company would give a little bit more. Help me
17  understand what that means.
18  A   Okay. So, let's say the -- let's
19  say -- let me just make you an example. Let's
20  say I did the trading with $100.00 and with the
21  regular program we made $20.00 and the company
22  kept -- I'll just give you an example. The
23  company kept $5.00 and the student kept $15.00,
24  okay. The VIP would have -- the -- you would
25  have the opportunity to make, let's say, $17.00

1  and the company would give -- keep $3.00 as an
2  example. I'm just giving you an example here so
3  you can understand.
4  Q   Okay. Where are these terms --
5  where -- where would you put these terms? How
6  would -- how would you make an investor
7  understand that you were getting bigger returns
8  from them?
9  A   We didn't necessarily tell them as far
10  as -- could you rephrase that question, please.
11  Q   Sure. That was a bad question. That's
12  my fault.
13      How did you communicate to VIP
14  investors the types of returns that they were
15  going to get?
16  A   Well, one -- one thing that we -- we
17  always make clear to them that it's -- the crypto
18  market is very hard. It's very volatile, but you
19  know, because of our experience, because -- you
20  know, that they will have the opportunity to --
21  but -- to make a little better returns than --
22  than -- but we -- we never give exactly what --
23  what we are going to get, you know. It's just a
24  little hard to predict.
25  Q   Would you tell them that on the phone,

1  in a web chat?
2  A   That was in -- in person.
3  Q   Okay. And so, if I'm an investor and I
4  want to be a VIP investor, how do I qualify?
5  A   Okay. One thing that we -- that we
6  always stay away from an investor because we
7  don't want to confuse people that they are -- you
8  know, like, we don't want to mislead people in
9  any way. And that's why we -- for instance, if we
10  would get a loan and we never -- we promised, you
11  know, on a return, it's hard to -- to say that,
12  you know, no one. It's zero to any percentage,
13  but we never --
14  Q   Okay.
15  A   We've never made those claims like
16  that.
17  Q   Let me rephrase. If I am a person who
18  wants to give you a loan and I want to be a VIP,
19  how do I qualify?
20  A   We no longer had offered that I believe
21  since July of 2021.
22  Q   I understand, Mr. Chavez, but before
23  July of 2021 how would I have qualified?
24  A   Okay. I'm sorry, I didn't understand
25  your question.

1      Okay. No. The way we would -- you
2  know, kind of like with the Founders Circle, they
3  had the opportunity to have access to my trades
4  and -- and pretty much me giving them an idea of
5  what I was doing to -- to generate income, a VIP
6  had similar access to that. So, it we would kind
7  of -- so those were some benefits of being a VIP,
8  have better access to our trades.
9  Q   Okay. Did a VIP have to give a minimum
10  loan?
11  A   No, ma'am.
12  Q   Okay. So you could be a VIP with
13  $5.00?
14  A   There was no minimum.
15  Q   Okay. And this is a question for all
16  of the loan packages. Was there a minimum that a
17  person needed to loan you?
18  A   Well, because of the crypto space, the
19  way it's established, and this is where my
20  co-partner Eduardo is the one that came with this
21  idea of, you know, to establish a minimum of
22  $1,000.00.
23  Q   A minimum of $1,000.00, okay.
24  A   That is correct. Yes, ma'am.
25  Q   So, if I'm a person who wants to give

1  you a loan and I want to be a VIP before 2020 --
2  or before July 2021, the benefit of the VIP
3  status was you would get access to your trades
4  and get bigger returns; is that correct?
5      A   Yeah. I -- I wouldn't necessarily call
6  it bigger returns, but they have the opportunity
7  to get better returns.
8      Q   Okay. Do you have any idea of your
9  average return for your VIP customers?
10     A   It's just -- it varies. I wouldn't --
11  I wouldn't be able to give you an exact
12  percentage.
13     Q   Do you have any records where you --
14  where you kept your returns for your customers?
15     A   I believe we do. I will get with my
16  attorney so we can get those records for you.
17     Q   Okay. Yes. That would be responsive
18  to the subpoena.
19         Okay. Let's move on.
20         You previously said with the founder
21  classes that you were the one actually making the
22  trades and you would help them out. And that's
23  why this was kind of an opportunity to get bigger
24  returns; is that correct?
25     A   It was an opportunity for them to get,

1  you know, better calls on -- on different coins
2  that were coming out, yes, ma'am.
3      Q   Okay. Who else at CryptoFX was doing
4  trading?
5      A   Eduardo, my co-partner.
6      Q   Was anyone else at CryptoFX doing
7  trading?
8      A   Yes, ma'am, but not -- not on -- on the
9  students accounts because of the risk involved.
10     Q   Okay. So, after Eduardo died you were
11  the only one doing the trading; is that correct?
12     A   Yes, ma'am.
13     Q   Okay. Were you also the only one doing
14  the trading on the loan packages?
15     A   Eduardo as well.
16     Q   Okay. Was anyone else doing trading on
17  the loan packages?
18     A   Not on the loan packages, no, ma'am.
19     Q   Okay.
20     A   We -- I -- I tried one person to start,
21  but it didn't work out. There was not the
22  mindset that -- that I had for the academy and
23  myself.
24     Q   Who was that person?
25     A   That person is John Fernandez which he

1  did not come as an employee or any of the
2  company. He was just referred to -- to me as one
3  of the -- the person that I was -- helping me
4  open the accounts and stuff.
5      Q   Okay. Let me unpack that.
6          How do you know John Fernandez?
7      A   Through another ex-employee of mine.
8      Q   And who is that?
9      A   His name is Emerson, Emerson Vascone.
10  He told me that -- that, you know, he had a
11  friend that did trading, that he was doing very
12  well, that he was teaching classes and -- and,
13  you know, that -- why didn't I take an
14  opportunity for him to try out and -- and see how
15  he can help us with -- with our trading, but when
16  he joined me was doing ForEx, not crypto. I
17  myself focus more on crypto than ForEx.
18     Q   Okay.
19     A   And, you know, at the beginning I -- I
20  said no, but then I'm like, okay, you know, we
21  can give opportunity for people to -- you know,
22  to -- or -- or for the company itself to generate
23  a greater income. Let's -- we give him the
24  opportunity to come not as an employee just to
25  test. But I realized through another student of

1  mine one day that he came to my office and saw
2  that he was there in the U.S., his uncle
3  actually, he told me a few things that John had
4  done in the past. I no longer wanted to be
5  associated with that person.
6      Q   Okay. What was John Fernandez doing
7  for CryptoFX?
8      A   I gave him a portfolio -- not a
9  portfolio, but a -- an account, a ForEx account,
10  to do trading.
11     Q   When was this?
12     A   It was -- I don't remember. Like,
13  January 2021. January, February 2021, around
14  that -- that time.
15     Q   So, you gave him an account to do
16  trading. Whose money was he trading?
17     A   The company's money.
18     Q   Okay. So, the loans that people were
19  giving you to trade?
20     A   That is correct. Yes, ma'am. Not the
21  whole -- I mean, just -- just a fraction.
22     Q   Approximately how much money did you
23  give him to trade?
24     A   Anywhere from 200,000 to $400,000.00.
25     Q   Is that total or is that per month?

Page 63

1    A   Well, what happened was, like, he would
2  ask me to put in an account 200,000 or -- or
3  300,000 and we would trade with that.  And if we
4  got profit -- if it would get profit from that we
5  will take out.  And I gave him part and part
6  would be for the company.
7    Q   Can you repeat that last part, Mr.
8  Chavez?
9    A   Okay.  For instance, let's say I gave
10  him $200,000.00, and the profits were, I don't
11  know, 400,000, part of those 400,000 was for the
12  loans, the company's loans, and part was for
13  John.  Like a fee.  Like a commission.
14    Q   How much commission did Mr. Fernandez
15  earn?
16    A   Let's see.  I don't have the exact
17  numbers to be honest with you.  I don't, so.  But
18  it was at least over $500,000.00, $600,000.00.
19    Q   Okay.  I want to go back and ask my
20  question again about how much money was he
21  trading for the company if he earned a
22  $500,000.00 commission.
23    A   It was -- the thing is that we -- since
24  it wasn't his account that we would put in and
25  take out, I would say it was a total from 400

Page 64

1  to -- over 400,000, but not more than 600,000.
2  I -- I don't have the exact numbers to be honest
3  with you at this point.
4    Q   What account was he using?
5    A   It's in a broker called KOT 4X.
6    Q   Do you have the records from that
7  account?
8    A   Yes, ma'am.  I can definitely obtain.
9    Q   Okay.  Those would be responsive to our
10  subpoena.
11        Do you have the records for the amount
12  of money that you paid to Mr. Fernandez as
13  commission?
14    A   That's one of the tasks that I was
15  searching for because on the -- I believe we --
16  we save information or documentation from some,
17  but I wanted to get an exact amount.  That's
18  something that I can definitely get with my
19  attorney and -- and figure out an exact amount
20  and mention all of that.
21    Q   Okay.  How did you pay Mr. Fernandez
22  commission?
23    A   Through Bitcoin and a check.
24    Q   Was it through the company's Bitcoin
25  account or through your Bitcoin account?

Page 65

1    A   The thing with -- with -- with the --
2  with the Bitcoin itself, on the broker -- on
3  the -- on the account, it's -- you can't open a
4  company account, you know.  So, it's -- it's the
5  company's account, so.  Yes, ma'am.
6    Q   I didn't understand your answer.
7    A   Okay.  Like, for instance, when you
8  open a -- a income -- a Bitcoin wallet, it
9  doesn't say the company's name, but pretty much
10  it is the company's account.
11    Q   So, you paid him with Bitcoin from this
12  wallet?
13    A   Correct.
14    Q   And this is the same wallet that you
15  are trading the loan money through; is that
16  correct?
17    A   That -- that is correct.  Yes, ma'am.
18    Q   Okay.  So, it's all one wallet?
19    A   No.  It was like -- it was two or three
20  different wallets I would say.  Because of --
21  because of hacking and because of things like
22  that you can't have everything in one wallet.
23  It's too risky.
24    Q   Who had access to these wallets?
25    A   Eduardo and myself.

Page 66

1    Q   Okay.  So, you paid him through the
2  company's wallet and via check?
3    A   That is correct.  Yes, ma'am.
4    Q   Okay.  He started with you in January
5  of 2021.  Approximately how many -- or, excuse
6  me.  Approximately how much revenue did he
7  generate through his trading?
8    A   I don't have the exact -- and that's a
9  number that I do want to get to you, but I -- he
10  made over -- over 500 -- over $600,000.00 he
11  made.
12    Q   Say that again, Mr. Chavez.
13    A   That's something that I want to get to
14  you, the exact number.  I will definitely get
15  with Mr. -- with my attorney on that.  But for
16  sure, for sure, it was more than 500 to
17  $600,000.00.
18    Q   So, he made over $600,000.00 in revenue
19  for the company; is that correct?
20    A   That is correct.  Yes, ma'am.
21    Q   Okay.  And he was paid $500,000.00 in
22  commissions?
23    A   Yeah.  No.  No, 'cause we -- we --
24  on -- on -- on that account, and I have the
25  records and everything, we made over $1 million

Page 67

1 in profits. And -- and that's why he got that
2 amount.
3    Q    Okay.
4    A    I'm talking about over time. Not --
5 over the -- over the time that he was with us
6 that's what I mean.
7    Q    Let me restate my question.
8        Over the time that he was trading for
9 CryptoFX, approximately how much profit do you
10 think he made for the company?
11    A    Over $500,000.00.
12    Q    Okay.
13    A    Oh, you mean for the company or for
14 himself? I'm so sorry. I didn't understand your
15 question.
16    Q    I'll restate it.
17        Over the time that he was trading for
18 CryptoFX approximately how much profit did he
19 make for the company?
20    A    Okay. Over $1 million at the
21 beginning. And I will explain to you why in the
22 beginning or would you like me to say right now?
23    Q    Yes.
24    A    Okay. What happened was he started
25 trading and he started doing very well. That's

Page 68

1 why he got the returns that -- I mean, his
2 commissions that he got, but then he started
3 losing money. And he started losing -- what I
4 realized when he started losing was that --
5 that's the reason why his own uncle came and told
6 me to be careful with him and -- was because he
7 high -- high risk taker and that's not the way we
8 operate.
9        And -- so, he started losing money. And
10 then at the time, that's why his uncle came and
11 told me, Hey, this guy, he's my -- my nephew, and
12 I put money with him and he never paid me. He
13 never paid my son. And that's when John started
14 getting more -- started asking me for money to
15 put in -- in the account and I didn't want to put
16 in more money because I didn't want to have
17 somebody with that background in our company.
18        And at that time then he -- he gave me
19 a check himself from El Generator, which was the
20 company that he was operating with, saying, you
21 know, well, put that in the account and you put
22 in more and -- so, he put in -- he wanted to make
23 up for what he had lost, you know. So, to him --
24 I believe it was about a $40,000.00 check. And
25 he wanted me to put that in the account so he

Page 69

1 could start gaining back what he had lost.
2 Which, in reality, to me, as a company, we broke
3 even, you know. We didn't win or lose because of
4 the amount of money that I -- that I had given
5 him. But the reason why I decided not to
6 continue was because of the reputation that he
7 had. I didn't want that for our academy.
8    Q    Okay. When did he start losing money?
9    A    I would say February, March. I would
10 say February. End of February. I don't have --
11 I don't have that exact -- I would have to check
12 the records on the VIP account.
13    Q    Okay. February of what year?
14    A    2021.
15    Q    So, he only traded for a month?
16    A    It was a couple -- it was a couple of
17 months that he traded. Couple of months.
18 Three -- I don't have --
19    Q    Okay.
20    A    I don't have the dates that it
21 occurred. I will definitely get you that.
22    Q    Okay. Thank you.
23        So, you initially gave him between 200
24 and 400 of the company's money. He at first made
25 a profit of a million or over a million and then

Page 70

1 he starts losing money; is that correct?
2    A    That is correct. Yes, ma'am.
3    Q    Do you have an estimate of how much
4 money he lost?
5    A    Well, he -- he lost -- he lost, like,
6 the profits that we had there, but I focus myself
7 not to lose the money for the peoples loans. In
8 other words, even though he made profits for the
9 company, you know, like, those profits that were
10 made were flushed off because of what he lost,
11 you know.
12    Q    I -- I don't. I want to understand,
13 but I'm not sure I understood your answer.
14    A    Okay. So, let's say, that I gave John
15 $400,000.00 and he made, let's say, $1.3 million,
16 some part of that went to him as a commission and
17 the other part was sent to the company for the --
18 for the loans, right. I mean, then -- then he
19 started losing. So, the money that was in the
20 account was lost.
21        So, that's when he said, you know what,
22 let me give you a check -- the market was crazy,
23 let me give you a check for -- for -- so you can
24 put in money in that account, but it was a
25 $40,000.00 check. And then he started doing the

1 trading, but then I started realizing that -- you
2 know, that -- especially when his uncle talked to
3 me -- his uncle is -- I believe it's Raul Garcia.
4 I will have to get exact name. And really glad
5 he told me that because I -- that's the not the
6 reputation of a person that we wanted to have in
7 our company.
8    Q   Do you have records showing how much
9 Mr. Fernandez lost?
10    A   I can get that for you, Ms. Harris.
11    Q   Okay. At any time did you tell any of
12 the people who loaned money to you that you were
13 doing ForEx trading?
14    A   Yes. Yes. We -- because of Eduardo,
15 that was his expertise.
16    Q   Yes.
17    A   Yes.
18    Q   Okay. At any time did you tell any of
19 the people that had loaned money to you that you
20 were giving a commission to Mr. Fernandez?
21    A   No, ma'am. No, ma'am.
22    Q   So, we've been going about an hour or
23 so. Let's take a break here for five minutes and
24 let me reset and -- if that's okay with everyone.
25    A   Sure.

1    Q   And then we'll go back on the record.
2    A   Sure.
3        (Brief recess taken at 11:27 a.m.
4 Central Time.)
5        MS. HARRIS: All right. We are back on
6 the record at 11:37.
7        BY MS. HARRIS:
8    Q   Okay. Mr. Chavez, I want to go back to
9 your trading.
10        You previously testified that you don't
11 know your average returns on these loans that you
12 were given; is that correct?
13    A   I have an idea, but like I said, it's
14 not a guaranteed amount that is set.
15    Q   Okay. Explain what you mean by an
16 idea. Explain that.
17    A   Okay. For example -- okay.
18        For example, you pay us on what -- how
19 the market's done, how it illustrates. It could
20 be anywhere from zero percent to 15 percent on a
21 monthly basis an average. It just depends on
22 the -- on the market itself.
23    Q   And I understand it depends on a lot of
24 factors, but average, do you have a number on how
25 much return you would get for the people giving

1 you loans?
2    A   I would say 7 to 12 percent.
3        (Whereupon, Reporter interrupts and
4 asks for clarification.)
5    Q   Can you repeat your answer, Mr. Chavez?
6    A   Yes, ma'am. On -- from -- anywhere
7 from zero to -- I'm sorry. I'm sorry. From 7 to
8 12 percent on an average base. That's what I
9 think.
10    Q   Okay. Was there ever a time where you
11 lost investor money?
12    A   Where I lost investor money? In the
13 crypto space you can say that you always want to
14 win. It's really hard to predict that. Now, one
15 thing that I focus on is being very careful on
16 the amount that is traded that way we take no
17 major risks. So, on -- on -- on a scale win to
18 losses -- win to losses, it's more wins than --
19 than losses.
20    Q   Thank you, but that didn't really get
21 at my question.
22        Was there ever a time where you lost
23 investor money?
24    A   Yes, ma'am.
25    Q   Okay. But it's my understanding on

1 average your returns were between 7 and 12
2 percent of the loan; is that correct?
3    A   That is correct. Yes, ma'am.
4    Q   Okay. When you were discussing your
5 business with potential investors or, as you
6 would say, potential people that were going to
7 give you the loan, would you tell them about your
8 returns?
9    A   We gave an idea of the percentages that
10 we could make, but that is not guaranteed. That's
11 why we say it could be anywhere from zero to ten,
12 four percent. It's not -- it's not guaranteed.
13 It just depends on how we do that particular
14 month.
15    Q   Okay. What would you tell them about
16 your returns?
17    A   Could you rephrase? What do you mean?
18    Q   Sure. So, you would tell them 7 to 12
19 percent, it depends. Would you tell them
20 anything else?
21    A   No, ma'am.
22    Q   Okay. Would you tell them that there
23 was some potential for them -- for -- for you to
24 lose their money?
25    A   Yes, ma'am.

Page 75

1    Q    Okay. Would you tell them about the
2 commissions?
3    A    You mean the gains that can be
4 obtained -- obtained?
5    Q    No. I mean the transaction -- I mean
6 the transaction based compensation that you were
7 taking in order to do their trades?
8    A    Yes, ma'am.
9    Q    Would you tell them that?
10    A    Yes. Yes, ma'am.
11    Q    Okay. And where would you tell them
12 that?
13    A    When we are -- before signing an
14 agreement.
15    Q    Okay. So you would mostly tell them
16 that verbally?
17    A    Yes, ma'am.
18    Q    Okay. Are there any e-mails or text
19 messages or WhatsApp messages with any of these
20 disclosures?
21    A    Not that I can think of right now, but
22 I will have to double check, Ms. Harris.
23    Q    Okay. You previously talked about the
24 VIP group within CryptoFX --
25    A    Yes.

Page 76

1    Q    -- and how there was a ability to get
2 greater returns. What would you tell a potential
3 investor who wanted to be a part of the VIP
4 group?
5    A    Okay. That we are creating a program
6 that -- that will be able to have better access
7 on the trades that we make. The idea of the
8 whole concept of the -- of the CryptoFX academy,
9 the education academy, was to help them get the
10 knowledge that they need to start doing trading
11 on their own. It was not a business just leading
12 into loan the money the company money.
13        So, when we established the VIP it was
14 so that they could not only benefit from -- with
15 the company, but also on their own account as
16 well. So, in order to -- you know, to have access
17 to that VIP accounts, they will have access to
18 some of the trades that we do so they can have a
19 better -- a better, you know, chance of gaining
20 more returns, you know.
21    Q    Okay. But when a VIP investor came to
22 you to give you a loan, what would you tell that
23 VIP investor about your return versus your
24 average return?
25    A    That it -- I'm sorry, go ahead.

Page 77

1    Q    Go ahead.
2    A    That it would be, you know -- like, we
3 would say an average could be 7 to 10 percent for
4 example. This is just an example that I am
5 giving you. And a potential VIP could generate
6 anywhere from 7 percent to 15 percent. I would
7 say zero because you never know in the crypto
8 space, but I'm just giving you an average.
9    Q    Okay. So, am I correct in saying that
10 you would tell a VIP investor, You could get up
11 to 15 percent returned?
12    A    That is correct.
13    Q    Okay. And this is based on you doing
14 the trading with your personal trades; is that
15 correct?
16    A    Yes, ma'am.
17    Q    Okay.
18    A    And I'm just giving you an average
19 percentage.
20    Q    State that again, Mr. Chavez, I'm
21 sorry, I didn't hear.
22    A    No. When I say VIP, they have the
23 opportunity to make a little more return than
24 just a regular account.
25    Q    Okay. And just so I'm clear, with the

Page 78

1 regular account you're not trading your own
2 personal trades; is that correct?
3    A    Can you rephrase that, please.
4    Q    Sure. What differentiates the regular
5 account trades from the VIP trades?
6    A    Well, at that time -- at that time it
7 was two different accounts that I was handling or
8 managing, but like I said, then the VIP was no
9 longer -- we had no longer the VIP. So, we --
10 everything was the same, regular package program
11 right now.
12    Q    I understand, but at the time what was
13 the difference between the VIP trades and the
14 regular trades?
15    A    The difference for -- as a company or
16 for them? I'm sorry, I'm just not understanding.
17    Q    Sure. It's my understanding that you
18 told the VIP investors they would get a
19 potentially higher return because they were using
20 your personal trades. It's also my understanding
21 that the regular loan packages were being traded
22 by you personally. So, I want to understand what
23 was the difference between the VIP trades being
24 placed and the regular loan packages being
25 placed --

1   A   Oh, okay.

2   Q   -- trades being placed?

3   A   No, pretty much the -- the VIP against
4 regular, the VIPs, they have the access to seeing
5 my trades, some of that trades, so they can put
6 it on their own portfolio as well. Everybody has
7 their own portfolio as well or their own accounts
8 that they manage.

9   Q   But you were doing the trading for some
10 of those VIP investors?

11   A   Yes. The people that loaned us the --
12 yes. That did the loans, yes.

13   Q   Okay. So, for the people that gave you
14 the VIP loans and the people that gave you the
15 regular loans, how were the trades different?

16   A   The trades were the same trades.
17 There's nothing different. The thing is that on
18 the -- on the VIP, the reason why it was called
19 VIP was because they had access to me. They had
20 access to the trades that I call to generate
21 income for the company.

22   Q   Okay.

23   A   On the other -- on the other ones, they
24 don't have access to that.

25   Q   Okay. So, if the trades weren't

Page 80
1 different how could you guarantee the VIPs a
2 possibility of a better return?

3   A   Okay. Well, that -- like I said, Ms.
4 Harris, we never guarantee. You know, we could
5 say anywhere from zero to a certain amount, but
6 we never guarantee. But we knew -- I mean, I
7 knew that in -- the possible returns that we
8 could generate. And there -- at some point on
9 those trades the company had to give away profits
10 so they could pay a little more to the VIP.

11   Q   Okay. How could you tell the VIPs that
12 you were going to get a greater return than the
13 regular loan packages if the trades were the
14 exact same?

15   A   The thing is like on the other loans,
16 on the regular loans, even though they have their
17 own -- their own portfolio or an account
18 established, they don't have access to the trades
19 that we take. So, the potential on their own
20 portfolio is less.

21   Q   Let's say I gave you a loan and I don't
22 do any trading. I'm just giving you the loan and
23 I don't want to open up my own portfolio. And I
24 am saying, I want to be a VIP. I want to do the
25 VIP loan package. Why are you telling me that I

Page 81
1 have a opportunity for a greater return if the
2 other loan package executes the same trades?

3   A   Okay. One of the requirements I would
4 say, or perhaps requirements, on the VIP would be
5 to -- or for them to arrange -- to ensure that
6 they have their own accounts. They cannot just
7 be a VIP without their own accounts because we
8 wanted to give them the -- kind of the
9 person-to-person opportunity to -- to have access
10 to us.

11   Q   Okay.

12   A   More like a mentorship also.

13   Q   Okay. So, to qualify to be a VIP you
14 had to open up your own portfolio?

15   A   Yes, ma'am.

16   Q   Okay. Did you have to execute certain
17 trades?

18   A   Could you repeat that?

19   Q   Sure. Did you have to execute certain
20 trades?

21   A   At that time when -- I don't understand
22 the question, Ms. Harris. I'm sorry.

23   Q   Sure. When you had the VIP program and
24 a person wanted to be a part of the VIP program
25 and give you -- get a VIP loan package, to

Page 82
1 qualify you previously testified that they had to
2 open up their own portfolio, correct?

3   A   Yes, ma'am.

4   Q   Did they have to execute specific
5 trades in that portfolio?

6   A   Okay. Yes. I would -- I would help
7 them execute a particular trade. Of course I
8 would tell them -- ask them first. I cannot do
9 it without their permission, but I would help
10 them in their portfolio and, you know, do the
11 trades myself for them. And Eduardo as well used
12 to do that, help me assist them as well.

13   Q   Okay. So, every VIP on this -- on the
14 list that I showed you of your students had their
15 own portfolio and you helped them execute those
16 trades; is that right?

17   A   That is correct. The list -- that's --
18 that's one -- that was one of the prerequisites
19 in order to be a VIP member.

20   Q   Okay. So, they had to do their own
21 individual trading; is that correct?

22   A   That is correct.

23   Q   Okay. I'm -- I'm still a little bit
24 confused as to if the trades in the regular
25 portfolio are the same as the trades in this VIP

Case 4:23-cv-00339-DLR Document 31 Filed 09/12/24 Page 56 of 84
Case 4:23-cv-00339-DLR Document 31 Filed 09/12/24 Page 56 of 84

Page 83

1 portfolio, why would the VIP -- or, excuse me,
2 VIP group or portfolio, why would the VIP group
3 get bigger returns? Is it just because you're
4 helping them?
5    A    Okay. Let me -- let me ask -- let me
6 go back to the question that I -- the example
7 that I gave you.
8        For instance, if you have -- if you
9 have $100.00 and we make $20.00 profit. The loan
10 was paid $15.00. The company kept -- on the
11 regular the company kept $5.00 as an example and
12 the loan kept $15.00. On the VIP the loan would
13 keep $15.00 and the -- or -- or, I'm sorry, the
14 loan would potentially keep $17.00 and the
15 company would keep $3.00.
16    Q    So, with VIPs you actually are
17 guaranteeing them a return because the company is
18 paying them, correct?
19    A    Not -- not that we guarantee, no. How
20 can I say? No, not guaranteeing, but the company
21 takes less profit on the VIP account.
22    Q    Okay.
23    A    Like, the final profit that you --
24 that -- that we get, we take a smaller portion
25 from it. We give more to the -- to the -- to the

Page 84
1 loan.
2    Q    Okay.
3    A    Am I -- did you understand?
4    Q    I do.
5    A    Okay.
6    Q    On average, how much profit would the
7 company take from a regular loan package?
8    A    It's hard -- it's hard to say a
9 specific number. I wouldn't be able to give you
10 that exact number.
11    Q    Okay. On average, how much would the
12 company take a VIP loan package?
13    A    Same. Same. It's a little difficult
14 to give you an exact amount or an average.
15    Q    Do you have records that establish how
16 much the company took or how much the company
17 took off of each of these loan packages?
18    A    I would have to go back and -- and see
19 exactly all the records to get that information,
20 yes.
21    Q    You previously testified that you would
22 verbally speak to potential persons who were
23 giving you loans about the commissions before you
24 signed the contract -- before they signed the
25 contract; is that correct?

Page 85
1    A    Yes, ma'am.
2    Q    After you got their return and you took
3 a portion, would you tell them how much you took?
4    A    No, ma'am.
5    Q    Okay. So, they never really knew how
6 much their actual return was without your
7 deduction for commissions; is that right?
8    A    That is correct. Yes, ma'am.
9    Q    Okay.
10        MS. HARRIS: Jamie, if you could pull
11 up Exhibit 12.
12            (SEC Exhibit No. 12 was
13            marked for identification.)
14    Q    Mr. Chavez, take your time. Tell me
15 when you're ready to talk about this exhibit.
16    A    Yes. That's pretty much a -- a
17 PowerPoint that Mr. Eduardo put together.
18    Q    Okay. Explain to me what this
19 PowerPoint is.
20    A    That was a presentation that -- we were
21 doing a -- a PowerPoint presentation of a -- of
22 the academy and kind of the vision -- vision of
23 the company and the different ways that the
24 students could benefit.
25    Q    Did you participate in putting this

Page 86
1 together?
2    A    Somewhat, but mostly it was Mr.
3 Eduardo.
4    Q    Where was this PowerPoint presented?
5    A    I -- this PowerPoint -- particular
6 PowerPoint was presented in -- I believe in some
7 of the live presentations that we did. I don't
8 exactly recall exactly when we used it, but it
9 was -- it was to show people who we are and what
10 we do.
11    Q    When you say live presentations explain
12 what you mean.
13    A    Okay. You know, like -- for instance,
14 like, when we do a night trading session or
15 training, you know, how I told you that we
16 started in a restaurant?
17    Q    Yes.
18    A    Okay. So, just to give an -- an
19 example of what the company was.
20    Q    Okay. So, this would be presented at
21 the classes; is that correct?
22    A    Not all the classes. Just -- this
23 presentation we didn't -- I believe we didn't use
24 it so much.
25    Q    Okay.

**Page 91**

1    Q   Okay.

2    A   It's in Bitcoin. That's why it doesn't

3 have the dollar sign.

4    Q   Well, let me make clear for the record,

5 this table illustrates -- I see the coins, but

6 the numbers are U.S. dollars; is that correct?

7    A   Correct.

8    Q   Okay. What was the basis of putting

9 this slide together?

10    A   Based on what I know and, like I said,

11 my co-partner Eduardo is the one that -- he had a

12 marketing degree. He's the one that put this

13 together. He -- he's the one that was familiar

14 with it. The -- the purpose was get, like, an

15 idea of the potentials of gains that -- that we

16 could obtain.

17    Q   Let me ask a better question.

18    What was this slide based on? Was it

19 based on your average returns? Was it based

20 on -- what was it based on? What are these

21 numbers based on?

22    A   Oh, it -- it was based on average -- on

23 average returns I would say. But, like I said,

24 it was not a guaranteed return.

25    Q   I understand, but you're telling the

**Page 92**

1 public that these are potential numbers that you

2 can gain for them; is that correct?

3    A   Those are some potential numbers,

4 correct.

5    Q   And is it based on previous

6 performance?

7    A   Yes, ma'am.

8    Q   Okay. Okay. So, you're putting this

9 slide together and you feel comfortable with

10 these numbers because you've gotten these types

11 of returns before; is that correct?

12    A   That is correct.

13    Q   Okay.

14    MS. HARRIS: Let's go to page 33,

15 please.

16    Q   Take some time to look, Mr. Chavez, and

17 then let me know when you're ready.

18    A   Yes, I'm ready.

19    Q   What does this page describe?

20    A   This is a referral program. It's a --

21 we are not a multi-level marketing. So, when

22 Eduardo was coming -- when he came up with this

23 idea, like, where it says, we're -- it was, like,

24 more like a -- I don't know how to say it. But

25 you know the multi-level how they go, like,

**Page 93**

1 different levels -- up to kind of different

2 levels, this was put together more as referral

3 programs for students.

4    Let's say that if -- and this is just

5 an example, if you referred a student, like,

6 let's say, Ms. Harris, you referred a student,

7 where it says level one right there, you -- you

8 as a referrer -- referee would make seven percent

9 which is -- that is based on the -- you know,

10 where it says Bono Directo with the Bitcoin sign?

11    Q   Yes.

12    A   Okay. It's based on an example of

13 $1,000.00 package.

14    Q   Okay.

15    A   So, like, you refer me to the academy

16 you make $70.00.

17    Q   Okay.

18    A   And then, the second level, let's say

19 that I told Mr. John about the academy, but I

20 brought John to the academy, I made $70.00, which

21 John is my -- the person that I referred, but

22 you, Ms. Harris, made $30.00 and stop there.

23    Q   So there are two levels of referrals;

24 is that correct?

25    A   That is correct. Yes, ma'am.

**Page 94**

1    Q   When did the referral program start?

2    A   I'm trying to recall. I don't have any

3 exact date, Ms. Harris, to be honest with you.

4    Q   Was it before or after last year?

5    A   I -- I don't recall, Ms. Harris. I

6 will have to check.

7    Q   Okay. Is the referral program still in

8 place?

9    A   Yes, ma'am. It is still in place, but

10 we're no longer promoting this referral program

11 now.

12    Q   Okay.

13    A   I mean, after -- after the subpoena

14 took place and we no longer promoting.

15    Q   But it is still in place; is that

16 correct?

17    A   That is correct. Yes, ma'am.

18    Q   Okay. We'll come back to that.

19    MS. HARRIS: If we could go to page 38,

20 please.

21    No. I -- I apologize, not page 38. 35,

22 excuse me.

23    Q   Do you have it, Mr. Chavez?

24    A   Yes, ma'am.

25    Q   Great.

---

Page 95

1    Can you explain what page 35 is
2 showing?
3    A  Yes, ma'am. It says, Rangos De Avance.
4 This is when you are in the academy, this is like
5 ranks as far as you with the different students
6 would generate in -- in referrals. Like, for
7 instance, Rango Elite which is a ten, it's -- if
8 you -- if you refer $10,000.00, let's say, in
9 different referrals in your team, you can make
10 $250.00. And then, Elite 25 which is, in -- in
11 general sales and 25 -- it represents $25,000.00,
12 you get $500.00. And it moves on to Elite 500
13 which is 500,000 that you can generate up to
14 $10,000.00.
15    Q  Is the point of these programs to get
16 more loans coming in?
17    A  No, ma'am. No, ma'am. This is just an
18 incentive that was -- that was created to -- at
19 the beginning, you know. Of course, we wanted to
20 promote the -- the idea, the academy itself, but
21 it was -- we didn't do any -- we never went on --
22 on -- we never put this on Facebook. We never
23 put this on Instagram. We never put this on our
24 website itself at all to get more -- more
25 students.

Page 96

1    Q  Yeah. I understand the slide wasn't on
2 line. What I want to understand is the actual
3 program.
4    Am I correct in saying that the point
5 of the referral program was to get more people
6 involved and get more people loaning money; is
7 that correct?
8    A  Yes. I could say, yes, ma'am.
9    Q  Okay. So, what this slide shows is if
10 you had a certain number of people under you in
11 CFX or crypto -- well, if you had a certain
12 amount of people under you within the company and
13 those people were referring more people in,
14 you -- you would get cash; is that right?
15    A  As an incentive that you would get and
16 your team -- sales team you would get extra. It's
17 like a -- like a bonus.
18    Q  Okay.
19    A  It was -- it wasn't necessarily cash.
20 It was in Bitcoin. I don't know why Eduardo put
21 cash there, but it was in Bitcoin.
22    Q  Okay. So, people were incentivized to
23 talk to other people and get them to invest or
24 loan you money; is that right?
25    A  Correct. It was, you know, based on --

Page 97

1 on the sales obtained, correct.
2    Q  Okay. When you're talking with
3 potential students -- excuse me, with potential
4 investors or people who are loaning you money,
5 did you -- would you tell them about the referral
6 program?
7    A  Honestly, I -- I didn't myself, no,
8 ma'am.
9    Q  Okay. So, you wouldn't say, Hey,
10 invest $10,000.00 with me and if you get someone
11 else to invest you can get some money on top of
12 that as well?
13    A  No, ma'am. I -- I personally didn't.
14 No, ma'am.
15    Q  Do you know if others who worked for
16 your company did?
17    A  I -- I believe this was more introduce
18 if they are students or anyone. This was not
19 presented as a way to get more people to loan
20 money.
21    Q  Okay. But get more people involved; is
22 that right?
23    A  But I believe we didn't do incentives
24 until people were in the academy already. Not
25 to -- to get potential people with this

Page 98

1 particular promotion or -- or -- how can you say
2 it? This particular page that you're showing.
3    Q  Right. And I thought -- strike that.
4    You did previously testify that this
5 was an incentive to get people involved and get
6 people loaning more money. Am I -- am I right in
7 saying that?
8    A  Yes. Yes, ma'am.
9    Q  Okay. So, help me understand how
10 it's -- it's not getting people -- well, strike
11 that.
12    Let's -- let's move on, but we're going
13 to come back to the referral program, but before
14 we move on, let me wrap this up.
15    This slide is a -- is related to the
16 referral program that we were talking about on
17 the other slide, slide ten, correct?
18    A  Yes, ma'am.
19    Q  Okay. Was there any additional
20 incentives for people to bring in larger loans?
21    A  Not that I recall, ma'am.
22    Q  What I'm trying to figure out, Mr.
23 Chavez, is what's the different, like, 10, 25,
24 50, 100, 250 here is. Help me understand that.
25    A  This is just -- this is, like, in

Page 103

1  what it -- what it's saying is you have to have
2  it in the -- in -- since Eduardo is the one that
3  put this so I have to try to explain it as best
4  as possible.  Sorry.
5       Okay.  So, like, for instance, if you,
6  Ms. Harris, refer three people, okay, but I'm one
7  of those people, from the $1,000.00 loan that I
8  give to the company, $400.00 were taken from my
9  particular side.  The other remaining 600 had to
10 come from the other two referrals that you did.
11    Q   I'm -- I'm sorry, Mr. Chavez, I still
12 don't understand.  When we first spoke about your
13 loan packages --
14    A   Uh-huh.
15    Q   -- it was my understanding that if I
16 gave $1,000.00 you would invest it.  I would get
17 a certain profit back.  And you would take off a
18 certain percentage of that profit for
19 commissions. Explain to me how this factors in.
20    A   No.  No.  This is completely -- this is
21 different.  This is a -- how can I say?  This is
22 a promotion --
23    Q   Okay.
24    A   -- that it's -- not everybody qualifies
25 for this promotion.  This is not given to

Page 104

1  everybody.  This is only -- like, for instance,
2  let's talk about the elite ten --
3     Q   Okay.
4     A   -- which is 10,000 in volume, right?  Do
5  you see it?
6     Q   Yes.
7     A   Okay.  So, the 10,000 in volume it's --
8  like, for instance, you, Ms. Harris, refer me in
9  the business, only 400 -- it's not like we're
10 taking those $400.00 and putting it in a
11 different place.  No.  I'm just saying only 400
12 can count for this promotion, for me, for my --
13 for you referring me.
14    Q   I understand now.
15    A   You understand?
16    Q   Okay.  Okay.
17    A   I'm giving you an example of the sales
18 force.  Do you understand?
19    Q   Yeah.  It sounds like this is -- so, it
20 says, En Gracia 10,000.  Tell me what En Gracia
21 means?
22    A   En Gracia is if you have -- like,
23 referred, that's what it means.
24    Q   Okay.  So, basically, what the elite
25 ten medallion is stating here is that if you

Page 105

1  refer $10,000.00 worth -- if you have $10,000.00
2  worth of referrals on your team, you get
3  $2,500.00 cash; is that right?
4     A   If you have $100,000.00 you said?
5     Q   I said $10,000.00?
6     A   No.  No.  10,000 is 250.
7     Q   Or, excuse me, $250.00 cash, you're
8  right.
9     A   Yes, ma'am.
10    Q   So, to make sure we have a clean
11 record.  If you have $10,000.00 worth of
12 referrals on your team you get $250.00 cash?
13    A   That is correct.
14    Q   How does the different percentages at
15 the very bottom work?
16    A   Which one, the 40 percent?
17    Q   Yeah.  The 40 percent, the 30 percent
18 and then the other 30 percent.
19    A   That's just an example.  That's
20 just giving you an example.  That's not
21 necessarily --
22    Q   Okay.
23    A   That's just giving you an example that
24 in order to get that -- for you to get that
25 number you need to refer three students.

Page 106

1            (SEC Exhibit No. 13 was
2            marked for identification.)
3     Q   Okay.  Okay.  Mr. Chavez, let's go to
4  Exhibit 13.
5       I want you to kind of take your time
6  with this exhibit because I'm going to ask you a
7  couple of questions here.  Let me know when
8  you're ready.
9     A   I'm ready, yeah.
10    Q   Okay.  Can you verify that this is a
11 true and accurate copy of the CryptoFX student
12 agreement?
13    A   Yes that is correct.
14    Q   And if you go to page two, is that your
15 signature at the bottom of the page under -- or
16 under, CryptoFX, LLC Representative?
17    A   Can you pull the paper -- I cannot see
18 it.  I'm sorry.
19    Q   That's okay.
20       MS. HARRIS:  Jamie, I'll ask you to
21 scroll down to page two.
22    Q   Take your time, please.
23    A   Can you go a little more down?  I'm
24 sorry.  On the -- on the CryptoFX representative?
25    Q   Is that your signature?

1    A    That's not my signature, no, ma'am.
2    Q    Who's signature is that?
3    A    That's not -- I don't recall that --
4  that one. I don't know if it's Eduardo's.
5    Q    Okay. Who was authorized to sign as a
6  CryptoFX, LLC representative?
7    A    Okay. It was myself or Eduardo. Yeah,
8  myself or Eduardo.
9    Q    Okay. Anyone else?
10   A    I would say, I couldn't -- I wouldn't
11 be able to tell you, Ms. Harris. I'm the one
12 who's -- I find only myself and Eduardo on --
13   Q    Okay. Do you know who signed the
14 contracts?
15   A    That was a representative, but I would
16 have to double -- double check.
17   Q    But you don't know who the
18 representatives are?
19   A    Yes. Yes. I know the representatives.
20 Yes, ma'am.
21   Q    Okay. Who are the representatives?
22   A    Oh, no. The representative it means
23 that's a -- an employee.
24   Q    Okay. So, this is a signature of an
25 employee?

1    A    Yes. I just don't know exactly if it's
2  Eduardo's or who it was.
3    Q    So, who else would it be besides
4  Eduardo?
5    A    I would have to double check, Ms.
6  Harris.
7    Q    Okay. Do you know generally who signs
8  the student contracts?
9    A    Generally, it -- it was me.
10   Q    Okay. So, if it wasn't you and it's --
11 you've listed you, Eduardo. Who are your other
12 employees that sign contracts?
13   A    I would have to get back with you on
14 that, Ms. Harris.
15   Q    Who are your other employees?
16   A    I can definitely get -- give you a
17 list. I'll just give it to my attorney to give
18 you a list on that.
19   Q    Okay. Can you name some?
20   A    Yeah. Norma Chavez, Omar, Ingrid,
21 Marco, Pedro, Juan, Wendy, Eddie.
22   Q    Did any of them sign contracts?
23   A    Not that I'm aware of. I would have to
24 go and check on that.
25   Q    Okay. And with these names, do you

1  have any of their last names?
2    A    I can get you that information through
3  Mr. -- through my attorney.
4    Q    Okay. Okay. Do you -- do you not know
5  their last names?
6    A    Not all of them, no, ma'am.
7    Q    Okay. For example, what is Omar's last
8  name?
9    A    Chavez.
10   Q    What is Ingrid's last name?
11   A    Martinez.
12   Q    What is Marco's last name?
13   A    I don't remember right now.
14   Q    Okay. Do you know Pedro's last name?
15   A    Yes, Enriquez.
16   Q    Okay. Do you know Juan's last name?
17   A    Galarso.
18   Q    Okay. And do you know Wendy's last
19 name?
20   A    No, ma'am, I don't.
21   Q    And what about Eddie's last name?
22   A    I would have to go check, Miss -- Ms.
23 Harris.
24   Q    Okay. But you don't know whose
25 signature is on this contract?

1    A    No, ma'am.
2    Q    Okay. Who -- you established the
3  business in 2020. When did you start sending out
4  contracts?
5    A    I believe it was 2020. I don't know
6  the exact date.
7    Q    Okay. Who drafted the contract?
8    A    At the beginning I did to be honest
9  with you. I did -- I'm sorry?
10   Q    I apologize, I didn't let you finish
11 your answer.
12   A    No. At the beginning I did because
13 I -- I, myself and Eduardo did. Like I said, it
14 was more, you know, a -- you know, 2020 was
15 pretty much we started as -- you know, we were
16 just educating people and when we draft -- I
17 mean, they're the ones that ask us why don't they
18 give us loans to start doing trading so they can
19 take their opportunity in theirselves as well.
20 And one thing that I did tell them that was --
21 all the time I used to tell them is, you know,
22 the company is always willing to focus on you
23 guys learning and doing the necessary things so
24 you don't have to depend on us or on any other
25 companies out there to do the trading for you

Page 111

1 guys. Or -- yes.
2    Q    I'm sorry, Mr. Chavez, finish your
3 answer.
4    A    No. No. One thing that my mind that I
5 always put is that we -- 'cause there's so many
6 crypto companies out there that -- you know, that
7 have come and -- and just leave and -- and make
8 people, you know, lose money. One thing that we
9 focus on -- we never wanted to focus on two
10 things which was money and quantity. We never
11 wanted to focus on -- you know, on obtaining
12 money from people or having a large company
13 itself because we know that there are
14 responsibilities. We know the risks. We know how
15 the crypto market is itself.
16    Q    Okay. Did you use a template for this
17 contract?
18    A    I'm sorry?
19    Q    Did you use a template for this
20 contract?
21    A    No, ma'am.
22    Q    Okay. Did you have a -- an attorney
23 review this -- this contract?
24    A    Later on, yes. Later on, but at the
25 beginning --

Page 112

1    Q    And when I say, review this contract,
2 did you have an attorney review this -- this form
3 of contract?
4    A    No, ma'am.
5    Q    Okay. But you had an attorney review
6 this specific contract, correct?
7    A    Well, not -- not necessarily this
8 specific contract. Like I said, we did it
9 ourselves.
10    Q    Okay. And you didn't have an attorney
11 review the form before you started sending it out
12 to students and people who were giving you loans;
13 is that correct?
14    A    Correct. No, ma'am.
15    Q    Okay. How did you recruit Ms. Vasquez?
16    A    Vasquez? It was a referral to -- can
17 you put the page up. Sorry. I'm sorry, could
18 you put the page up to the top. Okay, right
19 there's good. Right there's good.
20         He was referred through Marios. You
21 know, right after the $1,000.00, after the
22 $1,000.00, he was referred by that person.
23    Q    I don't understand your answer. Can
24 you explain.
25    A    Okay. That particular person, Mr.

Page 113

1 Vasquez, was referred to the academy through
2 Marios. I don't -- I don't recall the person's
3 name. Marios.
4    Q    Okay. So, this is a contract for
5 Margarito Sajceme Vasquez. And on the user
6 column there's two names, Marcos Guzman and
7 Felipe --
8    A    Yeah, I'm sorry. Marcos. Marcos.
9    Q    Okay. Go ahead.
10    A    Okay. Marcos is the one that referred
11 this person Margarito.
12    Q    Okay. Did Ms. Vasquez come in and take
13 classes with you?
14    A    I don't -- I don't recall that.
15    Q    Okay. So, there's a start date here of
16 January 23rd, 2021. What does that mean?
17    A    Okay. That's when Mr. Vasquez got
18 involved in the program.
19    Q    And so we have a clear record, is
20 Margarito Mr. Vasquez or Mrs. Vasquez?
21    A    I don't understand the question.
22    Q    Sure. Do you know if Margarito is a
23 male or a female?
24    A    Margarito is a male.
25    Q    Okay. Okay. So, on January 23rd, 2021

Page 114

1 what happened?
2    A    That's when Mr. Margarito started the
3 academy.
4    Q    Okay. But you don't know whether or
5 not he attended classes?
6    A    No, ma'am.
7    Q    Okay. So, when you say, Started the
8 academy, do you mean that's when he gave you
9 $1,000.00?
10    A    That's when he joined the -- the
11 academy, that's what it means, correct.
12    Q    Okay. So, the record's clear, that's
13 when he paid the $1,000.00; is that right?
14    A    Yes, ma'am.
15    Q    Okay. So, it also has an end date of
16 July 23rd, 2021. What does that date mean?
17    A    Okay. That date means that's when the
18 loan ends.
19    Q    Okay. And --
20    A    That's when --
21    Q    Go ahead.
22    A    That's when Mr. Margarito says, you
23 know, my -- I already learned what I had to
24 learn. So, I already obtained. Now I can decide,
25 I want to continue with the academy or I just

APP0037

**Page 115**

1 want to, you know, get my -- the $1,000.00 that I
2 loaned the company back.
3    Q  Okay. So we're clear, you're referring
4 to him as Mr. Margarito. I'm referring to him as
5 Mr. Vasquez, but this is the same person?
6    A  Yes, it is.
7    Q  Okay. Let's refer to him as Mr.
8 Vasquez so we have a clean record.
9    A  Okay.
10    Q  So, am I correct in saying that Mr.
11 Vasquez gave you $1,000.00 on January 23rd, 2021
12 and his loan ended on July 23rd, 2021. So, a
13 six-month loan, correct?
14    A  Yes, ma'am.
15    Q  But you don't know if Mr. Vasquez ever
16 attended classes; is that correct?
17    A  Correct.
18    Q  So, this contract is for the loan,
19 right?
20    A  Yes, ma'am.
21    Q  Okay. What does Bronze 1K buy him?
22    A  That gives him -- that's more like a
23 starter -- a starter program. That's our basic
24 category.
25    Q  Okay. But you previously testified

**Page 116**

1 that he's giving you a loan and you don't know
2 whether or not he attended classes. So, I'm
3 trying to determine where the money went.
4      Is the money for classes or is the
5 money for you to do the Bitcoin trading?
6    A  Okay. This is -- this money here give
7 me the ability that -- was his loan that he put
8 in here, gave him the ability for -- for me to do
9 the trading, but also for him to take classes.
10    Q  Okay. Okay. You just don't know
11 whether he did or not?
12    A  Exactly. Yes, ma'am.
13    Q  Okay, got it.
14      At the very bottom of page one it says,
15 Month six. And then it signifies the date -- the
16 end date of the loan which is July 23rd, 2021.
17 And then it states, $1,080.00. What does that
18 mean?
19    A  That means that at the end what he made
20 was $1,080.00.
21    Q  Okay. So, he made a profit of $80.00?
22    A  No. I believe he made a profit of
23 $1,080.00.
24    Q  He put in $1,000.00?
25    A  Yes, ma'am.

**Page 117**

1    Q  So, his profit was $80.00; is that
2 correct?
3    A  No. No. His profits was $1,080.00.
4    Q  Oh, I see, okay. So, that is his
5 overall profit, okay. So, his overall profit was
6 $1,080.00?
7    A  So, on July 23rd, you know, he --
8 Margarito -- Mr. Vasquez, I'm sorry, could have
9 said, you know, I want to continue with the
10 academy or I just want my -- the capital that I
11 let the company borrow, I want it back.
12    Q  Okay. To be clear, no where on this --
13 no where in this contract do you disclose how
14 much profit or commissions you took from the
15 trades that you made with his money; is that
16 correct?
17    A  That is correct.
18    Q  Okay. At the -- at the top of page one
19 there is a 140 number under Marcos Guzman's name.
20 What does that signify?
21    A  That -- that signifies that when he
22 brought -- let me see. Can you pull it up?
23    Q  It's going to be at the top of page
24 one.
25    A  Okay. So, let me -- let me tell you

**Page 118**

1 what that was.
2      Whenever the company is doing --
3 giving -- the trading, the earnings, we, Eduardo
4 and I, we as -- as a company, decided to do a --
5 a little promotion. So, what happened was, you
6 know the seven percent that you obtained which is
7 the -- the $70.00? He -- he did a double
8 percentage on the profit on that particular
9 account. That's what it means. When he -- on --
10 on the referral piece.
11    Q  So, is it my understanding that Mr.
12 Guzman got double the referral fee on this
13 contract?
14    A  Yes, ma'am. Every time we as a company
15 did good as a -- in the trading and everything,
16 you know, for maybe five days, ten days, that's
17 what happened with this particular contract.
18    Q  Okay. Who --
19    A  Filipe -- I'm sorry.
20    Q  Go ahead?
21    A  Filipe, which is the second sponsor,
22 got $30.00.
23    Q  Who decided when to double the
24 referral?
25    A  We do. Eduardo and I did.

Page 119

1    Q   Okay.  Would you ever tell Mr. Vasquez
2  that the referrals were being doubled?
3    A   Yes, but -- yes and no because -- how
4  can you say it?  This is -- you never know --
5  this is something that we -- whenever we have
6  gains, that's when we -- we put it.  It's not all
7  the time.
8    Q   I understand it was at your discretion.
9  My question is, would you tell the people giving
10 you loans that you were doubling the amount of
11 the referrals?
12   A   On this particular person, I don't
13 recall that, ma'am, no.
14   Q   Okay.  But in general, would you tell
15 them that you were doubling the amount of
16 referral fees?
17   A   Yes, ma'am.
18   Q   When would you do that?
19   A   Whenever we decide that, you know, we
20 had a week or great month and that's when we'd do
21 it.
22   Q   Okay.  So, those referral fees were
23 coming out of their -- the profits from their
24 loan; is that correct?
25   A   No.  Those -- those referral fees are

Page 120

1  profits that the company did.
2    Q   Correct.  Which are profits from their
3  loan; is that correct?
4    A   That is correct.  Yes, ma'am.  Yes,
5  ma'am.
6    Q   Okay.  So, you would initially tell
7  them seven percent.  And then, they would get
8  less money because you would double the amount of
9  referral fees coming out of their profit share;
10 is that right?
11   A   Well, in -- in some -- it actually came
12 from -- you know how I told you about the -- the
13 Founders Circle, when we had the Founders
14 Circle --
15   Q   Yes.
16   A   -- where we had to give away a little
17 bit money?  So, it comes from -- from the
18 company's money or profits.
19   Q   Okay.  But those profits are still
20 profits from the loans; is that correct?
21   A   That is correct.  Yes, ma'am.
22   Q   Okay.  So, you would tell people after
23 they gave you their money that you are going to
24 reduce their profit share because you were giving
25 more money out as referral fees; is that right?

Page 121

1    A   No.  No, we don't -- we don't say that.
2  No, ma'am.
3    Q   I understand that's not what you said,
4  but what I'm trying to get at is what was told to
5  the people giving you loans.  Would you tell them
6  that, We're doubling the referral fee?
7    A   Yes, ma'am.
8    Q   Okay.  And you told them that after
9  they gave you the loans?
10   A   I'm so sorry, Ms. Harris, I'm a little
11 confused with your question.  I'm so sorry.
12   Q   Sure.  Let me clarify.
13   A   Yes.
14   Q   Mr. Vasquez gives a loan of $1,000.00
15 and presumably my understanding is that it is
16 going to be a seven percent referral fee because
17 that's standard; is that correct?
18   A   That is correct.  Yes, ma'am.
19   Q   Okay.  When would you tell Mr. Vasquez,
20 No, we're doubling the referral fee?
21   A   Oh, no.  No.  We -- we -- we tell
22 them -- we tell them before -- before he
23 enrolled.
24   Q   How could you tell them before if it
25 was only done discretionary and you would decide

Page 122

1  based on how the trading was going?  How would
2  you know?
3    A   What I didn't tell -- I didn't tell Mr.
4  Vasquez that.  The one that I did tell about that
5  was Mr. Marcos I mean.
6    Q   Okay.  So, you answered my question,
7  but let me make it clear for the record.
8        So, you would not tell the people who
9  were giving -- you were giving -- let me strike
10 that.
11       You would not tell the people who gave
12 you loans that you were doubling the referral
13 fee; is that right?
14   A   That is correct.
15   Q   Okay.  Glad we made that clear.
16       However, because you were doubling the
17 referral fee, their return would be smaller; is
18 that right?
19   A   No, because that would come from the --
20 from the earnings made by the company.
21   Q   Correct.  It's my understanding that
22 the earnings from the company are -- are the
23 loans that are in front of us here.  Is that not
24 right?
25   A   Yes.  Yes.  It would seem --

1 the business model changed?
2    A   No, ma'am.
3    Q   Okay. So, you're still giving out
4 Bitcoin and you're still giving out returns for
5 the people who are giving you loans; is that
6 correct?
7    A   For the previous contracts we -- that
8 is to say, we not promoting because we didn't
9 know how things, you know, right now are.
10 Especially when we get the subpoena. So, this
11 was something that we -- we still have the same
12 model.
13    Q   Okay. And, Mr. Chavez, it's important
14 we don't talk over each other, but with this
15 contract, am I correct in saying you have the
16 same model in that you are still taking loans and
17 investing in the cryptocurrency space and you're
18 still doing classes; is that correct?
19    A   We're still doing the -- we're still
20 paying out these loans and we still doing the
21 classes as well, yes, ma'am.
22    Q   Okay. Mr. Lopez -- how was Mr. Lopez
23 recruited?
24    A   Same, he was referred through somebody.
25    Q   And based on this contract is it my

1 you deposit checks for loans?
2    A   To one of the -- to the CryptoFX
3 account or it was probably at the deposit to a
4 CBT Group account.
5    Q   Okay. What is CBT Group?
6    A   CBT Group is -- it's a real estate
7 company that -- that I was establishing for the
8 academy as well.
9    Q   Okay. I'm going to come back to that
10 later, but let me ask, if he signs up for the
11 gold package and pays $50,000.00, what does that
12 buy him?
13    A   Again, that's the opportunity to -- you
14 know, like, the program that we have for where we
15 put the money to trade. And also with the gold
16 package gives him access to more, like,
17 one-on-one classes. More, I would say, VIP
18 classes, more advanced classes.
19    Q   With the gold package is there an
20 opportunity to get greater returns?
21    A   Not necessarily, no, ma'am.
22    Q   You previously said with the VIP
23 classes that there was an opportunity to get
24 greater returns.
25    A   Yes.

Page 136

1 understanding that Mr. Lopez was recruited by
2 Juan Antonio Hernandez?
3    A   On the screen I cannot see it. Can you
4 please move it up?
5        That is correct. Yes, ma'am.
6    Q   And the indirect sponsor is Mr. Tursio,
7 correct?
8    A   That is correct. Yes, ma'am.
9    Q   Okay. And Mr. Lopez gives you a loan
10 of $50,000.00; is that correct?
11    A   Yes, ma'am.
12    Q   On July 15th, 2021?
13    A   Yes, ma'am.
14    Q   Do you see on the far left a check
15 number starting at 685?
16    A   Yes, ma'am.
17    Q   What does that signify?
18    A   That he probably -- what happened was
19 that he gave a check for the $50,000.00. That's
20 what it means.
21    Q   Where would that check go?
22    A   I would have to -- I don't have that
23 information, Ms. Harris. I will have to double
24 check on that.
25    Q   Understood, but in general where would

Page 138

1    Q   Is the gold package different than VIP
2 package?
3    A   Yes, ma'am. VIP was the -- they will
4 have an opportunity to get higher returns. Gold
5 package only means that you have access to more
6 advanced classes.
7    Q   Okay. Okay. So, $50,000.00 means he
8 got the most advanced classes and he gave you a
9 loan for $50,000.00; is that right?
10    A   Yes, ma'am.
11    Q   Okay. And on October 15th, 2021 he got
12 a return of $22,500.00; is that right?
13    A   Yes, ma'am.
14    Q   Okay. And his direct sponsor got a
15 payment -- referral payment of 3,500?
16    A   Yes.
17    Q   And then his indirect sponsor got a
18 payment of 1,500?
19    A   Yes, ma'am.
20    Q   Okay. Let me ask you about where --
21 well, let me step back.
22        The payment of 22,500, was that in cash
23 or would that be in Bitcoin?
24    A   I would have to check, Ms. Harris.
25    Q   Okay. You don't know, okay. But if it

Page 143

```
 1  account.
 2       Is it your testimony today that every
 3  loan that you received was deposited under a
 4  CryptoFX bank account?
 5    A  Yes, ma'am.
 6    Q  Yes?
 7    A  I'm so sorry.  Could you repeat that
 8  again?  I didn't --
 9    Q  Sure.
10    A  Could you rephrase that?  I'm sorry.
11    Q  Sure.
12       Every loan -- every loan that you
13  received, whether it was cash, a check, a wire,
14  was it placed under a CryptoFX business account,
15  whether that was at Cadence Bank or Lone Star
16  Bank; is that -- is that correct?
17    A  Yes, ma'am.
18    Q  Okay.  So, you never would take loan
19  money and put it into a CBT Group account?
20    A  I will have to double check on that and
21  get with my attorney and give you that
22  information.
23    Q  Okay.  Would you ever direct any people
24  who were giving you loans to make out checks to
25  the CBT Group?
```

Page 144

```
 1    A  Not that I recall.  I will have to
 2  double check with on that, Ms. Harris.
 3    Q  Okay.  If you were to put any loan
 4  money into the CBT Group account would you
 5  disclose that to the people who were loaning you
 6  money?
 7    A  No, ma'am.
 8    Q  Okay.  If you were to put money into
 9  the Maurizzio Group account would you disclose
10  that to the people who were loaning you money?
11    A  I would have to check on -- on the
12  previous questions and -- and -- and this I would
13  to -- I don't recall.
14    Q  Okay.  You don't recall whether or not
15  you told a person loaning you money, I'm going to
16  put this into a CBT Group account?  You don't
17  recall that?
18    A  Most likely, yes.  I would say yes to
19  that -- to that question.
20    Q  Okay.  You would tell them that you
21  were depositing it into a separate account that
22  was separate from CryptoFX?
23    A  Yes, ma'am.
24    Q  Okay.  Would you tell them that CBT
25  Group was a real estate firm or, excuse me, a
```

Page 145

```
 1  real estate development account?
 2    A  Yes, ma'am.
 3    Q  Okay.  How would you tell them this?
 4    A  Pretty much when they were -- they
 5  were -- they would write a -- a check that's told
 6  to them at that time.
 7    Q  Okay.  So, you would have to kind of
 8  tell them this because they would write a check
 9  for CBT Group, correct?
10    A  Correct.  Yes.  Because they cannot
11  just sign a check for a particular entity without
12  knowing where it's going.
13    Q  So, am I correct in saying that you did
14  direct some of the people giving you loans to
15  fill out checks to the CBT Group, correct?
16    A  Now that you refresh -- yes.  Yes,
17  ma'am.
18    Q  Okay.  And that money was used for
19  Bitcoin trading?
20    A  Yes, ma'am.
21    Q  Okay.  Okay.  We are at 1:16.  I -- I'm
22  at a good place where I can stop.  And I think we
23  can go off the record now for lunch.
24       (Whereupon, at 1:16 p.m., a luncheon
25  recess was taken.)
```

Page 146

```
 1       A F T E R N O O N   S E S S I O N
 2       MS. HARRIS:  We are back on the record
 3  at 2:13 p.m. Central Time.
 4       BY MS. HARRIS:
 5    Q  Okay.  Mr. Chavez, we left off talking
 6  about your bank account and the transfers of
 7  money between your bank accounts.  I'd like to
 8  pick up on my questions there.
 9       So, Mr. Chavez, you mentioned that you
10  had bank accounts under CryptoFX, Maurizzio
11  Group -- Maurizzio Group, CBT, LLC; is that
12  correct?
13    A  Yes, ma'am.
14    Q  Do you have any other entities in which
15  you have bank accounts under?
16    A  That's the only -- those are the ones I
17  have accounts under besides myself.
18    Q  So, that's it?
19    A  Yes, ma'am.
20    Q  Okay.  Was there ever a CryptoFX -- or,
21  excuse me, a Crypto Lifestyle bank account?
22    A  No, ma'am.
23    Q  Okay.  I want to understand the flow of
24  money once you got a loan.  So, I'm going to ask
25  you some questions and if you could walk me
```

1    Q   Can you list those out again? Exodus,
2 Blockchain and what was the third one?
3    A   Bittrex.  Bittrex.
4    Q   You previously only listed two, Exodus
5 and Blockchain, but there were three wallets --
6 or, excuse me, three exchanges and four wallets;
7 is that right?
8    A   No.  The -- the wallets and the
9 exchanges is the same, the same thing.
10   Q   Okay.  Help me understand a little bit
11 more.  So, you had a wallet on Exodus.  You had a
12 wallet on --
13   A   Blockchain.
14   Q   -- Blockchain.  And then you had two
15 wallets on the other one?
16   A   Bittrex.  Bittrex.  The other wallet
17 Eduardo is the one that managed that one.
18   Q   Okay.
19   A   He had a Binance wallet.
20   Q   Okay.  So, you had one wallet on
21 Binance --
22   A   Bittrex.
23   Q   -- one wallet -- please let me finish
24 my question.
25   A   Yes, ma'am.

1    Q   You had one wallet on Binance.  You had
2 one wallet on Blockchain.  You had one wallet on
3 Exodus and you had one wallet on Bittrex?
4    A   Bittrex, yes, ma'am.
5    Q   Bittrex, okay.  And those four wallets
6 were the wallets that you used for Bitcoin
7 trading for CryptoFX?
8    A   Yes, ma'am.
9    Q   Where were those wallets -- what bank
10 account were those wallets linked to?
11   A   I would have to double check on that,
12 Ms. Harris.
13   Q   Okay.  Let me get back to the transfers
14 between your personal and business accounts.  You
15 said it was to buy Bitcoin, correct?
16   A   Yes, ma'am.
17   Q   And you had to buy Bitcoin through your
18 personal account?
19   A   Like I said, I have to check because
20 what happened is like, for instance, if I bought
21 it from somebody, I would have to do a wire
22 transfer or a check or, you know, for -- or buy
23 cash from that person.  So, I would have to
24 double check on those accounts.
25   Q   I'm still not understanding it.  So,

1 please help me understand it.
2    A   Okay.  Can you rephrase, please, Ms.
3 Harris.
4    Q   Sure.  I'm trying to understand why you
5 were transferring from your business account to
6 your personal account.  And it was your previous
7 testimony that you had to do it because you had
8 to buy Bitcoin under your personal account; is
9 that correct?
10   A   Correct.  Yes, ma'am.
11   Q   Okay.  So, you were transferring money
12 from the CryptoFX business account to your
13 personal account; is that correct?
14   A   Correct.
15   Q   To buy Bitcoin, correct?
16   A   Correct.  Yes, ma'am.
17   Q   Help me understand why you couldn't
18 have just bought Bitcoin from the CryptoFX
19 account.
20   A   Because on the CryptoFX account, like,
21 an exchange from Bittrex, that exchange is under
22 my name.  It's not under CryptoFX because I
23 couldn't open under CryptoFX on that exchange.
24   Q   Okay.  Is the Blockchain account under
25 your name?

1    A   Yes, ma'am.
2    Q   Is the Binance account under your name?
3    A   No, ma'am.
4    Q   Is the Exodus account under your name?
5    A   That one, it's -- no, ma'am.
6    Q   What is that under?
7    A   It's under -- it doesn't have -- I
8 think it's under the company name because it
9 doesn't specifically put a name on that account.
10   Q   So --
11   A   All -- all four of them are company
12 accounts.  Binance account was Mr. Eduardo's
13 account.
14   Q   So, these are all company accounts, but
15 it sounds like two of them had your name on them
16 personally?
17   A   Yes, ma'am.
18   Q   And that's why you had to link it to
19 your personal account?
20   A   Yes, ma'am.
21   Q   Did you ever make transfers from the
22 business account to your personal account to pay
23 yourself commission?
24   A   No, ma'am.
25   Q   But you took commission, correct?

1    A  Yes, ma'am.
2    Q  How would you take those commissions?
3    A  I would put myself a -- a salary on a
4  weekly basis.
5    Q  Okay.  And how would you pay yourself
6  that salary?
7    A  Through Bitcoin.
8    Q  Which account?
9    A  To one of my Exodus accounts, personal
10  Exodus account.
11    Q  So, you had both a business and
12  personal Exodus account?
13    A  Yes, ma'am.
14    Q  Did you have a personal -- excuse me.
15  Did you have a personal Bittrex account?
16    A  Bittrex account, yeah.  That's my
17  personal, yes, ma'am.
18    Q  I'm trying to understand all of your --
19  your Bitcoin accounts.  So, let's list them out.
20      So, you have one is the Binance account
21  which is used for CryptoFX trading --
22    A  Yes.
23    Q  -- but that was by Eduardo; is that
24  correct?
25    A  That is correct.  Yes, ma'am.

1    Q  When he passed did you lose access?
2    A  Yes, ma'am.  I don't have access to
3  that.
4    Q  You do not have access to that, okay.
5      With the Exodus account you have both a
6  business and a personal, correct?
7    A  Yes, ma'am.
8    Q  Just two, correct?
9    A  Correct.  Yes, ma'am.
10    Q  But the business one has CryptoFX and
11  the personal has your name, correct?
12    A  Yes, ma'am.
13    Q  With the Bittrex you have a personal
14  account?
15    A  That is -- no, ma'am.  No, I don't have
16  a personal account number.
17    Q  With the Bittrex do you have a business
18  account?
19    A  That is the business account, yes,
20  ma'am.
21    Q  With the Blockchain do you have a
22  personal account?
23    A  Yes, ma'am.
24    Q  And do you also have a business
25  account?

1    A  Not with -- not with Blockchain, no,
2  ma'am.
3    Q  Okay.
4    A  Or, I'm sorry, it is a company account.
5  I don't have a personal account.  That's my
6  mistake.
7    Q  With Blockchain do you have a personal
8  account?
9    A  No, ma'am.
10    Q  With Blockchain do you have a business
11  account?
12    A  Yes, ma'am.
13    Q  Okay.  And you would pay yourself
14  salary via Exodus from your business account to
15  your personal account?
16    A  Yes, ma'am.
17    Q  How much was your salary?
18    A  Anywhere from 5,000 to 10,000 a week
19  depending on the -- on how the trading was.
20    Q  So, your salary was commission based,
21  correct?
22    A  Yes, ma'am.
23    Q  Totally commission based?
24    A  Yes, totally commission based.
25    Q  Okay.  Okay.  Did you ever move -- let

1  me ask a better question.
2      Did you ever transfer money from the
3  CryptoFX account at Cadence to the CBT, LLC
4  account?
5    A  I don't recall it.  I don't recall
6  that.
7    Q  Did you ever transfer money from
8  CryptoFX Cadence to the Maurizzio account?
9    A  I don't recall.  I would have to check.
10  I don't recall it.
11    Q  Okay.  Is it possible?
12    A  I would have to check.  I wouldn't -- I
13  wouldn't -- I wouldn't know to be honest with
14  you.
15    Q  Okay.  I don't want you to speculate.
16      Did you ever take investor money into
17  the Mauricio account?
18    A  Could you rephrase your question?
19    Q  Sure.
20      Did anyone ever pay you a check, give
21  you cash, send you a wire transfer and you put
22  that money into the Maurizzio account?
23    A  Not that I recall.  I would have to
24  double check on that, Ms. Harris.
25    Q  You previously testified that you

Page 171

1 it in Bitcoin. Then from there I just traded
2 with other coins such as Cardona, SOP, you know,
3 Solana. They're different coins, that's what I
4 meant. I didn't mean different currencies, but I
5 meant different coins.
6     Q    Okay. Are those -- the ones that
7 you've listed -- the ones you've listed, are
8 those it? Are their other ones?
9     A    I do more, but I'm just giving you an
10 example.
11    Q    Okay. Can you list all of the ones you
12 can think of?
13    A    Sure. Cardona, Ripple, Dodogecoin,
14 Chief, Solana, Bit, Binance Coin. There's --
15 yeah, there's so many, but the majority that I
16 did trading with is the top ten which are the
17 more, I wouldn't say secure, but less riskier
18 coins. There's a Shane, Uniswap, Galla, you
19 know. Those are the ones that I do most of my
20 trading with.
21    Q    Okay.
22    A    But there's 4,000 coins.
23    Q    Okay. You take in a loan. You buy the
24 Bitcoin on one of these four wallets. You then
25 have to pay out a return to the people who

Page 172

1 owe money to; is that correct?
2     A    Yes, ma'am.
3     Q    How do you pay out these returns?
4     A    Through Bitcoin. And some we did a
5 bank deposit.
6     Q    Okay. So, let's take it step by step.
7 Through Bitcoin, when you would pay out through
8 Bitcoin you would pay out through Binance?
9     A    No. Some through -- see, mostly with
10 Exodus and Blockchain. Some through Binance, but
11 it was not that many. It was mostly Exodus and
12 Blockchain.
13    Q    Okay. So, when we pull the records for
14 Exodus and Blockchain we should see lots of
15 returns being paid out to the people that you --
16 that you took money from?
17    A    Yes, ma'am.
18    Q    Okay. Did you pay out returns in cash?
19    A    A few. Not -- mostly Bitcoin and
20 deposits into bank accounts.
21    Q    Okay. So, for the bank account
22 deposits, let's go to that, where would you pay
23 out these deposits from, what account?
24    A    The -- the bank accounts of the -- of
25 the individual, the student.

Page 173

1     Q    I didn't hear you, Mr. Chavez. That
2 might be my fault, but can you repeat?
3     A    On the bank account of the -- that
4 particular student.
5     Q    I understand, but where -- what account
6 would you pay from?
7     A    Oh, what account would I pay from? It
8 was from the CryptoFX account, but then I would
9 also buy cashiers checks and deposit to their
10 accounts.
11    Q    Okay.
12    A    Money orders and things like that.
13    Q    I'm sorry I interrupted you. Can you
14 repeat your answer?
15    A    Yes. It was from the CryptoFX bank
16 account, but it was also from -- I'm sorry, it
17 was from money orders and cashiers checks that I
18 would buy. And I have records as well.
19    Q    Okay. So, when we look at your records
20 we should see the investors getting these returns
21 in money orders, wire transfers and cashiers
22 checks from the CryptoFX account at Cadence; is
23 that right?
24    A    Yes, ma'am.
25    Q    Did you ever pay that from any other?

Page 174

1     A    I don't have that information. I will
2 have to double check on that.
3     Q    Do you not remember whether you paid
4 them through another account?
5     A    No, because that particular side of
6 things, Eduardo was more involved with that. I
7 was more involved with the operations, like,
8 trading side in the crypto space.
9     Q    Okay, but this is more -- this is more
10 about the returns.
11        Do you have records of how you were
12 paid -- of how you paid ever single investor?
13    A    Yes, ma'am.
14    Q    Okay. So, those are responsive to our
15 production -- or to our subpoena and we would
16 like to see those records.
17        Did you ever pay out people in cash?
18    A    A few, yes, ma'am.
19    Q    And you have records of when and how
20 that happened?
21    A    Yes, ma'am.
22    Q    Okay. Did you ever pay out people via
23 Zelle?
24    A    No, ma'am. Not that I recall.
25    Q    Okay. Did you ever pay out people via

Page 199

1    Q   So, starting at March 29th, 2021 at
2  4:30 Gio is discussing, Our attorney has just
3  reminded me that he has yet to receive your
4  personal taxes for last year. We have passed our
5  deadline and I have asked for extension. 1.7
6  million needs to be put into the CDT account on
7  April 7th. Do you see that?
8    A   Yes, ma'am.
9    Q   Okay. Without telling me what you
10 discussed with any attorney, do you know what
11 attorney Mr. -- or Georgio is referencing?
12   A   No, ma'am.
13   Q   So, you -- you don't know what attorney
14 he's talking about? It says, Our attorney.
15   A   But he's the one that managed that. I
16 don't have that information, ma'am.
17   Q   Okay. So, you don't know who CBT's
18 attorney was?
19   A   No, ma'am.
20   Q   Okay. And where would this $1.7
21 million come from?
22   A   Through the people that would loan for
23 the CBT account.
24   Q   Can you repeat your answer, Mr. Chavez?
25 I didn't quite understand it.

Page 200

1    A   From -- from the people that would loan
2  for the CBT Group. For the people that was doing
3  the loans for the CBT.
4    Q   Okay. So, why did -- I'm trying to see
5  if this is -- I'm trying to understand the
6  construction of this message here.
7        Why did $1.7 million need to be -- I'm
8  assuming that means CBT account by April 7th, why
9  was that?
10   A   Because we were looking into purchasing
11 a land to build apartment complex.
12   Q   Okay. So, I'll represent to you that
13 throughout this Webex -- excuse me, WhatsApp
14 conversation you guys talk about this million
15 dollars -- $1.7 million several times. Where
16 were you getting this money?
17   A   From people that would loan the money.
18   Q   Okay. So -- so, from investors?
19   A   A different -- different people that
20 would loan the money for -- for the loans for us
21 to -- to do the development.
22   Q   Okay. Did you ever get this money?
23   A   No, ma'am.
24   Q   And is that because you couldn't find
25 additional investors to give you money?

Page 201

1    A   I didn't. It was because I didn't
2  promote to do it, if I understood me. Because if
3  I would pay out people from that, you know,
4  whatever we did, then I would -- I would have got
5  it.
6    Q   Okay. So, my understanding was you're
7  saying it's because you didn't really promote CBT
8  you were not able to get this money in order to
9  make the real estate development purchase that
10 you wanted, right?
11   A   Correct.
12   Q   Okay. I know you previously testified
13 that you don't know how many investors CBT has,
14 but do you have records where we could find out?
15   A   I can definitely look into that, yes,
16 ma'am.
17   Q   And have you -- perhaps you answered
18 this. Forgive me if you have. You've never
19 taken a salary from CBT; is that correct?
20   A   No, ma'am.
21   Q   Okay. And your primary source of
22 income is from CryptoFX; is that correct?
23   A   That is correct.
24   Q   Okay. So, since you had not purchased
25 any real estate through CBT as of yet, where

Page 202

1  has -- where is the investor money sitting right
2  now?
3    A   In the account.
4    Q   In the account, okay. Has any -- has
5  any money been taken out of it?
6    A   Not investors money, no, ma'am.
7    Q   Okay. I mean, do you guys have any
8  overhead or anything that you're using where
9  you're spending investor money?
10   A   Gio he has some salary.
11   Q   How much is his salary?
12   A   I believe it's 2,500 a week maybe.
13   Q   Is his salary disclosed to investors?
14   A   No, ma'am.
15   Q   And you previously testified that you
16 don't remember whether or not these investors
17 with CBT Group have contracts, correct?
18   A   Correct. Yes, ma'am.
19   Q   Were you the primary person
20 communicating with the CBT Group investors?
21   A   Myself and Eduardo.
22   Q   How did you communicate with them?
23   A   Face-to-face.
24   Q   Face-to-face, okay. When they would --
25 well, any e-mails?

**Page 203**

1  A   No, ma'am.

2  Q   Text messages?

3  A   No, ma'am.

4  Q   Okay. And there are no promotional

5  materials for CBT Group; is that correct?

6  A   No, ma'am.

7      MS. HARRIS: Let's go to page ending in

8  Bates label 751, please.

9  Q   Right in the middle Mr. -- or

10 Georgio -- I'm sorry, what is his name again?

11 A   Georgio.

12 Q   Georgio, correct. Okay, Georgio gives

13 you a link to www.McNamaraGroup. And then he

14 states, I'm trying to set up a Zoom call or

15 possibly a conference call with Rhory McNamara at

16 McNamara Corporate Services, Inc. based in St.

17 Lucia to set up your offshore account. Checkout

18 his website.

19    Later, further down there's audio

20 omitted. He also says, Brother, I will be at the

21 office in the morning for a Zoom call with St.

22 Lucia and offshore account. I will be headed to

23 Magnolia for Spirit of Texas Bank business. If

24 you have more checks for me, please give them so

25 I can deposit them into the CBT account. See you

**Page 204**

1  this morning.

2      So, let me ask you first, do you have

3  an offshore account in St. Lucia?

4  A   No, ma'am.

5  Q   Were you attempting to set up one in

6  St. Lucia?

7  A   I was, but I never did.

8  Q   Okay. What was the purpose of that?

9  A   I wanted -- wanted to have an offshore

10 account to establish a -- a business outside the

11 U.S.

12 Q   What was going to be that business?

13 A   Pretty much it was going to be the same

14 real estate development business.

15 Q   Where?

16 A   In El Salvador.

17 Q   But this account has never been set up,

18 correct?

19 A   No, ma'am, never.

20 Q   Okay. Do you have any accounts with

21 the McNamara Group?

22 A   No, ma'am.

23 Q   Okay. On the next page, if we could go

24 down there, right in the middle Georgio says,

25 Give me a ballpark figure on how much money and

**Page 205**

1  checks you are sitting on. Then he says, Money

2  in checks, correcting himself from the previous

3  message. And you respond, Morning Bro, like a

4  million. A lot under the Maurizzio Group.

5  Explain that back and forth to me a little bit.

6  Take your time.

7  A   I believe we were still trying to -- to

8  purchase that land and -- but, like I said, we

9  never -- we never purchase it. So, that's why he

10 wanted to know how much money I had.

11 Q   You state under -- you state in

12 response to him, A lot under Maurizzio Group, but

13 you previously testified that Maurizzio Group did

14 not really take investors. So, help me

15 understand that.

16 A   No, Maurizzio doesn't -- does not take

17 investors for -- for any real estate at all.

18 Q   So, how do you have $1 million under

19 the Maurizzio Group?

20 A   I would have to go into the -- those

21 bank records and -- and check. I don't --

22 Q   Okay. Is it -- go ahead.

23 A   No, go ahead. Go ahead, ma'am.

24 Q   Well, my question is, is it based on

25 Maurizzio Group's operations?

**Page 206**

1  A   Yes, but I would have to go into the

2  statements and -- and really check to see what --

3  what those were.

4  Q   Right. So, at some point you

5  represented you have like a million under the

6  Maurizzio Group. And that is based on the

7  Maurizzio Group's profits, correct?

8  A   Correct.

9  Q   So, these are not student funds or

10 investor money that you directed to the Maurizzio

11 Group, but it's really money from CryptoFX; is

12 that right?

13 A   Could you rephrase that question?

14 Q   Sure. So, when you previously talked

15 about Maurizzio Group it sounded like it was

16 something that you were just starting. And I

17 want to understand how you have $1 million in the

18 bank for Maurizzio Group. Is it from the

19 operations?

20 A   Yes, ma'am.

21 Q   Okay. So, based on your real estate

22 marketing you had already made $1 million?

23 A   That is -- that is correct, but I will

24 have to check the statements to see where those

25 came -- what I got to give you a better answer on

Page 223

1 trades for them even matters. You're giving them
2 financial guidance, correct?
3    A    I'm -- I would say no because the --
4 the decision -- you know, like I could tell you,
5 okay, to buy certain coins because I think --
6 personally think that it's going to go down, but
7 at the end of the day, you are the ones who's
8 going to make the final decision to buy it or
9 not.
10    Q    Right. But you are telling people on a
11 one-on-one basis, here's what I think you should
12 do, but you're leaving it to their discretion
13 whether or not to do it; is that right?
14    A    Yes. Yes, ma'am.
15    Q    Okay. Were you not honestly reporting
16 your financials before?
17    A    Yes. Yes, I was. Yes, ma'am.
18    Q    He says, Once we can honestly report
19 our financials.
20    A    But that -- he has no clue, but I do
21 report my financials.
22    Q    So, what is he referencing here?
23    A    I -- I have no idea, ma'am.
24    Q    Okay.
25    A    I did my taxes and everything.

Page 224

1    Q    Okay.
2    A    And the company's taxes.
3    Q    Okay.
4         MS. HARRIS: Let's go to page ending in
5 812, please.
6    Q    Middle of the page the message that Gio
7 or Georgio sent to you on October 27th, 2021 at
8 11:45 a.m, Brother, just to circle back on this
9 morning's conversation. I really wished we could
10 engage our attorneys about getting us the
11 position to apply to the SEC for a financial
12 advisory license. I just see a really good
13 future for CFX if we can get over this hurdle.
14 CFX is CryptoFX, correct?
15    A    Yes, ma'am.
16    Q    Why is he wanting to apply for a
17 financial advisory license. Is that my understanding?
18    A    Because he knows that the big goal that
19 we have as a corporation, as a company, my vision
20 is to be one of these companies, but -- you know.
21 So, that's why he was telling me that.
22    Q    But you were previously not giving
23 financial advice. Is that my understanding?
24    A    Well, no. We're actually -- no, I'm
25 not giving financial advice. We are -- it's

Page 225

1 completely different. So, this is in the crypto
2 space that we're doing it, but it's not financial
3 advice. This is more on the long-term scale that
4 where we envisioning to be in -- in the future,
5 you know.
6    Q    Okay. So, I'm -- I'm a little bit
7 confused, you know, about the advice thing and
8 about how you say the end of the day they're
9 not -- that you're -- that it's up to them to
10 execute because some people -- some of your
11 students, you're -- you're also doing their
12 crypto wallets, right? Because they've also given
13 you loans.
14         So, there are some students that attend
15 your classes, hear your financial guidance and
16 kind of what you would do, et cetera, et cetera.
17 And then, you are also taking their money and
18 executing those trades, correct?
19    A    Yes, ma'am.
20    Q    Okay. So, there are some people that
21 you're saying, Here's what I, Mauricio Chavez,
22 would do and then you are executing upon that
23 plan with their money, right?
24    A    On -- you mean on the loans that they
25 give us, correct?

Page 226

1    Q    Yes.
2    A    Yes, ma'am.
3    Q    Their money, yes.
4    A    Yes, ma'am.
5    Q    Okay. What attorney is he talking
6 about?
7    A    I don't know if he's talking about Bill
8 Rapp.
9    Q    Okay. Did you ever consider applying
10 for a license before?
11    A    Yes, ma'am.
12    Q    Okay. When?
13    A    Since 2021 up to that as well.
14    Q    And that's because you just have a
15 broader vision of the company?
16    A    Well, you know, the thing is that we
17 haven't grown or nothing because we -- you know,
18 because we need the license, you know. We want
19 to be in the vendor space. We want to be -- so,
20 another -- I mean, that was always the vision,
21 you know.
22    Q    Right. But it's your testimony that,
23 you know, you would get a license to do things in
24 the future. You're not getting a license because
25 of past conduct, right?

Page 231

1  Q  Okay.
2  A  -- the end of this month.
3  Q  Okay.  But this is back in December.
4  We're sitting in February.  So, I want to
5  understand, where did you guys get the money to
6  pay -- where did CBT get the money to pay for the
7  rent for these previous two to three months?
8  A  With -- right now it has been with --
9  with the money that CBT has from the loans that
10  it got -- obtained.
11  Q  Okay.  So, did you ever disclose to
12  investors that you were using this money to pay
13  for a new building?
14  A  I would have to double check on that.
15  I -- that's something I have to get with Georgio
16  on.
17  Q  Okay.  You don't know whether or not
18  you disclosed to investors that this is for a new
19  building?
20  A  No, ma'am.
21  Q  Is CryptoFX paying CBT?
22  A  Yes, ma'am.
23  Q  How much?
24  A  I believe it's $30,000.00 per month.
25  Q  Have you ever disclosed to any CryptoFX

Page 232

1  investors that their money is going indirectly to
2  CBT?
3  A  It's not going indirectly because we
4  are paying the rent to CBT.
5  Q  Okay.
6  A  But, I mean, it's from CryptoFX
7  earnings.
8  Q  Right.  But it's being paid to CBT
9  because CBT has the sublease, right?
10  A  Yes, ma'am.
11  Q  Okay.  And CryptoFX investors are
12  paying for the -- you know, the overhead of
13  CryptoFX, right?
14  A  The profits, correct.  Yes, ma'am.
15  Q  Right.  Right.  So, it's being paid out
16  of the profits of CryptoFX.  And those profits,
17  30,000 per month, are going to CBT?
18  A  Yes, ma'am.
19  Q  Okay.  In order to promote CBT as a
20  real estate development firm, correct?
21  A  Correct.
22  Q  So, at any point have you ever told
23  CryptoFX investors that their money is indirectly
24  being used to promote CBT as a real estate firm?
25  A  To the -- to the ones that have the

Page 233

1  loans with us, yes, ma'am.
2  Q  That -- that's almost the entire
3  CryptoFX business.  So, I want to make sure I'm
4  clear.  You told --
5  A  Oh.  So, you -- you're talking about
6  the whole CryptoFX.
7  Q  No.  Everyone that's given you money in
8  loans.  Let me -- go ahead.
9  A  You mean for CryptoFX?  Everybody
10  that's given me money for CryptoFX?
11  Q  Yes.
12  A  No, ma'am.  No, ma'am.  I have not told
13  all of them.
14  Q  Okay.  So, just so the record is clear,
15  you have not disclosed to CryptoFX investors that
16  their money is being used to pay indirectly to
17  pay the rental money so that CBT can kind of
18  launch as a real estate development firm?
19  A  Correct.
20  Q  Okay.  And what's happening here is
21  that you are funneling money from -- our
22  funneling profits from CryptoFX to CBT, right?
23  A  Can you rephrase that, please.
24  Q  Sure.  What's happening here is that
25  you're funneling -- you're transferring money

Page 234

1  from CryptoFX to CBT, correct?
2  A  No, ma'am.
3  Q  How is that not correct if CBT is
4  directly paying Crypto -- or CryptoFX is directly
5  paying CBT in rental fees?
6  A  That $30,000.00 a month.
7  Q  Yeah.
8  A  But the $30,000.00 a month comes from
9  the profits of CryptoFX.
10  Q  You just answered my question.
11  So, you are taking CryptoFX profits and
12  putting that money into CBT, right?
13  A  Correct.
14  Q  Okay.  Is $30,000.00 a month, do you
15  know if that's market around wherever this
16  building?
17  A  It's a big building.  So, that's --
18  that's why.  And also what happened was that CBT
19  put in money to remodel it.  So, that's why it's
20  30,000.
21  Q  Okay.  Did the CryptoFX investors know
22  that they're -- that the rental money -- let me
23  strike that.  Rephrase.
24  Do the CryptoFX investors know that
25  their money is being paid to help remodel the CBT

Page 235

1 space?
2    A   Could you rephrase that 'cause I --
3    Q   Well, sure. So, when you take a loan
4 from the CryptoFX investors, when you take these
5 loans, are you telling them that you are paying
6 your other real estate -- your -- your other
7 company and remodeling the space?
8    A   No, ma'am, because the $30,000.00 that
9 are coming from the profits -- from the earnings
10 that CryptoFX gets.
11    Q   And those earnings are from investor
12 money, correct?
13    A   Remember where I separate the
14 commissions, but that is from the people that
15 lend us the money and the one that pay for the
16 company. So, the company is the one that is
17 paying from the earnings made from the profits
18 from the loans.
19    Q   The company's earnings, it's my
20 understanding, is from the investor loans, right?
21    A   Yes, ma'am.
22    Q   And that money is paying that
23 $30,000.00 per month, correct?
24    A   Yes, ma'am.
25    Q   And that money is going to renovate the

Page 236

1 CBT space, correct?
2    A   Yes, ma'am.
3    Q   And the investors -- the CryptoFX
4 investors do not know that that money is being
5 paid to renovate the CBT space, correct?
6    A   No. No.
7    Q   Okay. Thank you.
8        Do you operate out of -- do you operate
9 CryptoFX out of the Bay Lock space?
10    A   Yes, ma'am.
11    Q   Okay. How many of your employees are
12 in the Bay Lock space?
13    A   Like ten.
14    Q   How many employees do you have total?
15    A   I would say about 20.
16    Q   And their headquarters are entirely in
17 that Bay Lock space?
18    A   Yes, ma'am.
19    Q   Okay. So, when -- if I'm a CryptoFX
20 employee and I go to work, I'm driving to the Bay
21 Lock space. I'm not driving to the previous Town
22 and Country address, right?
23    A   Correct.
24    Q   Okay. And how did you determine
25 $30,000.00 per month?

Page 237

1    A   We determined that through what the
2 lease was of the space, plus the remodeling fees
3 that we have paid. That way CBT doesn't lose
4 money. The money that have -- that is put in
5 to -- to remodel the -- the space.
6    Q   Okay. So, to prop up one company
7 you're taking money from your other company; is
8 that right?
9    A   From the other company's profits,
10 correct.
11    Q   Okay. So, to make sure that CBT is
12 solvent you are taking money from CryptoFX --
13 CryptoFX's profits, right?
14    A   Yes, ma'am.
15    Q   All right.
16        MS. HARRIS:  Let's go to 823.
17    Q   Actually, let me wrap up one question
18 here. $30,000.00 per month, when did CryptoFX
19 start paying that?
20    A   January.
21    Q   Out of what account?
22    A   That one was a -- that actually was a
23 cash payment.
24    Q   Okay. A cash payment?
25    A   Yes, ma'am.

Page 238

1    Q   So, where did you withdraw the cash
2 from?
3    A   It was through the classes that we do.
4 So, the classes that we do for -- for CryptoFX.
5    Q   Okay. So, you took money -- the cash
6 from the classes.
7    A   Uh-huh.
8    Q   And you had $30,000.00 in cash?
9    A   Yes, ma'am. That was from the -- from
10 the classes from the academy.
11    Q   Okay. And you paid CBT. Was this
12 money all from cash -- or, excuse me, was this
13 money all from the classes or was this money
14 investor money?
15    A   No, that was not -- that was not
16 investor money. That was from the -- from the
17 classes themselves.
18    Q   Okay. Mr. Chavez, you've said two
19 things here. The money from the classes --
20    A   I'm sorry, could you rephrase that? I
21 apologize, ma'am, my mind is --
22    Q   No. It's -- I want to understand
23 because I -- I think we've said two things here.
24 It was my understanding you were taking investor
25 money and using that to pay for the rent. Is

1    Q   You previously testified that you had
2  one business account on the Blockchain account
3  and that was a CryptoFX. Is it now your
4  testimony that you have two business accounts on
5  the Blockchain account?
6    A   For CryptoFX I only one, correct.
7  Now -- but for CBT, I have one account for CBT
8  for Blockchain as well.
9    Q   You have two business accounts on the
10  Blockchain account; is that correct?
11    A   That is correct. Yes, ma'am.
12    Q   Anymore business accounts?
13    A   No, ma'am.
14    Q   Anymore personal accounts?
15    A   No, ma'am.
16    Q   Do you have -- go ahead.
17    A   No. No. Not that I recall. No.
18    Q   Do you have any other accounts on any
19  other exchanges for CryptoFX?
20    A   No, ma'am.
21    Q   Or, excuse me, any other accounts on
22  any other exchanges for CBT?
23    A   No, ma'am.
24    Q   So, you just have this one Blockchain
25  account. And you transferred $30,000.00 from the

Page 244

1  Bitcoin account for CryptoFX to the CBT Bitcoin
2  account; is that right?
3    A   Yes, ma'am.
4    Q   Okay.
5        MS. HARRIS: All right. Let's go to
6  820.
7    Q   Bottom third of the page Georgio sends
8  you a message saying on November 18th, 2021 at
9  11:34, I have a friend by the name of Tanya that
10  is opening up a $100,000.00 contract today. I
11  have her send to Eddie directly. Then he says,
12  Get her to make that check out to the CBT Group,
13  wink, wink. And you say, Yes, Bro. Explain to me
14  what this means?
15    A   Okay. What he's saying that he has a
16  friend that is going to put in $100,000.00
17  into -- into the loan, but through -- that he's
18  going to put in into the CBT Group loan.
19    Q   So, you have Tanya doing a $100,000.00
20  crypto contract account for the services of
21  CBT -- or for the services of CryptoFX, correct?
22    A   No. It's for the CBT account that he's
23  put in.
24    Q   That's not what I asked. Tanya is --
25  has a contract for $100,000.00 for the CryptoFX

Page 245

1  services, i.e., this $100,000.00 is for crypto
2  trading. Is that incorrect?
3    A   Can you give me a second to read it?
4    Q   Sure.
5    A   Okay. I have a friend --
6        (Whereupon, witness reviews Exhibit.)
7    A   Yes, that's -- that's actually --
8  that's actually a friend -- a friend of Georgio
9  that is putting up $100,000.00 loan, but he wants
10  that friend to put it into the CBT Group,
11  correct.
12    Q   Right. But what is the $100,000.00
13  loan for? Because it says $100,000.00 contract.
14  And in previous correspondence that has been to
15  signify a CryptoFX contract. So, is Tanya
16  getting CryptoFX services?
17    A   On that particular -- yeah. That
18  particular person, yes, ma'am.
19    Q   Okay. So, Tanya is putting up
20  $100,000.00 for you to invest in the
21  cryptocurrency market, correct?
22    A   Correct.
23    Q   But you're having the check made out to
24  CBT Group and CBT Group does not to
25  cryptocurrency trading, correct?

Page 246

1    A   Correct.
2    Q   So, why are you having her make it out
3  to the CBT Group?
4    A   That's one of Georgio's friend. That's
5  why at that time they -- they decided that --
6  that's one of Georgio's friends. I don't have
7  anymore details on that particular person.
8    Q   Could it be because the CBT Group
9  needed cash in their account?
10    A   I don't -- I cannot give you an answer
11  of that right now, Ms. Harris.
12    Q   Okay. But you do approve of CryptoFX
13  investors, which Tanya is, writing checks to your
14  real estate development company?
15    A   Could you rephrase -- repeat that? I'm
16  sorry.
17    Q   I can repeat it.
18        You do approve of CryptoFX investors
19  like Tanya writing checks to your real estate
20  company?
21    A   On that particular person, Georgio
22  talked to Tanya, that's why we did this.
23    Q   Mr. Chavez, you didn't answer my
24  question. It states right here, you say, Yes,
25  Bro. So, you did reply to his statement. It

Page 247

1 says, Get her to make that out to -- get her to
2 make that check out to the CBT Group. And you
3 say, Yes, Bro.
4      I'll ask my question again. You do
5 approve of CryptoFX investors making checks out
6 to the CBT Group?
7   A   Yes, ma'am.
8   Q   Okay. Do you know if this happened any
9 other time?
10  A   Not that I -- not that I recall, no,
11 ma'am.
12  Q   Why wouldn't you want the check to be
13 made out to CryptoFX?
14  A   Because I don't have a bank account.
15 I'm -- I'm actually opening up a new bank account
16 for CryptoFX, that's why.
17  Q   Why wouldn't you want her to pay you in
18 Bitcoin or some other asset?
19  A   Because for $100,000.00 to -- for that
20 time to -- it's pretty difficult to get the
21 Bitcoin. I guess they didn't have access to it,
22 that's why.
23  Q   Fair enough.
24  A   They had it in a bank account and I
25 guess she didn't want to. I don't have that

Page 248

1 information to be honest with you. I don't want
2 to misstate it.
3   Q   Okay. But there's kind of a wink face
4 and my concern is that you're directing money
5 from one entity to another entity. And I guess
6 my question is, did Miss -- did Tanya understand
7 that her money was going to your real estate
8 group when she was getting her CryptoFX services?
9   A   Yes. Yes. Because that's Mr.
10 Georgio's friend and he talked to her about that.
11  Q   Did -- did he tell her that CBT was the
12 real estate group and not the cryptocurrency
13 group?
14  A   Yes, ma'am.
15  Q   You told her?
16  A   No. I didn't tell her. Mr. Georgio
17 did.
18  Q   How did he tell her?
19  A   I don't know how he told her to be
20 honest with you. I was not present at that time.
21  Q   Okay.
22  A   But he told me that he did.
23  Q   And she was fine with that?
24  A   Yes, ma'am.
25  Q   Okay. Did he tell her via -- do you

Page 249

1 know if he told her via e-mail or text message?
2   A   I believe it was in person to be honest
3 with you.
4   Q   Do you know Tanya's last name?
5   A   No, ma'am.
6   Q   Would you have any records of Tanya
7 phone number?
8   A   Yes.
9   Q   Would that be on the roster that we
10 went over before?
11  A   I'm not sure. I will have to double
12 check, ma'am.
13  Q   Okay.
14      MS. HARRIS: Let's go to 823.
15  Q   First thread on the page is a message
16 sent from Georgio, November 23rd, 2021 at 11:53.
17 He says, I need your help brother with one of our
18 members Daisy Sosa, phone number (832) 447-0019.
19 She currently has three contracts with us that
20 have matured today. She is pretty upset and we
21 need to this fire out.
22      Please explain what that means.
23  A   That was a lady that was coming to get
24 some commissions -- not commissions. You know,
25 like the payments, to the office. And what

Page 250

1 happened was that she didn't have her contracts.
2 And if she you don't have your contract, I mean,
3 how we can -- we cannot pay you if you don't have
4 your contract. So, that's why she was upset that
5 the person that was helping her, she asked her
6 for his contract, but she didn't have it with
7 her. That's the reason she was upset.
8   Q   So, she paid you money and she's
9 looking for her returns, correct?
10  A   Correct, but she didn't have the
11 contracts present at the time when she came to
12 the office.
13  Q   So -- go ahead.
14  A   I'm sorry. One of the -- the
15 requisites in order for you to get the payments
16 you have to have your contracts present because
17 we need to validate if it is you or not.
18  Q   You have to have the paper contracts,
19 is that right, to get paid?
20  A   Yes, ma'am.
21  Q   So, everyone has to come to the office
22 in order to get paid?
23  A   No, ma'am.
24  Q   So, how can they -- how can you ever
25 validate if the person has a contract?

Page 263

1 in there?
2    A    That's the only money.
3    Q    Yeah, but he says, Let's get our money
4 out first. Let's get our money first, sorry. I'm
5 misquoting. The text is, Let's get our money
6 first.
7    A    What he means by our money, I'll say
8 it -- it's like the profits -- the profits that
9 that particular account generated. So, what he
10 means is that his commission that he would get
11 for those trades that were made that were more
12 profitable.
13    Q    So, he's leaving in 200K for the less
14 profitable trades and getting out the money that
15 he -- for his commissions first?
16    A    Yes. What -- what he's saying is that,
17 Let's leave 200K in that broker account. So,
18 what he meant to take the profits out of the
19 broker account and only leave $200.00 in the
20 ForEx account.
21    Q    Okay. What's the broker account?
22    A    KOT.
23    Q    Okay. KOT is the broker account, okay.
24        So, here he's just saying, And leave
25 200K in the -- in -- help me understand. What

Page 264

1 does it mean, Withdraw everything in the account
2 and only leave 200K in it?
3    A    What he means is to withdraw --
4 withdraw the profits. Like, for instance, if we
5 made $1 million from the -- so, only leave 200
6 there and take out the 800,000.
7    Q    Okay. Okay. And that 800,000 would
8 include his commissions, your commissions and
9 then principal of the investor money?
10    A    His commission and the -- and the --
11 correct, the students loan money, profits.
12    Q    He did ForEx trading through your one
13 KOT account, right?
14    A    Yes, ma'am.
15    Q    There was no other account?
16    A    No, ma'am.
17    Q    Okay. And so, any other ForEx trading
18 that he did, did not include any sort of investor
19 funds, right?
20    A    Correct.
21    Q    Okay. I'm mindful that we just took a
22 break, but I want to ask to take another one here
23 because I want to wrap everything up now and look
24 over my notes.
25        MS. HARRIS: So, let's go off the

Page 265

1 record and come back on the record at -- let's do
2 it at 5:07. And we can try and wrap things up.
3        (Brief recess taken at 5:02 p.m.
4 Central Time.)
5        MS. HARRIS: Let's go back on the
6 record at 5:08 p.m. Central Time.
7        BY MS. HARRIS:
8    Q    All right. Mr. Chavez, I don't have
9 any other questions on this document, but I do
10 have just some other questions.
11        Are you still currently taking on
12 investors?
13    A    After the subpoena was taking place we
14 no longer, you know, promoting the -- the
15 business now, so.
16    Q    Okay. So, you haven't gotten any loans
17 since you received the subpoena?
18    A    For -- not for CryptoFX.
19    Q    What about for CBT?
20    A    I would have to check on that.
21    Q    What about for Maurizzio Group?
22    A    No, ma'am.
23    Q    And what are your plans for the future
24 for CryptoFX?
25    A    The goal would be to, you know, get a

Page 266

1 license. That's the -- that's the main goal.
2 And to go, you know, that route. More of a --
3 not just crypto itself, but different options,
4 areas of trading and investing in different --
5 other areas as well.
6    Q    Did you -- do you plan on continuing
7 the classes?
8    A    Yes, ma'am.
9    Q    What about your goals for CBT?
10    A    To get that going and -- and really
11 launch a -- a development group that -- that was
12 the vision.
13    Q    What are your target real estate
14 opportunities? What are you looking at?
15    A    Our -- our goal is to start generating
16 developments where we can start getting units.
17 Goal is to have 1,000 units in the next couple of
18 years.
19    Q    So, you're looking at places where you
20 can do multi-unit properties?
21    A    That is correct. Yes, ma'am.
22    Q    So, are we talking apartments or --
23    A    Apartment, townhomes.
24    Q    In the Houston area, is that my
25 understanding?

1    A    To start, yes.
2    Q    Are you looking at launching CBT in El
3 Salvador still?
4    A    Not until we have established track
5 record.
6    Q    Are you looking anywhere else
7 internationally?
8    A    No, ma'am.
9    Q    Okay. And you may have still -- and
10 you're still receiving loans for CBT, right?
11    A    We have not as of now, but I have to
12 double check on that.
13    Q    Okay. What about Maurizzio Group, what
14 is the future there?
15    A    Maurizzio Group, to be honest with you,
16 CBT is now the goal to get that going. So
17 Maurizzio is not.
18    Q    Is it correct to say that Maurizzio
19 Group is non operational?
20    A    Correct.
21    Q    So, unless Jim or Jamie have any
22 questions I'll ask my sort of final ones that Jim
23 talked about before.
24        Okay. So, Mr. Chavez, we've been going
25 all day today and I appreciate your patience with

1 me. Anything you want to clarify from your
2 testimony today?
3    A    No. Just pretty much want to add that,
4 you know, the vision of our academy was to really
5 help people out and really guide them in the
6 right directions because they were misleading by
7 so many companies coming out left and right,
8 closing two, six months and really just hurting
9 people. Our goal was to educate them. And we
10 never focus on money or never focus on quantity.
11 We're not waiting to fund or get funds. Nothing
12 now.
13        Our goal is to help as many people as
14 possible to really learn the concept of the
15 crypto industry and really make them aware and
16 understand that even though it's a great
17 industry, but it's a risky industry as well. So,
18 they have to be very careful and why they really
19 do it. So -- and, you know, in any way that we
20 can cooperate, of course, you know, we very happy
21 to.
22    Q    Thank you, Mr. Chavez.
23        MS. HARRIS: Mr. Sklar, anything you
24 would like to clarify on the record?
25        Mr. Sklar?

1        MR. ETRI: John, you're still --
2        MR. SKLAR: Yeah. I'm sorry. There's
3 nothing I'd like to clarify at this time. I know
4 that we will be talking shortly with some
5 follow-up, but there's nothing on the record
6 right now I'd like to clarify.
7        MS. HARRIS: Okay. And would you like
8 to ask your client any questions on the record?
9        MR. SKLAR: Not at this time.
10        MS. HARRIS: Okay.
11        Anyone have anything else for
12 clarification?
13        MR. SKLAR: No. I'm -- I just -- I
14 think this went pretty smoothly and I think it
15 worked pretty well.
16        MS. HARRIS: Yes. Despite our
17 technical difficulties.
18        Okay. With that, we will go off the
19 record at 5:14.
20        (Whereupon, at 5:14 p.m., the
21 examination was concluded.)
22            * * * * *
23
24
25

1        PROOFREADER'S CERTIFICATE
2 In the Matter of:    CRYPTOFX LLC
3 Witness:        Mauricio Chavez
4 File Number:        FW-04464-A
5 Date:        Thursday, February 10, 2022
6 Location:        Fort Worth, Texas 76102
7
8        This is to certify that I, Donna S. Raya,
9 (the undersigned), do hereby certify that the
10 foregoing transcript is a complete, true and
11 accurate transcription of all matters contained on
12 the recorded proceedings of the investigative
13 testimony.
14
15 _____        2/22/2022
16 (Proofreader's Name)        (Date)
17
18
19
20
21
22
23
24
25

```
 1                PROOFREADER'S CERTIFICATE

 2

 3 In The Matter of:   CRYPTOFX, LLC

 4 Witness:            Mauricio Chavez

 5 File No.            FW-04464-A

 6 Date:               Thursday, November 18, 2021

 7 Location:           Fort Worth, TX

 8

 9         This is to certify that I, Maria E. Paulsen,

10 (the undersigned), do hereby certify that the foregoing

11 transcript is a complete, true and accurate

12 transcription of all matters contained on the recorded

13 proceedings of the investigative testimony.

14

15                                      11/23/2021

16 (Proofreader's Name)          (Date)

17

18

19

20

21

22

23

24

25
```

```
1        CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2              I, Rebecca L. Stonerock, Registered Professional

3   Reporter, the officer before whom the foregoing proceedings

4   were taken, do hereby certify that the foregoing transcript is

5   a true and correct record of the proceedings; that said

6   proceedings were taken by me stenographically and thereafter

7   reduced to typewriting under my supervision; and that I am

8   neither counsel for, related to, nor employed by any of the

9   parties to this case and have no interest, financial or

10  otherwise, in its outcome.

11

12  My commission expires:

13  October 14, 2022

14

15

16

17  NOTARY PUBLIC IN AND FOR

18  THE DISTRICT OF COLUMBIA

19

20

21

22

23

24

25
```

# Harris Declaration Exhibit B

APP0056

# EXHIBIT B

## DECLARATION OF MAURICIO CHAVEZ

I, Mauricio Chavez, hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct:

1.     My name is Mauricio Chavez.  The staff of the United States Securities and Exchange Commission (the "Commission") served me with a subpoena dated April 28, 2022 requiring me to appear for testimony before, the staff of the Commission on June 8, 2022 (the "SEC Subpoena") in connection with its investigation captioned *In the Matter of CryptoFX, LLC.* (FW-04464) (the "Investigation"). A true and correct copy of the subpoena is attached hereto as **Exhibit A**.

2.     I have read the Order Directing Private Investigation and Designating Officers to Take Testimony dated October 12, 2021 (together the "Formal Order").  A true and correct copy of the Formal Order is attached hereto as **Exhibit B**.

3.     I have read the Form 1662 notice entitled "Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena," a copy of which is attached hereto as **Exhibit C**, and I understand the information set forth therein.

4.     I understand that the statements made in this Declaration are made subject to the penalties for perjury under 18 U.S.C. § 1621 and for false statements under 18 U.S.C. § 1001.

5.     I informed Commission staff that at my testimony on June 8, 2022, I would assert the privilege against self-incrimination in response to all questions or inquiries related to the Investigation.  I understand that the Commission is accepting this declaration in lieu of a personal appearance on June 8, 2022.  By allowing me to submit this Declaration, the Commission does not waive its right to seek my testimony or documents at a later date, including with respect to any investigation, lawsuit, administrative proceeding, or other legal proceeding related to this matter, nor do I waive any rights that are otherwise afforded me with respect to any investigation, lawsuit, administrative proceeding, or other legal proceeding related to this matter.

6.     With respect to the following topics and questions, I decline to answer based on Ohio v. Reiner, 532 U.S. 17 (2001) and my Constitutional Rights include the Fifth Amendment to the U.S. Constitution and Article 1 of the Texas Constitution:

    (a)     Background, biographical information, and work history;

    (b)     Information regarding CryptoFX, LLC ("CryptoFX"), Maurizzio Group, LLC ("Maurizzio Group"), and/or CBT Group, LLC ("CBT Group"), including any and all of its officers, directors, members, employees, independent contractors, agents, affiliates, related entities, or

Declaration of Mauricio Chavez – Page 1

representatives;

(c) Information regarding my direct or indirect communications, agreements, relationship or business dealings with CryptoFX, including any officers, directors, members, agents, affiliates, related entities, representatives, employees, or independent contractors who worked at or for CryptoFX;

(d) Information regarding my direct or indirect communications, agreements, relationship or business dealings with Maurizzio Group including any officers, directors, members, agents, affiliates, related entities, representatives, employees, or independent contractors who worked at or for Maurizzio Group;

(e) Information regarding my direct or indirect communications, agreements, relationship or business dealings with CBT Group, including any officers, directors, members, agents, affiliates, related entities, representatives, employees, or independent contractors who worked at or for CBT Group;

(f) Information regarding my direct or indirect communications, agreements, relationship or business dealings with John Fernandez, Avail Progression Investments, LLC or Elite Generators, LLC;

(g) Information regarding any investments offered or sponsored by CryptoFX, including, but not limited to:

1. whether I knew investor funds were being used to pay obligations owed to new or prior investors;

2. whether I knew student class funds were being to pay obligations owed to new or prior investors;

3. whether I knew investor funds were being used to pay for fund land acquisitions, real estate development expenses, and/or other overhead expenses incurred by CBT Group;

4. whether I knew CryptoFX used investor funds to pay expenses unrelated to CryptoFX's businesses purposes;

5. whether I failed to tell individuals material information, or made material misrepresentations to individuals, in order to secure their financial investments; and

6. whether I knew if others omitted to tell individuals material information, or made material misrepresentations to individuals, in order to secure their financial investments.

APP0058

(h) Information regarding whether I was licensed or qualified to trade or sell securities to individuals from January 1, 2019 to present;

(i) Information regarding whether I knew if others operating under my direction, or others compensated by CryptoFX were licensed or qualified to trade or sell securities to individuals from January 1, 2019 to present;

(j) Information regarding any salaries, bonuses, or commissions or other transaction-based compensation paid in connection with the issuance, execution, making, or sale, by my or CryptoFX of promissory notes or securities;

(k) Information regarding whether CryptoFX was a registered investment adviser from 2019 to current;

(l) Information regarding whether I or CryptoFX gave individualized advice regarding the purchase, sale, and trading of crypto assets, currencies, and other securities;

(m) Information regarding any salaries, bonuses, or commissions paid in connection with individualized advice regarding the purchase, sale, and trading of crypto assets, currencies, and other securities;

(n) Information regarding whether I knew CryptoFX investors were appropriately accredited, qualified, or sophisticated to purchase CryptoFX securities;

(o) Information regarding whether I knew if any of CryptoFX's officers, directors, members, employees, independent contractors, agents, affiliates, or representatives confirmed whether investors were appropriately accredited, qualified, or sophisticated to purchase CryptoFX securities;

(p) Information regarding promises, assurances, guarantees, and claims made to investors or potential investors, including, without limitation, related to how funds provided to me and/or CryptoFX, Maurizzio Group, CBT Group, or any of its employees, independent contractors, consultants, would be invested or otherwise used;

(q) Information regarding the following:

1. the sources of income for me, CryptoFX, Maurizzio Group, and/or CBT Group, including, any officers, directors, members, employees, independent contractors, agents, affiliates, related entities or representatives;

APP0059

2. profits and losses generated by me and/or CryptoFX, Maurizzio Group, and/or CBT Group, including, any officers, directors, members, employees, independent contractors, agents, affiliates, related entities or representatives;

3. whether I, CryptoFX, Maurizzio Group, and/or CBT Group, including, any officers, directors, members, employees, independent contractors, agents, affiliates, related entities or representatives, pooled investor funds in a common enterprise, with the expectation of profits to come solely from my efforts or the efforts of others employed by, connected to, consulting for, or otherwise affiliated with me or such entities;

4. the sufficiency of assets, reserves, and investments held by CryptoFX, Maurizzio Group, and/or CBT Group, to cover all amounts due under any and all relevant promissory notes, contracts, agreements, and other liabilities, including guaranteed returns to investors; and

5. the source of any funds used to pay principal and interest to investors, or otherwise make payments, returns on investment, or any other money transfers to any investors, by or on behalf of me, CryptoFX, Maurizzio Group, and/or CBT Group.

(r) Information regarding whether CryptoFX, Maurizzio Group, CBT Group, or I, directly or indirectly, made use of the mails or of the means and instrumentalities of interstate commerce in connection with the transactions, acts, practices, and course of business in all matters relating to, or arising from, the Investigation;

(s) My personal liabilities and finances; and

(t) Current or contemplated business activities in which I am involved.

7. The SEC has told me that, by refusing to answer questions posed to me based on my Fifth Amendment privilege, a judge or jury may take adverse inference against me in a civil action that the Commission may bring against me.

I, Mauricio Chavez, declare under penalty of perjury that the foregoing is true and correct.

Executed on the 7ᵗʰ day of June __, 2022, at Houston, Texas.

_____
Mauricio Chavez

APP0060

# Harris Declaration

# Exhibit C

EXHIBIT C

# FW-04464

# *Benvenuto, Giorgio - 05-12-2022*

### *5/12/2022 10:00 AM*

**Full-size Transcript**

**Prepared by:**

Jamie Haussecker
FW-04464

Monday, August 22, 2022

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:          )

4                               )    File No. FW-04464-A

5    CRYPTOFX LLC               )

6

7    WITNESS:  Giorgio Benvenuto

8    PAGES:    1 through 201

9    PLACE:    Securities and Exchange Commission

10             801 Cherry Street

11             Fort Worth, Texas

12   DATE:     Thursday, May 12, 2022

13

14       The above-entitled matter came on for hearing,

15   pursuant to notice, at 10:00 a.m.

16

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25               (202) 467-9200

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4        JILLIAN HARRIS, ESQ.

5        JAMES E. ETRI, ESQ.

6        TAWNYA GODSEY

7        Securities and Exchange Commission

8        Division of Enforcement

9        801 Cherry Street, Suite 1900, Unit 18

10       Fort Worth, Texas 76102

11

12

13   On behalf of the Witness:

14       ROBERT BURFORD, ESQ.

15       Burford Perry LLP

16       2 Houston Center

17       909 Fannin, Suite 2630

18       Houston, Texas 77010

19

20

21

22

23

24

25

APP0064

1                    C O N T E N T S

2    WITNESS:                          EXAMINATION

3    Giorgio Benvenuto                      5

4

5    EXHIBITS:        DESCRIPTION        IDENTIFIED

6    40      Subpoena                        10

7    42      Blalock property lease          95

8            improvement expenditures

9    47      Wire records                   105

10   51      Checks                         115

11   52      Lone Star Bank closing document  120

12   53      Spirit of Texas opening document 123

13   54      Spirit of Texas Bank documents   125

14   55      WhatsApp conversation          133

15   57      Background questionnaire        13

16   58      Time line of events             89

17   59      Messages                       137

18

19

20

21

22

23

24

25

APP0065

4

1                         P R O C E E D I N G S

2                 MS. HARRIS:  We are on the record at

3        10:00 a.m. Central Time, May 12th, 2022.

4                 Mr. Benvenuto, please state your name.

5                 MR. BENVENUTO:  Giorgio Benvenuto.

6                 MS. HARRIS:  And can you spell it for the

7        court reporter this morning?

8                 MR. BENVENUTO:  It would begin with

9        G-I-O-R-G-I-O.  The last name's spelled B as in boy,

10       E-N, V as in Victor, E-N-U-T-O.

11                MS. HARRIS:  And, Mr. Benvenuto, do you

12       consent to taking an oath or affirmation to tell the

13       truth remotely via Webex rather than in person?

14                MR. BENVENUTO:  I do.

15                MS. HARRIS:  Do you understand that this

16       oath has the same affect as if it were administered in

17       person?

18                MR. BENVENUTO:  I do.

19                MS. HARRIS:  Please raise your right hand.

20       Do you swear to tell the truth, the whole truth, and

21       nothing but the truth?

22                MR. BENVENUTO:  I do.

23       Whereupon,

24                        GIORGIO BENVENUTO

25       was called as a witness and, having been first

1  decision.  But again, life circumstances pretty much

2  brought me to the point where, you know, I'm going to --

3  I'm going to take the chance.  I feel comfortable with

4  Mauricio.  He is a friend of mine.  And meeting Gustavo

5  and Eduardo, I liked their chemistry.

6      And so that's around the time I began my

7  involvement with CFX, or CryptoFX, rather.  Let's keep

8  the name straight.  I opened up a contract in July at

9  that time, as you see in the time line.  During -- also

10 during that, in parallel dialogue was this possibility

11 of looking, you know, at properties.  You know, again,

12 once Mauricio found out what Gabriel and I were

13 pursuing, he kind of mentioned the whole "hey, why don't

14 we do this venture together?"  Because initially, it was

15 going to be myself and Gabriel Torres, who owns his own

16 construction company and just kind of was looking for

17 another avenue to wind down because he had been doing

18 this for 28 years and wanted to do something different

19 or smaller scale.

20     So I pitched the idea of "why don't we start

21 luxury homes?"  You know, buy a property, build, and

22 sell.  You know, once I got Mauricio talking about that,

23 he asked more questions and he said, "Well, why don't we

24 think about combining resources?"  So essentially, he

25 upped the game financially, more or less, and that's

1        A     That he'd been in this space as a trader for some

2    time.  I forget what the year he said when he started

3    all of this, you know, his trading experience, but it

4    had been a while.  Just the dialogue that he had

5    regarding the subject matter, it seemed to me that this

6    guy knew his stuff.

7        Q     Did he tell you anything about his average

8    returns?

9        A     No, no.  I don't recall anything like that.  It

10   was just more of, you know, what -- I guess he expressed

11   the idea of empowering the -- I don't want to make him

12   seem like Robin Hood -- but empowering the common man,

13   as it were.  And I want to tell you he was looking out

14   for his fellow Latino community that was prevalent.

15       Q     Okay.

16       A     So guess this was that way.

17       Q     Did he tell you anything about how much you were

18   going to be getting back in this investment?

19       A     Oh, when it came time for me to ask those

20   specific questions?  At that time the contract that I

21   set up with CryptoFX was set up as a variable rate,

22   maximum of 20 percent.  And you could sign up, as I

23   recall, through either, like, a three-month or a

24   six-month contract receiving that variable rate of

25   return from anywhere from zero the twenty percent.  And

1    of course, I -- I opened that contract, and it was for

2    six months.  And at -- at the six-month interval, I was

3    paid out both principal and profits at the highest rate

4    of return, which I thought was phenomenal.

5         Q    So how much return did you actually get?

6         A    Well, so we're going to have to do the math, I

7    guess.  But at 20 percent monthly, it would have been

8    $120,000 in profits plus the original principal.

9         Q    Okay.

10        A    So --

11        Q    Apologies.  I interpreted you.

12        A    Did you get what I said?

13        Q    Yes, I did.  I'm not sure I caught the -- I heard

14   you say "variable rate".  I'm not sure I caught the

15   20 percent, if it was what you actually got paid.

16        A    Right, which I thought was incredible because,

17   again, it was offered as a variable rate based on market

18   performance.  And so looking back now, all I could see

19   why I got it, that was -- that was the initial wave of

20   Bitcoin and all the rest of it.  So whatever he did,

21   however he traded, clearly, he did very well to allow me

22   to get a return of 20 percent, which was amazing.

23        Q    Did he ever disclose to you whether or not he was

24   paying himself any sort of management fee?

25        A    I didn't delve into any of the financials.  It

81

```
 1      A    I'm compensated weekly, yes.

 2      Q    How much is that salary?

 3      A    Currently, I am paid $2,800.

 4      Q    Per week, you said?

 5      A    Correct.

 6      Q    And where is that salary going into?

 7      A    The salary is.

 8      Q    Strike that.  That was a bad question, Gio.

 9  That's my fault.

10           What bank account is that salary going into?

11      A    The bank account it's going into is the Spirit of

12  Texas, currently being acquired, or has been acquired,

13  by Simmons Bank.

14      Q    And where is that money coming from, what bank

15  account?

16      A    The corporate account, the CBT Group account at

17  the same bank.

18      Q    Thank you.  And that salary's for services

19  rendered in your role as manager of CBT, correct?

20      A    Yes.

21      Q    Okay.  Exactly what are you doing as manager of

22  CBT?

23      A    I cover the scope of what the company requires,

24  essentially.  So that would be seeking out the

25  opportunity; vetting the opportunity; engaging a
```

1    property broker; looking, obviously, at dealing with

2    title companies.  And then, of course, once the property

3    acquisition piece is resolved, I'm now entertaining the

4    engineering portion:  Getting those people involved;

5    vetting those people for the -- right people for the

6    right project; having them conduct the surveys or the

7    core samples, soil samples, the tension surveys that are

8    required by the State or City.  And then, of course, the

9    architect coming up with a suitable architectural design

10   for the area that would be attractive to a prospective

11   home buyer, or town home -- in this case, town home

12   purchaser.

13       Q    We'll get to the specific opportunities, and

14   perhaps at that time, we can put forth your notes, which

15   I will have entered into the record.  But first, let me

16   ask just some more broad questions.

17           Did you put any personal capital into CBT?

18       A    No, ma'am.  I would describe my efforts as "sweat

19   equity".

20       Q    What capital started CBT?

21       A    Capital came from funds that were sitting in the

22   CBT account.  And specifically, those funds, as I

23   mentioned before, were -- the source of which has been

24   submitted to you has been checks written by individuals

25   to the company.

1    Q    Okay.  I'm not quite sure we're getting down to

2    my question.  What capital -- well, let me ask a better

3    question:  Does CBT have investors?

4    A    If it does, I'm unaware of it.  I don't believe

5    that is the case.

6    Q    Okay.  So if CBT doesn't have investors and

7    there's capital in the CBT bank accounts, where is that

8    money coming from?

9    A    As far as the -- the checks being written by

10   these individuals, I couldn't tell you if these

11   individuals were actual CFX members or just individuals

12   as Mauricio handles all of that.  So, you know, my -- my

13   piece in this is that he would communicate to me that

14   "hey, I have some funds.  Please pick them up and make

15   deposits for the CBT account".  I don't know who these

16   people are.  If you're asking me to, you know, guess

17   where it may be coming from, well, I'm going to have to

18   guess it's people related to the CryptoFX side of his

19   business.  But it's under his direction that they write

20   these checks to CBT Group.

21   Q    So you have never directed anyone to write a

22   check to CBT Group for a real estate development

23   business?

24   A    Yes.

25   Q    I'm so sorry, Gio.  I cannot hear your question.

1    I'm not requesting you to restate.  I just can't hear

2    you.

3         A     The answer is "no".

4         Q     So there's no CBT investor roster?

5         A     Not that I'm aware of.

6         Q     When you first established CBT, was there an

7    agreement between you, Mr. Chavez, and Mr. Torres that

8    Mr. Chavez would handle all of the financials?

9         A     Not that it was directly spoken to.  But he would

10   be the financial entity of this venture, so if that

11   answers your question.

12        Q     It doesn't.

13        A     We didn't actually say, "Hey, you're going to be

14   responsible for the money."  Those words were not

15   spoken.  But was it understood?  Yes.

16        Q     So was there some sort of understanding that

17   Mr. Chavez would direct the money from CFX into CBT?

18        A     I couldn't comment on that.

19        Q     What do you mean, "you can't comment on it"?

20        A     Meaning I don't know.

21        Q     Well, Gio, I'm trying to understand.  You're

22   making a -- you're a manager and a principal in a

23   business that is fairly capital-intensive, and you seem

24   to be testifying that you have no idea where all this

25   money came from.  And so I want to understand if you're

1    favor and, you know, wire money to this individual."

2    And of course -- and I'm not going to question him.  I

3    mean, he -- it's his -- you know, he's 85 percent

4    control of the company.  It's his money.  And so I know

5    he was having difficulty with CFX, as it were, with

6    banks.  They just don't like it.  So if he asked me to

7    do him -- you know, under his directive to send money to

8    said person?  Yeah.

9         Q    Okay.

10        A    Usually, that would have been in the form of a

11   wire.

12        Q    Okay.  That's helpful context.  Would you use the

13   CBT accounts to wire money to certain people who you

14   understood were CFX investors?

15        A    Well, he never clarified who they were.  He would

16   just say, "Hey, I need you to please send this money to

17   this person, this amount."  He would give me the wiring

18   information needed to do so, and, of course, I'm going

19   to help him.  I just did it.

20        Q    Okay.  And so these checks that are written on

21   the CBT account could be an example of when you were

22   asked to pay out people on behalf of Mr. Chavez.  Is

23   that a fair statement?

24        A    Well, I see his signature, so he would have had

25   to -- since we had the joint account -- forgive me if

1    I'm misquoting this:  But since we both had the account,

2    obviously, he had signing privileges.  It appears he

3    wrote a check to this person.

4         Q    Some of these are your signature?

5         A    Me?

6         Q    One of them is your signature.

7         A    The Frank Comiskey?

8         Q    Yes.

9         A    Yeah.  Would you like me to comment on that?

10        Q    Let me take a couple steps back here.  But

11   essentially yes.  Would he ask you to wire people from

12   this account, this Lone Star account?

13        A    Again, unless I look at the actual records -- I

14   know it has happened with this current account -- excuse

15   me -- with the Spirit of Texas account.  He's asked me

16   to do that.  I can't -- unless I look at the records, I

17   can't verify if it happened in the Lone Star time frame.

18        Q    Okay.  Fair enough.  You said it was his money.

19   Is it your understanding that the money that he put in

20   from those checks that went into the Cadence Bank

21   account that then went into the Lone Star account was

22   Mr. Chavez's money, or is it your understanding that it

23   was investor money?

24        A    Frankly, I never cared to ask deeper questions

25   than what you're proposing, and I may have in -- may be

1   misreferencing because you could be pointing to "yeah,

2   it could be member money".  Again, I -- I can't verify

3   it.  I'm sorry.

4        Q    That's okay.  Thank you.

5        Can you now speak to the check that you wrote to

6   Frank Comiskey?

7        A    Yeah.  Frank Comiskey is an insurance agency of

8   which we required to have insurance for the labor that

9   was being performed on the Tomball property.  So there

10  had to be a rider in the event of a slip and fall, that

11  type of thing.

12       Q    Thank you.  That's helpful.

13       Did you ever ask Mr. Chavez about why he was

14  writing checks to individuals on the CBT account?

15       A    I never did, no.

16       Q    Okay.  I don't want you to speculate too much.

17  But I don't want you to look at the amounts that he's

18  writing with these checks on Exhibit 51.  Are these

19  amounts the amounts that Mr. Chavez in the CryptoFX

20  business would pay out in returns?

21       A    Sorry.  I could not verify that either way.

22       Q    Okay.  That's fine.  Do you know why Mr. Chavez

23  never memorializes any of these payments?  And when I

24  say "memorializes", he doesn't appear to put a lot of

25  detail in the memo line, if any.

APP0075

1    A    Yeah, and I've never asked him why.  You know,

2    again, what you and I consider normal business-keeping

3    practices, clearly, that should not be applied to all.

4    Q    Okay.

5    A    Just to remind you, back in the CityCentre-era

6    days, I mean, what I saw, you know, his -- his office

7    guy really, the guy that kind of held it together, in my

8    opinion, was Eduardo Taffinder.

9    Q    Okay.

10    A    I mean, I know that that's what he excelled at.

11        MS. HARRIS:  Okay.  Tawnya, let me ask you

12    to put up Exhibit 52, please.

13                    (SEC Exhibit No. 52 was marked

14                    for identification.)

15    Q    Gio, take your time with this.  But I'm just

16    going to signal to you, this is a closing document to

17    close the account that we were looking over previously,

18    the CBT account at Lone Star Bank.  And I will note that

19    this account was open from May 5th, 2021, to May 28th,

20    2021, so it was only open a couple of weeks.

21    A    Yes.  Well, less than a month, yeah -- I'm sorry.

22    Your question to me now?

23    Q    I want to you to take your time with the document

24    and just let me know whenever you're done.

25    A    I've read it.

1    Q    Well, you have the WhatsApp in front of you.

2    A    Yeah.  I'm trying to read through it as I talk to

3    you.  I see audio -- "image omitted", "Thank you, bro."

4    So he's thanking me for bringing up the idea, but I

5    never got a definitive answer of, "Yeah, let's pursue

6    this," or "No, that's a bad idea."  Nothing that's clear

7    to me here.

8    Q    Okay.  So you thought you should get licensure.

9    You were talking to attorneys about getting licensure.

10   A    I thought we should entertain that avenue.

11   Q    Okay.  You say "if we can get over this hurdle".

12   What is the hurdle that you're referring to?

13   A    Well, the hurdle, that was my impression.  It

14   wasn't -- you know, again, I could have been off base,

15   Jill.  But in my mind, you know, I -- forgive me for

16   being critical, but I kind of look at worst-case

17   scenarios before I look at positive things.  That's just

18   the way I'm wired.

19        Again, we're in unchartered territory in this

20   digital business, and no regulations are out there

21   really.  How do we -- how do we deal with this business

22   scenario?  So I'm -- I'm entertaining every angle I can

23   to see where we can hang our hat on here, what is an

24   available route to take.

25   Q    Okay.  Did you think it was possible that because

1     of some of the activities that were going on with the

2     trading and the classes that CryptoFX might have needed

3     a license?

4         A    Not because of that.  But, you know, again, I

5     questioned -- you know, this is me talking in my head:

6     I questioned whether this academy could be something

7     more.

8         Q    Okay.

9         A    You know, that's really what that's about.  It

10    wasn't me telling Mauricio, "Hey, you need to do this

11    scenario," right.

12        Q    Okay.  Let's go to page 5 of the PDF.  At the

13    very top on September 15th, 2021, you state, "Just my

14    two cents, but shouldn't you try to incentivize people

15    towards the six-month package by offering a 15 percent

16    return on the six-month package and a 12 percent return

17    on the three-month package?"

18        Do you recognize that?

19        A    I do.

20        Q    So tell me what you're texting Mauricio here and

21    what this is.

22        A    Again, this is me probing different angles of

23    trying to, you know, help him with his business.  Again,

24    I don't know where he is in his head space.  Yes, I'm

25    involved as a member.  And so, you know, I simply looked

1    at what was happening and thinking, "well, okay,

2    we'll -- if you're -- you're looking to get more people

3    involved for longer commitment, why not reward those

4    that want to go longer commitment?" And again, Jill, my

5    two cents. This is me thinking.

6        Q    Okay. So I mean, if you're trying to reward

7    those for a longer commitment, aren't you guaranteeing

8    the 15 percent?

9        A    Not necessarily. Again, this is me and my

10   opinion of a subject matter that I have no knowledge

11   about how it's done.

12       Q    Okay.

13       A    Because, again, he -- he's offering a variable

14   rate at whatever percentage it is. So if the market

15   does well, apparently, you get paid the top percent. If

16   it doesn't do well, well, it's going to be something

17   less.

18       Q    Have you ever heard of anyone not getting paid

19   the top percent?

20       A    I don't really talk to anyone in the member base

21   to know that answer. But I -- I've yet to hear a

22   complaint.

23       Q    And that would be the reward, right, for the

24   longer package, getting the top percent of the variable

25   rate the, 15 percent?

1    A    Well, I would consider that, sure.  It's better

2  than what the bank is offering.  You can strike the

3  commentary, if you want.

4    Q    Let's go to page 123 of the PDF.  So I'm going to

5  go to the very bottom with Mauricio starting off at 2:12

6  saying, "Have him do it, brother."  And you respond,

7  "CXF lease," I assume you mean "CFX lease", "will be

8  fixed at 40K per month.  CBT to assume all costs related

9  to maintenance and utilities for the term of four years.

10  Lease period begins once renovations are complete by

11  November 30th.  First and last month's due on December

12  1st, 2021."

13    Mauricio responds "40K?"  Mauricio then says,

14  "That's high, brother."  You say, "That's just to make

15  sure we keep CBT funded, brother, and to make it look

16  realistic as CBT is assuming triple net costs involving

17  utilities and maintenance."  Then you say, "It should be

18  at least 30K to make it look believable."

19    I want to ask because we've gone over the lease

20  terms prior to this.  Who were you trying to make it

21  look believable to?

22    A    Let me start off by saying that CBT never

23  received a cent.  If it does, I don't know where it's

24  being deposited.  As far as this lease is concerned,

25  again, based on some recommendations from folks who say,

1    "Hey, you really should be, like, separate entities," I

2    pursued this avenue.  And as far as me saying this, you

3    know, "make it look realistic", well, if you haven't

4    guessed, I'm a little bit sarcastic.  So in reference to

5    that, I can't tell you definitely, but Mr. Chavez is an

6    entity to deal with sometimes.

7        Q    Okay.

8        A    And again, as you can see, we were playing with,

9    you know, again, the figure.  You know, where do we come

10   with 40; where do we come with 30?

11       Q    Well, you previously testified that 30 was

12   because you were renting furniture and --

13       A    Right.

14       Q    Gio.

15       A    Sorry.

16       Q    Let me finish.

17            You previously testified you came up with 30

18   because you were renting furniture, cable, RingCentral

19   service, utilities.  That's where you came up with the

20   30 number; is that incorrect?

21       A    No, no.  And, of course, he corrected me by that

22   because I simply threw a figure out there, not

23   realizing, all right, where's this number really coming

24   from?

25       Q    Am I correct to say that the 30 number is based

1    on the previous factors that you testified to earlier

2    today?

3         A    Yes.

4         Q    When you say "makes it look realistic" and you

5    say "makes it look believable", why are you saying those

6    things?

7         A    Because sometimes Mr. Chavez needs a sarcastic

8    kick in the butt.  That's how I treat him to get him to

9    move or make a decision or realize, hey, maybe I'm right

10   here.

11        Q    Okay.  You also testified that CBT never received

12   a cent.  However, as we went through the bank records

13   earlier today, we've established and you've testified

14   that Mr. Chavez's entities, whether they be Maurizzio

15   Group or whether they be CryptoFX, have deposited

16   hundreds of thousands, if not millions, of dollars into

17   CBT accounts; is that correct?

18        A    Again, I'd have to look specifically at records

19   that show me this.  Did we cover this?  And if so, I'll

20   agree to it.  Otherwise, again, my experience, if you're

21   asking me by memory, it would have been individual

22   checks that were given to me to deposit.  Like, him

23   directly transferring -- wiring money, I don't recall

24   seeing those types of transactions, other than getting a

25   cashier's check from one bank and moving it to another.

1    Q    We did cover this when we covered the Cadence

2  Bank earlier today.

3    A    Yeah.

4    Q    We covered the fact that Mr. Chavez's account

5  directly deposited and transferred moneys into the

6  Cadence Bank account for CBT.  Should we go over that

7  record?

8    A    No.  I mean, we were -- we were both on the

9  account.  So, you know, again, he -- and he would do

10  activities without my knowledge, either deposit or

11  withdrawal or transactions, like we spoke of, because he

12  was signatory on the account.  So, okay, if we -- if we

13  agree to that, yeah, okay, great.

14    Q    You just testified that CBT never received a

15  cent.  But it is true that Chavez's entities have been

16  paying into CBT's accounts; is that correct?

17    A    Clearly, you're correcting me, and I'll accept

18  that, yes.

19    Q    So is it -- are you saying that CFX --

20    A    No -- I'm sorry.

21    Q    -- had not paid rent?

22    A    Well, again, according to the contract drawn up

23  related to contract payments, I didn't see those types

24  of deposits related to the lease being transferred or

25  deposited.  There -- clearly, there are other deposits,

1   but that would have been -- yeah, that would have been

2   pre -- would have been pre-Blalock.

3       Q    Okay.  When did the Black sublease go into

4   affect?  It was September of 2021; am I correct?

5       A    The lease begins on September -- yes -- 2021.

6   And when I say "no payments received", I mean, payments

7   specifically related to lease, meaning a notation saying

8   "rent" or something to that effect.

9       Q    But your testimony that CBT has never received a

10  cent from CryptoFX isn't entirely correct; is that

11  right?

12      A    I'd have to agree.  If it came up in the other

13  statements with Cadence, then I'd have to agree.

14      Q    Not only with Cadence but on looking at deposits

15  from Mr. Chavez and Mr. Chavez's entities here in

16  November of 2021 after the Blalock lease into the CBT

17  account at Spirit of Texas?

18      A    Okay.

19      Q    We went through these on the record.  Do you

20  agree that that -- those deposits occurred?

21      A    If those deposits are on those transactions, then

22  I agree.

23      Q    Okay.  So just so we're clear, because I think

24  you're referring to the fact that there were specific

25  notations of lease payments.  But certainly, CBT has

1    been paid by CFX and by moneys that are probably CFX

2    investor moneys.  Do you agree with that?

3        A    Knowing the knowledge I know now, the possibility

4    does exist.  Now, with your reference to him

5    transferring moneys to CBT and you're calling that

6    "rent", well, again, call me a silo guy but I would

7    expect to see a monthly cadence of an agreed contract,

8    which.  I didn't so that's where my reference of "no"

9    comes from.

10       Q    Okay.  So you would expect to see a monthly

11   deposit of a certain amount of rent every single month.

12   Okay.  And that's where your reference was before.  All

13   right.

14       A    Yeah.  That's what I meant by it.

15       Q    Okay.  Got it.

16       Have you asked Mr. Chavez to pay rent?

17       A    I kept asking him, "Hey, are you just going to

18   bypass this lease?"  He'd never respond to it.  And

19   again, I'm -- how do I probe --

20       Q    Go ahead.

21       A    Again, how do I probe someone that has 85 percent

22   share of the company?  And, you know, my focus is on CBT

23   Group real estate development, and I'm trying to help

24   this guy out as best I can.

25       Q    So CBT Group holds the lease.  CFX Group is

170

1  paying the sublease.  So if he owns 85 percent of CBT

2  Group, he's really paying rent to himself, right?

3      A    Pretty much.

4      Q    Yeah.

5      A.   I wouldn't refute that.  I mean, if this was an

6  attempt to separate the companies in the event in

7  future, you know, it came that -- I don't know -- for

8  whatever reason, I felt that we needed to separate, my

9  attorneys at Rapp & Krock agreed.

10     Q    Did you anticipate separating from Mr. Chavez?

11     A    Just in -- in entity -- what do you mean,

12 separate fully?

13     Q    Well, I mean, you said that you said "in the

14 future, we need to separate".  I'm asking did you

15 anticipate needing to separate?

16     A    No.  I mean, I didn't -- I didn't want the CBT

17 Group associated with -- you know, synonymously with his

18 other businesses.  I mean, it's a real estate

19 development entity.  It's not a digital asset company.

20     Q    So if Mr. Chavez characterized CBT Group as the

21 real estate arm of CFX, that would be incorrect?

22     A    I guess he would not be incorrect.

23     Q    Okay.

24     A    I mean, it's another business venture that he's

25 involved in, but I'm not involved in his.

1    Q    Got it.

2    A    So this is my position.

3    Q    But CBT Group doesn't do anything with digital

4    assets.  So calling it "the real estate arm of CFX", is

5    that a characterization that you're comfortable with?

6    A    Again, maybe he can characterize this because he

7    has interests in both companies.  I have interest in one

8    company.  So I can't say the same because CFX is, you

9    know, the digital asset arm of CBT?  No.

10   Q    Okay.

11   A    However, the question -- what you just said, I'll

12   agree to that, sure.  Would I actually verbalize it?

13   No.

14   Q    I'm not sure you answered my question.  I asked

15   if you were comfortable with that characterization.

16   A    If you characterized it that way, yes.  Would I

17   describe it?  No.

18   Q    So you're not comfortable with that

19   characterization?

20   A    I didn't say I wasn't comfort with it, Jillian.

21   I said I would say CBT Group is a real estate entity,

22   rather.  It does not have an arm to digital assets.

23   Now, however, Mauricio is clearly 85 percent owner of

24   CBT Group, and he has every right to say that CBT Group

25   is the real estate arm of CFX.  I mean, I'm just trying

1    to make the distinction that it's not interchangeable,

2    that's all.

3              MR. BURFORD:  Can we take a five-minute

4    break?

5              MS. HARRIS:  I understand it's not

6    interchangeable.

7              We can take a five-minute break.  Let's go

8    back on the record at 4:45.

9              We're off the record.

10             (Whereupon, a brief recess was taken.)

11             MS. HARRIS:  We are back on the record at

12   4:51 p.m. Central Time.

13        Q    I'm going to stick with Exhibit 55.  Let's go to

14   page 110 of this exhibit.  October 5th of 2021 at 5:03,

15   you state, "Please have Norma gather a number of checks

16   so that I can make a run to Spirit of Texas Bank and

17   deposit a large sum of money into that account."

18        Do you see that?

19        A    I do.

20        Q    So explain what's going on here.

21        A    Norma would be one of the admin folks, and they

22   gathered a number of checks.  He'd informed me that

23   there were some checks sitting for me there and that he

24   couldn't -- he couldn't be available so he had directed

25   to Norm to take care of it.

190

1    questions.  But honestly, I think I want to wrap this

2    up.

3              And then, Robert, if you want to ask any

4    clarifying questions of your client, that'll be the time

5    in which you do so.

6              Gio, if you have anything else that you want

7    to clarify and put on the record, that would be the time

8    to do so.

9              So with that, let's go off the record and

10   come back at the 5:40 mark.  We are off the record.

11             (Whereupon, a brief recess was taken.)

12             MS. HARRIS:  We're back on the record at

13   5:42 p.m.

14        Q    Okay, Gio.

15        A    Yes.

16        Q    I'm at the bottom part of the page, November

17   18th, 2021, at 11:34.  You say, "I have a friend by the

18   name of Tanya that is opening up a $100,000 contract

19   today.  I gave he directly to Eddie."  Then you say,

20   "Get her to make that check out to CBT Group," wink

21   face.

22        A    Yes.

23        Q    And then Mr. Chavez says, "Yes, bro," and you say

24   "excellent".  Is this an example of you directing CFX

25   investors to make their contract money out to CBT Group?

1      A   In the time frame at this point, I kind of

2  surmised what may have been going on and sarcastically

3  made that comment to him, hoping that it would happen.

4      Q   Okay.  So this is an example of you asking

5  Mr. Chavez to direct $100,000 of CFX investor money to

6  CBT Group?

7      A   Yes.  It was an attempt to try to get him to get

8  funding to me.  So it was a jab -- sorry -- a sarcastic

9  remark saying, "Mauricio, I need funding."  So it was

10  just an opportunity.

11      Q   Okay.  So Mauricio then says, "Yes, bro."  So

12  there were times, and this is one example, in which CFX

13  investor money was directly -- strike that.

14      There were times in which CFX investor money was

15  directed to CBT Group?

16      A   My response to that would be in reference to this

17  particular comment, it was more of a sarcastic remark to

18  get him to get me funding.  I simply said, "Wow, Tanya's

19  a friend of mine.  She's going to put $100,000 towards

20  your company."  Kind of in a backdoor way saying, "I

21  could use that money," I made that comment.  Again, we'd

22  have to go back to the records to the verify if he

23  actually did that.  I'm sorry.

24      Q   I'm not asking what actually happened.  I'm

25  asking what you meant.  But --

1     A   Yeah, I -- forgive me.  It was more of an

2  opportunity in a sarcastic way of saying "I could really

3  use that funding".

4     Q   Okay.  What's Tanya's name?  Excuse me what's

5  Tanya's last name?

6     A   Yeah, I can't think of it at the moment.  I'm

7  sorry.

8     Q   Is it Tanya Lee?

9     A   Yes, Tanya Lee.

10    Q   Do you have her phone number?

11    A   I should.

12    Q   Would you mind providing that to us, either off

13  the record or on the record?

14        THE WITNESS:  Robert?

15        MR. BURFORD:  Why don't you do this:  Why

16  don't you make sure Mrs. Lee doesn't mind her phone

17  number being given out, and if it's not a problem, I'll

18  supplement to Ms. Harris.

19        MS. HARRIS:  Absolutely.  That's fine.

20        THE WITNESS:  So she could follow up with

21  Tanya herself?

22        MR. BURFORD:  Whatever she would like.

23        THE WITNESS:  Yeah.  Sure, sure.

24        MR. BURFORD:  Just make sure of it, that

25  it's okay.

APP00883

```
                                                            Page 200
 1                PROOFREADER'S CERTIFICATE

 2

 3   In the Matter of:    CRYPTO FX LLC

 4   Witness:             Giorgio Benvenuto

 5   File Number:         FW-04464-A

 6   Date:                Thursday, May 12, 2022

 7   Location:            Fort Worth, Texas

 8

 9           This is to certify that I, Christine Boyce,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true and accurate transcription

12   of all matters contained on the recorded proceedings of the

13   investigative testimony.

14

15

16   Christine E. Boyce                    _____

17   (Proofreader's Name)                  5-19-2022

18

19

20

21

22

23

24

25
```

1

2                              CERTIFICATION

3

4

5

6                I, NICOLE WEXLER, a Notary Public

7      in and for the State of New York, do hereby

8      certify:

9                THAT the witness(es) whose

10     testimony is herein before set forth, was duly

11     sworn by me; and

12               THAT the within transcript is a

13     true and accurate record of the testimony

14     given by said witness(es).

15               I further certify that I am not

16     related either by blood or marriage, to any of

17     the parties to this action; and

18               THAT I am in no way interested in

19     the outcome of this matter.

20               IN WITNESS WHEREOF, I have hereunto

21     set my hand this 12th day of May 2022.

22

23

24     _____
                  *Nicole Wexler*

25                NICOLE WEXLER

# Harris Declaration Exhibit D

APP0091

EXHIBIT I



# CRYPTOFX

# business presentation

Cryptocurrency
June 17, 2020



**TAKING PHOTOS OR VIDEOS IS NOT ALLOWED**
. PLEASE KEEP YOUR PHONE IN VIBRATION MODE



CFX_020398
FOIA Confidential Treatment Requested

thereum (ETH) 238.12 | Bitcoin Cash (BCH) 239.31 | Bitcoin SV (BSV) 189.90 | Bitcoin (BTC) 9,401.59 | Ethereum (ETH) 238.12 | Bitcoin Cash (BCH) 23





CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0093

# let's talk about bitcoin

* CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financial advisor.

**Bitcoin is the most important cryptocurrency.**

It is a decentralized digital currency without a central bank or a sole administrator that can be sent from one user to another through the Bitcoin network (peer-to-peer) without the need for intermediaries.

Transactions are verified by the network through cryptography and recorded in a **distributed public book called Blockchain.**

Bitcoin was invented by an unknown person or a group of people named Satoshi Nakamoto and launched as open-source software in 2009. **Bitcoins are created as a reward by a process called mining.**



CFX_020400
FOIA Confidential Treatment Requested



CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

# total volume of the global market for blockchain technology in billions.



(From 2017 to 2027, in US dollars. Source: statista.com)

CFX_020401
FOIA Confidential Treatment Requested

Page: 4
Classification: Confidential
Business Presentation

CRYPTOFX, LLC
cryptofxlearningacademy.com

CRYPTOFX





APP0095

# what is blockchain?

* CRYPTOFX LLC is exclusively an informational and educational academy not trading or investment platform. For specific investment advice, consult with your financial advisor



Bitcoin works with its digital encryption system called **BLOCKCHAIN.**

It is a public accounting book where you can see all the transactions in real-time while maintaining the user's privacy at the same time.

CFX_020402
FOIA Confidential Treatment Requested


CRYPTOFX, LLC
cryptofxlearningacademy.com
**CRYPTOFX**

# where can you
# buy or sell BTC?

* CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financial advisor.









CFX_020403
FOIA Confidential Treatment Requested

Page: 6
Classification: Confidential
Business Presentation



CRYPTOFX, LLC
cryptofxlearningacademy.com



# 7 ways you can win
# with CRYPTOFX, LLC!

* CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financ advis



01 **Referral** Bonus (2 levels)

02 **Passive Reward** Bonus

03 **ELITE** Bonus (advance range)

04 Win with **FOREX** signals

05 Win with **CRYPTOFX IA** (automatic FX)

06 **RESIDUAL INCOME**

07 **Crypto Portfolio** (100K Club)



CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0098

# choose your class!

* CRYPTOFX LLC is exclusively an informational and educational academy, not a trading or investment platform. For specific investment advice, consult with your financial advisor.

## THE APPRENTICE
### Class



| | |
|---|---|
| You are NEW in Crypto | |
| **12 classroom or online classes** | |
| 3 months - 60 classes | |
| 07:00 PM - 08:00 PM CST | |
| **Cost: $499.99** | |

## THE INTERMEDIATE
### Class



| | |
|---|---|
| You have 1-2 years of experience | |
| **12 classroom or online classes** | |
| 3 months - 60 classes | |
| 07:00 PM - 08:00 PM CST | |
| **Cost: $999.99** | |

## THE PROFICIENT
### Class



| | |
|---|---|
| You have +3 years of experience | |
| **12 classroom or online classes** | |
| 3 months - 60 classes | |
| 07:00 PM - 08:00 PM CST | |
| **Cost: $1,499.99** | |

CFX_020405
FOIA Confidential Treatment Requested



CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0099

# affiliate
# plan

CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financial advisor.







CFX_020406
FOIA Confidential Treatment Requested

CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0100

# table of
# potential Earnings

CRYPTOFX LLC is exclusively an informational and educational academy, not trading or investment platform. For specific investment advice, consult with your financial advisor.

| PACKAGE | MONTH TO MONTH PROFITS | PROFITS EVERY 3 MONTHS | PROFITS EVERY 6 MONTHS |
|---|---|---|---|
| 1,000 | 120 | 450 | 900 |
| 2,000 | 240 | 900 | 1800 |
| 3,000 | 360 | 1350 | 2,700 |
| 4,000 | 480 | 1800 | 3,600 |
| 5,000 | 600 | 2250 | 4,500 |
| 1,0000 | 1,200 | 4,500 | 9,000 |
| 1,5000 | 1,800 | 6,750 | 13,500 |
| 20,000 | 2,400 | 9,000 | 18,000 |
| 25,000 | 3,000 | 11,250 | 22,500 |

CFX_020407
FOIA Confidential Treatment Requested





APP0101

# advance
# ranges

CRYPTOFX LLC is exclusively an informational and educational academy, not a trading or investment platform. For specific investment advice, consult with your financial advisor.

## ELITE 10
### CATEGORY

**GET 10,000 PTS**
IN YOUR ORGANIZATION



$250

## ELITE 25
### CATEGORY

**GET 25,000 PTS**
IN YOUR ORGANIZATION



$500



## ELITE 50
### CATEGORY

**GET 50,000 PTS**
IN YOUR ORGANIZATION



$1,000

CFX_020408
FOIA Confidential Treatment Requested

Page: 11
Classification: Confidential
Business Presentation

CRYPTOFX, LLC
cryptofxlearningacademy.com

CRYPTOFX

APP0102

# affiliate plan

CFX_020409
FOIA Confidential Treatment Requested



CRYPTOFX, LLC
cryptofxlearningacademy.com    



CFX_020410
FOIA Confidential Treatment Requested

Página: 15
**Clasificación:** Confidencial
Presentación de Negocios

CRYPTOFX, LLC
cryptofxlearningacademy.com

**CRYPTOFX**

APP0104



CFX-02411
FOIA Confidential Treatment Requested

# Harris Declaration Exhibit E

# EXHIBIT I

NAME:

ADDRESS:

START DATE: 01-23-2021

DUE DATE: 07-23-2021

PHONE:

E-MAIL:

USER:

**CFX**

No. 01323



**BRONZE** PACKAGE

$ 1,000.00 ✓

**SILVER** PACKAGE

$ _____

GOLD

$ _____

_____ 3 MONTHS  _____ 6 MONTHS  _____ 12 MONTHS

MONTH 1 _____

MONTH 2 _____

MONTH 3 _____

MONTH 4 _____

MONTH 5 _____

MONTH 6  01-23-2021   $ 1,080.00

TOTAL: _____

EXHIBIT

**13**

CryptoFX, FW-04464

www.cryptofxla.com

GFX-000941
FOIA Confidential Treatment Requested
APP0107



## CFX Lifestyle
### LAUNCH

**CFX**

### VENTURE AGREEMENT CRYPTOFX, LLC

No. 01323

I _____ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF _____. **I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.**

THE AGREEMENT TERM IS FOR 6 MONTHS. DURING THIS TIME PERIOD, I WILL BE RECEIVING REWARD FOR MY CONTRIBUTION IN THE FORM OF BITCOIN EVERY:

_____ MONTHLY _____ 3 MONTHS _✓_ 6 MONTHS _____ 12 MONTHS

AMOUNT CONTRIBUTED: $1,000°°

PROGRAM | PLAN: BRONZE 1K

START DATE: 01-23-2021

END DATE: 07-23-2021

### CONFIDENTIALLY AGREEMENT:

_____ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

IN THE EVENT THAT CRYPTOFX, LLC LOSES THE MONEY OR CANNOT CONTINUE TO FULFILL PAYMENTS, CRYPTOFX, LLC AGREES TO REPAY TOTAL PRINCIPAL AMOUNT CONTRIBUTED IN A PERIOD NO LATER THEN 24 - 36 MONTHS WHICH BOTH PARTIES HAVE AGREED TO BE SETTLED OUTSIDE OF ANY COURTS.

STUDENT'S SIGNATURE

DATE: 01-23-2021

CRYPTOFX, LLC REPRESENTATIVE

DATE: 01-23-2021

**ACADEMY**

**CFX**

www.cryptofxla.com



APP0108 CFX 000942

FOIA Confidential Treatment Requested

NAME:
ADDRESS:
START DATE: 04 /15 /2021  DUE DATE: 01 /15/ 2021
PHONE:
E-MAIL:
DIRECT SPONSOR 7%:                                    .06017
INDIRECT SPONSOR 3%

**BRONZE** 1K+    **SILVER** 5K+    **GOLD** 10K+

$ _____    $ _____    $ 50,000

MONTHLY ☐    3 MONTHS ☑    6 MONTHS ☐    CONTRACT RENEWAL ☐

MONTH 1 _____
MONTH 2 _____
MONTH 3 10/15/2021   9, 22,500
MONTH 4 _____
MONTH 5 _____
MONTH 6 _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF __ 50,000 __

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT

- THE VENTURE IS VERY SPECULATIVE AND RISKY FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACKNOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE          CRYPTOFX,LLC REPRESENTATIVE          CRYPTOFX,LLC RECEIVER
DATE: 04/15/2021             DATE: 04/15/2021                     DATE: 7/15/2021

800 Town and Country Blvd, Suite 300, Houston, TX 77024    Tels: 832-888-6924 / 832-997-1240 / 832-404-1291    www.cryptofxla.com

EXHIBIT
14

APP0109
CFX_003652
FOIA Confidential Treatment Requested

# Harris Declaration Exhibit F

APP0110

334053774048
Route # 061000052
6446 Warren Dr
Norcross GA 30093
[7/22/21, 12:18:31 PM] Gio CFX: Text me the name and the amount of money to be transferred to the account you just sent to me please
[7/22/21, 12:28:22 PM] M GROUP: $40,000
[7/22/21, 12:31:40 PM] Gio CFX: Name?
[7/22/21, 12:32:46 PM] M GROUP: One Cargo Express Llc
[7/22/21, 12:40:06 PM] Gio CFX: Name of the individual?
[7/22/21, 12:40:16 PM] M GROUP: No is a business
[7/22/21, 12:40:30 PM] Gio CFX: Thank you
[7/22/21, 12:40:39 PM] Gio CFX: It will be done tomorrow
[7/22/21, 12:41:07 PM] M GROUP: Can you do today?
[7/22/21, 12:47:34 PM] Gio CFX: I will try my friend. If not, first thing in the morning
[7/22/21, 1:30:51 PM] M GROUP: audio omitted
[7/22/21, 5:26:11 PM] Gio CFX: audio omitted
[7/22/21, 5:26:36 PM] Gio CFX: image omitted
[7/22/21, 5:26:36 PM] Gio CFX: image omitted
[7/22/21, 5:27:07 PM] M GROUP: Perfect brother
[7/22/21, 5:27:08 PM] M GROUP: Thanks
[7/22/21, 9:42:49 PM] Gio CFX: audio omitted
[7/23/21, 10:02:31 AM] Gio CFX: I'm meeting with Brandi to discuss the email that was sent out this morning about us providing a termination letter on that land deal.


I will give you a call once I have more information
[7/23/21, 10:03:14 AM] M GROUP: audio omitted
[7/23/21, 10:05:05 AM] Gio CFX: Keep funneling checks to CBT and we can actually buy this motherfucker in 30 to 60 days.
[7/23/21, 10:05:24 AM] M GROUP: audio omitted
[7/23/21, 10:06:51 AM] Gio CFX: We are actually $2.7 5M away from purchasing this property.
[7/23/21, 11:18:32 AM] Gio CFX: audio omitted
[7/23/21, 11:33:46 AM] M GROUP: audio omitted
[7/23/21, 11:44:15 AM] M GROUP: audio omitted
[7/23/21, 11:46:12 AM] Gio CFX: At the bank
[7/23/21, 11:46:19 AM] M GROUP: Ok
[7/23/21, 11:46:49 AM] Gio CFX: I just spoke with the branch manager who tells me that we can actually open CFX account for payroll at Spirit of Texas I'll billet will required of you to show up to sign documents
[7/23/21, 11:47:07 AM] M GROUP: audio omitted
[7/23/21, 11:52:55 AM] Gio CFX: Sending wire to one cargo express. Will send you a photograph of the transaction shortly.
[7/23/21, 11:59:15 AM] Gio CFX: We need the correct routing number for Bank of America. The one that you have provided is incorrect.
[7/23/21, 11:59:39 AM] M GROUP: audio omitted
[7/23/21, 12:00:10 PM] Gio CFX: They are requesting the number be provided
[7/23/21, 12:00:34 PM] M GROUP: audio omitted

Please check your email and review it to see if you approve.
Thx.
[8/5/21, 7:57:28 AM] Gio CFX: audio omitted
[8/5/21, 10:28:57 AM] Gio CFX: Please remember to get CBTchecks to me by tomorrow so
I can deposit them?  Let's not have another we go by where we are not funneling
money to that account.

Also, just a quick reminder about Niurka. Direct deposit set up, computer, let's get
her to work for us please.
[8/5/21, 10:46:24 AM] M GROUP: audio omitted
[8/5/21, 11:29:17 AM] Gio CFX: Awesome brother. I will shoot you her address shortly
[8/5/21, 11:29:27 AM] M GROUP: Thanks
[8/5/21, 11:29:38 AM] M GROUP: image omitted
[8/5/21, 11:30:02 AM] M GROUP: audio omitted
[8/5/21, 11:31:23 AM] Gio CFX: If you have the contact please forward it to me.
If not shoot me the address so I can go over there myself to see where it is.
[8/5/21, 11:31:47 AM] M GROUP: audio omitted
[8/5/21, 11:32:03 AM] Gio CFX: Niurka D'Arthenay
9919 Richmond Ave Apt 832
Houston TX 77042
United States
[8/5/21, 11:32:21 AM] Gio CFX: I'm on it
[8/5/21, 11:33:14 AM] M GROUP: audio omitted
[8/5/21, 11:34:14 AM] Gio CFX: I will let Niurka know that a package is coming.
Direct deposit for her?
[8/5/21, 11:34:21 AM] M GROUP: Ok cool
[8/5/21, 11:34:25 AM] M GROUP: audio omitted
[8/5/21, 11:46:35 AM] Gio CFX: Niurka DArthenay
Bank of América
Acount number:
488081655122
Routing number:
111000025
[8/5/21, 11:46:54 AM] M GROUP: Thamks
[8/5/21, 11:47:32 AM] Gio CFX: If you need me to purchase the laptop, just send me
the information and I will bill it to CBT group.
[8/5/21, 11:47:45 AM] M GROUP: Ok
[8/5/21, 1:15:03 PM] Gio CFX: audio omitted
[8/5/21, 1:18:58 PM] M GROUP: audio omitted
[8/5/21, 1:21:26 PM] Gio CFX: audio omitted
[8/5/21, 1:22:50 PM] M GROUP: audio omitted
[8/5/21, 1:23:03 PM] Gio CFX: image omitted
[8/5/21, 1:23:12 PM] M GROUP: audio omitted
[8/5/21, 1:25:46 PM] Gio CFX: Just remember it's 40 hours maximum per contract
employee so that works out to five days per week.

We are not paying these people overtime so yes they will rotate Saturdays off with
their peers in their respective departments.

If they are working a Saturday then they know that they will be working Monday

The memo section should read "Remittance payment".
[11/15/21, 1:19:43 PM] Gio CFX: It's somewhat ambiguous but is never questioned
[11/15/21, 1:37:40 PM] M GROUP: ok perfect
[11/15/21, 1:41:37 PM] Gio CFX: Brother please let me know when we can get together
to discuss this lease term.
I really want this paperwork started so that on paper it looks like CFX is renting
from CBT beginning it in December which is realistic as the terms will read that the
lease will begin once renovations are completed.

Which is right around the corner brother.

Give me a time and date this week please. Just you and me no Latino party.
[11/15/21, 1:41:57 PM] M GROUP: Thanks brother will do
[11/15/21, 3:35:39 PM] Gio CFX: image omitted
[11/15/21, 3:35:39 PM] Gio CFX: image omitted
[11/15/21, 3:36:07 PM] Gio CFX: image omitted
[11/15/21, 3:36:07 PM] Gio CFX: image omitted
[11/15/21, 3:36:35 PM] M GROUP: LOOKS beautiful BROTHER
[11/15/21, 3:36:35 PM] Gio CFX: Working on furniture being delivered for CEO suite
and second floor conference room areas next week
[11/15/21, 3:50:21 PM] Gio CFX:
https://www.microcenter.com/product/639953/acer-ei342ckr-sbmiipphx-34-uwqhd-(3440-x-
1440)-144hz-hdmi-dp-freesync-hdr-ultrawide-curved-led-gaming-monitor
[11/15/21, 3:50:55 PM] Gio CFX: Along with the six or eight TV screens you plan on
purchasing, the educators are requesting four of the above monitors to be at the
workstations as well.

Let's get these boys happy please.
[11/15/21, 3:51:55 PM] M GROUP: audio omitted
[11/15/21, 3:53:02 PM] Gio CFX: Got it. At least try to match the specs if you can.
[11/15/21, 4:12:45 PM] Gio CFX: Just a heads up: conference call with the mayor went
very well.

He is taking the drawings under review and will get back to me as far as any changes
to the proposed plan for the area.

At this point brother, I really need you to start funneling money to CBT group
before I have any hope of going any further with this guy.
[11/15/21, 4:13:41 PM] M GROUP: audio omitted
[11/15/21, 4:18:38 PM] Gio CFX: I got the development side of this business brother.

Just give me the seed money to make this happen and I will give us our real estate
future.
[11/15/21, 4:19:02 PM] M GROUP: I love that brother thats were we are heading
[11/15/21, 4:19:43 PM] Gio CFX: I agree. Let's get together sometime this week to
discuss this CFX lease agreement so I can get this shit on paper
[11/15/21, 4:20:40 PM] M GROUP: Yes lets sit down brother
[11/15/21, 4:21:00 PM] M GROUP: Let me check perhaps tomorrow or Wednesday evening
[11/15/21, 4:21:36 PM] Gio CFX: Just let me know and I will be there.  And give me
access to security cameras if you want another set of eyes?

CFX_018818
FOIA Confidential Treatment Requested
APP0113

Is this really a stretch for you monthly?
[11/17/21, 2:25:36 PM] Gio CFX: Put it on automatic pay and forget about it.
[11/17/21, 2:25:42 PM] M GROUP: Is too high lets do 25k
[11/17/21, 2:25:57 PM] Gio CFX: It should be at least 30 K to make it believable
[11/17/21, 2:27:50 PM] Gio CFX: This is roughly what we are paying now monthly to BZO Tire including utilities.
[11/17/21, 2:28:55 PM] Gio CFX: And I will remind you it doesn't include the internet at $350 a month and our furniture rental which is now approaching $4000 a month.
[11/17/21, 3:36:31 PM] Gio CFX: Does 30 K a month sound reasonable to you?

I just wanna make sure we're at least at a breakeven with what CBT has the currently pay out to support CFX.
[11/17/21, 3:37:12 PM] M GROUP: Thats cool bro
[11/17/21, 3:38:29 PM] Gio CFX: Great. I will get it done, have you sign off on it and make sure you set us up on auto pay so that you won't have to think about writing a check every month.
[11/17/21, 9:13:14 PM] Gio CFX: Brother, I will need to know what account funds will be coming from so I may pass this information on to our CBT group attorney.
[11/17/21, 9:14:30 PM] M GROUP: audio omitted
[11/17/21, 9:15:46 PM] Gio CFX: I am to assume that CFX Lyfestyle does not exist as an account In any bank correct?
[11/17/21, 9:16:06 PM] Gio CFX: This is just in case he asks for this information
[11/17/21, 9:32:43 PM] M GROUP: Oh ok
[11/17/21, 9:43:08 PM] Gio CFX: image omitted
[11/17/21, 9:44:16 PM] Gio CFX: audio omitted
[11/17/21, 9:44:25 PM] Gio CFX: This message was deleted.
[11/17/21, 9:46:27 PM] M GROUP: Hey brother let me look at it
[11/18/21, 8:24:38 AM] Gio CFX: audio omitted
[11/18/21, 8:25:36 AM] M GROUP: audio omitted
[11/18/21, 9:58:01 AM] Gio CFX: When can I pick up those checks for CBT group brother?
Drop them off with Norma so I can pick them up and get this done please.
[11/18/21, 11:30:24 AM] M GROUP: I am working on those checks
[11/18/21, 11:30:35 AM] M GROUP: Can you send me CBT wire information
[11/18/21, 11:30:57 AM] Gio CFX: Excellent. Will send shortly.
[11/18/21, 11:32:52 AM] Gio CFX: Account information for CBT Group LLC is:
Spirit of Texas Bank
Routing # 113106985
Account # 183739557
[11/18/21, 11:34:05 AM] Gio CFX: I have a friend by the name of Tanya that is opening up a $100,000 contract today. I have her going to Eddie directly.
[11/18/21, 11:37:16 AM] Gio CFX: Get her to make that check out to CBT group. 😊
[11/18/21, 11:38:57 AM] M GROUP: Yes bro
[11/18/21, 11:39:10 AM] Gio CFX: Excellent
[11/18/21, 12:56:38 PM] Gio CFX: audio omitted
[11/18/21, 1:04:39 PM] M GROUP: I already did brother
[11/18/21, 1:14:46 PM] Gio CFX: audio omitted
[11/18/21, 1:15:29 PM] M GROUP: audio omitted

CFX_018820
FOIA Confidential Treatment Requested

[11/18/21, 1:16:35 PM] Gio CFX: audio omitted
[11/18/21, 1:17:01 PM] Gio CFX: Juan and Pedro and I believe she is with Norma now.
[11/18/21, 1:17:25 PM] M GROUP: audio omitted
[11/18/21, 1:17:41 PM] Gio CFX: Sure thing
[11/18/21, 2:56:13 PM] Gio CFX: audio omitted
[11/18/21, 2:57:20 PM] M GROUP: Yes brother I agree 100%
[11/18/21, 2:57:27 PM] M GROUP: Let me work on that brother
[11/18/21, 2:58:16 PM] Gio CFX: So I am assuming that Norma has two contracts
waiting for CBT group? 100 K and 500 K?
Can I go in and take care of this tomorrow and deposit?
[11/18/21, 2:58:33 PM] M GROUP: Yes that is correct
[11/18/21, 2:58:37 PM] M GROUP: Yes
[11/18/21, 2:59:10 PM] Gio CFX: Excellent.  Just please work on funding CBT.
[11/18/21, 2:59:37 PM] M GROUP: Will do bro
[11/18/21, 3:00:18 PM] Gio CFX: So I am assuming that Fernando and our attorneys are
still reviewing the documentation?
We really should have a sit down over that.
[11/18/21, 3:00:46 PM] M GROUP: audio omitted
[11/18/21, 3:01:47 PM] Gio CFX: Sounds good. Keep me in on the loop. We really need
to stay on top of this.

I will work on completing our CFX lease agreement.
[11/18/21, 3:01:57 PM] M GROUP: Thanks
[11/18/21, 5:12:04 PM] Gio CFX: image omitted
[11/18/21, 5:12:04 PM] Gio CFX: image omitted
[11/18/21, 5:12:05 PM] Gio CFX: image omitted
[11/18/21, 5:37:37 PM] M GROUP: audio omitted
[11/18/21, 5:38:20 PM] Gio CFX: audio omitted
[11/18/21, 6:29:37 PM] Gio CFX: BTW, Tanya Lee did confirm with me that they made
her the primary referral and me secondary referral on her mother's contract (Irma
Geamil Vierma).

Pretty shitty move given the fact that we agreed between us that I would be primary.
[11/19/21, 8:28:03 AM] Gio CFX: audio omitted
[11/19/21, 8:39:01 AM] Gio CFX: audio omitted
[11/19/21, 8:40:23 AM] Gio CFX: I cannot move forward with creating the new lease
unless we resolve the current yes you with the current one.
[11/19/21, 10:47:26 AM] M GROUP: You called me?
[11/19/21, 10:47:28 AM] Gio CFX: This message was deleted.
[11/19/21, 10:48:39 AM] Gio CFX: audio omitted
[11/19/21, 10:49:52 AM] M GROUP: audio omitted
[11/19/21, 1:39:56 PM] Gio CFX: I have an appointment with the branch manager Monday
late morning. Please make sure those checks are ready to be picked up on Monday.
[11/19/21, 1:54:10 PM] M GROUP: Will do
[11/19/21, 1:58:32 PM] Gio CFX: Also, you got a let me know if you plan on holding
any events on a Saturday or Sunday if you want Security present.
[11/19/21, 2:21:11 PM] Gio CFX: image omitted
[11/19/21, 2:22:52 PM] M GROUP: Thanks brother
[11/19/21, 2:23:42 PM] Gio CFX: We really need to think about our future long-term.
This is just the safest step by know.

APP0113.2

# Harris Declaration Exhibit G

**EXHIBIT G**

NAME:

ADDRESS:

START DATE: 11-13-20

DUE DATE: 05-13-21

PHONE:

E-MAIL:

USER:

*Funder Circle 2.0*

**CFX**

No. 0793

**BRONZE** PACKAGE

$ _____

**SILVER** PACKAGE

$ _____

$ 30,000

_____ 3 MONTHS   ___✓___ 6 MONTHS   _____ 12 MONTHS

MONTH 1   05-13-21   24,000   _____

MONTH 2   _____   _____   _____

MONTH 3   _____   _____   _____

MONTH 4   _____   _____   _____

MONTH 5   _____   _____   _____

MONTH 6   _____   _____   _____

TOTAL: _____

www.cryptofxla.com

CFX-012391
FOIA Confidential Treatment Requested

# CFX Lifestyle

RELAUNCH

**CFX**

### VENTURE AGREEMENT CRYPTOFX, LLC

No. 0793

I ███████████████ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF ___120,000___. **I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.**

THE AGREEMENT TERM IS FOR 6 MONTHS. DURING THIS TIME PERIOD, I WILL BE RECEIVING REWARD FOR MY CONTRIBUTION IN THE FORM OF BITCOIN EVERY:

____ MONTHLY ____ 3 MONTHS __✓__ 6 MONTHS ____ 12 MONTHS

AMOUNT CONTRIBUTED: _120,000_

PROGRAM | PLAN: _Gold → Tander 2.0 (cm_

START DATE: _11-13-20_

END DATE: _05-13-21_

### CONFIDENTIALLY AGREEMENT:

I ███████████████ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC.

IN THE EVENT THAT CRYPTOFX, LLC LOSES THE MONEY OR CANNOT CONTINUE TO FULFILL PAYMENTS, CRYPTOFX, LLC AGREES TO REPAY TOTAL PRINCIPAL AMOUNT CONTRIBUTED IN A PERIOD NO LATER THEN 24 - 36 MONTHS WHICH BOTH PARTIES HAVE AGREED TO BE SETTLED OUTSIDE OF ANY COURTS.

STUDENT'S SIGNATURE

DATE: _11-13-20_

CRYPTOFX, LLC REPRESENTATIVE

DATE: _11-13-20_

www.cryptofxla.com



CFX-012392
FOIA Confidential Treatment Requested

# Harris Declaration
# Exhibit H

APP0117

APP0148 · CRYPTOFX_0000003

# EXHIBIT H

FOIA CONFIDENTIAL TREATMENT REQUESTED BY COINBASE, INC.

| User ID | First Name | Last Name | Timestamp | Time | Tx Hash | Currency | Amount | Product ID | Type | Transfer Type | Approximate Amount USD | Balance | Crypto Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/14/2020 | 0:42 | | BTC | -0.1 | | transfer | withdraw | -1,026.12 | 1,026.12 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/14/2020 | 0:35 | | BTC | 0.1 | | transfer | deposit | 1,026.12 | 1,026.12 | 0.1 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:13 | | XRP | -14,944 | | transfer | withdraw | -3,709.60 | | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | XRP | 2,000 | XRP-USD | match | | 496.467003 | 2,346 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | XRP | 346 | XRP-USD | match | | 85.88879278 | 346 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | XRP | 2,483 | XRP-USD | match | | 616.363793 | 4,829 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -0.428521 | XRP-USD | fee | | -0.428521 | 3,637.66 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -12.5426 | XRP-USD | fee | | -12.5426 | 3,726.18 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -2.477 | XRP-USD | fee | | -2.477 | 3,723.80 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -2,508.52 | XRP-USD | match | | -2,508.52 | 12,652.1864 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -615.5357 | XRP-USD | fee | | -615.5357 | 12,524.25 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -495.4 | XRP-USD | match | | -495.4 | 3,142.26 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | XRP | 10,115 | XRP-USD | match | | 2,510.88 | 14,944 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -85.7042 | XRP-USD | fee | | -85.7042 | 2,521.17 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | -3.077685 | XRP-USD | fee | | -3.077685 | 3,726.18 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:12 | | USD | 477.7925 | XRP-USD | match | | 477.7925 | 3,723.80 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -2.3889625 | XRP-USD | fee | | -2.3889625 | | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -1,915 | XRP-USD | match | | -475.3671624 | 1,915 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -191 | XRP-USD | match | | -47.41255948 | 3,248.39 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -0.2382725 | XRP-USD | fee | | -0.2382725 | 3,248.63 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | 47.6545 | XRP-USD | match | | 47.6545 | 3,200.98 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -0.2906675 | XRP-USD | fee | | -0.2906675 | 3,143.13 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -0.865765 | XRP-USD | fee | | -0.865765 | 3,144.00 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | 173.153 | XRP-USD | match | | 173.153 | 2,106 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -233 | XRP-USD | match | | -57.8384067 | 2,339 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -694 | XRP-USD | match | | -172.2740526 | 3,201.27 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | 58.135 | XRP-USD | match | | 58.135 | 2,970.85 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -4.8902 | XRP-USD | fee | | -4.8902 | 3,033 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -3,920 | XRP-USD | match | | -973.0753402 | 1,997.70 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -4.8902 | XRP-USD | fee | | -4.8902 | 2,975.74 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | 978.04 | XRP-USD | match | | 978.04 | 6,953 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -3,920 | XRP-USD | match | | -973.0753402 | 2,002.59 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | 978.04 | XRP-USD | match | | 978.04 | 1,024.63 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -16.467 | XRP-USD | match | | -16.467 | 10,873 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | XRP | -66 | XRP-USD | match | | -16.38341134 | 1,024.55 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:10 | | USD | -0.082335 | XRP-USD | fee | | -0.082335 | 1,009.76 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | 319.859 | XRP-USD | match | | 319.859 | 1,008.16 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | -1.282 | XRP-USD | fee | | -1.282 | 691.148983 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | -1,599.295 | XRP-USD | match | | -1,599.295 | 442.064401 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | 249.5 | XRP-USD | match | | 249.5 | 441.648983 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | XRP | -1,000 | XRP-USD | match | | -248.2335052 | 13,221 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | -1.2475 | XRP-USD | fee | | -1.2475 | 13,554 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | 83.0835 | XRP-USD | match | | 83.0835 | 358.980901 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | -0.4154175 | XRP-USD | fee | | -0.4154175 | 359.217926 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | 82.66175722 | XRP-USD | match | | 82.66175722 | 313.379786 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | -47.16436598 | XRP-USD | match | | -47.16436598 | 13,744 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | -0.237025 | XRP-USD | fee | | -0.237025 | 311.812926 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | 47.405 | XRP-USD | match | | 47.405 | | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | USD | 313.372 | XRP-USD | match | | 313.372 | | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:09 | | XRP | -1,256 | XRP-USD | match | | -311.7812825 | | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 2/2/2020 | 0:08 | | USD | -1.56686 | XRP-USD | fee | | -1.56686 | | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 1/28/2020 | 16:29 | | XRP | 15,000 | XRP-USD | transfer | deposit | 3,723.50 | 15,000 | 15,000 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 1/28/2020 | 16:29 | | BTC | -0.2654206 | BTC-USD | transfer | withdraw | -2,400.41 | | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 1/28/2020 | 16:29 | | USD | -1.839518729 | BTC-USD | fee | | -1.839518729 | 2,030.01 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 1/28/2020 | 16:29 | | USD | -367.9037458 | BTC-USD | match | | -367.9037458 | 2,031.85 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 1/28/2020 | 16:29 | | USD | -2,019.91 | BTC-USD | match | | -2,019.91 | 10.1073214 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 1/28/2020 | 16:29 | | BTC | 0.04089487 | BTC-USD | match | | 369.8449893 | 0.04089487 | 0.04089487 |

APP0149
SYПFORX_00000003

| ID | Name | Date/Time | Cur | Description | Type | Transfer | Amount | Value 2 | Value 3 |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/28/2020 16:29 | USD | -10.099536 BTC-USD | fee | | -10.099536355 | 2,030.57 | 0.00778588 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/28/2020 16:29 | BTC | 0.22452568 BTC-USD | match | | 0.22452568 | 0.26542055 | |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2020 0:21 | USD | -12.059069 BTC-USD | fee | | -12.059068887 | 2,399.76 | 0 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2020 0:21 | ETH | -14.271087 ETH-USD | match | | -14.27108748 | 2,403.50 | 2,411.82 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2020 0:21 | USD | 2,411.81 ETH-USD | match | | 2,411.81 | 2,411.82 | 0 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/24/2020 4:48 | XRP | -40 | transfer | withdraw | -40 | 14.27106874 | 2,403.65 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/24/2020 4:47 | XRP | -15,000 | transfer | withdraw | -15,000 | -3,323.16 | 0.2795015 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | ETH | 10.400169 ETH-USD | match | | 10.400169 | 1,746.99 | 54.2710874 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | USD | -474.33429 ETH-USD | match | | -474.34291 | -474.534291 | 1,754.32 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | USD | -2.3726715 ETH-USD | fee | | -2.3726715 | -2.372671455 | 1,751.94 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | ETH | 2.83151913 ETH-USD | match | | 2.83151913 | 475.5605005 | 43.8693705 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | USD | -8.7161187 ETH-USD | fee | | -8.716118685 | -8.716118685 | 0.00299163 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | USD | -1,743.22 ETH-USD | match | | -1,743.22 | -1,743.22 | 8.71911032 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:45 | ETH | -173.9335 ETH-USD | match | | -173.9335128 | 174.3096547 | 41.0378514 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:42 | USD | 1.03785138 ETH-USD | fee | | 1.03785138 | -0.869667564 | |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:42 | ETH | -0.8696676 ETH-USD | match | | -0.8696676 | 174.3096547 | 2,228.85 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:42 | USD | 2,415.73 BTC-USD | match | | 2,415.73 | -2,422.37 | 2,229.72 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 23:40 | USD | -12.07865732 BTC-USD | match | | -12.07865732 | -2,422.37 | 2,415.73 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/22/2020 19:26 | ETH | 0.2795015 | transfer | | 0.2795015 | 2,422.37 | 2,403.65 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2020 3:50 | XRP | 40 | deposit | deposit | 40 | 6,718.10 | 0.2795015 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2020 18:40 | BTC | 15,000 | deposit | deposit | 15,000 | 3,481.03 | 40 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/7/2019 14:40 | BTC | -1 | transfer | withdraw | -1 | -7,072.65 | 15,000 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2019 18:40 | BTC | 0.1 | transfer | deposit | 0.1 | -7,328.54 | 1 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/7/2019 14:40 | BTC | -1 | transfer | deposit | -1 | 923.4659153 | 1 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/3/2019 22:28 | BTC | 0.1 | transfer | withdraw | 0.1 | 922.1816975 | 1.9 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/3/2019 22:20 | USD | -1,828.26 BTC-USD | match | | -1,828.26 | -4.5821 | 1,828.26 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/3/2019 22:18 | USD | -4.5821 BTC-USD | fee | | -4.5821 | -1,844.36 | 0.000182288 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/3/2019 22:18 | USD | -0.2 BTC-USD | match | | -0.2 | 1,832.84 | 1,828.26 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/3/2019 22:18 | BTC | 1,832.84 BTC-USD | match | | 1,832.84 | -110.58 | 1.8 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/31/2019 13:29 | USD | -110.58 | transfer | withdraw | -110.58 | -4,570 | 1,832.84 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/30/2019 13:01 | BTC | -4,570 BTC-USD | match | | -4,570 | -6.855 | 0.000228288 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/30/2019 13:01 | USD | -6.855 BTC-USD | fee | | -6.855 | 4,597.16 | 117.437283 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/30/2019 13:01 | BTC | 0.5 BTC-USD | match | | 0.5 | 4,691.11 | 110.582283 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 20:17 | USD | -16.52 BTC-USD | match | | -16.52 | 16.52 | 2 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 20:17 | USD | -4,720 BTC-USD | match | | -4,720 | -4,720 | 1.5 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 20:17 | BTC | -0.0765415 BTC-USD | match | | -0.0765415 | -4,691.11 | 4,687.44 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 20:16 | USD | -2.5345047 BTC-USD | fee | | -2.5345047 | -2.534504706 | 4,703.96 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 20:16 | USD | -3.9392387 BTC-USD | fee | | -3.9392387 | -3.993286879 | 9,426.49 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 20:16 | USD | 712.959413 BTC-USD | match | | 712.9594135 | -2.495357947 | 9,423.96 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | -0.1224002 BTC-USD | fee | | -0.1224002 | 712.9594135 | 7,991.88 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | -0.0775798 BTC-USD | fee | | -0.0775798 | -727.8709119 | 8,702.35 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | BTC | 1,125.50 BTC-USD | match | | 1,125.50 | -1,148.57 | 8,704.84 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | -16.10875 BTC-USD | match | | -16.10875 | 1,125.50 | 1.15412137 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | 4,602.50 BTC-USD | match | | 4,602.50 | -16.10875 | 7,995.82 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | -0.5 BTC-USD | match | | -0.5 | 4,602.50 | 6,870.33 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:55 | BTC | 2,291.96 BTC-USD | match | | 2,291.96 | -4,691.11 | 6,886.43 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:55 | USD | -8.0218478 BTC-USD | fee | | -8.0218478 | 2,291.96 | 2,291.96 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:55 | USD | 0.13349154 BTC-USD | match | | 0.13349154 | -8.021847837 | 2,283.93 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:55 | USD | -0.2487126 BTC-USD | match | | -0.2487126 | -2,333.48 | 1.77654154 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:55 | BTC | -4.3753461 BTC-USD | match | | -4.375346081 | 1,252.45 | 2.02525417 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:55 | USD | -1,250.10 BTC-USD | match | | -1,250.10 | -4.375346081 | 7.6598E-05 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:58 | USD | 0.5 BTC-USD | fee | | 0.5 | 4,691.11 | 4.375422068 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:58 | USD | -3.8675698 BTC-USD | match | | -3.8675698 | -3.867569773 | 1.773476596 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:58 | BTC | 0.11799667 BTC-USD | match | | 0.11799667 | 1,107.07 | 1,254.47 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | -16.38947 BTC-USD | fee | | -16.38947 | -16.38947 | 1.891176263 |
| 52cd37b04323a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/29/2019 19:57 | USD | -4,682.42 BTC-USD | match | | -4,682.42 | -4,682.42 | 2,363.36 |

APP0120

WYFOFX_00000003

| Name | Account | DateTime | Cur | Amount | Type | Note | Value | Balance |
|---|---|---|---|---|---|---|---|---|
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/29/2019 15:57 | USD | -1,105.02 BTC-USD | match | | -1,105.02 | 1,258.34 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/29/2019 15:55 | USD | -2.4165728 BTC-USD | fee | | -2.4165285 | 7,062.17 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/29/2019 15:55 | USD | -690.44939 BTC-USD | match | | -690.4493856 | 7,064.59 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/29/2019 15:55 | BTC | 0.07376596 BTC-USD | match | | 692.0883505 | 1.27376596 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 15:46 | USD | 0.2 BTC-USD | match | | 1,895.23 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 15:46 | USD | -1.883 BTC-USD | fee | | -1.883 | 7,761.63 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 15:46 | USD | -6.5905 BTC-USD | match | | -6.5905 | 7,755.04 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 1:24 | BTC | 2.763012 BTC-USD | match | | 2.763012 | 9,644.64 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 1:24 | USD | -0.0002819 BTC-USD | match | | -2.671705451 | 1 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 1:24 | BTC | -0.0096070 BTC-USD | fee | | -0.0096070542 | 9,644.63 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 1:24 | BTC | -0.4997181 BTC-USD | match | | -4,735.40 | 1.00028194 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 1:24 | BTC | 4,897.24 BTC-USD | match | | 4,897.24 | 9,659.01 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/28/2019 15:18 | USD | -17.140329 BTC-USD | fee | | -17.14032946 | 9,641.87 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | 9.14E-06 BTC-USD | match | | -0.086043856 | 1.5 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | 0.08735098 BTC-USD | match | | 0.08735098 | 4,761.78 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -0.0003057 BTC-USD | fee | | -0.000305728 | 4,761.78 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | -12.241514 BTC-USD | match | | -12.24151352 | 4,761.69 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -0.36597 BTC-USD | match | | -3,445.24 | 1.50000914 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | 3,497.58 BTC-USD | match | | 3,497.58 | 4,773.93 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -3.414628 BTC-USD | fee | | -3.431462783 | 1,276.36 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | -1.025864 BTC-USD | fee | | -965.74692 | 1.86599914 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | 980.417938 BTC-USD | match | | 980.4179381 | 1,279.79 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | -0.615019 BTC-USD | fee | | -0.615501908 | 299.369439 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | 175.857688 BTC-USD | match | | 175.857688 | 299.984941 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -0.018409 BTC-USD | match | | -173.226457 | 1.96856551 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | 95.6815302 BTC-USD | match | | 95.6815309 | 124.462138 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -0.0010943 BTC-USD | fee | | -10.30125705 | 1.99697821 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | 10.4577473 BTC-USD | match | | 10.4577425 | 28.8172104 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -0.036601 BTC-USD | fee | | -0.036602115 | 28.7806082 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | -0.0100117 BTC-USD | match | | -94.2497474 | 1.98696604 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | -0.3348854 BTC-USD | fee | | -0.334885356 | 124.127253 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | BTC | 18.4247555 BTC-USD | match | | 18.4224548 | 18.4239417 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | -0.0019276 BTC-USD | fee | | -18.14678103 | 1.99807236 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | USD | -0.064786 BTC-USD | match | | -0.0647894 | 18.3594631 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 15:18 | | -621.84 | transfer | withdraw | -621.84 | 0.00148621 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/27/2019 23:28 | USD | -19.29567 BTC-USD | fee | | -19.2956709 | 621.841486 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | USD | -2,641.94 BTC-USD | match | | -2,641.94 | 4,513.48 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | BTC | 0.29431665 BTC-USD | match | | 2,743.77 | 1.29431665 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | USD | 0.41804724 BTC-USD | match | | 3,905.24 | 1 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | BTC | -2.711.38 BTC-USD | match | | -2,711.38 | 7,168.98 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | BTC | 0.28673913 BTC-USD | match | | 2,673.50 | 1.58109578 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | USD | -3.859.13 BTC-USD | match | | -3,859.13 | 641.137157 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 23:28 | USD | -13.556897 BTC-USD | fee | | -13.55689711 | 7,155.42 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | USD | -13.209692 BTC-USD | match | | -13.20969198 | 4,500.27 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | BTC | -0.83506 BTC-USD | match | | -7,784.85 | 1.00000674 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | USD | 0.0669282 BTC-USD | match | | 0.0669282 | 9,880.35 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | USD | -41.460729 BTC-USD | fee | | -41.460729 | 9,880.29 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | USD | -1.1649333 BTC-USD | match | | -1,537.58 | 1.83506674 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | USD | -0.0003344 BTC-USD | fee | | -0.000334641 | 9,880.35 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 10/26/2019 2:19 | USD | -6.74E-06 BTC-USD | fee | | -0.062833687 | 1 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | USD | 1,637.79 BTC-USD | match | | 1,637.79 | 1,637.79 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | BTC | 8.1889364 BTC-USD | match | | 8.188936359 | 1,629.60 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | USD | 8,292.15 BTC-USD | match | | 8,292.15 | 9,921.75 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | | -641.88 | transfer | withdraw | -641.88 | 0.03373621 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | USD | 0.99011343 BTC-USD | match | | 9,328.73 | 1 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | USD | -12.987813 BTC-USD | fee | | -12.98781292 | 641.883736 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | BTC | -8.658.54 BTC-USD | match | | -8,658.54 | 654.871549 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | BTC | 0.00988657 BTC-USD | match | | 93.15010284 | 1.00988657 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | USD | -0.1296871 BTC-USD | fee | | -0.129982082 | 9,313.41 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f00432a13f6c000ab | 9/24/2019 19:22 | USD | -86.458055 BTC-USD | match | | -86.45805465 | 9,313.54 |

APP0121

TRYPTOFX_00000003

| Account Holder | Account ID | Date/Time | Currency | Amount | Type | Action | Value | Balance |
|---|---|---|---|---|---|---|---|---|
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/24/2019 19:21 | USD | 9,400 | transfer | deposit | 9,400 | 9,400.00 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:52 | USD | -321.77 | transfer | withdraw | -321.77 | 0.00123621 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | USD | -0.8064348 BTC-USD | fee | | -0.8064348769 | 311.7712136 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | BTC | -0.031036 BTC-USD | match | | -319.6565721 | 1 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | USD | 322.5739074 BTC-USD | match | | 322.5739074 | 322.577671 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | USD | -1.2492268 BTC-USD | match | | -1.249226758 | 0.00376354 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | USD | -499.6907034 BTC-USD | match | | -499.6907034 | 1.2529903 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | BTC | 0.00376354 BTC-USD | match | | 495.1710599 | 1.031036 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:51 | USD | 500.94 | transfer | deposit | 500.94 | 500.943694 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -10.38362 BTC-USD | match | | -10.38362 | 219.620035 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -219.0427278 BTC-USD | match | | -219.0427754 | 0.55130059 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -0.547606 BTC-USD | fee | | -0.547606939 | 0.00369365 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -0.025959 BTC-USD | fee | | -0.0259595 | 219.594076 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | BTC | 0.0210950 BTC-USD | match | | 217.2691384 | 0.982959 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | BTC | 0.001 BTC-USD | transfer | | 10.29954157 | 0.96186397 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | 230 | transfer | deposit | 230 | 230.003655 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | BTC | 0.2 BTC-USD | transfer | | 2,059.91 | 0.40095804 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -1,610.55 BTC-USD | match | | -1,610.55 | 4,225.66 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | BTC | 0.4049972 BTC-USD | match | | 4,171.29 | 0.96086397 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -2,078.93 BTC-USD | match | | -2,078.93 | 5,841.41 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | 0.00095804 BTC-USD | fee | | 9.867372803 | 0.00095804 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -5.19733 BTC-USD | match | | -5.19733 | 5,836.21 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | BTC | 0.1549086 BTC-USD | match | | 1,595.49 | 0.55586673 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -2,078.73 BTC-USD | match | | -2,078.73 | 7,925.54 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -10.5277615 BTC-USD | fee | | -10.5277615 | 0.00365505 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -9.956584 BTC-USD | match | | -9.556583986 | 10,004.30 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -5.19683 BTC-USD | match | | -5.19683 | 7,920.34 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -4.026378 BTC-USD | fee | | -4.026378925 | 4,221.64 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -0.024891 BTC-USD | fee | | -0.02489146 | 10,004.27 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | BTC | 0.2 BTC-USD | match | | 2,059.91 | 0.20095804 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 11:50 | USD | -4,211.10 BTC-USD | match | | -4,211.10 | 10.5314166 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:28 | USD | -230.94 | transfer | withdraw | -230.94 | 10,014.25 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:26 | BTC | 9,604.61 BTC-USD | match | | 9,604.61 | 10,259.60 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:26 | USD | -9.361217 BTC-USD | match | | -9,641.62 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:26 | BTC | 554.131659 BTC-USD | match | | -14.40691281 | 10,245.19 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:24 | USD | -0.826597 BTC-USD | fee | | 555.1316592 | 655.824674 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:24 | USD | -0.054069 BTC-USD | match | | -0.832697489 | 654.991976 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:24 | BTC | -0.009608 BTC-USD | fee | | -556.8911658 | 0.93612169 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:22 | USD | -0.151257 BTC-USD | fee | | -101.061433 | 0.9901912 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 4:22 | USD | 100.834464 BTC-USD | match | | -0.151251696 | 100.693015 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:58 | USD | -6,316.98 | transfer | withdraw | 100.834464 | 100.844266 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -3.417519 BTC-USD | fee | | -6,316.98 | 0.00980227 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -0.219546 BTC-USD | match | | -3,417.51522 | 6,316.99 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | BTC | 2,274.50 BTC-USD | match | | -2,261.23 | 1 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -0.359705 BTC-USD | match | | 2,274.50 | 6,310.40 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | BTC | 3,726.53 BTC-USD | match | | -3,704.78 | 1.21954643 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -5.589791 BTC-USD | fee | | 3,726.53 | 4,051.49 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -0.196623 BTC-USD | fee | | -5.589790991 | 4,045.90 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | BTC | -0.012657 BTC-USD | fee | | -0.196622958 | 324.963002 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | 131.081977 BTC-USD | match | | -130.3170096 | 1.57924984 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | BTC | 194.365307 BTC-USD | match | | 131.081977 | 325.159625 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -0.291548 BTC-USD | fee | | 194.3653068 | 194.369201 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/9/2019 2:45 | USD | -0.018761 BTC-USD | match | | -0.29154796 | 194.077653 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 9/8/2019 22:00 | BTC | 1 | transfer | deposit | -193.2310383 | 1.59190254 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 7/10/2019 22:00 | BTC | 0.61006367 | transfer | deposit | 10,457.77 | 1.61066367 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 7/10/2019 22:36 | BTC | -0.1 | transfer | withdraw | 6,386.18 | 0.610066367 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 7/10/2019 22:35 | XRP | -38,500 | transfer | withdraw | -1,263.65 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 7/10/2019 22:35 | USDC | -0.003756 | transfer | withdraw | -7,037.08 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 7/10/2019 22:35 | USDC | -0.003756 | transfer | withdraw | -0.003756 | 4.21E-07 |
| MAURICIO ANTONIO CHAVEZ | 52cd3f0d4323a13f6cd000ab | 7/10/2019 22:34 | XLM | -10,000 | transfer | withdraw | -975.3945876 | 0 |

APP0122 · WYRFX_00000003

| ID | Name | Date/Time | Currency | Amount | Type | Sub-type | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 22:34 | USD | -63.23 | transfer | withdraw | -63.23 | 0.00389451 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 20:14 | XRP | 3,500 XRP-USD | match | | 1,331.34 | 18,500 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 20:14 | USD | -1,242.50 XRP-USD | fee | | -1,242.50 | 65.0976445 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 20:14 | USD | -1.86375 XRP-USD | match | | -1.86375 | 63.2338945 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | BTC | -294.01963 BTC-USD | match | | -294.019634 | 1,308.04 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | -0.44109997 BTC-USD | fee | | -0.44109451 | 1,307.60 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | BTC | 0.02409997 BTC-USD | match | | 304.5390272 | 0.1 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | BTC | 0.00494017 BTC-USD | match | | 62.42640824 | 0.0759003 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | -0.09405111 BTC-USD | fee | | -0.09405111 | 1,602.06 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | -60.270074 BTC-USD | match | | -60.270074 | 1,602.15 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | 0.01312922 BTC-USD | match | | 165.9072557 | 0.07095986 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | -0.2402647 BTC-USD | fee | | -0.2402647226 | 1,662.42 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | BTC | -160.17648 BTC-USD | match | | -160.17648 | 1,662.66 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | 0.00783064 BTC-USD | match | | 98.35180316 | 0.05793064 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | USD | -95.533808 BTC-USD | fee | | -95.533808 | 1,822.98 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 19:01 | BTC | -0.143300712 BTC-USD | match | | -0.143300712 | 1,822.84 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 15:00 | USD | 0.05 BTC-USD | match | | -617.5 | 1,919.44 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 15:00 | USD | -617.5 BTC-USD | fee | | 631.8244943 | 0.05 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 15:00 | BTC | -0.92625 BTC-USD | match | | -0.92625 | 1,918.51 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 2:06 | USD | 650 BTC-USD | fee | | 650 | 2,537.91 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 2:06 | USD | -0.975 BTC-USD | match | | -0.975 | 2,536.94 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 2:06 | BTC | -0.05 BTC-USD | fee | | -631.8244943 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:16 | USD | 635 BTC-USD | match | | 635 | 1,888.87 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:16 | BTC | -0.05 BTC-USD | fee | | -631.8244943 | 0.05 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:16 | USD | -0.9525 BTC-USD | match | | -0.9525 | 1,887.91 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:07 | USD | 630.75 BTC-USD | fee | | 630.75 | 1,254.81 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:07 | BTC | -0.946125 BTC-USD | match | | -0.946125 | 1,253.87 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:07 | USD | -0.05 BTC-USD | fee | | -631.8244943 | 0.1 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/10/2019 0:07 | USD | 625 BTC-USD | match | | 625 | 625.00002 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 16:04 | BTC | -0.05 BTC-USD | match | | -625.5246588 | 0.15 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 16:04 | USD | -0.9375 BTC-USD | fee | | -0.9375 | 624.06252 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 15:52 | XLM | 2,000 XLM-USD | transfer | deposit | 205.1858969 | 10,000 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 15:52 | XLM | 2,000 XLM-USD | transfer | deposit | 205.1858969 | 8,000 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 15:52 | XLM | 2,000 XLM-USD | transfer | deposit | 205.1858969 | 6,000 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 15:52 | XLM | 2,000 XLM-USD | transfer | deposit | 205.1858969 | 4,000 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 15:51 | XLM | 2,000 XLM-USD | transfer | deposit | 205.1858969 | 2,000 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 15:36 | BTC | 0.2 BTC | transfer | withdraw | 2,502.10 | 0.2 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 14:18 | XRP | 15,000 XRP | transfer | withdraw | 5,977.90 | 15,000 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 13:53 | XRP | -3.238 | transfer | | -937.6084344 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/9/2019 13:53 | XLM | -1.378 XLM-USD | transfer | | -131.630266 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/29/2019 16:03 | XRP | 1.378 | transfer | | 134.7789288 | 1,378 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/29/2019 16:03 | BTC | 3.238 | transfer | | 947.440865 | 3,238 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2019 19:56 | BTC | 0.3882556 | transfer | withdraw | -1,480.53 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2019 19:54 | BTC | 0.38825563 | transfer | | 1,480.53 | 0.38825563 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2019 5:32 | BTC | -0.1844894 | transfer | | -669.1410961 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2019 3:09 | USDC | -2.013405 BTC-USDC | transfer | withdraw | -2.013140517 | 0.00375642 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/12/2019 1:00 | BTC | -671.04684 BTC-USD | transfer | | -671.0468389 | 2.01689694 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/12/2019 0:59 | USDC | 0.18448936 BTC-USDC | match | | 669.1410961 | 0.18448936 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/12/2019 0:59 | USDC | 675.089003 BTC-USDC | match | | 675.0890029 | 675.089003 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/12/2019 0:59 | USDC | -2.025267 BTC-USDC | transfer | deposit | -2.025267009 | 673.063736 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/11/2019 23:20 | BTC | 0.1865021 BTC-USDC | transfer | | -678.2741914 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/11/2019 23:20 | BTC | 0.18650207 | transfer | | 678.2741914 | 0.18650207 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/11/2019 23:20 | BTC | -0.2255594 | match | | -903.7315492 | 0 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/11/2019 23:20 | BTC | 0.2255594 | transfer | | 907.3306283 | 0.2255594 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/8/2019 4:28 | BTC | -3.030416 | transfer | withdraw | -746.277895 | 1.9505E-05 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/7/2019 22:41 | BTC | -746.27789 BTC-USD | match | | 748.5536614 | 0.30304163 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/7/2019 18:41 | BTC | 0.11695366 BTC-USD | match | | 470.454003 | 0.11695366 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/7/2019 17:40 | BTC | 675.089003 BTC-USD | match | | -469.0251104 | 746.27791 |
| 52cd7b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | -469.0251 BTC-USD | match | | 66.04236022 | 1,215.30 |

APP0123

CFTCRYPTOFX_00000003

| ID | Name | DateTime | Currency | Amount | Pair | Type | Action | Value1 | Value2 |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0163027 | BTC-USD | match | | -63.14048954 | 0 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0022131 | BTC-USD | match | | -8.571242667 | 0.01630269 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 8.965168701 | BTC-USD | match | | 8.965168701 | 1,149.26 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 119.601979 | BTC-USD | match | | 119.601979 | 1,140.30 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.029524 | BTC-USD | match | | -114.3467142 | 0.01851576 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0115468 | BTC-USD | match | | -44.72079663 | 0.04803975 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 46.77612125 | BTC-USD | match | | 46.77612125 | 1,020.69 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0117924 | BTC-USD | match | | -45.6720854 | 0.07481767 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 47.77113032 | BTC-USD | match | | 47.77113032 | 912.215891 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0152311 | BTC-USD | match | | -58.99036046 | 0.05958653 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 61.7015005 | BTC-USD | match | | 61.7015005 | 973.917391 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0073712 | BTC-USD | match | | -28.54861654 | 0.08661007 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 29.86068334 | BTC-USD | match | | 29.86068338 | 864.444761 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0472408 | BTC-USD | match | | -182.9642548 | 0.0398124 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.132 | BTC-USD | match | | -511.2373454 | 0.14122208 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 534.73332 | BTC-USD | match | | 534.73332 | 643.210962 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 191.3731152 | BTC-USD | match | | 191.3731152 | 834.584077 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.014003 | BTC-USD | match | | -54.23383919 | 0.27322208 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 56.7263741 | BTC-USD | match | | 56.7263740 | 108.477642 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | BTC | -0.0127749 | BTC-USD | match | | -49.47731791 | 0.2872251 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:33 | USD | 51.7512476 | BTC-USD | match | | 51.7512476 | 51.751268 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 17:30 | BTC | 0.3 | | transfer | deposit | 1,161.90 | 0.3 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 12:39 | BTC | -0.3908795 | | transfer | withdraw | -1,513.88 | 0 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/6/2019 4:54 | BTC | 0.39087954 | | transfer | deposit | 1,513.88 | 0.39087954 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 8:04 | BTC | -0.4039446 | | transfer | withdraw | -1,549.09 | 0 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 8:04 | USD | -1,545.66 | BTC-USD | match | | -1,545.66 | 2.0376e-05 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 8:04 | BTC | 1,549.09 | BTC-USD | match | | 1,549.09 | 0.40394457 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:58 | BTC | -0.0170181 | BTC-USD | match | | -65.26279499 | 0 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:58 | USD | 65.6812412 | BTC-USD | match | | 65.6812411 | 1,545.66 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:58 | BTC | -0.0123176 | BTC-USD | match | | -47.4668107 | 0.01701807 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:58 | USD | 47.7711542 | BTC-USD | match | | 47.7711542 | 1,479.98 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:58 | BTC | -0.0247912 | BTC-USD | match | | -95.07002348 | 0.02939562 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:58 | USD | 95.68159781 | BTC-USD | match | | 95.68159781 | 1,432.21 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 66.67660622 | BTC-USD | match | | 66.67660622 | 1,336.52 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0495858 | BTC-USD | match | | -66.25181871 | 0.05418681 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0009109 | BTC-USD | match | | -190.15709 | 0.07146278 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 139.3762407 | BTC-USD | match | | 139.3762407 | 1,269.85 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0361968 | BTC-USD | match | | -138.8314918 | 0.12100864 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0072228 | BTC-USD | match | | -27.69400616 | 0.15724533 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 27.87157223 | BTC-USD | match | | 27.87157223 | 938.769211 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 39.80232889 | BTC-USD | match | | 39.8023879 | 910.897639 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0103118 | BTC-USD | match | | -39.54875362 | 0.16446688 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 683.6150567 | BTC-USD | match | | 683.6150568 | 871.09531 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.1771253 | BTC-USD | match | | -679.259839 | 0.1747797 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0009109 | BTC-USD | match | | -3.493336074 | 0.35190499 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 15:14 | USD | 3.515734335 | BTC-USD | match | | 3.515734335 | 187.480254 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0110889 | BTC-USD | match | | -42.52479846 | 0.35281592 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 42.79745517 | BTC-USD | match | | 42.79745517 | 183.964519 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 21.40370634 | BTC-USD | match | | 21.40370634 | 141.167064 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0055457 | BTC-USD | match | | -21.26734626 | 0.36390478 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.0185348 | BTC-USD | match | | -71.07916715 | 0.3694505 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 71.53490622 | BTC-USD | match | | 71.53490622 | 119.763358 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | USD | 48.22842779 | BTC-USD | match | | 48.22842779 | 48.2284515 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2019 5:57 | BTC | -0.012496 | BTC-USD | match | | -47.92117109 | 0.38798526 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:25 | USD | 0.20021362 | BTC-USD | match | | 757.8105383 | 0.40048129 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:25 | BTC | -749.80001 | BTC-USD | match | | -749.8000069 | 2.3714e-05 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:14 | USD | 749.8 | BTC-USD | match | | 749.8 | 749.800031 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:14 | BTC | -0.2 | BTC-USD | match | | -757.0019845 | 0.20026767 |
| 52cd37b04332a33f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:00 | BTC | 0.00000769 | BTC-USD | match | | 0.029106726 | 0.40026767 |

APP0124

19dTHUZCsvnqh7V8d8VPaRvus7g37kksh

| Hash | Name | Date/Time | Cur. | Amount (pair) | Type | Action | Value 1 | Value 2 | Note |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:00 | USD | -0.0287914 BTC-USD | match | | -0.0287936 | 3.06141E-05 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:00 | USD | -749.77337 BTC-USD | match | | -749.773651 | 0.02882197 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 15:00 | BTC | 0.2025998 BTC-USD | match | | 757.9860114 | 0.40025998 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 14:57 | BTC | -0.2 BTC-USD | transfer | withdraw | -757.0019845 | 0.2 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/4/2019 14:57 | USD | 749.8 BTC-USD | transfer | deposit | 749.8 | 749.802187 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/3/2019 12:48 | BTC | -0.0912731 BTC-USD | fee | withdraw | -349.5628795 | 0.4 | 19dTHUZCsvnqh7V8d8VPaRvus7g37kksh |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/3/2019 12:45 | BTC | 0.49127314 BTC-USD | match | | 1,881.50 | 0.49127314 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/3/2019 3:19 | USD | -0.3551126 BTC-USD | match | | -1,283.43 | 0 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/3/2019 3:19 | BTC | -3.9208175 BTC-USD | match | | -3.9208175 | 0.00218709 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 23:52 | USD | -1,306.94 BTC-USD | match | | -1,306.94 | 3.92300463 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 23:52 | BTC | 0.33511261 BTC-USD | match | | 1,281.16 | 0.33511261 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 23:52 | USD | 593.164138 BTC-USD | match | | 593.1642382 | 1,310.86 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 23:52 | BTC | -0.1524844 BTC-USD | match | | -582.9586596 | 0 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | USD | 95.6815909 BTC-USD | match | | 95.6815909 | 717.697945 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | BTC | -0.0245568 BTC-USD | match | | -94.05535882 | 0.15248438 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | USD | 3.9900508 BTC-USD | match | | 3.9900508 | 622.016355 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | USD | 95.6815909 BTC-USD | match | | 95.6815909 | 618.026304 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | BTC | -0.0245568 BTC-USD | match | | -94.05535882 | 0.17808119 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | BTC | -0.0010257 BTC-USD | match | | -3.921400712 | 0.17708119 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | BTC | -0.0052463 BTC-USD | match | | -20.05682613 | 0.20270372 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:54 | BTC | 20.4079514 BTC-USD | match | | 20.4079514 | 0.20794998 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | USD | 47.771145 BTC-USD | match | | 47.771145 | 501.936761 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | USD | 13.4427897 BTC-USD | match | | 13.4427897 | 454.165616 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | BTC | -0.0034557 BTC-USD | match | | -13.21150225 | 0.22023048 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | USD | 8.9651663 BTC-USD | match | | 8.9651663 | 153.668096 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | BTC | -0.073793 BTC-USD | match | | -8.810917774 | 0.2974792 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | USD | 287.054731 BTC-USD | match | | -282.1158635 | 0.22368621 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | BTC | -0.0023047 BTC-USD | match | | 287.0547311 | 440.722827 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:53 | BTC | -0.012851 BTC-USD | match | | -46.96685168 | 0.29978387 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:04 | USD | 47.7890779 BTC-USD | match | | 47.7890779 | 144.700929 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:04 | BTC | -0.049136 BTC-USD | match | | -95.24639312 | 0.31206898 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:04 | USD | 96.9138262 BTC-USD | match | | 96.9138262 | 96.9138514 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:04 | BTC | 0.32014726 BTC-USD | match | | -1,243.13 | 2.52315705 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 22:04 | USD | -1,243.13 BTC-USD | match | | 64.36255216 | 0.0168353 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | BTC | 0.048353 BTC-USD | match | | -65.3714699 | 1,243.13 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | USD | -65.37147 BTC-USD | match | | 21.9849631 | 1,308.50 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | USD | 21.9849631 BTC-USD | match | | -21.7182947 | 0 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | USD | 55.7313611 BTC-USD | match | | 55.7313611 | 1,286.52 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | BTC | -0.014408 BTC-USD | match | | -55.05540013 | 0.00568085 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | BTC | -0.103357 BTC-USD | match | | -387.4136081 | 0.09288019 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | USD | 281.730962 BTC-USD | match | | 281.7309617 | 1,230.79 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | USD | 392.170172 BTC-USD | match | | 392.1701724 | 949.056042 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | BTC | -0.072785 BTC-USD | match | | -278.3138956 | 0.02008168 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 21:31 | USD | 213.736279 BTC-USD | match | | 213.7362792 | 213.740713 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:16 | USD | 343.145157 BTC-USD | match | | 343.1451566 | 556.855869 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:16 | BTC | -0.0886697 BTC-USD | match | | -338.9832083 | 0.19421589 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:16 | BTC | -0.055228 BTC-USD | match | | -211.1439088 | 0.28288366 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:16 | BTC | -0.1561605 BTC-USD | fee | withdraw | -597.0128432 | 0.33811253 | 19dTHUZCsvnqh7V8d8VPaRvus7g37kksh |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:04 | USD | 0.49427306 BTC-USD | match | | 1,889.64 | 0.49427306 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:04 | USD | -0.0406902 BTC-USD | match | | -1,684.79 | 0 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:04 | BTC | 0.0406902 BTC-USD | fee | withdraw | -5.091505417 | 0.00443349 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 18:04 | BTC | 0.0406902 BTC-USD | match | | 1,684.79 | 0.4406902 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | USD | -1,697.17 BTC-USD | fee | | -1,697.17 | 5.0959389 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | BTC | -3.966859 BTC-USD | match | | -3.966859684 | 1,702.26 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | USD | 385.1 BTC-USD | fee | | 385.1 | 385.100008 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | USD | -1.1553 BTC-USD | match | | -1.1553 | 383.944708 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | BTC | -0.3433619 BTC-USD | match | | -382.3071318 | 0.34536187 | |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | USD | -1,312.70 BTC-USD | match | | -1,312.70 | 0 | |

APP0125
WYRTOFX_00000003

| Account | Name | Date/Time | Cur | Amount | Type | Dep/With | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:47 | USD | 1,322.29 BTC-USD | match | deposit | 1,322.29 | 1,706.23 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 16:46 | BTC | 0.44336187 | transfer | withdraw | 1,695.00 | 0.44336187 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 15:41 | BTC | -0.4994166 | transfer | | -1,909.31 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:10 | BTC | -358.21057 BTC-USD | match | | -358.2105695 | 7.844E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:10 | BTC | 0.09357814 BTC-USD | match | | 357.755903 | 0.49941663 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:10 | BTC | -759.51934 BTC-USD | match | | -759.519434 | 358.210577 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:10 | BTC | 0.19841516 BTC-USD | match | | 758.553077 | 0.40938849 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:09 | BTC | 0.09357815 BTC-USD | match | | 34.24378502 | 2.0747333 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:09 | USD | -34.270107 BTC-USD | match | | -34.2701D721 | 1,117.73 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:09 | BTC | 0.19846619 BTC-USD | match | | 758.7503986 | 0.19846619 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 14:06 | USD | -762.11017 BTC-USD | match | | -762.1101696 | 1,152.00 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 13:16 | USD | 1,146.68 BTC-USD | match | | 1,146.68 | 1,914.11 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 13:16 | BTC | -0.3 BTC-USD | match | | -1,146.92 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 13:09 | USD | -0.2006367 BTC-USD | match | | -767.0482219 | 0.3 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 13:09 | USD | 0.20063665 | transfer | deposit | 767.0482219 | 0.50063665 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 12:36 | BTC | -0.2006367 | transfer | withdraw | -767.0482219 | 0.3 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 4:49 | BTC | 0.20063665 | transfer | deposit | 767.0482219 | 0.50063665 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 3:42 | BTC | -0.2006475 | transfer | withdraw | -757.0895493 | 0.3 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 1:13 | BTC | 0.02064746 BTC-USD | match | | 767.0895493 | 0.50064746 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 1:13 | USD | -762.46235 BTC-USD | match | | -762.4623545 | 1.1274E-05 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 1:13 | BTC | -0.0619974 BTC-USD | match | | -236.9342715 | 0.3 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:46 | USD | 235.550911 BTC-USD | match | | 235.5509111 | 762.462366 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:46 | BTC | 526.245992 BTC-USD | match | | 526.2459918 | 526.911455 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:46 | USD | -0.1384585 BTC-USD | match | | -529.3365671 | 0.36197485 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:14 | BTC | 0.20043331 BTC-USD | match | | 766.270B386 | 0.50043331 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:14 | BTC | -765.33455 BTC-USD | match | | -765.3345509 | 0.66546277 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:08 | BTC | -0.2 BTC-USD | match | | -764.6142636 | 0.3 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/2/2019 0:08 | BTC | 766 BTC-USD | match | | 766.000014 | 766 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2019 22:50 39d6f5418ce | BTC | -0.1410165 | transfer | withdraw | -521.8349788 | 0.5 15A87Jg8ntk8yKNqJaM7SdnivkZbBHi74 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2019 21:11 | BTC | 0.64101651 | transfer | deposit | 2,372.10 | 0.64101651 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 12:31 | BTC | -0.658353 | transfer | withdraw | -2,473.29 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 5:04 | BTC | 0.29712933 BTC-USD | match | | 1,116.25 | 0.65835302 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 5:04 | USD | -1,125.00 BTC-USD | match | | -1,125.00 | 1.36711E-05 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 2:55 | BTC | 0.28775656 BTC-USD | match | | 1,081.05 | 0.28775656 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 2:55 | USD | 0.07346513 BTC-USD | match | | 275.9924384 | 0.36122369 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 2:35 | USD | -277.33087 BTC-USD | match | | -277.3308658 | 1,125.00 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2018 2:35 | USD | -1,086.29 BTC-USD | match | | -1,086.29 | 1,402.33 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | -0.2095707 BTC-USD | match | | -794.1100686 | 1,125.00 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 798.302807 BTC-USD | match | | 798.302B071 | 2,488.62 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | 47.7711344 BTC-USD | match | | 47.77113441 | 1,690.32 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | -0.0125409 BTC-USD | match | | -47.5202373 | 0.20957065 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 99.5124388 BTC-USD | match | | 99.5124388 | 1,642.55 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | -0.026124 BTC-USD | match | | -98.98979297 | 2.22211154 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | -0.0125409 BTC-USD | match | | -47.5202373 | 0.24823557 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 47.7711344 BTC-USD | match | | 47.77113441 | 1,543.03 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | -0.007873 BTC-USD | match | | -29.832558 | 0.26077646 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | 29.9900678 BTC-USD | match | | 29.99006779 | 1,495.26 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | -0.0238619 BTC-USD | match | | -90.41811431 | 1,465.27 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 90.8955034 BTC-USD | match | | 90.89550343 | 1,465.27 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | -0.0075778 BTC-USD | match | | -28.71405495 | 0.29251137 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 28.8656593 BTC-USD | match | | 28.86565928 | 1,374.38 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | -0.0053575 BTC-USD | match | | -20.30076584 | 0.30008919 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | -0.0053375 BTC-USD | match | | -20.30076584 | 0.30544669 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 20.4074973 BTC-USD | match | | 20.40749073 | 1,345.51 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 20.4074973 BTC-USD | match | | 20.40749073 | 1,325.10 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | -0.0135838 BTC-USD | match | | -51.47944555 | 0.31080419 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | BTC | 51.7512465 BTC-USD | match | | 51.75124647 | 1,304.69 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | -0.009 BTC-USD | match | | -34.10297518 | 0.32543894 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:07 | USD | 34.2830319 BTC-USD | match | | 34.28303191 | 1,252.94 |

APP0126
CRYPTOFX_00000003

| ID | Name | Date | Cur | Amount | Pair | Type | Action | Value 1 | Value 2 | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | BTC | -0.0040514 | BTC-USD | match | | -15.35177447 | 0.33338993 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | USD | 15.4328287 | BTC-USD | match | | 15.4328287 | 1,218.66 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | BTC | -0.0112348 | BTC-USD | match | | -42.57124593 | 0.33744136 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | USD | 42.7960134 | BTC-USD | match | | 42.79601339 | 1,203.23 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | USD | 51.7512465 | BTC-USD | match | | 51.75124647 | 1,160.43 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | BTC | -0.0135858 | BTC-USD | match | | -51.47944555 | 0.34867618 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 17:06 | USD | 1,108.68 | BTC-USD | match | | 1,108.68 | 1,108.68 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:14 | USD | -0.291051 | BTC-USD | match | | -1,102.86 | 3.60226593 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:14 | BTC | 0.00000328 | BTC-USD | match | | 0.01129887 | 0.65331298 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:14 | USD | -2,111.13 | BTC-USD | match | | -2,111.13 | 389.511059 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:14 | BTC | 0.10176 | BTC-USD | match | | 385.5914012 | 0.65331 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:14 | USD | 0.55155 | BTC-USD | match | | 2,089.95 | 0.55155 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:14 | USD | -0.0114063 | BTC-USD | match | | -0.01406337 | 2.37641E-05 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 12:00 | USD | -389.49963 | BTC-USD | transfer | withdraw | -389.4996288 | 0.01143008 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:51 | USD | -300 | | transfer | withdraw | -300 | 2,500.64 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:51 | BTC | -0.3448686 | BTC-USD | match | | -1,306.78 | 0 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:49 | USD | 1,318.83 | BTC-USD | match | | 1,318.83 | 2,800.64 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:49 | BTC | -0.0061152 | BTC-USD | match | | -23.17186062 | 0.34486857 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:49 | USD | 23.3930249 | BTC-USD | match | | 23.39302493 | 1,481.81 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:48 | USD | 99.5024870 | BTC-USD | match | | 99.50248707 | 1,458.41 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:48 | BTC | -0.0260111 | BTC-USD | match | | -98.56176226 | 0.35098377 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:48 | BTC | -0.01 | BTC-USD | match | | -37.89223675 | 0.37699484 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 11:48 | USD | 38.2539 | BTC-USD | match | | 38.2539 | 1,358.91 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | USD | 49.749809 | BTC-USD | match | | 49.74980901 | 1,320.66 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | BTC | -0.0130052 | BTC-USD | match | | -49.27946017 | 0.38699484 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | USD | 225.49155 | BTC-USD | match | | 225.49155 | 1,770.91 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | BTC | -0.0601311 | BTC-USD | match | | -227.850112 | 0.4 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | USD | 980.417925 | BTC-USD | match | | 980.417925 | 1,045.42 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | BTC | -0.2614448 | BTC-USD | match | | -990.6727501 | 0.460131008 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | USD | 64.9961625 | BTC-USD | match | | 64.9961625 | 64.9990987 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/30/2018 4:50 | BTC | -0.017323 | BTC-USD | match | | -65.6759994 | 0.72157586 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 12/29/2018 23:58 | BTC | 0.7389817 | BTC-USD | transfer | deposit | 2,863.27 | 0.73890817 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 5/6/2018 9:31 | BTC | 0.1 | BTC-USD | transfer | withdraw | -960.8372351 | 0 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 5/6/2018 0:43 | BTC | -0.1 | BTC-USD | transfer | deposit | 960.8372351 | 0.1 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 4/6/2018 22:48 | LTC | -526.6 | LTC-USD | transfer | withdraw | -526.6 | 0.00293622 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 4/6/2018 22:48 | USD | -1.5842622 | LTC-USD | fee | | -1.584262186 | 526.602936 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 4/6/2018 22:48 | USD | 528.087395 | LTC-USD | match | | 528.0873954 | 528.187159 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 4/6/2018 22:48 | LTC | 4.6667032 | LTC-USD | match | | -536.8280372 | 0 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 4/6/2018 22:47 | LTC | 0.09496167 | | rebate | | 536.8280372 | 4.66673202 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/6/2018 19:12 | USD | -475.31 | | transfer | | 0.09496167 | 0.09980302 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/20/2018 12:24 | USD | -0.7166818 | BTC-USD | transfer | withdraw | -475.31 | 0.00484135 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/20/2018 12:23 | BTC | -0.0249715 | BTC-USD | match | | -0.716681763 | 475.314841 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/20/2018 12:23 | USD | 286.672705 | BTC-USD | fee | | -287.0240019 | 0 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/20/2018 12:23 | BTC | 0.02497149 | BTC-USD | match | | 286.672052 | 476.031523 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/20/2018 12:23 | BTC | -0.1161949 | BCH-USD | match | | 287.0240019 | 0.02497149 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 2/20/2018 12:22 | USD | 189.92334 | BCH-USD | fee | | -189.977427 | 0 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:30 c151ce66d4a | BCH | 0.12619491 | BCH-USD | transfer | deposit | 189.9233396 | 189.928588 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | USD | -0.2139675 | BCH-USD | fee | | -0.569770019 | 189.358818 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | BTC | 2.13967545 | BTC-USD | transfer | | 189.977427 | 0.12619491 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | USD | -2,342.72 | BTC-USD | match | | -2,383.19 | 0.21396745 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | USD | -5.8568079 | BTC-USD | match | | -2,342.72 | 5.86205636 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | USD | -0.0115719 | ETH-USD | fee | | -5.856807978 | 0.00524838 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | ETH | 3.857287356 | ETH-USD | match | | -0.015718562 | 2,348.55 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | USD | -0.1383408 | ETH-USD | fee | | 3.857287356 | 2,348.60 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | ETH | 46.1136 | ETH-USD | match | | -0.1383408 | 2,344.74 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | ETH | -0.04 | ETH-USD | match | | 46.1136 | 2,344.88 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | ETH | -0.0433459 | ETH-USD | match | | -46.55598602 | 0.0033459 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | ETH | 0.0433459 | ETH-USD | match | | -3.89429184 | 0 | |
| 52cd37b04323a13f6c000b | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:28 | ETH | 0.0433459 | ETH-USD | transfer | deposit | 50.45027786 | 0.0433459 | 0 12nqtREhoCQFrZGahD8hGGahZQqdBN8bTziv |

APP0122   zwpTork_00000003

| ID | Name | Date | Cur | Detail | D/W | Type | Value | Balance |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:27 | ETH | -2 ETH-USD | | match | -2,327.80 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:27 | USD | 2,305.68 ETH-USD | | match | 2,305.68 | 2,305.68 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/29/2018 13:27 | USD | -6.9704 ETH-USD | | fee | -6.9704 | 2,298.76 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/29/2018 20:46 | ETH | 2 | deposit | transfer | 2,327.80 | 0.00131269 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/29/2018 20:46 | USD | -84.87 | withdraw | transfer | -84.87 | 2 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 20:46 | ETH | -0.0762975 ETH-USD | | match | -81.5018784 | 84.8713127 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 20:46 | USD | -0.2553661 ETH-USD | | fee | -0.2553661 | 85.1266788 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 20:46 | USD | 85.1220538 ETH-USD | | match | 85.1220538 | 85.1266788 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 20:46 | ETH | 0.07629747 | | transfer | 81.5018784 | 0.07629747 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:28 | 430f74a2f97.fETH | -1.6983601 | | transfer | -1,814.21 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:26 | USD | -1,761.67 ETH-USD | | match | -1,761.67 | 5.28966835 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:26 | USD | -5.2850249 ETH-USD | | fee | -5.2850249 | 0.00464342 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:26 | ETH | 1.69836011 ETH-USD | | match | 1,814.21 | 1.69836011 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | -0.1484173 BTC-USD | | fee | -0.148417268 | 1,766.95 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | 59.366907 BTC-USD | | match | 59.36690703 | 1,767.11 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | -0.2458795 BTC-USD | | fee | -0.2458795 | 1,707.75 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | BTC | -0.0054286 BTC-USD | | match | -60.7152756 | 1,707.75 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | BTC | 988.936838 BTC-USD | | match | 988.9368389 | 1,612.11 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | -0.0500189 BTC-USD | | fee | -559.0198489 | 0.10492841 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | BTC | -0.1953133 BTC-USD | | fee | -0.1953133328 | 98.35182 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | -0.0071491 BTC-USD | | match | 98.35182 | 1,707.99 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | BTC | -0.009 BTC-USD | | fee | -79.89974965 | 0.15494727 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | 546.605102 BTC-USD | | match | -100.5856319 | 0.00543256 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | -1.3665128 BTC-USD | | match | 546.6051017 | 624.542229 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | BTC | -2.4723421 BTC-USD | | fee | -1.366512754 | 623.175716 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | -0.0904059 BTC-USD | | match | -2.472342097 | 1,609.64 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | BTC | 78.1253311 BTC-USD | | fee | -1,011.40 | 0.01443256 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/27/2018 1:25 | USD | 0.16209638 | | match | 78.1253311 | 78.1324406 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/26/2018 23:24 | USD | -44.19 | deposit | transfer | 1,811.62 | 0.16209638 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/26/2018 23:23 | ETH | -0.132376 ETH-USD | withdraw | transfer | -44.19 | 0.007100953 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/26/2018 23:23 | ETH | -0.1329504 ETH-USD | | match | -0.13297504 | 44.1971095 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/26/2018 23:23 | USD | 44.2949351 ETH-USD | | match | -44.6453478 | 44.3300855 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/26/2018 23:23 | USD | 44.2553789 ETH-USD | | match | 44.2553789 | 44.3300855 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/26/2018 23:23 | USD | 0.04293508 ETH-USD | | fee | 0.04293508 | 0.04293508 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:05 | BTC | 0.00765707 BTC-USD | deposit | match | -86.2189448 | 0.00765707 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | 0.00765707 BTC-USD | | fee | 86.2189448 | 0.00765707 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | -0.2160098 BTC-USD | withdraw | fee | -0.216009773 | 0.00476759 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | BTC | -86.430909 BTC-USD | | match | -86.40390929 | 0.22077737 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | -0.2606398 LTC-USD | | fee | -0.260639781 | 86.6246867 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | 86.8799269 LTC-USD | | match | 86.87992691 | 86.8853264 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | -0.4818097 LTC-USD | | fee | -86.83829579 | 65.873314 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | LTC | -0.054084 LTC-USD | | match | -0.054084 | 65.873314 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | LTC | 0.1 LTC-USD | | match | 18.02335943 | 0.31756178 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | LTC | -0.054087 LTC-USD | | fee | -0.054087 | 29.708143 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | -0.0888417 LTC-USD | | fee | -0.088841705 | 0.00593953 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | 0.1 LTC-USD | | match | 18.02335943 | 0.21756178 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | LTC | 0.16424793 LTC-USD | | match | -18.029 | 29.76223 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | LTC | 0.1 LTC-USD | | match | 18.02335943 | 0.11756178 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | 29.613902 LTC-USD | | match | 29.60299478 | 0.48180971 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | LTC | -18.028 LTC-USD | | fee | -29.61390178 | 47.79123 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:04 | USD | -18.028 LTC-USD | | fee | -0.054084 | 65.977398 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:03 | USD | -18.028 LTC-USD | | match | -18.028 | 47.845314 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:03 | ETH | 0.0176178 ETH-USD | deposit | transfer | 3.165227731 | 0.01756178 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/25/2018 21:03 | USD | -0.0791351 ETH-USD | | fee | -83.68198975 | 84.2079924 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/18/2018 21:03 | ETH | 84.1981211 ETH-USD | deposit | match | 84.19812114 | 83.555398 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/18/2018 21:03 | LTC | -0.2525944 ETH-USD | withdraw | fee | -0.25259363 | 0.09513506 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/18/2018 21:15 | ETH | 0.0913506 | | transfer | 83.68198775 | 0.0913506 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/18/2018 21:15 | USD | -123.12 | | fee | -123.12 | 0.00987124 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/18/2018 21:15 | USD | -0.370489 ETH-USD | | fee | -0.370488952 | 123.129871 |

0aade958456e5e01330acc701a1f1bcd3ab9f7a3f4

APP0128

| Account | First Name | Last Name | Date | Currency | Description | Type | Action | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/18/2018 17:15 | USD | 123.496317 ETH-USD | match | | 123.4963174 | 123.50036 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/18/2018 17:15 | ETH | -0.1143717 ETH-USD | match | | -118.7369126 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/18/2018 17:14 | BTC | 0.11437174 | transfer | deposit | 118.7369126 | 0.11437174 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/12/2018 5:52 | USD | -0.299675 | transfer | withdraw | -4,092.58 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/12/2018 5:50 | USD | 0.29967499 | transfer | deposit | 4,092.58 | 0.29967499 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:27 | BTC | -0.0395719 | transfer | withdraw | -659.3286392 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:27 | BTC | -0.0023141 | transfer | withdraw | -38.55584287 | 0.03957185 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:27 | USD | -0.001157 | transfer | withdraw | -19.27792244 | 0.04188593 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:26 | USD | -714.8627431 ETH-USD | match | | -714.8627431 | 1.79119964 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:26 | BTC | -1.787156858 BTC-USD | match | | -1.787156858 | 0.00404778 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:26 | BTC | 0.04304294 BTC-USD | match | | 717.1624035 | 0.04304294 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:26 | USD | 718.810373 ETH-USD | match | | 718.8101969 | 718.810373 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:26 | ETH | -2.156430591 ETH-USD | match | | -2.156430591 | 716.653943 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/6/2018 6:26 | USD | -721.1447534 | fee | | -721.1447534 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 14:38 | ETH | 0.72695206 | transfer | deposit | 721.1447534 | 0.72695206 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 14:38 | USD | -150.35 | transfer | withdraw | -150.35 | 0.0001764 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 14:38 | ETH | -0.1743719 ETH-USD | transfer | deposit | -147.9151336 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 14:38 | BTC | -0.4523962 ETH-USD | transfer | deposit | -0.45239626 | 150.350176 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:24 | ETH | 150.798753 ETH-USD | fee | | 150.798753 | 150.802573 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:23 | USD | 0.17433785 | transfer | | 147.9151336 | 0.17433785 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:21 | ETH | -3.3552655 | transfer | | -2,846.74 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:21 | USD | -0.3558392 | transfer | | 775.8725571 | 0.35583916 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | USD | 0.00583916 | transfer | | 74.13679544 | 3.35526553 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | BTC | 0.08738017 | match | | 1,671.28 | 1.96982858 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | ETH | 1.96982858 ETH-USD | match | | -4.993574545 | 1,100.17 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | USD | -4.9935745 ETH-USD | match | | -1,096.87 | 3.29443205 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | USD | -1,096.87 ETH-USD | match | | -1,664.52 | 1,105.16 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | ETH | -1,664.52 ETH-USD | match | | 1,101.32 | 3.26788536 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | USD | 1.29805678 ETH-USD | fee | | -3.290612879 | 0.00388917 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 7:20 | BTC | -3.290612879 ETH-USD | match | | 2,776.63 | 2,776.63 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 4:27 | BTC | 2,776.63 | match | | -2,899.10 | 0.3 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 4:27 | USD | -2.0286466 BTC-USD | fee | | -6.941563175 | 2,769.68 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 4:27 | BTC | -6.9415637 BTC-USD | match | | 2,899.10 | 0.50864661 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 1:09 | USD | -2,775.00 | match | | -2,775.00 | 0.00010773 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 1:09 | USD | 2,775 | match | | 2,775 | 2,775.00 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/2/2018 1:09 | BTC | -0.2 BTC-USD | match | | -2,778.95 | 0.3 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 20:33 | BTC | -0.0585384 | transfer | withdraw | -786.2179793 | 0.5 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 16:11 | USD | 2,849.9824 | transfer | deposit | 3,472.38 | 0.55853841 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 15:50 | BTC | -0.459382 4 | transfer | withdraw | -5,907.19 | 0.3 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 14:11 | BTC | 0.73982395 BTC-USD | match | | 9,936.43 | 0.73982395 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 14:11 | USD | -9,617.71 BTC-USD | match | | -9,617.71 | 2.073E-05 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | BTC | -0.4804549 BTC-USD | match | | -6,506.62 | 0.21446032 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | 137.9758 BTC-USD | match | | 137.9758 | 6,805.57 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | -16.71076413 BTC-USD | fee | | -16.71076413 | 6,667.59 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | BTC | 1.379014 BTC-USD | match | | 1.379014 | 6,806.60 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | -0.203692 BTC-USD | match | | -2,735.75 | 0 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | -0.0034475 BTC-USD | fee | | -0.003447535 | 6,806.60 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | BTC | 6,684.31 BTC-USD | match | | 6,684.31 | 6,684.31 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | -0.0001 BTC-USD | match | | -1.343080516 | 0.20436032 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | -7.0223489 BTC-USD | match | | -7.022348934 | 9,617.71 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | BTC | 9.21580598 BTC-USD | fee | | 9.215805978 | 6,815.82 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | -0.01 BTC-USD | match | | -134.3080516 | 0.20446032 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | USD | 2,808.94 BTC-USD | match | | 2,808.94 | 9,624.73 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | BTC | -0.0006683 BTC-USD | match | | -8.975627983 | 6,805.23 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 7:13 | BTC | -0.3449395 BTC-USD | fee | | -0.3449395 | 6,805.23 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 5:27 | USD | -0.0230395 BTC-USD | match | | -0.023039515 | 6,815.79 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 5:27 | BTC | -5,393.33 BTC-USD | match | | 5,393.33 | 6.3635E-05 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 5:27 | BTC | 0.39891525 BTC-USD | fee | | 5,357.75 | 0.69891525 |
| 52cd3f0d4323a33f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 1/1/2018 2:03 | USD | 5,393.33 BTC-USD | match | | 5,393.33 | 5,393.33 |

APP0129

SWFTOFX_0000003

| ID | Name | Date | Amount (BTC-USD) | Cur | Type | Sub | Val 1 | Val 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2018 2:03 | -0.4032399 BTC-USD | BTC | match | | -5,415.84 | 0.3 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2018 1:41 | 0.40323994 BTC-USD | BTC | match | | 5,415.84 | 0.70323994 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2018 1:41 | -5,443.74 BTC-USD | USD | match | | -5,443.74 | 4.6135E-05 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2018 0:34 | 0.3 BTC-USD | BTC | match | | 4,029.24 | 0.3 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 1/1/2018 0:34 | -4,110 BTC-USD | USD | match | | -4,110 | 5,443.74 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 16:32 | -0.6973194 BTC-USD | BTC | match | | -9,200.96 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 16:19 | 9,553.74 BTC-USD | USD | match | | 9,553.74 | 9,553.74 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 16:19 | -9,485.01 BTC-USD | USD | match | | -9,485.01 | 0.00010324 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 16:19 | 0.68731936 BTC-USD | BTC | match | | 9,200.96 | 0.68731936 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 16:05 | 9,485 BTC-USD | USD | match | | 9,485 | 9,485.01 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 16:05 | -0.7 BTC-USD | BTC | transfer | withdraw | -9,370.72 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 6:19 | -0.1366283 7037390c7aEBTC | BTC | match | | -1,829.01 | 0.7 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 5:30 | -2,992.52 BTC-USD | USD | match | | -2,992.52 | 7.48859669 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 5:30 | 0.26991224 BTC-USD | BTC | match | | 3,037.61 | 0.83662833 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 5:30 | -7,481.2966 BTC-USD | USD | transfer | deposit | -7,481.96653 | 0.00730014 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 5:30 | 0.35533148 BTC-USD | BTC | match | | 4,756.73 | 0.60971609 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:15 | 0.25438461 BTC-USD | BTC | fee | | 3,405.38 | 0.25438461 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:15 | -8.3156358 BTC-USD | USD | fee | | -3,326.25 | 3,008.32 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:15 | -0.0269716 BTC-USD | BTC | fee | | -361.0621305 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.021001 BTC-USD | BTC | match | | -0.022100074 | 13.2283098 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 131.0622 BTC-USD | USD | fee | | 131.0622 | 5,982.31 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.006741 BTC-USD | BTC | match | | -9.03865876 | 0.48205441 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.01 BTC-USD | BTC | match | | -14.72541124 | 0.48095441 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 8.840029742 BTC-USD | USD | match | | -133.8673749 | 0.02697163 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 8.840029742 BTC-USD | USD | match | | 8.840029742 | 22.0683396 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.0510273 BTC-USD | BTC | match | | 8.840029742 | 30.8862692 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.015 BTC-USD | BTC | fee | | -683.08907 | 0.05197163 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.8836971 BTC-USD | BTC | match | | -200.8010624 | 0.03697163 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.021001 BTC-USD | BTC | match | | -0.883697137 | 6,334.58 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 1,370.83 BTC-USD | USD | match | | -0.022100074 | 22.0462395 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.000337 BTC-USD | BTC | match | | -4.511866004 | 0.48407668 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 131.1 BTC-USD | USD | fee | | 1,370.83 | 4,991.29 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -8.632062 BTC-USD | USD | match | | 131.1 | 3,620.79 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 8.840029742 BTC-USD | USD | match | | -8.632661984 | 0.48916 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.263917 BTC-USD | BTC | match | | -133.667349 | 0.07756274 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.006741 BTC-USD | BTC | fee | | 8.840029742 | 13.2504099 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.021001 BTC-USD | BTC | match | | -3,525.96 | 2.1756274 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 3,453.06 BTC-USD | USD | match | | 4.419949301 | 4.42143003 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.3276555 BTC-USD | BTC | fee | | -9.03865876 | 0.48340259 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -1.0045638 BTC-USD | BTC | fee | | -0.022100074 | 30.8641692 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 353.478855 BTC-USD | USD | match | | 3,453.06 | 3,498.32 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.4914833 BTC-USD | BTC | fee | | -1,399.77 | 5,981.98 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 14.425411 BTC-USD | USD | fee | | 353.4788547 | 6,335.46 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.32775 BTC-USD | BTC | fee | | -0.4914835 | 5,851.25 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 196.5933 BTC-USD | USD | fee | | 14.425411 | 45.2895802 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.0360635 BTC-USD | BTC | fee | | -0.32775 | 3,620.46 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | 668.955656 BTC-USD | USD | fee | | 196.5933 | 5,655.15 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -3.4270789 BTC-USD | BTC | fee | | -0.036063528 | 5,851.74 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.006741 BTC-USD | BTC | match | | 668.955664 | 45.2535166 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/31/2017 4:14 | -0.0110499 BTC-USD | BTC | match | | -3.4270878873 | 5,656.82 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 21:16 | -3,208.79 BTC-USD | USD | match | | -9.03865876 | 4,987.86 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 21:16 | 0.24441372 BTC-USD | BTC | fee | | -0.011094873 | 0.4827285 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | | -8.021969 BTC-USD | USD | fee | | -3,208.79 | 4.41038016 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | | 3,224.87 BTC-USD | USD | fee | | 3,271.90 | 8.02345065 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | | -8.062180 BTC-USD | USD | fee | | -8.021969918 | 0.48441372 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | | | | match | | -3,224.87 | 0.01480073 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | | | | fee | | -8.062180206 | 3,216.81 |

Note: row 12 wallet reference — 1FBBic7xjNovLU7upKMq8WVqTyWm A32Qkc

APP013   CRYPTOPX_00000003

| Account | Name | Date/Time | Cur | Amount | Type | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 21:16 | BTC | -0.2451442 BTC-USD | match | -3,330.09 | 0.24 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 21:14 | BTC | 0.48514421 BTC-USD | match | 6,590.31 | 0.48514421 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 21:14 | USD | -6,406.33 BTC-USD | fee | -6,406.33 | 16.01735508 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 21:14 | USD | -16.01583536 BTC-USD | fee | -16.01583536 | 0.00151546 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -1.6542975 BTC-USD | fee | -1.6542975 | 6,148.47 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -8.86946 BTC-USD | match | -8.86946 | 3,660.71 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 661.719 BTC-USD | fee | 661.719 | 6,150.13 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -3.30875 BTC-USD | fee | -3.30875 | 5,488.41 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -0.01 BTC-USD | fee | -0.686417107 | 6,422.35 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 74.6030122 BTC-USD | match | -135.8422491 | 1.17074664 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 274.5668428 BTC-USD | match | 74.6030122 | 4,036.38 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -0.7545859 BTC-USD | match | 274.5668428 | 6,423.04 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.0228 BTC-USD | match | -0.7545859 | 3,961.78 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -0.3308753 BTC-USD | fee | -309.720328 | 0.18638279 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.02074664 BTC-USD | match | -0.33087525 | 4,168.22 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.0056362 BTC-USD | match | -281.8270239 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.768 BTC-USD | match | -76.56272923 | 0.18074664 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -0.1865075 BTC-USD | fee | -3,640.57 | 0.20918279 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | 301.823436 BTC-USD | match | -0.18650753 | 4,036.20 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.1 BTC-USD | match | 301.823436 | 3,962.53 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 3,547.78 BTC-USD | match | -1,358.42 | 0.07074664 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 1,323.50 BTC-USD | match | 3,547.78 | 3,669.58 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.05 BTC-USD | match | 1,323.50 | 5,491.72 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 132.3501 BTC-USD | fee | -679.2112456 | 0.02074664 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | 8.89979054 BTC-USD | match | 132.3501 | 4,168.55 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.022495 BTC-USD | match | 8.89979542 | 8.89986652 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.0006723 BTC-USD | fee | -0.022249476 | 8.87761704 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.248127 BTC-USD | match | -9.13240723 | 0.48573401 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | 7.942932 BTC-USD | fee | 7.942932 | 16.820549 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -0.0149334 BTC-USD | match | -0.0149333374 | 22.759108 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -0.0006 BTC-USD | match | 8.150534947 | 0.48513401 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -0.004512 BTC-USD | match | 5.973349628 | 0.48468279 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | BTC | -101.8816868 BTC-USD | fee | -101.8816868 | 0.14718279 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | 99.285075 BTC-USD | match | 99.285075 | 16.8806917 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 20:23 | USD | -2,940.00 BTC-USD | fee | -2,940.00 | 122.044183 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 2:02 | BTC | 0.21000027 BTC-USD | match | 2,852.69 | 0.31099736 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/30/2017 2:02 | BTC | 0.00373552 | transfer | 54.36615227 | 2,303.85 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 21:36 | BTC | -0.2 BTC-USD | match | -2,910.77 | 0.27640602 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 21:36 | BTC | 2,940 BTC-USD | deposit | 2,940 | 0.2726705 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 21:31 | BTC | 0.00050679 BTC-USD | match | 7.37573935 | 2,940.00 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 12:59 | BTC | -7.2119663 BTC-USD | match | -7.21196317 | 0.4726705 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 12:59 | BTC | -0.0180299 BTC-USD | fee | -0.010209916 | 0.02188589 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 12:59 | BTC | 0.16116635 BTC-USD | match | 2,345.59 | 0.00385597 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 12:58 | BTC | 0.04551245 BTC-USD | match | -2,296.62 | 0.47216371 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 12:58 | BTC | -648.55241 BTC-USD | match | 662.3808041 | 7.23385221 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 12:58 | USD | 0.20689655 BTC-USD | match | -648.5524125 | 0.31099736 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 8:15 | BTC | -648.55241 BTC-USD | match | 3,011.14 | 0.26548491 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 8:15 | BTC | -3,000.00 BTC-USD | match | -3,000.00 | 2,952.41 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 8:15 | USD | -0.1952892 BTC-USD | match | -2,842.21 | 0.05858836 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 4:21 | BTC | 2,929.34 BTC-USD | match | 2,929.34 | 2,952.41 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 4:21 | USD | -0.0047108 BTC-USD | match | -68.56007242 | 0.25387757 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 4:21 | BTC | 70.66185 BTC-USD | match | 70.66185 | 3,073.07 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 2:36 | BTC | -0.1994727 BTC-USD | match | -2,903.09 | 0.25911562 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 2:36 | BTC | 7.78341212 BTC-USD | match | 7.78341212 | 2,952.41 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 2:36 | BTC | -0.0005273 BTC-USD | match | -7.67365639 | 0.25858836 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 2:36 | USD | 2,944.62 BTC-USD | match | 2,944.62 | 2,944.62 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:35 | USD | -16.3865097 BTC-USD | fee | -16.3865097 | 0.00677721 |

APP0131

| ID | Name | Date | Cur | Amount | Type | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:35 | BTC | 0.45858836 BTC-USD | match | 6,674.22 | 0.45858836 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:35 | USD | -6,554.60 BTC-USD | match | -6,554.60 | 16.3932358 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | BTC | -0.1478316 BTC-USD | match | -2,151.52 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | BTC | 4,332.00 BTC-USD | match | 4,332.00 | 4,452.47 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | BTC | -0.0088016 BTC-USD | fee | -121.6936404 | 0.47783161 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | USD | -0.3019092 BTC-USD | match | -0.30190923 | 120.470471 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | USD | 120.763609 BTC-USD | match | 120.7636926 | 120.770369 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | USD | 2,134.69 BTC-USD | match | 2,134.69 | 6,576.33 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | USD | 0.3 BTC-USD | fee | -4,366.15 | 0.14783161 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | USD | -5.3367248 BTC-USD | fee | -5.33672482 | 6,571.00 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/29/2017 0:02 | USD | -10.83008 BTC-USD | fee | -10.8300075 | 4,441.64 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0366782 BTC-USD | fee | -0.0366078161 | 1,439.15 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -10.498648 BTC-USD | match | -10.49866799 | 1,453.88 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0010277 BTC-USD | match | 14.68434048 | 0.34506189 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.00258716 BTC-USD | fee | -4.497562642 | 1,498.47 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0212457 BTC-USD | match | 36.96639938 | 0.33403418 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0462645 BTC-USD | fee | -0.021245677 | 1,623.27 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -39.498907 BTC-USD | fee | -0.0462446491 | 1,464.38 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -14.49827 BTC-USD | match | -39.49890694 | 1,399.65 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0006024 BTC-USD | fee | -14.49851972 | 1,557.64 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0007441 BTC-USD | match | 8.608194688 | 0.34144702 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -14.671264 BTC-USD | match | 10.63214778 | 0.35342496 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -9.494204 BTC-USD | match | -14.67126445 | 1,439.19 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -13.49983 BTC-USD | match | -9.49942044 | 1,539.59 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0987473 BTC-USD | match | -13.49983528 | 1,512.53 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0237486 BTC-USD | fee | -0.098747267 | 1,399.55 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0989288 BTC-USD | fee | -0.023748551 | 1,539.56 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.00103985 BTC-USD | match | 1,413.54 | 0.45619316 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0006733 BTC-USD | match | 14.85780176 | 0.35446481 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | 0.0005688 BTC-USD | match | 9.620814211 | 0.34736536 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | -36.498179 BTC-USD | match | 13.67229249 | 0.34927912 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | 0.0003318 BTC-USD | fee | -36.4981786 | 1,586.77 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -15.497055 BTC-USD | match | 4.550018 | 0.35071222 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0005146 BTC-USD | match | -15.49705515 | 1,482.97 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1,396.05 BTC-USD | fee | -0.091245446 | 1,586.68 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.037706 BTC-USD | match | -1,396.05 | 3.09882131 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0362473 BTC-USD | fee | -0.033749588 | 1,512.50 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | 8.495539 BTC-USD | fee | -0.03062728 | 1,572.14 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.026246 BTC-USD | match | -8.499553877 | 1,549.11 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.038726 BTC-USD | fee | -0.0262662 | 1,453.86 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.033749 BTC-USD | fee | -0.038742638 | 1,482.93 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0009568 BTC-USD | match | -0.033749493 | 1,526.03 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -14.498912 BTC-USD | match | 13.67229249 | 0.34832224 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 15.69495 BTC-USD | match | -14.49891213 | 1,572.18 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.036243 BTC-USD | fee | 15.69495962 | 0.35136966 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0013119 BTC-USD | match | -0.036246299 | 1,557.61 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0212489 BTC-USD | match | 18.73481857 | 0.35268085 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.002799 BTC-USD | fee | -8.498270637 | 1,623.29 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0006737 BTC-USD | match | -0.021248885 | 1,549.09 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.023748 BTC-USD | fee | 40.0011145 | 0.35726436 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0010776 BTC-USD | match | 9.620528443 | 0.34995243 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -13.49979 BTC-USD | match | -0.023747964 | 1,502.97 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | -0.0112549 BTC-USD | match | -14.68391182 | 0.34608957 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -18.498596 BTC-USD | fee | -13.49797 | 1,526.06 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0006246 BTC-USD | match | -0.011243907 | 1,498.46 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | -9.495409 BTC-USD | match | -18.49859632 | 1,464.43 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -3.490133 BTC-USD | fee | 8.608194688 | 0.34669203 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -563.57128 BTC-USD | match | -9.49918409 | 1,503.00 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | | | -3.490133867 | 0.00860745 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | | | -563.571788 | 4,475.03 |

APP0132   WYPTOFX_00000003

| Account | Name | Date | Cur | Amount | Type | Value | Balance |
|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.005 BTC-USD | match | 71.44204336 | 0.33004456 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0007444 BTC-USD | match | 10.63629141 | 0.24215498 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.00202006 BTC-USD | match | 2.85853939 | 0.2430286 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.08065878 BTC-USD | match | 1,152.49 | 0.3240875 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0002006 BTC-USD | match | 2.85853939 | 0.24322866 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0001 BTC-USD | match | 1.42840067 | 0.33014456 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -2.821642 BTC-USD | fee | -2.821642239 | 3,017.68 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0237049675 BTC-USD | fee | -0.0237049675 | 3,040.60 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -17.497395 BTC-USD | fee | -17.497395 | 1,631.79 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.3773875 BTC-USD | fee | -0.3773875 | 4,471.62 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.4089295 BTC-USD | fee | -1.40892458 | 3,014.85 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.007041 BTC-USD | match | -0.007054106 | 3,039.14 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.003525 BTC-USD | fee | -0.003525003 | 3,009.19 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -150.9235 BTC-USD | fee | -150.9235 | 1,632.16 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.03527055 BTC-USD | fee | -0.03527055 | 3,058.09 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | -3.525 BTC-USD | fee | -3.525 | 3,027.23 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.003562 BTC-USD | match | -0.003526248 | 1,783.09 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -10.498988 BTC-USD | match | -10.49898782 | 1,871.58 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0399696 BTC-USD | match | 571.1024079 | 1,784.68 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1,137.61 BTC-USD | match | -1,137.61 | 3,039.14 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -70.5249 BTC-USD | match | -70.5249 | 3,012.02 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.410001 BTC-USD | fee | -1.410001 | 3,010.60 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.007041 BTC-USD | fee | -0.007054106 | 0.24332866 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | -0.003527053 BTC-USD | fee | -0.003527053 | 0.24282854 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | 0.00010003 BTC-USD | match | 1.429269519 | 0.24141058 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0067356 BTC-USD | match | 9.624100545 | 1,855.24 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | 0.0001 BTC-USD | match | 1.428840867 | 3,061.62 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -13.499312 BTC-USD | match | -13.49931216 | 3,027.20 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.410 BTC-USD | fee | -1.410 | 1,783.09 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.410821119 BTC-USD | fee | -1.410821119 | 1,835.20 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.0262475 BTC-USD | fee | -0.02624747 | 3,037.73 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.410499 BTC-USD | match | -1.410499 | 1,668.73 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.03374828 BTC-USD | match | -0.03374828 | 3,009.19 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.410001 BTC-USD | match | -1.410001 | 3,004456 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -2.844028583 BTC-USD | match | -2.844028583 | 0.24131058 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -0.003525 BTC-USD | fee | -0.003525003 | 1,784.50 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.0107 BTC-USD | match | 152.8859728 | 3,017.70 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | -1.4082212 BTC-USD | match | -1.41082212 | 3,012.03 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | 0.00095705 BTC-USD | match | 13.6748644 | 3,009.19 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | USD | 0.0001 BTC-USD | fee | 1.428840867 | 3,040.55 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:59 | BTC | -0.1763125 BTC-USD | match | -0.1763125 | 5,036.60 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | USD | 0.1 BTC-USD | match | 1,428.84 | 144.489331 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | 0.00010003 BTC-USD | match | -9.499870033 | 0.45516068 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -2.821642 BTC-USD | fee | 1.429269519 | 144.134082 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | 0.00124095 BTC-USD | match | -2.821642239 | 2.39550837 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -0.0047435 BTC-USD | match | 17.7312074 | 3,012.03 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -12.261816 BTC-USD | match | -0.043743488 | 2.4120058 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | 142.0998 BTC-USD | match | -12.261816 | 3,040.55 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -0.0001683 BTC-USD | match | 142.0998 | 5,036.60 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -0.3552995 BTC-USD | fee | -2.40402759 | 144.489331 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | 2.39082914 BTC-USD | match | -0.3552995 | 144.134082 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | 4,904.73 BTC-USD | match | 2.390829135 | 3.9550837 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -0.0059971 BTC-USD | fee | 4,904.73 | 5,048.86 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -0.01 BTC-USD | match | -0.005997073 | 2.3895313 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:39 | BTC | -0.3451607 BTC-USD | match | -142.8840867 | 0.44516068 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:36 | BTC | 0.41569849 | transfer | deposit | -4,931.80 | 0.1 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 22:36 | BTC | 0.1 | match | 5,931.10 | 0.45532893 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 5:29 | BTC | -572.22933 BTC-USD | fee | -572.2293302 | 1.43525256 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 5:29 | BTC | -1.4305733 BTC-USD | match | -1.430573325 | 0.00467924 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 5:29 | BTC | 0.04023044 BTC-USD | match | 574.828967 | 0.04023044 |

APP0133
APPTOFX_00000003

| ID | Name | Date | Time | Cur | Amount | Type | Note | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | USD | -0.35436 BTC-USD | fee | | -0.35436 | 141.394358 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | USD | -0.779024022 BTC-USD | fee | | -0.779024022 | 573.664583 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | USD | -0.35436 BTC-USD | fee | | -0.35436 | 282.783998 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | BTC | -0.01 BTC-USD | match | | -142.8840867 | 0.02057665 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | USD | 291.609609 BTC-USD | match | | 291.6096008 | 574.393607 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | BTC | -0.01 BTC-USD | match | | -142.8840867 | 0.03057665 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | USD | 141.744 BTC-USD | match | | 141.744 | 283.138358 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | BTC | -0.0205361 BTC-USD | match | | -0.0205361 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:29 | USD | 141.744 BTC-USD | match | | 141.744 | 141.748718 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:27 | BTC | -0.7 BTC-USD | transfer | withdraw | -10,001.89 | 0.04057665 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:09 | BTC | -10,556.93 BTC-USD | match | | -10,556.93 | 26.3970368 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:09 | BTC | 0.74057665 BTC-USD | match | | -10,581.66 | 0.74057665 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:09 | BTC | -26.39231888 BTC-USD | fee | | -26.3923188 | 0.00471792 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:08 | USD | -26.52462 BTC-USD | fee | | -26.52462027 | 10,583.32 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:08 | BTC | 10,609.85 BTC-USD | match | | 10,609.85 | 10,609.85 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 5:08 | BTC | -0.7419474 BTC-USD | match | | -10,601.25 | 0.74194742 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/28/2017 | 4:53 | BTC | 0.74194742 | transfer | deposit | 10,601.25 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:39 | BTC | | transfer | withdraw | -1,421.58 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:35 | USD | -0.0925523 BTC-USD | match | | -3.600722947 | 0.00110258 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:35 | USD | 0.09255233 BTC-USD | match | | 1,421.58 | 0.09255233 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:30 | USD | -1,440.29 BTC-USD | match | | -1,440.29 | 3.60182552 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:30 | USD | 1,443.48 BTC-USD | match | | 1,443.48 | 1,443.89 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | USD | -0.0936067 BTC-USD | fee | | -1,437.77 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | USD | -1.252955 BTC-USD | match | | -1.252955015 | 436.520657 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | USD | 0.02830302 BTC-USD | match | | 434.7268195 | 0.09360668 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | BTC | 0.03257793 BTC-USD | fee | | 500.3793854 | 0.06530366 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | BTC | -1.258642 BTC-USD | match | | -1.258684154 | 938.955618 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | USD | -503.47366 BTC-USD | match | | -503.4735618 | 940.214303 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | USD | -501.18201 BTC-USD | match | | -501.182006 | 437.773612 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | BTC | 0.03727631 BTC-USD | fee | | 502.6673712 | 0.03272631 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:09 | USD | -435.42413 BTC-USD | match | | -435.4241318 | 1.09652556 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -1.0885603 BTC-USD | match | | -1.088560329 | 0.00796523 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | BTC | -0.0023327 BTC-USD | fee | | -35.89907427 | 0.08150054 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | BTC | -0.01 BTC-USD | match | | -153.5973262 | 153.82119 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -0.3854975 BTC-USD | match | | -0.3854975 | 153.449819 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | 1.255.52 BTC-USD | match | | 1,255.52 | 1,446.83 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -0.0090938 BTC-USD | match | | -0.09009773 | 191.310122 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | 36.09090 BTC-USD | match | | 36.03990003 | 191.402222 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -0.0815005 BTC-USD | match | | -1.251.83 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | 1.541999 BTC-USD | match | | 1.541999 | 155.364168 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -3.1387916 BTC-USD | fee | | -3.138791584 | 1,443.69 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | 154.1999 BTC-USD | match | | 154.1999 | 154.207669 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -0.003855 BTC-USD | fee | | -0.03854998 | 155.360313 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:08 | USD | -0.0001 BTC-USD | match | | -1.535973262 | 0.08383776 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:05 | BTC | 0.09393776 BTC-USD | match | | 0.09393776 | 0.09393776 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:05 | USD | -1,446.61 BTC-USD | match | | -1,442.86 | 3.62430199 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:05 | BTC | -1.1469841 BTC-USD | match | | -1,446.61 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:04 | USD | -0.0297339 BTC-USD | fee | | -3.616533307 | 0.00776869 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:04 | USD | 458.793625 BTC-USD | fee | | -1.146984063 | 1,450.24 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:04 | BTC | -1.2601333 BTC-USD | fee | | -456.7046001 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:04 | USD | 504.053335 BTC-USD | match | | 458.7936254 | 1,451.38 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:04 | USD | 491.01777 BTC-USD | match | | -1.260133337 | 502.800757 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:04 | BTC | -1.2275444 BTC-USD | match | | 504.053349 | 504.06089 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | BTC | -0.0326671 BTC-USD | match | | 491.017708 | 993.818528 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | USD | -0.0318223 BTC-USD | fee | | -1.275444027 | 992.590983 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | USD | 0.054 BTC-USD | match | | -501.7582286 | 0.06155619 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | USD | -617.46884 BTC-USD | match | | -488.7820193 | 0.02973389 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | BTC | -2.072887 BTC-USD | fee | | 829.4255614 | 0.054 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | BTC | 0.04002331 BTC-USD | match | | -617.4688363 | 1.55122752 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | | | | | -2.072887 | 619.020064 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 | 6:00 | | | | | 617.8192866 | 0.09422331 |

APP0134

WYFFOFX_00000003

| Account | Name | Date | Currency | Amount | Type | Dep/Wdr | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 6:00 | USD | -1.5436721 BTC-USD | fee | | -1.5436721091 | 0.00755543 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 6:00 | USD | -828.9508 BTC-USD | match | | -828.95508 | 621.092451 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:58 | USD | 1,453.68 BTC-USD | match | | 1,453.68 | 1,453.68 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:58 | BTC | -0.0939676 BTC-USD | fee | | -1,443.32 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | USD | -3.634193 BTC-USD | match | | -3.634193034 | 1,450.05 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | USD | -502.60678 BTC-USD | match | | -502.6067799 | 945.28762 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | BTC | 0.03770057 BTC-USD | match | | 502.2720116 | 0.03270057 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | USD | -1.2565169 BTC-USD | match | | -1.25651695 | 944.031103 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | USD | -941.67241 BTC-USD | match | | -941.672411 | 2.35869203 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | USD | 2.354181 BTC-USD | match | | -2.35418027 | 0.004511 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:51 | BTC | 0.0612669 BTC-USD | fee | | 941.0045847 | 0.09396756 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:50 | USD | -2.8877699 BTC-USD | match | | -2.8877693 | 1,447.89 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:50 | USD | 1,155.11 BTC-USD | match | | 1,155.11 | 1,450.78 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:47 | BTC | -0.0754739 ETH-USD | match | | -1,159.26 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:47 | ETH | 95.961192 ETH-USD | match | | 95.96119197 | 295.962096 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:47 | ETH | -0.1271026 ETH-USD | match | | -95.58832432 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:47 | ETH | -0.2878836 ETH-USD | fee | | -0.28788376 | 295.674213 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:47 | ETH | 0.1271026 | transfer | deposit | 95.58832432 | 0.1271026 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:47 | BTC | 0.07547387 | transfer | deposit | 1,159.26 | 0.07547387 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/26/2017 5:46 | USD | 200 | transfer | deposit | 200 | 200.000904 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:19 | USD | -42.64 | transfer | withdraw | -42.64 | 0.00090417 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:19 | LTC | -0.1547578 LTC-USD | fee | | -45.213783 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:19 | LTC | -0.1282787 LTC-USD | match | | -0.128278699 | 42.6490042 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:19 | USD | 42.7595663 LTC-USD | match | | 42.75956633 | 42.7691829 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:03 | LTC | 0.1547575 | transfer | deposit | 45.213783 | 0.15475775 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:03 | BTC | -0.2000796 | transfer | withdraw | -3,027.18 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:03 | LTC | -0.8720692 | transfer | withdraw | -254.7823897 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 15:02 | USD | -0.3032901 LTC-USD | fee | | -0.303290126 | 0.00961655 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 15:02 | LTC | 0.36031331 LTC-USD | match | | 105.268575 | 0.87206924 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 15:02 | LTC | -101.09671 LTC-USD | match | | -101.0967085 | 0.31290667 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 10:26 | USD | -1,400 | transfer | | -1,400 | 101.409615 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 10:26 | BTC | 0.1 BTC-USD | match | | 1,512.99 | 0.2000796 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 7:14 | USD | -1,491.14 BTC-USD | fee | | -1,491.14 | 1,505.34 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 7:14 | USD | -3.727855 BTC-USD | match | | -3.727855012 | 1,501.41 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 7:14 | BTC | 0.100796 BTC-USD | match | | 1,514.19 | 0.1000796 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:27 | USD | -0.1969298 BTC-USD | match | | -2,979.53 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:27 | USD | 2,894.87 BTC-USD | match | | 2,894.87 | 2,996.28 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:27 | BTC | -0.04965307 BTC-USD | match | | -0.04965307 | 101.41215 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:20 | LTC | 0.51735093 LTC-USD | match | | 148.5138148 | 0.51175593 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:20 | USD | -144.9651 LTC-USD | match | | -144.9651023 | 101.847045 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:19 | USD | 145.7 BTC-USD | match | | 145.77 | 247.176573 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:19 | BTC | -0.01 BTC-USD | match | | -151.2889774 | 0.19692975 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:19 | USD | -0.364425 BTC-USD | fee | | -0.364425 | 246.812148 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:17 | USD | -0.2541513 BTC-USD | match | | -0.254151275 | 101.406573 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 6:17 | USD | -0.007 BTC-USD | match | | -105.9092842 | 2.20692975 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/24/2017 5:02 | USD | 101.66051 BTC-USD | match | | 101.66051 | 101.660975 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/23/2017 18:43 | BTC | 0.21392975 | transfer | | 3,236.74 | 2.21392975 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/20/2017 18:43 d077986d9c71 | BCH | -0.2139298 | transfer | withdraw | -2,983.75 | |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/20/2017 18:41 | BCH | 2.23836139 | transfer | withdraw | 2,983.75 | 0.21392975 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/19/2017 5:07 7cf5ca179d8 | BCH | -0.0371231 | transfer | withdraw | -919.2147598 | 0.2606962 · 013hIvEydPkc6YnDcGYnhSYGrZwL1ZKsgdy |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/19/2017 5:04 | BCH | 0.03712306 | transfer | deposit | 840.4622233 | 0.2606962 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/19/2017 5:04 | BTC | 0.0233481 | transfer | deposit | 700.8939815 | 0.03712306 · 19A9J7g8nkt8yKNqJaM75dnivkRz8RH74 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | BTC | -0.0028735 | transfer | | 700.8939815 | 0.03712306 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | BTC | -0.1222691 BTC-USD | match | | 53.48527443 | 0.02233481 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | BTC | 0.00287354 BTC-USD | match | | -48.24767748 | 0.00287354 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | USD | -48.90765 BTC-USD | match | | 48.24767748 | 0.00287354 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | USD | -0.1475046 LTC-USD | fee | | -48.9076508 | 0.12248318 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | LTC | -0.1762302 LTC-USD | match | | -0.147504046 | 49.030134 |
| | | | | | | | -52.93370281 | |

APP0135

CRYPTOFX_00000003

| Wallet | Name | Date | Currency | Amount | Type | Txn | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:07 | USD | 49.1682146 LTC-USD | match | deposit | 49.1682146 | 49.1776386 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/15/2017 1:06 | LTC | 0.17623016 | transfer | withdraw | 52.93370281 | 0.17623016 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 21:24 | USD | -178.96 | transfer | | -178.96 | 0.00942399 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 21:23 | USD | -0.4817473 LTC-USD | fee | | -84.51298296 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 21:23 | USD | -0.5385116 LTC-USD | match | | -0.538511607 | 178.969424 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 21:23 | LTC | 179.503869 LTC-USD | transfer | | 179.5038689 | 179.507936 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 21:23 | LTC | 0.48174732 | match | | 84.51298296 | 0.48174732 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.026131 | match | | -436.2371798 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | BTC | 0.02613305 BTC-USD | match | deposit | 436.2371798 | 0.02613305 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -467.51112 BTC-USD | match | withdraw | -467.511179 | 1.17284448 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -1.168778 BTC-USD | fee | | -1.168777795 | 0.00406669 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.8459584 ETH-USD | fee | | -0.84599584 | 468.683962 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.4719089 ETH-USD | match | | 281.986133 | 469.529958 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | ETH | -0.01 LTC-USD | match | | -222.6213133 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | 3.625 LTC-USD | match | | -1.754301051 | 0.49000588 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.3498553 LTC-USD | fee | | -0.349855275 | 187.531345 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.0205011 LTC-USD | fee | | -0.020501137 | 6.82296983 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | 61.008706 LTC-USD | match | | 61.0087065 | 71.4458013 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | 116.618425 LTC-USD | match | | 116.618425 | 187.8812 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | LTC | 6.83371225 LTC-USD | match | | 6.83371225 | 6.84347096 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.1682999 LTC-USD | match | | -29.52486563 | 0.321706 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.010875 LTC-USD | fee | | -0.010875 | 10.4370948 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | LTC | -0.0188516 LTC-USD | match | | -3.307141677 | 0.50000588 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | LTC | -0.321706 LTC-USD | match | | -56.43691738 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | USD | -0.1830261 LTC-USD | match | | -0.18302612 | 71.2627752 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 18:13 | LTC | 0.5188575 | fee | | 91.02322574 | 0.5188575 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 17:47 | ETH | 0.47190892 | transfer | deposit | 222.6213133 | 0.47190892 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 14:15 | LTC | -3.7173933 | transfer | deposit | -652.1426937 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:38 | LTC | 3.71739328 | transfer | withdraw | 652.1426937 | 3.71739328 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:38 | BTC | -0.0376005 | transfer | withdraw | -627.6626893 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -1.5571321 BTC-USD | fee | | -1.55713206 | 0.00975871 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | BTC | 0.03760051 BTC-USD | match | | 627.6626893 | 0.03766051 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -622.85282 BTC-USD | match | | -622.8528242 | 1.56689077 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | 15.249094 LTC-USD | match | | 15.24949429 | 621.614005 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | LTC | -0.0111108 LTC-USD | fee | | -1.94517404 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -0.0592098 LTC-USD | match | | -0.04574843 | 621.568256 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | LTC | -10.371806 LTC-USD | match | | -10.38718845 | 0.01111083 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -0.0085801 LTC-USD | fee | | -0.008580116 | 634.419715 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | LTC | 2.86003875 LTC-USD | match | | 2.86003875 | 634.428295 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -1.1485945 ETH-USD | match | | -541.845284 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | ETH | 608.180804 ETH-USD | match | | 608.180804 | 608.189053 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -1.8245424 ETH-USD | fee | | -1.824542411 | 606.36451 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | ETH | 0.3765779 ETH-USD | match | | 177.6492756 | 1.14859453 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -199.40179 ETH-USD | match | | -199.4017903 | 0.60665463 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | -0.5982054 ETH-USD | fee | | -0.598205371 | 0.00824926 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | ETH | 0.77201658 | transfer | deposit | 364.1960083 | 0.77201658 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | LTC | 0.07032067 | transfer | deposit | 12.33636253 | 0.07032067 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:37 | USD | 200 | transfer | deposit | 200 | 200.0008245 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/12/2017 4:36 | BTC | -0.032204 | transfer | withdraw | -501.3152426 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | USD | -437.57594 BTC-USD | match | | -437.5759359 | 1.10218478 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | USD | -1.0939398 BTC-USD | fee | | -1.09393984 | 0.00824494 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | BTC | 0.03220004 BTC-USD | match | | 501.3152426 | 0.03220004 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | USD | -0.9977215 ETH-USD | match | | -1.319985518 | 438.678121 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | ETH | -1.3199855 ETH-USD | match | | -488.2308558 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | ETH | 439.995173 ETH-USD | match | | 439.9951727 | 439.998106 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:31 | ETH | 0.99772148 | transfer | deposit | 488.2308558 | 0.99772148 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:30 | ETH | -0.0100408 | fee | withdraw | -156.309404 | 0 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:29 | USD | -0.3420199 BTC-USD | match | | -0.342019932 | 0.00293356 |
| 52cd37b04323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:29 | BTC | 0.01004079 BTC-USD | match | | 156.309404 | 0.01004079 |

APP0136

| Account | Name | Date | Hash | Cur | Amount | Type | D/W | Value | Balance | Address |
|---|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:29 | | USD | -136.80797 BTC-USD | match | | -136.8079727 | 0.34495349 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:29 | | USD | 137.561319 LTC-USD | match | | 137.561319 | 137.56561 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:29 | | USD | -0.412684 LTC-USD | fee | | -0.412683957 | 137.152926 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:29 | | LTC | -1.00008229 LTC-USD | transfer | | -157.2765865 | 0 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/10/2017 4:06 | | LTC | 1.00008229 | transfer | deposit | 157.2765865 | 1.00008229 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/9/2017 15:53 | b846ac4204f.LTC | | 17.3526823 | transfer | | 1,897.96 | 17.3526823 | LXKFrX93NPa1UGbMtbprnGve88aKXB:q+rqY6 |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | | | | -787.38 | transfer | withdraw | -1,897.96 | 0.00429118 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 4:27 | | USD | -0.973384 BTC-USD | fee | | -1.973384015 | 787.384291 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 4:27 | | USD | -0.473238 BTC-USD | transfer | | -783.1823294 | 787.384291 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 4:27 | | BTC | 789.353606 BTC-USD | transfer | | 789.3536061 | 789.357675 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 4:27 | | BTC | 0.0473284 BTC-USD | transfer | deposit | 733.1823294 | 0.04732384 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 4:26 | | BTC | -0.3650534 | transfer | withdraw | -5,655.73 | 0.36505341 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:06 | b7d1bf65 9ae4.BTC | | -0.0486931 | transfer | | -754.396729 | 0.00406905 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | USD | -2.121072 BTC-USD | fee | | -2.121071961 | 0.00406905 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | BTC | 0.04869314 BTC-USD | match | | 754.396729 | 0.04869314 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | USD | -848.42878 BTC-USD | match | | -848.4287844 | 2.12514101 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | BTC | -1.260763 BTC-USD | fee | | -1.260763217 | 850.553925 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | BTC | -0.0288522 BTC-USD | match | | -448.5532753 | 0 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | BTC | -0.02 BTC-USD | match | | 504.3052868 | 851.814689 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/8/2017 0:05 | | USD | 348.3718 BTC-USD | match | | -309.857496.5 | 0.02895223 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/7/2017 18:38 | | BTC | -0.8709295 BTC-USD | match | | 348.3718 | 348.380331 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/7/2017 17:25 | | BTC | 0.00475991 | transfer | deposit | -0.8709295 | 347.509402 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/7/2017 1:30 | | BTC | 0.00419232 | transfer | withdraw | 570.783260.1 | 0.04985223 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/7/2017 1:30 | | USD | -16.56 | fee | | 53.46092244 | 0.00419232 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/7/2017 1:30 | | BTC | -0.0015094 BTC-USD | match | | -16.56 | 0.00853133 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/7/2017 1:30 | | BTC | 16.6027477 BTC-USD | match | | -14.72116238 | 16.588313 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/6/2017 16:26 | 0733f5ba478.BTC | | 0.00115441 | transfer | | 16.6027477 | 16.610382 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/6/2017 6:39 | | USD | -0.3234427 | transfer | | 13.53218026 | 0.00115441 | 1fyNd7ZkoV9gCVhD3gWHhpS28yS8d3A5Db |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/6/2017 6:09 | 8558223a2ae.BTC | | -0.3123806 BTC-USD | transfer | | -3.791.45 | 0.32344272 | 1fyNd7ZkoV9gCVhD3gWHhpS28yS8d3A5Db |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:28 | 60493596d9f8.BTC | | 0.3123809 BTC-USD | transfer | withdraw | -3.559.22 | 0 | 1KfnBunIkwXH2VYhJ5FFKpEilVj4hnWvxAamX |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:26 | | BTC | -3.691.69 BTC-USD | match | | -9.2286358 | 0.072905 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:26 | | USD | 3.700.63 | transfer | | 3.559.22 | 0.3123805 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:15 | | USD | -53.43 | fee | | -3.691.69 | 9.23579008 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:15 | | ETH | 53.5880683 ETH-USD | match | | 3.700.63 | 3.700.64 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:14 | | ETH | -0.1161902 ETH-USD | transfer | | -53.43 | 0.007226 11 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:14 | | USD | -0.1601642 ETH-USD | match | | 53.5880683.1 | 53.5979903 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:14 | | ETH | -53.58923 ETH-USD | match | | -53.88430414 | 0 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:14 | | ETH | 0.11619017 ETH-USD | fee | | -53.98923021 | 0.1706897 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:14 | | USD | -0.160767 ETH-USD | match | | 53.88430414 | 0.11619017 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:13 | | USD | -0.0045706 BTC-USD | fee | | -0.160767691 | 0.009922 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:13 | | BTC | 53.8875641 BTC-USD | match | | -52.07704534 | 0 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:13 | | USD | -0.1347189 BTC-USD | fee | | 53.88756409 | 53.8846388 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:12 | | USD | 0.00457062 | transfer | deposit | -0.13471891 | 53.7599199 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/5/2017 20:12 | | BTC | -0.0087089 | transfer | withdraw | 52.07704534 | 0.00457062 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | BTC | -99.481209 BTC-USD | match | | -98.62977086 | 0 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | BTC | -0.2470903 BTC-USD | fee | | -99.48120936 | 0.25577774 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | BTC | 0.0087089.2 BTC-USD | match | | -0.248703023 | 0.00707472 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | USD | 8.2 LTC-USD | match | | 98.62977086 | 0.00870892 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | LTC | 8.2008 LTC-USD | match | | 8.2 | 24.5563498 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | LTC | -0.5661084 LTC-USD | fee | | 8.2008 | 16.3809522 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | USD | -0.0246048 LTC-USD | fee | | -57.52858837 | 0 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | LTC | -0.08 LTC-USD | match | | -0.0245952 | 41.9018826 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | LTC | 58.0913185 LTC-USD | match | | -0.0246048 | 8.18015225 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | | | | | -8.12969167 | 0.73610844 | |
| 52cd37b04323a13f6c0000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | | | | | | 58.00913185 | 99.9110145 | |

APP0137

CRYPTOFX_00000003

| ID | Name | Date/Time | Ccy | Amount | Type | Action | Value | Balance |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | -0.0246 LTC-USD | fee | | -0.0246 | 24.5317498 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | 8.1992 LTC-USD | match | | 8.1992 | 32.7309498 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | -0.0030744 LTC-USD | fee | | -0.0030744 | 33.7280778 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | -0.08 LTC-USD | match | | -8.12969167 | 33.7311522 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | 1.0248 LTC-USD | match | | 1.0248 | 33.7311522 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | -0.08 LTC-USD | match | | -8.12969167 | 0.81610844 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | -0.08 LTC-USD | match | | -8.12969167 | 0.81610844 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | -0.01 LTC-USD | match | | -1.01621459 | 0.89610844 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | 8.2016 LTC-USD | match | | 8.2016 | 0.64610844 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | 8.2016 LTC-USD | match | | 8.2016 | 8.20475705 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | -0.17402396 LTC-USD | fee | | -0.17402396 | 99.7369871 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | -0.0246024 LTC-USD | fee | | -0.0246024 | 16.3563498 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | USD | -0.0245976 LTC-USD | fee | | -0.0245976 | 32.7063522 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | 8.1984 LTC-USD | match | | 8.1984 | 41.9264778 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/4/2017 20:20 | LTC | 0.9610844 | transfer | deposit | 99.19325818 | 0.9761844 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:09 | BTC | -0.0153129 | transfer | withdraw | -156.0740167 | 0.97610844 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:09 | USD | -0.4191521 BTC-USD | fee | | -0.419152082 | 0.00315705 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:09 | BTC | 0.01531289 BTC-USD | match | | 156.0740167 | 0.01531289 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:09 | BTC | -167.66083 BTC-USD | match | | -167.6608326 | 0.42230913 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:08 | ETH | -0.3629173 ETH-USD | match | | -160.7512934 | 168.083142 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:08 | USD | -0.5057579 ETH-USD | fee | | -0.505757892 | 168.5889 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:08 | USD | 168.585964 ETH-USD | match | | 168.5859641 | 168.5889 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 12/2/2017 1:08 | ETH | -4 | transfer | withdraw | -1,771.77 | 0.36291728 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | ETH | 4.36291728 ETH-USD | match | | 2,066.09 | 4.36291728 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | -1,908.17 ETH-USD | match | | -1,908.17 | 5.72743206 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | -5.724496505 ETH-USD | fee | | -5.724496505 | 0.00293555 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | -3.927082634 ETH-USD | fee | | -3.927082634 | 1,913.89 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | -14.841582 LTC-USD | match | | -1,430.42 | 0 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | LTC | -0.002977 LTC-USD | fee | | -0.002977088 | 608.792472 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | 1,309.03 LTC-USD | match | | 1,309.03 | 1,917.82 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | LTC | -6.910944 LTC-USD | match | | -666.0869576 | 14.8528321 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | 609.627637 LTC-USD | match | | 609.627637 | 609.631969 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | USD | -0.01125 LTC-USD | fee | | -1.084267967 | 14.8415821 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 6:31 | LTC | -1.828829 LTC-USD | match | | -1.828862911 | 607.803086 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:19 | LTC | 0.9923625 LTC-USD | match | | 0.9923625 | 608.795449 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:19 | LTC | 21.7659265 LTC-USD | match | | 2,097.759 | 21.7659265 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:19 | USD | -6.0558126 LTC-USD | match | | -6.055812156 | 0.00943232 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:19 | USD | -2,018.60 ETH-USD | match | | -2,018.60 | 6.06014456 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:19 | ETH | -2,073.07 ETH-USD | match | | -2,073.07 | 2,030.76 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:16 | ETH | 2,030.75 ETH-USD | fee | | 2,030.75 | 2,024.66 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:16 | USD | -6.092240501 ETH-USD | fee | | -6.092240501 | 0.00973782 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:16 | USD | -6.090927207 ETH-USD | fee | | -6.090927207 | 6.10046502 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:16 | USD | -2,030.31 ETH-USD | match | | -2,030.31 | 4.37764736 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:16 | ETH | 4.37764736 ETH-USD | match | | 2,073.07 | 2,036.52 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:16 | ETH | 35.9450717 ETH-USD | match | | 35.94507171 | 2,036.41 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | USD | -0.107835215 ETH-USD | fee | | -0.107835215 | 0.07751126 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | ETH | -0.0775113 ETH-USD | match | | -36.70605388 | 0 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | ETH | -5 | transfer | withdraw | -2,367.79 | 0.07751126 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | ETH | -0.1435693 ETH-USD | fee | | -0.14356928 | 2,000.57 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | ETH | -47.856427 ETH-USD | fee | | -47.85642671 | 2,000.72 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | ETH | 0.10321003 ETH-USD | match | | 48.87590425 | 5.07751126 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | LTC | -0.0400251 LTC-USD | match | | -3.85759025 | 22.1565146 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | LTC | 2,051.03 LTC-USD | match | | 2,051.03 | 2,054.73 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | LTC | 3.705119804 LTC-USD | match | | 3.705119804 | 3.70814181 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | LTC | -22.156515 LTC-USD | match | | -22.156515 | 2,048.53 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | USD | -6.1530857 LTC-USD | fee | | -6.153085658 | 3.69702645 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:15 | USD | -0.011115 LTC-USD | fee | | -0.011115359 | 4.97430123 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:14 | BTC | -0.5 | transfer | withdraw | -5,245.29 | 6.92724932 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:04 | ETH | 4.97430123 ETH-USD | match | | 2,355.62 | |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:04 | USD | -2,308.08 ETH-USD | match | | -2,308.08 | |

APPO138

RYPTOFX_00000003

| Account | Name | Date | Amount | Pair | Type | Currency | Action | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:04 | -6.9242273 | ETH-USD | fee | USD | | -6.924227312 | 0.0030202201 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:02 | 0.40066338 | LTC-USD | match | LTC | | 38.61568608 | 22.1965396 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:02 | -0.1111721 | LTC-USD | fee | USD | | -0.111172068 | 2,315.00 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:02 | -37.057356 | LTC-USD | match | USD | | -37.05735602 | 2,315.11 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:02 | -1,013.69 | LTC-USD | match | LTC | | -1,013.69 | 2,355.21 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:02 | 10.96 | LTC-USD | fee | USD | | 1,056.32 | 21.7958762 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:02 | -3.0410712 | LTC-USD | match | LTC | | -3.0410712 | 2,352.17 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | 8.1302484 | LTC-USD | match | USD | | 789.3677859 | 10.83359762 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | -0.2664816 | LTC-USD | fee | USD | | -0.26648157 | 4,124.75 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | -88.82719 | LTC-USD | match | USD | | -88.82719028 | 4,125.01 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | 1.6802534 | LTC-USD | match | LTC | | 161.9417722 | 1.6802534 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | -2.260745 | LTC-USD | fee | USD | | -2.260745002 | 3,368.90 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | 0.965408 | LTC-USD | match | LTC | | 93.04541948 | 2.6456614 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | -154.60012 | LTC-USD | match | USD | | -154.6001153 | 4,214.30 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | -0.463800 | LTC-USD | fee | USD | | -0.463800346 | 4,213.84 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:58 | -753.5817 | LTC-USD | match | USD | | -753.5816674 | 3,371.16 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | -2.3536198 | BTC-USD | match | USD | | -2.353619755 | 4,368.90 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | 941.447902 | BTC-USD | match | USD | | 941.4479018 | 4,371.26 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | 3,188.40 | BTC-USD | match | USD | | 3,188.40 | 3,437.78 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | -0.625003 | BTC-USD | fee | BTC | | -0.625000265 | 249.379737 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | -0.3 | BTC-USD | match | BTC | | -3,147.17 | 0.58858185 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | -0.0235228 | BTC-USD | match | BTC | | -246.767642 | 0.88858185 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | -7.971 | BTC-USD | match | BTC | | -7.971 | 3,429.81 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | -0.0885819 | BTC-USD | match | BTC | | -929.2751218 | 0.5 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:53 | 250.0001058 | BTC-USD | match | BTC | deposit | 250.0001058 | 250.0004737 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 3:52 | 0.93121.0463 | BTC-USD | transfer | BTC | withdraw | 9,568.51 | 0.93121.0463 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/30/2017 4:19 | -8.8835575 | BTC-USD | transfer | BTC | | -8,742.52 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:19 | 0.69076539 | BTC-USD | match | USD | | 6,834.90 | 0.88355747 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -17.830399 | BTC-USD | match | USD | | -17.8303989 | 0.00463146 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -7,132.16 | BTC-USD | match | USD | | -7,132.16 | 17.8350304 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -8.4652517 | LTC-USD | fee | LTC | | -783.0207864 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -0.29058 | LTC-USD | match | USD | | -0.29058 | 6,332.51 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | 800.5699134 | LTC-USD | match | USD | | 800.5699134 | 6,238.34 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | 819.944276 | LTC-USD | match | USD | | 819.9442758 | 7,152.45 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -1.821791 | LTC-USD | fee | LTC | | -1.821791433 | 5,341.20 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -8.262723 | LTC-USD | match | LTC | | -764.5188846 | 9.46525166 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | 96.86 | LTC-USD | match | USD | | 96.86 | 5,438.06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -0.29058 | LTC-USD | fee | USD | | -0.29058 | 5,437.77 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -2.4598328 | LTC-USD | match | USD | | -2.459832827 | 7,149.99 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -1 | LTC-USD | match | LTC | | -92.49822898 | 8.46525166 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -1 | LTC-USD | match | LTC | | -92.49822898 | 17.7304789 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -6.2695211 | LTC-USD | match | LTC | | -579.9195955 | 18.7304789 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | 607.265811 | LTC-USD | match | USD | | 607.2658108 | 5,343.01 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | -2.4017097 | LTC-USD | fee | USD | | -2.4010974 | 6,235.94 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:18 | 96.86 | LTC-USD | match | USD | | 96.86 | 6,332.80 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | 25 | LTC-USD | transfer | USD | deposit | 2,312.46 | 25 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | 1,420.90 | ETH-USD | match | USD | | 1,420.90 | 2,550.02 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -0.627933 | ETH-USD | fee | USD | | -0.627933233 | 1,129.12 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | 2,196.59 | ETH-USD | match | USD | | 2,196.59 | 4,742.35 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -6.589770 | ETH-USD | fee | USD | | -6.589770399 | 4,735.76 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -2.9913617 | ETH-USD | match | ETH | | -1,414.83 | 4.62440028 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -4.624003 | ETH-USD | match | ETH | | -2,187.20 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | 209.311078 | ETH-USD | match | ETH | | 209.3110775 | 1,129.75 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | 517.736325 | ETH-USD | match | USD | | 517.7363248 | 517.745415 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | 405.465653 | ETH-USD | match | USD | | 405.4656525 | 921.657858 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -1.216397 | ETH-USD | fee | USD | | -1.216396958 | 920.441461 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -1.553209 | ETH-USD | fee | USD | | -1.553208974 | 516.192206 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -1.0899712 | ETH-USD | match | ETH | | -515.5240256 | 8.91002879 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -0.8536119 | ETH-USD | match | ETH | | -403.7303085 | 8.05654689 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | -0.4406549 | ETH-USD | match | ETH | | -208.4166865 | 7.61576199 |

APP0169

CRYPTOFX_00000003

| Account ID | Name | Timestamp | Cur | Amount / Pair | Type | Dep/Wdr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | USD | -4.2626904 ETH-USD | fee | | -4.2626904037 | 2,545.76 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:17 | ETH | 10 | match | deposit | 4,729.70 | 10 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:16 | BTC | 0.19279208 BTC-USD | match | | 1,907.62 | 0.19279208 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:16 | USD | -4.9875311 BTC-USD | fee | | -4.9875311 | 0.00908976 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:16 | USD | -1,995.01 BTC-USD | match | | -1,995.01 | 4.99662087 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:16 | BTC | 2,000 | transfer | deposit | 2,000 | 2,000.01 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/29/2017 4:43 | USD | -0.3196429 | transfer | withdraw | -2,617.83 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:43 | BTC | -815.6285 BTC-USD | fee | | -815.6285017 | 1,996.30 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | USD | -2.0390713 BTC-USD | fee | | -2.039071254 | 1,594.26 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | BTC | 0.09294774 BTC-USD | match | | 761.229036 | 0.09294774 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | USD | -1,620.72 BTC-USD | match | | -1,620.72 | 4.06087393 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | BTC | 0.042 BTC-USD | match | | 343.9741462 | 0.13494774 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | USD | -368.55546 BTC-USD | match | | -368.55546 | 1,625.71 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | USD | -9.9213887 BTC-USD | fee | | -9.9713865 | 1,624.78 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | USD | -4.0518092 BTC-USD | fee | | -4.05180922 | 0.0906471 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | BTC | 0.18469512 BTC-USD | match | | 1,512.63 | 0.31964286 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | USD | -2.7297442 LTC-USD | fee | | -2.729744172 | 2,811.93 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:42 | LTC | 909.914724 LTC-USD | match | | 909.914724 | 2,814.66 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:41 | LTC | -10.247941 LTC-USD | fee | | -766.8075576 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/25/2017 22:41 | LTC | 10.2479415 | transfer | deposit | 766.8075576 | 10.2479415 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:24 | ETH | -3.3513721 ETH-USD | match | | -1,533.23 | 0.49623456 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:24 | USD | -5.0287428 ETH-USD | fee | | -5.028742823 | 1,671.22 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:23 | ETH | -0.7026681 ETH-USD | fee | | -0.702668137 | 1,904.74 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:23 | USD | 1,676.25 ETH-USD | match | | 1,676.25 | 1,676.25 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:23 | USD | 234.22212 ETH-USD | match | | 234.2227123 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:23 | USD | -0.4962346 ETH-USD | match | | -214.2384197 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:23 | ETH | 4.04760661 | transfer | deposit | 1,747.47 | 4.04760661 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:23 | BTC | -0.0903077 | transfer | withdraw | -733.8089008 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -0.2835782 BTC-USD | match | | -0.283578179 | 0.00509511 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | BTC | 0.01430766 BTC-USD | match | | 116.2591109 | 0.09030766 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | BTC | 0.076 BTC-USD | match | | 617.54979 | 0.076 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -602.52876 BTC-USD | match | | -602.52876 | 115.226267 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -113.43127 BTC-USD | match | | -113.4312716 | 0.28867329 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -1.5063219 BTC-USD | fee | | -1.5063219 | 113.719945 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -0.9168776 BTC-USD | match | | -0.189408573 | 717.755027 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | LTC | 63.13619085 LTC-USD | match | | -66.14053882 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | LTC | 0.9168759 | transfer | deposit | 63.13619085 | 717.944435 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -0.0241417 ETH-USD | match | | 66.14053882 | 66.3062591 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -0.0172485 ETH-USD | fee | | -0.01724561 | 1.35955541 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -0.1817149 ETH-USD | fee | | -94.53440644 | 1.73945415 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -1.4810735 ETH-USD | match | | -0.017248561 | 5.73463415 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -0.0161263 ETH-USD | fee | | -0.18171875 | 66.1245642 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | 60.57162043 ETH-USD | match | | -1.4810735 | 654.808244 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | -0.0106905 ETH-USD | fee | | -5.831657179 | 1.82726926 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | 493.691177 ETH-USD | match | | 60.57162496 | 66.3062591 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | 5.74952043 ETH-USD | match | | -0.0106905 | 162.598141 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -0.01 ETH-USD | fee | | 493.6911766 | 656.289318 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -0.1698969 ETH-USD | match | | 5.749520435 | 5.75188271 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | USD | 93.2003888 ETH-USD | match | | -3.616233315 | 1.38595541 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -1.3859554 ETH-USD | fee | | -61.4386649 | 1.65737241 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | -2.7596012 ETH-USD | match | | 93.20038884 | 159.324933 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/21/2017 4:22 | ETH | 1.84339559 | transfer | deposit | -501.1938126 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:03 | USD | 3.5635 | fee | | 3.5635 | 162.608832 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | USD | -0.0088349 | transfer | withdraw | -0.279601167 | 159.045332 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | USD | -0.1793017 BTC-USD | match | | 666.6148545 | 1.84339559 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | BTC | -0.1793017 BTC-USD | fee | | -0.1930173 | 0.00236227 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | BTC | -71.720692 BTC-USD | match | | -71.72069219 | 0.181664 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | BTC | 0.00893492 BTC-USD | match | | 70.40465376 | 0.00893492 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | LTC | 72.1134317 LTC-USD | match | | 72.1134317 | 72.1186965 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 11/20/2017 7:02 | USD | -0.2163403 LTC-USD | fee | | -0.216340295 | 71.9022562 |

APP0140
CRYPTOFX_00000003

All rows below share Account ID **52cd37b0432a3a3f6c000ab**, Name **MAURICIO ANTONIO CHAVEZ**.

| DateTime | Cur | Txn | Type | Detail | Amount / Bal 1 | Bal 2 |
|---|---|---|---|---|---|---|
| 11/20/2017 2:02 | LTC | deposit | match | -0.9997703 LTC-USD | -70.18710354 | 0 |
| 11/20/2017 2:02 | LTC | withdraw | transfer | 0.9997703 | 70.18710354 | 0.9997703 |
| 11/19/2017 16:50 | BTC | | transfer | -0.0139707 | -107.7976587 | 0 |
| 11/19/2017 16:49 | BTC | | match | -0.2723439 BTC-USD | -0.272343947 | 0.0025675 |
| 11/19/2017 16:49 | BTC | | match | 0.01397173 BTC-USD | 107.7976587 | 0.01397173 |
| 11/19/2017 16:49 | USD | | match | -108.375758 BTC-USD | -108.9375788 | 0.2776087 |
| 11/19/2017 16:49 | USD | | match | 109.537131 BTC-USD | 109.537131 | 109.543799 |
| 11/19/2017 16:49 | ETH | | fee | -0.3019715 ETH-USD | -101.0880952 | 0 |
| 11/19/2017 16:49 | ETH | | transfer | -0.3286014 ETH-USD | -0.328611393 | 109.215188 |
| 11/19/2017 16:49 | USD | deposit | transfer | 0.30197147 | 101.0880952 | 30.197147 |
| 11/14/2017 16:26 | BTC | withdraw | fee | -0.0760704 | -483.3290342 | 0 |
| 11/14/2017 16:26 | BTC | | match | -0.327948 BTC-USD | -0.327948 | 279.995216 |
| 11/24/2017 16:26 | USD | | match | 0.01349195 BTC-USD | 85.70535933 | 0.01349195 |
| 11/24/2017 16:26 | USD | | match | -1311.792 BTC-USD | -1311.792 | 280.323164 |
| 11/24/2017 16:26 | USD | | match | -0.221232564 BTC-USD | -0.221232564 | 411.502364 |
| 11/14/2017 16:26 | BTC | | match | 0.02 BTC-USD | 127.0691625 | 0.03349195 |
| 11/14/2017 16:26 | BTC | | match | 0.0428143 BTC-USD | -0.698225805 | 0.00666787 |
| 11/14/2017 16:26 | BTC | | match | 270.5393324 BTC-USD | 270.5393324 | 0.07607338 |
| 11/14/2017 16:26 | USD | | match | -279.2903219 BTC-USD | -279.2903219 | 0.70489368 |
| 11/14/2017 16:26 | USD | | match | -88.493025 BTC-USD | -88.493025 | 411.723596 |
| 11/14/2017 16:26 | ETH | | match | -1.505153507 ETH-USD | -1.505153507 | 500.216622 |
| 11/14/2017 16:26 | ETH | | match | 501.7178356 ETH-USD | 501.7178356 | 501.721775 |
| 11/14/2017 16:26 | USD | | match | -1.5133407 ETH-USD | -476.2197757 | 0 |
| 11/14/2017 6:10 | LTC | | transfer | 1.5133407 | -3014.70 | 0 |
| 11/14/2017 6:10 | LTC | | transfer | -50 | 3,014.70 | 50 |
| 11/12/2017 6:20 | BTC | | transfer | 50 | -521.6864886 | 0 |
| 11/12/2017 6:20 | BTC | | transfer | -0.0795351 | 521.6864886 | 0.07953507 |
| 11/12/2017 6:19 | USD | | fee | 0.07953507 BTC-USD | -1.126538592 | 0.00399349 |
| 11/12/2017 6:19 | BTC | | match | -1.126586 BTC-USD | -450.6234368 | 1.13049808 |
| 11/12/2017 6:19 | USD | | match | -450.62344 BTC-USD | -1.359322585 | 451.753935 |
| 11/12/2017 6:00 | ETH | | match | -1.359322585 ETH-USD | 453.1075285 | 453.13357 |
| 11/12/2017 6:00 | ETH | | match | 453.1075285 ETH-USD | -452.3536622 | 0 |
| 11/12/2017 6:00 | USD | | match | -1.4736642 ETH-USD | 452.3536622 | 1.47366419 |
| 11/12/2017 5:59 | ETH | | transfer | 1.47366419 | -3,347.23 | 0 |
| 11/9/2017 18:30 | BTC | | fee | -0.4532265 | -8.155810328 | 0.0572896 |
| 11/9/2017 18:29 | USD | | match | -8.158103 BTC-USD | -3,262.32 | 8.16153959 |
| 11/9/2017 18:29 | BTC | | match | -3,262.32 BTC-USD | 3,347.23 | 0.4532647 |
| 11/9/2017 18:29 | BTC | | match | 0.4532647 BTC-USD | -3,364.02 | 0 |
| 11/9/2017 18:29 | USD | | match | -8.196973 BTC-USD | -8.196697256 | 3,270.49 |
| 11/9/2017 18:29 | USD | | match | 3,278.68 BTC-USD | 3,278.68 | 3,278.68 |
| 11/9/2017 18:29 | BTC | | match | -2,854.42 BTC-USD | -2,854.42 | 429.762099 |
| 11/9/2017 17:43 | USD | | match | 0.0985793 BTC-USD | 220.5110954 | 0.4554923 |
| 11/9/2017 17:43 | USD | | match | -121.63855 BTC-USD | -121.6385531 | 215.612572 |
| 11/9/2017 17:43 | BTC | | fee | -7.136186 BTC-USD | -7.136053252 | 422.626046 |
| 11/9/2017 17:43 | USD | | match | 0.0169186 BTC-USD | 87.45023201 | 0.40872944 |
| 11/9/2017 17:43 | BTC | | match | -85.162016 BTC-USD | 124.8999101 | 0.4256413 |
| 11/9/2017 17:43 | USD | | fee | -214.76809 BTC-USD | -85.16201571 | 337.46403 |
| 11/9/2017 17:43 | USD | | match | -0.212905 BTC-USD | -214.7680905 | 0.54038529 |
| 11/9/2017 17:43 | USD | | match | 3.39688839 BTC-USD | -0.212905039 | 337.251125 |
| 11/9/2017 17:43 | BTC | | match | -0.3040964 BTC-USD | 2,931.16 | 0.39688839 |
| 11/9/2017 17:43 | USD | | fee | -0.5369202 LTC-USD | -0.304096383 | 215.308476 |
| 11/9/2017 17:43 | USD | | fee | -1.0265616 LTC-USD | -0.536920226 | 0.00346506 |
| 11/9/2017 17:43 | BTC | | fee | -0.0244663 LTC-USD | -1.0265616 | 3,031.24 |
| 11/9/2017 17:43 | USD | | fee | -0.0019224 LTC-USD | -0.024466348 | 2,690.08 |
| 11/9/2017 17:43 | USD | | fee | -0.7611201 LTC-USD | -0.0019224 | 2,669.13 |
| 11/9/2017 17:43 | USD | | fee | 253.706691 LTC-USD | -0.761120072 | 3,284.18 |
| 11/9/2017 17:43 | LTC | | match | -3.599218 LTC-USD | 253.7066907 | 3,284.94 |
| 11/9/2017 17:43 | USD | | match | -0.1272698 LTC-USD | -244.5231056 | 0 |
| 11/9/2017 17:43 | LTC | | match | | -7.860183487 | 9.29921802 |

APPO141_TRYPTOFX_00000003

| Hash | Name | DateTime | Currency | Amount | Type | Note | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | 471.819182 LTC-USD | match | | 471.819182 | 2,669.91 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | LTC | -0.01 LTC-USD | match | | -0.01 | 9.617029 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | -1.4154575 LTC-USD | fee | | -1.4154575 | 2,668.50 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | LTC | -11.76782269 LTC-USD | match | | -11.76782269 | 9.4264783 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | LTC | -0.1905412 LTC-USD | fee | | -0.1905412 | 9.627029 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | -0.01 LTC-USD | match | | -0.01 | 2,690.10 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | 8.15549425 LTC-USD | match | | 8.15549425 | 3,032.26 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | 342.1872 LTC-USD | match | | 342.1872 | 2,669.77 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | 0.6408 LTC-USD | fee | | 0.6408 | 2,669.77 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | -0.0019224 LTC-USD | match | | -0.0019224 | 3.95921802 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | 0.6408 LTC-USD | match | | -329.7984009 | 0.6408 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | LTC | 0.6408 LTC-USD | fee | | 0.6408 | 2,669.14 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | USD | -0.0366296315 LTC-USD | match | | -0.0366296315 | 2,681.95 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | LTC | -7.362971 LTC-USD | fee | | -454.7370902 | 9.637029 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:43 | LTC | 12.2098782 LTC-USD | match | | 12.2098782 | 2,681.98 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | LTC | 17 | transfer | deposit | 17 | 17 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -5.0389092 ETH-USD | match | | -1,516.67 | 0 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 14.7067421 ETH-USD | match | | 14.7067421 | 543.506613 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | 163.3 ETH-USD | match | | 163.3 | 337.841225 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.268 ETH-USD | fee | | -80.66562626 | 6.484999 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.045045 ETH-USD | match | | -13.55814603 | 5.0389092 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 87.53148 ETH-USD | match | | 87.53148 | 87.537 6055 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | 6.53 ETH-USD | match | | 6.53 | 528.819461 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.2625864 ETH-USD | fee | | -0.2625864 | 174.541225 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.4899 ETH-USD | fee | | -0.4899 | 337.351325 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 1,644.90 ETH-USD | match | | 1,644.90 | 2,203.03 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.045045 ETH-USD | match | | -13.55814603 | 5.0839542 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.09 ETH-USD | fee | | -27.08920285 | 5.1489992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.01959 ETH-USD | fee | | -0.01959 | 528.799871 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 3.2655 ETH-USD | match | | 3.2655 | 2,198.09 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -4.9347046 ETH-USD | match | | -4.9347046 | 493.002412 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.044189 ETH-USD | fee | | -0.044118875 | 538.124665 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.041202 ETH-USD | fee | | -0.044120226 | 543.462493 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.5 ETH-USD | fee | | -150.4955714 | 5.7169992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.2625784 ETH-USD | fee | | -0.26257836 | 489.736912 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.01 ETH-USD | fee | | -3.009911428 | 5.2389992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 14.7062916 ETH-USD | match | | 14.7062916 | 558.168784 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.0097965 ETH-USD | fee | | -0.0097965 | 492.992616 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.2625944 ETH-USD | fee | | -0.2625944 | 527.230111 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.019382285 ETH-USD | match | | -6.019382285 | 5.1289992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 87.5262 ETH-USD | match | | 87.5262 | 489.999491 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 87.5288 ETH-USD | match | | 87.5288 | 174.803811 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.268 ETH-USD | fee | | -80.66562626 | 6.2169992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | -0.2 ETH-USD | fee | | -60.19922855 | 5.5169992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | 65.318 ETH-USD | match | | 65.318 | 402.669325 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.088155 ETH-USD | fee | | -0.088155 | 522.289461 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | USD | -0.195954 ETH-USD | fee | | -0.199554 | 402.473371 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 29.385 ETH-USD | match | | 29.385 | 521.377616 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 6 | transfer | deposit | 1,805.95 | 6.7529992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/9/2017 17:42 | ETH | 0.7529992 | transfer | deposit | 226.6460897 | 0.7529992 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:02 | BTC | -0.0360534 BTC-USD | transfer | withdraw | -262.2578705 | 0.03605335 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:02 | BTC | 0.03605335 BTC-USD | match | | 262.2578705 | 0.67265915 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:02 | BTC | -266.63144 BTC-USD | match | | -266.6314416 | 0.00612555 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:02 | USD | -0.6665336 BTC-USD | fee | | -0.666533604 | 267.286101 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:01 | USD | -2,700 | transfer | withdraw | -7,436795206 | 0 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:01 | BTC | -7.4367952 BTC-USD | match | | -2,924.50 | 2,974.72 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:01 | USD | -0.0402040 BTC-USD | fee | | 2,974.72 | 2,974.72 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:00 | BTC | 2,974.72 BTC-USD | transfer | deposit | 2,924.50 | 0.40204 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 22:00 | BTC | 0.40204 | transfer | withdraw | -2,685.66 | 0 |
| 52cd37b0432a3a3f6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:11 | BTC | -0.3692049 | | | | |

APPO142 — AVFPORX_00000003

| Hash | Name | Date/Time | Cur | Amount | Type | Deposit/Withdraw | Value 1 | Value 2 | Value 3 |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:11 | BTC | 0.36920488 BTC-USD | match | | 2,685.66 | 0.36920488 | 0.36920488 |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:11 | USD | -6.8293765 BTC-USD | fee | | -6.829376998 | 0.00481361 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:11 | USD | -2,731.75 BTC-USD | match | | -2,731.75 | 6.8341901 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | 115.470145 LTC-USD | fee | | 115.470145 | 996.200651 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | 765.255283 LTC-USD | match | | 765.255283 | 765.25814 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | -2.2957663 LTC-USD | fee | | -2.2957663 | 762.962374 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | LTC | 109.88 LTC-USD | match | | 109.88 | 881.060146 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | LTC | -2 LTC-USD | match | | -110.7310416 | 31.9236046 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | -2.10175 LTC-USD | fee | | -116.364833 | 31.8218546 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | LTC | 8.2425 LTC-USD | match | | -0.32964 | 880.730506 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | -0.024725 LTC-USD | fee | | 8.2425 | 771.204874 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | LTC | 1,747.97 LTC-USD | match | | -0.024725 | 771.180146 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | -0.15 LTC-USD | fee | | 1,747.97 | 2,743.83 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | LTC | -13.926395 LTC-USD | match | | -8.304828118 | 35.9236046 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | -0.3464104 LTC-USD | fee | | -771.0421351 | 36.0736046 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | USD | -5.243923 LTC-USD | fee | | -0.346410435 | 995.854241 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:10 | LTC | 50 LTC-USD | transfer | deposit | -5.243923416 | 2,738.58 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/5/2017 3:08 | LTC | -0.1358185 LTC-USD | transfer | withdraw | -1,761.83 | | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | BTC | -985.09723 BTC-USD | match | | 2,768.28 | 50 | 50 |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | BTC | 0.13581853 BTC-USD | fee | | -984.5511081 | 0 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | USD | -2.4627431 BTC-USD | match | | -985.0972308 | 2.46545458 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | ETH | 990.530618 ETH-USD | fee | | 984.5511081 | 0.13581853 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | ETH | -3.308275 ETH-USD | match | | -2.462743077 | 0.0027115 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | ETH | -2.9715919 ETH-USD | fee | | 990.5306178 | 990.534277 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | ETH | 3.308275 ETH-USD | transfer | deposit | -977.9953666 | 0 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/4/2017 4:44 | BTC | -0.4388841 BTC-USD | transfer | withdraw | -2.9715919853 | 987.562685 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:27 | BTC | -3,092.40 BTC-USD | transfer | | 977.9953666 | 3.308275 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -7.730997 BTC-USD | fee | | -2,860.71 | 0 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | BTC | 0.43888405 BTC-USD | match | | -3,092.40 | 7.73465691 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -0.17325 LTC-USD | fee | | -7.730997401 | 0.0036591 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 783.1665991 LTC-USD | match | | 2,860.71 | 0.43888405 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -0.30555 LTC-USD | fee | | -0.17325 | 2,319.32 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 57.75 LTC-USD | match | | 783.1665991 | 3,102.48 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -0.7875 LTC-USD | fee | | -0.30555 | 2,000.03 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -1.1 LTC-USD | match | | 57.75 | 2,319.49 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 101.85 LTC-USD | match | | -0.7875 | 2,261.74 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -2.349498 LTC-USD | fee | | -60.386449 | 14.917459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -5 LTC-USD | match | | 101.85 | 2,000.33 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -1.94 LTC-USD | match | | -2.349499797 | 3,100.13 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -14.917459 LTC-USD | match | | -274.4838541 | 16.017459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 262.5 LTC-USD | match | | -106.4997354 | 21.017459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -0.9499059 LTC-USD | fee | | -818.9203296 | 0 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 10.5 LTC-USD | match | | 262.5 | 2,262.53 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -1.575 LTC-USD | fee | | -0.9499059 | 1,363.54 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -10 LTC-USD | match | | 10.5 | 1,375.09 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 1,051.01 LTC-USD | match | | -1.575 | 1,898.48 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | 1.0502 LTC-USD | fee | | -548.9677082 | 22.957459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -6.03 LTC-USD | match | | 1,051 | 1,051.01 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -0.0315 LTC-USD | match | | 1.0502 | 1,364.59 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -20 LTC-USD | fee | | -331.0275281 | 33.177459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 525 LTC-USD | match | | -0.0315 | 1,375.06 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -0.02 LTC-USD | match | | -1,097.94 | 39.207459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | -0.2 LTC-USD | match | | 525 | 1,900.06 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -3.153 LTC-USD | match | | -1.099935416 | 33.157459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 316.6353 LTC-USD | match | | -10.9793545416 | 32.957459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | USD | -0.0031506 LTC-USD | fee | | -3.153 | 1,047.86 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:25 | LTC | 59.207459 LTC-USD | match | | 316.6353 | 1,364.49 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 11/2/2017 16:24 | LTC | -0.0031506 LTC-USD | transfer | deposit | -0.0031506 | 1,364.59 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | 10/28/2017 21:53 | BTC | -0.0010811 BTC-USD | transfer | withdraw | 3,250.30 | 59.207459 | |
| 52cd37b0432a13fc6c000ab | MAURICIO ANTONIO CHAVEZ | | | | | | -6.304553194 | 0 | |

APP0143

CRYPTOFX_00000003

| Name | ID | Date | Cur | Description | Type | Flow | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 21:52 | USD | -0.0155111 BTC-USD | fee | | -0.0155111134 | 0.0987464 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 21:52 | BTC | 0.00108113 BTC-USD | match | | 6.304553194 | 0.00108113 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 21:52 | USD | -6.204537 BTC-USD | match | | -6.204553712 | 0.0258577 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 21:52 | USD | 6.24544457 LTC-USD | match | | 6.245444572 | 6.24857582 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 21:52 | LTC | -0.1148482 LTC-USD | match | | -6.350781889 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 21:52 | USD | -0.0187363 LTC-USD | fee | | -0.0187363134 | 6.22983948 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:52 07893ca9f0b | LTC | 0.11484819 | transfer | deposit | 6.350781889 | 0.11484819 Ld3IANGiRxCo22Rpcw21c594gWiXRqNn6sF |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:48 | USD | -0.0188813 | fee | | -110.1052576 | 0.00313125 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:48 | BTC | -0.274214 BTC-USD | transfer | | -0.271421376 | 0.00313125 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:48 | BTC | 0.01888129 BTC-USD | match | | 110.1052576 | 0.01888129 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:48 | USD | -108.56855 BTC-USD | match | | -108.5685504 | 0.2745262 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:42 | USD | -0.3459596 ETH-USD | match | | -102.5922637 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:42 | ETH | -0.306433 ETH-USD | fee | | -0.306433707 | 108.843103 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:42 | ETH | 102.144569 ETH-USD | match | | 102.1445689 | 109.149537 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:41 a723l7be2eeETH | ETH | 0.34595959 | transfer | deposit | 102.1562637 | 0.34595959 Ox27E3c9e66CCa3947e0f23348dAa0226c227Tf0bffa1 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:39 | ETH | -0.0210513 ETH-USD | fee | | -0.0210513337 | 7.00496776 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:39 | ETH | -0.0237667 ETH-USD | fee | | -0.0237667936 | -7.04786793 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:39 | ETH | 7.0171227 ETH-USD | match | | 7.0171227 | 7.0260191 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/28/2017 20:28 80ccc4ce34a | ETH | 0.2376668 | transfer | withdraw | 7.047867936 | 0.23766668 Ox27E3c9e66CCa3947e0f23348dAa0226c227Tf0bffa1 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | BTC | -0.1741946 | fee | | -968.5396057 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | USD | -0.256378 BTC-USD | fee | | -0.2563718017 | 711.815181 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | USD | -102.55121 BTC-USD | match | | -102.5512069 | 712.071559 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | USD | -0.25641 BTC-USD | fee | | -0.256409999 | 814.622766 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | BTC | 0.01755836 BTC-USD | match | | 97.62628105 | 0.03508518 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | BTC | 0.01755617 BTC-USD | fee | | 97.61410442 | 0.05264135 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | USD | -102.564 BTC-USD | match | | -102.5689994 | 917.443176 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | BTC | 0.01752682 BTC-USD | match | | 97.45091542 | 0.01752682 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | USD | -1.775078 BTC-USD | match | | -1.775077992 | 814.879176 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | BTC | -710.0312 BTC-USD | match | | -710.0311966 | 0.00900683 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | USD | 0.12155321 BTC-USD | match | | 675.8483048 | 1.78398482 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:38 | BTC | -102.37976 BTC-USD | match | | -102.3797642 | 0.1741956 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:37 | LTC | -0.3323522 LTC-USD | fee | | -18.3089021 | 917.699125 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:37 | LTC | 18.365709 LTC-USD | match | | 18.365709 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:37 0b | LTC | -0.0550973 LTC-USD | transfer | deposit | -0.0550973 | 1,020.13 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:37 | LTC | 0.33235217 | transfer | | 18.30890021 | 1,020.08 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.22 ETH-USD | match | | -65.16099742 | 0.33235217 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 0.195153 ETH-USD | fee | | -57.80165314 | 0.495153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.1598184 ETH-USD | fee | | -0.1598184 | 908.827117 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.044382 ETH-USD | fee | | -0.044382 | 926.527257 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 2.9584 ETH-USD | match | | 2.9584 | 929.485657 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 14.7905 ETH-USD | match | | 14.7905 | 944.267281 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.0088782 ETH-USD | fee | | -0.0088782 | 911.777639 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.0088752 ETH-USD | match | | -0.0088752 | 929.476781 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.05 ETH-USD | match | | -14.8093176 | 0.195153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 65.1112 ETH-USD | match | | 65.1112 | 855.909469 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -1.9799724 ETH-USD | match | | -1.9799724 | 791.197815 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 133.182 ETH-USD | fee | | 133.182 | 0.315153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.18 ETH-USD | match | | -53.33534335 | 0.305153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.01 ETH-USD | fee | | -2.961863519 | 0.245153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.01 ETH-USD | fee | | -2.961863519 | 1,001.77 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -2.23 ETH-USD | match | | -0.173155354 | 1.165153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 14.794 ETH-USD | match | | -660.4955648 | 926.571639 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 659.9908 ETH-USD | match | | 14.794 | 659.995787 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 53.2728 ETH-USD | match | | 659.9908 | 908.986935 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.45 ETH-USD | match | | 53.2728 | 0.715153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.05 ETH-USD | match | | -133.2838584 | 0.255153 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | 2.9594 ETH-USD | match | | -14.8093176 | 911.786517 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b04323a13f6c000ab | 10/26/2017 21:32 | ETH | -0.0443715 ETH-USD | fee | | -0.0443715 | 944.22291 |

APP0144

RYPTOFX_00000003

0x3a4d2ed4d3bb1d4ced1e85e33500005de2:

1:LUNz8F77zAbnjz2mKKwV2Fhwr8bM6f39e8

1H6dfiqG1mtdagmKKF5v6lVATGWTT5fqjU

| Account | Name | Date / Time | Currency | Description | Type | Txn | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 21:32 | USD | 57.7184513 ETH-USD | match | | 57.71845128 | 1,001.94 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 21:32 | USD | -0.1953336 ETH-USD | fee | | -0.1953336 | 855.714135 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 21:32 | ETH | -0.399546 ETH-USD | fee | | -0.399546 | 790.798269 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 2:48 3901d468421:ETH | ETH | 3.395153 | transfer | deposit | 1,005.60 | 3.395153 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 2:47 | ETH | 1.99979 | transfer | withdraw | -592.3105047 | 1.99999 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 2:46 98e10d4466r | LTC | 0.999774 | transfer | deposit | 592.3105047 | 0.999774 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/26/2017 2:46 | LTC | 0.999774 | transfer | withdraw | 55.07640403 | 0.999774 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:55 b8953ad1c7 | BTC | -0.0496866 | transfer | deposit | 55.07640403 | -0.0496866 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | USD | -119.6604 BTC-USD | match | | -2,944.44 | 2,859.46 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | USD | -2,766.29 BTC-USD | match | | -119.6604 | 6.9207163 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | BTC | 0.4623563 BTC-USD | match | | -2,766.29 | 0.49668664 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | BTC | -0.299151 BTC-USD | fee | | -2,740.92 | 2,859.17 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | USD | -85.738711083 BTC-USD | match | | -0.299151 | 2,773.43 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | BTC | 0.01433034 BTC-USD | match | | -85.73871083 | 0.03433034 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | BTC | -6.915729034 BTC-USD | fee | | 84.95255101 | 0.00498727 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | USD | 0.02 BTC-USD | fee | | -6.915729034 | 0.02 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/23/2017 0:51 | BTC | 0.02 BTC-USD | fee | | 118.5632037 | 2,773.21 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | BTC | -0.2143468 BTC-USD | fee | | -0.214346777 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | USD | -0.1196238 BTC-USD | fee | | -727.246475 | 2,979.12 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | USD | 717.7425 BTC-USD | match | | 717.7425 | 2,261.38 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | BTC | 0.05982 BTC-USD | match | | 0.05982 | 0.11963375 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | BTC | -9.97E-06 BTC-USD | match | | -0.060612103 | 0.11963372 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | BTC | -3.79E-06 BTC-USD | match | | -0.0230411 | 2,261.32 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | USD | 0.02274 BTC-USD | match | | 0.02274 | 2,261.30 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | USD | 0.00996 BTC-USD | match | | 0.00996 | 0.11963751 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | BTC | -1.66E-06 BTC-USD | match | | -0.01009185 | 0.11963917 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | BTC | -0.3768808 BTC-USD | match | | -2,291.23 | 2,261.29 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | USD | 2,261.28 BTC-USD | match | | 2,261.28 | 0.00517849 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 23:31 | USD | -7.2884537 BTC-USD | fee | | -7.288453732 | 7.29363222 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:36 | USD | -2,915.38 BTC-USD | match | | -2,915.38 | 0.49651996 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:36 | BTC | 0.49651996 BTC-USD | match | | 3,018.57 | 442.185472 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:36 | BTC | 180.842221 BTC-USD | match | | 180.8422214 | 2,643.05 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | 90.0774223 BTC-USD | match | | 90.0774228 | 172.244869 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | 172.239756 BTC-USD | match | | 172.239756 | 2,373.43 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | 61.1859136 BTC-USD | match | | 61.1859135 | 0.0424430 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.0308605 BTC-USD | match | | -187.6148256 | 2,553.42 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | 1380.14711 BTC-USD | match | | 1380.143710 | 0.0632481 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.0094931 BTC-USD | match | | -186.8901553 | 2,316.93 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | 1.875.20 BTC-USD | match | | 1.875.20 | 2,922.68 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.701389528 BTC-USD | fee | | -0.701389528 | 261.567634 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | 89.7533648 BTC-USD | match | | 89.7533648 | 2,312.24 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.701389528 BTC-USD | fee | | -0.701389528 | 2,373.28 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.1529648 BTC-USD | fee | | -0.152964784 | 2,923.38 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | 280.5558112 BTC-USD | match | | 280.5558112 | 2,552.97 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.4503593 BTC-USD | fee | | -0.450359276 | 0.1044307 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.32 BTC-USD | match | | -1,945.42 | 0.4706075 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.0293925 BTC-USD | match | | -178.6901949 | 441.733366 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.4521056 BTC-USD | match | | -0.452105553 | 0.4552912 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.15163 BTC-USD | match | | 93.11465962 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.00413 BTC-USD | fee | | -291.0627241 | 0.0938894 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.0478765 BTC-USD | match | | -63.47734737 | 0.0478765 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.0153716 BTC-USD | match | | -93.45085313 | 171.814269 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | BTC | -0.4309996 BTC-USD | fee | | -0.43059939 | 2,642.82 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.2251936 BTC-USD | fee | | -0.225193556 | 261.343251 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 19:34 | USD | -0.2243834 BTC-USD | match | | -0.224383412 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:45 | BTC | 0.5 | transfer | deposit | 3,039.72 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:45 | ETH | 0.5 | transfer | withdraw | -1,284.42 | 1,090.85 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | BTC | -0.211272 BTC-USD | match | | -172.5042645 | 0.211272 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | BTC | 0.18235172 BTC-USD | match | | 1,108.60 | 0.00511246 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | USD | -2.719237966 BTC-USD | fee | | -2.719237966 | |

APP0145

WYPTGFX_00000003

| Account | Name | Date/Time | Currency | Amount / Pair | Type | Action | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | USD | -0.4312607 BTC-USD | fee | | -0.4312606061 | 1,090.42 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | USD | -1,087.70 BTC-USD | match | | -1,087.70 | 2.72435043 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | BTC | 0.02892028 BTC-USD | match | | 175.8193577 | 0.02892028 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | LTC | -3.8014638 LTC-USD | match | | -3.801463808 | 1,263.36 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | USD | -22.26895 2 LTC-USD | match | | -1,301.68 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:44 | USD | 1,267.15 LTC-USD | transfer | withdraw | 1,267.15 | 1,267.16 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:42 | USD | -50 | fee | | -2,922.53 | 22.2698524 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:42 | USD | -12.353809 LTC-USD | match | | -12.3538957 | 0.00192324 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | USD | -4,117.94 LTC-USD | match | | -4,117.94 | 12.3557318 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | LTC | 72.2698524 LTC-USD | transfer | withdraw | 4,224.21 | 22.2698524 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | USD | -0.8333358 | fee | | -5,066.22 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | BTC | 0.6580883 4 BTC-USD | match | | 4,000.81 | 0.6580834 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | BTC | 0.1752474 1 BTC-USD | match | | 1,065.41 | 0.83333575 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | USD | -1,048.86 BTC-USD | match | | -1,048.86 | 4,132.91 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | USD | -2.6210481 34 | fee | | -2.621048134 | 4,130.29 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:41 | USD | -9.8466797 BTC-USD | match | | -9.846679692 | 5,181.17 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | BTC | -3.938.67 BTC-USD | match | | -3.938.67 | 5,191.62 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | -0.03 LTC-USD | match | | -1.753515626 | 160.632415 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | -0.0079101 LTC-USD | fee | | -0.009790138 | 4.3406977 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | 1.7103 LTC-USD | match | | 1.7103 | 1.71702624 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | 9,153.41 LTC-USD | match | | 9,153.41 | 9,157.75 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | -27.460234 LTC-USD | match | | -27.46023425 | 9,130.29 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | -0.0051309 LTC-USD | fee | | -0.0051309 | 1.71893534 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | LTC | -0.04625 LTC-USD | match | | -1.02906 | 160.586165 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | LTC | -160.58617 LTC-USD | match | | -9,386.35 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 16:38 | USD | 2.6367125 LTC-USD | transfer | | 2.6367125 | 4.34860784 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 100 | transfer | deposit | 5,845.05 | 160.662415 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -7.0691767 LTC-USD | match | | -7.069178688 | 742.937549 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -88.757025 LTC-USD | match | | -88.75702545 | 258.191742 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -343.02 LTC-USD | match | | -343.02 | 347.977827 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -0.1552897 LTC-USD | fee | | -0.155289675 | 690.997827 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 2.49636829 LTC-USD | match | | 145.9140269 | 60.6624152 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 0.12367349 LTC-USD | match | | 7.22877991 | 47.7083816 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 1.55273899 LTC-USD | match | | 90.7291775 | 56.1660469 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -142.7673 LTC-USD | fee | | -142.7673025 | 0.43502815 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -1.02906 LTC-USD | fee | | -1.02906 | 346.948767 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 0.90544036 LTC-USD | match | | 52.99264236 | 48.6138079 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 2 LTC-USD | match | | 116.9010418 | 58.1660469 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -51.763225 LTC-USD | match | | -51.763225 | 691.153117 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -0.0212075 LTC-USD | fee | | -0.02120753 | 742.945947 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -114.38 LTC-USD | fee | | -114.38 | 54.6138079 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 6 LTC-USD | match | | 350.7031253 | 0.00672624 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -0.428301 9 LTC-USD | fee | | -0.428301908 | 257.925471 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -0.2662711 LTC-USD | fee | | -0.266271076 | 143.202331 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | USD | -0.34314 LTC-USD | fee | | -0.34314 | 143.202331 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/22/2017 6:01 | LTC | 750 | transfer | deposit | 750 | 750.06726 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/20/2017 14:23 | USD | 47.5847081 LTC-USD | match | | 2,781.35 | 47.5847081 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/20/2017 14:23 | USD | -2,739.45 LTC-USD | match | | -2,739.45 | 8.22508101 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/20/2017 14:23 | LTC | -8.2183549 LTC-USD | match | | -8.218354934 | 0.0672607 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/20/2017 14:23 | USD | -45.79455 LTC-USD | fee | | -2,743.60 | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/20/2017 14:23 | USD | 2,747.67 LTC-USD | transfer | | 2,747.67 | 2,747.66 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/19/2017 4:22 | ETH 32ed9186144eTH | 0.35129472 | transfer | withdraw | -107.2375081 | 0x345402427f039c80f6f9a7590Ab3b7c8c618e9t | 0.35129472 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/19/2017 4:21 | ETH | -0.4978427 | transfer | deposit | 107.2375081 | | 0.35129472 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/19/2017 4:21 | ETH ad63b13affa1LTC | 0.49784268 | transfer | withdraw | -28.56398303 | 1WHttWoxcft9VQ8SCC1w8HjFXqASk4mRspFx | 45.79455503 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/19/2017 3:43 | LTC f5333330ea LTC | 45.79455503 | transfer | deposit | 28.56398303 | 46.292393 LRieqT65kHtU7qh4d42KYyunZx2tG1xtyY | 46.292393 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/13/2017 13:49 | BTC | -5.78E-06 | transfer | withdraw | 2,627.49 | | 45.79455503 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/13/2017 13:49 | BTC 38da83e4a8J BTC | -0.2153 | transfer | withdraw | -0.027696809 | 1D3WK8rpHmCf87smBJXJyHHvEVfQgmcDp | 0 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/12/2017 13:47 | BTC | 0.05530578 BTC-USD | match | | -600.4169855 | 0.00000578 | 0.12530578 |
| 52cd37b04323a13fec000ab | MAURICIO ANTONIO CHAVEZ | 10/12/2017 13:47 | USD | -0.71543288 BTC-USD | fee | | 265.0161988 | -0.715432805 | 0.00370835 |

APP0146
CRYPTOFX_00000003

| ID | Name | Surname | Date/Time | Cur | Transaction | Type | Action | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 13:47 | BTC | 0.07 BTC-USD | match | | 335.4284835 | 0.07 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 13:47 | USD | -0.9055148 BTC-USD | match | | -0.9055148 | 286.892263 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 13:47 | USD | -362.2059 BTC-USD | match | | -362.2059 | 287.799778 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 13:47 | USD | -286.1731219 BTC-USD | transfer | | -286.1731219 | 0.71914115 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 13:46 | USD | 650 | transfer | deposit | 650 | 650.003678 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 2:41 | ETH | -1.9539065 | transfer | withdraw | -587.4002905 | 0x486f7074e0d2202156004AfSCe773a794C4F2CC1 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/12/2017 2:40 | ETH | 1.95390649 | transfer | deposit | 587.4002905 | 1.95390649 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/11/2017 3:28 | BTC | -1 | transfer | | -4.815.91 | 1 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/11/2017 3:27 | BTC | 1 | transfer | deposit | 4.815.91 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/9/2017 3:03 | LTC | -59.760289 | transfer | withdraw | -3.170.52 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:54 | USD | -10.488606 LTC-USD | match | | -10.48860582 | 3.141.74 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:54 | USD | -3.132.30 LTC-USD | match | | -3.132.30 | 9.40358698 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:54 | LTC | 0.199479 LTC-USD | match | | 10.35150559 | 0.199479 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:54 | LTC | -0.03146817 LTC-USD | fee | | -0.03146817 | 3.141.70 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:54 | LTC | 59.5608104 LTC-USD | match | | 3.090.77 | 59.7602894 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -9.3969091 LTC-USD | match | | -9.39569057 | 0.00367782 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.01268 LTC-USD | fee | | -0.65799543 | 29.1125604 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.1 LTC-USD | match | | 0.6664608 | 29.1125604 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | 0.6664608 LTC-USD | match | | -5.18927084 | 29.2252404 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.0127 LTC-USD | match | | 0.6664608 | 105.622965 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.0019994 LTC-USD | match | | -0.659556324 | 58.2069204 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.0019994 LTC-USD | fee | | -0.0199382 | 105.60966 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -1 LTC-USD | match | | -51.89270844 | 58.2196304 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | 0.6681647 LTC-USD | match | | 0.6681647 | 102.337894 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | 1.519.98 LTC-USD | match | | 1.519.98 | 1.625.60 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | 52.58 LTC-USD | match | | 52.58 | 101.827469 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -4.5599479 LTC-USD | match | | -4.55994792 | 1.621.04 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -0.01999 LTC-USD | fee | | -0.0199002 | 1.626.95 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.05 LTC-USD | match | | -2.59463422 | 58.1569204 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.01268 LTC-USD | fee | | -0.65799543 | 58.1442404 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -28.919 LTC-USD | match | | -1.500.69 | 29.2252404 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.002045 LTC-USD | match | | -0.00200494 | 102.33589 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | -0.15774 LTC-USD | fee | | -0.15774 | 101.669729 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -29.11256 LTC-USD | match | | -1.510.73 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -4.5895951 LTC-USD | fee | | -4.58959144 | 3.152.22 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | 0.666334 LTC-USD | match | | 0.666334 | 1.626.95 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -0.00708855 LTC-USD | fee | | -0.00708855 | 104.956504 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | 1.529.87 LTC-USD | match | | 1.529.87 | 3.156.81 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | 5.256 LTC-USD | match | | 5.256 | 1.626.30 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | 2.6285 LTC-USD | match | | 2.6285 | 104.96439 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -0.015768 LTC-USD | fee | | -0.015768 | 1.626.28 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -48.39491 LTC-USD | match | | -48.74035989 | 59.2196304 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | LTC | 49.39491 LTC-USD | match | | 49.39491813 | 49.3956542 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | -0.1481848 LTC-USD | fee | | -0.148184754 | 49.2474694 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:52 | USD | 1 LTC-USD | match | | 51.89270844 | 49.2474694 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:47 | USD | 1 | transfer | deposit | 39.56357174 | 53.1590545 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:47 | USD | 0.762411 | fee | | -1.324486539 | 0.00073605 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:43 | LTC | -1.3244865 LTC-USD | match | | 435.724571 | 58.3966435 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:43 | LTC | 8.39664346 LTC-USD | match | | -441.4955131 | 1.32522259 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:43 | USD | -441.4955131 LTC-USD | transfer | deposit | -0.1 | 442.820736 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:42 | USD | -0.1 | transfer | withdraw | -435.4890477 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:41 | BTC | -0.1 BTC-USD | fee | | -1.1100725 | 442.920736 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:41 | USD | -1.1100725 BTC-USD | match | | 444.029 | 444.030808 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:41 | USD | 444.029 BTC-USD | match | | -435.4890477 | 0.1 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:38 | BTC | -0.1 | transfer | withdraw | -1.306.47 | 0.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:38 | BTC | -0.3 | transfer | withdraw | -2.177.45 | 0.5 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:37 | BTC | -0.5 | transfer | withdraw | -308.4421828 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:37 | ETH | 1 | transfer | deposit | 308.4421828 | 1 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:32 | BTC | -0.0223348 | transfer | withdraw | -97.26565137 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO | CHAVEZ | 10/8/2017 1:31 | LTC | -0.2701335 | transfer | withdraw | -14.01795688 | 50 |

APP0147
JRYPTOFX_00000003

| Account | Name | Date/Time | Cur | Amount | Type | Note | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:30 | USD | -0.470668 LTC-USD | fee | | -0.470667994 | 0.00180822 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:30 | USD | -156.88933 LTC-USD | match | | -156.8893315 | 0.47247621 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:30 | LTC | 2.98155324 LTC-USD | match | | 154.720873 | 50.2701335 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:29 | LTC | -100 | transfer | withdraw | -5,189.27 | 47.2885860 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:29 | LTC | -3 | transfer | withdraw | -155.6781253 | 147.28858 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:29 | USD | -0.47349 LTC-USD | fee | | -0.47349 | 157.361808 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:29 | USD | -3 LTC-USD | match | | -155.6781253 | 150.28858 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:27 | LTC | 157.83 LTC-USD | match | | 157.83 | 150.28858 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:27 | USD | -1.525423 LTC-USD | fee | | -1.525423729 | 157.835298 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:27 | LTC | 9.66314284 LTC-USD | match | | 501.446654 | 0.0052977 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:27 | USD | -508.47458 LTC-USD | match | | -508.4745762 | 153.28858 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -6.041874 LTC-USD | match | | -6.041874179 | 153.072143 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | LTC | 0.114828 LTC-USD | match | | 5.95836593 | 510.023423 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -0.018125 LTC-USD | match | | -0.018125623 | 143.625437 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -65.78931 LTC-USD | match | | -65.78893091 | 510.00298 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | LTC | -168.0264 LTC-USD | match | | -168.0264008 | 516.262694 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -236.98364 LTC-USD | match | | -236.9836416 | 1,348.04 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | LTC | 3.19320412 LTC-USD | match | | 165.7040104 | 1,110.55 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -526.2 LTC-USD | match | | -526.2 | 127.756482 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -0.197396 LTC-USD | fee | | -0.197396792 | 583.640225 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -0.504079 LTC-USD | fee | | -0.50407920 | 516.065297 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | LTC | -1.5786 LTC-USD | fee | | -1.5786 | 1,347.53 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | 1.25045478 LTC-USD | match | | 64.88948532 | 582.061625 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | LTC | 4.50368 LTC-USD | match | | 233.7081532 | 143.510617 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | 10 LTC-USD | match | | 518.9270844 | 132.260162 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/8/2017 1:26 | USD | -0.710950 LTC-USD | fee | | -0.710950925 | 142.260162 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/7/2017 14:07 | USD | 1,000 | transfer | deposit | 1,000 | 1,109.84 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/7/2017 14:07 | LTC | 517.3 LTC-USD | match | | 517.3 | 1,516.07 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/7/2017 14:07 | USD | -10 LTC-USD | match | | -521.5572929 | 517.617197 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 10/7/2017 14:07 | LTC | -1.5519 LTC-USD | fee | | -1.5519 | 124.563278 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/27/2017 6:13 | USD | -0.134596 LTC-USD | fee | | -0.134596211 | 516.065297 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/27/2017 6:13 | USD | -44.865404 LTC-USD | match | | -44.86540374 | 0.31719731 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/27/2017 6:13 | LTC | 1.06769692 LTC-USD | match | | 44.4827449 | 0.45179352 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | 133.49530 | transfer | | 6,015.01 | 134.563278 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | -133.49531 | transfer | | -6,015.01 | 133.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | LTC | -45.31719 | transfer | | -45.31719726 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | 45.31719 | transfer | | 45.3171973 | 45.3171973 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | LTC | 133.49530 | transfer | | 6,015.01 | 133.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | -45.31719 | transfer | | -45.3171973 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | 45.31719 | transfer | | 45.3171973 | 45.3171973 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | LTC | -133.4951 | transfer | | -6,015.01 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | -133.4951 | transfer | | -6,015.01 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | -0.462167 | transfer | | -0.462167257 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | LTC | 0.46216726 | transfer | | 6,015.01 | 133.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | 0.46216726 | transfer | | 0.462167257 | 45.3171973 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | -133.4951 | transfer | | -6,015.01 | 133.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:03 | USD | -133.4951 | transfer | | -6,015.01 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:02 | USD | -0.462167 | transfer | | -0.462167257 | 133.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:02 | USD | -0.13497 | fee | | -0.13497 | 44.85503 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:02 | LTC | 44.99 LTC-USD | match | | 44.99 | 45.4521673 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/25/2017 5:02 | USD | -45.05781 LTC-USD | match | | -45.05781244 | 133.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 2:33 | LTC | -1 LTC-USD | transfer | | -6,060.06 | 134.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 2:33 | USD | 44.99 LTC-USD | transfer | | 6,060.06 | 134.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 2:33 | USD | -0.462167 | transfer | | -0.462167257 | 0.46216726 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 2:33 | LTC | 0.46216726 | transfer | | 6,130.04 | 134.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 2:33 | USD | -134.4951 | transfer | | -6,130.04 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 2:33 | USD | 0.46216726 | transfer | | 0.462167257 | 0.46216726 |

APPO148

BRYPTOFX_00000003

| ID | Name | Date | Currency | Amount | Type | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 7:33 | USD | 0.46216726 | transfer | 0.462167257 | 0.46216726 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 7:33 | USD | -0.4621673 | transfer | -0.462167257 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 7:33 | LTC | -134.49531 | transfer | -6,130.44 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/13/2017 7:33 | LTC | 134.495308 | transfer | 6,130.44 | 134.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:59 | LTC | 134.495308 | transfer | 6,890.80 | 134.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:59 | LTC | -134.49531 | transfer | -6,890.80 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:59 | USD | 0.46216726 | transfer | 0.462167257 | 0.46216726 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:59 | USD | -0.4621673 | transfer | -0.462167257 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:58 | USD | 0.16726977 LTC-USD | fee | 8.569979543 | 133.67026 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:58 | USD | -0.024899 LTC-USD | fee | -0.024899778 | 41.1373413 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:58 | USD | -40.5535349 LTC-USD | match | -40.55351349 | 0.5838278 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:58 | USD | 8.2999126 LTC-USD | match | 8.299925987 | 41.1622411 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:58 | USD | -0.1216605 LTC-USD | fee | -0.12166054 | 0.46216726 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | USD | 0.81778161 LTC-USD | match | 41.87299761 | 134.495308 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | USD | -0.133947 LTC-USD | fee | -0.133947 | 49.4621671 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | LTC | -0.1 LTC-USD | match | -5.123447915 | 134.410757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | LTC | 44.649 LTC-USD | match | 44.649 | 49.5961141 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | LTC | -0.9 LTC-USD | match | -46.11103123 | 133.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | USD | 4.962 LTC-USD | match | 4.962 | 4.96200005 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | USD | -0.014886 LTC-USD | fee | -0.014886 | 4.94711405 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | LTC | -134.51076 | transfer | -6,891.59 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:57 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:55 | USD | 5.15E-08 | transfer | 5.15E-08 | 5.15E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:55 | USD | -5.15E-08 | transfer | -5.15E-08 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:55 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:55 | USD | 5.15E-08 | transfer | 5.15E-08 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:54 | USD | -5.15E-08 | transfer | -5.15E-08 | 5.15E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:54 | LTC | -134.51076 | transfer | -6,891.59 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:54 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:54 | USD | 5.15E-08 | transfer | 5.15E-08 | 5.15E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | 5.15E-08 | transfer | 5.15E-08 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | LTC | -134.51076 | transfer | -6,891.59 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | -5.00E-08 | transfer | -5.00E-08 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | 5.00E-08 | transfer | 5.00E-08 | 5.00E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | -5.15E-08 | transfer | -5.15E-08 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | 5.15E-08 | transfer | 5.15E-08 | 5.15E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | -5.15E-08 | transfer | -5.15E-08 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | LTC | 134.510757 | transfer | 6,891.59 | 134.510757 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | USD | 5.15E-08 | transfer | 5.15E-08 | 5.15E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 7/7/2017 5:53 | LTC | -134.51076 | transfer | -6,891.59 | 0 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | USD | 3.58958763 LTC-USD | match | 3.58958763 | 3.58958763 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | USD | -470.26 LTC-USD | match | -470.2599997 | 5.15E-08 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | LTC | 468.085437 LTC-USD | match | 468.085437 | 471.664256 |
| 52cd37b0432a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | LTC | -0.081363 LTC-USD | match | -3.622680119 | 145.149062 |

APP0149    ...RYPTOFX_00000003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | USD | -0.0107688 LTC-USD | fee | -0.0107688763 | 3.57281887 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | LTC | -10.638305 LTC-USD | match | -472.5080912 | 134.510757 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 6/22/2017 4:11 | USD | -1.4042563 LTC-USD | fee | -1.404256311 | 470.26 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 16:03 | USD | -3.35E-07 | transfer | -3.35E-07 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 16:01 | LTC | -0.0887758 LTC-USD | match | -1.925421738 | 145.230625 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 16:01 | USD | -0.0060181 LTC-USD | fee | -0.006018054 | 2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 16:01 | USD | 2.00601805 LTC-USD | match | 2.006018054 | 2.006018054 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 6:11 | USD | -1.9999997 | transfer | -1.999999665 | 3.35E-07 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 6:11 | USD | -4.61E-08 | transfer | -4.61E-08 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 6:11 | USD | -1.4065603 LTC-USD | fee | -1.406560319 | 4.61E-08 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 6:11 | USD | -468.85344 LTC-USD | match | -468.8534396 | 1.40656037 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 6:11 | LTC | 14.2772552 LTC-USD | match | 467.5510688 | 145.289401 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/25/2017 6:11 | USD | 470.26 | transfer | 470.26 | 145.289401 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:10 | USD | -2.83E-07 | transfer | -2.83E-07 | 470.26 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:10 | LTC | -0.1064389 LTC-USD | match | -2.662768157 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:06 | USD | -3 | transfer | -2.999999991 | 131.016846 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:06 | USD | 3.00902714 LTC-USD | match | 3.009027138 | 2.83E-07 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:06 | USD | -0.0090271 LTC-USD | fee | -0.009027081 | 3.00902735 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:06 | USD | -1.70E-08 | fee | -1.70E-08 | 3.00000027 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 14:06 | LTC | 25.07522 LTC-USD | match | 25.07522002 | 5.643E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:10 | USD | -2.06E-07 | transfer | -2.06E-07 | 25.07522257 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | -469.84268 | match | -469.8426949 | 2.06E-07 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | -25 | transfer | -24.99999979 | 2.17E-07 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | -0.8869905 LTC-USD | match | -22.18972922 | 131.123284 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | -5.00E-06 LTC-USD | fee | -5.00338E-06 | 132.010275 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | 0.00000566 LTC-USD | match | 0.00000566 | 0.00000566 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | -0.0725257 LTC-USD | fee | -0.07252566 | 25 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | -2.06E-07 | transfer | -2.06E-07 | 2.06E-07 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | 469.84268 | match | 469.8426849 | 84.4287307 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | -1.1604136 LTC-USD | fee | -1.160413613 | 148.104988 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | 386.804538 LTC-USD | match | 386.8045376 | 471.003009 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | 6.52510605 LTC-USD | match | 6.525106052 | 7.72510605 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | -0.0195753 LTC-USD | fee | -0.0195753318 | 7.70553073 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | 76.7232 LTC-USD | match | 76.7232 | 84.4287307 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | -0.2301696 LTC-USD | match | -5.6581468 | 148.104988 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | USD | -13.430713 LTC-USD | match | -335.5944711 | 132.010275 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 5/23/2017 13:07 | LTC | -2.664 LTC-USD | match | -66.64495502 | 145.440988 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2017 18:01 | USD | -1.41E-07 | transfer | -1.41E-07 | 1.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2017 18:01 | USD | 1.99999999 | transfer | 1.999999994 | 3.19999999 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2017 18:01 | LTC | 0.10165821 LTC-USD | match | 2.106740428 | 148.331162 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2017 18:01 | USD | -0.0059821 LTC-USD | fee | -0.005982053 | 1.20000014 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/27/2017 18:01 | LTC | -1.9940178 LTC-USD | match | -1.99401778 | 1.20598219 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/26/2017 10:44 | USD | -1.6 | transfer | -1.6 | 1.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/26/2017 10:44 | LTC | 1.6 LTC-USD | match | 1.6 | 2.8 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/26/2017 10:42 | USD | -0.1 LTC-USD | match | -1.493302082 | 148.195051 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/26/2017 10:42 | USD | -9.60E-08 | transfer | -9.60E-08 | 1.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | -0.0089731 LTC-USD | fee | -0.00897308 | 1.2000001 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | -2.9910268 LTC-USD | match | -2.991026814 | 1.20897318 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | LTC | 0.20387487 LTC-USD | match | 2.998601472 | 148.295051 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | 2.99999999 | transfer | 2.999999991 | 4.19999999 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | -1.48E-07 | transfer | -1.48E-07 | 1.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | LTC | 0.09915 LTC-USD | match | 1.48015692 | 146.519308 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | -23.449798 LTC-USD | match | -23.44979777 | 1.27034954 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | LTC | 1.57468689 LTC-USD | match | 23.50918346 | 148.094176 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | -0.0703394 LTC-USD | fee | -0.070349393 | 1.20000015 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 16:06 | USD | 25 | transfer | 24.99999999 | 26.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 15:07 | LTC | -1.4754264 LTC-USD | fee | -1.4754264 | 24.7245736 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 15:07 | USD | -0.0044263 LTC-USD | fee | -0.004426279 | 24.7201473 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 15:07 | USD | -1.08E-08 | transfer | -1.08E-08 | 1.2 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 15:07 | LTC | 28.744353 LTC-USD | match | 429.0873249 | 146.420153 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/25/2017 15:07 | USD | -0.04467 LTC-USD | fee | -0.04467 | 430.487433 |

APP0150   CRYPTOFX_00000003

| Name | ID | Date/Time | Cur | Amount | Type | Note | Value | Balance |
|---|---|---|---|---|---|---|---|---|
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | USD | -14.89 LTC-USD | match | | -14.89 | 430.532103 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | USD | -1.2840103 | fee | | -1.28401069 | 1.20000001 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | LTC | 1 LTC-USD | match | | 14.92770834 | 117.675799 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | LTC | 1.92691882 LTC-USD | match | | 28.76048214 | 116.675799 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | USD | -428.00342 LTC-USD | match | | -428.003423 | 2.48401028 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | USD | -28.691821 LTC-USD | match | | -28.69182123 | 445.508179 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:07 | USD | -0.0860755 LTC-USD | fee | | -0.08607564 | 445.422103 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | 471.442685 | transfer | | 471.442685 | 474.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -46.242685 | transfer | | -46.2436533 | 454.957315 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -25 | transfer | | -24.99999999 | 102.757315 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -187 | transfer | | -.187 | 267.957315 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -95 | transfer | | -.95 | 7.75731471 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -3 | transfer | | -2.99999991 | 252.75731 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -11 | transfer | | -.11 | 256.957315 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -125 | transfer | | -.125 | 127.75731 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -1.2 | transfer | | -1.2 | 255.75731 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -5 | transfer | | -4.99999995 | 2.75731471 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -500 | transfer | | -500 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | 500 | transfer | | 500 | 501.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | 500 | transfer | deposit | 500 | 500 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 15:06 | USD | -1.20E-07 | transfer | | -1.20E-07 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -4.9850447 LTC-USD | match | | -4.98504474 | 1.21495525 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | 4.99999999 | transfer | | 4.99999995 | 6.19999999 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -0.0149551 LTC-USD | match | | -0.01495134 | 1.20000012 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | LTC | 0.333671 LTC-USD | fee | | 4.98094337 | 114.74888 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -1.39E-07 | match | | -1.39E-07 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -94.715852 LTC-USD | match | | -94.7158523 | 1.4841477 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -0.2841476 LTC-USD | fee | | -0.28414557 | 1.20000034 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | LTC | 6.33974915 LTC-USD | match | | 94.63792626 | 114.415209 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | 95 | transfer | | 95 | 96.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -100 | transfer | | -100 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -100 | transfer | | -100 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | 100 | transfer | | 100 | 101.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | 100 | transfer | deposit | 100 | 100 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:24 | USD | -2.25E-08 | transfer | | -2.25E-08 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | 25 | transfer | | 24.99999999 | 26.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | LTC | -24.925204 LTC-USD | match | | -24.9252243 | 1.274775 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | LTC | 1.66835504 LTC-USD | match | | -24.90471745 | 108.40746 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | LTC | -24.9047175 LTC-USD | fee | | -0.04775673 | 1.20000002 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -0.0477567 | fee | | -1.47E-07 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -1.47E-07 | fee | | -0.3738784 | 1.20000034 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -0.3738784 LTC-USD | match | | -124.6261215 | 1.5738785 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -124.62612 LTC-USD | transfer | | 124.5235872 | 106.40710 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | LTC | 8.3417752 LTC-USD | match | | 125 | 126.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | 125 | transfer | | -150 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -150 | transfer | | -150 | 0 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -150 | transfer | | 150 | 151.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | 150 | transfer | | 150 | 150 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | 150 | transfer | deposit | -3.42E-08 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/25/2017 14:23 | USD | -3.42E-08 | transfer | | -1.45099175 | 2.74900824 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | -1.4509918 LTC-USD | match | | 1.26168865 | 97.9644177 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | 0.095147 LTC-USD | match | | -0.004091404 | 1.3767924 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | -0.0040914 LTC-USD | fee | | -0.00052871 | 1.20052874 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | -0.2762337 LTC-USD | fee | | 1.18509669 | 98.0537887 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | -0.0005287 LTC-USD | fee | | -0.00435297 | 2.74465527 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | USD | 0.089371 LTC-USD | match | | -1.3638014 | 1.38085381 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | USD | -0.004353 LTC-USD | match | | 0.15304073 | 98.0653299 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | -1.3638015 LTC-USD | match | | 2.99999999 | 4.19999999 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | LTC | 0.01154117 LTC-USD | transfer | | -3.2 | 1.2 |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 15:48 | USD | 2.99999999 | transfer | | | |
| MAURICIO ANTONIO CHAVEZ | 52cd37b0432a313f6cd000ab | 4/23/2017 9:20 | USD | -3.2 | transfer | | | |

APP0151
RYPTOFX_00000003

| ID | First | Last | DateTime | Cur | Amount | Type | Value1 | Value2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 9:20 | USD | 3.2 LTC-USD | match | 3.2 | 4.4 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 9:20 | LTC | -0.2 LTC-USD | transfer | -2.652083334 | 97.8692707 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 6:14 | USD | 1.2 | transfer | 1.2 | 1.2 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 6:07 | USD | -0.5573142 | transfer | -0.999999789 | 0.55731421 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 6:07 | USD | -0.9999998 | transfer | -0.999999789 | 0.55731421 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 6:07 | USD | -0.004686 LTC-USD | match | -0.004686 | 1.557314 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 6:07 | USD | -0.1 LTC-USD | match | -1.326041667 | 98.0692707 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/23/2017 6:07 | LTC | 1.562 LTC-USD | transfer | 1.562 | 1.562 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/19/2017 4:59 | USD | -9.08E-09 | transfer | -9.08E-09 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/19/2017 4:59 | USD | -9.08E-09 | transfer | -9.08E-09 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/19/2017 4:59 | USD | 9.08E-09 | transfer | 9.08E-09 | 9.08E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -2.91E-09 | fee | -2.91E-09 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | LTC | -0.0329013 LTC-USD | transfer | -0.032902296 | 2.91E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | 11 | transfer | 11 | 11 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -10.96709 LTC-USD | match | -10.9670987 | 0.0329013 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | LTC | 0.91631543 LTC-USD | match | 10.6903529 | 98.1692707 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -1.00E-07 | match | -1.00E-07 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | 10.83 LTC-USD | match | 126.3635375 | 92.5113543 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | LTC | 4.74170099 LTC-USD | match | 55.32577203 | 97.2530553 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -56.805578 LTC-USD | match | -56.80557786 | 0.17041683 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | LTC | -129.6351 LTC-USD | match | -129.6351 | 57.3649 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -0.3889053 LTC-USD | fee | -0.3889053 | 56.9759947 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -0.170416734 LTC-USD | fee | -0.170416734 | 1.00E-07 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | 187 | transfer | 187 | 187 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -1.69E-08 | transfer | -1.69E-08 | 1.69E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -0.604212128 LTC-USD | fee | -0.604212816 | 56.6940454 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -0.2930953 LTC-USD | fee | -0.29309526 | 202.008485 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | LTC | 8.1756 LTC-USD | match | 95.39221953 | 64.8696454 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | 300 | match | 300 | 300 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -201.00427 LTC-USD | match | -201.4042719 | 0.60421283 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | LTC | 16.811708 LTC-USD | match | 196.1576178 | 81.6813543 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:02 | USD | -97.69842 LTC-USD | match | -97.69842 | 202.30158 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:01 | USD | -3.56E-08 | fee | -3.56E-08 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:01 | USD | 0.99999995 | transfer | 0.999999954 | 1 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:01 | USD | -0.002991 LTC-USD | fee | -0.002991027 | 3.56E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:01 | LTC | 0.08343171 LTC-USD | match | 0.97347424 | 56.6940454 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/17/2017 3:01 | USD | -0.397008 LTC-USD | transfer | -0.397008935 | 0.00299106 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:28 | LTC | -56.610614 | transfer | -644.270063 | 56.610137 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:28 | USD | 4.00E-08 | transfer | -4.00E-08 | 4.31E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:28 | USD | 56.610137 | transfer | -4.00E-08 | 9.08E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:28 | USD | -4.00E-08 | transfer | 644.270063 | 56.610137 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:28 | USD | 4.00E-08 | transfer | -4.00E-08 | 3.06E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:28 | LTC | -56.610614 | transfer | 644.270063 | 4.91E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:25 | LTC | -56.610614 | transfer | -644.270063 | 56.610137 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:25 | USD | 56.610137 | transfer | 644.270063 | 56.610137 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:24 | USD | -4.00E-08 | transfer | -4.00E-08 | 9.08E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:24 | LTC | -56.610614 | transfer | -644.270063 | 3.06E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:24 | LTC | 56.610137 | transfer | 644.270063 | 4.00E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/15/2017 6:24 | USD | 4.00E-08 | transfer | 4.00E-08 | 4.31E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -9 | transfer | -8.999999992 | 226 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -45 | transfer | -44.99999999 | 181 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -9 | transfer | -4.999999995 | 176 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -4 | transfer | -3.999999998 | 126 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -31.913239 | transfer | -31.91323949 | 468 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -1 | transfer | -0.999999997 | 1.00000004 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO | CHAVEZ | 4/14/2017 22:56 | USD | -5 | transfer | -4.999999995 | 410 |

APP0152

ZVPTOPX_00000003

| Account | Name | Date/Time | Cur | Amount | Type | Deposit | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -45 | transfer | | -44.99999999 | 423 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | LTC | 43.114144 LTC-USD | match | | -490.6703936 | 56.6106137 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -24 | transfer | | -24 | 27 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -75 | transfer | | -75 | 335 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -1 | fee | | -0.999999997 | 4.31E-08 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -1.5042525 LTC-USD | match | | -1.5042524476 | 499.913239 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -75 | transfer | | -75 | 51 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -8 | transfer | | -7.99999995 | 415 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -1 | transfer | | -0.999999997 | 175 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -75 | transfer | | -0.999999997 | 235 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | 501.417492 LTC-USD | match | | 501.4174919 | 501.417492 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -45 | transfer | | -44.99999999 | 130 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -25 | transfer | | -24.99999999 | 2.00000004 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/14/2017 22:56 | USD | -25 | transfer | | -24.99999999 | 310 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | USD | -4.01E-10 | transfer | | -4.01E-10 | 4.01E-10 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | USD | -0.002991 LTC-USD | fee | | -0.002991027 | 1 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | USD | 1 | transfer | | 0.999999997 | 4.01E-10 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | LTC | -0.97009 LTC-USD | match | | -0.97008897 | 1 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | USD | 0.98909062 LTC-USD | match | | 0.948110526 | 0.00299103 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | LTC | 0.98909062 LTC-USD | match | | 0.948110526 | 99.724575 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | USD | -0.002991 LTC-USD | fee | | -0.002991027 | 0.00299103 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/11/2017 5:59 | USD | -4.01E-10 | transfer | | 0.999999997 | 1 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 19:28 | LTC | -8.33E-08 | transfer | | -8.33E-08 | 1 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 19:28 | USD | 25 | match | | 24.99999999 | 25 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 19:28 | USD | -24.95224 LTC-USD | fee | | -24.9522424 | 0.07477576 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 19:28 | USD | -0.074757 LTC-USD | match | | -0.074757673 | 8.33E-08 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 19:28 | LTC | 2.29725569 LTC-USD | match | | 22.7306715 | 25 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | -5 | fee | | -4.999999995 | 99.5269382 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | -18.08676 | transfer | | -18.0867604 | 18.0867604 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | -1.9132396 | transfer | | -1.913239586 | 23.0867604 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | 25 | transfer | | 25 | 9.08E-09 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | -25 | transfer | | -25 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | -25 | transfer | deposit | -25 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 16:06 | USD | -2.01E-09 | transfer | | -2.01E-09 | 2.01E-09 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:46 | USD | -0.0717846 LTC-USD | fee | | -0.071784646 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:46 | LTC | 2.02781486 LTC-USD | match | | 20.08459434 | 97.2298826 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:46 | LTC | -23.928215 LTC-USD | match | | -23.92821535 | 0.07178465 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:46 | USD | -1.066e-07 | transfer | | -1.066e-07 | 24 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | -0.224327 LTC-USD | fee | | -0.224327019 | 1.06E-07 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | LTC | -74.75673 LTC-USD | match | | -74.77567287 | 0.22432712 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | LTC | 6.33692143 LTC-USD | match | | 62.70185724 | 95.2018677 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | 75 | transfer | | 75 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | -30 | transfer | | -30 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | -26.91324 | transfer | | -26.91323971 | 73.0867603 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | -43.08676 | transfer | | -43.0867603 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | 100 | transfer | deposit | 100 | 100 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | -100 | transfer | | -100 | 100 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 14:45 | USD | 100 | transfer | | 100 | 9.08E-09 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -9.70E-08 | transfer | | -9.70E-08 | 100 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -1.3568961 LTC-USD | match | | -1.356896471 | 2.64310353 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | LTC | 0.11637191 LTC-USD | match | | 1.15163683 | 88.6394845 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | 4 | transfer | | 3.999999998 | 4 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.0040707 LTC-USD | fee | | -0.004007069 | 9.70E-08 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.0078934 LTC-USD | fee | | -0.007893418 | 0.00783951 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | 0.22546181 LTC-USD | match | | 2.230874152 | 88.8649463 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | LTC | -2.6311393 LTC-USD | match | | -2.631139323 | 0 |
| 52cd37b0432a3a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -8.02E-08 | transfer | | -8.02E-08 | |

APP0153

WYFOFX_00000003

| Account | Name | Date/Time | Currency | Amount (Market) | Type | Note | Value | Balance |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.0162066 LTC-USD | fee | | -0.0162062584 | 39.5815988 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | LTC | 0.80689 LTC-USD | match | | 7.98392394 | 86.0349941 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | LTC | 0.81163057 LTC-USD | match | | 0.8077098 | 85.2281041 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | LTC | 0.46331 LTC-USD | match | | 4.58430664 | 85.1464735 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.0028579 LTC-USD | fee | | -0.0028578868 | 38.6261122 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.0028734 LTC-USD | fee | | -0.0028734026 | 29.1733635 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -9.4244752 LTC-USD | match | | -9.4244752 | 29.201637 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | LTC | 2.48811849 LTC-USD | match | | 24.6191491 | 88.5231125 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.9526288 LTC-USD | match | | -0.952628752 | 38.6289701 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -0.0872583 LTC-USD | fee | | -0.087258315 | 8.02E-08 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -5.4021946 LTC-USD | match | | -5.4021946 | 39.5978054 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | -29.086105 LTC-USD | match | | -29.08610515 | 0.0873284 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:30 | USD | 45 | transfer | | 44.99999999 | 45 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:29 | USD | 23.08676 | transfer | deposit | 23.08676011 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:29 | USD | -4 | transfer | | -3.99999998 | 23.0867601 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:29 | USD | -22.91324 | transfer | | -22.91323989 | 27.0867601 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:29 | USD | 1 | transfer | | 0.999999997 | 1 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 3:29 | USD | -1.16E-07 | transfer | | -1.16E-07 | |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 2:06 | USD | -4.985044745 LTC-USD | match | | -4.985044745 | 0.01495525 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 2:06 | USD | -0.0149551 LTC-USD | fee | | -0.01495134 | 1.16E-07 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 2:06 | USD | 4.99999999 LTC-USD | match | | 4.99999995 | 4.99999999 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 2:06 | LTC | 0.39595272 LTC-USD | transfer | | 3.917828428 | 84.6033389 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:49 | USD | -6.98E-08 LTC-USD | transfer | | -6.98E-08 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:49 | USD | -44.865040371 LTC-USD | match | | -44.865040371 | 0.13459628 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:49 | LTC | 3.56357456 LTC-USD | match | | 35.26045664 | 84.2073862 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:49 | USD | 45 | transfer | | 44.99999999 | 45 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:49 | USD | -0.1345962 LTC-USD | transfer | | -0.134596211 | 6.98E-08 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | -22.91324017 | transfer | | -22.91324017 | 27.0867598 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | -27.08675983 | transfer | | -27.08675983 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | 50 | transfer | | 50 | 50 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | 50 | transfer | deposit | 50 | 50 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | -4.96E-08 | transfer | | -4.96E-08 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | 8.99999999 LTC-USD | match | | 8.99999992 | 8.99999999 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:48 | USD | -0.026919242 LTC-USD | fee | | -0.026919242 | 4.96E-08 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | LTC | 0.714986551 LTC-USD | match | | 7.074568081 | 80.6438116 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | USD | -8.973080701 LTC-USD | match | | -8.973080701 | 0.02691929 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | USD | -1.19E-07 LTC-USD | transfer | | -1.19E-07 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | USD | -74.77567286 LTC-USD | match | | -74.77567286 | 0.22432714 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | LTC | 5.94874088 LTC-USD | match | | 58.86039201 | 79.9288251 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | USD | -0.224327019 LTC-USD | transfer | | -0.224327019 | 1.19E-07 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | USD | 75 | transfer | | 75 | 75 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:44 | USD | -7.08675966 | transfer | | -7.08675966 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:39 | USD | -42.91324034 | transfer | | -42.91324034 | 7.08675966 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:39 | USD | -24.92522423 LTC-USD | match | | -24.92522423 | 0.07477577 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:39 | USD | 25 | transfer | deposit | 24.99999999 | 25 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:39 | USD | -4.84E-08 | transfer | | -4.84E-08 | 0 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | -0.0747757 LTC-USD | fee | | -0.074775673 | 9.38E-08 |
| 52cd37b0d323a13f6cd00dab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | LTC | 1.97662365 LTC-USD | match | | 19.55807332 | 73.9800842 |

APPO154

KRYPTOFX_00000003

| Account | Name | Date | Cur | Amount | Note | Type | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | LTC | 5.92987097 LTC-USD | | match | 58.67422014 | 72.0034606 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | -74.775673 LTC-USD | | match | -74.77567293 | 0.22432707 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | 75 | | transfer | 75 | 75 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | -0.224327 USD | | fee | -0.224327019 | 4.84E-08 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | -50 | | transfer | -50 | 0 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | -50 | | transfer | -50 | 50 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | -50 | | transfer | -50 | 9.08E-09 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:33 | USD | 50 | deposit | transfer | 50 | 50 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | -8.77E-08 | | transfer | -8.77E-08 | 0 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | 4.99999999 | | transfer | 4.99999999 | 4.99999999 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | -0.0003774 LTC-USD | | fee | -0.0003774 | 4.87382259 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | -0.01457777 LTC-USD | | match | -0.01457734 | 8.77E-08 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | -0.1258 LTC-USD | | match | -0.1258 | 4.87419999 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | 0.01 LTC-USD | | match | 0.09894875 | 65.6873222 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | LTC | 3.8626747 LTC | | match | 3.82199506 | 66.0735896 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:28 | USD | -4.8592448 LTC-USD | | match | -4.8592447 | 0.01457782 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:24 | USD | -4.33E-08 | | transfer | -4.33E-08 | 8 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:24 | USD | 8 | | match | 7.99999995 | |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:24 | LTC | 6.3402796 LTC-USD | | match | 6.273508528 | 65.6773222 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:24 | USD | -0.0239282 USD | | fee | -0.023928215 | 65.6773222 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:24 | USD | -7.9760717 LTC-USD | | match | -7.9760717 | 0.02392826 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | USD | -3.01E-08 | | transfer | -3.01E-08 | |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | LTC | 0.01 LTC-USD | | match | 0.09894875 | 61.4640539 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | USD | 45 | | transfer | 44.99999999 | 45 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | LTC | 3.5792403 LTC-USD | | match | 35.41546424 | 65.0432942 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | USD | -0.1249 LTC-USD | | match | -0.1249 | 44.8751 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | USD | -0.1342215 LTC-USD | | fee | -0.134221511 | 3.01E-08 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:22 | USD | -0.0003747 LTC-USD | | fee | -0.0003747 | 44.8747253 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:20 | USD | -44.7405037 LTC-USD | | match | -44.7405037 | 0.13422154 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:20 | USD | -4.77E-08 | | transfer | -4.77E-08 | 0 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:20 | LTC | 4.0137237 LTC-USD | | match | 39.71454191 | 61.4540539 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:20 | USD | -49.850449 LTC-USD | | match | -49.8504486 | 0.14955139 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:20 | USD | -0.1495513 LTC-USD | | fee | -0.149551346 | 4.77E-08 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:20 | USD | 50 | | transfer | 50 | 50 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:19 | USD | -50 | | transfer | -50 | 0 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:19 | USD | -50 | | transfer | -50 | 9.08E-09 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:19 | USD | 50 | deposit | transfer | 50 | 50 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:19 | USD | -1.10E-07 | | transfer | -1.10E-07 | |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:06 | USD | -0.0149551 LTC-USD | | fee | -0.0149551 | 1.10E-07 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:06 | LTC | 0.39880358 LTC-USD | | match | 3.94036797 | 57.4403302 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:06 | USD | -4.9850448 LTC-USD | | match | -4.9850475 | 0.01495524 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:06 | USD | 4.99999999 | | transfer | 4.99999995 | 4.99999999 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:05 | USD | -6.24122 | | transfer | -6.24122 | |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:05 | USD | 6.26 LTC-USD | | match | 6.26 | 6.26 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:05 | USD | -0.01878 LTC-USD | | fee | -0.01878 | 6.24122 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:05 | USD | -5.62E-08 | | match | -5.62E-08 | 57.0415266 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 1:05 | LTC | 3.5834987 LTC-USD | | match | 35.45759978 | 57.5415266 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -0.1345962 LTC-USD | | fee | -0.134596211 | 5.62E-08 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -44.865404 LTC-USD | | match | -44.86540372 | 0.13459627 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | 45 | | transfer | 44.99999999 | 45 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | 50 | | transfer | 50 | 50 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -50 | | transfer | -50 | 0 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -25 | | transfer | -25 | |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -25 | | transfer | -25 | 25 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -25 | | transfer | -25 | 9.08E-09 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:54 | USD | -25 | deposit | transfer | -25 | 25 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:53 | USD | 6.26 LTC-USD | | transfer | 6.26 | 6.26 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:23 | USD | -0.01878 LTC-USD | | transfer | -0.01878 | 6.24122 |
| 52cd37b0433a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:23 | LTC | 2.32042429 LTC-USD | | match | 22.95987321 | 53.9580279 |

APP0155

SWYFTGFX_00000003

| ID | Name | Date/Time | Currency | Amount | Type | Deposit | Value 1 | Value 2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:23 | USD | -0.0897308 LTC-USD | fee | | -0.08973087 | 9.22E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:23 | USD | -29.910269 LTC-USD | match | | -29.9102691 | 0.0897309 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:23 | USD | 30 | transfer | | 30 | 30 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:23 | USD | -5.47E-08 | transfer | | -5.47E-08 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | LTC | 11.3148778 LTC-USD | match | | 11.31148583 | 51.6376036 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | 50 | transfer | | 50 | 50 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | -0.1051385 LTC-USD | fee | | -0.105138501 | 14.8486947 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | LTC | 2.70626771 LTC-USD | match | | 26.7776327 | 50.4944158 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | -35.046167 LTC-USD | match | | -35.0461684 | 14.9538332 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | -14.80428 LTC-USD | match | | -14.80428175 | 0.0444129 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | -0.044412 LTC-USD | fee | | -0.044412845 | 5.47E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | -50 | transfer | | -50 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:22 | USD | -50 | transfer | | -50 | 9.08E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:21 | USD | -50 | transfer | | -50 | 50 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:21 | USD | 50 | transfer | | 50 | 50 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:21 | USD | -7.36E-08 | transfer | | -7.36E-08 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:21 | USD | 4 | transfer | deposit | 3.999999998 | 4 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | USD | -0.0119641 LTC-USD | fee | | -0.011964107 | 7.36E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | LTC | 0.30724467 LTC-USD | match | | 3.00089995 | 47.7881481 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | USD | -3.9880358 LTC-USD | match | | -3.9880358 | 0.01196418 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | USD | -8.02E-08 | fee | | -8.02E-08 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | LTC | -49.850449 LTC-USD | match | | -48.85004857 | 0.14955143 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | USD | 50 | match | | 50 | 50 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | LTC | 3.83460989 LTC-USD | match | | 37.94266232 | 47.4809034 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | USD | -0.1495513 LTC-USD | fee | | -0.149551346 | 8.02E-08 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | USD | -1.29E-07 | transfer | | -1.29E-07 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:20 | LTC | 2.29373229 LTC-USD | match | | 22.69576421 | 43.6462536 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:19 | USD | -0.0897308 LTC-USD | fee | | -0.08973087 | 1.29E-07 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:19 | USD | -29.910269 LTC-USD | match | | -29.91026906 | 0.08973094 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:19 | USD | -25 | transfer | | -25 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:19 | USD | -25 | transfer | | -25 | 9.08E-09 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:19 | USD | -25 | transfer | | -25 | 25 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:19 | USD | 25 | transfer | | 25 | 25 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:17 | USD | -1.21E-07 | transfer | | -1.21E-07 | 0 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:17 | USD | -249.25224 LTC-USD | match | deposit | -249.2522431 | 0.74775685 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:17 | USD | 249.154461 | transfer | | 249.1544614 | 250 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:17 | LTC | 19.0268888 LTC-USD | match | | 188.2651186 | 41.3525213 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:17 | USD | -0.747756729 LTC-USD | fee | | -0.747756729 | 1.21E-07 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -0.1307 LTC-USD | match | | -0.1307 | 293.583746 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | 0.15708 LTC-USD | match | | 39.57874999 | 293.583746 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | 0.01 LTC-USD | fee | | 0.098946875 | 0.01 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -0.15708 LTC-USD | match | | -0.15708 | 33.0862003 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | 4 LTC-USD | match | | 39.57874999 | 19.87 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | 24.5563247 LTC-USD | match | | 24.2977159 | 22.3256325 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | 0.01 LTC-USD | fee | | 0.098946875 | 0.02 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -0.1308 LTC-USD | match | | -0.1308 | 293.452554 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | 0.01 LTC-USD | fee | | 0.098946875 | 0.03 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | -0.0003924 LTC-USD | fee | | -0.0003924 | 293.452162 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -0.0964327 LTC-USD | fee | | -0.096432687 | 0.84553859 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -154.8672 LTC-USD | match | | -154.8672 | 138.584962 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -52.36 LTC-USD | fee | | -52.36 | 33.2432803 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | 11.84 LTC-USD | match | | 117.1531 | 11.87 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -52.36 LTC-USD | fee | | -52.36 | 85.7603603 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -32.144229 LTC-USD | match | | -32.14422903 | 0.94197128 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | -0.0003921 LTC-USD | fee | | -0.0003921 | 293.714446 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | -0.0003921 LTC-USD | fee | | -0.0003921 | 293.583354 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -0.15708 LTC-USD | fee | | -0.15708 | 85.6032803 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | LTC | -0.4646016 LTC-USD | fee | | -0.4646016 | 138.12036 |
| 52cd37b0d323a13f6cd000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 0:16 | USD | -0.1307 LTC-USD | match | | -0.1307 | 293.714839 |

APP0156

OVPTOFX_00000003

| Hash | Name | Date/Time | Currency | Amount | Type | Note | Value1 | Value2 |
|------|------|-----------|----------|--------|------|------|--------|--------|
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -3.9999999 | transfer | | -3.9999999887 | 100 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | 294.729728 | transfer | | 294.7297277 | 294.729728 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -7 | transfer | | -6.999999998 | 137 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -0.0364095 | transfer | | -0.0364095 | 12.1100905 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -49.999995 | transfer | | -49.99999489 | 144 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -0.8841892 LTC-USD | fee | | -0.884189183 | 293.845539 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | 4 | transfer | | -3.999999998 | 108 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -100 | match | | -99.99999999 | 3.43E-08 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | LTC | -0.93 LTC-USD | transfer | | -9.200059372 | 36.5933262 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | 4 | fee | | -3.999999956 | 104 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | -0.547341 LTC-USD | match | | -0.547341738 | 193.999995 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | LTC | -13.991353 LTC-USD | match | | -138.4400678 | 22.601973 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | LTC | -22.601973 LTC-USD | match | | -223.6394594 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:16 | USD | 12.1365 LTC-USD | match | | 12.1365 | 12.1365 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:15 | USD | -25 | transfer | | -24.99999999 | 112 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | 182.447246 LTC-USD | match | | 182.447246 | 194.547336 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -25 | transfer | | -25 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -25 | transfer | | -25 | 9.08E-09 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | 25 | transfer | | 25 | 25 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | 25 | transfer | deposit | 25 | 25 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -7.16E-08 | transfer | | -7.16E-08 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -0.291027 LTC-USD | fee | | -0.299102692 | 7.16E-08 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | 100 | match | | 99.99999999 | 100 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -99.700897 LTC-USD | match | | -99.70089723 | 0.29910276 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | LTC | 7.66340486 LTC-USD | match | | 75.82699625 | 37.5233262 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -49.999995 | transfer | | -49.99999497 | 25.000005 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:12 | USD | -25.000005 | transfer | | -25.00000503 | 25.000005 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:11 | USD | -75 | transfer | | -75 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:02 | USD | 75 | transfer | | 75 | 9.08E-09 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:02 | USD | 75 | transfer | deposit | 75 | 75 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:02 | USD | -3.15E-08 | transfer | | -3.15E-08 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:02 | USD | -0.011641 LTC-USD | fee | | -0.011964108 | 3.15E-08 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:02 | USD | -3.9880359 LTC-USD | match | | -3.988035859 | 0.01196414 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:02 | USD | 4 | transfer | | 3.999999998 | 4 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:00 | LTC | 0.30350349 LTC-USD | transfer | | 3.003072188 | 29.8599213 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:00 | USD | -1.16E-07 | fee | | -1.16E-07 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:00 | LTC | 3.09315006 LTC-USD | match | | 3.058943233 | 29.556419 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:00 | USD | 3.99999987 | transfer | | 3.99999987 | 4 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:00 | USD | -3.9980341 LTC-USD | match | | -0.011964107 | 1.16E-07 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/6/2017 0:00 | LTC | -3.980358 LTC-USD | match | | -3.980357741 | 0.01196422 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:59 | LTC | 0.3086715 LTC-USD | match | | 2.80222265 | 29.272678 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:59 | USD | -0.011641 LTC-USD | fee | | -0.011964107 | 1.10E-07 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:59 | USD | 3.99999996 | transfer | | 3.999999956 | 4 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:58 | LTC | 0.54566558 LTC-USD | match | | 4.950200935 | 28.9385963 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:58 | USD | -0.0209372 LTC-USD | transfer | | -0.020937188 | 4.19E-08 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:58 | LTC | -6.9790628 LTC-USD | transfer | | -6.970062768 | 0.02093723 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:58 | USD | 7 | transfer | | 6.999999998 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:48 | USD | -1.26E-07 | transfer | | -1.26E-07 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:47 | USD | -24.925224 LTC-USD | fee | | -24.92522419 | 0.0747758 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:47 | USD | -0.074757 LTC-USD | fee | | -0.074775673 | 1.26E-07 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:47 | LTC | 1.90559818 LTC-USD | match | | 17.28734849 | 28.3929307 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:47 | USD | 25 | transfer | | 24.99999999 | 25 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | USD | -2.41E-09 | transfer | | -2.41E-09 | 0 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | LTC | 5 LTC-USD | match | | 45.35937501 | 23.9496144 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | LTC | -66 LTC-USD | match | | -66 | 34 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | LTC | -33.700897 LTC-USD | match | | -33.7008973 | 0.10110269 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | USD | 100 | transfer | | 99.99999999 | 100 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | USD | -0.1011027 LTC-USD | fee | | -0.101102692 | 2.41E-09 |
| 52cd37b04323a136fcc000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | USD | -0.198 LTC-USD | fee | | -0.198 | 33.802 |

APP0157

| ID | Name | Date | Currency | Amount | Pair | Type | Note | Val1 | Val2 |
|---|---|---|---|---|---|---|---|---|---|
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:45 | LTC | 2.53771817 | LTC-USD | match | | 23.02186203 | 26.4873325 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:44 | USD | -5.12E-08 | | transfer | | -5.12E-08 | 0 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:44 | USD | -49.850449 | LTC-USD | match | | -49.8504486 | 0.1495514 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:44 | USD | -0.1495513 | LTC-USD | fee | | -0.1495513 | 5.12E-08 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:44 | USD | 49.9999953 | | transfer | | 49.9999953 | 50 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | LTC | 3.74815403 | LTC-USD | match | | 34.0027485 | 18.9496244 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | LTC | 11.4951073 | LTC-USD | match | | 104.2821765 | 15.2014603 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | USD | -0.448654 | LTC-USD | match | | -0.448654038 | 4.69641E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | USD | -149.55135 | LTC-USD | match | | -149.5513458 | 0.44865073 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | USD | 150 | | transfer | | 150 | 150.00005 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | USD | -150 | | transfer | | 150 | 150 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:39 | USD | 150 | | transfer | deposit | 150 | 150 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:37 | LTC | -4.9850448 | LTC-USD | match | | -4.985044785 | 0.01495971 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:37 | USD | 0.3706353 | LTC-USD | fee | | 3.62357113 | 3.70653304 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:37 | USD | -0.0149551 | LTC-USD | fee | | -0.01495134 | 4.5768E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:37 | USD | -0.0149551 | LTC-USD | fee | | -0.014955134 | 5.000045 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:37 | LTC | 0.3706353 | LTC-USD | match | | 3.62357113 | 5.01495963 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:37 | USD | -0.1196411 | LTC-USD | match | | -0.119641076 | 3.33571774 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:36 | LTC | -39.880359 | LTC-USD | match | | -39.88035882 | 10.0000044 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:36 | USD | 2.96508244 | LTC-USD | match | | 26.88885727 | 10.1196455 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:36 | USD | 50 | | transfer | | 50 | 2.96508244 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:36 | USD | -50 | | transfer | | -50 | 50.0000043 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:36 | USD | 50 | | transfer | deposit | 50 | 50 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:35 | USD | -4.31E-06 | | transfer | | -0.00000431 | 9.08E-09 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 4/5/2017 23:35 | USD | 0.00000431 | | transfer | | 0.00000431 | 0.00000431 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/14/2017 13:54 | USD | -11.096689 | BTC-USD | match | | -11.09668935 | 0.02774604 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/14/2017 13:54 | USD | 0.0087963 | BTC-USD | match | | 11.08463262 | 0.02233481 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/14/2017 13:53 | BTC | -0.027417 | BTC-USD | fee | | -0.027741723 | 4.3191E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/14/2017 13:53 | USD | -0.009796 | BTC-USD | fee | | -0.009973643 | 11.1244603 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/14/2017 13:53 | BTC | -2.493E-05 | BTC-USD | match | | -2.4934E-05 | 11.1244354 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/3/2017 7:12 | BTC | 0.00000798 | BTC-USD | match | | 0.009962727 | 0.01345618 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/3/2017 7:12 | USD | -12.7384 | BTC-USD | match | | -12.7384 | 11.11628 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 11:51 | BTC | -0.031846 | BTC-USD | fee | | -0.031846 | 11.134434 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 11:51 | USD | 12.0029 | BTC-USD | transfer | | 12.89707016 | 0.0134482 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 11:51 | BTC | 0.01 | BTC-USD | match | | 12.0029 | 23.90468 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:23 | BTC | 11.9316 | BTC-USD | match | | -12.27340055 | 0.0034982 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:23 | USD | -0.01 | BTC-USD | match | | -12.27340055 | 0.0223483 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:23 | USD | -0.029829 | BTC-USD | fee | | -0.029829 | 11.90178 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:19 | BTC | -0.0295603 | BTC-USD | match | | -0.0295603 | 8.89666E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:19 | USD | 0.0098051 | BTC-USD | fee | | 12.11895974 | 0.024482 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:19 | BTC | -11.81441 | BTC-USD | match | | -11.81441201 | 0.029545 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:17 | USD | -0.028578 | BTC-USD | match | | -0.0285775 | 11.843957 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:17 | BTC | 0.01 | BTC-USD | fee | | 12.27340055 | 0.01355769 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:14 | USD | -11.9431 | BTC-USD | match | | -0.2984575 | 23.8169148 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:14 | BTC | 11.9383 | BTC-USD | match | | 11.9383 | 23.8467605 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:14 | USD | -0.01 | BTC-USD | fee | | -12.27340055 | 0.01355769 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:14 | USD | -0.028846 | BTC-USD | match | | -12.27340055 | 11.9084605 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:13 | USD | 11.9383 | BTC-USD | match | | -0.2984575 | 11.9383063 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:13 | BTC | 0.0035577 | BTC-USD | fee | | 11.9383 | 0.0106248 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:13 | USD | -4.2474194 | BTC-USD | match | | -4.24741936 | 0.02355769 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:13 | BTC | 0.00355769 | BTC-USD | match | | 4.36647094 | 6.2518E-06 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | USD | -0.0106185 | BTC-USD | fee | | -0.010618548 | 4.25804416 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | BTC | -0.029847 | BTC-USD | fee | | -0.029847 | 0.02 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | BTC | 0.01 | BTC-USD | transfer | | 12.27340055 | 4.28789116 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | USD | -11.9388 | BTC-USD | match | | -11.9388 | 16.2565384 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | USD | -11.9389 | BTC-USD | match | | -11.9389 | 16.2266912 |
| 52cd37b04323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | USD | -0.0298473 | BTC-USD | fee | | -0.0298473 | |

APP0168

XYPTOFX_00000003

| ID | Name | Date | Cur | Amount | Type | Type2 | Value1 | Value2 |
|---|---|---|---|---|---|---|---|---|
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:12 | BTC | 0.01 BTC-USD | match | | 12.27334055 | 0.01 |
| 52cd37b0432323a13f6c000aa | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:05 | BTC | -0.036584 BTC-USD | match | | -29.03674773 | 0 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:05 | USD | -0.0706652 BTC-USD | fee | | -0.070065245 | 28.1954384 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 3/1/2017 7:05 | USD | 28.266098 BTC-USD | match | | 28.26609804 | 28.2661037 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/7/2017 23:28 | BTC | 0.012273696 BTC-USD | match | | 10.60116281 | 0.02365839 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/7/2017 23:28 | USD | -0.0287852 BTC-USD | fee | | -0.028785211 | 5.6192E-06 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/7/2017 23:28 | BTC | -11.514084 BTC-USD | match | | -11.51408447 | 0.02879083 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:58 | USD | 11.5718 BTC-USD | match | | 11.5718 | 11.5718048 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:58 | BTC | -0.01 BTC-USD | match | | -11.47418755 | 0.01092143 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:58 | USD | -0.0289295 BTC-USD | fee | | -0.0289295 | 11.5428753 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:58 | USD | -11.492369 BTC-USD | match | | -11.49328923 | 0.02873577 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:58 | BTC | -0.028731 BTC-USD | fee | | -0.028730973 | 4.8007E-06 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:58 | BTC | 0.0099143 BTC-USD | match | | 11.38403486 | 0.00209143 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:57 | BTC | -0.01 BTC-USD | match | | -11.47418755 | 0.011 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:57 | USD | -0.028875 BTC-USD | fee | | -0.028875 | 11.521125 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:57 | USD | 11.55 BTC-USD | match | | 11.55 | 11.55 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:56 | BTC | 0.01 | transfer | deposit | 11.47418755 | 0.021 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:48 | BTC | 0.01 | transfer | deposit | 11.47418755 | 0.011 |
| 52cd37b0432323a13f6c000ab | MAURICIO ANTONIO CHAVEZ | 1/5/2017 6:13 | BTC | 0.001 | transfer | deposit | 1.47418755 | 0.001 |

# Harris Declaration Exhibit I

APP0159

NAME:

ADDRESS:

START DATE: 06 / 06 / 2022   DUE DATE: 12 / 06 / 2022.

PHONE:

E-MAIL:

DIRECT SPONSOR 7%:

INDIRECT SPONSOR 3%:

**X CFX**

No. 031303

**BRONZE** PACKAGE **1K+**

**SILVER** PACKAGE **5K+**

**GOLD** **10K+**

$ _____    $ 5,000 : 18%    $ _____

MONTHLY ☐    3 MONTHS ☐    6 MONTHS ☑    CONTRACT RENEWAL ☐

MONTH 1 _____ _____ _____ _____

MONTH 2 _____ _____ _____ _____

MONTH 3 _____ _____ _____ _____

MONTH 4 _____ _____ _____ _____

MONTH 5 _____ _____ _____ _____

MONTH 6 _____ _____ _____ _____

+30 DAYS CONTRIBUTION OR CONTRACT RENEWAL

## VENTURE AGREEMENT CRYPTOFX,LLC

I_____ FREELY DECIDED TO CONTRIBUTE TO CRYPTOFX LLC THE AMOUNT OF __$5,000__

I UNDERSTAND THAT CRYPTOFX LLC IS NOT AN INVESTMENT COMPANY OR PLATFORM, IT IS AN EDUCATIONAL ACADEMY OF FOREX AND CRYPTOCURRENCY.

WE ARE TAKING YOUR MONEY AND INVESTING IN OUR BEHALF. IF WE RECEIVED ENOUGH RETURN ON CRYPTO CURRENCY, WE WILL REPAY THE STUDENT A PORTION OF THE TOTAL TUITION.

IN CONSIDERATION OF CRYPTOFX, LLC AGREEING TO ENTER INTO A VENTURE AGREEMENT, THE STUDENT ACKNOWLEDGES, UNDERSTANDS AND AGREES THAT:

- THE VENTURE IS VERY SPECULATIVE AND RISKY FOREIGN EXCHANGE AND CRYPTOCURRENCY TRADING IS HIGHLY SPECULATIVE AND THE STUDENT UNDERSTAND AND IS WILLING TO ASSUME THE ECONOMIC, LEGAL, AND OTHER RISKS INVOLVED AND (B) IS FINANCIALLY ABLE TO ASSUME LOSSES

- THE STUDENT UNDERSTANDS THAT CRYPTOFX LLC IS A SIMPLE EDUCATIONAL ACADEMY NOT REGISTERED WITH THE TEXAS WORKFORCE COMMISSION NOR HAS ANY REGISTRATION WITH THE SECURITY AND EXCHANGE COMMISSION AS A DEALER OR AS AN AGENT NOR HAS ANY INSURANCE COVERAGE.

THE STUDENT UNDERSTAND THAT WILL BE LEARNING THE STRATEGIES FOR TRADING FOREIGN CURRENCIES AS WELL AS CRYPTOCURRENCIES AND KNOWS THAT THERE IS NO INVESTMENT PLAN.

## CONFIDENTIAL AGREEMENT

I_____ AGREE TO KEEP THIS VENTURE AGREEMENT AS PRIVATE AND NOT TO SHARE ANY INFORMATION PROVIDED TO OTHERS. ANY MATERIALS LEARNED WILL NOT BE SHARED UNLESS HAVING PERMISSION BY CRYPTOFX, LLC

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK IN TRADING FOREIGN CURRENCIES AND ACNKOWLEDGES HE/SHE DOES NOT KNOW NOR UNDERSTAND THE FEES INVOLVED IN TRADING FOREIGN CURRENCIES.

THE STUDENT FURTHER UNDERSTAND THERE IS A HIGH RISK WITH THE CRYPTOCURRENCY AND IN TRADING IN CRYPTOCURRENCIES BECAUSE THE VOLATILITY OF THE PRICE MAY DECREASE OVER A SHORT PERIOD OF TIME RESULTING IN SIGNIFICANT LOSS FOR THE STUDENT. A POSSIBLE HACKING INCIDENT OR MALICIOUS ATTACK MAY NEGATIVELY IMPACT THE PRICE OF THE CRYPTOCURRENCIES AND IN THE EVENT OF THEFT OR FRAUD ARE DIFFICULT TO TRACE AND RECOVER.

STUDENT'S SIGNATURE    *Ismael S.*    *Ismael S.*

CRYPTOFX,LLC REPRESENTATIVE    CRYPTOFX,LLC RECEIVER

DATE: 06-06-22    DATE: 06-06-22    DATE: 06-06-22

600 Town and Country Blvd, Suite 300, Houston, TX 77024    Tels: 832-888-6924 / 832-997-1240 / 832-404-1291    www.cryptofxllc.com

|CFX 

# Harris Declaration Exhibit J

APP0161

EXHIBIT J

# CFX LIFESTYLE

FECHA DE REGISTRO: 06/03/22

ID # _____ LINK : ✓

NOMBRE: ████████████████

DIRECCION: ████████████

TEL: ███████████

E-MAIL: █████████████     PASSWORD: _____

FORMA DE PAGO : BTC    ETHEREUM    (EFECTIVO)    CASHIERS CHECK

PLAN: 3 MESES    (6 MESES)    12 MESES

CANTIDAD DE PAQUETE $ ___5.000___

USO DE OFICINA CHICAGO

**PAID**

JUN 03 2022

Chicago - Oficina

1- AUSPICIADOR: ████████████    % __7__ $ _____
   TEL: _____

2- AUSPICIADOR: ████████████    % __3__ $ _____
   TEL: _____

ENTREGADO POR: _____    FECHA: _____

RECIBIDO POR:  OFICINA CHICAGO 6859 W ADDISON ST CHICAGO IL 60634    FECHA: _____

APP0182

APP0ll.7

# Harris Declaration
# Exhibit K



CRYPTO

2022



C F X
ACADEMY LLC



Bitcoin
*accepted here*

# Harris Declaration
# Exhibit L

# EXHIBIT I

File Name: CFX Academy Conferencia En Houston Tx

[Ismael Sánchez], [Mauricio Chávez], [Unidentified speaker 1], [Juan Pua], [Julio], [Adriana Ramírez], [Roba López], [Rebecca Rodríguez], [María Chávez], [Rossio], [Antonio], [Ignacio Fuentes], [Gabriel Arroyez], [unidentified speaker 2], [unidentified speaker 3], [unidentified speaker 4], [Gabriel Ochoa], [Dulce Ochoa], [Norma], [Katia Vega]

| Person Speaking | Timestamp | Language (Source Audio) | Target Language (Translation) |
|---|---|---|---|
| [Dulce Ochoa] | [00:01:18] | Y sin miedo al éxito les presento al señor Ismael Sánchez. Directamente desde Chicago para Houston, y para impactar en todas las naciones. Así que un fortísimo aplauso para él, por favor. | And without any fear of success, I present to you Mr. Ismael Sanchez. Straight from Chicago to Houston, and to reach all nations. So please, give him a round of applause. |
| [Ignacio Fuentes] | [00:01:26] | Un fuerte aplauso para Ismael. Fuerte aplauso señores. | A round of applause for Ismael. A round of applause gentlemen. |
| [Dulce Ochoa] | [00:01:35] | Así que muy agradecidos con él de arriba. | Very thankful to God above. |
| [Ismael Sánchez] | [00:01:45] | Gracias Ignacio, gracias Dulce. Buenas tardes, ¿cómo están Houston? A ver vamos. Escucharon a la gente de aquí, local de Houston… porque vamos a ver quien gana. Houston o Chicago? Vamos primero con Houston. Lideres de Chicago, Norte Carolina. A ver. ¿Dónde están? Wow. Chicago. Chicago, no… prácticamente, Chicago es una… para los que no conocen, Chicago es una ciudad muy pequeña. Comparado con Houston, ¿no? No me dejaran terminar. Bueno, buenas tardes a todos. Mi nombre es Ismael Sánchez. Muchos ya me conocen. Algunos no me han conocido. Y este mes que entra, estamos | Thank you Nacho, thank you Dulce. Good afternoon, how are you Houston? Let's see, let's go. You heard the people here, the Houston locals… because we are going to see who is ahead. Houston or Chicago? Let's go with Houston first. Chicago leaders, North Carolina. Let's see. Where are you? Wow. Chicago. Chicago, no… practically, Chicago is a… for those of you who don't know, Chicago is a very small city. Compared to Houston, right? You didn't let me finish. Well, good afternoon, everybody. My name is Ismael Sanchez. Many of you already know me. Some have never met me. And this month we are |

1

APP0166

de celebraciones, de mantener los largos… cumple 2 anos que empezamos esto equipo. Y hoy en día tenemos gente en más de 5 países, y todo lo que es aquí, Estados Unidos, todos los estados. Y también somos más de 15000 personas en el equipo. Todo gracias a ustedes, lideres. Por el compromiso que han puesto con nosotros. Y llevar toda esta carga en los hombros no es fácil. Es un poco difícil. Pero todo se puede. Creo que todos venimos a este país por un sueño, ¿no? No tener sueno, un sueño. No se confundan. Porque muchos dicen que tienen un sueño y se quedan dormidos. Bueno. Esta noche, [ininteligible] bien tarde. Y también este… me gustaría hoy, que estamos aquí, presentarles a la persona que hizo posible también que todos ustedes tengan esas ganancias que han tenido, esos bonus que han tenido. Porque somos uno equipo. Y a lo mejor yo sin él no he podido ser nada. Y sin mí tampoco habría sido todo esto. Pero toda la visión que tenemos o hype de esto equipo, es hacer por la primera vez la diferencia en los latinos. Es algo que yo siempre les he pedido. Latinos únanos por la primera vez. ¿Porqué? Porque todo el tiempo estamos muy desunidos. A veces, un líder llega más arriba y se cree más que otro, y el otro que

celebrating, we are celebrating, keeping the long... it's been 2 years since we started this team. And currently we have people in more than 5 countries, and it's all here, the United States, all the states. And we are also more than 15000 people in the team. All thanks to you, leaders. For the commitment that you have made with us. And carrying all this load on your shoulders isn't easy. It's a little difficult. But anything can be done. I think we all came to this country because of a dream, right? Not to be dreaming, but for a dream. Don't get confused. Because many people say they have a dream and they sleep on it. Well. Tonight, [unintelligible] very late. And also, this... I would like today, as we are here, to introduce you to the person who made it possible for all of you to have these earnings that you have had, these bonuses that you have had. Because we are a team. And maybe without him I would have been nothing. And without me all of this wouldn't have been possible either. But the whole vision that we have or hype of this team, is to be the first to make a difference in the Latin community. It's something I've always wanted. Latin people come together for the first time. Why? Because we are always very divided.

2

otro…que color tienen los ojos de aquella persona. Todas esas cosas. Aquí no hay nada de eso. Somos uno para todos. Eso es lo que yo siempre les he pedido. ¿Porqué? Porque queremos dejar una historia en los latinos por primera vez. Y se está pasando. En 2 años que tenemos como equipo, ya se han creado más de 3-5 millonarios en 2 años. ¿Quién de ustedes quisiera ganar su primero millón? Imagínense. Más de 100 personas han ganado sus primeros 100000 dólares. Más de 50 personas se han dejado sus trabajos. Todo eso [ininteligible]. ¿Y quién de ustedes se identifica y quisiera estar ahí? No es fácil, pero no es imposible. Y esta noche van a conocer dos lideres. Y bueno, sin más, me gustaría que conocieran a una de las personas que ha hecho historia en los latinos. En 5 años ha hecho historia en lo que es aquí los Estados Unidos. Y muchos de ustedes son parte de esa historia, de ese cambio en la vida, pues… muchas cosas que a de lo mejor no podrían a ser si no había sido por esta compañía. Así es que, me gustaría que pusieran de pie para recibir el CEO, señor Mauricio Chávez. Fuerte, fuerte aplauso. Bueno, y para los que no lo conocen, CEO de CFX y una persona que admiro mucho a parte y ya ser familia… es como mí hermano.

Sometimes, a leader gets higher and thinks he is better than someone else, and someone else than someone else...what color are the eyes of that person. All those things. There is none of that here. We are one for all. That is what I have always asked for. Why? Because we want to make history with the Latin community for the first time. And it is happening. In 2 years that we have as a team, we have already created more than 3-5 millionaires in 2 years. Who among you would like to earn their first million? Imagine that. Over 100 people have earned their first $100,000. Over 50 people have left their jobs. All that [unintelligible]. And who of you identifies and would like to get there? It's not easy, but it's not impossible. And tonight you are going to meet two leaders. And well, without further ado, I would like you to meet one of the people who has made history in the Latino community. In 5 years he has made history in the United States. And many of you are part of that history, of that life change, well... many things that perhaps could not have been if it had not been for this company. So, I would like you to stand to receive the CEO, Mr. Mauricio Chavez. A round of applause. Well, and for those who don't know him, he is the

| | | | CEO of CFX and a person I admire very much, apart from being family... he is like my brother. |
|---|---|---|---|
| [Mauricio Chávez] | [00:06:11] | ¿Ustedes me escuchan? ¿Me escuchan? ¿Sí? Wow, [ininteligible] esta noche. Bueno, antes que nada, vamos a ver algo. ¿Quién viene acá de fuera de la ciudad? Levanten la mano. ¿Qué parte? ¿Chicago? Todos ahí por la de Chicago. Excelente, excelente. Un aplauso para los de Chicago, por favor. ¿Quién viene de New Jersey? A ver, un aplauso para ellos, por favor. Excelente, excelente. ¿Y quién viene del Texas? Pero, ¿quién es latino que le gustaría ser millonario? Que van a aprender a ser miliario esta noche? Excelente. Mira, para que tu puedas ser millonario tu tienes que estar listo, preparado para ser millonario. ¿Cierto? No solamente con la actitud, sino con las acciones también. CFX, cuando ustedes ven CFX... ¿Qué ves tú cuando ves CFX? Cuando ven la marca CFX, ¿qué ves? Libertad. ¿Qué más? Levanten la mano. ¿Qué más? ¿Qué ve usted señor? El signo dinero. ¿Usted señor? Excelente, excelente. ¿Qué ve, Marcy? Educación. Excelente. Quien conoce la marca como Google, como Amazon, ¿y todos esos? ¿Todos los conocemos, cierto? Bueno yo, mí visión, cuando las personas vean CFX, es que vean una marca. ¿Cierto? Es | Can you hear me? Can you hear me? Yes? Wow, [unintelligible] tonight. Well, first of all, let's see something. Who's here from out of town? Raise your hand. Which part? Chicago? Everybody over here for the Chicago part. Excellent. Let's hear it for Chicago, please. Who's coming from New Jersey? Let's hear a round of applause for them, please. Excellent. And who's from Texas? Who is a Latino who would like to become a millionaire? Who's going to learn how to be a millionaire tonight? Excellent. Look, for you to be a millionaire you have to be ready, prepared to be a millionaire. Right? Not only with the attitude, but with your actions as well. When you see CFX... What do you see when you see CFX? When you see the CFX brand, what do you see? Freedom. What else? Show of hands. What else? What do you see? The money sign. You, sir? Excellent, excellent. What do you see, Marcy? Education. Excellent. Who knows brands like Google, like Amazon, and all of those? We all know them, don't we? Well, my vision is that when people see CFX, they see a brand, right? They see a more established |

4

que vean una marca de nivel mundial más reconocida. Y en realidad, gracias a todo el trabajo que cada uno de ustedes han hecho, esta marca, CFX, literalmente ya dejo una estampa. ¿Cierto? [ininteligible] ya somos más de 20 personas a hacerse millonarios. Un aplauso para eso. Más de 5000 personas a ganar literalmente más de 500000 dólares. Un aplauso para eso. ¿Ok? Y hay muchísimos, muchísimos, literalmente a pagar todas sus deudas. ¿Ok? A comprar un auto nuevo. Una casa nueva. Y literalmente ser libres. Ser libres de trabajos. Hay personas que comenzaron con nosotros, que literalmente tenían 3 trabajos, hoy en día ya van 2 años disfrutando de esa libertad. ¿Si? Esa libertad que se puede conseguir en realidad a través de la educación. ¿Correcto? Cuando nosotros fundamos CFX fue… literalmente comenzamos en 2017. ¿Ok? En 2017, me acuerdo yo, que hicimos el primer logotipo de CryptoFX. ¿Ok? Fue cuando se creó el primer logotipo de CryptoFX. Fue cuando… literalmente fue cuando agarré una oficina, una oficina que… muy pequeña. Que literalmente la única persona que estaba en esa oficina, ¿quién creen ustedes que era? ¿Ok? Yo mismo prácticamente. ¿Ok? ¿Pero tenía qué? Una visión y una

world-class brand. And actually, thanks to all the work that each one of you have done, the brand, CFX, literally already left a mark. Okay? [unintelligible] we already have more than 20 people becoming millionaires. Let's hear it for that. Over 5,000 people to literally make over $500,000. Let's hear it for that. Okay? And there are many, many, many, many, literally paying off all their debts. Okay? Buying a new car. A new house. And literally be free. To be free of jobs. There are people who started with us, who literally had 3 jobs, today they've been enjoying that freedom for 2 years now. Yeah? That freedom that can actually be achieved through education. Right? When we founded CFX it was… we literally started in 2017. Okay? In 2017, I remember, we made the first CryptoFX logo. Okay? That's when the first CryptoFX logo was created. That's when…literally that's when I got an office, an office that… that was very small. And literally the only person that was in that office, who do you think it was? Okay? Pretty much me. Okay? But what did I have? A vision and a mission, right? Okay? But I was very clear about what I wanted. What we wanted to achieve. I don't think as of 2017… which is now what…

5

misión. ¿Cierto? ¿Ok? Pero tenía muy claro lo que quería. Lo que queríamos lograr. Yo no creo que al 2017… que es ahora lo que… literalmente lo que fue un impacto grande en lo que es la industria de la criptoeconomía. ¿Que lo que son las monedas llegaran a eso punto qué? Más alto. ¿Cierto? Muchos se hicieron millonarios. ¿Correcto? Pero muchos perdieron literalmente todo. cierto? ¿Por falta de qué creen ustedes? De conocimiento. Entonces mi tarea desde entonces ha sido educar a la mayor cantidad posible de latinos en Estados Unidos comenzando, ¿y ahora onde vamos creen ustedes? Al nivel mundial. ¿Cierto? Antes [ininteligible] más de 20000 compañías en lo que es la industria de la criptoeconomía al nivel mundial. ¿Sí? Y no hay ninguna empresa que ha logrado a hacer las historias de éxito, y no solamente en lo que es la industria de la criptoeconomía, yo me atrevo que decir que es el mercado en red general, que lo hemos hecho nosotros en CFX. Así un aplauso para eso, por favor. Es increíble la cantidad de vidas que hemos impactado. ¿Pero saben lo que es lo bonito en todo esto? Alguien diga que es. Que estamos apenas comenzando. Estamos apenas comenzando. ¿Ok? ¿Cuándo Ismael dice que habría 5 países, dijo, pero cuál? Yo no

literally what had a big impact on what the crypto finance industry is. That the coins would get to that point and do what? Go higher. Right? Many became millionaires. Right? But many literally lost everything. Right? For lack of what do you think? Knowledge. So my task since then has been to educate as many Latinos as possible in the United States starting out, and now where do you think we're going? Worldwide, right? Before [unintelligible] more than 20,000 companies in what is the worldwide crypto-economy industry. And there is no other company that has managed to achieve such success, and not only in the crypto-economy industry, I dare say in the networking market in general, that we have done at CFX. So a round of applause for that, please. It's amazing how many lives we've touched. But you know what the beauty of it all is? Somebody say what it is. We're just getting started. We're just getting started. When Ismael said there would be 5 countries, he said, but which one? I don't know any. We are literally just barely in the United States. We're just getting started in the United States. And what has been achieved today is something incredible. That we never imagined, okay? That it was going to happen. But when

6

conozco ninguno. Literalmente apenas estamos en los Estados Unidos. Apenas estamos comenzando a los Estados Unidos. Y lo que se hay logrado hoy en día es algo increíble. Que jamás lo imaginamos. ¿Ok? Que iba ocurrir. Pero cuando tu tienes la que… la visión correcta. ¿Cierto? Todo se puede lograr. ¿O no es así? Yo me acuerdo que cuando hablé con señor Ismael hace 2 años atrás, fue justo al principio de la pandemia. Marzo de 2020. ¿Cierto, Ismael? Me acuerdo yo que estamos haciendo un Zoom… todo estaba cerrado. Se acuerdan que todo estaba cerrado? Un lugar que literalmente le dice es un coffee shop, que dice a mi amigo se me puedes a prestar para hacer una pequeña reunión con una sola persona dentro del coffee shop. Porque solo el drive-thru estaba abierto. ¿Cierto? Resulta que eso coffee shop el siguiente día, ¿cuántas personas crean que había? Había como 5 personas. Después del tercer día había 10 personas. Después como que 20 personas. Y así sucesivamente. Literalmente mi amigo se ha asustado porque pensaba que [ininteligible] el negocio. Pero, bueno, entonces me acuerdo que fue cuando el señor Ismael tuvimos un Zoom como que con 30 personas. ¿Cierto? Como con 30 personas. Y

you have the right... the right vision. Right? Anything can be achieved. Or is it? I remember when I talked to Mr. Ismael two years ago, it was right at the beginning of the pandemic. March 2020. Right, Ismael? I remember that we were doing a Zoom call... everything was closed. Do you remember that everything was closed? A place that literally is a coffee shop, I asked my friend if I could borrow the place to have a small meeting with just one person inside the coffee shop, because only the drive-thru was open, right? It turns out that that coffee shop the next day, how many people do you think there were there? There were like 5 people. After the third day there were 10 people. Then like 20 people. And so on and so forth. Literally my friend freaked out because he thought [unintelligible] the business. But, well, then I remember that was when we had a Zoom meeting with Mr. Ismael with like 30 people. Right? About 30 people. And so, they literally had been through a very difficult situation with what happened in the crypto-economy, but they wanted an opportunity. They were hungry for what? To learn, and they were hungry to? To grow. Hungry to help other people, right? And, most of all, hungry for

7

pues, ellos, literalmente, habían pasado por una situación muy difícil con lo que se pasó en la criptoeconomía, pero querían una oportunidad. ¿Tenían hambre de qué? De aprender, y ¿tenían hambre de? Crecer. Hambre de ayudar otras personas. ¿Cierto? Y, sobre todo, ¿hambre de qué? Hambre de éxito. ¿Quién tiene hambre de éxito esta noche? Con esa actitud no se van a llegar a ningún lado. Dios. Ok. Cuando tu dices que tienes hambre éxito, tienes que decirlo. Declararlo. No solamente eso. Mostrar la mejor actitud posible en el mundo. ¿Cierto? Porque cuando nosotros decidimos hacernos millonarios, ¿qué creen ustedes que hicimos? ¿Quién quiere ser millonario aquí esta noche? Excelente. ¿Señora, cuanto se necesita al mes para ganar 1 millón de dólares? ¿Cuánto tienes que ganar al mensual para ganar 1 millón de dólares en 1 año? Usted aquí dice 100000. Ok. Perfecto. ¿Quién más? ¿Cuánto se necesita ganar al mes para ganar 1 millón de dólares en 1 año? ¿Cuánto se necesita ganar a la semana? ¿Cuánto se necesita ganar al día? ¿Cuánto se necesita ganar la hora? Entonces, si no saben ni siquiera cuando se necesita ganar al mes, cuanto se necesita a la semana, ni al día ni a hora, ¿cómo tú vas a

what? Hungry for success. Who's hungry for success tonight? That attitude will get you nowhere. God. Okay. When you say you're hungry for success, you have to say it. Declare it. Not just that. Show the best possible attitude in the world. Right? Because when we decided to become millionaires, what do you think we did? Who wants to be a millionaire here tonight? Excellent. Ma'am, how much does it take a month to make 1 million dollars? How much do you have to make a month to make 1 million dollars in 1 year? You say 100,000 here. Okay. Perfect. Who else? How much do you need to make a month to make 1 million dollars in 1 year? How much do you need to make a week? How much do you need to make a day? How much do you need to make an hour? So, if you don't even know how much you need to earn per month, how much you need per week, or per day or per hour, how are you going to be a millionaire? Right? If you ask a chef, what does he consider the best recipe? But he forgot the recipe, or he is not prepared with his recipe, how is he going to be the best chef? So, what I told them, for real, those who want to be real millionaires, break down very well what you need to earn to be a millionaire per month,

8

ser millonario? ¿Cierto? Si ustedes le preguntan a un chef, ¿que considera la mejor receta? Pero se olvidó de la receta, o no está preparado con su receta, ¿cómo va a ser la mejor chef? Entonces, lo que les dijo, para la verdad, los que quieren ser millonarios de verdad, desglosen bien lo que necesita ganar para ser millonario al mes, a la semana, al día, por hora, y siempre declaran [ininteligible]. Todo el tiempo, paso a paso. ¿Me explico? ¿Ok? Eso, al que no lo crean, eso ha ayudado tantas personas a lograr lo que hemos logrado hoy en día. ¿Ok? Por una cuestión de tiempo no es un ejercicio con ustedes que normalmente hago. ¿Ok? Pero, literalmente es la manera como hemos ayudado tanta gente literalmente. Pero, bueno, para que vamos a hablar de eso más. Vamos hablar un poquito mas de CFX. Y CFX desde 5 años, hemos logrado literalmente o que nadie en el mundo había logrado en esa industria que es la criptoeconomía. Estamos tan orgullosos de tantos latinos que vinieran con hambre de éxito. Con hambre de aprender. Yo me acuerdo cuando [ ininteligible] por la primera vez. ¿Ok? En esa oficina tan pequeña. ¿Cierto? [ininteligible] que siempre tenga comida. ¿Siempre tenga pizza, cierto? Bueno, hoy en día esa oficina pequeña,

per week, per day, per hour, and they always state [unintelligible]. All the time, step by step. You know what I mean, right? Even if you don't believe it, this has helped so many people to achieve what we have achieved today. Okay? Because of the timing issue it's not an exercise that I normally do with you guys. Okay? But, it's literally the way we've helped so many people. But, well, let's talk about that some more. Let's talk a little bit more about CFX. CFX in the last 5 years, we have literally achieved what nobody in the world has achieved in the crypto-economy industry. We are so proud of so many Latinos who came in with a hunger to succeed. Hungry to learn. I remember when [unintelligible] for the first time. Okay? In that small office, right? [unintelligible] always have food. Always have pizza, right? Well, today that small office has literally made over 5 millionaires in the last year. Okay? So many people whose lives have literally changed. New Jersey is going strong too. Right? What else? North Carolina, right? And Texas, how is it? Not as strong yet. We're going to have to keep you guys stronger, right? Because there's more people [unintelligible]. So, look, we're so proud, okay?

9

literalmente ha hecho más de 5 millonarios el año pasado. ¿Ok? Tantas personas que literalmente han cambiado la vida. New Jersey está fuerte también. ¿Cierto? ¿Qué más? ¿Norte Carolina, cierto? ¿Y Texas, como está? No tan fuerte todavía. Vamos a tener que mantener más fuerte a ustedes, ¿vale? Porque hay más gente [ininteligible]. Entonces, mira, la verdad es que estamos tan orgullosos. ¿Ok? Literalmente a veces nosotros a lado podemos tener a la mejor persona, o la peor persona. ¿Cierto? ¿Quién es una persona que roban tus sueños a veces? La familia. Los amigos. ¿Quién más? ¿Qué dijo? Las mujeres, dijo. Cierto que no mujeres. Eso no es así. No más. Porque gracias a Dios, nosotros hemos tenido alguna persona que nos ha apoyado siempre, hemos estado ahí… gracias, gracias. Hemos estado ahí… siempre necesitas alguien en que se estés apoyando. ¿Ok? Siempre necesitas alguien que te esté inspirando. Que te esté motivando. ¿Cierto? ¿O no es así? Y si no la tienes consíganla. [ininteligible] conseguimos esta noche. ¿Ok? Literalmente necesitas a alguien que te apoye. ¿Ok? Siempre necesitas a alguien que te apoye. ¿Ok? Entonces que estamos tan orgullosos por todo lo que hemos logrado. ¿Ok? Literalmente 5 años

Literally sometimes we can have the best person, or the worst person, right? Who's a person that steals your dreams sometimes? Family. Friends. Who else? What did he say? Women, he said. Right, not women. That's not so. Not anymore. Because thank God, we have had some people who have always supported us, we have been there... thank you, thank you, thank you. We've been here... you always need someone to lean on, okay? You always need someone who's inspiring you. Who's motivating you. Right? Am I right? Or am I right? And if you don't have someone get someone [unintelligible] we got tonight. Okay? You literally need someone to back you up. Okay? You always need someone to back you up. Okay? So we're so proud of everything we've accomplished.Okay? We literally have done something incredible in 5 years. That the crypto-economy industry has never seen before. Okay? And we're just getting started. That's the beauty of it, we're just getting started, okay? The vision this year is not to make 20 millionaires. The vision this year is to make, how many millionaires do you think? 100 millionaires. Okay? The question is, who is ready to be one of those 100? Who is ready to be one of those 100? Play music to see

10

hemos hecho algo increíble. Lo que jamás en la industria de la criptoeconomía se había visto. ok? Y estamos comenzando. Eso es lo bonito, que estamos comenzando. ¿Ok? La visión de este año no es hacer 20 millonarios. La visión de este año es hacer, ¿cuántos millonarios creen ustedes? 100 millonarios. ¿Ok? La pregunta es, ¿quién está listo para ser uno de esos 100? ¿Quién está listo a ser uno de esos 100? Pone música para ver si se [ininteligible]. Pone un poquito la música… [ininteligible] Wow. A ver quién es… ¿quién va a ser uno de estos 100 millonarios? Excelente. Bueno, esta noche le vamos a enseñar un paso de cómo van a ser millonarios. Las siguientes personas que van a atender ustedes esta noche literalmente son personas que admiramos tanto. ¿Ok? Literalmente… una de las personas que van a estar con ustedes, yo no sabía ni siquiera… se pueden sentar, perdón. Ok. La persona que va a estar con ustedes literalmente, esta persona no sabía ni siquiera como utilizar una computadora cuando comenzó con nosotros. Fue una de las primeras personas que comenzó con nosotros. ¿Ok? En 2017, ¿cierto? ¿Ok? Él con su esposa fue una de las primeras personas que confiaron en mí, en mí locuras. Mira esas locuras a donde han

if they [unintelligible]. Play a little bit of music... [unintelligible] Wow. Let's see who is... who is going to be one of these 100 millionaires? [unintelligible] Excellent. Well, tonight we're going to show you one step of how you're going to be a millionaire. The next people that you're going to see tonight are literally people that we admire so much. Okay? Literally... one of the people that are going to be with you, I didn't even know... you can sit down, sorry. Okay. The person that's going to be with you literally, this person didn't even know how to use a computer when he started with us. He was one of the first people that started with us. okay? In 2017, okay? He and his wife were one of the first people who trusted me, in my craziness. Look at where the craziness has taken us, right? And that craziness, literally not only did he learn how to use a computer, but he's one of our coaches today. One of our Forex and binary mentors. Okay? And you're going to learn a lot from him tonight. So, what do I mean by that? That everything that you guys want, you can what? Achieve. Everything is what? Not only want, but take action. Okay? We here at CryptoFX are ready to help people who want to take what? Action. Forgive me. It

11

llegado. ¿Ok? Y esas locuras, literalmente no solamente aprendió a como utilizar una computadora, sino que es uno de nuestros coaches hoy en día. De nuestros mentores de Forex y binarias. Ok? Y con él van a aprender muchísimo esta noche. Entonces, ¿que quiero vos decir con eso? Que todo lo que ustedes quieren, ¿se pude qué? Lograr. ¿Todo es qué? No solamente quiere, sino que tomar acción. ¿Ok? Nosotros aquí en CryptoFX estamos listos para ayudar a las personas que quieran ¿tomar qué? Acción. Perdóname. Eran 5 minutos, pero como que me emociono. Serio. En realidad, ni hablar… tengo 2 años de no hablar en público, ¿sino… esta cierto? ¿Ok? Entonces, literalmente, déjenme decirles que nos motivamos tanto por las historias de éxito, por los cambios de vida que estamos haciendo a nivel mundial. ¿Ok? Pero nos vamos a motivar más cuando yo veo que toda esta sala, están ahí millonarios. ¿Cierto? La verdad es que estamos muy, muy orgullosos. Estamos listos para llegar a otro nivel. Este mes vamos a sacar productos nuevos. Este mes vamos a sacar productos nuevos. ¿Ok? Están listos en los Zoom, dentro de los Zoom. Porque literalmente vamos a llevar nuestra academia a otro nivel. Gracias por estar con nosotros esta noche, y ahora los dejo

was 5 minutes, but I kind of got excited. Serious. Actually, no way... I have 2 years of not speaking in public, otherwise... is that right? Okay? So, literally, let me tell you, we get so motivated by the success stories, by the life changes that we're making globally. Okay? But we are going to be more motivated when I see that everybody in this room is a millionaire. Right? The truth is that we are very, very proud. We are ready to take it to the next level. We're going to come out with new products this month. We're going to bring out new products this month. Okay? They're ready on the Zoom meeting, inside the Zoom meeting. Because we are literally going to take our academy to the next level. Thank you for being with us tonight, and now I leave you with Mr. Ismael Sanchez, who I admire very much because of what he has achieved... wow. It is incredible what he has achieved. We are very, very proud of each one of you. Thank you for coming from so far away. Okay? Thank you, everyone from Texas. We're going to do more events like this. Okay? But I leave you with this great achiever. Successful man, business owner. Mr. Ismael Sánchez.

12

| | | | |
|---|---|---|---|
| | | con el señor Ismael Sánchez, que él para mí es una persona que la admiro muchísimo porque lo que ha legrado él... wow. Es increíble lo que ha logrado él. Estamos muy, muy orgullosos de cada uno de ustedes. Gracias por venir de lejos. ¿Ok? Gracias a ustedes de Texas. Vamos hacer más eventos como estos. ¿Ok? Pero vos dejo con este gran triunfador. Hombre exitoso, hombre dueño de negocios. El señor Ismael Sánchez. | |
| [Ismael Sánchez] | [00:20:03] | Bueno, y gracias Mauricio por estar con nosotros esta tarde. Y la verdad, merece un aplauso bastante por estar aquí. ¿No? Y... también este... para no ser la noche tan larga, algo que me gustaría que los recibirán con fuerte aplauso, y nos va hablar unos 5 o 6 minutos de su trayectoria. Con nosotros, ellos vienen de Miami, Florida, y esto para que lo conozcan... a lo mejor muchos lo conocen, por que él está siempre con nosotros. Y me gustaría que los recibieran con un fuerte aplauso al señor Juan Pua, y su esposa. Bravo. | Well, thank you Mauricio for being with us this afternoon. You deserve a round of applause for being here, right? And... also this... in order not to make the evening so long, something I would like you to welcome them with a round of applause, and we will talk about 5 or 6 minutes of their career. With us, they come from Miami, Florida, and this so that you know him... maybe many of you already know him, because he is always with us. And I would like you to welcome Mr. Juan Pua and his wife with a round of applause. Bravo. |
| [Unidentified speaker 1] | [00:20:51] | Para nosotros es un gusto compartiendo estas [ininteligible] con ellos, con los lideres de aquí de... con los que vieran de Chicago con Dulce, con Ismael, y con Gabriel, y con todos los lideres que vienen de Chicago. Y para nosotros, como siempre les | For us it is a pleasure to share these [unintelligible] with them, with the leaders here from... with those who came from Chicago with Dulce, with Ismael, and with Gabriel, and with all the leaders who come from Chicago. And for us, as I always told you, I am |

13

cada vez que nosotros usamos nuestro teléfono, usamos una página web, usamos un sistema de información, que es básicamente una infraestructura gigante, es básicamente una ciudad que se construye igual, pero virtualmente, para soportar que nosotros podamos usar Facebook, WhatsApp, el internet, todo eso. ¿Verdad? Entonces, básicamente es lo que estuve haciendo por 5 años. Y recientemente, hace varios meses me integré ya a tiempo completo a la academia para ayudar a crecer lo que estamos haciendo. No solamente ser lideres dentro del término académico, pero empezar a ser lideres dentro del mundo de criptomonedas también. Bueno, entonces, ¿por qué? ¿Porque les ensenamos esta nueva revolución de criptomonedas? ¿Verdad? En realidad, en el día de hoy, todos ustedes son el 3% del mundo. El 3% del mundo que está en la mayor revolución digital a nivel global que va a transformar todo el sistema financiero. El día de hoy fue anunciado que la compañía Charles Schwab va a lanzar su primer fundo ETF, que es un… un fundo ETF es básicamente un paquete de inversión que las grandes corporaciones como Charles Schwab, como Fidelity, como Goldman Sachs, todas ofrecen, para

virtually, to support that we can use Facebook, WhatsApp, the internet, all of that. Right? So, basically that's what I was doing for 5 years. And recently, several months ago I joined the academy full time to help grow what we are doing. Not only to be leaders within the academic term, but to start being leaders within the cryptocurrency world as well. Well, then, why? Because we are teaching them this new cryptocurrency revolution, right? Actually, today, you are all 3% of the world. The 3% of the world that is in the biggest digital revolution globally that is going to transform the entire financial system. Today it was announced that the Charles Schwab Company is going to launch its first ETF fundo, which is a... an ETF fundo is basically an investment package that big corporations like Charles Schwab, like Fidelity, like Goldman Sachs, all offer, to offer their clients a way to invest in cryptocurrencies. So, now the giant Charles Schwab is also starting to enter the world of cryptocurrencies. It's a little bit of a newsflash as to how valuable this market is becoming, isn't it? It's a $1 trillion market. It's up to 2 trillion. Right? Like any market... Like any market it has to adjust. Right? So, now we all have the opportunity to

APP0179

| | | el equipo. Siéntanse orgullosos de pertenecer a la camiseta de equipo de one billion. Porque nos próximos años vamos hacer... | we want to bring to you, and the team. Be proud to belong to the one billion team jersey. Because in the next few years we're going to make... |
|---|---|---|---|
| [Julio] | [00:44:45] | Historia. | History. |
| [Ismael Sánchez] | [00:44:46] | Historia. Bravo muchachos. Y bueno, para no alargarlo mucho, vamos [ininteligible] un testimonio. Y que nos digan como es que se ya cambió la vida en estar con CFX, y de estar con el equipo de one billion. Y que nos digan cuanto tiempo tienen con nosotros, y cuanto han ganado. Hoy en día lo pueden decir. Y vamos a empezar con los que están aquí en frente. Todas... la señorita Adriana Ramírez. Adriana [ininteligible] | History. Bravo, guys. And well, not to make it too long, let's [unintelligible] a testimony. And tell us how you have changed your life being with CFX, and being with the one billion team. And tell us how long you have been with us, and how much you have earned. Today they can tell us. And let's start with the ones in front of us here. All of them... Miss Adriana Ramirez. Adriana [unintelligible] |
| [Adriana Ramírez] | [00:45:22] | [ininteligible] muchas gracias, Ismael. ¿Como se sienten al día de hoy? Super? Imagínense nosotros que estamos en Chicago trabajando. Ustedes tienen un clima, pues muy rico, ahí tenemos que trabajar cuando hace mucho calor y cuando cae mucha nieve. Así es que están... hoy en hoy, están en lo mejor, de verdad. A mí me ha cambiado la vida inmensamente, junto con mi familia. Al principio nadie creó en mí. Mis amigos, mi familia más cercana, pues todo mundo decía "no, pues, está loca". Un negocio más. Pero, hoy, te puedo decir que nos ha cambiado la vida, yo creo que, a muchos, y el 100% las personas que vienen aquí | [Thank you very much, Ismael. How are you today? Great? It's great to be here in Chicago working. You have a very nice climate; we have to work there when it is very hot and when there is a lot of snow. So, you are... today, you are at your best, really. It has changed my life immensely, along with my family. At the beginning nobody believed in me. My friends, my closest family, everyone said "no, well, she's crazy". Just another business. But, today, I can tell you that it has changed our lives, I think, for many, and 100% of the people who come here from Chicago. And not personally, to me, thanks to |

29

desde Chicago. Y no personal, a mi, gracias a esa oportunidad, a Mauricio, a Ismael, a Gabriel Ochoa, a Dulce Ochoa. Porqué? Porque caminando en la mano de ellos yo me pude retirar de mi empleo. Yo trabajé 15 años para los recursos humanos. No sé se aquí hay alguien que haya trabajado en recursos humanos. Pero yo pude retirarme en 6 meses. Después de 15 años, y 6 meses después de haber iniciado lo que es este proyecto, yo me pude retirar. Superando 2 veces lo que yo hacia en 1 año en lo que era la academia. Entonces, recursos humanos te paga alrededor, en Chicago, de 50000 dólares al año. A la suma, 6 meses después, lo duplicamos aquí en CFX. ¿Ok? Entonces, al año de haber estado ya en CFX, no obviamente… pues aprendiendo como se… Mauricio, como dicen los lideres, es mucho aprendizaje de todos los días. Y tenemos que aplicar muchísima lectura. Asistir a todos los eventos. Estar, obviamente, plegados al sistema de este proyecto de lo que es la academia. Pues, obviamente, este al año, pudimos retirar a mi esposo. Entonces, él estuvo en la industria de los trailers. No sé si aquí hay gente que maneja trailers. 1 año después de haber iniciado este proyecto, él se pudo retirar. ¿No? Vendimos los trailers. Dijimos

that opportunity, to Mauricio, to Ismael, to Gabriel Ochoa, to Dulce Ochoa. Why? Because walking hand in hand with them I was able to retire from my job. I worked 15 years for human resources. I don't know if there is anyone here who has worked in human resources. But I was able to retire in 6 months. After 15 years, and 6 months after starting this project, I was able to retire. I was able to retire twice what I made in 1 year in the academy. So, human resources pays around 50,000 dollars a year in Chicago. To sum it all up, 6 months later, we doubled it here at CFX. Okay? So, after a year of being at CFX, obviously… well, learning how to… Mauricio, as the leaders say, it's a lot of learning every day. And we have to do a lot of reading. Attend all the events. To be, obviously, in line with the system of this project of what the academy is. Well, obviously, this year, we were able to retire my husband. So, he was in the trailer industry. I don't know if there are people here who handle trailers. One year after we started this project, he was able to retire, right? We sold the trailers. We said goodbye to the company. We live 100% what CFX is. 100%. We have all the time in the world. We're doing… we're applying what our

30

adiós a la compañía. Vivimos 100% do que es CFX. 100%. Tenemos todo tiempo en el mundo. Estamos haciendo... estamos aplicando lo que ensena nuestro líder Juan Pua, binarias. 1000 dólares al día. ¿Quién puede creer que se puede ganar 1000 dólares al día? 1000 dólares al día, puedes ganarte tu en el que es el sistema binarias, toda esa industria. entonces, no solamente estamos beneficiados en lo que es monetariamente, sino que estamos aplicando liderazgo. Estamos obteniendo lo que es todo el conocimiento. ¿Porqué? Porque esto no es... como siempre digo en las presentaciones, esto realmente... esta tecnología no es para nosotros, es para las nuevas generaciones. Pero tu estás aquí al día de hoy, y tu estás aquí en esta tierra. Entonces tu tienes que aplicar y adaptarte a esta tecnología. ¿Porqué? Porque va seguir avanzando. Con nosotros o sin nosotros. Entonces, si en 5 años esta tecnología te puede dar 5, 10 millones de dólares, lo vas a hacer o no vas hacer? Claro que sí. ¿Porqué? Porque acuérdate que no es para ti ya, sino es para tu legado. No es para las nuevas generaciones que vienen. Entonces, yo les doy las gracias a todos mis lideres de Chicago, y a todas las personas. A mi equipo que ha confiado en mi el 100%

leader Juan Pua teaches, binary. 1000 dollars a day. who can believe that you can earn 1000 dollars a day? 1000 dollars a day, you can earn in the binary system, all that industry. so, not only we are benefiting in terms of money, but we are applying leadership. We are gaining what is all the knowledge. Why? Because this is not... as I always say in the presentations, this is really... this technology is not for us, it is for the new generations. But you are here today, and you are here on this earth. So you have to apply and adapt to this technology. Why? Because it will continue to advance. With us or without us. So, if in 5 years this technology can give you 5, 10 million dollars, are you going to do it or are you not going to do it? Of course I am. Why? Because remember that it is not for you now, it is for your legacy. It is not for the new generations to come. So, I thank all my leaders in Chicago, and all the people. To my team that has trusted me 100% from day one. Right? So, it's a little bit of me. It's an intro. Of what we expect in Chicago. We hope it's not the only time we're here. We want to see Houston grow. Because with the same desire and the same energy that Ismael started this project in Chicago, they are starting it with you. So, you

31

| | | | |
|---|---|---|---|
| | | desde el día uno. ¿Verdad? Entonces, es un poquito de mí. Es un intro. De lo que esperamos en Chicago. Esperamos que no sea la única vez que estamos aquí. Queremos ver el crecimiento de Houston. Porque con esas mismas ganas y con esa misma energía que Ismael inició este proyecto en Chicago, lo están iniciando con ustedes. Entonces, ustedes están aquí a 5 minutos de la academia. Valórenlo, porque nosotros tenemos que tomar avión. Tenemos que invertir nuestro tiempo, nuestro dinero, para poder estar aquí. ¿Sale? Entonces, muchísimas gracias a todos. No sé quien siga, pero fue un gusto estar con ustedes esta noche | are here 5 minutes away from the academy. Appreciate it, because we have to take a plane. We have to invest our time, our money, in order to be here. Is it OK? So, thank you all very much. I don't know who's next, but it was a pleasure to be with you tonight. |
| [Ismael Sánchez] | [00:49:55] | Gracias. Un aplauso. Adriana [ininteligible] también me gustaría pasar a la siguiente persona que ha hecho historia en lo que viene haciendo el equipo y CFX también con su equipo. El compromiso que tiene la señora Roba López. Está por aquí. Solamente 2 minutos. Rapidito. Porque queremos que conozcan todos los lideres y digan su testimonio. | Thank you. A round of applause. Adriana [unintelligible] I would also like to move on to the next person who has made history in what the team has been doing and CFX also with its team. The commitment that Mrs. Roba Lopez made. She is over here. Just 2 minutes. Quickly. Because we want you to meet all the leaders and get their testimony. |
| [Roba López] | [00:50:29] | Pues, yo les doy las gracias porque se dieron la oportunidad de escuchar esto. Y personalmente, a mi la vida me ha cambiado porque puedo estar con mis hijos, cosa que no podía hacer antes, porque | Well, I thank you because you gave yourselves the opportunity to listen to this. And personally, my life has changed because I can be with my children, which I could not do before, because I |

32

| | | | |
|---|---|---|---|
| | | pues entré, vi la oportunidad y la vi en grande. ¿Pero saben una cosa? Este realmente me arrepiento porque perdí 6 meses. ¿Sí? Estaba trabajando, me interesó más mi trabajo, aun que vi la grande oportunidad, me interesó, acomodar la agenda, que esa agenda talvez. Por no me estar conectando dejé pasar 6 meses. Porque cuando regresé a los 6 meses que ya estaba lista para comprometerme, pues vi todo lo que había originado en estos 6 meses. Muchos que entraron conmigo. Y yo los invito a que si ustedes que están el día de hoy, nuevos, de verdad que tomen acción e comprométanse consigo mismos, y empezar a ver que más puedan obtener de lo que la academia nos está ofreciendo. Realmente eso es algo que yo quería compartirles. Entren. Esto es el momento. Yo lo que les puedo decir, me ha ido muy bien. De verdad, que nunca creí ganar lo que estamos ganando. Hay, que claro, pues, comprometerse un poco. Y no es ni mucho. Es un poco, nada más. Comprométanse consigo mismos, y vamos caminando. Todavía no logró lo que quiero, pero allá vamos. Ahí nos vemos. | came in, I saw the opportunity and I saw it big. But you know what? I really regret this one because I lost 6 months. Yes? I was working, I was more interested in my work, even though I saw the great opportunity, I was interested, to accommodate the agenda, that agenda maybe. Because I wasn't in, I let 6 months go by. Because when I came back after 6 months, when I was ready to commit myself, I saw everything that had originated in those 6 months. Many who entered with me. And I invite you that if you are new today, really take action and commit to yourself, and start to see what else you can get from what the academy is offering us. That's really something I wanted to share with you. Come on in. This is the moment. What I can tell you, I have done very well. I really never thought I would earn what we are earning. Of course, you have to commit a little bit. And it is not much. It is a little, nothing more. Make a commitment to yourselves, and let's move forward. I still have not achieved what I want, but here we go. See you there. |
| [Ismael Sánchez] | [00:56:25] | Y cuanto gana al mes. | And how much do you earn per month? |
| [María Chávez] | [00:56:29] | Sí. Bueno, realmente, llevo... estes 3 meses consecutivos | Yes. Well, actually, I've been... this is 3 months in a |

36

| | | | |
|---|---|---|---|
| | | ganando 5000, después de haber dejado los 500, 2000, los 2500. Ya vamos para los 5000. Y a agarrando a los 10000. ¿Verdad? Entonces, y eso es nada más de bonus elite. O sea, independientemente de la gente que va entrando, y los bonus que nos van dejando. No he tenido el gusto todavía que alguien entre con un paquete de 50000, y ando buscando esa persona. Porque yo veo los bonus cuando entra una persona con 20000. Y me emociono y yo digo, wow. El recibir alguien que entre con 50000 ha de ser la próxima meta. ok? Listo. | row I've been earning 5000, after going over 500, 2000, then 2500. We're up to 5,000. And I'm holding on to the 10,000 staage. Right? So, and that's just an elite bonus. That is, regardless of the people that are entering, and the bonuses that are leaving us. I haven't had the pleasure yet of someone entering with a 50,000 package, and I'm looking for that person. Because I see the bonuses when a person comes in with 20,000. And I get excited and I'm like, wow. To have someone come in with 50,000 has to be the next goal. Right? I'm done. |
| [Ismael Sánchez] | [00:57:15] | Ok. Felicidades. Bueno, es que hay. Dijo que anda buscando alguien de 50. Eso va a aparecer en cualquier ratito. Y también este... bueno, hay muchos lideres que quisieron pasar para el testimonio, pero el tiempo ya lo tenemos muy reducido, porque se alargó. Entonces, les voy a nombrar todas las personas que están haciendo historia en el equipo, están trabajando y lo que vienen haciendo por el área de las mujeres. Tenemos Ana Manso, Rue Velázquez, Rosa, Lucy [ininteligible]. Tenemos a Graciosa Moura, tenemos a Rosa Ortiz. Y del otro lado tenemos también a Rosana, Olga, de North Carolina, que están haciendo un buen trabajo. Felicidades. Y de verdad cualquier cosa, como | Ok. Congratulations. Well, there it is. She said she's looking for a 50000 referral. That's going to pop up any minute now. And also this... well, there are many leaders who wanted to come in for the testimony, but wwe are already very short on time, because it got a little bit stretched out. So, I am going to name all the people who are making history in the team, who are working and what they have been doing in the women's area. We have Ana Manso, Rue Velázquez, Rosa, Lucy [unintelligible]. We have Graciosa Moura, we have Rosa Ortiz. And on the other side we also have Rosana, Olga, from North Carolina, who are doing a good job. Congratulations. |

APP0185



# Certification of Translation Accuracy

LATITUDE PRIME hereby certifies that the attached document(s), translated from <u>Spanish</u> into <u>English</u> is, to the best of our knowledge and belief, a true, accurate, and complete translation of the following document(s):

CFX Academy Conferencia En Houston Tx.mp4

Executed this <u>15th</u> day of <u>September</u> 2022

Signed: _____

Latitude Prime LLC
80 S 8th St, Suite 900
Minneapolis, MN 55402

**ATA Member #** 260699

American Translators Association

**ISO 9001:2015 & ISO 17100:2015 Certified**

Order Number: O-04516

Latitude Prime LLC uses all available measures to ensure the accuracy of each translation but shall not be held liable for damages due to error or negligence in translation or transcription.

# Harris Declaration
# Exhibit M



APPX018

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04464

## DECLARATION OF LEEVENTED HENLEY

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FW-04464, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number # FW-04464 at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

   https://www.facebook.com/lema.marcelo1
   https://www.facebook.com/lema.marcelo1/photos
   https://www.facebook.com/cpgalleria/reviews/?ref=page_internal

   I completed the above-mentioned internet preservation on August 17, 2022, using the following tools:

   Adobe Acrobat Pro / Google Search Browser / Fullpage Screen Capture /Fire shot Pro/

   The above listed tools are commonly used to preserve internet content.

4. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled # FW-04464 and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

5. I also saved a copy of the above-mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\ad\ENFDataExchange\HQtoFWRO_dropoff\Webcapture

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

_Leevented Henley_ [Analyst Name]        Executed on this 17 Day of August 2022.

# Harris Declaration Exhibit N

APP0190

Page 1
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/

# EXHIBIT N





## CryptoFx Learning Academy
@CryptoFXLearningAcademy · Education

### Ask CryptoFx Learning Academy

"How much does this school cost?"  Ask
"Can you tell me more about this school"  Ask
"Are you accepting new students?"  Ask
"Where are you located?"  Ask

Type a question

### About

See All

We're a startup academy that offers cryptocurrency education, practice exercises and personalized learning classes

189 people like this
212 people follow this
https://cryptofxlearningacademy.com/
(832) 369-6214
Send Message
cryptofx3@icloud.com
Education

### Suggest Edits

Is this the right phone number for this page?
+18323986214

Yes    Unsure    No

### Photos

See All



### Videos

See All

Own a piece of the future.
ENROLL TODAY!

Discover how to trade or develop your knowledge with C...

### Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 17, 2020

---

Create Post

Photo/Video    Check in    Tag Friends

CryptoFx Learning Academy
September 15, 2020

People generally fear what they don't understand. It makes sense, then, to learn all you can about the subject you are afraid of. -- Discover bitcoin with CFX Learning Academy!

Cryptofx Learning Academy
Education

Learn More

94    1 Share

Like    Comment    Share

Write a comment...

Most Relevant

CryptoFx Learning Academy
September 15, 2020

Research from Fidelity Digital Assets™, in association with Greenwich Associates, indicates that as many as 36% of institutional investors in the US and Europe own crypto assets. Cryptocurrency is, without a doubt, the future of finance and money. -- Stay relevant. Discover cryptocurrencies with CFX Learning Academy today!



**Related Pages**



Fashion HIT
Clothing Brand                                    👍 Like

Insider Option Flow
Investing Service                                 👍 Like

Texas Bound Roofing
Construction Company                              👍 Like

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2021

**CryptoFx Learning Academy**
Education

Learn More

👍 50                                              2 Comments 7 Shares

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

Criptofx 📈📈📈 ✅✅
Like · Reply · 5y



**CryptoFx Learning Academy**
September 13, 2020 · ⊙

Discover how to trade or develop your knowledge with CryptoFX Learning Academy! · https://rebrand.ly/CRYPTOFXRLA #bitcoin #cryptoeducation #education



👍 3                                               2 Comments  1 Share

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

CryptoFX: donde la única Opcion es ganar ✅ ✅ INSCRIBETE ahora mismo 📈📈📈
Like · Reply · See Translation · 5y

Most Relevant is selected, so some comments may have been filtered out.

**CryptoFx Learning Academy**
September 6, 2020 · ⊙

Did you know? There are many merchants - both online and offline - that accept Bitcoin as a form of payment. Bitcoins can pay for hotels, flights, jewelry, apps, computer parts, and even a college degree. ↓ Discover how to trade, or develop your knowledge, with CryptoFX Learning Academy. #Education #Bitcoin





**CryptoFx Learning Academy**
Education

Learn More

👍 133                                             2 Comments

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.



Like · Reply · 5y
View 1 more comment

CryptoFx Learning Academy
September 1, 2020 · 

September 1, 2020, 03:50 p.m. -- Bitcoin's price (BTC) has hit $11,980.14 again, and traders are becoming more optimistic that the digital asset will keep performing high. #TuRishMarket - Own a piece of the future. Discover how to trade or develop your knowledge with CryptoFX Learning Academy.



CryptoFx Learning Academy                                    Learn More
Education

27                                                          2 Shares

👍 Like          💬 Comment          ↪ Share

                                                    Most Relevant ▾

Write a comment...
Press Enter to post.

CryptoFx Learning Academy
August 28, 2020 · 

Fidelity is launching a new Bitcoin fund to expand its crypto-related investments. "Fidelity has made a long-term commitment to the future of blockchain technology and to making digitally-native assets, such as Bitcoin, more accessible to investors." -- Bloomberg. | Discover how to trade, or develop your knowledge, with CryptoFX Learning Academy. #Education #Bitcoin



CryptoFx Learning Academy                                    Learn More
Education

79                                                          5 Shares

👍 Like          💬 Comment          ↪ Share

                                                    Most Relevant ▾

Write a comment...
Press Enter to post.

APP0193





CryptoFx Learning Academy
August 20, 2020 · ⚙

You can send bitcoins to your family and friends using mobile apps or computers. It's similar to sending cash digitally. Bitcoin can be used to purchase goods and services, including booking hotel rooms with Travala, Expedia, shop for furniture on Overstock, buy Xbox games, and much more! — Discover Bitcoin. #LearnWithCRYPTOFX



**CryptoFx Learning Academy**
Education

Learn More

⭕ 155

1 Comment 1 Share

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.



Like · Reply · 1y

CryptoFx Learning Academy
August 19, 2020 · ⚙

The size of the global blockchain technology market was valued at 2.55 billion U.S. dollars in 2019 and is forecast to grow more than a hundred times to 163 billion U.S. dollars by 2027. — Own a piece of the future. Discover Cryptocurrencies. #LearnWithCRYPTOFX



**CryptoFx Learning Academy**
Education

Learn More

⭕ 175

1 Comment 1 Share

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾


Write a comment...
Press Enter to post.


Blockchaining babies not cool
Like · Reply · 1y

Page 6
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/

CryptoFx Learning Academy
August 12, 2020 · ⊙

Get a head start on the future of finance.
#LearnWithCRYPTOFX



CRYPTOFXLEARNINGACADEMY.COM
Master Virtual Currencies (i.e. Bitcoin & Ethereum) & Forex |                    Learn More
CRYPTOFX

⊙⊙ 9

👍 Like              💬 Comment              ↪ Share

Write a comment...
Press Enter to post.

CryptoFx Learning Academy
August 6, 2020 · ⊙

As of October 2019, only 5.4% of the global internet population own cryptocurrency. People entering this space today are still considered first movers. -- Own a piece of the future. Discover Cryptocurrencies. #LearnWithCRYPTOFX

CryptoFx Learning Academy                                            Learn More
Education

⊙ 153                                                                  2 Shares

👍 Like              💬 Comment              ↪ Share

Write a comment...
Press Enter to post.

APP0196



**CryptoFx Learning Academy**
August 4 2023

Did you know there are 8,936 Bitcoin ATMs worldwide, and 6,386 (71%) are located in the U.S.? →
Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

**CryptoFx Learning Academy**
Education                                              Learn More

♡ 146                                                  3 Shares

👍 Like          💬 Comment          ↗ Share

Write a comment...
Press Enter to post.

**CryptoFx Learning Academy**
August 1 2023

Most Fintech experts believe that we have just started to scratch the potential of blockchain and
cryptocurrencies. People entering this space today are still considered first movers. → Stay
relevant. Discover cryptocurrencies. #LearnWithCRYPTOFX

**CryptoFx Learning Academy**
Education                                              Learn More

♡ 120

👍 Like          💬 Comment          ↗ Share

Write a comment...
Press Enter to post.

Page 8
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/



CryptoFx Learning Academy
July 29, 2020

Start using bitcoin, money that's free from bank charges, delays, and fraud. Get a head start on the future of finance. -- Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

**CryptoFx Learning Academy**
Education                                         Learn More

145                                               4 Shares

Like          Comment          Share

Write a comment...
Press Enter to post.

CryptoFx Learning Academy
July 24, 2020

There were 290K+ Bitcoin transactions recorded daily at the end of Q1, 2020. Do you own bitcoin? -- Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

DISCOVER BITCOIN

**CryptoFx Learning Academy**
Education                                         Learn More

141                                       2 Comments 5 Shares

Like          Comment          Share

Most Relevant

Write a comment...
Press Enter to post.

More information please
Like  Reply  1y

CryptoFx Learning Academy
Hi, ___ Please visit https://rebrand.ly/CRYPTOFX1.A for additional information. If you'd like to schedule a call to discuss further details, please DM us. Enjoy a great day!
Like  Reply  1y

APP0198

**CryptoFx Learning Academy**
July 22, 2020 · 🌐

Opinion: In times of uncertainty, investors turn to safe-haven assets, like gold, which retains value during financially challenging times. In today's economy, many are referring to cryptocurrencies as "the new digital gold." Consequently, can we conclude that cryptocurrencies are a safe investment in a time of crisis? -- Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX



DISCOVER CRYPTOCURRENCIES

**CryptoFx Learning Academy**
Education

Learn More

👁 117

👍 Like          💬 Comment          ↪ Share

Write a comment...
Press Enter to post

---

**CryptoFx Learning Academy**
July 15, 2020 · 🌐

Do you own bitcoin? 72% of the US population said no, and have no interest in bitcoin; 16% said they are considering buying bitcoin in the future, only 2% currently own bitcoin, and 9% said they don't have interest in buying bitcoin but probably will buy in the future. People buying bitcoin today are still considered first movers. -- Stay relevant. Discover bitcoin! #LearnWithCRYPTOFX
https://min-and.ly/CRYPTOFXLA

**CryptoFx Learning Academy**
Education

Learn More

👍👍 59                    1 Share

👍 Like          💬 Comment          ↪ Share

Write a comment...
Press Enter to post

Case 4:22-cv-09359-UNA Document 1-44 Filed 09/14/22 Page 230 of 278

CryptoFx Learning Academy
July 14 2020 · ⊙

When is the best time to get into cryptocurrencies? Most experts assume that we have just started to scratch the potential of blockchain and cryptocurrencies. They believe the industry is still relatively young, and now, people entering this space are still considered first movers. → Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX https://relevand.ly/CR/FR0IRLA



**CryptoFx Learning Academy**
Education

Learn More

⊙ 53

2 Comments 7 Shares

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

Victor Treviso las publicaciones de esta página son muy informativas, en caso que la quiera seguir.
Like · Reply · See translation · 1y
↳ 1 Reply

CryptoFx Learning Academy
June 19 2020 · ⊙

New research from Fidelity Digital Assets™ in association with Greenwich Associates indicates that as many as 36% of institutional investors in the US and Europe own crypto assets. Cryptocurrency is, without a doubt, the future of finance and money. Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX https://relevand.ly/CR/FR0IRLA



**CryptoFx Learning Academy**
Education

Learn More

⊙ 153

2 Comments 2 Shares

👍 Like          💬 Comment          ↪ Share

Most Relevant ▾

Write a comment...
Press Enter to post.

Like · Reply · 1y

Captured by FireShot Pro: 07 October 2021, 13:00:12

APP0200



CryptoFx Learning Academy
July 7, 2021 · 

As of July 8, 2020 — 700,000 Expedia hotels can now be paid with more than 30 cryptocurrencies, including bitcoin, via the Travala booking platform. https://rebrand.ly/o3Oyu3. Stay relevant. Discover Cryptocurrencies. #LearnWithCRYPTOFX https://rebrand.ly/CRYPTOFXLA

**CryptoFx Learning Academy**
Education                                    Learn More

⚪⚪ 4

👍 Like          💬 Comment          ↗ Share

Write a comment...
Press Enter to post

CryptoFx Learning Academy
July 2, 2021 · 

The amount of daily Bitcoin events worldwide from the first quarter of 2016 to the first quarter of 2021 is 290,000+ Bitcoin transactions.
Stay relevant. Discover Bitcoin. #LearnWithCRYPTOFX

**CryptoFx Learning Academy**
Education                                    Learn More

⚪⚪ 2                                         1 Share

👍 Like          💬 Comment          ↗ Share

Write a comment...
Press Enter to post





APP0204



█████ recommends CryptoFx Learning Academy.
September 15 at 3:14 PM · ⊙

I had a great experience working with Mrs Camille Allen as she helped me manage my account for me I know they are many people out there who are cautious,scared and would love to give it a try.
while searching for a professional broker do consider Mrs Camille her forex platform is Save and secured.
I'm receiving 12450USD from my capital 1000USD.

Email: Camilleallen58@gmail.com
WhatsApp: +1 (719) 952-7875
Facebook page: https://www.facebook.com/camille.allen1109

👍 1

👍 Like        💬 Comment        ↪ Share

Write a comment...
Press Enter to post.

█████ recommends CryptoFx Learning Academy.
August 20 · ⊙

It come to me as a surprise after being teased off by all those so called expert traders online I finally met with a very skilled and experienced trader who knows how to generate huge profit under a given week. I made my withdrawal of $8500 after my first 7 days of trading with the little minimum investment of $100. I'm so happy Mrs charlotte wayne, Thank you for your good words and for never failing the trust I have on you.
You too can contact her, she will make you smile
EMAIL:charlottewayne303@gmail.com
WhatsApp: +39 351-093-7250

👍 Like        💬 Comment        ↪ Share

Write a comment...
Press Enter to post.

█████ recommends CryptoFx Learning Academy.
September 14 at 7:21 AM · ⊙

Don't feel down, Thomas Wulla Forex is your hope.
Just wanted to say a BIG thank you to  for handling the trading of my account.
Your professionalism, genuine kindness and bluntness at times when I needed to face reality are what made me successful. I started trading with 0.081 btc

contact him via
WhatsApp +12094423386
Email: wulla81T@gmail.com

👍 Like        💬 Comment        ↪ Share

Write a comment...
Press Enter to post.

█████ recommends CryptoFx Learning Academy.
July 5 · ⊙

Just wanted to say a BIG thank you to MRS HELEN KAREN for handling my trading account and making profit for me with Bitcoin investment.
Your professionalism, genuine kindness and bluntness at times when I needed to face reality are what made me progress.
I invested $500 and got $7200 in a week. I only wish I had known about you earlier from the first moment I decided to trade. Nevertheless, I am grateful.
contact her via Email:helenkaren443@gmail.com. whatsapp:+12674782267 Contact her if you need help

👍 Like        💬 Comment        ↪ Share

Write a comment...
Press Enter to post.



▢ recommends **CryptoFx Learning Academy**.
September 25 at 8:03 PM · 🌐

Saw many recommendations here on Facebook On how people are getting paid through cryptocurrency. So many broker online to choose from but there's a particular recommendation i saw about Mrs.Camille Allen how her platform helped Alot of person's. I connected with her behold after a week i got my profits back directed to my brozzin wallet to my greatness surprise i didn't pay any fees, this is not a scam.

Email : Comlieallen58@gmail.com
WhatsApp: +1 (718) 962-7875
Facebook Page: https://www.facebook.com/camille.allen109

👍 1

🔘 Like          💬 Comment          ↪ Share

▢ Write a comment...
Press Enter to post.

▢ recommends **CryptoFx Learning Academy**.
May 10 · 🌐

So many post in here, almost all passing the same information, they all promise to make lots of dollars for you, they claim to have earned thousands from binary options, don't fall for their tricks, it is true forex/binary trade can change you life financially but sadly scammers are making sure it doesn't. I have a legit and reliable forex/binary trader that trades for me for over 7 months now, Reach her on;

+Whatsapp: +13043627699
Email: Magdalenajames54@gmail.com
Don't fall in the hands of a scammer before you know who's real and who's not, you deserve to be financially free.

👍 1

🔘 Like          💬 Comment          ↪ Share

▢ Write a comment...
Press Enter to post.

▢ recommends **CryptoFx Learning Academy**
June 16 · 🌐

I am a beneficiary of crypto currency investment. I have tried so many false manager online it took me time to find the right online bozzin trader i risked my $500 thinking it would not work, with no confidence i was so surprised when I checked my account and unbelievable i made a profit of $6,000.00 this is unbelievable I couldn't believe it myself all glory to God for bringing Mrs Rachael Raschke, I really appreciate her email rachaelraschke937@gmail.com
WhatsApp: +19418704951

🔘 Like          💬 Comment          ↪ Share

▢ Write a comment...
Press Enter to post.

▢ recommends **CryptoFx Learning Academy**.
November 3, 2020 · 🌐

I was scared to trade, because I have been scammed many times, but I had to take one last chance because I heard Dean Felix was a very honest lady , so I gave it one last trial victory to my greatest surprise what I have heard about her was correct, today through Dean felix I have been able to get back all I had lost and earned even more, contact him for the best investment services and you will not be disappointed, I invested $1,000 and got $14,800 in 5days
You can contact him directly.
Email: DeanFelix1243@gmail.com
WhatsApp: +12132050651

🔘 Like          💬 Comment          ↪ Share

▢ Write a comment...
Press Enter to post.

▢ recommends **CryptoFx Learning Academy**.
November 1, 2020 · 🌐

Few months back i was scrolling through and reading posts in groups just like you're doing now, I had no intension of investing a penny in forex, i just enjoyed reading testimonies of different people making thousands of dollars in forex, it all seem like a ploy, a lure, just too good to be true. Then I brought to myself, what if this is it? what if this is my only way of earning without having to work all day and night-shifts. I took a bold step to invest with Mrs Patricia Williams who I've read so much good reports about. I invested $500 in her forex service and in 5days I got 6000$ in my bozzin wallet, from there on I realized I've been a coward all this time who was afraid of taking the leap of faith, thank god did sooner rather than later, Reach Mrs Patricia Williams today personally.
WhatsApp: +1 (661) 221-7725
Email: Patriciawilliams1124@gmail.com

🔘 Like          💬 Comment          ↪ Share

▢ Write a comment...
Press Enter to post.

APP0206

▮▮ ▸ recommends CryptoFx Learning Academy
September 16 at 9:55 AM · ✪

Binary and bitcoin, ice and other coin trade is cool when you have a good trader managing your
option account platform for you. My trader is Thomas Wulla.
WhatsApp +12094423308
Email wulla8517@gmail.com

👍 Like          💬 Comment          ↪ Share

   Write a comment...
   Press Enter to post.

▮▮ ▸ ▮▮ · CryptoFx Learning Academy
September 16 at 9:37 AM · ✪

I am Samuel an Ivorian, I received my withdrawal from thomas in my binary/bizcoin, I recommend
thomas to everyone in Africa, and other continents.

Thomas contacts
Email wulla8517@gmail.com
WhatsApp: +12094423308

👍 Like          💬 Comment          ↪ Share

   Write a comment...
   Press Enter to post.

▮▮ ▸ recommends CryptoFx Learning Academy
September 16 at 10:24 AM · ✪

WhatsApp +12094423308
Email wulla8517@gmail.com

I personally refer you to Thomas Wulla Forex for any of your trading investment plan in binary,
forex, btc, I make my withdrawals when due.

YOU ITEM
Ask the seller for more details                                 Message

👍 1

👍 Like          💬 Comment          ↪ Share

   Write a comment...
   Press Enter to post.

APP0207



Q Search Facebook

Home    Reviews    About    Videos    More ▾

# CryptoFx Learning Academy
@CryptoFXLearningAcademy · Education

GENERAL

👍 189 people like this

👤 212 people follow this

🎓 Education

ADDITIONAL CONTACT INFO

🌐 https://cryptofxlearningacademy.com/

📞 (832) 398-6214

✉️ cryptofxs.xd.out.com

💬 Send Message

MORE INFO

ⓘ About

We're a startup academy that offers cryptocurrency education, practice exercises, and personalized learning classes.

🔗 Learn More

cryptofxlearningacademy.com

👍 Like    💬 Message    •••

APP0208

Page 19
Cryptofx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/photos/?ref=page_internal



APP0209

Page 20
CryptoFx Learning Academy | Facebook
https://www.facebook.com/CryptoFXLearningAcademy/community/



La fórmula del éxito

See Translation

APP0210

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04464

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FW-04464. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FW-04464, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

    https://cryptofxlearningacademy.com/
    https://twitter.com/cryptofx_la
    https://twitter.com/cryptofx_la/followers
    https://twitter.com/cryptofx_la/following
    https://www.instagram.com/Cryptofx_la/
    https://www.linkedin.com/in/cryptofx-llc-a176501a9/
    https://www.facebook.com/CryptoFXLearningAcademy/

4.  I completed the above mentioned internet preservation on October 7, 2021, using the following tools:

    Fireshot Pro
    Video Downloader Ultimate

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FW-04464, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]

Executed on this 7th day of October 2021

APP0211

# Harris Declaration Exhibit O

APP0212

Page 1
CFX Registration Survey
https://www.surveyhero.com/Whalin2022

EXHIBIT O





CFX Registration

Student Enrollment

**\* 1. What Type of contract is this?**

☐ New contract ( nuevo estudiante)

**\* 2. First and Last name**

**\* 3. Full Address of Residence**

**\* 4. Email Address**

**\* 5. Phone number**

**\* 6. Direct Sponsor + (Add phone number)**

**\* 7. Indirect Sponsor + (Add phone number)**

**\* 8. Enrollment Start Date**

Date agreement enrolled

Date
MM/DD/YYYY

**\* 9. Contract due ( poner fecha termino de 6 meses no de 3 meses )**

Date - Time

Date

**\* 10. Enrollment Amount (select the correct amount)**

Other (please specify)

**\* 11. Agreement Plan**

**\* 12.** Confidential Agreement- I agree to keep this venture agreement as private and not share any information provided to others. Any materials learned will not be shared without permission.

The student understand there is a high risk in trading currencies and acknowledges he/she does not know nor understand the fees involved in trading foreign currencies.

APP0213

The student further understand that there is a high risk with cryptocurrencies because of the volatility of the price may decrease over a short period of time resulting in significant loss for the student.

Student Signature

Date agreed

**\* 13. How did you make the form of payment?**

☐ cash                                ☐ zelle

☐ Bitcoin                           ☐ Contract payment -Ganancia de contrato
                                              (en notas especifique a que nombre esta el
☐ Wire Transfer                        contrato)

14. Upload proof of transaction (Bitcoin hash number or receipt , wire transfer receipt, Zelle receipt )

upload screenshots or any proof the payment was made in order for us to approve the agreement successfully

**\* 15. Name of your leader**

**\* 16. City and State of your leader**

**17. Questions or Feedbacks or any notes please comment**

COMPLETED

APP0214

14. Upload proof of transaction (Bitcoin hash number or receipt , wire transfer receipt. Zelle receipt )

upload screenshots or any proof the payment was made in order for us to approve the agreement successfully

Choose File    No File Chosen

**\* 15. Name of your leader**

f your leader

Flor de Millan
Olga Arriaga
Jorge Fuentes
Claudia Bustamante
Amadeo Delgado
Roberto Zavala
Gloria Castaneda
Ismael Sanchez
Richard Fuentes
Nallely Alvarez
Reyna Guifarro
Elizabeth Escoto
Other (please specify)

tbacks or any notes please comment

APP0215

0 of 17 answered



# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FW-04464

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FW-04464. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FW-04464, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

    https://www.cryptofxtv.com/mioficina/login

    https://www.research.net/r/cfxlifestyle2022

4.  I completed the above mentioned internet preservation on August 24, 2022, using the following tools:

    Fireshot Pro

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FW-04464, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

[Russell Castillo]

Executed on this 24th day of August 2022

APP0216

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| MAURICIO CHAVEZ, | § |
| GIORGIO BENVENUTO, and | § |
| CRYPTOFX, LLC, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| CBT GROUP, LLC, | § |
| | § |
| Relief Defendant. | § |

Civil Action No.:

## DECLARATION OF CAROL HAHN

I, Carol Hahn, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. §1746, that the following is true and correct, and that I am competent to testify to the matters stated herein.

1.    I am currently employed as a Staff Accountant with the United States Securities and Exchange Commission (the "Commission") in its Fort Worth Regional Office in Fort Worth, Texas. I have been employed by the Commission since April 2005. I hold a B.S. in Economics from Texas A&M University. I am a Certified Fraud Examiner. The facts set forth herein are based upon my personal knowledge or upon information contained in the files of the Commission.

2.    As a Staff Accountant with the Commission, my responsibilities include, but are not limited to, analyzing financial records of non-public corporations, partnerships, limited liability companies, other entities, and individuals. During the course of these responsibilities, I

1

routinely trace financial transactions to determine how they occurred and their ultimate disposition, summarize that information and data into various schedules and charts, and testify to such at hearings and trials.

3.  As part of my official duties, I have been involved in a Commission investigation of Defendants Mauricio Chavez ("Chavez"), CryptoFX, LLC ("CryptoFX"), Giorgio Benvenuto ("Benvenuto") (collectively, "Defendants") and Relief Defendant CBT Group, LLC ("CBT Group"), to determine whether there have been violations of the federal securities laws in connection with the offer and sale of investment contracts in the form of Venture Agreements, in which the Defendants purported to offer crypto asset and foreign exchange market educational classes but investors signed these agreements to provide money for Chavez to trade on their behalf. In connection with this investigation, and pursuant to subpoenas and standard documents requests, I, and other members of the Commission staff, reviewed various documents related to the Defendants and Relief Defendant, including but not limited to, various offering materials, bank account records, trading records, title company records, public records, and records produced to the Commission by other third-parties.

## Bank Records Analysis

4.  As part of my official duties in this case, I have reviewed and analyzed bank records and other documents to determine the sources and uses of funds in connection with the Defendants' efforts to raise money from investors through offering crypto asset and foreign exchange educational classes and trading services.  From this review, I learned that Chavez received investor funds into his personal accounts in addition to bank accounts held in the name

2

APP0218

of CryptoFX, Maurizzio Group, LLC ("Maurizzio Group"), another Chavez controlled corporate

entity, and CBT Group. He also received investments in cash and through cryptocurrencies.

5.    The chart below identifies the twelve bank accounts in the name of Chavez,

Maurizzio Group, or CryptoFX (together, the "CryptoFX Bank Accounts") that received

CryptoFX investor funds:

| Bank Name | Account Name | Account No. (Last 4 Digits) |
| --- | --- | --- |
| Cadence Bank, N.A. | Mauricio A Chavez | -9455 |
| Cadence Bank, N.A. | Mauricio A Chavez (savings) | -5647 |
| Cadence Bank, N.A. | Maurizzio Group LLC | -7137 |
| Cadence Bank, N.A. | CryptoFX LLC | -7103 |
| Cadence Bank, N.A. | CryptoFX LLC | -7129 |
| First Citizens Bank | Maurizzio Group LLC | -6456 |
| J.P. Morgan Chase Bank, N.A. | Mauricio Antonio Chavez DBA Maurizzio Group | -0950 |
| J.P. Morgan Chase Bank, N.A. | Mauricio A Chavez | -6989 |
| Lone Star Bank | Maurizzio Group LLC | -0419 |
| People's Trust Credit Union | Mauricio Antonio Chavez | -2018 |
| People's Trust Credit Union | Maurizzio Group LLC | -4909 |
| PNC Bank[1] | Mauricio Chavez | -1156 |

6.    In addition to the CryptoFX Bank Accounts, there were investor funds received

into the following three CBT Group accounts (together, the "CBT Group Bank Accounts"):

| Bank Name | Account Name | Account No. (Last 4 Digits) |
| --- | --- | --- |
| Cadence Bank, N.A. | CBT Group LLC | -7654 |
| Lone Star Bank | CBT Group LLC | -0427 |
| Simmons Bank[2] | CBT Group LLC | -9557 |

---

[1] Formerly, BBVA Compass Bank account ending -8852.
[2] Formerly, Spirit of Texas Bank, same account ending number.

3

APP0219

7.      My review focused on the time period starting January 1, 2020 through August 2022 (the "relevant period"). For each account when available, I reviewed account opening documents and signature cards,[3] monthly account statements, transaction data files, deposit and withdrawal supporting documentation, and any correspondence.

8.      From my review of the CryptoFX Bank Accounts, I determined that Chavez opened all those bank accounts and had authority to make deposits and withdrawals on those accounts.

9.      From my review of the CBT Group Bank Accounts, I determined that Chavez and Benvenuto were both signatories on two of the three CBT Group accounts: Cadence Bank -7654 and Lone Star Bank -0427 accounts. Benvenuto was the only signatory on the CBT Group -9557 account.

10.     I also reviewed records for accounts controlled by Chavez held at Coinbase, Inc. ("Coinbase"). Coinbase is an online platform for buying selling, transferring, and storing cryptocurrencies.

11.     Based on my review of these records, during the relevant period, CryptoFX raised at least $12,006,605 from more than 400 investors[4] in at least 11 states plus one foreign country.[5] Of this amount, $4,855,555 was received into the CryptoFX Bank Accounts and $7,151,050 was received into the CBT Group Bank Accounts.

12.     For the investments received by the CryptoFX Bank Accounts, investors deposited funds via wire transfers, cashier's checks, money orders, checks, cash, and Zelle

---

[3] Signature cards could not be located for two CryptoFX Bank Accounts: People's Trust Credit Union -4909 and PNC Bank -1156.

[4] While bank records indicate transactions with more than 400 individual investors, bank records would not reflect the number of individual investors engaging in cash transactions with the Defendants.

[5] The total raised includes cashier's checks with no remitter names and cash deposits of $1,000 or greater received by the CryptoFX and CBT Group Bank Accounts. To the extent CryptoFX received student tuition money, Chavez commingled student tuition money with investor funds; it appears the majority of the funds are investor deposits.

4

transfers. Some of the investments included memo descriptions such as "Bitcoin Investment," "CFX Investment," "CryptoFX," "Stock Investments," and "Investment." There was also a transfer of investor funds from the CBT Group Bank Accounts to the CryptoFX Bank Accounts.

13.      For the investments received by the CBT Group Bank Accounts, investors deposited funds via wire transfers, cashier's checks, checks made out to CBT Group, and cash. Some of the investments included memo descriptions such as· "Investment," "CFX," and "CryptoFX." There were also transfers of investor funds from the CryptoFX Bank Accounts to the CBT Group Bank Accounts.

14.      All of the CryptoFX Bank Accounts and two of the three CBT Group Bank Accounts are closed as of May 2022. The only open account included in this analysis is the CBT Group -9557 account, which had an account balance of approximately $759,003.80 as of August 17, 2022.[6]

15.      As part of my analysis, I classified financial transactions based on several factors, including the name of the payee or payor, annotations or memo notations associated with deposits or disbursements, and information gathered during the course of the Commission staff's investigation in this case. Based on this review, I prepared summaries of the activity in the CryptoFX Bank Accounts and the CBT Group Bank Accounts. A true and correct copy of my bank account summaries are attached hereto as **Exhibit A**.

### Ponzi Scheme and Misuse of Investor Funds

16.      Chavez presented CryptoFX as a crypto asset and foreign exchange teaching academy. Chavez would then solicit students to invest money with him that he promised to trade on crypto asset and foreign exchange markets. Chavez provided investors with a CryptoFX

---

[6] This total is based on August 2022 transactions provided by Simmons Bank (and not on bank statement totals).

5

Venture Agreement that outlined the amount of their investment, their promised returns, and timeline for repayment. Although the Venture Agreements refer to the investors as students, one version of the agreement states that CryptoFX is "taking your money investing in our [sic] behalf." The Venture Agreements also state that if CryptoFX receives enough return on crypto asset [trading] they will repay a portion of the student's tuition (meaning the investor's investment). A different version of the CryptoFX Venture Agreement states that investors are contributing to an "educational academy of forex and cryptocurrency"; however, it says that if "…CryptoFX, LLC loses the money or cannot continue to fulfill payments, CryptoFX, LLC agrees to repay total principal amount contributed in a period no later then [sic] 24-36 months…".

17.     Based on my analysis during the relevant period, the only potential crypto asset trading profits deposited into the CryptoFX Bank Accounts or CBT Group Bank Accounts were from Coinbase, the only crypto asset trading platform linked to any of these accounts. In total, only $488,855 was transferred to Coinbase and approximately $1,900,327 was received from Coinbase into the CryptoFX Bank Accounts.[7] Of the total amount received from Coinbase, however, at least $320,000 was loan proceeds from a loan/line of credit Chavez took out with Coinbase. In addition, Chavez would receive CryptoFX investments through cryptocurrencies, primarily Bitcoin, sent to Chavez's wallets at Coinbase; however, I'm unable to quantify the total amount of these investments.[8] At most, $1,580,327 of the funds received from Coinbase during the relevant period could potentially be considered crypto asset trading profits. The primary source of funds into the CryptoFX and CBT Group Bank Accounts was overwhelmingly investor funds, not trading profits.

---

[7] The CBT Group Bank Accounts never received any funds from Coinbase.

[8] A review of text messages and other information revealed that some investors had sent Bitcoin to Chavez to pay for their investments; however, the funds were sent by unknown crypto wallets.

APP0222

18.     Contrary to the representations that investor's funds would be traded and investors would be repaid with returns made from the trading, the Defendants only sent $488,855 of investor funds to Coinbase from the CryptoFX Bank Accounts or the CBT Group Bank Accounts.  The Defendants also sent $416,500 to Elite Generators Inc. ("Elite Generators") for potential foreign exchange trading; however, the CryptoFX Bank Accounts only received $65,000 from Elite Generators during the relevant period.  Accordingly, Elite Generators could not have delivered any trading profits (at least which flowed through the CryptoFX Bank Accounts).  In total, there was approximately $905,355 (or 7.54% of investor funds) potentially used for crypto asset or foreign exchange trading.

19.     Instead of using investor funds for transactions in crypto asset or foreign exchange trading, Defendants misused investor funds to pay for a number of unrelated purposes.  For example, Defendants used investor funds or commingled investor funds to make Ponzi payments to earlier investors.  In total, during the relevant period, the Defendants and Relief Defendant distributed $2,722,602 to pay "returns" to investors.[9]  Of this amount, $1,454,602 was paid from the CryptoFX Bank Accounts and $1,268,000 was paid from the CBT Group Bank Accounts.  The CryptoFX bank account that received 99% of the Coinbase deposits only paid $142,088 to investors, and of this amount only $51,000 was paid solely with Coinbase funds.  More than 98% of the payments to investors, $2,671,602, were Ponzi payments made with investor or commingled investor funds.

20.     A significant portion of investor funds were spent on property acquisition and development.  The Defendants and Relief Defendants paid a combined $6,371,444 to title

---

[9] Chavez also paid referral fees or commissions to students/investors for referring other individuals that became investors.  The total paid to investors includes any referral or commissions paid from the CryptoFX or CBT Group Bank Accounts during the relevant period. Chavez also paid investors in Bitcoin and those amounts are not reflected in this total.

7

companies, home builders, individuals, construction companies, engineering firms, architects, and other entities for the purchase and/or development of multiple properties. Of this total combined amount, $1,563,953 was paid from the CryptoFX Bank Accounts to purchase various properties and homes, including $540,000 to purchase a single family residence in the name of Chavez's wife. From the CBT Group Bank Accounts, a total of $4,807,491 was spent including $3,041,999 for property acquisition and $1,765,492 (net) related to the development of various properties.

21.     Chavez also spent from the CryptoFX Bank Accounts at least $1,446,953 on additional expenses unrelated to crypto asset and foreign exchange transactions, including $460,594 on cars, $267,623 in credit card payments, $196,513 on retail purchases, (including $100,000 at luxury retailers such as Saks Fifth Avenue), $181,996 paid to the Post Oak Hotel (a luxury hotel Chavez paid monthly), $110,358 on travel, $100,935 at restaurants, over $19,000 on jewelry, and over $15,000 at adult-entertainment establishments. In addition, Commission staff believes the Defendants paid $30,000 to purchase a hair salon in Houston.

22.     CBT Group had no source of income during the relevant period and all of its capital came from CryptoFX investor or potential investor funds. Of the $7,151,050 in investor funds received in the CBT Group Bank Accounts (commingled with $800,000 from potential investors and approximately $607,500 from related parties or accounts),[10] the Defendants and Relief Defendant spent the majority of investor funds on real estate and development ($4,807,491) and investor Ponzi payments ($1,268,000). But they also spent investor funds on legal fees ($826,188), loan payments for a bridge loan ($122,000), office rent ($90,000), furniture ($55,487), security services ($27,848), and retail purchases ($23,997). In addition, $300,000 of investor or potential investor funds were transferred from the CBT Group Bank Accounts to the CryptoFX Bank

---

[10] The payments from potential investors did not align with the pattern of capital into the CBT Group Bank Accounts.

APP0224

Accounts and used to purchase a home for Chavez's wife mentioned above in paragraph 20. Finally, Benvenuto received at least $260,150 from the CBT Group Bank Accounts.[11]

23.     I have prepared two examples to illustrate the nature of the Ponzi payments and misappropriation of funds.

### Misappropriation/Ponzi Payment Example (CryptoFX Bank Accounts)

24.     This example, attached hereto as **Exhibit B**, shows activity in the Maurizzio Group -7137 account, beginning April 5, 2021 and ending on April 19, 2021. This information came directly from the April 2021 bank account statement for this account. This account had an opening balance on April 5, 2021 of $278,587.82 (this balance is comprised of investor funds, including cash deposits and cashier's checks with no remitter names; and investor funds transferred from other CryptoFX accounts).

25.     There was $53,150 of investor funds deposited during this time period and transfers totaling $375,000 of investor funds from various accounts including $300,000 from CBT Group - 7654 account, $50,000 from Mauricio A Chavez -9455 account, and $25,000 from CryptoFX - 7129 account.

26.     These funds—the investor deposits and the transferred funds—totaled $428,150, and combined with the beginning account balance of $278,587.82, there was $706,738 of commingled investor funds in this account during the example time period. From this amount, Defendants paid other investors their "returns" of $116,600 – none of which came from trading profits. The Defendants also wired $495,000 to a title company, paid $22,540 in legal fees, $17,500 to PS Personalized Services LLC (purpose unknown), $2,861 in credit card payments,

---

[11] It appears Benvenuto invested approximately $99,350 in CryptoFX between April and July 2020. He also deposited $400,000 into the CBT Group Bank Accounts on May 31, 2022 after he provided testimony in this matter on May 12, 2022.

9

$1,093 in retail purchases, $335 in medical expenses, and various other personal expenses. The account had an ending account balance of $50,234.65 as of April 19, 2021.

### Misappropriation Example (CBT Group Bank Accounts)

27.     This example, attached hereto as **Exhibit C**, shows activity in the CBT Group - 7654 account, beginning February 1, 2021 and ending on February 12, 2021. This information came directly from the February 2021 bank account statement for this account. This account had an opening balance on February 1, 2021 of $625. There was $70,000 of investor funds deposited during this time period and transfers totaling $105,000 of investor funds from CryptoFX -7103 ($25,000) and CryptoFX -7129 ($80,000) for a total of $175,000 in investor funds into this account during this example time period. These funds were spent as follows: $130,000 wired to a title company to be applied toward the purchase of a property in Houston, TX; $42,500 payment on a bridge loan (taken out for the same property); and $1,000 to an unknown recipient. This account had an ending balance of $2,125 as of February 12, 2021.

### <u>Ongoing Raise of Investor Funds</u>

28.     The Defendants have continued to raise funds from investors as recently as August 2022. From June 27, 2022, when the Commission staff initiated preliminary settlement talks with the Defendants and Relief Defendant, through August 17, 2022, they raised $1,164,500 from investors (included in total investor funds raised above) that were deposited into the CBT Group - 9557 account. From this account during this same time period, CBT Group spent $802,791 on

10

property development, $555,000 in legal fees, $65,000 in what I believe are Ponzi payments[12], and Benvenuto paid himself $17,200 among other expenses.[13]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2022

Carol Hahn

_____
Carol Hahn

---

[12] There were two wires totaling $65,000 to two unknown entities; however the memo lines for each wire referenced an individual's name and those individuals are CryptoFX investors.

[13] These expenses are included in the totals represented in the Ponzi Scheme and Misuse of Investor Funds section above.

APP0227

# Hahn Declaration - Exhibit A

**Bank Account Summary: CryptoFX Bank Accounts and CBT Group Bank Accounts[1]**
*Time Period: 1/1/2020 – 8/17/2022*

# EXHIBIT A

| | CryptoFX Bank Accounts | CBT Group Bank Accounts | Totals |
|---|---|---|---|
| **Beginning Balance @ 1/1/2020** | $ 2,405.05 | $ - | $ 2,405.05 |
| **Deposits:** | | | |
| **Investor Funds** | $ 4,855,555.21 | $ 7,151,050.34 | $ 12,006,605.55 |
| Potential Investor Funds | $ 8,000.00 | $ 800,000.00 | 808,000.00 |
| Coinbase Credits | $ 1,900,327.43 | | $ 1,900,327.43 |
| Partners/Related Entities | $ 260,341.31 | $ 607,500.73 | $ 867,842.04 |
| Ebenezer Construction, Inc. | $ 167,000.00 | | $ 167,000.00 |
| Payment Platforms (net) | $ 137,534.51 | | $ 137,534.51 |
| Elite Generators Inc. | $ 65,000.00 | | $ 65,000.00 |
| Small Business Association EIDL Grant | $ 49,900.00 | | $ 49,900.00 |
| Other Deposits | $ 21,390.50 | $ 600.00 | $ 21,990.50 |
| Bank Credits | $ 5,061.37 | | $ 5,061.37 |
| Texas Comptroller of Public Accounts | $ 398.00 | | $ 398.00 |
| | | **Total Deposits** | $ 16,029,659.40 |
| **Use of Funds:** | | | |
| Property Acquisition (net) | $ (1,563,952.80) | $ (3,041,998.62) | $ (4,605,951.42) |
| Real Estate Development Related (net) | $ - | $ (1,765,492.11) | $ (1,765,492.11) |
| | $ (1,563,952.80) | $ (4,807,490.73) | $ (6,371,443.53) |
| Investor Payments | $ (1,454,602.48) | $ (1,268,000.00) | $ (2,722,602.48) |
| Potentially Personal Related (net) | $ (1,446,952.88) | $ (100,466.30) | $ (1,547,419.18) |
| Legal Fees (net) | $ (255,430.60) | $ (826,187.82) | $ (1,081,618.42) |
| Potentially Trading Related | $ (905,354.53) | $ - | $ (905,354.53) |
| Partners/Related Entities or Individuals (net) | $ (624,151.50) | $ (260,150.00) | $ (884,301.50) |
| Withdrawals/Transfers (unknown recipients) (net) | $ (598,790.97) | $ (18,800.00) | $ (617,590.97) |
| Potentially Business Related | $ (279,866.76) | $ (173,272.45) | $ (453,139.21) |
| Other Entities/Individuals | $ (146,449.50) | $ (92,810.00) | $ (239,259.50) |
| Loan Payments | $ (26,946.35) | $ (122,000.00) | $ (148,946.35) |
| IRS Tax Payment | $ (114,778.59) | $ - | $ (114,778.59) |
| ClickPay Property Pay Payments | $ (54,988.91) | $ - | $ (54,988.91) |
| Security Services | $ (2,903.04) | $ (27,847.84) | $ (30,750.88) |
| Other/Miscellaneous (net) | $ (21,040.89) | $ (9,674.27) | $ (30,715.16) |
| Salon Purchase | $ (30,000.00) | $ - | $ (30,000.00) |
| Cable/Phone/Internet (net) | $ (15,780.36) | $ (5,410.61) | $ (21,190.97) |
| Insurance (net) | $ (17,923.22) | $ (1,037.25) | $ (18,960.47) |
| | | **Total Withdrawals** | $ (15,273,060.65) |
| **Ending Balance @ 8/17/2022** | $ 0.00 | $ 759,003.80 | $ 759,003.80 |

[1] Includes the following bank accounts (last 4 digits of account number):

CryptoFX Bank Accounts: Cadence Bank, N.A. (-9455), Cadence Bank, N.A. (-5647), Cadence Bank, N.A. (-7137), Cadence Bank, N.A. (-7103), Cadence Bank, N.A. (-7129), First Citizens Bank (-6456), J.P. Morgan Chase Bank, N.A. (-0950), J.P. Morgan Chase Bank, N.A. (-6989), Lone Star Bank (-0419), People's Trust Credit Union (-2018), People's Trust Credit Union (-4909), and PNC Bank (-1156)/BBVA Compass Bank (-8852).
CBT Group Bank Accounts: Cadence Bank, N.A. (-7654), Lone Star Bank (-0427), and Simmons Bank (-9557).

# Hahn Declaration - Exhibit B

APP0230

# EXHIBIT B

### Misappropriation/Ponzi Payment Example (CryptoFX Bank Accounts)

**Account Name: Maurizzio Group, LLC**
Bank/Acct No.: Cadence Bank, N.A. (-7137)
*Time Period: 04/05/2021 - 04/19/2021*

| | | | | |
|---|---|---|---|---|
| **Beginning Account Balance @ 04/05/2021** | | | $ | **278,587.82** |
| | | | | |
| Investor Funds: | | | | |
| Investor Deposits (from 8 investors) | | | $ | 53,150.00 |
| | | | | |
| Transfers of Investor Funds: | | | | |
| CBT Group -7654 | $ | 300,000.00 | | |
| Mauricio A Chavez -9455 | $ | 50,000.00 | | |
| CryptoFX -7129 | $ | 25,000.00 | $ | 375,000.00 |
| | | **Total Deposits** | **$** | **428,150.00** |
| | | | | |
| Use of Funds: | | | | |
| Ponzi Payments (to 6 different investors) | | | $ | (116,600.00) |
| | | | | |
| Providence Title | | | $ | (495,000.00) |
| Legal Fees | | | $ | (22,539.95) |
| PS Personalized Services LLC (unknown) | | | $ | (17,500.00) |
| Credit Card Payments | | | $ | (2,860.84) |
| Retail | | | $ | (1,092.56) |
| Medical/Dental | | | $ | (335.40) |
| The Post Oak Hotel | | | $ | (288.89) |
| Spa/Salons | | | $ | (169.20) |
| Restaurants | | | $ | (38.33) |
| Car Wash | | | $ | (36.00) |
| Parking | | | $ | (25.00) |
| Bank Fees | | | $ | (17.00) |
| | | **Total Withdrawals** | **$** | **(656,503.17)** |
| | | | | |
| **Ending Account Balance @ 02/12/2021** | | | $ | **50,234.65** |

# Hahn Declaration - Exhibit C

APP0232

# EXHIBIT (

## Misappropriation Example (CBT Group Bank Accounts)

**Account Name: CBT Group, LLC**
Bank/Acct No.: Cadence Bank, N.A. (-7654)
*Time Period: 02/01/2021 - 02/12/2021*

| | | | | |
|---|---|---|---|---|
| **Beginning Account Balance @ 02/01/2021** | | | $ | 625.00 |
| | | | | |
| Investor Funds: | | | | |
| Investor | | | $ | 70,000.00 |
| Transfers of Investor Funds: | | | | |
| CryptoFX -7103 | $ | 25,000.00 | | |
| CryptoFX -7129 | $ | 40,000.00 | | |
| CryptoFX -7129 | $ | 40,000.00 | $ | 105,000.00 |
| | | **Total Deposits** | **$** | **175,000.00** |
| | | | | |
| Use of Funds: | | | | |
| First American Title | | | $ | (130,000.00) |
| Kennedy Funding Financial LLC (Bridge Loan) | | | $ | (42,500.00) |
| Transfers to Account Ending 9513 (unknown) | | | $ | (1,000.00) |
| | | **Total Withdrawals** | **$** | **(173,500.00)** |
| | | | | |
| **Ending Account Balance @ 02/12/2021** | | | $ | 2,125.00 |

## DECLARATION OF OMAR XAVIER

I, Omar Xavier, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      My name is Omar Xavier. I am 50 years of age. I have personal knowledge of the matters set forth in this Declaration, I am of sound mind, and I am otherwise competent to testify to these matters.

2.      I currently live in Metairie, Louisiana.

3.      I first heard about CryptoFX, LLC ("CryptoFX") through a friend who told me that it was an investment company in which you could get tax free, cash returns. My friend told me that the company would invest the money in cryptocurrency trading, and if you left your money with the company for a longer amount of time, your returns would be greater.

4.      My friend invited me to a seminar to learn more about the company. She received a cash bonus if she brought someone to the seminar as part of the company's referral program.

5.      On June 6, 2022, I attended the CryptoFX seminar. The seminar was held at the Ramada by Wyndham Metairie New Orleans Airport location at 3400 S I-10 Service Rd W, Metairie, Louisiana.

6.      There were at least 100 other people at the seminar. Almost all of them appeared to be of Latino descent and working class. There was a slide deck presentation, and CryptoFX representatives presenting on the company in Spanish. On one of the slides, there was a chart with the potential range of returns CryptoFX investors could receive. I sent a picture of this to staff attorney Jillian Harris via email on August 17, 2022.

7.      The presenters mentioned Mauricio Chavez and how he invests your money for you and trades in cryptocurrency – it did not appear Mauricio Chavez was at the seminar. The presenters gave examples of the type of returns you could get – for example, if you invested $5,000

you could get $2,500 return in three months months, but if you invest $5,000 for six months, you would receive $10,000 as a return.

8.     During the presentation, a woman named Eva Cordon stood up and gave a testimonial about how much she received in returns and how grateful she was to CryptoFX as a company.

9.     There was also a woman there signing people up with very simple, one-page contracts to sign up people for investments. I read the contract – it only required the investor's name and address and the amount of cash they gave. I was not allowed to take a copy, or take a picture of the contract.

10.     The company required cash for any investment payment, and told everyone they paid out returns in cash. I know a few people who have received return payments – they each received cash.

11.     At the seminar, I asked about how these returns were generated, and whether or not this was a Ponzi scheme. The CryptoFX representatives were very hostile towards my questions, and eventually kicked me out. One representative followed me out of the hotel to my car.

12.     I also researched CryptoFX. They were not registered anywhere, and did not appear to have a real physical address, which made me very suspicious. I also saw more promotional materials online (Facebook, Instagram) and learned there were more seminars in the future.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _____, 2022.

_____
Omar Xavier

promotional materials online (Facebook, Instagram) and learned there were more seminars in the future.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 8/22 , 2022:

Omar Xavier

APP0236

Join the most comprehensive cryptocurrency online and on-class training courses by CRYPTOFX.

C R Y P T O F X    Cryptocurrencies   Boot Camp   Classes   FAQs   Contact






# Discover everything from Blockchain basics to what it means to mine cryptocurrency.

You'll leave our class with a solid understanding of Bitcoin, Ethereum, and other cryptocurrencies.

Today is the time to develop market-driven skills, learning the cutting-edge tools and technologies associated with the modern Fintech sector. Cryptocurrencies are more than just digital currency — they're part of an asset class.

[ Watch our video ▸ ]    [ SEE ACADEMY PACKS ▸ ]

Bitcoin (BTC) 55,129.00   Ethereum (ETH) 3,629.55   Bitcoin Cash (BCH) 624.09   Bitcoin (BTC) 55,129.00   Ethereum (ETH) 3,629.55   Bitcoin Cash (BCH) 624.09   Bitcoin (BTC) 55,129.00



CRYPTOFX

## Why Cryptocurrencies?

**Fact: The Blockchain Technology Market Size Worldwide Keeps Growing**

The size of the global blockchain technology market was valued at 1.58 billion U.S. dollars in 2016 and is forecast to grow more than a hundred times to 163 billion U.S. dollars by 2027.

Source: Statista.com

- Virtual currency is still in its infancy.
- Cryptocurrencies are becoming accepted globally (Expedia, Overstock, Xbox, etc.) due to benefits such as reduced transaction costs, no legal and regulatory hurdles, and quick, easy transfers.
- With cryptocurrency, you can make transactions with no middlemen — meaning no banks!
- The prices of bitcoin, ethereum, and litecoin and other virtual currencies are skyrocketing; i.e., bitcoin surged more than 1,400% in 2017, topping out at nearly $20,000!

What it has only been around for a few years, there are very few people today enjoying the benefits of investing today! $1,000 of Bitcoin in 2012 would be worth $2.7M today!

CRYPTOFX FinTech Boot Camp

## You're about to learn everything from Blockchain basics to what it means to mine cryptocurrency and have a sound understanding of Bitcoin, Ethereum, and other cryptocurrencies.

By taking any of our three classes, you will learn to make decisions about the Bitcoin ecosystem using new information, logical structures, and practical step-by-step guides. CRYPTOFX is a leader in the FinTech education industry.

## WHAT WE WILL LEARNING

- Introduction to digital currencies
- Blockchain technology and applications
- How to buy and sell cryptocurrencies while mitigating risk
- Regulation and digital currencies
- Financial markets and alternative investments
- Get real-world experience and complete projects using finance-related datasets—allowing you to build a portfolio of work that demonstrates your professional mastery.





### Top 3 Reasons to Enroll:


**Academic Quality:**
Classes are taught by industry practitioners with over 20 years of experience combined.


**Action Plan to Making Your *First* $100K:**
The CRYPTOFX faculty will help you design a customized game plan to achieving your first $100K.


**Professional Development:**
Get excellent professional opportunities with your new FinTech skills: Consultant, Startup Entrepreneur, Business Analyst, etc.

# CRYPTOFX
## Choose Your Class

| THE APPRENTICE | | |
|---|---|---|
| Class | Class | Class |

| | | |
|---|---|---|
| You're Brand NEW to Crypto | You're Been in Crypto 1-2 Years | You're Been in Crypto 3+ Years |
| 12 in-class or online classes | 12 in-class or online classes | 12 in-class or online classes |
| 3 Months – 60 hour classes | 3 Months – 60 hour classes | 3 Months – 60 hour classes |
| 07:00 PM to 09:00 PM CST | 07:00 PM to 09:00 PM CST | 07:00 PM to 09:00 PM CST |
| Cost: $499.99 | Cost: $999.99 | Cost: $1,499.99 |
| Inquire Now | Inquire Now | Inquire Now |

CRYPTOFX
VIDEOS **Watch & Learn More!**







APP_0139



Captured by FireShot Pro: 07 October 2021, 13:44:51

APP 0240

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

SECURITIES AND EXCHANGE COMMISSION

### DEFENDANTS

MAURICIO CHAVEZ, ET AL

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Harris
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Matthew J. Gulde
801 Cherry Street, Ste. 1900, Ft Worth, Texas 76102, 817-978-1410

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [X] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Sections 5(a), 5(c) and 17(a) of the Securities Act [15 U.S.C. §§ 77e(a) & (c) and 77q(a)] and Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)

Brief description of cause:
and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5] Sections 206(1) and (2) of the Advisers Act [15 U.S.C. §§ 80b-6(1)-(2)]

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE
September 19, 2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| MAURICIO CHAVEZ, et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mauricio Chavez
1124 Blalock Road, Ste. A
Houston, Texas 77055

OR WHEREVER FOUND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew J. Gulde
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                              *Server's signature*

                                               _____
                                                              *Printed name and title*

                                               _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| | ) |
| MAURICIO CHAVEZ, et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Giorgio Benvenuto
9200 Westheimer Road, Apt. 1606
Houston, Texas 77063


OR WHEREVER FOUND


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew J. Gulde
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____        _____
                                                                                *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*


                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>_____<br>*Plaintiff(s)*<br>v.<br>MAURICIO CHAVEZ, et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CryptoFX, LLC
c/o Mauricio Chavez, CEO
1124 Blalock Road, Ste.A
Houston, Texas 77055

OR WHEREVER FOUND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Gulde
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Texas

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. |
| MAURICIO CHAVEZ, et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CBT Group, LLC
         c/o Mauricio Chavez, Principal
         1124 Blalock Road, Ste. A
         Houston, Texas 77055
         OR WHEREVER FOUND

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew J. Gulde
                            United States Securities and Exchange Commission
                            Burnett Plaza, Suite 1900
                            801 Cherry Street, Unit 18
                            Fort Worth, Texas 76102

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: