# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CLAYTON L.J.W. ARNETTE,**<br><br>      Plaintiff,<br><br>v.<br><br>**TIRE ONE, LLC**, and<br>**JAMIE BURNS HUMPHRIES,**<br> an individual,<br><br>      Defendants. | **COMPLAINT FOR DAMAGES**<br><br>Case No. _____<br><br><u>**JURY TRIAL REQUESTED**</u> |

## INTRODUCTION

1. Plaintiff Clayton Arnette worked as a mechanic and front desk worker for Defendants' tire and automotive shop for over three years from 2019 to 2022. During this time, despite the fact that he regularly worked about 60 hours a week, Defendants failed to pay him overtime pay.

2. To challenge this wage violation, Plaintiff brings this action, by and through his attorneys, against Defendants Tire One, LLC, and its principal, Jamie Humphries, an individual, to recover unpaid or underpaid wages and other damages under the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. (hereinafter "FLSA").

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. § 1331, by virtue of federal questions, 29 U.S.C. § 201 *et seq.* of the FLSA.

4. Venue lies with this Court pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 201 *et seq.* A significant portion of the events giving rise to the instant litigation occurred at the Defendants' agency which is based in Newton County.

## PARTIES

**Defendant Tire One, LLC**

5. Defendant **Tire One, LLC** (hereinafter "Tire One") is a corporation doing business within the Northern District of Georgia, whose principal place of business is located at 2626 Hwy 212, Suite 121, Covington, GA, 30016, which is in Newton County. Its registered agent is listed with the Georgia Secretary of State as Brian J Kilgore at the same address.

6. At all relevant times, Defendant Tire One has had annual gross revenues in excess of $500,000.

7. Defendant Humphries owns several related entities that all form part of a single "enterprise." 29 U.S.C. § 203(r). For example, Tire One Wheel Repair

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

*Arnette v. Tire One, LLC*
USDC, NDGA

Complaint
Page 2

LLC f/k/a Tire one Mobile Wheel Repair LLC also has as its principal address as 2626 Hwy 212, Suite 121, Covington, GA, 30016 and its registered agent is Mr. Humphries. He also owns Tire One Lake Oconee LLC whose principal address is 900 Harmony Road, Eatonton, GA, 31024 and is its registered agent. At all relevant times this "enterprise" has had annual gross revenues in excess of $500,000.

8. At all relevant times, Defendant Tire One was engaged in interstate commerce and/or the production of goods for commerce, within the meaning of the FLSA, 29 U.S.C. §§ 206(a) and 207(a). Defendant regularly used and sold tools, equipment, supplies, and inventory from out of state, transacted business across state lines using the telephone and internet, and advertises its services on the internet across state lines.

9. At all times material to this action, Defendant Tire One was subject to the FLSA and was an "employer" of the Plaintiff, as defined by § 203(b) of the FLSA.

**Defendant Jamie Humphries**

10. Defendant Jamie Burns Humphries an individual, resides 116 River Point Road, Jackson, GA, 30233, in Butts County, upon information and belief.

11. Defendant Humphries is the owner, or an owner, of Tire One.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

12. Defendant Humphries is the founder of Tire One.

13. Defendant Humphries is the President and/or CEO of Tire One.

14. At all times material to this action, Defendant Humphries exercised substantial control over the functions of the company's employees including Plaintiff. He hired him, had the authority to terminate his employment, and decided the manner and timing of his compensation.

15. At all times material to this action, Defendant Humphries was an "employer" of the Plaintiff, as defined by § 203(b) of the FLSA.

**Plaintiff Clayton Arnette**

16. Plaintiff Clayton Arnette is a resident of Covington, Georgia.

17. At all times material to this action, Plaintiff Arnette was an "employee" within the meaning of 29 U.S.C. § 203(e).

18. Plaintiff Clayton Arnette worked for Defendants from July 24, 2019 to December 26, 2022.

19. During the majority of his employment he was a mechanic or "service tech." For some period of time, however, he instead worked at the front desk.

20. His pay rates changed over the years but in general he was paid on a salary basis. More specifically, following are his approximate dates for the various pay rates and positions were as follows:

AndersonDodson, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

*Arnette v. Tire One, LLC*
USDC, NDGA

Complaint
Page 4

| Dates | Rate | Position |
|---|---|---|
| 7/24/2019 – 5/2021 | $780/wk | mechanic |
| 5/2021 - 9/2021 | $1250/wk | mechanic |
| (gap)~6 wks 9/2021 to ~10/15/2021 | $-- | N/A |
| ~10/15/2021 - Nov. 2022 | $1250/wk | front desk |
| Nov. 2022-12/6/22 | $750/wk | mechanic |

21. Plaintiff's primary supervisor was Defendant Humphries.

22. Plaintiff typically worked a rotation of 5 days one week and 6 days a week the next. His hours varied some but generally, his workday began at 8:00am; he would often open the shop. He would generally stay until at least the close time of 6:00pm. When he was a mechanic he would stay after close to continue working on repairs, for another hour or two. Every other Saturday he would work from open at 8:00am until after 3:00pm close, typically leaving between 4:00 and 4:30pm. Based on this on average he estimates he generally worked around 60 hours a week.

23. For the overtime hours he worked the company defendants did not pay him anything above his regular pay.

**AndersonDodson, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

*Arnette v. Tire One, LLC*
USDC, NDGA

Complaint
Page 5

# LEGAL CLAIMS

## As And For A First Cause of Action:
## FAIR LABOR STANDARDS ACT (FLSA) VIOLATIONS

24. Plaintiff realleges and incorporates by reference each allegation contained in the paragraphs above, and by reference repleads and incorporates them as though fully set forth here.

25. Defendants failed to compensate Plaintiff at a rate of one and one half times his normal hourly rate(s) for all hours over 40 worked in a workweek, in violation of the FLSA.

26. Defendants have been wrongfully treating Plaintiff as if he were  when in fact she was an "employee" as defined by the FLSA.

27. At all times material to this action, the Plaintiff was in fact an "employee" within the meaning of 29 U.S.C. § 203(e).

28. Plaintiff estimates he is owed overtime as follows:

| Dates | | Weeks | Rate | Regular Rate | Overtime Rate | OT Per Week | OT for period |
|---|---|---|---|---|---|---|---|
| 1/18/20 | 3/30/20 | 10.29 | $780/wk | $19.50 | $29.25 | $585.00 | $6,017.14 |
| 4/1/20 | 3/30/21 | 51.86 | $780/wk | $19.50 | $29.25 | $585.00 | $30,336.43 |
| 4/1/21 | 5/31/21 | 8.57 | $780/wk | $19.50 | $29.25 | $585.00 | $5,014.29 |
| 6/1/21 | 8/31/21 | 13.00 | $1250/wk | $31.25 | $46.88 | $937.60 | $12,188.80 |
| gap | | | $-- | $-- | $-- | $-- | |
| 10/16/21 | 11/7/22 | 55.29 | $1250/wk | $31.25 | $46.88 | $937.60 | $51,835.89 |
| 11/8/22 | 12/6/22 | 4.00 | $750/wk | $18.75 | $28.13 | $562.60 | $2,250.40 |
| | | | | | | TOTAL | $107,642.94 |
| | | | | | | 2 yr SOL | $71,289.37 |
| | | | | | | 3 yr SOL | $101,625.80 |

AndersonDodson, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

29. Defendants had no good faith basis for believing that their pay practices as alleged above were in compliance with the law.

30. The foregoing conduct constitutes a "willful" violation of the FLSA, 29 U.S.C. § 255(a).

31. As a result of the violations by Defendant of the FLSA, the Plaintiff is entitled to all damages available under the FLSA which include, but are not limited to, all unpaid overtime, liquidated damages, attorney fees, costs, and interest, as set forth in the FLSA, more specifically 29 U.S.C. § 216(b).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

(A) Award Plaintiff unpaid and underpaid wages due under the FLSA;

(B) Award Plaintiff liquidated damages in the amount of her unpaid FLSA wages pursuant to 29 U.S.C. § 216(b);

(C) Award Plaintiff interest;

(D) Award Plaintiff the costs of this action together with reasonable attorneys' fees; and

(E) Award further relief as this Court deems necessary and proper.

AndersonDodson, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

*Arnette v. Tire One, LLC*
USDC, NDGA

Complaint
Page 7

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all questions of fact raised by the complaint.

Respectfully submitted, this **4th** day of **April, 2023.**

                                        ANDERSONDODSON, P.C.

                                        *s/ Penn Dodson*
                                        **Penn A. Dodson**
                                        GA Bar No. 224494
                                        *penn@andersondodson.com*
                                        (212) 961-7639 tel.
                                        11 Broadway, Suite 615
                                        New York, NY  10004
                                        196 Alps Rd. Ste. 2-255
                                        Athens, GA 30606

                                        Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the requirements of Local Rule 5.1(C) by using Times New Roman, 14 point.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
www.andersondodson.com

*Arnette v. Tire One, LLC*
USDC, NDGA

Complaint
Page 8