| | |
|---|---|
| **From:** | Elizabeth Rose |
| **To:** | Jason Wyrick |
| **Cc:** | Pete Law; Joseph Zdrilich; Elizabeth Brown |
| **Subject:** | RE: Douget v. Southeast Logistics, et al., CAFN 2023CV00459 |
| **Date:** | Wednesday, March 29, 2023 5:06:53 PM |

Jason,

We will respond to the discovery that you served as far as exact figures for past medical bills etc. We do not agree to a cap of $75k, the case is worth far more than that.

Please let me know asap on the service issues as you have denied that any of the Defendants have been properly served (but the documentation we provided says otherwise) as well as the other matters outlined in my email below.

Thanks,

**Elizabeth A. Rose**
**Law & Moran**
**563 Spring Street, NW**
**Atlanta, Georgia 30308**
**Phone: (404) 814-3700**
**Fax: (404) 842-7710**
www.LawMoran.com

*Please note*: Unless you have signed a fee agreement with Law & Moran, this firm does not represent you as your attorney and you are encouraged to retain counsel of your choice if you desire to do so. Further, the contents of this email are confidential, and if you received this email in error, no inadvertent waiver of any privilege is intended. Thank you.

**From:** Jason Wyrick <jwyrick@cmlawfirm.com>
**Sent:** Wednesday, March 29, 2023 1:07 PM
**To:** Elizabeth Rose <elizabeth@lawmoran.com>
**Cc:** Pete Law <pete@lawmoran.com>; Joseph Zdrilich <joe@zinjurylaw.com>; Elizabeth Brown <ebrown@cmlawfirm.com>
**Subject:** RE: Douget v. Southeast Logistics, et al., CAFN 2023CV00459

Elizabeth,

Working on trying to clean up a few of these issues.

So that my clients can evaluate their removal prospects, what is your client's claimed medical expenses?

Can you agree to a 75k cap on damages in this case?

J

**Jason Wyrick**
Partner
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP



**Elizabeth A. Rose**
**Law & Moran**
**563 Spring Street, NW**
**Atlanta, Georgia 30308**
**Phone: (404) 814-3700**
**Fax: (404) 842-7710**
www.LawMoran.com

*Please note*: Unless you have signed a fee agreement with Law & Moran, this firm does not represent you as your attorney and you are encouraged to retain counsel of your choice if you desire to do so. Further, the contents of this email are confidential, and if you received this email in error, no inadvertent waiver of any privilege is intended. Thank you.