## IN THE SUPERIOR COURT OF GWINETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil Action File No: 23-A-01722-8** |
| | ) | |
| **CHURCH MUTUAL INSURANCE COMPANY.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING REMOVAL

TO:   CLERK, SUPERIOR COURT OF GWINNETT COUNTY:

In compliance with 28 U.S.C. 1446(d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division, copies of which are attached hereto.

Respectfully submitted,

BURKE MOORE LAW GOUP, LLP

_/s/Eric R. Mull_____
Eric R. Mull
Georgia Bar No.  556860
Reid Elizabeth Evans
Georgia Bar No. 896865

*Counsel for Church Mutual*

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com
revans@burkemoore.com

## IN THE SUPERIOR COURT OF GWINETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH** ) ) ) **Plaintiff,** ) ) **v.** ) ) **CHURCH MUTUAL INSURANCE COMPANY.** ) ) ) ) **Defendant.** | **Civil Action File No: 23-A-01722-8** |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a copy of the within and foregoing **NOTICE OF FILING REMOVAL** was served on all counsel of record using the CM/ECF system, which will send e-mail notification to the attorneys of record:

Alvin Kendall
The Kendall Law Firm
1133 Cleveland Avenue
Atlanta, Georgia  30344
akendall@kendalllawfirm.com

This 4th day of April, 2023.

BURKE MOORE LAW GOUP, LLP

 _/s/Eric R. Mull_____
Eric R. Mull
Georgia Bar No.  556860
*Attorneys for Defendant*

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

ANTIOCH BAPTIST CHURCH NORTH

**(b)** County of Residence of First Listed Plaintiff   Fulton
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Alvin L. Kendall, The Kendall Law Firm, 1133 Cleveland Avenue, Atlanta, GA 30344; 678-257-2002

## DEFENDANTS

CHURCH MUTUAL INSURANCE COMPANY

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question *(U.S. Government Not a Party)*
- [x] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [✓] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [x] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332, 1441, 1446
Brief description of cause:
Alleged breach of an insurance contract.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
Exceeds $75,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   04/ 4 /2023

SIGNATURE OF ATTORNEY OF RECORD   /s/Eric R. Mull

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**  **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**  **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)**

**III.**  **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**  **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**  **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISON**

| | |
|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) **Civil Action File No:** |
| **CHURCH MUTUAL INSURANCE COMPANY,** | ) ) ) |
| **Defendant.** | ) ) |

## DEFENDANT CHURCH MUTUAL INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Church Mutual Insurance Company ("Church Mutual"), by and through its counsel, and hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint, showing this Honorable Court the following:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Church Mutual upon which relief can be granted, and therefore, must be dismissed.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to comply with all conditions precedent to under the Policy.

## THIRD AFFIRMATIVE DEFENSE

Church Mutual shows that Plaintiff's Complaint should be dismissed because the insurance agreement upon which the claim for insurance proceeds was brought does not provide coverage for the damage to the property as alleged in the Complaint. As such, Plaintiff's Complaint must be dismissed.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's allegations of bad faith failure to pay are without any basis in fact or law and are barred since Church Mutual did not refuse to pay based upon an unreasonable interpretation of the Policy provisions as applied to the circumstances known, which represents a substantial legal basis for its payment and denial of Plaintiff's additional claim for damages. All actions taken by Church Mutual were made in good faith and, as such, any claim for bad faith penalties and attorney's fees cannot stand.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to complete the statutory requirements for a claim of bad faith pursuant to O.C.G.A. § 33-4-6.

## SIXTH AFFIRMATIVE DEFENSE

The penalties set forth in O.C.G.A. § 33-4-6 are Plaintiff's exclusive remedies for alleged bad faith, and therefore, to the extent Plaintiff's Complaint

seeks extra-contractual damages not provided in O.C.G.A. § 33-4-6, Plaintiff's

Complaint fails to state a cause of action and should be dismissed.

## SEVENTH AFFIRMATIVE DEFENSE

No alleged act, omission, or breach on the part of Church Mutual caused

Plaintiff's alleged damages.

## EIGHTH AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff has failed to mitigate damages.

## NINTH AFFIRMATIVE DEFENSE

Church Mutual hereby reserves the defenses of statute of limitations, repose,

waiver, lack of jurisdiction, and improper venue.

## TENTH AFFIRMATIVE DEFENSE

Church Mutual hereby reserves all of its rights to amend this Answer and/or

supplement its Affirmative Defenses in accordance with any additional information

developed during the

## ELEVENTH AFFIRMATIVE DEFENSE

In response to the specific allegations contained in the Plaintiff's Complaint,

and while at all times reserving the defenses previously raised by Defendant as

well as those which may be added by amendment in the future after further

discovery and investigation, Defendant states the following:

## PARTIES

### 1.

Admitted.

### 2.

In answer to paragraph 2 of Plaintiff's Complaint, Defendant admits that Church Mutual is an insurance company licensed to do business in Georgia and may be personally through its registered agent, Corporation Service Company, located at 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. In further response to paragraph 2 of Plaintiff's Complaint, Defendant admits that the United States District Court for the Northern District of Georgia, Atlanta Division, has jurisdiction over the subject matter alleged in Plaintiff's Complaint and that venue is proper the United States District Court for the Northern District of Georgia, Atlanta Division.

## FACTS COMMON TO ALL COUNTS

### 3.

Defendant admits that Defendant issued Policy No. 0027024-02-061796 to Antioch Baptist Church North with effective dates of December 8, 2019 to December 8, 2020.

4.

Denied.

5.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and places Plaintiff on strict proof of same.

6.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and places Plaintiff on strict proof of same.

**COUNT ONE**
**BREACH OF CONTRACT**

7.

Defendant incorporates by reference their defenses and responses to the preceding paragraphs as if fully set forth herein.

8.

In answer to paragraph 8 of Plaintiff's Complaint, Church Mutual states that the Policy is the best evidence of what it contains and speaks for itself.

9.

In answer to paragraph 9 of Plaintiff's Complaint, Church Mutual admits that on May 5, 2021, Plaintiff provided notice of a claim for property damage arising from an alleged May 3, 2021 storm event.

10.

Denied.

11.

Denied.

## COUNT TWO
## VIOLATION OF O.C.G.A. § 33-4-6 – BAD FAITH

12.

Defendant incorporates by reference their defenses and responses to the preceding paragraphs as if fully set forth herein.

13.

In answer to paragraph 13 of Plaintiff's Complaint, Church Mutual admits that on May 5, 2021, Plaintiff provided notice of a claim for property damage arising from an alleged May 3, 2021 storm event.  Defendant denies the second sentence of Paragraph 13 of Plaintiff's Complaint.

14.

Denied.

15.

Denied.

16.

Defendant denies Plaintiff's "prayer for relief," which is found immediately following paragraph 15 of Plaintiff's Complaint.

17.

Defendant denies any allegations to which it has not otherwise specifically responded.

WHEREFORE having responded to the allegations of Plaintiff's Complaint, Church Mutual respectfully prays that:

(1)     Plaintiff's Complaint be dismissed against Church Mutual;

(2)     Church Mutual be discharged with all costs cast upon Plaintiff for attorney's fees and costs of litigation; and

(3)     Church Mutual be awarded any other further relief as the Court may deem just and proper.

Respectfully submitted this 4th day of April, 2023.

[*SIGNATURES APPEAR ON FOLLOWING PAGE*]

**BURKE MOORE LAW GROUP,
LLP**

/s/ *Eric R. Mull*
Eric R. Mull
Georgia Bar No. 556860
Reid Elizabeth Evans
Georgia Bar No. 896865

*Counsel for Church Mutual*

235 Peachtree Street
Suite 1900
Atlanta, Georgia  30303
Tel:    (877) 219-5222
Fax:    (404) 905-1450
emull@burkemoore.com
revans@burkemoore.com

 Counsel for Defendant certifies that this pleading complies with Local Rule 7.1D.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISON**

| | | |
|---|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Action File No:** |
| **CHURCH MUTUAL INSURANCE COMPANY,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT CHURCH MUTUAL INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES** upon all parties to this matter via U.S. First Class Mail addressed to the following counsel of record:

Alvin Kendall
The Kendall Law Firm
1133 Cleveland Avenue
Atlanta, Georgia  30344
akendall@kendalllawfirm.com

This 4th day of April, 2023.

*/s/ Eric R. Mull*
Eric R. Mull
Georgia Bar No.  556860

*Attorney for Church Mutual*

Page 1 of 2

235 Peachtree Street
Suite 1900
Atlanta, Georgia  30303
Tel:   (877) 219-5222
Fax:   (404) 905-1450
emull@burkemoore.com

 Counsel for Defendant certifies that this pleading complies with Local Rule 7.1D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action File No:** |
| ) | |
| ) | |
| **CHURCH MUTUAL** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>NOTICE OF REMOVAL</u>

NOW COMES Defendant Church Mutual Insurance Company, a foreign company ("Church Mutual"), and pursuant to 28 U.S.C. 1446 gives notice as follows:

1.

Church Mutual is the Defendant in a civil action brought in Superior Court of Gwinnett County, which is within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Plaintiff Antioch Baptist Church North ("Antioch Baptist") is a Georgia church located at 540 Cameron M. Alexander Boulevard, NW, Atlanta, Georgia.

3.

Defendant Church Mutual is a corporation organized and existing under the laws of the State of Wisconsin with its principal place of business in the State of Wisconsin, as it was at the commencement of the said Civil Action and as it has been thereafter, and at no time has it been organized and existing under the laws of the State of Georgia, nor at any time has its principal place of business been located in the State of Georgia.

5.

This case is a suit for the alleged breach of an insurance contract, seeking alleged damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

6.

Defendant Church Mutual shows that the amount in controversy in this case exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs which is supported by Plaintiff's claim for insurance coverage for damage to their property, which Plaintiff alleges is no less than $524, 200.00, and for bad faith penalties pursuant to O.C.G.A. § 33-4-6.  [Complaint, p. 11 and 14].  Church Mutual alleges in good faith, after a reasonable attempt to determine the identities of Plaintiff's members, that Church Mutual is diverse from Plaintiff's

members.  This Court thus has original jurisdiction under 28 U.S.C. 1332 and, accordingly, this case may be removed to this Court pursuant to 28 U.S.C. 1441(a).

7.

Defendant Church Mutual shows that this case was filed on March 3, 2023 in the Superior Court of Gwinnett County, and that Defendant Church Mutual was served with the Summons and Complaint on March 14, 2023.  Defendant Church Mutual shows that this Notice of Removal is filed within thirty (30) days from the date of service on Defendant.

8.

Defendant Church Mutual attaches hereto copies of the entire record in Superior Court of Gwinnett County, as served upon Defendant.

9.

Defendant Church Mutual has given written notice of the filing of this Notice to the Plaintiff by notifying its attorneys of record, Alvin L. Kendall. Defendant Church Mutual has filed a written notice with the Clerk of Superior Court of Gwinnett County, a copy of which is attached.

10.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and that it is not

interposed for any improper purpose, such as to harass or to cause unnecessary

delay or needless increase in the cost of litigation.

       Respectfully submitted,

       BURKE MOORE LAW GOUP, LLP

       _/s/Eric R. Mull_____
       Eric R. Mull
       Georgia Bar No.  556860
       Reid Elizabeth Evans
       Georgia Bar No. 896865

       *Counsel for Church Mutual*

235 Peachtree Street
Suite 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com
revans@burkemoore.com


 Counsel for Defendant certifies that this pleading complies with Local Rule 7.1D.

4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH,** | ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) | **Civil Action File No:** |
| **CHURCH MUTUAL INSURANCE COMPANY,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the within and foregoing **NOTICE OF REMOVAL** was served on all counsel of record using the CM/ECF system, which will send e-mail notification to the attorneys of record:

Alvin Kendall
The Kendall Law Firm
1133 Cleveland Avenue
Atlanta, Georgia  30344
akendall@kendalllawfirm.com

This 4th day of April, 2023.

BURKE MOORE LAW GOUP, LLP

_/s/Eric R. Mull_____
Eric R. Mull
Georgia Bar No.  556860

*Counsel for Church Mutual*

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com



**null / ALL**
**Transmittal Number: 26566583**
**Date Processed: 03/16/2023**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sheila R. Klug<br>Church Mutual Insurance Company<br>3000 Schuster Ln<br>Merrill, WI 54452-3863 |
| **Electronic copy provided to:** | Cynthia Brandt<br>Christopher Grunenwald<br>Melissa Fitzgerald<br>Gonzalo Sanchez Silvela |

| | |
|---|---|
| **Entity:** | Church Mutual Insurance Company<br>Entity ID Number  3151001 |
| **Entity Served:** | Church Mutual Insurance Company |
| **Title of Action:** | Antioch Baptist Church North vs. Church Mutual Insurance Company |
| **Matter Name/ID:** | Antioch Baptist Church vs. Church Mutual Insurance Company (13735115) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County Superior Court, GA |
| **Case/Reference No:** | 23-A-01722-8 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 03/14/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Kendall Law Firm<br>678-257-2002 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

CIVIL ACTION NO. _23-A-01722-8_

DATE FILED _3/3/23_

**[ ] MAGISTRATE [ ] STATE [X] SUPERIOR - COURT
GWINNETT COUNTY, GEORGIA**

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

_ALVIN L. KENDALL, ESQ._

_1133 CLEVELAND AVE_

_Atlanta, Ga. 30344_

_ANTIOCH BAPTIST CHURCH_
_NORTH_
**PLAINTIFF(S)**

VS _CHURCH MUTUAL_
_INSURANCE COMPANY_
**DEFENDANT(S)**

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

_CHURCH MUTUAL INS. CO._

_C/O CORPORATION SERVICE CO._

_2 SUN COURT, SUITE 400_

_PEACHTREE CORNERS, GA._
_30092_

**GARNISHEE**

Other attached documents to be served: _____

## SHERIFF'S ENTRY OF SERVICE

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

**[ ] PERSONAL**  Upon the following named defendant:

**[ ] NOTORIOUS** Upon defendant _____
By leaving a copy of the action and summons at the most notorious place of abode in the county.

Delivered the same to_____ described as follows: approximate age
yrs; approximate weight_____pounds; approximate height_____feet and_____inches, domiciled at residence of the defendant.

**[X] CORPORATION** Upon corporation _____

By serving _____, in charge of the office and
place of business of the corporation in this county.

By serving _____, its registered agent.

**[ ] TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

**[ ] NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

_____

_____

This _14_ day of _____, 20___.

SHERIFF DOCKET_____ PAGE_____

TIME: _____ ___. M.

_____
DEPUTY

Q:\ Magforms\Forms\MAG 10-10 Sheriff's Entry of Service

CLERK OF SUPERIOR COU
GWINNETT COUNTY, GEORG
23-A-01722
3/3/2023 2:34 F
TIANA P. GARNER, CLE

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**ANTIOCH BAPTIST**

**CHURCH NORTH**

_____

_____

            **PLAINTIFF**

       **VS.**

**CHURCH MUTUAL**

**INSURANCE COMPANY**

_____

            **DEFENDANT**

CIVIL ACTION 23-A-01722-8
NUMBER:_____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

    **Alvin L. Kendall, Esq.**
    **1133 Cleveland Avenue**
    **Atlanta, Georgia 30344**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _3rd day of March, 2023_____, 20____.

                             **Tiana P. Garner**
                         **Clerk of Superior Court**

                     By_____
                             **Deputy Clerk**

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

CLERK OF SUPERIOR COU
GWINNETT COUNTY, GEOR
23-A-0172
3/3/2023 2:34 I
TIANA P. GARNER, CLE

THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| ANTIOCH BAPTIST CHURCH NORTH | * | |
|    Plaintiffs | * | |
| V | * | CIVIL ACTION FILE NO. 23-A-01722-8 |
| | * | _____ |
| CHURCH MUTUAL INSURANCE | * | |
| COMPANY | * | |
|    Defendants | | |
| | * | |

## COMPLAINT FOR DAMAGES

COMES NOW, ANTIOCH BAPTIST CHURCH NORTH, Plaintiffs herein and file this Complaint for Damages and shows the Court as follows:

1.

Plaintiff is a Baptist church located at 540 Cameron M. Alexander Boulevard, N.W. Atlanta, Georgia 30318.

2.

Defendant CHURCH MUTUAL INSURANCE COMPANY (hereinafter referred to as "Church Mutual") is an insurance company licensed to do business in Georgia and may be personally served with a copy of this Summons and Complaint by serving its registered agent Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Defendant Church Mutual is subject to the venue and jurisdiction of this Court.

## FACTS COMMON TO ALL COUNTS

### 3.

Plaintiff entered into a property and casualty insurance contract with the Defendant on or about December 8, 2020, being Policy Number 0027024 02-061796 (herein after referred to as the "Policy").

### 4.

The Policy period was from December 8, 2020 to December 8, 2021.

### 5.

On or about March 3, 2021, Plaintiff suffered roof damage due to a storm in the Atlanta area.

### 6.

The roof damage was covered under the Policy.

## COUNT ONE

## BREACH OF CONTRACT

### 7.

Plaintiff re-alleges paragraphs 1 – 6 as if they were fully stated herein.

### 8.

Defendant agreed in the Policy contract to pay Plaintiff the repair cost for storm damage to the roof of the church.

### 9.

Plaintiff timely submitted its claim for roof damage to the Defendant.

### 10.

Defendant failed to pay the claim in full thereby breaching the Policy contract.

### 11.

Plaintiff is entitled to the repair cost in the amount of at least $524,200.00.

## COUNT TWO

## VIOLATION OF O.C.G.A.§33-4-6 - BAD FAITH

### 12.

Plaintiff re-alleges paragraphs 1 –11 as if they were fully stated herein.

### 13.

Plaintiff initiated a claim with Defendant on May 5, 2021.  To date Defendant has failed to pay the claim.

### 14.

Defendant has acted in bad faith.

### 15.

Pursuant to O.C.G.A. §33-4-6, Plaintiff is entitled to statutory fee and reasonable attorney's fees.

WHEREFORE, Plaintiff prays as follows:

(a)    That service of process issue as authorized by law;

(b)    That Plaintiff be awarded damages in an amount proven at trial;

(c)    That Plaintiff be awarded attorney's fees and expenses of litigation;

(d)    That all issues be tried by jury; and

(e)    For any other relief the Court deems necessary and proper.

Respectfully submitted,
THE KENDALL LAW FIRM

Alvin L. Kendall
Georgia Bar No. 414040
Counsel for Plaintiff
1133 Cleveland Avenue
Atlanta, Georgia 30344
678-257-2002
Fax 678-257-1730
akendall@kendalllawfirm.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANTIOCH BAPTIST CHURCH** | ) | |
| **NORTH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action File No:** |
| | ) | |
| | ) | |
| **CHURCH MUTUAL** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S RULE 3.3 CERTIFICATE OF INTERESTED PERSONS

**1.**

  The undersigned Counsel of Record to this action certify that the following is a full and complete list of all parties in this action:

  Plaintiff:   Antioch Baptist Church North

  Defendant:  Church Mutual Insurance Company

**2.**

  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other

interest which could be substantially affected by the outcome of this particular

case.

Defendant Church Mutual Insurance Company:

Church Mutual Insurance Company, S.I. CMIC is owned by Church Mutual

Holding Company.  There are no subsidiaries of Church Mutual Insurance

Company, S.I.

**3.**

The undersigned further certify that the following is a full and complete

list of all persons serving as attorneys for the parties in this proceeding.

|  |  |
|---|---|
| **Plaintiff:** | Alvin Kendall<br>The Kendall Law Firm<br>1133 Cleveland Avenue<br>Atlanta, Georgia 30344<br>678-257-2002<br>678-257-1730 (Fax)<br>akendall@kendalllawfirm.com |
| **Defendant:** | Eric R. Mull<br>Georgia Bar No.  556860<br>Reid Elizabeth Evans<br>Georgia Bar No. 896865<br>235 Peachtree Street<br>Suite 1900<br>Atlanta, Georgia  30303<br>877-219-5222 (Toll-Free)<br>404-885-6164 (Direct - ERM)<br>470-905-1450 (Fax)<br>emull@burkemoore.com<br>revans@burkemoore.com |

Page 2 of 3

Respectfully submitted,

BURKE MOORE LAW GOUP, LLP

_/s/Eric R. Mull_____
Eric R. Mull
Georgia Bar No.  556860
Reid Elizabeth Evans
Georgia Bar No. 896865

*Counsel for Church Mutual*

235 Peachtree Street
Suite 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com
revans@burkemoore.com


 Counsel for Defendant certifies that this pleading complies with Local Rule 7.1D.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ANTIOCH BAPTIST CHURCH NORTH,** | ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action File No:** |
| | ) ) | |
| **CHURCH MUTUAL INSURANCE COMPANY,** | ) ) ) | |
| **Defendant.** | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DEFENDANT'S RULE 3.3 CERTIFICATE OF INTERESTED PERSONS** was served on all counsel of record using the CM/ECF system, which will send e-mail notification to attorneys:

Alvin Kendall
The Kendall Law Firm
1133 Cleveland Avenue
Atlanta, Georgia  30344
akendall@kendalllawfirm.com

This 4th day of April, 2023.

BURKE MOORE LAW GOUP, LLP

_/s/Eric R. Mull_____
Eric R. Mull
Georgia Bar No.  556860

*Counsel for Church Mutual*

Page 1 of 2

235 Peachtree St., NE, Ste. 1900
Atlanta, Georgia  30303
877-219-5222 (Toll-Free)
404-885-6164 (Direct - ERM)
470-905-1450 (Fax)
emull@burkemoore.com