# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
State or local Agency, if any      X

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Lauren Law | 678-914-7579 | 11/23/89 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5753 Gum Court, | Ellenwood, GA, 30294 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Fried Tomatoes Buffet | 15+ | 770-629-4710 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1120 Old Industrial Blvd, | McDonough, GA 30253 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Fried Tomato Buffet INC. | 15+ | 770-629-4710 |

| Street Address | City, State and ZIP Code |
|---|---|
| 127 Commerce Ave, | Lagrange, GA, 30241 |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 5/1/2021   Latest: 10/13/21

☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began working at the above employer on or around May 2021. My permanent schedule was Wednesday, Friday, Saturday, Sunday. The lead server Kimberly would call me "her girlfriend', "whore", "slut", she would talk about her sex life. She was also very touchy and commonly gave me hugs, she would take pictures of me while I was serving tables. A coworker told me she was bisexual, and I was increasingly uncomfortable around her. Further, the some of the male co-workers also engage is flirty behaviors.  Kimberly repeatedly asked me to go out with her to clubs and bars. I told her I was not interested. After I made it clear that I was not interested in a relationship with her, she began retaliating against me. I began to get in trouble for minor things that other people were not written up for, and for things that I had not gotten in trouble before. On or about November 4th I made a complaint of sexual harassment to the Restaurant manager, Don. After my complaint I was written up on 11/12/21. Further Don and other managers have retaliated against me for making a complaint of sexual harassment by changing my schedule, assigning me less desirable tables, yelling at me, attempting to humiliate me in front of my coworkers, etc.

Today 01/07/22 I was at work and JC the owner wrote me up. I complained that this write up was in retaliation for my complaints of sexual harassment against Kimberly. After my complaint, JC told me he was increasing the severity of my write up to a final warning, and he said I would be suspended for 2 weeks. He told me I needed to grow up and take his criticisms seriously, or I would be fired. In effect, I was told that I needed to drop my complaint of sexual harassment or I would be terminated.

I believe I have been sexually harassed and retaliated against in violation of Tittle VII of the 1964 Civil Rights Act as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/7/2022
Date

DocuSigned by: Lauren Law
—3BC95001925B4F8...
Charging Party Signature

**NOTARY** – When necessary for State or local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)