# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
State or local Agency, if any    X

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| LAUREN LAW | 6789147579 | 11-23-1989 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5753 GUM Ct. | Ellenwood, ga 30294 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Fried Tomatoes Buffet | 15+ | 7706294710 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1120 Old Industrial Blvd, | mcdonough, ga 30253 |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Fried Tomatoes Buffet Inc. | 15+ | |

| Street Address | City, State and ZIP Code |
|---|---|
| 127 commerce Ave. | Lagrange, ga 30241 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 5/1/2021   Latest: 1/19/2022

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/19/2022

*LAUREN LAW*
—3BC95001925B4F8...

Date | Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)