This charge is intended to modify the charge I filed January 7, 2022.  After my EEOC Charge, I was off the schedule for two weeks.  Then I got a text from the owner saying that he wanted to meet with me.  I went to the meeting and JC, the owner, asked me, "how it was being off for two weeks?"  He asked me what lesson I had learned?  I told him that I felt like the reason I had been suspended was in retaliation for my compliant of sexual harassment.  JC kept saying that I was not learning my lesson, and not taking my job seriously.  I tried to explain, but JC got upset and he fired me.

I believe I have been sexually harassed and retaliated against in violation of Title VII of the 1964 Civil Rights Act as amended.