< Me
12:02 PM, Nov 4

(No subject)

Good Morning, Don.
This is a complaint of sexual harassment. I am all of a sudden being singled out, bullied, harassed and targeted by your lead server Kimberly, for not accepting an invitation to hang out with her outside of work. On around or about Oct.13, 2021, Kimberly invited me to hang out with her, outside of work. I did not accept this invitation. Now, all of a sudden, I am being subjected to constant hostility in the workplace. She has created a very aggressive and threatening environment to work in, immediately after this invitation decline. I love my job and only wish to work in peace and without behavior so pervasive that it causes me undue stress and uncomfortability. She (Kimberly) appears to be holding me to a different standard all of a sudden. I have been employed with Fried Tomato for approximately 6 mos. and have always worn my hair the same way (in a pony tail). Now, all of a sudden, Kimberly is harassing me and starting unecessary trouble because she wants me to wear MY hair the way SHE wants. However, you have several servers wearing their hair in the exact fashion that I am being singled out, threatened and bullied for. This is clear discrimination. Also, I have been subjected to very vulgar and sexually perverse language and conversations by Kimberly while at work and I do not like it. I do not want to hear such trash. She's even referred to me as her "girlfriend", before all of this hostile behavior began. I do not wish to be around this offensive conduct.
She is now watching my every move, as if she is stalking me while I'm at work, and trying to find something to get me in trouble for. As I stated

