

5:42

**Me**
12:02 PM, Nov 4

**(No subject)**

ay, she went to my customers' table and took their receipt off of their table, which they were very upset about. She is actually upsetting customers in order to cause conflict with me. Other customers have also complained to me about her treatment towards them and they will no longer sit with her because of it. I want this matter taken seriously, and I want to be ensured protection from unwanted and aggressive behaviors and actions taken against me. I love my job with Fried Tomato Buffet. And I would like to continue doing my job within the same shift and days without ongoing harassment.
Thank you,
Sincerely,
Lauren Law