# DISCIPLINARY WARNING

**EMPLOYEE:** Lauren Law
**S.S.N.:**
**LOCATION:** Fried Tomato Buffet
**INCIDENT DATE:** 11/10/21
**WARNING DATE:** 11/12/21
**SUPERVISOR:** JC Hong / Don Seo

## NATURE OF INFRACTION

- [x] VIOLATION OF WORK RULES
- [ ] VIOLATION OF COMPANY POLICY
- [ ] VIOLATION OF SAFETY RULES
- [ ] OTHER RULE VIOLATION
- [ ] EXCESSIVE ABSENTEEISM
- [ ] EXCESSIVE TARDINESS
- [ ] EXCESSIVE EARLY DEPARTURE
- [ ] OTHER ATTENDANCE ISSUE
- [ ] INSUBORDINATION
- [x] SUBSTANDARD WORK
- [ ] OTHER

**DESCRIPTION OF INFRACTION:**

No side work done on 11/10/2021, Weds.

Lauren was @ section C and she left around 3:30 without completing her side duty.

## TYPE OF WARNING

- [ ] VERBAL WARNING
- [x] FIRST WRITTEN WARNING
- [ ] SECOND WRITTEN WARNING
- [ ] FINAL WRITTEN WARNING

## COMMENTS

**SUPERVISOR'S COMMENTS:** * Side Duty must be completed before leaving

**SUPERVISOR'S SIGNATURE:** [signed]   **DATE:** 11/10/21

**EMPLOYEE'S COMMENTS:** Side work was completed by Sarah. I checked with her before I left, to make sure. Because JC req'd a meeting

I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE UP TO AND INCLUDING TERMINATION.

**EMPLOYEE'S SIGNATURE:** Lauren A. Law   **DATE:** 11/12/2021

**HUMAN RESOURCES SIGNATURE:**   **DATE:**

©2005 CARDINAL BRANDS, INC.   PERSONNEL FORMS ON CD   10713 adams