# DISCIPLINARY WARNING

| EMPLOYEE: Lauren Law | S.S.N.: | LOCATION: FT McDonough |
|---|---|---|
| INCIDENT DATE: 12/26/2021 | WARNING DATE: 1/7/2022 | SUPERVISOR: Don Seo / JC / Robert |

## NATURE OF INFRACTION

- [x] VIOLATION OF WORK RULES
- [ ] VIOLATION OF COMPANY POLICY
- [x] VIOLATION OF SAFETY RULES
- [ ] OTHER RULE VIOLATION
- [ ] EXCESSIVE ABSENTEEISM
- [ ] EXCESSIVE TARDINESS
- [ ] EXCESSIVE EARLY DEPARTURE
- [ ] OTHER ATTENDANCE ISSUE
- [ ] INSUBORDINATION
- [x] SUBSTANDARD WORK
- [ ] OTHER

### DESCRIPTION OF INFRACTION

She was using cell phone from 9:40 am - 10:55 am, while doing side works in the morning.

Violation of company policy that she must get approval from Mgmt that she need to be on the phone for extensive time or urgent matter.

## TYPE OF WARNING

- [ ] VERBAL WARNING
- [ ] FIRST WRITTEN WARNING
- [x] SECOND WRITTEN WARNING
- [x] FINAL WRITTEN WARNING

## COMMENTS

**SUPERVISOR'S COMMENTS:** a Final Warning

**SUPERVISOR'S SIGNATURE:** [signed]   **DATE:** 12/26/2021

**EMPLOYEE'S COMMENTS:** This is now the second write-up since my complaint of sexual harassment. I am being retaliated against.

I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE UP TO AND INCLUDING TERMINATION.

**EMPLOYEE'S SIGNATURE:** Lauren Law   **DATE:** 1/7/2022

**HUMAN RESOURCES SIGNATURE:**   **DATE:**