# DISCIPLINARY WARNING

| EMPLOYEE: Lauren Law | S.S.N.: | LOCATION: Fried Tomato Buffet |
|---|---|---|
| INCIDENT DATE: 1/19/22 | WARNING DATE: 1/19/22 | SUPERVISOR: Jc Hong |

## NATURE OF INFRACTION

- [x] VIOLATION OF WORK RULES
- [ ] VIOLATION OF COMPANY POLICY
- [ ] VIOLATION OF SAFETY RULES
- [ ] OTHER RULE VIOLATION
- [ ] EXCESSIVE ABSENTEEISM
- [ ] EXCESSIVE TARDINESS
- [ ] EXCESSIVE EARLY DEPARTURE
- [ ] OTHER ATTENDANCE ISSUE
- [x] INSUBORDINATION
- [ ] SUBSTANDARD WORK
- [x] OTHER

### DESCRIPTION OF INFRACTION

Ms. Lauren was given 2 weekend schedules off due to her recent work violation by Jc Hong, the owner of the restaurant that she was using cellphone over an hour w/o manager's approval. then, The meeting was set by Jc Hong to talk with Ms. Lauren before she gets her schedule back on Jan 19th 2022 that Jc Hong Hope that she understand & acknowledge of the seriousness of the violation that can't be repeated but she did not show any willingness to accept her wrong doing.

CONTINUE ON BACK IF NECESSARY

## TYPE OF WARNING

- [ ] VERBAL WARNING
- [ ] FIRST WRITTEN WARNING
- [ ] SECOND WRITTEN WARNING
- [ ] FINAL WRITTEN WARNING

## COMMENTS

SUPERVISOR'S COMMENTS

☆ Termination ☆

SUPERVISOR'S SIGNATURE: [signature]    DATE: 1/19/2022

EMPLOYEE'S COMMENTS

I UNDERSTAND THAT A SIMILAR VIOLATION WILL BE CAUSE FOR FURTHER DISCIPLINE UP TO AND INCLUDING TERMINATION.

EMPLOYEE'S SIGNATURE:                   DATE:

HUMAN RESOURCES SIGNATURE:              DATE:

©2005 CARDINAL BRANDS, INC.   PERSONNEL FORMS ON CD    10713 adams