

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Publix Super Markets, Inc.
Merriann Metz  General Counsel & Secretary
Publix Super Markets Inc.
3300 Publix Corporate Parkway
Lakeland FL 33811

02/13/2023

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2023-1239

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Publix Super Markets, Inc. |
|---|---|---|
| 2. | **Title of Action:** | Filisia Jackson vs. Publix Supermarkets, Inc. |
| 3. | **Document(s) Served:** | Summons<br>Complaint and Demand for Trial by Jury<br>Plaintiff's First Requests for Production of Documents<br>Plaintiff's First Request for Admissions to Defendants |
| 4. | **Court/Agency:** | Dekalb County State Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 23A00606 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 02/10/2023 |
| 10. | **Date to Client:** | Monday 02/13/2023 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Sunday 03/12/2023    <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Shellea Crochet<br>Atlanta, GA<br>404-965-1960 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 111 |
| 16. | **Notes:** | Please note there are other Due Dates listed in the document<br><br>Also Attached:<br>* Plaintiff's First Continuing Interrogatories to Defendant, etc. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

No. 23A00606

Date Summons Issued and Filed
2/8/2023

/s/ Monica Gay
Deputy Clerk

Deposit Paid $ _____

[ ] **ANSWER**

[ ] **JURY**

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

FILISIA JACKSON

(Plaintiff's name and address)

vs.

PUBLIX SUPERMARKETS, INC.

Registered Agent: Corporate Creations Network, Inc.

2985 Gordy Parkway, 1st Floor, Marietta, Georgia, 30066
(Defendant's name and address)

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Shellea D. Crochet
(Name)
191 Peachtree Street, N.E. Suite 4200
(Address)
Phone No.: (404) 965-1960                                 735805
(Phone Number)                                    (Georgia Bar No.)

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. (Plus cost of this action.)

| Defendant's Attorney | Third Party Attorney |
|---|---|
| | |
| Address | Address |
| Phone No.    Georgia Bar No. | Phone No.    Georgia Bar No. |

**TYPE OF SUIT**

☐ Account          ☐ Personal Injury                    Principal    $ _____
☐ Contract         ☐ Medical Malpractice
☐ Note             ☐ Legal Malpractice                  Interest     $ _____
☐ Trover           ☐ Product Liability
                   ☒ Other                              Atty Fees    $ _____

☐ Transferred From _____

*(Attach BLUE to Original and WHITE to Service Copy of complaint)*

STATE COURT OF
DEKALB COUNTY, GA
2/8/2023 1:25 PM
E-FILED
BY: Monica Gay

### IN THE STATE COURT OF DEKALB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| FILISIA JACKSON | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO.: 23A00606 |
| vs. | ) |
| | ) |
| PUBLIX SUPERMARKETS, INC. | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | |

### COMPLAINT AND DEMAND FOR TRIAL BY JURY

COMES NOW Plaintiff, Filisia Jackson, and states her complaint against Defendant Publix Supermarkets, Inc., as follows:

### PARTIES, JURISDICTION AND VENUE

1.

Plaintiff, Filisia Jackson is a citizen and resident of the State of Georgia.

2.

Defendant, Publix Supermarkets, INC., ("Publix") is a Foreign Profit Corporation authorized to transact business in Georgia. Publix may be served with process upon its registered agent, Corporate Creations Network, Inc., which is located at 2985 Gordy Parkway, 1st Floor, Marietta, Georgia, 30066. Publix is subject to the jurisdiction of this Court.

3.

On September 25, 2022 (the "date of incident"), Defendant Publix, owned, occupied, and/or operated a business on, the property located at 3045 Panola Rd, Lithonia, GA 30038 (the "Premises").

4.

The Defendant maintains an office and transact business in Dekalb County, where the cause of action described herein originated. Pursuant to O.C.G.A. §§ 14-2-510 and 14-11-1108, venue is appropriate in Dekalb County.

## **FACTS AND NEGLIGENCE**

5.

On the date of incident, Plaintiff was shopping for groceries on the Premises.

6.

Plaintiff slipped and fell due to liquid on the floor when she attempted to walk near the seafood department on the Premises.

7.

The liquid on the floor was an unsafe condition on the Premises.

8.

Plaintiff suffered bodily injuries as a direct and proximate result of the fall on the Premises on the date of incident.

10.

Plaintiff was an invitee on the Premises on the date of incident.

11.

Defendant owned, maintained, and/or operated the Premises on the date of incident.

12.

The liquid on the floor of the supermarket was caused, created, or negligently left for an unreasonable amount of time by Defendants' employees or contractors.

13.

On the date of incident, Plaintiff was injured in Dekalb County, Georgia on the Premises.

14.

Defendants' negligence was the direct and proximate cause of Plaintiff's injuries resulting from her fall on the Premises on the date of incident.

15.

At all relevant times, Defendant owned, maintained, and/or managed the Premises and owed a legal duty under O.C.G.A. § 51-3-1 of reasonable care to invitees to inspect and keep the Premises in safe condition and to warn Plaintiff of hidden dangers or defects that were not discoverable in the exercise of reasonable care.

16.

The Defendant, by and through its employees and/ or contractors, had actual or constructive knowledge of the hazardous condition presented by the slick floor on the Premises prior to Plaintiff's fall.

17.

At all relevant times Plaintiff had no knowledge of the unsafe and dangerous condition on the Premises and it was not discoverable by him in the exercise of reasonable care.

18.

At all relevant times Plaintiff exercised reasonable care for her own safety.

19.

As a direct and proximate result of Defendant's negligence, Plaintiff has sustained:

a. Serious injury as defined by the laws of the State of Georgia;

b. General Damages, including, past, present and future mental and physical pain and suffering, disruption of normal life and diminution in the enjoyment of life;

c. Past medical expenses in excess of $50,000.00; and

d. Other past, present and future medical expenses and special damages to be presented at the trial of this case.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays as follows:

a. That process and summons issue and served upon the Defendants according to law;

b. That Plaintiff be awarded general damages against the Defendants in an amount to be determined by the enlightened conscience of a fair and impartial jury;

c. That the Plaintiff be awarded special damages against the Defendants in an amount to be proven at trial, and other damages as shown at the trial of this case;

d. That this case be tried before a jury of twelve; and

e. That the Plaintiff have other further relief as this Court deems appropriate.

This 8th day of February, 2023.

By:     */s/ Shellea D. Crochet*
            Shellea Crochet, Esq.
            Georgia Bar No. 735805
            Attorney for Plaintiff

**MORGAN & MORGAN ATLANTA, PLLC**
191 Peachtree Street, NE, Suite 4200
P.O. Box 57007
Atlanta, Georgia 30343
Tel: (404) 965-1960
Fax: (404) 965-8812
scrochet@forthepeople.com

STATE COURT OF
DEKALB COUNTY, GA.
2/8/2023 1:25 PM
E-FILED
BY: Monica Gay

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of __DEKALB__ County

| For Clerk Use Only | |
|---|---|
| Date Filed __2/8/2023__ MM-DD-YYYY | Case Number __23A00606__ |

**Plaintiff(s)**
JACKSON   FILISIA
Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**
PUBLIX SUPERMARKETS, INC.
Last    First    Middle I.    Suffix    Prefix

Plaintiff's Attorney __Shellea D. Crochet__    Bar Number __735805__    Self-Represented ☐

## Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, *medical support, or alimony*
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number       _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.18
STATE COURT OF
DEKALB COUNTY, GA
2/8/2023 1:25 PM
E-FILED
BY: Monica Ga