IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| FILISIA JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | File No.: 23A00606 |
| ) | |
| PUBLIX SUPERMARKETS, INC., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF PRIVATE PROCESS SERVER

My name is Wes Singleton. I am a citizen of the United States of America, over 21 years of age, I am not an employee to either party of this case, nor do I have an interest in the outcome of this action.

On the 10th day of February 2023, I served Publix Supermarkets, Inc., with a SUMMONS, COMPLAINT AND DEMAND FOR TRIAL BY JURY, CASE FILING IFNORMATION FORM, PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT, PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS, PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS, AND NOTICE OF LEAVE OF ABSENCE, by handing it to Nikki Willman, representative of Corporation Creations Network, Inc., registered agent for Publix Supermarkets, Inc., at 2985 Gordy Pkwy 1st. Floor, Marietta, GA 30066.

2/13/23
Date

_____
Wes Singleton

Subscribed and sworn to before me,
This 13 day of February 2023

_____
Notary Public

[Notary Seal: S. PAYLOR, NOTARY PUBLIC, Exp. Sept. 20, 2025, COBB COUNTY, GA]

STATE COURT OF
DEKALB COUNTY, GA.
2/13/2023 3:30 PM
E-FILED
BY: Patricia Harris