## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| FILISIA JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PUBLIX SUPERMARKETS, INC. )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | CIVIL ACTION. NO. 23A00606<br><br>JURY TRIAL DEMANDED |

### NOTICE OF LEAVE OF ABSENCE

COMES NOW, Shellea D. Crochet, and respectfully notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel that he will be on leave pursuant to Georgia Uniform Court Rule 16 as follows:

The periods of leave during which time Applicant will be away from the practice of law are: **March 3, 2023, March 27, 2023, May 25-29, 2023, June 15-19, 2023, August 23-27, 2023, September 11-15, 2023, November 21-24, 2023, and December 21-27, 2023.** Applicant states that she will be out of state for travel, personal time, continuing legal education and family commitments during the above-mentioned periods of time and will be unable to participate in trials, hearings, depositions, and other legal proceedings.

1. All affected judges and opposing counsel shall have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave shall be granted.

This 8th day of February, 2023

                                                 Respectfully Submitted,

                                                 */s/ Shellea D. Crochet*
                                                 Shellea Crochet
                                                 Georgia Bar Number 735805
                                                 Attorney for Plaintiff

MORGAN & MORGAN ATLANTA PLLC
191 Peachtree St., NE, Suite 4200
Atlanta, Georgia 30303
Tel: (404) 965-8811
Fax: (404) 965-8812
scrochet@forthepeople.com

## CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the foregoing **NOTICE OF LEAVE OF ABSENCE** upon all parties to this matter by Statutory Electronic Service.

This 8th day of February, 2023

                                    Respectfully Submitted,
                                    */s/Shellea D. Crochet*
                                    Shellea Crochet
                                    Georgia Bar Number 735805
                                    Attorney for Plaintiff

MORGAN & MORGAN ATLANTA PLLC
191 Peachtree St., NE, Suite 4200
Atlanta, Georgia 30303
Tel:   (404) 965-8811
Fax:  (404) 965-8812
scrochet@forthepeople.com

FEB 1 0 2023