IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

FILISIA JACKSON,

    Plaintiff,

CASE NO. 23A00606

v.

PUBLIX SUPERMARKETS INC.,

    Defendant.

_____/

**DEFENDANT PUBLIX SUPER MARKETS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW Defendant Publix Super Markets, Inc. (hereinafter "Publix"), by and through undersigned counsel, and files its Answer and Affirmative Defenses to Plaintiff's Complaint, and Demand for Jury Trial, and states as follows:

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Publix states that the Plaintiff was guilty of negligence and the Plaintiff's negligence was the sole, proximate cause or contributing cause of the damages complained of and the recovery, if any, should be barred or reduced proportionately pursuant to the doctrine of contributory and/or comparative negligence.

**THIRD AFFIRMATIVE DEFENSE**

No act or omission on the part of Publix caused or contributed to the injuries or damages claimed by the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

If there was any negligence that caused or contributed to the Plaintiff's alleged injuries, it was solely the result of negligence on the part of third-parties who were not under the care, custody, control or supervision of Publix, and therefore, the Plaintiff cannot recover against Publix.

**FIFTH AFFIRMATIVE DEFENSE**

Publix specifically claims any credit or set-off to which Publix may be entitled for any and all payments paid or payable to the Plaintiff for any damages alleged in the Complaint from any collateral source whatsoever.

**SIXTH AFFIRMATIVE DEFENSE**

Publix submits that the Plaintiff has failed to mitigate damages as required under Georgia law and any such recovery should be proportionally reduced because of this failure.

**SEVENTH AFFIRMATIVE DEFENSE**

The negligence on the part of the Plaintiff exceeded any negligence on the part of Publix, and, therefore, Plaintiff is barred from recovery.

**EIGHTH AFFIRMATIVE DEFENSE**

Publix had no actual or constructive notice of any condition on the floor prior to Plaintiff's alleged fall, and therefore, Plaintiff is precluded from recovery.

**NINTH AFFIRMATIVE DEFENSE**

To the extent they may be shown through discovery, Publix raises all affirmative defenses in O.C.G.A. § 9-11-8(c) and none of those defenses is waived.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's alleged injuries were the result of Plaintiff's failure to appreciate an open and obvious condition.

## ELEVENTH AFFIRMATIVE DEFENSE

Publix raises all affirmative defenses in O.C.G.A. § 9-11-12(b) and none of those defenses is waived.

Subject to the forgoing defenses, Publix hereby responds to the Plaintiff's Complaint as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Without sufficient knowledge; therefore, denied.

2. Denied.

3. It is admitted that Publix operated and controlled the inside of the Publix super market located at 3045 Panola Road, Lithonia, GA.  Otherwise, denied.

4. Denied.

## FACTS AND NEGLIGENCE

5. Without sufficient knowledge; therefore, denied.

6. Denied.

7. Denied.

8. Without sufficient knowledge; therefore, denied.

10. Without sufficient knowledge; therefore, denied.

11. It is admitted that Publix operated and controlled the inside of the Publix super market located at 3045 Panola Road, Lithonia, GA.  Otherwise, denied.

12. Denied.

13. Without sufficient knowledge; therefore, denied.

14. Denied.

15. Admitted that Publix owed a duty consistent with Georgia law. Otherwise, denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## PRAYER FOR RELIEF

Publix denies that Plaintiff is entitled to the relief prayed for in subparts a – e and demands strict proof thereof.

## RESERVATION OF RIGHTS

Publix reserves the right to respond to any and all amendments to the Complaint not here and after asserted by the Plaintiff.

## DEMAND FOR JURY TRIAL

Publix requests a trial by a twelve (12) person jury.

Dated this **3rd** day of March, 2023.

*/s/ Joseph P. Menello*
Joseph P. Menello, Esquire
Georgia Bar No. 752378
Asher W. Lipsett, Esquire
Georgia Bar No. 951994
*Attorneys for Publix Super Markets, Inc.*

**WICKER SMITH O'HARA MCCOY & FORD, PA**
3414 Peachtree Road NE, Suite 960
Atlanta, Georgia 30326
Phone: (407) 843-3939
Fax: (404) 467-1771
jmenello@wickersmith.com
alipsett@wickersmith.com
AtlCrtPleadings@wickersmith.com

STATE COURT OF
DEKALB COUNTY, GA.
3/3/2023 10:26 AM
E-FILED
BY: Patricia Harris