E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01500-S2**
**3/8/2023 10:45 AM**
**TIANA P. GARNER, CLERK**

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☑ State Court of ___DEKALB___ County

| **For Clerk Use Only** | |
|---|---|
| **Date Filed** _____ | **Case Number** _____ |
| **MM-DD-YYYY** | 23-C-01500-S2 |

**Plaintiff(s)**
Wells,  Larmonte

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
Smith,    Cedric

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

USA Truck, Inc.

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

Indemnity Insurance Company of North America

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Roodgine D. Bray          **State Bar Number** 543876    **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☑ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
    - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
    - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**                        **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-01500-S2
3/8/2023 10:45 AM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **LARMONTE WELLS,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO.:** 23-C-01500-S2 |
| | * | |
| **V.** | * | |
| | * | **JURY TRIAL DEMANDED** |
| **CEDRIC SMITH, USA TRUCK, INC.,** | * | |
| **AND INDEMNITY INSURANCE** | * | |
| **COMPANY OF NORTH AMERICA,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

## COMPLAINT FOR DAMAGES

COMES NOW Larmonte Wells ("Plaintiff"), and hereby makes and files this Complaint for Damages against Cedric Smith, USA Truck, Inc., and Indemnity Insurance Company of North America ("Defendants"), by showing this Honorable Court the following:

### PRELIMINARY STATEMENT

1.

This is a civil action brought against Defendants for their misconduct in negligently operating a tractor trailer on March 24, 2021 that resulted in serious injuries, losses, and harms to by Plaintiff Larmonte Wells, for which Defendants are morally and legally accountable.

### PARTIES, JURISDICTION, AND VENUE

2.

Defendant USA Truck, Inc. (hereinafter "USA") is a foreign company incorporated under the laws of the State of Delaware and headquartered in Van Buren, AZ. Defendant USA transacts business in the State of Georgia. At the time of the incident complained of herein, Defendant USA Truck, Inc. authorized one of its tractor-trailers to operate in the State of Georgia. USA can

be served through its registered agent, CT Corporation System, 289 S Culver Street, Lawrenceville, Gwinnett County, Georgia. When service is made upon Defendant USA, it shall be subject to the jurisdiction of this Court.

3.

Defendant Cedric Smith (hereinafter "Smith") is a Maryland Resident of Waldorf, Maryland. Defendant Smith was at all times relevant to this incident operating a commercial motor vehicle in the State of Georgia, DeKalb County. Under the provisions of the Nonresident Motorist Act, O.C.G.A § 40-12-1, et seq., Defendant Smith is a nonresident of the State of Georgia. For purposes of Service by the Secretary of State and the required mailing under the Nonresident Motorist Act, Defendant Smith's address is 925 Stone Avenue, Waldorf, Maryland 20602. When service is made upon nonresident Defendant Smith in the manner prescribed by law i.e., O.C.G.A § 40-12-2, Defendant Smith shall be subject to the jurisdiction of this Court. Defendant Smith was the operator of Defendant USA Truck, Inc.'s tractor-trailer when he caused the motor vehicle collision in DeKalb County, Georgia.

4.

Defendant Indemnity Insurance Company of North America (Hereinafter "Indemnity") at all times relevant hereto acted as surety company and/or provided a policy of indemnity insurance or liability insurance on behalf of Defendant USA Truck, Inc., and its servants and agents, to include Defendant Cedric Smith and is subject to suit by direct action pursuant to O.C.G.A. § 40-1-112.

5.

Defendant Indemnity Insurance Company of North America is a Pennsylvania insurance company authorized to transact business in the State of Georgia. Defendant Indemnity may be

served with the Summons and Complaint through its registered agent for service of process, C.T. Corporation System, 289 S. Culver Street, Lawrenceville, Gwinnett County, GA 30046-4805. When service of process is made as prescribed by law, Defendant Indemnity will be subject to the jurisdiction of this Court.

6.

Plaintiff Larmonte Wells, a Georgia resident.

7.

Defendant Smith was at all times relevant to this incident as the operator of the tractor-trailer that caused the motor vehicle collision with Plaintiff Wells during the course and scope of his employment with Defendant USA Truck, Inc.

8.

This Court has subject matter jurisdiction over the personal injury and property damage claims asserted herein and will have personal jurisdiction over Defendant Smith once served pursuant to O.C.G.A. § 40-12-1.

9.

This Court has subject matter jurisdiction over the personal injury and property damage claims asserted herein and will have personal jurisdiction over Defendant USA Truck, Inc. once served pursuant to O.C.G.A. § 9-11-4(d)(1).

10.

Venue in this Court is proper as to Defendants.

## **FACTS**

11.

Plaintiff realleges and incorporates paragraphs 1 through 10 as fully set forth herein.

12.

On March 24, 2021, Defendant Cedric Smith was operating a 2019 Kenworth tractor trailer truck owned by the Defendant USA Truck, Inc. and insured by Defendant Indemnity Insurance Company of North America.

13.

On March 24, 2021, Defendant USA Truck Inc. was a motor common carrier.

14.

At the time of the subject collision, Defendant Smith was traveling westbound on I-285 near the Bouldercrest Road exit.

15.

At the referenced location, I-285 consisted of four (4) lanes of travel in the westbound direction.

16.

At or near the Bouldercrest Road exit, Defendant Smith failed to maintain his lane and began traveling from the third lane from the right shoulder into the second lane.

17.

Consequently, Defendant Smith crashed into the rear driver side of a blue Chevrolet Avalanche which was already occupying the second lane.

18.

The force of the impact caused the Chevrolet Avalanche to spin around and cross three lanes of traffic and collide with 2012 Toyota Highlander.

19.

The impacts caused extensive property damage to the Chevrolet Avalanche and personal injury to driver.

20.

The Chevrolet Avalanche was operated by Plaintiff Larmonte Wells.

21.

As a result of the collision Defendant Smith was charged with the driving offense of failure to maintain lane, in violation of O.C.G.A. § 40-6-48.

## AFTERMATH OF THE PREVENTABLE CRASH

22.

As a result of the crash, Plaintiff Larmonte Wells suffered serious physical and emotional injuries.

23.

As a result of the injuries he sustained in the crash, Mr. Wells was required to seek medical treatment and care.

24.

As a result of the injuries he sustained in the crash, Mr. Wells has incurred significant medical expenses for which he seeks recovery.

25.

As a result of the injuries he sustained in the crash, Mr. Wells will incur future medical expenses for which he seeks recovery.

26.

As a result of the crash, Mr. Wells has sustained permanent injuries for which he seeks

recovery.

27.

As a result of the injuries he sustained in the crash, Mr. Wells has incurred significant lost wages for which he seeks recovery.

28.

As a result of the injuries he sustained in the crash, Mr. Wells will incur future lost wages for which he seeks recovery.

## NEGLIGENCE OF DEFENDANT CEDRIC SMITH

29.

Plaintiff realleges and incorporates paragraphs 1 through 28 as fully set forth herein.

30.

On March 24, 2021, Defendant Smith had a commercial driver's license.

31.

On March 24, 2021, Defendant Smith was a professional truck driver.

32.

Defendant Smith earned his livelihood through the operation of large commercial motor vehicles in interstate commerce.

33.

Defendant Smith was required, on March 24, 2021, to operate his tractor in the manner expected of a trained, professional commercial motor vehicle driver.

34.

Defendant Smith had a duty, as a driver, to abide by the rules of the road in the State of Georgia.

35.

Defendant Smith had a duty, as a professional driver, to abide by the training provided him by his employer, Defendant USA.

36.

Defendant Smith had a duty as a professional driver to abide by the principles of the Smith System.

37.

Defendant Smith had a duty as a commercial motor vehicle operator to abide by the principles of the commercial driver's manual in operating the tractor-tanker.

38.

Defendant Smith was negligent in his operation of the vehicle by:

    a.   Driving too fast for conditions then existing;

    b.   Failing to execute a proper lane change to avoid the collision;

    c.   Failing to keep a proper lookout for other vehicular traffic;

    d.   Failing to exercise due care in the operation of his vehicle;

    e.   Failing to take timely evasive action to avoid the crash;

    f   Failing to abide by the four second rule;

    g.   Failing to maintain appropriate space around his vehicle;

    h.   Failing to maintain and operate his vehicle in the appropriate lane of travel;

    j.   Failing to maintain control of the vehicle he was operating;

    k.   Operating a vehicle in reckless disregard for the safety of others;

l.  Failing to take evasive action or other reasonable actions to control the vehicle he was operating in order to avoid striking Mr. Wells' vehicle;

m.  Striking the vehicle in which Mr. Wells was an occupant; and

n.  Further acts of negligence as may be disclosed during discovery and shown at trial.

39.

In connection with the subject occurrence, driver Smith violated the following driving standards established by the Smith System, as she failed to:

a.  Aim high in steering;

b.  Get the big picture;

c.  Keep her eyes moving;

d.  Leave herself an out; and

e.  Make sure the driver of the Chevrolet Avalanche saw him.

40.

Defendant Cedric Smith committed negligence per se in violating the following laws of the State of Georgia:

a.  O.C.G.A. §40-6-48 (failure to maintain lane);

b.   O.C.G.A. §40-6-241 (failure to exercise due care);

c.  O.C.G.A. §40-6-180 (driving too fast for conditions); and

d.  O.C.G.A. §40-6-390 (reckless driving).

41.

Operating a commercial motor vehicle requires the development of special skills and the knowledge of numerous safety standards.

42.

Federal law requires that each state have minimum standards for the licensing of commercial drivers.

43.

The various Commercial Drivers Licensing Manuals of each state contain the minimum knowledge that the driver of a commercial vehicle should possess in order to operate a commercial motor vehicle.

44.

In connection with the subject occurrence Smith violated the following driving standards established by the North Carolina and Georgia Commercial Driver's License Manuals as he failed to:

a.  Look 12-15 seconds ahead to know what was going on around his vehicle,

b.  Adjust the speed of his vehicle to the driving conditions he encountered, in

c.  Alertly manage the space ahead of his commercial vehicle to prevent an accident,

d.  Be alert to hazards and take timely and appropriate precautions to avoid them,

e.  Not shift his full attention away from the task of driving,

f.  Follow appropriate safety practices to prevent an emergency.

45.

Mr. Wells' injuries and damages, which form the basis of this action were solely and proximately caused by the negligence of Defendant Smith and vicariously that of Smith's employer (Defendant USA).

46.

Defendant Smith's negligent operation of his tractor caused the collision, the injuries and damages Mr. Wells suffered.

47.

Mr. Wells is entitled to recover from Defendants for all damages allowed under Georgia law caused by Defendants' negligence.

## **DEFENDANT USA TRUCK INC'S VICARIOUS LIABILITY FOR THE COLLISION AND FOR MR. WELLS' INJURIES AND DAMAGES**

48.

Plaintiff realleges and incorporates paragraphs 1 through 47 as fully set forth herein.

49.

Defendant USA Truck is liable to the Plaintiff under the doctrine of *respondeat superior* pursuant to O.C.G.A. § 51-2-1 for the negligent acts and omissions committed by its agents, officers and employees, including, but not limited to, Defendant Smith.

50.

At all pertinent times hereto, Defendant Smith was employed or contracted by Defendant USA Truck.

51.

Upon information and belief, Defendant USA Truck controlled the time, manner, and method in which Defendant Smith executed and performed her job duties. As a result of these

actions, Defendant USA Truck is Defendant Smith's employer, and is therefore liable for her negligent acts and/or omissions.

## DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA'S CONTRACTUAL LIABILITY

### 52.

Plaintiff realleges and incorporates Paragraphs 1 through 51 as if fully set forth herein.

### 53.

At the time of the incident from which this Complaint arises, Defendant Indemnity had issued a policy of indemnity or liability insurance to Defendant USA and said policy was in force and effect on March 24, 2021.

### 54.

Defendant Indemnity is made a party to this action pursuant to O.C.G.A. § 40-1-112.

### 55.

Under the provisions of O.C.G.A. § 40-1-112, Defendant Indemnity, pursuant to its policy of insurance, is financially responsible for Mr. Wells' physical injuries, mental and emotional injuries, general damages, and special damages, as caused by the direct negligence of Defendant Smith and the vicarious liability of Defendant USA.

### 56.

Under the provisions of O.C.G.A. § 40-1-112, Defendant Indemnity, pursuant to the policy of insurance, is financially responsible for Mr. Wells' injuries and damages, as caused by the direct negligence of Defendant Smith and the vicarious liability of Defendant.

## DAMAGES TO MR. LARMONTE WELLS FOR WHICH DEFENDANTS ARE ACCOUNTABLE

### 57.

Plaintiff realleges and incorporates paragraphs 1 through 56 as fully set forth herein.

58.

The impact of the tractor to the vehicle driven by Plaintiff caused him to suffer injuries and damages.

59.

As a direct and proximate result of the collision, Plaintiff sustained personal injuries including, but not limited to, head, pain in the neck, right shoulder, back, left knee and anxiety and depression.

60.

As a direct and proximate result of the negligence of Defendants, Plaintiff Wells sustained personal injuries and was required to undergo medical care from medical care providers and incurred medical expenses and lost wages in excess of $239,679.28 to be proven at trial.

61.

As a direct and proximate result of the negligence of Defendants, Plaintiff Wells incurred lost wages in excess of $20,000.00 – a specific amount to be proven at trial.

62.

Plaintiff Wells incurred injuries that may be permanent in character.

63.

Plaintiff's injuries will likely require future care to address the injuries he sustained from this crash.

64.

Plaintiff is entitled to recover from Defendants for all damages allowed under Georgia law caused by Defendants' negligence.

### COUNT V
### O.C.G.A. § 13-6-11 DAMAGES

65.

Plaintiff is entitled to recover from Defendants for all damages allowed under Georgia law caused by Defendants' negligence.

66.

Defendants have been stubbornly litigious and have caused Plaintiff unnecessary trouble and expense. Pursuant to O.C.G.A. § 13-6-11, Plaintiff is entitled to attorney's fees and expenses of litigation.

WHEREFORE, Plaintiff respectfully seeks the following relief:

1) That Summons and Complaint issue;

2) For a trial by jury;

3) For the recovery of damages for physical injuries and pain and suffering

4) For the recovery of damages for mental and emotional pain and suffering

5) For general damages

6) For special damages for medical expenses in an amount to be specified by timely amendment to this Complaint

7) For lost wages in an amount to be specified by timely amendment to this Complaint;

8) For such other special damages as may be specified by timely amendment to this Complaint;

9) For attorney's fees and expenses of litigation;

10) That all costs be cast against the Defendants; and

11) For such other relief as this Honorable Court deems just and proper

This 8th day of March, 2023.

Respectfully submitted,

/S/ Roodgine D. Bray
ROBERT O. BOZEMAN
Georgia Bar No. 073561
rbozeman@davisbozemanlaw.com
ROODGINE D. BRAY
Georgia Bar No. 543876
rbray@davisbozemanlaw.com
MAWULI M. DAVIS
Georgia Bar No. 212029
mdavis@davisbozemanlaw.com
*Attorneys for Plaintiff*

**The Davis Bozeman Law Firm, P.C.**
4153-C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004
(404) 244-2020 (Fax)

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-01500-S2**
**3/8/2023 1:56 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**LARMONTE WELLS**

CIVIL ACTION
NUMBER: **23-C-01500-S2**

PLAINTIFF

VS.

**Indemnity Insurance Company of North America**

**in c/o Registered Agent: CT Corporation System**

**289 S Culver St.   Lawrenceville, GA 30046**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**   Indemnity Insurance Company of North America

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Roodgine D. Bray/Davis Bozeman Law, P.C.
4153-C Flat Shoals Pkwy, Ste 332
Decatur, GA 30034
404-244-2004

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____ 8th day of March, 2023 _____, 20____.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01500-S2**
**3/8/2023 1:56 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**LARMONTE WELLS**

CIVIL ACTION
NUMBER: __**23-C-01500-S2**__

PLAINTIFF

VS.

**Cedric Smith**

**925 Stone Avenue**

**Waldorf, Maryland 20602**

DEFENDANT

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**  Cedric Smith

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Roodgine D. Bray/Davis Bozeman Law, P.C.
4153-C Flat Shoals Pkwy, Ste 332
Decatur, GA 30034
404-244-2004

+

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

8th day of March, 2023

This _____ day of _____, 20_____.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

**INSTRUCTIONS:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - FAF
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
23-C-01500-S2
3/8/2023 1:56 PM
TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**LARMONTE WELLS**

_____

_____

_____

PLAINTIFF

VS.

**USA Truck, Inc.**

in c/o Registered Agent: CT Corporation System

**289 S Culver St.,  Lawrenceville, GA 30046**

DEFENDANT

CIVIL ACTION
NUMBER: **23-C-01500-S2** _____

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**  USA Truck, Inc.

 You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Roodgine D. Bray/Davis Bozeman Law, P.C.
4153-C Flat Shoals Pkwy, Ste 332
Decatur, GA 30034
404-244-2004                                                                                                                 ■

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This _____ day of _____8th day of March, 2023_____, 20_____.

Tiana P. Garner
Clerk of State Court

By _____
              Deputy Clerk

**INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.**

SC-1 Rev. 2011

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01500-S2**

**3/20/2023 2:48 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

LARMONTE WELLS,

    *Plaintiff,*

    v.

CEDRIC SMITH, USA TRUCK, INC., and
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

    *Defendants.*

Civil Action No. 23-C-01500-S2

### AFFIDAVIT OF SERVICE UPON USA TRUCK, INC.

Personally, appeared before the undersigned officer duly authorized by law to administer

oaths, Christian Seklecki, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he is over 18 years of age, a citizen of the United States, and not

related to the parties herein. The statements are true and correct and based upon my personal

knowledge. I am appointed to serve in the State Court of Gwinnett County.

2.

On March 10, 2023, at 9:40 a.m., I served USA TRUCK, INC. by leaving a copy of a

SUMMONS, COMPLAINT FOR DAMAGES, PLAINTIFF'S FIRST INTERROGATORIES

TO DEFENDANT USA TRUCK, INC., PLAINTIFF'S FIRST REQUESTS FOR

PRODUCTION OF DOCUMENTS TO DEFENDANT USA TRUCK, INC., PLAINTIFF'S

FIRST REQUEST FOR ADMISSIONS OF FACT TO DEFENDANT USA ARMORED US,

LLC, NOTICE OF SERVICE OF DISCOVERY, and CERTIFICATE OF SERVICE, in the

Page 1 of 2

above-styled action, with JANE RICHARDSON, who is expressly authorized to accept service on behalf of CT CORPORATION SYSTEM, the Registered Agent of USA TRUCK, INC., located and served at 289 S. Culver Street, Lawrenceville, GA 30046.

3.

JANE RICHARDSON is a Caucasian female, approximately 60-years-old, 5'10" and 175 lbs.

4.

I noted the party to be served and the date and time of service. I then handed all the documents referenced in Paragraph 2, above, to JANE RICHARDSON.

_____
Affiant – Christian Seklecki
404-771-3204

Sworn to and subscribed to before me
This  17  day of  March  2023

_____
Notary Public

JADE RYLYNN FLACK
Notary Public, Forsyth Co., Georgia
My Commission Expires 11-29-2026

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-01500-S2**
**3/14/2023 3:43 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

LARMONTE WELLS,

    *Plaintiff,*

    v.

CEDRIC SMITH, USA TRUCK, INC., and
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA,

    *Defendants.*

Civil Action No. 23-C-01500-S2

---

## AFFIDAVIT OF SERVICE UPON
## INDEMNITY INSURANCE COMPANY OF NORTH AMERICA

---

Personally, appeared before the undersigned officer duly authorized by law to administer oaths, Christian Seklecki, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he is over 18 years of age, a citizen of the United States, and not related to the parties herein. The statements are true and correct and based upon my personal knowledge. I am appointed to serve in the State Court of Gwinnett County.

2.

On March 10, 2023, at 9:40 a.m, I served INDEMNITY INSURANCE COMPANY OF NORTH AMERICA by leaving a copy of a SUMMONS, COMPLAINT FOR DAMAGES, PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,

PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS OF FACT TO DEFENDANT

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, NOTICE OF SERVICE OF

DISCOVERY, and CERTIFICATE OF SERVICE, in the above-styled action, with JANE

RICHARDSON, who is expressly authorized to accept service on behalf of CT

CORPORATION SYSTEM, the Registered Agent of INDEMNITY INSURANCE COMPANY

OF NORTH AMERICA, located and served at 289 S. Culver Street, Lawrenceville, GA 30046.

3.

     JANE RICHARDSON is a Caucasian female, approximately 60-years-old, 5'10" and 175

lbs.

4.

     I noted the party to be served and the date and time of service. I then handed all the

documents referenced in Paragraph 2, above, to JANE RICHARDSON.

_____

Affiant – Christian Seklecki
404-771-3204

Sworn to and subscribed to before me
This _10_ day of _March_____ 2023

_____
Notary Public

SOL SWENSON
Notary Public, Columbia Co., Georgia
My Commission Expires 7-14-2026

E-FILED IN OFFICE - JT
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01500-S2**

**3/22/2023 9:33 AM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

| | |
|---|---|
| **LARMONTE WELLS** | Case No.:     **23-C-01500-S2** |
| Plaintiff/Petitioner | |
| vs. | |
| **CEDRIC SMITH** | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | **SUMMONS; FIRST REQUEST FOR ADMISSIONS OF FACT TO DEFENDANT; COMPLAINT; FIRST INTERROGATORIES TO DEFENDANT; NOTICE OF SERVICE OF DISCOVERY** |

Received by **Shelley Allen**, on the **15th day of March, 2023 at 6:09 PM** to be served upon **Cedric Smith at 905 Stone Avenue, Waldorf, Charles County, MD 20602.**
On the **18th day of March, 2023 at 4:32 PM**, I, **Shelley Allen**, SERVED Cedric Smith at **313 Tompkins Ln, Waldorf, Charles County, MD 20602-2965** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Cedric Smith**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Cedric Smith with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact over 65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Service Fee Total: **$140.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Shelley Allen_                        _3/21/23_

     Shelley Allen               Server ID #           Date

Notary Public: Subscribed and sworn before me on this __21__ day of __March__ in the year of 20 __23__
Personally known to me ____ or __MD DL__ identified by the following document:

_Barbara J. Currie_
Notary Public (Legal Signature)

> **BARBARA J. CURRIE**
> Notary Public
> St. Mary's County
> Maryland
> My Commission Expires Feb. 06, 2024

REF: **REF-12183599**

E-FILED IN OFFICE - CJ
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**23-C-01500-S2**
**3/8/2023 10:45 AM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **LARMONTE WELLS,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO.:** |
| | * | |
| **V.** | * | |
| | * | **JURY TRIAL DEMANDED** |
| **CEDRIC SMITH, USA TRUCK, INC.,** | * | 23-C-01500-S2 |
| **AND INDEMNITY INSURANCE** | * | |
| **COMPANY OF NORTH AMERICA,** | * | |
| | | |
| **DEFENDANT.** | | |

## NOTICE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, Larmonte Wells notifies the Court that true and correct copies of the following discovery were served along with Summons and Complaint in the foregoing matter

1. Plaintiff's First Request for Admissions of Fact to USA Truck, Inc.
2. Plaintiff's First Interrogatories to USA Truck, Inc.
3. Plaintiff's Request for Production of Documents to USA Truck, Inc.

This 8th day of March, 2023.

Respectfully submitted,

/s/ Roodgine D. Bray
ROBERT O. BOZEMAN
Georgia Bar No. 073561
RBozeman@Davisbozemanlaw.com
ROODGINE D. BRAY
Georgia Bar No. 543876
RBray@Davisbozemanlaw.com
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153 C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004
(404) 244-2020 (Fax)

23-C-01500-S2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon all parties, by depositing a copy of same in the United States Mail in an envelope with sufficient postage properly addressed as follows:

USA Truck, Inc.

in c/o Registered Agent: CT Corporation System

289 S Culver St.

Lawrenceville, GA 30046

This 8th day of March, 2023.

Respectfully submitted,

*/s/ Roodgine D. Bray*
ROBERT O. BOZEMAN
Georgia Bar No. 073561
RBozeman@Davisbozemanlaw.com
ROODGINE D. BRAY
Georgia Bar No. 543876
RBray@Davisbozemanlaw.com
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153 C Flat Shoals Parkway
Suite 332
Decatur, GA 30034
404.244.2004 (Phone)
404.241.8894 (Facsimile)

## IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| **LARMONTE WELLS,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO.: 23-C-01500-S2** |
| | * | |
| **V.** | * | |
| | * | **JURY TRIAL DEMANDED** |
| **CEDRIC SMITH, USA TRUCK, INC.,** | * | |
| **AND INDEMNITY INSURANCE** | * | |
| **COMPANY OF NORTH AMERICA,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS OF FACT TO DEFENDANT USA ARMORED US, LLC

**TO:   DEFENDANT USA ARMORED US, LLC VIA SERVICE WITH SUMMONS AND COMPLAINT**

COMES NOW, LARMONTE WELLS ("Plaintiff") and hereby serve upon USA ARMORED US, LLC. ("you"), his First Request for Admissions of Facts (the "Request for Admissions"), asking you, pursuant to O.C.G.A. § 9-11-36, to admit, within forty-five (45) days from the date said Request for Admissions are served upon you, the following facts for purposes of the above-styled Action.  Your answers shall be in writing, signed by you or your attorney, and served upon Plaintiffs' attorney of record, Roodgine D. Bray, at 4153-C, Flat Shoals Parkway, Suite 332, Decatur, Georgia 30034.

Please be advised that should you not admit the matters requested herein and Plaintiffs are required to prove them at trial, Plaintiff will seek reimbursement of the reasonable expenses incurred in making such proof (including attorney's fees) as authorized by O.C.G.A. § 9-11-37.

### DEFINITIONS

Unless a contrary meaning appears in context, the following definitions apply:

a) When used herein USA Truck Inc. shall also refer to the person(s), entity or entities that owned USA Truck Inc. and/or employed Cedric Smith on March 24, 2021,

unless otherwise indicated.

b) When used herein, Larmonte Wells shall refer to the driver who was seriously injured when hit by tractor trailer owned by USA Truck Inc. and driven by its employee, Cedric Smith, on March 24, 2021.

c) When used herein, the term "subject occurrence" or "subject incident" or "incident" shall refer to the incident of March 24, 2021 when tractor trailer operated by Cedric Smith collided into the vehicle Larmonte Wells was operating.

d) When used herein the term "tractor" shall refer to that commercial motor vehicle Cedric Smith was operating at the time of the subject occurrence.

e) When used herein "USA" or "Defendant USA" shall refer to Defendant USA Truck Inc.

## ADMISSIONS OF FACT

Plaintiff requests that, pursuant to O.C.G.A. § 9-11-36, you either respond or object to the following factual allegations within the time period allowed by law.

You should respond to each of the enumerated paragraphs and your answers should specifically admit or deny the matters contained therein. If you are unable to admit or deny any of such matters, you must so specify and explain in detail why you cannot admit or deny them. You may not give lack of information or knowledge as a reason for your failure to admit or deny unless you state that you have made a reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny the matter you are being requested to admit. If you do not timely serve your answers or objections upon Plaintiffs' attorney as required by law, the matters contained in this Request for Admissions will be deemed to be admitted.

INSURANCE

2

1.

Please admit that on March 24, 2021, Defendant USA was insured by Indemnity Insurance Company of North America.

CEDRIC SMITH'S EMPLOYEMNT

2.

Please admit that on March 24, 2021, Cedric Smith was employed by Defendant USA.

COURSE AND SCOPE OF EMPLOYMENT

3.

Please admit that at the time of the subject occurrence Cedric Smith was in the course and scope of his employment.

4.

Please admit that at the time of the subject occurrence that Cedric Smith was in prosecution of the business of his employer.

5.

Please admit that at the time of the subject occurrence Cedric Smith was in the course and scope of his employment for Defendant USA.

6.

Please admit that at the time of the subject occurrence that Cedric Smith was in prosecution of the business of his employer, Defendant USA.

OWNERSHIP OF SUBJECT TRACTOR

7.

Please admit that Defendant USA owned the tractor trailer Cedric Smith was operating at

3

the time of the subject occurrence.

## CEDRIC SMITH CRASHING INTO THE REAR OF MASON VEHICLE

8.

Please admit that on March 24, 2021, Cedric Smith collided into the vehicle operated by Larmonte Wells.

9.

Please admit that at the time Cedric Smith collided into the vehicle operated by Larmonte Wells, the lighting conditions were consistent with daylight.

10.

Please admit that at the time Cedric Smith collided into the vehicle operated by Larmonte Wells that the roadway was level.

11.

Please admit that Cedric Smith saw Larmonte Wells' vehicle prior to making contact with the rear of the vehicle.

12.

Please admit that at the time Cedric Smith's tractor trailer made initial physical contact with Larmonte Wells' vehicle, that Mr. Wells' vehicle was already occupying the second lane.

## SPEED OF THE TRACTOR TRAILER

13.

Please admit that at the time of the collision that Cedric Smith was traveling at a rate of speed which was too fast for the conditions presented.

## APPLICABLE RULES AND REGULATIONS

4

14.

Please admit that at the time of the subject occurrence that Cedric Smith was required to comply with the Federal Motor Carrier Safety Regulations.

15.

Please admit that at the time of the subject occurrence that Cedric Smith was required to comply with the Georgia Rules of the Road.

16.

Please admit that at the time of the subject occurrence that Cedric Smith was required to comply with the provisions of the Georgia Commercial Driver's License Manual.

CAUSE OF COLLISION

17.

Please admit that Cedric Smith caused the collision.

18.

Please admit that Cedric Smith was at fault for the collision.

19.

Please admit that Cedric Smith was responsible for the collision.

20.

Please admit that Cedric Smith was one hundred percent responsible for the collision.

21.

Please admit that Larmonte Wells did nothing to cause the collision.

22.

Please admit that Larmonte Wells did nothing to contribute to the collision.

23.

Please admit that you are aware of no witness who can testify that Larmonte Wells did

5

anything to cause the collision.

24.

Please admit that you are aware of no witness who can testify that Larmonte Wells did anything to contribute to the collision.

CEDRIC SMITH'S FAILURE TO COMPLY WITH RULES AND REGULATIONS

25.

Please admit that the subject collision occurred because Cedric Smith violated the Georgia Rule of the Road that prohibited failing to maintain lane.

26.

Please admit that the subject collision occurred because Cedric Smith failed to comply with the Georgia Rules of the Road.

27.

Please admit that the subject collision occurred because Cedric Smith failed to comply with the Georgia Rules of the Road, specifically the rule prohibiting failing to maintain lane.

28.

Please admit that the subject collision occurred because Cedric Smith failed to follow the Federal Motor Carrier Safety Regulations.

29.

Please admit that the subject collision occurred because Cedric Smith failed to follow the provisions of the Georgia Commercial Driver's License Manual.

THE SMITH SYSTEM

30.

Please admit that on March 24, 2021, Defendant USA followed the Smith System for its drivers.

6

31.

Please admit that on March 24, 2021, Defendant USA required its drivers to follow the Smith System.

32.

Please admit that on March 24, 2021, the collision occurred because Cedric Smith failed to follow the Smith System.

INJURIES

33.

Please admit that Larmonte Wells suffered physical injuries as a result of the collision.

LEGAL LIAIBILITY

34.

Please admit that Defendant USA has legal liability for any negligence by Cedric Smith arising out of the subject occurrence.

35.

Please admit that Defendant USA has legal liability for any injuries to Larmonte Wells arising from the subject occurrence.

36.

Please admit that Defendant USA has legal liability for any damages Larmonte Wells suffered arising out of the subject occurrence.

37.

Please admit that Defendant USA has legal liability for any medical expenses Larmonte

Wells incurred arising out of the subject occurrence.

38.

Please admit that Defendant Smith has legal liability for any negligence by him arising out of the subject occurrence.

39.

Please admit that Defendant Cedric Smith has legal liability for any injuries to Larmonte Wells arising out of the subject occurrence.

40.

Please admit that Defendant Cedric Smith has legal liability for any damages Larmonte Wells suffered arising out of the subject occurrence.

41.

Please admit that Defendant Cedric Smith has legal liability for any medical expenses Larmonte Wells incurred arising out of the subject occurrence.

42.

Please admit that Defendant Indemnity Insurance Company of North America has contractual legal liability to pay for any damages award by a jury in this action to the extent of its policy limit.

This 8th day of March, 2023.

Respectfully submitted,

/s/ Roodgine D. Bray
ROBERT O. BOZEMAN
Georgia Bar No. 073561
rbozeman@davisbozemanlaw.com
ROODGINE D. BRAY
Georgia Bar No. 543876
rbray@davisbozemanlaw.com
MAWULI M. DAVIS

8

Georgia Bar No. 212029
mdavis@davisbozemanlaw.com
*Attorneys for Plaintiff*

**The Davis Bozeman Law Firm, P.C.**
4153-C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004 (Office)
(404) 244-2020 (Fax)

/s/ *Karima Al-Amin*
KARIMA AL-AMIN
Georgia Bar No. 007210
lokacl@aol.com
*Attorney for Plaintiffs*

**Al-Amin Law Group, LLC**
1000 N. Indian Creek Drive
Suite A
Clarkston, Georgia 30021
(404) 508-3332 (Office)
(404) 508-3833 (Fax)

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01500-S2**

**3/8/2023 10:45 AM**

TIANA P. GARNER, CLERK

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **LARMONTE WELLS,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO.:** |
| | * | |
| **V.** | * | |
| | * | **JURY TRIAL DEMANDED** |
| **CEDRIC SMITH, USA TRUCK, INC.,** | * | 23-C-01500-S2 |
| **AND INDEMNITY INSURANCE** | * | |
| **COMPANY OF NORTH AMERICA,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

## NOTICE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, Larmonte Wells notifies the Court that true and correct copies of the following discovery were served along with Summons and Complaint in the foregoing matter

1. Plaintiff's First Request for Admissions of Fact to Cedric Smith
2. Plaintiff's First Interrogatories to Cedric Smith
3. Plaintiff's Request for Production of Documents to Cedric Smith

This 8th day of March, 2023.

Respectfully submitted,

*/s/ Roodgine D. Bray*
ROODGINE D. BRAY
Georgia Bar No. 543876
RBray@Davisbozemanlaw.com
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153 C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004
(404) 244-2020 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon all parties, by depositing a copy of same in the United States Mail in an envelope with sufficient postage properly addressed as follows:

Cedric Smith

925 Stone Avenue

Waldorf, Maryland 20602.


This 8th day of March, 2023.

Respectfully submitted,


*/s/ Roodgine D. Bray*
ROBERT O. BOZEMAN
Georgia Bar No. 073561
RBozeman@Davisbozemanlaw.com
ROODGINE D. BRAY
Georgia Bar No. 543876
RBray@Davisbozemanlaw.com
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153 C Flat Shoals Parkway
Suite 332
Decatur, GA 30034
404.244.2004 (Phone)
404.241.8894 (Facsimile)

E-FILED IN OFFICE - CB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**23-C-01500-S2**

**3/8/2023 10:45 AM**

**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **LARMONTE WELLS,** | * | |
| | * | |
| **PLAINTIFF,** | * | **CIVIL ACTION NO.:** |
| | * | |
| **V.** | * | |
| | * | |
| **CEDRIC SMITH, USA TRUCK, INC.,** | * | **JURY TRIAL DEMANDED** |
| **AND INDEMNITY INSURANCE** | * | 23-C-01500-S2 |
| **COMPANY OF NORTH AMERICA,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

### NOTICE OF SERVICE OF DISCOVERY

Pursuant to Uniform State Court Rule 5.2, Larmonte Wells notifies the Court that true and correct copies of the following discovery were served along with Summons and Complaint in the foregoing matter:

1. Plaintiff's First Request For Admissions Of Fact To Indemnity Insurance Company Of North America.
2. Plaintiff's First Interrogatories To Indemnity Insurance Company Of North America.
3. Plaintiff's Request For Production Of Documents To Indemnity Insurance Company Of North America.

This 8th day of March, 2023.

Respectfully submitted,

*/s/ Roodgine D. Bray*
ROODGINE D. BRAY
Georgia Bar No. 543876
RBray@Davisbozemanlaw.com
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153 C Flat Shoals Parkway; Suite 332
Decatur, Georgia 30034
(404) 244-2004
(404) 244-2020 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** upon all parties, by depositing a copy of same in the United States Mail in an envelope with sufficient postage properly addressed as follows:

Indemnity Insurance Company of North America

in c/o Registered Agent: CT Corporation System

289 S Culver St.

Lawrenceville, GA 30046

This 8th day of March, 2023.

Respectfully submitted,

*/s/ Roodgine D. Bray*
ROBERT O. BOZEMAN
Georgia Bar No. 073561
RBozeman@Davisbozemanlaw.com
ROODGINE D. BRAY
Georgia Bar No. 543876
RBray@Davisbozemanlaw.com
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153 C Flat Shoals Parkway
Suite 332
Decatur, GA 30034
404.244.2004 (Phone)
404.241.8894 (Facsimile)