

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

## BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Budd Van Lines, Inc.** | Control Number: | **17125748** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Compliance** |
| NAICS Code: | **Transportation and Warehousing** | NAICS Sub Code: | **Used Household and Office Goods Moving** |
| Principal Office Address: | **24 Schoolhouse Road, Somerset, NJ, 08873, USA** | Date of Formation / Registration Date: | **11/14/2017** |
| Jurisdiction: | **New Jersey** | Last Annual Registration Year: | **2025** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Michael Gallegra** |
| Physical Address: | **75 John B. Brooks Road, Pendegrass, GA, 30567, USA** |
| County: | **Jackson** |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Arlene Yanogacio Allen | CFO | 24 Schoolhouse Road, Somerset, NJ, 08873, USA |
| David Weston Budd | Secretary | 24 Schoolhouse Road, Somerset, NJ, 08873, USA |
| David Weston Budd | CEO | 24 Schoolhouse Road, Somerset, NJ, 08873, USA |

Back    Filing History    Name History

Return to Business Search

EXHIBIT B