

GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

# BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **VANLINER INSURANCE COMPANY** | Control Number: | **J451002** |
| Business Type: | **Foreign Insurance Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **3250 Interstate Drive, Richfield, OH, 44286, USA** | Date of Formation / Registration Date: | **7/1/1984** |
| Jurisdiction: | **Ohio** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **United Agent Group Inc.** |
| Physical Address: | **2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066, USA** |
| County: | **Cobb** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| COLLEEN F. SHEPHERD | CEO | 3250 Interstate Drive, Richield, OH, 44286, USA |
| JULIE A. MCGRAW | CFO | 3250 INTERSTATE DRIVE, RICHFIELD, OH, 44286-9000, USA |
| MATTHEW D. FELVUS | Secretary | 301 E. 4th Street, Cincinnati, OH, 45202-4257, USA |

Back    Filing History    Name History

Return to Business Search

EXHIBIT C