## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LEOLA WHITE, individually as the surviving Parent of CAMERON PIERCE, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BUDD VAN LINES INC.; DAVID OSBORNE; and VANLINER INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 23-C-01433-S3<br><br><br><br><br>*Jury Trial Demanded* |

### DEFENDANT BUDD VAN LINES INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendants **BUDD VAN LINES, INC.,** and files the following Notice of Removal to United States District Court, showing the Court as follows:

1. Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Ex. "A."

2. As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 5th day of April, 2023.

|  |  |
|---|---|
|  | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** |
| 365 Northridge Road, Suite 230<br>Atlanta, GA  30350<br>T:  770.650.8737<br>F:  770.650.8797<br>scott.moulton@qpwblaw.com<br>sandro.stojanovic@qpwblaw.com | */s/ Sandro Stojanovic*<br>SCOTT H. MOULTON<br>Georgia State Bar No. 974237<br>SANDRO STOJANOVIC<br>Georgia State Bar No. 473114<br>*Counsel for Defendants* |

1

EXHIBIT D

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LEOLA WHITE, individually as the surviving Parent of CAMERON PIERCE, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BUDD VAN LINES INC.; DAVID OSBORNE; and VANLINER INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 23-C-01433-S3<br><br><br><br><br>*Jury Trial Demanded* |

### **CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT BUDD VAN LINES, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

**J. Martin Futrell, Esq.**
WITHERITE LAW GROUP
600 Peachtree St NE
Suite 4010
Atlanta, GA 30308
Tel: (470) 881-8806
Fax: (470) 881-8820
martin.futrell@witheritelaw.com
*Counsel for Plaintiff*

This 5th day of April, 2023.

2

EXHIBIT D

| | |
|---|---|
| 365 Northridge Road, Suite 230<br>Atlanta, GA  30350<br>T:  770.650.8737<br>F:  770.650.8797<br>scott.moulton@qpwblaw.com<br>sandro.stojanovic@qpwblaw.com | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**<br><br>*/s/ Sandro Stojanovic*<br>SCOTT H. MOULTON<br>Georgia State Bar No. 974237<br>SANDRO STOJANOVIC<br>Georgia State Bar No. 473114<br>*Counsel for Defendants* |

EXHIBIT D