# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAREN AND MICHAEL JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br>FEDEX GROUND PACKAGE SYSTEM, INC., and FORREST WALKER,<br><br>    Defendants. | Case No. |

## NOTICE OF REMOVAL

COME NOW, Federal Express Corporation, FedEx Ground Package System, Inc., and Forrest Walker ("Defendants"), and file this Notice of Removal within the time prescribed by law, showing the Court as follows:

1.

On October 03, 2022, Plaintiff filed a Complaint in the State Court of Cobb County, Georgia, Civil Action No. 22-A-3285, which county is within the Atlanta Division of the Northern District of Georgia.

2.

Defendant Federal Express Corporation was served with a copy of the

Summons and Complaint on October 3, 2022; Defendant FedEx Ground Package System, Inc. was served with a copy of the Summons and Complaint on October 3, 2022; Defendant Forrest Walker was served with a copy of the Summons and Complaint on October 3, 2022, making this Notice of Removal's filing fall within the time period prescribed by 28 U.S.C. § 1446(b).[1]

3.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A. Defendants have no knowledge of any other process, pleadings, or orders served in connection with this action, other than those attached hereto.

4.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332.

5.

There is complete diversity among the parties.

6.

Plaintiffs are citizens of the State of Georgia.

7.

Defendant Forrest Walker is a citizen of the State of New Jersey.

8.

Defendant Federal Express Corporation is incorporated in the State of Delaware with dozens of stores in Georgia; Defendant FedEx Ground is a corporation incorporated in the State of Delaware with its principal place of business located in the Commonwealth of Pennsylvania. *See* 28 U.S.C. § 1332(c).[2]

9.

Defendants make a plausible allegation that Plaintiff is seeking recovery in an amount in excess of $75,000, exclusive of interest and costs. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 555 (2014). Specifically, Plaintiff is seeking general and special damages for past and future medical expenses and pain and suffering for alleged permanent injuries. (*Comp.*, ¶ 54).[3]

10.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

---

WHEREFORE, this Notice of Removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, and no further proceedings shall be held in said case in the State Court of Cobb County.

                        Respectfully submitted,

                        **CALLAHAN & FUSCO, LLC**

                        */s/ Cassie D. Preston*
                        **CASSIE D. PRESTON**
                        Georgia Bar No. 940960
                        *Counsel for Defendants*

160 Clairemont Avenue
Suite 340
Decatur, Georgia 30030
(877) 618-9770 (Telephone)
cpreston@callahanfusco.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system and have mailed a copy of the foregoing via United States First Class Mail postage prepaid to the following on this 5th day of April, 2023: Robert D. Cheeley and Andre T. Tennille, III, Cheeley Law Group, LLC, 2500 Old Milton Parkway, Suite 200, Alpharetta, Georgia, bob@cheelylawgroup.com, dre@cheelylawgroup.com.

**CALLAHAN & FUSCO, LLC**

*/s/ Cassie D. Preston*
**CASSIE D. PRESTON**
Georgia Bar No. 940960
*Counsel for Defendants*

160 Clairemont Avenue
Suite 340
Decatur, Georgia 30030
(877) 618-9770 (Telephone)
cpreston@callahanfusco.com