## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| CAMILLE DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 22-A-4138 |
| RICHARD MORTON, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |

### PLAINTIFF'S RESPONSE TO DEFENDANT WESTERN EXPRESS, INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF

COMES NOW Plaintiff and responds to Defendant's First Request for Admissions:

1.

Please admit that Plaintiff is NOT seeking more than $75,000.00 in this lawsuit.

**RESPONSE: Denied.**

2.

Please admit that Plaintiff is seeking more than $75,000.00 in this lawsuit.

**RESPONSE: Admitted.**

3.

Please admit that Plaintiff does NOT contend Plaintiff is entitled to recover more than $75,000.00 in this lawsuit.

**RESPONSE: Denied.**

4.

Please admit that Plaintiff does contend Plaintiff is entitled to recover more than $75,000.00 in this lawsuit.

**RESPONSE: Admitted.**

1

EXHIBIT B

5.

Please admit that Plaintiff did NOT suffer more than $75,000.00 in damages from the incident alleged in this lawsuit.

**RESPONSE:  Denied.**

6.

Please admit that Plaintiff suffer more than $75,000.00 in damages from the incident alleged in this lawsuit.

**RESPONSE:  Admitted.**

7.

Please admit that Plaintiff is NOT entitled to recover more than $75,000.00 in damages from Defendants in this lawsuit.

**RESPONSE: Denied.**

8.

Please admit that Plaintiff is entitled to recover more than $75,000.00 in damages from Defendants in this lawsuit.

**RESPONSE: Admitted.**

9.

Please admit that Plaintiff's damages in this lawsuit are limited to $75,000.00 or less.

**RESPONSE: Denied.**

10.

Please admit that Plaintiff's damages in this lawsuit are NOT limited to $75,000.00 or less.

**RESPONSE: Admitted.**

This 13th day of March, 2023.

By:   /s/ Nathaniel K. Hofman
      Madeleine N. Simmons
      Georgia Bar No. 822807
      Nathaniel K. Hofman
      Georgia Bar No. 997966
      *Attorneys for Plaintiff*

STEWART MILLER SIMMONS TRIAL ATTORNEYS

2

EXHIBIT B

3

500 Ivan Allen Jr Blvd
Suite 700
Atlanta, Ga 30308
msimmons@smstrial.com
nhofman@smstrial.com

3

<u>EXHIBIT B</u>

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of ***Plaintiff's Responses to Defendant Western Express, Inc.'s First Request for Admissions to Plaintiff*** via U.S. Mail as follows:

Sandro Stojanovic, Esq.
Hall Booth Smith, PC
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303

This 13th  day of March, 2023.

                                                        By:   /s/ Nathaniel K. Hofman
                                                                   Madeleine N. Simmons
                                                                   Georgia Bar No. 822807
                                                                   Nathaniel Hofman
                                                                   Georgia Bar No. 997966
                                                                   *Attorneys for Plaintiff*

STEWART MILLER SIMMONS TRIAL ATTORNEYS
500 Ivan Allen Jr Blvd
Suite 700
Atlanta, Ga 30308
msimmons@smstrial.com
nhofman@smstrial.com

4

**EXHIBIT B**