**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| CAMILLE DAUGHERTY,<br><br>　　Plaintiff,<br>v.<br><br>RICHARD MORTON, WESTERN EXPRESS, INC., and FREEDOM SPECIALTY INSURANCE COMPANY,<br><br>　　Defendants. | CIVIL ACTION FILE NO.<br>22-A-4138<br><br><br><br>*Jury Trial Demanded* |

## DEFENDANT WESTERN EXPRESS, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendants **WESTERN EXPRESS, INC.,** and files the following Notice of Removal to United States District Court, showing the Court as follows:

1.　Defendants have filed a Notice of Removal to the United States District Court. A true and correct copy of the Notice is attached as Ex. "A."

2.　As a result thereof, this matter is automatically stayed and the action removed to the United States District Court, for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441 *et seq.*

Respectfully submitted this 5th day of April, 2023.

| | |
|---|---|
| 365 Northridge Road, Suite 230<br>Atlanta, GA  30350<br>T:  770.650.8737<br>F:  770.650.8797<br>scott.moulton@qpwblaw.com<br>sandro.stojanovic@qpwblaw.com | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**<br><br>*/s/ Sandro Stojanovic*<br>SCOTT H. MOULTON<br>Georgia State Bar No. 974237<br>SANDRO STOJANOVIC<br>Georgia State Bar No. 473114<br>*Counsel for Defendants* |

1

**EXHIBIT D**

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CAMILLE DAUGHERTY,<br><br>    Plaintiff,<br>v.<br><br>RICHARD MORTON, WESTERN EXPRESS, INC., and FREEDOM SPECIALTY INSURANCE COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 22-A-4138<br><br><br>*Jury Trial Demanded* |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT WESTERN EXPRESS, INC.'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter electronically via E-Filing system and/or by depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to all counsel of record as follows:

Madeleine Simmons
Nathaniel K. Hofman
Stewart Miller Simmons Trial Attorneys
55 Ivan Allen Jr. Blvd, NW
Suite 700
Atlanta, GA 30308
msimmons@smstrial.com
nhofman@smstrial.com

This 5th day of April, 2023.

| | |
|---|---|
| 365 Northridge Road, Suite 230<br>Atlanta, GA  30350<br>T:  770.650.8737<br>F:  770.650.8797<br>scott.moulton@qpwblaw.com<br>sandro.stojanovic@qpwblaw.com | **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**<br><br>*/s/ Sandro Stojanovic*<br>SCOTT H. MOULTON<br>Georgia State Bar No. 974237 |

2

EXHIBIT D

                                              SANDRO STOJANOVIC
                                              Georgia State Bar No. 473114
                                              *Counsel for Defendants*

3

<u>EXHIBIT D</u>