| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [x] EEOC | 410-2022-04438 |

_____ State or local Agency, if any  X    _____ and EEOC

| Name (Indicate Mr., Ms., Mrs.) Nickii Lett | Home Phone (Incl. Area Code) 4049401842 | Date of Birth 05/20/1982 |
|---|---|---|

Street Address: 4050 Morgan Rd #247 union city ga 30291

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name: Jersey Mike | No. Employees, Members: 500 | Phone No. (Incl. Area Code): 4042284515 |
|---|---|---|

Street Address: 55 Marietta XXXX AVE. NW
City, State and ZIP Code: Atlanta, GA 30303

**EEOC ATDO RECEIVED 04-07-2022**

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [x] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[x] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02/2022  Latest: XXXX
[x] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

SEE ATTACHED

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4/7/2022

DocuSigned by: [signature]
D3E23DDDA298485...

Date | Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)