I began working at the above-named employer in February 2022.  My manager's name is Michael Thomas.  Shortly after I started, Mr. Thomas began to sexually harassment me.   On Thursday, March 24, 2022 Mr. Thomas came behind me when I was washing dishes.  He thrust his penis into my rear when he was behind me.  He made a joking comment to another co-worker "hey, Walt, it bounced back."   I was upset and told him to stop.  The next day I texted him and asked him to respect my personal space.  The next time we worked together, Mr. Thomas was very aggressive.   Mr. Thomas began to call me sweety.  I contacted the owner and made a complaint of sexual harassment.  I asked for the number to corporate, and the owner refused to give me the number.

I feel that I have been sexually harassed and retaliated against in violation of title vii of the 1964 civil rights act.