# EXHIBIT A

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number<br>IOE0909452145 | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE |
|---|---|---|
| Received Date<br>08/04/2020 | Priority Date<br>08/04/2020 | Petitioner<br>RUIZ, CORIN |
| Notice Date<br>06/23/2021 | Page<br>1 of 1 | Beneficiary<br>GONZALEZ SEGOVIA, OSMIN |

| | |
|---|---|
| RUIZ, CORIN<br>c/o ZAMBRANO AND RUIZ LLC<br>ZAMBRANO AND RUIZ LLC<br>1995 N PARK PL. SE 240<br>ATLANTA GA 30339 | **Notice Type:** Approval Notice<br>Section: Husband or wife of U.S Citizen, 201(b)<br>INA |

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.
NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Potomac Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425

USCIS Contact Center: www.uscis.gov/contactcenter