# EXHIBIT C



# RAPHAEL WARNOCK

## UNITED STATES SENATOR · GEORGIA

## USCIS/State Privacy Release Form

#### Section below to be completed by the person who is the subject of the records:

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release and submitted with it; and 3) all of this information is complete, true, and correct.

I, (print your name) _Osmin Gonzalez Segovia_ , authorize USCIS/State Department to release information contained in my USCIS/State records as relevant to checking my case status, and to the extent permitted by law, to Senator Raphael Warnock and the Member's staff.

Name: _Osmin Gonzalez Segovia_

Address: _185 Long Drive SW_

City, State, Zip Code: _Marietta, GA 30060_

Date of Birth: _04/20/1983_    Place of Birth: _El Salvador_

Telephone #: _678 612 5491_    Email: _corin.ni7@yahoo.com_

Signature: _[signature]_    Date: _2/6/2023_
(Signature is required)

#### Please give a brief description of your problem below:
*(include a second sheet if needed)*

On october 11, 2021 I filed an I-601A waiver with USCIS. Receipt number LIN2290017800 at the time, processing times were less than two years. Today processing times are 34.5 months. I have 3 USC children and my wife is a USC. I am not eligible for a work permit during the pendency of the adjudication of my waiver. I run my own day wall and finishing company, so it's necessary for me to drive. USCIS will not allow us to submit an inquiry while an application is within processing times, but I would appreciate your assistance in submitting an inquiry on my behalf as the amount of time the adjudication of my waiver is taking is unduly burdensome. Thank you.

**Please return the signed and completed form to:**

**Office of U.S. Senator Raphael Warnock**
**3625 Cumberland Boulevard, Suite 970**
**Atlanta, GA 30339-6406**