# EXHIBIT D

## Alexis Ruiz

**From:** Spry, Charles (Warnock) <Charles_Spry@warnock.senate.gov>
**Sent:** Tuesday, February 28, 2023 8:10 AM
**To:** Alexis Ruiz; corin.ruiz@yahoo.com
**Subject:** Update

Please see below response from USCIS, according to USCIS case is still within current processing times.

Response:

Form I-601A LIN2290017800O    Osmin Gonzalez Segovia

Good morning Charles,

This email is in response to your inquiry regarding the Form I-601A, Application for Provisional Unlawful Presence Waiver (LIN2290017800), which Osmin Gonzalez Segovia filed with USCIS on October 11, 2021.

The immigration file containing this case will be maintained in an appropriate distribution queue pending assignment to an adjudications officer.

While we are unable to determine the date on which your constituent's case will be assigned to an adjudications officer and when a USCIS decision or other notice of action will be issued, you may follow-up with the NSC later. Please refer to the estimated processing timeframe on the USCIS website (https://egov.uscis.gov/processing-times/) as a gauge for the appropriate timing of a possible follow-up inquiry.

This case will be processed in the work order received.

Thank you,

Congressional Liaison Specialist

DHS-USCIS-NSC-Congressional Unit

Take Care,
Charles Spry
Senator Raphael Warnock