AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | | |
|---|---|---|
| Osmin Gonzalez Segovia, et.al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Merrick B. Garland, Attorney General, et.al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Osmin Gonzalez Segovia and Corin Ruiz

Date: 4/5/2023

*Attorney's signature*

Alexis Ruiz GA419757
*Printed name and bar number*
Zambrano and Ruiz, LLC
1995 N. Park Place, SE
Suite 240
Atlanta, GA 30339

*Address*

aruiz@zambranoandruiz.com
*E-mail address*

(770) 769-5822
*Telephone number*

(770) 769-5810
*FAX number*