

# Notice of Service of Process

**KSB / ALL**
**Transmittal Number: 26518054**
**Date Processed: 03/08/2023**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire and Casualty Insurance Company |
| **Title of Action:** | Abdur-Rahim Dib Dudar vs. State Farm Fire And Casualty Insurance Company |
| **Matter Name/ID:** | Abdur-Rahim Dib Dudar vs. State Farm Fire And Casualty Insurance Company (13746371) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County Superior Court, GA |
| **Case/Reference No:** | 23-A-01753-2 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 03/08/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Abdur-Rahim Dib Dudar<br>678-702-6455 |

**Notes:**      Best available copy

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Civil Action No. 23-A-01753-2

Date Filed 03/06/2023

Magistrate Court ☐
Superior Court ☐
State Court ☒
Georgia, Gwinnett County

Abdur Rahim Dib Dudar

Plaintiff

Attorney's Address None

VS.

State Farm Fire And Casualty
Insurance Company

Defendant

Name and Address of party to be served.

Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Ga 30092

Garnishee

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation** ☒
Served the defendant State Farm Fire + Casualty Insurance Company a corporation
by leaving a copy of the within action and summons with Oli Sio Swift,
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non-Est** ☐
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ 5 _____ day of Mar, 2023

_____
Deputy

_____

Sheriff Docket _____ Page _____

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13

Civil Action No. 23-A-01753-2

Date Filed 03/06/2023

Magistrate Court ☐
Superior Court ☒
State Court ☐
**Georgia, Gwinnett County**

Abdur Rahim Dib Dudar

_____ **Plaintiff**

VS.

State Farm Fire And Casualty
Insurance Company

_____ **Defendant**

Attorney's Address  None

Name and Address of party to be served.

Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Ga 30092

_____ **Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐

I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑

Served the defendant State Farm Fire + Casualty Insurance Company a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____

_____
**Deputy**

Sheriff Docket _____ Page _____

_____
**Gwinnett County, Georgia**

WHITE: Clerk          CANARY: Plaintiff / Attorney          PINK: Defendant

SC-2 Rev.3.13

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Abdur-Rahim Dib Dudar

**Civil Action
Number 23-A-01753-2**

**Plaintiff**

VS.

State Farm Fire & Casualty Insurance
Company

**Defendant**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon
the Plaintiff's attorney, whose name and address is:

> **Abdur-Rahim Dib Dudar
> 2498 Warwick Circle NE
> Atlanta GA  30345**

an answer to the complaint which is herewith served upon you, within 30 days after service
of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

**This 6th day of March, 2023**

Tiana P. Garner,
Clerk of Superior Court

By: _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if
addendum sheet is used.
SC-1 Rev. 2011

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-01753-2
3/6/2023 1:24 PM
TIANA P. GARNER, CLERK

## SUPERIOR COURT OF GWINNETT COUNTY, GEORGIA

Abdur-Rahim Dib Dudar

2498 Warwick Circle, NE

Atlanta, Georgia 30345,

**Plaintiff**

V.

State Farm Fire and Casualty Insurance Company
1 State Farm Plaza
Bloomington, Illinois 61710-001

Registered Agent for State Farm
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(Gwinnett County, GA),

**Defendant**

23-A-01753-2

## JURISDICTION

Registered Agent for State Farm Fire and Casualty Insurance Company resides at Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092 in Gwinnett County, Georgia

## COMPLAINT

**Plaintiff, Abdur-Rahim Dib Dudar (Dudar),** had coverage of insurance with **Defendant, State Farm Fire and Casualty Insurance Company (State Farm)** on his property, 157 Pinder Court, Stockbridge, Georgia 30281 (**Stockbridge Property**).

Stockbridge Property was covered under Policy Number 91-BA-V758-6 as Rental Dwelling-Special Form, Nov 03 2021 to Nov 03 2022 (**The Policy**). (Attached Copy of Certificate)

The Policy covers (A) Dwelling for $217,700, Dwelling Extension $21,770, (B) Personal Property $32,655, (C) Loss of Rents Actual Loss.

Dudar filed a claim with State Farm on March 7, 2022.

State Farm breached its contract in denying the claim.

1

The Denial was formatted in "Denial of liability," "Accept minute negligible liability," "Denial of liability," "Accept liability in part," "No Denial of liability: Third Party Investigations."  This took place All Through the Year from March 7, 2022, to March 6, 2023.

As of the time of filing the Complaint on March 6, 2023, Plaintiff is still under "No Denial of liability: Third Party Investigations."  **It seems that is a means to defraud Plaintiff and the law is very explicit in this case—State Farm loses its ability to enforce policy provisions.**

March 6, 2023, marks normal end of the year to file against State Farm to enforce policy provisions yet State Farm did not renew The Policy on Nov 03, 2022, Six Months After the Occurrence while The Policy was in force.

**Claim handling is a cause to Render State Farm lose its ability to Enforce Applications and Provisions of The Policy.**

Also **Claim Handling** is a major hindrance in getting attorneys to represent Plaintiff and a major hindrance to get a quote from others as to the value of the damages.  Both attorneys and insurance adjusters do not wish to face State Farm as it complicates claim adjustments with time and legal maneuvers to discourage Plaintiff to collect. **Georgia Insurance Commissioner** will be informed of this action according to Law.

## STATEMENT OF FACTS

**A. Two Claims Reported On Damages Resulting by March 7, 2022: Roof Damage on March 7, 2022 and Deck Damages on Visit of Roof Damage of March 7, 2022**

On or about March 7, 2022, Plaintiff has had a Tenant at the Stockbridge Property.

On or about February 5, 2022, Tenant called Plaintiff that a branch of the tree fell on the tarp and broke a hole in it and there is a leak in the Front Room adjacent to the Porch.

Plaintiff bought sticky rolled roofing and had the men clear the roof over the front from tarp and shingles and other roofing materials and other newly built hump to facilitate rolling the water over the flat roofing over both the front porch and Front Room where entry door is located.

Plaintiff had the workers reinforce the wood decking over the Front Room and Porch and portion of the Master Bedroom walk through closet. March 6, 2022.

When Plaintiff learned a huge storm was coming, he ordered the men to cover the exposed decking with tarp to be covered on the next day.

2

But the storm was so violent it ripped the tarp off and deluge of water fell on the ceilings of the house.   This water ripped off the sheet rock of the ceilings in at least two places and destroyed the back wall of the Walk Through Closet  The Front Porch, the Front Room, the  Master Bedroom, the small Bedroom in the back, the Bathroom in the hallway had ceiling water go on them.  That what Tenant and Plaintiff saw on March 7, 2022.

On March 7, 2022 the child living in the house attempted to inform Plaintiff about the damages on the inside.   He could not open the door to come out.  The sheet rock from the Ceiling sealed the door shut.

That is when **Plaintiff called State Farm** about the damages of the roof.  Plaintiff asked the men to close the exposed roof decking with new boards (6 each 4X8, 192 sf) and leave the other tarp on the roof until State Farm repairs the roof.

State Farm assigned the Claim to an Adjuster called Shamaria Sands.  After many attempts to get her to visit the damages to the roof and house, she showed up with an appointment through a third party assigned to the case.

She did not have a ladder long enough to get on the roof.  So Plaintiff advised her to use his ladder and climb the roof off the Deck.

When Plaintiff attempted to place the ladder at the lowest corner of the roof, both Plaintiff and Adjuster Sands fell down with a collapsed Deck . Plaintiff cut his thumb. Adjuster attempted to help Plaintiff come out from the Collapsed Deck.  She did.  Then she called her supervisor who advised her to take picture of Plaintiff's hand and the Collapsed Deck and she took outside pictures and was told by her Supervisor to come back for a second visit with her Supervisor to look at the Roof.  She did and decided to deny the Claim of Roof and Deck damages and asked the Plaintiff to fix these damages. She also reported that to the Underwriters and the Underwriters told Plaintiff they will not renew his insurance on the Stockbridge Property at the end of The Policy period. (Attached)

**Now the Stockbridge Property became uninsurable due to water damage.**

Steven Trotter head of the Claims Department arranged to get inspectors to see the damages after the first denial of damages.  They took pictures inside and outside the house.  Still Steven Trotter has not come up with a letter accepting liability although he sent Plaintiff two letters, certified mail, return receipts, indicating need to inspect and get estimates from his inspectors and he would look at the determinations.  Plaintiff was unable to get an estimate on paper from over 15 inspectors of damages.  They all expressed concerns that State Farm is a "lengthy process" unless they paid, it is hard to get them to pay.  The same applies to attorneys to hire against State Farm.  **State Farm**

**is the Monster of Insurance.** No one dares to spend so much time dealing with its attorneys. They need a living.

**This Court is already familiar with this relationship**. A case filed in this Court in 2018 was moved by State Farm to District Court and it has not been resolved ever since. As a matter of fact, in denying a $15,000 claim for electric wiring in that lawsuit, now State Farm is facing $10.5 Million for damages and Fraud, outright Theft by taking, Forgery, Identity Theft. No one wants to get in.

**Plaintiff files Pro Se until some attorney will come forward as Proactive Measure to protect against the One-Year Limitation of The Policy.**

### B. Extent of Damages Observed

**Collapse** of the Deck revealed the hidden damages and causes of all damages on March 7, 2022. The **cause** is **water damage** from rain and storms over the years. The Deck was built to hold the house structure; significant portion of the house structure is supported by the Deck, resting against the wood panel bracing of the walls and, vice versa. The supporting walls became rotted, and a holding part of the Deck was resting over the stucco. You can see the three sides of the holding rectangle in the wall. All rotten wood. That rectangle slipped down on the left side making the water flow into the bracing wood, down to the flooring of the house specially through the kitchen and hallway bathroom to weaken the kitchen floor as the holding stucco wore down.

**Attaching the rectangle of the Deck ( arm of Deck) over the stucco was not a good building design.** As the stucco wears out the rectangle would fall down and the water would flow down easily penetrating the foundation of the flooring in the house and the walls. The walls would rot and the flooring would rot.

On March 6, 2022, you could see the decking of the roof where Plaintiff began to mitigate damages has rotted from down up. To place the covering wood panels the 4X8 covers, boards 6X8 had to be screwed on the non-rotted portion to reinforce the beams in the decking.

That part of the roof is flat. Water does not flow downward, away, it stays on to seep down. Although there was a new roofing rolled on, any gap will let the water down. The rolled roofing was not the sticky type then.

These issues are building issues when the house was built. Now, discovered after March 6, 2022. **The Storm acted as trigger to all damages. The design and building were defective. It was designed and built in good faith. It was bought and sold in good faith. But now we find the unexpected consequences.**

4

## C. Insurance Coverage and Legal Responsibility

What is very obvious that March 7, 2022, observed damages from the Storm are covered as Storm Damages. The Deck is covered as damaged walking on it when it collapsed. ·

**But these two events come down to Water Damage from Rain and Storms over a long period of time.  All these Water Damages are Wind and Storm Water Damages.**

**All these damages due to Water Damage are covered as an Occurrence defined by the Georgia Supreme Court in the Hathaway Case.** The building of the house was Intentional. It does not matter if it was found now to be defective.  The builders built a house to live in at the time. It was a great place to live in. **That has been their Intention.** But the house Failed in keeping the Storm and Rainwater away from the structure. Damages to the Structure has been Unwanted Consequence; that is, **the Damage was not expected.  The Law says this is an Occurrence and is covered by the Insurance Policy.**

**Every Part of the House has suffered from this Unexpected Damage. Even maintenance and mitigation could not keep the house from the Storm Water Damage. Water damage was not observed before March 6, 2022 for the whole house.  Only when the roof was opened on March 6, 2022 that part of the house was damaged.  The Deck showed the extensive damage when it collapsed.**

## D. Coverage

According to The Policy, Coverage A(1), Dwelling,  is applicable including the attached Deck holding the structure as wall retainer. Five rooms and two bathrooms, upstairs, and four rooms downstairs are part of the structure.... $217,700.

Also, the Deck, although attached to the house and would support the house, is by itself Dwelling Extension...$21, 770.

According to The Policy, Coverage B, Personal Property, is applicable up to $32,655

According to The Policy, Coverage C (1), Loss of rent, is applicable.  Each month for $3000.

According to The Policy, Additional Coverage (1, Debris Removal), $1000; also Additional Coverages (2), Reasonable Repairs, is applicable ($3000), portion of that was submitted to State Farm.  More to add as Plaintiff had to allow multiple investigations into the claim (Take the tarp.  Put the tarp. Take the Tarp. Put the Tarp.)

**Total Damages, without the Rental at $3000/month, equals $276,125.**

5

**E. Available Estimate of Damages as Invoice is $231,500 submitted by Genius Creative Floor Installations and Home Renovations, 284 Martin Dr., Jonesboro, Georgia 30238.** Of course, this is an estimate.  When he is actually doing the job he may need an amendment.

## CONCLUSION

 Plaintiff, Abdur-Rahim Dib Dudar, respectfully requests:

1. Find State Farm breached its contract with Plaintiff.

2. Pay Plaintiff the full $231,500 as in Part E above with the provision that proper Amendment while building the home could be negotiated with State Farm if needed.

3. Pay Plaintiff the first month rent of $3000 to relocate the tenant and Pay for Storage of her belongings until the building becomes habitable.

4. Pay Court Costs and Attorney Fees (Prospective attorney requests 30% of award) if an attorney is engaged for Plaintiff.

5. As it is proper to request for breach of contract, Plaintiff respectfully requests the State's punitive damages for acting in bad faith.

Truthfully,

Abdur-Rahim Dib Dudar, Ed.D., Pro Se        Date March 6, 2023

2498. Warwick Circle, NE
Atlanta, GA  30345
Albattani @ Yahoo.Com
678-702-6455

6

**In The Superior Court of Gwinnett County , Georgia**

Dudar v. State Farm

**ATTACHMENTS**

1. State Farm Waived its Right During the Execution of Application Claims

**WAIVER.** The voluntary relinquishment or abandonment — express or implied — of a legal right or advantage .

Waiver is an equitable doctrine; it requires proof of a voluntary relinquishment of a known right. West Jersey Title v. Industrial Trust Co., 27 N.J. 144, 152 (1958)

The doctrine is designed to preclude the waiving party from lulling the other party into a belief that compliance with a contractual duty is not required, and then later using the non-compliance for the purpose of avoiding the contract.  Greenpoint Bank v. Sec. Mut. Ins. Co., 247 A.D.2d 583, 583-84 (N.Y. App. 1998).  **(State Farm has been doing just that)**

Waiver need not be stated expressly, it can be implied from an insurer's acts, words, conduct or knowledge, demonstrating the insurer knew of a right and then abandoned it either by design or indifference. E.g., Anderson v. Holy See, 878 F. Supp. 2d 923, 933 (N.D. Ill. 2012); Brown v. State Farm Mut. Auto Ins. Co., 776 S.W.2d 384 (Mo. 1989); Chen v. Vigilant Ins. Co., 2009 WL 2341444 (N.J. App. Div. July 31, 2009)  **(State Farm has been doing just that.)**

**State Farm waived its right to invoke The Policy provisions.**

2. **ESTOPPEL.** A bar that prevents one from asserting a claim or right that contradicts what one has said or done before or what has been legally established as true.  It is an affirmative defense alleging good-faith reliance on a misleading representation and an injury or detrimental change in position resulting from that reliance.

Guerrette v. Farmers Grp., Inc., No. B237819, 2012 WL 5936702, at *9 (Cal. Ct. App. Nov. 28, 2012) (proof of estoppel requires a showing of detrimental reliance by the injured party)

Only estoppel requires a showing of prejudice and does not require a showing of intentional relinquishment of a known right. **Instead, the insurer must act inconsistent with its position of non-coverage (without regard to insurer's intent), and the insured must reasonably rely to its detriment on the insurer's actions or inactions.  This has been State Farm's strategy at the Claims Department.**

**State Farm is Estopped from Using Any Policy Provisions.**

3. **Estoppel** where the insurer had lulled the insured into forbearing from bringing suit by not disclaiming coverage until after the insured's time to file suit had expired. See N. Am. Foreign Trading Corp. v. Mitsui Sumitomo Ins. USA, Inc., 499 F.Supp.2d 361 (S.D.N.Y. 2007), reversed in part on other grounds 292 Fed. Appx. 73 (2d Cir. 2008); John v. State Farm Mut. Auto. Ins. Co., 116 A.D.3d 1010, 1012, 983 N.Y.S.2d 883, 884 (2d Dept. 2014) (an insurer could be estopped

1

from asserting a suit limitation provision of a policy if it engaged in conduct that "lulled [the insured] into inactivity based on a belief that [the insured's] claim would ultimately be processed, or that [the insured] was induced by fraud, misrepresentation or deception to refrain from commencing a timely action." ) see also Syprasert v. Truck Ins. Exch., No. B260567, 2016 WL 1166257, at *5 (Cal. Ct. App. Mar. 23, 2016) ("An insurer can be estopped from relying on a suit limitations provision if it does not properly inform the insured of the provision when denying the insured's claim.")

4. In ATMT 1, State Farm acted in bad faith. This is true in other case previously filed in Gwinnett County Superior Court Removed to US District Court to its detriment.

5. ATMT 2 is Copy of Coverage of The Policy.

6. ATMT 3 shows the first inspection appointment took place on April 12, 2022 after State Farm was invited to investigate on March 7, 2022. It is not intended to help the Insured.

7. ATMT 4 shows Collapse of the Deck occurred on the same day as the first inspection of the roof. Both Plaintiff and Adjuster Sands fell in the Collapse.

8. ATMT 5 shows the Indirect Denial of the Claims of Roof and Deck. It is asking Plaintiff to fix both at his own expense. This was followed by the Non-Renewal of Insurance.

9. ATMT 6 shows Plaintiff's Sworn Affidavit as to Damages of the Roof and Damages of the Deck. Notice that there is no invocation of laws as above.

10. ATMT 7 addresses ATMT 6 by saying more research to be done thus Loitering through Today March 6, 2023 from March 7, 2022. Intentional Lull and Waiver.

11. ATMT 8-ATMT 13 shows that Plaintiff attempted to mitigate damages just to avoid asking State Farm to do so.   It shows that repairs failed. This goes deeply why repairs should fail as Removal of the total structure and Rebuilding the House is the Only Solution.

12. **HATHAWAY LAW**.  The Supreme Court's ruling in *American Empire Surplus Lines Insurance Company v. Hathaway Development Company, Inc.* now makes clear that an occurrence can arise from intentional acts performed negligently provided unexpected damage results.)

Abdur-Rahim Dib Dudar
2498 Warwick circle, NE
Atlanta, Georgia 30345
Albattani@Yahoo.com
678-702-6455
February 2, 2023

State Farm Fire and Casualty Insurance Company
1 State Farm Plaza
Bloomington, Illinois 61710-001

Registered Agent for State Farm
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
(Gwinnett County, GA)

Claims: 1131K772J, 1134B995J (Steven Trotter)

On or about March 7, 2022  (Tenant lived at)...............................................................157 Pinder Court, Stockbridge, Georgia 30281-4613.  Two incidents took place that are covered by Insurance Policy issued to me as Rental Residence. ........................................
....................................................................................................................................................
....................................................................................................................................................
....................................................................................................................................................
rent for about $3000/month due to space and lot of about two acres over the lake.

This property was rebuilt under the supervision of Henry County Building and Development Office and was inspected each time while being rebuilt and certified for occupancy over six years ago. After certification, (Tenant) moved in.

On or about March 7, 2022, a rainstorm dashed into the roof to the ceilings of the rooms below causing the sheet rock of the ceilings cave down preventing the front door from opening and (Child) calling me to open the door.  The sheet rock from the ceiling of the front family room fell and blocked the door.  And (Tenant) found that the ceiling and wall of a walk-through closet in the Master Bedroom had suffered serious damages. This went through the house ceilings and walls.

Originally, back in February,2022 (Tenant) called that a branch of the tree fell on the roof from a rainstorm and punctured the tarp covering the roof which insulated the roof from any leaks.  I bought about sixteen squares of rolled roofing, stick type, and engaged workers to remove the tarp on half the roof and cleaned it up getting down to the framing and reinforcing the decking and removing a hump roofing installed to cause the

1

inclination of the roof to dispose of the rainwater. February 2022, I did not call State Farm to file a Claim. I merely attempted to assume the repairs. But something happened unexpectedly. After clearing the roofing and exposing the decking, Mother Nature began to storm. My workers closed the open decking with tarp and got to come the next day. March 7, 2022. The storm was violent enough to remove the tarp and go through the ceilings. That when I called State Farm.

I did not call State Farm in February 2022 because I felt that State Farm may give me a hassle. With one claim moving from $15000 for electrical replacement for my property at 1122 Elaine Drive, Forest Pak, GA in 2018 to $39,000 within one month, after a great destruction of the property by tenant, to $138,000 within one year against State Farm, due to State Farm not paying the damages and further damages by falling a huge tree branch on the building opening the roof and destroying eventually the full structure. The damages originally were not paid for and insurance on the building was discontinued so that by default State Farm insured the building without premiums and fully. Now the claim has become $10.5 Million due to fraud and crime committed during Federal Prosecution awaiting ruling by Federal Judge to hear a Crime of Identity Theft and Corruption including Swift & Currie, the attorneys, Diplomats, for State Farm. The FBI sent me a letter saying Attorney General has no Jurisdiction on State Farm and Swift & Currie and I should get an attorney and I am sure over a $100,000 in attorney fees has been taxed against State Farm so far and it is not over yet. * With all this mess in mind, I really wanted to repair my leak at 157 Pinder Court, Stockbridge, Georgia, without involving State Farm. The Forest Park case is still in court and moved into a new claim for damages and Fraud (four Years has Passed. It just has begun. No end in sight.). **But the damages of March 7, 2022, were so horrendous and injurious that forced me to call for this claim. And I cancelled all my insurance policies with State Farm.**

My attachment to State Farm goes back to 1973 after the Xenia tornado. That when the Agent recommended $50,000 Whole Life Policy for me as a Professor. For $868 per year. I paid the policy for ten years leaving the policy pay itself from dividends until I collected $75,000 while living sometimes end the century. State Farm paid me to stay alive!!

This claim was assigned to one investigator-adjuster, S. Sanders. She played the game of loitering to respond to visitation and investigation. But to Claim Department's cautious action, neutral monitors were assigned who engaged this adjuster to set a time to visit. She did.

She blamed the roof damages due to poor maintenance and a foot in length and less than six inches in width in green algae growing on the nonleaky roof. She also blamed falling down with a caved-in Deck as poor maintenance of Deck. Yet both of us, Sanders and myself fell through the caved in Deck. I cut my finger as a result.

2

The Deck is fully damaged and unsafe and the roof fully damaged and I had to insulate the roof for two times with tarp pending resolution of issues with State Farm. And there is a question of building altogether is unsafe. (Tenant)and her children were warned not to come near the Deck.

To the cautious thinking of Mr. Trotter, he commissioned three groups to investigate and determine damages. Although, Mr. Trotter received the reports, he has not come up with Liability Determination although he sent me two certified mails changing Ms. Sanders determinations. He said it is soon. **But time for One Year statutory filing in Court ends on March 7, 2023.**

Before getting two doctoral specialties in Mathematics and Education, I spent three years in civil engineering at the American University of Beirut. All my education was paid for by the United Nations and later by the National Science Foundation. I believe the Structural Damage to the building along with the leaky roof and the Deck holding the Building constitute total damage to the property. Full damage. Rebuilding. You got five rooms upstairs and four rooms downstairs.

I wrote Mr. Trotter that I would pay my $1000 deductible and he would engage a reputable, insured, builders to rebuild the structure. Of course, you need to provide my (Tenant) with similar home until the building is completed.

I appreciate your answer as soon as possible to give me a chance to evaluate the damages by other paid insurance evaluators to file in Court. I invited over 10 contractors and they refused to submit a written estimate, "State Farm does not pay."

It is always a good idea to give the other party a chance to re-evaluate the situation before getting deeply into the legal process.

Sincerely,
Abdur-Rahim Dib Dudar

　　　*The Adjuster claimed I called him December 4, 2020 to give me a check for $8306. He claimed he mailed the check to me and I signed it and cashed it. Of Course, I did not call him and I did not ask him to send me a check for $8306, money I previously rejected, and I received no mail from him with that check, and I did not cash a check. Issuing and cashing the check were on the same date December 4, 2020. I passed all documents to both the Civil Rights Commission and the FBI. The Police from the State of Georgia on aging came to my door telling me the check was received by a relative and whether that person gave me the money. Of course "No." The money is peanuts to accept to settle the issues. She said the case will be given to Chamblee Police. Chamblee Police was able to get a copy of the check. My alleged signature is a copy pasted. But looks like a

3

dream come true, nice signature with felt pen completing all my name, something I could not do all my life. There is also a full signature cosigning the check. I never saw that person before. Then it says, "Deposit Mobile Unit" and I never do that. Chamblee Police is looking for the State Farm Adjuster and talked to the Swift & Currie attorneys. I submitted request to prosecute both State Farm and Swift & Currie on Fraud, Identity Theft, Theft by Taking. Swift & Currie knew about the check and insisted I cashed it and sent the bank a subpoena to get a copy of my deposits at Wells Fargo, Swift & Currie is the second perpetrator.

- Now we have an upheaval in the evidence. Ten Million dollars for Fraud and Theft. It is not over yet and the State of Georgia assigned a Special Investigator to report on the issues and State Farm posting of the number of claims and payments of claims on 1122 Elaine Drive, Forest Park, Georgia. Posted claims are lies.

4

PO Box 88049
Atlanta GA 30356-9901

**RENEWAL CERTIFICATE**

POLICY NUMBER    91-BA-V751-6

Rental Dwelling Pol - Special Form
NOV 03 2021  to  NOV 03 2022

AT1        000686 0001     H-27-  1970-FA86    R    F
DUDAR, ABDUR-RAHIM
2498 WARWICK CIR NE
ATLANTA GA  30345-1630

**BILLED THROUGH SFPP**

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A | Dwelling | $217,700 |
| | Dwelling Extension | 21,770 |
| B | Personal Property | 32,655 |
| C | Loss of Rents | Actual Loss |

**Deductibles - Section I**
Basic                          1,000

Location:  157 PINDAR CT
           STOCKBRIDGE GA
           30281-4613

SFPP No: 1136611527

**Section II**

| | | |
|---|---|---|
| L | Business Liab (per occurrence) | $500,000 |
| | (annual aggregate) | 1,000,000 |
| M | Medical Payments to Others | 1,000 |
| | (each person) | |

**Forms, Options, and Endorsements**
Special Form 3                      FP-8106
Replacement Cost on Contents        OPT  RC
Fungus Limited Liability Cov        FE-5909.1
Terrorism Insurance Cov Notice    * FE-6999.3

*Effective: NOV 03 2021

**Annual Premium**                  $1,022.00

**Premium Reductions**
  Home Alert Discount               53.00

**Inflation Coverage Index:**  318.0

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

Please help us update the data used to determine your premium. Contact your agent with the year each of your home's utilities (heating/cooling, plumbing, or electrical) and roof were last updated.

138-3076 f.3 10-11-2010 (0100080)

*Thanks for letting us serve you...*

1442    401E   I

**Agent** CLYDE HILL JR CHFC
**Telephone** (770) 452-1485

N *
12

REP

Moving? See your State Farm agent.
See reverse for important information.
Prepared
SEP 10 2021

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



April 9, 2022

Abdur-Rahim Dudar
2498 Warwick Cir NE
Atlanta GA  30345-1630

**State Farm Claims**
PO Box 106169
Atlanta GA 30348-6169

RE:  Claim Number:    **11-31K7-72J**
     Date of Loss:    March 8, 2022
     Our Insured:     Abdur-Rahim Dudar

Dear Abdur-Rahim Dudar:

We appreciate you speaking with us and allowing us to obtain information about your loss, as well as providing information to you regarding the claim process. If you have any questions, please contact us.

Thank you for choosing State Farm® for your insurance needs. Our goal is to make the claim process go as smoothly as possible. We are committed to providing you with remarkable claim service and look forward to receiving your feedback during the handling of your claim.

If you have questions or need assistance, call us at (844) 458-4300  Ext. 6785791708.

Thank you for confirming a scheduled inspection appointment on 4/12/22 @ 11AM. Please ensure you or your tennant is available to meet with Shamaria Sands (inspector) .

Sincerely,

Veronica Castaneda
External Claim Resource – Renfroe
(844) 458-4300  Ext. 6785791708
Fax: (844) 236-3646
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 458-4300  Ext. 6785791708 to discuss sensitive information.*

**State Farm Fire and Casualty Company**

Take advantage of our self-service options

**11-31K7-72J**
**Page 2**
**April 9, 2022**

Go to <u>statefarm.com</u>® to easily review claim status, update direct deposit account information for claim payments and many other insurance and banking services.



Providing Insurance and Financial Services
Home Office, Bloomington, IL



May 16, 2022

Abdur-Rahim Dudar
2498 Warwick Cir NE
Atlanta GA  30345-1630

State Farm Claims
PO Box 106169
Atlanta GA 30348-6169

RE:  Claim Number:     11-34B9-95J
     Policy Number:    91BAV7586
     Date of Loss      April 12, 2022
     Our Insured:      Abdur-Rahim Dudar

Dear Abdur-Rahim Dudar:

A claim has been received on the above policy. A member of our claim team will review your coverage and continue the claim process. We will contact you if we need additional information.

**Claim Information**

Claim Number:                    11-34B9-95J
Date of Loss:                    April 12, 2022
Named Insured:                   Abdur-Rahim Dudar
State Farm® Contact Number:      (205) 916-6514
Claims Office Hours:             Mon-Fri: 7:00 AM - 7:00 PM
                                 Sat: 8:30 AM - 5:00 PM
                                 Sun: Closed

11-34B9-95J
Page 2
May 16, 2022

Sincerely,

Nina Murray
Claim Specialist
(205) 916-6514
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (205) 916-6514 to discuss sensitive information.*

State Farm Fire and Casualty Company

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services.

Would you like to receive emails from State Farm? To update your profile preferences, go to statefarm.com®. After logging in, click on Profile and Preferences on the left navigation panel.

*Please Note: Protecting your personal information is important to us. You will be asked to log in with a user name and password each time you access these sites.*

Abdur-Rahim Dib Dudar

2498 Warwick Circle, NE

Atlanta, Georgia 30345

Albattani@Yahoo.com

678-702-6455

July 18, 2022

Claim Team Manager

State Farm Fire & Casualty Company

PO Box 106169

Atlanta, Georgia 30348-6169

RE:

Claim Number: 11-31K7-72J

Date of Loss: March 8, 2022

Policy Number: 91-BA-V758-6

### Answer to Your Letter of July 1, 2022

On or about April 12, 2022, a claim for the Deck was filed with State Farm.  While Ms. Shamaria Sands, field investigator,  and I were attempting to locate a ladder from the right to the left of the back door of 157 Pinder court, Stockbridge, GA 30281, the Deck fell down ripping the building in three places.  My finger was cut and I bled.  And Ms. Sands attempted to help me get off the falling deck.  She called you regarding the issue and she took pictures of my hand and the falling Deck.  Although you assign the Fallen Deck March 8, 2022, Ms. Castanega, Claim Manager,  wanted me to call it as a new claim because it happened at a different time than the original Roofing Claim for the same property.  Now both claims have not been paid.

State Farm assigned the Deck claim to a new Field Investigator who checked onto the Deck. He found out that the Deck should be replaced.  In addition, he checked where the Deck was held and realized that it was part of the wall and the horizontal boards had dry rotted from water leaking over the years.  You could not put any fasteners in these boards.  He realized that the building suffered structural damage as a result.  He said he would have to get a structural engineer to assess the damages.  Soon enough, such an engineer came to the Property last Sunday, July 17, 2022.

1/3

Joel D. Wehrman, P.E., 3985 Parkwood Rod, Suite 109-338, Bessemer, AL 35022 inspected the inside of the house, the porch, the roof even cutting where he needed to see the leaks, taken many pictures inside and outside.

After the roof, he turned to the Deck. He took pictures of all damages. He noticed how the Deck is moving away from the wall. He saw the reinforcement used to hold the Deck up, waiting to fall down. He took pictures of the Separation gap between the Deck and the Walls supposedly holding it in place.

I have not got any estimate about the Deck and structural damage. My experience with these quote-damage groups are hesitant to provide an estimate because "State Farm evades payments." Three visits for estimate on the roof, resulted with no estimate because "State Farm."

One estimate for the roof asks for $24,500 for the roof. For the ceiling of the Porch $2500, and the Ceiling of Front Room $2100. The Bathroom, the Large Master Bedroom and its Closet were not quoted.

From experience, the Deck and Structural Damage may cost between $50K-$60K.

I am awaiting the Report of Wehrman Investigative Engineering. This report may decide how all parties move.

For the Roof, I shut the front section; other sections are leaking. For the Deck I installed a steel Pole to hold it up and resistant board to delay sliding horizontally. These are mitigations. Not repairs.

Repairs should start soon before the building becomes inhabitable, Full Damage. Price is $180K-$250K.

Truthfully,

Abdur-Rahim Dib Dudar


Additional Note.

It took State Farm over Sixty Days to send an adjuster to look at the damages to the roof (March 8-May 11, 2022) and then over a month (May 11-June 6) late to look at the Deck. From reading the Law this qualifies State Farm to lose its ability to enforce the Policy because State Farm has loitered to defraud Insured using Mitigation of damages as Reason not to Pay to force a claim that Insured has completed the fixup and no further fixup is needed by loitering (March 8, 2022 till July 17, 2022.)

The policy requires Mitigation of Damages until repairs can start. You are using Mitigation as a final repair. The roof must be repaired by State Farm. The Deck must be rebuilt by state

2/3

Farm. The Deck is present danger.   If it falls on someone, State Farm may incur millions of dollars for attempting to Defraud the Insured and the Injured Party.  If you think you can be a Swindler and get away with it, you have been proven to be wrong.  It cost you over two hundred thousand to defend against State Farm Swindling and Lies to Insurance Report.  And it is not over yet.  I am awaiting Chamblee Police arrest the Ken Simmons on Fraud and Theft. They are waiting to find him.  You can be next.

Finally, after looking at what and how the Investigator did his investigation, I believe that the House should be totaled for the Full price of the Structure.  State Farm can charge me the $1000 deductible and hire a group to remove the building and rebuild a new one.  I believe it costs ($180K-$250K.)

Do not forget to get the occupants a place to live until it is finished. Occupants have been invaded by Snakes, rats, roaches after the collapse of the deck.  I am paying for that to help them.  Brian, Snake Trapper, asked for $380 to start to capture the snakes and $85/month to make sure Snakes do not come by.

I requested copies of my Mitigation Claim for the Roof, and you refused.  Now I need a copy of the Investigating Engineer.  He did a thorough investigation.  I understand State Farm hired him to do so.  Even if he is prejudicial in his reporting, the pictures in his report could not lie.  Get me a copy.

I will attempt to contact Morgan & Morgan for Injury Claim and Building collapse.  My hand was bleeding and my back was scratched through rubbing when both your adjuster and myself dropped down with the Deck.  The Deck is Present Danger and it is your responsibility.

Abdur-Rahim Dib Dudar

Notary

7/25/22

3/3

**State Farm at Park Center**

PO Box 88049
Atlanta GA 30356-9901

&State Farm

18567  E-REQ
27- 1970-
AT1 · 018567 3153-05   RENTAL DWELL 3
DUDAR, ABDUR-RAHIM
2498 WARWICK CIR NE
ATLANTA GA        30345-1630

*American Empire Surplus Line
Insurance Company V. Hathaway
Development Company, Inc.*

July 8, 2022

Policy number:       91-BA-V758-6
Policy type:         Rental Dwelling Pol - Special Form
Location:            157 Pindar Ct
                     Stockbridge GA
                     30281-4613

**Important Notice**

We have completed an underwriting review of your policy as a result of
your recent claim and believe there are positive measures that should be
taken to reduce the potential for future loss. We understand the
inconvenience associated with having a loss and appreciate your attention
in repairing any damages to the property.

The following underwriting requirement(s) must be completed:

To reduce the risk of losses or injury, repair or replace all damaged or
deteriorated portions of the deck.

The roof on the dwelling appears to be worn and needs to be inspected by a
roofing contractor. Any recommendations from the inspection must be
followed.

The growth (i.e. mold, moss, vegetation, algae, etc.) found on the
dwelling roof needs to be removed and/or cleaned by a remediation
specialist in order to prolong the life and effectiveness of the roof
covering.

The outlined requirement(s) present(s) an increase in hazard. Your
cooperation with the above underwriting requirement(s) is appreciated.
Please provide your agent documentation confirming the underwriting
requirement(s) outlined above has been met. This policy will be set to
non-renew effective November 03, 2022, unless verification is received.

NOTE: The requirement(s) is based on an insurance survey of your premises
we recently conducted solely to assist us in determining continued
eligibility for insurance. Our underwriting survey was not a health or
safety inspection and was not intended to ensure compliance with laws that
may apply to your premises. The requirement(s) is made solely to help
reduce the potential for future losses insured under your policy. However,
it is not a guarantee against future losses. Any costs associated with the
requirements outlined in this letter will be at your expense.

If you have any questions regarding the requirement(s) or the timeline for
completion, contact State Farm Agent Clyde Hill at (770) 452-1485.


cc:  Clyde Hill, 1970/FA86

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

 **StateFarm**

August 16, 2022

**ABDUR-RAHIM DUDAR**
**2498 WARWICK CIR NE**
**ATLANTA GA 303451630**

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

**Via Email:  ALBATTANI@YAHOO.COM and**
**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

RE:    Claim Number:       11-31K7-72J  (Roof)
       Date of Loss:        March 8, 2022

       Claim Number:       11-34B9-95J (Deck)
       Date of Loss:        April 12, 2022

       Policy Number:  91-BA-V758-6

Dear Mr. Dudar:

This will acknowledge receipt of your July 25 letter. Although your letter was dated July 18, it was not notarized until July 25. So, for purposes of identifying it, we refer to it as the "July 25 letter." Also, for present purposes, we are communicating on both claims in a single letter to simplify your review since our remarks on both claims (Roof and Deck as identified above) are identical with respect to your July 25 letter.

**1.  The July 25 Letter as a Proof of Loss (POL)**

Because your July 25 letter was signed and notarized, and because your letter stated it was an "answer" to our letter(s) of July 1 (which appeared to incorporate remarks from an earlier version of a July 18 letter), we assume that you intended your July 25 letter to qualify as a signed, sworn proof of loss (POL) under the policy as to both claims referenced above.  To the extent that this was your intent, we cannot accept the July 25 letter as a POL for each of the claims referenced above.  While you did not have to utilize the POL forms we provided, the document you submitted needed to provide all of the information that was required by the policy for each claim.  Because your July 25 letter did not appear to apply to both claims and did not provide all of the information required by the policy, we cannot accept it as a proof of loss for either of the claims noted above.

Specifically, the July 25 letter could not be accepted as a POL because:

- We requested separate POLs for each claim you submitted (the "roof" and the "deck" claims).

ABDUR-RAHIM DUDAR
11-31K7-72J
Page 2
August 16, 2022

- The document failed to specify the time and cause of the losses for which you are making your claims.
- The document letter failed to identify your interest and the interest of all others, if any, in any property involved.
- The document failed to identify all encumbrances (if any) on the property at the time of each loss.
- The document failed to identify other insurance, if any, that might cover each loss.
- The letter failed to specify any changes in title or occupancy of the property during the term of the policy.
- The document failed to specify the amount of your claims for relative to the damaged building for each of the above claims along with detailed estimates substantiating the amounts you specified.  (You letter referenced possible ranges of losses without any supporting estimates.)
- The document failed to include an inventory of damaged personal property, if any.
- The document failed to include records supporting any fair rental value loss.

Please submit a POL for each property damage claim you are making along with all attachments.  For your convenience, we have enclosed blank POL forms.  Again, you are not required to utilize our forms, but you must provide the information required by our policy and our forms for each claim you intend to make.

Upon submission of a POL for each of the above claims, we reserve the right to make other requests, including requests for further inspections (see below), requests for other documents and requests for examinations under oath, to the extent such other requests become necessary to evaluate any coverage issues (also discussed further below).

## 2. Further Inspections by Repair Contractors

In your July 25 letter, you described the difficulty you have had in securing detailed estimates. We will contact various contractors and attempt to secure repair estimates.  To this end, we will contact you to arrange for such follow up inspections as permitted by the policy.  We will provide you with copies of these estimates though you are not required to rely upon them if you should secure estimates from contractors of your own.  Whether you rely upon estimates from your own contractor or estimates from contractors that we arrange, State Farm Fire and Casualty Company is not acknowledging liability or agreeing to pay the amount of any such estimates at this time.  State Farm Fire and Casualty Company is still investigating these claims and has not made a decision on coverage.  By attempting to assess the costs of repairs, State Farm Fire and Casualty Company is not conceding coverage for any loss asserted in connection with the above claims.

## 3. Updated Reservation of Rights

We previously noted that we had certain reservations about coverage.  Those reservations were explained in letters we sent to you on June 24 and July 1.  We notified you of the following reservations:

- It is questionable whether there has been a loss caused by a peril insured against.

ABDUR-RAHIM DUDAR
11-31K7-72J
Page 3
August 16, 2022

- It is questionable whether the conditions of the policy were violated by reason of delay in giving notice to the Company concerning the accident or occurrence.

Based upon the findings of the engineer who conducted the evaluation of the home, we have updated our reservations. For your convenience, we have enclosed copies of the engineer's reports. In addition to the above reservations above, we note the following based upon the engineer's findings:

- It is questionable whether there has been a loss that was the result of an accidental direct physical loss within the meaning of the policy.
- It is questionable whether there has been a loss that was the result of a collapse as defined by the policy.
- It is questionable whether there has been a loss that was the result of exclusions or losses not insured by the policy.

State Farm Fire and Casualty Company reserves the right to update these coverage reservations as its investigation progresses. By identifying the above reservations, State Farm Fire and Casualty is not denying any claims or asserting any defenses at this time. Rather, State Farm Fire and Casualty Company is simply notifying you that grounds may exist for asserting these defenses once the investigation is complete. Until the investigation is complete, we cannot agree to cover any claims, including claims you may assert for "Mitigation," including any temporary repairs.

## 4. Your "Additional Notes"

In your July 25 letter under the section entitled "Additional Note," you wrote that State Farm "...[lost] its ability to enforce the Policy ..." due to alleged actions or inactions relative to your claims. In addition, you remarked that the "... House should be totaled ...." You also instructed State Farm to "... get the occupants a place to live ...." The July 25 letter appeared to incorporate remarks you made in previous communications on July 18 and June 28.

State Farm Fire and Casualty Company rejects any suggestion that it lost its ability to enforce the policy, waived any terms or conditions, or is barred or prohibited from requesting your compliance with the policy. State Farm Fire and Casualty Company has not denied any part of the claim but instead continues with its investigation. State Farm Fire and Casualty Company insists upon strict compliance with all policy terms and conditions regarding the above claims and any other claims that may be asserted.

Regarding damage to the property, State Farm Fire and Casualty Company contends that there does not appear to be any basis at this time for concluding that the house is or should be "totaled" or that the amount of repairs will be in the range ("$180K-$250K") you assert. As noted above, State Farm Fire and Casualty Company will try to arrange for an inspection by qualified repair contractors in order to evaluate the cost of repairs subject, of course, to State Farm Fire and Casualty Company's final coverage decision. In the meantime, per the policy terms and conditions, you should take appropriate measures to protect the property from further loss or damage.

ABDUR-RAHIM DUDAR
11-31K7-72J
Page 4
August 16, 2022

State Farm Fire and Casualty Company also rejects any obligation under the policy or any other agreement to "get the occupants a place to live ...." Likewise, State Farm Fire and Casualty Company rejects any obligation to make repairs to address an infestation or to address any "dangerous conditions" you described in your letter. We contend that our obligations are dictated by the insurance policy we issued. To the extent that you may be obligated by law or by any agreement with the occupants to secure the premises or make them safe, we would encourage you to comply with those obligations. You may want to consult with your own attorney about your obligations with regard to the occupants of the property. In the meantime, as noted above, per the policy terms and conditions, you should take appropriate measures to protect the property from further loss or damage.

You also mentioned hiring a law firm (Morgan & Morgan) to assist you in your claims. If you should retain counsel, please ask your attorney to submit a letter of representation.

Finally, in your Additional Notes, you mentioned an "Injury Claim" relating to your hand and your back. If you intend to make a claim for personal or bodily injures under the policy, you should contact your agent to initiate such a claim. To the extent such a claim is permitted by the policy, such a claim would be separate from the roof and deck claims referenced above. The roof and deck claims relate to property damages under SECTION I of the policy. A claim for bodily injury would be addressed under SECTION II of the policy. To the extent you make such a claim for your own injuries under SECTION II of the policy, the claims personnel who respond to such a claim, if made, will provide State Farm Fire and Casualty Company's response to you.

We will be in touch with you regarding further inspections.

Sincerely,

*Steven Trotter*

Steven Trotter, AIC, CPCU
Claim Team Manager
State Farm Fire and Casualty Company
1-844-458-4300 x 3099942367

Enclosures: Engineer reports and POL forms

cc:  Agent Clyde Hill Jr. 11-1970



**NORCROSS**
**ROOFING**
MATERIALS

1851 Warren Pl
Norcross, GA  30093 US
+1 7708668759
info@norcrossmaterials.net

# Invoice

BILL TO
**Abdurrahim Dudar**

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 54190 | 03/08/2022 | $0.00 | 03/08/2022 | Due on receipt | |

**SALES REP**
Leslie

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2042<br>B-Grade CapSheet Roll Roof 1 sq | 5 | 55.00 | 275.00T |

**No Returns or Store Credit**
**Deposit non-refundable.**

**Manufacturer's Warranty - DO NOT return the
item to the store. Please Contact manufacturer
Garantia de Fabrica - No Devuelva este
producto a la tienda. Por favor contacte al
fabricante**

| | |
|---|---|
| SUBTOTAL | 275.00 |
| TAX | 16.50 |
| TOTAL | 291.50 |
| PAYMENT | 291.50 |
| BALANCE DUE | **$0.00** |

PAID

**Thank You for Your Business**

*This is 2nd purchase.*
*First purchase was 58·30x10 = $583*

*(2022)*

# Invoice

*Total Purchase 932.80*

*Variable Labor for removal*
*of Old and installation $900.00*

## NORCROSS ROOFING MATERIALS

1851 Warren Pl
Norcross, GA  30093 US
+1 7708668759
info@norcrossmaterials.net

**BILL TO**
Abdurrahim Dudar

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 54190 | 03/08/2022 | $0.00 | 03/08/2022 | Due on receipt | |

**SALES REP**
Leslie

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **2042**<br>B-Grade CapSheet Roll Roof 1 sq | 1 | 55.00 | 55.00T |

No Returns or Store Credit
Deposit non-refundable.

PAID

| | |
|---|---|
| SUBTOTAL | 55.00 |
| TAX | 3.30 |
| TOTAL | 58.30 |
| PAYMENT | 58.30 |
| BALANCE DUE | **$0.00** |

Manufacturer's Warranty - DO NOT return the item to the store. Please Contact manufacturer
Garantia de Fabrica - No Devuelva este producto a la tienda. Por favor contacte al fabricante

Thank You for Your Business

5/24/22, 12:55 AM

Account Detail - Wells Fargo

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| 02/20/22 | 02/20/22 | ATT*BILL PAYMENT 800-288-2020 TX #2469216E32XHH07DG | $50.00 |
| 02/20/22 | 02/20/22 | CITY FARMERS MARKET 2, INBROOKHAVEN GA #2413746E4HEX935RK | $4.08 |
| 02/19/22 | 02/19/22 | ONLINE PAYMENT DES MOINES #7407221E336HHJ3KE | +$800.90 |
| 02/19/22 | 02/19/22 | THE HOME DEPOT #0129 ATHENS GA #2494301E309FDELF6 | $22.97 |
| 02/19/22 | 02/19/22 | LOWES #00506* ATHENS GA #2469216E32X8TMY1R | $78.75 |
| 02/19/22 | 02/19/22 | TMOBILE*PREPD AUTOPY 877-778-2106 WA #2469216E22XXJ2R7Z | $26.50 |
| 02/19/22 | 02/19/22 | KROGER FUEL CTR #1435 ATHENS GA #2444571E28PME4EYS | $27.73 |
| 02/19/22 | 02/19/22 | GWINNETT COUNTY HABITAT FLAWRENCEVILLEGA #2426979E32XGAVLR2 | $12.72 |
| 02/18/22 | 02/18/22 | NORCROSS ROOFING NORCROS 7708668759 GA #2449398E2BLR7Q1SH | $583.00 |
| 02/18/22 | 02/18/22 | ADJUSTMENT-PURCHASES #F576500E1000GB487 | +$89.99 |
| 02/17/22 | 02/17/22 | QT 772 STOCKBRIDGE GA #2469216E12XT43FEX | $18.37 |
| 02/17/22 | 02/17/22 | ALDI 76057 ATLANTA GA #2442733E1LM8PF929 | $13.39 |
| 02/17/22 | 02/17/22 | CITY FARMERS MARKET 2, INBROOKHAVEN GA #2413746E1HEXDQZD1 | $3.06 |

5/24/22, 12:51 AM

Account Detail - Wells Fargo

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| 03/11/22 | 03/11/22 | CITY FARMERS MARKET 2, INBROOKHAVEN GA<br>#2413746EPHEY5EQB4 | $3.70 |
| 03/10/22 | 03/10/22 | CITY FARMERS MARKET 2, INBROOKHAVEN GA<br>#2413746ENHEXMVZ8L | $9.22 |
| 03/09/22 | 03/09/22 | LOWES #00512* STOCKBRIDGE GA<br>#2469216EL2XH3LXWA | $111.09 |
| 03/08/22 | 03/08/22 | STATE FARM INSURANCE 800-956-6310 IL<br>#2494300EKLQT7Q2RL | $338.22 |
| 03/08/22 | 03/08/22 | AAA LIFE INSURANCE 800-624-1662 MI<br>#2469216EK2XNQVBB8 | $28.00 |
| 03/08/22 | 03/08/22 | LOWES #00512* STOCKBRIDGE GA<br>#2469216EK2XMGENZR | $16.18 |
| 03/08/22 | 03/08/22 | NORCROSS ROOFING NORCROS 7708668759 GA<br>#2449398ELBLR5F0NV | $233.20 |
| 03/08/22 | 03/08/22 | NORCROSS ROOFING NORCROS 7708668759 GA<br>#2449398ELBLR5F0NK | $58.30 |
| 03/08/22 | 03/08/22 | KROGER FUEL CTR #1369 STOCKBRIDGE GA<br>#2444571EK8PN90378 | $64.47 |
| 03/07/22 | 03/07/22 | LOWES #01119* CHAMBLEE GA<br>#7469216EJ2XVJPPNE | +$21.02 |
| 03/07/22 | 03/07/22 | LOWES #01119* CHAMBLEE GA<br>#2469216EJ2XVJPPBN | $21.02 |
| 03/07/22 | 03/07/22 | KROGER CO 218 BROOKHAVEN GA<br>#2444571EJ8PMR6BBL | $4.47 |
| 03/07/22 | 03/07/22 | ALDI 76057 ATLANTA GA<br>#2442733EKLM8PNQ6E | $21.32 |

**INVOICE # 5023**



# ATHENS-CLARKE COUNTY SOLID WASTE DEPARTMENT

PO Box 1868
Athens, GA, 30603
706-613-3501

**DATE**

### BILL TO
Mr. Abdur Rahim Dubar

116 Sherwood Court
Athens GA 30606

### SERVICE DATE:
03/15/2022-03/22/2022

| Details | AMOUNT |
|---|---|
| Special Roll Off (30 Yard) for Abdur Rahim Dubar | $125.00 |
| Ticket # 284634 Weight:2.16 tons @ $43 per ton | $93.74 |

|  |  |
|---|---|
| SUBTOTAL | $218.74 |
| TOTAL | $218.74 |

## Please Pay By April 22, 2022

Make all checks payable to ATHENS-CLARKE COUNTY SOLID WASTE DEPARTMENT

**ATTENTION BILLING**

ACC's Tax Identification Number TID# 58-1911146

If you have any questions concerning this invoice, use the following contact information:

Annesia Crew, Phone: 762-400-7855 Email: annesia.crew@accgov.com

**THANK YOU FOR YOUR BUSINESS!**

**INVOICE # 5036**



# ATHENS-CLARKE COUNTY SOLID WASTE DEPARTMENT

PO Box 1868
Athens, GA, 30603

**DATE**

**BILL TO**

Abdul Dubar

**SERVICE DATE:**
04/07/2022 - 04/14/2022

Deposit into SW comm dumpster revenue
account # 506-4455-54203-44004

| Details | AMOUNT |
|---|---|
| Special Roll Off Services for Abdul Dubar | $125.00 |
| Ticket # 288125 For 1.48 ton @ $43 per ton | $63.64 |

| | |
|---|---|
| SUBTOTAL | $188.64 |
| TOTAL | $188.64 |

Make all checks payable to ATHENS-CLARKE COUNTY SOLID W

**ATTENTION BILLING**

ACC's Tax Identification Number TID# 58-1911146

If you have any questions concerning this invoice, use the following

Annesia Crew, Phone: 762-400-7855 Email: annesia.crew@accgov

**THANK YOU FOR YOUR BUSINESS!**

ACC SOLID WASTE
5700 LEXINGTON ROAD
WINTERVILLE, GA 30683
706-613-3508

**FORCE SALE**

TID: 002          REF#: 0000001
DID: 0001
Batch #: 000031
04/19/22                    10:17:17
APPR CODE: 125
VISA                     Manual CNP
**********6517              **/**

**AMOUNT**          **$188.64**

APPROVED

THANK YOU
PLEASE COME AGAIN

CUSTOMER COPY

E-FILED IN OFFICE - JM
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
23-A-01753-2
3/6/2023 1:24 PM
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☒ Superior or ☐ State Court of ___Gwinnett Superior Court___ **County**

| For Clerk Use Only | |
|---|---|
| | 23-A-01753-2 |
| Date Filed _____ | Case Number _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
Dudar, Abdur-Rahim

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |

**Defendant(s)**
State Farm Fire and Casualty Insurance Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| | | | | |

**Plaintiff's Attorney** _____  **State Bar Number** _____  **Self-Represented** ☒

**Check one case type and one sub-type in the same box (if a sub-type applies):**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
**Case Number**               **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Abdur-Rahim Dib Dudar

Civil Action
Number 23-A-01753-2

Plaintiff

VS.

State Farm Fire & Casualty Insurance
Company

Defendant

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Abdur-Rahim Dib Dudar<br>2498 Warwick Circle NE<br>Atlanta GA 30345

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 6th day of March, 2023

Tiana P. Garner,
Clerk of Superior Court

By: _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev. 2011