# IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Abdur-Rahim Dib Dudar

Civil Action
Number 23-A-01753-2

**Plaintiff**

VS.

State Farm Fire & Casualty Insurance Company

**Defendant**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Abdur-Rahim Dib Dudar
> 2498 Warwick Circle NE
> Atlanta GA  30345

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 6th day of March, 2023

Tiana P. Garner,
Clerk of Superior Court

By: _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev. 2011