### IN THE SUPERIOR COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| ABDUR-RAHIM DIB DUDAR )( | |
| )( | |
| Plaintiff, )( | |
| )( | |
| v.           )( | CIVIL ACTION |
| )( | FILE NO. 23-A-01753-2 |
| STATE FARM FIRE AND )( | |
| CASUALTY INSURANCE )( | |
| COMPANY )( | |
| )( | |
| Defendant. )( | |

### NOTICE OF FILING REMOVAL

TO:  Abdur-Rahim Dib Dudar
 2498 Warwick Circle, NE
 Atlanta, Georgia  30345
 dudaraster@gmail.com
 *Pro Se*

Please take notice that STATE FARM FIRE AND CASUALTY COMPANY, incorrectly named as State Farm Fire and Casualty *Insurance* Company, Defendant in the above-styled civil action, has on this date, by and through its undersigned counsel, filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division.

This 6th day of April, 2023.

        SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/ Thomas D. Martin*
        Thomas D. Martin
        Georgia Bar No. 475535
        Kayla M. McCallum
        Georgia Bar No. 240946
        ***Attorneys for State Farm***

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 874-8800
tom.martin@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that we have electronically filed **STATE FARM'S NOTICE OF FILING REMOVAL** with the Clerk of Court using the Odyssey E-FileGA system which will send notification to pro se Plaintiff as follows:

Abdur-Rahim Dib Dudar
2498 Warwick Circle, NE
Atlanta, Georgia 30345
dudaraster@gmail.com
*Pro Se Plaintiff*

This 6th day of April, 2023.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Thomas D. Martin*
Thomas D. Martin
Georgia Bar No. 475535
Kayla M. McCallum
Georgia Bar No. 240946
***Attorneys for State Farm***

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 874-8800
tom.martin@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4876-4117-7433, v. 1