**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ABDUR-RAHIM DIB DUDAR, )( | |
| )( | |
| Plaintiff, )( | |
| )( | |
| v. )( | CIVIL ACTION |
| )( | FILE NO. _____ |
| STATE FARM FIRE AND )( | |
| CASUALTY INSURANCE )( | On Removal From the |
| COMPANY, )( | Superior Court Gwinnett County |
| )( | Civil Action No. 23-A-01753-2 |
| Defendant. )( | |

## **CERTIFICATE**

**WE HEREBY CERTIFY** that we are counsel for STATE FARM FIRE AND CASUALTY COMPANY, incorrectly named as State Farm Fire and Casualty *Insurance* Company, Defendant in the above-styled civil action, and have this day filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the Superior Court of Gwinnett County, Georgia, the Court from which said action was removed.

This 6th day of April, 2023.

                                  SWIFT, CURRIE, McGHEE & HIERS, LLP

                                  */s/ Thomas D. Martin*
                                  Thomas D. Martin
                                  Georgia State Bar No. 475535
                                  Kayla M. McCallum
                                  Georgia Bar No. 240946
                                  ***Attorneys for State Farm***

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 874-8800
tom.martin@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that we have this day electronically filed **CERTIFICATE** with the Clerk of Court using the CM/ECF System and that we served a true and correct copy of same by U.S. Mail, with proper postage affixed thereto addressed to *pro se* Plaintiff as follows:

> Abdur-Rahim Dib Dudar, *Pro Se*
> 2498 Warwick Circle, N.E.
> Atlanta, GA 30345

This 6th day of April, 2023.

> SWIFT, CURRIE, McGHEE & HIERS, LLP
>
> */s/ Thomas D. Martin*
> Thomas D. Martin
> Georgia Bar No. 475535
> Kayla M. McCallum
> Georgia Bar No. 240946
> ***Attorneys for State Farm***

1420 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
(404) 874-8800
tom.martin@swiftcurrie.com
kayla.mccallum@swiftcurrie.com

4863-8288-6233, v. 1