HR Contact: Jennifer Gonzalez
213-488-4279
jennifer.gonzalez@dgpb.com



**DELTA GALIL**
PREMIUM BRANDS

## Employee Separation and Exit Checklist
*(Issued pursuant to provisions of Section 1089 of the California Unemployment Insurance Code)*

| Name: Ashley Simmons | EE ID# 702069   SS# |
|---|---|
| Supervisor: Sydney Mari | Job Title: Assistant Store Manager |
| DOH: 09/19/2021 | Last Day Worked: 12/29/21 |
| DOS: 01/03/2022 | Ending Pay Rate: $ 23.00 / hour |
| HR Manager Approval  [ ] Yes  [ ] No | Eligible for Rehire: [ ] Yes  [ ] No |

**SEPARATION REASON**

☐ **Voluntary Termination**  Effective: _____
  [ ] Resignation  [ ] Job Abandonment  [ ] Other: _____

☑ **Involuntary Termination**  Effective: 1/3/22
  [ ] Work Performance  [ ] Violation of Policy or Procedure  [✓] Other: Our company is at-will and has concluded at this time it is not condusive for the business and overall team morale to continue the business relationship therefor ending employment effective immediately, 1/3/22.

☐ **Layoff**  Effective: _____

EE Email Address: _____   Contact Number: (___) _____

**EXIT CHECKLIST**
**DISCUSSED WITH THE EMPLOYEE:**

| | Yes | No | Not Applicable |
|---|---|---|---|
| Receipt of Acknowledgement of Final Paycheck | ☑ | ☐ | ☐ |
| Severance Agreement | ☐ | ☐ | ☑ |
| Benefits/COBRA General Notice | ☑ | ☐ | ☐ |
| Expense Reports/Other Reimbursements | ☐ | ☐ | ☑ |
| Resignation Letter Received | ☐ | ☐ | ☑ |
| Other 2 wks addtional of pay | ☐ | ☐ | ☐ |

**ITEMS TO BE RETURNED BY EMPLOYEE PRIOR TO ISSUING FINAL PAYCHECK**

| | Returned | Not Applicable |
|---|---|---|
| Key(s) - Building/Office/File Cabinets/Safe | ☐ | ☐ |
| Laptop | ☐ | ☑ |
| Cell Phone | ☐ | ☑ |
| Air-Card/Hot-Spot | ☐ | ☑ |
| Employee ID Badge | ☐ | ☑ |
| AMEX Card | ☐ | ☑ |
| Parking Transponder | ☐ | ☑ |
| Other _____ | ☐ | ☐ |

*Check state law for restrictions before holding paycheck beyond date of termination.

**Notice Acknowledgement / *Reconocimiento de Aviso***

☑ I received a copy of this notice on 1/3/22
☐ Employee unavailable for signature; copy mailed on _____
☐ Employee refused to sign:  Manager Signature: _____  Print Name of Manager: _____

Employee Signature: *[signed]*   Date: _____

HR Manager 213-488-4279   Date: 1/3/22