AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| TEVIN MURRY <br><br> *Plaintiff(s)* <br> v. <br> Jeanne Simon, Mark Simon, Sell Your TV Concept Now, Inc., <br> Paramount Global d/b/a Paramount and f/k/a Viacomcbs, <br> Nelvana Enterprises, Inc.; Pedro Eboli, Mark <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nelvana Enterprises, Inc.
25 Dockside Drive
Toronto, Canada. ON M5A 0B5

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Law Offices of Robert Kenner, Jr.
> c/o Robert Kenner, Jr. Esq.
> 3992 Redan Road
> Stone Mountain, Georgia 30083
> 404-292-9997 office

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*