# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO GITHUB, INC. | )<br>)  MISC. ACTION NO. _____<br> |

## BINANCE HOLDINGS LIMITED'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA TO GITHUB, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER(S)

Binance Holdings Limited ("Binance"), through its undersigned counsel of record and pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), hereby requests that the Clerk of Court issue a subpoena to GitHub, Inc. ("GitHub") to assist Binance in identifying an alleged infringer or infringers (the "DMCA Subpoena").  The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to service provider GitHub.  GitHub operates a website to which the infringing party or parties (identified by GitHub username as "bonald") posted various excerpts of Binance source code.  The copying and posting of Binance's source code infringes copyrights held by Binance in those materials (the "Infringing Content").  *See* Declaration of Melanie Peker at ¶ 2, a copy of which is attached as Exhibit B.

132569616.1

Binance satisfies the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h) because its request to the Clerk of Court contains the following materials: (1) Binance's DMCA notification required by 17 U.S.C. § 512(c)(3)(A); (2) the proposed DMCA Subpoena; and, (3) a sworn declaration confirming that the purpose for which the DMCA Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting Binance's rights under Title 17 U.S.C. § 512(h)(2).  *See* Exhibit A and Declaration of Melanie Peker at ¶¶ 3-4 and Exhibit 1 thereto.

Because Binance has complied with the statutory requirements, Binance respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated this 7th day of April, 2023.

**CARLTON FIELDS, P.A.**

/s/ *Gail Podolsky*
Gail Podolsky
Georgia Bar No. 142021
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia  30309
(404) 815-3400
(404) 815-3415 (fax)
Email:  gpodolsky@carltonfields.com

***Attorneys for Binance Holdings Limited***

2

132569616.1