THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HEATHER MICHELLE HUBBARD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO.: |
| KILOLO KIJAKAZI, ACTING ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Plaintiff hereby requests leave, pursuant to 28 U.S.C. §1915, to proceed "*in forma* pauperis" (without prepayment of costs).  In support of this motion, Plaintiff attaches the following:

(1) The Application to Proceed in District Court without Prepaying Fees or Costs; and

(2) Proposed Summonses.

Respectfully submitted this 7th day of April 2023.

*John V. Hogan*
John V. Hogan
GA Bar No. 359936
john@johnhoganlaw.com
Attorney for Plaintiff

Law Offices of John V. Hogan
593 Main Street
Suwanee, GA 30024
678-546-1010
678-546-0170 (fax)