**Exhibit 2**

Notice of Filing of Notice of Removal (without exhibits) to be filed in the case styled *Mountain Express Oil Company, MEX RE Holdings, and Time and Watter, LLC v. The Kase Group and Jeffrey Gates*, Case Number 2023CV376899

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **Mountain Express Oil Company, MEX RE Holdings, LLC, and Time and Water, LLC,**<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**The Kase Group and Jeffrey Gates,**<br><br>　　　　Defendants. | Case No.: 2023CV376899 |

**Notice of Filing of Notice of Removal
of Civil Action to the United States District Court**

**TO THE CLERK OF THE SUPERIOR COURT OF FULTON COUNTY IN THE STATE OF GEORGIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, on April 7, 2023, Defendant Jeffrey Gates filed a Notice of Removal of this action in the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. A copy of the Notice of Removal and its exhibits filed in the United States District Court for the Northern District of Georgia, Atlanta Division is attached hereto as Exhibit A.[1]

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(a) and (d), the filing of the Notice of Removal in the United States District Court for the

---

[1] The Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, has not yet assigned a case number to the removed federal court action.

1

Northern District of Georgia, Atlanta Division, together with the filing of a copy of the notice in this Court, effects removal of this action. Accordingly, this Court may not proceed further with the action unless and until the action is remanded. *See* 28 U.S.C. § 1446(d).

April 7, 2023.

                                                                                                ARNALL GOLDEN GREGORY LLP

                                                                                                */s/ C. Knox Withers*
                                                                                                C. Knox Withers
                                                                                                Georgia Bar No. 142482

                                                                                                Attorneys for Defendant Jeffrey Gates

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8129
knox.withers@agg.com

2