

July 14, 2022

**Via Electronic Mail and Federal Express**

Hart & Associates, LLC
Attn: Patrick A. Hart
4001 Carmichael Road, Suite 310
Montgomery, AL  36106

   Re:  Notice of Default and Termination of Spherion Franchise Agreement

Dear Patrick:

You are hereby notified of certain defaults under your November 23, 2015 Franchise Agreement with Spherion Staffing LLC ("Spherion"), as assigned and amended (the "Franchise Agreement").

In signing the Franchise Agreement, you agreed to comply with all terms therein, and that the failure to fulfill or perform any of said obligations would constitute a material breach of the Franchise Agreement (Franchise Agreement §§ 7(b) and 23). Among the terms of the Franchise Agreement are the obligations to conduct the Franchised Business[1] in accordance with all applicable laws, statutes, rules and regulations (Franchise Agreement § 7(s)). Furthermore, you agreed that you would not directly or indirectly make use of any list of information concerning any Temporary Employees or other employees of Spherion, including those placed by you with any Customer (Franchise Agreement § 5(a)(4)). You also agreed that valuable goodwill is attached to the Marks and, accordingly, to use the Marks only in the manner and to the extent specifically licensed under the Franchise Agreement and that you would use your best efforts to develop, maintain and promote the public image of the Spherion System and Marks (Franchise Agreement §§ 3(a), 7(a)).

Spherion has recently become aware of certain conduct by you in connection with your operation of your Franchised Business that constitutes a violation of the foregoing provisions of the Franchise Agreement. Specifically, Spherion learned that on or around February 4, 2021, you received a loan from Trustmark National Bank, through the United States Small Business Association's Federal Paycheck Protection Program ("PPP"), in the amount of $278,279, based on false information, representations, and certifications. For instance, to secure the PPP loan, you represented that you had 85 employees, when at the time, upon information and belief, you had approximately 3 employees.[2] Furthermore, you presented a grossly inflated payroll to secure the loan. You also falsely certified to the government and your lender that the information contained in your loan application was true and accurate in all material respects and that the loan proceeds would only be used in a manner consistent with the PPP rules.

---

[1] Any capitalized terms not defined herein retain the definition of the term set forth in the Franchise Agreement.

[2] In or around April 2020, you received a loan in the amount of $20,833.33 based on a then-accurate representation that you had 2 employees.

You agreed that Spherion has the right to immediately terminate your Franchise Agreement if you (i) make a willful misrepresentation, or fail to make a material disclosure, to Spherion or any other person or organization related to your Franchised Business; (ii) in the sole judgment of Spherion allow your reputation for honesty, integrity, fair dealing, or good moral character to become impaired through publicity or notoriety; or (iii) fail to cure any other default under the Franchise Agreement (Franchise Agreement §§ 17(b)(1)(ii), 17(b)(4)).

**Your conduct in connection with the February 2021 PPP loan resulted in incurable defaults under the Franchise Agreement and constitutes good cause for the termination of the Franchise Agreement under the foregoing provisions. Accordingly, as permitted by Section 17 of the Franchise Agreement, and for the reasons stated in this Notice, Spherion elects to and does hereby, without further notice, terminate your Franchise Agreement effective upon receipt of this Notice.**

Spherion demands that you immediately take such actions as are necessary to comply with your post-termination obligations as set forth in Sections 5, 17, and 18 of the Franchise Agreement, including but not limited to, ceasing to use the Marks and otherwise deidentifying your business; ceasing to use and returning Spherion's confidential and proprietary information, including but not limited to the Manuals and Customer and Temporary Employee lists; not holding yourself out as being presently or formerly connected with Spherion; not engaging in any Competitive Business or any activity that is the same or similar to the Franchised Business; and paying all sums owing to Spherion. Spherion further demands that you comply with your obligation to fully cooperate with the company in connection with the orderly transition of your formerly franchised business. This includes, among other things, facilitating the assignment to Spherion of the telephone numbers used in the operation of your formerly franchised business.

We will not be assuming the lease of your office or any obligations thereunder, so you will need to make appropriate arrangements with your landlord. Any amounts owed by Spherion to you through the date of the termination of your Franchise Agreement shall be paid in due course, less any amounts due to Spherion from you.

Spherion reserves all rights that it has under the Franchise Agreement. Nothing in this notice is meant to, and Spherion does not, waive any provision or covenant in the Franchise Agreement which by its terms or by reasonable implication is to be performed, in whole or in part, after the termination of the Agreement. Any such provision or covenant, including but not limited to the indemnification obligations set forth in Section 19 (or similar provisions), shall survive this termination.

Sincerely,

*Ross Goldstein*

Ross A. Goldstein
General Counsel

cc:     R. Rogers Tijerino
        K. George