# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MOMNT TECHNOLOGIES, INC, <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFUND LLC and ISG PARTNERS LLC <br><br> Defendants. | CIVIL ACTION NO.: |

**PLAINTIFF MOMNT TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Momnt Technologies, Inc ("Momnt") submits this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3:

(1)   The undersigned counsel of record for a party to this action certifies the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

### Plaintiff

- Momnt Technologies, Inc. (Georgia)

- There is no entity that must be disclosed pursuant to Federal Rule of Civil Procedure 7.1(a)(1).

### Defendant

- Cloudfund LLC (New York)

- ISG Partners LLC (Georgia)

1

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- Benjamin Hawn (Georgia)

- Bartusz Maczuga (New York)

- Plaintiff Momnt is not aware of any additional persons, associations, firms, partnerships, or corporations other than those identified above that have a financial or other interest which could be substantially affected by the outcome of this particular case. If Plaintiff Momnt learns of any such person, association, firm, partnership, or corporation, it will supplement this disclosure.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Counsel for Plaintiff**

    Wheaton P. Webb
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    600 Peachtree Street NE, Ste. #3000
    Atlanta, GA 30308

**Counsel for Defendant**

    Unknown

Dated: April 7, 2023.         Respectfully submitted,

                                             TROUTMAN PEPPER HAMILTON SANDERS LLP

<u>/s/ *Wheaton P. Webb*</u>
Wheaton P. Webb Georgia
Bar No. 902682
*Wheaton.Webb@troutman.com*

Bank of America Plaza
600 Peachtree Street NE, Ste. #3000
Atlanta, GA 30308
T: 404.885.3000
F: 404.885.3900

*Counsel for Plaintiff Momnt Technologies, Inc.*