# EXHIBIT A




121 Shinyoung Drive
Luverne AL 36049

Phone (334) 335-5800
Fax    (334) 335-5816

September 26, 2020

Mr. Carlos Eduardo Herrera de la Rosa
Aguascalientes, Mexico

Dear Mr. Carlos Eduardo Herrera de la Rosa

    I am pleased to offer you an employment as Quality Engineer at SMART Alabama, LLC. I am confident that your academic background and professional knowledge will be a valuable asset to the growth of this company's business in the US. Per our agreement, the terms and conditions of your employment shall be as the following:

- **Job Title: Quality Engineer**
- **Position**: Up to 1 year from October 5, 2020, but contingent upon the approval of TN Visa by the US consulate
- **Purpose**: Annual salary of $38,000.00 (Full Time, based on the terms and conditions)

Sincerely yours,

_____
Gary Sport
Administration General Manager

Carlos Eduardo Herrera De la Rosa
September 26, 2020

※ I can be best contacted by the company mobile at 334-296-2421

http://www.shym.co.kr

# EXHIBIT B




121 Shinyoung Drive
Luverne AL 36049
Phone (334) 335-5800
Fax    (334) 335-5816

HMMA
QUALITY 5 STAR
ISO/IATF 16949:2017 Certified

September 15th, 2020
U.S Consulate General in Mexico City
Paseo de la Reforma # 305
Col. Cuauhtémoc, Del. Cuauhtémoc
Mexico City
06500

Re:   Support Letter for NAFTA TN Visa Application
       On behalf of Mr. Carlos Eduardo Herrera de la Rosa

Dear Sir/Madam:

This letter is in support of the request by the U.S. Employer SMART ALABAMA, LLC to classify Mr. Carlos Eduardo Herrera de la Rosa, a citizen of Mexico, under the North American Free Trade Agreement (NAFTA) as a TN Professional Engineer. SMART ALABAMA, LLC wishes to temporarily employ Mr. Carlos Eduardo Herrera de la Rosa in the NAFTA occupation of Professional Engineer (as listed in NAFTA Chapter 16, Annex 1603). He will hold the internal job title of Maintenance Engineer as a full-time employee and receive an annual salary of $38,000.00 plus a standard employee benefits package.

**Part 1. The US Employer, 'SMART ALABAMA, LLC'.**

SMART ALABAMA, LLC, is an automotive parts manufacturer. It was founded in 2004 and invested $279 Million into its facility at 121 Shin Young Drive, Luverne, AL. With the new expansion in 2019, the facility now covers 855,580 square footage. SMART currently produces stamped metal and robotic welded assemblies for 3 vehicles: Elantra, Sonata, and Santa Fe for its customer, Hyundai Motor Manufacturing Alabama (HMMA). SMART has a production capacity of 400,000 vehicles/year. SMART's objective is to provide the highest quality products to its customer while first maintaining a safe, productive and quality minded workplace.



121 Shinyoung Drive
Luverne AL 36049
Phone (334) 335-5800
Fax     (334) 335-5816



SMART Alabama is strategically built based on 40 years of a strong foundation from continuous technology development and innovative management systems. SMART Alabama aim to be a leading global company in the automotive parts industry. SMART Alabama highly value investing in the best individuals. We support every employee by utilizing our excellent technology that is driven from creative visions and beliefs. It is the goal of our company to provide the absolute best products available in the competitive business world.

**Par 2: Position of a Maintenance Engineer.**

The position offered is professional and specialized in nature, and falls within the schedule of the permitted TN occupations - Engineer - authorized by NAFTA.

The Maintenance Engineer is a professional position requiring Bachelor's degree in engineering field. The person holding this position is responsible for electronic maintenance and engineering services for the automation robotic control systems for the stamping and welding assembly lines. The Maintenance Engineer performs installation, set-up, and trial run of new equipment as well as periodic diagnosis, on-site trouble shooting and scheduled maintenance. The Maintenance Engineer also coordinates with other Production Engineers in regularly scheduled maintenance sessions.

To perform the responsibilities of the Maintenance Engineer, the person holding this position must have in-depth knowledge in electrical circuits, electrodynamics, electromagnetic spectrum, thermo dynamic, materials engineering, mechanical engineering, signal processing, power transmission, instrumentation, and computer engineering. He/she must be able to analyze manufacturing processes and activities to assess efficiency and effectiveness of manufacturing activities; devise practical solutions to engineering issues and inconsistencies; and implement various maintenance instructions to obtain the desired operation in our assembly equipment. Such advanced knowledge and skills are typically attained through an undergraduate program in Mechatronics Engineering, Electrical Engineering, Mechanical Engineering or other engineering field.

As a Maintenance Engineer, Mr. Gómez Vega will utilize his academic background in Mechatronics Engineering and his professional background in the field of production and maintenance engineering to improve production facilities, reduce the incidence of




121 Shinyoung Drive
Luverne AL 36049
Phone (334) 335-5800
Fax    (334) 335-5816

costly breakdowns, and develop strategies to improve overall reliability and safety of plant, personnel and production processes of SMART ALABAMA, LLC.

**Part 3: Applicant's Qualification to serve as a Maintenance Engineer.**

Mr. Herrera de la Rosa is well-qualified to fill the position of a Maintenance Engineer. In 2016, he obtained a bachelor's degree in Mechatronics Engineering from the Universidad Tecnologica El Retoño, Aguscalientes, Mexico. In addition, he has about five (5) years of engineering experience and related fields.

Mr. Herrera de la Rosa's has an industry experience and academic background provide him with requisite knowledge and sophistication to comprehend complex engineering concepts and scientific theoretical principles involve in this position.

SMART ALABAMA, LLC views that Mr. Herrera de la Rosa is qualified for TN status as a Maintenance Engineer for the following reasons:

- He is a Mexican citizen and is well qualified for the job position offered;
- The employment offered to Mr. Herrera de la Rosa is at a specialized level;
- He possesses the requisite professional qualifications to perform the duties at a professional level;
- The position offered is temporary, for up to three years in duration; and
- He intends to return to Mexico at the completion of the proposed assignment.




121 Shinyoung Drive
Luverne AL 36049
Phone (334) 335-5800
Fax    (334) 335-5816

HMMA
QUALITY 5 STAR
ISO/IATF 16949:2017 Certified

### Part 4: Conclusion

In conclusion, we respectfully request that the U.S. consul grant Mr. Herrera de la Rosa the TN classification as a Maintenance Engineer so he can work on a temporary basis in the United States.

If any additional information or documentation is required, please contact this office directly at Tel: +01 (334) 335 5800. Thank you.

Respectfully,

/s/


_____
Gary Sport
Administration General Manager

http://www.shym.co.kr