# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. Kevin P. Weimer, Clerk
United States District Court

DATE: April 10, 2023

RE: 19-64620-wlh
Bankruptcy Case No.

Wesley Kennedy, Jr.
Debtor(s)

20-06167-wlh
Adversary Case No.

Najarian Capital, LLC
Appellant

vs
Wesley Kennedy, Jr.
Appellee

## SUBMISSION SHEET

**Submitted on:**
☒  Notice of Appeal filed 04/07/202 Doc. No. 102
   File date of Order being appealed from 03/28/2023 - Doc. No. 97, 98

**Contents of Record:**
☒ Documents 97, 98, 102, docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
   Filing Fee Paid -  ☒ Yes    ☐ No

FROM: M. Regina Thomas, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
     Madeline Ramos-White, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*