## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-64620-wlh |
| WESLEY KENNEDY, JR, ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| WESLEY KENNEDY, JR, ) | |
| ) | Adversary Proceeding No. 20-6167 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NAJARIAN CAPITAL LLC and ) | |
| ASHPEN LLC, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| NAJARIAN CAPITAL LLC ) | |
| ) | |
| Crossclaim Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ASPEN LLC, ) | |
| ) | |
| Crossclaim Defendant. ) | |
| _____) | |

### **NOTICE OF APPEAL**

Najarian Capital LLC, Defendant in the above-captioned adversary proceeding, appeals the Order After Trial (ECF No. 97) and Judgment (ECF No. 98) of the Court, each entered on March 28, 2023.

The parties to the Order After Trial and Judgment and their attorneys are as follows:

1

Plaintiff/Debtor: Wesley Kennedy, Jr.
Counsel for Plaintiff:
Donell Holiday
P. O. Box 4596
Atlanta, Georgia 30302
678.637.2936
dholidaylaw@yahoo.com

Defendant: Najarian Capital LLC
Counsel for Najarian Capital LLC:
Kane St. John
2164 Pawnee Dr.
Marietta, Georgia
678.492.7637
kanestjohn@gmail.com

Respectfully submitted,

 /s/ Kane St. John_____
Kane St. John
State Bar No. 673371
St. John Law Firm, LLC
2164 Pawnee Dr.
Marietta, GA 30067
678.453.6219
kanestjohn@gmail.com
Counsel for Najarian Capital LLC

Certificate of Service

I, Kane St. John, certify that I am over the age of 18 and that on April 7, 2023, I served a copy of the foregoing notice of appeal upon Chapter 13 Trustee Nancy J. Whaley by email to ecf@njwtrustee.com and by ecf service; and upon Donell Holiday, attorney for the Debtor and Plaintiff, by email to dholidaylaw@yahoo.com and by ecf service.

 /s/ Kane St. John_____
Kane St. John