**IT IS ORDERED as set forth below:**



Date: March 28, 2023

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-64620-WLH |
| WESLEY KENNEDY, JR., | CHAPTER 13 |
| Debtor, | |
| WESLEY KENNEDY, JR., | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 20-6167-WLH |
| v. | |
| NAJARIAN CAPITAL, LLC<br>ASPEN, LLC,<br>RESIDENTIAL INVESTMENT TRUST IV, | |
| Defendants. | |

**<u>ORDER AFTER TRIAL</u>**

1

**THIS MATTER** is before the Court after a trial on the complaint on March 28, 2023 as to Plaintiff's claim that Najarian Capital, LLC ("Najarian") violated the automatic stay by interfering with Plaintiff's possessory interest in the Property after Debtor filed bankruptcy. For the reasons stated on the record, which the Court reserves the right to supplement,

**IT IS ORDERED** that Najarian willfully violated the automatic stay of 11 U.S.C. § 362 when it caused a dispossessory complaint to be served on Plaintiff on January 2, 2020.

Judgment will be entered by separate order in favor of Plaintiff and against Najarian for actual damages of attorney's fees in the total amount of $13,000.00.

**<u>END OF ORDER</u>**

**Distribution List**

Wesley Kennedy, Jr.
4563 Carissa Court
Ellenwood, GA 30294

Donell Holiday
P. O. Box 4596
Atlanta, GA 30302

Kane St. John
Law Offices of Kane St. John
2164 Pawnee Drive
Marietta, GA 30067