**IT IS ORDERED as set forth below:**



**Date: March 28, 2023**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-64620-WLH |
| WESLEY KENNEDY, JR., | CHAPTER 13 |
| Debtor, | |
| WESLEY KENNEDY, JR., | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 20-6167-WLH |
| v. | |
| NAJARIAN CAPITAL, LLC<br>ASPEN, LLC,<br>RESIDENTIAL INVESTMENT TRUST IV, | |
| Defendants. | |

## **JUDGMENT**

Pursuant to the Court's order entered contemporaneously herewith, judgment is entered in favor of Plaintiff and against Najarian Capital, LLC for actual damages of attorney's fees in the total amount of **$13,000.00**.

**<u>END OF ORDER</u>**

**Distribution List**

Wesley Kennedy, Jr.
4563 Carissa Court
Ellenwood, GA 30294

Donell Holiday
P. O. Box 4596
Atlanta, GA 30302

Kane St. John
Law Offices of Kane St. John
2164 Pawnee Drive
Marietta, GA 30067