**APPEAL**

# U.S. Bankruptcy Court
## Northern District of Georgia (Atlanta)
### Adversary Proceeding #: 20−06167−wlh

*Assigned to:* Judge Wendy L. Hagenau                    *Date Filed:* 09/01/20
*Lead BK Case:* 19−64620
*Lead BK Title:* Wesley Kennedy, Jr.
*Lead BK Chapter:* 13
*Demand:* $350000
   *Nature[s] of Suit:*   71 Injunctive relief − reinstatement of stay
                            11 Recovery of money/property − 542 turnover of property

*Plaintiff*
-----------------------------
**Wesley Kennedy, Jr.**                             represented by **Donell Holiday**
4563 Carissa Court                                                   Law Office of Donell Holiday
Ellenwood, GA 30294                                                  P. O. Box 4596
SSN / ITIN: xxx−xx−9680                                              Atlanta, GA 30302
                                                                  678−358−1316
                                                                  Email: dholidaylaw@yahoo.com
                                                                  *LEAD ATTORNEY*

V.

*Defendant*
-----------------------------
**Najarian Capital, LLC**                           represented by **Thomas M. Barton**
                                                                  Coles Barton LLP
                                                                  Suite 100
                                                                  150 South Perry Street
                                                                  Lawrenceville, GA 30046
                                                                  (770) 995−5552
                                                                  Fax : (770) 995−5582

                                                                  **Kane St. John**
                                                                  Law Offices of Kane St. John
                                                                  2164 Pawnee Drive
                                                                  Marietta, GA 30067
                                                                  (678) 453−6219
                                                                  Email: kanestjohn@gmail.com

                                                                  **Aaron P.M. Tady**
                                                                  Coles Barton LLP
                                                                  Suite 100
                                                                  150 South Perry Street
                                                                  Lawrenceville, GA 30046
                                                                  770−995−5552
                                                                  Fax : (770) 995−5582
                                                                  Email: atady@colesbarton.com

*Defendant*
-----------------------
**Ashpen LLC**                              represented by **Aaron R. Anglin**
                                            Jones & Walden, LLC
                                            699 Piedmont Ave NE
                                            Atlanta, GA 30308
                                            404−564−9300
                                            Fax : 404−564−9301
                                            *TERMINATED: 09/20/2022*

                                            **Leon S. Jones**
                                            Jones & Walden, LLC
                                            699 Piedmont Avenue NE
                                            Atlanta, GA 30308
                                            (404) 564−9300
                                            Fax : 404−564−9301
                                            Email: ljones@joneswalden.com

*Intervenor Defendant*
-----------------------
**Anchor Assets XIV, LLC**                  represented by **Aaron P.M. Tady**
*TERMINATED: 02/02/2023*                    (See above for address)
                                            *TERMINATED: 02/02/2023*

*Intervenor Defendant*
-----------------------
**Wilmington Savings Fund Society, FSB as   represented by **Aaron P.M. Tady**
trustee for Residential Investment Trust IV** (See above for address)

*Cross−Claimant*
-----------------------
**Najarian Capital, LLC**                   represented by **Kane St. John**
                                            (See above for address)

V.

*Cross Defendant*
-----------------------
**Ashpen LLC**                              represented by **Ashpen LLC**
                                            PRO SE

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 09/01/2020 | | 1 | Adversary case 20−06167. Complaint against Najarian Capital, LLC , Ashpen LLC , 71 (Injunctive relief − reinstatement of stay) 11 (Recovery of money/property − 542 turnover of property) Filed by Wesley Kennedy Jr. (hd) |
| 09/01/2020 | | 2 | Summons Issued on Ashpen LLC Answer Due 10/1/2020; Najarian Capital, LLC Answer Due 10/1/2020 (hd) |
| 10/01/2020 | | 3 | Answer to Complaint , Crossclaim by Najarian Capital, LLC against Ashpen LLC filed by Kane St. John on behalf of Najarian Capital, LLC. |

| | | | |
|---|---|---|---|
| | | | (St. John, Kane) |
| 01/20/2021 | | 4 | Order and Notice of Status Conference. Service by BNC. Hearing to be held on 2/24/2021 at 10:20 AM in Courtroom 1403, Atlanta, (Hearings may be telephonic only, please check the Important Information Regarding Court Operations) Entered on 1/20/2021. (related document(s)1) (jlc) |
| 01/22/2021 | | 5 | Certificate of Mailing by BNC of Order and Notice Notice Date 01/22/2021. (Admin.) (Entered: 01/23/2021) |
| 02/09/2021 | | 6 | Motion to Dismiss or, in the Alternative, to Abstain, and Motion to Take Judicial Notice of State Court Online Dockets with Brief in Support Filed by Kane St. John on behalf of Najarian Capital, LLC. (Attachments: (1), (2)) (St. John, Kane) Modified on 2/10/2021 (ngs). |
| 02/23/2021 | | 7 | Motion for Leave to File Amended Answer filed by Kane St. John on behalf of Najarian Capital, LLC. (St. John, Kane) Modified on 2/23/2021 (ngs). Related document(s) 3 |
| 02/24/2021 | | 8 | Order Granting Najarian Capital LLC Leave To File First Amended Answer And Contingent Crossclaim (Related Doc # 7) Service by BNC. Entered on 2/24/2021. (jlc) |
| 02/24/2021 | | | COURT NOTES: Status Conference Cancelled. re: (related document(s)4) (nmw) (Entered: 05/03/2022) |
| 02/26/2021 | | 9 | Amended Answer to Complaint and Crossclaim Against Ashpen LLC filed by Kane St. John on behalf of Najarian Capital, LLC. (St. John, Kane). Related document(s) 1, 3 Modified on 2/26/2021 (ngs). |
| 02/26/2021 | | 10 | Certificate of Mailing by BNC of Order on Motion to Amend Notice Date 02/26/2021. (Admin.) (Entered: 02/27/2021) |
| 03/01/2021 | | 11 | Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss, Abstain, or Take Judicial Notice Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (related document(s)6) (hd) |
| 03/04/2021 | | 12 | Reply Brief in Support of Motion to Dismiss and, in the Alternative, Motion to Abstain, and Motion to Take Judicial Notice of State Court Online Dockets filed by Kane St. John on behalf of Najarian Capital, LLC. (related document(s)6, 9, 11)(St. John, Kane) Modified on 3/5/2021 (ngs). |
| 04/13/2021 | | 13 | Order On Motion To Dismiss Or, In The Alternative, To Abstain, And Motion To Take Judicial Notice Of State Court Online Dockets. IT IS ORDERED that the Motion is GRANTED IN PART. The Court takes judicial notice of the two state court dockets as requested by Defendant. IT IS FURTHER ORDERED that the Motion is DENIED IN PART. Defendants requests for dismissal and abstention are DENIED. Service by BNC. Entered on 4/13/2021. (related document(s)6) (jlc) |
| 04/15/2021 | | 14 | Certificate of Mailing by BNC of Order Notice Date 04/15/2021. (Admin.) (Entered: 04/16/2021) |
| 05/14/2021 | | 15 | Notice of Entry of Appearance of Thomas M. Barton and Aaron P.M. Tady on behalf of Defendant Najarian Capital LLC filed by Aaron P.M. Tady on behalf of Najarian Capital, LLC. (Tady, Aaron) Modified on 5/17/2021 (ngs). |

| | | | |
|---|---|---|---|
| 06/15/2021 | | 16 | Order and Notice of Status Conference. Service by BNC. Hearing to be held on 7/14/2021 at 10:20 AM in Courtroom 1403, Atlanta, Entered on 6/15/2021. (related document(s)1) (jlc) |
| 06/17/2021 | | 17 | Certificate of Mailing by BNC of Order and Notice Notice Date 06/17/2021. (Admin.) (Entered: 06/18/2021) |
| 07/14/2021 | | | COURT NOTES: Status Conference Hearing Held re: (related document(s)1, 16) (nmw) Modified on 7/16/2021 (nmw). (Entered: 07/16/2021) |
| 07/16/2021 | | 18 | Order and Notice of Rescheduled Status Conference. Service by BNC. Hearing to be held on 8/4/2021 at 11:30 AM in Courtroom 1403, Atlanta, Entered on 7/16/2021. (related document(s)1) (jlc) |
| 07/16/2021 | | | DOCKETED FOR CALENDARING PURPOSES Status Conference Hearing to be held on 8/4/2021 at 11:30 AM in Courtroom 1403, Atlanta, (related document(s)1) (nmw) (Entered: 07/21/2021) |
| 07/21/2021 | | 19 | Certificate of Mailing by BNC of Order and Notice Notice Date 07/21/2021. (Admin.) (Entered: 07/22/2021) |
| 08/02/2021 | | 20 | Certificate of Service of Complaint and Summons on Ashpen LLC filed by Donell Holiday on behalf of Wesley Kennedy Jr. (related document(s)1, 2) (hd) Modified on 8/3/2021 (ngs). (Entered: 08/03/2021) |
| 08/02/2021 | | 21 | Certificate of Service of Summons and Complaint on Najarian Capital LLC filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (related document(s)1, 2) (hd) Modified on 8/3/2021 (ngs). (Entered: 08/03/2021) |
| 08/04/2021 | | | COURT NOTES: STATUS CONFERENCE Hearing Held re: (related document(s)1, 18) (nmw) |
| 08/04/2021 | | 22 | Request for Issuance of Alias Summons on Ashpen LLC Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (hd) Modified on 8/5/2021 (ngs). |
| 08/05/2021 | | 23 | Alias Summons Issued on Ashpen LLC Answer Due 09/7/2021 (ngs) |
| 08/09/2021 | | 24 | Consent Motion to Intervene *by Non−Party Anchor Assets XIV, LLC* with Proposed Answer filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) Modified on 8/10/2021 (law). |
| 08/19/2021 | | 25 | Order GRANTING Consent Motion to Intervene By Non−Party Anchor Assets XIV, LLC. IT IS FURTHER ORDERED that Anchor is directed to file its Answer on the docket within ten days of the entry of this order. (Related Doc # 24) Service by BNC. Entered on 8/19/2021. (jlc) |
| 08/21/2021 | | 26 | Certificate of Mailing by BNC of Order on Motion to Intervene Notice Date 08/21/2021. (Admin.) (Entered: 08/22/2021) |
| 08/25/2021 | | 27 | Answer to Complaint filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) |
| 10/28/2021 | | 28 | Certificate of Service *of Defendant Anchor Assets XIV, LLC's First Set of Discovery Requests to Plaintiff Wesley Kennedy, Jr.* Filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) |

| | | | |
|---|---|---|---|
| 11/26/2021 | | 29 | Notice of Leave of Absence from December 6th 2021 through February 25th 2022, May 4th through May 10th 2022, July 5th through July 11th 2022, August 4th through August 12th 2022, November 30th through December 2nd 2022, December 27th through January 3rd 2023 filed by Attorney Donell Holiday on behalf of Wesley Kennedy, Jr. (rfs) Modified on 11/26/2021 (rfs). Modified on 11/29/2021 (jlc). |
| 11/26/2021 | | 30 | Affidavit of Service Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (related document(s)1, 2) (rfs) |
| 12/08/2021 | | 31 | Order Granting Leave of Absence. Service by BNC. Entered on 12/8/2021. (related document 29) (jlc) |
| 12/10/2021 | | 32 | Certificate of Mailing by BNC of Order Notice Date 12/10/2021. (Admin.) (Entered: 12/11/2021) |
| 01/07/2022 | | 33 | Order and Notice of Status Conference. Service by BNC. Telephonic Hearing to be held on 2/23/2022 at 11:00 AM in Courtroom 1403, Atlanta, Entered on 1/7/2022. (related document(s)1) (jlc) |
| 01/09/2022 | | 34 | Certificate of Mailing by BNC of Order and Notice Notice Date 01/09/2022. (Admin.) (Entered: 01/10/2022) |
| 02/23/2022 | | 35 | Scheduling Order. IT IS ORDERED that the deadline to complete discovery is April 30, 2022. IT IS FURTHER ORDERED that the deadline for the parties to file a proposed, consolidated pre−trial order is May 30, 2022. Service by BNC. Entered on 2/23/2022. (related document(s)1) (jlc) |
| 02/25/2022 | | 36 | Certificate of Mailing by BNC of Order Notice Date 02/25/2022. (Admin.) (Entered: 02/26/2022) |
| 03/07/2022 | | 37 | Notice of Appearance and Request for copies of all notices, documents, copies and pleadings filed by Aaron R. Anglin on behalf of Ashpen LLC. (Anglin, Aaron) Modified on 3/7/2022 (cws). |
| 03/07/2022 | | 38 | Notice of Deposition of Plaintiff Wesley Kenneday, Jr. filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) Modified on 3/8/2022 (cws). |
| 03/14/2022 | | 39 | Answer to Complaint filed by Aaron R. Anglin on behalf of Ashpen LLC. (Anglin, Aaron) |
| 04/29/2022 | | 40 | Motion to Compel the production of documents filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Attachments: # 1 Brief in Support # 2 Exhibit A − Anchor Assets' Discovery Requests # 3 Exhibit B − Mr. Kennedy's Discovery Responses # 4 Exhibit C − Relevant Pages from Mr. Kennedy's Deposition Transcript # 5 Exhibit D − Emails to Plaintiff's Counsel # 6 Exhibit E − Good Faith Certificate) (Tady, Aaron) Modified on 5/2/2022 (cws). |
| 04/29/2022 | | 41 | Motion to Extend Time to *Complete Discovery and Other Post−Discovery Deadlines* filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) |
| 05/03/2022 | | 42 | Notice of Hearing on Defendant Anchor Assets XIV, LLC Motion to Compel the production of documents.. Service by BNC. Hearing to be held on 5/25/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related |

| | | | |
|---|---|---|---|
| | | | document(s)40) (nmw) |
| 05/03/2022 | | 43 | Notice of Hearing on Defendant Anchor Assets XIV, LLC Motion to Extend Time to Complete Discovery and Other Post−Discovery Deadlines. Service by BNC. Hearing to be held on 5/25/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)41) (nmw) |
| 05/05/2022 | | | Notice that Document Number 42 − Notice of Hearing on Defendant Anchor Assets XIV, LLC Motion to Compel the production of documents, was entered in error. (related document(s)42) (nmw) |
| 05/05/2022 | | | Notice that Document Number 43 − Notice of Hearing on Defendant Anchor Assets XIV, LLC Motion to Extend Time to Complete Discovery and Other Post−Discovery Deadlines was entered in error. (related document(s)43) (nmw) |
| 05/05/2022 | | 44 | Notice of Hearing on Defendant Anchor Assets XIV, LLC Motion to Compel the production of documents. Service by BNC. Service by BNC. Hearing to be held on 5/25/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)40) (nmw) |
| 05/05/2022 | | 45 | Notice of Hearing on Defendant Anchor Assets XIV, LLC Motion to Extend Time to Complete Discovery and Other Post−Discovery Deadlines. Service by BNC. Service by BNC. Hearing to be held on 5/25/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)41) (nmw) |
| 05/05/2022 | | 46 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 05/05/2022. (Admin.) (Entered: 05/06/2022) |
| 05/05/2022 | | 47 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 05/05/2022. (Admin.) (Entered: 05/06/2022) |
| 05/07/2022 | | 48 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 05/07/2022. (Admin.) (Entered: 05/08/2022) |
| 05/07/2022 | | 49 | Certificate of Mailing by BNC of Notice of Hearing Notice Date 05/07/2022. (Admin.) (Entered: 05/08/2022) |
| 05/17/2022 | | | Docketed for Hearing Purposes. Hearing to be held on 5/25/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)40, 41) (nmw) |
| 05/20/2022 | | 50 | Notice of Rescheduled Hearing on Defendant Anchor Assets XIV, LLC Motion to Compel the production of documents. Service by BNC. Service by BNC. Hearing to be held on 6/15/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)40) (nmw). |
| 05/20/2022 | | 51 | Notice of Rescheduled Hearing on Defendant Anchor Assets XIV, LLC Motion to Extend Time to Complete Discovery and Other Post−Discovery Deadlines. Service by BNC. Service by BNC. Hearing to be held on 6/15/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)41) (nmw) |
| 05/22/2022 | | 52 | Certificate of Mailing by BNC of Notice of Rescheduling Hearing Notice Date 05/22/2022. (Admin.) (Entered: 05/23/2022) |
| 05/22/2022 | | 53 | |

| | | | |
|---|---|---|---|
| | | | Certificate of Mailing by BNC of Notice of Rescheduling Hearing Notice Date 05/22/2022. (Admin.) (Entered: 05/23/2022) |
| 05/25/2022 | | | COURT NOTES: Rescheduled Hearing to be held on 6/15/2022 at 10:20 AM in Courtroom 1403, Atlanta, (related document(s)40, 41) (nmw) (Entered: 06/01/2022) |
| 06/16/2022 | | 54 | Order DENYING Defendant Anchor Assets XIV, LLCs Motion To Compel The Production Of Documents By Plaintiff Wesley Kennedy, Jr. IT IS ORDERED that the Motion is DENIED AS MOOT to the extent Plaintiff has already produced the items requested by Anchor. (Related Doc # 40) Service by BNC. Entered on 6/16/2022. (jlc) |
| 06/16/2022 | | 55 | Order GRANTING Motion to Extend Discovery Period and Other Post−Discovery Deadlines. IT IS FURTHER ORDERED that the deadline to complete discovery is extended through August 15, 2022. IT IS FURTHER ORDERED that the deadline for the parties to file a motion for summary judgment or other dispositive motion is September 14, 2022. IT IS FURTHER ORDERED that, if no dispositive motion is filed, the deadline for the parties to submit a proposed, consolidated pre−trial order is September 30, 2022. (Related Doc # 41) Service by BNC. Entered on 6/16/2022. (jlc) |
| 06/18/2022 | | 56 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 06/18/2022. (Admin.) (Entered: 06/19/2022) |
| 06/18/2022 | | 57 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 06/18/2022. (Admin.) (Entered: 06/19/2022) |
| 08/04/2022 | | 58 | Notice of Reconvened Deposition of Plaintiff Wesly Kennedy, Jr. filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) Modified on 8/5/2022 (cws). |
| 08/04/2022 | | 59 | Notice of Deposition of Angela Harris filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) |
| 08/15/2022 | | 60 | (WITHDRAWN) Consent Motion to Extend Discovery Period and Other Post−Dicovery Deadlines filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (Tady, Aaron) Modified on 8/15/2022 (cws). Modified on 9/2/2022 (jlc). |
| 09/01/2022 | | 61 | Withdrawal of Document Filed by Aaron P.M. Tady on behalf of Najarian Capital, LLC. (related document(s)60) (Tady, Aaron) |
| 09/14/2022 | | 62 | Notice of Filing of Discovery Material filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (Attachments: # 1 Exhibit Deposition Transcript of Wesley Kennedy, Jr. 3.15.22 # 2 Exhibit Ex. 1 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 3 Exhibit Ex. 2 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 4 Exhibit Ex. 3 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 5 Exhibit Ex. 4 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 6 Exhibit Ex. 5 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 7 Exhibit Ex. 6 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 8 Exhibit Ex. 7 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 9 Exhibit Ex. 8 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 10 Exhibit Ex. 9 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 11 Exhibit Ex. 10 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 12 Exhibit Ex. 11 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 13 Exhibit Ex. 12 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # 14 Exhibit Ex. 13 to the |

| | | | |
|---|---|---|---|
| | | | Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>15</u> Exhibit Ex. 14 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>16</u> Exhibit Ex. 15 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>17</u> Exhibit Ex. 16 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>18</u> Exhibit Ex. 17 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>19</u> Exhibit Ex. 18 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>20</u> Exhibit Ex. 19 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>21</u> Exhibit Ex. 20 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>22</u> Exhibit Ex. 21 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>23</u> Exhibit Ex. 22 to the Deposition of Wesley Kennedy, Jr. 3.15.22 # <u>24</u> Exhibit Ex. 23 to the Deposition of Wesley Kennedy, Jr. 3.15.22) (Tady, Aaron) |
| 09/14/2022 | | <u>63</u> | Notice of Filing of Discovery Material filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (Attachments: # <u>1</u> Deposition Transcript of Wesley Kennedy, Jr. 8.10.22 # <u>2</u> Exhibit 24 to the Deposition of Wesley Kennedy, Jr. 8.10.22 # <u>3</u> Exhibit 25 to the Deposition of Wesley Kennedy, Jr. 8.10.22 # <u>4</u> Exhibit 26 to the Deposition of Wesley Kennedy, Jr. 8.10.22) (Tady, Aaron) |
| 09/14/2022 | | <u>64</u> | Notice of Filing of Discovery Material filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (Attachments: # <u>1</u> Deposition Transcript of Angela Harris 8.10.22 # <u>2</u> Exhibit 1 to the Deposition of Angela Harris 8.10.22 # <u>3</u> Exhibit 2 to the Deposition of Angela Harris 8.10.22) (Tady, Aaron) |
| 09/14/2022 | | <u>65</u> | Motion for Summary Judgment *Filed by Defendants Najarian Capital LLC and Anchor Assets XIV, LLC* filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (Attachments: # <u>1</u> Pleading Statement of Material Facts Filed by Defendants Najarian Capital LLC and Anchor Assets XIV, LLC # <u>2</u> Pleading Brief in Support of the Motion for Summary Judgment Filed by Defendants Najarian Capital LLC and Anchor Assets XIV, LLC # <u>3</u> Exhibit A # <u>4</u> Exhibit B # <u>5</u> Exhibit C # <u>6</u> Exhibit D # <u>7</u> Exhibit E # <u>8</u> Exhibit F # <u>9</u> Exhibit G # <u>10</u> Exhibit H # <u>11</u> Exhibit I # <u>12</u> Exhibit J # <u>13</u> Exhibit K # <u>14</u> Exhibit L # <u>15</u> Exhibit M) (Tady, Aaron) |
| 09/14/2022 | | <u>66</u> | Motion for Summary Judgment *(Aspen LLC's Motion for Summary Judgement)* filed by Leon S. Jones on behalf of Ashpen LLC. (Jones, Leon) |
| 09/14/2022 | | <u>67</u> | Brief *(Aspen LLCs Memorandum of Law in Support of Motion for Summary Judgment)* Filed by Leon S. Jones on behalf of Ashpen LLC. (related document(s)<u>66</u>) (Jones, Leon) |
| 09/19/2022 | | <u>68</u> | Notice of Substitution of Counsel filed by Leon S. Jones on behalf of Ashpen LLC. (Jones, Leon) |
| 10/03/2022 | | <u>69</u> | Request for Entry of Default against Aspen LLC Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (Attachments: # <u>1</u> Affidavit In Support for Request for Entry of Default) (Holiday, Donell) Modified on 10/4/2022 (cws). |
| 10/04/2022 | | <u>70</u> | Brief in opposition to defendants Najarian Capital LLC and Anchor Assets XIV's summary judgment motion filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (Attachments: # <u>1</u> Exhibit Exh B−Donell Holiday Affidavit in Support of Response # <u>2</u> Exhibit Exh Y− Document in Suppport of Donell Holiday's Affidavit # <u>3</u> Exhibit Exh Z −Document in Support of Donell Holiday's Affidavit # <u>4</u> Exhibit Exh A − Wesley Kennedy Jr Affidavit) (related document(s)<u>65</u>)(Holiday, Donell) Modified |

| | | | |
|---|---|---|---|
| | | | on 10/5/2022 (cws). |
| 10/04/2022 | | 71 | Brief in opposition to motion for summary judgment filed by defendant Aspen LLC, Donell Holiday on behalf of Wesley Kennedy Jr.. (Attachments: # 1 Exhibit Exh A − Wesley Kennedy Jr. Affidavit # 2 Exhibit Exh B − Donell Holiday Affidavit # 3 Exhibit Exh Y − Document in Support of Donell Holiday's Affidavit # 4 Exhibit Exh Z − Document in Support of Donell Holiday's Affidavit) (related document(s)66)(Holiday, Donell) Modified on 10/5/2022 (cws). |
| 10/05/2022 | | 72 | Notice of deficient filing re: Brief in opposition to defendants Najarian Capital LLC and Anchor Assets XIV's summary judgment motion, and Brief in opposition to motion for summary judgment filed by defendant Aspen LLC − Missing Certificate of Service, . Service by BNC. (related document(s)70, 71) (cws) |
| 10/06/2022 | | 73 | Certificate of Service Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (related document(s)70) (Holiday, Donell) |
| 10/06/2022 | | 74 | Certificate of Service Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (related document(s)71) (Holiday, Donell) |
| 10/06/2022 | | 75 | Plaintiff Wesley Kennedy, Jr's Statement of Contested Facts Filed by Donell Holiday on behalf of Wesley Kennedy Jr.. (related document(s)70) (Holiday, Donell) Modified on 10/7/2022 (cws). |
| 10/17/2022 | | 76 | Notice of Objection to Plaintiff's Request for Entry of Default filed by Leon S. Jones on behalf of Ashpen LLC. (related document(s)69) (Jones, Leon) |
| 10/18/2022 | | 77 | Reply brief in further support of the Defendants' Summary Judgment Motion filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (related document(s)65)(Tady, Aaron) Modified on 10/19/2022 (cws). |
| 10/18/2022 | | 78 | Aspen LLC's Reply Brief in Support of Motion for Summary Judgment) filed by Leon S. Jones on behalf of Ashpen LLC. (related document(s)66) (Jones, Leon) Modified on 10/19/2022 (cws). |
| 10/28/2022 | | 79 | Order Denying plaintiff's request for entry of default against Aspen LLC. Service by BNC. Entered on 10/28/2022. (related document(s)69) (cws) |
| 10/30/2022 | | 80 | Certificate of Mailing by BNC of Order Notice Date 10/30/2022. (Admin.) (Entered: 10/31/2022) |
| 11/17/2022 | | 81 | Order on Defendants' Motions for Summary Judgment. (Related Docs # 65, 66, 70, 71, 78, and 79) Service by BNC. Entered on 11/17/2022. (kmw) |
| 11/19/2022 | | 82 | Certificate of Mailing by BNC of Order on Motion to Summary Judgment Notice Date 11/19/2022. (Admin.) (Entered: 11/20/2022) |
| 12/19/2022 | | 83 | Order and Notice of Status Conference. ORDERED and NOTICE that the Court will hold a STATUS CONFERENCE in the above styled Adversary Proceeding at 10:45 A.M. January 19, 2023, in Courtroom 1403, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30330. The hearing will be initially held telephonically at the follow number: toll free number 833−568−8864, |

| Date | | Doc # | Description |
|---|---|---|---|
| | | | meeting ID number: 161 202 1574. Service by BNC. Entered on 12/19/2022. (related document(s)1) (cws) |
| 12/19/2022 | | 84 | Notice of Intent to Introduce Business Records Affidavit filed by Kane St. John on behalf of Najarian Capital, LLC. (St. John, Kane) |
| 12/21/2022 | | 85 | Certificate of Mailing by BNC of Order and Notice Notice Date 12/21/2022. (Admin.) (Entered: 12/22/2022) |
| 01/31/2023 | | 86 | Consent Motion to Substitute Proper Party Defendant filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC. (Tady, Aaron) Modified on 2/1/2023 (jlc). |
| 01/31/2023 | | 87 | Defendants' Motion to Certify Judgment as Final filed by Aaron P.M. Tady on behalf of Anchor Assets XIV, LLC, Najarian Capital, LLC. (Tady, Aaron) Modified on 2/1/2023 (jlc). |
| 02/02/2023 | | 88 | Order GRANTING Motion to Substitute Proper Party Defendant. IT IS FURTHER ORDERED that Wilmington Savings Fund Society, FSB as trustee for Residential Investment Trust IV is hereby SUBSTITUTED for Anchor Assets as Defendant in the above−styled adversary proceeding. (Related Doc # 86) Service by BNC. Entered on 2/2/2023. (mrw) |
| 02/04/2023 | | 89 | Certificate of Mailing by BNC of Order on Motion to Substitute Party Notice Date 02/04/2023. (Admin.) (Entered: 02/05/2023) |
| 02/06/2023 | | 90 | Notice of Intent to Submit Business Records Affidavit filed by Kane St. John on behalf of Najarian Capital, LLC. (St. John, Kane) |
| 02/08/2023 | | 91 | Consolidated Pre−Trial Order. Service by BNC Entered on 2/8/2023. (related document(s)1) (jlc) |
| 02/10/2023 | | 92 | Certificate of Mailing by BNC of Pretrial Order Notice Date 02/10/2023. (Admin.) (Entered: 02/11/2023) |
| 02/15/2023 | | 93 | Order Certifying Judgment As Final. IT IS ORDERED that the Motion is GRANTED. IT IS FURTHER ORDERED the Summary Judgment Order is certified as a final order pursuant to Fed. R. Bankr. P. 7054 and Fed. R. Civ. P. 54(b). (Related Doc # 87) Service by BNC. Entered on 2/15/2023. (jlc) |
| 02/15/2023 | | 94 | Order and Notice of In Person Trial. Service by BNC. Hearing to be held on 3/28/2023 at 09:30 AM in Courtroom 1403, Atlanta, Entered on 2/15/2023. (related document(s)1) (jlc) |
| 02/17/2023 | | 95 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 02/17/2023. (Admin.) (Entered: 02/18/2023) |
| 02/17/2023 | | 96 | Certificate of Mailing by BNC of Order and Notice Notice Date 02/17/2023. (Admin.) (Entered: 02/18/2023) |
| 03/28/2023 | | | Chamber Notes: In Person Trial Held re: Court to prepare order (related document(s)1, 94) (nmw) |
| 03/28/2023 | | 97 | Order After Trial. Service by BNC. Entered on 3/28/2023. (related document(s)1) (jlc) |

| | | | |
|---|---|---|---|
| 03/28/2023 | | 98 | Judgment for Plaintiff and against Najarian Capital, LLC in the amount of $13,000. Service by BNC Entered on 3/28/2023. (related document(s)1, 97) (jlc) |
| 03/28/2023 | | 99 | PDF with attached Audio File. Ruling Only of In Person Trial. Court Date & Time [03/28/2023 12:52:40 PM]. File Size [ 2735 KB ]. Run Time [ 00:11:32 ]. (admin). Modified on 3/29/2023 (nmw). |
| 03/30/2023 | | 100 | Certificate of Mailing by BNC of Order Notice Date 03/30/2023. (Admin.) (Entered: 03/31/2023) |
| 03/30/2023 | | 101 | Certificate of Mailing by BNC of Judgment Notice Date 03/30/2023. (Admin.) (Entered: 03/31/2023) |
| 04/07/2023 | | 102 | Notice of Appeal to District Court Court, Fee $ 298 filed by Kane St. John on behalf of Najarian Capital, LLC. Appellant Designation due by 4/21/2023, submission by USBC to USDC due by 5/8/2023, (related document(s)97, 98) (St. John, Kane) |
| 04/07/2023 | | | Receipt of Notice of Appeal (FEE)( 20−06167−wlh) [appeal,97] ( 298.00) filing fee. Receipt Number A58703852. Fee Amount 298.00 (re: Doc# 102) (U.S. Treasury) |
| 04/10/2023 | | 103 | Notification of Appeal Requirements. (related document(s)102) (mrw) |