EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2022-03725 |
|---|---|---|

NA _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Fiona McDermott | (470-504-4251) | 4-26-91 |

| Street Address | City, State and ZIP Code |
|---|---|
| 806 BoardWalk Court | Loganville, GA 30052 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Marriott International Inc. d/b/a W Atlanta Downtown | 500+ | 404-582-5800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 45 Ivan Allen Blvd. NW | Atlanta GA 30308 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

US EEOC ATDO
RECEIVED MARCH 15, 2022

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: August 2021    Latest: March 2022
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Fiona McDermott and I am an African American female. In 2018, I was hired as banquet manager at the W Atlanta Downtown, a property owned by Marriott International. I was furloughed due to the Covid-19 pandemic in 2020 but in July 2021, I was rehired and promoted to the position of manager of food and beverage at the W. I was typically assigned to work the evening shift (3PM-11PM or 4PM-12AM on Friday and Saturday). Soon after my return last August, I asked for the flexibility to modify my schedule as needed to adjust to childcare or sitter issues in my household. I knew that various other employees in the food and beverage unit were permitted to alter their schedules as they wished: examples include the director of food and beverage, a white male, who was given regular accommodations for childcare reasons similar to mine; the other manager of food and beverage, a Hispanic man, who was given wide latitude to change his schedule; and a white female assistant manager who was allowed to modify her schedule every week because of an outside work commitment.

The Director of Food and Beverage, Alexey Muravskiy, refused to permit me the same scheduling modifications I saw being granted to other employees who were not black women. I complained on four occasions last fall to Afah Drief, the onsite Human Resources Director, about the more preferential treatment extended to other company employees but my concerns were not addressed. Instead, I was given unjustified disciplinary warnings: In November, I was given a verbal warning for tardiness due to a child care problem that I had alerted Mr. Muravskiy to a week earlier but that he refused to accommodate; the second time in January, I was issued a written warning for being late because my husband took ill with Covid like symptoms–which I promptly called in–and because I missed an online training exercise when I was out sick with Covid in December. Once again I knew that the hotel was treating white employees in my department more leniently: for example, a white male bartender had left his shift with no warning for several hours, and I knew from my access as a manager to his personnel file that he was never disciplined.

On January 31, 2022, I learned that a female coworker in the hotel restaurant, Janice Nash, was spreading false rumors that I was having a sexual relationship with another senior employee. Three employees reported these smears to me

and alerted me that they were rapidly spreading. I complained constantly over the next several months to both Mr. Muravskiy and Ms. Drief that these lies about my personal life were causing me great anxiety and damaging my reputation; I also told Ms. Drief that when I asked Janice Nash to stop engaging in untrue gossip, the exchange escalated into her physically threatening me with a kitchen knife.

No steps were taken by the hotel to discipline an employee for spreading offensive sexual rumors. I requested a transfer to another property and was told that employees who had a record of a recent corrective writeup could not be reassigned to another property. On another occasion, I was told that I needed to "do a better job controlling my emotions."

On or about March 7, 2022, I was confronted by Janice Nash in the dining area and aggressively told to get out of the kitchen, a space my job required me to visit and inspect. Ms. Drief informed me that the verbal altercation would be formally investigated while I was on administrative leave. A day later, I was notified that I was being terminated for "unprofessional conduct." Janice Nash was not terminated.

I believe that the actions of senior management at the W Downtown Atlanta violated the Civil Rights Act of 1964 in the following ways: (1) I was subjected to repeated discriminatory and inconsistent application of company policies regarding attendance and discipline, in that the policies were more leniently construed for employees who were not African American females; (2) I was subjected to a hostile environment based on my gender in the form of derogatory sexual rumors and threatening behavior; and the company failed to take adequate corrective action; (3) I was retaliated against for complaining of discriminatory conduct at the company, in that the company unfairly disciplined me; refused to address my complaints of a hostile environment; and subsequently terminated me without valid justification.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the be of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT |
| 03 / 14 / 2022         *Fiona McDermott*<br><br>Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Doc ID: 973d356d4dfa5bc990f5c7b868052d57ace65203