# EXHIBIT B

**STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-397**

**JAN 30, 2023 02:09 PM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

CIVIL ACTION NUMBER  23-A-397

$198.00 COST PAID

Thatcher, She'Anna

**PLAINTIFF**

**VS.**

Publix Super Markets, Inc.

**DEFENDANT**

**SUMMONS**

TO: PUBLIX SUPER MARKETS, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

    **Michael Johnson**
    **MORGAN AND MORGAN PLLC**
    **P.O. Box 57007**
    **Atlanta, Georgia 30343**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 31st day of January, 2023.**

Clerk of State Court



*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1

