# EXHIBIT D

ID# E-4XJ3XF3G-QPZ
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**23-A-397**

FEB 06, 2023 10:59 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

SHE'ANNA THATCHER,

    Plaintiff,

vs.

CIVIL ACTION
FILE NO: 23-A-397

PUBLIX SUPER MARKETS, INC., ABC CORP. #1-3, and JOHN DOES #1-3,

    Defendants.

### AFFIDAVIT OF JEFF DOLBIER

On Thursday February 2, 2023 at 12:20 pm I served true and correct copies of the SUMMONS and COMPLAINT FOR DAMAGES upon Defendant Publix Super Markets, Inc.'s Registered Agent, Corporate Creations Network Inc., located at 2985 Gordy Parkway, 1st Floor, Marietta, GA 30066. Ms. Anna Moore, a Corporate Creations Network Inc. representative, accepted service.

This __4__ day of __FEBRUARY__ 20__23__

_____
Jeff Dolbier
President, Flash Delivery Inc.

Sworn and Subscribed before
me this __4__ day of __February__ 20__23__
_____
My Commission Expires: 12/19/2023



CHRISTOPHER HEPPARD
NOTARY
EXPIRES
GEORGIA
12-19-2023
PUBLIC
HENRY COUNTY