

**EXHIBIT B**

**Auto-Owners INSURANCE**
LIFE · HOME · CAR · BUSINESS

Kennesaw Claims Branch
PO Box 3030 | Kennesaw GA 30156-3030
3550 George Busbee Pkwy Suite 149 | Kennesaw GA 30144-6608
p. 855.240.7255 | f. 517.327.2387 | auto-owners.com
Kennesaw.clm@aoins.com

December 8th, 2022

Barnhill, Inc
3470 Princeton Corners Drive
Marietta, GA 30062

RE:  Claim Number:              300-0232729-2021
     Insured:                   Barnhill, Inc.
     Reported Date of Loss:     July 7th, 2020
     Policy Number:             80250037
     Subject:                   **Coverage Position Letter**
     Loss Location:             Medical Office Building – Shell
                                Battlefield Pkwy, Ringgold, GA 30736

### REGULAR & CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Dear Barnhill Inc,

This letter is in reference to a claim that Owners Insurance Company received for the construction of a metal building constructed by you as a sub-contractor hired by Benning Construction Company. We insure the Barnhill, Inc. under tailored protection policy, policy number 80250037, with effective dates of June 22nd, 2020 through June 22nd, 2021.

As we understand the claim, you were sub-contracted out by Benning Construction Company (BCC) to construct a pre-engineered medical building in Ringgold, GA. This project was agreed upon by Barnhill and BCC in December 2019 and construction was completed around July 2020. The occupant of the building then complained to BCC about roof leaks from September 2020 through Spring of 2021.

We refer you to your Commercial and General Liability Coverage form, form CG 00 01 04 13 which reads:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

*Various provision in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.*

*Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.*

*Auto-Owners*
INSURANCE

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured. Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – COVERAGES COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

        2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        2) The "bodily injury" or "property damage" occurs during the policy period; and

        3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**Auto-Owners**
INSURANCE

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

    e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

    b. **Contractual Liability**

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

        1) That the insured would have in the absence of the contract or agreement; or

        2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

            a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**Auto-Owners**
INSURANCE

    **b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

  **j. Damage to Property**

"Property damage" to:

    **6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

    Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement. Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

Your policy also contains the following endorsement (CG 32 01 12 04) which reads:

**GEORGIA LIMITED FUNGI OR BACTERIA COVERAGE – SMALL BUSINESS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIBAILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

This insurance does not apply to:

  **a.** "Bodily Injury" arising out of a "fungi or bacteria incident"

  **b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.



B. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

   2. **Exclusions**

      This insurance does not apply to:

      a. "Personal and advertising injury" arising out of a "fungi or bacteria incident".

      b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi and Bacteria Property Damage Aggregate Limit as described in Paragraph D. of this endorsement.

D. The following are added to **Section III – Limits Of Insurance:**

   1. Subject to Paragraphs **2.** and **3.** of Section III – Limits Of Insurance, as applicable, the Fungi and Bacteria Property Damage Aggregate Limit shown in the Schedule of this endorsement is the most we will pay under Coverage A for all "property damage" arising out of one or more "fungi or bacteria incident".

   2. Paragraph **5.**, the Each Occurrence Limit and Paragraph **6.**, the Damage To Premises Rented To You Limit, of Section **III** – Limits Of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi and Bacteria Property Damage Aggregate Limit.

E. The following definitions are added to the **Definitions** Section:

   1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.



2. *"Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such damage.*

We wish to advise you we are proceeding to defend this claim under a reservation of rights. Owners Insurance Company reserves all rights and defenses which it has in connection with this policy. Any activity on our part by way of investigation and/or settlement which we may undertake does not constitute a waiver of any of our rights.

We are issuing this reservation due to the demand received in our office on 11/30/22 from your counsel, Katz Litigation Group. As such, we will refer this demand to coverage counsel and we intend to file a declaratory action.

We have retained attorney M. Boyd Jones of the firm Bush, Reed, Jones & Leeper, P.C. His contact information is as follows:

> M. Boyd Jones
> (770)629-0154
> 639 Whitlock Ave SW
> Marietta, GA 30064

This correspondence is not intended to be an exhaustive statement of Owners Insurance Company's position concerning its coverages under the policy. Owners Insurance Company's coverage determination is based upon the policy provisions, the information you have provided and Owners Insurance Company's own investigation. If you disagree with our determination, or if there is any additional information you believe to be relevant to the question of coverage, or if you believe that the information upon which Owners Insurance Company has relied is not accurate, please advise us and forward any additional relevant information for our review. Any further investigation of the claim shall not serve as a waiver of any rights under the applicable policy of insurance.

All rights, terms, condition, and exclusions in your policy are in full force and effect and are completely reserved. No action by any employee, agent, attorney or other person on behalf of Owners Insurance Company, or hired by Owners Insurance Company on your behalf, shall waive or be construed as having waived any right, term, condition, exclusion or any other provision of the policy.



Sincerely,

Beau Watkins
Field Claim Representative
Auto-Owners Insurance
(770)424-6582 X 55880

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7021 2720 0000 4225 3986

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions