# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-180-855

**Effective Date of Registration:**
November 04, 2019
**Registration Decision Date:**
December 05, 2019

---

### Title

    **Title of Work:** Old Crow-RED

### Completion/Publication

    **Year of Completion:** 2010
    **Date of 1st Publication:** July 15, 2010
    **Nation of 1st Publication:** United States

### Author

-     **Author:** American Dakota, Inc.
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

### Copyright Claimant

    **Copyright Claimant:** American Dakota, Inc.
    512 Union Grove Rd, Calhoun, GA, 30701

### Rights and Permissions

    **Organization Name:** American Dakota
    **Name:** Mark Ford
    **Email:** mark@americandakota.com
    **Telephone:** (706)217-9217
    **Address:** 512 Union Grove Rd
    Calhoun, GA 30701 United States

### Certification