# Exhibit

# 2





































