IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re:*<br><br>**Subpoena Issued to Caldwell Cassady & Curry** | Miscellaneous Action No. _____<br><br>[Underlying Case Pending in Northern District of California, CA No. 3:22-cv-01832-WHO] |

### APPLE INC.'S MOTION TO QUASH DOCUMENT SUBPOENA OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to Federal Rules of Civil Procedure 45(d)(3) and 26(c), and the Civil Local Rules of this Court, Defendant Apple Inc. ("Apple"), by and through its attorneys, respectfully moves this Court to quash, or in the alternative, to transfer the Rule 45 non-party document subpoena issued to Caldwell Cassady & Curry by Plaintiff R.N Nehushtan Trust, Ltd. ("the Trust") in the action *R.N Nehushtan Trust Ltd. v. Apple Inc*. Case No. 3:22-cv-01832-WHO (N.D.C.A.). The subpoena is returnable on April 18, 2023, in Atlanta, Georgia.  Apple's counsel has conferred with counsel for the Trust in an effort to avoid motion practice, but those efforts proved unsuccessful.

1

Dated: April 10, 2023                              FISH & RICHARDSON P.C.

By: */s/ Dexter J. S. Whitley*
<u></u>
Dexter J. S. Whitley (577066)
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor,
Atlanta, GA 30309
Phone: 404-724-2808
Fax:  404-892-5002
Email:   whitley@fr.com

Katherine D. Prescott (SBN 215496)
Jeanel N. Sunga (SBN 333815)
Fish & Richardson P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Phone: 650-893-5070
Fax: 650-839-5071
Email:  prescott@fr.com
Email:  sunga@fr.com

Kathryn Quisenberry
Karrie Wheatley, Ph.D.
Fish & Richardson P.C.
909 Fannin Street, Suite 2100
Houston, Texas 77010
Phone: 713-654-5300
Fax: 713-652-0109
Email:  quisenberry@fr.com
Email:  wheatley@fr.com

Joy Kete
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02110
Phone: 617-542-5070
Fax: 617-542-8906
Email: kete@fr.com

**COUNSEL FOR DEFENDANT
APPLE INC.**

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1(B). This document was prepared on a computer using Times New Roman font (14 point).

This 10th day of April, 2023.

*/s/ Dexter J. S. Whitley*
Dexter J. S. Whitley

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I filed APPLE INC.'S MOTION TO QUASH DOCUMENT SUBPOENA OR, IN THE ALTERNATIVE, TO TRANSFER and the accompanying MEMORANDUM OF LAW IN SUPPORT with the Clerk of Court using the CM/ECF system and served true copies of same via email on the following counsel of record in *R. N Nehushtan v. Apple Inc.*, Case No. 3:22-cv-01832-WHO, (N.D.C.A.).

Korula T. Cherian (SBN 133967)
Robert M. Harkins, Jr. (SBN 179525)
Cherian LLP
1936 University Avenue, Suite 350
Berkeley, CA 94704
(510) 944-0185
Email: sunnyc@ruyakcherian.com
Email: bobh@ruyakcherian.com

John L. North
Steven G. Hill
David K. Ludwig
Hill, Kertscher & Wharton
3625 Cumberland Blvd.
Suite 1050
Atlanta, GA 30339
770-953-0995
Fax: 770-953-1358
Email: servicernnapple@hkw-law.com
Email: jln@hkw-law.com
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

*/s/ Dexter J. S. Whitley*
Dexter J. S. Whitley