# EXHIBIT D

KORULA T. CHERIAN (SBN 133697)
ROBERT M. HARKINS, JR. (SBN 179525)
CHERIAN LLP
1936 University Ave, Suite 350
Berkeley, CA  94704
Telephone: (510) 944-0190
sunnyc@cherianllp.com
bobh@cherianllp.com

JOHN L. NORTH, ESQ. (GA SBN: 545580) (*pro hac vice*)
jln@hkw-law.com
STEVEN G. HILL, ESQ. (GA SBN: 354658) (*pro hac vice*)
sgh@hkw-law.com
DAVID K. LUDWIG (CT SBN: 435310) (*pro hac vice*)
dludwig@hkw-law.com
MARTHA L. DECKER, ESQ. (GA SBN: 420867) (*pro hac vice*)
md@hkw-law.com
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd., Suite 1050
Atlanta, GA 30339
Tel: (770) 953-0995
Fax: (770) 953-1358

*Attorneys for Plaintiff R.N Nehushtan Trust Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **R.N NEHUSHTAN TRUST LTD.**,<br><br>                Plaintiff,<br>   v.<br><br>**APPLE INC.**,<br>                Defendant. | Case No. 3:22-CV-01832-WHO<br><br>**PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 36 - 41)  DIRECTED TO DEFENDANT APPLE INC.** |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff R.N Nehushtan Trust Ltd. ("RNN Trust") hereby propounds the following Requests for Production upon Apple Inc. ("Apple").

- 1 -

## DEFINITIONS AND INSTRUCTIONS

1. The "417 Case" shall mean Case No. 6:10-cv-00417 (E.D.Texas).

2. The "855 Case" shall mean Case No. 6:12-cv-00855 (E.D.Texas).

3. The singular shall be construed to include the plural, and vice versa, to make the request inclusive rather than exclusive.

4. The words "and" and "or" shall be construed conjunctively or disjunctively to make the request inclusive rather than exclusive.

5. If, in answering these discovery requests you encounter any ambiguity in construing either the discovery request or a definition or instruction relevant to the inquiry contained within the discovery request, set forth the matter deemed "ambiguous" and set forth the construction chosen or used in answering the discovery request.

6. If you object for any reason to any discovery request or any portion thereof, you are directed to respond fully to the remaining requests and portions thereof.

7. To the extent there is a claim that any of the requested information is covered by a protective order, please produce the order allegedly governing the claims and please produce a redacted copy of the document to exclude any information as to which the protective order claim is made.

8. Unless otherwise agreed to by the parties, Defendant is to produce requested Documents and Things at the offices of Plaintiff's counsel of record within 30 days of the date of service of these Requests.

## DOCUMENT REQUESTS

**REQUEST NO. 36:** Each license agreement produced by any party or non-party in the 417 Case.

**REQUEST NO. 37:** Each expert report (with all exhibits and attachments) that addressed the calculation of or quantum of damages in the 417 Case.

1

2  **REQUEST NO. 38:** Each deposition (with all exhibits) of an expert who opined on the calculation

3  of or quantum of damages (assuming liability) in the 417 Case.

4

5  **REQUEST NO. 39:** Each license agreement produced by any party or non-party in the 855 Case.

6

7  **REQUEST NO. 40:** Each expert report (with all exhibits and attachments) that addressed the

8  calculation of or quantum of damages in the 855 Case.

9

10 **REQUEST NO. 41:** Each deposition (with all exhibits) of an expert who opined on the calculation

11 of or quantum of damages in the 855 Case.

12

13 DATED: September 21, 2022          */s/John L. North*
                                     John L. North (GA SBN: 545580) (pro hac vice)
14                                   jln@hkw-law.com
                                     Steven G. Hill (GA SBN: 354658) (pro hac vice)
15                                   sgh@hkw-law.com
                                     David K. Ludwig (CT SBN: 435310) (pro hac vice)
16                                   dludwig@hkw-law.com
                                     Martha L. Decker (GA SBN: 420867) (pro hac vice)
17                                   md@hkw-law.com
                                     HILL, KERTSCHER & WHARTON, LLP
18                                   3625 Cumberland Blvd., Suite 1050
                                     Atlanta, GA 30339
19
                                     Korula T. Cherian, Cal. Bar No. 133697
20                                   Robert Harkins, Cal. Bar No. 179525
                                     CHERIAN LLP
21                                   1936 University Ave, Suite 350
                                     Berkeley, CA  94704
22                                   Telephone: (510) 944-0190
                                     sunnyc@cherianllp.com
23                                   bobh@cherianllp.com

24                                   *Attorneys for Plaintiff R.N Nehushtan Trust Ltd.*

25

26

27

28

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2022, I caused a copy of the foregoing to be served via electronic mail to the all counsel of record.

> */s/ John L. North*
> John L. North
> Georgia Bar No. 545580
>
> *Attorney for Plaintiff*

- 4 -

PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 36 - 41)
DIRECTED TO DEFENDANT APPLE INC.