IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In re:*<br><br>**Subpoena Issued to Caldwell Cassady & Curry** | Miscellaneous Action No. _____<br><br>[Underlying Case Pending in Northern District of California, CA No. 3:22-cv-01832-WHO] |

**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO QUASH DOCUMENT SUBPOENA OR, IN THE ALTERNATIVE, TO TRANSFER**

Having considered Apple Inc.'s Motion to Motion to Quash or, in the Alternative Transfer the Subpoena issued by Plaintiff R.N Nehushtan Trust Ltd. ("the Trust") in the action *R.N Nehushtan Trust Ltd. v. Apple Inc*. Case No3:22-cv-01832-WHO (N.D.C.A.). It is HEREBY ORDERED that:

Apple Inc.'s Motion to Quash is GRANTED.

In the alternative:

Apple Inc.'s Motion to Transfer the Subpoena is GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

1