EXHIBIT G


idiCORE

## Expanded Person Search

**Last Name:** Lambert **First Name:** Eunice **Exact First Name:** No **State:** SC **Reference ID:** 123164.000004

1 of 3 result(s).

### EUNICE WINDOM LAMBERT

show alias (2)
**SSN:** XXX-XX-XXXX
*Issued in Florida, 1972*
**DOB:** 08/XX/1959 (63)

**Likely Current Address:** 185 ZENITH DR, BEECH ISLAND, SC, 29842  (AIKEN) (05/01/1993-Current)
**Last Seen Email Address:** ███████████
**Last Seen IP Address:** ███████████
**Bankruptcie**  None Found
**Liens:** None Found
**Judgments:** None Found
**Foreclosures:** None Found
**Po   ible Criminal/Infraction**   None Found
**Business Affiliations:** None Found
**Professional Licenses:** Yes

**Address (County/Parish/Borough) History:**

185 ZENITH DR, BEECH ISLAND, SC, 29842  (AIKEN) 🏠
(05/01/1993-Current)

1103 BLEACHERY ST, CLEARWATER, SC, 29822  (AIKEN)
(12/31/2008-12/14/2021)

172 NE VILLAS CT, TALLAHASSEE, FL, 32303  (LEON)
(06/08/2004-12/25/2005)

1111 PINE ST, AUGUSTA, GA, 30901  (RICHMOND)
(05/01/1996-08/13/1997)

1728 VERDERY ST, AUGUSTA, GA, 30904  (RICHMOND)
(07/24/1990-03/01/1993)

2548 WHEELER RD, AUGUSTA, GA, 30904  (RICHMOND)
(11/01/1984-12/31/1990)

**Phone (Last Seen)**



**Likely relatives and associates**

🔔 New categorie  added to e  pand on relatives and associates.

↰ Switch back to  imple view

| | |
|---|---|
| **Parent** | 1 found ⌄ |
| **Child** | 2 found ⌄ |
| **Sibling** | 1 found ⌄ |
| **Other Relative** | 1 found ⌄ |
| **Landlord** | 3 found ⌄ |
| **Neighbor** | 16 found ⌄ |
| **Unclassified Associates** | 9 found ⌄ |

Show more



**Possible Email Addresses:** (Last Seen)    **Possible IP Addresses:** (Last Seen)

(Y)          (Y)

IDI is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U S C § 1681 et seq ("FCRA") IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA

© 2023 Interactive Data, LLC. All rights reserved.