E-FILED IN OFFICE
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
22-C-04902-S
8/30/2022 4:31 P
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

Talysa Johnson

750 Hammond Dr, Bldg 12, Ste 200

Sandy Springs, GA 30328

CIVIL ACTION NUMBER: 22-C-04902-S2

**PLAINTIFF**

VS.

Gary Talbert- 3622 Vicki Lane, Douglasville, GA 30135

SCP Distributors- 2 Sun Court, Suite 400, Peachtree Corners, GA 30092

**DEFENDANT**

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Adanna Ugwonali
750 Hammond Dr.
Bldg 12, Ste 200,
Sandy Springs, GA 30328
Ph: 404-593-2705        GA Bar No: 360541

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __30th__ day of __August__, 20__22__.

Tiana P. Garner
Clerk of State Court

By _____
   Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

EXHIBIT 2