Civil Action No. 22-C-04402-S2

Date Filed 8/30/2022

Magistrate Court ☐
Superior Court ☐
State Court ☒
Georgia, Gwinnett County

RECEIVED 2022 OCT 31 PM 4:24
CIVIL DIV. G.C.S.C.

Attorney's Address
Adanna Ugwonali
Ugwonali Law Group, LLC
750 Hammond Drive
Bldg 12, Suite 200
Atlanta, GA 30228

Name and Address of party to be served:
SCP Distributors, LLC
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

Takyo Johnson — Plaintiff
vs.
Gary Talbert and SCP Distributors, LLC — Defendant

Garnishee

## Sheriff's Entry Of Service

☐ **Personal** — I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **Notorious** — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches; domiciled at the residence of defendant.

☒ **Corporation** — Served the defendant SCP Distributors, LLC a corporation by leaving a copy of the within action and summons with Alisha Smith in charge of the office and place of doing business of said Corporation in this County.

☒ **Tack & Mail** — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **Non Est** — Diligent search made and defendant not to be found in the jurisdiction of this Court.

This 1 day of Nov, 2022.

J. Williams
SD139
Deputy
Gwinnett County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant
SC-2 Rev.3.13

**EXHIBIT 3**