E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-04902-S2**
**1/9/2023 11:07 AM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF PROCESS SERVER

| State Court | Gwinnett County | State of Georgia |

**Talysa Johnson**

    Plaintiff

vs.

**Gary Talbert**

    Defendant

**Attorney:**

Adanna U. Ugwonali, Esq.
Ugwonali Law Group
750 Hammond Dr., Suite 200
Sandy Springs, Georgia 30328

**Case Number:** 22-C-04902-S2

**Court / Appearance Date:**
**Court Time:**

Legal documents received by Guaranteed Subpoena Service, Inc. on October 24, 2022 at 10:10 am to be served upon **Gary Talbert, 84 Cantrell Lane, Saulda, North Carolina 28773.**

I, Frederic David, swear and affirm that on **October 26, 2022 at 7:33 pm**, I did the following:

**Individually** Served **Gary Talbert** the person listed as the intended recipient of the legal document with a conformed copy of the **Summons and Complaint, General Civil and Domestic Relation Case Filing Information Form**.

**Description of Person Accepting Service:**
Gender: Male   Age: 61   Height: 5'7"   Weight: 200   Skin Color: White   Hair Color: White   Glasses: Yes

**Supplemental Data Appropriate to this Service:**
Marital Status: YES (NOT GIVEN)

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am twenty one years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by motion and/or order and that I am legally authorized to serve court documents within the above named Circuit, County, District, State and/or Federal Jurisdiction.

_____
**Frederic David**
Process Server #

**Guaranteed Subpoena Service, Inc.**
2009 Morris Ave. suite 101
Union, New Jersey 07083

(800) 672-1952

Internal Job ID: PS-2022-000437

Reference Number: 20221021135524

The foregoing instrument was acknowledged before me on this **27th** day of **October**, **2022**, by **Frederic David**, who is personally known to me or who has produced **SC DL # 101667901** as identification.

**Ed Jones**
Notary Printed Name

**Ed Jones** (signature)
Notary Signature

**03-25-2028**
Commission Expiration Date

[Notary Seal: EDWARD JONES, NOTARY PUBLIC, COMM. EXP. 03/25/2028, SOUTH CAROLINA]

**EXHIBIT 4**