Case 1:23-mi-99999-UNA   Document 1121-5   Filed 04/11/23   Page 1 of 5

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**11/16/2022 2:25 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **TALYSA JOHNSON,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-C-04902-S2 |
| | * | |
| **GARY TALBERT and** | * | |
| **SCP DISTRIBUTORS, LLC.,** | * | |
| Defendants. | * | |

**ANSWER OF DEFENDANT GARY TALBERT AND SCP DISTRIBUTORS, LLC**

COME NOW Gary Talbert and SCP Distributors, LLC, Defendants in the above styled civil action and answer and respond to the Plaintiff's Complaint for Damages, and for Answer, show the Court as follows:

**FIRST DEFENSE**

Plaintiff's Complaint fails to state a cause of action against these Defendants upon which relief can be granted.

**SECOND DEFENSE**

No act or omission of these Defendants either proximately caused or contributed to all damage the Plaintiff may have sustained, and on account thereof, Plaintiff is not entitled to recover any sum of these Defendants.

**THIRD DEFENSE**

Venue is improper in this Court and, as a result thereof, Plaintiff's Complaint must be dismissed.

**FOURTH DEFENSE**

Further answering the numbered paragraphs of Plaintiff's Complaint, Defendants answer as follows:

1.

The Defendants admit only that the court has subject matter jurisdiction over this case.

2.

These Defendants deny the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.

These Defendants admit the allegations contained in paragraph 3 of Plaintiff's Complaint.

**EXHIBIT 5**

4.

These Defendants deny the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.

The Defendant Gary Talbert admits owing a duty to the Plaintiff and breaching said duty only. The Defendant denies the balance of the allegations contained within paragraph 5 of the Plaintiff's Complaint.

6.

The Defendant Gary Talbert admits owing a duty to the Plaintiff and breaching said duty only. The Defendant SCP Distributors, LLC admits ownership of the subject vehicle. The Defendants deny the balance of the allegations contained within paragraph 6 of the Plaintiff's Complaint.

7.

These Defendants do not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Complaint and can therefore neither admit nor deny same.

8.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only. The Defendant denies the balance of the allegations contained within paragraph 8 of the Plaintiff's Complaint. Specifically, the Defendant also denies specifically any reckless disregard for the safety of persons and/or property.

9.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only and the Defendant further admits receiving a citation from the investigating police officer. The Defendant denies the balance of the allegations contained within paragraph 9 of the Plaintiff's Complaint.

10.

The Defendant admits owing a duty to the Plaintiff and breaching said duty only. The Defendant denies being the proximate cause of any alleged damages or injuries.

11.

Defendants re-state and re-allege their above responses to paragraphs 1 through 10 of the Plaintiff's Complaint as if fully set out herein.

12.

These Defendants deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13.

Defendants re-state and re-allege their above responses to paragraphs 1 through 12 of the Plaintiff's Complaint as if fully set out herein.

14.

These Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

These Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.

These Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

17.

These Defendants deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.

These Defendants deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

19.

These Defendants do not possess sufficient information to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiff's Complaint and can neither admit nor deny same and therefore said allegations stand denied.

20.

These Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21.

These Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

**FIFTH DEFENSE**

Any allegation contained in the Plaintiff's Complaint, which has not herein expressly been admitted, is hereby denied.

WHEREFORE, Defendants having fully answered the Plaintiff's Complaint pray that they hence be discharged of the Plaintiff's Complaint on all the aforesaid defenses, and that judgment be entered in favor of these Defendants and against the Plaintiff, with all costs cast upon the Plaintiff.

This 16th day of November, 2022.

|  |  |
|---|---|
| | **FAIN MAJOR & BRENNAN, P.C.** |
| One Premier Plaza | */s/ James W. Hardee* |
| 5605 Glenridge Drive, NE | JAMES W. HARDEE |
| Suite 900 | Georgia Bar No. 324399 |
| Atlanta, GA 30342-1445 | DALE C. RAY, JR. |
| (404) 688-6633 | Georgia Bar No. 596095 |
| jhardee@fainmajor.com | *Counsel for Defendants* |
| dray@fainmajor.com | |

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| TALYSA JOHNSON, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-C-04902-S2 |
| | * | |
| GARY TALBERT and | * | |
| SCP DISTRIBUTORS, LLC., | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Answer of Gary Talbert and SCP Distributors, LLC** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Dr.
Building 12, Suite 200
Atlanta, GA 3028
adanna@auulaw.com

This 16th day of November, 2022.

FAIN MAJOR & BRENNAN, P.C.

| | |
|---|---|
| One Premier Plaza | */s/ James W. Hardee* |
| 5605 Glenridge Drive, NE | JAMES W. HARDEE |
| Suite 900 | Georgia Bar No. 324399 |
| Atlanta, GA 30342-1445 | DALE C. RAY, JR. |
| (404) 688-6633 | Georgia Bar No. 596095 |
| jhardee@fainmajor.com | *Counsel for Defendants* |
| dray@fainmajor.com | |