Case 1:23-mi-99999-UNA   Document 1121-6   Filed 04/11/23   Page 1 of 2

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**11/16/2022 2:25 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TALYSA JOHNSON,<br>    Plaintiff,<br><br>vs.<br><br>GARY TALBERT and<br>SCP DISTRIBUTORS, LLC.,<br>    Defendants. | *<br>*<br>*<br>*  Civil Action No. 22-C-04902-S2<br>*<br>*<br>*<br>* |

## DEMAND FOR JURY TRIAL

COME NOW Defendants and herewith file their Demand for Twelve-Person Jury on all issues so triable.

This 16th day of November, 2022.

 

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

**EXHIBIT 6**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **TALYSA JOHNSON,** | * | |
|     **Plaintiff,** | * | |
| | * | |
| vs. | * | **Civil Action No. 22-C-04902-S2** |
| | * | |
| **GARY TALBERT and** | * | |
| **SCP DISTRIBUTORS, LLC.,** | * | |
|     **Defendants.** | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the ***Demand for Twelve Person Jury*** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Adanna U. Ugwonali<br>
UGWONALI LAW GROUP, LLC<br>
750 Hammond Dr.<br>
Building 12, Suite 200<br>
Atlanta, GA 3028<br>
adanna@auulaw.com

This 16th day of November, 2022.

                                                                                     **FAIN MAJOR & BRENNAN, P.C.**

| | |
|---|---|
| | */s/ James W. Hardee* |
| One Premier Plaza | JAMES W. HARDEE |
| 5605 Glenridge Drive, NE | Georgia Bar No. 324399 |
| Suite 900 | DALE C. RAY, JR. |
| Atlanta, GA 30342-1445 | Georgia Bar No. 596095 |
| (404) 688-6633 | *Counsel for Defendants* |
| jhardee@fainmajor.com | |
| dray@fainmajor.com | |