IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| TALYSA JOHNSON,<br>   Plaintiff, | *<br>*<br>* |
| vs. | *  Civil Action No. 22-C-04902-S2<br>* |
| GARY TALBERT and<br>SCP DISTRIBUTORS, LLC.,<br>   Defendants. | *<br>*<br>* |

### DEFENDANT SCP DISTRIBUTORS, LLC'S
### FIRST REQUESTS FOR ADMISSIONS TO PLAINTIFF

COMES NOW Defendant SCP Distributors, LLC, and pursuant to O.C.G.A. § 9-11-36 *et. seq.*, requests that Plaintiff admit the following for purposes of this action only, within thirty (30) days.

1.

The amount in controversy, exclusive of interest and costs, in this matter exceeds $75,000.00.

2.

Plaintiff seeks to recover special damages in this case in an amount greater than or equal to $75,000.00.

3.

Plaintiff seeks to recover general damages in this case in an amount greater than or equal to $75,000.00.

4.

The damages and recovery sought by the Plaintiff in the within action, exclusive of interest and cost, exceeds $75,000.00.

5.

The damages and recovery sought by the Plaintiff in the within action, exclusive of interest and cost, does **not** exceed $75,000.00.

6.

The total damages of the Plaintiff proximately caused by the incident complained of in the within action does **not** exceed $75,000.00.

**EXHIBIT 9**

This 16th day of November, 2022.

|  |  |
|---|---|
|  | **FAIN MAJOR & BRENNAN, P.C.** |
| One Premier Plaza | */s/ James W. Hardee* |
| 5605 Glenridge Drive, NE | JAMES W. HARDEE |
| Suite 900 | Georgia Bar No. 324399 |
| Atlanta, GA 30342-1445 | DALE C. RAY, JR. |
| (404) 688-6633 | Georgia Bar No. 596095 |
| jhardee@fainmajor.com | *Counsel for Defendants* |
| dray@fainmajor.com |  |

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **TALYSA JOHNSON,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-C-04902-S2 |
| | * | |
| **GARY TALBERT and** | * | |
| **SCP DISTRIBUTORS, LLC.,** | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **Defendant SCP Distributors, LLC's First Request for Admissions to Plaintiff** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States Mail, postage prepaid, addressed as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Dr.
Building 12, Suite 200
Atlanta, GA 3028
adanna@auulaw.com

This 16th day of November, 2022.

FAIN MAJOR & BRENNAN, P.C.

*/s/ James W. Hardee*

JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com