E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**11/16/2022 2:25 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| **TALYSA JOHNSON,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 22-C-04902-S2** |
| | * | |
| **GARY TALBERT and** | * | |
| **SCP DISTRIBUTORS, LLC.,** | * | |
| **Defendants.** | * | |

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I certify that I have this day served upon counsel of record in the foregoing matter with a true and correct copy of **Defendant's SCP Distributor's First Interrogatories to Plaintiff, First Request for Production of Documents to Plaintiff and First Request for Admissions to Plaintiff** electronically via Odyssey eFileGA, via statutory electronic service, or by placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Dr.
Building 12, Suite 200
Atlanta, GA 3028
adanna@auulaw.com

This 16th day of November, 2022.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
*jhardee@fainmajor.com*
*dray@fainmajor.com*

*/s/ James W. Hardee*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

EXHIBIT 10