Case 1:23-mi-99999-UNA   Document 1121-14   Filed 04/11/23   Page 1 of 1

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**1/5/2023 12:29 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **TALYSA JOHNSON,** | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Civil Action No. 22-C-04902-S2 |
| | * |
| **GARY TALBERT and** | * |
| **SCP DISTRIBUTORS, LLC.,** | * |
| **Defendants.** | * |

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I certify that I have this day served upon counsel of record in the foregoing matter a true and correct copy of **Defendant Gary Talbert's Response to Plaintiff's First Interrogatories, Request for Production of Documents and Request for Admissions b**y placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Dr.
Building 12, Suite 200
Atlanta, GA 3028
adanna@auulaw.com

This 5th day of January 2023.

FAIN MAJOR & BRENNAN, P.C.

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

*/s/ Dale C. Ray, Jr.*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*

EXHIBIT 14