IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| **TALYSA JOHNSON,** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 22-C-04902-S2 |
| | * | |
| **GARY TALBERT and** | * | |
| **SCP DISTRIBUTORS, LLC.,** | * | |
| Defendants. | * | |

**DEFENDANT SCP DISTRIBUTORS, LLC'S RESPONSE
TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS**

COMES NOW Defendant SCP Distributors, LLC, and responds to the Request for Admissions portion of the discovery pleading entitled, "Plaintiff's First Interrogatories, Requests for Admissions and Requests for Production of Documents to Defendant SCP Distributors, LLC," as follows:

1.

Request for Admissions No. 1 is admitted.

2.

Upon reasonable inquiry and based upon the information known or readily obtainable by this Defendant, this Defendant unable to admit or deny Request for Admissions No. 2.

3.

In response to Request for Admissions No. 3, this Defendant admits that Defendant Talbert breached a duty of care owed to the Plaintiff and thereby contributed in causing the subject accident.

4.

Upon reasonable inquiry and based upon the information known or readily obtainable by this Defendant, this Defendant unable to admit or deny Request for Admissions No. 4.

**EXHIBIT 15**

5.

Request for Admissions No. 5 is admitted.

6.

Request for Admissions No. 6 is denied.

7.

Request for Admissions No. 7 is admitted.

8.

In response to Request for Admissions No. 8 this Defendant admits that Gary Talbert was acting within the course and scope of his employment with this Defendant at the time of the subject accident. This Defendant denies, however, that Plaintiff's use of a female pronoun in this request is proper as Gary Talbert is not a female.

This 6th day of January, 2023.

|  | **FAIN MAJOR & BRENNAN, P.C.** |
|---|---|
| One Premier Plaza | */s/ Dale C. Ray, Jr.* |
| 5605 Glenridge Drive, NE | JAMES W. HARDEE |
| Suite 900 | Georgia Bar No. 324399 |
| Atlanta, GA 30342-1445 | DALE C. RAY, JR. |
| (404) 688-6633 | Georgia Bar No. 596095 |
| jhardee@fainmajor.com | *Counsel for Defendants* |
| dray@fainmajor.com | |

**IN THE STATE COURT OF GWINNETT COUNTY**

**STATE OF GEORGIA**

| | |
|---|---|
| **TALYSA JOHNSON,** | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   Civil Action No. 22-C-04902-S2 |
| | * |
| **GARY TALBERT and** | * |
| **SCP DISTRIBUTORS, LLC.,** | * |
|     **Defendants.** | * |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the *Defendant SCP Distributors, LLC's Response to Plaintiff's First Request for Admissions* by placing same in the United States Mail, postage prepaid, addressed as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Dr.
Building 12, Suite 200
Atlanta, GA 3028
adanna@auulaw.com

This 6th day of January, 2023.

**FAIN MAJOR & BRENNAN, P.C.**

One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

*/s/ Dale C. Ray, Jr.*
JAMES W. HARDEE
Georgia Bar No. 324399
DALE C. RAY, JR.
Georgia Bar No. 596095
*Counsel for Defendants*