Case 1:23-mi-99999-UNA   Document 1121-18   Filed 04/11/23   Page 1 of 1

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**1/20/2023 8:55 AM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| **TALYSA JOHNSON,** | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *     **Civil Action No. 22-C-04902-S2** |
| | * |
| **GARY TALBERT and** | * |
| **SCP DISTRIBUTORS, LLC.,** | * |
|     **Defendants.** | * |

### RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Uniform State Court Rule 5.2, I certify that I have this day served upon counsel of record in the foregoing matter a true and correct copy of **Defendant SCP Distributors, LLC's Response to Plaintiff's First Interrogatories and Request for Production of Documents b**y placing same in the United States mail, with proper postage affixed thereto, addressed as follows:

Adanna U. Ugwonali
UGWONALI LAW GROUP, LLC
750 Hammond Dr.
Building 12, Suite 200
Atlanta, GA 30328
adanna@auulaw.com

This 20th day of January, 2023.

**FAIN MAJOR & BRENNAN, P.C.**

*/s/ Dale C. Ray, Jr.*

| | |
|---|---|
| One Premier Plaza | JAMES W. HARDEE |
| 5605 Glenridge Drive, NE | Georgia Bar No. 324399 |
| Suite 900 | DALE C. RAY, JR. |
| Atlanta, GA 30342-1445 | Georgia Bar No. 596095 |
| (404) 688-6633 | *Counsel for Defendants* |
| jhardee@fainmajor.com | |
| dray@fainmajor.com | |

**EXHIBIT 18**