IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TALYSA JOHNSON,<br>      Plaintiff,<br><br>vs.<br><br>GARY TALBERT and<br>SCP DISTRIBUTORS, LLC.,<br>      Defendants. | *<br>*<br>*<br>*   Civil Action No. 22-C-04902-S2<br>*<br>*<br>*<br>* |

## VERIFICATION

COMES NOW SCP Distributors, LLC by and through its undersigned representative, who states under oath that the facts set forth in the within and foregoing **SCP Distributors, LLC's Responses to Plaintiffs' First Interrogatories** are true and correct to the best of his/her knowledge, information, and belief.

SCP DISTRIBUTORS, LLC

BY: _____

Lynn Easterlin
(PRINT NAME)

Sworn to and subscribed before me
this 15th day of
February, 2023.
_____
Notary Public

ITS: Regional Manager
(TITLE)



**EXHIBIT 19**