### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| **TALYSA JOHNSON**<br><br>    Plaintiff,<br><br>v.<br><br>**GARY TALBERT** and<br>**SCP DISTRIBUTORS, LLC**<br>    Defendant. | CIVIL ACTION FILE NUMBER:<br><br>22-C-04902-S2 |

### NOTICE OF DEPOSITION AND NOTICE TO PRODUCE

**TO:** Georgia Dept. Of Driver Services
Attention: Legal Department
PO BOX 80447
Conyers, Georgia 30013

COMES NOW Plaintiff, UGWONALI LAW GROUP LLC, and files this Notice to Take Deposition of **GEORGIA DEPT. OF DRIVER SERVICES**, for purposes of discovery, cross-examination, and all purposes allowed under the Georgia Civil Practice Act on **Tuesday**, **January 3, 2023, beginning at 2:00 P.M., at Ugwonali Law Group LLC, 750 Hammond Drive NE, Bldg. 12, Ste 200, Atlanta, GA 30328 in Fulton County**. You are invited to attend and examine the witness.

***IN LIEU OF APPEARANCE*** *said items as listed in Exhibit A can be provided to the Plaintiff's attorney below by Tuesday, January 3, 2023*

Dated: December 15, 2022
 750 Hammond Drive NE

Building 12, Ste. 200
Sandy Springs, Georgia 30328
(404) 593-2705 [Telephone]
(404) 334-3306 [Facsimile]
adanna@auulaw.com

Respectfully submitted,
**UGWONALI LAW GROUP, LLC**

_____
Georgia Bar No. 360541
Adanna Ugwonali, Esq

**EXHIBIT 20**

## EXHIBIT A

To: **Georgia Dept. Of Driver Services**
**Attention: Legal Department**
**PO BOX 80447**
**Conyers, Georgia 30013**

COMES NOW, Talysa Johnson by and through her attorney of record and pursuant to O.C.G.A. § 9-11-34, named Defendant in the above-styled action, and serves upon you this Request for Production of Documents, pursuant to O.C.G.A. § 9-11-34 (as amended July 1, 1986).

YOU ARE required to produce a copy of the documents designated below which are in your possession, custody or control unless an objection is filed. You may do so by mailing copies of said documents to **UGWONALI LAW GROUP LLC, 750 Hammond Drive NE, Bldg. 12, Ste 200, Atlanta, Georgia 30328,** (404) 593-2705, within the time allowed under Georgia Law. The requested documents are as follows:

1.

Copy of Gary Talbert complete driving records; or 7-year history MVR his date of birth 3/9/1961. Defendant's address is 3622 VICKI LN, DOUGLASVILLE, GA 30135 Defendant's License # 048427315

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **TALYSA JOHNSON**<br><br>    Plaintiff,<br><br>v.<br><br>**GARY TALBERT** and<br>**SCP DISTRIBUTORS, LLC**<br>    Defendant. | CIVIL ACTION FILE NUMBER:<br><br>22-C-04902-S2 |

**RULE 5.2 CERTIFICATE OF SERVING DISCOVERY MATERIAL**

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that:

NOTICE OF DEPOSITION AND NOTICE TO PRODUCE TO GEORGIA DEPT. OF DRIVER SERVICES were served upon counsel of record by filing with the Clerk of Court using the Odyssey eFile GA which will automatically send email notification of such filing and by depositing in the United States Mail copies of same in an envelope with sufficient postage affixed thereon addressed as follows:

James W. Hardee
DALE C. RAY, JR.
FAIN MAJOR & BRENNAN, P.C.
One Premier Plaza 5605 Glenridge Drive, NE Suite 900
Atlanta, GA 30342-1445 (404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

This 15th day of December, 2022.

                                            **UGWONALI LAW GROUP, LLC**

                                            _/s/ Adanna Ugwonali_
                                            Georgia Bar No. 360541

750 Hammond Drive NE                    Adanna Ugwonali, Esq
Building 12, Ste. 200
Atlanta, Georgia 30328
(404) 593-2705 [Telephone]
(404) 334-3306 [Facsimile]