E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**

**12/15/2022 1:29 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**TALYSA JOHNSON**

    Plaintiff,

v.

**GARY TALBERT** and
**SCP DISTRIBUTORS, LLC**
    Defendant.

CIVIL ACTION FILE NUMBER:

22-C-04902-S2

### RULE 5.2 CERTIFICATE OF SERVING DISCOVERY MATERIAL

Pursuant to Uniform State Court Rule 5.2, the undersigned hereby certifies that:

NOTICE OF DEPOSITION AND NOTICE TO PRODUCE TO GEORGIA DEPT. OF DRIVER SERVICES

were served upon counsel of record by filing with the Clerk of Court using the Odyssey eFile GA

which will automatically send email notification of such filing and by depositing in the United

States Mail copies of same in an envelope with sufficient postage affixed thereon addressed as

follows:

James W. Hardee
DALE C. RAY, JR.
FAIN MAJOR & BRENNAN, P.C.
One Premier Plaza 5605 Glenridge Drive, NE Suite 900
Atlanta, GA 30342-1445 (404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

This 15th day of December, 2022.

**UGWONALI LAW GROUP, LLC**

Georgia Bar No. 360541
Adanna Ugwonali, Esq

750 Hammond Drive NE
Building 12, Ste. 200
Atlanta, Georgia 30328
(404) 593-2705 [Telephone]
(404) 334-3306 [Facsimile]

EXHIBIT 21