Case 1:23-mi-99999-UNA   Document 1121-22   Filed 04/11/23   Page 1 of 1

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**12/2/2022 3:49 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **TALYSA JOHNSON** <br><br> Plaintiff, <br><br> v. <br><br> **GARY TALBERT** and <br> **SCP DISTRIBUTORS, LLC** <br> Defendant. | CIVIL ACTION FILE NUMBER: <br><br> 22-C-04902-S2 |

### RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that I have this date served upon opposing counsel a copy of **Plaintiff TALYSA JOHNSON's, first Supplemental Responses to Defendant's First Interrogatories, and First Request for Production of Documents** by Statutory Electronic Service and by placing same in the United States Mail, postage prepaid, addressed:

James W. Hardee
FAIN MAJOR & BRENNAN, P.C.
One Premier Plaza
5605 Glenridge Drive, NE
Suite 900
Atlanta, GA 30342-1445
(404) 688-6633
jhardee@fainmajor.com
dray@fainmajor.com

This 2nd day of December, 2022.

**UGWONALI LAW GROUP, LLC**

750 Hammond Drive                     /s/ Adanna U. Ugwonali
Building 12, Suite 200                Adanna U. Ugwonali, Esq.
Sandy Springs, GA 30328               Georgia Bar No. 360541
Office: 404-593-2705                  (Attorney) For the Plaintiff
Fax: 404-334-3306
adanna@auulaw.com

**EXHIBIT 22**