Case 1:23-mi-99999-UNA   Document 1121-23   Filed 04/11/23   Page 1 of 2

E-FILED IN OFFICE - AK
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**3/1/2023 4:24 PM**
**TIANA P. GARNER, CLERK**

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **TALYSA JOHNSON** <br><br> Plaintiff, <br><br> v. <br><br> **GARY TALBERT** and **SCP DISTRIBUTORS, LLC** <br> Defendant. | CIVIL ACTION FILE NUMBER: <br><br> 22-C-04902-S2 |

### NOTICE OF DEPOSITION

YOU ARE HEREBY NOTIFIED pursuant to Official Code of Georgia Annotated § 9-11-26, <u>et seq</u>., that before an officer duly authorized by law to administer oaths, the undersigned will proceed to take the following deposition for discovery, cross-examination of a party deponent, and all other purposes allowed by law, including use at trial.  The deposition will continue from day to day until examination is completed.

| **Deponent** | **Time** | **Location** |
|---|---|---|
| Gary Talbert | March 28, 2023 at 10:00 AM | virtual |

This 1st day of March, 2023

UGWONALI LAW GROUP LLC.

750 Hammond Drive
Building 12, Suite 200
Atlanta, GA 30328
Office: 404-593-2705
Fax: 404-334-3306
adanna@auulaw.com

/s/ Adanna U. Ugwonali
Adanna U. Ugwonali, Esq.
Georgia Bar No. 360541
(Attorney) For the Plaintiff

**EXHIBIT 23**

**IN THE STATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **TALYSA JOHNSON**<br><br>       Plaintiff,<br><br>v.<br><br>**GARY TALBERT** and<br>**SCP DISTRIBUTORS, LLC**<br>       Defendant. | CIVIL ACTION FILE NUMBER:<br><br>22-C-04902-S2 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing NOTICE OF DEPOSITION to Gary Talbert, with the Clerk of Court using the electronic filing system, which will automatically send email notification of such filing to the following attorneys of record:

Fain, Major & Brennan, P.C.
Dale C. Ray
One Premier Plaza
5605 Glenridge Drive NE
Suite 900
Atlanta, GA 30342
dray@fainajor.com

This 1st day of March, 2023

/s/ Adanna U. Ugwonali
Adanna U. Ugwonali, Esq.
Georgia Bar No. 360541

2