Case 1:23-mi-99999-UNA   Document 1121-25   Filed 04/11/23   Page 1 of 1

E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**22-C-04902-S2**
**12/16/2022 4:47 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**TALYSA JOHNSON**

   Plaintiff,

v.

**GARY TALBERT and.,
SCP DISTRIBUTORS, LLC**,

   Defendants.

**CIVIL ACTION FILE NO.**

**22-C-04902-S2**

## RULE 5.2 CERTIFICATE OF SERVICE

This is to certify that I have this date served upon opposing counsel a copy of **PLAINTIFF TALYSA JOHNSON'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES, FIRST ADMISSIONS AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** by Statutory Electronic Service and by placing same in the United States Mail, postage prepaid, addressed:

James W. Hardee.
Fain Major & Brennan, P.C.
5605 Glenridge Drive, NE Suite 900
Atlanta, GA 30342-1445
jhardee@fainmajor.com; dray@fainmajor.com

This 16th day of December, 2022.

**UGWONALI LAW GROUP, LLC**

750 Hammond Drive
Building 12, Suite 200
Sandy Springs, GA 30328
Office: 404-593-2705
Fax: 404-334-3306
adanna@auulaw.com

/s/ Adanna U. Ugwonali
Adanna U. Ugwonali, Esq.
Georgia Bar No. 360541
(Attorney) For the Plaintiff

**EXHIBIT 25**