# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: April 11, 2023 |
| RE: 20-67143-pmb<br>Bankruptcy Case No. | Dan Bogdan<br>Debtor(s) |
| | Dan Bar Enasha<br>Appellant |
| | vs |
| | Neil C. Gordon, Chapter 7 Trustee,<br>Maria Camelia Bogdan<br>Appellees |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 04/07/2023- Doc. No. 164
  File date of Order being appealed from 03/24/2023 - Doc. No. 149
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents 149, 164, docket sheet
☐ Designated items of    ☐ Appellant(s)    ☐ Appellee
  Filing Fee Paid -  ☐ Yes  ☒ No


If previous and/or related appeal filed, list:



FROM:  M. Regina Thomas, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
    Yahaira Lugo, Deputy Clerk


F08 (submusdc.roa) (Rev. 10-2009) – *dfa07.29.21*