

**IT IS ORDERED as set forth below:**

**Date: March 24, 2023**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: : | |
| : | CASE NO. **20-67143-PMB** |
| **DAN BOGDAN**, : | |
| : | CHAPTER 7 |
| Debtor. : | |
| _____ : | |

**ORDER DENYING DEBTOR'S MOTION TO RECONVERT CASE TO CHAPTER 13**

This matter comes before the Court on a *Motion to Reconvert Case to Chapter 13* (the "Motion")(Docket No. 139) filed by Dan Bogdan (the "Debtor") on March 9, 2023. The Debtor filed a *Motion to Expedite Hearing* on the Motion on March 10, 2023 (Docket No. 140). The Court entered an *Order Granting Debtor's Motion for Expedited Hearing and Notice of Hearing on Debtor's Motion to Reconvert Case to Chapter 13* on March 13, 2023, scheduling a hearing on the Motion for March 20, 2023 (Docket No. 143)(the "Hearing"). On March 14, 2023, the Chapter 7 Trustee (the "Trustee")[1] filed *Trustee's Objection to Debtor's Motion to Re-convert Case to Chapter 13* (Docket No. 144)(the "Trustee's Objection"). Maria C. Bogdan, a creditor in this case

---

[1] Neil Gordon was appointed as the interim trustee on April 4, 2022, in accordance with 11 U.S.C. § 701. *See* Docket No. 59. His appointment as the Trustee became final at the conclusion of the meeting of creditors when no other trustee was elected. 11 U.S.C. § 702(d).

as well as a co-debtor with respect to certain property of the estate, filed an *Objection to Debtor's Motion to Re-convert Case to Chapter 13* on March 15, 2023 (Docket No. 146)(together with the Trustee's Objection, the "Objections").   Also addressed at the Hearing was a *Notice of Default, Request for Show-Cause Hearing and Renewed Motion For Turnover of the Property* filed by the Trustee on March 4, 2023 (Docket No. 137)(the "Motion for Contempt").

Brian Shockley, counsel for the Debtor, and the Debtor appeared at the Hearing.  Maria Bogdan and Robert Schwartz, counsel for Maria Bogdan, appeared at the Hearing.  Also at the Hearing were the Trustee and Taylor Mansell on behalf of the Chapter 13 Trustee.  The Court heard sworn testimony by the Debtor and took evidence at the Hearing regarding both the Motion and the Motion for Contempt.[2]  Based on the evidence and argument presented at the Hearing[3] and for the reasons set forth on the record at the Hearing, it is hereby

**ORDERED** that the Objections are **SUSTAINED** and the Motion is **DENIED**.

The Clerk is directed to serve a copy of this Order upon the Debtor, counsel for the Debtor, Maria Bogdan, counsel for Maria Bogdan, the Trustee, and the United States Trustee.

**[END OF DOCUMENT]**

---

[2] A ruling on the Motion for Contempt is addressed through an *Order on Trustee's Notice of Default, Request for Show-Cause Hearing, and Renewed Motion for Turnover of the Property* entered by the Court on March 23, 2023 (Docket No. 148).

[3] Included in this evidence was the Debtor's prior conversion of this case.  This case was converted from Chapter 13 to one under Chapter 7 on April 4, 2022.  *See Order on Chapter 13 Trustee's Motion to Convert to Chapter 7 and Order on the Objection to Debtor's Bankruptcy Case filed by Maria Camelia Bogdan* (Docket No. 58).