EXHIBIT J

On Fri, Mar 10, 2023 at 5:55 PM Edward Cook <ecook@cookpclaw.com> wrote:
Ms. McKenzie:

Thank you for your production. I understand you are working on producing your itemized billing statement(s) and we will be in receipt of those billing statements in short order. I have reviewed your production and it was immediately apparent that there were no emails and/or correspondence (except the paralegal email regarding medical). It appears that there are documents, items and materials that have not been produced (in addition to the itemized billing statements) that you should be in possession. The subpoenaed production encompasses far more than your "working file." If you are withholding any document, note, statement, correspondence and/or any other item that was demanded for production pursuant to the subpoena, please provide a privilege log identifying said withheld document etc. and the the reason for withholding any document immediately. We will be taking all outstanding production matters to the Court and seeking exigent relief. Please note, we will be asking the Court to compel your appearance for hearing along with any and all subpoenaed materials you failed to produce. You will then have the opportunity to explain to the Court any failed and/or at issue subpoenaed materials that are being withheld. If you are withholding any production at the request of any attorney and/or paralegal at Conroy Simberg, please immediately advise. It is our position that you have no attorney-client relationship with Conroy Simberg and you are merely a retained witness. I am not offering you any legal advice but you may wish to seek legal advice from your own independent counsel. I look forward to receiving your response. I must further advise, if we are successful in our motions to compel we will seek attorney fees and costs for having to bring said compliance actions.

Sincerely,


Edward S. Cook
Attorney
ecook@cookpclaw.com
COOK, pc
970 Peachtree Industrial Blvd
Suite 202
Suwanee, GA 30024
Phone: (404) 841-8485
Fax: (678) 541-5408

www.cookpclaw.com

Confidentiality Notice:
This e-mail message, and any attachments thereto, contains confidential, privileged information intended solely for the use of the individual or entity to

whom it is addressed.  Do not read, copy or disseminate this message, or any attachments thereto,  unless you are the addressee.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any distribution, use or copying of this communication is prohibited.  If you have received this e-mail message in error, please contact us immediately by telephone at (404) 841-8485 and ask to speak with the message sender.  In addition, please forward the message back to the sender and delete it from your system.  Thank you.

On Mar 10, 2023, at 4:35 PM, Susan McKenzie <susmckenzie@gmail.com> wrote:

Attached is my entire working file on Carla Laribee as requested. The records listed in my report are the records that have been reviewed and summarized and they are in my electronic file, not my paper file as I do not print them. I am not able to get them into an email and everytime I attempt to download the voluminous file, it fails. Although I am certain that you have the records that I have reviewed in this matter, should you require me to provide the actual records that were provided to me from defense attorney, I will need to figure out a way to do that without a failure due to large data. I am in the process of doing my bill and will forward as soon as I complete it.
Sincerely,
--
Susan K. McKenzie, MS, CRC, CVE, CLCP
Certified Rehabilitation Counselor
Certified Life Care Planner
McKenzie Morris Rehab
(561)-352-3669

<Laribee_Carla_022023 final.pdf><Laribee retainer agreement.pdf><Laribee record letter .pdf><Laribee handwritten notes.pdf><Susan McKenzie_CV_Updated_Jan 2022 (1).pdf><2:2:23 Susan McKenzie_Testimony List_ November 2018- January 2023 (1).pdf>


--
Susan K. McKenzie, MS, CRC, CVE, CLCP
Certified Rehabilitation Counselor
Certified Life Care Planner
McKenzie Morris Rehab
(561)-352-3669