**EXHIBIT K**

From: Edward Cook <ecook@cookpclaw.com>
Subject: Re: SERVICE OF COURT DOCUMENT Case No. 3:21-CV-01108-HES-PDB LARIBEE, CARLA & KEVIN V. GYPSUM EXPRESS, LTD., ET AL
Date: March 10, 2023 at 2:36:28 PM EST
To: "MUM-Mark A. Myers" <mmyers@conroysimberg.com>
Cc: "runderwood@cookpclaw.com" <runderwood@cookpclaw.com>, JV-John Viggiani <jviggiani@conroysimberg.com>, MZD-Maryanne Durden <mdurden@conroysimberg.com>, "JRA-Jennifer R. Atzert" <jatzert@conroysimberg.com>, MXV-Meg Viggiani <mviggiani@conroysimberg.com>, Lindsey Rodgers <lrodgers@cookpclaw.com>

Mark:

Plaintiff's position is clear and correct. If any legally subpoenaed witness fails to completely and fully respond to the properly served subpoena, in its entirety and further fails to produce any and all documents/emails/notes/items/production etc. they are in non-compliance.  Plaintiff would be then forced to file an immediate motion to compel compliance and move to strike the witness for non-compliance and any and all additional remedies, including but not limited to, attorney fees and costs to be taxed against the non-compliant subpoenaed witness. Make no mistake, I understand your position and I understand the subpoenaed witnesses duty. I further understand the difference between discoverability and admissibility and the purview and discretion provided to the court. I note again that you have provided no substantive authority to support any position you may have as to any subpoenaed witnesses refusal to fully and completely comply with a legal and properly served subpoena. You merely state that you have "standing to object" according to the Middle District, I disagree with your position.

It appears we are at an impasse. I await the expert witnesses subpoenaed production (or failure thereof). The exposure to the purported expert witnesses is significant. If it is evidenced that you and your office advised any witness to not comply with the subpoena, it will obviously require sanctions motions to be filed on behalf of my clients. I suggest you analyze your and your office's position in regards to the subpoened witnesses.


Edward S. Cook
Attorney
ecook@cookpclaw.com
COOK, pc
970 Peachtree Industrial Blvd
Suite 202
Suwanee, GA 30024
Phone: (404) 841-8485
Fax: (678) 541-5408

www.cookpclaw.com

Confidentiality Notice:
This e-mail message, and any attachments thereto, contains confidential, privileged information intended solely for the use of the individual or entity to whom it is addressed.  Do not read, copy or disseminate this message, or any attachments thereto,  unless you are the addressee.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any distribution, use or copying of this communication is prohibited.  If you have received this e-mail message in error, please contact us immediately by telephone at (404) 841-8485 and ask to speak with the message sender.  In addition, please forward the message back to the sender and delete it from your system.  Thank you.

On Mar 10, 2023, at 1:49 PM, MUM-Mark A. Myers <mmyers@conroysimberg.com> wrote:

Good afternoon Mr. Cook,

I am in receipt of yours dated yesterday regarding defendant's notice of objections to subpoena's filed by your office. Perhaps I didn't make our objections clear enough and with that in mind I provide the following, more specific objections;

Specifically as the subpoena requests in paragraph 3 of Exhibit "A", a complete copy of any expert reports, including draft reports, Defendant objects to same. Even though your Subpeona purports to be a Rule 45 subpoena, because it is directed at a retained expert, documents responsive to the subpoena continue to be subject to Rule 26 restrictions. Rule 26(b)(3)(A) and (B) protect *drafts of any report or disclosurerequired under Rule 26(a)(2)*, regardless of the form in which the draft is recorded.

Additionally, as it relates to paragraph 11 of Exhibit "A" and the request for "All correspondence.." including emails…in connection with this matter…including but not limited to any and all correspondence from [defendant or their attorneys]. Defendants continues their objection to same as such

correspondence/communication is protected by Rule 26(b)(3)(A) and (B) *communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B)*, regardless of the form of the communications, *except to the extent that the communications*:

(i) relate to compensation for the expert's study or testimony;

(ii) *identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed*; or

(iii) *identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed*.

With the above objections preserved, Defendants do not object to the remainder of the requested materials.

Finally, the case law is very clear here in the Middle District of Florida that we have standing to object to these subpoenas based on privilege.

Sincerely,

Mark



**MARK A. MYERS**
ASSOCIATE
(904) 296-6004
(904) 470-4051 (Direct)
(904) 296-6008 (Fax)

4190 Belfort Road
Suite 222
Jacksonville, FL 32216

HOLLYWOOD   WEST PALM BEACH   ORLANDO   FORT MYERS   MIAMI   PENSACOLA
TALLAHASSEE   TAMPA   JACKSONVILLE   NAPLES   THOMASVILLE, GA

**We respectfully request that you send any documentation/correspondence electronically instead of via mail or fax if you are able.**

**PRIVILEGE AND CONFIDENTIALITY NOTICE :** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C . 2510-2522 and may be legally privileged pursuant to Florida Statute  90.502. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail, delete this message and its attachments and, if the recipient is an attorney or legal assistant, please immediately comply with Florida Rule of Civil Procedure 1.285(b). Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Conroy Simberg for damage arising in any way from its use.

**From:** Edward Cook [mailto:ecook@cookpclaw.com]
**Sent:** Thursday, March 09, 2023 4:58 PM
**To:** MXV-Meg Viggiani <mviggiani@conroysimberg.com>
**Cc:** runderwood@cookpclaw.com; MUM-Mark A. Myers <mmyers@conroysimberg.com>; JV-John Viggiani <jviggiani@conroysimberg.com>; MZD-Maryanne Durden <mdurden@conroysimberg.com>; JRA-Jennifer R. Atzert <jatzert@conroysimberg.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT Case No. 3:21-CV-01108-HES-PDB LARIBEE, CARLA & KEVIN V. GYPSUM EXPRESS, LTD., ET AL

**[External Email]**
Mark:

I am in receipt of your purported objection(s) emailed below (the day before subpoena compliance is required). I believe your objections are improper, frivolous and not well taken. We have litigated this issue in federal court (and in the Eleventh Circuit) and your positions are untenable and borderline ridiculous. Please withdraw your objections immediatley. If the objections are not

withdrawn by 3:00 p.m. tomorrow, Plaintiff will file a Motion to Compel as to each and every subpoena and any failure to respond to the subpoena by the person and/or business to whom the subpoena was served. I note that none of the person(s) and/or business(es) that are subject of the properly served subpoena have filed any such objection(s) as to any issue whatsoever. Moreover, we have not received any communication from any of the subpoenaed person(s) or business(es) nor any attorney that may represent them. I would also point out that your objection is totally void of any case law supporting your position on objection. This failure to support your objection is further evidence of a "bad-faith" objection(s). Your objection appears to be based and supported with a mere misstatement of law. I would also like to remind you that a non-party subpoena is far different than party production and the admissibility of evidence will always remain the court's decision. Finally, I must point out for the benefit of the court, that the subpoenaed person and/or witness has not identified any document, correspondence, email, item and/or material and provided any type of a privilege log. Please be advised that plaintiff will seek attorney fees and costs for having to litigate the issue(s).

I want to also be clear, any failure on behalf of the subpoenaed person and/or business will constitute complete non-compliance as to the lawful subpoena and we will immediately seek to strike the witness in total and/or any testimony to which there is non-compliance.

Sincerely,

Edward S. Cook
Attorney
ecook@cookpclaw.com
COOK, pc
970 Peachtree Industrial Blvd
Suite 202
Suwanee, GA 30024

Phone: (404) 841-8485
Fax: (678) 541-5408

www.cookpclaw.com

Confidentiality Notice:
This e-mail message, and any attachments thereto, contains confidential, privileged information intended solely for the use of the individual or entity to whom it is addressed.  Do not read, copy or disseminate this message, or any attachments thereto, unless you are the addressee.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any distribution, use or copying of this communication is prohibited.  If you have received this e-mail message in error, please contact us immediately by telephone at (404) 841-8485 and ask to speak with the message sender.  In addition, please forward the message back to the sender and delete it from your system.  Thank you.

On Mar 9, 2023, at 3:19 PM, MXV-Meg Viggiani <mviggiani@conroysimberg.com> wrote:

Dear Counsel,

In LARIBEE, CARLA & KEVIN V. GYPSUM EXPRESS, LTD., ET AL in the District Court of the Middle Judicial Circuit in and for Jacksonville County, Florida, Case No. 3:21-CV-01108-HES-PDB, attached is Gypsum Express & Rollison Higgs Notice of Objections to  Plaintiff's various Subpoenas.

John Viggiani
904-296-6004

<image001.jpg>

**MEG VIGGIANI**
LEGAL ASSISTANT  **TO**
**JEFFREY A. YARBROUGH, ESQ.**
**MARK A. MYERS, ESQ.**
(904) 296-6004
(904) 470-4066 (Direct)
(904) 296-6008 (Fax)

4190 Belfort Road
Suite 222
Jacksonville, FL 32216

HOLLYWOOD   WEST PALM BEACH   ORLANDO   FORT MYERS   MIAMI   PENSACOLA
TALLAHASSEE   TAMPA   JACKSONVILLE   NAPLES   THOMASVILLE, GA

**We respectfully request that you send any documentation/correspondence electronically instead of via mail or fax if you are able.**

**PRIVILEGE AND CONFIDENTIALITY NOTICE :** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C . 2510-2522 and may be legally privileged pursuant to Florida Statute  90.502. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail, delete this message and its attachments and, if the recipient is an attorney or legal assistant, please immediately comply with Florida Rule of Civil Procedure 1.285(b). Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Conroy Simberg for damage arising in any way from its use.

<Gypsum Express & Rollison HHiggs N-Obj Plf Subp.pdf>