**EXHIBIT L**

2147392

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**DIVISION**

**Case No. 3:21-CV-01108-HES-PDB MIDDLE**

CARLA LARIBEE and KEVIN LARIBEE,

  Plaintiffs,

v.

GYPSUM EXPRESS, LTD, ROLLISON
TUCKER HIGGS, FCA US LLC d/b/a
CHRYSLER GROUP, LLC, and STELLANTIS
N.V. f/k/a FIAT CHRYSLER AUTOMOBILES
N.V. d/b/a FCA US LLC

  Defendants.

_____/

**<u>GYPSUM EXPRESS, LTD AND ROLLISON TUCKER HIGGS' NOTICE OF</u>**
**<u>OBJECTIONS TO PLAINTIFF'S VARIOUS SUBPOENAS PURSUANT TO RULE 45</u>**

TO:        Edward S. Cook, Esq.
               Lindsay Rodgers, Esq.
               Attorneys for Plaintiff
               Cook, Leverett & Underwood, LLP
               970 Peachtree Industrial Boulevard
               Suite 202
               Suwanee, GA 30024
               ecook@cookpclaw.com
               lrodgers@cookpclaw.com

               Robert R. Underwood, II Esq.
               Attorney for Plaintiff
               Cook, Leverett & Underwood, LLP
               4600 Touchton Road East
               Suite 1150
               Jacksonville, FL 32246
               runderwood@cookpclaw.com

CASE NO. 3:21-CV-01108-HES-PDB

Counselors,

PLEASE TAKE NOTICE that Defendants Gypsum Express, Ltd. and Rollins Tucker Higgs hereby object to the Rule 45 subpoenas you served on their expert witnesses by notices dated February 23, 2023, and March 6, 2023, as the subpoenas seek privileged information, including all documents provided by counsel; each expert's complete file for the case; draft reports; all notes or work papers the expert prepared in connection with his or her work work on the case; all reports, correspondence, notes, or other documents and things, including emails, that each expert prepared, or that were provided to said expert, in connection with this matter, including any and all  correspondence to and from counsel; and any and all documents which refer, reflect, or relate to any payments made to said expert by counsel in connection with any work or services said expert has performed on or involving any case or claim within the past seven years.

Plainly, the requested information includes information protected from disclosure by Fed. R. Civ. P. 26 (b)(4), including draft reports and communications between said experts and Defendants' counsel.

The following Subpoenas are the object of this objection.

1. Subpoena to Produce Documents, Information, or Objects in a Civil Action to Sean Alexander. Date of Notice 2/23/23.

2. Subpoena to Produce Documents, Information, or Objects in a Civil Action to Crash Analysis & Reconstruction, LLC. Date of Notice 2/23/23.

CASE NO. 3:21-CV-01108-HES-PDB

3.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    Frederick A. Raffa. Date of Notice 2/23/23.

4.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    Matthew Lawson. Date of Notice 2/23/23.

5.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    Lawson Healthcare Group, LLC. Date of Notice 2/23/23.

6.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    Susan McKenzie. Date of Notice 2/23/23.

7.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    McKenzie Morris Rehab, LLC. Date of Notice 2/23/23.

8.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    Austin T. Folley, M.D. Date of Notice 03/0623.

9.  Subpoena to Produce Documents, Information, or Objects in a Civil Action to
    Biodynamics Research Corporation. Date of Notice 03/06/23.

Defense Counsel intends to file a Privilege Log with respect to this matter within
the next 7 days.

.

    /s/ Mark A. Myers
John Viggiani, Esquire
Florida Bar No.:  748129
Mark A. Myers, Esquire
Florida Bar No. 120910
4190 Belfort Road, Suite 222
Jacksonville, FL 32216
jviggiani@conroysimberg.com
904-296-6004

3

CASE NO. 3:21-CV-01108-HES-PDB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by Electronic Mail on this 9th day of May on all counsel or parties of record on the Service List below.

<u>  /s/Mark A. Myers  </u>
Mark A. Myers, Esq.

4