Received 03/12/23
3-2-86-64399

# EXHIBIT N

| | |
|---|---|
| **From:** | Dorothy A. Watkins |
| **To:** | LoginLogin |
| **Cc:** | Jada Saunders; Paige Wright; Pam VanBaak |
| **Subject:** | EFILE LOGIN: Laribee, Carla v. Gypsum Express - 64399 |
| **Date:** | Friday, March 10, 2023 3:52:13 PM |

---

**From:** MZD-Maryanne Durden <mdurden@conroysimberg.com>
**Sent:** Friday, March 10, 2023 1:52 PM
**To:** 'Ashley H. Hulsey' <ashley@lawsonhealth.com>; 'Susan McKenzie' <susmckenzie@gmail.com>; Robyn Monaco <robyn@raffaconsulting.com>; Dorothy A. Watkins <dwatkins@brconline.com>; 'Sean Alexander' <sean@autocrashanalysis.com>
**Cc:** Matthew Lawson <matt@lawsonhealth.com>; Danette <danette.sga@gmail.com>; JV-John Viggiani <jviggiani@conroysimberg.com>; MUM-Mark A. Myers <mmyers@conroysimberg.com>; JRA-Jennifer R. Atzert <jatzert@conroysimberg.com>; MXV-Meg Viggiani <mviggiani@conroysimberg.com>
**Subject:** Laribee v. Gypsum Express, et al; Our Matter No. 2147392;

Good afternoon, Everyone,

"As you all know, responses to the subpoenas served by OC are due today (with the exception of Dr. Folley). Please provide responses to the subpoena today, as required, however omitting and privileged documents in your file relevant to the below items that may be in your files.

Specifically as the subpoena requests in paragraph 3 of Exhibit "A", a complete copy of any expert reports, including draft reports, Defendant objects to same. Even though your Subpeona purports to be a Rule 45 subpoena, because it is directed at a retained expert, documents responsive to the subpoena continue to be subject to Rule 26 restrictions. Rule 26(b)(3)(A) and (B) protect *drafts of any report or disclosure required under Rule 26(a)(2)*, regardless of the form in which the draft is recorded.

Additionally, as it relates to paragraph 11 of Exhibit "A" and the request for "All correspondence.." including emails…in connection with this matter…including but not limited to any and all correspondence from [defendant or their attorneys]. Defendants continues their objection to same as such correspondence/communication is protected by Rule 26(b)(3)(A) and (B) *communications between the party's attorney and any witness required to provide a report under Rule 26(a)(2)(B)*, regardless of the form of the communications, *except to the extent that the communications*:

> (i) relate to compensation for the expert's study or testimony;
>
> (ii) *identify facts or data that the party's attorney provided and that the expert*

*considered in forming the opinions to be expressed*; or

(iii) *identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed."*



**MARYANNE DURDEN**
PARALEGAL
(904) 296-6004
(904) 470-4050 (Direct)
(904) 296-6008 (Fax)

4190 Belfort Road
Suite 222
Jacksonville, FL 32216

HOLLYWOOD  WEST PALM BEACH  ORLANDO  FORT MYERS  MIAMI  PENSACOLA
TALLAHASSEE  TAMPA  JACKSONVILLE  NAPLES  THOMASVILLE, GA

**We respectfully request that you send any documentation/correspondence electronically instead of via mail or fax if you are able.**

**PRIVILEGE AND CONFIDENTIALITY NOTICE :** This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C . 2510-2522 and may be legally privileged pursuant to Florida Statute  90.502. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail, delete this message and its attachments and, if the recipient is an attorney or legal assistant, please immediately comply with Florida Rule of Civil Procedure 1.285(b). Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.  Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Conroy Simberg for damage arising in any way from its use.