# COOK, LEVERETT & UNDERWOOD, LLP

970 Peachtree Industrial Boulevard
Suite 202
Suwanee, Georgia 30024
(404) 841-8485

---

Edward S. Cook
Attorney

**EXHIBIT P**

March 15, 2023

**via First Class U.S. Mail and**
**Email to: sean@autocrashanalysis.com**

Crash Analysis & Reconstruction
524 Houston Lake Road
Suite L
Warner Robins, GA 31088

**RE:** *Carla Laribee and Kevin Laribee v. Gypsum Express, Ltd., et al*
***Case No.: 3:21-CV-01108-HES-PDB***
**United States District Court, Middle District of Florida (Jacksonville)**

Dear Crash Analysis and Reconstruction:

  In accordance with the Federal Rules of Civil Procedure, this letter shall serve as Plaintiffs' good faith effort to resolve a dispute regarding your complete and total failure to respond to a subpoena. Pursuant to Fed. R. Civ. P. 45(c) and (d) you were served with a properly executed subpoena via statutory overnight delivery on March 1, 2023. You were given a deadline of March 10, 2023 in which to comply with the subpoena. Based on your failure to comply with the subpoena in a timely manner, any and all objections and/or claims of privilege of any type have been waived.

  As stated above, and pursuant to the Federal Rules of Civil Procedure, this is a final good faith attempt to resolve a dispute regarding your complete and total failure to respond to a subpoena. **In order to resolve this dispute, all items, documents, and materials which are subpoenaed in the above referenced matter should be delivered immediately to our office at 970 Peachtree Industrial Boulevard, Ste. 202, Suwanee, GA 30024 and received no later than 2:00 p.m. on Monday, March 20, 2023.** Failure to timely comply will result in our immediate filing of a Motion for Non-Compliance with the Court.

Sincerely yours,
**Cook, Leverett & Underwood, LLP**

Edward S. Cook