# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. Kevin P. Weimer, Clerk<br>United States District Court | DATE: April 11, 2023 |
| RE: 20-67143-pmb<br>Bankruptcy Case No. | Dan Bogdan<br>Debtor(s) |
| | Dan Bar Enasha<br>Appellant |
| | vs |
| | Neil C. Gordon, Chapter 7 Trustee,<br>Maria Camelia Bogdan<br>Appellees |

## SUBMISSION SHEET

**Submitted on:**

☒ Notice of Appeal filed 04/07/2023- Doc. No. 165
   File date of Order being appealed from 03/28/2023 - Doc. No. 153
☐ Supplemental Record to USDC Case No.
☐ Other: Click here to enter text.

**Contents of Record:**
☒ Documents 153, 165, docket sheet
☐ Designated items of   ☐ Appellant(s)   ☐ Appellee
   Filing Fee Paid -   ☐ Yes   ☒ No

If previous and/or related appeal filed, list:

**1:23-mi-99999-UNA #1123**

FROM:  M. Regina Thomas, Clerk of Court
        United States Bankruptcy Court

By: /s/_____
     Yahaira Lugo, Deputy Clerk