

**IT IS ORDERED as set forth below:**


**Date: March 28, 2023**

_Paul Baisier_
_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **DAN BOGDAN,** | ) | **CASE NO. 20-67143-PMB** |
| | ) | |
| **Debtor.** | ) | **CHAPTER 7** |

**ORDER OVERRULING OBJECTION TO**
**TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT**

This matter came on for hearing before the Court on March 27, 2023 (the "Hearing"), on

the objection [Doc. No. 133] (the "Objection") filed by debtor Dan Bogdan (the "Debtor") to the

notice filed by Neil C. Gordon as Chapter 7 trustee for the bankruptcy estate of Dan Bogdan (the

"Trustee") of his intent to abandon two vehicles -  a 2016 Kia Optima and a 2013 Hyundai Accent

(the "Hyundai"), on the basis that the vehicles, which had largely been claimed as exempt, were

both burdensome and of inconsequential value to the bankruptcy estate (the "Notice")[Doc. No.

130].

The Trustee issued the Notice in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure. The Objection was timely filed within fourteen (14) days of the date of the mailing of the Notice.  The Objection relates only to the abandonment of the Hyundai.

Appearing at the Hearing were Debtor and his counsel, Brian Shockley, Maria Bogdan and her attorney, Robert Schwartz, and the Trustee.  For the reasons stated on the record at the Hearing, it is hereby

ORDERED that (i) the Objection is overruled, (ii) the Trustee's abandonment of the vehicles, including the Hyundai, is hereby approved and authorized, and (iii) the vehicles, including the Hyundai, are hereby abandoned.

The Clerk's Office is directed to serve a copy of this Order on the parties on the attached distribution list.

**[END OF DOCUMENT]**

## DISTRIBUTION LIST

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Neil C. Gordon
Taylor English Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Brian Shockley
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Robert D. Schwartz
P O Box 160100
Atlanta, GA 30316-1002

Dan Bodgan
3172 Briarcliff Road
Atlanta, GA 30329

Maria Camelia Bogdan
102 Gettysburg Place
Atlanta, GA 30350

Maria Camelia Bogdan
10295 Rillridge Court
Alpharetta, GA 30022