# EXHIBIT A

Case 1:23-mi-99999-UNA   Document 1129-1   Filed 04/11/23   Page 2 of 9

State Court of Fulton County
**E-FILED**
22EV002176
3/16/2023 11:47 AM
Donald Talley, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| **JAYMES CALDWELL** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAFN:  22EV002176 |
| | ) |
| **WESTDALE ASSET MANAGEMENT, LTD.** | ) |
| **d/b/a THE ALASTAIR AT ARIA VILLAGE,** | ) |
| **and JACOB MILLER,** | ) |
| | ) |
| **Defendants.** | ) |

## AMENDED COMPLAINT FOR DAMAGES

**JAYMES CALDWELL**, Plaintiff in this case, files this *Amended Complaint for Damages*, and respectfully shows as follows:

### PARTIES

1.

Plaintiff is a resident of Georgia and submits to the jurisdiction and venue of this Court.

2.

**WESTDALE ASSET MANAGEMENT, LTD. d/b/a THE ALASTAIR AT ARIA VILLAGE** ("Defendant Westdale") is a foreign limited partnership with its principal place of business located at 2550 Pacific Avenue, Suite 1600, Dallas, Texas 75226.

3.

Defendant Westdale is subject to the jurisdiction and venue of this Court because Defendant Westdale transacts business within the State of Georgia and the tortious acts alleged herein were committed in the State of Georgia.

4.

Defendant Westdale may be served with Amended Complaint through its attorneys of record.

5.

**JACOB MILLER** ("Defendant Miller") is a resident of the State of Texas and may be served with Amended Complaint through his attorneys of record.

FACTS

6.

On May 5, 2021 Defendant Westdale owned, operated, or managed the apartment complex known as The Alastair at Aria Village, located at 6500 Aria Boulevard, Sandy Springs, Georgia 30328 (hereafter "Subject Premises").

7.

On May 5, 2021 Defendant Westdale employed Defendant Miller as an on-site security officer at the Subject Premises.

8.

On May 5, 2021 Defendant Miller was also employed as a police officer for the City of Sandy Springs, Georgia.

9.

On May 5, 2021 Plaintiff was working for a moving company, and was assisting a resident move into the resident's apartment at the Subject Premises.

10.

On May 5, 2021 Defendant Miller attended a "Cinco De Mayo" social gathering at the Subject Premises and consumed an alcoholic beverage during the gathering.

11.

On May 5, 2021 Defendant Miller went to dinner with his wife and consumed an alcoholic beverage at the restaurant.

12.

On May 5, 2021 after consuming the alcoholic beverages and returning to the Subject Premises, Defendant Miller approached Plaintiff and demanded Plaintiff move the moving truck parked on the grounds of the Subject Premises.

13.

At the same time, Defendant Miller identified himself to Plaintiff as the peace officer for the complex or courtesy officer, and as a Sandy Springs Police officer.

14.

At some point during the interaction between Defendant Miller and Plaintiff, Defendant Miller got into his Sandy Springs Police Department issued vehicle and activated the emergency lights on the vehicle. Defendant Miller also produced and showed his Sandy Springs Police Department badge and body camera to Plaintiff.

15.

When Plaintiff refused to move the truck, Defendant Miller, without justification used unnecessary and excessive force to physically assault Plaintiff, causing injuries to Plaintiff's person.

16.

At all relevant times herein Defendant Miller was acting within the scope of his employment with Defendant Westdale.

17.

At all relevant times herein Defendant Miller was acting under the color of law and in his capacity as a police officer.

18.

As a result of Defendant Miller's violent and unprovoked attack, Plaintiff has incurred special damages in the form of medical bills and loss of income, approximately totaling $20,000.

19.

As a result of Defendant Miller's violent and unprovoked attack, Plaintiff has incurred general damages in the form pain and suffering.

<u>Violation of Plaintiff's Civil Rights; 42 USC §1983</u>

20.

Plaintiff brings this 42 USC §1983 claim against Defendant Miller in his individual capacity.

21.

42 U.S.C. §1983 provides that:

Every person, who under color of any statute, ordinance, regulation, custom or usage of any state or territory or the District of Columbia subjects or causes to be subjected any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the constitution and law shall be liable to the party injured in an action at law, suit in equity, or other appropriate proceeding for redress…

22.

Defendant Miller was acting under the color of all at all relevant times herein.

23.

Plaintiff had the clearly established right to be secure in his person from unreasonable searches and seizures without due process, under the Fourth Amendment and Fourteenth Amendment of the United States Constitution.

24.

Defendant Miller knew or should have known of these clearly established constitutional rights at the time of the complained of conduct.

25.

The acts of Defendant Miller, to wit: attempting to give a lawful order to Plaintiff after consuming alcoholic beverages and using unjustified, unreasonable, unnecessary, and excessive force upon Plaintiff during the interaction as described herein deprived Plaintiff of his constitutional rights and caused Plaintiff's damages.

26.

Defendant Miller is not entitled to qualified/official immunity for the complained of conduct.

27.

As a direct result of Defendant Miller's unlawful conduct, Plaintiff has suffered and incurred significant injuries, medical bills, and emotional injuries entitling him to special damages, general damages, and punitive damages, in amounts to be determined at trial.

28.

Plaintiff is entitled to attorneys' fees and costs pursuant to 42 U.S.C. §1988, pre-judgement interest and costs as allowable by Georgia and federal law.

State Law Claims

29.

Defendant Miller is liable to Plaintiff for special and general damages under O.C.G.A. §51-1-14 because Defendant Miller did commit or attempted to commit a violent physical injury upon Plaintiff.

30.

Defendant Miller is liable to Plaintiff for special and general damages under O.C.G.A. §51-7-1 for false arrest.

31.

Defendant Miller is liable to Plaintiff for special and general damages under O.C.G.A. §51-7-20 for false imprisonment.

32.

Defendant Westdale is liable to Plaintiff for special and general damages because Defendant Westdale is responsible for the intentional acts of its employees.

33.

Defendant Westdale is liable to Plaintiff for special and general damages under O.C.G.A. §51-3-1 because Defendant Westdale failed to exercise ordinary care in keeping the Subject Premises safe for Plaintiff.

34.

Defendant Westdale is liable to Plaintiff for special and general damages under O.C.G.A. §51-2-2 because Plaintiff was injured due to the willful acts of Defendant Westdale's employee.

35.

Defendants are liable to Plaintiff for punitive damages because Defendants' actions showed willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise the presumption of conscious indifference to consequences.

WHEREFORE, Plaintiff prays the following:

a. A trial by a jury of 12 on all issues triable;

b. An award of special, general, and punitive damages against Defendants and in Plaintiff's favor;

c. An award of all expenses and costs of litigation;

d. An award of attorney fees; and

e. Any other relief the Court and/or Jury find reasonable and just.

Respectfully submitted this 16th day of March, 2023.

/s/ Timothy A. Raimey
**TIMOTHY A. RAIMEY, ESQ.**
Georgia Bar No. 957293
THE ARNOLD LAW FIRM, LLC
6440 Old Hillandale Drive
Stonecrest, Georgia 30058
tj@thearnoldlawfirm.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that this date I have served an accurate copy of the foregoing upon the following addressees via STATUTORY ELECTRONIC SERVICE, addressed as follows:

**JACKSON A. DIAL**
jdial@wwhgd.com
**SHANNDOR MCCLAIN**
smcclain@wwhgn.com
Attorneys for Westdale Asset Management, LTD

**KEN DAVIS**
ken@lorussolawfirm.com
Attorney for Jacob Miller

Respectfully submitted this 16th day of March, 2023.

/s/ Timothy A. Raimey
**TIMOTHY A. RAIMEY**
Georgia Bar No. 957293
THE ARNOLD LAW FIRM, LLC
6440 Old Hillandale Drive
Stonecrest, GA 30058
404.729.7586
tj@thearnoldlawfirm.com
Attorney for Plaintiff