# EXHIBIT C

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| JAYMES CALDWELL, ) | |
| ) | FILE NO. 22-EV-002176 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WESTDALE ASSET MANAGEMENT, ) | |
| LTD. d/b/a THE ALASTAIR AT ARIA ) | |
| VILLAGE, and JACOB MILLER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **DEFENDANT WESTDALE ASSET MANAGEMENT, LTD. d/b/a THE ALASTAIR AT ARIA VILLAGE'S NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendant Westdale Asset Management Ltd. d/b/a The Alastair at Aria Village ("Westdale") has filed a Notice of Removal from the State Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. Attached as Exhibit "A" is a copy of the Notice of Removal.

PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal with the Clerk of the United States District Court for the Northern District of Georgia, and filing copies thereof with the Clerk of the State Court of Fulton County, Georgia, Westdale has effected removal and the State Court shall proceed no further in this action unless and until the case is remanded pursuant to 28 U.S.C. § 1446(d).

[SIGNATURE ON NEXT PAGE]

This 11th day of April, 2023.

| | |
|---|---|
| 3344 Peachtree Road, NE, Suite 2400<br>Atlanta, Georgia 30326<br>Telephone: (404) 876-2700<br>Facsimile: (404) 875-9433<br>jdial@wwhgd.com | WEINBERG WHEELER HUDGINS<br>GUNN & DIAL, LLC<br><br>*/s/ Jackson A. Dial*<br>Jackson A. Dial<br>Georgia Bar No. 155955<br>*Counsel for Defendant Westdale Asset Management, Ltd. d/b/a The Alastair at Aria Village* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed via Odyssey eFileGA which will automatically send e-mail notification of such filing to all counsel of record, as follows:

Timothy A. Raimey
THE ARNOLD LAW FIRM, LLC
6440 Old Hillandale Drive
Stonecrest, Georgia 30058
tj@thearnoldfirm.com
*Attorneys for Plaintiff*

Ken Davis
LORUSSO LAW FIRM, LLC
1827 Powers Ferry Road SW
Building 8, Suite 200
Atlanta, GA 30339
ken@lorussolawfirm.com
*Counsel for Defendant Miller*

This 11th day of April, 2023.

                                            */s/ Jackson A. Dial*
                                            Jackson A. Dial
                                            Georgia Bar No. 155955