# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| VICTORIA SNOW,<br><br>   Plaintiff,<br><br>v.<br><br>JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; CARDINAL HEALTH, INC., and JOHN DOE NOS. 1-10,<br><br>   Defendants. | C.A. No. |

## NOTICE OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendants Jay Johnson, Mark Legarda, Martin Russo, Matthew East, Doug Bondar, Mark Barnes, Nancy Livingston, Kendall Patient Recovery U.S., LLC, and Cardinal Health, Inc. (collectively "Defendants") submit the following Notice of Consent to Removal.[1] As stated in Defendants' Notice of Removal, Defendants consent to the removal of this action from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia.

---

[1] Defendants Jay Johnson, Matthew East, and Doug Bondar are represented by separate counsel, have conferred with Defendants' counsel, and consent to removal.

Respectfully submitted, this 11th day of April, 2023.

*Signatures on following page.*

>/s/ William Ezzell
>S. Derek Bauer
>Georgia Bar No. 042537
>dbauer@bakerlaw.com
>William Ezzell
>Georgia Bar No. 297641
>wezzell@bakerlaw.com
>Georgia L. Bennett
>Georgia Bar No. 495910
>gbennett@bakerlaw.com
>**BAKER & HOSTETLER, LLP**
>1170 Peachtree Street, Suite 2400
>Atlanta, Georgia 30309
>Telephone:  404-256-8425
>
>Matthew D. Thurlow
>*(Pro Hac Vice Forthcoming)*
>mthurlow@bakerlaw.com
>**BAKER & HOSTETLER LLP**
>1050 Connecticut Avenue NW, Suite 1100
>Washington, DC 20036
>Telephone:  202-861-1681
>
>*Counsel for Defendants Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, and John Doe Nos. 1-10*