IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES JONES,<br><br>      Plaintiff,<br><br>v.<br><br>JAY E. JOHNSON; MARK LEGARDA; MARTIN RUSSO; MATTHEW EAST; DOUG BONDAR; MARK BARNES; NANCY LIVINGSTON; KENDALL PATIENT RECOVERY U.S., LLC; CARDINAL HEALTH, INC. and JOHN DOE NOS. 1-10,<br><br>      Defendants. | C.A. No. |

## **NOTICE OF CONSENT TO REMOVAL**

Pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendants Jay Johnson, Mark Legarda, Martin Russo, Matthew East, Doug Bondar, Mark Barnes, Nancy Livingston, Kendall Patient Recovery U.S., LLC, and Cardinal Health, Inc. (collectively "Defendants") submit the following Notice of Consent to Removal.[1] As stated in Defendants' Notice of Removal, Defendants consent to the removal of this action from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia.

---

[1] Defendants Jay Johnson, Matthew East, and Doug Bondar are represented by separate counsel, have conferred with Defendants' counsel, and consent to removal.

Respectfully submitted, this 11th day of April, 2023.

*Signatures on following page.*

/s/ William Ezzell
S. Derek Bauer
Georgia Bar No. 042537
dbauer@bakerlaw.com
William Ezzell
Georgia Bar No. 297641
wezzell@bakerlaw.com
Georgia L. Bennett
Georgia Bar No. 495910
gbennett@bakerlaw.com
**BAKER & HOSTETLER, LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: 404-256-8425

Matthew D. Thurlow
*(Pro Hac Vice Forthcoming)*
mthurlow@bakerlaw.com
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW, Suite 1100
Washington, DC 20036
Telephone: 202-861-1681

*Counsel for Defendants Kendall Patient Recovery U.S., LLC, Cardinal Health, Inc., Mark Legarda, Martin Russo, Mark Barnes, Nancy Livingston, and John Doe Nos. 1-10*