UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONRAD JAMES, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: _____ |
| | : | |
| v. | : | |
| | : | |
| GENERAL MILLS OPERATIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff hereby files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, showing as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. Plaintiff Conrad James; and

    b. Defendant General Mills Operations, LLC.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   a. Lawson, Reid & Dean, LLC.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

   a. For Plaintiff:

      Douglas H. Dean
      LAWSON, REID & DEAN, LLC
      601 E. 14th Avenue (31015)
      Post Office Box 5005
      Cordele, Georgia 31010
      (229) 271-9323  Office
      (229) 271-9324  Facsimile
      *douglas.dean@lawsonreidlaw.com*

4. Jurisdiction over this action is not based upon diversity.

*Signature continued on following page.*

Respectfully submitted this 11th day of April 2023.


                                         BY:    /s/ Douglas Dean
                                                       Georgia Bar No. 130988
                                                       Attorney for Plaintiff
                                                       Lawson, Reid & Dean, LLC
                                                       601 East 14th Avenue (31015)
                                                       Post Office Box 5005
                                                       Cordele, Georgia  31010
                                                       T:  (229) 271-9323
                                                       F:  (229) 271-9324
                                                       E: *douglas.dean@lawsonreidlaw.com*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT has been prepared with 13-point Book Antiqua font, which is one of the font and point selections approved by this Court in Local Rule 5.1(C).

This 11th day of April 2023.

                                              BY:    /s/ Douglas Dean
                                                              Georgia Bar No. 130988
                                                              Attorney for Plaintiff
                                                              Lawson, Reid & Dean, LLC
                                                              601 East 14th Avenue (31015)
                                                              Post Office Box 5005
                                                               Cordele, Georgia  31010
                                                              T:  (229) 271-9323
                                                              F:  (229) 271-9324
                                                              E: *douglas.dean@lawsonreidlaw.com*