UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN KENNEDY ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES BY PLAINTIFF** |

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff John Kennedy Alexander

    Defendant Experian Information Solutions, Inc.

    Defendant Trans Union LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, firms, partnerships, or corporations having either a financial interest in or other interest which could be

1

substantially affected by the outcome of this particular case:

   None known to Plaintiff at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

                                Jenna Dakroub, GA #385021
                                CONSUMER ATTORNEYS
                                8245 N. 85th Way
                                Scottsdale, AZ 85258
                                E: jdakroub@consumerattorneys.com
                                T: (602) 807-1525
                                F: (718) 715-1750
                                *Attorneys for Plaintiff,*
                                *John Kennedy Alexander*

Dated: April 11, 2022                */s/ Jenna Dakroub*
                                Jenna Dakroub, GA #385021
                                **CONSUMER ATTORNEYS**
                                8245 N. 85th Way
                                Scottsdale, AZ 85258
                                E: jdakroub@consumerattorneys.com
                                T: (602) 807-1525
                                F: (718) 715-1750
                                *Attorneys for Plaintiff*
                                *John Kennedy Alexander*