# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| JEREMIAH GOODEN,<br><br>    Plaintiff,<br><br>v.<br><br>CAD ACCOUNTS RECEIVABLE MGMT LLC,<br><br>    Defendants. | Case No.:<br><br>**CERTIFICATE OF INTERESTED PARTIES BY PLAINTIFF** |

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Plaintiff Jeremiah Gooden

    Defendant CAD Accounts Receivable Mgmt LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, firms, partnerships, or corporations having either a financial interest in or other interest which could be

1

substantially affected by the outcome of this particular case:

   None known to Plaintiff at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

                                               Jenna Dakroub, GA #385021
                                               CONSUMER ATTORNEYS
                                               8245 N. 85th Way
                                               Scottsdale, AZ 85258
                                               E: jdakroub@consumerattorneys.com
                                               T: (602) 807-1525
                                               F: (718) 715-1750
                                               *Attorneys for Plaintiff,*
                                               *Jeremiah Gooden*

Dated: April 11, 2022                       */s/ Jenna Dakroub*
                                               Jenna Dakroub, GA #385021
                                             **CONSUMER ATTORNEYS**
                                             8245 N. 85th Way
                                             Scottsdale, AZ 85258
                                             E: jdakroub@consumerattorneys.com
                                             T: (602) 807-1525
                                             F: (718) 715-1750
                                             *Attorneys for Plaintiff*
                                             *Jeremiah Gooden*