# **EXHIBIT A**

**Certificate of Insurance**

Securian Life Insurance Company • A Stock Company
400 Robert Street North • St. Paul, Minnesota 55101-2098



**SECURIAN**

Effective April 1, 2022

## Read Your Certificate Carefully

You are insured under the group policy shown on the specifications page attached to this certificate. This certificate summarizes the principal provisions of the group policy that affect you. Every provision of the group policy which affects your insurance is summarized in this certificate. Nothing in the group policy will invalidate or impair the rights granted to you by this certificate or by law. You may also examine the group policy at the principal office of the policyholder during regular working hours.

## Free Look

It is important to us that you are satisfied with this certificate after it is issued. If you are not satisfied with this certificate you may return it to us or our agent within 10 days after you receive it. You may also cancel this certificate by delivering or mailing a written notice to Securian Life Insurance Company (Securian Life), 400 Robert Street North, St. Paul, Minnesota 55101-2098 and returning the certificate before midnight of the 10th day after you receive this certificate. Notice given by mail and return of the certificate by mail are effective on being postmarked, properly addressed and postage prepaid. If you return the certificate, you will receive, within 7 days of the date we receive a notice of cancellation, a full refund of any premiums you have paid.

*Renee D. Montz*
Secretary

*Chris M. Hilger*
President

### SECURIAN LIFE INSURANCE COMPANY REQUIRED DISCLOSURE STATEMENT

This certificate provides insurance only for ACCIDENTS. It does NOT provide basic hospital, basic medical or major medical insurance, as defined by the New York State Insurance Department.

**IMPORTANT NOTICE—THIS CERTIFICATE DOES NOT PROVIDE COVERAGE FOR SICKNESS**

This certificate provides benefits for loss due to covered accidents. The conditions under which an accident is not covered are described in the Exclusions provision. This disclosure statement is a very brief summary of your certificate. The certificate itself sets for the rights and obligations of both you and us. It is therefore important that you READ YOUR CERTIFICATE CAREFULLY.

The expected benefit ratio for this insurance coverage is 78%. This ratio is the portion of future premiums which we expect to return as benefits, when averaged over all people covered under the group policy.

### TABLE OF CONTENTS

| | |
|---|---|
| Definitions ........................................................................ 2 | Termination ........................................................................ 6 |
| General Information ......................................................... 2 | Family Coverage ................................................................ 6 |
| Premiums .......................................................................... 4 | Family Coverage Additional Benefits ................................ 7 |
| Accidental Death and Dismemberment Benefit ............. 4 | Dependents Benefit Termination ...................................... 8 |
| Exclusions ......................................................................... 5 | Additional Information ....................................................... 8 |
| Additional Benefits ........................................................... 6 | |

**ACCIDENTAL DEATH AND DISMEMBERMENT CERTIFICATE OF INSURANCE**

04-30737

Securian Life 1
EdF81406 Rev 1-2019

**AD&D EMPLOYEE CERTIFICATE SPECIFICATIONS PAGE**

Securian Life Insurance Company
400 Robert Street North • St. Paul, Minnesota 55101-2098



## GENERAL INFORMATION

**POLICYHOLDER:**           PepsiCo, Inc.                **POLICY NUMBER:** 34363-G

**ASSOCIATED COMPANIES:**   All subsidiaries and affiliates reported to Securian Life by the policyholder for inclusion in the policy.

**POLICY SITUS:**           The policy was issued and delivered in New York.

**POLICY EFFECTIVE DATE:**  January 1, 2014. This specifications page represents the plan in effect as of April 1, 2022.

This certificate and/or certificate specifications page replaces any and all certificates and/or certificate specifications pages previously issued to you under the group policy. Please replace any certificate and/or certificate specifications page previously issued to you with this new certificate and/or specifications page.

**GROUP:**   The group is composed of all regular full-time and part-time employees of the policyholder and its associated companies. Legacy PepsiCo Part-Time Hourly/Commissions employees are not eligible under this policy. Casual, temporary or leased employees are not eligible under this policy. Eligible employees are determined in the sole discretion of the policyholder and are reported to Securian Life based on the procedures in effect between the policyholder and Securian Life.

| | |
|---|---|
| Class 1  | All employees in the standard flex plan other than those in other Classes below |
| Class 2  | Quaker Tropicana Gatorade (QTG) – RWDSU (Peak Seasonal) |
| Class 3  | Closed group of grandfathered disabled employees who were not eligible to enroll in the GUL plan in 2004 who are administered by PepsiCo |
| Class 4  | Tropicana NE Union Local 584 Employees |
| Class 5  | Tropicana NE Union Local 202 Employees |
| Class 7  | Cincinnati (Inside) Teamsters Local 1199 |
| Class 8  | Cincinnati (Outside) Teamsters Local 1199 |
| Class 9  | Milwaukee Teamsters Local 344 |
| Class 10 | Muncie (Clerical) Teamsters Local 135 |
| Class 11 | Muncie (Inside) Teamsters Local 135 |
| Class 12 | Muncie (Outside) Teamsters Local 135 |
| Class 13 | South Bend Teamsters Local 364 |
| Class 14 | Employees on Long Term Disability (as defined by the policyholder) on December 31, 2011 who continue to be on Long Term Disability or have returned to active work for less than 90 days. |

**ENROLLMENT PERIOD:**   None

**WAITING PERIOD:**   Classes 1 and 2: Salaried: None; Hourly: 30 days (as an exception, PBC hourly employees have no waiting period)

Class 5: 90 days
Classes 9: 30 days
Classes 3 and 14: None

F.57594                                    A

| MINIMUM HOURS PER WEEK REQUIRED: | |
|---|---|
| | For Legacy PepsiCo Employees: |
| | • Full-Time Hourly/Commissioned, Non-Exempt Salaried, Exempt Non-Executives and Executives: 30 hours per week |
| | • Part-Time non-Exempt Salaried, Exempt Non-Executives and Executives: 20 hours per week |
| | • Part-Time Hourly/Commissioned: Not eligible |
| | For Legacy PBG Employees: |
| | • Full-Time Hourly/Commissioned, Exempt Non-Executives and Executives: 40 hours per week |
| | • Full-Time Non-Exempt Salaried: 36.25 hours per week |
| | • Full-Time Somers Salaried (as exception to above): 32 hours per week |
| | • Part-Time Somers Salaried: 24 hours per week |
| | • All other Part-Time employees: 16 hours per week |
| | For Legacy PAS union employees who did not bargain for the new plan (classes 7, 8, 9, 10, 11, 12, 13): 40 hours per week. |

## PLAN OF INSURANCE

### EMPLOYEE AD&D BENEFIT SCHEDULE

**EMPLOYEE BASIC ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) INSURANCE:**

| **Eligible Class** | **Amount of Basic AD&D Insurance** |
|---|---|
| Class 1, 2, 3, 14: | None |
| Class 4: | One times eligible pay, rounded to the next higher $1,000 if not already a multiple thereof, subject to a maximum of $1,000,000 |
| Class 5: | One times eligible pay, rounded to the next higher $1,000 if not already a multiple thereof, subject to a maximum of $1,000,000 |
| Class 7: | $40,000 |
| Class 8: | $40,000 |
| Class 9: | $40,000 |
| Class 10: | $30,000 |
| Class 11: | $30,000 |
| Class 12: | $30,000 |
| Class 13: | $19,000 |

**EMPLOYEE VOLUNTARY ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) Insurance**

| **Eligible Class** | **Amount of Voluntary AD&D Insurance** |
|---|---|
| Classes 1, 2, 3, 14: | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 or 15 times eligible pay, as elected by the employee, to a maximum of $1,000,000. |
| All other classes: | None |

F.57594

B

## DEPENDENTS AD&D BENEFIT SCHEDULE

**DEPENDENTS VOLUNTARY ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D) Insurance**

An employee does not need to be covered for Employee AD&D in order to elect Dependent AD&D

| Eligible Class | Amount of Dependents AD&D Insurance | |
|---|---|---|
| Classes 1, 2, 3, 14: | Spouse/Domestic Partner: | $50,000; $100,000; $150,000; $200,000 or $250,000, as elected by the employee. |
| | Children: | $5,000; $10,000; $15,000; $20,000 or $25,000, as elected by the employee. |
| All other classes: | None | |

## GENERAL PROVISIONS FOR AD&D INSURANCE

**RETIREMENT REDUCTIONS:** All insurance terminates at retirement.

**CONTRIBUTORY/ NONCONTRIBUTORY:** Basic AD&D is noncontributory insurance, Voluntary AD&D insurance is contributory insurance.

**INCREASES AND DECREASES:** Election changes can be made only at qualified status changes (as defined by the employer) or at annual open enrollment. Changes will become effective on the date of election, except that for annual enrollments, they will become effective on the January 1st following the date of election

Changes in insurance amounts due to a change in eligible pay are effective on the date of the change in eligible pay.

All increases are subject to the actively at work requirement.

F.57594

C

## Definitions

**age**

Attained age as of most recent birthday.

**associated company**

Any company which is a subsidiary or affiliate of the policyholder which is designated by the policyholder and agreed to by us to participate under the group policy.

**certificate effective date**

The date your coverage under this certificate becomes effective.

**contributory insurance**

Insurance for which the employee is required to make premium contributions.

**eligible pay**

Your eligible pay is determined each September prior to annual enrollment to be used for the following calendar year. It is determined by using the following formula:

Current base pay rate as of the current September annualized + Other pensionable earnings (overtime, bonuses, etc. (excluding base pay)) from the September of the prior year through August of the current year.

For a new hire or rehire, the formula is as follows:

Current base pay rate as of the date of hire annualized + Other pensionable earnings (overtime, bonuses, etc. (excluding base pay)) from the September of the prior year through August of the current year.

Once determined, eligible pay remains frozen for the entire calendar year.

**employee**

An individual who is employed by the policyholder or by an associated company. The term employee does not include temporary employees, seasonal employees nor corporate directors who are not otherwise employees.

**employer**

The policyholder or any designated associated company.

**insured**

A person who is eligible for and becomes insured under the terms of this certificate.

**licensed physician**

An individual who is licensed to practice medicine or treat illness in the state in which treatment is received. The physician cannot be you or your spouse/domestic partner, children, parents, grandparents, grandchildren, brothers or sisters, or the spouse of any such individuals.

**non-work day**

A day on which the employee is not regularly scheduled to work, including scheduled time off for vacations, personal holidays, weekends and holidays, and approved leaves of absence for non-medical reasons.

Non-work day does not include time off for medical leave of absence, temporary layoff, employer suspension of operations in total or in part, strike, and any time off due to sickness or injury including sick days, short-term disability, or long-term disability.

**noncontributory insurance**

Insurance for which the employee is not required to make premium contributions.

**policyholder**

The owner of the group policy as shown on the specifications page attached to this certificate.

**specifications page**

The outline which summarizes your coverage under the policyholder's plan of insurance.

**waiting period**

The period, if any, of continuous employment with the employer that the employee must satisfy prior to becoming eligible for coverage under this certificate. Any such waiting period is shown on the specifications page attached to this certificate.

**we, our, us**

Securian Life Insurance Company.

**you, your, certificate holder**

The individual who applies for and becomes insured under the group policy.

## General Information

**What is your agreement with us?**

This certificate summarizes the principal provisions of your accidental death and dismemberment insurance provided by the group policy. The provisions summarized in this certificate are subject in every respect to the group policy. Your certificate, signed application and any subsequent signed application, contain the entire certificate.

Any statements made in your signed application will, in the absence of fraud, be considered representations and not warranties.

This certificate is issued in consideration of your application and the payment of the required premium.

No change or waiver of any provisions of the group policy, or any certificate issued under it, will be valid unless made in writing by us and signed by our president, a vice-president, our secretary, or an assistant secretary. No agent or other person has the authority to change or waive any provisions of the group policy, or of any certificate issued under it.

**Can this certificate be amended?**

Yes. Your consent is not required to amend this certificate. Any amendment will be without prejudice to any claim for benefits incurred prior to the effective date of the amendment.

**Who is eligible for insurance?**

An employee is eligible if he or she:

(1) is a member of the eligible group and of an eligible class identified in the group policy; and
(2) works for the employer for at least the number of hours per week shown as the minimum hours per week requirement on the specifications page attached to this certificate; and
(3) has satisfied the waiting period, if any; and
(4) meets the actively at work requirement described in the "What is the actively at work requirement?" provision of this section.

Unless otherwise specified in this certificate, you must continue to meet the actively at work requirement as specified in this certificate for your coverage to remain in force. Please refer to the provision entitled, "Can an insured employee's coverage be continued during sickness, injury, leave of absence or temporary layoff?".

**Are retired employees eligible for insurance?**

If the policyholder's plan of insurance, as shown on the specifications page attached to the group policy, does not specifically provide insurance for retired employees, a retired employee shall not be eligible to become insured, nor to have his or her insurance continued. If the policyholder's plan of insurance specifically provides insurance for retired employees, the minimum hours per week and actively at work requirements will not apply to such persons.

**What is the actively at work requirement?**

To be eligible to become insured or to receive an increase in the amount of insurance you must be actively at work performing your customary duties for your regularly scheduled hours at the employer's normal place of business, or at other places the employer's business requires you to travel.

If you are not working due to illness or injury you do not meet the actively at work requirement nor if you are receiving sick pay, short-term disability benefits or long-term disability benefits.

If you are a newly eligible employee and you are not actively at work on the date coverage would otherwise begin, you will not be eligible for the coverage until you return to active work. However, if the absence is on a non-work day, coverage will not be delayed provided you were actively at work on the work day immediately preceding the non-work day.

If at a qualified status change or annual enrollment you are not actively at work on the date newly elected coverage would otherwise begin, or on the date an increase in your amount of insurance would otherwise be effective, you will not be eligible for the coverage or increase until you return to active work for at least 90 consecutive days. However, if the absence is on a non-work day, coverage will not be delayed provided the employee was actively at work on the work day immediately preceding the non-work day.

Except as otherwise provided for in this certificate, an employee is eligible to continue to be insured only while he or she remains actively at work.

**When does your insurance become effective?**

Your insurance becomes effective on the date that all of the following conditions have been met:

(1) you meet all eligibility requirements; and
(2) if required, you apply for the insurance on forms which are approved by us; and
(3) we receive the required premium.

**Can your coverage be continued during the employee's sickness, injury, leave of absence or temporary layoff?**

Yes. Insurance may be continued on an insured employee who is not actively at work due to sickness, injury, leave of absence or temporary layoff, subject to the employer's practices and procedures, including the employer's limits on the length of continuation allowed for the type of absence. Continuation is subject to the following maximum time frames:

(1) for an employee on non-medical, non-disability leave of absence or temporary layoff, other than a military leave described in (2) below, insurance cannot be continued beyond 12 months from the last day the insured employee was actively at work;
(2) for an employee on a military leave covered by the Uniformed Services Employment and Reemployment Rights Act (USERRA), coverage can be continued for the entire USERRA-eligible leave of absence;
(3) for an employee on a medical or disability leave of absence, insurance can be continued as long as the employee is on approved medical or disability leave of absence, as defined by the policyholder.

Continuation of insurance must be in accordance with practices and procedures that preclude individual selection.

Coverage during a leave of absence and upon return from a leave of absence shall meet all state and federal requirements. The above limits will be expanded if necessary in order to meet such requirements..

## Premiums

### When and how often are premiums due?

Unless the policyholder and we have agreed to some other premium payment procedure, any premium contributions you are required to make for contributory insurance are to be paid by you to the policyholder on a monthly basis. We apply premiums consecutively to keep the insurance in force.

### How is the premium determined?

The premium will be the premium rate multiplied by the number of $1,000 units of insurance in force on the date premiums are due. The premium may also be computed by any other method on which the policyholder and we agree.

We may change the premium rate:

(1) on any premium due date following the expiration of any rate guarantee, but not prior to the end of the first year, nor more frequently than once every six months. The policyholder will receive notice of such a change at least 45 days prior to the effective date of the change; or
(2) irrespective of any rate guarantee, anytime, if the policy terms are amended or the total amount of insurance in force changes by 25% or more.

We will notify the policyholder 31 days in advance of a change in premium rates.

## Accidental Death and Dismemberment Benefit

### What does accidental death or dismemberment by accidental injury mean?

Accidental death or dismemberment by accidental injury means that an insured's death or dismemberment results, directly and independently of all other causes, from an accidental injury which is unintended, unexpected, and unforeseen.

The injury must occur while the insured's coverage is in force. The insured's death or dismemberment must occur within 365 days after the date of the injury and while his or her coverage is in force.

### What is the amount of the accidental death and dismemberment benefit?

The amount of the benefit shall be a percentage of the amount of insurance shown on the specifications page attached to this certificate. The percentage is determined by the type of loss as shown in the following table:

| TYPE OF LOSS | PERCENT OF AMOUNT OF INSURANCE |
|---|---|
| Life | 100% |
| Both Hands or Both Feet | 100% |
| Sight of Both Eyes | 100% |
| Speech and Hearing | 100% |
| One Hand and One Foot | 100% |
| One Foot and Sight of One Eye | 100% |
| One Hand and Sight of One Eye | 100% |
| Quadriplegia | 100% |
| Paraplegia | 75% |
| Sight of One Eye | 50% |
| Speech or Hearing | 50% |
| One Hand or One Foot | 50% |
| Hemiplegia | 50% |
| Thumb and Index Finger of One Hand | 25% |

Loss of hands or feet means complete severance at or above the wrist or ankle joints. Loss of sight, speech, or hearing means the entire and irrecoverable loss of sight, speech, or hearing which cannot be corrected by medical or surgical treatment or by artificial means. Loss of thumb and index finger means complete severance of both the thumb and the index finger at or above the metacarpophalangeal joints. Quadriplegia means total paralysis of both upper and lower limbs. Paraplegia means total paralysis of both lower limbs. Hemiplegia means total paralysis of upper and lower limbs on one side of the body.

A benefit is not payable for both loss of thumb and index finger of one hand and the loss of one hand for injury to the same hand as a result of any one accident.

Benefits may be paid for more than one accidental injury, but the total amount of insurance payable for all of an insured's losses due to any one accident, not including any amount paid according to the terms of the Additional Benefits section of this certificate, will never exceed such insured's full amount of insurance shown on the specifications page attached to this certificate.

### Can you request a change in the amount of your contributory insurance?

Yes. You can request an increase or a decrease in the amount of your contributory insurance as shown on the specifications page attached to this certificate. Requests may be made in writing, by telephone or any other method made available by us.

### When will changes in coverage amounts be effective?

Increases and decreases in amounts of contributory insurance will be effective as shown on the specifications page attached to this certificate. All increases in the amount of insurance are subject to the actively at work requirement.

### What are the notice of claim and proof of loss requirements?

Written notice of injury on which a claim may be based must be given to us within 20 days after the accident.

Notice given by or on behalf of the insured or the beneficiary to Securian Life Insurance Company at 400 Robert Street North, Saint Paul, MN 55010, or to any authorized agent of Securian Life, with information sufficient to identify the insured, shall be deemed notice to us. Proof of loss must be furnished to us within 90 days after the date of loss. However, failure to give such notice and proof within the time provided will not invalidate the claim if it is shown that notice and proof were given as soon as reasonably possible.

When we receive written notice of claim, we will send the claimant our claim forms if he or she needs them. If the claimant does not receive the forms within 15 days, we will accept his or her written description as proof of loss.

### When will the accidental death or dismemberment benefit be payable?

We will pay the accidental death or dismemberment benefit within 60 days of receipt at our home office of written proof satisfactory to us that you died or suffered a covered dismemberment as a result of a covered accidental injury. All payments by us are payable from our home office.

The benefit will be paid in a single sum. We will pay interest on the benefit from the date of your death or dismemberment until the date of payment. Interest will be at an annual rate determined by us, but never less than 3% per year or the minimum required by state law, whichever is greater.

### To whom will we pay the accidental death or dismemberment benefit?

In the case of your accidental death, we will pay the accidental death benefit to the beneficiary or beneficiaries. All other benefits will be payable to you, if living, otherwise to your estate.

A beneficiary is named by you to receive the accidental death benefit to be paid at your accidental death. You may name one or more beneficiaries. You cannot name the policyholder or an associated company as a beneficiary.

You may also choose to name a beneficiary that you cannot change without the beneficiary's consent. This is called an irrevocable beneficiary.

If there is more than one beneficiary, each will receive an equal share, unless you have requested another method in writing. To receive the accidental death benefit, a beneficiary must be living at the time of your accidental death. In the event a beneficiary is not living at the time of your accidental death, that beneficiary's portion of the accidental death benefit shall be equally distributed to the remaining surviving beneficiaries. In the event of the simultaneous deaths of you and a beneficiary, the accidental death benefit will be paid as if you survived the beneficiary.

If there is no eligible beneficiary, or if you do not name one, we will pay the accidental death benefit to:

  (1) your lawful spouse, if living, otherwise;
  (2) your natural or legally adopted child (children) in equal shares, if living, otherwise;
  (3) your parents in equal shares, if living, otherwise;
  (4) your siblings in equal shares, if living, otherwise;
  (5) the personal representative of your estate.

### Can you add or change beneficiaries?

Yes. You can add or change beneficiaries if all of the following are true:

  (1) your coverage is in force; and
  (2) we have written consent of all irrevocable beneficiaries; and
  (3) you have not assigned the ownership of your insurance.

A request to add or change a beneficiary must be made in writing or in any other method made available by the employer or us. All requests are subject to our approval. A change will take effect as of the date it is signed, but will not affect any payment we make or action we take before receiving your request.

## Exclusions

### What are the exclusions under this certificate?

In no event will we pay the accidental death or dismemberment benefit where the insured's death or dismemberment results from or is caused directly or indirectly by any of the following:

  (1) suicide or attempted suicide; or
  (2) war, declared or undeclared, or an act of war; or
  (3) service in armed forces or units auxiliary thereto; or
  (4) bodily or mental infirmity, illness or disease, including bacterial infection, other than infection occurring simultaneously with, and as a result of, the accidental injury; or
  (5) bacterial infections except for infections occurring as a result of an accidental cut or wound; or
  (6) travel or flight in or on any vehicle or device for aerial navigation, including boarding or leaving:
     (a) while being used for any test or experimental purposes; or
     (b) while being operated by, for, or under the direction of any military authority other than the Military Air Command of the U.S.; or
     (c) while performing aerobatic or stunt flying, racing, or endurance tests; or
     (d) while performing operations requiring special permit or waiver from the Federal Aviation Agency; or

    (e) while flying for hire, crop dusting, spraying seed, firefighting, skywriting, pipe or power inspection, aerial photography, exploration, hang-gliding, hunting or fowl-herding, banner towing, or for test or experimental purposes; or

    (f) in a rocket-propelled aircraft; or

    (g) in an aircraft owned or leased by or on behalf of the employer if carrying passengers for hire; or

    (h) while operating or learning to operate, or serving as a member or a crew of an aircraft, other than serving as a pilot or crew member of an aircraft owned or leased by, or on the behalf of, the employer; or

    (i) in an aircraft used or designated for use beyond the earth's atmosphere; or

(7) intoxication or influence of any narcotic unless administered on the advice of a physician; or

(8) the insured's participation in or attempt to commit a felony.

## Additional Benefits

Unless stated otherwise, additional benefits are payable to the same person or persons who receive the accidental death and dismemberment benefits. Additional benefits are paid in addition to any accidental death and dismemberment benefits described in the Accidental Death and Dismemberment section, unless otherwise stated. All provisions of the certificate, including but not limited to the Exclusions section, shall apply to these additional benefits.

**Disappearance Benefit**

**What is the disappearance benefit?**

If an insured's body has not been found after one year from the date the conveyance in which he or she was traveling disappeared, exploded, sank, became stranded, made a forced landing or was wrecked, it shall be presumed, subject to all other terms of the policy, that the insured has died as a result of an accidental injury which was unintended, unexpected and unforeseen. Such death shall be considered a covered loss under this certificate.

**Exposure Benefit**

**What is the exposure benefit?**

If an insured is unavoidably exposed to the elements by reason of a covered accident and suffers a loss that is included in the list of covered losses as a result of such exposure, such loss will be covered under the terms of this certificate.

## Termination

**When does your insurance end?**

Your insurance ends on the earliest of the following:

(1) the date the group policy ends; or

(2) the date you no longer meet the eligibility requirements; or

(3) the date the group policy is amended so you are no longer eligible; or

(4) 31 days (the grace period) after the due date of any unpaid premium if the premium remains unpaid at that time; or

(5) the last day for which premium contributions have been paid following your written request to cease participation under this certificate.

If your insurance under this certificate terminates due to non-payment of premiums, your coverage may be reinstated if all premiums due are paid and received by us within 31 days of the date of termination and during your lifetime.

Unless otherwise specified in this certificate, you must continue to meet the actively at work requirement as specified in this certificate for your coverage to remain in force. Please refer to the provision entitled, "Can an insured employee's coverage be continued during sickness, injury, leave of absence or temporary layoff?

**Can your coverage be reinstated after termination?**

Yes. When your coverage terminates because you are no longer eligible, and you subsequently become eligible again, the employer may reinstate such coverage under the group policy, according to its own rules and time frames, without the need to satisfy any waiting period.

**When does the group policy terminate?**

The policyholder may terminate the group policy by giving us 31 days prior written notice. We reserve the right to terminate the group policy on the earliest of the following to occur:

(1) 31 days (the grace period) after the due date of any premiums which are not paid; or

(2) on any subsequent policy anniversary after the date the number of employees insured is less than any minimum established by us or as required by applicable state law; or

(3) 180 days after we provide the policyholder with notice of our intent to terminate the group policy.

## Family Coverage

If you have dependents, you may elect accidental death and dismemberment coverage for your eligible dependents as described below. All provisions of the certificate applicable to an "insured," including but not limited to references in the Exclusions and Additional Benefits sections, shall apply to a dependent insured hereunder.

**What members of your family are eligible for this benefit?**

The following members of your family are eligible for this benefit:

(1) your lawful spouse provided that your spouse is not eligible as an employee under the group policy; or

(2) your domestic partner, provided that your domestic partner is not eligible as an employee under the group policy. For purposes of the default beneficiary list, a spouse shall include domestic partner; or

(3) your biological children, adopted children (including those placed for adoption), step children, domestic partner's children, and children for whom you or your spouse/domestic partner are the legal guardian. Children must be unmarried and dependent on you for financial support.

Children are eligible from live birth (unborn or stillborn are not eligible) until they reach the age of 26. Children age 26 or older are also eligible if they are physically or mentally incapable of self-support, were incapable of self-support prior to age 26 and are financially dependent y for more than one-half of their support and maintenance.

To be eligible to cover a domestic partner, you and your domestic partner must meet the following requirements:

(1) are partners in a legally binding domestic partnership agreement; and
(2) are not legally married to another person; and
(3) are at least age 18 or older; and
(4) share a committed, exclusive relationship; and
(5) share a residence;
(6) are financially interdependent; and
(7) are not blood relatives or any closer than would prohibit legal marriage.

**When does insurance on a dependent become effective?**

Insurance on a dependent becomes effective on the date when all of the following conditions have been met:

(1) the dependent meets all eligibility requirements; and
(2) if required, you apply for dependents coverage on forms which are approved by us; and
(3) we receive the required premium.

If a dependent is hospitalized or confined because of illness or disease on the date his or her insurance would otherwise become effective, his or her effective date shall be delayed until he or she is released from such hospitalization or confinement. This does not apply to a newborn child. However, in no event will insurance on a dependent be effective before your insurance under this certificate is effective.

**What is the amount of the accidental death and dismemberment benefit for each insured dependent?**

The amount of insurance for a dependent is shown on the specifications page. The Accidental Death and Dismemberment section found earlier in this cerificate describes the amount of benefits, which are based on the insured's amount of insurance.

**When will the accidental death or dismemberment benefit be payable?**

We will pay the accidental death or dismemberment benefit upon receipt at our home office of written proof satisfactory to us that an insured dependent died or suffered dismemberment as a result of an accidental injury. All payments by us are payable from our home office.

The benefit will be paid in a single sum. We will pay interest on the benefit from the date of the insured dependent's death or dismemberment until the date of payment. Interest will be at an annual rate determined by us, but never less than 3% per year or the minimum required by state law, whichever is greater.

**To whom will we pay a dependents accidental death or dismemberment benefit?**

A dependents accidental death or dismemberment benefit will be paid to you, if living, otherwise to your estate.

## Family Coverage Additional Benefits

The following benefits apply to those insureds who are insured for dependents insurance. Unless stated otherwise, additional benefits are payable to the same person or persons who receive the accidental death and dismemberment benefits. Additional benefits are paid in addition to any accidental death and dismemberment benefits described in the Accidental Death and Dismemberment section, unless otherwise stated.

All provisions of this certificate, including but not limited to the Exclusions section, shall apply to these additional benefits.

**Common Accident Benefit**

**What is the common accident benefit?**

If both you and your dependent spouse/domestic partner die from covered accidental injuries sustained in a common accident, and both deaths occur within 90 days of the accident, your spouse/domestic partner's accidental death benefit will be increased to an amount equal to 100% of your amount of AD&D insurance.

Common accident means the same accident or separate accidents that occur within the same 24-hour period.

## Dependents Benefit Termination

**When does an insured dependent's coverage terminate?**

An insured dependent's coverage terminates on the earliest of the following:

(1) the date the dependent no longer meets the eligibility requirements; or
(2) 31 days (the grace period) after the due date of any unpaid premium if the premium remains unpaid at that time; or
(3) the last day for which premium contributions have been made following an insured employee's written request that insurance on his or her dependents be terminated; or
(4) the date the employee is no longer covered under the group policy.

## Additional Information

**Do we have the right to obtain independent medical verification?**

Yes. We retain the right to have an insured medically examined at our expense whenever a claim is pending and, where not forbidden by law, we reserve the right to have an autopsy performed in the case of death.

**What if an insured's age has been misstated?**

If an insured's age has been misstated, the accidental death or dismemberment benefit payable will be that amount to which the insured is entitled based on his or her correct age.

A premium adjustment will be made to the premium you pay for the insured's noncontributory insurance and to the premium an insured pays for contributory insurance, if any, so that the actual premium required at the insured's correct age is paid.

**When does an insured's insurance become incontestable?**

Except for fraud or the non-payment of premiums, after the insured's insurance has been in force during his or her lifetime for two years from the effective date of his or her coverage, we cannot contest the insured's coverage.

However, if there has been an increase in the amount of insurance for which you voluntarily apply then, to the extent of the increase, any loss which occurs within two years of the effective date of the increase will be contestable.

Any statements the insured makes in his or her signed application will, in the absence of fraud, be considered representations and not warranties. Also, any statement an insured makes will not be used to void his or her insurance, or defend against a claim, unless the statement is contained in the signed application attached to the insured's certificate, which is signed by you and a copy has been furnished to your or your beneficiary.

Our liability with respect to any contested amount of insurance will be limited to the premiums paid and attributable to the contested amount.

**Can your insurance be assigned?**

Yes. However, we will not be bound by an assignment of the certificate or of any interest in it unless it is made as a written instrument and you file the original instrument or a certified copy with us at our home office.

We are not responsible for the validity of any assignment. You are responsible for ensuring that the assignment is legal in your state and that it accomplishes your intended goals. If a claim is based on an assignment, we may require proof of interest of the claimant. A valid assignment will take precedence over any claim of a beneficiary.

**Will the provisions of this certificate conform with state law?**

Yes. If any provision in this certificate or in the group policy is in conflict with the laws of the state governing the group policy or the certificates, the provision will be deemed to be amended to conform to such laws.

**Legal Actions**

No legal action may be brought to recover on this policy within the first sixty days after written proof of loss has been given as required by this policy. No such action may be brought after three years from the time written proof of loss is required to be given.



400 Robert Street North • St Paul, Minnesota 55101-2098

**ACCIDENTAL DEATH AND DISMEMBERMENT CERTIFICATE OF INSURANCE**

04-30737

Securian Life 9
EdF81406  Rev 1-2019