EFILED IN OFFICE
CLERK OF STATE COURT
PAULDING COUNTY, GEORGIA

**23-SV-000073**

ANGELA O'CONOR
APR 12, 2023 12:44 PM

Sheila Butler, Clerk
Paulding County, Georgia

IN THE STATE COURT OF PAULDING COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| PATRICIA SCARBRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | 23-SV-000073 |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, | ) | |
| WALMART INC., | ) | |
| ABC CORPORATIONS 1-3, and | ) | |
| JOHN DOES 1-3 | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

COME NOW, Sam's East, Inc. d/b/a Sam's Club and Walmart Inc. ("Defendants" herein), and respectfully files their Answer and Defenses to Plaintiff's Complaint as follows:

### First Defense

Pending additional investigation and discovery and to preserve defenses, some or all of Plaintiff's Complaint fails to state a claim against one or more Defendants upon which relief can be granted.

### Second Defense

Defendants reserve the right to remove the case to Federal Court if applicable.

### Third Defense

Defendants assert that fault and damages must be apportioned as to all applicable parties and non-parties in a manner consistent with Georgia law.

### Fourth Defense

Defendants breached no duty owed to Plaintiff.

**Fifth Defense**

No alleged breach of duty by Defendants was the proximate cause of Plaintiff's alleged damages.

**Sixth Defense**

Pending additional discovery and to preserve defenses, Defendants submit that Plaintiff's claims may be barred or limited pursuant to the doctrine of comparative negligence.

**Seventh Defense**

Pending additional discovery and to preserve defenses, Defendants submit that by the exercise of ordinary care, Plaintiff could have avoided the consequences of any acts or omissions of Defendants.

**Eighth Defense**

Defendants deny that its agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

**Ninth Defense**

Defendants reserve any and all other defenses to which they may be entitled and to which they may learn in the course of the investigation and discovery in this action.

**Eleventh Defense**

In answer to the specific allegations of Plaintiff's Complaint, Defendants show the Court as follows:

1.

Upon information and belief, admitted.

2.

Admitted.

3.

Denied as pled.

4.

Defendants do not have sufficient information to respond to the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore cannot admit or deny the same.

5.

Defendants do not have sufficient information to respond to the allegations contained in Paragraph 5 of Plaintiff's Complaint, and place Plaintiff on strict proof of same.

6.

Denied as pled.

7.

Defendants admit that Plaintiff was struck by a row of shopping carts at the subject store on March 28, 2021. Defendants do not have sufficient information to respond to the remaining allegations contained in Paragraph 7 of Plaintiff's Complaint, and place Plaintiff on strict proof of same.

8.

Denied as pled.

9.

Defendants do not have sufficient information to respond to the allegations contained in Paragraph 9 of Plaintiff's Complaint, and place Plaintiff on strict proof of same.

10.

Defendants state that any such duties are established by law. Defendants deny any allegations or implications of breach of duty, negligence, and liability.

11.

Denied.

12.

Denied.

13.

Defendants do not have sufficient information to respond to the allegations contained in Paragraph 13 of Plaintiff's Complaint, and place Plaintiff on strict proof of same.

14.

Denied.

15.

Defendants do not have sufficient information to respond to the allegations contained in Paragraph 15 of Plaintiff's Complaint, and place Plaintiff on strict proof of same.

16.

Denied as pled.

17.

Denied.

18.

Denied.

19.

Denied.

20.

Denied.

21.

Defendants deny that Plaintiff is entitled to any of the relief requested in the prayer for relief contained in Paragraph 21 of Plaintiff's Complaint, with the exception of subparagraph (D).

22.

Any allegations contained in Plaintiff's Complaint not admitted, denied, or otherwise responded to above are hereby denied.

WHEREFORE, having fully responded to the allegations contained in Plaintiff's Complaint, Defendants respectfully request that said Complaint be dismissed and that judgment be issued for Defendants and that Defendants be discharged without costs.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY OF TWELVE.**

Respectfully submitted, this 12th day of April, 2023.

        **DREW ECKL & FARNHAM, LLP**

        */s/Michael L. Miller*
        Michael L. Miller
        Georgia Bar No. 508011
        Katherine I. Barton
        Georgia Bar No. 882335
        *Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

**IN THE STATE COURT OF PAULDING COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| PATRICIA SCARBRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | 23-SV-000073 |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, | ) | |
| WALMART, INC., | ) | |
| ABC CORPORATIONS 1-3, and | ) | |
| JOHN DOES 1-3 | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Defendants' Answer to Plaintiff's Complaint* was served by filing through the electronic e-file system to the following counsel of record as addressed as follows:

> Stephen G. Carlson
> Gulliana Goehring
> Randal E. Fry
> The Fry Law Firm
> stephen@thefrylawfirm.com
> randy@thefrylawfirm.com
> gulliana@thefrylawfim.com

This 12th day of April, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

13411446/1
05695-255192

- 6 -