# Customer Incident Report



| Facility #: | Date of Incident: | Time of Incident: |
|---|---|---|
| 4802 | 03 / 28 / 2021 | 03:30  am / pm ☐ |

**Legal Name:**
Patricia Scarbro

| Date of Birth: | SSN: |
|---|---|
| / / | |

**Mailing Address:**
6819 villa rica hwy

| City: | State: | Zip Code: |
|---|---|---|
| Dallas | GA | 30157 |

| Home Phone #: | Cell Phone #: | Alternate Phone #: |
|---|---|---|
| ( 470 ) 6299002 | ( 470 ) 6299002 | ( 470 ) 6299002 |

**Email Address:**
scarbrop331@gmail.com

Describe in your own words, the events leading up to the incident:

See Additional Page(s)

Identify and describe the location of the incident:

Entrance

List name, address, and phone number of any witness(es) to the incident:

Jackson Skrapka: ███████████

Name of associate the incident was reported to and/or other associates in the area:

Jackson Skrapka, Keona Hill

Customer Signature: _____   Date: 2021-03-29

Management Signature: _____   Date: 2021-03-29

A copy of this statement will be made available to you upon request.

Revised: 02/12/2018

**qPublic.net**™ Cobb County, GA

## Composite Summary

| | |
|---|---|
| Parcel Number | 18001400410 |
| Location Address | SULLIVAN RD |
| Property Class | R4 - Residential Small Tracts |
| Total Acres | 1 |
| Total Land SqFt | 43560 |
| Neighborhood | 18049991 - HOMESITE |
| Tax District | (9) UNINCORPORATED |
| Subdivision | 9991-HOMESITE |



View Map

## Owner

Scarbro Patricia Ann
6819 VILLA RICA HWY
DALLAS GA 30157

## Appraised Values

| Year | Property Class | LUC | Appraised Land | Appraised Building Value | Total Appraised Value |
|---|---|---|---|---|---|
| 2022 | R4 | 100 | $42,000 | $0 | $42,000 |

⊞ Show Historical Appraised Values

## Assessed Values

| Year | Assessed Land | Assessed Building Value | Total Assessed Value |
|---|---|---|---|
| 2022 | $16,800 | $0 | $16,800 |

⊞ Show Historical Assessed Values

## Photos



**No data available for the following modules:** 2022 Undeliverable Notices, Upcoming Visits, Summary - Personal Property, Current Year Business Forms, Appraised Values - Personal Property, Residential Improvement Information, Commercial Improvement Information, Accessory Information, Appeals, Permits, Sales Information, Sketches, Additions.

Ownership and characteristic data are the most current information available. All appraised/assessed values are as of Jan 1, 2023.

User Privacy Policy

GDPR Privacy Notice

Last Data Upload: 4/10/2023, 7:00:09 AM

Developed by

Schneider GEOSPATIAL

Version 3.1.1