### IN THE STATE COURT OF PAULDING COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| PATRICIA SCARBRO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | 23-SV-000073 |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, ) | |
| WALMART, INC., ) | |
| ABC CORPORATIONS 1-3, and ) | |
| JOHN DOES 1-3 ) | |
| ) | |
| Defendants. ) | |

### **DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:   Clerk, State Court of Paulding County, Georgia.

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a Notice of Removal in this action to the United States District Court for the Northern District of Georgia, Rome Division, a copy of which is attached hereto.

Respectfully submitted, this ___ day of April, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Katherine I. Barton
Georgia Bar No. 882335
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com
bartonk@deflaw.com

**IN THE STATE COURT OF PAULDING COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| PATRICIA SCARBRO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | 23-SV-000073 |
| SAM'S EAST, INC. d/b/a SAM'S CLUB, ) | |
| WALMART, INC., ) | |
| ABC CORPORATIONS 1-3, and ) | |
| JOHN DOES 1-3 ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendants' Notice of Filing of Notice of Removal* was served by filing through the electronic e-file system to the following counsel of record as addressed as follows:

> Stephen G. Carlson
> Gulliana Goehring
> Randal E. Fry
> The Fry Law Firm
> stephen@thefrylawfirm.com
> randy@thefrylawfirm.com
> gulliana@thefrylawfim.com

This ___ day of April, 2023.

**DREW ECKL & FARNHAM, LLP**

*/s/Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
millerm@deflaw.com

13411110/1
05695-255192