**EXHIBIT "A"**

Filed 2/21/2023 10:45 AM

*Tiki Brown*

**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green**

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☐ State Court of _____ County

| For Clerk Use Only | | |
|---|---|---|
| **Date Filed** 2/21/2023 | **Case Number** 2023CV00435 | |
| MM-DD-YYYY | | |

**Plaintiff(s)**                                    **Defendant(s)**

_____        _____
Last    First    Middle I.    Suffix    Prefix        Last    First    Middle I.    Suffix    Prefix

_____        _____
Last    First    Middle I.    Suffix    Prefix        Last    First    Middle I.    Suffix    Prefix

_____        _____
Last    First    Middle I.    Suffix    Prefix        Last    First    Middle I.    Suffix    Prefix

_____        _____
Last    First    Middle I.    Suffix    Prefix        Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _____    **Bar Number** _____    **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
Case Number                        Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

Case 1:23-mi-99999-UNA   Document 1153-2   Filed 04/12/23   Page 3 of 15

2023CV00435
e-Filed 2/21/2023 10:45 AM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

*[Handwritten notes in margin: "Trucky", "716", "8100 Industrial Dr."]*

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

JASMIN SALGADO,

    Plaintiff,

vs.

JASON SCHWEIGERT and MOELLER TRUCKING, INC., and XYZ CORPORATIONS# 1-3

    Defendants.

CIVIL ACTION No.: 2023CV00435

## SUMMONS

TO:    MOELLER TRUCKING, INC.
           C/O GARY MOELLER
           6422 SR 119
           MARIA STEIN OH 45860

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff/Plaintiff's attorney, whose name and address are:

> Stephen Shea
> Anita M, Lamar
> P.O. Box 2558
> Tucker, GA 30085

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) days of such service. Then time to answer shall not commence until such proof of service has been filed.

**IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ____ day of 2/21/2023 _____, 20____.

                                      Clerk of Clayton County State Court

                                      By  Shalonda Green
                                                      Deputy Clerk

Case 1:23-mi-99999-UNA   Document 1133-2   Filed 04/12/23   Page 4 of 15

2023CV00435                                                                  Filed 2/21/2023 10:45 AM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JASMIN SALGADO,**<br><br>Plaintiff,<br><br>vs.<br><br>**JASON SCHWEIGERT and MOELLER TRUCKING, INC., and XYZ CORPORATIONS# 1-3**<br><br>Defendants. | **CIVIL ACTION No.:** 2023CV00435 |

### SUMMONS

TO:   MOELLER TRUCKING, INC.
       C/O GARY MOELLER
       6422 SR 119
       MARIA STEIN OH 45860

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff/Plaintiff's attorney, whose name and address are:

Stephen Shea
Anita M, Lamar
P.O. Box 2558
Tucker, GA 30085

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) days of such service. Then time to answer shall not commence until such proof of service has been filed.

**IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ____ day of 2/21/2023 _____, 20____.

Clerk of Clayton County State Court

By __Shalonda Green_____
                 Deputy Clerk

2023CV00435    Filed 2/21/2023 10:45 AM

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JASMIN SALGADO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON SCHWEIGERT and MOELLER TRUCKING, INC., and XYZ CORPORATIONS# 1-3<br><br>　　　　Defendants. | CIVIL ACTION No.:　2023CV00435 |

## SUMMONS

**TO:**　**JASON SCHWEIGERT**
　　　　**14150 N. CLEVELAND AVE,**
　　　　**FORT MYERS, FLORIDA 33903**

　　　　You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff/Plaintiff's attorney, whose name and address are:

> Stephen Shea
> Anita M, Lamar
> P.O. Box 2558
> Tucker, GA 30085

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) days of such service. Then time to answer shall not commence until such proof of service has been filed.

**IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ____ day of ___2/21/2023_____, 20____.

　　　　　　　　　　　　　　　　　Clerk of Clayton County State Court

　　　　　　　　　　　　　　　　　　Shalonda Green
　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Case 1:23-mi-99999-UNA Document 1133-2 Filed 04/12/23 Page 6 of 15

2023CV00435  Filed 2/21/2023 10:45 AM

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **JASMIN SALGADO,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**JASON SCHWEIGERT and MOELLER TRUCKING, INC., and XYZ CORPORATIONS# 1-3**<br><br>    **Defendants.** | CIVIL ACTION No.: 2023CV00435 _____ |

**PLAINTIFF'S COMPLAINT FOR DAMAGES**

COMES NOW **JASMIN SALGADO,** (hereinafter "Plaintiff") and files this Complaint against Defendant **JASON SCHWEIGERT** and **MOELLER TRUCKING, INC**., and Defendant **XYZ**, (hereinafter "Defendants") and shows this Court as follows:

### JURISDICTIONAL STATEMENT

1.

Plaintiff is a resident and citizen of the State of Georgia and submits to the jurisdiction and venue of this Court.

2.

Defendant Jason Schweigert is an individual and citizen of Florida and may be served at 14150 N. CLEVELAND AVE, Fort Myers, Florida 33903 and by service upon the Secretary of the State of Georgia.

3.

Defendant Jason Schweigert is subject to the jurisdiction of this Court under the provisions of the Georgia Long Arm Statute O.C.G.A. §9-10-91 and by virtue of the facts alleged herein.

4.

Venue is proper in this Court as to Defendant Schweigert under the Georgia Nonresident Motorist Act.

5.

Defendant MOELLER TRUCKING, INC. is a foreign corporation existing under the laws of Ohio, and may be served through its registered agent, Gary Moeller at 6422 SR 119, Maria Stein, OH 45860.

6.

Venue is proper as to Defendant MOELLER TRUCKING, INC.

7.

Subject matter jurisdiction is proper in this Court as to Defendant MOELLER TRUCKING, INC.

8.

The identity of Defendant XYZ CORPORATIONS 1-3 are unknown to Plaintiff but is well known by the Defendants.

9.

Defendant XYZ Corporations 1-3 are subject to the jurisdiction of this Court.

10.

Venue is proper in this Court as to Defendants XYZ Corporations 1-3.

11.

Subject matter jurisdiction is proper in this Court as to Defendants XYZ Corporations 1-3.

## AGENCY

12.

At all times pertinent and relevant to the incidents described in this Complaint, Defendant SCHWEIGERT was acting as an agent or employee of Defendant MOELLER TRUCKING, INC., and was acting within the scope of such agency or employment relationship with said Defendant, the principal.

## JOINT AND SEVERAL LIABILITY

13.

Defendants are jointly and severally liable for the acts and omissions alleged in this Complaint.

## FACTUAL STATEMENT

14.

This suit arises out of a collision involving two motor vehicles that occurred on or about Saturday, December 18, 2021, at approximately 6:43 PM on I-75 South at the intersection of Forest Pkwy (hereinafter referred to as the "subject collision").

15.

At the time of the subject collision, Plaintiff was the driver of a 2018 Chevrolet Camaro LT on I-75 South.

16.

At the time of the subject collision, Defendant was a driving a 2018 Freightliner VST on I 75 South.

17.

While failing to maintain a proper lookout, Defendant improperly backed into Plaintiff's vehicle.

18.

Plaintiff was seriously injured by the subject collision.

### COUNT ONE – NEGLIGENCE OF DEFENDANT

19.

On December 18, 2021, Defendant was negligent in the operation and use of the vehicle he was driving at the time of the subject collision.

20.

On December 18, 2021, Defendant failed to exercise ordinary care in the operation of his vehicle resulting in the subject incident.

21.

On December 18, 2021, Defendant was at fault for the subject incident.

22.

On December 18, 2021, Defendant was cited for Improper Backing.

23.

As a direct and proximate result of the subject incident, Plaintiff was injured.

24.

Defendant is liable for Plaintiff's damages that resulted from the subject incident.

25.

At all material times, Plaintiff acted in a non-negligent fashion, exercised due care, and acted in a reasonable and prudent manner.

26.

Plaintiff had no opportunity to avoid the violent collision caused by Defendant.

27.

Plaintiff had no opportunity to avoid the consequences of the negligence of Defendant.

28.

Defendant owed a duty to drive his vehicle in a safe and reasonable manner; to maintain a proper lookout; to pay attention at all times to avoid driver distraction; to drive the speed limit; to back up properly; to properly control his vehicle; and to take proper evasive action when necessary.

29.

Defendant breached his duties and, therefore, was negligent.

30.

The subject collision was directly and proximately caused by Defendant's negligence for failing to maintain a proper lookout; for failing to pay attention at all times to avoid driver distraction; to drive the speed limit; for improper backing; and for failing to take proper evasive action when necessary.

**COUNT TWO – NEGLIGENCE OF DEFENDANT MOELLER TRUCKING, INC.**

31.

The allegations contained in all paragraphs above are incorporated herein by reference as if set forth verbatim.

32.

At all relevant times, Defendant Schweigert was an employee and/or agent of Defendant Moeller Trucking, Inc., driving a commercial vehicle under the authority of Defendant Moeller Trucking, Inc.

33.

At all relevant times, Defendant Schweigert was acting within the course and scope of his employment/agency with Defendant Moeller Trucking, Inc.

34.

Under the principals of *respondeat superior*, actual or apparent agency, leasing liability, Defendant Moeller Trucking, Inc, re vicariously liable for the negligent acts or omissions of Defendant Schweigert.

35.

Defendant Moeller Trucking, Inc is also <u>independently</u> negligent in its hiring, training, supervising, and managing of Defendant Schweigert; in failing to adhere to all state laws and regulations governing commercial carriers; and, in failing to ensure that Defendant Schweigert adhered to said laws and regulations.

36.

Defendant Moeller Trucking, Inc is liable to Plaintiff for Plaintiff's injuries and damages resulting from the subject incident.

## COUNT TWO - DAMAGES

37.

Plaintiff was physically injured and has experienced physical and emotional pain and suffering as a direct and proximate result of the subject incident.

38.

Plaintiff will in the future continue to have physical injuries and will experience physical and emotional pain and suffering as a direct and proximate result of the subject incident.

39.

Plaintiff will continue to need medical treatment in the future as a direct and proximate result of the subject incident.

40.

Plaintiff has experienced and will continue to experience in the future great pain and suffering as a direct and proximate result of the subject incident.

41.

Plaintiff has incurred lost earnings as a direct and proximate result of the subject incident.

42.

Plaintiff has incurred at least $33,241.18 in medical expenses as a direct and proximate result of the subject incident from the following providers:

a) Buchanan Chiropractic Clinic        $2,525.00
b) Peachtree Spine - Atlanta Location  $30,716.18

43.

Plaintiff will incur future medical expenses as a direct and proximate result of the subject incident.

44.

Plaintiff is entitled to an award of general damages from Defendant.

45.

Plaintiff is entitled to an award of special damages from Defendant.

46

Plaintiff's injuries and damages resulting from the subject incident were directly and proximately caused by the negligence and negligence per se of Defendant.

**TRIAL BY JURY DEMANDED ON ALL COUNTS.**

**WHEREFORE**, Plaintiff prays:

a. That Summons issue requiring the above-named Defendant to answer each allegation of this Complaint within the time provided by law;

b. That Plaintiff have judgment against the above-named Defendants in such amount to compensate Plaintiff for Plaintiff's past, present and future injuries and damages resulting from subject incident and Plaintiff's special damages;

c. That all costs be cast against the above-named Defendant; and,

d. For such other relief as this Court deems just and proper.

Respectfully submitted this 21 February 2023.

**LAMAR LAW OFFICE, LLC**

| | |
|---|---|
| P.O. Box 2558 | */s/ Anita M. Lamar* |
| Tucker, GA 30085 | Anita M. Lamar |
| | Georgia Bar No.: 892383 |
| Telephone: (678) 819-5200 | Stephen Shea |
| Facsimile: (678) 819-5276 | Georgia Bar No.: 102908 |
| Email: alamar@atlantalegalcare.com | Counsel for Plaintiff |
| sshea@atlantalegalcare.com | |

Case 1:23-mi-99999-UNA   Document 1155-2   Filed 04/12/23   Page 14 of 15

2023CV00435   Filed 3/17/2023 2:34 PM
*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Hannah Lowery**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

**JASMIN SALGADO**

Plaintiff/Petitioner

vs.

**JASON SCHWEIGERT; ET AL**

Defendant/Respondent

Case No.: 2023CV00435

AFFIDAVIT OF NON-SERVICE OF **SUMMONS; COMPLAINT; PLAINTIFF'S FIRST INTERROGATORIES; Plaintiff's First Request for Production**

Received by **Dustin Howe**, on the **14th day of March, 2023 at 9:21 PM** to be served upon **MOELLER TRUCKING, INC. C/O GARY MOELLER** at **6422 SR 119, Maria Stein, Mercer County, OH 45860**.

On the **15th day of March, 2023 at 1:39 PM**, I, **Dustin Howe, NON-SERVED MOELLER TRUCKING, INC. C/O GARY MOELLER**.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **6422 SR 119, Maria Stein, Mercer County, OH 45860**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
**3/15/2023 1:39 PM:** I spoke with an individual who indicated they were the resident and they stated subject moved. At the address I observed a package/mail addressed to another. I spoke with a neighbor who says not resident. The business has relocated to another address on 716.

Service Fee Total: **$129.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____   Server ID # _____   Date: 03/16/2023
Dustin Howe

Notary Public: Subscribed and sworn before me on this __16__ day of __March__ in the year of 20__23__
Personally known to me __✓__ or _____ identified by the following document: _____

_Jamie Hatch_
Notary Public (Legal Signature)

**JAMIE HATCH**
Notary Public, State of Indiana
Wayne County
Commission Number NP0726669
My Commission Expires
05/07/2028

REF: REF-12060994

Page 1 of 1
Tracking #: 0102843222

2023CV00435  E-Filed 3/21/2023 8:32 AM

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Waukecia Lawrence**

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| **JASMIN SALGADO** | | Case No.: **2023CV00435** |
| | Plaintiff/Petitioner | |
| vs. | | |
| **JASON SCHWEIGERT; ET AL** | | AFFIDAVIT OF SERVICE OF |
| | Defendant/Respondent | **SUMMONS; COMPLAINT; PLAINTIFF'S FIRST INTERROGATORIES; Plaintiff's First Request for Production** |

Received by **Dustin Howe**, on the **15th day of March, 2023 at 1:41 PM** to be served upon **MOELLER TRUCKING, INC. C/O GARY MOELLER** at **6422 SR 119, Maria Stein, Mercer County, OH 45860**.
On the **15th day of March, 2023 at 1:50 PM**, I, Dustin Howe, **SERVED MOELLER TRUCKING, INC. C/O GARY MOELLER** at **Moeller trucking, 8100 Industrial Dr, Maria Stein, Mercer County, OH** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **Alex Moeller**.

**THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:**
**I delivered the documents to Alex Moeller who indicated they were the authorized recipient with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a white male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs. Gary Moeller is retired. Service was completed by serving an authorized recipient at the business**

Service Fee Total: **$129.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _____*Dustin Howe*_____     Server ID # _____     Date __03/20/2023__

Notary Public: Subscribed and sworn before me on this __20__ day of __March__ in the year of 20__23__
Personally known to me __✓__ or _____ identified by the following document: _____

_____*jamie hatch*_____
Notary Public (Legal Signature)

[NOTARY SEAL: JAMIE HATCH, Notary Public, State of Indiana, Wayne County, Commission Number NP0726669, My Commission Expires 05/07/2028]


REF: REF-12060994

Page 1 of 1
Tracking #: 0103126949