**EXHIBIT "B"**



P.O. Box 2558
Tucker, GA 30085

Office: 678-819-5200
Facsimile: 678-819-5276

**Anita M. Lamar, Esq.**
Attorney and Counselor at Law

anita@atlantalegalcare.com

July 15, 2022

**VIA CERTIFIED MAIL: 9402611108033875203746**
Gail Rotich
Arch Insurance Company
P.O. Box 28
Dubuque, IA 52004

| | | |
|---|---|---|
| RE: | Our Client: | Jasmin Salgado |
| | Your Insured: | MOELLER Trucking |
| | Claim #: | TRK21027119 |
| | Date of Loss: | December 19, 2021 |

**Dear Gail Rotich:**

As you know, I represent **Jasmin Salgado** for personal injuries sustained in an automobile accident that occurred on **December 19, 2021**. **Jasmin Salgado** has completed their medical treatment and is prepared to discuss settlement of their claim at this time. To aid in the evaluation of this claim, I have enclosed medical bills, records and office notes from the treating physicians.

Enclosed, please find the following medical expenses:

| | |
|---|---|
| Buchanan Chiropractic Clinic | $ 2,525.00 |
| Peachtree Spine - Atlanta Location | $30,716.18 |
| **TOTAL MEDICAL EXPENSES:** | **$33,241.18** |

This demand is being made after careful consideration of my client's injuries, and for purposes of settlement of her bodily injury claim only, we request that you tender **$150,000.00**. Our client is also seeking a GEORGIA GENERAL RELEASE OF ALL CLAIMS AGAINST Jason Schweigert **Arch Insurance Company (Policy No. ZACAT3336905)** PURSUANT TO O.C.G.A. § 33-24-41.1. This demand takes into account compensation for any and all past, present and future pain and suffering, past, present and future medical expenses and wage loss, and any other special, general or punitive damages that may arise from my client's bodily injury claim including any claims for bad faith and indemnity.

Also, please be aware that the acceptance of this demand must be made within thirty (30) days from the receipt of this demand and payment made no later than 10 days from the acceptance of this demand to settle. Please make the check payable to both the client and the attorney's office, and forward to the attorney's address. Our client will satisfy all outstanding medical liens, subrogation claims by health insurance, worker's compensation and Medicare and Medicaid.

      If this matter is not settled within the aforementioned time frame, my client will seek legal remedies. Under Georgia law, statements made with a view to compromise are inadmissible at trial. Thus, this entire demand package and any addendum thereto are submitted with a view toward settlement of my client's claim cannot be used at a future trial.

      Very Truly Yours,

      **LAMAR LAW OFFICE, LLC**

*[signature]*

      Anita M. Lamar, Esq.

CBCS Received 07/25/2022

07/25/2022