# EXHIBIT A
## RLI BOND

Georgia Secretary of State<br>
Professional Licensing Boards Division<br>
<b>Used Motor Vehicle Dealers License</b>

**STATE BOARD OF REGISTRATION OF USED MOTOR VEHICLE DEALERS
AND USED MOTOR VEHICLE PARTS DEALERS
USED MOTOR VEHICLE DIVISION**

**BOND INFORMATION**

**BOND NUMBER:** __LSM1316583__     **COUNTY** __DEKALB__

**LICENSED LOCATION ADDRESS:** __4420 Buford Hwy, Chamblee, GA 30341__

**KNOW ALL MEN BY THESE PRESENTS** that we, __Lara's Trucks Inc.__, as Principal, and __RLI Insurance Company__ as surety, are held and firmly bound unto HIS EXCELLENCY, Governor of Georgia, and his successors in office in the just sum of __THIRTY FIVE THOUSAND AND 00/100__ DOLLARS ( __$ 35,000.00__ ), for the use and benefit of any purchasers of any used motor vehicle and their vendees or successors in title, for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors and assigns, each and every one of them, jointly and severally, by these presents.

It is further understood and agreed that this bond is for a period beginning on the __31st__ day of __March__, __2020__, and ending on __March 31, 2022__.

Whereas, the above bound __Lara's Trucks Inc.__, Principal and Dealer, has made application to the State Board of Registration of Used Motor Vehicle Dealers and Used Motor Vehicle Parts Dealers for a license as a used motor vehicle dealer in accordance with the laws governing the used motor vehicle dealers of the State of Georgia:

NOW THEREFORE, the conditions of this obligation are such that if the above bound Principal shall comply with the conditions of any written contract or written warranty by such dealer or his agent, made in connection with the sale or exchange of any motor vehicle and shall pay all loss, damages, and expenses that may be sustained by any purchasers of any used motor vehicle and their vendees or successors in title by reason of any fraudulent misrepresentation as to liens against or titles to any used motor vehicle then the bond is to be void, otherwise it is to remain of full force and effect.

It is agreed that this bond is executed pursuant to and in accordance with the provisions of O.C.G.A. Section 43-47-8(g) et seq. Governing the registration of used motor vehicle dealers and used motor vehicle parts dealers in Georgia, and is intended to be and shall be construed to be a bond in compliance with the requirements thereof.

IN WITNESS WHEREOF, the Principal and Surety have caused these presents to be duly signed and executed under seal, this __10th__ day of __January__, __2020__.

Lara's Trucks Inc.

__RLI Insurance Company__
Name of Surety Company     Signature of Licensee (Principal)

P.O. Box 3967
__Peoria, IL 61612-3967__
Address, City, State, Zip

Countersigned: __N/A__
Resident Agency     By Attorney In Fact
Melanie McKinney

**NOTE: BOND MUST BE SIGNED and the POWER OF ATTORNEY MUST BE ATTACHED.**

**CANCELLATION CLAUSE** - "No licensee shall cancel, or cause to be cancelled, a bond issued pursuant to this Code Section unless the Board is informed in writing by a certified letter at least 30 days prior to the proposed cancellation." O.C.G.A. Section 43-47-8(i).

Georgia Secretary of State Professional Licensing Boards Division<br>
237 Coliseum Dr., Macon, GA 31217 ~ 478-207-2440 / Fax 866-888-8026<br>
Page 1 of 1 ~ UVMD Bond Information ~ Revised 7/24/17

R1003717-10,30

# POWER OF ATTORNEY

### RLI Insurance Company

9025 N. Lindbergh Dr.  Peoria, IL 61615
Phone:  800-645-2402

*Know All Men by These Presents:*                                                Bond No. __LSM1316583__

That the _____**RLI Insurance Company**_____, a corporation organized and existing under the laws of the State of _____**Illinois**_____, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: _____**Melanie McKinney**_____ in the City of _____**Gainesville**_____, State of _____**Georgia**_____, as its true and lawful Agent and _____**Attorney In Fact**_____, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds and undertakings in an amount not to exceed _____**Fifty  Thousand  and 00/100**_____ Dollars (__**$  50,000.00**__) for any single obligation, and specifically for the following described bond.

**Principal:**        Lara's Trucks Inc.
**Obligee:**         State Board of Used Motor Vehicle Dealers
**Type Bond:**    Used Motor Vehicle Dealer
**Bond Amount:**  $  35,000.00
**Effective Date:**  March 31, 2020

The _____**RLI Insurance Company**_____ further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of _____**RLI Insurance Company**_____, and now in force to-wit:

> "All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the _____**RLI Insurance Company**_____ has caused these presents to be executed by its _____**Vice President**_____ with its corporate seal affixed this __10th__ day of __January__, __2020__.

*[Corporate Seal: RLI Insurance Company Corporate Seal Illinois]*

RLI Insurance Company

By: _____*B. W. D.* (signature)_____
       Barton W. Davis                                Vice President

State of Illinois
County of Peoria     } SS

On this __10th__ day of __January__, __2020__, before me, a Notary Public, personally appeared _____Barton W. Davis_____, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the _____**RLI Insurance Company**_____, and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____*Gretchen L. Johnigk* (signature)_____
       Gretchen L. Johnigk                         Notary Public

*[Notary Seal: GRETCHEN L JOHNIGK "OFFICIAL SEAL" Notary Public State of Illinois My Commission Expires May 26, 2020]*

**CERTIFICATE**

I, the undersigned officer of _____**RLI Insurance Company**_____ do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the _____**RLI Insurance Company**_____ this __10th__ day of __January__, __2020__.

RLI Insurance Company

By: _____*Jeffrey D Fick* (signature)_____
       Jeffrey D. Fick                               Corporate Secretary

A0006D19